consider a more comprehensive approach to protecting the integrity of the forested landscapes in New York.  Setting maximum thresholds and spatial parameters for percent forest cover loss, forest connectivity, and core forest integrity within ecological planning units, such as the subwatershed, would assure that density levels and cumulative impacts of natural gas extraction do not exceed the ability of the regional ecosystem to absorb these activities.

**References**

1.  Bennet, A.E., Thomsen, M., Strauss,  S. Y. Multiple mechanisms enable invasive species to suppress native species. *American Journal of Botany*, 98:1086-1094. 2011.

2.  Clark,R.W., Brown, W.S., Stechert R.S., Zamudio, K.R. Roads, Interrupted Dispersal, and Genetic Diversity in Timber Rattlesnakes. *Conservation Biology*, 24:1059-1069. 2010

3.  Ernst, Caryn, Richard Gullick and Kirk Nixon. Protecting the Source: Conserving Forests to Protect Water. Opflow 30.5 (May 2004).

4.  Jackson, J.K., Sweeney, B.W. Expert Report on the Relationship Between Land Use and Stream Condition (as Measured by Water Chemistry and Aquatic Macroinvertebrates) in the Delaware River Basin. DRBC Contribution Number 2010011. Stroud Water Research Center, Avondale, PA. 2010.

5.  Northeast State Foresters Association. 2001. The Economic Importance of New York's Forests. www.nefainfo.org/publications/nefany.pdf

6.  Pimentel, D., Zuniga, R. & Morrison, D. Update on the environmental and economic costs associated with alien-invasive species in the United States. Ecological Economics 52, 273 - 288 (2004).

7. Semlitsch, Raymond D.  and Russell Bodie. Biological Criteria for Buffer Zones around Wetlands and Riparian Habitats for Amphibians and Reptiles. *Conservation Biology*, 17:5, pp. 1219–1228 (2003)


8. The Academy of Natural Sciences. 2011. A Preliminary Study on the Impact of Marcellus Shale Drilling on Headwater Streams. http://www.ansp.org/research/pcer/projects/marcellus-shale-prelim/index.php


9. The Nature Conservancy. 2010. Pennsylvania Energy Impacts Assessment http://www.nature.org/media/pa/pa_energy_assessment_report.pdf

Attachment 9

Kim Knowlton, DrPH

Kate Sinding
Senior Attorney
Natural Resources Defense Council
40 West 20th Street, 11th floor
New York, NY 10011

January 8, 2012

**Re:  Comments on the RDSGEIS on NY Marcellus Shale Natural Gas Hydraulic Fracturing**

These comments are submitted regarding the Revised Draft Supplemental Generic Environmental Impact Statement (RDSGEIS) governing high-volume, hydraulic fracturing as a method of natural gas drilling in the Marcellus Shale and similar formations in New York State.

I am Senior Scientist in the Health and Environment Program at the Natural Resources Defense Council in New York City, and Assistant Clinical Professor in the Department of Environmental Health Sciences at the Mailman School of Public Health of Columbia University. I received my doctorate in Public Health from Columbia University, and much of my research considers the effects of climate change on human health (my CV is attached). These comments relate to climate change and public health concerns raised by the information described in the RDSGEIS.

Although the RDSGEIS describes greenhouse gas emissions that would be generated by Natural Gas Hydraulic Fracturing operations in the Marcellus and other shale formations in NY State (sec. 6.6), and the means to reduce those health-harming emissions (sec. 7.6), the RDSGEIS lacks critical information about the exacerbating effect climatic changes will  have on the uncertainties of drilling operations.  Further, climate change is likely to increase the risk to public health from HVHF operations if these operations are conducted without regard to the effects of climate change on the environmental context of drilling operations.
Climate change is likely to increase several key uncertainties in shale gas natural gas hydraulic fracturing operations which are not addressed in the RDSGEIS, yet should be. Several of these climate change and public health-relevant omissions are described below:

1. **More frequent extreme rainfall events.** The public health risks of drill pad operations and waste fluid disposal are likely to be affected by more frequent extreme rainfall events in New York State, as climate change continues. These events and the flooding they can cause need to be factored into the RDSGEIS. Measured changes in the heaviest precipitation events in the Northeastern US increased 67% over the period 1958-2007; and the trend toward heavier precipitation is projected to increase into the 2090s.[1] In New York State in the last 60 years from 1948 to 2006, there has been a statistically significant 56% increase in the most extreme rainfall events, according to the a 2007 study by Environment America.[2] As climate change continues, these extreme rainfall events are projected to continue to occur more frequently.[3] The New York Panel on Climate Change (or NPCC), an expert group of university researchers and climate modelers, investigated climate change's effects on New York City and the surrounding region, and projected that annual precipitation in the New York region will "more likely than not" increase, with mean annual precipitation increasing up to 5% by the 2020s, 10% by the 2050s, and

5-10% by the 2080s.[4] The New York State Climate Action Council's Nov. 2010 *Climate Action Plan Interim Report* noted in its Executive Summary (ES) that, "Summertime rain is expected to fall more often as heavy downpours, leading to more flooding; at the same time, the periods between these rainstorms are likely to be drier, leading to droughts. … Public and private entities will need to assess whether new investments in infrastructure, particularly long-lived infrastructure like power plants and transportation, will be consistent with a low-carbon future, both in terms of GHG emissions and in terms of vulnerability to a changing climate. We should avoid investments that are not highly adapted to a modified climate, such as infrastructure sited in low-lying floodplains."[5] ***DEC should act consistently with the recommendations of the New York Climate Action Plan Interim Report by prohibiting HVHF operations and infrastructure in low-lying areas***.

2. **Changes in floodplain location.** The locations of 50-, 100- and 500-year floodplains are likely to change in New York State, owing to the effects of climate change. Extreme rainfall events are becoming more frequent in the US.[6] This trend was also noted in the recently-released NY State ClimAID report: "Intense precipitation events (heavy downpours) have increased in recent decades, and are likely to increase in future."[7] These extreme precipitation events are occurring in tandem with a long-term increase in annual average precipitation of 0.37 inches per decade since 1900.[8] The advent of extreme precipitation events taken together with a general increase in average precipitation is likely to alter the location and size of floodplains. Altered floodplain locations could dramatically compromise the siting and safety of drilling operations, as well as waste disposal and transport. With the trend to heavy downpours over the past 50 years projected to continue, an increase in localized flash flooding in hilly regions across the state is expected. "Flooding has the potential to increase pollutants in the water supply and inundate wastewater treatment plants and other vulnerable development within floodplains."[9] The most recent state of the science on the effects of climate change on the extent of local floodplains should be applied in the RDSGEIS's consideration of the potential impacts of proposed new drilling in NY State.

Because increasingly frequent and extreme rainfall events could threaten drilling infrastructure, operations and disposal, such investments should be avoided without a full, detailed mapping of areas at greatest risk from storm and flood damage. This is in line with the Nov. 2010 recommendations of the NY State Climate Action Council in their Climate Action Interim Report.[10] Floodplain maps must be fully updated to include the latest information on how climate change will affect local flood plain locations, taken from downscaled climate model projections.[11]

Although DEC proposes prohibiting surface disturbances in 100-year floodplains[12], this approach is problematic for several reasons. First, DEC should also prohibit subsurface activity in these areas. Second, the prohibition should apply to additional matters involved in HVHF, such as the siting of pipelines and other potentially sensitive infrastructure, the construction of impoundment ponds, the location of temporary waste storage tanks, etc. Third, not only does DEC acknowledge that FEMA is currently updating Flood Insurance Rate Maps (FIRMs) in several high-flood areas in the state,[13]

2

but the Department also admits that the increased frequency and magnitude of flooding has raised a concerns regarding the reliability of the existing FIRMs in the Susquehanna and Delaware River basins.[14] Given this acknowledgment, DEC should extend this prohibition to 500-year floodplains. In general, *no permits should be issued anywhere in the state before updated floodplain maps are in place for the entire region and these maps are reflected in DEC's environmental review and regulations*. These maps should be reflective of anticipated changes that may result from climate change, namely the increase in frequency and severity of storm events. To permit any activities before properly mapping prohibited areas is inconsistent with SEQRA.

3. **Potential changes in groundwater flow patterns.** Hydrological assumptions about groundwater flow patterns through the Marcellus and other shale formations could be altered by water demands from drilling activities, if coupled with increasingly frequent seasonal drought and/or flood periods in NY State, as climatic instability increases. More frequent alternation between periods of extreme wet and dry periods could, over time, result in changes in groundwater flow patterns[15] and unanticipated movement of production fluids and other groundwater in subsurface fractures and fissures. While challenging to predict, such migration could threaten drinking water supplies. Subsurface hydrological modeling studies have been undertaken to account for some of these climate change effects,[16] yet such studies were ignored by the RDSGEIS. *No permits to drill near groundwater resources should be issued until climate change-based subsurface hydrological modeling studies have been incorporated into the DEC's review and regulations*.

4. **Changing seasonal precipitation patterns.** Increasing temperatures have already caused spring snowmelt to occur earlier in the year, and climate change will continue to bring changing patterns of seasonal precipitation across the state, with more annual precipitation falling as rain rather than snowfall.[17] This could affect the frequency, intensity and timing of overland flooding events at drill pad sites. In 2011, Hurricane Irene caused extensive flooding across the Catskills and upstate NY, in part because the soils were already so saturated from record-breaking heavy precipitation during the summer. As the USGCRP 2009 report attests, "…water-saturated soils can generate floods with only moderate additional precipitation."[18] In addition to prohibiting water withdrawals during low stream flow, *the RDSGEIS should explicitly address shifting precipitation patterns resulting from climate change, increased flooding risks, and the public health issues they may create*.

5. **Increasing temperatures could exacerbate chemical volatilization and fugitive emissions from drill sites.** Ambient temperatures are projected to increase across NY State, due to the warming climate.[19] Volatilization of fracking chemicals and fugitive emissions may increase due to higher evaporation rates from higher temperatures. Exposures to workers and the community could increase, exacerbating associated health risks. *Adverse human health impacts resulting from increased volatilization of fracking chemicals and fugitive emissions should be explicitly addressed in the RDSGEIS.*

6. **Conflicting demands on water use during drought periods are likely to be exacerbated by climate change.** Hydrofracking operations will require enormous quantities of water in drilling, in operations, and as wastewaters are disposed of. Marcellus development is projected over a thirty-year life cycle.[20]  The average year would see 1,600 or more wells.[21]  The amount of water consumed in each well is projected between 2.4 and 7.8 million gallons,[22] and the average well consumes 4.2 million gallons of water.[23]  Based on these numbers, approximately 201,600,000,000 gallons of freshwater will be permanently removed from New York State surface and groundwater sources for the purpose of HVHF operations.  The effect of these freshwater diversions in light of predicted climate change impacts to water supplies was not analyzed in the RDSGEIS.  Because climate change is likely to disrupt the timing of precipitation's seasonality, the enormous water demands from hydrofracking operations could periodically conflict, during periods of local drought, with those of populations who rely on local surface and groundwater sources for drinking, domestic, municipal, business and agricultural uses. *The potential for conflicts between HVHF operators and the public over dwindling water supplies resulting from climate change, including the adverse environmental and human health impacts associated with unprecedented freshwater diversions, should be examined in the RDSGEIS, and operators should be prohibited from consuming water from underground, surface, and municipal sources if doing so would exacerbate local drought conditions.*

7. **Nitrous oxide is an extremely potent GHG that the RDSGEIS fails to properly analyze.**  Even in its current discussion of greenhouse gases (GHG) generated during drilling operations, the RDSGEIS lacks sufficient information in Sec. 6.6.2 about nitrous oxide ($N_2O$) as a greenhouse gas (GHG) of concern. The RDSGEIS states that because $N_2O$ is produced in small quantities it need not be explicitly discussed in terms of its treatment or disposal.[24]  However, $N_2O$ has a global warming potential 289 times greater than carbon dioxide ($CO_2$), and an atmospheric lifetime 114 times longer than $CO_2$.[25]  It is injudicious to entirely negate $N_2O$'s effect on climate change in the RDGEIS without fuller discussion of the volumes that would be generated, from what sources, and potential treatment methods.  *The RDSGEIS should identify the impacts associated with $N_2O$ emissions and proposed mitigation measures to curb these emissions.*

8. **Public health impacts.**.  Climate change impacts can jeopardize the safety of drilling operations and exacerbate the consequences of HVHF operations on New York State, leading to adverse environmental human health impacts.  *DEC should conduct a comprehensive Health Impact Assessment (HIA) as part of the state's environmental review* in order to evaluate potential risks to human health from gas development in New York, including the dynamic between HVHF operations (impacts on water quantity and quality, waste runoff, air pollution, etc.) and climate change (water shortages, floods, temperature rise, etc.). *To assist in the review of comments received, at least one Public Health professional should sit on the team who evaluates the comments received by DEC on the RDGEIS.* Their expertise would be helpful in assessing other potential areas of significant health concern, ranging from air quality, water quality, worker exposure, waste management, etc...

4

Based on the foregoing, the RDSGEIS is incomplete in its current form.  The RDSGEIS is deficient because it does not ever come to grips with the challenges to safe HVHF operations posed by climate change:  it does not consider changes in the frequency of extreme rainfall events, changes in floodplain location, changes in groundwater flow patterns, changes in seasonal precipitation patterns, changes in average temperature, potential water use conflicts, the effects of nitrous oxide on climate change, or the public health impacts of climate change in association with HVHF operations.  The RDSGEIS fails to include current information relevant to climate change's potential effects on New York State, which will pose potentially significant adverse environmental and public health threats in conjunction with HVHF operations that should be identified and mitigated to the maximum extent possible.

Thank you for consideration of these comments.

Respectfully,

Kim Knowlton, DrPH
Senior Scientist, Health and Environment Program
Natural Resources Defense Council
40 West 20th Street, 11th floor
New York, NY 10011-4231
(212) 727-2700 x4579 (telephone); (212) 727-1773 (fax)

---

[1] Global Climate Change Impacts in the United States, Thomas R. Karl, Jerry M. Melillo, and Thomas C. Peterson (eds.). US Global Change Research Program (USGCRP), Cambridge University Press, 2009, p.32.

[2] Madsen T, Figdor E. 2007. When It Rains, It Pours: Global Warming and the Rising Frequency of Extreme Precipitation in the United States. Environment America's Research & Policy Center (December 2007).

[3] IPCC Summary for Policymakers of the Special Report on Managing the Risks of Extreme Events and Disasters to Advance Climate Change Adaptation (SREX), Nov. 18, 2011. Available at: www.srex.org and www.ipcc.ch.

[4] New York City Panel on Climate Change (NPCC). 2009. Climate Risk Information. Available at: http://www.nyc.gov/html/om/pdf/2009/NPCC_CRI.pdf.

[5] New York State Climate Action Council's Nov. 2010 *Climate Action Plan Interim Report*, Executive Summary, pp.4-5.

[6] USGCRP (2009).

[7] Rosenzweig C, Solecki W, DeGaetano A, O'Grady M, Hassol S, Grabhorn P (Eds.). 2011. *Responding to Climate Change in New York State: The ClimAID Integrated Assessment for Effective Climate Change Adaptation. Technical Report.* (Ch.1, p.16). New York State Energy Research and Development Authority (NYSERDA), Albany, New York. Available at: www.nyserda.ny.gov.

[8] ClimAID Report (2011), p.81 sec. 4.2.2.

[9] Nov. 2010 *Climate Action Plan Interim* Nov. 2010 Report, Overview, p.10.

[10] NY State Climate Action Council, 2010. Climate Action Interim Report, Overview, pp.10, 43, and 48.

[11] Cooney CM 2012. Downscaling Climate Models: Sharpening the Focus on Local-Level Changes. *Environ Health Perspect* 120:a22-a28. http://dx.doi.org/10.1289/ehp.120-a22.

[12] 2011 RDSGEIS, Additional Precautionary Measures, Section 1.8, p. 1-18.

[13] 2011 RDSGEIS, Flood Zone Mapping, Section 2.4.9.2, p. 2-33.

[14] *Id.*

[15] USGRCP (2009), Water sector report, pp. 46-47.

[16] Goderniaux P, Brouyere S, Fowler HJ, et al. 2009. Large scale surface-subsurface hydrological model to assess climate change impacts on groundwater reserves. *Journal of Hydrology* 373:122-138.

[17] ClimAID (2011), Sec. 4.2.1, p.81.

[18] USGCRP (2009), Water Sector report, p.45.

[19] ClimAID (2011), Ch.1, pp.30-36.

[20] 2011 RDSGEIS, Cumulative Water Withdrawal Impacts, 6.1.1.7, p. 6-6.

[21] 2011 RDSGEIS, Description of Proposed Action, Chapter 2, p. 2-1.

[22] 2011 RDSGEIS, Hydraulic Fracturing Procedure, 5.9, p. 5-93.

[23] 2011 RDSGEIS, Cumulative Water Withdrawal Impacts, 6.1.1.7, p. 6-10.

[24] 2011 RDSGEIS, Emissions from Oil and Gas Operations, 6.6.2, p. 6-188.

[25] 2007 Intergovernmental Panel on Climate Change (IPCC), Fourth Assessment Report (AR4), Working Group 1 Technical Summary, Chapter 2, p.212, "Changes in Atmospheric Constituents and Radiative Forcings."

Attachment 10

Gina Solomon, M.D., M.P.H

# MEMORANDUM

**TO:**       Kate Sinding
**FROM:**    Gina Solomon, M.D., M.P.H., Senior Scientist, NRDC; Clinical Professor of Health Sciences, UCSF
**DATE:**    January 9, 2011
**RE:**       NRDC Comments on RDSGEIS, NY Marcellus Shale Natural Gas Hydraulic Fracturing
             relative to Public Health concerns and Health Impact Assessments

Numerous health concerns have been associated with natural gas development using hydraulic fracturing, including air pollution, potential contamination of groundwater or surface water that may be used for drinking or recreation, toxicity of chemicals used in fracturing fluids, safety concerns such as fire or explosion, increased vehicle traffic, altered social conditions, and the health effects of noise, vibration, and light at night. The RDSGEIS addresses some aspects of a subset of these health issues, but fails by (1) omitting several important health issues entirely, (2) addressing only some aspects of other issues such as air, water quality and traffic without fully considering the health impacts in those areas (Note: this issue is addressed more fully in comments on those sections of the RDSGEIS submitted as part of this package), and (3) failing to consider health issues as a group in a formal Health Impact Assessment (HIA), including the interactive effects on the health of local residents and communities.

The failure to conduct a full HIA as part of the RDSGEIS is an important omission because the health effects of numerous chemicals used and emitted in the course of natural gas development have been well-described.[1] In addition, there are already numerous reports of health complaints among people who live near natural gas drilling and fracturing operations in other states. These health complaints have received coverage in the media,[2] and some cases have been investigated by researchers or government agencies.[3] Reported health issues in residents near natural gas drilling operations include: eye irritation, dizziness, nasal and throat irritation, sinus disorders, bronchitis and other respiratory symptoms, depression, nausea, fatigue, headaches, anxiety, difficulty concentrating, and a range of other symptoms.[4] Just last week, the nation's top environmental health expert

---

[1] Colborn, T.; Kwiatkowski, C.; Schultz, K., and Bachran, M. Natural gas operations from a public health perspective. Human & Ecological Risk Assessment. 2011; 17(5):1039-1056. http://www.endocrinedisruption.com/chemicals.journalarticle.php. Accessed January 9, 2011; Witter R, Stinson K, Sackett H, et al. Potential Exposure-Related Human Health Effects of Oil and Gas Development: A White Paper. University of Colorado Denver, Colorado School of Public Health, Denver, Colorado, September 15, 2008. Witter R, Stinson K, Sackett H, et al. Potential Exposure-Related Human Health Effects of Oil and Gas Development: A Literature Review (2003-2008) University of Colorado Denver, Colorado School of Public Health, Denver, Colorado, August 1, 2008. http://docs.nrdc.org/health/hea_08091702.asp.  Accessed January 9, 2011.
[2] See eg. ProPublica. Science Lags as Health Problems Emerge Near Gas Fields. http://www.propublica.org/article/science-lags-as-health-problems-emerge-near-gas-fields/single. Accessed January 3, 2012.
[3] See eg. ATSDR Health Consultation. Garfield County. http://www.atsdr.cdc.gov/hac/pha/Garfield_County_HC_3-13-08/Garfield_County_HC_3-13-08.pdf. Accessed January 3, 2012; Subra W. Health Survey Results of Current and Former DISH/Clark, Texas Residents. Earthworks, Dec 17, 2009. http://www.earthworksaction.org/library/detail/health_survey_results_of_current_and_former_dish_clark_texas_residents/. Accessed January 3, 2012.
[4] Ibid.

Comments by Gina Solomon, M.D., M.P.H. on RDSGEIS for NY Marcellus Shale natural gas hydraulic fracturing

affirmed his view that more research is necessary regarding the impacts of natural gas drilling on human health.[5] Although much research needs to be done to investigate specific associations between the reported symptoms and nearby gas extraction operations, there is sufficient information on health issues associated with the chemicals and other environmental stressors at these sites to demand performance of a full HIA.

**Rationale for a Health Impact Assessment in New York State**

In September 2011, the National Research Council of the National Academies of Science (NAS) issued a report entitled: *Improving Health in the United States: The Role of Health Impact Assessment.* The report recommended the greater use of HIA in decision making in the United States, saying that: "systematic assessment of the health consequences of policies, programs, plans, and projects is critically important for protecting and promoting public health; as indicated, lack of assessment can have many unexpected adverse health (and economic) consequences."[6]

> *Health impact assessment is a systematic process that uses an array of data sources and analytic methods and considers input from stakeholders to determine the potential effects of a proposed policy, plan, program, or project on the health of a population and the distribution of those effects within the population. Health impact assessment provides recommendations on monitoring and managing those effects.*
>
> National Research Council, 2011

According to the Centers for Disease Control and Prevention (CDC), the HIA framework is used to bring potential public health impacts and considerations to the decision-making process for plans, projects, and policies that fall outside of traditional public health arenas, such as transportation and land use.[7] The National Environmental Policy Act (NEPA) requires federal agencies to consider the environmental impact of their proposed actions on social, cultural, economic, and natural resources prior to implementation. In New York, the State Environmental Quality Review Act (SEQRA) regulations [see 617.2(l)] define Environment as: "...the physical conditions that will be affected by a proposed action, including land, air, water, minerals, flora, fauna, noise, resources of agricultural, archeological, historic or aesthetic significance, existing patterns of population concentration, distribution or growth, existing community or neighborhood character, and *human health*" (emphasis added).[8]

In the United States, HIA is a rapidly emerging practice. HIA is also regularly performed in Europe and Canada. Some countries have mandated HIA as part of a regulatory process. In the U.S., some version of an HIA is arguably required by NEPA and by many state "mini-NEPAs,"[9] including most explicitly, the New York SEQRA,

---

[5] CDC scientist: tests needed on gas drilling impact. Associated Press. January 4, 2012. http://online.wsj.com/article/AP8338b702930849f49d22a5d96b7d1b2d.html. Accessed January 5, 2012.
[6] National Research Council. Improving Health in the United States: The Role of Health Impact Assessment. Washington, DC: The National Academies Press, 2011, pp. 4-5.
[7] Centers for Disease Control and Prevention. http://www.cdc.gov/healthyplaces/hia.htm. Accessed January 3, 2012.
[8] See also Environmental Conservation Law § 8-0103(5) ("...it is the intent of the legislature that the government of the state take immediate steps to identify any critical thresholds for the health and safety of the people of the state and take all coordinated actions necessary to prevent such thresholds from being reached).
[9] Bhatia, R and Wernham, A. Integrating Human Health into Environmental Impact Assessment: An Unrealized Opportunity for Environmental Health and Justice. Environmental Health Perspectives. 2008;116(8): 991-1000.

Comments by Gina Solomon, M.D., M.P.H. on RDSGEIS for NY Marcellus Shale natural gas hydraulic fracturing

which clearly specifies the mandate for a full characterization of the effects on human health. The National Academies of Science committee on HIA recommended: "improving the integration of health into EIA under NEPA and related state laws....[to] serve the mission of public health and the goals of HIA....[In order t]o ensure reasonable priority of health issues under NEPA, public-health agencies should be afforded a substantive role in the scoping and oversight of health-effects analysis in EIA, and health-effects analysis must be afforded resources commensurate with the task.[10]

There is precedent for performing formal HIAs for drilling activities. In 2007, an HIA of proposed oil and gas development projects in Alaska's North Slope was performed by the local government.[11] The HIA evaluated predicted impacts on fish and wildlife and the consequences for diet and health in the local population. It also identified potential social changes such as drug and alcohol use. The HIA led to new requirements for air quality analysis and monitoring of any oil-related contaminants in subsistence foods, and to a new requirement for worker education on drugs, alcohol and sexually transmitted diseases.

A draft HIA was done in Colorado for a proposed gas drilling development in Battlement Mesa. This draft HIA identified eight major areas of health concern (stressors) associated with natural gas development and production: air emissions, water and soil contaminants, truck traffic, noise/light/vibration, health infrastructure, accidents and malfunctions, community wellness, and economics/employment.[12] Several physical health outcomes linked to potential exposures were considered, including respiratory, cardiovascular, cancer, psychiatric, and injury/motor vehicle-related impacts on vulnerable and general populations in the community. The study concluded: "The key findings of our study are that [the] health of the Battlement Mesa residents will most likely be affected by chemical exposures, accidents or emergencies resulting from industry operations and stress-related community changes."[13] The researchers went on to recommend a set of mitigation measures to reduce the health threats to local residents. Although the Battlement Mesa HIA was halted by the local Board of County Commissioners, apparently for political reasons,[14] it demonstrated the feasibility and utility of HIA for evaluating risks to the health of local residents from hydraulic fracturing and natural gas drilling operations.

In October of 2011, hundreds of health professionals signed a letter to Governor Cuomo specifically requesting that the draft SGEIS be "supplemented to include a full assessment of the public health impacts of gas

---

[10] National Research Council. Improving Health in the United States: The Role of Health Impact Assessment. Washington, DC: The National Academies Press, 2011, p. 111-113.
[11] Wernham A. Building a Statewide Health Impact Assessment Program: A Case Study from Alaska. Northwest Public Health. Fall/Winter 2009; Health Impact Project. Case Study: Oil Development of Alaska's North Slope. http://www.healthimpactproject.org/resources/case-study-oil-development-of-alaskas-north-slope. Accessed January 5, 2011.
[12] Witter R, McKenzie L, Towle M, et al. Health Impact Assessment for Battlement Mesa, Garfield County Colorado. Colorado School of Public Health, University of Colorado, Denver, September 2010. http://www.garfield-county.com/public-health/documents/1%20%20%20Complete%20HIA%20without%20Appendix%20D.pdf. Accessed January 4, 2012.
[13] Battlement Mesa Health Impact Assessment (2nd Draft). March 1, 2011. http://www.garfield-county.com/public-health/battlement/battlement-mesa-health-impact-assessment-draft2.aspx. Accessed January 4, 2012.
[14] Vote Ends work on Battlement Mesa HIA. May 4, 2011. http://www.healthimpactproject.org/news/in/vote-ends-work-on-battlement-mesa-hia. Accessed January 4, 2012.

Comments by Gina Solomon, M.D., M.P.H. on RDSGEIS for NY Marcellus Shale natural gas hydraulic fracturing

exploration and production."[15] The letter pointed out that, "there is a growing body of evidence on health impacts from industrial gas development," and specifically stated that: "A comprehensive Health Impact Assessment (HIA) would be the most appropriate mechanism for this work." The Director of the Agency for Toxic Substances and Disease Registry (ATSDR), Dr. Christopher Portier, also supports more thorough assessment of the health impacts of gas drilling, stating: "Studies should include all the ways people can be exposed, such as through air, water, soil, plants and animals."[16]

In summary, the requirements of SEQRA and recommendations of the National Academies of Science argue strongly for the need for a New York HIA of the health impacts of gas drilling and hydraulic fracturing. A similar investigation in Colorado revealed a set of potentially significant human health impacts associated with chemical exposures, accidents, and stress-related community changes, all of which were insufficiently considered in the New York RDSGEIS. Without a full assessment and mitigation of the impacts of the risks, the health of New York State residents and communities is likely to suffer.

---

[15] Abramson A, Abrams J, Alexander M, et al. Letter to The Honorable Andrew M. Cuomo. October 5, 2011. http://www.psehealthyenergy.org/resources/view/198813. Accessed January 5, 2012.
[16] CDC scientist: tests needed on gas drilling impact. Associated Press. January 4, 2012. http://online.wsj.com/article/AP8338b702930849f49d22a5d96b7d1b2d.html. Accessed January 5, 2012.

Attachment 11

Briana Mordick

January 10, 2012

To: Kate Sinding

From: Briana Mordick

Subject: Technical analysis of hydraulic fracturing-induced seismicity provisions in the New York State Revised Draft Supplemental Generic Environmental Impact Statement On the Oil, Gas & Solution Mining Regulatory Program

## Introduction

The following report is a technical review and analysis of the hydraulic fracturing-induced seismicity provisions of the New York State (NYS) 2011 Revised Draft Supplemental Generic Environmental Impact Statement (RDSGEIS) on the Oil, Gas & Solution Mining Regulatory Program Well Permit Issuance for Horizontal Drilling and High-Volume Hydraulic Fracturing to Develop the Marcellus Shale and Other Low-Permeability Gas Reservoirs. This report includes recommendations for properly managing the risks associated with induced seismicity.

## Analysis

The RDSGEIS fails to require operators of HVHF wells to consider the risk of induced seismicity when siting wells and designing hydraulic fracture treatments, concluding that,

*"There is a reasonable base of knowledge and experience related to seismicity induced by hydraulic fracturing. Information reviewed indicates that there is essentially no increased risk to the public, infrastructure, or natural resources from induced seismicity related to hydraulic fracturing. The microseisms created by hydraulic fracturing are too small to be felt, or to cause damage at the ground surface or to nearby wells. Accordingly, no significant adverse impacts from induced seismicity are expected to result from high-volume hydraulic fracturing operations."*[1]

Since the RDSGEIS was written, hydraulic fracturing has been confirmed to have caused induced seismicity strong enough to be felt at the surface. In a report commissioned by United Kingdom-based Cuadrilla Resources, researchers concluded that a series of earthquakes in Lancashire, UK were likely caused by hydraulic fracturing. Two relatively large earthquakes, with magnitudes 2.3 and 1.5, and 48 smaller events occurred in the hours after several stages of the Preese Hall 1 well were fracked.[2] A separate report written by a seismologist at the Oklahoma Geological Survey concluded that a swarm of about 50 earthquakes in Garvin County, Oklahoma, ranging in magnitude from 1.0 to 2.8, could also have been induced by hydraulic fracturing.[3]

---

[1] Revised Draft SGEIS 2011, Executive Summary, Page 19
[2] de Pater, C.J., and Baisch, S., 2011, *Geomechanical Study of Bowland Shale Seismicity: Synthesis Report*, prepared for Cuadrilla Resources Ltd, 71p., available at: http://www.cuadrillaresources.com/cms/wp-content/uploads/2011/12/Final_Report_Bowland_Seismicity_02-11-11.pdf
[3] Holland, A., 2011, *Examination of Possibly Induced Seismicity from Hydraulic Fracturing in the Eola Field, Garvin County, Oklahoma*, Oklahoma Geological Survey, Open-File Report OF1-2011, 31p., available at: http://www.ogs.ou.edu/pubsscanned/openfile/OF1_2011.pdf

The RDSGEIS concedes that, "There are no seismic monitoring protocols or criteria established by regulatory agencies that are specific to high volume hydraulic fracturing,"[4] and recognizes that, "It is important to avoid injecting fluids into known, significant, mapped faults when hydraulic fracturing."[5] However, instead of developing such protocols and requiring operators to demonstrate that they have accounted for seismic risks in the siting of wells and design of hydraulic fracture treatments, the RSDGEIS assumes that, "Generally, operators would avoid faults because they disrupt the pressure and stress field and the hydraulic fracturing process,"[6] and, "It is in the operator's best interest to closely control the hydraulic fracturing process to ensure that fractures are propagated in the desired direction and distance and to minimize the materials and costs associated with the process."[7]

To justify why no additional analysis or monitoring is required to prevent induced seismicity, the RDSGEIS states, "The routine microseismic monitoring that is performed during hydraulic fracturing serves to evaluate, guide, and control the process and is important in optimizing well treatments,"[8] and, "Monitoring beyond that which is typical for hydraulic fracturing does not appear to be warranted, based on the negligible risk posed by the process and very low seismic magnitude."[9] However, earlier in the document, NYSERDA's consultant ICF International concludes that, "...fracture monitoring by [microseismic fracture mapping] is **not regularly used** because of cost..."[10] So in fact, seismic monitoring would rarely be employed during a routine hydraulic fracture treatment.

The RDSGEIS further assumes that no additional analysis of seismic risk is needed due to the fact that, "The locations of major faults in New York have been mapped (Figure 4.13) and few major or seismically active faults exist within the fairways for the Marcellus and Utica Shales."[11] There are two fatal flaws with this assumption. First, in both the UK and Oklahoma incidents, the earthquakes likely occurred due to slippage on minor, sub-seismic faults. Therefore, knowing the locations of only "major faults" is not sufficient to assess the potential risk of induced seismicity from hydraulic fracturing. Second, it is precisely the injection of fluids which induces previously inactive faults to become active. Therefore, whether a fault is currently or even recently seismically active is not sufficient to predict whether it could become active due to human activity – the definition of induced seismicity. A paper on earthquake hazards from deep well injection prepared by the U.S. Geological Survey for the U.S. Environmental Protection Agency concludes that predicting and mitigating seismic hazard risks in the Eastern United States is particularly problematic, as the causes of natural earthquakes and location of faults are not well understood.[12]

---

[4] Revised Draft SGEIS 2011, Page 6-322
[5] Id.
[6] Id.
[7] Revised Draft SGEIS 2011, Page 6-323
[8] Revised Draft SGEIS 2011, Page 6-323
[9] Revised Draft SGEIS 2011, Page 6-328
[10] Revised Draft SGEIS 2011, Page 5-88, emphasis added
[11] Revised Draft SGEIS 2011, Page 6-327
[12] Nicholson, C., and Wesson, R., 1990, *Earthquake Hazard Associated With Deep Well Injection – A Report to the U.S. Environmental Protection Agency*, U.S. Geological Survey Bulletin 1951, 86p., available at: http://pubs.usgs.gov/bul/1951/report.pdf

Induced seismicity could result in unwanted and dangerous consequences, depending on the size and location of the earthquake. Fault movement may potentially endanger groundwater by creating or enhancing migration pathways between the zone being hydraulically fractured and underground sources of drinking water. Seismicity can also compromise wellbore integrity. The induced seismicity event in the UK caused ovalization of the production casing over hundreds of feet, with more than a half-inch of ovalization occurring over an approximately 250 foot length.[13] Such damage could compromise the cement bond, allowing methane or fluids to migrate up the back side of the casing to groundwater.

Even a relatively small earthquake could cause damage over a large area. The USGS report cited above states that, "Earthquakes in the Central and the Eastern United States typically cause damage over much larger areas as compared to earthquakes of the same size in the Western United States. This is primarily the result of the lower attenuation of seismic waves in the East versus the West, but other factors also may be involved."[14] Earthquakes could cause property damage including to private homes and public buildings and could also put at risk the aqueducts, tunnels, and infrastructure that deliver the New York City drinking water supply. In a report prepared for the New York City Department of Environmental Protection, environmental engineering firm Hazen and Sawyer concluded that, "...liner cracks can be anticipated to develop as the tunnels age, due to normal geologic activity (e.g., seismic activity), and to changes in subsurface conditions associated with widespread hydrofracturing, gas reservoir depletion/withdrawal and injection well operation," and, "Detrimental effects [to tunnel liners] could include liner cracks, which would facilitate infiltration of pressurized fluids."[15] In addition to natural seismic activity, induced seismicity could also be expected to create additional liner cracks. The authors also concluded that, "Hydraulic fracturing operations in proximity to the naturally occurring fracture systems that intersect DEP tunnels will increase the risk of (a) contaminating drinking water with drilling and fracturing chemicals and poor quality formation water; (b) methane accumulation around and within DEP subsurface infrastructure; and (c) tunnel liner structural failure.  Mitigation of risks to drinking water quality and infrastructure integrity will require revision of current setback provisions to reflect the occurrence of laterally extensive subsurface faults, fractures, and brittle structures."[16] If earthquakes are induced along faults that intersect the DEP tunnels, these risks could be further exacerbated.

Even in the absence of actual damage, induced seismic events will have financial and manpower costs associated with the investigation of the causes and effects of the earthquake and from the suspension of operations until such studies are completed.

---

[13] Id. at 2

[14] Id. at 13

[15] Hazen and Sawyer, 2009, *Impact Assessment of Natural Gas Production in the New York City Water Supply Watershed: Final Impact Assessment Report,* prepared for New York City Department of Environmental Protection, 100p., available at:

http://www.nyc.gov/html/dep/pdf/natural_gas_drilling/12_23_2009_final_assessment_report.pdf

[16] Id., Appendix D

The RDSGEIS provides insufficient analysis and scientific evidence to support its conclusion that regulations to reduce the risk of induced seismicity from hydraulic fracturing are not necessary.

## Recommendation

The RDSGEIS should require operators to provide a site-specific analysis of the risk of induced seismicity due to hydraulic fracturing. This should include a detailed analysis of the geology, including the locations of known faults and an assessment of the seismic history of the region. Operators should be required to provide an analysis detailing the maximum magnitude of an earthquake that could be triggered based on anticipated injection volume and the probability that such an earthquake may occur based on site-specific geologic and geophysical parameters such as fault and fracture density, lithology, minimum horizontal stress, and anticipated pore pressure as a result of fluid injection.[17] Operators should then be required to use this data to properly design their hydraulic fracture treatment to reduce the risk of triggering induced seismicity. Operators should be required to perform seismic monitoring during hydraulic fracturing to ensure that any seismicity that occurs is within design parameters.

---

[17] See, e.g., Shapiro,S. A., C. Dinske, and J. Kummerow (2007), Probability of a given magnitude earthquake induced by a fluid injection, Geophys. Res. Lett., 34, L22314, doi:10.1029/2007GL031615.

Attachment 12

Expert Resumes

**Harvey Consulting, LLC.**

- Susan Harvey

**Tom Myers, Ph.D.**

**Glenn Miller, Ph.D.**

**Ralph Seiler, Ph.D.**

**Meliora Design, LLC.**

- Michele Adams, P.E.
- Ruth Sitler, P.E.

**The Louis Berger Group, Inc.**

- Niek Veraart, AICP, ASLA
- Raed EL-Farhan, Ph.D.
- Hope Luhman, Ph.D., RPA
- Edward Samanns, PWS, CE
- Leo Tidd
- Dane Ismart

**Kevin Heatley**

**Kim Knowlton, DrPH**

**Gina Solomon, M.D.**

**Briana Mordick**



*Oil & Gas, Environmental, Regulatory Compliance, and Training*

### Susan L. Harvey, Owner

Susan Harvey has 25 years of experience as a Petroleum and Environmental Engineer, working on oil and gas exploration and development projects. Ms. Harvey is the owner of Harvey Consulting, LLC, a consulting firm providing oil and gas, environmental, regulatory compliance advice and training to clients. Ms. Harvey held engineering and supervisory positions at both Arco and BP including Prudhoe Bay Engineering Manager and Exploration Manager. Ms. Harvey has planned, engineered, executed and managed both on and offshore exploration and production operations, and has been involved in the drilling, completion, stimulation, testing and oversight of hundreds of wells in her career. Ms. Harvey's experience also includes air and water pollution abatement design and execution, best management practices, environmental assessment of oil and gas project impacts, and oil spill prevention and response planning. During Governor Knowles Administration, Ms. Harvey headed the Industry Preparedness Program for the Alaska Department of Environmental Conservation, Division of Spill Prevention and Response; she was responsible for oil spill prevention and response oversight of all Alaska industry operations that produce, store or transport hydrocarbons. Ms. Harvey taught air pollution control engineering courses at the University of Alaska in the Graduate Engineering Program.

**Education Summary:**

Environmental Engineering
**Masters of Science**
University of Alaska Anchorage

Petroleum Engineering
**Bachelor of Science**
University of Alaska Fairbanks

**Consulting Services:**
- ❑ Oil and gas, environmental, regulatory compliance advice and training
- ❑ Oil spill prevention and response planning
- ❑ Air pollution assessment and control

**Employment Summary:**

| | |
|---|---|
| 2002-Current | Harvey Consulting, LLC., Owner |
| 2005-Current | Harvey Fishing, LLC., Co-owner |
| 2002-2007 | University of Alaska at Anchorage<br>Environmental Engineering Graduate Level, Adjunct Professor |
| 1999-2002 | State of Alaska, Department of Environmental Conservation<br>Environmental Supervisory Position |
| 1996-1999 | Arco Alaska Inc.<br>Engineering and Supervisory Positions held |
| 1989-1996 | BP Exploration (Alaska), Inc.<br>Environmental, Engineering, and Supervisory Positions held |
| 1987-1989 | Standard Oil Production Company<br>*(purchased by BP in 1989)*, Engineering Position |
| 1985-1986 | Conoco, Production Engineer and New Mexico Institute of Mining and Technology Petroleum Research &<br>Recovery Center, Laboratory Research Assistant |

**Employment Detail:**

**2002-Current**   **Harvey Consulting, LLC.**
Owner of consulting business providing oil and gas, environmental, regulatory compliance and training to clients.

**2005-Current**   **Harvey Fishing, LLC.**
Co-owner and operator of a commercial salmon fishing business in Prince William Sound Alaska.

**2002-2007**   **University of Alaska at Anchorage**
Environmental Engineering Graduate Level Program, Adjunct Professor Air Pollution Control.

**1999-2002**   **State of Alaska, Department of Environmental Conservation**
**Environmental Supervisory Position**
Industry Preparedness and Pipeline Program Manager, Alaska Department of Environmental Conservation, Division of Spill Prevention and Response. Managed 30 staff in four remote offices. Main responsibility was to ensure all regulated facilities and vessels across Alaska submitted high quality Oil Discharge Prevention and Contingency Plans to prevent and respond to oil spills. Staff included field and drill inspectors, engineers, and scientists. Managed all required compliance and enforcement actions.

**1996-1999**   **Arco Alaska Inc.**
**Engineering and Supervisory Positions held**
Prudhoe Bay Waterflood and Enhanced Oil Recovery Engineering Supervisor. Main responsibility was to set the direction for a team of engineers to design, optimize and manage the production over 120,000 barrels of oil per day from approximately 400 wells and nine drill sites, from the largest oil field in North America. Responsible for six concurrently operating drilling and workover rigs.

Prudhoe Bay Satellite Exploration Engineering Supervisor for development of six new Satellites Oil Fields. Main responsibility was to set the direction for a multidisciplinary team of Engineers, Environmental Scientists, Facility Engineers, Business Analysts, Geoscientists, Land, Tax, Legal, and Accounting. Responsible for two appraisal drilling rigs.

Lead Engineer for Arco Western Operating Area Development Coordination Team. Lead a multi-disciplinary team of engineers and geoscientists, working on the Prudhoe Bay oil field.

**1989-1996**   **BP Exploration (Alaska), Inc.**
**Environmental, Engineering, and Supervisory Positions held**
Senior Engineer Environmental & Regulatory Affairs Department. Main responsibilities included: air quality engineering, technical and permitting support for Northstar, Badami, Milne Point Facilities and Exploration Projects.

Senior Engineer/Litigation Support Manager. Duties included managing a multidisciplinary litigation staff to support the ANS Gas Royalty Litigation, Quality Bank Litigation and Tax Litigation. Main function was to coordinate, plan and organize the flow of work amongst five contract attorneys, seven in-house attorneys, two technical consultants, eight expert witnesses, four in-house consultants and twenty-two staff members.

Senior Planning Engineer. Provided technical, economic, and negotiations support on Facility, Power, Water and Communication Sharing Agreements. Responsibilities also included providing technical assistance on recycled oil issues, ballast water disposal issues, chemical treatment options, and contamination issues.

Production Planning Engineer. Coordinated State approval of the Sag Delta North Participating Area and Oil Field. Resolved technical, legal, tax, owner and facility sharing issues. Developed an LPG feasibility study for the Endicott facility.

Reservoir Engineer. Developed, analyzed and recommended options to maximize recoverable oil reserves for the Endicott Oil Field through 3D subsurface reservoir models, which predicted fluid movements and optimal well placement for the drilling program. Other duties included on-site wellbore fluid sampling and subsequent lab analysis.

Production Engineer. North Slope field engineering. Duties included design and implementation of wireline, electric line, drilling and rig completions, well stimulation, workovers and well testing programs.

**1987-1989**　　　**Standard Oil Production Company, Production Engineer**
Production Engineer. North Slope field engineering. Duties included design and implementation of wireline, electric line, drilling and rig completions, well stimulation, workovers and well testing programs.

Engineering Internship, Barry Waterflood Oklahoma City OK.

**1986**　　　**Conoco, Production Engineer**
Production Engineer. Engineering Internship, Hobbs New Mexico.

**1985-1986**　　　**New Mexico Institute of Mining and Technology**
**Petroleum Research & Recovery Center**
Laboratory Research Assistant, Enhanced Oil Recovery, Surfactant Research.

**Harvey Consulting, LLC, Major Projects and Publications**

Northeast Natural Energy, LLC. and Enrout Properties, LLC vs. The City of Morgantown, West Virginia, technical support to The City of Morgantown, 2011.

Arctic Oil and Gas Project, technical support to Pew Charitable Trust, 2010-2011.

Stockport Mountain Corporation, LLC vs. Norcross Wildlife Foundation, Inc., technical support to Norcross Wildlife Foundation, Inc., 2011.

Nikaitchuq Oil and Gas Development Project, technical review and advice to North Slope Borough, 2011.

Valdez Marine Terminal, Oil Spill Prevention Audit, report prepared for Prince William Sound Regional Citizens Advisory Council, 2011.

Great Bear Petroleum Exploration Oil Spill Prevention and Response Plan, technical review and comments prepared for North Slope Borough, 2011.

Recommendations to Improve the December 9, 2010 Delaware River Basin Commission (DRBC) Proposed Natural Gas Development Regulations, report prepared for Delaware Riverkeeper Network, 2011.

Oooguruk Oil and Gas Development Project, technical review and advice to North Slope Borough, 2011.

Trans-Alaska Pipeline Oil Discharge Prevention and Contingency Plan, technical review and comments prepared for North Slope Borough, 2011

Shell Beaufort Sea Exploration Plan, technical support to North Slope Borough, 2007-2011.

Canadian National Energy Board, Offshore Drilling Review, technical support to WWF-Canada, 2011.

Shell Chukchi Sea Exploration Plan, technical support to North Slope Borough, 2010-2011.

SINTEF Behavior of Oil and Other Hazardous and Noxious Substances (HNS) spilled in Arctic Waters (BoHaSA) Report, technical review and advice to WWF, 2011.

Milne Point Oil & Gas Project, technical review and advice to North Slope Borough, 2011

National Commission Report on the BP Deepwater Horizon Oil Spill and Offshore Drilling, the Challenges of Oil Spill Response in the Arctic, technical analysis and recommendations prepared for Pew Charitable Trust, 2010.

Appeal of U.S. Forest Service Plan of Operations Denial for Wolcott Gold Mining Operation, technical report and appeal filing for Wolcott Gold Mining, 2010.

Valdez Marine Terminal Oil Spill Prevention and Response, technical support Prince William Sound Regional Citizens Advisory Council, 2002-2011.

Environmental Impacts and Regulation of Natural Gas Production, E2 Environmental Entrepreneurs, Presentation, 2011.

Petroleum and Natural Gas Systems, Subpart W, Mandatory Reporting of Greenhouse Gases, technical support to Natural Resources Defense Council and Sierra Club, 2010-2011.

Delaware River Basin Commission (DRBC) Consolidated Administrative Hearing on Grandfathered Exploration Wells, report prepared for Delaware Riverkeeper Network, 2010.

Recommendations for Australian Government Commission of Inquiry Montara Well Head Platform Uncontrolled Hydrocarbon Release, - Final Findings Document Post Commission of Inquiry Proceedings, report prepared for World Wide Fund for Nature Australia, 2010.

Gas Well Risk Management Controls, Protection of Groundwater Resources and Safe Well Construction, Operation and Abandonment, analysis prepared for Environmental Defense Fund and Sierra Club, 2010.

Recommendations for Pennsylvania's Proposed Changes to Oil and Gas Well Construction Regulations, report prepared for Earthjustice and Sierra Club, 2010

Ohio Senate Bill 165 Implementation Workgroup, revised Oil and Gas Standards for Ohio, Engineering Support to Environmental Defense Fund and Sierra Club, 2010.

New York State (NYS) Casing Regulation Recommendations, report prepared for Natural Resources Defense Council, 2009.

2011 Arctic Oil & Gas General NPDES Permit (Arctic GP) Heavy Metal Discharges (Mercury and Cadmium) in Drilling Muds and Cuttings, report to North Slope Borough, 2010.

Onshore Seismic Exploration Best Practices & Model Permit Requirements, report prepared for Natural Resources Defense Council, 2010.

Comparison of 2009 Timor Sea Well blowout to Gulf of Mexico Well blowout, report prepared for World Wide Fund for Nature Australia, 2010.

Recommendations for Profitable Greenhouse Gas Reductions from Oil and Gas Facilities in New Mexico, report to Natural Resources Defense Council, 2010.

EPA's Proposed Reissuance of Arctic Offshore NPDES Permit for Facilities Related to Oil and Gas Extraction, technical advice to the North Slope Borough, 2009-2010.

Oil & Gas Exploration and Production Operations Inspector Training and Manual, prepared for North Slope Borough, 2010.

Crude Oil Storage Tank 14, American Petroleum Institute Tank Inspection Record Review, Audit and Corrosion Calculations, report prepared for Prince William Sound Regional Citizens Advisory Council, 2010.

Minerals Management Service Outer Continental Shelf Five Year Oil and Gas Leasing Program 2012-2017, comments prepared for Aleutians East Borough, 2010.

Alaska Regional Response Team Dispersant Use Guideline Revision Workgroup, technical support for the North Slope Borough, 2009-2010.

Alaska Oil and Gas Conservation Commission Proposed Regulation Changes, Title 20, Chapter 25, Alaska Administrative Code Annular Disposal of Drilling Waste, technical review and comments prepared for North Slope Borough, 2010.

Outer Continental Shelf, Oil & Gas Lease Sale, North Aleutian Basin, Cooperating Agency, technical support to Aleutians East Borough, 2009.

Review of Shell Exploration and Production Company's August 2008 Analysis of the Pros and Cons of Zero Discharge of Muds and Cuttings During Exploration Drilling in the Alaska Beaufort Sea Outer Continental Shelf, and Shell's May 2009 Supplemental Information on Annular Injection and Barents Sea Exploration Permits, report to North Slope Borough, 2009.

Best Management Practices for Cementing and Casing, analysis prepared for Earthjustice, 2010.

Recommendations for Australian Government Commission of Inquiry Montara Well Head Platform Uncontrolled Hydrocarbon Release- Initial Findings Document Prior to Commission of Inquiry Proceedings, report prepared for World Wide Fund for Nature Australia, 2010.

Alaska Oil and Gas Conservation Commission Proposed Regulation Changes, Title 20, Chapter 25, Alaska Administrative Code Well Safety Valve System Requirements, technical review and comments prepared for North Slope Borough, 2010.

Analysis and Recommendations on Shell Oil's Beaufort Sea Exploration Program, analysis prepared for Pew Charitable Trusts, 2010.

Comments to EPA on Proposed Mandatory Reporting of Greenhouse Gas: Petroleum and Natural Gas Systems - Docket EPA-HQ-OAR-2009-0923, prepared for Clean Air Task Force, Environmental Defense Fund, Natural Resources Defense Council, Sierra Club, 2010

Draft Supplemental Generic Environmental Impact Statement  On the Oil, Gas & Solution Mining Regulatory Program Well Permit Issuance for Horizontal Drilling and High-Volume Hydraulic Fracturing to Develop the Marcellus Shale and Other Low-Permeability Gas Reservoirs, Review of DSGEIS and Identification of Best Technology and Best Practice Recommendations, report prepared for Natural Resources Defense Council, 2009.

Commercial Recreation Operations, permit applications, standards, and model stipulations prepared for North Slope Borough, 2008-2010.

North Slope Village Residential and Commercial Operations, permit applications, standards, and model stipulations prepared for North Slope Borough, 2008-2010.

Alaska Coastal Impact Assistance Program Grant Applications for Seismic, LNG, and Resource Development Projects, prepared for the Aleutians East Borough, 2009-2010.

Oil & Gas Exploration and Production Operations, permit applications, standards, and model stipulations prepared for North Slope Borough, 2008-2010.

Outer Continental Shelf, Oil & Gas Lease Sale, North Aleutian Basin, Mitigation Measure Recommendations, report prepared for the Aleutians East Borough, 2009.

ExxonMobil Point Thomson Exploration Drilling Operations, reports and technical advice to North Slope Borough, 2008-2010.

Oil & Gas Assembly Workshop, conducted for Aleutians East Borough, 2009.

IHLC Historical Site Protection During Oil & Gas Exploration and Production Operations, permit applications, standards, and model stipulations prepared for North Slope Borough, 2008-2010.

Western Climate Initiative (WCI) Working Group on Oil and Gas, technical support to Natural Resources Defense Council, 2009-2010.

Alyeska Pipeline Service Company, Ship Escort Response Vessel System, Audit of Fishing Vessel Readiness to Support a Catastrophic Tanker Spill, report prepared for Prince William Sound Regional Citizens Advisory Council, 2009

Western Regional Air Partnership (WRAP) Working Group on Oil and Gas Exploration & Production (E&P) Greenhouse Gas (GHG) Accounting Protocol, technical support to Natural Resources Defense Council, 2009-2010.

Oil Spill Prevention and Response Improvements for Oil and Gas Exploration and Production in Alaska's North Slope, and Chukchi and Beaufort Seas, recommendations prepared for the North Slope Borough, 2010.

Beechey Point Unit Oil and Gas Master Plan and Proposed Amendment to the Official Zoning Map to Rezone all Lands Needed for Development of the Beechey Point Unit to Resource Development, recommendation prepared for the North Slope Borough, 2010.

Audit of July 2010 Valdez Marine Terminal Surprise Drill, Personnel Availability, Training and Qualifications, report prepared for Prince William Sound Regional Citizens Advisory Council, 2010.

CGGVeritas, Inc. Onshore and Offshore 3D Seismic Data Plan, technical review completed for the North Slope Borough, 2010.

Crude Oil Storage Tank 10, American Petroleum Institute Tank Inspection Record Review, Audit and Corrosion Calculations, report prepared for Prince William Sound Regional Citizens Advisory Council, 2010.

Brooks Range Petroleum Company Northshore Oil Development Project, technical review completed for the North Slope Borough, 2009.

Oil & Gas Comprehensive Plan, technical advice to the North Slope Borough, 2009-2011.

ConocoPhillips Chukchi Sea Exploration Plan, technical review completed for the North Slope Borough, 2008.

Brooks Range Petroleum Company Northshore Development Project, technical review completed for the North Slope Borough, 2009.

Industrial Waste Water System and Manhole Repairs in Secondary Containment System, Valdez Marine Terminal, technical advice to Prince William Sound Regional Citizens Advisory Council, 2009.

North Slope Oil Spills, technical support and advice to the North Slope Borough on a variety of actual oil spills, 2002-2011.

Tract 75 Contaminated Site, technical advice to the North Slope Borough, 2009-2010.

Strategic Plan for Retaining Crude Oil Tanker Tug Escorts for Prince William Sound, plan prepared for Prince William Sound Regional Citizens Advisory Council, 2009.

Arctic Technologies Workshop - Key Learnings, report prepared for the Aleutians East Borough, 2009.

Not So Fast: Some Progress in Spill Response, but US Still Ill-Prepared for Arctic Offshore Development, A review of US Department of the Interior, Minerals Management Service's (MMS) Arctic Oil Spill Response Research and Development Program – A Decade of Achievement,  report prepared for World Wildlife Fund, 2009.

Environmental Liability Baseline Assessment for Crazy Horse Oilfield Pad, technical review and recommendation prepared for the North Slope Borough, 2009.

Valdez Marine Terminal Oil Spill Prevention Audit, report prepared for Prince William Sound Regional Citizens Advisory Council, 2009.

EPA's Proposed Reissuance of General NPDES Permit for Facilities Related to Oil and Gas Extraction, comments prepared for the North Slope Borough, 2009.

Cape Simpson Oil Spill and Contaminated Site: Cleanup Action Requested, technical advice to the North Slope Borough, 2009-2010

Particulate Matter Emissions from In Situ Burning of Oil Spills, Alaska's In Situ Burning Guidelines, technical advice and comments prepared for Prince William Sound Regional Citizens Advisory Council, 2009

Arctic Multiple Oil and Gas Lease Sale for the Beaufort and Chukchi Seas, technical review and comments prepared for the North Slope Borough, 2008.

Current Offshore Waste Disposal Regulations, Permitting Process and Practices in Alaska Waters from Exploration and Production Operations, report prepared for the North Slope Borough, 2008.

Liberty Offshore Oil Production Plan, technical review for the North Slope Borough, 2008.

Northeast National Petroleum Reserve Alaska, Lease Sale Environmental Impact Statement and Lease Sale, technical support for Cooperating Agency participation in EIS preparation for the North Slope Borough, 2007-2008.

Oliktok Point Dredging Permit, technical review for the North Slope Borough, 2008.

Kuparuk Seawater Treatment Plant, Waterflood Operations, technical review for the North Slope Borough, 2008.

Lisburne Oil Production Facility Secondary Containment for Hydrocarbon Storage, technical review for the North Slope Borough, 2008.

Alpine Oil Development Oil Discharge Prevention and Contingency plan, technical review completed for support for the North Slope Borough, 2008.

UltraStar Exploration Drilling Program, technical review completed for the North Slope Borough, 2008.

EPA Vessel Discharge General Permit AK0808-13AA, comments prepared for Prince William Sound Regional Citizens Advisory Council related to crude oil tankers, 2008.

Oooguruk Oil Production Facility Development Plan, technical review for the North Slope Borough, 2008.

MMS Pipeline Regulations, Proposed Revisions to 30 CFR Part 250, 253, 254, 256, Oil and Gas and Sulfur Operations in the OCS – Pipelines and Pipeline Rights-of-Way, recommendations and comments prepared for North Slope Borough, 2008.

Valdez Marine Terminal Oil Spill Prevention and Contingency Plan, comments prepared for Prince William Sound Regional Citizens Advisory Council, 2008.

Alpine Oil Development Master Plan Rezone Application, technical advice and reports to the North Slope Borough, 2006-2008.

Prudhoe Bay Oil Production Facility Reserve Pit Closures and Pad Abandonment, technical advice and reports to the North Slope Borough, 2008.

Strategic Plan for the NSB Wildlife Department, plan prepared for North Slope Borough, 2008.

Revision to Title 19, Oil and Gas Land Use Ordinance, recommendations prepared for the North Slope Borough, 2008-2010.

Shell Offshore Exploration Plan, Air Permit Appeal to Environmental Appeals Board and 9th Circuit Court, technical advice and reports to the North Slope Borough, 2008-2009.

Oil and Gas Infrastructure Risk Assessment for Alaska, comments prepared for the North Slope Borough, 2008.

Crude Oil Storage Tanks 9 & 10, Notice of Violation, Breach in Secondary Containment, Valdez Marine Terminal, technical advice to the Prince William Sound Regional Citizens Advisory Council, 2008.

Oil and Gas Facilities Operating on North Slope of Alaska, Air Pollution Inventory, prepared for the North Slope Borough, 2008.

Oil Spill Prevention and Response Training, conducted for the North Slope Borough, 2006-2010.

Coville Tank Farm Oil Discharge Prevention and Contingency Plan, technical review and comments prepared for the North Slope Borough, 2008.

Northstar Oil Facility Inspection and Audit, completed for the North Slope Borough, 2008.

XTO Energy Oil Discharge Prevention and Response Plan, prepared for XTO Energy's Cook Inlet Oil and Gas Production Operations, 2007.

Prudhoe Bay Oil Production Facility Flare Upgrade, technical review for the North Slope Borough, 2008.

Alpine Oil Facility Air Permit, comments prepared for the North Slope Borough, 2008.

BHP Billiton Tundra Damage and Spill Notices of Violation, technical advice to the North Slope Borough, 2008.

Kuparuk Oil Discharge Prevention and Contingency Plan, technical review and comments prepared for the North Slope Borough, 2007.

Meltwater Oil Production Operations, inspection and audit completed for support for the North Slope Borough, 2007.

Renaissance Umiat, LLC., Northeast National Petroleum Reserve- Alaska Exploration Program, technical review prepared for the North Slope Borough, 2007.

Ballast Water Treatment Facility Abatement of Hazardous Air Pollution, at Valdez Marine Terminal, technical advice and reports for Prince William Sound Regional Citizens Advisory Council, 2005-2009.

U.S. States Court of Appeals for the Ninth Circuit, Northwest Environmental Advocates, et al., Plaintiffs-Appellees; Petitioners, and the States of New York, et al. Plaintiff-Intervenors Appellees.-v.- US EPA Defendant-Appellant; Respondent and the Shipping Industry Ballast Water Coalition, Defendant-Intervenor Appellant, on Appeal from the US District Court for the Northern District of California, Brief of Amicus Curiae, for the Aleutians East Borough, technical support for Aleutians East Borough filing prepared by Walker and Levesque, LLC., 2006-2007.

Chevron North America Exploration and Production, North Slope Exploration Program "White Hills", technical advice and reports to the North Slope Borough, 2007.

City of Valdez Oil & Gas Tax Appeal, technical support to Walker & Levesque, LLC., 2006-2007.

Conoco Phillips Proposed Ultra Low Sulfur Diesel Facility, at Kuparuk River Unit CPF-3, technical analysis and recommendation prepared for North Slope Borough, 2006.

Application of Norway's Best Practices for Oil & Gas Operations to US Arctic Operations, report prepared for the North Slope Borough, 2008.

Air Strippers and Regenerative Thermal Oxidizers, proposal to install at Valdez Marine Terminal, technical review for Prince William Sound Regional Citizens Advisory Council, 2008.

Northstar Air Permit, technical review and comments prepared for the North Slope Borough, 2007.

Nikaitchuq Oil Development Plan, technical review completed for support for the North Slope Borough, 2006-2009.

Aleutians East Borough Title 40, Planning, Platting and Land Use Code Revision for Oil and Gas Exploration and Production Operations, technical advice to Aleutians East Borough, 2006-2007.

Natural Gas LNG North Slope Facility Proposal, technical review completed for support for the North Slope Borough, 2006.

Milne Point Unit Oil Discharge Prevention and Contingency Plan, technical review and comments prepared for the North Slope Borough, 2006.

Oooguruk Oil Production Facility Air Permit and Oil Spill Plan, technical review for the North Slope Borough, 2006.

Crude Oil Storage Tank 5, Alleged Integrity Concerns Preliminary Investigation, Valdez Marine Terminal, reports prepared for the Prince William Sound Regional Citizens Advisory Council, 2006 and 2007.

Proposed Changes to 11 AAC 83 Bonds and Plans for Dismantlement, Removal and Restoration of Oil and Gas Facilities, technical review and comments prepared for the North Slope Borough, 2006.

Non-indigenous Species Control Options and Risks Associated with Crude Oil Tanker Traffic, database of all technical and regulatory publications and research available, prepared for Prince William Sound Regional Citizens Advisory Council, 2006

Prudhoe Bay Oil Discharge Prevention and Contingency Plan, technical review and comments prepared for the North Slope Borough, 2006.

Petro-Canada (Alaska) Inc., Western NPR-A Exploration Drilling Program, technical review prepared for the North Slope Borough, 2006.

Crude Oil Storage Tank 16, Alleged Integrity Concerns Preliminary Investigation, Valdez Marine Terminal, report prepared for the Prince William Sound Regional Citizens Advisory Council, 2006.

DOT Pipeline Safety: Protecting Unusually Sensitive Areas from Rural Onshore Hazardous Liquid Gathering lines and Low-Stress Lines, comments prepared for the North Slope Borough, 2006.

Nikaitchuq Air Permit, technical review and comments prepared for the North Slope Borough, 2006.

Prince William Sound Oil Tanker Spill Prevention and Contingency Plan, comments prepared for Prince William Sound Regional Citizens Advisory Council, 2007.

EPA's Proposed Regulations for Development of Clean Water Act National Pollutant Discharge Elimination System Permits for Discharges Incidental to the Normal Operation of Vessels, comments prepared for the North Slope Borough, 2007.

Fuel Storage Tank 55, Alleged Integrity Concerns Preliminary Investigation, Valdez Marine Terminal, report prepared for the Prince William Sound Regional Citizens Advisory Council, 2006.

Oil & Gas Exploration and Production Economic Opportunities and Capacity Building, report to the Aleutians East Borough, 2005.

Kuparuk Oil Facility Inspection and Audit, completed for the North Slope Borough, 2007.

Balboa Bay Regional Port Study Concept, LNG Tanker Terminal, prepared for Aleutians East Borough, 2007.

Alpine Oil Facility Inspection and Audit, completed for the North Slope Borough, 2007.

Surface Coal Mining Control and Reclamation Act Proposed Draft Regulations Title 11, Alaska Administrative Code, Chapter 90 (11 AAC 90), technical review and comments prepared for the North Slope Borough, 2007.

Crude Oil Storage Tank 93, Alleged Integrity Concerns Preliminary Investigation, Valdez Marine Terminal, reports prepared for the Prince William Sound Regional Citizens Advisory Council, 2006.

DeCola, E., T. Robertson, S. Fletcher, and S. Harvey, Offshore Oil Spill Response in Dynamic Ice Conditions: A Report to WWF on Considerations for the Sakhalin II Project, report to the World Wildlife Fund, 2006.

Savant Alaska, LLC Kupcake Prospect 2007 Exploration Well East of Endicott, technical advice to the North Slope Borough, 2005.

Prince William Sound Oil Tanker Tug Fleet Workshop and report, prepared for Prince William Sound Regional Citizens Advisory Council, 2006.

Crude Oil Storage Tank 1, American Petroleum Institute Tank Inspection Record Review, Audit and Corrosion Calculations, report prepared for Nuka Research and Planning Group, LLC., 2006.

Analysis of 1995-2005 Oil and Gas Facility Oil Spills on the North Slope of Alaska, report prepared for North Slope Borough, 2005.

Endicott and Badami Oil Discharge Prevention and Contingency Plan, technical review and comments prepared for the North Slope Borough, 2004.

Alpine Satellite Oil Development at CD-5, Bridge Construction and Pad Development, technical advice to the North Slope Borough, 2006-2008.

Valdez Marine Terminal, 203,000 Barrel Oil Spill Drill Evaluation, report prepared for Prince William Sound Regional Citizens Advisory Council, 2006.

Oil and Gas Bond Regulations, Proposed Changes to 11 AAC 83, comments prepared for the Aleutians East Borough, 2006.

Oil & Gas Lease Sales Brochure, prepared for the Aleutians East Borough, 2005.

Wastewater General Disposal Permit for Class I UIC Injection Wells, technical review and comments prepared for the North Slope Borough, 2005.

Oil & Gas Potential in the Aleutians East Borough, prepared for the Aleutians East Borough, 2005.

United States Air Force Oil Spill Response Training Manual and Training Program Implementation, prepared for and delivered to UASF under subcontract with Olgoonik Environmental Services, 2005-2007.

Oil and Gas Workshop, Cold Bay Alaska, conducted for the Aleutians East Borough, 2005.

Ballast Water Treatment Technology Options for Crude Oil Tankers, 15 Fact Sheets, prepared for Prince William Sound Regional Citizens Advisory Council, 2005

Alaska Peninsula Areawide Oil & Gas Lease Sale, Preliminary Best Interest Finding and Coastal Management Program Consistency Analysis, report prepared for the Aleutians East Borough, 2005.

Non-indigenous Species carried by Crude Oil Tankers into Prince William Sound, 17 Fact Sheets, prepared for Prince William Sound Regional Citizens Advisory Council, 2005

Armstrong Alaska, Inc. Oil Discharge Prevention and Contingency Plan for Rock Flour Prospect Drilling Program, technical review prepared for the North Slope Borough, 2005.

Proposed Changes to 18 AAC 75 Alaska's Oil and Hazardous Substances Pollution Control Regulations: Phase II Oil Spill Prevention, comments prepared for North Slope Borough, 2005-2006.

Preparing for Oil and Gas Development in the Aleutians East Borough: Potential benefits and impacts, prepared jointly under subcontract with Glenn Gray and Associates, for the Aleutians East Borough, 2005.

Minerals Management Service Outer Continental Shelf Five Year Oil and Gas Leasing Program 2007-2012, comments prepared for Aleutians East Borough, 2005.

Oil and Gas Economic Development, presentation to the Aleutian Pribilof Island Association, prepared for the Aleutians East Borough, 2005.

Valdez Marine Terminal Title V Air Quality Control Operating Permit No. 082TVP01, comments prepared for Prince William Sound Regional Citizens Advisory Council, 2005.

Proposed Changes to 18 AAC 75 Alaska's Oil and Hazardous Substances Pollution Control Regulations: Phase II Oil Spill Prevention, comments prepared for Prince William Sound Regional Citizens Advisory Council, 2005

Minerals Management Service Outer Continental Shelf Five Year Oil and Gas Leasing Program 2007-2012, comments prepared for North Slope Borough, 2005.

Oil and Gas Workshop, Nelson Lagoon Alaska, conducted for the Aleutians East Borough, 2005.

Alyeska Pipeline Service Company's Proposed Strategic Reconfiguration Project, Technical Review of Oil Terminal Crude Oil System, Internal Floating Roofs, Power Generation, Vapor Combustion, Ballast Water Treatment, Operation and Maintenance and Other Ancillary Systems, report prepared for Prince William Sound Regional Citizens Advisory Council, 2004

Harvey, S. L., MACT Standards Issued to Reduce Mercury Emissions from Mercury Cell Chlor-Alkali Plants, *Air Pollution Consultant*, Vol. 14, Issue 1, ISSN 1058-6628, 2004.

U.S. Department of Transportation on Docket No. RSPA-98-4868 (gas), Notice 3; and RSPA-03-15864 (liquid), Notice 1, Federal Oil and Gas Pipeline Regulations, comments prepared for the North Slope Borough, 2004.

Alaska Peninsula Areawide Oil & Gas Lease Sale, Mitigation Measure Recommendations, report prepared for the Aleutians East Borough, 2004.

Regulatory Commission of Alaska, Docket R-04-01 Dismantlement, Removal, and Restoration of Oil and Gas Facilities, technical support for the North Slope Borough, 2004.

Oil and Gas Website for Upcoming Onshore and Offshore Oil and Gas Exploration, prepared for the Aleutians East Borough, 2004.

National Emission Standard for Hazardous Air Pollutants for Organic Liquid Distribution Facilities (NESHAP OLD) Petition for Reconsideration to EPA, for the Valdez Marine Terminal, Ballast Water Treatment Facility, Oil Loading Tanker Terminal in Valdez Alaska, prepared jointly with the Law Firm of Walker and Levesque, LLC. for Prince William Sound Regional Citizens Advisory Council, 2003-2007

Harvey, S. L., Final MACT Standards Issued for Iron and Steel Foundries, *Air Pollution Consultant*, Vol. 14, Issue 2, ISSN 1058-6628, 2004.

National Emission Standard for Hazardous Air Pollutants for Organic Liquid Distribution Facilities Petition for Review to EPA, prepared jointly with the Law Firm of Walker and Levesque, LLC. for Stan Stephens, 2004.

Harvey, S. L., Chevron to Spend $275 Million on Emission Controls in Settling Alleged CAA Violations, *Air Pollution Consultant*, Vol. 14, Issue 2, ISSN 1058-6628, 2004.

Harvey, S. L., Supreme Court Backs EPA's Authority to Overrule State BACT Determinations, *Air Pollution Consultant*, Vol. 14, Issue 3, ISSN 1058-6628, 2004.

Harvey, S. L., Final MACT Standards Issued for Boilers and Process Heaters, *Air Pollution Consultant*, Vol. 14, Issue 4, ISSN 1058-6628, 2004.

Harvey, S. L., MACT Standards Finalized for Plywood and Composite Wood Products Manufacturers, *Air Pollution Consultant*, ISSN 1058-6628, 2004.

Harvey, S. L., Santee Cooper to Spend $400 Million on Emission Controls to Settle Alleged Clean Air Act Violations, *Air Pollution Consultant*, ISSN 1058-6628, 2004.

Zubeck, H., Aleshire, L., Harvey, S.L. and Porhola, S., Socio-Economic Effects of Studded Tire Use in Alaska, University of Alaska School of Engineering Publication, jointly prepared with the University of Alaska, Institute of Socio-Economic Research, 2004

Harvey, S. L., EPA's Hazardous Air Pollutant Emission Limits for Copper Smelters Upheld by Federal Appeals Court, *Air Pollution Consultant*, ISN 1058-6628, 2004.

United States Air Force Oil Spill Response Training Manual and Training Program Implementation, prepared for and delivered to UASF under subcontract with Hoeffler Consulting Group, 2003-2004.

Cook Inlet Oil and Gas Lease Sale, Report and Lease Sale Documents, prepared under subcontract to Petrotechnical Resource Associates, for the Alaska Trust Land Office for Public Lease Sale Offering of Lands for Oil and Gas Exploration on the West Side of Cook Inlet, 2003

Analysis of Oil Spill Response Equipment Required by the State of Alaska for the Valdez Marine Terminal and the Prince William Sound Tanker Vessel Fleet, Tax Case and Appeal, report prepared for Walker & Levesque, LLC., 2003.

Harvey, S. L., Interim Final Rule Addresses "Sufficiency" of Monitoring Requirements in Operating Permits, *Air Pollution Consultant*, Vol. 13, Issue 1, ISSN 1058-6628, 2003.

Harvey, S.L., EAB Denies Review of PSD Permit for Michigan Power Company, Air *Pollution Consultant*, Vol. 13, Issue 1, ISSN 1058-6628, 2003.

Harvey, S.L., New Source Review Reform, *Air Pollution Consultant*, Vol. 13, Issue 2, ISSN 1058-6628, 2003.

Environmental Sensitivity Ranking Systems for the Cook Inlet Oil and Gas Lease Sale, Report, prepared under subcontract to Petrotechnical Resource Associates, for the Alaska Trust Land Office for Public Lease Sale Offering of Lands for Oil and Gas Exploration on the West Side of Cook Inlet, 2003

Harvey, S. L., Court Rules Notifications at Ohio Power Plant Should Have Undergone NSR, *Air Pollution Consultant*, Vol. 13, Issue 6, ISSN 1058-6628, 2003.

Valdez Marine Terminal Oil Spill Prevention and Contingency Plan, comments prepared for Prince William Sound Regional Citizens Advisory Council, 2003.

Proposed Amendments to 18 AAC 75 Alaska's Oil and Hazardous Substances Pollution Control Regulations Phase 1: Oil Exploration and Production Facility Regulations, comments prepared for Prince William Sound Regional Citizens Advisory Council, 2003.

Harvey, S. L., Final MACT Standards Issued for Refractory Products Manufacturing, *Air Pollution Consultant*, ISSN 1058-6628, 2003.

Hazardous Air Pollution Emission Estimate for the Valdez Marine Terminal, Ballast Water Treatment Facility, Oil Loading Tanker Terminal in Valdez Alaska, Appeal of EPA Rulemaking on the National Emission Standard for Hazardous Air Pollutants for Organic Liquid Distribution Facilities, prepared for Prince William Sound Regional Citizens Advisory Council, 2003

Trans-Alaska Pipeline System Pipeline Oil Discharge Prevention and Contingency Plan, comments prepared for Prince William Sound Regional Citizens Advisory Council, 2003

Valdez Marine Terminal Oil Spill Prevention and Response Coordination Workgroup, technical support to Prince William Sound Regional Citizens Advisory Council, 2003-2010.

Proposed Amendments to 18 AAC 75 Alaska's Oil and Hazardous Substances Pollution Control Regulations Phase 1: Oil Exploration and Production Facility Regulations, comments prepared North Slope Borough, 2003

Harvey, S.L., Federal Facility to Be Assessed "Economic Benefit" and "Size of Business" Penalty for CAA Violations, *Air Pollution Consultant*, Vol. 12, Issue 7, ISSN 1058-6628, 2002.

Prince William Sound Oil Tanker Spill Prevention and Contingency Plan, comments prepared for Prince William Sound Regional Citizens Advisory Council, 2002.

Valdez Marine Terminal Air Quality Oversight Project, report prepared for Prince William Sound Regional Citizens Advisory Council, 2002.

**Tom Myers, Ph.D.**
Consultant, Hydrology and Water Resources
6320 Walnut Creek Road
Reno, NV  89523
(775) 530-1483
Tom_myers@charter.net

# Curriculum Vitae

**Objective**:  To provide diverse research and consulting services to nonprofit, government, legal and industry clients focusing on groundwater modeling, hydrogeology, environmental forensics and compliance, NEPA analysis, federal and state regulatory review, fluvial morphology and environmental and water policy.

## Education

| Years | Degree | University |
|---|---|---|
| 1992-96 | Ph.D. Hydrology/Hydrogeology | University of Nevada, Reno Dissertation: Stochastic Structure of Rangeland Streams |
| 1990-92 | | University of Arizona, Tucson AZ Classes in pursuit of Ph.D. in Hydrology. |
| 1988-90 | M.S. Hydrology/Hydrogeology | University of Nevada, Reno Thesis: Stream Morphology, Stability and Habitat in Northern Nevada |
| 1981-83 | | University of Colorado, Denver, CO Graduate level water resources engineering classes. |
| 1977-81 | B.S., Civil Engineering | University of Colorado, Boulder, CO |

## Special Coursework

| Years | Course | Sponsor |
|---|---|---|
| 2011 | Hydraulic Fracturing of the Marcellus Shale | National Groundwater Association |
| 2008 | Fractured Rock Analysis | MidWest Geoscience |
| 2005 | Groundwater Sampling Field Course | Nielson Environmental Field School |
| 2004 | Environmental Forensics | National Groundwater Association |
| 2004 and -5 | Groundwater and Environmental Law | National Groundwater Association |

## Professional Experience

| Years | Position | Duties |
|-------|----------|--------|
| 1993-Pr. | Hydrologic Consultant | Surface, groundwater and systems modeling, hydrogeology studies, stream restoration design, watershed modeling studies and expert testimony for industry, nonprofit groups, and government agencies. |
| 1999-2004 | Great Basin Mine Watch Executive Director | Responsible for reviewing and commenting on mining projects with a focus on groundwater and surface water resources, preparing appeals and litigation, writing reports about mining, fundraising, organizational development, supervision and personnel management. |
| 1992-1997 | University of Nevada, Reno Research Associate | Research on riparian area and watershed management including stream morphology, aquatic habitat, cattle grazing and low-flow and flood hydrology. |
| 1990-1992 | University of Arizona, Tucson Research and Teaching Assistant | Research on rainfall/runoff processes and climate models.  Taught lab sections for sophomore level "Principles of Hydrology".  Received 1992 Outstanding Graduate Teaching Assistant Award in the College of Engineering |
| 1988-1990 | University of Nevada, Reno Research Assistant | Research on aquatic habitat, stream morphology and livestock management. |
| 1983-1988 | US Bureau of Reclamation, Boulder City, NV Hydraulic Engineer | Performed hydrology planning studies on topics including floodplains, water supply, flood control, salt balance, irrigation efficiencies, sediment transport, stream morphology, flood frequency, rainfall-runoff modeling and groundwater balances. |
| 1981-1983 | Faulkner-Kellogg and Assoc., Lakewood Co Design Engineer | Basic drainage, grading and subdivision design.  Flood control studies. |

## Representative Reports, Presentations and Projects

Myers, T., 2011.  Hydrogeology of Cave, Dry Lake and Delamar Valleys, Impacts of pumping underground water right applications #53987 through 53092.  Presented to the Office of the Nevada State Engineer On behalf of Great Basin Water Network.

Myers, T., 2011.  Hydrogeology of Spring Valley and Surrounding Areas, Part A: Conceptual Flow Model. Presented to the Nevada State Engineer on behalf of Great Basin Water Network and the Confederated Tribes of the Goshute Reservation.

Myers, T., 2011.  Hydrogeology of Spring Valley and Surrounding Areas, Part B: Groundwater Model of Snake Valley and Surrounding Area.  Presented to the Nevada State Engineer on behalf of Great Basin Water Network and the Confederated Tribes of the Goshute Reservation.

Myers, T., 2011.  Hydrogeology of Spring Valley and Surrounding Areas, PART C:  IMPACTS OF PUMPING UNDERGROUND WATER RIGHT APPLICATIONS #54003 THROUGH 54021. Presented to the Nevada State Engineer on behalf of Great Basin Water Network and the Confederated Tribes of the Goshute Reservation.

Myers, T., 2011.  Rebuttal Report: Part 2, Review of Groundwater Model Submitted by Southern Nevada Authority and Comparison with the Myers Model.  Presented to the Nevada State Engineer on behalf of Great Basin Water Network and the Confederated Tribes of the Goshute Reservation.

Myers, T. 2011.  Rebuttal Report: Part 3, Prediction of Impacts Caused by Southern Nevada Water Authority Pumping Groundwater From Distributed Pumping Options for Spring Valley, Cave Valley, Dry Lake Valley, and Delamar Valley.  Presented to the Nevada State Engineer on behalf of Great Basin Water Network and the Confederated Tribes of the Goshute Reservation.

Myers, T., 2011.  Baseflow Selenium Transport from Phosphate Mines in the Blackfoot River Watershed Through the Wells Formation to the Blackfoot River, Prepared for the Greater Yellowstone Coalition.

Myers, T., 2011.  Blackfoot River Watershed, Groundwater Selenium Loading and Remediation.  Prepared for the Greater Yellowstone Coalition.

Myers, T., 2010.  Planning the Colorado River in a Changing Climate, Colorado River Simulation System (CRSS) Reservoir Loss Rates in Lakes Powell and Mead and their Use in CRSS.  Prepared for Glen Canyon Institute.

Myers, T., 2010.  Technical Memorandum, Updated Groundwater Modeling Report, Proposed Rosemont Open Pit Mining Project.  Prepared for Pima County and Pima County Regional Flood Control District

Myers, T., 2009.  Monitoring Groundwater Quality Near Unconventional Methane Gas Development Projects, A Primer for Residents Concerned about Their Water.  Prepared for Natural Resources Defense Council.  New York, New York.

Myers, T., 2009.  Technical Memorandum, Review and Analysis of the Hydrology and Groundwater and Contaminant Transport Modeling of the Draft Environmental Impact Statement Blackfoot Bridge Mine, July 2009.  Prepared for Greater Yellowstone Coalition, Idaho Falls, Idaho.

Myers, T., 2008.  Hydrogeology of the Carbonate Aquifer System, Nevada and Utah With Emphasize on Regional Springs and Impacts of Water Rights Development.  Prepared for: Defenders of Wildlife, Washington, D.C..  June 1, 2008.

Myers, T., 2008.  Hydrogeology of the Muddy River Springs Area, Impacts of Water Rights Development.  Prepared for: Defenders of Wildlife, Washington, D.C.  May 1, 2008

Myers, T., 2008.  Hydrogeology of the Santa Rita Rosemont Project Site, Numerical Groundwater Modeling of the Conceptual Flow Model and Effects of the Construction of the Proposed Open Pit, April 2008.  Prepared for: Pima County Regional Flood Control District, Tucson AZ.

Myers, T., 2008.  Technical Memorandum, Review, Record of Decision, Environmental Impact Statement Smoky Canyon Mine, Panels F&G, U.S. Department of the Interior, Bureau of Land Management.  Prepared for Natural Resources Defense Council, San Francisco, CA and Greater Yellowstone Coalition, Idaho Falls, ID. Reno NV.

Myers, T., 2007.  Groundwater Flow and Contaminant Transport at the Smoky Canyon Mine, Proposed Panels F and G.  Prepared for Natural Resources Defense Council, San Francisco, CA and Greater Yellowstone Coalition, Idaho Falls, ID.  Reno NV. December 11, 2007.

Myers, T., 2007.  Hydrogeology, Groundwater Flow and Contaminant Transport at the Smoky Canyon Mine, Documentation of a Groundwater Flow and Contaminant Transport Model.  Prepared for Natural Resources Defense Council, San Francisco, CA and Greater Yellowstone Coalition, Idaho Falls, ID. Reno NV, December 7, 2007.

Myers, T., 2007.  Review of Hydrogeology and Water Resources for the Final Environmental Impact Statement, Smoky Canyon Mine, Panels F and G and Supporting Documents.  Prepared for Natural Resources Defense Council, San Francisco, CA and Greater Yellowstone Coalition, Idaho Falls, ID. Reno, NV.  December 12, 2007.

Myers, T., 2007.  **Hydrogeology of the Powder River Basin of Southeast Montana Development of a Three-Dimensional Groundwater Flow Model.  Prepared for Northern Plains Resource Council.  February 12 2007.**

Myers, T., 2007.  Hydrogeology of the Santa Rita Rosemont Project Site, Conceptual Flow Model and Water Balance, Prepared for: Pima County Flood Control District, Tucson AZ

**Myers**, **T**., **2006.**  Review of Mine Dewatering on the Carlin Trend, Predictions and Reality.  Prepared for Great Basin Mine Watch, Reno, NV

Myers, T., 2006. Hydrogeology of Spring Valley and Effects of Groundwater Development Proposed by the Southern Nevada Water Authority, White Pine and Lincoln County, Nevada.  Prepared for Western Environmental Law Center for Water Rights Protest Hearing.

Myers, T., 2006.  Potential Effects of Coal Bed Methane Development on Water Levels, Wells and Springs of the Pinnacle Gas Resource, Dietz Project In the Powder River Basin of Southeast Montana. Affidavit prepared for Northern Plains Resource Council, April 4 2006.

Myers, T., 2006.  Review of Hydrogeology and Water Resources for the Draft Environmental Impact Statement, Smoky Canyon Mine, Panels F and G, Technical Report 2006-01-Smoky Canyon. Prepared for Natural Resources Defense Council.

Myers, T., 2006.  Review of Nestle Waters North America Inc. Water Bottling Project Draft Environmental Impact Report / Environmental Assessment.  Prepared for McCloud Watershed Council, McCloud CA.

Myers, T., 2005.  Hydrology Report Regarding Potential Effects of Southern Nevada Water Authority's Proposed Change in the Point of Diversion of Water Rights from Tikapoo Valley South and Three Lakes Valley North to Three Lakes Valley South.  Prepared for Western Environmental Law Center for Water Rights Protest Hearing

Myers, T., 2005.  Review of Draft Supplemental Environmental Impact Statement, Ruby Hill Mine Expansion: East Archimedes Project NV063-EIS04-34, Technical Report 2005-05-GBMW. Prepared for Great Basin Mine Watch.

Myers, T., 2005.  Hydrogeology of the Powder River Basin of Southeast Montana, Development of a Three-Dimensional Groundwater Flow Model. Prepared for Northern Plains Resource Council, Billings, MT in support of pending litigation.

Myers, T., 2005. Nevada State Environmental Commission Appeal Hearing, Water Pollution Control Permit

Renewal NEV0087001, Big Springs Mine.  Expert Report.  Prepared for Great Basin Mine Watch, Reno NV.

Myers, T., 2005.  Potential Effects of Coal Bed Methane Development on Water Levels, Wells and Springs In the Powder River Basin of Southeast Montana.  Prepared for Northern Plains Resource Council, Billings, MT.

Myers, T., 2004.  An Assessment of Contaminant Transport, Sunset Hills Subdivision and the Anaconda Yerington Copper Mine, Technical Report 2004-01-GBMW.  Prepared for Great Basin Mine Watch.

Myers, T., 2004.  Technical Memorandum: Pipeline Infiltration Project Groundwater Contamination.  Prepared for Great Basin Mine Watch.

Myers, T., 2004.  Technical Report Seepage From Waste Rock Dump to Surface Water The Jerritt Canyon Mine, Technical Report 2004-03-GBMW.  Prepared for Great Basin Mine Watch.

Myers, T., 2001.  An Assessment of Diversions and Water Rights: Smith and Mason Valleys, NV.  Prepared for the Bureau of Land Management, Carson City, NV.

Myers, T., 2001.  Hydrogeology of the Basin Fill Aquifer in Mason Valley, Nevada: Effects of Water Rights Transfers.  Prepared for the Bureau of Land Management, Carson City, NV.

Myers, T., 2001.  Hydrology and Water Balance, Smith Valley, NV: Impacts of Water Rights Transfers.  Prepared for the Bureau of Land Management, Carson City, NV

Myers, T., 2000.  Alternative Modeling of the Gold Quarry Mine, Documentation of the Model, Comparison of Mitigation Scenarios, and Analysis of Assumptions.  Prepared for Great Basin Mine Watch.  Center for Science in Public Participation, Bozeman MT.

Myers, T., 2000.  Environmental and Economic Impacts of Mining in Eureka County.  Prepared for the Dept. Of Applied Statistics and Economics, University of Nevada, Reno.

Myers, T., 1999.  Water Balance of Lake Powell, An Assessment of Groundwater Seepage and Evaporation.  Prepared for the Glen Canyon Institute, Salt Lake City, UT.

Myers, T., 1998.  Hydrogeology of the Humboldt River: Impacts of Open-pit Mine Dewatering and Pit Lake Formation.  Prepared for Great Basin Mine Watch, Reno, NV.

## Peer-Reviewed Publications

Myers, T., in review.  Potential contaminant pathways from hydraulically fractured shale to aquifers.  *Ground Water*.

Myers, T., 2009.  Groundwater management and coal-bed methane development in the Powder River Basin of Montana.  *J Hydrology* 368:178-193.

Myers, T.J. and S. Swanson, 1997.  Variation of pool properties with stream type and ungulate damage in central Nevada, USA.  *Journal of Hydrology* 201-62-81

Myers, T.J. and S. Swanson, 1997.  Precision of channel width and pool area measurements. *Journal of the*

*American Water Resources Association* 33:647-659.

Myers, T.J. and S. Swanson, 1997.  Stochastic modeling of pool-to-pool structure in small Nevada rangeland streams.  *Water Resources Research* 33(4):877-889.

Myers, T.J. and S. Swanson, 1997.  Stochastic modeling of transect-to-transect properties of Great Basin rangeland streams.  *Water Resources Research* 33(4):853-864.

Myers, T.J. and S. Swanson, 1996.  Long-term aquatic habitat restoration: Mahogany Creek, NV as a case study.  *Water Resources Bulletin* 32:241-252

Myers, T.J. and S. Swanson, 1996.  Temporal and geomorphic variations of stream stability and morphology: Mahogany Creek, NV.  *Water Resources Bulletin* 32:253-265.

Myers, T.J. and S. Swanson, 1996.  Stream morphologic impact of and recovery from major flooding in north-central Nevada.  *Physical Geography* 17:431-445.

Myers, T.J. and S. Swanson, 1995.  Impact of deferred rotation grazing on stream characteristics in Central Nevada: A case study.  *North American Journal of Fisheries Management* 15:428-439.

Myers, T.J. and S. Swanson, 1992.  Variation of stream stability with stream type and livestock bank damage in northern Nevada.  *Water Resources Bulletin* 28:743-754.

Myers, T.J. and S. Swanson, 1992.  Aquatic habitat condition index, stream type, and livestock bank damage in northern Nevada.  *Water Resources Bulletin* 27:667-677.

Zonge, K.L., S. Swanson, and T. Myers, 1996.  Drought year changes in streambank profiles on incised streams in the Sierra Nevada Mountains.  *Geomorphology* 15:47-56.

## Selected Abstracts, Magazine and Proceedings Articles

Myers, T., 2006.  Modeling Coal Bed Methane Well Pumpage with a MODFLOW DRAIN Boundary.  In MODFLOW and More 2006 Managing Ground Water Systems, Proceedings. International Groundwater Modeling Center, Golden CO.  May 21-24, 2006.

Myers, T., 2006.  Proceed Carefully: Much Remains Unknown, *Southwest Hydrology 5(3)*, May/June 2006, pages 14-16.

Myers, T., 2004.  Monitoring Well Screening and the Determination of Groundwater Degradation, Annual Meeting of the Nevada Water Resources Association, Mesquite, NV.  February 27-28, 2004.

Myers, T., 2001.  Impacts of the conceptual model of mine dewatering pumpage on predicted fluxes and drawdown.  In MODFLOW 2001 and Other Modeling Odysseys, Proceedings, Volume 1. September 11-14, 2001.   International Ground Water Modeling Center, Golden, Colorado.

Myers, T., 1997.  Groundwater management implications of open-pit mine dewatering in northern Nevada. In Kendall, D.R. (ed.), Conjunctive Use of Water Resources: Aquifer Storage and Recovery.  AWRA Symposium, Long Beach California.  October 19-23, 1997

Myers, T., 1997.  Groundwater management implications of open-pit mine dewatering in northern Nevada.  In Life in a Closed Basin, Nevada Water Resources Association, October 8-10, 1997, Elko, NV.

Myers, T., 1997.  Uncertainties in the hydrologic modeling of pit lake refill.  American Chemical Society Annual Meeting, Las Vegas, NV, Sept. 8-12, 1997.

Myers, T., 1997.  Use of Groundwater modeling and geographic information systems in water marketing.  In Warwick, J.J. (ed.), Water Resources Education, Training, and Practice: Opportunities for the Next Century.  AWRA Symposium, Keystone, Colo.  June 29-July 3, 1997.

Myers, T., 1995.  Decreased surface water flows due to alluvial pumping in the Walker River valley.  Annual Meeting of the Nevada Water Resources Association, Reno, NV, March 14-15, 1995.*

## Select Testimony in Litigation and Administrative Hearings

Northeast Natural Energy LLC v. City of Morgantown, Monongalia Circuit Court, Civil Action No. 11-C-411.  2011.  Submitted to Deposition.  Case dismissed on constitutional grounds.

Nevada State Engineer, Protest Hearing for Southern Nevada Water Rights Application, #s 53987-53992, 54003-54021.  September 26 through November 14, 2011, Spring Valley, Cave Valley, Dry Lake and Delamar Valley.  Testimony on behalf of protestants Great Basin Water Network, Confederated Tribes of the Goshute Reservation.

Nevada State Engineer, Protest Hearing for Southern Nevada Water Rights Application, #s 53987-53992, Cave Valley, Dry Lake, and Delamar Valley, NV.  February 4 through February 14, 2008.  Testimony on behalf of protestant Great Basin Water Network.

Cole et al v. J.M.Huber Corp. and William DeLapp.  U.S. District Court for the District of Wyoming.  Case No. 06-CV-01421.  Written evidence reports and deposition.  Case settled.

Nevada State Engineer, Protest Hearing for Southern Nevada Water Rights Application, #s, 54003-54021, Spring Valley, NV.   Testimony on behalf of protestant Great Basin Water Network.  September 11-26, 2006.

Nevada State Engineer, Protest Hearing for Southern Nevada Water Rights Application, #s, 54003-54021, Spring Valley, NV.   Testimony on behalf of protestant Great Basin Water Network.  September 11-26, 2006.

Montana 22nd Judicial District Court, Big Horn County.  Diamond Cross Properties, LLC, and Northern Plains Resource Council, and Tongue River Water Users Association v. State of Montana, Pinnacle Gas Resources.  Civil Cause No. DV 05-70.  Affidavit provided.

Nevada State Engineer, Protest Hearing for Southern Nevada Water Rights Application, #s 72787 – 72797, Tickaboo/Three Lakes Basin.   Testimony on behalf of Sierra Club, Indian Springs.  November 28 – 30, 2005.

Earlier, several cases before the Nevada State Environmental Commission, on behalf of Great Basin Mine Watch.

<u>CURRICULUM VITAE</u>

<u>MILLER, GLENN C.</u>

| | |
|---|---|
| <u>Address (Work)</u> | Department of Natural Resources and Environmental Sciences |
| | Mail Stop 199 |
| | University of Nevada |
| | Reno, NV  89557 |
| | (775) 784-4108   FAX 775-784-4553  775-846-4516 (cell) |
| | email: gcmiller@unr.edu |

<u>Born</u>        November 17, 1950

<u>Education</u>:

| | | | |
|---|---|---|---|
| University of California, Santa Barbara, CA | B.S. Chemistry | 1972 |
| University of California, Davis, CA | Ph.D. Agricultural Chemistry | 1977 |

<u>Employment</u>:

| | | |
|---|---|---|
| Univ. of Nevada, Reno | Aug-2009-present | Professor, and Director of the Graduate Program in Environmental Sciences |
| | 2008-2009 | On leave for 11 months serving as Manager, Environmental Exposure Assessment, Valent USA Corporation, Walnut Creek CA |
| | 2007-2008, 2010-present | President UNR Nevada Faculty Alliance |
| | 1995-2006 | Director, Graduate Program in Environmental Sciences and Health |
| | 1998-2004 | Director, Center for Environmental Science and Engineering |
| | 1989- | Professor |
| | 1983-89 | Associate Professor |
| | 1979-83 | Assistant Professor |
| | 1978-79 | Lecturer |
| Environmental Protection Agency | 1977-78 | Research Chemist |

<u>Professional Societies</u>:

American Chemical Society, Agrochemicals Division and Environmental Division
American Association for the Advancement of Science
Society of Environmental Toxicology and Chemistry
Sigma Xi

<u>Awards</u>:

Thornton Peace Prize (1982)
Junior Faculty Research Award (1982)
UNR Foundation Professor (1991)
Conservationist of the Year, Nevada Wildlife Federation (1995)
College of Agriculture Researcher of the Year (1998)
Friend of the Lake Award, League to Save Lake Tahoe (2001)

Other Professional Activities

       Environmental Protection Agency: Competitive Grants Review Panel 1985-1995
       Environmental Protection Agency: Advisory Committee on Mining Waste 1991-1993
       Environmental Protection Agency: Stakeholder Advisory Committee on Commodity Mercury 2007
       Nevada Division of Environmental Protection: Technical Advisory Committee on the Carson
          River Superfund Site 1991-1994
       American Chemical Society, Division of Environmental Chemistry: Chair of the Student
          Awards Committee 1988-1992
       American Chemical Society, Division of Environmental Chemistry: Chair of the Awards
          Committee 1997-2002
       UNR Environmental Studies Board: Chairman 1987-1991
       UNR Environmental Science and Health Graduate Program: Director 1995-2006
       Consultant to various public interest organizations, companies and law firms
       Hydrology/Hydrogeology Graduate Faculty: Member 1989-present
       Reviewer for numerous environmental chemistry journals
       Co-owner and vice-president:  Nevada Environmental Laboratories (Las Vegas and Reno)
          1990-1999
       Manager, Environmental Exposure Assessment, Valent USA Corporation 8/2008- 8/2009

Courses Taught

       Humans and the Environment:  Environment 100
       Environmental Toxicology:  NRES 432/632
       Environmental Chemicals:  Exposure, Transport and Fate:  NRES 433/633
       Analysis of Environmental Contaminants: NRES 430/630
       Risk Assessment, NRES 793C
       Global and Regional Issues in Environmental Science:  NRES 467/667

Community and Conservation Service Activities

       City of Reno, Charter Review Commission: Chairman 1990-93
       Peavine Grade School PTA: Co-President 1990-1992
       Sierra Club Mining Committee (national): Co-Chair 1989-1992
       League to Save Lake Tahoe Board of Directors: 1986-1999
       Mountain and Desert Research Fund: 1987-present
       Dupont-Conoco Environmental Leadership Award in Mining Committee: 1989-1994
       Nevada Interagency Reclamation Award Committee: 1990-1992
       Washoe County School District Science Advisory Board: 1992-2000
          Chairman, 1993-94
       Earthwords: Board Member 1999-present
       Tahoe Baikal Institute: Board Member 1998-present, Chair 2002-2003
       Environmental Law Alliance Worldwide Board Member: 2000-present, Chair:2009
       Great Basin Mine Watch: Board Member 1994-present, Chair 2001-2006
       Center for Science in Public Participation: Board Member 1998-present
       Great Basin Institute, Board Member 2000-present, Chair 2001-present
       United Nations Environmental Program Committee for Development of
          a Code for Use of Cyanide in Mining: 2000-2002
       Mining, Minerals and Sustainable Development, Assurance Group Committee
          Member, 2000-2002
       National Research Council committee on Methyl Bromide:  1999-2001
       National Research Council committee on Mining Technology:  2000-2002

National Research Council committee on USGS Mineral Resources Program,  2000-2003
US Environmental Protection Agency Committee on Management of Mercury Stores in the U.S.
2007

Research Interests:  Remediation of mine waste contamination.   Mining pit lake water quality.   Fate and transport of organic compounds in soils and the atmosphere.  Methods of remediation of gasoline contaminated soils; Photochemical transformation of organic contaminants on soil surfaces.  Instrumental development of chromatographic systems.

Grants Received: (1982-present)

$ 14,550  "Atmospheric Photolysis of Pesticides," A Junior Faculty Research Award from the UNR Research Advisory Board, 1982.

$  3,000  "Photolysis of CGA-41065," CIBA GEIGY Corporation, 1982.

$  4,000  "Chemotaxonomy of Sagebrush Using High Performance Liquid Chromatography," Intermountain Research Station USDA, 1984.

$ 83,000  "Analysis of Bovine Tissue for Chlorinated Hydrocarbons," Environmental Protection Agency, 1984-85.

$ 18,300  "Photooxidation of Sulfide Containing Pesticides on Soil Surfaces," Western Regional Pesticide Impact Assessment Program, 1984.

$  2,500  "Identification of Sagebrush Taxa Based on Liquid Chromatographic Analyses of Phenolics" Research Advisory Board, 1986.

$235,500  "Factors Affecting the Photolysis of Dioxins on Soil Surfaces," U.S. Environmental Protection Agency, 1986-89.

$ 15,160  "Vapor Phase Photolysis of Phorate," American Cyanamid Corporation, 1987.

$  2,500  "Identification of Sagebrush Taxa Based on Liquid Chromatographic Analyses of Phenolics," UNR Research Advisory Board, 1987.

$ 48,792  "Upgrading Municipal Wastewater Effluents for Urban Water Reuse through Phytochemical Oxidations:  System Development and Operational Criteria," U.S. Geological Survey, State Water Research Institute Program (Co-P.I. with Richard Watts), 1986-88.

$ 17,200  "Vapor Phase Photolysis of Malathion," American Cyanamid, 1988.

$ 16,460  "Aging Groundwater:  A comparison of the Fluorocarbon Method to the Tritium Method,"  U.S. Geological Survey, State Water Research Institute Program (Co-P.I. with K. Sertic), 1988-89. (Competitive Grant, State of Nevada) Terminated 6-89.

$206,000  "In Situ Treatment of Organic Hazardous Wastes in Surface Soils Using Fenton's Reagent." U.S. Environmental Protection Agency (Co-P.I. with Richard Watts), 1988-89. (Competitive Grant, national)

$ 23,200  "Evaporation of Gasoline from Soils,"  Nevada Division of Environmental Protection Co-P.I. with Susan Donaldson), (Contract).

$ 50,000  "Photolysis of Pesticides on Soils," American Cyanamid Corporation (Unrestricted Grant, noncompetitive)

$ 15,600  "Vapor Phase Photolysis of Diazinon and Methyl Parathion"  Western Region Pesticide Impact Assessment Program (USDA) (competitive) 1989-90

$ 30,000  "Interface for a Capillary electrophoresis Effluent and a Mass Spectrometer"  Linear Corporation 1989-90.  (Co P.I. with Murray Hackett) (contract)

$ 15,000  "UV-Gas Chromatographic Dectector" Linear Corporation 1990. (Co P.I. with Murray Hackett) (Noncompetitive grant)

$153,000  "Enhancement of Photodegradation of Pesticides in Soil by Transport Upward in Evaporating Water"  (USGS Competitive)  1991-94

$ 50,000  "Pit Water from Precious Metal Mines" U.S. Environmental Protection Agency, 1992-94

$ 91,000  "Remediation of Acid Mine Drainage at Leviathon Mine" Lahontan Water Quality Control Board. (Contract, Co P.I. with Tom Wildman, Colorado School of Mines) 1992-94.

$159,000  " Ecological Toxicology of Metam Sodium and it Derivatives in the Terrestrial and Riparian Environments of the Sacramento River"  California Fish and Game, 1992-1995  (G.C. Miller project, part of a larger project with George Taylor at the Desert Research Institute)

$43,092 "Atmospheric Transport and Deposition of Organophosphates and Other Pesticides as Input to Sierra Nevada Surface Waters" USDA-NRI. 1995-98. Co-P.I. with P.I. James N. Seiber.  Task 2.

$80,427 "Linked Techniques for Contaminant Removal from Soil in Arid/Semiarid Environments"  Dept. of Energy.  1993-96.  Co.P.I with James N. Seiber.

$107,000 "Chemical Environmental Problems Associated with Mining"  NIEHS 1993-96.  Core B portion. This was a project of a larger Superfund Grant to UNR.  James N. Seiber, P.I.

$36,900 "Protocol for Evaluation of Pesticide Photodegradation"  Dow-Elanco.  1995-97.  (Contract)

$45,000 "Photolysis of Pesticides"  Dupont Chemical Company.  1995-98.  Unrestricted gift to support ongoing research.

$275,000 "Remediation of Acid Mine Drainage at the Leviathan Mine".  Nevada Division of Environmental Protection.  1996-99

$5000 "Evaluation of Limnology and Water Quality of a Porphyry-Copper Pit Mine Lake" Public Resource Associates 1996.

$767,000 Geochemical, Biological and Economic Impacts of Arsenic and Related Oxyanions on a Mining-Impacted Watershed"   NSF-EPA, 1997-01

$46,000 "Remediation of Acid Mine Drainage at the Leviathan Mine".  Lahontan Regional Water Quality Control Board, 2000-2001

$30,000  "Use of Sulfate-Reducing Bioreactors to Remove Zinc in Mine Drainage"  Placer Dome Corporation.  2000-2001

$50,000 "Release of Gasoline Constituents from Marine Engines to Lake Tahoe"   Lahontan Regional Water Quality Control Board, 1998-1999

$70,000 "Impact of Marine Engine Exhaust on  Pyramid Lake"  U.S. Environmental Protection Agency, in cooperation with the Pyramid Lake Paiute Tribe.  2000-2001.

$570,000 "An Environmental Assessment of the Impacts of Polycyclic Aromatic Hydrocarbons in Lake Tahoe and Donner Lake"  California Regional Water Quality Control Board, Lahontan Region.  2001-2003.

$126,000 "Operation of a Bioreactor at the Leviathan Mine"  Contract with ARCO, 2001-2002

$75,000 Trifluroacetic Acid in Antarctic Ice, National Science Foundation 2001-2004

$190,500 "Mercury Deposition Associated with Mining, U.S. Environmental Protection Agency, 2002-2004

$53,000 Passivation of Acid Generating Rock at the Golden Sunlight Mine, Placer Dome Corporation 2002-2003

$520,000 "Operation of a Bioreactor at the Leviathan Mine"  Contract with ARCO, 2003-2007

$250,000 "Risk Assessment and Fate of Polyacrylamide and Acrylamide in Irrigation Canals and Receiving Water"  A subcontract from the Desert Research Institute on a project from the U.S. Bureau of Reclamation.  2004-2008

$55,000 Passivation of Acid Generating Rock, Freeport McMoran, 2009-2010

$75,000 Biofuel crops on arid lands, Co-P.I. U.S. Department of Energy, 2010-2011

Publications:

G.C. Miller and D.G. Crosby, "Photodecomposition of Sustar[R] in Water."  J. Agric. Food Chem. 26:1316 (1978).

G.C. Miller and R.G. Zepp, "Effects of Suspended Sediments on Photolysis Rates of Dissolved Pollutants."  Water Research 13:453 (1979).

G.C., Miller, M.J. Miille, D.G. Crosby, S. Sontum and R.G. Zepp, "Photosolvolysis of 3,4-Dichloroaniline in Water: Evidence for an Aryl Cation Intermediate."  Tetrahedron 35:1797 (1979).

G.C. Miller and R.G. Zepp, "Photoreactivity of Pollutants Sorbed on Suspended Sediment."  Environ. Sci. Technol. 13:860 (1979).

G.C. Miller, R. Zisook and R.G. Zepp, "Photolysis of 3,4-Dichloroaniline in Natural Waters."  J. Agric. Food Chem. 28:1053 (1980).

G.C. Miller, R.G. Warren, K. Gohre and L. Hanks, "A Gas Chromatographic Method for Determining Strychnine Residues in Alfalfa."  J. Assoc. Off. Anal. Chem. 65:901 (1982).

G.C. Miller and W.W. Miller, Eds.  "Effect of Sewage on the Truckee River."  A symposium published by the University of Nevada, College of Agriculture (1982).

G.C. Miller and R.G. Zepp, "Extrapolating Photolysis Rates from the Laboratory to the Environment." Residue Reviews 85:89 (1983).

G.C. Miller and D.G. Crosby, "Pesticide Photoproducts:  Generation and Significance."  J. Clin. Toxicol. 19:707 (1983).

G.C. Miller, W.W. Miller, J.W. Warren and L. Hanks, "Soil Sorption and Alfalfa Uptake of Strychnine Applied as an Agricultural Rodenticide."  J. Environ. Quality 12:526 (1983).

G.C. Miller and D.G. Crosby, "Photooxidation of 4-Chloroaniline and N-(4-Chlorophenyl)-Benzene-sulfonamide to Nitroso- and Nitro-Products."  Chemosphere 12:1217-1227 (1983).

K. Gohre and G.C. Miller, "Singlet Oxygen Generation on Soil Surfaces."  J. Agri. and Food Chem. 31:1104-1108 (1983).

R.G. Zepp, P.F. Schlotzhauer, M.S. Simmons, G.C. Miller, G.L. Baughman and N.L. Wolfe, "Dynamics of Pollutant Photoreactions in the Hydrosphere."  J. of Fresenius Z. Anal. Chem. 319:119-125 (1984).

K. Gohre and G.C. Miller, "Photochemical Generation of Singlet Oxygen on Non-transition Metal Surfaces."  J. Chem. Soc. Faraday Trans. I 81:793-800 (1985).

R.V. Tamma, G.C. Miller and R. Everett, "High-Performance Liquid Chromatographic Analysis of Coumarins and Flavonoids from Section Tridentatae of *Artemisia*."  J. Chromatography 322:236-239 (1985).

K. Gohre, R. Scholl and G.C. Miller, "Singlet Oxygen Reactions on Soil Surfaces."  Environ. Sci. Technol. 20:934-938 (1986).

K. Gohre and G.C. Miller, "Photooxidation of Thioether Pesticides on Soil Surfaces."  J. Agric. Food Chem. 34:709-713 (1986).

B.R. Smith, G.C. Miller, R.W. Mead and R.E.L. Taylor, "Biosynthesis of Asparagine and Taurine in the Freshwater Prawn, *Macrobrachium rosenbergii* (De Man)."  Comp. Biochem. Physiol. 87B(4):827-831 (1987).

B.R. Smith, G.C. Miller and R.W. Mead, "Taurine Tissue Concentrations and Salinity Effect on Taurine in the Freshwater Prawn *Macrobrachium rosenbergii* (De Man)."  Comp. Biochem. Physiol. 87A(4):907-909 (1987).

G.C. Miller and V. Hebert, "Environmental Photodecomposition of Pesticides."  In:  University of California publication - Fate of Pesticides in the Environment (J.W. Biggar and J.N. Seiber, eds.) Chapt. 8, p. 75-86 (1987).

G.C. Miller and R.G. Zepp, "2,3,7,8-Tetrachlorodibenzo-p-dioxin:  Environmental Chemistry."  In:  Solving Hazardous Wastes Problems:  Learning from Dioxins (J.H. Exner, ed.) American Chemical Society Symposium Series 338, Chapter 6, pp. 82-93 (1987).

C.R. Blincoe, V.R. Bohman, G.C. Miller, R.L. Scholl, W.W. Sutton and L.R. Williams, "Excretion and Tissue Concentration of Pentachlorophenol Following Controlled Administration to Cattle."  J. Animal Sci. 65 Supplement #1 (1987).

G.C. Miller, V.R. Hebert and R.G. Zepp, "Chemistry and Photochemistry of Low-Volatility Organic Chemicals on Environmental Surfaces."  Env. Sci. Tech. 21:1164-1167 (1987).

V.R. Bohman, C.R. Blincoe, G.C. Miller, R.L. Scholl, W.W. Sutton and L.R. Williams, "Biological Monitoring Systems for Hazardous Waste Sites."  EPA Final Report #CR 809 787 (1988).

F.M. Wilt, G.C. Miller and R.L. Everett, "Monoterpene Concentrations of Litter and Soil of Singleleaf Pinyon Woodlands of the Western Great Basin."  Great Basin Naturalist 48:228-231 (1988).

K. Mongar and G.C. Miller, "Vapor Phase Photolysis of Trifluralin in an Outdoor Chamber."  Chemosphere 17(11):2183-2188 (1988).

G.C. Miller, V.R. Hebert and W.W. Miller, "Effects of Sunlight on Organic Contaminants at the Atmosphere - Soil Interface."  In:  Reactions and Movement of Organic Chemicals in Soils (B. Sawhney, ed.) SSSA Special Publication No. 22, pp. 99-110 (1989).

G.C. Miller, V.R. Hebert, M.J. Miille, R. Mitzel and R.G. Zepp, "Photolysis of Octachlorodibenzo-p-Dioxin on Soils:  Production of 2,3,7,8-TCDD."  Chemosphere 18(1-6):1265-1274 (1989).

G.C. Miller, "Choosing an Analytical Lab" Nevada Waste Reporter Spring, 1989. (Publication of the Nevada Small Business Development Center).

N.L. Wolfe, U. Mingelgrin and G.C. Miller, "Abiotic Transformation Processes in Water, Sediments and Soils."  In: B. Spencer and H.H. Cheng, eds., Pesticides and Other Toxic Organics in Soils, Soil Science Society of America, pp. 103-168 (1990).

S. Donaldson, G.C. Miller and W.W. Miller, "Extraction of Gasoline Constituents from Soil."  J. Assn. Off. Anal. Chem. 73:306-311 (1990)

V.R. Hebert and G.C. Miller, "Depth Dependence of Direct and Indirect Photolysis on Soil Surfaces."  J. Agric. Food Chem. 38:913-918, (1990)

J.M. Basey, S.H. Jenkins and G.C. Miller, "Food Selection by Beavers in Relation to Inducible Defenses of Quaking Aspens" Oikos 59:57-62 (1990).

S. Donaldson, G. C. Miller, and W.W. Miller, "Volatilization of Gasoline Constituents from Soil.  In: Proceedings of the Fourth National Outdoor Action Conference on Aquifer Restoration, Ground Water Monitoring and Geophysical Methods, Las Vegas NV  May, 1990.

G.C. Miller, "Nevada's Environmental Commission: Changes Needed for the 1990's" in F. Ballister, Ed. The Nevada Environmental Commission, Published by Claremont College 1991.

S. Kieatiwong, L.V. Nguyen, V.R. Hebert, M. Hackett, G.C. Miller, M.J. Miille and R. Mitzel, "Photolysis of Chlorinated Dioxins in Organic Solvents and on Soils." Env. Sci. Techol. 24:1575-1580, (1990).

M. O. Theisen, G.C. Miller, C. Cripps, M. de Renobales and G.J. Blomquist, "Correlation of Carbaryl Uptake with Hydrocarbon Transport to the Cuticular Surface in the Cabbage Looper, Trichlplusia Ni. Pesticide Biochemistry and Physiology 40:111-116 (1991).

C. Thomas, R.S. MacGill, G.C. Miller, R.S. Pardini, "Photoactivation of Hypericin Generates Singlet Oxygen in Mitochondria and Inhibits Succinoxidase"  Photochemistry and Photobiology, 55:47-53, (1991).

G.C. Miller, "Bringing Back the Land:  Reclaiming Mining Disturbances"  International Mine Waste Management, 1:1-5 (1991)

F. M. Wilt and G.C. Miller, "Seasonal variation of coumarin and flavonoid concentrations in persistent leaves of wyoming big sagebrush (Artemisia tridentata ssp. wyomingensis: Asteraceae) Biochemical Systematics and Ecology, 20:53-67 (1992)

F.M. Wilt, J.D. Geddes, R.V. Tamma, G.C. Miller and R.L. Everett, "Interspecific variation of phenolic concentrations in persistent leaves among six taxa from subgenus Tridentatae (McArthur) of Artemisia L. (Asteraceae)", Biochemical Systematics and Ecology,20:41-52 (1992)

S.G. Donaldson, G.C. Miller and W.W. Miller, "Remediation of Gasoline-Contaminated Soil by Passive volatilization" Journal of Environmental Quality, 21:94-102, (1992)

R.J Watts, B.R. Smith and G.C. Miller, "Catalyzed Hydrogen Peroxide Treatment of Octachlorodibenzo-p-dioxin (OCDD) in Surface Soils",  Chemosphere, 23:949-955 (1992)

D. J. Bornhop, L. Hlousek, M. Hackett, H. Wang and G.C. Miller, "Remote Scanning Ultraviolet Detection for Capillary Gas Chromatography" Review of Scientific Instruments, 63:191-201 1992)

B.W. Tyre, R.J. Watts and G.C. Miller, "Effect of Soil Organic Carbon on the Fenton's Reagent Treatment of Four Refractory Compounds"  J. Environ. Qual. 20:832-838 (1992)

S. Kieatiwong, G.C. Miller, "Photolysis of Aryl Ketones on Soil: The Effect of Vapor Transport" Environmental Chemistry and Toxicology, 11:173-179, (1992)

S. W. Leung, R.J. Watts and G.C. Miller, "Degradation of Perchloroethylene by Fenton's Reagent:Speciation and Pathway" J. Environ. Quality. 21:377-381 (1992)

Tysklind, M., A.E. Carey, C. Rappe, G.C. Miller, "Photolysis of OCDF and OCDD", in Aitio, A., Ed.; Organohalogen Compounds, Vol. 8; Institute of Occupational Health: Helsinki, Finland, 1992; pp 293-296 (1992).

Wilt, F. M. and G.C. Miller, "Monoterpene Concentrations in Fresh, Senescent and Decaying Foliage of Single Leaf pinyon (Pinus monophylla) from the Western Great Basin"  Journal of Chemical cology, 19:185-194 (1993).

Wilt, F. M., G.C. Miller and R.L. Everett, "Measurement of Monoterpene Hydrocarbon Levels in Vapor Phase Surrounding Single Leaf pinyon (Pinus monophylla) Understory Litter"  Journal of Chemical Ecology, 19:1417-1428 (1993).

Miller, G.C. and S.G. Donaldson, "Factors Affecting Photolysis of Organic Compounds on Soils", in G.Helz, D.G. Crosby and R.G. Zepp, eds. Surface and Aquatic Photochemistry, Lewis Publishers (1993).

Bird, D.A., W.B. Lyons, G.C. Miller, "An Assessment of Hydrogeochemical Computer Codes Applied to modeling Post-Mining Pit Water Geochemistry", in Tailings and Mine Waste '94, Proceedings of the first International Conference on Tailings and Mine Waste, '94.  Fort Collins Colo.  January 1994. p. 31-40.

R.J. Watts, S. Kong, M.P. Orr and G.C. Miller, "Titanium Dioxide Mediated Photocatalysis of a Biorefractory Chloroether in Secondary Wastewater Effluent"  Env. Technology.  15:469-475 (1994)

R.J. Watts, S. Kong, M.P. Orr, G.C. Miller and B.J Henry, "Photocatalytic Inactivation of Coliform Bacteria and Viruses in Secondary Wastewater Effluent"  Water Research 29:95-100.  (1995)

Hackett, M., H. Wang, G.C. Miller and D.J. Bornhop, "Ultraviolet-Visible Detection for Capillary Gas Chromatography and Combined Ultraviolet-Mass Spectrometry Using a Remote Flow Cell" Journal of Chromatography A. 695:243-257 (1995)

Geddes, J.D., G.C. Miller and G.E. Taylor, "Gas Phase Photolysis of Methyl Isothiocyanate" Environmental Science and Technology, 29:2590-2594 (1995).

J. P. Maney, G.C. Miller, J.K. Comeau, N.L. Van Wyck and M.K. Fencl, "Qualitative Inaccuracies During GC and GC/MS Analysis of Organophosphates" Environmental Science and Technology 29:2147-2149 (1995).

G. A. Doyle, W. B. Lyons, G.C. Miller and S.G. Donaldson, "Oxyanion Concentrations in Eastern Sierra Nevada Rivers: 1. Selenium" Rivers: 1. Selenium" Applied Geochemistry, 10: 553-564 (1995).

G.C. Miller, W.B. Lyons and A. Davis, "Understanding the Water Quality of Pit Lakes" Environmental Science and Technology. 30:118A-123A (1996).

S. Donaldson, and G.C. Miller, "Photolysis of Napropamid on Soils and the Effect of Evaporating Water", Enviornmental Science and Technolgy 30:924-930 (1996).

Y. Chen, J.C. Bonzongo and G.C. Miller, "Levels of Methylmercury and Controlling Factors Factors in Surface Sediments of the Carson River System, Nevada" Environmental Pollution, 92:282-287 (1996).

J.C. Bonzongo, K.J. Heim, J.J. Warwick, W.B. Lyons, P.J. Lechler, Y. Chen and G.C. Miller "Mercury Pathways in the Carson River-Lahontan Reservoir System, Nevada, USA." Environmental Toxicology and Chemistry, 15:677-683 (1996).

G.E. Taylor, K.B. Schaller, J.D. Geddes, M.S. Gustin, G.B. Larson and G. C. Miller, "Ecological Toxicology and Chemical Fate of Methyl Isothiocyanate in Riparian Soils from the Upper Sacramento River" Environmental Toxicology and Chemistry, 15:1694-1701 (1996)

S.G. Donaldson and G.C. Miller, "Transport and Photolysis of Pentachlorophenol in Soils Subject to Evaporating Water", J. Environ. Qual., 26:402-409 (1997)

Y. Chen, Jean-Claude Bonzongo, W. Berry Lyons, G.C. Miller, "Inhibition of Mercury Methylation in Anoxic Freshwater Sediment by Group VI Anions" Environ. Toxicol and Chem. 16:1568-1574 (1997)

V. R. Hebert and G.C. Miller, "Gas Phase Photolysis of Phorate", Chemosphere 36:2057-2066 (1998)

J. Geddes and G. C. Miller, "Photolysis of Organics in the Environment", in D.L Macalady, ed. – Perspectives in Environmental Chemistry, Oxford University Press (1998) p 195-209.

Tsukamoto, T.K., and G.C. Miller, "Methanol as a Carbon Source for Bioremediation of Acid Mine Drainage", Water Research, 33:1365-1370 (1999)

Miller, G.C., C. Hoonhout, W.W. Miller, M.M. Miller, "Geochemistry of Closed Heaps: A Rationale for Drainage Water Quality" in D. Kosich and G.C. Miller, eds, "Closure, Remediation and Management of Precious Metals Heap Leach Facilities", University of Nevada, (1999)

Tsukamoto, T.K. and G.C. Miller, "Nutrient Enhance Passive Bioreactor for Treatment of Acid Mine Drainage" in D. Kosich and G.C. Miller, eds, "Closure, Remediation and Management of Precious Metals Heap Leach Facilities", University of Nevada, (1999)

Hebert, V.R, C. Hoonhout and G.C. Miller, "Reactivity of Certain Organophosphorus Insecticides Toward Hydroxyl Radicals at Elevated Air Temperatures" Journal of Agricultural and Food Chemistry 48:1922-1928 (2000)

Hebert, V.R, C. Hoonhout and G.C. Miller, "Use of Stable Tracer Studies to Evaluate Pesticide Photolysis at Elevated Temperatures" Journal of Agricultural and Food Chemistry, 48:1916-1921 (2000)

Miller, G.C. and C. A. Pritsos, "Unresolved Problems with the Use of Cyanide in Open Pit Precious Metals Mining", in C.A. Young, L.G. Tidwell and C.G. Anderson, eds. Cyanide: Social, Industrial and Econmic Aspects, The Mineral Metals and Materials Society, Warrendale, Penn. (2001)

Chen, H., R.G. Qualls and G. C. Miller, "Adaptive responses of *Lepidium latifolium* to soil flooding biomass allocation, adventitious rooting, aerenchyma formation and ethylene production", Environmental and Experimental Botany 48:119-128 (2002).

Miller, G.C., "Precious Metals Pit Lakes: Controls on Eventual Water Quality" Southwest Hydrology 1:16-17 (2002)

Tsukamoto, T., H. Killian, and G. C. Miller, "Column Experiments for Microbiological Treatment of Acid Mine Drainage; Low Temperature, Low pH, and Matrix Investigations", Water Research 38:1405-1418 (2004)

Hebert, V.R. and G.C. Miller, "Understanding the Tropospheric Transport and Fate of Agricultural Pesticides", Reviews of Environmental Contamination and Toxicology, 181:1-36 (2004)

G. Jones and G. C. Miller, "Mercury and Modern Gold Mining in Nevada", a final project report submitted to the US.EPA. (2005)

Cartinella, J.L., Cath, T.Y., Flynn, M.T., Miller, G.C., Hunter, K.W., and Childress, A.E., "Removal of Natural Steroid Hormones from Wastewater Using Membrane Contactor Processes", Environmental Science and Technology, 40 (23):7381-7386, (2006)

Miller, G.C.,H. Kempton, L.Figueroa and J.Pantano "Management and Treatment of Water from Hard-Rock Mines", EPA/625/R-06/014, (2006). Available on the EPA web site: http://www.epa.gov/ORD/NRMRL/pubs/625r06014/625r06014.pdf

Zamzow, K.L., T.K. Tsukamoto, and G.C. Miller, "Waste from Biodiesel Manufacturing as an Inexpensive Carbon Source for Bioreactors Treating Acid Mine Drainage", Mine Water and the Environment, 25:163-170 (2006)

C.E. Werkmeister, D.D. Malo, T.E. Schumacher, J.J. Doolittle, and G.C. Miller, "Testing Durability of Acid Rock Passivation to Root System Activity within Greenhouse Columns[11] R.I. Barnhisel (Ed.) Published by American Society of Mining and Reclamation, 3134 Montavesta Rd., Lexington, KY 40502. 2007.

Luo, Q, T.K. Tsukamoto, K.L. Zamzow, and G.C. Miller, "Arsenic, Selenium, and Sulfate Removal using an Ethanol-enhanced Sulfate-Reducing Bioreactor", Mine Water and the Environment, 26:1-12 (2008)

Woodrow, James, J. N. Seiber, G. C. Miller, "Acrylamide release resulting from sunlight irradiation of aqueous polyacrylamide/iron mixtures" Journal of Agricultural and Food Chemistry, 56:2773-2779 (2008)

Woodrow, J., J. N. Seiber, and G. C. Miller, "A Correlation to Estimate Emission Rates for Soil-Applied Fumigants" Journal of Agricultural and Food Chemistry, 51:939-943 (2011)

P.O BOX 1025, CARSON CITY, NV 89701
PHONE (775) 720-7674 • EMAIL RLSEILER@JUNO.COM

# Ralph L. Seiler

## PROFESSIONAL EXPERIENCE

### Hydrologist

1979-2010 (retired)    U.S. Geological Survey        Carson City, NV

- Principal investigator for numerous water-quality investigations of surface water and groundwater, including identifying sources of phosphorus in the Carson River, sources of nitrate and bacteria in groundwater, and sources and distribution of TCE in groundwater near a landfill on an Air Force Base in Utah.
- Principal investigator for USGS Fallon leukemia investigation of ground-water quality which involved working closely with CDC, ATSDR, and the State of Nevada. Participated in many public meetings with State and Federal Agencies to explain results of findings related to the presence of arsenic, tungsten, uranium, and polonium-210 in Fallon area groundwater.
- Author of journal articles describing geochemical processes that result in exposure of the public to toxic trace elements and radionuclides.

## PUBLICATIONS

Seiler and Wiemels, *in review at Environmental Health Perspectives.* Occurrence of $^{210}$Po and biological effects of low-level exposure: The need for research.

Seiler, 2011a, Physical setting and natural sources of exposure to carcinogenic trace elements and radionuclides in Lahontan Valley, Nevada. Chemical-Biological Interactions [Epub ahead of print DOI:10.1016/j.cbi.2011.04.004]

Seiler, 2011b, $^{210}$Po in Nevada groundwater and its relation tor gross alpha radioactivity. Groundwater 49(2):160-171

Seiler *et al.*, 2011. Factors affecting the presence of polonium-210 in groundwater. Applied Geochemistry 26:526–539

Seiler, 2006, Mobilization of lead and other trace elements following shock chlorination of wells. Science of the Total Environment 367:757-768.

Seiler *et al.*, 2005, Factors controlling tungsten concentrations in groundwater. Applied Geochemistry 20:423-441.

Seiler, 2005, Combined use of $^{15}$N and $^{18}$O of nitrate and $^{11}$B to evaluate nitrate contamination in groundwater. Applied Geochemistry 20(9):1626-163.

Seiler, 2004, Temporal changes in water quality at a childhood leukemia cluster. Groundwater 42(3):446-455.

Seiler *et al.*, 1999, Caffeine and pharmaceuticals as indicators of waste water contamination in wells. Groundwater 37(3):505-510.

Seiler, R.L., (1998) Prediction of lands susceptible to irrigation-induced selenium contamination of water (chapter), in Frankenberger, W.T., and Engberg, R.A. (eds.), Environmental Chemistry of Selenium, New York, Marcel Dekker, Inc., p. 397-418.

## EDUCATION

### Ph.D. Environmental Chemistry

1996-1999        University of Nevada, Reno            Reno, NV

### B.S./M.S. Biology

1969-1975        University of Utah              Salt Lake City, UT

# Michele C. Adams, P.E.
# LEED AP
## *Principal Water Resources Engineer*

Meliora Environmental Design, LLC

## Relevant Experience

Ms. Adams is a Principal Engineer and founder of Meliora Environmental Design. For more than 25 years, her work has encompassed environmentally sensitive site design and sustainable water resources engineering. Building on a multi-disciplinary approach, her work includes both master planning and design for campuses, urban restoration projects, commercial, industrial and residential installations, public facilities, and environmental education centers. In all her work, Ms. Adams seeks to combine sound engineering science with an understanding of natural systems. She is a frequent lecturer and educator on the topics of water and sustainability, and has provided technical expertise to clients ranging from watershed advocacy organizations to corporations. Ms. Adams was one of the principle authors of the Pennsylvania Stormwater Manual, and serves on the U.S. Green Building Council's Technical Advisory Group for Sustainable Sites. She frequently serves as an expert witness with regards to stormwater and water quality issues. Current design projects in which Ms. Adams is engaged include the following:

**Stormwater Management for Green and Public Properties, City of Philadelphia:** Led a team of engineers, landscape architects, and planners in developing stormwater designs for the City of Philadelphia public properties. The stormwater and landscape designs are intended to reduce impacts to the City's combined sewer system, provide economic cost savings, and promote green infrastructure. Projects have included parks, schools, recreation facilities, and "green streets". A number of projects have been documented through construction and are being (or have been) built.

**Purdue University Stormwater Plan:** Development of a Stormwater Plan for retrofitting an urban campus to implement an LID approach and incorporate green infrastructure to improve water quality and reduce stormwater runoff volumes. Protection and recharge of drinking water source (groundwater) and water quality protection is a key component of recommendations.

**Purdue University Site and Stormwater Improvements at the Mackey Football Fields and Ross-Ade Stadium Parking Lot, West Lafayette, IN:** Design of nearly 3 acres of infiltration beds located beneath the Purdue Boilmaker's football practice fields to manage stormwater for the upper campus athletic complex. At the Ross-Ade Stadium, design of bioretention systems to pre-treat runoff from the parking lot and bordering roadways, a drainage area of nearly 6 acres, before the system connects to the infiltration beds under the adjacent football practice fields.

**Stroud Water Research Center Environmental Education Center, Academy of Natural Sciences, Avondale, PA:** For one of the nation's premier water research and education facilities, provided sustainable site design engineering related to stormwater management including rain gardens, water reuse, and green roof.

**U.S. Botanic Garden Bartholdi Park, Washington, D.C.:** Designing stormwater management measures in the landscape to serve as demonstration sites as well as to demonstrate compliance with the new Federal Regulations for stormwater management as part of Section 438 of the Energy Independence and Security Act. The project is also seeking certification from the Sustainable Sites Initiative.

**High Performance Landscapes, New York City Parks and Recreation:** Ms. Adams served as one of four authors in development of the New York City's *High Performance Landscapes* document, specifically addressing water issues. This publication will be the third in the series that began with *High Performance Buildings*.

## Special Qualifications

Twenty-five years of experience in civil and water resources engineering.

Sustainable site design engineering, including Stormwater Best Management Practices, Low Impact Development, (porous pavement, bioretention, tree trenches, vegetated roofs, etc) and alternative wastewater treatment systems (wetlands, drip irrigation, recirculating filters). Design for projects seeking LEED certification.

Watershed studies, computer modeling, stormwater sampling, stream flow monitoring, NPDES permit applications, mixing zone analyses, pollution prevention plans.

## Professional Credentials

**Bachelor of Science Civil Engineering**
Pennsylvania State University, State College, PA, 1984

**Graduate Coursework Water Resource Engineering**
Villanova University, PA 1997-2001

Registered Professional Engineer in Delaware, Pennsylvania, Virginia, Maryland

LEED Accredited Professional

**Waterview Recreation Center, City of Philadelphia and Pennsylvania Horticultural Society:** For an existing urban recreation center, design of "green infrastructure" stormwater elements to improve community amenities and reduce combined sewer overflows.  Elements include stormwater tree trenches, stormwater planter boxes, and a cistern for the community garden. *This project has recently been the subject of a GreenTreks video on stormwater.*

**Greenstreets Design, East Falls:**  Led a team of design professionals (traffic engineers, landscape architects, pedestrian designers, stormwater engineers) in the design of a "complete" street for an urban neighborhood, including two design charettes with regulatory and design professionals from various city and state agencies.  The goal was to develop a complete street that addressed stormwater, various transportation modes, and neighborhood greening and revitalization.

**University of Pennsylvania Shoemaker Green, Philadelphia:** Design of a passive open space on Penn's Campus that captures runoff generated by new and existing impervious surfaces into site and landscape features throughout the site. The project is also seeking certification from the Sustainable Sites Initiative.

**Three Groves Ecovillage:** Evaluating the Zoning Overlay for the proposed Ecovillage as well as designing the Water system, Wastewater Collection system, and stormwater measures for the site. Consisting of small residential buildings, community greenhouses, community buildings, natural pools, a constructed wetland treatment system, and bioswales, the proposed Ecovillage development is a model sustainable "green" neighborhood.

**Philadelphia Zoo Master Plan:** Development of water and environmental recommendations for the Zoo Master Plan, with focus on stormwater measures integrated into the Zoo's landscape to address flooding problems while promoting sustainability.

**Greening and Stormwater Retrofits for Urban Schoolyards, Philadelphia:** For two existing urbanized school yards (Greenfield School and Independence Charter School) that previously consisted only of asphalt, designed elements intended to both capture the first inch of runoff and provide greening, environmental education, and reduce heat island effects.  Components include rain gardens, porous asphalt, porous pavers, and vegetated swales. *Greenfield School has recently been the subject of a GreenTreks video on stormwater.*

**Stormwater Plans and Environmental Site Design Analysis for Maryland Projects:** For the Chesapeake Bay Foundation and Audubon Society, Ms. Adams led an effort to evaluate various project sites in Maryland and provide recommendations and cost estimates for implementing landscape and stormwater measures to achieve the goals of Maryland's ESD process.

**Okehocking Nature Center, Willistown Township, PA:** Sustainable site design engineering for new Environmental Education Center, including stormwater management and wastewater treatment systems that are integrated with the natural landscape restoration.

**Levin Tract Wooded Wetland Park, Radnor, PA:**  For the urbanized Radnor, PA area, developed a restoration concept design to convert an abandoned vacant parcel into a wooded wetland park area that will improve water quality from a 40-acre urban drainage area by creating a series of low, wooded wetland depressions and planting areas.

**Professional  Employment History**

2007- Present
Principal Engineer and Founder
Meliora Environmental Design
Kimberton, PA

1997- 2007
Principal Engineer
Cahill Associates, West Chester, PA

1991-1997
Project Manager
Roy F. Weston, Inc., West Chester, PA

1984-1991
Project Engineer
Cahill Associates, West Chester, PA

**Professional Memberships**

U.S. Green Building Council – Sustainable Sites Technical Advisory Committee  (SS TAG)

Member, American Society of Civil Engineers, Environmental Water Resources Institute

Member, Pennsylvania Association of Environmental Professionals

Member, American Water Resources Association

Visiting Guest Lecturer; University of Pennsylvania Schools of Architecture and Landscape Architecture; Philadelphia University, and Temple University

East Vincent Planning Commission Chairman

**Ralston House, University of Pennsylvania:** Design of stormwater elements to support an urban landscape restoration at an existing healthcare facility for the elderly.

**Tyler Arboretum Path System:** Designed a system of porous asphalt paths through an existing arboretum to improve access and address localized erosion problems.

**Hershey Gardens Stormwater Plan:** Developed program of rain gardens, wetlands, and restoration measures to address existing erosion and flooding problems.

**North 3rd Street Corridor Sustainable Affordable Housing Plan, Philadelphia:** With SMP Architects, designing guidelines for sustainable affordable housing, including stormwater measures to reduce combined sewer overflows and meet new City of Philadelphia ordinances.

**Hamilton Children's Zoo at the Philadelphia Zoo:** Design of site elements, including stormwater elements that provide educational opportunities, such as wetlands, green roofs, porous paths, and cisterns.

**Oxford Library:** Sustainable site design and engineering for a library addition to an urban library that includes porous pavers, rain gardens, and public outdoor gathering spaces to promote environmental education.

**Mount Saint Joseph Academy Stormwater Improvements:** With the Pennsylvania Horticultural Society, design of landscape-based restoration measures to improve stormwater management and educational opportunities at an existing school.

**Chanticleer Garden:** Stream daylighting of buried tributary and floodplain restoration.

**Fire Engine 38:** Site design of a new Fire Station in Philadelphia to include green roof, bioretention, and landscape restoration. Project will be LEED certified.

**John Hopkins Sustainability House:** Site design of a building at John Hopkins to create a Sustainability House and define sustainability criteria for University.

**Stroud Model My Watershed:** Providing technical expertise in the development of an educational watershed modeling tool being developed through funding from the National Science Foundation. Tool will allow interactive evaluation of development impacts on water balance and water quality, and allow alternative designs to be evaluated for benefits of groundwater restoration, stream health, and water quality.

**Panther Hollow Watershed Restoration:** Developing a watershed restoration plan which includes hydrologic modeling of the natural and existing conditions, using WinSLAMM, and design of two pilot projects to include elements such as an infiltration trench to capture adjacent street runoff, and retentive grading/infiltration berms to manage compacted lawn on a golf course.

*For ten years prior to forming Meliora (1997 – 2007), Ms. Adams was a Principal Engineer with Cahill Associates, where she successfully directed and participated in all aspects of a number of projects.*

**Pennsylvania Stormwater Best Management Practices Manual, Pennsylvania DEP,** co-author of State Manual describing structural and non-structural BMPs, Control Guidelines, calculation methodologies, and specifications, including a volume-based approach to stormwater.

**Environmental and Stormwater Master Plan, UNC Chapel Hill, NC,** Environmental master planning for sustainable stormwater approach to address large university expansion plan. Detailed hydrologic computer modeling performed in US EPA SWMM to evaluate existing infrastructure and recommend stormwater measures. Represented new LID approach in stormwater for UNC and was recognized by Sierra Club as a "Top Ten Building Better II" project.

**Grey Towers National Monument, National Forest Service,** Sustainable site design, including various stormwater measures for historic gardens, porous pavement, water and wastewater systems.

**Washington National Cathedral, D.C.,** Restorative stormwater measures for Cathedral site and woods, including various infiltration measures (at source of runoff), infiltration for road system, channel stabilization, etc. Second phase included infiltration trenches integrated in to new outdoor amphitheater.

**Mill Creek Community Garden and Clark Park Urban Stormwater Projects, Philadelphia, PA,** Design of urban stormwater systems that collect runoff from City streets and infiltrate/manage water in urban green spaces such as community gardens and new basketball courts.

**Cusano Center at John Heinz National Wildlife Refuge, Tinicum, PA,** Sustainable site design for educational center, including various stormwater elements.

**Springbrook Low Impact Development, Lebonon County, PA,** Design of full LID stormwater system for 247 residential units in karst area, including over 120 individual stormwater systems (vegetated infiltration beds, infiltration trenches, rain gardens, porous pavements, etc.).

**Bartrams Garden Master Plan, Philadelphia, PA,** Restorative stormwater management recommendations for Master Plan of historic garden.

**Regent Square Gateway, Nine Mile Run, Pittsburgh, PA,** Concept and schematic design for urban stream and park "gateway".

**Ford Rouge Stormwater Management, Dearborn, MI,** Stormwater planning and design for major industrial facility re-development (Porous pavement, bioretention swales, vegetated systems).

**Woodlawn Library, Wilmington, DE,** Design of urban stormwater measures at new public library to reduce stormwater in combined sewers. Porous parking, bioretention, cisterns with re-use, stormwater planter boxes.

*From 1991 through 1997, Ms. Adams was a Project Engineer and Project Manager at Weston.*
**Stormwater Management Programs and NPDES permitting** Between 1992 and 1996, Ms. Adams developed and implemented stormwater management and sampling programs at over fifty industrial, commercial, and military facilities throughout the United States, including the Bureau of Engraving and Printing, Philadelphia International Airport, and various industrial facilities. These programs focused on reducing stormwater and water quality impacts from existing facilities.

**Hydrologic, Hydraulic, and Mixing-Zone Modeling** For a variety of watershed studies including Act 167 Plans, Ms. Adams conducted hydrologic and hydraulic modeling using various mathematical computer models, including USDA TR-20, EPA SWMM, and COE HEC models. Ms. Adams also performed floodway

**Expert Testimony within Past Three Years**

| | |
|---|---|
| 2010 | **Blue Mountain Preservation Association vs Alpine Development Rose Resorts;** Pennsylvania Environmental Hearing Board.  Expert witness on behalf of BMPA on issues related to stormwater management and water quality. |
| 2010 | **Koziell and Perrini vs Madison Township; Lackawanna Court of Common Pleas;** Expert witness on adverse stormwater impacts of road improvements. |
| June 2010 | **West Vincent Zoning Hearing Board; Flather Property;** Testimony on behalf of Green Valleys Association and PennFuture related to impacts of **water** quality on variance request for stream buffer and wetland setback requirements. |
| Jan 2010 | **West Pikeland Zoning Hearing Board;** Testimony on behalf of Green Valley Association related to impacts of water quality and stream health on variance requests to environmental ordinances. |
| 2009/2010 | **Tim and Jamie Lake vs The Hankin Group;** Court of Common Pleas Chester County; Expert witness on stormwater design and flooding. |
| 2008-2009 | **Crum Creek Neighbors vs DEP, et al;** Pennsylvania Environmental hearing Board; Expert witness on stormwater design review and impacts on flooding and water quality. |
| 2007-2008 | **Glenhardie Condominium vs. Realen Associates; Appeal of NPDES Post-construction Stormwater Management Permit;** Expert witness on behalf of Glenhardie related to stormwater design and flooding.  Permit was withdrawn. |

**Expert Analysis and Comment within Past Three Years**

| | |
|---|---|
| 2009/2010 | **Pennsylvania Turnpike Expansion Project;** on behalf on National Park Service Valley Forge National Park and Valley Creek Coalition.   Expert services related to review and comment of stormwater design and impacts on water quality and stream conditions. |
| 2009/2010 | **City of Philadelphia Longterm Control Plan;** on behalf of Natural Resources Defense Council and PennFuture; review of technical reports, policy documents, and draft permit conditions on issues related to stormwater management, water quality, stream health, and compliance with Clean Water Act and EPA Longterm Control Policy. |
| 2010 | **City of Chattanooga MS4 Permit**: For City of Chattanooga, providing technical guidance for incorporation of stormwater measures to address and restore impaired streams and meet TMDL requirements.  Training sessions for municipal officials and program development. |

## Publications

**Design for Flooding: Architecture, Landscape, and Urban Design for Resilience to Climate Change;** By Donald Watson and Michele Adams; Wiley Publishing, Hardcover Nov 2010.

**Park Design for the 21st Century: High Performance Landscape Guidelines;** New York City Parks Department and NYC Design Trust; Nov 2010.

**Porous Asphalt Pavement: 20 Years and Still Working**, Michele Adams, Published in Stormwater Magazine May/Jun 2003

## Presentations and Conference Proceedings

### 2010

| | |
|---|---|
| Nov | Greenbuild USGBC National Conference;  New Directions in Stormwater Management and LEED |
| Nov | AWRA National Conference;  New Direction in Water Management |
| Oct | Delaware Valley Green Building Council; New Directions in Stormwater Management in Philadelphia |
| Sep | Pittsburgh Parks Conservancy; Michele Adams; "What's Going on in Panther Hollow" and examples of innovative engineering solutions to stormwater impacts on the watershed; Pittsburgh, PA |
| May | "Sustainable Stormwater Management for Municipal Officials"; Lecture series for municipal officials sponsored by Brandywine Valley Association |
| Apr |  "Stormwater Management in Pennsylvania", Environmental Law Forum, Harrisburg, PA |
| Apr | "Rainwater Management", Institute for Conservation Leadership |
| Mar | "How to Challenge a Stormwater Permit and Win: A Look at the Crum Creek Neighbors Decision" Michele Adams, James Schmid, and John Wilmer; Schuylkill Watershed Congress; Pottstown, PA |

### 2009

| | |
|---|---|
| Dec | "Bio-retention, Vegetative roofs, rain gardens, stormwater management" sponsored by East Nantmeal Township Environmental Council |
| Oct | "Regenerative Urban Stormwater: Example Projects in the Philadelphia Region" Michele Adams and Susan McDaniels Pennsylvania Stormwater Conference; Villanova, PA |
| Oct | Housing and Water: Syncing Neighborhood Development, Stormwater Management, and Water; AIA Design on the Delaware |
| Oct | "Sustainability and Stormwater Management: Green Infrastructure" American Planning Association National Conference |
| Sept | LID and Stormwater; 16th Annual Erosion Control Conference |
| May | "Green Infrastructure and Urban Revitalization" Greening the Heartland Conference, Detroit, MI |
| May | "Protecting Our Natural Resources: Design Leadership for the Next 100 Years" AIA National Conference, San Francisco. |
| May | "Putting It Into Practice: Low Impact Development And Stormwater Management Training" Pennsylvania Land Conservation Conference |
| May | "Reconnecting Water, Soils, and Vegetation: Stormwater Management in the Built Environment" ASLA PA/DE Annual Meeting. |
| Mar | "Water, Soils, and Vegetation: Sustainable Site Design" Purdue University Sustainability Conference |
| Mar | "Promoting LID Redevelopment in the Anacostia Watershed" Washington, DC |

### 2008

| | |
|---|---|
| Jan | AIA/DVGBC, Philadelphia; Porous Pavement: How, Why, and When |
| Mar | DVGBC Best of GreenBuild |

### 2007

| | |
|---|---|
| Nov | USGBC GreenBuild, Chicago; Michele Adams; UNC Chapel Hill: A Campus-wide approach for Growth and Sustainability |

| | |
|---|---|
| Aug | "Urban Stormwater and LEED"; Michele Adams, Energy Coordinating Agency of Phila; Demystifying LEED for Homes Event. |
| May | "Low Impact Development: What's Important and What Should be Monitored"; Michele Adams and Wesley Horner; Tampa; 9th Conference on Stormwater Research & Watershed Management; Fla DEP |
| May | "Low Impact Development"; Wesley Horner and Michele Adams; ASCE EWRI World Environmental &Water Resources Congress; Conference; Orlando, Fla |
| April | "Integrating Sustainable Stormwater into the Campus"; Michele Adams and Thomas Cahill; Baltimore, MD;  Smart and Sustainable Campuses Conference, EPA/Society for College and University Planning. |
| April; | "Stormwater Management at UNC Chapel Hill: A Plan for Growth and Sustainability"; Jill Coleman, UNC, and Michele Adams; Wilmington, NC, 2nd National Low Impact Development Conference |
| April | "Using the BMP Manual to Meet NPDES Requirements"; Michele Adams; State College, PA; Chesapeake Bay Foundation Confluence 2007, Connecting Communities to Creeks. |
| March | "Porous Pavements"; Michele Adams, Public information session hosted by the City of Wichita |

**2006**

| | |
|---|---|
| Nov | "Urban Stormwater BMPs: Finding Space for Stormwater in the Urban Environment", Michele Adams; Baltimore, MD; AWRA 2006 Annual Water Resources Conference |
| Nov | "Sustainable Site Design"; Michele Adams; Philadelphia, PA; Design on The Delaware AIA Regional Conference |
| Sept | "Stormwater Site Design: porous Asphalt and Other Innovative Stormwater Techniques"; Michele Adams; Kansas City, MI; American Public Works International Congress and Exposition |
| Sept | "Sustainable Stormwater Management"; Michele Adams; Pittsburgh, PA; 3 Rivers Wet Weather 8th Annual Sewer Conference |
| Sept | "Regent Square Gateway Vision for Nine Mile Run"; Marijke Hecht and Michele Adams; University of Pittsburgh, PA |
| Sept | "The Etowah Habitat Conservation Plan and Runoff Limits"; Michele Adams; Atlanta, GA; Public workshops sponsored by Etowah Watershed Organization and the River Basin Center Institute of Ecology University of Georgia. |
| June | Blair County LID Workshop; Michele Adams; Hollidaysburg, PA; |
| June | Penn State Visitor Center LID Design; Michele Adams; State Colege, PA; Penn State Computational Methods in Stormwater Management |
| May | "Rams Head Extensive Green Roof Design at UNC Chapel Hill"; Andrew Potts and Michele Adams; Boston, MA; Green Roofs for Healthy Cities Conference |
| May | Penn State Visitor Center LID Demonstration Tour;  Michele Adams; Pennsylvania Association of Environmental Professionals. |
| Mar | "Porous Asphalt Pavement: The Right Choice"; Michele Adams; Orlando, FLA; NAPA World of Asphalt |
| Jan | "Sustainable Stormwater Management"; Michele Adams; Atlantic City, NJ; NJ ASLA Annual Meeting Various Dates and Locations in PA: Stormwater Management Workshops for Municipal Officials and Engineers; Sponsored by the Pennsylvania Environmental Council |

**2005**

| | |
|---|---|
| Dec | "Sustainable Design in Our Communities"; Michele Adams and Tavis Dockwiller; Sturbridge, MA; presented by Green Valleys Institute |
| Nov | "Designing Bio/Infiltration Best Management Practices for Stormwater Quality Improvement"; Michele Adams; Madison, WI; University of Wisconsin Professional Development Course |
| Oct | "Springbrook: Residential LID in a Limestone Area; Andrew Potts and Michele Adams; Villanova, PA; 2005 Pennsylvania Stormwater Management Symposium |
| July | "Sustainable Site Design"; Michele Adams; Trenton, NJ; AIA NJ Tectonics of Sustainable Design |
| June | Penn State Visitor Center LID Design; Michele Adams; State Colege, PA; Penn State Computational Methods in Stormwater Management |
| April | "Urban Stormwater BMPs:  Finding Space for Stormwater in the Urban Environment"; Wesley Horner and Michele Adams; Tampa, FLA; 8th Biennial Conf on Stormwater Research & Management. |
| Mar | "Sustainable Site Design"; Michele Adams and Tavis Dockwiller; sponsored by Fulton County, PA |

# Ruth Ayn Sitler, P.E.
## *Water Resources Engineer*


Meliora Environmental Design, LLC

## Relevant Experience

Ms. Sitler is a Water Resources Engineer at Meliora Environmental Design with over seven years of civil engineering experience that includes low impact development and sustainable stormwater management design. To date, her experience has provided her with a vast multi-disciplinary background from which to draw for innovative design projects of all scopes and sizes, and includes commercial and residential construction, educational facility construction, stream restoration projects, abandoned mine reclamation, and pavement management and design. Ms. Sitler also has experience in environmental permitting as well as local government operations.

Current designs in which Ms. Sitler has been engaged include the following:

**Greenstreets Design, East Falls:** Part of a team of design professionals (traffic engineers, landscape architects, pedestrian designers, stormwater engineers) in the design of a "complete" street for an urban neighborhood, including two design charettes with regulatory and design professionals from various city and state agencies. The goal was to develop a complete street that addressed stormwater, various transportation modes, and neighborhood greening and revitalization.

**Three Groves Ecovillage:** Evaluating the Zoning Overlay for the proposed Ecovillage as well as designing the Water system, Wastewater Collection system, and stormwater measures for the site. Consisting of small residential buildings, community greenhouses, community buildings, natural pools, a constructed wetland treatment system, and bioswales, the proposed Ecovillage development is a model sustainable "green" neighborhood.

**Panther Hollow Watershed Restoration:** Developing a watershed restoration plan which includes hydrologic modeling of the natural and existing conditions, using WinSLAMM, and design of two pilot projects to include elements such as an infiltration trench to capture adjacent street runoff, and retentive grading/infiltration berms to manage compacted lawn on a golf course.

**Philadelphia Zoo Master Plan:** Development of water and environmental recommendations for the Zoo Master Plan, with focus on stormwater measures integrated into the Zoo's landscape to address flooding problems while promoting sustainability.

## Special Qualifications

Seven years of experience in civil and water resources engineering.

Sustainable civil/site design engineering, including Stormwater Best Management Practices, Low Impact Development, (porous pavement, bioretention, etc).

Integrated water resource planning; regional watershed planning; computer modeling; environmental , transportation, and construction permitting; local ordinance development and implementation.

## Professional Credentials

**Post-Graduate Coursework Coastal Engineering**
Old Dominion University, VA 2012-present

**Master of Engineering Environmental Engineering**
Pennsylvania State University, PA, 2007

**Bachelor of Science Civil Engineering Technology**
Pennsylvania College of Technology, PA 2004

Registered Professional Engineer in Pennsylvania

Certified Surveyor-in-Training in Pennsylvania

## Professional Employment History

2011- Present
Water Resources Engineer
Meliora Environmental Design
Phoenixville, PA

**Expert Testimony within Past Three Years**

**Jan 2012**    **London Grove Zoning Hearing Board**; Testimony on behalf of Three Groves Ecovillage Development, L.P., related to site design engineering components and conformance to local ordinance standards for conditional use approval.

**2010**    **Butler County Act 167 Stormwater Management Plan Public Hearing**; Testimony on behalf of the Pennsylvania Department of Environmental Protection related to the adoption and implementation of the Butler County Act 167 Stormwater Management Plan.

**2010**    **Crawford County Act 167 Stormwater Management Plan Public Hearing**; Expert witness on behalf of the Pennsylvania Department of Environmental Protection related to the adoption and implementation of the Crawford County Act 167 Stormwater Management Plan.

**2010**    **Mifflin County Act 167 Stormwater Management Plan Public Hearing**; Testimony on behalf of the Pennsylvania Department of Environmental Protection related to the adoption and implementation of the Mifflin County Act 167 Stormwater Management Plan.

**2010**    **Montour County Act 167 Stormwater Management Plan Public Hearing**; Testimony on behalf of the Pennsylvania Department of Environmental Protection related to the adoption and implementation of the Montour County Act 167 Stormwater Management Plan.

**2010**    **Potter County Act 167 Stormwater Management Plan Public Hearing**; Expert witness on behalf of the Pennsylvania Department of Environmental Protection related to the adoption and implementation of the Potter County Act 167 Stormwater Management Plan.

**2010**    **Venango County Act 167 Stormwater Management Plan Public Hearing**; Expert witness on behalf of the Pennsylvania Department of Environmental Protection related to the adoption and implementation of the Venango County Act 167 Stormwater Management Plan.

**2010**    **Warren County Act 167 Stormwater Management Plan Public Hearing**; Testimony on behalf of the Pennsylvania Department of Environmental Protection related to the adoption and implementation of the Warren County Act 167 Stormwater Management Plan.

---

2008-2011
Civil Engineer Manager and Sr. Civil Engineer
Comm. of Pennsylvania:
PA Dept. of Env. Prot.
(Bur. of Aban. Mine Rec.)
(Bur. of Watershed Mgmt.)
PA Dept. of Transportation
(Bur. of Maint. And Oper.)
Harrisburg, PA

2006-2007
Project Manager
Navarro & Wright Consulting Engineers, Inc.
New Cumberland, PA

2006-2006
Project Designer
Raudenbush Engineer, Inc.
Middletown, PA

2005-2005
Project Designer
Morris & Ritchie Associates
York, PA

2004-2005
Transportation Engineer I
Buchart-Horn, Inc.
York, PA

**Professional Memberships**

Member, American Society of Civil Engineers,
Environmental Water Resources Institute

**Expert Analysis and Comment within Past Three Years**

**2011**     **AML-1: The Abandoned Mine Land Inventory Manual;** on behalf of the Pennsylvania Department of Environmental Protection, Bureau of Abandoned Mine Reclamation; Technical review and comment of revisions to the Department of Interior, Office of Surface Mining's regulatory standards for addressing abandoned mine lands.

**2011**     **Alternate Pavement Type Bidding**: on behalf of the Pennsylvania Department of Transportation, Bureau of Maintenance and Operations; Expert analysis of alternate pavement type bidding policies as implemented on highway design projects in Pennsylvania.


**Publications**

**Streambank Stability: Modeling Channel Evolution and Pollutant Transport in an Urban Stream;** Ruth A. Sitler; Pennsylvania State University, Masters Paper; Dec 2010.

**Geographic Variability of Rainfall Erosivity Estimation and Impact on Construction Site Erosion Control Design;** Shirley E. Clark, Aigul Allison, and Ruth A. Sitler; *Journal of Irrigation and Drainage Engineering*; American Society of Civil Engineers; July 2009.

**Special Experimental Project No. 14 (SEP-14) Alternate Pavement Type Bidding Initial Report;** Pennsylvania Department of Transportation and the Federal Highway Administration; Feb 2011.

**Porous Asphalt Pavement: 20 Years and Still Working**, Michele Adams, Published in Stormwater Magazine May/Jun 2003

**Presentations and Conference Proceedings**

**2011**

Sep     Low impact Development Symposium;  Ruth A. Sitler; "Impact of the Rainfall Event Method on the Water Capture Quantity Efficieny of Bioretention Devices"
May     2011 World Environment & Water Resources Congress; Ruth A. Sitler and Shirley E. Clark; "Impact of Bioretention Design of the Calculation Method for the 95th Percentile Rain Event"


**2009**

Mar     "Act 167 Stormwater Management;" Harrison City, PA
May     2009 World Environment & Water Resources Congress; Christine Y. Siu, Shirley E. Clark, Ruth A. Sitler and Katherine Baker; "Looking Upstream and Into the Watershed for the Big Picture of Stream Health"
June     "Act 167 Stormwater Management – Municipal Implementation Models;" Mercer, PA
July     "Introduction to Hydrologic Modeling with HEC-HMS;" Harrisburg, PA
         "Building a Project and Running a Simulation with HEC-RAS;" Harrisburg, PA
Oct     2009 Pennsylvania Stormwater Management Symposium; Ruth A. Sitler, Aigul Allison, and Shirley E. Clark; "Geographic Variability of Rainfall Erosivity Estimation and Impact on Construction Site Erosion Control Design"


**2008**

Feb    "Small Watershed Hydrology Modeling with WinTR-55;" Middletown, PA
       "AutoCAD;" Middletown, PA
Mar    "Erosion Control and NPDES Permitting;" Middletown, PA
Apr    "Introduction to HEC-RAS;" Middletown, PA
       "HEC-HMS: The Hydrologic Engineering Center's Hydrologic Modeling System;" Middletown,
       PA
May    "Planning to Protect Water Resources: Stormwater Management;" Hershey, PA
Sep    "Understanding the Regulatory Environment: DEP Headwaters Initiatives and Stormwater
       BMPs;" Monroeville, PA
Oct    "Integrated Water Resource Planning through Act 167;" Harrisburg, PA
Nov    "Stormwater Management: Act 167 and Its Implementation;" Harrisburg, PA

**2007**

Mar    "Engineering Overview of Erosion Control and NPDES Permitting in Central Pennsylvania;"
       New Cumberland, PA
Oct    2007 Pennsylvania Stormwater Management Symposium; Ruth A. Sitler and Shirley E. Clark;
       "Streambank Stability: Modeling Channel Evolution and Pollutant Transport in an Urban
       Stream"

## NIEK VERAART, AICP, ASLA Project Manager

Mr. Veraart is vice president with LBG with more than 20 years of diverse experience in environmental planning, including EIS in accordance with NEPA, SEQRA and CEQR and other environmental statutes. His environmental planning assignments have encompassed a wide range of projects, including transportation infrastructure (airports, highways, ports, rail/transit) industrial facilities (solid waste management, energy, water and wastewater facilities), large-scale development projects (residential, commercial, mixed use, recreational and transit-oriented development), ecological and sustainable development (watershed management, LEED compliance, waterfront restoration, wetland banking) and cultural resources (memorials, tourist attractions, national parks). He is familiar with regulatory requirements at federal, state, and local levels and has integrated such requirements on multilevel environmental documents, including such high-profile assignments as the World Trade Center Memorial and Redevelopment GEIS. Mr. Veraart is especially familiar with construction impacts and assisted federal and state agencies with the development of Environmental performance Commitments (EPCs) for the rebuilding of Lower Manhattan. Mr. Veraart is familiar with upstate watershed issues through his completion of several SEQRA assignments, including an EIS for the Hackensack River in Clarkstown, New York; infrastructure improvements for the Bear Mountain Bridge (for NYSDOS); and the EIS for Kensico Watershed Water Pollution Control Program (for NYCDEP). Mr. Veraart's experience with third-party EIS review is extensive and includes multiple EISs for US Army Corps of Engineers, EIS review for local public interest environmental organizations and for the New York State Public Service Commission.

Several of the projects led by Mr. Veraart have received prestigious state and national awards. Mr. Veraart has presented at national conferences on subjects of environmental planning and his research contributions in the transportation and environmental planning fields have been published by the National Academy of Sciences, Transportation Research Board.

---

**FIRM** Louis Berger Group

**EDUCATION**
- MS, Regional Planning and Land Planning
- BS, Land Planning and Landscape Architecture

**REGISTRATIONS / CERTIFICATIONS**
- American Institute of Certified Planners
- American Society of Landscape Architects
- American Society of Civil Engineers, Affil.
- International Association for Impact Assessment

**YEARS EXPERIENCE** 24
**YEARS WITH FIRM** 16

## RELEVANT PROJECT EXPERIENCE

**Lower Manhattan Development Corporation (LDMC), GEIS for World Trade Center Memorial and Redevelopment Plan (SEQRA, NEPA EIS), New York, New York.** Project director. Mr. Veraart directed LBG's work for the WTC GEIS, which was co-prepared by LBG with another consulting firm. Under Mr. Veraart's direction, transportation analyses were conducted for the redevelopment of the World Trade Center site and construction scenarios were developed for input into the Traffic, Air Quality and Noise analyses. The GEIS process for this high-profile; complex project was completed within a record time of 12 months from the start of environmental review. Mr. Veraart also directed noise, infrastructure, utilities as well as issues of cumulative impacts.

**US Army Corps of Engineers New York District, Third-Party EIS, Meadowlands Mills Regional Mall, Bergen County, New Jersey.** Project director. Mr. Veraart was Task manager for the independent third-party review of the developer's EIS and preparation of a federal FEIS and Section 404(b) Permit Alternatives Analysis for the development of a 600-acre site for the construction of a mixed use regional mall, office and recreation complex, located three miles from New York City. The project would involve the filling of approximately 200-acres of wetlands and extensive wetland creation and enhancement.

**US Army Corps of Engineers New York District, Meadowlands Comprehensive Restoration Implementation Plan Programmatic Environmental Impact Statement, New Jersey.** Provided QA/QC review of the Programmatic Environmental Impact Statement (PEIS) for the Meadowlands Comprehensive Restoration Implementation Plan (MCRIP). The PEIS provides an evaluation of environmental, social and economic issues and alternatives to achieve project goals and objectives, while avoiding/minimizing adverse impacts, providing the USACE with the necessary NEPA compliance documentation for MCRIP implementation. The PEIS is a comprehensive document that considers a number of related actions proposed in the MCRIP, including cumulative, direct, and indirect impacts.

**New York City Department of Environmental Protection, Kensico Watershed Water Quality Sustainable Management Plan EIS, Westchester County, New York.** Project manager. The EIS evaluated the beneficial effects on water quality resulting from several alternative measures, including the development of stormwater Best Management Practices (BMPs), such as wetland basins, streambank stabilization and waterfowl management. Pollutant reductions were subsequently modeled for each of the streams and subwatershed discharging into the Kensico Reservoir. Transport of contributing pollutants within the reservoir and to the water intakes was then modeled. In addition to the evaluation of the effectiveness of various program alternatives, their impact on the environment was assessed,

including socioeconomic and ecological impacts.

**Metropolitan Transportation Authority New York City Transit, Fulton Street Transit Center NEPA EIS, New York, New York.** Project director. Directed the preparation of the FEIS and Section 4(f) for the $1.4B federally funded Fulton Street Transit Center (FSTC) in Lower Manhattan. Mr. Veraart supervised the approach to alternatives analysis and cumulative effects analysis and supervised preparation of technical assessment of environmental impacts, including traffic and transportation, air, noise, socio-economic analyses and the analysis of adaptive reuse of the historic Corbin Building in Lower Manhattan. A key aspect of the analysis was the assessment of cumulative impacts of the FSTC and other Lower Manhattan Recovery Projects. Mr. Veraart presented the analysis of cumulative construction in Lower Manhattan to a National Panel of government agencies under auspices of the FTA.

**US Department of Agriculture, Final Environmental Impact Statement (FEIS - SEQRA, NEPA) Gull Hazard Reduction Program, JFK International Airport, Jamaica, New York.** Project manager. Managed the preparation of the SEQRA/NEPA EIS for the implementation of the Gull Hazard Reduction Program at JFK International Airport in New York City.

**Parcel B EIS Third-Party Review and Environmental Support Services, Purchase Environmental Protection Association, Purchase, New York. Project manager.** Analyzed SEQRA documentation submitted for an office development in Purchase, New York. The expert review team lead by Mr. Veraart reviewed all relevant aspects of the analyzed by the developer and identified numerous deficiencies and inaccuracies in the environmental documentation, including historic resources (impacts on Olmstead landscapes and resources listed on the State/National Register of Historic Places), flooding and stormwater management, incompatibility with zoning regulations, density inconsistencies, traffic safety and congestion issues, ecological impacts and direct and indirect wetland impacts.

**Dormitory Authority of the State of New York (DASNY), Chenango Countywide 911 Communications Upgrade EIS, Chenango County, New York.** Project Director. Led the preparation of the SEQRA EIS. The project included a GIS-based viewshed analysis of tower visibility. The viewshed analysis included the identification of sensitive resources (e.g. parks and historic areas) within five miles of each tower. The project objective was to improve emergency services communication capabilities through the construction of six radio communication antenna towers and ancillary infrastructure, and upgrades to facilities at an additional three sites

**US Army Corps of Engineers New England District, South Coast Rail Project Third-party NEPA EIS (in progress), Massachusetts.** Project manager. Mr. Veraart is managing the preparation of an Alternatives Analysis and NEPA EIS for new 60-mile transit service between Boston and the south coast of Massachusetts, including New Bedford and Fall River. Alternatives being evaluated include Bus Rapid Transit and rail. Key impact areas addressed included wetlands, water resources, threatened and endangered species, noise and vibration and coordination with Native American tribes.

**Township of Randolph, Third-Party Environmental Review and Site Suitability Analysis Services, Randolph, New Jersey.** Project manager. Conducted an independent third-party review of the environmental documentation for the 154-acre Nitti Mountain development project in the Township of Randolph, New Jersey. The review assessed all applicable resources including soils, geology, wetlands, hydrology, slopes/engineering, ecology; land use and zoning, landscape and visual, traffic/circulation and access, cultural resources and socioeconomic impacts. The report provided comments and recommendations regarding technical methodologies, data gaps and data quality, compliance with applicable regulations and appropriateness, projected cost and feasibility of proposed mitigation measures.

**City of New City, New York, FEIS, Hackensack River Natural Area Improvement and Flood Management Project, Clarkstown, New York.** Project director. Mr. Veraart directed the preparation of the FEIS for flood control measures in the Hackensack River. Flood control measures include the construction of backwater prevention berms, dredging of river sediment and widening of the river in order to improve flow.

**NYS Bridge Authority, EA (SEQR) Bear Mountain Bridge Rehabilitation, Bear Mountain,**

**New York.** Project director. Directed environmental permitting and regulatory issues for rehabilitation of the Bear Mountain Bridge across the Hudson River.

**Port Authority of New York and New Jersey, Newark Liberty International Airport, Terminal A NEPA Draft Environmental Assessment. Newark. New Jersey.** Project manager. Preliminary Environmental Assessment for construction of a new Terminal A facility, including a 1.3 million sf. airport terminal building, surrounding site conditions, including streams and wetlands, roadways and airside facilities. The EA was prepared in close coordination with sustainable planning and design efforts ongoing concurrently towards a LEED certified facility.

**LMDC and the National September 11 Memorial & Museum, Pedestrian Simulation Modeling - World Trade Center (WTC) Memorial, New York, New York.** Project director. Oversaw the development of origin/destination projections for pedestrian travel patterns on the World Trade Center (WTC) Memorial including the plaza, visitor's center, and museum and the entire WTC Site for the opening year and stabilized year of the WTC Memorial on both a weekday and Saturday. Also developed assumptions for the development program, pedestrian profiles, pedestrian itineraries, and site demand projections. The projected pedestrian movements were modeled to determine if adequate space would be provided for pedestrians based upon the site design and site plan

**State University of New York at Binghamton. New Student Housing, State. Town of Vestal, Broome County, New York.** Project Director. Directed the preparation of a SEQRA EAF and Supplemental Studies for replacing the 40 years old Newing and Dickinson residence buildings with new buildings to accommodate approximately 3,000 students on the East Campus of Binghamton University. The impact assessments focused on a matrix of potentially affected environmental resources, including storm water/wastewater infrastructure, threatened and endangered species, air quality, and noise.

**American Marine Rail, LLP, Dredge Permitting, SEQR Environmental Assessment Statement. And Faciiity Plan Development. American Marine Raii Intermodal Transfer Terminal, Bronx, New York.** Project director. Managed the development of facility layout and directed preparation of permits and state and city environmental regulatory review for a 5,200 tons-per-day intermodal barge-to-rail facility solid waste transfer station. Mr. Veraart supervised the preparation of a Title 6 NYCRR Part 360 Solid Waste permit application to the New York State Department of Environmental Conservation (NYSDEC), a Joint Tidal Wetland Permit from the NYSDEC and the USACE and air quality compliance, as well as compliance with other regulatory requirements**.**

**South Jersey Transportation Authority (SJTA) Alternative Energy Vehicle Deployment Plan.** Project Director. Directed the preparation of an AEV deployment plan for SJTA, pursuant to the SJTA Alternative Energy Management Plan, prepared by The Louis Berger Group for SJTA. Specific four areas included evaluation of Alternative Energy sources for the SJTA fleet and operations, as well as users of SJTA facilities. Alternative energy sources evaluated include electric, Compressed Natural Gas (CNG), biodiesel and hydrogen.

**National September 11 Memorial, Economic Impact of National September 11 Memorial.** Project director. Directed the study to analyze impact of the National September 11 Memorial operations on the economy of New York City, New York State and the U.S. Impacts are driven by Memorial operational expenditures, employee household spending and visitor spending. Assessed the effect of the Memorial on Lower Manhattan in terms property tax revenues and business revenues.

**NYCDOS, Draft Environmental Impact Statement (DEIS - SEQR, CEQR), Fresh Kills Landfill, Staten Island, New York.** Project director. Executive responsibility for the preparation of the DEIS for the Fresh Kills Landfill on Staten Island. For the continued operation of the 2,200-acre landfill, NYCDOS applied for a NYCRR Part 360 Permit for a solid waste management facility from the New York State Department of Environmental Conservation (NYSDEC). For this purpose, the NYCDOS submitted an EIS pursuant to both State Environmental Quality Review (SEQRA) and City Environmental Quality Review. The DEIS was deemed complete by NYSDEC prior to the City's decision to close the Fresh Kills Landfill.

## RAED EL-FARHAN, PHD **Principal-in-Charge**

Dr. EL-Farhan, vice president of LBGs science and water resources division, has more than 20 years of experience as a consultant, professor, and university researcher. His areas of expertise include water resources, ecosystem restoration, stormwater management, water and wastewater treatment systems, water quality permitting and compliance, aquatic chemistry, and the fate and transport of contaminants in the environment. Dr. EL-Farhan has used this diverse expertise in support of EPA headquarters and its regional offices in their BEACH, EMPACT, and TMDL programs, where he has characterized, assessed, and modeled water quality; wrote and reviewed technical reports; and prepared training materials and workshops. He has worked extensively with various states to provide water resources planning services throughout the Mid-Atlantic region, and continues to support the EPA's Assessment and Watershed Protection Division through the Technical Support for the National Watershed Protection Program. Dr. EL-Farhan is working on multiple assignments with U.S. Army Corps of Engineers, Institute for Water Resources (USACE IWR), Engineer Research and Development Center (ERDC), Districts, Headquarters, and Assistant Secretary of the Army (CE) to provide technical review of feasibility studies, conduct facilitations at USACE strategic sessions, assist the USACE with development of quality of life metrics, evaluate the USACE model certification process, and evaluate and certify models. Dr. EL-Farhan is a member of the American Water Resources Association and participates in national dialogues related to water resources issues. He also serves on the planning committee of the National Conference on Ecosystem Restoration (NCER) where he has worked alongside many of the USACE restoration experts.

**FIRM** Louis Berger Group

**EDUCATION**
- PhD, Environmental Engineering
- MS, Environmental Engineering
- BS, Civil Engineering

**YEARS EXPERIENCE** 21
**YEARS WITH FIRM** 10

## RELEVANT PROJECT EXPERIENCE

**USACE Kansas City, Project Initiation and Planning for Programmatic EIS for the Missouri River Recovery/Restoration Plan and the Public Relations Strategy and Internal Communication Plan Needs Assessment for the Missouri River Recovery Program.** Director. Dr. EL-Farhan worked closely with the project manager to coordinate the technical leads, experts, academics, and subconsultants. He not only provides management, but also technical support. He is providing technical support and is responsible for the development of the Research Compendium that will serve as the scientific guideline and basis during the alternatives development phase of the project. Also, Dr. EL-Farhan is assisting with the development of the public outreach and communications strategy and plan for implementation for the Missouri River Recovery Program. This includes both an external public relations strategy and an internal communications plan.

**USACE Baltimore, Anacostia River Watershed Restoration Plan.** Program manager. Managed a comprehensive watershed restoration plan for the Anacostia River Watershed; its objective is to produce a systematic 10-year restoration plan for environmental and ecological restoration within the entire watershed to mitigate the impact of stormwater runoff to the Anacostia River watershed. The plan was conducted under the USACE General Investigations Program. The study was authorized in a resolution of the Committee on Public Works and Transportation, U.S. House of Representatives.

**USACE IWR, Analytical and Professional Support Services.** Program manager for this $25 million, five-year contract that provides technical and analytical support services that are generally not available within USACE, including the following principal areas: program management, water resources, environmental protection and restoration, navigation, information systems, and homeland security. Under this contract and Dr. EL-Farhan's leadership, LBG is providing technical review of feasibility studies, conducting facilitations at USACE HQ strategic sessions, assisting USACE with development of quality of life metrics, evaluate the USACE model certification process and certifying models.

**USACE Mobile District IDIQ for Environmental Studies for BRAC Actions.** Program manager. Under $6 million IDIQ contract, Dr. EL-Farhan oversees overall project management, subcontractor management, project scheduling, quality assurance and control, deliverable production, project accountability to USACE Mobile, and maintains the administrative record. Currently working on environmental, engineering, and planning services in preparation of Phase II of the feasibility study and EIS for the ecosystem restoration and flood damage reduction for the 23 square-mile Upper Turkey Creek Basin in Kansas. Scope includes engineering analysis for the plan formulation to accomplish flood protection, environmental restoration, and improve water quality and recreational facilities.

**USACE Baltimore, IDIQ for Planning Projects, Various Locations.** Program manager. Under $5 million IDIQ contract, LBG is managing multiple task orders, preparing siting and facility studies and other planning documents. Specifically, Dr. EL-Farhan has worked on Potomac

Park Levee–EA and Section 106 project, for design and construction of an improved flood control project within the National Mall and Constitution Gardens in Washington, DC, to address the potential impacts to cultural and environmental resources. Also includes St. Martin Ecosystem Restoration–assisted in the evaluation of the feasibility study for aquatic ecosystem restoration in the St. Martin River Watershed in Maryland, under the authority of Section 206 of WRDA.

**EPA Assessment and Watershed Protection Division, Technical Support for the National Watershed Protection Program.** As program and project manager, developed dozens of watershed TMDL studies nationwide and has prepared training materials and conducted workshops. For these projects, conducted source assessment and watershed characterization to support watershed simulation and development of allocations. Presented TMDL results at a series public meetings. The Bayou Lafourche TMDLs, Louisiana included a comprehensive water quality monitoring plan, developing and submitting a QAPP for EPA's approval, setting up and calibrating Louisiana's QUAL2E model, and calculating the TMDL for the bayou.

**Review of the Upper Mississippi River Illinois Waterway Feasibility Report.** To help ensure the adequacy of this recommendation to Congress, Dr. EL-Farhan and the LBG team provided a review of the UMRS Chief's Report, the Rock Island District Commander's Feasibility Report, the NRC Reports on the UMRS, and related documents. The purpose of the review was to evaluate the actions proposed by the Chief of Engineers and District Commander in relation to external reports by the NRC and other parties, as well as prior Assistant Secretary of the Army (CW) correspondence to OMB to determine potential courses of action for the Assistant Secretary of the Army (CW) in transmitting his report to OMB and the Congress. The LBG report highlighted known and unknown information relevant to the ability to recommend an action to Congress, noted any deficiencies in needed information and recommended an appropriate course of action.

**Transportation Research Board (TRB) of the National Academies.** Senior technical reviewer. Dr. El-Farhan serves as a senior technical reviewer for the Transportation Research Board of the National Academies. He is responsible for reviewing documents and providing recommendations. Dr. El-Farhan will be reviewing papers for consideration as part of the program for the TRB 87th Annual Meeting in January 2008 and publication in the Transportation Research Record.

**EPA Region 3, pH TMDL for Buckhannon River, West Virginia.** Served as technical support for TMDL development for Acid Mine Drainage. Screened the available water quality data for the Buckhannon River to determine the frequency of water quality standards violation of pH and heavy metals. Reviewed models and methods applicable for predicting instream pH in streams. Developed a mass balance model based on inflow of alkalinity and acidity to predict the instream pH of the Buckhannon River.

## HOPE LUHMAN, PHD, RPA Cultural Resources

Dr. Luhman manages LBG's New England and Northeast cultural resource operations from the Albany, New York, office. She is responsible for all archaeological, architectural, and historic preservation planning projects involving historic and precontact resources, as well as general business development. Dr. Luhman coordinates interdisciplinary and multitask studies; interfaces with clients and subconsultants; participates in public outreach and education programs; maintains project schedules; evaluates budgets; prepares technical reports, agreement documents, and special exhibits; and provides expert witness testimony.

**FIRM** Louis Berger Group

**EDUCATION**
- PhD, Anthropology
- MA, Anthropology
- MA, Social Relations
- BA, Anthropology

**REGISTRATIONS/ CERTIFICATIONS**
- Accredited by the Register of Professional Archaeologists

**YEARS EXPERIENCE** 28
**YEARS WITH FIRM** 16

**RELEVANT PROJECT EXPERIENCE**

**Immigration and Naturalization Service (INS), Phase I and II Archaeological Survey, INS Border Patrol Station, St. Lawrence County, New York.** Principal investigator.

**GSA Northeast and Caribbean Region, Photographic Documentation, Phase IB Archaeological Survey, and Data Recovery Investigations, Proposed U.S. Courthouse, Buffalo, Erie County, New York.** Project manager/principal investigator.

**New York Army National Guard, Cultural Resource Surveys: New York Army National Guard (NYARNG).** Project manager/principal investigator. Projects have included Phase IA archaeological surveys for the Rome, Lockport, Jamestown, Dunkirk, Cortland, and Dryden armories; Phase IA and IB surveys for the Walton, Kingston, Leeds, Latham, Orangeburg, Geneseo and proposed Queensbury armories; Phase IB survey for the Auburn Armory; and Phase II and III archaeological investigations for the Kingston Armory.

**PARS Environmental for 77th Regional Readiness Command, Phase IB Archaeological Survey, Kerry P. Hein United States Army Reserve Center, Town of Shoreham, Suffolk County, New York.** Project manager/principal investigator.

**PARS Environmental for 77th Regional Readiness Command, Section 106 Compliance, Rocky Point/Brookhaven Nike Missile Launch Facility, Shoreham, Suffolk County, New York.** Project manager/principal investigator.

**77th Regional Readiness Command, Phase IA Archaeological Surveys, New York and New Jersey.** Project manager/principal investigator.

**U.S. Army Corps of Engineers (USACE) Mobile, Phase I Archaeological Survey, Fort Totten BRAC, Queens County, New York.** Project manager/principal investigator.

**Engineering Field Activity Northeast, Naval Facilities Engineering Command (NAVFAC), Archaeological Monitoring, Palmer Hall Geothermal Loop Field, U.S. Merchant Marine Academy, King's Point, New York.** Project manager/principal investigator.

**U.S. Military Academy, Cultural Resources Support, Family Housing, USMA, West Point, New York.** Project manager/principal investigator.

**Engineering Field Activity Northeast, NAVFAC, Archaeological Monitoring, Barry Hall Geothermal Loop Field, U.S. Merchant Marine Academy, King's Point, New York.** Principal investigator**.**

**Denver Service Center (DSC), Direct Labeling of Artifacts Recovered from the Archeological Excavations Conducted at Fort Stanwix National Monument for Willett Center Construction, Oneida County, New York.** Project manager.

**Phase I Archeological Survey, Proposed Mongaup Interpretive Center, Upper Delaware Scenic and Recreational River, Lumberland, Sullivan County, New York.** Project manager/co-principal investigator and cultural resource task leader.

**Archeological Survey for Roosevelt Farm Lane Rehabilitation Project, Home of Franklin Roosevelt National Historic Site, Hyde Park, Dutchess County, New York.** Project manager.

**Archeological Survey for the Construction Staging, Sediment Dewatering, and Sediment Dispersal Areas, Val-Kill Pond Restoration Project, Eleanor Roosevelt National Historic Site, Hyde Park, Dutchess County, New York.** Project manager.

**DASNY, Report on the Phase II and III Archaeological Investigations, The DASNY Site, 515 Broadway, Albany, Albany County, New York.** Project manager.

**DASNY, Phase IA Newing College Dormitory, State University at Binghamton, Broome County, New York.** Project manager.

**DASNY, Phase IA Archaeological Survey, Chenango Countywide 911 Communications System Upgrade, Chenango County, New York.** Project manager.

**Ammann & Whitney, and New York State Bridge Authority, Cultural Resource Services, Bear Mountain Bridge Cable Strengthening Study, Rockland and Westchester Counties, New York.** Project manager.

**Ammann & Whitney, Phase IA Cultural Resource Sensitivity Assessment, Proposed Amsterdam Pedestrian Bridge, City of Amsterdam, Montgomery County, New York.** Project manager.

**EBI Consulting, Cultural Resource Services for Wireless Carriers, New England.** Contract and project management/principal investigator. On-call contract for performance of cultural resource surveys in New York, Massachusetts, New Hampshire, Vermont, Connecticut, Rhode Island, and Maine. Archaeological desk reviews, archaeological resource assessment reports, and reconnaissance/intensive surveys have been conducted throughout New York, Massachusetts, New Hampshire, Vermont, Connecticut, and Rhode Island.

**USACE New England, Review of Cultural Resource Investigations, South Coast Rail Project, Southeast Massachusetts.** Project manager/principal investigator.

**New York State Education Department (NYSED)/New York State Department of Transportation (NYS DOT), Cultural Resource Services.** Contract manager. Five-year contract (beginning 2007) to provide cultural resource services primarily associated with NYS DOT Regions 8-11, but may also include other state agency undertakings. Project-specific studies for all phases of archaeological investigations and architectural resource surveys. To date, 28 task orders received; four examples of completed projects are listed below.

- Cultural Resource Reconnaissance Survey, Site Examination and Data Recovery Plan, Shaker/Powell Hotel Site, Route 155 and Old Niskayuna Road Intersection Improvements, PIN 1132.15.101, Town of Colonie, Albany County, New York. Project manager and principal investigator.
- Archaeological and Architectural Reconnaissance Survey, Gorham Street Bridge and Approach Removal, PIN 3805.50.101, Village of Waterloo, Seneca County, New York. Project manager and principal investigator.
- Reconnaissance (Phase I) Survey, Republic Airport Development Aircraft Hangar, PIN 0903.55.101, Town of Babylon, Suffolk County, New York. Project manager and principal investigator.
- Cultural Resource Reconnaissance Survey, Jericho Turnpike, PIN 0042.27.121, Towns of Huntington and Smithtown, Suffolk County, New York. Project manager and principal investigator.

## EDWARD SAMANNS, PWS, CE Aquatic Ecology

Mr. Samanns is the director of environmental sciences at LBG with more than 20 years of experience managing environmental investigations for a variety of projects and clients. Mr. Samanns specializes in ecological restoration/mitigation and related topics including stream and wetland ecology, permitting, threatened and endangered species studies, invasive species management, and NEPA compliance. Mr. Samanns serves as the project manager/director for several environmental and restoration contracts for public sector clients and was responsible for preparing data collection and analysis protocols, developing and implementing vegetative and hydrology monitoring methodologies, and developing habitat restoration designs. Mr. Samanns is a key member of LBG's ecological restoration unit, a unique assemblage of key scientists and engineers that have been combined to conduct restoration projects including wetland mitigation banks, endangered species habitat enhancement, coral reef creation, and tidal marsh restoration. He was the principal investigator and author of NCHRP Synthesis 302 Mitigation of Ecological Impacts (2002), is currently conducting research for NCHRP on Habitat Fragmentation, and has published/presented several papers on wetland mitigation and wildlife crossings. Mr. Samanns is also a co-author of the USACE, Waterways Experiment Station, Engineering Specification Guidelines for Wetland Plant Establishment and Subgrade Preparation (1998). Mr. Samanns also performs QA reviews of technical reports and restoration designs and provides independent research on environmental topics for clients.

---

**FIRM** Louis Berger Group

**EDUCATION**
- MS, Geography
- BS, Biology

**REGISTRATIONS/ CERTIFICATIONS**
- Professional Wetland Scientist
- Certified Geologist

**YEARS EXPERIENCE** 25
**YEARS WITH FIRM** 23

**RELEVANT PROJECT EXPERIENCE**

**County of Rockland, Minisceongo Creek Nor'easter Repair Project, Rockland County, New York.** Project manager. Responsible for overseeing the wetland and stream delineation for the project area and preparation of the Environmental Investigation Report. Also evaluated project for compliance with NEPA CATX requirements of FEMA and coordinated with project engineers to assess project alternatives to stabilize an area of mass wasting and slope failure, protect existing infrastructure from river erosion, re-establish fish passage, and establish self mitigating construction approach. Responsible for ongoing coordination of NYSDEC and ACOE permits for construction.

**Marsh Resources, Meadowlands Mitigation Bank Phase 3, Carlstadt, New Jersey.** Project director of the permitting, design and upcoming construction of a 60-acre tidal and freshwater wetland mitigation bank in the Hackensack Meadowlands. Responsibilities include federal and state permit application preparation and acquisition, banking instrument preparation, negotiation and approval by the interagency MIMAC, and site concept designs. Analysis has included assessment of on-site resources, functional value assessment, credit determination, innovative designs to minimize wetland fill and control invasive species, tidal data analysis and tide gate assessment. Planting plan also addressed potential treatments for acid soil conditions. Responsible for developing construction and planting plans as a design/build project employing marsh excavation and dredge methods to create enhanced tidal habitat of mud flat and low and high marsh interspersed by tidal channels and upland islands and freshwater forested wetlands.

**New York Thruway Authority and NYSDOT, Stewart Airport Access Improvement, Wetland and Vernal Pool Mitigation Site Selection and Design.** Project manager. Responsible for conducting a site selection and design study for the creation of 1.5 acres of vernal pool habitats within forested uplands to compensate for wetland habitat losses as requested by the NYSDEC. Evaluated physical features within project area leading to the identification of potential sites. Developed concept plans for each vernal pool site. Also responsible for the design of 15 acres of forested, scrub shrub and emergent wetlands at an off-site location. Prepared full plans and specifications to support bid documents. Additional task included preparation of a Biological Assessment for the Federal and State endangered Indiana bat along the project corridor, and coordination with the USFWS and NYSDEC.

**PANYNJ, Goethals Bridge Replacement Project, Staten Island.** Project supervisor. Responsible for overseeing the tasks related to the preparation of the natural resource components of a NEPA EIS and the preparation of environmental permits required for issuance of the Record of Decision by the US Coast Guard. Also supervising the wetland mitigation site selection and wetland mitigation design tasks that are necessary to support the preparation of a Mitigation Plan for the Corps permit application. Permit applications include addressing purpose and need, alternatives analysis, coastal zone consistency reviews, EFH assessments, and other topics.

**USACE Baltimore District, Integrated Natural Resource Management Plan Environmental Support Services, 99th Regional Readiness Command.** Project supervisor. Responsible for overseeing the preparation of an Invasive Species Management Plan and Endangered Species Management Plan as part of an INRMP for use on 184 properties in five states under the command of the 99th Regional Readiness Command. The invasive species management plan was developed to maintain compliance with EO 13112 Invasive Species and the Army Policy Guidance for Management and Control of Invasive Species. The endangered species management plan was updated to maintain compliance with the Endangered Species Act, Bald and Golden Eagle Protection Act, DoD Instruction 4715.3, and AR 200-3. The management plans address existing conditions and habitats, target species and appropriate management actions and estimated costs.

**Molly Ann Brook Watershed Management Plan, Passaic County, New Jersey.** Project director. Responsible for the coordination and completion of all field studies, meetings, workshops, report preparation, staffing, schedule and budget for this project. The project involves development of a Geodatabase as part of a watershed characterization effort that includes Rosgen stream reach classification, USGS Visual Assessments, and point source locations. Baseline analysis also included collection of hydrologic data and development of stream rating curves, incorporation of fecal coliform and other water quality data, benthic macroinvertebrate data, and assessments of potential nonpoint pollution sources within watershed. Prepared and conducted two public workshops to educate and gather information from interested citizens and public officials. Developed a prioritized list of effective BMP's and prepared a concept design and constructability assessment of the six best candidates for installation.

**PANYNJ, Environmental Assessment, Newark Airport, Newark and Elizabeth, New Jersey.** Environmental scientist. Responsible for overseeing the preparation of natural resource sections of an FAA Environmental Assessment (EA) for the expansion and modernization of Terminal A at Newark Liberty International Airport. Provided oversight of field investigations and baseline conditions analysis. In addition, provided technical input on options to minimize and mitigation wetland and open water impacts on-site through the use of innovative design options.

**Brookhaven Science Associates and US Department of Energy, Peconic River Restoration Project, Brookhaven National Laboratory, Suffolk County, New York.** Project manager. Responsible for the development and implementation of a Wetland Restoration Design as part of a three phase remediation of 14,700 linear feet of contaminated stream and freshwater wetlands. Also prepared and obtained NYSDEC wetlands equivalency permits, and long term monitoring plan. Project included developing a habitat assessment for the state threatened Banded Sunfish, developing and implementing protocols for the collection and transplanting of wetland plant material into restored wetlands, and collection and transplanting dormant trees using tree spades.

**NYSDOT, Term Agreement for Ecoiogicai and Water Resource Studies, and Training.** Project manager. Responsible for managing three consecutive four-year on-call services term agreement to provide wetland and water services to NYSDOT Regions 8, 10 and 11, and other upstate regions. Services performed include the delineation of state and federal regulated wetlands, wetland functional assessments, wetland permitting support under the New York State Freshwater Wetlands Act and Section 404 of the Clean Water Act, stream assessments and restoration design, and water quality assessments modeling. Additional services include providing training to NYSDOT staff, evaluating alternative alignments to avoid, minimize and reduce wetland impacts, evaluate wetland mitigation sites, and conducting and preparing wetland mitigation monitoring reports for submission to USACE/NYSDEC. Over one hundred task orders have been completed.

**Federal Bureau of Prisons, NEPA EA/EIS Preparation for Proposed Federal Correctional Facilities Nationwide.** Team leader. Conducting wetland delineations, wetland assessments, biological inventories, and impact assessments for multiple EAs and EISs for proposed federal prison facilities. Also performed Section 404/State 401 permitting and mitigation site selection and design for several of the projects. Managed staff, subconsultants, and report preparation to complete tasks on time and on budget. Projects are located in over fifteen states and have required interaction with state regulatory agencies and USFWS.

## LEO TIDD  Noise, Land Use, Indirect and Cumulative Impacts

Mr. Tidd's work at LBG has been focused on conducting environmental analyses for proposed projects and preparing documents to demonstrate compliance with state and federal environmental laws and regulations. He has been lead author and editor of complex EISs required as a result of prior environmental litigation. On these projects Mr. Tidd serves as the primary author, synthesizing the work of various technical specialists into a logical and concise narrative that addresses regulatory compliance and ensures that the lead agency took the requisite "hard look" at environmental issues. In addition, he is responsible for technical environmental analyses on topics that include, noise, indirect and cumulative impacts, air quality, habitat fragmentation/edge effects, wetlands and water resources. Mr. Tidd has completed noise impact modeling for a new connector roadway to the Atlantic City International Airport in New Jersey, as well as comprehensive noise evaluations for off-road vehicle use at the National Park Service (NPS) at Yellowstone National Park and the Lake Meredith National Recreation Area. Mr. Tidd has prepared or contributed to the indirect and cumulative impact assessments for several projects where litigation on indirect and cumulative impact issues occurred in the past or is anticipated, including the Circ-Williston Transportation Project in Vermont, the I-93 Improvements Project in New Hampshire, the Gaston East- West Connector in North Carolina, and the Birmingham Northern Beltline in Alabama. Mr. Tidd is a contributing author of the Legal Sufficiency Criteria for Adequate Indirect Effects and Cumulative Impacts Analysis as Related to NEPA Documents report prepared for AASHTO Standing Committee on the Environment as part of NCHRP Project 25-25.

**FIRM** Louis Berger Group

**EDUCATION**
- MPA, Environmental Science and Policy
- BS, Environmental Studies

**TRAINING**
- Transit Noise and Vibration Impact Assessment, National Transit Institute, 2011
- Highway Traffic Noise: Basic Acoustics, National Highway Institute, 2011
- EPA and FHWA Particulate Matter Quantitative Hot Spot Analysis Training, 2011
- AERMOD Dispersion Modeling Training, Lakes Environmental, 2011
- EPA and FHWA MOVES2010 Training, 2010
- EPA and FHWA Draft MOVES2009 Training, 2009
- Introduction to Transportation Conformity, National Transit Institute, 2008

**YEARS EXPERIENCE** 6
**YEARS WITH FIRM** 6

## RELEVANT PROJECT EXPERIENCE

**Peninsula Corridor Joint Powers Board, Dumbarton Rail Corridor Noise and Vibration Study, California.** Task manager. The Dumbarton Rail Corridor Project EIS is being prepared for a proposed new rail service on a corridor spanning San Francisco Bay connecting the existing Caltrain San Jose-San Francisco line alignment in Redwood City, San Mateo County to Newark, Union City and other cities in Alameda County. The noise and vibration study being prepared by Mr. Tidd includes short-term noise monitoring at sensitive receptor locations, train and grade-crossing bell noise impact assessment using Federal Transit Administration procedures, train horn noise impact assessment using Federal Railroad Administration's horn noise spreadsheet program, and a screening analysis of bus noise impacts using FHWA's Traffic Noise Model.

**NPS, Yellowstone National Park Winter Use Plan EIS, Wyoming, Montana and Idaho.** Planner. Mr. Tidd was the lead author of the EIS chapters addressing the impacts of various levels of snowmobile and snowcoach use on air quality and natural soundscapes as part of the Yellowstone Winter Use Plan Draft EIS. Mr. Tidd summarized the available monitoring data to describe existing conditions in the park, and coordinated extensively with the NPS Natural Sounds program that was responsible for developing the impact thresholds and detailed soundscapes modeling effort. One key challenge addressed by Mr. Tidd was identifying the potential for cumulative impacts to natural soundscapes from actions by others, including oil and gas development in the region, aircraft overflights, and population growth/land development.

**NPS, Lake Meredith National Recreation Area Off-Road Vehicle Management Plan EIS, Texas.** Planner. Mr. Tidd wrote the EIS chapter describing the existing condition of natural soundscapes within two ORV areas based on monitoring data of percent time audible and sound levels. Mr. Tidd also assisted NPS with the development of soundscapes impact thresholds for the various action alternatives under consideration in the management plan and prepared the soundscapes impact assessment. The purpose of the Lake Meredith National Recreation Area Off-Road Vehicle plan/EIS is to manage ORV use in the national recreation area for visitor enjoyment and recreation opportunities, while minimizing and correcting damage to resources.

**South Jersey Transportation Authority, Atlantic City Expressway/Atlantic City International Airport Direct Connector Road Noise and Air Quality Studies, Egg Harbor Township, New Jersey.** Task manager. Mr. Tidd prepared air quality screening analyses based on changes in level of service and traffic volumes to address Federal Aviation Administration and conformity requirements for a new roadway and interchange in Egg Harbor Township, New Jersey. Mr. Tidd also conducted traffic noise modeling for the project using TNM2.5 and prepared the traffic noise study technical memorandum. Mr. Tidd developed the noise impact criteria for this project based on FHWA and FAA regulations. The noise modeling effort involved 41 receptor locations. In addition, Mr. Tidd prepared GIS mapping illustrating the location of environmental justice communities in the project area using 2010 U.S. Census data.

**Vermont Agency of Transportation (VTrans), Circ-Williston Transportation Project EIS, Chittenden County, Vermont.** Deputy project manager. The Circ-Williston EIS is a "fresh look" at a transportation project that was stopped as a result of environmental litigation just prior to construction. Mr. Tidd was responsible for editing the EIS and technical reports, creation of a comment database tracking system and was the lead author of the responses to comments on the Draft EIS and Final EIS. Mr. Tidd coordinated extensively with the various technical discipline specialists and subconsultants involved with the project to ensure a comprehensive and legally sufficient environmental documentation. Mr. Tidd's technical accomplishments on this project have included a detailed analysis of wildlife habitat edge effects and fragmentation, a GIS-based wetland mitigation site search analysis, a project-level greenhouse gas emissions analysis, and a deicing salt loading analysis.

**New Hampshire DOT, I-93 Improvements (Salem to Manchester) Supplemental EIS (SEIS), New Hampshire.** Deputy project manager. Mr. Tidd was the lead author of the I-93 supplemental environmental impact statement (SEIS), which was prepared in response to a court order requiring analysis of the effects of induced population and employment growth on secondary road traffic and air quality. In addition to editing all components of the SEIS, Mr. Tidd was also responsible for several technical analysis tasks, including a regional emissions sensitivity analysis for ozone precursors, and a cumulative impact analysis assessing the aggregate consequences of the project combined with other reasonably foreseeable projects and forecasted levels of population and employment growth in Southern New Hampshire. The project involves widening I-93 from two-lanes to four-lanes in each direction for a distance of 20 miles between the Massachusetts state line and Manchester, New Hampshire.

**USACE, South Coast Rail EIS, Massachusetts.** Planner. As part of the third-party review conducted by LBG, Mr. Tidd was responsible for the preparation of technical memorandums reviewing proposed methodologies for assessing indirect and cumulative impacts, and greenhouse gas emissions for the South Coast Rail project. Mr. Tidd was also responsible for editing portions of the DEIS/DEIR, assisting with quality assurance reviews and addressing comments on draft documents.

**North Carolina Turnpike Authority, Gaston East-West Connector Indirect and Cumulative Effects Study, North Carolina.** Task manager. Mr. Tidd prepared a quantitative indirect and cumulative impact assessment for a proposed toll road extending from I-85 west of Gastonia in Gaston County to I-485 near the Charlotte-Douglas International Airport in Mecklenburg County. As part of this study, Mr. Tidd defined watershed-based study area boundaries and developed metrics to translate household and employment growth into indicators for environmental impacts, such as increases in impervious surface cover and loss of forest cover. Mr. Tidd was responsible for developing and implementing the GIS-based analysis methodology for this project, as well as preparing the final technical report.

**DASNY, Chenango Countywide 911 Communications Upgrade EIS, Chenango County, New York.** Planner. Assisted in preparation of the SEQRA EAF, scoping document and EIS. Responsible for a GIS viewshed analysis of tower visibility using the ESRI 3D Analyst extension. The viewshed analysis included the identification of sensitive resources (e.g. parks and historic areas) within five miles of each tower. The project objective is to improve emergency services communication capabilities through the construction of six radio communication antenna towers and ancillary infrastructure, and upgrades to facilities at an additional three sites.

# DANE ISMART **Transportation**

Mr. Ismart has 28 years experience with FHWA and 11 years with LBG. While with the FHWA, he served in many capacities including area engineer, research engineer, urban planner, and intermodal team leader. As part of the Office of Environment and Planning, Mr. Ismart specialized in systems transportation planning, intermodal planning, traffic engineering, and policy. He is a nationally recognized expert in transportation planning and models, highway capacity analysis, access management, and site impact analysis. During Mr. Ismart's tenure with FHWA, he conducted and authored the materials for more than 400 short courses on quick response urban planning models, traffic operations, freight planning and models, highway capacity, innovative highway and transit finance, transportation and environmental planning, land use planning, access management, and site impact analysis.

**FIRM** Louis Berger Group

**EDUCATION**
- MS, Civil Engineering
- BS, Civil Engineering

**YEARS EXPERIENCE** 28
**YEARS WITH FIRM** 17

## RELEVANT PROJECT EXPERIENCE

**Walmart versus Historic Preservation Society of Civil War Battlefields, Orange County, Virginia.** Expert witness. Served as an expert witness for the Historic Preservation Society on the traffic impacts of a proposed Walmart development in Orange County, Virginia on the Wilderness Civil War Battlefield.

**I-93 SEIS.** Technical analyst. Developed traffic forecasts by using the New Hampshire Statewide Traffic Forecasting Model. Various scenarios are being analyzed and the results are being used for determining how well the projects purpose and scope are being met. As part of this project, an estimate of the potential changes in land use and indirect impacts due to adding capacity to the I-93 corridor are being developed.

**Intermodal Terminal Innovative Finance Study.** Technical writer. Developed a case study for the NCHRP study evaluating innovative funding techniques for improving access to intermodal facilities. The case study was for the Port of Palm Beach's Sky Bridge over Route 1.

**Virginia Research Council.** Author and instructor. Developed a financial management of federal aid course for Virginia Research Council.

**Highways for Life Leap Not Creep Innovation of Technology Course.** Subject matter expert technical advisor and senior instructor. Developed technical material on the application of new innovative techniques for long lasting construction and construction techniques to reduce maintenance of traffic delays and construction impacts.

**FHWA, Predictive Performance of Traffic Simulation Models.** Project manager. Developed a series of case studies for FHWA to assist transportation planners and traffic engineers in applying traffic simulation models. The case studies included several applications of simulation models forecasting traffic during construction as well as after completion of the projects. A brochure and how-to manual for troubleshooting the application of the simulation models to better replicate actual travel conditions was developed.

**FHWA, Access Management Primer and Video.** Project manager. Developed the FHWA Primer and Videotape entitled, "Safe Access is Good for Business." The primer discusses in detail methods for improving access to business during construction of corridor access improvement projects.

**National Highway Institute.** Instructor. Certified NHI instructor for the Federal-Aid 101 Course, Access Management Course, Innovation of Technology Course, and the Highway Capacity Course.

**Update of Federal-aid 101.** Author. Revised the FHWA Federal-aid 101 Course Material. The material was updated to include the latest planning, finance, construction, and environmental requirements required by SAFTEA-LU. The material and curriculum are used to train FHWA personnel.

**FHWA Bottleneck Initiative Workshops.** Lecturer/ technical advisor. Conducted Regional workshops and created technical material for the FHWA Bottleneck Initiative. The presentation included techniques for identifying potential corridor bottlenecks due to recurring and non-recurring events and applying innovative solutions for maintaining traffic

and reducing delay.

**FHWA, Operations CBU Task Order.** Key technical task leader. Directed technical teams for a series of FHWA tasks orders involving intermodal planning and policy analysis, freight movements, ITS, and traffic operations.

**University of Tennessee, Planning Courses.** Instructor. Developed and conducted travel demand forecasting, site impact, access impact, and highway capacity courses for the University of Tennessee and the Tennessee Department of Transportation.

**University of Maryland.** Instructor and course developer. Developed and conducted site impact, access management, and highway capacity courses for the University of Maryland and the Maryland State Highway Administration.

**Central Arkansas Regional Transportation Study.** Project manager. Conducted an analysis of the 200-mile freeway system in central Arkansas. The study developed a series of recommendations for improving the freeway system. The study also includes a feasibility study of a fourth bridge crossing over the Arkansas River in Little Rock, Arkansas and a financial plan for funding.

**Florida Department of Transportation.** Project manager. Conducted a study to evaluate and develop recommendations for improvements to the NHS intermodal connectors of FDOT's District Six.

**Klingle Road EIS, Washington, D.C.** Traffic technical lead. Conducted the traffic analysis and forecast for the Klingle Road EIS. Using the MWCOG model the project estimated the traffic and traffic patterns if Klingle Road was repaired and open to traffic.

**NPS Potomac Boathouse EIS, Arlington County, Virginia.** Traffic technical lead. Conducting the traffic analysis to determine the traffic and parking impact for the construction of a new Boathouse facility on the Potomac in Arlington County.

**Wisconsin Avenue and Military Road Phase 1 and 2 Corridor Studies, Washington, D.C.** Technical director. Conducted a corridor study for the Wisconsin Ave. Corridor and the Military Road Corridor in Washington, D.C. The study developed a series of transportation improvement recommendations for improving the flow of traffic. The study included public meetings and an analysis of future land use development in the corridor.

**Washington, D.C., Evacuation Planning Study.** Technical model leader. Developed a system-wide traffic forecasting tool to be used in rerouting traffic during man-made and natural disasters that cause corridor or system-wide disruption of traffic.

**DC Office of Planning, Washington, D.C. Comprehensive Plan.** Model director. Applied the Washington DC COG model as part of the development and evaluation of the Comprehensive Transportation Plan Element.

**SHRP 2 R11: Strategic Approaches at the Corridor and Network Levels to Minimize Disruption from the Renewal Process.** Principal investigator. Leading the team to create the Work Zone Impact Strategy Estimation (WISE) tool and technical primer. Planning and Operations modules will assist in assessing strategies including economic impact across networks and corridors with user-defined or default value performance measures.

**BRAC Bethesda Medical Traffic Study.** Traffic engineer. Directing an effort to analyze the impact that the transfer of the Walter Reed staff and patients to the Bethesda Naval Center will have on the access points and internal traffic of the Bethesda Naval Center. A mitigation program to relieve future congestion on the Center is being proposed and developed.

**Route 29 Corridor Study, Fauquier County, Virginia.** Principal investigator. Analyzing and recommending a series of innovative corridor improvements for Fauquier County, Virginia. A report is being written and improvements such as roundabouts, directional left turns, and restricted access movements are being analyzed.

# Kevin Heatley, LEED AP

## Employment

| | |
|---|---|
| 2010 – current | Biohabitats, Inc., Baltimore, MD, Senior Scientist |
| 2006 - 2010 | Biohabitats Invasive Species Management, Inc., ISM Vice President |
| 2005 - 2006 | Penn State College of Technology, Williamsport, PA, Substitute Instructor, Natural Resource Management Department |
| 2005 - 2006 | Invasive Plant Control, Inc., Nashville, TN, Director of Development Northeast Region |
| 1997 – 2005 | ACRT Inc., Akron, OH, Senior Forester/Regional Manager |
| 1984 – 1994 | Bartlett Tree Experts, Lancaster, PA, Area Manager/Arboricultural Consultant |

## Education

Masters Environmental Pollution Control, Penn State University, Harrisburg, PA, 2006

B.S., Natural Resource Management, Cook College, Rutgers University, New Brunswick, New Jersey 1982

## Professional Registration

Certified Arborist #PD-0029, 2000

LEED Accredited Professional for New Construction (USGBC), 2009

## Experience

Mr. Heatley has over 20 years of experience in the environmental sector with an extensive background in ecosystem characterization, integrated vegetation management, invasive species suppression and community-based forestry.  As a senior ecologist at Biohabitats, Mr. Heatley is responsible for technical and logistical oversight of restoration projects across the continental United States. His work has primarily focused upon the urban/rural interface and on incorporating green infrastructure into sustainable land use planning and management. An expert in the field of invasive species suppression, Mr. Heatley designed the first fully integrated invasive treatment prioritization model in the United States for Fairfax County, Va. He has successfully integrated resource valuation modeling into strategic and budgetary management plans for a variety of land management entities. He has also been instrumental in providing the conceptual design for a leading GIS-based vegetation management software system.

In addition to his technical expertise, Mr. Heatley is skilled at conducting entertaining and informative public speaking engagements and professional workshops. He has lectured on a variety of natural resource topics throughout the United States and the Caribbean.

## Representative Project Experience

**NPS Revegetation Eastern States IDIQ, Eastern US.** Mr. Heatley successfully served as the Biohabitats project manager on a 2.5 million dollar National Park Service Revegetation IDIQ contract. He coordinated and lead project planning and technical assistance services on a wide variety of ecological restoration task orders including revegetation, invasive species control, plant procurement, seeding, plant protection efforts, marsh restoration, and site characterization. Biohabitats has subsequently been awarded a $20 million dollar follow-up contract for National Park Service revegetation services across the Eastern United States and the Caribbean. Mr. Heatley is currently the project manager and technical lead on this contract.

**Burgundy Farm Country Day School Ecological Site Assessment,** *Alexandria, VA.* Biohabitats Inc. performed an ecological assessment of the campus and developed recommendations for the sustainable use and conservation of the school's asset. Proactive identification of both ecological assets and landscape challenges enabled the School to cost-effectively integrate site ecology into the master planning process.

**Fairfax County Parks Invasive Plant Site Prioritization Model,** *Fairfax County, VA.* Biohabitats ISM developed a comprehensive response strategy and site treatment prioritization model as a decision-making tool to be used by the Park Authority to rank the relative value of different sites within their approximately 24,000-acre park system. Based on the principle of "protect the best first" the model shifted the focus in the parks system away from "acres treated" towards "acres restored," allowing the County to maximize the return on its investment in invasive plant control by assuring that treatment sites reflect both the core ecological and cultural values that exist.

**Lehigh University,** *Bethlehem PA.* Desiring to more fully understand potential atmospheric carbon mitigation opportunities on the college campus, Lehigh University contracted with Biohabitats to undertake an analysis of the direct sequestration and avoided emissions associated with the schools landscape tree cover. Utilizing US Forest Service models, Mr. Heatley performed a comprehensive inventory of 600 acres of naturalized forest and over 220 landscape trees. Information gathered was integrated into strategic recommendations for enhancing this forest benefit and achieving a sustainable level of forest canopy.

**Duke University***, Durham NC.* Concerned about the need to understand the ecological processes occurring in a high-visibility, centrally-located stand of campus woodland, Duke University contracted with Biohabitats to undertake an ecological analysis and natural capitol valuation of the campus area known as "Chapel Woods". Mr. Heatley inventoried the vegetation, performed an assessment of the functional benefits, and developed a management plan focused upon forest sustainability. As a function of this effort, Mr. Heatley also performed invasive species suppression within the forest understory.

**Valley Road Stream Restoration and Riparian Wetland Creation,** *Hagerstown, MD.* Mr. Heatley provided technical recommendations and coordinated invasive plant species suppression in support of the Valley Road Stream Restoration project in Hagerstown, MD. Project involved restoration of an urbanized stream corridor and significant modification of a highly disturbed riparian plant community.

**Reforestation Consulting & Invasive Species Suppression,** *Rockville, MD.* In order to assure the success of a reforestation effort on a 220 acre tract in Rockville, MD., Fallsgrove Associates, a private development firm, contracted with Biohabitats ISM to oversee tree planting and invasive species suppression. Biohabitats ISM developed and implemented a sampling protocol assessing tree stocking levels and produced biannual reports on supplemental planting levels needed to assure adequate canopy cover. As a component of this effort Biohabitats ISM performed planting contractor coordination and oversight. Biohabitats ISM also created a phased, multi-year, invasive plant suppression strategy. After conducting a comprehensive evaluation of the percent cover for each of the invasive species present on the site, Biohabitats ISM created a target metric for measuring the effectiveness of invasive control efforts. Seasonally selective treatments are currently being undertaken by Biohabitats ISM.

**Woodland Restoration of Episcopal High School Alexandria,** *Alexandria, VA.* Driven by a desire to integrate a 35 acre woodland resource into the fabric of campus life, the Episcopal High School of Alexandria, Va. contracted with Biohabitats ISM to develop a sustainable campus forest management plan and implement invasive species suppression. This effort involved campus ecosystem characterization, functional benefits modeling, and stakeholder vision sessions. Botanical communities on campus were defined and their respective ecosystem services, in the form of air pollutant interception and carbon sequestration, quantified. Several action items identified during the plan development have subsequently been implemented by Biohabitats including; trail design and construction, ecotone modification, and invasive species suppression. Ecotone modification involved the development of a forest edge planting plan addressing issues of wind vectoring and regeneration. Invasive species interventions have been conducted during 2007 and 2008 in a phased approach designed to enhance native regeneration and minimize opportunities for additional invasive colonization of the woodland.

**Episcopal High School,** *Baton Rouge, LA.* Recognizing the need to integrate sustainable design principles into future development on their 40 acre campus, the Episcopal High School contracted with Biohabitats (in conjunction with NK Architects) to develop a new Master Plan for the school.  Mr. Heatley coordinated Biohabitats participation and involvement in this interactive process. He was directly

responsible for developing recommendations and strategies addressing stormwater retrofitting, green infrastructure expansion, and natural capital valuation.

**Missionary Ridge Noxious Weed Inventory and Treatment,** *Durango, CO.* During the final year of a three year project, Mr. Heatley provided technical oversight and coordinated the GPS/GIS component of the Missionary Ridge invasive species mapping and suppression effort. As part of an adaptive management approach, data collection protocols were modified and additional field staff were hired and trained by Mr. Heatley.

**Woodland Management Plan for Episcopal High School,** *Alexandria, VA.* Located in the Washington DC metropolitan area, the 150 years of stable land ownership at Episcopal High School has resulted in a significant legacy woodland on the campus. Recognizing the inherent educational, recreational, and inspirational value of their forest, the school contracted with Biohabitats to develop an integrated woodland management plan. The development of this plan involved a GIS-based forest stand delineation, ecological characterization, invasive plant mapping, ecosystem benefits modeling, and stakeholder vision session. As the project manager, Kevin Heatley developed the final document which provides a framework for sustainable management of this green component of the school infrastructure.

**Fort Detrick,** *Frederick MD.* The US Army operates Fort Detrick on over 1,200 acres of property in Frederick MD. The mixed land use pattern and competing mission objectives create special challenges regarding natural resource management. To aid in understanding field conditions and assist in budgetary justification, Fort Detrick contracted with Mr. Kevin Heatley (in conjunction with Heartwood Consulting LLC.) to undertake a resource analysis and characterization. The primary components of this project included: a GPS Landscape Tree Inventory (with tagging), GIS Database Integration, UFORE Modeling of the Environmental Impact of Forest Stands, and a Five Year Management Plan (with economic tree valuation). Mr. Heatley in addition was contracted with Fort Detrick to undertake a carbon mitigation feasibility analysis. This project examined the potential to use green infrastructure in the mitigation of vehicular greenhouse gas emissions on the base.

## Representative Project Experience Prior to Biohabitats

**Atkins Arboretum,** *Ridgely MD.* Encompassing 400 acres on the Eastern Shore of Maryland, Atkins Arboretum is a unique facility that highlights native plant communities. With strong educational and research objectives as the primary focus of its efforts, the Arboretum enlisted the aid of Kevin Heatley (ACRT Inc.) to develop and implement a GIS-based vegetation database. Mr. Heatley supervised all aspects of the project including; high resolution aerial photogrammetry, GPS mapping of plant communities, the establishment of a thematic research plot layer, and the construction of a multi-thematic, GIS-based, vegetation database.

**Tree Preservation Specifications Manual for Association for Zoological Horticulture,** *Allison Park, PA.* The Association for Zoological Horticulture, an organization representing the interests of botanists, horticulturalists, and landscape professionals involved with the management of vegetation in zoological parks, contracted with Mr. Heatley for the creation of a set of standard tree preservation specifications. This document was initiated in response to excessive canopy loss during infrastructure construction and renovation projects. It was designed to promote an integrated, comprehensive approach to tree conservation appropriate for vegetation management within the challenging environment of a zoological park. It also contains an extensive specifications section suitable for use as an attachment on construction contracts.

**Villanova University Five-Year Canopy Management Plan,** *Villanova, PA.* Mr. Heatley as the project manager provided high resolution aerial photogrammetry, GPS/GIS vegetation and infrastructure mapping, and database design, of approximately 250 acres of this historic campus located in Villanova, Pennsylvania.

**Swan Point Cemetery Five-Year Canopy Management Plan,** *Providence, RI.* Mr. Heatley as the project manager provided GPS/GIS vegetation and infrastructure mapping, "seamless" GIS providing a work tracking database, and budget information of over 300 acres of this historic cemetery located in downtown Providence, Rhode Island.

**Professional Associations**

Society of American Foresters
International Society of Arboriculture
Society of College & University Planners

**Selected Publications, Technical Reports & Presentations**

Greater Everglades Ecosystem Restoration Conference, Naples, Fl, July 2010

Land Trust Alliance Annual Rally, Portland , OR, November 2009

Professional Grounds Management Society, Louisville, KY, October 2009

Mid-Atlantic Exotic Pest & Plant Council, Johnstown, PA. July 2009

Society of American Foresters, Western New York Chapter, April 2008

11th Caribbean Urban Forestry Conference, St. Croix, Virgin Islands, June 2006

St. Croix Environmental Association Tree Conservation Workshop, St. Croix, Virgin Islands, June 2006

Southeast Exotic Pest & Plant Council Annual Meeting, Raleigh, NC, May 2006

Association for Zoological Horticulture, *Tree Preservation Specifications Manual* (Industry Standard), 2005

Penn State Invasive Pest, Plants & Weeds Workshop, Luzerne County, PA, October 2005.

# KIM KNOWLTON

kknowlton@nrdc.org

865 West End Avenue #6B
New York, NY 10025
(212) 628-8642 / cell (917) 648-5311
fax (212) 988-7742
http://switchboard.nrdc.org/blogs/kknowlton/

## CURRENT POSITIONS

2007-present   Natural Resources Defense Council, New York, NY
**Senior Scientist, Global Warming and Health Project**
Conduct research and offer educational outreach to the public and policymakers on the impacts of climate change on health. Leads NRDC's Global Warming and Health Project. Among the scientists participating in the Intergovernmental Panel on Climate Change 2007 Fourth Assessment Report; published research has looked at heat- and smog-related health problems, climate change's effects on pollen, allergies and asthma, flooding and infectious diseases, especially among vulnerable communities.
(see www.nrdc.org/climatemaps)

2005- present   Mailman School of Public Health, Environmental Health Sciences Department
Columbia University's Climate and Health Program
**Assistant Clinical Professor**
Teaching and research on the health impacts of climate change, and devising strategies to increase societal preparedness to cope with global warming.

2011-present:   Co-Convening Lead Author for the Human Health chapter of the 2013 Synthesis of the National Climate Assessment (NCA)

2011-present:   Field Editor, Epidemiology, International Journal of Biometeorology

2009-present:   Chair, Committee on Global Climate Change & Health, American Public Health Association's Environment Section

## EMPLOYMENT HISTORY

2001-2005   Mailman School of Public Health, Columbia University
**Post-Doctoral/Doctoral Research Associate**
Analyzed health impacts of climate change for the New York Climate and Health Project, multi-disciplinary program linking climate, air quality, and land use change modeling projections.

1998-2001   Queens College/CUNY, Center for the Biology of Natural Systems (CBNS)
**Medical Screening Coordinator**
Designed/coordinated clinical studies, administration, reporting, and recruitment for the Worker Health Protection Program, medical screening offered to thousands of nuclear weapons workers.

1996-1998   Beth Israel Medical Center, New York, NY
**Project Manager**
Coordinated CDC study of occupational injuries and illnesses among health care workers.

| 1996-1997 | Office of the New York City Public Advocate, New York, NY **Researcher and co-author** (with S Mattei), *Unhealthy Closure: The Need for a Full Environmental Impact Statement on the Department of Sanitation's Long-Term Plan to Control Pollution from Fresh Kills.* |
|---|---|
| Sept.1994-<br>Sept. 1996 | Radioactive Waste Management Associates, Inc., New York, NY **Research Associate** Provided expertise as geologist and health scientist on reviews of environmental impact statements for radioactive waste disposal and decommissioning projects across the US & Canada. |
| June 1992-<br>Sept.1994 | Natural Resources Defense Council, New York, NY **Environmental Consultant** Researched and wrote a critique of EPA's methods for assessing risks from chemical exposures. |
| June 1992-<br>Aug. 1992 | Los Alamos National Laboratory, Los Alamos, NM **Research Assistant** Provided support on environmental and regulatory reviews of hazardous/radioactive waste issues. |
| Mar. 1978-<br>May 1979 | Colorado State Geological Survey, Denver, CO **Field Geologist** Collected and analyzed samples & conducted field surveys of uranium deposits at former mine sites. |

## TEACHING EXPERIENCE

| 2008-<br>present | **Mentor** to Columbia University Earth Institute students on Research Projects on climate change impacts and adaptation in the New York City region, as part of an innovative Climate Change Adaptation Initiative. |
|---|---|
| 2005-<br>present | **Lecturer** on Global Warming and Health, Environmental Health Sciences Core Course, Mailman SPH, Columbia University, New York, NY; as well as at Yale University, New York University, The New School for Social Research, Rutgers University, and the University of California at San Francisco Medical School. |
| Fall 2006 | **Mellon Teaching Fellow,** Barnard College, New York NY: Co-Instructor, "Ecotoxicology;" **Doctoral Seminar Instructor,** The Earth Institute, Columbia University, New York, NY: Public Health Seminar Leader, "Environmental Science for Sustainable Development;" **Mentor** to Barnard undergraduates on their Senior Thesis research projects |
| Spring 2006-<br>2007 | **Instructor,** Mailman SPH, Columbia University, "Public Health Impacts of Climate Change;" Designed and co-taught with Dr. Patrick L. Kinney a new course offering in the Department of Environmental Health Sciences, which received a Dean's Commendation for Excellence in Teaching; and became the foundation of what has developed into Mailman's new ground-breaking Master's Program in Climate Change & Public Health, lead by Dr. Kinney. |
| 2004-<br>present | **Mentor** to undergraduate research interns who assist on NOAA-funded research. |

| Fall 2003 | **Teaching Assistant,** Mailman SPH, Columbia University, "Topics in Environmental Health Science;" Co-designed and conducted masters seminars in conjunction with Prof. Kinney on climate change and health (*piloted ideas that are now being applied in Spring 2006 course*) |
|---|---|
| Fall 2002 | **Teaching Assistant,** Mailman SPH, Columbia University, "Air Pollution;" helped introduce masters students to concepts of atmospheric structure, air pollution sources, regulation, and health effects |

## ACADEMIC RESEARCH AND TRAINING

| 2006-2007 | "Profiling Carbon Dioxide, Pollen Concentrations and Asthma in the New York City Region," as a 2006-2007 APERG Scholar in the Mid-Atlantic States Section of the Air and Waste Management Association (MASS-A&WMA) Air Pollution Educational Research Grant Program (APERG); *Objectives:* to investigate relationships between the timing and length of spring tree pollen seasons and hospital admissions for respiratory illnesses, and to survey spatial and temporal variations in carbon dioxide across the NY metropolitan region |
|---|---|
| 2006-2007 | Research investigating differences in greenhouse gas emissions from four different household types, defined by income and urban versus non-urban location |
| 2004-2007 | "Climate Variability, Air Quality and Human Health: Measuring Regional Vulnerability for Improved Decision-Making," funded by National Oceanic and Atmospheric Administration (NOAA); *Objectives:* Assess the degree to which weather and air pollution act independently and/or jointly in contributing to health effects, and to develop and analyze highly resolved exposure and health maps over the state of New York for 1988-2002 |
| 2001-2005 | "The New York Climate and Health Project: Modeling Heat and Air Quality Impacts of Changing Land Uses and Climate," funded by US Environmental Protection Agency (EPA); *Objectives:* Develop an integrated modeling framework to assess regional climate and air quality under alternative scenarios of global climate change and regional land use change, and corresponding human health risks. |
| March 26-April 2 2006 | DISsertations Initiative for advancement of Climate-Change ReSearch (DISCCRS) Pacific Asilomar, CA Funded by the National Science Foundation (NSF) to meet challenges in building Successful interdisciplinary careers among recent PhD graduates in climate change impacts. One of 36 fellows selected from doctoral programs throughout the world. |
| July 2004 | NCAR Summer Colloquium on Climate and Health, Boulder, CO (July 2004). Participated in the first summer colloquium on climate and health, held by the Advanced Study Program and Environmental and Societal Impacts Group, National Center for Atmospheric Research. |

## EDUCATION

| October 2005 | **Doctor of Public Health, Environmental Health Science** Mailman School of Public Health, Columbia University, New York, NY |
|---|---|

*Dissertation:* "Mortality in Metropolitan New York Under a Changing Climate"

Projections of future climate changes have often been made at the continental scale, yet more finely resolved projections are needed at regional scales in order for local health impacts and adaptive planning options to be evaluated. To meet these needs, a regional health risk assessment was applied to a dynamically downscaled global-to-regional model system for the tri-state New York metropolitan region. The objective was to project climate-related changes in summer heat stress and ground-level ozone concentrations and their impacts on acute mortality from all internal causes, including respiratory and cardiovascular illnesses.

The health risk assessment used model simulations of future temperature conditions and ozone concentrations developed by the New York Climate and Health Project (NYCHP). In the NYCHP model system, the NASA-Goddard Institute for Space Studies (GISS) general circulation model at 4x5° resolution was linked to the Penn State/NCAR Mesoscale Model 5 (MM5) at 36 kilometer (km) resolution to simulate future daily temperatures. The Community Multiscale Air Quality (CMAQ) atmospheric chemistry model at 36 km horizontal grid resolution was linked to the GISS/MM5 model system to simulate future daily ozone concentrations, in five summers of selected future decades across the 31-county New York metro study area. Concentration-response functions from the epidemiological literature were applied to project relative risk of heat- and ozone-related mortality in New York City in each decade. To isolate the effects of climate change on mortality, population was held constant at Census 2000 levels.

Results under the Intergovernmental Panel on Climate Change (IPCC) A2 (relatively fast-growth) scenario assumptions show that summer heat-related mortality could increase 36% by the 2020s, nearly double (95% increase) by the 2050s, and more than triple (250% increase) by the 2080s as compared to the 1990s. There is a median 4.5% increase in ozone-related acute mortality projected across the 31 counties by the 2050s. Synthesizing the heat and ozone results, for a typical summer in the 2050s, projections of additional overall mortality attributable to climate changes are 96% heat- and 4% ozone-related. The downscaled regional projections revealed heterogeneities in the temperature and ozone simulations: relatively dense population areas tend to coincide with relatively high temperatures, and relatively lower population density with relatively high ozone.

A time series analysis of daily summer mortality from 1990-1999 investigated the independent and joint effects of heat and ozone, and whether the relative risk of heat- and ozone-related mortality among urban populations exceeded that of non-urban. Poisson regression modeled daily death counts as a function of same-daily mean temperature and 1-hour daily maximum ozone concentrations averaged over the same and previous day, adjusting for day of week effects and periodic cycles. Results suggest that the heat effect (RR 1.037 per 10°F; 95% C.I. 1.028, 1.047) is less robust than ozone (RR 1.058 per 100 ppb; 95% CI 1.032, 1.085). There is a significant difference in heat-related mortality risk in urban (RR 1.062; 95% CI 1.048, 1.075) vs. non-urban (RR 1.017; 95% CI 1.006, 1.029) counties, but this is not the case for ozone.  This type of health risk assessment modeling could be a useful tool for application in other metropolitan areas to evaluate the relative effects of direct (heat) and indirect (ozone) climate-health impacts that are possible under a changing climate.

| June 1993 | **Master of Science, Environmental & Occupational Health Science** Hunter College, City University of New York, New York, NY |
| January 1978 | **Bachelor of Arts, Geological Sciences** Cornell University, Ithaca, NY |

## AWARDS

2006-2007   Air Pollution Educational and Research Grant (APERG) Scholarship Program Award recipient, to support research on the relationships between the timing and length of spring tree pollen seasons and hospital admissions for respiratory illnesses, and to survey spatial and temporal variations in carbon dioxide across the NY metropolitan region

4

2006          Awarded Doctoral Degree with Distinction; I.B.Weinstein Award for Academic Excellence

1993          George H. Kupchik Award, Outstanding Environmental Health Graduate; NIOSH
              Scholarship Recipient

1973          High School Class Valedictorian; Bausch and Lomb Science Award; NY State Regents
              Scholarship Recipient

## JOURNAL PUBLICATIONS
*As lead author:*

Knowlton K, Rotkin-Ellman M, Geballe L, Max W, Solomon GM. 2011. Six Climate Change–Related Events
   In The United States Accounted For About $14 Billion In Lost Lives And Health Costs. Health Affairs
   30(11):2167-2176 (Nov. 2011).

Knowlton K, Rotkin-Ellman M, King G, Margolis HG, Smith D, Solomon G, Trent R, English P. 2009. The
   2006 California heat wave: impacts on hospitalizations and emergency department visits.
   *Environmental Health Perspectives* 117:61-67 (January 2009).

Knowlton K, Rotkin-Ellman M, King G, et al. 2009. The 2006 California heat wave: impacts on
   hospitalizations and emergency department visits. *Epidemiology* 19(6):S323(Nov. 2008).

Knowlton K, Lynn BH, Goldberg R, Rosenzweig C, Hogrefe C, Rosenthal J, Kinney PL. 2007. Projecting
   heat-related mortality impacts under a changing climate in the New York City region. *American
   Journal of Public Health* 97:2028-2034.

Knowlton K, Rosenthal JE, Hogrefe C, Lynn B, Gaffin S, Goldberg R, Rosenzweig C, Civerolo K, Ku J-Y,
   Kinney PL. 2004a. Assessing ozone-related health impacts under a changing climate. *Environmental
   Health Perspectives* 112: 1557-1563.

Knowlton K, Rosenzweig C, Goldberg R, Lynn B, Gaffin S, Hogrefe C, Civerolo K, Ku J-Y, Solecki W, Small
   C, Oliveri C, Cox J, Rosenthal J, Kinney PL. 2004b. Evaluating global climate change impacts on
   local health across a diverse urban region. *Epidemiology* 15 (4): S100-S100 (July 2004).

Knowlton K. 2001. Urban history, urban health. *American Journal of Public Health* 91(12):1944-1946.

*****
*As co-author:*

Bell, M.L., Goldberg R., Hogrefe, C., Kinney, P.L., Knowlton K., Lynn, B., Rosenthal J., Rosenzweig C., and
   Patz J.  2007. Climate change, ambient ozone, and health in 50 U.S. cities. *Climatic Change*
   82:61-76.

Chavarria G, Knowlton K, Atchley D. 2010. The human-climate-wildlife nexus. *Bulletin of the Atomic
   Scientists* (January/February 2010):48-56 (DOI: 10.2968/066001007).

Civerolo KL, Hogrefe C, Lynn B, Rosenzweig C, Goldberg R, Rosenthal J, Knowlton K, and Kinney PL. 2008.
   Simulated effects of climate change on summertime nitrogen deposition in the eastern
   US. *Atmospheric Environment* 42(9):2074-2082.

Civerolo KL, Hogrefe C, Lynn B, Rosenzweig C, Goldberg R, Rosenthal J, Knowlton K, and Kinney PL. 2007.
   Estimating the effects of increased urbanization on surface meteorology and ozone concentrations
   in the New York City metropolitan region. *Atmospheric Environment* 41(9):1803-1818 (Mar 2007).

Hogrefe C. S., B. Lynn, K. Civerolo, J.-Y. Ku, J. Rosenthal, C. Rosenzweig, R. Goldberg, S. Gaffin, K. Knowlton, and P.L. Kinney. 2004. Simulating changes in regional air pollution over the eastern United States due to changes in global and regional climate and emissions. *J Geophysical Res - Atmospheres* 109:D22301 (Nov 17 2004).

Hogrefe C, Rosenzweig C, Kinney P, Rosenthal J, Knowlton K, Lynn B, Patz J, Bell ML. 2004. Health impacts from climate-change induced changes in ozone levels in 85 United States cities. *Epidemiology* 15(4): S94-S95 (July 2004).

Kinney PL, K Knowlton, C Hogrefe, et al. 2007. Melding measurements and models to enrich the study of climate, air quality, and health. *Epidemiology* 18(5):S131(Sept 2007).

Kinney PL, Bell M, Hogrefe C, K Knowlton, et al. 2007. Climate change, air quality, and health: Assessing potential impacts over the eastern US. Epidemiology 18(5):S133(Sept 2007).

Patz JA, Kinney PL, Bell M, Ellis H, Goldberg R, Hogrefe C, Khoury S, Knowlton K, Rosenthal J, Rosenzweig C, Ziska L. 2004. *Heat Advisory: How Global Warming Causes More Bad Air Days.* NY: Natural Resources Defense Council.

Rosenthal JK, Sclar ED, Kinney PL, Knowlton K, Craudereef R, Brandt-Rauf PW. 2007. The links between the built environment, climate and population health: interdisciplinary environmental change research in New York City. *Ann Acad Med Singapore* 97(11):2028-2034.

Sheffield PE, Knowlton K, Kinney PL. 2011. Modeling of regional climate change effects on ground-level ozone and childhood asthma. *American Journal of Preventive Medicine* 41(3):251-257.

Ziska LH, Knowlton K, Rogers CA, Dalan D, Tierney N, Elder MA, et al. 2011. Recent warming by latitude associated with increased length of ragweed pollen season in central North America. *PNAS* 108(10):4248-4251 (March 8, 2011).

**BOOK CHAPTERS**
*As lead author:*

Knowlton K. February 10 2011. Globalization and Environmental Health. In: Nriagu JO (ed.) *Encyclopedia of Environmental Health*, vol.2, pp.995-1001. Burlington: Elseveier.

Knowlton K. April 2010 webinar presentation on "Climate Change, Vulnerable Populations and Adaptation" - Chapter 5 on Public Health Adaptation Strategy in CDC/APHA printed guidebook, *Climate Change: Mastering the Public Health Role* (in print April 2011).

Knowlton K, Hogrefe C, Lynn B, Rosenzweig C, Rosenthal J, Kinney PL. 2008. Impacts of heat and ozone on mortality risk in the New York City Metropolitan Region under a changing climate. *In:* Climate Information for the Health Sector. Advances in Global Change Research (Thomson M, Garcia Herrera R, eds.).

Hogrefe C, Ku J-Y, Civerolo K, Lynn B, Werth D, Avissar R, Rosenzweig C, Goldberg R, Small C, Solecki WD, Gaffin S, Holloway T, Rosenthal J, Knowlton K, and Kinney PL. 2004. Modeling the impact of global climate and regional land use change on regional climate and air quality over the northeastern United States. *In:* Air Pollution Modeling and Its Application XVI (Borrego C, Incecik S, eds.). New York: Kluwer Academic/Plenum, pp.135-144.

*As co-author:*

Kinney PL, Rosenthal JE, Rosenzweig C, Hogrefe C, Solecki W, Knowlton K, Small C, Lynn B, Civerolo K, Ku J-Y, Goldberg R, Oliveri C. 2006. "Assessing Potential Public Health Impacts of Changing Climate and Land Use: The New York Climate and Health Project." *In:* Regional Climate Change and Variability: Impacts and Responses (Ruth M, Donaghy K, Kirshen P, eds.). Cheltenham, UK and Northampton, MA: Edward Elgar, pp.161-189.

Rotkin-Ellman M, Knowlton K, Apatira L, Solomon G. 2011. "Lessons from the Past and Needs for the Future: Place-Based Case Studies of Vulnerability to Climate Change" (book chapter; in press).

*Lead author of NRDC Briefing Papers & Fact Sheets* on a variety of climate-health topics, including climate change's effects on ground-level ozone smog; pollen, allergies and asthma; heat waves; infectious diseases; harmful algal blooms; and strategies to help prepare to meet these health challenges; available online at: www.nrdc.org/health/globalwarming (2007-present).

## PRESENTATIONS

*Organizer & Moderator* of Sessions on Climate Change and Health, Adaptation in Vulnerable Communities, and Indicators of Vulnerability and Resilience; for the 2011 and 2010 American Public Health Association Annual Meetings.

*Organizer & Moderator* of Symposia on Climate Change and Health at the 2009 and 2008 American Association for the Advancement of Sciences (AAAS) Annual Meetings.

*As presenter:*

Session on Climate Change, Air Pollution, and Adaptation in Vulnerable Communities; for the 2010 American Public Health Association Annual Meeting, Denver, Colorado, USA (November 2010).

Capitol Hill Oceans Week, Invited Speaker at Panel on the "Health Impacts of Today's Energy Choices," June 9, 2010, Washington, D.C.

Workshop on Modeling and Mitigation of the Impacts of Extreme Weather Events to Human Health Risks, Rutgers University, June 3, 2010 (Invited Speaker on Heat Wave morbidity, response, adaptation)

International Research Institute for Climate and Society, May 2010 and 2009, Columbia University, New York, NY, Invited Lecturer at Summer Symposium on Climate and Health.

National Environmental Public Health Conference, "Vulnerable Communities & Climate Change: Air Pollution in Metro NY" Centers for Disease Control & Prevention, Atlanta GA, October 26, 2009

National Center for Atmospheric Research Summer Symposium on Climate and Health, Invited Lecturer, July 2009.

American Museum of Natural History, New York, NY, April 2, 2009, "Exploring the Dynamic Relationship Between Health and the Environment" (poster presentation on dengue fever and climate change)

Knowlton K, Rotkin-Ellman M, King G, Margolis HG, Smith D, Solomon G, Trent R, English P. 2008. The 2006 California heat wave: impacts on hospitalizations and emergency department visits. Oral presentation at ISEE/ISEA Joint Meeting, Pasadena, CA, October 15, 2008.

Knowlton K, Kinney PL, Bell ML, Hogrefe C, Rosenzweig C. 2005. Assessing potential health impacts of ozone and $PM_{2.5}$ under a changing climate. Poster P-AQ1.8, US Climate Change Science Program (CCSP) Workshop: Climate Science in Support of Decision Making, November 14-16, 2005, Arlington VA.

Knowlton K, Rosenthal J, Rosenzweig C, Goldberg R, Lynn BH, Gaffin S, Solecki WD, Oliveri C, Cox J, Small C, Hogrefe C, Clverolo K, Ku J-Y, Kinney PL. 2004. Projecting the local impacts of global climate change on public health in New York City. American Public Health Association Annual Meeting, November 6-10, Washington, DC.

Knowlton K, Rosenzweig C, Goldberg R, et al. 2004. Evaluating global climate change impacts on local health across a diverse urban region (poster). ISEE/ISEA Mtg, 1-4 August, New York.

Knowlton K and Rosenthal J. 2004. The New York Climate & Health Project: Global and local environmental change and public health. The New York Academy of Sciences, Environment Section (10 May 2004).

Knowlton K (invited speaker). 6 Mar 2004. "Projecting Local Impacts of Global Climate Change." Long Island Univ Annual Biology Conference: The Scientific, Biological, Social, and Economic Impacts of Fossil Fuels. Brooklyn, NY.

Knowlton K, Rosenthal J, Lynn B, Gaffin S, Kinney P, Hogrefe C, Biswas J, Civerolo K, Ku J-Y, Rosenzweig C, Goldberg R. 2003. Assessing Public Health Impacts of Heat and Air Quality Under a Changing Climate in the NYC Metropolitan Area. Amer Geophysical Union Fall Mtg, 8-12 December, San Francisco. Eos Trans. AGU, 84(46), Fall Meet. Suppl., Abstract U32A-0028.

Knowlton K, Rosenthal JE, Gaffin S, Rosenzweig C, Goldberg R, Lynn B, Kinney PL. Modeling Public Health Impacts of Climate Change in the New York Metropolitan Region. Fifth International Conference on Urban Climate (ICUC-5), 1-5 September 2003, Lodz, Poland.

*As co-author:*
Civerolo K, Biswas J, Hogrefe C, Rosenthal J, Knowlton K, Lynn B, Ku J-Y, Goldberg R, Rosenzweig C, Kinney PL. 2004. Modeling Future Climate and Air Quality in the New York City Metropolitan Area, Presented at the Symposium on Planning, Nowcasting, and Forecasting in the Urban Zone, 84th AMS Annual Meeting, Jan. 11-15, Seattle, WA.

Hogrefe C, Lynn B, Rosenzweig C, Goldberg R, Civerolo K, Ku J-Y, Rosenthal R, Knowlton K, Kinney PL. 2005. Utilizing CMAQ Process Analysis to Understand the Impacts of Climate Change on Ozone and Particulate Matter. Models-3 Users' Workshop, September 26-28, Chapel Hill, NC. Online: http://www.cmascenter.org/html/2005_conference/abstracts/3_2.pdf.

Hogrefe C, Knowlton K, Goldberg R, Rosenthal J, Rosenzweig C, Lynn BH, Kinney PL. 2005. Integrating observations and MM5/CMAQ predictions to study the link between climate variability, air quality and health in New York State: Project description and initial results. Presented at the NOAA/EPA Golden Jubilee Symposium on Air Quality Modeling and Its Applications, September 20-21, Research Triangle Park, NC.

Hogrefe C, Civerolo K, Ku J-Y, Lynn B, Rosenthal J, Solecki WD, Small C, Gaffin S,  Knowlton K, Goldberg R, Rosenzweig C, Kinney PL. 2004. Air quality in future decades – determining the relative impacts of changes in climate, anthropogenic and biogenic emissions, global atmospheric composition, and regional land use. Preprints of the 27th NATO/CCMS International Technical Meeting on Air Pollution Modeling and Its Applications, October 25 - 29, Banff, Canada, pp. 158-165.

Hogrefe C, Civerolo K, Ku J-Y, Lynn B, Rosenthal J, Knowlton K, Solecki WD, Small C,  Gaffin S, Goldberg R, Rosenzweig C, Kinney PL. 2004. Modeling the Air Quality Impacts of Climate and Land Use Change in the New York City Metropolitan Area. Models-3 Users' Workshop, October 18-20, Research Triangle Park, NC. Online:

http://www.cmascenter.org/html/2004_workshop/abstracts/Climate%20Multiscale/Hogrefe_abstract.pdf.

Hogrefe C, Biswas J, Civerolo K, Ku J-Y, Lynn B, Rosenthal J, Knowlton K, Goldberg R, Rosenzweig C, Kinney PL. 2003. Climate change and ozone air quality over the eastern United States: A modeling study. Fall Meeting 2003, San Francisco, CA, December 8-12. Eos Trans. AGU, 84(46), Fall Meet. Suppl., Abstract U32A-0027.

Hogrefe C, Biswas J, Civerolo K, Ku J-Y, Lynn B, Rosenthal J, Knowlton K, Goldberg R, Rosenzweig C, Kinney PL. 2003. Climate change and ozone air quality: applications of a coupled GCM/MM5/CMAQ modeling system. Proceedings of the 2nd Models-3 Users' Workshop, October 27-29, Research Triangle Park, NC. Online at: http://www.cmascenter.org/2003_workshop/presentations/session2/hogrefe_abstract.pdf.

Kinney PL, Hogrefe C, Lynn BH, Rosenzweig C, Rosenthal J, Knowlton K. 2005. Independent and joint impacts of heat and ozone mortality risk under a changing climate. Wengen Tenth Annual Workshop on Global Change Research, September 12-14, Wengen, Switzerland.

Kinney P, Knowlton K, Rosenthal J, Rosenzweig C, Solecki WD, Hogrefe C, Lynn B, Avissar R. 2003. Heat Stress Modeling in the NYC Metropolitan Area: Estimates for the 2050s Using a Linked Global-Regional Climate Modeling System. 2003 Open Mtg: Human Dimensions of Global Environmental Change, Montreal, Canada, October 16-18.

Rosenthal JR, Kinney PL, Knowlton K. 2004. Reshaping the built environment to reduce public health impacts of the urban heat island effect. American Public Health Association Annual Meeting, November 6-10, Washington, DC.

**OTHER OUTREACH, ADVOCACY, MEDIA COVERAGE**

Developed NRDC webpages on *Climate-Health Vulnerability* ([www.nrdc.org/climatemaps](www.nrdc.org/climatemaps)) and *2011 Extreme Weather* ([www.nrdc.org/extremeweather](www.nrdc.org/extremeweather))

December 2011 invited presentation on Climate Change, Aeroallergens and Health to the Northern Central Weed Science Society, Milwaukee, WI

2011: Webinars on Climate Change and Health for National Nurses groups for continuing medical education credits; for Faith Community Leadership groups

Nov 2011 presentation at NJ Climate Change Adaptation Workshop at Rutgers University

Oct.29-Nov.3, 2011: presentations at the American Public Health Association Annual Mtg, Washington, DC on communicating climate-health vulnerability; and organizer of two panels, including a Special Session on "Climate Change & Health: The Global Challenge"

Sept 24-25, 2011: invited presentation at workshop on health, economics, and climate change, Boston, MA

May 26-27, 2011: International Research Institute for Climate Change, Columbia University, NY, NY – Climate Change & Health presentations and trainings for international experts and researchers

March 28-20, 2011: Indo-US Heat Vulnerability Workshop, Ahmedabad, India

Invited speaker, April 2010, Barnard College panel with Dr. Mary Robinson on climate change, NYC.

January 2010 Lecture on the health impacts of global warming as part of the *Cambridge Forum* lecture series - one of public radio's longest running public affairs programs heard on NPR stations across the US - titled, "After Copenhagen," online at: http://forum-network.org/lecture/health-impacts-global-warming.

Speaking about the impacts of changing climate conditions on infectious diseases like dengue fever in a segment titled, "Outbreak" on *Planet Green* television, October 2009.

Testimony to NYC Council on climate change, infrastructure adaptation and health, May 2008.

CARE International Executive Committee Meeting, New York, NY: *Developing Responses to the Climate Crisis* (7 June 2007).

Testimony to New York City Council (Environment Committee) on climate research findings in support of proposed Local Law No.661 to limit greenhouse gas emissions in NYC (June 2006, June 2005).

*The New York Times*. Worked with journalists to clarify research issues: "Forecast for New York this century: Hotter and wetter" (*New York Times*, Metro Section, 27 June 2004); "Climate scientists zoom in on changes" (*New York Times*, Metro Section, 9 December 2003).

National Public Radio. "Degrees of Concern: Climate Change and New York City," K Knowlton on West Nile virus and climate variability, broadcast interview on *Living on Earth*, nationally syndicated NPR show, 11 October 2003.

The American Museum of Natural History, Dartmouth College, The 92nd Street Y (NYC), *Science News*, *Greenwire*, *New York Daily News*, *The Poughkeepsie Journal* and *Downtown Express*.

**OTHER PROFESSIONAL ORGANIZATIONAL AFFILIATIONS**
American Association for the Advancement of Science; American Academy of Allergy, Asthma and Immunology; American Geophysical Union; American Meteorological Society; New York Academy of Sciences; International Society for Environmental Epidemiology.

1/11/2012

# GINA M. SOLOMON  M.D., M.P.H.

111 Sutter Street, 20th Floor, San Francisco, CA 94104 ⬧ (415) 875-6100 ⬧ gsolomon@nrdc.org

## EMPLOYMENT

**Senior Scientist,** *Natural Resources Defense Council, 1996 - present*
Conduct research and investigation into priority environmental hazards with a focus on threats to children's health. Advocate for policy changes to improve laws and regulations to protect health. Represent NRDC in the press, legislative and agency hearings, and public fora. Supervise 7 full-time staff and numerous interns and students. Raise and manage an annual budget of over $800,000.

**Director, UCSF Occupational and Environmental Medicine Residency Program,** *2008-present*
Manage all aspects of the physician training program in occupational and environmental medicine at UCSF, including directing the interview and selection process, shaping the educational requirements, managing the budget, and maintaining funding and accreditation. Supervise an associate director, program coordinator, and 4-7 residents and fellows.

**Health Sciences Clinical Professor,** *University of California San Francisco, 2011 – present*
Precept occupational and environmental medicine (OEM) residents and fellows in clinic. Teach at journal club, case conference, grand rounds, and summer didactics. Teach Epi 170.16 Environment and Health course for medical and nursing students. Supervise residents from four medical centers for month-long rotations at NRDC.

**Associate Director, Pediatric Environmental Health Specialty Unit,** *University of California San Francisco, 2003 - Present*

**Associate Clinical Professor of Medicine,** *University of California San Francisco, 2006 –2011*

**Assistant Clinical Professor of Medicine,** *University of California San Francisco, 1998 - 2006*

**Clinical Instructor in Medicine,** *University of California San Francisco, 1996 - 1998*

**Consultant, Ergonomics Evaluation Project,** *Massachusetts Division of Industrial Accidents, 1996 - 1997*

**Fellow, Occupational and Environmental Medicine,** *Harvard School of Public Health, 1996*

**Clinical Instructor in Medicine,** *Harvard University School of Medicine, 1991 - 1995*

**Resident, Primary Care Internal Medicine,** *Mount Auburn Hospital, 1991 - 1995*

**Research Assistant in Environmental Medicine,** *Institute of Medicine, Washington DC, 1994*

Gina M. Solomon, M.D., M.P.H.                                        1/11/2012
                                        2

# PROFESSIONAL ACTIVITIES

Science Advisory Board, *U.S. Environmental Protection Agency, 2011-2014*

Editorial Board, *Environmental Health Perspectives, 2010 – present*

Scientific Guidance Panel, *California Environmental Contaminant Biomonitoring Program, 2007-present*

Tracking Implementation Advisory Group, *California Department of Public Health, 2006 - present*

Board of Directors, *San Francisco Bay Area Physicians for Social Responsibility, 2000 – present*

Committee on Human and Environmental Exposure Science in the 21st Century, *National Research Council, 2010 – 2012*

Board of Scientific Counselors, *National Toxicology Program, 2008 – 2011*

California Adaptation Advisory Panel, *Governor of California,* 2010

Science Advisory Board Drinking Water Committee, *U.S. Environmental Protection Agency, 2004-2010*

Science Advisory Board Acrylamide Panel, *U.S. Environmental Protection Agency, 2007 – 2008*

Reviewer, *American Academy for the Advancement of Sciences* LSDF 09-01: Innovative research programs to improve health and health care, 2009

Committee on Toxicity Testing and Assessment of Environmental Agents, *National Research Council, 2004 -2007*

Childhood Lead Poisoning Prevention Expert Advisory Committee, *California Department of Health Services, 2004 - 2006*

Scientific Advisory Group, Environmental Epidemiology and Biomonitoring, *CA Dept of Health Services Environmental Health Investigations Branch, 2000-2004*

SB702 Expert Working Group on Public Health Tracking, *California Department of Health Services, 2002 - 2004*

Science Advisory Board Trichloroethylene Panel, *U.S. Environmental Protection Agency, 2002*

Strategic Advisory Committee, *National Center for Environmental Health, CDC, 2001 - 2002*

Endocrine Disruptor Screening and Testing Advisory Committee, *U.S. Environmental Protection Agency, 1996 - 1998*

Gina M. Solomon, M.D., M.P.H.                                    1/11/2012
3

Board of Directors, *Consortium for Environmental Education in Medicine, 1998 - 2000*

Pesticides and Environmental Education for Health Providers Committee, *National Environmental Education & Training Foundation, 1998 - 2000*

Peer Reviewer: *Journal of the American Medical Association (JAMA); American Journal of Public Health; Climatic Change; Environmental Health Perspectives; Canadian Medical Association Journal; Environmental Science and Technology; Journal of Occupational and Environmental Medicine; Environmental Research; Environmental Geochemistry and Health; Indoor Air; International Journal of Occupational and Environmental Health; Tobacco Control; European Journal of Clinical Nutrition; American Journal of Preventive Medicine; Environmental Pollution; Chemosphere; Journal of Epidemiology and Community Health.*

# EDUCATION

Masters in Public Health, *Harvard School of Public Health, 1994*
Doctorate of Medicine, *Yale School of Medicine, 1991*
Bachelor of Arts, Comparative Literature, Magna cum Laude, *Brown University, 1986*

# CERTIFICATION AND LICENSING

National Board of Medical Examiners, 7/92
American Board of Internal Medicine, 8/95, Recertified 5/05
American Board of Preventive Medicine, 2/98, Recertified 12/08
California Medical License number:  G 083110

# AWARDS AND RECOGNITION

CAAT Recognition Award, *Johns Hopkins University Center for Alternatives to Animal Testing, 2009*
Certificate of Appreciation, *Center for Community Action and Environmental Justice, 2007*
Certificate of Appreciation, *California Safe Schools, 2004*
Clean Air Award for Research, *American Lung Association of the Bay Area, 2004*
Ten Women's Health Pioneers, *The Green Guide, 2004*
Environmental Heroes Award, *The Breast Cancer Fund, 2002*
Will Solimene Award for Excellence in Medical Writing, *American Medical Writers Association, 2000*
Occupational Physicians Scholarship Fund Award, *1993, 1995*
Farr Scholarship Award, *Yale Medical School, 1988, 1989*
Phi Beta Kappa, *Rhode Island Chapter, 1986*

Gina M. Solomon, M.D., M.P.H.                                                1/11/2012

4

# SCIENTIFIC PUBLICATIONS

Knowlton K, Rotkin-Ellman M, Geballe L, Max W, Solomon G. Six Climate Change–Related Events in the United States Accounted For About $14 Billion in Lost Lives and Health Costs. Health Affairs. 30(11): 1-10. 2011.

Rotkin-Ellman M, Wong KK, Solomon GM. Seafood Contamination after the BP Gulf Oil Spill and Risks to Vulnerable Populations: A Critique of the FDA Risk Assessment. Environ Health Perspect, 2011. http://dx.doi.org/10.1289/ehp.1103695.

Solomon G, Huddle A, Silbergeld EK, Herman J. Chapter 8. Manganese in Gasoline: Are We Repeating History? In: Clapp R (Ed.). From Critical Science to Solutions: The Best of Scientific Solutions. Baywood Publishing Inc., 2011. ISBN: 978-0-89503-404-5.

Rotkin-Ellman M, Navarro KM, Solomon GM. Gulf oil spill air quality monitoring: lessons learned to improve emergency response. Environ Sci Technol. 44(22):8365-6, 2010.

Solomon G, Janssen SJ. Health Effects of the Gulf Oil Spill. JAMA, 304(10):1118-9, 2010.

Solomon G, Janssen SJ. Communicating with Patients and the Public About Environmental Exposures and Reproductive Risk. In: Woodruff TJ, Janssen SJ, Guillette LJ, Giudice LC (eds), Environmental Impacts on Reproductive Health and Fertility. Cambridge Press, Cambridge, UK, 2010.

Rotkin-Ellman M, Solomon G, Gonzales CR, Agwaramgbo L, Mielke HW. Arsenic Contamination in New Orleans Soil: Temporal Changes Associated with Flooding. Environmental Research, 110(1):19-25, 2010.

Krewski D, Acosta D Jr, Andersen M, Anderson H, Bailar JC 3rd, Boekelheide K, Brent R, Charnley G, Cheung VG, Green S Jr, Kelsey KT, Kerkvliet NI, Li AA, McCray L, Meyer O, Patterson RD, Pennie W, Scala RA, Solomon GM, Stephens M, Yager J, Zeise L. Toxicity testing in the 21st century: a vision and a strategy. Toxicol Environ Health B Crit Rev. 13(2-4):51-138, 2010.

Solomon G, Huang A, Godsel R. Contaminants in the Air and Soil in New Orleans After the Flood: Opportunities and Limitations for Community Empowerment, In: Bullard R, Wright B (eds). Race, Place, and Environmental Justice After Hurricane Katrina. Westview Press, Boulder, CO, 2009.

Solomon G. Physicians' Duty to Be Aware of and Report Environmental Toxins. Virtual Mentor, 11(6):434-442, 2009. http://virtualmentor.ama-assn.org/2009/06/ccas2-0906.html.

Knowlton K, Rotkin-Ellman M, King G, Margolis HG, Smith D, Solomon G, Trent R, English P. The 2006 California Heat Wave: Impacts on Hospitalizations and Emergency Department Visits Environ Health Perspect, 117: 61-67, 2009.  http://www.ehponline.org/members/2008/11594/11594.pdf.

Woodruff T, Zeise L, Axelrad D, Guyton KZ, Janssen S, Miller, M, Miller G, Schwartz J, Alexeef G, Anderson H, Birnbaum L, Bois F, Cogliano J, Crofton K, Euling SY, Foster P, Germolec D, Ginsberg G, Gray E, Hattis D, Kyle A, Leubke R, Luster M, Portier C, Rice D, Solomon G, Steinmaus C,

Gina M. Solomon, M.D., M.P.H.                                      1/11/2012
<div align="center">5</div>

Vandenberg J, Zoeller T. Meeting Report: Moving Upstream: Evaluating Adverse Upstream Endpoints for Improved Risk Assessment and Decision Making. Environ Health Perspect, 116:1568–1575 (2008). http://www.ehponline.org/members/2008/11516/11516.pdf.

Humphreys EH, Janssen S, Heil A, Hiatt P, Solomon G, Miller MD. Outcomes of the California Ban on Pharmaceutical Lindane: Clinical and Ecologic Impacts. Environ Health Perspect, 116:297-302 (2008). doi:10.1289/ehp.10668.

Humphries E, Solomon G. Helping Your Patients Manage Asthma: Focus on the Source. Medscape, http://www.medscape.com/viewarticle/572573.

Solomon GM, Janssen S. Talking with patients and the public about endocrine disrupting chemicals. In: Endocrine-disrupting Chemicals: From Basic Research to Clinical Practice. Ed. Andrea C. Gore. Part of "Contemporary Endocrinology," series editor P. Michael Conn, Humana Press, Totowa, NJ, 2007.

Karr C, Solomon GM, Brock-Utne A. Health effects of common home, lawn and garden pesticides. Ped Clin N Am 54(1):63-80, 2007.

Thundiyil J, Solomon GM, Miller MD. Transgenerational exposures: Persistent chemical pollutants in the environment and breast milk. Ped Clin N Am 54(1):81-101, 2007.

Solomon GM, Hjelmroos-Koski M, Rotkin-Ellman M, Hammond K. Air quality in New Orleans, Louisiana after flooding: Mold, endotoxin, and particulate matter, October - November 2005. Environ Health Perspect 114(9):1381-1386, 2006.

Solomon GM, LaDou J, Wesseling C. Environmental Exposures and Controls, in LaDou (Ed.) Occupational and Environmental Medicine. Fourth Ed. Appleton and Lange, Stamford CT, 2006.

McDaniel P., Solomon G, Malone RE. The ethics of industry experimentation using employees: The case of taste-testing pesticide-treated tobacco. Am J Public Health 96(1):37-46, 2006.

McDaniel PA, Solomon G, Malone RE. The Tobacco Industry and Pesticide Regulations: Case Studies from Tobacco Industry Archives. Environ Health Perspect 113(12):1659-1665, 2005.

Bailey D, Solomon G. Pollution Prevention at Ports: Clearing the Air. Environ Impact Assess Review 24:749-774, 2004.

Solomon G, Humphreys E, Miller M. Asthma and the Environment: Connecting the Dots: what role do environmental exposures play in the rising prevalence and severity of asthma? Contemp Pediatrics 21(8), 2004.

Solomon GM, Hawes A, Quintero A, Widess E. Approaches to Occupational and Environmental Law in: Rosenstock L and Cullen M. (Eds.) Textbook of Clinical Occupational and Environmental Medicine, Second Edition. WB Saunders/Mosby/Churchill Livingstone, Philadelphia, 2004.

Gina M. Solomon, M.D., M.P.H.                                    1/11/2012
                                    6

Solomon GM, LaDou J, Jackson RJ. Environmental Exposures and Controls, in LaDou (Ed.) Occupational and Environmental Medicine. Third Ed. Appleton and Lange, Stamford CT, 2003.

Solomon GM, Balmes J. Health Effects of Diesel Exhaust. Clinics in Occup & Environ Med 3:61-80, 2003.

Miller M, Solomon G. Environmental Risk Communication for the Pediatrician. Pediatrics 112:211-221, 2003.

Miller M, Solomon G. Pesticides, in: Etzel RA and Balk SJ (Eds). Handbook of Pediatric Environmental Health, Second Ed. American Academy of Pediatrics, Elk Grove Village, IL, 2003.

Solomon GM. Rare and Common Diseases in Environmental Health. San Francisco Medicine 75(9):14-16, 2002.

Solomon GM, Huddle AM. Low levels of persistent organic pollutants raise concerns for future generations. J of Epi and Commun Health. 56(11):826-827, 2002.

Solomon GM and Schettler T. Endocrine Disruption. In McCally M. (Ed.) Life Support: The Environment and Human Health. MIT Press, Cambridge MA, 2002.

Solomon GM, Weiss P. Chemical Contaminants in Breast Milk: Time Trends and Regional Variability. Environ Health Perspect 110(6): A339-A347, 2002.

Pandya RJ, Solomon GM, Kinner A, Balmes JR. Diesel Exhaust and Asthma: Potential Hypotheses and Molecular Mechanisms of Action, Environ Health Perspect 110(suppl 1):103-112, 2002.

Chaisson C, Solomon G. Children's Exposure to Toxic Chemicals – Modeling their World to Quantify the Risks. Neurotoxicology 22:563-565, 2001.

Solomon GM, Schettler T.  Emerging Issues in Environmental Health: Endocrine Disruption. Canadian Med Assn Journal 163(11): 1471-1476, 2000.

Solomon GM. Hormones, Chemicals, and Public Policy. Chem and Engineering News, 78(32): 66-67, 2000.

Schettler T, Solomon GM, Valenti M, and Huddle AM. Generations at Risk: Reproductive Health and the Environment. Massachusetts Institute of Technology Press, Boston, June 1999.

Milton DK, Solomon GM, Rossiello RA, Herrick RF.  Risk and Incidence of Asthma Attributable to Occupational Exposure among HMO Members. Am J Ind Med 33(1):1-10, 1998.

Solomon GM. Reproductive Toxins: A Growing Concern at Work and in the Community. J Occ Env Med  39:105-107, 1997.

Gina M. Solomon, M.D., M.P.H.                                      1/11/2012
                                    7

Solomon GM, Huddle AM, Silbergeld EK, Herman D. Manganese in Gasoline: Are We Repeating History?  New Solutions 7(2):17-25, 1997.

Frumkin H, Solomon GM.  Manganese in the U.S. Gasoline Supply. Am J Ind Med 31:107-115, 1997.

Solomon GM, Morse E, Garbo M, Milton DK.  Stillbirth after Occupational Exposure to N-Methyl-2-Pyrrolidone: A case report and review of the literature. J Occ Env Med 38:705-713, 1996.

Esswein E, Trout D, Hales T, Brown R, Solomon GM. Exposures and Health Effects: An Evaluation of Workers at a Sodium Azide Production Facility. Am J Ind Med 30:343-350, 1996.

Parker J, Solomon GM.  Decades of Deceit: The History of Bay State Smelting. New Solutions 5:80-89, 1995.


# REPORTS

Knowlton K, Solomon G, Rotkin-Ellman M. Fever Pitch: Mosquito-Borne Dengue Fever Threat Spreading in the Americas. Natural Resources Defense Council, New York, NY, 2009. http://www.nrdc.org/health/dengue/files/dengue.pdf.

Rotkin-Ellman M, Solomon G. Poisons on Pets II: Toxic Chemicals in Flea and Tick Collars. Natural Resources Defense Council, New York, NY, 2009. http://www.nrdc.org/health/poisonsonpets/files/poisonsonpets.pdf.

Rotkin-Ellman M, Quirindongo M, Sass J, Solomon G. Deepest Cuts: Repairing Health Monitoring Programs Slashed Under the Bush Administration. Natural Resources Defense Council, New York, NY, 2008. http://www.nrdc.org/health/deepestcuts/deepestcuts.pdf.

Wall M, Rotkin-Ellman M, Solomon G. An Uneven Shield: The Record of Enforcement and Violations Under California's Environmental, Health and Workplace Safety Laws. Natural Resources Defense Council, New York, NY, 2008. http://www.nrdc.org/legislation/shield/shield.pdf.

Knowlton K, Rotkin-Ellman M, Solomon GM. Sneezing and Wheezing: How global warming could increase ragweed allergies, air pollution, and asthma. Natural Resources Defense Council, New York, NY, 2007. http://www.nrdc.org/globalWarming/sneezing/sneezing.pdf.

Cohen A, Janssen S, Solomon GM. Clearing the Air: Hidden Hazards in Air Fresheners. Natural Resources Defense Council, New York, NY, 2007. http://www.nrdc.org/health/home/airfresheners/airfresheners.pdf

Solomon GM, Nance E, Janssen S, White WB, Olson E. Drinking water quality in New Orleans: June-October 2006. Natural Resources Defense Council, New York, NY, January 2007. http://www.nrdc.org/health/effects/katrinadata/water.pdf.

Gina M. Solomon, M.D., M.P.H.                                    1/11/2012
                                        8

Solomon GM, Rotkin-Ellman M. Contaminants in New Orleans Sediment: An Analysis of EPA Data. Natural Resources Defense Council, New York, NY, February 2006.
http://www.nrdc.org/health/effects/katrinadata/sedimentepa.pdf.

Solomon GM, Campbell TR, Feuer GR, Masters J, Samkian A, Paul KA. No Breathing in the Aisles: Diesel Exhaust Inside School Buses. Natural Resources Defense Council, New York, NY, 2001.
http://www.nrdc.org/air/transportation/schoolbus/schoolbus.pdf.

Solomon G, Ogunseitan OA, Kirsch J. Pesticides and Human Health: A Resource for Health Care Professionals. Physicians for Social Responsibility, San Francisco, CA, 2000.
http://www.psrla.org/pahk.pdf

Solomon GM, Mott L. Trouble on the Farm: Growing up with Pesticides in Agricultural Communities. Natural Resources Defense Council, New York, NY, 1998.
http://www.nrdc.org/health/kids/farm/farminx.asp.


# PUBLISHED ABSTRACTS

Knowlton K, Solomon G, Chavarria G. Preparing for the Health Impacts of Climate Change: Science and Societal Strategies. AAAS Annual Meeting Abstract, 2008.

Janssen S, Solomon G, Chavarria G. Measuring Human Exposures to Hormone-Disruptors: Scientific Tools for Global Health. AAAS Annual Meeting Abstract # 090-096, 2008.

Rotkin-Ellman M, Solomon G. Soil Contamination in New Orleans: Arsenic and Lead Before and After Katrina. APHA Annual Meeting Abstract #163091, 2007.

McDaniel P, Malone R, Solomon GM. The Tobacco Industry and Pesticide Regulations. Society for Research on Nicotine and Tobacco, 10th Annual Scientific Sessions, 2004.

Solomon GM. Mercury and other Persistent Fish Pollutants: Risks to the Fetus and Child. APHA Annual Meeting Abstracts, 2003

Solomon GM. Endocrine Disruptors and Current Science Policy Developments. APHA Annual Meeting Abstracts, 4185, 2000.

Solomon GM. Special Risks to Children in Agricultural Settings. Neurotoxicology, 2000.

Solomon GM, Mott L.  Disproportionate Exposures and Susceptibility:  Pesticide risks to farm children. Neurotoxicology 20:1, 1999.

Solomon GM, Schettler T, Huddle A, Valenti M.  Endocrine Disruptors: A lens on low dose health effects.  Epidemiology 9(4): S54, 1998.

Gina M. Solomon, M.D., M.P.H.                                     1/11/2012

9

Solomon GM, Huddle AM, Schettler T, Valenti M. The Tradition of Statistical Significance: An impediment to prudent public health? Epidemiology 9(4): S75, 1998.

Solomon GM. Protecting Human Health From Endocrine Disruptors: Are toxicology and risk assessment up to the challenge? APHA Annual Meeting Abstracts, 2024, 1998.

Solomon GM. The Reproductive and Developmental Effects of Organic Solvents: The dilemma of identifying a culprit. APHA Annual Meeting Abstracts, 10, 1996.

Solomon GM, Milton DK. The Occupational Asthma Incidence Study: A pilot project. APHA Annual Meeting Abstracts, 177, 1996.

Garbo M, Milton D, Morse EP, Solomon G. From DBCP to NMP: Have we progressed? APHA Annual Meeting Abstracts, 408, 1996.

## SELECTED PRESENTATIONS

### Congressional Testimony and Briefings:

Cancer and the Environment
*Safer Chemicals Healthy Families Congressional Briefing, 4/7/11*

Cancer Clusters and the Environment
*Hearing of the Senate Committee on Environment and Public Works, Washington, DC, 3/29/11*

Reproductive Health and the Environment
*Pew Charitable Trusts Congressional Briefing, 6/11/10*

Health Effects of the Gulf Oil Spill
*Hearing of the House Committee on Energy and Commerce, Subcommittee on Energy and the Environment, Washington DC, 6/10/10*

Protecting Children from Environmental Threats
*Hearing of the Senate Committee on Environment and Public Works, Washington, DC, 3/17/10*

Endocrine Disrupting Chemicals in Drinking Water
*Hearing of the House Committee on Energy and Commerce, Subcommittee on Energy and the Environment, Washington DC, 2/25/10*

Biomonitoring: A Tool for Public Health Policy
*American Chemistry Society Congressional Briefing, 3/09*

Health Risks to Children and Communities from Recent EPA Decisions on Air and Water Quality
*Hearing of the Senate Committee on Environment and Public Works, Washington, DC, 2/07*

Gina M. Solomon, M.D., M.P.H.                                    1/11/2012
10

**Selected TV and Radio Appearances:**

Gulf Oil Spill Health Effects
*PBS Need to Know, National TV, 6/10*
*CBS Evening News, National TV, 6/10*
*CNN Evening News, National TV, 5/10*
*CBS The Early Show, National TV, 5/10*

Cancer Cluster in Fort Chipewyan, Alberta
*Canadian Broadcasting Company National Radio, 5/10*

Protecting Children from Toxins in the Home
*Childhood Matters, KISS-FM Radio, San Francisco, CA, 7/05; 9/07*

EPA's Chemical Testing Program
*NPR's Living on Earth, 6/07*

Protecting the Body from Heat
*MarketWatch Special Report: An Investors Guide to Global Warming (Web Video), 5/07*

Mold Testing in New Orleans Post-Katrina
*National Public Radio, Living on Earth, 11/05*
*CNN News, 11/05*

Diesel Exhaust Inside School Buses
*National Public Radio, Science Friday, 2/01*

**Selected Scientific and Educational Presentations:**

Children's Health and the Gulf Oil Spill
*Pediatric Academic Societies Annual Meeting, 5/11*

Toxicity Testing in the 21st Century
*National Academy of Sciences Conference, 5/09*

Biomonitoring: A Tool for Public Health Policy
*UC Berkeley School of Public Health, 3/09*
*UCSF School of Medicine, 1/09*

Preparing for Climate Change in California
*UCSF Continuing Medical Education Course, 11/09*
*UCSF School of Medicine, 1/08, 3/09*
*Public Policy Institute of California, 12/08*
*UCLA School of Public Health, 10/07*

Health Effects of Global Warming

Gina M. Solomon, M.D., M.P.H.                                              1/11/2012

11

*Governor's Global Climate Summit, 9/09*
*Grantmakers in Health Annual Conference, 3/09*
*UCSF Advances in Internal Medicine Course, 5/08*
*California Joint Legislative Briefing, Sacramento, CA, 8/06*

Health Hazards to Day Laborers
*UCSF School of Medicine FCM 184, 12/08, 11/09*
*Clinica Martin Baro, 3/10*

Taking an Environmental History
*Kaiser San Francisco Internal Medicine Residents, 10/09*
*SFGH Internal Medicine Residents, 7/09*
*UCSF School of Medicine, 1/09*
*N245 UCSF Nursing School, 2/09*
*UCSF Family and Community Medicine Residents, 12/08*
*UCSF Integrative Medicine Course, 5/08*

Pediatric Environmental Health "Toolkit" for Pediatricians
*San Francisco General Hospital Pediatric Grand Rounds, 10/07*
*Stanford Lucile Packard Children's Hospital Grand Rounds, Palo Alto, Ca, 4/07*
*Oakland Children's Hospital, Oakland, CA, 5/07*
*O'Connor Hospital Combined Grand Rounds, San Jose, CA, 4/07*
*Kaiser Santa Teresa Hospital, San Jose, CA, 6/07*
*Kaiser Oakland, Oakland, CA, 10/06*

Cancer and the Environment
*Institute for Functional Medicine Annual Meeting Plenary Address, 5/10*
*Northern California Cancer Center, 3/08, 10/08*
*UCLA Ted Mann Family Resource Center Insights Into Cancer Lecture, Los Angeles, CA, 3/07*

Mold Contamination in New Orleans Post-Katrina
*UC Irvine Medicine Grand Rounds, 12/07*
*Stanford Law School, 10/07*
*CDC National Environmental Public Health Conference, Atlanta, GA, 12/06*

Healthy Food in Healthcare
*Stanford Medical School, Palo Alto, CA, 10/05, 10/06, 11/09*
*UCSF Medical Center, San Francisco, CA, 3/06 & 5/06*
*CleanMed National Conference, Seattle, WA, 4/06*
*John Muir Medical Center Combined Grand Rounds, Walnut Creek, CA, 3/06*

Endocrine Disruptors in the Home and Community
*Heinz Conference on Women and the Environment, Boston, MA, 10/06*

Controlling Environmental Hazards in Communities of Color
*National Legal Aid and Defenders Association Conference, Snowbird, UT, 6/06*

Gina M. Solomon, M.D., M.P.H.                                    1/11/2012

                                    12

Breastfeeding in a Contaminated World
*March of Dimes Perinatal Conference, Chicago, IL, 3/06*

Mercury and Current Fish Consumption Guidelines for Children
*American Academy of Pediatrics Annual Conference, San Francisco, CA, 9/05*

Why Should an Internist Care About Environmental Disease?
*U.C. Davis Internal Medicine Grand Rounds, Sacramento, CA 7/10*
*Kaiser Permanente Medical Grand Rounds, San Francisco, CA, 4/04*
*UCSF Alice Hamilton Memorial Lecture Grand Rounds, San Francisco, CA, 3/04*

# BRIANA E. MORDICK

## PROFESSIONAL EXPERIENCE

### NATURAL RESOURCES DEFENSE COUNCIL
OIL & GAS SCIENCE FELLOW

*Washington, DC*
*September 2010 – Present*

Technical advisor on oil and gas related issues. Provides scientific expertise and analysis in support of advocacy efforts. Engages with and serves as a liaison to the scientific community.

### ANADARKO PETROLEUM CORPORATION

*January 2005 – September 2010*

**Greater Natural Buttes Natural Gas Field, Uinta Basin, UT (June 2009 – September 2010)**
**Senior Geologist & Team Lead**
- Geologist responsible for drilling 50+ wells and selecting 500+ new drilling locations
- Worked to develop new criteria and methods for selecting optimal well locations
- Lead a team of four co-workers who were responsible for two drilling rigs and hundreds of wells; organized and lead meetings; provided weekly updates to management; served as point of contact for extended team members

**Salt Creek Field $CO_2$ Enhanced Oil Recovery Project, Natrona County, WY (Nov 2006 – June 2009)**
**Geologist II**
- Described and analyzed core data to develop full field depositional model
- Analyzed well logs, core, and production data to determine flow pathways of oil and $CO_2$
- Assisted in construction of digital 3D geologic reservoir model used for oil and $CO_2$ flow simulation modeling

**Ozona Natural Gas Field, Crockett County, Texas (Jan 2005 – Nov 2006)**
**Geologist I**
- Geologist responsible for drilling 100+ natural gas wells, analyzing logs, and recommending zones to be completed for production
- Remapped subsurface geology, resulting in greater predictability of productive zones in wells
- Successfully presented underdeveloped natural gas prospect at the North American Prospect Expo (NAPE) and engaged a partner to develop these prospects

### ANADARKO PETROLEUM CORPORATION
GEOSCIENCE INTERN

*The Woodlands, Texas*
*September 2004 - November 2004*

Evaluated the Baxter shale in active Wyoming oil and gas fields for shale-gas production potential.

## EDUCATION

### UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL
MASTER OF SCIENCE, GEOLOGICAL SCIENCES

*Chapel Hill, North Carolina*
*September 2002 – May 2005*

Thesis:   Pyroxene thermobarometry of basalts from the Coso and Big Pine volcanic fields, California

### BOSTON UNIVERSITY
BACHELOR OF ARTS, EARTH SCIENCE

*Boston, Massachusetts*
*September 1998 – May 2002*

Senior Thesis: Provenance of discrete ash layers from the Izu-Bonin Arc system using Laser Ablation-
   Inductively Coupled Plasma-Mass Spectrometry

# BRIANA E. MORDICK

## PUBLICATIONS

**Mordick, B.E.**, Glazner, A.F., 2006, Clinopyroxene thermobarometry of basalts from the Coso and Big Pine volcanic fields, California: Contributions to Mineralogy and Petrology, v. 152, no. 1, p. 111-124.

## SELECTED PRESENTATIONS

- October 19, 2010:
  - Forum: National Research Council of the National Academies, Board on Earth Sciences and Resources, Committee on Earth Resources
    - Meeting Title: "Meeting Our Nation's Natural Resource Needs: Balancing Risks and Rewards"
    - Presentation Title: "Environmental Impacts of Oil and Gas Production"
- March 11, 2011:
  - Forum: EPA Hydraulic Fracturing Study Technical Workshop
    - Meeting Title: Well Construction and Operations
    - Presentation & Abstract Title: "Risks to Drinking Water from Oil and Gas Wellbore Construction and Integrity: Case Studies and Lessons Learned"
- June 1, 2011:
  - Forum: Environmental Entrepreneurs Monthly TeleSalon
    - Meeting Title: "Natural Gas in the Mix: Finding the Balance"
    - Presentation Title: "Environmental Impacts of Natural Gas Production"

- September 27, 2011:
  - Forum: University of Wyoming Hydraulic Fracturing Forum
    - Meeting Title: Hydraulic Fracturing, A Wyoming Energy Forum
    - Presentation Title: Hydraulic Fracturing Best Practices: Mitigating Environmental Concerns

Draft Report – February 2011

# Current and Projected Water Use in the Texas Mining and Oil and Gas Industry



Prepared for
**Texas Water Development Board**

**Bureau of Economic Geology**
**Scott W. Tinker, Director**
Jackson School of Geosciences
The University of Texas at Austin
Austin, Texas 78713-8924

**Cover photo**: Aggregate facility in Bexar County (courtesy of Google Earth)

o ≤ ñ ≤ ü ⅖ ≤

# Texas Water Development Board

 ü≤

b ñú m MOXOS WROXRX

**Jean-Philippe Nicot, P.E., P.G., Anna K. Hebel, Stephanie M. Ritter, Steven Walden[1], Russ Baier[1], Peter Galusky[2], P.E., P.G., James Beach[3], P.G., Richard Kyle[4], P.G., Leigh Symank[3], and Cari Breton**

## February 2011

**Bureau of Economic Geology**
**Scott W. Tinker Director**
i ñú ⁇ ú ≤¾f ≤ ú≤ ú≤≤
s ≤t ≤¾s ≤ ñ ⅊ñ≤ ≤
] Ks ≤ ñ VWPRLWXQS≤

[P]r ≤≤v ñü≤b K ⁇ Ks w≤
[Q]s ≤≤ñKt ü ñ ük s w≤
[R]k a f If K Ks w≤
[S]c ≤ ñ≤ ≤¾f ≤ ún ú≤ú≤Ks ≤t ≤¾s ≤ñ≤ K Ks w≤

# Table of Contents







# List of Figures

e ⟨⟨⟨⟨dr PM⟩ ⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨G⟨⟨ñ⟨⟨QOOW⟨⟨⟨⟨⟨⟨Q⟨

e ⟨⟨⟨⟨dr QM⟩ ⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨QQPOLQOUOH⟨⟨⟨⟨⟨⟨⟨R⟨

e ⟨⟨⟨PMk⟨⟨ú⟨ñ⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨ü⟨úñ⟨ó⟨⟨⟨⟨QOOTNPNP⟨ñ⟨ü⟨QOOXRPNPQ⟨
        G⟨⟨⟨⟨⟨ñ⟨⟨⟨VTKOOO⟨⟨⟨⟨H⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨R⟨

e ⟨⟨⟨⟨QM⟩ ñ⟨⟨⟨⟨⟨⟨ü⟨ñ⟨⟨⟨⟨⟨⟨⟨ñú⟨ó⟨⟨⟨⟨QOOT⟨QOOX⟨⟨⟨⟨ñ⟨⟨⟨⟨⟨⟨⟨⟨⟨
        s⟨⟨ñ⟨M⟩ ⟨⟨⟨⟨⟨⟨ñ⟨⟨⟨QRKTOO⟨⟨⟨⟨ñ⟨⟨ü⟨⟨⟨ü⟨N⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨S⟨

e ⟨⟨⟨RMk⟨⟨ú⟨ñ⟨⟨⟨⟨⟨ü⟨⟨N⟨⟨⟨⟨⟨ñ⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨T⟨

e ⟨⟨⟨SMk⟨⟨ú⟨ñ⟨⟨⟨⟨⟨ñ⟨⟨⟨ñ⟨⟨⟨⟨ñ⟨⟨⟨⟨⟨mrrf⟩ ⟨üñ⟨ñóñ⟨⟨G⟨ñ⟨⟨⟨⟨⟨⟨H⟨⟨ü⟨
        l⟨rg⟩ ⟨üñ⟨ñóñ⟨⟨G⟨⟨ú⟨ü⟨ú⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨U⟨

e ⟨⟨⟨TMk⟨⟨ú⟨ñ⟨⟨⟨⟨⟨ü⟨⟨⟨⟨⟨ñ⟨⟨⟨⟨⟨⟨⟨mrrf⟩ ⟨üñ⟨ñóñ⟨⟨G⟨ñ⟨⟨⟨⟨⟨⟨H⟨
        ñ⟨ü⟨rg⟩ ⟨üñ⟨ñóñ⟨⟨G⟨⟨ú⟨ü⟨ú⟨⟨⟨⟨⟨⟨⟨⟨⟨ó⟨⟨⟨⟨ñ⟨⟨⟨H⟨⟨⟨⟨⟨V⟨

e ⟨⟨⟨UMk⟨⟨ú⟨ñ⟨⟨⟨⟨⟨ñ⟨ü⟨ñ⟨ü⟨⟨ñ⟨⟨⟨⟨ñ⟨⟨⟨⟨⟨⟨mrrf⟩ ⟨üñ⟨ñóñ⟨⟨G⟨ñ⟨⟨⟨⟨⟨H⟨
        ñ⟨ü⟨rg⟩ ⟨üñ⟨ñóñ⟨⟨G⟨⟨ú⟨ü⟨ú⟨⟨⟨⟨⟨⟨⟨ñ⟨⟨⟨⟨⟨ó⟨⟨⟨⟨ñ⟨⟨⟨H⟨⟨⟨⟨⟨W⟨

e ⟨⟨⟨VMl⟨ñ⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨ñ⟨⟨⟨⟨⟨ü⟨ó⟨⟨⟨v⟩ o⟨üñ⟨ñóñ⟨⟨N⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨O⟨

e ⟨⟨⟨WMl⟨ñ⟨⟨q⟨⟨⟨⟨⟨v⟨ñ⟨⟨o⟨ñ⟨⟨⟨⟨f⟨⟨⟨⟨N⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨O⟨

e ⟨⟨⟨XMl⟨ñ⟨⟨⟨⟨⟨q⟨q⟨b⟨ü⟨⟨ú⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨P⟨

e ⟨⟨⟨POMl⟨bc⟨ñ⟨ü⟨ñú⟨⟨ñ⟨ü⟨ñú⟨⟨⟨⟨⟨⟨ú⟨ñ⟨⟨⟨⟨s⟨bdp⟨v⟩ o⟨üñ⟨ñóñ⟨N⟨⟨⟨⟨⟨Q⟨

e ⟨⟨⟨PPMl⟨ñ⟨⟨M⟨⟨⟨⟨⟨ú⟨⟨⟨ñ⟨N⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨R⟨

e ⟨⟨⟨PQMb⟨⟨⟨⟨ñ⟨⟨⟨⟨⟨⟨⟨⟨⟨ñ⟨ñú⟨⟨⟨⟨ú⟨⟨⟨⟨ñ⟨⟨ñ⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨R⟨

e ⟨⟨⟨PRMl⟨ñ⟨⟨⟨⟨⟨ñ⟨⟨⟨⟨⟨⟨ñ⟨⟨Iú⟨⟨⟨⟨ú⟨ñ⟨⟨⟨⟨ú⟨⟨üL⟨⟨⟨ñú⟨⟨⟨M⟨⟨⟨⟨⟨⟨S⟨

e ⟨⟨⟨PSMl⟨ñ⟨⟨⟨⟨⟨L⟨⟨⟨⟨⟨ú⟨⟨⟨ñ⟨ñ⟨⟨—⟨ñ⟨P⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨T⟨

e ⟨⟨⟨PTMl⟨ñ⟨⟨⟨⟨⟨⟨⟨ú⟨⟨⟨⟨ñ⟨ñ⟨⟨—⟨ñ⟨Q⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨T⟨

e ⟨⟨⟨PUMl⟨⟨⟨⟨dt⟨q⟨⟨⟨⟨⟨ú⟨⟨⟨⟨ñ⟨ñ⟨ü⟨⟨⟨⟨⟨ü⟨ñ⟨üñ⟨ñ⟨⟨d⟨ñ⟨⟨
        e ⟨ü⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨U⟨

e ⟨⟨⟨PVMc⟨ú⟨⟨ú⟨⟨⟨ñ⟨⟨⟨ü⟨⟨⟨⟨⟨⟨ü⟨G⟨ü⟨ú⟨Ióñ⟨ü⟨ñ⟨ñú⟨H⟨⟨⟨⟨⟨⟨⟨⟨⟨U⟨

e ⟨⟨⟨PVWk⟨ñ⟨ñ⟨⟨⟨⟨⟨M⟨⟨⟨ñ⟨ü⟨⟨ñú⟨ü⟨⟨ü⟨N⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨U⟨

e ⟨⟨⟨PXMl⟨ñ⟨⟨⟨a⟨ñ⟨⟨⟨ñ⟨ü⟨⟨⟨⟨⟨ñ⟨ü⟨⟨G⟨ñ⟨Is⟨ñ⟨ñ⟨ú⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨V⟨

e ⟨⟨⟨QOMl⟨ñ⟨⟨⟨a⟨ñ⟨⟨⟨ñ⟨ü⟨⟨⟨⟨⟨ñ⟨ñ⟨G⟨⟨⟨⟨⟨b⟨⟨⟨⟨H⟨⟨⟨⟨⟨⟨⟨⟨⟨W⟨

e ⟨⟨⟨QPMl⟨ú⟨⟨⟨ú⟨⟨⟨⟨⟨M⟨Mñ⟨⟨s⟨ñ⟨ñ⟨⟨PXXO⟨ú⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨W⟨

e ⟨⟨⟨QQMl⟨ú⟨⟨⟨ñ⟨⟨i⟨⟨QTKQOPOMñHq⟨ü⟨ñ⟨ó⟨⟨ü⟨⟨ü⟨⟨⟨ñ⟨ñ⟨ü⟨⟨⟨⟨K⟨
        ⟨⟨ú⟨⟨⟨ZG⟨H⟨ü⟨Kó⟨⟨K⟨ñ⟨ü⟨⟨⟨⟨ü⟨ñ⟨⟨⟨ü⟨ü⟨⟨⟨⟨⟨⟨ñ⟨K⟨⟨⟨üñ⟨K⟨ü⟨
        ü⟨ú⟨⟨ñ⟨⟨⟨M⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨X⟨

e ⟨⟨⟨QRMlh⟩ ⟨⟨ñ⟨ñ⟨ü⟨⟨⟨⟨⟨⟨ñ⟨⟨L⟨ñ⟨ñ⟨ü⟨⟨⟨L⟨ñ⟨⟨ñ⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨R⟨

e ⟨⟨⟨QSM⟨ñ⟨⟨⟨⟨⟨⟨⟨üñ⟨⟨⟨⟨ñ⟨ñú⟨ó⟨QOOT⟨QOOXK⟨ñ⟨⟨ñ⟨⟨G⟨⟨⟨⟨H⟨ñ⟨⟨ñ⟨⟨N⟨⟨⟨O⟨

e ⟨⟨⟨QTM⟨ó⟨⟨ü⟨ñ⟨⟨⟨⟨ñú⟨ó⟨⟨G⟨⟨⟨ñ⟨ü⟨⟨⟨K⟨⟨⟨ñ⟨⟨⟨QOOT⟨QOOW⟨⟨⟨⟨⟨⟨⟨⟨⟨O⟨

e ⟨⟨⟨QUM⟨ñ⟨⟨⟨⟨⟨⟨⟨ú⟨⟨⟨⟨⟨G⟨ñ⟨⟨⟨ñ⟨ü⟨⟨⟨H⟨⟨s⟨⟨ñ⟨N⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨P⟨

e ⟨⟨⟨QVM⟨ñ⟨⟨⟨⟨⟨ñ⟨⟨—⟨⟨üñ⟨⟨⟨M⟨⟨⟨⟨⟨⟨ñ⟨ñ⟨ü⟨ú⟨ñ⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨P⟨

e ⟨⟨⟨QWM⟨ñ⟨⟨⟨⟨⟨ñ⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨Q⟨

e ⟨⟨⟨QXM⟨ñ⟨⟨⟨⟨⟨ñ⟨⟨⟨⟩ ⟨⟨ñ⟨⟨⟨⟨⟨ó⟨⟨⟨ñú⟨⟨⟨⟨⟨ü⟨⟨ñ⟨⟨ñ⟨ñ⟨⟨⟨K⟨
        ⟨ü⟨ñ⟨K⟨ü⟨⟨⟨ú⟨⟨⟨⟨⟨⟨⟨ü⟨ñ⟨⟨⟨ñú⟨ñ⟨⟨⟨⟨⟨G⟨H⟨⟨üñ⟨
        ⟨⟨K⟨ü⟨G⟨H⟨⟨⟨⟨⟨ñ⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨R⟨

e ⟨⟨⟨ROM⟨ñ⟨⟨⟨⟨ñ⟨—⟨g⟨⟨⟨⟨⟨ñ⟨⟨⟨ñú⟨ñ⟨⟨⟨⟨⟨⟨⟨⟨ú⟨ñ⟨⟨⟨⟨⟨G⟨H⟨ñ⟨
        ⟨⟨K⟨ó⟨H⟨⟨1QOOO⟨⟨⟨⟨⟨K⟨ü⟨G⟨HQOOO⟨QOPO⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨S⟨

e ⟨⟨⟨RPM⟨ñ⟨⟨⟨⟨ñ⟨—⟨ñú⟨⟨ñ⟨⟨⟨⟨⟨YG⟨H⟨ñ⟨⟨⟨⟨⟨⟨K⟨ó⟨H⟨⟨⟨⟨PIOO⟨⟨N⟨M⟨⟨⟨⟨⟨T⟨







# List of Tables



# Glossary and Abbreviations

] ] of ≪

] e<   <

a óó≤  <

a ú⅔⁄   <

ó⏑≤   <

a s t < <

b a l  <<

b b r <  <

d h] <  <

d n q < <

d t q <  <

f ] l  <<

f b<   <

f b c < <

f h◦<   <

f r ] < <

h◦<    <

h r k <   <

h r q <   <

k b q ] ≪

k of < <

l ] e < <

l f c < <

l ú⅔⁄   <

l l óó≤

l l a s t <

l l ú⅔⁄<

m f k < <

m f v  <<

m n f ] ≪

m n q l  <

n E f i ≪

n n f o ≪

n n h◦< <

n r g ] ≪

[illegible]

**Note to the reader:**

[illegible]

# Acknowledgments

s ☐☐ñ☐☐☐☐☐ü☐☐☐☐☐ñ☐☐ñ☐☐üü☐üü☐ñ☐ñ☐ü☐☐ñ☐☐ñ☐☐☐ñ☐☐☐ü☐ñ☐☐☐☐ ☐☐ ☐☐ú☐☐⅔☐M☐ ☐ó☐☐⅔☐ü☐⅔☐☐ü☐ú☐☐☐☐☐☐☐☐☐☐☐ó☐☐⅔☐⅔☐☐v ñ☐☐o ñ☐☐☐☐☐☐ñ☐☐☐☐ü☐☐ ☐☐☐ü☐G☐ñ☐m☐☐☐Kj☐☐☐j ☐☐Kñ☐ü☐ñ☐g☐ñü☐Hñ☐☐☐☐ ☐ñ☐v ñ☐☐☐ ☐☐☐☐☐☐ a ☐ñü☐Gv c aH☐ ☐ñ☐☐ñ☐⅔☐ñ☐☐☐☐k☐ñ☐☐ ☐☐☐ú☐Gd f H⅔☐☐☐☐üü☐☐☐⅔☐☐☐☐☐☐Kñ☐ ☐☐ñ☐☐ñ☐a d f ☐☐☐ñ☐ú☐☐ñ☐ü☐ñü☐ñ☐☐üü☐ñü☐Ya ☐☐☐ ☐ó☐☐K☐ ☐☐ü☐☐ ⅔☐K☐ ú☐☐☐☐☐K r ú☐☐g ñ☐☐☐K☐ ☐☐☐ñ☐g ñ☐☐☐Ks ☐ú☐☐g☐☐☐Kg ñ☐☐ü☐k ñ☐☐ñ☐ñ☐Ka ☐ó☐k ☐ú☐K☐ ☐ñ☐m ñ☐ú☐Kd ☐ü☐ o ☐☐K☐ ☐☐☐q ☐☐☐K☐ñ☐ü☐☐ñ☐☐ ☐ñ☐☐M☐ ñ☐⅔☐☐☐☐☐☐ñ☐☐ñ☐☐ú☐☐☐☐ñ☐☐☐☐☐☐☐ ☐☐☐⅔☐Y☐☐☐ñ☐ü☐☐☐k☐☐K☐ ☐☐☐i ☐☐☐☐☐K☐ü☐s ☐☐v ñ☐☐ñ☐☐q ñ☐☐☐ñü☐☐ ☐☐ ☐☐☐☐☐☐⅔ s ☐☐ñ☐G☐q q b H☐

v ☐ñ☐☐ñ☐ñ☐☐ñ☐ú☐ñ☐☐☐⅔☐☐☐☐☐ñ☐ü☐⅔☐ó☐☐☐ú☐ñú☐ñ☐☐☐ñü☐ñ☐☐ú☐ñ☐☐☐K☐ ñ☐☐☐ k ☐ú☐ñ☐ñ☐l q] K☐ ☐a☐☐ñ☐s ] b] K☐ü☐b M☐M ☐ü☐ñ☐ñ☐s wn f] K☐☐☐ñ☐☐☐☐K⅔☐ ñü☐☐☐☐☐☐☐☐☐☐ñ☐ü☐☐☐☐☐☐☐ó☐☐☐☐☐☐☐ü☐☐ñ☐ü☐ú☐☐ó☐☐☐☐☐☐☐M v ☐ñ☐☐ñ⅔☐☐ñ☐☐ñ☐☐ó☐☐⅔☐☐☐ñ☐☐ú☐ñ☐☐☐⅔☐☐☐☐⅔☐☐⅔☐☐ñ☐☐ ☐ú☐☐ú☐ü☐M☐ ☐☐ ñ☐☐ñ☐☐üü☐ñ☐☐☐☐☐☐ú☐ú☐☐☐☐ñü☐☐ñ☐☐☐☐☐☐☐☐☐☐Y☐ ☐☐dú☐☐K c ñ☐ü☐☐☐ñ☐Ka ☐ó☐g ☐☐K☐ ñ☐ ñ☐☐K☐ ú☐ñ☐m ñ☐K☐ ñ☐☐☐ ☐☐K dü☐ ☐☐K☐☐s ☐☐ñ☐K o ñ☐v ☐ñ☐☐ó☐K ñ☐☐☐☐☐M☐ ☐ñ☐☐ñ☐☐☐☐☐ñ☐☐☐ñ☐☐☐☐ü☐☐☐☐ü☐☐ ☐☐☐☐☐☐☐ü☐ú☐☐M☐

k ñ☐K☐☐☐☐ü☐☐☐☐ñú☐☐☐☐ü☐☐☐t ☐☐☐☐☐☐☐☐☐☐☐⅔☐⅔☐☐ñú☐☐☐☐☐☐☐ü☐ñ☐ñ☐☐Y☐ hg r ◁☐☐☐ñ☐ü☐☐ ☐☐☐☐☐☐⅔M

# 1 Executive Summary





# 2 Introduction

## 2.1 *Overview of Mining Activities in Texas and a High-Level Perspective on Water Use in the Industry*

### 2.1.1 Mined Substances

U

## 2.1.2 Mining Facilities

### 2.1.3   Water-Use Overview

## *2.2 Overview of Recent Projections*

[illegible]

| | ~␣␣␣Aı ␣␣␣A.A l ␣␣␣␣␣␣␣␣A | eSQ l ␣␣␣␣␣␣␣ |
|---|---|---|
| p␣␣␣␣␣␣A-␣␣␣A | | |
| e ␣␣␣␣␣␣␣␣? ␣␣?␣␣␣␣␣␣?␣␣?␣␣␣␣␣␣? | QWCR? | QWU |
| p ␣␣␣␣?␣␣?␣␣?␣␣?␣␣␣␣G␣␣␣␣␣?␣␣?␣␣␣␣? H? | PWO? | TV |
| ~␣␣␣Aı ␣A␣␣A ␣␣A ␣␣␣␣␣␣A | SZYTA | TUT |
| | | |
| d ␣␣␣ ␣␣␣?␣␣?␣␣␣␣␣␣?␣␣␣␣␣? ␣␣␣? | PP? | X |
| ~␣␣␣A␣ ␣␣A ␣␣␣␣␣A | RRA | Z |
| A | A | A |
| h ␣?␣␣? ␣␣␣␣? | R? | O |
| c ␣?␣␣␣?␣␣?c ␣␣␣? | S? | O |
| e ␣K␣p ␣K? ␣K␣␣␣?✕␣␣?␣␣? ␣␣␣␣? | P? | O |
| wK? ␣Kx ␣␣␣?␣␣ ␣␣␣? | T? | P |
| q ␣␣␣? ␣␣␣?␣␣?␣␣ ␣␣␣? | Q? | O |
| ~␣␣␣A ␣␣␣A␣ ␣␣A ␣␣␣␣A | RVA | R |
| ? | ? | ? |
| f ␣␣ ␣␣␣␣?␣␣? ␣␣␣␣?␣␣?␣␣␣␣␣␣ | PWP | T |
| e ␣␣␣␣␣?␣␣?␣␣?␣␣ ␣␣␣␣␣ ␣␣␣␣?␣␣?␣␣␣␣␣ | VP? | CR |
| i ␣␣␣␣␣?␣ ␣␣␣?␣␣?␣␣␣? | R? | O |
| q ␣?␣␣␣?␣␣?␣␣␣?␣␣␣␣␣? ␣␣␣? ␣␣␣?␣␣?␣␣␣␣ | PT? | T |
| ~␣␣␣A␣ ␣␣␣␣A ␣␣␣␣A␣␣Ax ␣␣␣␣␣␣␣A | RQXA | TT |
| | | |
| e ␣␣␣␣␣␣␣?␣␣?␣␣?␣␣␣␣? ␣␣␣? | PXW? | TP |
| k ␣␣␣␣␣␣?␣␣␣? ␣␣␣? | PX? | T |
| m␣␣␣?␣␣?␣␣?␣␣? ␣␣␣? | P? | P |
| e ␣?␣␣␣?␣␣␣ ␣␣?␣␣?␣␣␣␣␣ ␣␣␣? ␣␣␣␣␣␣? ␣␣␣? | PP? | S |
| ~␣␣␣A␣ ␣␣␣M␣ ␣␣␣␣M␣ ␣␣M␣␣A␣ ␣␣␣␣ ␣␣M␣␣A | | |
| y ␣␣␣␣␣␣␣A ␣␣␣␣␣␣A ␣␣␣␣A␣␣Ax ␣␣␣␣␣␣A | SSZA | WR |
| | | |
| r ␣␣␣␣K␣ ␣K?␣␣?␣␣␣? ␣␣␣␣? ␣␣␣? | P? | P |
| q ␣␣␣?␣␣␣ ␣␣?␣␣? ␣␣␣␣? ␣␣␣? | U? | P |
| c ␣?␣␣␣?␣␣␣ ␣␣␣␣? ␣␣␣␣? ␣␣␣? | PX? | Q |
| ~␣␣␣A␣ ␣␣␣Aı ␣␣␣ ␣␣␣␣␣A ␣␣␣␣A ␣␣␣A␣␣Ax ␣␣␣␣␣␣A | SWA | U |
| ~␣␣␣Aı ␣␣␣ ␣␣␣␣␣A ␣␣␣␣A ␣␣␣A␣␣Ax ␣␣␣␣␣␣A | TWSA | ZY |

| | DATA mO | | DATA mO |
|---|---|---|---|
| c ? | Q | f ? | PP? |
| d ? ? | V | f ?ge? | SV? |
| d ? | R | f ? | P? |
| e ? | PQ | h e? | V? |
| e ? ?M | Q | i ? | W? |
| e ?ge? | PX | k ? | U? |
| e ? | Q | n ? | Q? |
| e ? ? | QTO | o ? | P? |
| e ? | P | o M ? Mge? | P? |
| e ? ?ge? | PUV | r ? | P? |
| e ? | R | r ? | P? |
| e ? | U | u ? | Q? |
| e ? ?ge? | TQ | u ? | PT? |
| e ? | R | u ?ge? | PO? |
| f ? | RQ | v ? | T? |
| f ? ? | P | × ? | P? |

| Av A | RZZQA | SQQQA | SQRQA | SQSQA | SQTQA | SQUQA | SQVQA | SQWQA |
|---|---|---|---|---|---|---|---|---|
| RZZX | PSX PTK/QX | QQT PUKTVU | PVV PUK/UV | PVQ PVPRT | PXP PVKSVX | PXS PVKXCO | PVV PWKRTS | |
| SQQS | PSX PTK/QX | QTR PUKPX | QSU PVKUUQ | QST PWPXT | QTQ PWKRQ | QSS PXKRUX | QSS CQKCQQ | |
| SQQX | | QVX PUKVV | QVP PWRPQ | QVP PXKCPP | QVU PXKTUV | QVU CQRPQT | QVV CQKVTX | QVU CPKUPV |

| A | mA | zA | ~A |
|---|---|---|---|
| **RZZV** | | | |
| n A | PSR | STW | UCQ? |
| z A A | XR | O | XR? |
| ~ | QRU | STW | UXS? |
| **SQQQ** | | | |
| n A | PSS | TUT | VOX? |
| z A A | PCQ | O | PCQ? |
| ~ | QSU | TUT | WPP? |
| **SQQV** | | | |
| n A | RO | UPS | USS? |
| z A A | VQ | O | VQ? |
| ~ | PCQ | UPS | VPU? |



e █████≤PMk ██ún████≤ ██ñ ██≤¾█ñ██≤██≤████ ██sñ≤████ü‹üñ≤❖≤████≤≤ ‹QOOTNQPNQP■ñ██ü‹QOOXNRPNPQ≤
Gü████████ñ≤██≤ VTIOOO≤██≤████H≤



r ⬜⬜ú⬜Ɏg r ⬜ú⬜ñ⬜ñó⬜⬜<

e ⬜⬜⬜≤⬜QꞰ⬜ ñ⬜<⬜⬜⬜⬜ ⬜⬜<⬜úñ⬜⬜⬜⬜<⬜¾⬜ñ⬜¾ñú<⬜⬜ó⬜<⬜⬜<⬜≤⬜QⳑⲢ⬜–⬜QⳑⲢⵅ<⬜⬜⬜<<⬜ñ⬜<⬜<⬜<⬜ñ⬜≤<⬜¾

s ≤⬜ñ⬜Ꞩ⬜]  ⬜⬜⬜⬜⬜ñ≤⬜<⬜⬜ⳑRⰔⲢ⬜⬜<⬜≤⬜ñ⬜<⬜ü⬜⬜⬜ñ⬜≤⬜ü<



Claiborne Group

Cretaceous

Jackson Group

Pennsylvanian and Permian

Wilcox Group

e ⬚⬚⬚≪RMᴸ ⬚úñ⬚⬚≺ ñ ≺¾úⁿ ñN⬚⬚⬚≪⟨≺ñ⬚⬚≺



r ⬜⬜⬜ú≪Ýmrrf]N rfr⬜úññón≪fⁱ≪üⁱ≪ rg]⬜úññón≪

m≪Ýü≪≪≪ü¼⬜⬜≪⬜≪mrrf]⬜úññón≪≪≪ⁿ≪ñú⬜⬜≪⬜⬜≪ñ≪≪≪úⁱⱶü≪ⁱ≪ⁿⱶüⱩ≪ⁿ⬜⬜ⁿⱩ≪úⱶúⁱ≪≪Ⱪ≪≪

"ú≪≪Ⱪⁿⱶ≪≪ñ≪≪ⁿ≪ⁿ⬜≪¾≪≪L⬜⬜⬜≪ú≪≪≪ⁱⱶ≪ú≪¼ñú⬜⬜≪≪⬜≪"úⱶ≪⬜úñⁿ"ⁿⱶ≪≪ñ≪ñⱶü≪⬜≪≪⬜⬜≪

⬜⬜¾≪≪⬜≪ñ≪≪ⱶú⬜⬜⬜G≪ú⬜⬜SMH≪

e ⬜⬜⬜≪SMⱩ úñ⬜⬜⬜≪ñ≪¼¾ñ⬜⬜≪ñ≪≪≪ñ⬜⬜≪¾⬜⬜mrrf]⬜úññón≪Gⱶ ñ≪⬜⬜⬜Hñⱶüⱶ rg]≪

úññón≪G≪≪ú≪ü≪ú⬜⬜⬜≪H≪



r ⬚⬚ü⬚Ýmr r f ] Ṋ r f r ⬚ûñ⬚ñóñ⬚⩽ñ⬚ü⬚⟨ r g ] ⬚ûñ⬚ñóñ⬚⩽⬚

e ⬚⬚⬚⩽⬚TMk ⬚úñ⬚⬚⬚⩽⬚ñ⬚⩽¾u⬚⬚⬚⩽üL⬚⬚⩽⩽⬚⩽ñ⬚⬚⬚⩽¾⬚⬚⬚⟨mr r f ] ⬚ûñ⬚ñóñ⬚⩽⬚Gⁱñ⬚ñ⩽⬚⬚⬚⬚Hñ⬚ü⩽
l r g ] ⬚ûñ⬚ñóñ⬚⩽⬚G⩽⩽ú⩽ü⬚ú⬚⬚⬚⬚⩽⩽⬚⬚⬚⬚ñ⬚⬚⬚⩽⬚⬚ó⩽⩽¾⩽⬚⩽ñ⬚⬚⬚⬚H⩽



r □□ú≤ʸmrf ] Ń r f r ‹ûñ ñóñ □≤ñ□ü┤ r g ] ‹ûñ ñóñ □≤

e □□□≤Ů¥ ‹úñ□□□≤□ñ□≤⅔≤ñ□ü┤ü‹ñ□≤≪≤┬≤ñ□□□⅔□□‹mrrf ] ‹ûñ ñóñ □≤‹Ğûñ ñ‹□□□□Ħñ ü‹
l r g ] ‹ûñ ñóñ □≤ Ğ≤≤ú≤ü‹ú‹□□□□≤‹□□□□ñ□□□‹□□ó≤≤⅔≤‹≤ñ□□□Ħ

px



# 3   Methodology and Sources of Information

## 3.1   General Sources of Information

[text illegible] *Barnett Shale Newsletter* [text illegible] *Oil&Gas Journal* [text illegible] *Energy Intelligence Natural Gas Weekly*, *Texas Drilling Observer* [text illegible] *Fort Worth Oil and Gas Magazine* [text illegible]

[text illegible]

[text illegible]

[text illegible]

[text illegible]

## 3.2   Definition of Mining Water Use for the Purpose in this Report

[text illegible]

[illegible]

[illegible] *beneficiation* [illegible]

[illegible] *"When separate reports are available for mines and quarries operated by manufacturing establishments classified in this major group, the mining and quarrying activities are classified in (...) mining. When separate reports are not available, the mining and quarrying activities (...) are classified herein with the manufacturing operations."* [illegible] *ready-mix* [illegible] *central mix* [illegible]

[illegible]

[illegible]

## 3.3   Methodology: Historical Water Use

### 3.3.1   Oil and Gas Industry

#### 3.3.1.1   Gas Shales and Other Tight Formations

The text on this page is not legible.

### 3.3.1.2   Waterflooding and Drilling

[Body text illegible — rendered in obfuscated characters, with the following readable italic phrase embedded:]

*by formation, or by aquifer and depths, or by name of surface water source*

[illegible]

[illegible]

### 3.3.2 Coal/Lignite

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

### 3.3.3 Aggregates

[illegible]

- [illegible]
- [illegible]
- [illegible]
- [illegible]
- [illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

### 3.3.4 Other Mined Substances

[illegible]

### 3.3.5 Groundwater–Surface Water Split

[illegible]

## 3.4   Methodology: Future Water Use

*single best-guess scenario,*

[illegible] *assume that current trends will continue* [illegible]

[illegible]

[illegible]

[illegible]

### 3.4.1.1 Gas Shales

[illegible]

[illegible] ***production-based approach*** [illegible]

[illegible]

[illegible]

] *resource-based approach* [illegible]

[illegible]

$$q = q_i \left(-Dt\right)$$

$$q = q_i \left(P + Dbt\right)^{-PN}$$

The page content is illegible due to corrupted or scrambled text rendering.

[illegible]

### 3.4.1.2 Tight Formations

[illegible] *burn rate* [illegible]

### 3.4.1.3 Drilling and Waterflooding of Oil and Gas Reservoirs

[illegible]

[illegible]

### 3.4.1.4 Coal

[illegible]

### 3.4.1.5 Aggregates

[illegible]

[illegible]

[illegible] "*coefficients indicate that on average as population grows by 1000 people, aggregate output in Texas rises by 4,800 tons (i.e., about 4.8 tons per person), and every $1 million increase in gross product for the construction industry results in an additional 5,760 tons of aggregate extracted.*" [illegible]

*Aggr.Prod.* = [illegible] × *Pop.* × *Rate* [illegible] × *Pop.Growth* × *Rate2* [illegible]

[illegible]

[illegible]

*although development and maintenance of infrastructure in metropolitan areas require a continuing supply of aggregate, aggregate production rates begin to fall in counties when the population density reaches approximately 1000 people per square mile. At population densities of about 2000 people per square mile, production of aggregate in many counties may diminish significantly.*"

### 3.4.1.6   Other Mineral Commodities



r ░░ü≤Ÿs v c a ⌐š≤░░ŸŇ░░░MˊüóVñ≤MˊMˊN ñ░░░░N ñ░Nˊü?NˊóP×░░░░░×W·PPˊVˊü?⅔

e ░░░≤⌐Wˊ ñ≤¾q≤░░ñˊv ñ≤˄o ñ░░░░ˊf░░░░≤



r ꞏꞏꞏúꞏYꞏq q b ꞏꞏóꞏꞏꞏꞏꞏYꞏꞏꞏMꞏMꞏñꞏMꞏMꞏꞏꞏꞏNꞏñꞏNꞏüꞏꞏꞏꞏꞏꞏñꞏMꞏꞏ
e ꞏꞏꞏXꞏꞏñꞏꞏñꞏꞏ¾q q bꞏüꞏꞏúꞏú



r ꞏꞏꞏꞏꞏꞏꞏꞏꞏꞏ ꞏ s v c a ꞏ f h r ꞏꞏꞏꞏꞏꞏꞏꞏꞏꞏ f b c ꞏꞏꞏꞏ s b d p ꞏ v ] o ꞏ

e ꞏꞏꞏꞏꞏꞏ POM b c ꞏ ü ꞏ ü ꞏꞏꞏꞏ ü ꞏ ꞏꞏꞏꞏ ꞏꞏ ꞏꞏꞏꞏꞏꞏꞏꞏꞏꞏꞏꞏꞏꞏꞏꞏ ꞏꞏꞏ s b d p ꞏ v ] o ꞏ ꞏꞏꞏ



r □□□ú<Yc ≤□□□d□≤□□<≤ó□□<

e □□□≤PPM4 ñ□<□M≤□□ú<□ñ□<



m□<Y<□ñ□□¾□ó≤□¾□ñ□ú□¾□□□□□<□□<□□□□□ñ□<□□□□M□□□<□□□<□□□□¾□<□□ú□ó□□<□ñ□<□ñ□ñ□ó□<
ñ□<□□□□V□□□ñ□□<□□□□<□□□□ñ□<≤?¼□ùñ□ñ□ú<□ñ□□□□□<□ñ□<□ñ□<□□□□<

e □□□≤PQM□ □□ ñ□□□□<?¼□<≤□□<□ñ□□□ñú≤<□□□ú<□ □<≤□ñ≤□ñ□<□□□□<



e ⬚⬚⬚≤PRM⬚ ñ⬚<⬚⬚⬚⬚⬚ñ⬚⬚⬚<⬚⬚⬚⬚ñ⬚⬚⬚Iú⬚⬚⬚<⬚<ú⬚ñ⬚⬚⬚⬚⅖⬚ú⬚⬚⬚≤üL⬚⬚⬚≤⅖ñú⬚⬚⬚≤M⬚<
] ⬚⬚<⬚⬚⬚⬚⬚⬚o⬚⬚≤⬚b⬚⬚⬚⬚⬚ñ⬚ü<≤≤ñ⬚<⬚⬚⬚⬚⬚ü⬚⬚ú⬚⬚⬚≤Za⬚≤⬚b⬚⬚⬚⬚ñ⬚ü<⬚⬚⬚⬚⬚⬚ü⬚⬚<
ú⬚⬚⬚⬚≤Zg ñ⬚⬚⬚≤b⬚⬚⬚⬚ú⬚⬚⬚<⬚⬚⬚<⬚mr r f ] ⅖ñú⬚⬚⬚≤ü⬚≤<⬚<⬚ú⬚ü⬚<<⬚⬚⬚⬚⬚⬚ü⬚⬚<ú⬚⬚⬚≤M⬚





10,000
1,000
100
Gas Rate (Mscfd)
History Cum = 0.67 Bcf
EUR = 8.2 Bcf
EUR = 6.3 Bcf
EUR = 3.7 Bcf
2009
2013
2018
2023
2028
2033
2038
2043
2048
Time

r ꞏꞏꞏú≤ꞏYᵇ ꞏꞏꞏꞏ≤ꞏñꞏMꞏQꞏPꞏOꞏHꞏ ü²⁄≤ü⁻½≤ꞏ⁻ᵇ ꞏꞏꞏñ≤ꞏñꞏMꞏQꞏOꞏWꞏHꞏ

e ꞏꞏꞏ≤ꞏPꞏWꞏkꞏñ≤ꞏñ≤ꞏꞏꞏ≤ꞏMₛ≤ꞏꞏꞏñ≤ü<ꞏ ñú≤ü< ꞏü≤ꞏꞏM



m≤ꞏYᵉꞏñ≤úꞏꞏꞏꞏñꞏñ≤
ñ≤ñ≤ꞏüꞏñꞏñ≤ñ≤ñ≤
²⁄≤ꞏWꞏñú≤ꞏN≤ꞏꞏ≤
Gꞏñ≤ñꞏꞏ≤ꞏꞏñúꞏHꞏ
ꞏꞏ≤≤ñ≤ñꞏꞏñ≤ꞏ
ü≤ꞏꞏꞏM

r ꞏꞏꞏú≤ꞏᵇ ꞏꞏꞏꞏ≤ꞏ²⁄≤ ꞏꞏꞏꞏhᵍ½≤ꞏ

e ꞏꞏꞏ≤ꞏPꞏXꞏMꞏ ꞏñꞏ ꞏꞏ≤ꞏ²⁄≤ꞏa ñ≤ꞏ≤ꞏᵗ ñ≤ꞏü<ꞏꞏꞏꞏ≤ꞏ²⁄≤ñ≤ñ≤ꞏGꞏ ñꞏñꞏIꞏsꞏ ñꞏñ≤ꞏúꞏꞏꞏꞏꞏ≤ꞏꞏ≤ꞏHꞏ









r □□í≤Ya ñ≤□lg □□≤□<□ó□≤<

e □□□≤□QMq □□≤ú□□□ñ≤□¾i □≤□<QTKQOPOMⁿⁱHq ≤ü-ñⁱü≤ó□≤≤ü□□≤ü≤□□≤<□ñ≤ñⁱü<□K≤□□□K
≤□□≤ú□□□≤□ZÓH≤ü□Kó□≤Kⁿⁱü<□≤≤□ü□ñ□□ü≤ü≤□□≤<□□□□□□ñ□K≤□□úⁿKⁿⁱü-ü□≤ú□□□ñ≤□□□M

# 4 Current Water Use

[illegible] *current use* [illegible]

## 4.1 Shales and Tight Sands

[illegible]

### 4.1.1 Location and Extent

[illegible]

[illegible]

## 4.1.2   Gas (and Oil) Shales

### 4.1.2.1   Barnett Shale

## 4.1.2.2  Haynesville and Bossier Shales

TR

### 4.1.2.3   Eagle Ford Shale

[The body text of this page is rendered in an unreadable decorative/symbol font and cannot be reliably transcribed.]

### 4.1.2.4   Woodford, Pearsall, Bend, and Barnett-PB Shales

[The body text of this section is rendered in an unreadable decorative/symbol font and cannot be reliably transcribed.]

[illegible]

[illegible]

[illegible]

[illegible]

#### 4.1.2.5 Conclusions on Gas Shales

[illegible]

| u ░░A | i ░░Re ░░░░░A | ░pz A░ ░░Az ░░░░░A |
|---|---|---|
| n ░░Az ░░░a | | |
| d ░░░░? | h ░░fy ░░? | d ░░░░Kg ░░░░░░Kh ░░░░░░Kb ░░░h ░░░Kx ░░? |
| d ░░░r d? | r ░░ ░░? | d ░░░░? |
| j ░░░░░░░? | g ░░?v ░░? | j ░░░░░░░? |
| g ░░░░░? | i e ? ░░? ░░░░? | g ░░░░░░? |
| r ░░░░░? | o ░░░░░? | r ░░░░░? |
| y ░░░░Lr d? | r ░░ ░░? | y ░░░░░? |
| y ░░░░Lc d? | c ░░░░░░? | y ░░░░░? |
| ? | ? | ? |
| ~ ░░Az ░░A | | |
| *Anadarko Basin* | | |
| c ░░Lc d? | c ░░░░░░ | c ░░░Kd ░░░Kb ░░░░░K░ ░░░░fy ░░░K░ ░░░░░░░░░? |
| e ░░░░░? | c ░░░░░░ | e ░░░░░░Kb ░░░ ░░░Ke ░░░░░Km░░░░Ke ░░░░░? |
| ? | ? | ? |
| *East Texas Basin* | | |
| l ░░ ░░? | g ░░?v ░░░░ | l ░░ ░░? |
| r ░░░░? | g ░░?v ░░░░ | r ░░░░Kf ░░░Ku ░░░? |
| v ░░░░? | g ░░?v ░░░░ | v ░░░? ░░░Kj ░░░░░? |
| e ░░░?x ░░░? | g ░░?v ░░░░ | e ░░░?x ░░░░Kc ░░░░e ░░░Kv ░░░░K░ ░░ ░░Ku ░░░░Kd ░░░░░? |
| d ░░░░? | g ░░?v ░░░░ | d ░░░░░? |
| u ░░░░░░? | g ░░?v ░░░░ | u ░░░░░░ |
| ? | ? | ? |
| *Fort Worth Basin* | | |
| c ░░Lhy d? | h ░░fy ░░░? | c ░░░Kd ░░░Kb ░░░░K░ ░░░fy ░░░Kf ░░░░░░░░░? |
| ? | ? | ? |
| *Permian Basin* | | |
| u ░░?c ░░░░? | o ░░░░Jedr ? | u ░░?c ░░░░K░ ░░░░░?G ░░░░░Kc ░░Ky ░░░░H? |
| u ░░░░░░? | o ░░░░░? | u ░░░░░Kf ░░░? |
| e ░░░?h ░░░? | e dr ? | e ░░░?h ░░░? |
| d ░░░?u ░░░░? | f ░░░░░? | d ░░░?u ░░░░? |
| y ░░░░ ░? | o ░░░░░? | y ░░░░░ ░?? |
| e ░░░? | r ░░ ░░? | e ░░░Ke ░░░░Ku ░░░░K░ ░░░░░░░? |
| e ░░░░? | r ░░ ░░? | e ░░░Ke ░░░░Ku ░░░Kf ░░░░░░░░? |
| u ░░░ ░?? | r ░░ ░░? | e ░░░Ke ░░░░Ku ░░░Kf ░░░░░░░░? |
| c ░░░Lr d? | r ░░ ░░? | c ░░░Kd ░░░Kb ░░░░K░ ░░░fy ░░? |
| f ░░░░░? | r ░░ ░░? | f ░░░░░Kv ░░░░░░Kf ░░░░e ░░░░K?u ░░░░"? |
| e ░░░░?u ░░░? | x ░?x ░░░? | e ░░░░Ke ░░░░?u ░░░? |
| e ░░░░? | o ░░░░░? | e ░░░░Kv ░░░░░? |
| ? | *Gulf Coast Basin* | |
| x ░░░░░░? | i ░░?e ░░░? | x ░░░░░░Kh ░░Kj ░░░░░░? |
| y ░░░░? | i ░░?e ░░░░ | y ░░░Kk░░░Kv ░░░Kh░░░Ku ░░░?v ░░░? |
| q ░░ ░? | i ░░?e ░░░░ | q ░░ ░Ku ░░? ░░░Kb ░░░░Kg ░░░░░░? |

[illegible]

| [illegible] | [illegible] | [illegible] | [illegible] |
|---|---|---|---|
| [illegible] | CMD | QTMD | ? |
| [illegible] | PMD | RSMD | ? |
| [illegible] | RMD | QMD | QWPD |
| [illegible] | VMD | TMD | SSMD |
| [illegible] | TVRD | PRMD | QMD |
| [illegible] | PQRD | SMD | RRSD |
| [illegible] | PVXD | PSPD | XSPD |

[illegible]

| [illegible] | [illegible] | [illegible] |
|---|---|---|
| [illegible] | [illegible] | PQS |
| | [illegible] | TQ |
| | [illegible] | PV |
| | [illegible] | PV |
| | [illegible] | **SRQ** |
| [illegible] | [illegible] | RQ |
| | [illegible] | WR |
| | [illegible] | QRQ |
| | [illegible] | SV |
| | [illegible] | PX |
| | [illegible] | PU |
| | [illegible] | **RTVS** |
| [illegible] | [illegible] | QO |
| | [illegible] | SV |
| | [illegible] | PPT |
| | [illegible] | QU |
| | [illegible] | XX |
| | [illegible] | **UYX** |
| [illegible] | [illegible] | PXR |
| | [illegible] | UV |
| | [illegible] | RX |
| | [illegible] | US |
| | [illegible] | QO |
| | [illegible] | WO |
| | [illegible] | **UWU** |
| [illegible] | [illegible] | PQXT |
| | [illegible] | QR |
| | [illegible] | **RTRY** |
| [illegible] | [illegible] | QSUO |
| | [illegible] | RPT |
| | [illegible] | PUX |
| | [illegible] | PRQ |
| | [illegible] | VRR |
| | [illegible] | **TYQZ** |
| [illegible] | [illegible] | SWQ |
| | [illegible] | PWT |
| | [illegible] | PSO |
| | [illegible] | PWPPII |
| | [illegible] | **SXRS** |

s ñó≪XMb ▯▯▯L≪≪≪ñ≪Lⁿ Lúⁿ ▯≪▯▯▯≪ⁿ≪≪I≪≪K≪a ñ≪≪# ñ≪-COOW#≪

| j ▯▯▯▯A | ▯ ▯▯▯A½▯▯A | j ▯▯▯▯A | ▯ ▯▯▯A½▯▯A |
|---|---|---|---|
| | l▯▯▯▯▯▯▯▯▯Aa mlA | | l▯▯▯▯▯▯▯▯▯Aa mlA |
| c ▯▯▯▯? | ONOCR | l ▯▯▯? | ONOWT? |
| d ▯▯▯▯▯? | ONOOW | l ▯▯▯▯▯▯? | W8TX? |
| d ▯▯▯▯▯▯▯? | ONORS | n≪?u ▯▯▯▯? | ONOPO? |
| e ▯▯▯? | ONOCO | o ▯▯▯▯▯▯▯? | ONOOV? |
| e ▯▯▯▯? | ONOQX | o ▯▯▯▯▯▯? | ONTVP? |
| e ▯▯▯▯▯▯▯▯? | ONOST | r ▯▯▯? ▯▯▯▯? | ONOOU? |
| f ▯▯▯▯? | ONOVU | r ▯▯▯▯▯? | ONRU? |
| f ▯▯▯▯▯? | ONTQ | r ▯▯▯▯? | PNOUW? |
| f ▯▯▯▯? | ONOSS | t ▯▯▯▯▯? | ONOSWP? |
| g ▯▯▯▯▯▯▯? | ONOPQ | t ▯▯▯? | ONOPP? |
| g ▯▯▯? | ONOXU | u ▯▯▯ ▯▯▯▯? | ONPVP? |
| g ▯▯▯▯? | ONOXT | v ▯▯▯▯▯? | TNPSV? |
| j ▯▯▯▯▯▯? | ONOTW | y ▯▯▯? | ONOOV? |
| j ▯▯? | PNPRV | y ▯▯▯? | ONOPV? |
| j ▯▯▯? | ONPTS | ~▯▯▯AA | SVOXQA |

s ñó≪POM ▯▯ ñ≪▯≪?¾ñú▯▯▯≪ñ≪≪I≪≪

| w▯▯▯A | ▯ ▯▯▯A½▯▯A |
|---|---|
| | l▯▯▯▯▯▯▯▯▯Aa mlA |
| d ▯▯▯▯▯▯?u ▯▯▯▯? | ONNST? |
| j ▯▯▯▯▯▯▯▯▯▯?u ▯▯▯▯? | ONPP? |
| g ▯▯▯▯?h ▯▯▯?u ▯▯▯▯? | ONOV? |
| y ▯▯▯▯▯▯▯N▯ ▯▯▯▯▯? d N▯ ▯▯▯▯▯▯?u ▯▯▯▯? | ONOX? |
| c ▯▯▯▯▯▯?v ▯▯▯?h ▯▯▯ ▯▯▯▯? | ONOQ? |
| g ▯▯▯?v ▯▯▯▯?v ▯▯▯?h ▯▯▯ ▯▯▯▯? | SNOU? |
| r ▯▯▯ ▯▯?d ▯▯▯▯?v ▯▯▯?h ▯▯▯ ▯▯▯▯? | RNOX? |
| i ▯▯▯?e ▯▯▯?v ▯▯▯?h ▯▯▯ ▯▯▯▯? | ONW? |
| e ▯▯▯▯▯▯N ▯▯▯▯?v ▯▯▯?h ▯▯▯ ▯▯▯▯? | ONPV? |
| u ▯▯▯ ?u ▯▯▯▯?G▯▯▯▯▯?▯?] ONOP?⌀ ▯▯H? | ONTWP? |
| u ▯▯▯ ?v ▯▯▯?h ▯▯MG▯▯▯▯▯?▯?] ONOP?⌀ ▯▯H? | PONNR? |
| u ▯▯▯ ?c ▯?G▯▯▯▯▯?▯?] ONOP?⌀ ▯▯H? | RUNOS? |

l ▯▯▯▯Lv ñ≪▯ ≪OOOW▯QM▯▯≪



r ꞏꞏꞏꞏ<Ydh] <ꞏ<ó ꞏꞏ§Kꞏꞏñ§ñꞏ§ü◄ ꞏꞏꞏꞏ§QPO<

e ꞏꞏꞏꞏ§<QRMꞏh] <ꞏñꞏñꞏ§ꞏi<ꞏ¾ꞏꞏꞏꞏꞏ<¾<ꞏñ§Lꞏñꞏ§ꞏü<ꞏꞏꞏꞏLꞏñꞏ<ꞏñꞏꞏ<



































r ⫶⫶ü≼Yg ≤ ⫶⫶ñ≼ü≼q ⫶⫶≼CQPCKe ⫶⫶MH≼
m≼Yú⫶⫶≼sú⫶⫶≼ñ≼⫶<≼⫶⫶<≼¾≼dñ≼e ⫶⫶üZ≼⫶<≼¾≼dñ≼e ⫶⫶ü<⫶⫶ñ⫶⫶≼≼≼dñ≼s ≤⫶⫶a ñ⫶⫶≼ñ≼⫶≼t ñ≼⫶ü<
a ñ⫶⫶≼⫶⫶<≼⫶⫶<≼⫶⫶⫶⫶⫶⫶<≼

e ⫶⫶⫶⫶≼RXM≼ v  Imd<ú≼≼ñ≼ü<⫶⫶⫶⫶<≼ú⫶⫶<≼sú⫶⫶<≼⫶⫶⫶⫶ñ⫶⫶<≼⫶⫶ñ<≼⫶⫶⫶⫶ñ⫶⫶⫶⫶ñ≼ü<
≼ñ⫶⫶⫶⫶⫶⫶ñú⫶⫶<≼⫶dñ≼e ⫶ü<⫶ñ⫶ñ≼ñ<



r ⫶⫶ü≼Yg ≤ ⫶⫶ñ≼ü≼q ⫶⫶≼CQPCKe ⫶⫶MH≼
e ⫶⫶⫶⫶≼SCM⫶⫶⫶ñú⫶<≼ñ≼⫶<¾≼⫶⫶⫶<≼dñ≼e ⫶ü⫶ ñ≼<







VP











r ꞏꞏꞏ≤Y ñ≤ꞏ≤ñꞏMPXVXHꞏꞏü⅜≤ü‹ö‹f ≤‹≤‹q ꞏꞏ≤ꞏñ‹ü‹‹üꞏꞏú‹ꞏꞏꞏꞏGꞏd f H‹
mꞏ≤Yꞏꞏ‹ñꞏꞏ‹üꞏꞏꞏñꞏ≤ꞏꞏúꞏ≤‹≤⅜≤‹v ꞏꞏö≤ꞏꞏe ꞏꞏꞏñ‹ꞏꞏꞏ‹⅜ñꞏꞏóꞏñꞏñꞏ≤‹

e ꞏꞏꞏꞏ≤SUꞏꞏ ꞏꞏü⅜ꞏlüꞏꞏGꞏ ꞏꞏ≤ꞏc ≤ꞏꞏꞏñꞏHꞏúúꞏꞏ‹≤ꞏꞏú‹≤‹‹s ≤ꞏñ‹



r ░░ú≤Yò ñ░≤ñMPXVXH≤ ü?⁄⁄ü-ó░ẗ ≤░≤ẗq ░░≤ñ░ü<░ü░░ú<░░░Gi d f H<
e ░░░≤SVM░ ░░░░░░ñ░G░ú░ü░░ẗa ñ░≤░Ħ⁄ñú≤≤ü░░░ó░░░<









e ⬚⬚⬚≪TQMb ⬚⬚⬚⬚L≤ ≤ ≶⁄ñú⬚⬚⬚< ñ≤ ≤ ⫶≪-CQCOWK<

### 4.1.3 Tight Reservoirs

[illegible]

#### 4.1.3.1 Anadarko Basin

[illegible] **0.4 Mgal/well** [illegible] **2.22 thousand AF** [illegible]

#### 4.1.3.2 East Texas Basin

[illegible]

[text illegible]

[text illegible] **0.9 Mgal**/[illegible] **3 Mgal/well** [illegible] **4.26 thousand AF** [illegible]

### 4.1.3.3   Fort Worth Basin

[text illegible]

### 4.1.3.4   Permian Basin

[text illegible]

[text illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible] 1 Mgal/well [illegible]

[illegible] 3.25 thousand AF [illegible]

#### 4.1.3.5 Maverick Basin and Gulf Coast

[illegible]

[illegible] 0.2 Mgal/well [illegible] 0.5 Mgal/well [illegible]

[illegible] 0.60 thousand AF [illegible]

#### 4.1.3.6 Conclusions on Tight Formations

[illegible]

[illegible]

| [illegible] | [illegible] | [illegible] | | |
|---|---|---|---|---|
| | | [illegible] | [illegible] | [illegible] |
| [illegible] | | [illegible] | | |
| | [illegible] | [illegible] | | |
| | [illegible] | [illegible] | [illegible] | [illegible] |
| | [illegible] | [illegible] | [illegible] | [illegible] |
| | [illegible] | [illegible] | [illegible] | [illegible] |
| | | [illegible] | | [illegible] |
| [illegible] | | [illegible] | | [illegible] |
| | [illegible] | [illegible] | [illegible] | [illegible] |
| | [illegible] | [illegible] | [illegible] | [illegible] |





















r ⬚⬚ñ≤Yc ⬚⬚⬚≤ñ⬚MPXXRK̃c ⬚MQSH

e ⬚⬚≤TW⬚ ⬚⬚ó⬚⬚≤¾⬚ ⬚⬚u ñ≤⬚<<≤⬚⬚K̃≤ü≤⬚dñ≤s ≤ñ≤



e ⬚⬚≤TXMñ≤s ≤ñ≤a ñ⬚⬚—≤⬚úñ≤⬚M⬚⬚⬚⬚ñ≤≤⬚K̃⬚⬚⬚⬚≤⬚≤≤

















r ⬜⬜⬜ú≤Ye ⬜⬜⬜≤ñMQOOĨñ—f hr ⬜⬜H≺

e ⬜⬜⬜≤URM ñ⬜⬜úñ⬜⬜ú≺ñ⬜⬜≺⬜K⬜≤o≤⬜⬜ ñ⬜a ñ⬜⬜≺



r ꞏꞏꞏú≤Y%ꞏꞏ꞊f hr ꞏú≤ꞏñ≤ꞏ≤¾ú꞊ ñꞏꞏꞏꞏb c ꞏ¾c ꞏꞏꞏ≤ñ꞊MꞌOOꞌñꞏHꞏ
e ꞏꞏꞏ≤USMꞏ꞊ꞏñꞏa ñꞏꞏꞏ꞊≤ꞏꞏꞏꞏú≤ñꞏꞏꞏ≤꞊



r ꞏꞏꞏú≤Yꞌ ꞏꞏꞏ≤꞊¾꞊ ꞏ≤꞊q ꞏꞏꞏꞏ≤ñꞏú꞊ ꞏúꞏꞏú꞊ꞏñꞏa d f꞊
e ꞏꞏꞏ≤UꞌMꞏ꞊ꞏꞏꞏñ≤ꞏ≤꞊≤úꞏꞏñꞏꞏꞏñꞏꞏꞏ꞊¾꞊≤k꞊ꞏñꞏúñꞏꞌGꞏ≤ꞏꞏñ꞊Hꞏ





r □□□ü<∃Yf≤ñ□mñü<ñü<≤t □ü□ü<f □□□□fi≡a df <

e □□□≤≤UM4 □□≤t □□□□≡⅔□□□□□fiü≤≤ñ□□□<⅔≤□□<⅔v □⅞ún□<

























## *4.2 Oil and Gas Drilling and Waterflooding*

[illegible]

### 4.2.1 Waterflooding

#### 4.2.1.1 Information available before this study

[illegible]

#### 4.2.1.2   Extrapolations from the RRC 1995 Survey

POV

### 4.2.1.3   Current Waterflooding Water Use

**nonprimary recovery processes is ~13 and 25.5 thousand AF for fresh and brackish water**

## 4.2.2 Drilling

POX

[illegible] **drilling-fresh-water use of 8.0 thousand AF** [illegible]

s ñó ≤<PTM<g □□□□úñ□<□ñ□≤□<□≤<□<□≤ú□□üñ□□ñ□ü<≤□□ñ□<□≤ú□□≤□□G□ □□□□□óñ□≤□□H<

| k □□□□□A | z □□□ □□□A | | i □□□□□□A □□□A | | m□□□□A □□□A | | i □A | m□A |
|---|---|---|---|---|---|---|---|---|
| | l□ □□□□A□□JA | | | | | | | |
| | RZYQA | RZYRA | RZYQA | RZYRA | RZYQA | RZYRA | RZZVA | RZZVA |
| R | PRMO? | PQMS? | PRMR | PVMR | SMT | RMS | ? | PMS |
| S | RPMU? | QQMU? | OMO | OMO | OMO | OMO | ? | OMO |
| T | VPMU? | TXMX? | OMO | OMO | OMP | OMO | ? | OMO |
| U | WSMW? | VXMU? | OMP | OMO | OMO | OMO | ? | OMO |
| V | PSMR? | XMR? | OMO | OMO | PMP | PMO | ? | SMQ |
| W | TVMW? | TVMT? | QMS | QMS | QRMW | QSMU | ? | WMT |
| W | OMT? | PMU? | TMP | UMQ | PMO | PMO | ? | OMW |
| Xi | PRPMU? | PRRMT? | PMY | PMS | SUMO | SPMT | ? | TVMO |
| Xj | TRMO? | TQMP? | WMR | UMY | TMW | SMY | ? | PMO |
| Y | UORMW? | UPVMQ? | SUQMY | SSQMS | VRMT | WPMQ | ? | PXMR |
| Yh | VXPMR? | WTTMP? | SQMP | SPMO | STRMR | SPRMR | ? | PTTMR |
| Z | QVMW? | QXQMR? | RMR | RMR | PQMS | PQMP | ? | PMP |
| RQ | PXMU? | QQMT? | OMO | OMO | PTMX | PSMT | ? | RMP |
| ~□□□□ | SRVQQZA | SSRROMA | VTZQR | VRYQX | WTXQY | VZXQT | XYQSA | SVRQX |

r □□□ú≤Y<q q b <QPXWQH□ñ□ü<c ≤<k ≤□□<QPXXUH<

g □□□□úñ<□<□≤ú□□□ Q ½□□q q b PXWQq ≤□□□M□□

s ñó ≤<PUM<c ≤□L□ñ□≤□<□≤<□<d n q <□□≤□ñ□□□□<QPXXT<q q b <□□□≤□H<

| j □□□□A | m□□□□N□ □□□A ½□□A□□JA | j □□□□A | m□□□□N□ □□□A½□□A l□□J | j □□□□A | m□□□□N□ □□□A ½□□A□□JA |
|---|---|---|---|---|---|
| i □□□□? | TXMRSVMOXO? | h □□□? | PMOVUMXO | y □□□□ □□□? | XTMQRW |
| u □□□□□□□? | TUMQOWMUPV? | k□□□? | XURMTXO | d □□□□□? | WWMUQT |
| j □□□□□? | SQMUWSMRXX? | u □□□□? | WXUMOOO | y □□□? | VRMOOO |
| ~□□□□□ ? | PXMSUUMRUU? | i □□□□? | WPMWTVP | d □□ □□? | VOMQUQ |
| c □□□□ □? | PQMTQQMUQT? | o □□□□? | USOMRVX | e □□□? | TSMVTO |
| e □□□□□□? | WMWTVMOPS? | h □□□□□□? | UQMVSOT | u □□□□ □□? | SSMPSV |
| n□□□□□□? | WMPSUMPUQ? | p □□□□? | TTVMVXP | r □□□□? | SQMRQR |
| f □□ □□□? | TMTPVMVPR? | ~□□□□? | TRSMQUT | j □□□□? | SQMWR |
| i □□□□? | SMSSVMUST? | y □□□□□? | RUTMOOO | c □□□□□□□? | QQMWTO |
| n□□□? | SMQORMWPO? | j □□ □□□? | QQOMSUQ | l □□□? | PTMUOQ |
| g □□□? | RMTVSMRSV? | o □□□□? | QPSMVWW | c □□□□? | SMROT |
| c □□□□□□□□? | RMPSTMTVX? | f □□□□□? | PXUMOUO | e □□□□ □□? | RMOOO |
| i □□□? | RMPSTMPSR? | e □□□? | PXSMQWO | e □□□□□□? | PMWOO |
| j □□□? | QMSQPMQRV? | t □□□? | PURMPVR | v □□ ? □□□□? | RVT |
| v □□□□? | QMPRXMUQW? | g □□□□□□□? | PTWMRXR | y □□□□? | ST |
| u □ □□□? | PMXRRMPWS? | × □□□□□? | PSRMOTS | ? | ? |
| y □□□□? | PMUTWMPPR? | e □□□□? | PRSMRXS | ~□□□□A□□□JA | SVRMXRWMWZYA |
| r □□□□? | PMQTVMVPT? | e □□ □? | PQQMVST | ~□□□□Ah mJA | TSMUUA |
| n□□□? | PMPSXMRUW? | m□□□? | PPVMQRR | ? | ? |
| o □□□□□? | PMOXOMPVO? | y □□□□□? | PQOMXXT | ? | ? |

r □□□ú≤Y<c ≤<k ≤□□<QPXXUH<

e ≤□□v ñ□≤□ln □ö□□ü□ú□□□×q b b PXXIM□<

s ñó≤PVMm≤ó≤≤¾≤≤ üü≤¾≤≤Lñ≤≤úü≤≤≤ñ≤¾ñ ñ≤QOPO≤

| k A | p A A u p A | p A A w m | z A y A | ~ A |
|---|---|---|---|---|
| QR | T? | PV? | RV0? | SCR? |
| QS | P? | P? | O? | Q? |
| QT | O? | P? | R? | S? |
| QU | R? | O? | T? | W? |
| QV | P? | O? | UW? | UX? |
| QW | R? | SQ? | QSS? | QVK? |
| Wf | O? | W? | SO? | SW? |
| Xi | P? | RX? | UQW? | UUW? |
| Xj | O? | T? | W? | XQ? |
| QY | P? | WP? | RKUP? | SKOSR? |
| Yh | T? | RUW? | XKOVT? | XKSSW? |
| QZ | Q? | PQ? | PPQ? | PQU? |
| RQ | Q? | RO? | PXX? | QRP? |
| ~ | QS? | UOT? | PSKWQQ? | PTKSRP? |

r ü≤Y≤≤ñü≤ c ≤k≤≤Qq b Kñ ñ≤QOPOHú ñ≤ñ≤

s ñó≤PWWt ú1≤≤ñ≤ñ≤≤úü≤≤≤≤M ñ≤¾ü≤≤≤QXXW≤

| RZZY—h A A A | | k A A | k A A | A | v A | ~ A | N P ~ |
|---|---|---|---|---|---|---|---|
| k A | QA | QA | A | | | | |
| P? | QQPKVUKVRX? | RUKQSKWUW | QPKUCKUTP | O | QVXKTQVWRTW | VWD |
| Q? | PQPKUQTKTXW? | QXKUVRKWXP | TWKQTTHPST | O | QQKKTTSKURS | QVWD |
| R? | VVWRCRKPTX? | VVKOSRKPWS | RWKUCUKURX | PKUTRWKXT | SXTKUCUKWV | VWD |
| S? | VVKVPRKKCU? | PXKSXKKPQ | QXKQPVKRTS | O | PQUKWPHPVQ | QRWD |
| T? | QSKVWRKXWP? | QXKVRRKUPT | PTKTXSKKUS | O | VCKQPQKTUO | QQWD |
| U? | PQQKVWRKCPV? | VRKKQQKVX | TRKUSKUXO | O | QSXKVUCKVWU | QPWD |
| Ug ? | O? | RTUKVWSKPCU | CUKQXCKCPU | O | RVWRKOVSKPQQ | UXD |
| Vd ? | QTHPCCKCPX? | QVWTPQKRSR | RCPKQTQKWP | O | RVSKWUCKRRR | YVQXF |
| Ve ? | STHROVKRVV? | VRKOTSKQQQ | VXKSXUKUTQ | O | PXVKWTWKQTP | SCWD |
| W? | PRXXTPKVUP? | QQVWUSCKSRO | PKQRWKSCQQP | RSPKUUO | PKTTQKRRRKPVQ | XXOXF |
| Wt ? | UVWTQRUW? | PPTHPOTHKQQ | PKQPPKSXTKXTQ | O | PHRXTKRTSKQSQ | YWQYF |
| X? | QSKTUKRXU? | RUKUVSKTVT | PXWPKXTKPSP | PTKRVO | QTXKSSPKSXQ | VUWSD |
| PO? | QTKVPSKOVP? | QSKTXXKTQT | QQKPPTKUWW | O | VQKSQKKQKS | QVWUD |
| ~ a | RWSXVWRXWNQSA | RWRQNQRZWVYS | TWSXXWLZWTYU | SWQRQWZSV | VWWUWZZXWWZT | VXQYF |

r ü≤Yq q b≤ó≤≤
YS≤MüMñ≤MMNñTñ≤≤Nñ≤ü≤≤M≤
m≤Yúñü≤ ñ≤ñ≤≤G≤≤K≤ñ≤Kü ü-ñü-ñ ü≤≤ñ≤H:

h Tñ úñ u ñ≤ OOOO aab JPXXWQQOPVM

s ñó ≤ PXMc ú L≤ ≤ ñ ñ ≤ L ≤ú M ñ ≤ ü ≤ QOOQH

| ASQQS—h A A A A | | | | | | |
|---|---|---|---|---|---|---|
| k A | k A O | k A OA A | A | v A | ~ A | PA- A |
| P | QQXKSWQKUPT? | QXKVXTKXUR | PQKSUSKXTV | O | QTPKVSRKTRT? | TMQD |
| Q | PPQKUQWKUXU? | QQKTQSKQUV | TUKQRSKUUX | O | PVXKRSVKSRQ? | QXMWD |
| R | RQRKXVXKWP? | VPKVQKQTS | QRKRQWKQQQ | QXQKTPP | SPWKUUQKVSW? | TMUD |
| S | WSKTVVKQWV? | PRKXURKWSW | QPKQQSKWPQ | O | PPXKTUTKVSW? | PVMUD |
| T | RUKPPWKWTR? | QWKUVKTRW | PTKSTQKTWU | O | WQKSRWKXVV? | PXMQD |
| U | PSXKQXQKUUT? | WUKQXRKRSO | SPKWQPKWR | O | QWKRWKWWV? | PTMPD |
| Ug | PTWKWP? | RSWPWQKQUX | RPKUXSKXXX | O | RWQKQRSKPSX? | WMRD |
| Vd | QSKUQQKQSS? | QUKSWKTTX | QTQKSSTKQUP | PKTQW | RQRKTQUKRXQ? | YTQSF |
| Ve | SQKVPPKXXX? | URKXPPKWUO | WWPSSKWR | O | PXQKVUWKWRQ? | STMWD |
| W | PTQKWQQKRSR? | PXSKSXWKWWO | PKPURKRXSKXTP | PTXKXOO | PKTPQKWTUKQVS? | XXQQF |
| Wc | UTKSPUKVQQ? | PPSKQWPKXRS | PKQTWKRQQKPPO | O | PKSRWKQQKUS? | YXQYF |
| X | QUKRXTKQWV? | RQKUXXKRVS | PTUKUPUKPTP | QVKRWU | QPRKVRWPXX? | VRMRD |
| PO | PUKQVRKQRV? | PXKSSRKPSP | PUKWQKWSQ | O | TQKRXVKQQQ? | RQMQD |
| ~ aA | RMSUSMSTQMSRQA | RMQUXMYYMQSX | TMRTXMWWSYW | UYRMSV | VMUSYMUWMYUYA | VXQYF |

r ú≤ Yq q b ≤ ó ≤ h ≤ú u ≤ QOOQ q q b J PXXWQOOPM

YN MúMñ MMNuñ ñN N ñ ≤ ü ≤ ≤ M

m ≤ Yú ü ≤ ñ ñ ≤ ≤ G ≤ ñ ≤ K ü ú ü ñ ü ≤ H

s ñó ≤ QOMd ñ ü ú L≤ ≤ ñú ≤ L ñ ≤ ñ ≤ ü ñ ≤ ≤

| k A | A A A A A JA RZZY–SQQSA l A JA | RZZVA N A A l A JA | m AA- A | m AA i AA PA- KA |
|---|---|---|---|---|
| OP? | QUMO | PMSR | OMRD ? | OMOD |
| OQ | | | | |
| OR? | SXUMT | OMOS | OMPD ? | OMPD |
| OS | | | | |
| OT? | WPMU | SMQO | TMTD ? | UMTD |
| OU? | QWWS | WMSU | QMRD ? | RMSD |
| Ug ? | SQQW | OMWQ | OMXD ? | OMOD |
| Vd ? | RXRMW | TUMXV | PSMSVD ? | PWMTD |
| Ve ? | QQRMU | OMXU | QQUTF A | QQWF |
| OW? | PKUVXMR | PXMRQ | RQRUF A | RQYQF |
| Wc ? | PKTWWR | PTTMQV | ZQYUF A | RSQYZF |
| OX? | QTQMP | PMPO | OMSSD ? | OMVD |
| PO? | UXMU | RMPT | SMQD ? | TMQD |
| ~ A | VMXWQQY | SVRQS | UQXF A | VQYZF |

h ≤ú u ≤ QOOO a a b J PXXVIOOOPM

I n ó ñ ≤ü ó ≤ ó ≤ ≤ ñ ≤ú ≤ úú ≤ ≤ PMP ñ ü ú ≤ ñúú ó ñú L ñ ≤ ≤

s ñó ≤<QPMh ñ< ≤ ⅔ ≪ ñ ñ≤ü<ú ú L≤ ≤⅔≤ L ñ≤< ≤⅔ < ñ≤⅔ ü<

| k A | RZZY–SQQSAh A m A A A A A p | RZZVAm N A ½ Am A A ~ A A | h A SQQX–SQQYA ~ p l A JA | l A m N A ½ A A h mJ |
|---|---|---|---|---|
| OP? | UMPD ? | OMTRD | SVTMD | QQQS |
| OQ? | QVMTD ? | OD | ñQPRMV ? | |
| OR? | UMPD ? | OMQPD | SUXMD | QQQQ |
| OS? | QOMRD ? | OD | ñPRVMD ? | |
| OT? | PXMMD ? | TMPTD | PXVMD | QQSW |
| OU? | PPMVD ? | QMXRD | VTUMU | QQRV |
| Vd ? | WSMMD ? | PSMSVD | RVMMD | WQRT |
| Ve ? | SQMXD ? | OMSRD | QVMMT | QQQX |
| OW? | VVMQD ? | PMPSD | PKUTQMV | RQYY |
| Wc ? | VVMTD ? | XMMSD | PKVPUMR | RZQQT |
| OX? | VSMQD ? | OMSSD | QURMX | QQRR |
| PO? | RPMTD ? | SMTQD | POTMV | QQRZ |
| v ? | TVMQD ? | SMRVD | URQPMQQ | SXQYV |

h <úu < QQQQ aab JPXXVLQQQP PMT

s ñó ≤<QQMb L≤ ≤≪ ñ≤<⅔⅔≤ L ñ≤< ≤⅔ < ñ≤⅔ ü<

| j A | m SQQYA | m SQRQA | i SQQYA | i SQRQA | j A | m SQQYA | m SQRQA | i O SQQYA | i O SQRQA |
|---|---|---|---|---|---|---|---|---|---|
| z A A | RSQZVA | XQYXA | SVQYSA | SZQZR | | | | | |
| c ? | OMPR? | OMOOW? | OMOQU? | OMQRP | n ? | OMOOT? | OMOOR? | OMOOX? | OMOPP |
| c ? | OMTTQ? | OMRMS? | PMOSR? | PMSTV | n ? | OMQRW? | OMOVS? | OMQSO? | OMQWQ |
| c ? | OMOOT? | OMOOR? | OMOOX? | OMOPO | n ? | OMRTX? | PMROV? | SMORX? | SMXUW |
| c ? | OMOOP? | OMOOP? | OMOOQ? | OMOOQ | n ? | OMOTP? | OMQOV? | OMUVO? | OMWMT |
| d ? | OMOOO? | OMOOO? | OMOOP? | OMOOP | o ? | OMOOP? | OMOOP? | OMOOQ? | OMOOQ |
| d ? | OMRQR? | OMOOO? | OMOOO? | OMOOO | o ? | OMOOX? | OMOWS? | OMQVR? | OMRQO |
| d ? | OMOOW? | OMOOT? | OMOPU? | OMOPW | o ? | OMOOP? | OMOOP? | OMOOR? | OMOOR |
| e ? | OMOOX? | OMOPW? | OMOTV? | OMOUV | o e ? | OMOPO? | OMOOX? | OMOQX? | OMORS |
| e ? | OMOOS? | OMOOR? | OMOOX? | OMOPO | o o ? | OMOOP? | OMOOO? | OMOOP? | OMOOP |
| e ? | OMOOP? | OMOOO? | OMOOP? | OMOOP | o ? | OMOOQ? | OMOTO? | OMWOX? | OMXSW |
| e ? | OMOOQ? | OMOOP? | OMOOS? | OMOOS | o ? | OMRQW? | OMORT? | OMPPS? | OMPRS |
| e ? | OMRXO? | OMOOT? | OMOPV? | OMOQO | o ? | OMOSW? | OMOOR? | OMOOX? | OMOPP |
| e ? | OMORS? | OMPOX? | OMRTT? | OMSPU | o ? | OMOOU? | OMOOS? | OMOPQ? | OMOPS |
| e ? | OMORT? | OMOOP? | OMOUW? | OMOWO | o ? | OMOOP? | OMOOP? | OMOOR? | OMOOR |
| e ? | OMOOP? | OMOOO? | OMOOP? | OMOOP | o ? | OMOOS? | OMOQV? | OMOWX? | OMPOS |
| e ? | OMOQV? | OMPOW? | OMRTP? | OMSPQ | p ? | OMOOS? | OMOOQ? | OMOOV? | OMOOW |
| e ? | OMOOV? | OMOOS? | OMOPS? | OMOPU | p ? | OMOVS? | OMOST? | OMPSU? | OMPVP |
| e ? | OMOOQ? | OMOOV? | OMOQQ? | OMOQU | q ? | OMOOU? | OMOOS? | OMOPQ? | OMOPT |
| e ? | OMRXX? | OMOQV? | OMOWU? | OMPOP | q ? | OMOOT? | OMOOR? | OMOPO? | OMOPQ |

| j □□□□□A | m□□□□ SQQYA | m□□□□ SQRQA | i □□□□ SQQYA | i □□□□ SQRQA | j □□□□A | m□□□□ SQQYA | m□□□□ SQRQA | i □□□□O SQQYA | i □□□□O SQRQA |
|---|---|---|---|---|---|---|---|---|---|
| e □□□□□□? | CMDWU? | CMDOV? | CMDCP? | CMDQT | r □□□? □□□□? | CMDQX? | CMPVW? | CMDTVW? | CMDUW |
| e □□□□□? | CMDCQ? | CMDQW? | CMWRX? | CMWUU | r □□□□? | CMDTT? | CMDUU? | CMDPQ? | CMDSX |
| e □□□□□□□□? | CMDOV? | CMDRR? | CMPOW? | CMPQV | r □□□□? | CMDCP? | CMDOO? | CMDCP? | CMDOQ |
| f □□□□□? | CMDSR? | CMDRX? | CMPQT? | CMPSU | t □□□□□? | CMPTQ? | CMDQS? | CMDVV? | CMDXO |
| f □□□□□? | CMDOX? | CMDOO? | CMDOO? | CMDOO | t □□? □□□? | CMDCP? | CMDCP? | CMDCR? | CMDCR |
| f □□ □ □? | CMDCP? | CMDOO? | CMDCP? | CMDOQ | t □□□□□? | CMDQV? | CMDPX? | CMDUP? | CMDVP |
| g □□□□□□? | CMPPT? | CMDVO? | CMDQW? | CMDUV | t □□□□□□? | CMDQV? | CMDUO? | CMPXS? | CMDQW |
| g □□□? | CMPTW? | CMDPX? | CMDUP? | CMDVQ | t □□□? | CMDPX? | CMDPP? | CMDRV? | CMDSS |
| h □□□□? | CMPTO? | CMDXP? | CMDXT? | CMRST | u □□□□□□□□? | CMDPU? | CMDRO? | CMDXU? | CMPPQ |
| h □□□□? | CMDOO? | CMDRP? | CMPOP? | CMPPX | u □□□□? | CMDRX? | CMDOO? | CMDOO? | CMDOO |
| h □□□□? | CMDCP? | CMDCP? | CMDOQ? | CMDOQ | u □□□□□□□□□□? | CMDVT? | CMDSU? | CMPSW? | CMPVR |
| h □□□□□□? | CMDOQ? | CMDCP? | CMDOS? | CMDOS | u □□□□ □□? | CMDOR? | CMDOQ? | CMDOU? | CMDOV |
| h □□□□□□□□? | CMDOQ? | CMDCP? | CMDOS? | CMDOT | u □ □□□? | CMDOV? | CMDOS? | CMDPS? | CMDPU |
| i □□□□□? | QMPU? | CMDOQ? | CMDOV? | CMDOW | u □□□□□□□? | PMWU? | PMDWU? | RMTQO? | SMPQU |
| i □□□□? | CMPXU? | CMDPP? | CMDRU? | CMDSQ | u □□□□□□? | CMDST? | CMDOV? | CMDCR? | CMDQV |
| i □□□□□□□□? | CMPTU? | CMDWT? | CMDVU? | CMRQS | u □□□□□ □□? | CMDPW? | CMPRQ? | CMSRO? | CMTOR |
| i □□□? | CMDQS? | CMDPS? | CMDSV? | CMDTT | u □□□□□? | CMDCP? | CMDCP? | CMDOT? | CMDOT |
| i □□□□□□? | CMDOQ? | CMDCP? | CMDOS? | CMDOS | v □□□□? | CMDQT? | CMDPT? | CMDSX? | CMDTV |
| j □□□? | CMPOV? | CMDVP? | CMWWO? | PMDRP | v □□□□□? | CMDOS? | CMPOU? | CMRSR? | CMSOP |
| j □□□□□□□? | CMDOQ? | CMDCP? | CMDCR? | CMDOS | v □□□□? | CMDXS? | CMDPX? | CMDUP? | CMDVQ |
| j □□□□□? | CMDOR? | CMDOQ? | CMDOT? | CMDOU | v □□□□□□ □□□□□? | CMDUX? | CMDSQ? | CMPRV? | CMPUO |
| j □□□□□? | CMDRP? | CMDPX? | CMDUP? | CMDVQ | v □□□□? | CMDOR? | CMDOQ? | CMDOT? | CMDOU |
| j □□□□□? | PMWWP? | CMDCP? | CMDOS? | CMDOT | v □□ ? □□□□? | CMDRQ? | CMDPP? | CMDRU? | CMDSQ |
| j □□□□□□? | CMDPT? | CMDOX? | CMDQX? | CMDRS | w □□□□□? | CMDPQ? | CMDOV? | CMDQS? | CMDQW |
| j □□□□□? | CMDPO? | CMDPS? | CMDSU? | CMDTR | w □□□□? | CMRPT? | CMDOO? | CMDCP? | CMDOQ |
| j □□□□□□□□□? | CMDOU? | CMDOS? | CMDPR? | CMDPT | x □□?×□□□□? | CMDPX? | CMDPQ? | CMDRW? | CMDSS |
| k □□□? | CMDSQ? | CMPUX? | CMTSW? | CMUSQ | y □□□? | CMDOR? | CMDOR? | CMDPO? | CMDPQ |
| l □□□? | CMDCP? | CMDCP? | CMDOQ? | CMDOQ | y □□□□□□? | CMDCP? | CMDOO? | CMDCP? | CMDOQ |
| l □□□□? | CMDSP? | CMDQT? | CMDWO? | CMDXS | y □□□□□? | CMDQO? | CMDPQ? | CMDSO? | CMDSV |
| m □□□? | CMDXV? | CMDOU? | CMDPX? | CMDQR | y □□□□□□□? | CMDOR? | CMDOQ? | CMDOT? | CMDOU |
| m □□□? | CMPQP? | PMWPW? | TMXR? | UMXOV | y □□□□? | CMDCP? | CMDOO? | CMDCP? | CMDCP |
| m □□□? | CMDCP? | CMDCP? | CMDOQ? | CMDOR | y □□□□□? | CMDPU? | CMDQQ? | CMDVP? | CMDWR |
| n □□ □? | CMDPR? | CMPRU? | CMSSQ? | CMTPW | y □□□? | CMDOU? | CMDOS? | CMDPQ? | CMDPS |
| n □□□? | CMDPX? | CMDPP? | CMDRV? | CMDSR | ~ □□□□□ ? | CMWTW? | CMDPX? | CMWOX? | CMWRQ |
| n □□ □□□□□□? | CMDCP? | CMDCP? | CMDOQ? | CMDOR | ~ □□□□? | CMDOR? | CMDOQ? | CMDOT? | CMDOU |

h□□ú□□□u □□□□≤×QQQQ×q q b ×J PXXWQQQP×PM□□<

s ñó⩽◁QRMᵈ ꜱꜱꜱñ⩽ü◁ñꜱü◁únñ⩽ü◁ꜱꜱñ◁ñ⩽◁ñ⩽◁ꜱüꜱꜱꜱ◁ñ⩽◁ñ⩽◁

| | u◻◻◻◻A ◻◻◻◻A ◻FA j◻◻◻◻A k◻◻◻A | h◻◻◻◻◻◻A i◻◻◻◻◻◻A ½◻◻◻◻◻◻ l◻◻◻P◻◻JA | ~◻◻◻◻◻ i o ½◻◻◻◻◻ lt◻◻◻J | ~◻◻◻◻ i o ½◻◻◻◻◻ l~◻◻◻aꜱ mJA | ~◻◻◻◻◻ u◻◻◻◻A ◻◻◻A | j◻◻◻◻◻◻◻◻◻A ~◻◻◻◻A o A ½◻◻◻◻◻ l~◻◻◻aꜱ mJA | t◻◻◻◻◻◻◻A | ◻◻◻◻◻A ½◻◻◻ l~◻◻◻aꜱ mA P◻◻JA |
|---|---|---|---|---|---|---|---|---|
| SQQZ | XKCPX? | PUKCXR? | PSTW? | CNꜱST | PPKꜱSQ | CNTVO | PO | VOXQ |
| SQQY | PUKꜱPP? | PTKTWT? | QTSWQ | CNWWO | PXKPCP | CNXPT | PO | ZCRV |
| SQQX | PSKTPR? | PTKPUW? | QQOW? | CNWVU | PUKKRO | CNWWW | PO | XOYY |
| SQQW | PRKQVR? | PSKWXO? | PXVNWJ | CNWOV | PTKWRQ | CNWCR | PO | XOST |
| SQQV | PPKTRT? | PTKꜱSS? | PWPNWJ | CNTTV | PRKKQX | CNWWR | PO | WOXT |
| SQQU | XKKUS? | PTKWTP? | PTVWX | CNSWT | PQKSVWV | CNWOV | PO | WODX |
| SQQT | XKCUV? | PTKVOX? | PSQWS | CNSRV | PPKTRX | CNTTU | PO | VQWW |
| SQQS | VKCPR? | PUKCQR? | PPRNWJ | CNWSX | XKPSU | CNSTT | PO | UQWV |
| SQQR | WKWVU? | PTKJQW? | PRTNWJ | CNSPU | PPKTOS | CNTTQ | PO | VOYS |
| SQQQ | VKSPQ? | PSKWXV? | PPCNꜱ | CNWRX | PQKSPP | CNSVU | PO | UCXW |

r◻◻◻ú⩽Yꜱg r◻úñ ñóñ⩽◁                                              q⩽◻◻◻ QOO◻QOOK PW◻◻M◻◻

s ñó⩽◁QSMꜱn⩽◻◻ü◻◻◻⩽◁ꜱꜱ⩽◁ꜱü◻◻◻ꜱú⩽◁

| k◻◻◻◻◻◻A | QRA | QSA | QTA | QUA | QVA | QWA | Xi A | Xj A | QYA | Yh A | QZA | RQA | ~◻◻◻◻A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SQQW | RUX? | TPO? | STP? | PHRTS? | TTT | PUPQ | SQX | PKTRX | PKTTV | VVW | PKUPS? | PKCOR? | PQKPWWV |
| SQQX | RTS? | RXW? | SQQ? | XWQ? | UCP | PXKUW | RQV | PKTUT | PKWWX | UXW | QKCPS? | XTQ? | PQKQXP |
| SQQY | SQVP? | SSV? | SXU? | PHPUQ? | UVW | PKWWS | UWX | QKCRR | QKRUW | TRQ | RKꜱXQ? | PKCSU? | PTKQTT |

r◻◻◻ú⩽Yꜱq q b⩽◻ó◻◻◻⩽◁



r ⬚⬚⬚ú⬚YPXX⬚q q b ⬚⬚⬚≤⬚ <

e ⬚⬚⬚≤ ⬚WRM  ñ ⬚≤ ¾u⬚⬚⬚⬚≤ <⬚⬚⬚⬚⅝⬚≤⬚< ñ⬚≤⬚≤⬚d n q <⬚≤⬚ñ⬚⬚⬚⬚ñúú⬚ü⬚⬚⬚<⬚<⬚≤ PXX⬚q q b ⬚üñ⬚ñ⬚<

 P<⬚⬚⬚⬚⬚⅜óó⬚≤ <PQX⬚] e ⬚⬚

























e ꞏꞏꞏꞏ≲XLMꞏꞏꞏꞏñ≲ü≲≲ꞏLꞏñ≲≲ꞏ≲¾ꞏ≲ꞏñ≲¾ꞏü≲COOWꞏ≲

### *4.3 Coal and Lignite*

[illegible]

| u⟨⟩A | j⟨⟩A | j⟨⟩A⟨⟩A | j⟨⟩Ow⟨⟩A RZXW-SOOXA l⟨⟩A⟨J' | ⟨⟩N½⟨⟩A y⟨⟩A l⟨⟩A hmP⟨⟩JA | z⟨⟩A |
|---|---|---|---|---|---|
| o⟨⟩v⟨⟩? | j⟨⟩A? | n⟨⟩⟨⟩? | RT⟨⟩? | ⟨⟩OX? | c⟨⟩?⟨⟩OOOX? |
| o⟨⟩y⟨⟩? | v⟨⟩? | n⟨⟩⟨⟩? | OUWP? | ON⟨⟩–P⟨⟩? | c⟨⟩?⟨⟩OOOX? |
| Darco | Harrison | Norit Americas Inc. | 6.8 | | Not in operation 2001 last prod. |
| j⟨⟩? | j⟨⟩? | u⟨⟩⟨⟩e⟨⟩⟨⟩ | WO⟨⟩? | ⟨⟩TM? | c⟨⟩?⟨⟩OOOX? |
| q⟨⟩? | t⟨⟩? | n⟨⟩⟨⟩? | PCPM⟨⟩? | PM⟨⟩–PM? | c⟨⟩?⟨⟩OOOX? |
| o⟨⟩n⟨⟩? | r⟨⟩? | n⟨⟩⟨⟩? | OUTM? | ⟨⟩PM? | c⟨⟩?⟨⟩OOOX? |
| d⟨⟩R⟨⟩? | h⟨⟩? | n⟨⟩⟨⟩? | PUON? | ⟨⟩QT? | c⟨⟩?⟨⟩OOOX? |
| l⟨⟩ | h⟨⟩N? n⟨⟩ | v⟨⟩y⟨⟩e⟨⟩? e⟨⟩⟨⟩ti H? | PUVM? | ⟨⟩ON? | c⟨⟩?⟨⟩OOOX? |
| e⟨⟩? | t⟨⟩? | y⟨⟩e⟨⟩e⟨⟩⟨⟩? | RON? | VM⟨⟩? | c⟨⟩?⟨⟩OOOX? |
| Sandow | Milam | ALCOA Inc. | PTPM | >25 1990–2008 average | Not in operation 2005 last prod. |
| v⟨⟩? | d⟨⟩N⟨⟩? | cneqc?K?M | PRW? | SM⟨⟩TM⟨⟩? | c⟨⟩?⟨⟩OOOX? |
| Gibbons Creek | Grimes | TMPA | 43.0 | | Not in operation 1996 last prod. |
| **Powell Bend** | | LCRA | 1.6 | | No longer permitted 1993 last prod. |
| u⟨⟩⟨⟩? | c⟨⟩N? o⟨⟩o⟨⟩? | u⟨⟩⟨⟩g⟨⟩? e⟨⟩ | WON⟨⟩? | ON⟨⟩?⟨⟩? | p⟨⟩?⟨⟩?⟨⟩? ⟨⟩?⟨⟩? |
| *Little Bull Creek* | | Amistad Fuel Company | 0.43 | | No longer permitted 1987 last prod. |
| Eagle Pass | Maverick | Dos Republicas Resources Co., Inc. | 0 | | Not (ever?) in operation. |
| Palafos, Rachal, Trevino | Webb | Farco Mining, Inc. | 7.2 | | Not in operation 2004 last prod. |
| *Thurber* | | Thurber Coal Company | 0.46 | | No longer permitted 1983 last prod. |

| u⬚A | j⬚⬚A | k⬚⬚⬚A | k⬚⬚⬚A | v⬚A | ½⬚A |
|---|---|---|---|---|---|
| o⬚⬚? v⬚⬚? | j⬚⬚? | VVWD ⬚? | CD | CCWD ?⬚? ⬚⬚? | XTD ?⬚?⬚⬚⬚⬚? TD ?⬚⬚⬚? |
| o⬚⬚? y⬚⬚ | v⬚? | CD ? | CD ? | PCCD ?⬚? ⬚⬚? | XTD ?⬚?⬚⬚⬚⬚? TD ?⬚⬚⬚? |
| j⬚⬚? | j⬚⬚? | XXMD ?⬚?? | CD ? | CWD ?⬚⬚? ⬚? | |
| q⬚? ⬚? | t⬚? | TSD ⬚⬚⬚⬚? | CD | SUD ?⬚⬚? ⬚⬚? | XTD ?⬚?⬚⬚⬚⬚? TD ?⬚⬚⬚? |
| o⬚⬚h⬚? | r⬚⬚? | PCMD ⬚⬚⬚⬚? | CD | VWWD ?⬚⬚? ⬚⬚? | XTD ?⬚?⬚⬚⬚⬚? TD ?⬚⬚⬚? |
| d⬚?d⬚⬚? | h⬚⬚⬚? | XCWD ⬚⬚⬚⬚? | RD | SWMD ?⬚⬚? ⬚⬚? | XTD ?⬚?⬚⬚⬚⬚? TD ?⬚⬚⬚? |
| l⬚⬚ | h⬚⬚⬚N? n⬚⬚ | XWD ?⬚?⬚⬚?⬚⬚⬚⬚? | | CD ?⬚? ⬚⬚? | |
| e⬚⬚? | t⬚⬚? | CD ?⬚⬚⬚M CD ?⬚? | XTD | PD ?⬚⬚? ⬚⬚? | o⬚⬚?⬚⬚⬚⬚?U ?⬚⬚⬚⬚? |
| *Sandow* | *Milam* | | *100%* | | |
| v⬚?q⬚? | d⬚⬚N n⬚ | ? | XXD ? | PD ?⬚⬚? ⬚⬚? | |
| u⬚o⬚? | c⬚⬚N? o⬚o⬚? | CD ?⬚? | XWD ? | ⬚⬚⬚? | f⬚⬚⬚?⬚e⬚x? ⬚⬚⬚?⬚? |

| u⬚A | j⬚⬚A | m⬚A | i⬚⬚A | n⬚A | z⬚A |
|---|---|---|---|---|---|
| o⬚⬚? v⬚⬚? | j⬚⬚? | PCCD ? | CD ? | WCD ? | CCCD ?G⬚⬚?⬚H? |
| o⬚⬚? y⬚⬚ | v⬚? | PCCD ? | CD ? | TCD ? | TCD ? |
| j⬚⬚? | j⬚⬚? | PCCD ? | CD ? | ? | PCCD ?⬚?⬚⬚⬚⬚?⬚? ⬚⬚⬚?G y H? |
| q⬚? ⬚? | t⬚? | PCCD ? | CD ? | TWWD ? | SPWD ?G⬚⬚?⬚H? |
| o⬚⬚? | r⬚⬚? | PCCD ? | CD ? | PCCD ? | CD ? |
| d⬚?d⬚? | h⬚⬚? | PCCD ? | CD ? | PCCD ? | CD ? |
| l⬚⬚ | h⬚⬚⬚N? n⬚? | XTD ? | TD ? | w⬚⬚⬚?? | c⬚⬚?⬚? y ? |
| e⬚⬚? | t⬚⬚? | PCCD ? | CD ? | PCCD ? | ? |
| *Sandow* | *Milam* | *100%* | *0%* | | |
| v⬚?q⬚? | d⬚⬚N n⬚ | PCCD ? | CD ? | PCCD ? | CD ? |
| u⬚o⬚? | c⬚⬚N? o⬚o⬚? | CD ? | CD ? | PCCD ⬚⬚⬚ | CD |



Texas coal/lignite mines
2008 annual production
(short tons)
- ● 0
- ◐ 0–2 million
- ◓ 2–4 million
- ◯ 4–8 million

Texas coal and lignite trends

| | |
|---|---|
| ▨ North Texas | Pennsylvanian and Permian bituminous |
| ▨ Cretaceous | |
| ▨ Wilcox Group | |
| ▨ Claiborne Group | Tertiary lignite |
| ▨ Jackson Group | |

QAd6472(a2)

r ⬚⬚ú≺Y⬚ ⬚ó⬚⬚≺≺⬚ñ⬚MQOPOH⬚

e ⬚⬚⬚≺XM⬚ ⬚⬚⬚ó⬚⬚⬚≺¾⬚ ≤ ⬚ñ ≺⬚⬚⬚≺ñ⬚ü⬚ó⬚⬚ ⬚⬚⬚⬚ú⬚ñ⬚ɨ≺⬚⬚⬚Kú⬚ñ≺ ⬚≺⬚ú⬚≺⬚⬚≺
⬚≤⬚⬚ ⬚≺ü⬚ó≺⬚≤≺⬚q q b ≺⬚ ⬚≺QOOWñ⬚⬚ ñ≺⬚⬚ü ú⬚⬚⬚≺⬚≺⬚⬚⬚≺⬚≺⬚≺









## *4.4 Aggregates*

s ⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚ñ⬚⬚⬚⬚⬚⬚ü⬚⬚v ñ⬚ü⬚⬚ñ⬚ü⬚⬚a ñ⬚⬚COPOH⬚ñ⬚ñüü⬚⬚⬚⬚⬚⅔⬚⬚ ⬚⬚⬚⬚⬚ñ⬚⬚ñ⬚⬚ ⬚K⬚úñüü⬚ñ⬚⬚ñ⬚K⬚⬚K⬚úñ⬚K⬚ñ⬚Kñ⬚ü⬚⬚⬚⬚ñ⬚⬚⬚⬚ñ⬚M l ⬚⅔⬚⬚⅔⬚ñ⬚⅔⬚ú⬚⬚⬚ú⬚⬚ü⬚⬚ñü⬚ú⬚⬚ú⬚⬚ñ⬚ü⬚⬚ñ⬚K⬚ú⬚ñ⬚⬚ ⬚⬚ñ⬚⬚⬚⬚⬚⅔⬚⬚ü⬚⬚ñ⬚⬚ñ⬚⬚⬚ü⬚⬚s ⬚ñ⬚ñ⬚ú⬚⬚⬚⬚⬚⬚⅔⬚⬚ ⬚⬚⬚M⬚ü⬚ñ⬚⬚⬚ü⬚⬚ü⬚⬚⬚⬚ü⬚⬚úñ⬚G⬚ú⬚ñ⬚⬚K⬚ú⬚⬚s v c a ⬚ üñ⬚⬚⬚⬚ü⬚ñ⬚ñ⬚óñ⬚ñ⬚ü⬚⬚ú⬚⬚ ñ⬚ü⬚⬚⬚⬚⬚⬚a d f ⬚⬚⬚Mñ⬚⬚ú⬚⬚SM⬚K⬚⬚ ü⬚ú⬚ó⬚⬚⬚⅔⬚⬚⬚ó⬚⬚⬚ñüü⬚⬚⬚ñ⬚⅔⬚⬚ñ⬚⬚K⬚ñ⬚ú⬚ñ⬚⬚ú⬚⅔⬚ñ⬚⅔⬚ñ⬚L⬚⬚ ú⬚⅔⬚ü⬚⬚M⬚

### 4.4.1   General Aggregate Distribution

] ⬚⬚⬚ñ⬚⅔⬚⬚⬚⬚⬚ñ⬚úñ⬚⬚⬚Y⬚⬚⬚⬚ü⬚⬚⬚ñ⬚ñ⬚ü⬚ñ⬚⬚K⬚⬚⬚ñ⬚ ⬚ñ⬚ü⬚⬚⬚⬚ü⬚úñ⬚⬚⬚Mg ñ⬚⬚ñ⬚⬚ñ⬚⬚⬚ñ⬚⬚⬚ñ⬚⬚⬚ñ⬚óñ⬚⬚K⬚⬚ñ⬚⬚⬚⬚ü⬚ú⬚ú⬚⬚ñ⬚ ñ⬚⬚ü⬚óñ⬚ñ⬚ñ⬚ó⬚ñ⬚⬚⬚ñ⬚⬚ó⬚⬚⬚⬚ú⬚⬚⬚⬚ó⬚⬚⬚⬚ú⬚⬚⬚ñ⬚ ⬚⬚⬚⬚úñ⬚⬚⬚⬚ñ⬚⬚ú⬚ñ⬚⬚⬚ü⬚⬚ñ⬚ü⬚G⬚ü⬚⬚ü ñ⬚ú⬚⅔ñú⬚⬚H⬚⬚⬚⬚ ú⬚ñ⬚ü⬚⬚⬚G⬚⬚⬚POPM⬚ ñ⬚⬚⬚ü⬚ú⬚úñ⬚ó⬚⬚ú⬚⬚ úñ⬚⬚ú⬚ü⬚⬚TO⬚⬚⬚ñ⬚ úñ⬚ó⬚⬚⬚ü⬚ó⬚ñ⬚⬚⬚QOO–QTO⬚⬚M⬚

b ñ⬚ó⬚ñ⬚⬚G⬚⬚⬚ñ⬚ü⬚⬚⬚⬚H⅔⬚ú⬚⬚ü⬚ú⬚⬚⬚⬚ñ⬚⬚⬚ñ⬚⬚ñú⬚⬚⬚⬚⅔ ⬚⬚ñ⬚ó⬚⬚ñ⬚⬚ú⬚⬚⅔⬚⬚ú⬚ü⬚⅔⬚ñ⬚⬚⬚ú⬚ñ⬚⬚ü⬚ñ⬚ü⬚k⬚⬚⬚⬚G ñ⬚K PXXSH⬚⬚úñ⬚⬚ñ⬚⬚⬚a ñú⬚⬚ñ⬚⬚y ⬚G⬚⬚⅔⬚ñ⬚] ⬚⬚⬚⬚⅔⬚ñ⬚⬚H n ⬚ñ⬚K⬚⬚ü⬚⬚ú⬚⬚⬚⬚⬚⬚⬚⅔⬚⬚ó⬚⬚⬚ñ⬚⬚K⬚⬚ñ⬚ñ⬚ñ⬚ ⬚ú⬚⬚⬚k⬚ñ⬚ñ⬚ñ⬚ú⬚úñ⬚ü⬚ú⬚G⬚ñ⬚ú⬚"H⬚⬚⬚ ñ⬚⬚ñ⬚ñ⬚Mñ⬚ó⬚ñ⬚K⬚ü⬚ ⬚⬚⬚ñ⬚ú⬚⬚ü⬚⬚K⬚ñ⬚⬚⬚⬚ñ⬚⬚K⬚úñ⬚ü⬚ú⬚ú⬚⬚ñ⬚⬚K⬚óñ⬚ñ⬚K⬚óñ⬚ ñ⬚⬚⬚ñ⬚⬚ü⬚⬚⬚ñ⬚ü⬚ñ⬚ñ⬚üK⬚ñ⬚⬚ñ⬚üK⬚⬚ñ⬚⅔⬚⅔⬚⬚ñ⬚ü⬚⬚M ñ⬚ü⬚ ñ⬚ü⬚⬚ñ⬚⬚ñú⬚⬚⬚úñ⬚ü⬚⬚ñ⬚ñ⬚ü⬚⬚ñ⬚⬚ñ⬚ü⬚⬚f ⬚⅔⬚ ñ⬚⬚o ñ⬚⬚ ñ⬚ü⬚⬚ü⬚⬚ó⬚⬚ñ⬚ñ⬚ü⬚⬚⬚⬚⬚⬚⬚⬚M⬚

r ⬚⬚⅔⬚ñú⬚⬚ñ⬚úñ⬚ü⬚ó⬚⬚⬚⬚ñ⬚ñ⬚ó⬚ñ⬚ü⬚ü⬚⬚⬚⬚⬚⬚⬚ñ⬚G⬚⬚ ñ⬚⬚⬚⬚ñ⬚H⅔⬚⬚⬚⬚⬚ñ⬚⬚Mñ⬚ü⬚⅔ú⬚⬚⬚ñ⬚⬚ñ⬚⬚⬚ñ⬚⬚⅔⬚⬚⬚ü⬚ñ⬚ G⬚ú⬚⬚ü⬚ó⬚ú⬚⬚ü⬚ñ⬚⬚üñ⬚ñ⬚H⬚⬚⬚⬚ñ⬚⬚⬚⬚⅔⬚⬚ñ⬚G⬚ú⬚ ⬚⬚ñ⬚ú⬚ó⬚ú⬚ü⬚ñ⬚⬚⬚ü⬚ñ⬚⬚⬚⬚⅔ñú⬚L⬚ñ⬚⬚ü⬚ñ⬚H⬚⬚ü⬚ñ⬚ñ⬚ ⬚ü⬚⅔⬚üñ⬚ü⬚⬚ú⬚⬚K⬚⬚ñ⬚ñ⬚L⬚⬚ú⬚ó⬚ñ⬚ü⬚⬚⬚ü⬚ü⬚ó⬚⬚ ⬚ñ⬚M⬚

### 4.4.2   Description of Mining Processes
#### 4.4.2.1   Crushed Limestone Mining

g ñ⬚üL⬚ú⬚⬚⬚⬚⬚⬚ü⬚ó⬚óñ⬚ñ⬚ñ⬚⬚úñ⬚⅔⬚⬚ñ⬚⬚ñ⬚ñ⬚ü⬚ñú⬚⬚ ⬚⬚ú⬚⬚úñ⬚ñ⬚K⬚ñü⬚K⬚⬚⬚ú⬚ñ⬚úñ⬚⬚⬚⬚Mñ⬚ñ⬚ü⬚⬚ú⬚ñ⬚⬚ ⬚⬚ñ⬚ñ⬚ú⬚ñ⬚⬚⬚K⬚ñ⬚ñ⬚ü⬚ü⬚ü⬚ñ⬚⬚ñ⬚ñü⬚ó⬚⬚ü⬚⅔⬚ñ⬚⬚⬚ñ⬚ ⬚⬚ñ⬚⅔⬚⬚⬚⬚ñ⬚⬚Mñ⬚⬚ñ⬚⬚⬚ü⬚ü⬚⬚ñú⬚⬚⬚ñú⬚⬚⅔⬚ñü⬚ñ⬚⬚ñ⬚ ü⬚⬚⬚ñ⬚K⬚⬚ü⬚üM⬚ñ⬚ú⬚⬚ñú⬚⬚⬚ñ⬚⬚ñ⬚⬚ñ⬚⬚⅔⬚ü⬚⬚ú⬚ ⅔⬚ü⬚⬚⬚⬚⬚M⬚ ñüLóñ⬚⬚ü⬚ú⬚K⬚ú⬚ú⬚ñ⬚⬚⬚⬚⅔úñ⬚ñ⬚⬚⅔⬚K ñ⬚ü⬚ú⬚ñ⬚⬚⬚⬚⅔⬚⬚ñ⬚Mg ñ⬚ü⬚ú⬚ñ⬚ñ⬚ü⬚⬚⬚⬚ñ⬚⅔ ⅔⬚ú⬚⬚⬚K⬚ñ⬚⬚Kñ⬚ú⬚⬚⬚ñ⬚⬚ñ⬚⬚⬚⬚ü⬚ñ⬚ñ⬚⬚⅔ ⬚⬚ú⬚⬚⬚M⬚ ⬚⬚⅔⬚ñ⬚⬚ü⬚⬚⬚ü ü⬚⬚⬚ú⬚⬚ú⬚ñ⬚ü⬚⬚ó⬚⅔ ⬚⬚úñ⬚ó⬚⬚⬚ñ⬚üM⬚ ⅔⬚⬚ü⬚ü⬚⬚úñ⬚ñ⬚⬚ñ⬚ü⬚ú⬚⅔⬚⬚⬚⬚

PRV

## 4.4.2.2   Sand and Gravel Mining

### 4.4.3 External Data Sets

### 4.4.3.1 TCEQ Central Registry

### 4.4.3.2 TCEQ Surface-Water Diversion

### 4.4.3.3   TCEQ TPDES

### 4.4.3.4   TCEQ SWAP Database

## 4.4.4   BEG Survey Results

### 4.4.4.1   Survey of Facilities

### 4.4.4.2   Survey of GCDs

### 4.4.5   Historical and Current Aggregate Water Use

n ☐≤ñ☐K~24,700 AF and ~18,300 AF (total of 43,000 AF)<☐ñ☐ú☐☐☐☐☐≤ü☐ñú☐☐☐≤☐<☐ñ☐≤⅖☐☐<☐ñ☐☐☐≤☐ñ☐≤☐☐ü☐ú☐☐☐M☐q☐≤☐☐☐☐⅖☐1☐<☐ü☐☐ü☐ñ☐ú☐☐☐≤☐ñ☐≤☐☐≤ü<☐≤s ñó☐≤RTM<

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | 0.20* | est 250 | |
| | | | | 0.65* | est 250 | |
| | | | | 0.18* | est 250 | |
| | | | | 0.33* | est 250 | |