| County | Water Use (AF) | | | | | | | | | | | Water Consumption (AF) | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2011 | 2015 | 2020 | 2025 | 2030 | 2035 | 2040 | 2045 | 2050 | 2055 | 2060 | 2011 | 2015 | 2020 | 2025 | 2030 | 2035 | 2040 | 2045 | 2050 | 2055 | 2060 |
| Cottle | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Crane | 159 | 339 | 438 | 559 | 681 | 802 | 729 | 656 | 583 | 510 | 438 | 108 | 181 | 153 | 189 | 223 | 257 | 229 | 203 | 177 | 152 | 128 |
| Crockett | 475 | 996 | 1,636 | 1,946 | 1,760 | 1,475 | 1,190 | 905 | 620 | 335 | 149 | 323 | 531 | 573 | 669 | 594 | 489 | 387 | 288 | 194 | 103 | 45 |
| Crosby | 12 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 8 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Culberson | 166 | 141 | 188 | 576 | 963 | 1,280 | 1,163 | 1,047 | 931 | 814 | 698 | 33 | 75 | 66 | 149 | 231 | 290 | 262 | 235 | 207 | 180 | 154 |
| Dallam | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Dallas | 79 | 654 | 1,018 | 848 | 679 | 509 | 339 | 170 | 0 | 0 | 0 | 73 | 553 | 763 | 615 | 475 | 343 | 220 | 106 | 0 | 0 | 0 |
| Dawson | 89 | 476 | 724 | 918 | 954 | 990 | 844 | 699 | 553 | 408 | 294 | 61 | 254 | 253 | 308 | 308 | 308 | 257 | 208 | 160 | 115 | 80 |
| Deaf Smith | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Delta | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Denton | 3,249 | 3,159 | 2,106 | 1,053 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2,989 | 2,667 | 1,579 | 763 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| DeWitt | 2,151 | 1,977 | 1,773 | 1,569 | 1,354 | 1,130 | 907 | 684 | 460 | 237 | 14 | 1,721 | 1,407 | 1,065 | 924 | 780 | 638 | 500 | 369 | 243 | 122 | 7 |
| Dickens | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Dimmit | 3,706 | 4,777 | 4,765 | 4,857 | 4,871 | 4,834 | 4,232 | 3,489 | 2,746 | 2,002 | 1,259 | 2,965 | 3,407 | 2,828 | 2,774 | 2,669 | 2,534 | 2,145 | 1,710 | 1,294 | 895 | 516 |
| Donley | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Duval | 0 | 70 | 94 | 117 | 118 | 103 | 87 | 72 | 57 | 42 | 27 | 0 | 53 | 59 | 73 | 72 | 61 | 51 | 41 | 32 | 23 | 14 |
| Eastland | 0 | 0 | 424 | 642 | 550 | 458 | 367 | 275 | 184 | 92 | 0 | 0 | 0 | 318 | 465 | 385 | 309 | 238 | 172 | 110 | 53 | 0 |
| Ector | 756 | 983 | 1,340 | 1,434 | 1,529 | 1,484 | 1,309 | 1,134 | 959 | 784 | 644 | 514 | 524 | 469 | 478 | 488 | 451 | 390 | 332 | 274 | 219 | 176 |
| Edwards | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Ellis | 38 | 87 | 126 | 166 | 206 | 185 | 164 | 144 | 123 | 103 | 82 | 35 | 74 | 95 | 120 | 144 | 125 | 107 | 90 | 74 | 59 | 45 |
| El Paso | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Erath | 12 | 163 | 253 | 343 | 433 | 397 | 361 | 325 | 289 | 253 | 217 | 11 | 137 | 190 | 249 | 303 | 268 | 235 | 203 | 173 | 145 | 119 |
| Falls | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Fannin | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Fayette | 132 | 1,081 | 2,329 | 2,093 | 1,822 | 1,526 | 1,229 | 932 | 636 | 340 | 43 | 106 | 773 | 1,402 | 1,236 | 1,054 | 864 | 681 | 505 | 337 | 176 | 23 |
| Fisher | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Floyd | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Foard | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Fort Bend | 0 | 35 | 46 | 58 | 58 | 51 | 43 | 36 | 28 | 21 | 14 | 0 | 26 | 29 | 36 | 35 | 30 | 25 | 20 | 16 | 11 | 7 |
| Franklin | 14 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 14 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Freestone | 424 | 750 | 975 | 1,229 | 1,424 | 1,404 | 1,241 | 1,076 | 912 | 748 | 584 | 339 | 678 | 846 | 1,042 | 1,196 | 1,164 | 1,012 | 863 | 720 | 582 | 449 |
| Frio | 729 | 1,119 | 1,146 | 1,176 | 1,189 | 1,159 | 1,127 | 1,097 | 947 | 769 | 589 | 583 | 809 | 701 | 708 | 692 | 647 | 602 | 559 | 465 | 364 | 266 |
| Gaines | 142 | 830 | 1,273 | 1,709 | 1,881 | 1,841 | 1,582 | 1,323 | 1,064 | 805 | 599 | 96 | 443 | 445 | 563 | 588 | 542 | 456 | 372 | 290 | 212 | 152 |
| Galveston | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Garza | 1 | 237 | 315 | 394 | 473 | 426 | 379 | 331 | 284 | 237 | 189 | 0 | 126 | 110 | 136 | 160 | 141 | 123 | 106 | 89 | 72 | 57 |
| Gillespie | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Glasscock | 1,434 | 1,938 | 2,621 | 2,466 | 2,311 | 1,978 | 1,646 | 1,313 | 980 | 648 | 427 | 975 | 1,033 | 917 | 848 | 780 | 655 | 535 | 419 | 306 | 198 | 128 |
| Goliad | 0 | 34 | 45 | 56 | 56 | 49 | 42 | 35 | 27 | 20 | 13 | 0 | 25 | 28 | 35 | 34 | 29 | 24 | 20 | 15 | 11 | 7 |
| Gonzales | 2,224 | 1,746 | 1,552 | 1,358 | 1,164 | 970 | 776 | 582 | 388 | 194 | 0 | 1,779 | 1,241 | 931 | 798 | 669 | 545 | 427 | 313 | 204 | 99 | 0 |
| Gray | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Grayson | 21 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 20 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Gregg | 25 | 134 | 224 | 313 | 402 | 449 | 405 | 362 | 318 | 274 | 230 | 24 | 127 | 208 | 284 | 357 | 391 | 347 | 305 | 263 | 223 | 184 |
| Grimes | 95 | 125 | 287 | 448 | 569 | 506 | 443 | 380 | 317 | 254 | 191 | 76 | 94 | 178 | 270 | 334 | 291 | 249 | 209 | 170 | 133 | 97 |
| Guadalupe | 18 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 14 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Hale | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Hall | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Hamilton | 0 | 251 | 304 | 253 | 203 | 152 | 101 | 51 | 0 | 0 | 0 | 0 | 212 | 228 | 184 | 142 | 103 | 66 | 32 | 0 | 0 | 0 |
| Hansford | 11 | 0 | 513 | 1,025 | 879 | 732 | 586 | 439 | 293 | 146 | 0 | 5 | 0 | 205 | 397 | 329 | 265 | 205 | 148 | 95 | 46 | 0 |
| Hardeman | 17 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 12 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Hardin | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Harris | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Harrison | 893 | 1,578 | 2,223 | 2,012 | 1,851 | 1,689 | 1,527 | 1,365 | 1,203 | 1,041 | 880 | 849 | 1,479 | 2,030 | 1,808 | 1,636 | 1,469 | 1,307 | 1,149 | 996 | 847 | 704 |

| County | Water Use (AF) | | | | | | | | | | | Water Consumption (AF) | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2011 | 2015 | 2020 | 2025 | 2030 | 2035 | 2040 | 2045 | 2050 | 2055 | 2060 | 2011 | 2015 | 2020 | 2025 | 2030 | 2035 | 2040 | 2045 | 2050 | 2055 | 2060 |
| Hartley | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Haskell | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Hays | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Hemphill | 1,462 | 2,484 | 2,231 | 1,978 | 1,724 | 1,470 | 1,217 | 963 | 710 | 456 | 203 | 731 | 1,132 | 892 | 766 | 646 | 533 | 426 | 325 | 231 | 143 | 61 |
| Henderson | 12 | 46 | 124 | 201 | 278 | 333 | 296 | 259 | 222 | 185 | 148 | 12 | 44 | 117 | 187 | 254 | 297 | 259 | 222 | 186 | 151 | 118 |
| Hidalgo | 59 | 63 | 83 | 104 | 105 | 91 | 78 | 64 | 51 | 37 | 24 | 47 | 47 | 53 | 65 | 64 | 54 | 45 | 37 | 28 | 20 | 13 |
| Hill | 131 | 1,429 | 1,225 | 1,021 | 816 | 612 | 408 | 204 | 0 | 0 | 0 | 120 | 1,207 | 919 | 740 | 571 | 413 | 265 | 128 | 0 | 0 | 0 |
| Hockley | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Hopkins | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Hood | 645 | 409 | 580 | 751 | 921 | 829 | 737 | 645 | 553 | 461 | 369 | 593 | 346 | 435 | 544 | 645 | 560 | 479 | 403 | 332 | 265 | 203 |
| Houston | 178 | 237 | 305 | 271 | 237 | 203 | 170 | 135 | 102 | 68 | 34 | 142 | 179 | 193 | 168 | 144 | 121 | 99 | 77 | 57 | 37 | 18 |
| Howard | 552 | 1,471 | 2,360 | 2,822 | 2,642 | 2,250 | 1,859 | 1,468 | 1,076 | 685 | 422 | 376 | 784 | 826 | 970 | 892 | 745 | 604 | 468 | 336 | 210 | 126 |
| Hudspeth | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Hunt | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Hutchinson | 5 | 0 | 90 | 180 | 154 | 128 | 103 | 77 | 51 | 26 | 0 | 2 | 0 | 36 | 70 | 58 | 47 | 36 | 26 | 17 | 8 | 0 |
| Irion | 875 | 1,478 | 2,429 | 2,889 | 2,613 | 2,190 | 1,766 | 1,343 | 920 | 497 | 221 | 595 | 788 | 850 | 993 | 882 | 725 | 574 | 428 | 287 | 152 | 66 |
| Jack | 48 | 242 | 363 | 485 | 605 | 545 | 485 | 424 | 363 | 303 | 242 | 44 | 204 | 273 | 351 | 424 | 368 | 315 | 265 | 218 | 174 | 133 |
| Jackson | 0 | 34 | 45 | 56 | 56 | 49 | 42 | 35 | 28 | 20 | 13 | 0 | 25 | 29 | 35 | 34 | 29 | 25 | 20 | 15 | 11 | 7 |
| Jasper | 87 | 105 | 135 | 120 | 105 | 90 | 75 | 60 | 45 | 30 | 15 | 83 | 79 | 86 | 75 | 64 | 54 | 44 | 34 | 25 | 16 | 8 |
| Jeff Davis | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Jefferson | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Jim Hogg | 0 | 45 | 60 | 75 | 75 | 65 | 56 | 46 | 37 | 27 | 17 | 0 | 34 | 38 | 46 | 46 | 39 | 32 | 26 | 20 | 15 | 9 |
| Jim Wells | 0 | 34 | 45 | 57 | 57 | 50 | 42 | 35 | 28 | 21 | 13 | 0 | 26 | 29 | 35 | 35 | 30 | 25 | 20 | 15 | 11 | 7 |
| Johnson | 4,192 | 4,038 | 3,365 | 2,692 | 2,019 | 1,346 | 673 | 0 | 0 | 0 | 0 | 3,857 | 3,410 | 2,524 | 1,952 | 1,413 | 909 | 437 | 0 | 0 | 0 | 0 |
| Jones | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Karnes | 3,869 | 2,749 | 2,457 | 2,165 | 1,863 | 1,554 | 1,245 | 937 | 629 | 320 | 11 | 3,095 | 1,956 | 1,475 | 1,273 | 1,073 | 876 | 686 | 505 | 331 | 165 | 6 |
| Kaufman | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Kendall | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Kenedy | 6 | 57 | 76 | 95 | 95 | 83 | 71 | 58 | 46 | 34 | 22 | 5 | 43 | 48 | 59 | 58 | 49 | 41 | 33 | 26 | 19 | 12 |
| Kent | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Kerr | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Kimble | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| King | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Kinney | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Kleberg | 34 | 37 | 49 | 62 | 62 | 54 | 46 | 38 | 30 | 22 | 14 | 28 | 28 | 31 | 38 | 38 | 32 | 27 | 22 | 17 | 12 | 8 |
| Knox | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Lamar | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Lamb | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Lampasas | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| La Salle | 2,901 | 4,432 | 4,425 | 4,532 | 4,621 | 4,698 | 4,147 | 3,440 | 2,732 | 2,025 | 1,318 | 2,321 | 3,154 | 2,612 | 2,563 | 2,499 | 2,427 | 2,070 | 1,659 | 1,265 | 889 | 530 |
| Lavaca | 118 | 913 | 1,522 | 1,388 | 1,241 | 1,086 | 930 | 775 | 620 | 464 | 309 | 94 | 651 | 915 | 818 | 716 | 613 | 513 | 418 | 326 | 239 | 155 |
| Lee | 131 | 203 | 392 | 508 | 624 | 553 | 484 | 414 | 345 | 274 | 204 | 105 | 152 | 243 | 305 | 365 | 316 | 270 | 226 | 184 | 142 | 103 |
| Leon | 273 | 663 | 1,289 | 1,800 | 2,309 | 2,192 | 1,934 | 1,674 | 1,416 | 1,155 | 898 | 218 | 487 | 831 | 1,166 | 1,487 | 1,415 | 1,225 | 1,041 | 864 | 693 | 529 |
| Liberty | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Limestone | 268 | 307 | 347 | 388 | 410 | 376 | 332 | 287 | 242 | 197 | 153 | 214 | 281 | 307 | 333 | 346 | 312 | 270 | 229 | 190 | 153 | 116 |
| Lipscomb | 382 | 560 | 1,026 | 876 | 725 | 574 | 423 | 272 | 121 | 0 | 0 | 191 | 255 | 410 | 339 | 272 | 208 | 148 | 92 | 39 | 0 | 0 |
| Live Oak | 972 | 783 | 729 | 676 | 692 | 720 | 748 | 776 | 689 | 575 | 461 | 777 | 558 | 439 | 399 | 392 | 388 | 384 | 379 | 324 | 261 | 200 |
| Llano | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Loving | 189 | 313 | 418 | 561 | 704 | 690 | 627 | 565 | 502 | 439 | 376 | 38 | 167 | 146 | 187 | 227 | 213 | 191 | 169 | 147 | 127 | 107 |
| Lubbock | 0 | 0 | 0 | 51 | 103 | 154 | 140 | 126 | 112 | 98 | 84 | 0 | 0 | 0 | 10 | 21 | 31 | 28 | 25 | 22 | 20 | 17 |
| Lynn | 0 | 0 | 246 | 336 | 427 | 517 | 460 | 402 | 345 | 287 | 230 | 0 | 0 | 86 | 116 | 144 | 171 | 149 | 128 | 108 | 88 | 69 |
| McCulloch | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

| County | Water Use (AF) | | | | | | | | | | | Water Consumption (AF) | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2011 | 2015 | 2020 | 2025 | 2030 | 2035 | 2040 | 2045 | 2050 | 2055 | 2060 | 2011 | 2015 | 2020 | 2025 | 2030 | 2035 | 2040 | 2045 | 2050 | 2055 | 2060 |
| McLennan | 0 | 53 | 120 | 187 | 253 | 228 | 203 | 177 | 152 | 127 | 101 | 0 | 45 | 90 | 135 | 177 | 154 | 132 | 111 | 91 | 73 | 56 |
| McMullen | 1,752 | 2,545 | 2,762 | 3,067 | 3,329 | 3,562 | 3,306 | 2,930 | 2,553 | 2,177 | 1,801 | 1,401 | 1,815 | 1,627 | 1,729 | 1,797 | 1,840 | 1,658 | 1,430 | 1,211 | 1,001 | 801 |
| Madison | 204 | 261 | 561 | 750 | 940 | 832 | 727 | 622 | 518 | 413 | 308 | 163 | 197 | 348 | 451 | 549 | 475 | 406 | 339 | 275 | 214 | 155 |
| Marion | 10 | 121 | 270 | 420 | 569 | 579 | 522 | 466 | 408 | 351 | 295 | 10 | 114 | 249 | 380 | 506 | 506 | 449 | 393 | 339 | 286 | 236 |
| Martin | 2,035 | 2,446 | 3,071 | 2,824 | 2,577 | 2,267 | 1,892 | 1,516 | 1,141 | 765 | 512 | 1,384 | 1,305 | 1,075 | 963 | 855 | 731 | 597 | 468 | 344 | 224 | 145 |
| Mason | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Matagorda | 0 | 46 | 61 | 77 | 77 | 67 | 57 | 47 | 37 | 28 | 18 | 0 | 35 | 39 | 48 | 47 | 40 | 33 | 27 | 21 | 15 | 9 |
| Maverick | 192 | 1,574 | 1,857 | 2,241 | 2,626 | 3,010 | 2,843 | 2,538 | 2,234 | 1,928 | 1,623 | 154 | 1,119 | 1,074 | 1,226 | 1,368 | 1,501 | 1,376 | 1,195 | 1,022 | 856 | 698 |
| Medina | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Menard | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Midland | 1,573 | 2,640 | 3,265 | 3,034 | 2,803 | 2,465 | 2,045 | 1,625 | 1,205 | 785 | 488 | 1,070 | 1,408 | 1,143 | 1,034 | 928 | 791 | 643 | 499 | 361 | 227 | 136 |
| Milam | 34 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 27 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Mills | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Mitchell | 18 | 238 | 317 | 397 | 476 | 428 | 381 | 333 | 286 | 238 | 190 | 12 | 127 | 111 | 136 | 161 | 142 | 124 | 106 | 89 | 73 | 57 |
| Montague | 3,221 | 3,496 | 2,997 | 2,497 | 1,998 | 1,498 | 999 | 499 | 0 | 0 | 0 | 2,963 | 2,952 | 2,248 | 1,810 | 1,398 | 1,011 | 649 | 312 | 0 | 0 | 0 |
| Montgomery | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Moore | 76 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 38 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Morris | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Motley | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Nacogdoches | 1,128 | 1,424 | 2,066 | 1,937 | 1,809 | 1,659 | 1,503 | 1,347 | 1,191 | 1,036 | 880 | 1,072 | 1,327 | 1,873 | 1,731 | 1,593 | 1,438 | 1,283 | 1,132 | 985 | 842 | 704 |
| Navarro | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Newton | 98 | 125 | 161 | 143 | 125 | 108 | 89 | 71 | 54 | 36 | 18 | 93 | 94 | 102 | 89 | 76 | 64 | 52 | 41 | 30 | 20 | 9 |
| Nolan | 11 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 8 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Nueces | 16 | 34 | 45 | 56 | 56 | 49 | 42 | 35 | 28 | 20 | 13 | 13 | 25 | 29 | 35 | 34 | 29 | 25 | 20 | 15 | 11 | 7 |
| Ochiltree | 273 | 408 | 748 | 985 | 815 | 646 | 476 | 306 | 136 | 0 | 0 | 136 | 186 | 299 | 382 | 306 | 234 | 166 | 103 | 44 | 0 | 0 |
| Oldham | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Orange | 6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Palo Pinto | 41 | 194 | 356 | 518 | 680 | 612 | 544 | 476 | 408 | 340 | 272 | 38 | 164 | 267 | 376 | 476 | 413 | 354 | 298 | 245 | 196 | 150 |
| Panola | 966 | 1,412 | 1,988 | 1,801 | 1,655 | 1,511 | 1,366 | 1,221 | 1,077 | 932 | 787 | 917 | 1,323 | 1,816 | 1,618 | 1,464 | 1,314 | 1,169 | 1,028 | 891 | 758 | 630 |
| Parker | 1,086 | 925 | 1,255 | 1,585 | 1,916 | 1,724 | 1,533 | 1,341 | 1,149 | 958 | 766 | 1,000 | 781 | 941 | 1,149 | 1,341 | 1,164 | 996 | 838 | 690 | 551 | 421 |
| Parmer | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Pecos | 110 | 130 | 173 | 387 | 601 | 746 | 674 | 601 | 528 | 456 | 383 | 22 | 69 | 60 | 108 | 156 | 180 | 161 | 142 | 123 | 105 | 87 |
| Polk | 133 | 180 | 232 | 206 | 180 | 155 | 129 | 103 | 77 | 52 | 26 | 126 | 136 | 147 | 128 | 110 | 92 | 75 | 59 | 43 | 28 | 14 |
| Potter | 44 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 22 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Presidio | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Rains | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Randall | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Reagan | 1,240 | 3,207 | 4,019 | 3,627 | 3,236 | 2,844 | 2,332 | 1,820 | 1,308 | 796 | 444 | 843 | 1,710 | 1,407 | 1,247 | 1,092 | 942 | 758 | 580 | 409 | 244 | 133 |
| Real | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Red River | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Reeves | 522 | 866 | 1,155 | 1,744 | 2,333 | 2,509 | 2,304 | 2,098 | 1,893 | 1,687 | 1,481 | 104 | 462 | 404 | 556 | 705 | 713 | 646 | 581 | 518 | 456 | 395 |
| Refugio | 0 | 32 | 42 | 53 | 53 | 46 | 39 | 33 | 26 | 19 | 12 | 0 | 24 | 27 | 33 | 32 | 27 | 23 | 19 | 14 | 10 | 7 |
| Roberts | 393 | 1,628 | 1,419 | 1,210 | 1,002 | 793 | 584 | 376 | 167 | 0 | 0 | 197 | 742 | 568 | 469 | 376 | 287 | 205 | 127 | 54 | 0 | 0 |
| Robertson | 306 | 587 | 741 | 773 | 806 | 734 | 639 | 544 | 449 | 354 | 259 | 245 | 501 | 587 | 619 | 648 | 584 | 500 | 419 | 342 | 268 | 196 |
| Rockwall | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Runnels | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Rusk | 158 | 477 | 930 | 1,384 | 1,838 | 1,707 | 1,542 | 1,378 | 1,213 | 1,048 | 884 | 150 | 446 | 850 | 1,245 | 1,627 | 1,487 | 1,322 | 1,161 | 1,005 | 853 | 707 |
| Sabine | 147 | 235 | 470 | 705 | 940 | 861 | 783 | 705 | 627 | 548 | 470 | 139 | 218 | 423 | 625 | 823 | 743 | 666 | 590 | 517 | 445 | 376 |
| San Augustine | 1,622 | 2,092 | 1,953 | 1,814 | 1,674 | 1,534 | 1,395 | 1,256 | 1,116 | 977 | 837 | 1,541 | 1,941 | 1,758 | 1,610 | 1,465 | 1,323 | 1,186 | 1,052 | 921 | 793 | 670 |
| San Jacinto | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| San Patricio | 0 | 28 | 37 | 46 | 46 | 40 | 34 | 28 | 22 | 17 | 11 | 0 | 21 | 23 | 28 | 28 | 24 | 20 | 16 | 13 | 9 | 6 |

| County | Water Use (AF) | | | | | | | | | | | Water Consumption (AF) | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2011 | 2015 | 2020 | 2025 | 2030 | 2035 | 2040 | 2045 | 2050 | 2055 | 2060 | 2011 | 2015 | 2020 | 2025 | 2030 | 2035 | 2040 | 2045 | 2050 | 2055 | 2060 |
| San Saba | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Schleicher | 90 | 312 | 468 | 568 | 584 | 507 | 430 | 354 | 277 | 200 | 140 | 61 | 166 | 164 | 195 | 197 | 168 | 140 | 113 | 87 | 61 | 42 |
| Scurry | 10 | 0 | 249 | 341 | 432 | 524 | 466 | 408 | 349 | 291 | 233 | 7 | 0 | 87 | 117 | 146 | 174 | 151 | 130 | 109 | 89 | 70 |
| Shackelford | 2 | 0 | 156 | 311 | 467 | 421 | 374 | 327 | 280 | 234 | 187 | 2 | 0 | 117 | 226 | 327 | 284 | 243 | 204 | 168 | 134 | 103 |
| Shelby | 1,419 | 1,658 | 3,073 | 2,929 | 2,785 | 2,621 | 2,377 | 2,133 | 1,889 | 1,645 | 1,400 | 1,348 | 1,539 | 2,771 | 2,607 | 2,446 | 2,270 | 2,027 | 1,790 | 1,561 | 1,337 | 1,120 |
| Sherman | 2 | 0 | 0 | 92 | 184 | 158 | 132 | 105 | 79 | 53 | 26 | 1 | 0 | 0 | 36 | 69 | 57 | 46 | 36 | 26 | 16 | 8 |
| Smith | 5 | 18 | 49 | 80 | 111 | 133 | 118 | 103 | 88 | 74 | 59 | 5 | 17 | 47 | 75 | 101 | 118 | 103 | 88 | 74 | 60 | 47 |
| Somervell | 287 | 184 | 260 | 336 | 413 | 372 | 330 | 289 | 248 | 207 | 165 | 264 | 155 | 195 | 244 | 289 | 251 | 215 | 181 | 149 | 119 | 91 |
| Starr | 36 | 48 | 64 | 79 | 79 | 69 | 59 | 49 | 39 | 29 | 18 | 29 | 36 | 40 | 49 | 48 | 41 | 35 | 28 | 22 | 16 | 10 |
| Stephens | 0 | 52 | 184 | 315 | 447 | 402 | 357 | 312 | 268 | 223 | 179 | 0 | 44 | 138 | 229 | 313 | 271 | 232 | 195 | 161 | 128 | 98 |
| Sterling | 57 | 265 | 707 | 881 | 893 | 905 | 765 | 625 | 484 | 344 | 236 | 39 | 141 | 248 | 303 | 302 | 300 | 249 | 199 | 151 | 105 | 71 |
| Stonewall | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Sutton | 34 | 0 | 390 | 534 | 677 | 821 | 730 | 639 | 547 | 456 | 365 | 23 | 0 | 137 | 183 | 229 | 272 | 237 | 204 | 171 | 140 | 109 |
| Swisher | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Tarrant | 8,805 | 6,836 | 5,469 | 4,101 | 2,734 | 1,367 | 0 | 0 | 0 | 0 | 0 | 8,101 | 5,773 | 4,102 | 2,974 | 1,914 | 923 | 0 | 0 | 0 | 0 | 0 |
| Taylor | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Terrell | 10 | 0 | 162 | 221 | 281 | 341 | 303 | 265 | 227 | 189 | 151 | 7 | 0 | 57 | 76 | 95 | 113 | 98 | 84 | 71 | 58 | 45 |
| Terry | 3 | 0 | 243 | 332 | 422 | 511 | 454 | 397 | 341 | 284 | 227 | 2 | 0 | 85 | 114 | 142 | 169 | 148 | 127 | 106 | 87 | 68 |
| Throckmorton | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Titus | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Tom Green | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Travis | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Trinity | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Tyler | 76 | 110 | 147 | 184 | 185 | 161 | 137 | 114 | 90 | 66 | 42 | 72 | 83 | 93 | 114 | 113 | 96 | 80 | 65 | 50 | 36 | 23 |
| Upshur | 4 | 57 | 247 | 437 | 627 | 764 | 690 | 617 | 543 | 469 | 396 | 4 | 54 | 226 | 393 | 555 | 665 | 591 | 519 | 449 | 382 | 316 |
| Upton | 1,761 | 2,955 | 3,728 | 3,442 | 3,156 | 2,870 | 2,398 | 1,927 | 1,455 | 983 | 664 | 1,198 | 1,576 | 1,305 | 1,171 | 1,041 | 916 | 749 | 588 | 433 | 283 | 185 |
| Uvalde | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Val Verde | 0 | 0 | 80 | 110 | 139 | 168 | 150 | 131 | 112 | 94 | 75 | 0 | 0 | 28 | 38 | 47 | 56 | 49 | 42 | 35 | 29 | 22 |
| Van Zandt | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Victoria | 0 | 35 | 46 | 58 | 58 | 51 | 43 | 36 | 28 | 21 | 14 | 0 | 26 | 29 | 36 | 35 | 30 | 25 | 20 | 16 | 11 | 7 |
| Walker | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Waller | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Ward | 568 | 568 | 683 | 888 | 871 | 855 | 764 | 672 | 581 | 489 | 398 | 114 | 568 | 239 | 297 | 278 | 260 | 228 | 197 | 167 | 138 | 110 |
| Washington | 36 | 0 | 497 | 878 | 798 | 718 | 638 | 559 | 479 | 399 | 319 | 29 | 0 | 298 | 516 | 459 | 404 | 351 | 300 | 251 | 204 | 160 |
| Webb | 4,596 | 3,661 | 3,476 | 3,052 | 2,626 | 2,244 | 1,872 | 1,501 | 1,128 | 699 | 255 | 3,677 | 2,627 | 2,109 | 1,814 | 1,529 | 1,274 | 1,033 | 803 | 580 | 344 | 113 |
| Wharton | 0 | 43 | 57 | 71 | 72 | 62 | 53 | 44 | 35 | 26 | 17 | 0 | 32 | 36 | 44 | 43 | 37 | 31 | 25 | 20 | 14 | 9 |
| Wheeler | 3,792 | 3,524 | 3,072 | 2,620 | 2,168 | 1,717 | 1,265 | 813 | 362 | 0 | 0 | 1,896 | 1,605 | 1,229 | 1,015 | 813 | 622 | 443 | 274 | 117 | 0 | 0 |
| Wichita | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Wilbarger | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Willacy | 0 | 23 | 31 | 39 | 39 | 34 | 29 | 24 | 19 | 14 | 9 | 0 | 18 | 20 | 24 | 24 | 20 | 17 | 14 | 11 | 8 | 5 |
| Williamson | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Wilson | 417 | 1,612 | 1,865 | 1,679 | 1,492 | 1,306 | 1,119 | 932 | 746 | 560 | 373 | 334 | 1,146 | 1,119 | 986 | 858 | 734 | 615 | 501 | 392 | 287 | 187 |
| Winkler | 62 | 464 | 618 | 821 | 1,024 | 979 | 873 | 767 | 661 | 556 | 450 | 12 | 247 | 216 | 275 | 332 | 305 | 267 | 231 | 195 | 160 | 127 |
| Wise | 2,314 | 2,757 | 2,450 | 2,144 | 1,838 | 1,531 | 1,225 | 919 | 613 | 306 | 0 | 2,129 | 2,328 | 1,838 | 1,555 | 1,287 | 1,034 | 796 | 574 | 368 | 176 | 0 |
| Wood | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Yoakum | 18 | 238 | 330 | 423 | 384 | 346 | 308 | 269 | 230 | 192 | 154 | 13 | 127 | 116 | 145 | 130 | 115 | 100 | 86 | 72 | 59 | 46 |
| Young | 0 | 0 | 78 | 157 | 235 | 211 | 188 | 164 | 141 | 118 | 94 | 0 | 0 | 59 | 113 | 164 | 143 | 122 | 103 | 85 | 68 | 52 |
| Zapata | 32 | 41 | 55 | 68 | 68 | 60 | 51 | 42 | 33 | 25 | 16 | 26 | 31 | 35 | 42 | 42 | 35 | 30 | 24 | 19 | 13 | 8 |
| Zavala | 407 | 2,065 | 2,427 | 2,280 | 2,167 | 2,035 | 1,904 | 1,773 | 1,502 | 1,197 | 891 | 326 | 1,477 | 1,465 | 1,351 | 1,247 | 1,132 | 1,020 | 912 | 747 | 575 | 410 |
| SUM (kAF) | 81.5 | 110 | 132 | 135 | 134 | 122 | 104 | 87 | 70 | 53 | 39 | 64.8 | 78.2 | 76.9 | 76.0 | 72.8 | 64.2 | 53.2 | 43.4 | 34.4 | 26.3 | 19.1 |

MiningWaterUse2010-2060_5.xls

Table 16. County-level estimate of 2012-2060 projections for oil and gas water use and water consumption (AF).

| County | Water Use (AF) | | | | | | | | | | | Water Consumption (AF) | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2011 | 2015 | 2020 | 2025 | 2030 | 2035 | 2040 | 2045 | 2050 | 2055 | 2060 | 2011 | 2015 | 2020 | 2025 | 2030 | 2035 | 2040 | 2045 | 2050 | 2055 | 2060 |
| Anderson | 39 | 129 | 140 | 157 | 177 | 181 | 185 | 169 | 147 | 126 | 105 | 67 | 87 | 88 | 98 | 109 | 115 | 121 | 109 | 93 | 78 | 63 |
| Andrews | 3,212 | 3,481 | 3,959 | 3,833 | 3,710 | 3,511 | 3,177 | 2,842 | 2,509 | 2,192 | 1,929 | 1,868 | 1,231 | 1,029 | 921 | 819 | 742 | 640 | 544 | 453 | 372 | 311 |
| Angelina | 0 | 116 | 220 | 316 | 412 | 427 | 389 | 351 | 312 | 274 | 237 | 32 | 112 | 203 | 286 | 366 | 374 | 336 | 299 | 263 | 228 | 195 |
| Aransas | 0 | 12 | 10 | 8 | 7 | 5 | 5 | 5 | 5 | 5 | 5 | 10 | 11 | 10 | 8 | 6 | 5 | 5 | 5 | 5 | 5 | 5 |
| Archer | 30 | 351 | 405 | 444 | 483 | 389 | 344 | 311 | 279 | 246 | 213 | 239 | 326 | 337 | 343 | 344 | 252 | 222 | 194 | 167 | 142 | 119 |
| Armstrong | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Atascosa | 1,012 | 2,993 | 2,770 | 2,713 | 2,706 | 2,700 | 2,693 | 2,393 | 2,021 | 1,649 | 1,279 | 867 | 2,155 | 1,711 | 1,618 | 1,551 | 1,484 | 1,415 | 1,219 | 1,000 | 790 | 590 |
| Austin | 0 | 28 | 127 | 224 | 320 | 288 | 257 | 226 | 194 | 163 | 132 | 20 | 29 | 88 | 143 | 195 | 173 | 151 | 130 | 110 | 91 | 73 |
| Bailey | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Bandera | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Bastrop | 0 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 |
| Baylor | 1 | 14 | 14 | 14 | 14 | 14 | 13 | 13 | 13 | 13 | 13 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 13 | 13 |
| Bee | 66 | 111 | 127 | 129 | 112 | 95 | 80 | 67 | 53 | 40 | 26 | 92 | 90 | 89 | 87 | 74 | 62 | 52 | 44 | 36 | 28 | 20 |
| Bell | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Bexar | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Blanco | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Borden | 27 | 272 | 679 | 926 | 927 | 929 | 784 | 639 | 494 | 352 | 244 | 72 | 165 | 263 | 339 | 331 | 323 | 267 | 214 | 164 | 117 | 82 |
| Bosque | 0 | 470 | 557 | 627 | 696 | 579 | 516 | 466 | 416 | 365 | 315 | 238 | 439 | 462 | 485 | 502 | 387 | 340 | 296 | 255 | 216 | 180 |
| Bowie | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Brazoria | 0 | 91 | 102 | 113 | 125 | 114 | 100 | 88 | 76 | 64 | 52 | 42 | 80 | 78 | 82 | 86 | 76 | 67 | 59 | 52 | 45 | 38 |
| Brazos | 238 | 364 | 741 | 975 | 1,207 | 1,072 | 938 | 804 | 670 | 536 | 402 | 266 | 286 | 477 | 602 | 721 | 628 | 538 | 451 | 368 | 287 | 211 |
| Brewster | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Briscoe | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Brooks | 27 | 70 | 77 | 84 | 80 | 69 | 60 | 52 | 44 | 36 | 28 | 50 | 60 | 58 | 60 | 55 | 47 | 41 | 36 | 31 | 26 | 22 |
| Brown | 23 | 35 | 34 | 34 | 33 | 32 | 31 | 30 | 29 | 28 | 27 | 17 | 16 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 |
| Burleson | 247 | 380 | 995 | 1,459 | 1,923 | 1,717 | 1,512 | 1,306 | 1,100 | 892 | 686 | 279 | 299 | 632 | 890 | 1,135 | 993 | 855 | 723 | 595 | 471 | 354 |
| Burnet | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Caldwell | 75 | 98 | 123 | 111 | 98 | 85 | 72 | 59 | 46 | 33 | 20 | 82 | 75 | 81 | 71 | 62 | 54 | 45 | 37 | 29 | 22 | 14 |
| Calhoun | 18 | 48 | 52 | 57 | 55 | 47 | 41 | 35 | 30 | 25 | 19 | 34 | 41 | 39 | 41 | 38 | 32 | 28 | 24 | 21 | 18 | 15 |
| Callahan | 84 | 93 | 88 | 88 | 87 | 83 | 79 | 74 | 70 | 66 | 62 | 29 | 24 | 18 | 17 | 16 | 15 | 15 | 15 | 15 | 15 | 15 |
| Cameron | 27 | 58 | 65 | 72 | 68 | 57 | 47 | 39 | 31 | 23 | 15 | 38 | 47 | 45 | 48 | 43 | 34 | 28 | 23 | 18 | 13 | 9 |
| Camp | 13 | 12 | 12 | 11 | 11 | 11 | 11 | 10 | 9 | 9 | 8 | 8 | 2 | 2 | 1 | 1 | 1 | 1 | 0 | 0 | 0 | 0 |
| Carson | 2 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 13 | 13 | 13 | 13 | 13 | 13 | 13 | 13 | 13 | 13 | 13 |
| Cass | 1 | 30 | 39 | 48 | 58 | 68 | 60 | 52 | 45 | 37 | 30 | 26 | 28 | 36 | 44 | 52 | 60 | 52 | 45 | 38 | 31 | 24 |
| Castro | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Chambers | 0 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 8 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 9 |
| Cherokee | 10 | 129 | 172 | 216 | 263 | 299 | 267 | 236 | 204 | 173 | 141 | 80 | 123 | 163 | 201 | 239 | 269 | 236 | 204 | 173 | 144 | 116 |
| Childress | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Clay | 63 | 508 | 613 | 699 | 786 | 655 | 584 | 527 | 471 | 414 | 357 | 318 | 472 | 506 | 538 | 563 | 435 | 382 | 333 | 286 | 243 | 202 |
| Cochran | 56 | 128 | 154 | 181 | 208 | 234 | 210 | 187 | 163 | 139 | 115 | 46 | 64 | 54 | 63 | 71 | 79 | 70 | 62 | 54 | 46 | 38 |
| Coke | 520 | 511 | 484 | 480 | 477 | 451 | 425 | 397 | 370 | 346 | 322 | 114 | 84 | 46 | 40 | 33 | 32 | 31 | 29 | 28 | 27 | 26 |
| Coleman | 100 | 113 | 108 | 107 | 107 | 102 | 97 | 91 | 86 | 82 | 77 | 37 | 31 | 24 | 23 | 22 | 21 | 21 | 21 | 21 | 21 | 20 |
| Collin | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Collingsworth | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Colorado | 28 | 129 | 608 | 1,078 | 1,534 | 1,376 | 1,221 | 1,067 | 913 | 759 | 605 | 86 | 120 | 402 | 667 | 913 | 802 | 697 | 596 | 499 | 406 | 317 |
| Comal | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Comanche | 2 | 388 | 444 | 485 | 525 | 419 | 363 | 319 | 276 | 232 | 188 | 224 | 366 | 374 | 379 | 380 | 278 | 240 | 204 | 170 | 138 | 109 |
| Concho | 515 | 507 | 480 | 477 | 474 | 448 | 422 | 394 | 367 | 343 | 320 | 114 | 84 | 46 | 40 | 34 | 33 | 31 | 30 | 29 | 28 | 27 |
| Cooke | 1,493 | 1,708 | 1,343 | 978 | 612 | 246 | 28 | 27 | 26 | 25 | 24 | 1,391 | 1,434 | 1,001 | 702 | 421 | 158 | 13 | 13 | 13 | 13 | 13 |
| Coryell | 0 | 569 | 1,238 | 1,102 | 767 | 434 | 158 | 0 | 0 | 0 | 0 | 0 | 236 | 522 | 972 | 827 | 548 | 284 | 103 | 0 | 0 | 0 |

| County | Water Use (AF) | | | | | | | | | | | Water Consumption (AF) | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2011 | 2015 | 2020 | 2025 | 2030 | 2035 | 2040 | 2045 | 2050 | 2055 | 2060 | 2011 | 2015 | 2020 | 2025 | 2030 | 2035 | 2040 | 2045 | 2050 | 2055 | 2060 |
| Cottle | 32 | 43 | 41 | 41 | 41 | 39 | 38 | 36 | 34 | 33 | 31 | 18 | 16 | 14 | 14 | 13 | 13 | 13 | 13 | 13 | 13 | 13 |
| Crane | 280 | 508 | 617 | 728 | 840 | 947 | 861 | 776 | 692 | 610 | 531 | 227 | 246 | 225 | 249 | 273 | 299 | 265 | 232 | 201 | 174 | 149 |
| Crockett | 507 | 1,097 | 1,732 | 2,035 | 1,843 | 1,552 | 1,261 | 971 | 682 | 394 | 207 | 553 | 606 | 641 | 730 | 650 | 539 | 434 | 332 | 235 | 143 | 85 |
| Crosby | 1,083 | 1,050 | 994 | 987 | 980 | 926 | 871 | 814 | 757 | 706 | 656 | 224 | 161 | 82 | 69 | 55 | 53 | 50 | 47 | 45 | 43 | 40 |
| Culberson | 279 | 293 | 506 | 873 | 1,240 | 1,535 | 1,393 | 1,250 | 1,110 | 972 | 843 | 151 | 97 | 249 | 308 | 371 | 415 | 368 | 323 | 279 | 240 | 208 |
| Dallam | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Dallas | 79 | 726 | 1,076 | 888 | 700 | 512 | 339 | 170 | 0 | 0 | 0 | 134 | 624 | 818 | 651 | 493 | 343 | 220 | 106 | 0 | 0 | 0 |
| Dawson | 268 | 695 | 954 | 1,137 | 1,164 | 1,184 | 1,023 | 862 | 703 | 546 | 423 | 165 | 323 | 328 | 371 | 360 | 353 | 296 | 241 | 189 | 140 | 104 |
| Deaf Smith | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Delta | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Denton | 3,249 | 3,297 | 2,220 | 1,136 | 51 | 19 | 13 | 13 | 13 | 13 | 13 | 3,108 | 2,805 | 1,688 | 840 | 44 | 13 | 13 | 13 | 13 | 13 | 13 |
| DeWitt | 2,177 | 2,061 | 1,858 | 1,646 | 1,421 | 1,188 | 958 | 729 | 500 | 271 | 42 | 1,801 | 1,493 | 1,149 | 999 | 846 | 694 | 550 | 413 | 281 | 155 | 35 |
| Dickens | 0 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 13 |
| Dimmit | 3,708 | 4,874 | 4,919 | 5,001 | 5,001 | 4,952 | 4,337 | 3,580 | 2,824 | 2,068 | 1,315 | 3,068 | 3,506 | 2,980 | 2,913 | 2,795 | 2,648 | 2,246 | 1,797 | 1,368 | 958 | 569 |
| Donley | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Duval | 52 | 133 | 147 | 160 | 153 | 131 | 114 | 99 | 84 | 69 | 54 | 96 | 114 | 110 | 114 | 105 | 89 | 77 | 68 | 58 | 50 | 41 |
| Eastland | 333 | 578 | 937 | 1,091 | 934 | 764 | 644 | 535 | 425 | 318 | 211 | 286 | 303 | 539 | 619 | 472 | 335 | 263 | 196 | 133 | 75 | 21 |
| Ector | 845 | 1,144 | 1,537 | 1,612 | 1,690 | 1,628 | 1,435 | 1,245 | 1,056 | 870 | 725 | 850 | 612 | 588 | 577 | 570 | 520 | 447 | 377 | 310 | 251 | 206 |
| Edwards | 0 | 28 | 29 | 29 | 29 | 29 | 29 | 29 | 29 | 29 | 29 | 28 | 28 | 29 | 29 | 29 | 29 | 29 | 29 | 29 | 29 | 29 |
| Ellis | 38 | 112 | 147 | 180 | 213 | 186 | 164 | 144 | 123 | 103 | 82 | 56 | 99 | 114 | 133 | 150 | 125 | 107 | 90 | 74 | 59 | 45 |
| El Paso | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Erath | 12 | 470 | 505 | 521 | 536 | 426 | 376 | 340 | 304 | 268 | 232 | 274 | 443 | 427 | 411 | 391 | 283 | 250 | 218 | 188 | 161 | 134 |
| Falls | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Fannin | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Fayette | 132 | 1,149 | 2,403 | 2,164 | 1,887 | 1,585 | 1,282 | 979 | 677 | 375 | 72 | 166 | 844 | 1,476 | 1,306 | 1,118 | 922 | 733 | 551 | 377 | 210 | 51 |
| Fisher | 432 | 426 | 403 | 401 | 398 | 376 | 355 | 332 | 309 | 289 | 269 | 97 | 71 | 40 | 35 | 30 | 28 | 27 | 26 | 25 | 24 | 24 |
| Floyd | 148 | 156 | 148 | 147 | 146 | 139 | 131 | 123 | 116 | 109 | 102 | 42 | 34 | 23 | 21 | 19 | 19 | 19 | 18 | 18 | 18 | 17 |
| Foard | 3 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 11 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 |
| Fort Bend | 25 | 66 | 72 | 79 | 75 | 65 | 56 | 49 | 41 | 34 | 27 | 47 | 56 | 54 | 56 | 52 | 44 | 38 | 33 | 29 | 24 | 20 |
| Franklin | 5 | 5 | 5 | 5 | 5 | 5 | 4 | 4 | 4 | 4 | 3 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Freestone | 429 | 929 | 1,117 | 1,331 | 1,494 | 1,458 | 1,291 | 1,121 | 954 | 785 | 618 | 600 | 844 | 975 | 1,133 | 1,254 | 1,213 | 1,056 | 903 | 757 | 615 | 479 |
| Frio | 729 | 1,167 | 1,217 | 1,243 | 1,250 | 1,215 | 1,178 | 1,142 | 986 | 804 | 620 | 666 | 858 | 772 | 774 | 752 | 702 | 652 | 603 | 504 | 398 | 296 |
| Gaines | 124 | 914 | 1,429 | 1,846 | 2,000 | 1,945 | 1,671 | 1,398 | 1,127 | 859 | 651 | 190 | 517 | 590 | 686 | 694 | 635 | 533 | 436 | 344 | 259 | 197 |
| Galveston | 0 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 0 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 |
| Garza | 53 | 321 | 395 | 469 | 544 | 491 | 438 | 386 | 334 | 284 | 234 | 44 | 166 | 144 | 164 | 184 | 162 | 142 | 122 | 104 | 87 | 71 |
| Gillespie | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Glasscock | 1,838 | 2,402 | 3,057 | 2,887 | 2,718 | 2,355 | 1,994 | 1,634 | 1,275 | 921 | 681 | 1,590 | 1,165 | 1,010 | 923 | 839 | 704 | 575 | 452 | 334 | 224 | 153 |
| Goliad | 25 | 64 | 70 | 77 | 73 | 63 | 54 | 47 | 40 | 33 | 26 | 46 | 55 | 53 | 55 | 50 | 42 | 37 | 32 | 28 | 24 | 20 |
| Gonzales | 2,164 | 1,791 | 1,600 | 1,405 | 1,207 | 1,010 | 813 | 616 | 418 | 221 | 24 | 1,764 | 1,288 | 980 | 844 | 712 | 585 | 463 | 346 | 233 | 126 | 23 |
| Gray | 68 | 78 | 75 | 74 | 74 | 70 | 67 | 63 | 60 | 57 | 53 | 26 | 22 | 17 | 16 | 15 | 15 | 15 | 15 | 15 | 15 | 15 |
| Grayson | 6 | 19 | 18 | 18 | 18 | 18 | 18 | 18 | 17 | 17 | 17 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 |
| Gregg | 25 | 191 | 274 | 353 | 433 | 476 | 429 | 383 | 337 | 292 | 246 | 71 | 182 | 256 | 322 | 387 | 418 | 371 | 326 | 282 | 240 | 199 |
| Grimes | 95 | 159 | 323 | 483 | 602 | 537 | 471 | 405 | 340 | 275 | 209 | 120 | 129 | 214 | 305 | 367 | 321 | 276 | 233 | 192 | 153 | 115 |
| Guadalupe | 0 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 0 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 |
| Hale | 1,289 | 1,235 | 1,168 | 1,160 | 1,152 | 1,087 | 1,022 | 954 | 886 | 826 | 766 | 252 | 177 | 82 | 67 | 51 | 48 | 45 | 42 | 39 | 36 | 33 |
| Hall | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Hamilton | 0 | 361 | 393 | 314 | 236 | 157 | 101 | 51 | 0 | 0 | 0 | 93 | 321 | 312 | 239 | 169 | 103 | 66 | 32 | 0 | 0 | 0 |
| Hansford | 13 | 88 | 577 | 1,068 | 904 | 749 | 602 | 456 | 309 | 162 | 16 | 68 | 79 | 261 | 432 | 348 | 278 | 218 | 161 | 108 | 59 | 13 |
| Hardeman | 0 | 9 | 9 | 9 | 9 | 10 | 10 | 10 | 10 | 10 | 10 | 9 | 9 | 9 | 9 | 9 | 10 | 10 | 10 | 10 | 10 | 10 |
| Hardin | 0 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 |
| Harris | 0 | 24 | 24 | 24 | 24 | 24 | 24 | 24 | 24 | 24 | 24 | 24 | 24 | 24 | 24 | 24 | 24 | 24 | 24 | 24 | 24 | 24 |
| Harrison | 868 | 1,763 | 2,388 | 2,145 | 1,956 | 1,778 | 1,608 | 1,438 | 1,268 | 1,098 | 930 | 1,021 | 1,658 | 2,189 | 1,935 | 1,735 | 1,557 | 1,386 | 1,219 | 1,059 | 903 | 753 |

| County | Water Use (AF) | | | | | | | | | | | Water Consumption (AF) | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2011 | 2015 | 2020 | 2025 | 2030 | 2035 | 2040 | 2045 | 2050 | 2055 | 2060 | 2011 | 2015 | 2020 | 2025 | 2030 | 2035 | 2040 | 2045 | 2050 | 2055 | 2060 |
| Hartley | 7 | 7 | 7 | 7 | 7 | 6 | 6 | 6 | 5 | 5 | 4 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Haskell | 90 | 98 | 93 | 93 | 92 | 88 | 83 | 79 | 74 | 70 | 66 | 30 | 25 | 18 | 17 | 16 | 16 | 15 | 15 | 15 | 15 | 15 |
| Hays | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Hemphill | 1,441 | 2,567 | 2,314 | 2,037 | 1,763 | 1,499 | 1,244 | 988 | 732 | 476 | 223 | 1,498 | 1,209 | 971 | 821 | 683 | 562 | 452 | 349 | 252 | 163 | 80 |
| Henderson | 3 | 120 | 176 | 235 | 296 | 346 | 308 | 272 | 235 | 198 | 161 | 91 | 113 | 166 | 218 | 269 | 310 | 272 | 235 | 199 | 164 | 131 |
| Hidalgo | 46 | 119 | 130 | 143 | 136 | 117 | 101 | 88 | 74 | 61 | 48 | 85 | 101 | 98 | 102 | 94 | 79 | 69 | 60 | 52 | 44 | 37 |
| Hill | 131 | 1,572 | 1,343 | 1,106 | 869 | 632 | 422 | 218 | 13 | 14 | 14 | 244 | 1,349 | 1,031 | 819 | 617 | 427 | 279 | 141 | 13 | 14 | 14 |
| Hockley | 6 | 18 | 18 | 18 | 18 | 17 | 17 | 17 | 17 | 16 | 16 | 13 | 13 | 13 | 13 | 13 | 13 | 13 | 13 | 13 | 13 | 13 |
| Hood | 646 | 529 | 678 | 820 | 961 | 841 | 743 | 651 | 559 | 467 | 375 | 695 | 465 | 528 | 608 | 679 | 566 | 485 | 409 | 338 | 271 | 209 |
| Hopkins | 42 | 41 | 38 | 38 | 38 | 36 | 34 | 31 | 29 | 27 | 25 | 8 | 6 | 3 | 2 | 2 | 1 | 1 | 1 | 1 | 1 | 1 |
| Houston | 178 | 254 | 322 | 287 | 254 | 220 | 187 | 152 | 119 | 85 | 51 | 195 | 196 | 210 | 185 | 161 | 138 | 116 | 94 | 74 | 54 | 35 |
| Howard | 619 | 1,611 | 2,491 | 2,939 | 2,747 | 2,343 | 1,940 | 1,538 | 1,138 | 742 | 476 | 643 | 870 | 898 | 1,028 | 938 | 782 | 633 | 490 | 354 | 226 | 142 |
| Hudspeth | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Hunt | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Hutchinson | 21 | 51 | 156 | 237 | 204 | 173 | 144 | 115 | 86 | 58 | 30 | 32 | 34 | 85 | 110 | 90 | 75 | 62 | 50 | 39 | 28 | 20 |
| Irion | 1,677 | 2,286 | 3,192 | 3,643 | 3,357 | 2,890 | 2,423 | 1,955 | 1,487 | 1,026 | 713 | 1,070 | 937 | 937 | 1,065 | 940 | 778 | 621 | 471 | 327 | 190 | 102 |
| Jack | 17 | 501 | 575 | 635 | 693 | 572 | 499 | 438 | 378 | 317 | 256 | 232 | 459 | 470 | 487 | 497 | 381 | 328 | 278 | 231 | 187 | 146 |
| Jackson | 25 | 64 | 70 | 77 | 73 | 63 | 55 | 47 | 40 | 33 | 26 | 46 | 55 | 53 | 55 | 51 | 43 | 37 | 32 | 28 | 24 | 20 |
| Jasper | 87 | 118 | 148 | 133 | 118 | 103 | 88 | 73 | 58 | 43 | 28 | 100 | 92 | 98 | 88 | 77 | 67 | 57 | 47 | 38 | 30 | 21 |
| Jeff Davis | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Jefferson | 0 | 13 | 13 | 13 | 13 | 14 | 14 | 14 | 14 | 14 | 14 | 13 | 13 | 13 | 13 | 13 | 14 | 14 | 14 | 14 | 14 | 14 |
| Jim Hogg | 33 | 85 | 93 | 102 | 97 | 83 | 72 | 63 | 53 | 44 | 34 | 61 | 73 | 70 | 73 | 67 | 56 | 49 | 43 | 37 | 31 | 26 |
| Jim Wells | 25 | 65 | 71 | 78 | 74 | 64 | 55 | 48 | 40 | 33 | 26 | 46 | 55 | 53 | 55 | 51 | 43 | 37 | 33 | 28 | 24 | 20 |
| Johnson | 4,192 | 4,240 | 3,530 | 2,809 | 2,086 | 1,365 | 10 | 10 | 10 | 10 | 10 | 4,029 | 3,611 | 2,680 | 2,059 | 1,471 | 918 | 447 | 10 | 10 | 10 | 10 |
| Jones | 117 | 125 | 119 | 118 | 117 | 111 | 106 | 99 | 93 | 88 | 82 | 35 | 29 | 20 | 19 | 17 | 17 | 17 | 16 | 16 | 16 | 16 |
| Karnes | 3,882 | 2,820 | 2,528 | 2,229 | 1,919 | 1,603 | 1,288 | 975 | 662 | 349 | 35 | 3,155 | 2,028 | 1,545 | 1,336 | 1,127 | 923 | 728 | 542 | 363 | 192 | 29 |
| Kaufman | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Kendall | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Kenedy | 42 | 108 | 118 | 130 | 123 | 106 | 92 | 80 | 68 | 55 | 43 | 78 | 92 | 89 | 92 | 85 | 72 | 62 | 55 | 47 | 40 | 33 |
| Kent | 29 | 39 | 38 | 38 | 38 | 36 | 35 | 33 | 32 | 31 | 29 | 18 | 16 | 14 | 14 | 13 | 13 | 13 | 13 | 13 | 13 | 13 |
| Kerr | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Kimble | 0 | 17 | 17 | 17 | 17 | 17 | 17 | 17 | 17 | 17 | 17 | 17 | 17 | 17 | 17 | 17 | 17 | 17 | 17 | 17 | 17 | 17 |
| King | 8,635 | 8,287 | 7,836 | 7,783 | 7,730 | 7,293 | 6,857 | 6,402 | 5,946 | 5,545 | 5,144 | 1,704 | 1,198 | 565 | 461 | 357 | 334 | 311 | 291 | 271 | 253 | 236 |
| Kinney | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Kleberg | 27 | 70 | 77 | 84 | 80 | 69 | 60 | 52 | 44 | 36 | 28 | 51 | 60 | 58 | 60 | 55 | 47 | 41 | 36 | 31 | 26 | 22 |
| Knox | 3 | 15 | 15 | 15 | 15 | 14 | 14 | 14 | 14 | 14 | 14 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 |
| Lamar | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Lamb | 647 | 620 | 586 | 582 | 579 | 546 | 513 | 479 | 445 | 415 | 385 | 127 | 89 | 41 | 34 | 26 | 24 | 22 | 21 | 19 | 18 | 17 |
| Lampasas | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| La Salle | 2,889 | 4,569 | 4,617 | 4,705 | 4,772 | 4,830 | 4,263 | 3,541 | 2,819 | 2,098 | 1,380 | 2,408 | 3,293 | 2,801 | 2,731 | 2,647 | 2,556 | 2,183 | 1,757 | 1,349 | 959 | 590 |
| Lavaca | 145 | 1,003 | 1,613 | 1,470 | 1,313 | 1,148 | 985 | 824 | 662 | 501 | 340 | 179 | 742 | 1,005 | 898 | 786 | 673 | 567 | 465 | 368 | 274 | 184 |
| Lee | 132 | 230 | 421 | 536 | 650 | 577 | 506 | 435 | 363 | 290 | 218 | 151 | 179 | 272 | 333 | 390 | 340 | 292 | 246 | 201 | 158 | 117 |
| Leon | 327 | 847 | 1,482 | 1,983 | 2,481 | 2,349 | 2,077 | 1,802 | 1,530 | 1,256 | 985 | 361 | 629 | 977 | 1,301 | 1,611 | 1,527 | 1,325 | 1,129 | 941 | 758 | 584 |
| Liberty | 0 | 16 | 16 | 16 | 16 | 16 | 16 | 16 | 16 | 16 | 16 | 16 | 16 | 16 | 16 | 16 | 16 | 16 | 16 | 16 | 16 | 16 |
| Limestone | 271 | 383 | 402 | 424 | 431 | 391 | 347 | 302 | 257 | 212 | 167 | 356 | 350 | 355 | 363 | 361 | 325 | 283 | 242 | 203 | 166 | 129 |
| Lipscomb | 387 | 656 | 1,098 | 926 | 758 | 597 | 446 | 294 | 142 | 21 | 21 | 434 | 335 | 467 | 375 | 290 | 221 | 161 | 105 | 52 | 13 | 13 |
| Live Oak | 1,002 | 851 | 814 | 751 | 757 | 776 | 798 | 820 | 729 | 610 | 492 | 853 | 627 | 523 | 473 | 455 | 443 | 433 | 422 | 363 | 294 | 230 |
| Llano | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Loving | 542 | 691 | 792 | 925 | 1,058 | 1,020 | 934 | 848 | 762 | 681 | 601 | 300 | 256 | 223 | 251 | 279 | 259 | 229 | 202 | 175 | 152 | 131 |
| Lubbock | 6,211 | 5,963 | 5,663 | 5,673 | 5,684 | 5,419 | 5,089 | 4,745 | 4,401 | 4,097 | 3,794 | 1,228 | 865 | 433 | 365 | 298 | 290 | 268 | 249 | 229 | 212 | 196 |
| Lynn | 981 | 974 | 1,166 | 1,246 | 1,327 | 1,365 | 1,255 | 1,144 | 1,033 | 929 | 826 | 226 | 168 | 179 | 192 | 205 | 227 | 200 | 175 | 150 | 128 | 107 |
| McCulloch | 42 | 40 | 38 | 38 | 38 | 35 | 33 | 31 | 29 | 27 | 25 | 8 | 6 | 3 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | 1 |

| County | Water Use (AF) | | | | | | | | | | | Water Consumption (AF) | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2011 | 2015 | 2020 | 2025 | 2030 | 2035 | 2040 | 2045 | 2050 | 2055 | 2060 | 2011 | 2015 | 2020 | 2025 | 2030 | 2035 | 2040 | 2045 | 2050 | 2055 | 2060 |
| McLennan | 0 | 194 | 234 | 265 | 296 | 235 | 203 | 177 | 152 | 127 | 101 | 119 | 185 | 197 | 206 | 212 | 154 | 132 | 111 | 91 | 73 | 56 |
| McMullen | 1,720 | 2,653 | 2,912 | 3,203 | 3,448 | 3,666 | 3,398 | 3,010 | 2,622 | 2,235 | 1,850 | 1,465 | 1,924 | 1,775 | 1,860 | 1,911 | 1,941 | 1,746 | 1,507 | 1,276 | 1,056 | 848 |
| Madison | 204 | 295 | 597 | 785 | 972 | 861 | 754 | 646 | 538 | 430 | 323 | 227 | 231 | 384 | 485 | 581 | 504 | 432 | 362 | 295 | 231 | 169 |
| Marion | 5 | 208 | 348 | 483 | 619 | 622 | 561 | 501 | 440 | 379 | 319 | 73 | 196 | 322 | 438 | 552 | 546 | 485 | 425 | 368 | 312 | 258 |
| Martin | 2,435 | 2,906 | 3,527 | 3,262 | 2,998 | 2,657 | 2,251 | 1,845 | 1,441 | 1,043 | 771 | 2,190 | 1,435 | 1,191 | 1,059 | 933 | 796 | 651 | 513 | 380 | 257 | 177 |
| Mason | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Matagorda | 34 | 87 | 96 | 105 | 100 | 86 | 75 | 64 | 55 | 45 | 35 | 63 | 75 | 72 | 75 | 69 | 58 | 51 | 44 | 38 | 32 | 27 |
| Maverick | 174 | 1,652 | 1,988 | 2,364 | 2,737 | 3,111 | 2,933 | 2,617 | 2,302 | 1,986 | 1,674 | 188 | 1,196 | 1,201 | 1,342 | 1,474 | 1,597 | 1,461 | 1,269 | 1,085 | 910 | 744 |
| Medina | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Menard | 1,185 | 1,148 | 1,086 | 1,079 | 1,071 | 1,012 | 952 | 889 | 827 | 772 | 717 | 244 | 175 | 88 | 74 | 59 | 56 | 53 | 50 | 48 | 45 | 43 |
| Midland | 1,719 | 2,876 | 3,522 | 3,272 | 3,025 | 2,666 | 2,227 | 1,788 | 1,350 | 918 | 612 | 1,661 | 1,506 | 1,256 | 1,127 | 1,005 | 855 | 695 | 542 | 395 | 257 | 164 |
| Milam | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 |
| Mills | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Mitchell | 27 | 284 | 361 | 435 | 511 | 460 | 409 | 358 | 309 | 259 | 211 | 50 | 162 | 142 | 163 | 184 | 162 | 141 | 122 | 103 | 86 | 70 |
| Montague | 3,233 | 3,776 | 3,228 | 2,665 | 2,102 | 1,538 | 1,026 | 525 | 25 | 24 | 24 | 3,186 | 3,216 | 2,452 | 1,950 | 1,474 | 1,025 | 663 | 326 | 14 | 14 | 14 |
| Montgomery | 0 | 15 | 15 | 15 | 15 | 15 | 15 | 15 | 15 | 15 | 15 | 0 | 15 | 15 | 15 | 15 | 15 | 15 | 15 | 15 | 15 | 15 |
| Moore | 4 | 16 | 16 | 16 | 16 | 16 | 16 | 15 | 15 | 15 | 15 | 13 | 13 | 13 | 12 | 12 | 12 | 13 | 13 | 13 | 13 | 13 |
| Morris | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Motley | 130 | 138 | 132 | 131 | 130 | 123 | 117 | 110 | 103 | 97 | 91 | 39 | 31 | 22 | 20 | 19 | 18 | 18 | 18 | 18 | 17 | 17 |
| Nacogdoches | 1,073 | 1,642 | 2,299 | 2,141 | 1,986 | 1,815 | 1,643 | 1,471 | 1,299 | 1,128 | 958 | 1,220 | 1,550 | 2,101 | 1,930 | 1,764 | 1,591 | 1,420 | 1,251 | 1,089 | 932 | 779 |
| Navarro | 11 | 25 | 24 | 24 | 24 | 24 | 23 | 23 | 22 | 22 | 21 | 17 | 16 | 15 | 15 | 15 | 15 | 15 | 15 | 15 | 15 | 15 |
| Newton | 98 | 138 | 173 | 156 | 138 | 120 | 102 | 84 | 67 | 49 | 31 | 111 | 107 | 115 | 102 | 89 | 77 | 65 | 54 | 43 | 33 | 23 |
| Nolan | 214 | 218 | 207 | 205 | 204 | 193 | 182 | 171 | 160 | 150 | 140 | 54 | 42 | 26 | 24 | 21 | 21 | 20 | 20 | 19 | 19 | 18 |
| Nueces | 25 | 64 | 70 | 77 | 73 | 63 | 55 | 47 | 40 | 33 | 26 | 46 | 55 | 53 | 55 | 51 | 43 | 37 | 32 | 28 | 24 | 20 |
| Ochiltree | 286 | 508 | 824 | 1,040 | 853 | 674 | 503 | 332 | 161 | 24 | 23 | 329 | 266 | 355 | 418 | 325 | 247 | 180 | 116 | 57 | 13 | 13 |
| Oldham | 15 | 14 | 13 | 13 | 13 | 12 | 12 | 11 | 10 | 9 | 9 | 3 | 2 | 1 | 1 | 1 | 1 | 1 | 0 | 0 | 0 | 0 |
| Orange | 0 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 |
| Palo Pinto | 120 | 547 | 656 | 752 | 847 | 709 | 625 | 552 | 480 | 408 | 336 | 281 | 446 | 483 | 524 | 557 | 430 | 370 | 314 | 261 | 212 | 165 |
| Panola | 958 | 1,578 | 2,136 | 1,919 | 1,749 | 1,590 | 1,438 | 1,286 | 1,134 | 983 | 832 | 1,095 | 1,484 | 1,959 | 1,731 | 1,552 | 1,392 | 1,240 | 1,091 | 948 | 808 | 674 |
| Parker | 1,083 | 1,180 | 1,464 | 1,733 | 2,001 | 1,748 | 1,545 | 1,353 | 1,162 | 970 | 779 | 1,215 | 1,035 | 1,139 | 1,284 | 1,414 | 1,176 | 1,009 | 851 | 702 | 563 | 434 |
| Parmer | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Pecos | 409 | 543 | 690 | 878 | 1,068 | 1,180 | 1,072 | 966 | 861 | 762 | 672 | 274 | 227 | 313 | 331 | 353 | 359 | 320 | 283 | 249 | 220 | 198 |
| Polk | 133 | 195 | 247 | 221 | 195 | 170 | 144 | 118 | 92 | 67 | 41 | 148 | 151 | 162 | 143 | 125 | 107 | 90 | 74 | 58 | 43 | 29 |
| Potter | 2 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 13 | 13 | 13 | 13 | 13 | 13 | 13 | 13 | 13 | 13 | 13 |
| Presidio | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Rains | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Randall | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Reagan | 1,350 | 3,414 | 4,211 | 3,802 | 3,395 | 2,985 | 2,457 | 1,931 | 1,406 | 886 | 529 | 1,361 | 1,825 | 1,501 | 1,323 | 1,153 | 991 | 796 | 610 | 432 | 265 | 155 |
| Real | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Red River | 4 | 4 | 4 | 4 | 4 | 4 | 3 | 3 | 3 | 3 | 3 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Reeves | 611 | 1,111 | 1,520 | 2,067 | 2,619 | 2,761 | 2,522 | 2,285 | 2,052 | 1,827 | 1,614 | 701 | 632 | 688 | 796 | 908 | 888 | 791 | 700 | 615 | 541 | 477 |
| Refugio | 23 | 60 | 66 | 72 | 69 | 59 | 51 | 44 | 38 | 31 | 24 | 43 | 51 | 49 | 51 | 47 | 40 | 35 | 30 | 26 | 22 | 18 |
| Roberts | 365 | 1,711 | 1,502 | 1,270 | 1,041 | 822 | 611 | 400 | 189 | 20 | 20 | 423 | 819 | 647 | 524 | 412 | 316 | 231 | 151 | 76 | 20 | 20 |
| Robertson | 305 | 691 | 813 | 817 | 826 | 746 | 651 | 556 | 461 | 366 | 271 | 431 | 599 | 654 | 657 | 664 | 595 | 512 | 431 | 354 | 279 | 208 |
| Rockwall | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Runnels | 285 | 287 | 272 | 271 | 269 | 255 | 240 | 225 | 210 | 197 | 184 | 70 | 53 | 32 | 29 | 26 | 25 | 24 | 24 | 23 | 22 | 22 |
| Rusk | 210 | 719 | 1,149 | 1,569 | 1,994 | 1,844 | 1,668 | 1,492 | 1,316 | 1,141 | 967 | 323 | 637 | 1,017 | 1,377 | 1,730 | 1,578 | 1,404 | 1,234 | 1,070 | 912 | 759 |
| Sabine | 147 | 331 | 584 | 809 | 1,035 | 946 | 858 | 770 | 682 | 595 | 508 | 196 | 319 | 536 | 728 | 915 | 826 | 739 | 653 | 571 | 491 | 413 |
| San Augustine | 1,584 | 2,198 | 2,077 | 1,928 | 1,779 | 1,628 | 1,479 | 1,330 | 1,180 | 1,032 | 884 | 1,642 | 2,052 | 1,880 | 1,722 | 1,567 | 1,415 | 1,268 | 1,124 | 983 | 847 | 715 |
| San Jacinto | 0 | 8 | 8 | 8 | 8 | 9 | 9 | 9 | 9 | 9 | 9 | 8 | 8 | 8 | 8 | 8 | 9 | 9 | 9 | 9 | 9 | 9 |
| San Patricio | 20 | 52 | 57 | 63 | 60 | 51 | 44 | 39 | 33 | 27 | 21 | 38 | 45 | 43 | 45 | 41 | 35 | 30 | 26 | 23 | 19 | 16 |

| County | Water Use (AF) | | | | | | | | | | | Water Consumption (AF) | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2011 | 2015 | 2020 | 2025 | 2030 | 2035 | 2040 | 2045 | 2050 | 2055 | 2060 | 2011 | 2015 | 2020 | 2025 | 2030 | 2035 | 2040 | 2045 | 2050 | 2055 | 2060 |
| San Saba | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Schleicher | 230 | 473 | 621 | 718 | 732 | 647 | 562 | 477 | 392 | 308 | 241 | 144 | 213 | 199 | 226 | 225 | 194 | 165 | 136 | 109 | 84 | 64 |
| Scurry | 3 | 34 | 280 | 368 | 456 | 544 | 483 | 423 | 363 | 304 | 246 | 37 | 33 | 118 | 143 | 169 | 193 | 168 | 145 | 123 | 102 | 83 |
| Shackelford | 219 | 464 | 562 | 655 | 747 | 628 | 558 | 500 | 442 | 385 | 328 | 264 | 285 | 329 | 373 | 409 | 305 | 263 | 224 | 187 | 153 | 121 |
| Shelby | 1,388 | 1,861 | 3,283 | 3,109 | 2,938 | 2,754 | 2,496 | 2,238 | 1,980 | 1,723 | 1,467 | 1,536 | 1,745 | 2,976 | 2,781 | 2,593 | 2,400 | 2,143 | 1,892 | 1,650 | 1,414 | 1,185 |
| Sherman | 9 | 42 | 35 | 121 | 207 | 178 | 151 | 124 | 98 | 71 | 44 | 28 | 33 | 26 | 55 | 84 | 70 | 59 | 48 | 39 | 29 | 21 |
| Smith | 20 | 91 | 107 | 125 | 145 | 163 | 147 | 131 | 115 | 100 | 84 | 67 | 71 | 85 | 100 | 117 | 132 | 117 | 102 | 88 | 74 | 61 |
| Somervell | 287 | 237 | 304 | 367 | 431 | 377 | 333 | 292 | 250 | 209 | 168 | 309 | 208 | 236 | 272 | 304 | 253 | 217 | 183 | 151 | 121 | 93 |
| Starr | 35 | 90 | 99 | 108 | 103 | 89 | 77 | 67 | 57 | 46 | 36 | 66 | 66 | 77 | 75 | 77 | 71 | 60 | 52 | 46 | 39 | 34 | 28 |
| Stephens | 5,158 | 5,248 | 5,064 | 5,103 | 5,141 | 4,775 | 4,458 | 4,141 | 3,825 | 3,541 | 3,257 | 1,226 | 1,004 | 663 | 630 | 591 | 476 | 423 | 374 | 328 | 285 | 244 |
| Sterling | 89 | 343 | 780 | 947 | 953 | 958 | 812 | 667 | 522 | 380 | 270 | 107 | 191 | 290 | 338 | 331 | 325 | 270 | 217 | 166 | 120 | 85 |
| Stonewall | 629 | 615 | 583 | 579 | 575 | 543 | 511 | 478 | 445 | 416 | 387 | 136 | 99 | 53 | 45 | 38 | 36 | 34 | 33 | 31 | 30 | 29 |
| Sutton | 33 | 59 | 446 | 582 | 720 | 858 | 763 | 668 | 573 | 481 | 389 | 81 | 53 | 185 | 225 | 264 | 303 | 264 | 227 | 192 | 160 | 130 |
| Swisher | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Tarrant | 8,805 | 7,084 | 5,672 | 4,245 | 2,817 | 1,391 | 12 | 12 | 12 | 12 | 12 | 8,313 | 6,020 | 4,294 | 3,105 | 1,985 | 935 | 12 | 12 | 12 | 12 | 12 |
| Taylor | 71 | 81 | 77 | 77 | 76 | 73 | 69 | 65 | 62 | 58 | 55 | 26 | 22 | 17 | 16 | 15 | 15 | 15 | 15 | 15 | 15 | 14 |
| Terrell | 502 | 540 | 673 | 724 | 776 | 806 | 740 | 672 | 606 | 544 | 483 | 158 | 128 | 145 | 152 | 160 | 173 | 154 | 136 | 120 | 105 | 92 |
| Terry | 90 | 119 | 355 | 439 | 525 | 606 | 543 | 479 | 416 | 354 | 293 | 51 | 45 | 121 | 144 | 168 | 192 | 167 | 144 | 122 | 102 | 83 |
| Throckmorton | 200 | 204 | 194 | 193 | 191 | 181 | 171 | 161 | 150 | 141 | 132 | 52 | 40 | 25 | 23 | 20 | 20 | 19 | 19 | 19 | 18 | 18 |
| Titus | 8 | 8 | 7 | 7 | 7 | 7 | 6 | 6 | 5 | 5 | 5 | 2 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Tom Green | 53 | 72 | 69 | 69 | 68 | 66 | 63 | 60 | 58 | 55 | 53 | 31 | 28 | 24 | 24 | 23 | 23 | 23 | 23 | 23 | 23 | 23 |
| Travis | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Trinity | 0 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 |
| Tyler | 78 | 123 | 160 | 197 | 198 | 174 | 150 | 127 | 103 | 79 | 55 | 91 | 96 | 106 | 127 | 125 | 109 | 93 | 78 | 63 | 49 | 36 |
| Upshur | 39 | 199 | 379 | 551 | 726 | 851 | 771 | 690 | 609 | 529 | 450 | 95 | 164 | 325 | 474 | 620 | 723 | 644 | 566 | 491 | 419 | 349 |
| Upton | 1,744 | 3,075 | 3,887 | 3,575 | 3,265 | 2,960 | 2,470 | 1,984 | 1,499 | 1,020 | 699 | 1,863 | 1,694 | 1,458 | 1,296 | 1,144 | 1,001 | 817 | 641 | 473 | 318 | 219 |
| Uvalde | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Val Verde | 0 | 66 | 144 | 169 | 195 | 221 | 199 | 179 | 158 | 139 | 120 | 67 | 66 | 91 | 97 | 102 | 108 | 98 | 89 | 81 | 74 | 68 |
| Van Zandt | 56 | 65 | 62 | 62 | 61 | 59 | 56 | 53 | 50 | 47 | 45 | 22 | 19 | 15 | 15 | 14 | 14 | 14 | 14 | 13 | 13 | 13 |
| Victoria | 25 | 66 | 72 | 79 | 75 | 65 | 56 | 49 | 41 | 34 | 27 | 47 | 56 | 54 | 56 | 52 | 44 | 38 | 33 | 29 | 24 | 20 |
| Walker | 0 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 |
| Waller | 0 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 |
| Ward | 582 | 632 | 775 | 968 | 941 | 915 | 815 | 716 | 617 | 521 | 429 | 622 | 620 | 317 | 362 | 333 | 307 | 267 | 229 | 193 | 161 | 132 |
| Washington | 0 | 44 | 545 | 924 | 840 | 757 | 673 | 589 | 506 | 422 | 338 | 30 | 46 | 346 | 561 | 500 | 442 | 385 | 330 | 277 | 227 | 178 |
| Webb | 4,599 | 3,878 | 3,708 | 3,257 | 2,804 | 2,397 | 2,007 | 1,623 | 1,238 | 796 | 341 | 3,948 | 2,844 | 2,337 | 2,014 | 1,701 | 1,422 | 1,166 | 922 | 687 | 439 | 196 |
| Wharton | 31 | 81 | 89 | 97 | 93 | 80 | 69 | 60 | 51 | 42 | 33 | 58 | 69 | 67 | 69 | 64 | 54 | 47 | 41 | 36 | 30 | 25 |
| Wheeler | 3,794 | 3,609 | 3,157 | 2,682 | 2,210 | 1,748 | 1,293 | 839 | 385 | 22 | 21 | 3,850 | 1,683 | 1,308 | 1,071 | 850 | 651 | 469 | 298 | 139 | 20 | 20 |
| Wichita | 59 | 65 | 62 | 62 | 61 | 58 | 55 | 52 | 49 | 46 | 44 | 20 | 17 | 12 | 12 | 11 | 11 | 11 | 11 | 10 | 10 | 10 |
| Wilbarger | 7 | 20 | 20 | 20 | 20 | 20 | 19 | 19 | 19 | 18 | 18 | 15 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 |
| Willacy | 17 | 44 | 49 | 53 | 51 | 44 | 38 | 33 | 28 | 23 | 18 | 32 | 38 | 37 | 38 | 35 | 29 | 26 | 22 | 19 | 17 | 14 |
| Williamson | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Wilson | 418 | 1,671 | 1,929 | 1,740 | 1,548 | 1,357 | 1,165 | 973 | 782 | 590 | 399 | 373 | 1,206 | 1,182 | 1,045 | 912 | 783 | 659 | 540 | 426 | 315 | 210 |
| Winkler | 152 | 621 | 787 | 977 | 1,169 | 1,110 | 991 | 873 | 756 | 642 | 531 | 125 | 318 | 295 | 341 | 387 | 351 | 305 | 261 | 220 | 183 | 149 |
| Wise | 2,313 | 3,014 | 2,661 | 2,293 | 1,924 | 1,556 | 1,238 | 932 | 625 | 319 | 13 | 2,348 | 2,584 | 2,037 | 1,691 | 1,360 | 1,046 | 809 | 587 | 380 | 189 | 13 |
| Wood | 17 | 26 | 25 | 25 | 25 | 24 | 23 | 22 | 21 | 21 | 20 | 13 | 12 | 11 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 |
| Yoakum | 1,052 | 1,264 | 1,300 | 1,382 | 1,334 | 1,240 | 1,147 | 1,052 | 957 | 870 | 783 | 246 | 299 | 209 | 222 | 191 | 171 | 151 | 132 | 115 | 99 | 84 |
| Young | 15 | 142 | 197 | 244 | 291 | 236 | 206 | 183 | 159 | 135 | 111 | 125 | 136 | 165 | 188 | 208 | 156 | 135 | 116 | 97 | 81 | 65 |
| Zapata | 30 | 78 | 85 | 93 | 89 | 76 | 66 | 57 | 49 | 40 | 31 | 56 | 66 | 64 | 66 | 61 | 51 | 45 | 39 | 34 | 29 | 24 |
| Zavala | 407 | 2,140 | 2,531 | 2,379 | 2,257 | 2,118 | 1,977 | 1,838 | 1,599 | 1,245 | 932 | 409 | 1,555 | 1,570 | 1,448 | 1,336 | 1,212 | 1,092 | 975 | 802 | 622 | 450 |
| **SUM (kAF)** | **118.4** | **159.3** | **178.4** | **179.6** | **175.1** | **159.9** | **139.0** | **119.1** | **99.6** | **81.4** | **65.4** | **92.7** | **96.4** | **91.8** | **88.0** | **82.0** | **71.3** | **59.7** | **49.4** | **39.8** | **31.3** | **23.8** |



Figure 48. State-level projections to 2060 of HF water use and fresh-water consumption and comparison to earlier water projections.



O&G WaterUse&Consumption_2.xls

Figure 49. State-level projections to 2060 of oil and gas industry water use and fresh-water consumption.



Figure 50. Counties with non-zero projected water use. Same coverage as in the 2011 report (thick blue lines) with the addition of Polk, Tyler, Jasper, and Newton counties in East Texas (red circle).



Source: Montgomery et al. (2005)                Source: McMahon and Vaden (2011)

Figure 51. Spatial location of the oil and gas windows in the (a) Barnett Shale and (b) Eagle Ford Shale.



(a)

(b)

TrackChanges 1.xls

Figure 52. Barnett Shale water use and consumption projections: (a) comparison with earlier projections; (b) water use and consumption projections under the three scenarios.



Figure 53. Eagle Ford Shale water use and consumption projections: (a) comparison with earlier projections; (b) water use and consumption projections under the three scenarios.



(a)

(b)

TrackChanges 1.xls

Figure 54. Pearsall Shale water use and consumption projections: (a) comparison with earlier projections; (b) water use and consumption projections under the three scenarios.



(a)

(b)

Figure 55. Haynesville and Bossier Shales water use and consumption projections:  (a) comparison with earlier projections; (b) water use and consumption projections under the three scenarios.



(a)

(b)

TrackChanges 1.xls

Figure 56. Haynesville-West Shale water use and consumption projections: (a) comparison with earlier projections; (b) water use and consumption projections under the three scenarios.



(a)

(b)

Figure 57. East Texas (not including Haynesville and Bossier Shales) water use and consumption projections: (a) comparison with earlier projections; (b) water use and consumption projections under the three scenarios.



(a)

(b)

Figure 58. Gulf Coast (not including shales) water use and consumption projections: (a) comparison with earlier projections; (b) water use and consumption projections under the three scenarios.



(a)

(b)

TrackChanges 1.xls

Figure 59. Anadarko Basin water use and consumption projections: (a) comparison with earlier projections; (b) water use and consumption projections under the three scenarios.



(a)

(b)

TrackChanges 1.xls

Figure 60. Permian Basin water use and consumption projections: (a) comparison with earlier projections; (b) water use and consumption projections under the three scenarios.



Figure 61. Permian Basin water use and consumption projections under the three scenarios: (a) Barnett and Woodford Shales; (b) Wolfcamp Shale and Wolfberry play; and (c) other Permian Basin formations.

# V.   Conclusions

This update to the 2011 report (whose conclusions were partly summarized in Nicot and Scanlon, 2012) does not fundamentally change the water use projections put forward originally. Both documents outline a water use that is likely to stay in the vicinity of 100±50 kAF/yr for many years. The new projections lower and broaden the expected peak water use and displace the center of gravity of HF water use toward West Texas, an area of the state that has less fresh water. This mechanically translates into a higher brackish water use which when allied with improvement in reuse technologies results in a much lower fresh water consumption than was projected in the 2011 report. The eventual solution in West Texas, after the initial step of using slightly brackish groundwater, is to use more saline brackish water or the abundant produced water from conventional wells to avoid competition with other users who will also rely more and more on brackish water as their water needs increase. In addition to this expected recycling from other uses, the industry itself is making rapidly maturing technological advances that will improve reuse. Fortunately flow back is abundant in most places where fresh water is not (such as in West Texas). However, as in all predictive work, unexpected events can generate large deviations from the projections (as the shale gas revolution did for domestic oil production). The simple discovery of an additional major play (deeper play?) beyond those described in this document could change the state-level water projections. They, however, are unlikely to deviate much in order of magnitude from those outlined here.

It follows that oil and gas water use projections remain a reasonable fraction of mining water use projections, no more than 54% (Figure 62) and a smaller fraction still of the total amount on water use in Texas every year: <0.1 million AF (81.5 kAF in 2011) compared to 15+ million AF (Figure 63).



MiningWaterUse2010-2060_4_TWDB_just.xls

Note: modified from the 2011 report (Nicot et al., 2011, Fig. 135)

Figure 62. Summary of projected water use by mining industry in Texas (2012-2060).



BarPlots_WaterUse_6.xls

Source: TWDB historical water use surveys,
http://www.twdb.state.tx.us/waterplanning/waterusesurvey/estimates/
Note: value displayed for mining water use is the 230 kAF from Nicot et al. (2011)
rather than the projected 296 kAF listed in TWDB (2012, p.137) or the 2001-2010
average of 184.4 kAF computed with limited information.

Figure 63. Average state level water use (all categories) in 2001-2010.

# VI.  References

Bené, P. G., Harden, Bob, Griffin, S. W., and Nicot, J. -P., 2007, Northern Trinity/Woodbine aquifer groundwater availability model: assessment of groundwater use in the northern Trinity aquifer due to urban growth and Barnett Shale development: Texas Water Development Board, TWDB Contract Number 0604830613, 50 p. + apps..

Fan, L., R. Martin, J. Thompson, K. Atwood, J. Robinson, and G. Lindsay, 2011, An Integrated Approach for Understanding Oil and Gas Reserves Potential in Eagle Ford Shale Formation: SPE 148751.

McMahon, C., and Vaden, H., 2011, Eagle Ford Shale liquids volumes exceed early expectations. Powell Shale Digest, October 10, 2011, v.1, p. 26-29.

Montgomery, S. L., Jarvie, D. M., Bowker, K. A., and Pollastro, R. M.,  2005, Mississippian Barnett Shale, Fort Worth Basin, north-central Texas: gas-shale play with multi-trillion cubic foot potential.  AAPG Bulletin, v. 89, no. 2, p. 155-175.

Nicot, J. -P., and Potter, E., 2007, Historical and 2006–2025 estimation of ground water use for gas production in the Barnett Shale, North Texas: The University of Texas at Austin, Bureau of Economic Geology, letter report prepared for R. W. Harden & Associates and Texas Water Development Board, 66 p.

Nicot, J.-P., and Scanlon, B. R., 2012, Water use for shale-gas production in Texas, U.S.: Environmental Science and Technology, v. 46, p. 3580–3586.

Nicot, J. -P., Hebel, A. K., Ritter, S. M., Walden, S., Baier, R., Galusky, P., Beach, J. A., Kyle, R., Symank, L., and Breton, C., 2011, Current and projected water use in the Texas mining and oil and gas industry: The University of Texas at Austin, Bureau of Economic Geology, Contract Report No. 090480939 prepared for Texas Water Development Board, 357 p. Accessed on 2012: https://www.twdb.state.tx.us/rwpg/rpgm_rpts/0904830939_MiningWaterUse.pdf

Sinha, S., and Ramakrishnan, H., 2011, A novel screening method for selection of horizontal refracturing candidates in shale gas reservoirs: Society of Petroleum Engineers Paper #144032.

Texas Water Development Board, 2012, Water for Texas, Vol. II, TWDB Document GP-9-1, January, 392 p.

# Appendix 1: Revision to 2011 Report

Although the material below is now obsolete (Table 17), we thought it was important to correct Table 52 of the 2011 report ("Projected water use in the Barnett Shale (Fort Worth Basin)"). Although correct values were used in tables of higher order (state level or cumulative across water uses) in the 2011 report, its table 52 was not updated between the draft version and the final version.

Table 17. Update to Table 52 of 2011 report (now obsolete and superseded by this report)

| County | 2010* | 2020 | 2030 | 2040 | 2050 | 2060 |
|---|---|---|---|---|---|---|
| | | | AF | | | |
| Archer | 0 | 1,618 | 1,292 | 369 | 0 | 0 |
| Bosque | 913 | 2,547 | 1,065 | 0 | 0 | 0 |
| Clay | ~~634~~ 951 | ~~3,731~~ 5,596 | ~~1,663~~ 2,495 | 0 | 0 | 0 |
| Comanche | 429 | 2,524 | 1,125 | 0 | 0 | 0 |
| Cooke | 101 | 282 | 118 | 0 | 0 | 0 |
| Coryell | 0 | 1,793 | 1,140 | 263 | 0 | 0 |
| Dallas | 620 | 769 | 271 | 0 | 0 | 0 |
| Denton | 1,674 | 587 | 0 | 0 | 0 | 0 |
| Eastland | 0 | 1,127 | 1,157 | 386 | 0 | 0 |
| Ellis | 325 | 235 | 63 | 0 | 0 | 0 |
| Erath | 2,017 | 2,500 | 882 | 0 | 0 | 0 |
| Hamilton | 190 | 1,118 | 498 | 0 | 0 | 0 |
| Hill | 1,008 | 1,249 | 441 | 0 | 0 | 0 |
| Hood | 1,720 | 990 | 215 | 0 | 0 | 0 |
| Jack | ~~1,835~~ 2,386 | ~~1,706~~ 2,218 | ~~535~~ 696 | 0 | 0 | 0 |
| Johnson | 3,308 | 1,537 | 241 | 0 | 0 | 0 |
| McLennan | 0 | 1,380 | 680 | 62 | 0 | 0 |
| Montague | ~~539~~ 809 | ~~3,174~~ 4.760 | ~~1,415~~ 2,122 | 0 | 0 | 0 |
| Palo Pinto | 446 | 2,627 | 1,171 | 0 | 0 | 0 |
| Parker | 4,003 | 1,787 | 153 | 0 | 0 | 0 |
| Shackelford | 0 | 1,121 | 1,151 | 384 | 0 | 0 |
| Somervell | 771 | 443 | 96 | 0 | 0 | 0 |
| Stephens | 0 | 1,854 | 1,178 | 272 | 0 | 0 |
| Tarrant | 3,147 | 1,104 | 0 | 0 | 0 | 0 |
| Wise | ~~4,220~~ 4.642 | ~~1,961~~ 2,157 | ~~308~~ 338 | 0 | 0 | 0 |
| Young | 0 | 563 | 578 | 193 | 0 | 0 |
| **Total (Th. AF)** | ~~27.9~~ 29.5 | ~~40.3~~ 44.5 | ~~17.4~~ 19.2 | 1.9 | 0.0 | 0.0 |

Note: double strikethrough on the incorrect values replaced by the correct but obsolete values.

# Secretary of Energy Advisory Board



# Shale Gas Production Subcommittee 90-Day Report

## August 18, 2011



**U.S. DEPARTMENT OF ENERGY**

## *The SEAB Shale Gas Production Subcommittee*
## *Ninety-Day Report – August 18, 2011*

### Executive Summary

The Shale Gas Subcommittee of the Secretary of Energy Advisory Board is charged with identifying measures that can be taken to reduce the environmental impact and improve the safety of shale gas production.

Natural gas is a cornerstone of the U.S. economy, providing a quarter of the country's total energy.  Owing to breakthroughs in technology, production from shale formations has gone from a negligible amount just a few years ago to being almost 30 percent of total U.S. natural gas production.  This has brought lower prices, domestic jobs, and the prospect of enhanced national security due to the potential of substantial production growth.  But the growth has also brought questions about whether both current and future production can be done in an environmentally sound fashion that meets the needs of public trust.

This 90-day report presents recommendations that if implemented will reduce the environmental impacts from shale gas production.  The Subcommittee stresses the importance of a process of continuous improvement in the various aspects of shale gas production that relies on best practices and is tied to measurement and disclosure.  While many companies are following such a process, much-broader and more extensive adoption is warranted.  The approach benefits all parties in shale gas production: regulators will have more complete and accurate information; industry will achieve more efficient operations; and the public will see continuous, measurable improvement in shale gas activities.

A list of the Subcommittee's findings and recommendations follows.

- o  <u>Improve public information about shale gas operations</u>:  Create a portal for access to a wide range of public information on shale gas development, to include current data available from state and federal regulatory agencies. The portal should be open to the public for use to study and analyze shale gas operations and results.

o  <u>Improve communication among state and federal regulators</u>: Provide continuing annual support to STRONGER (the State Review of Oil and Natural Gas Environmental Regulation) and to the Ground Water Protection Council for expansion of the *Risk Based Data Management System* and similar projects that can be extended to all phases of shale gas development.

o  <u>Improve air quality</u>: Measures should be taken to reduce emissions of air pollutants, ozone precursors, and methane as quickly as practicable.  The Subcommittee supports adoption of rigorous standards for new and existing sources of methane, air toxics, ozone precursors and other air pollutants from shale gas operations.  The Subcommittee recommends:

(1) Enlisting a subset of producers in different basins to design and rapidly implement measurement systems to collect comprehensive methane and other air emissions data from shale gas operations and make these data publically available;

(2) Immediately launching a federal interagency planning effort to acquire data and analyze the overall greenhouse gas footprint of shale gas operations through out the lifecycle of natural gas use in comparison to other fuels; and

(3) Encouraging shale-gas production companies and regulators to expand immediately efforts to reduce air emissions using proven technologies and practices.

o  <u>Protection of water quality</u>:  The Subcommittee urges adoption of a systems approach to water management based on consistent measurement and public disclosure of the flow and composition of water at every stage of the shale gas production process.  The Subcommittee recommends the following actions by shale gas companies and regulators – to the extent that such actions have not already been undertaken by particular companies and regulatory agencies:

(1) Measure and publicly report the composition of water stocks and flow throughout the fracturing and clean-up process.

(2) Manifest all transfers of water among different locations.

(3) Adopt best practices in well development and construction, especially casing, cementing, and pressure management. Pressure testing of cemented casing and state-of-the-art cement bond logs should be used to confirm formation isolation.  Microseismic surveys should be carried out to assure that hydraulic fracture growth is limited to the gas producing formations.  Regulations and inspections are needed to confirm that operators

2

have taken prompt action to repair defective cementing jobs.  The regulation of shale gas development should include inspections at safety-critical stages of well construction and hydraulic fracturing.

(4) Additional field studies on possible methane leakage from shale gas wells to water reservoirs.

(5) Adopt requirements for background water quality measurements (e.g., existing methane levels in nearby water wells prior to drilling for gas) and report in advance of shale gas production activity.

(6) Agencies should review field experience and modernize rules and enforcement practices to ensure protection of drinking and surface waters.

o   <u>Disclosure of fracturing fluid composition</u>: The Subcommittee shares the prevailing view that the risk of fracturing fluid leakage into drinking water sources through fractures made in deep shale reservoirs is remote. Nevertheless the Subcommittee believes there is no economic or technical reason to prevent public disclosure of all chemicals in fracturing fluids, with an exception for genuinely proprietary information.  While companies and regulators are moving in this direction, progress needs to be accelerated in light of public concern.

o   <u>Reduction in the use of diesel fuel</u>:  The Subcommittee believes there is no technical or economic reason to use diesel in shale gas production and recommends reducing the use of diesel engines for surface power in favor of natural gas engines or electricity where available.

o   <u>Managing short-term and cumulative impacts on communities, land use, wildlife, and ecologies</u>.  Each relevant jurisdiction should pay greater attention to the combination of impacts from multiple drilling, production and delivery activities (e.g., impacts on air quality, traffic on roads, noise, visual pollution), and make efforts to plan for shale development impacts on a regional scale.  Possible mechanisms include:

(1) Use of multi-well drilling pads to minimize transport traffic and need for new road construction.

(2) Evaluation of water use at the scale of affected watersheds.

(3) Formal notification by regulated entities of anticipated environmental and community impacts.

SEAB Shale Gas Production Subcommittee – 90-Day Report

(4) Preservation of unique and/or sensitive areas as off-limits to drilling and support infrastructure as determined through an appropriate science-based process.

(5) Undertaking science-based characterization of important landscapes, habitats and corridors to inform planning, prevention, mitigation and reclamation of surface impacts.

(6) Establishment of effective field monitoring and enforcement to inform on-going assessment of cumulative community and land use impacts.

The process for addressing these issues must afford opportunities for affected communities to participate and respect for the rights of surface and mineral rights owners.

o  <u>Organizing for best practice:</u>  The Subcommittee believes the creation of a shale gas industry production organization dedicated to continuous improvement of best practice, defined as improvements in techniques and methods that rely on measurement and field experience, is needed to improve operational and environmental outcomes.  The Subcommittee favors a national approach including regional mechanisms that recognize differences in geology, land use, water resources, and regulation.  The Subcommittee is aware that several different models for such efforts are under discussion and the Subcommittee will monitor progress during its next ninety days.  The Subcommittee has identified several activities that deserve priority attention for developing best practices:

<u>Air</u>: (a) Reduction of pollutants and methane emissions from all shale gas production/delivery activity. (b) Establishment of an emission measurement and reporting system at various points in the production chain.

<u>Water</u>: (a) Well completion – casing and cementing including use of cement bond and other completion logging tools. (b) Minimizing water use and limiting vertical fracture growth.

o  <u>Research and Development needs</u>.  The public should expect significant technical advances associated with shale gas production that will significantly improve the efficiency of shale gas production and that will reduce environmental impact.  The move from single well to multiple-well pad drilling is one clear example. Given the economic incentive for technical advances, much of the R&D will be performed by the oil and gas industry.  Nevertheless the federal government has a role especially in basic R&D, environment protection, and

4

safety.  The current level of federal support for unconventional gas R&D is small, and the Subcommittee recommends that the Administration and the Congress set an appropriate mission for R&D and level funding.

The Subcommittee believes that these recommendations, combined with a continuing focus on and clear commitment to measurable progress in implementation of best practices based on technical innovation and field experience, represent important steps toward meeting public concerns and ensuring that the nation's resources are responsibly being responsibly developed.

## Introduction

On March 31, 2011, President Barack Obama declared that "recent innovations have given us the opportunity to tap large reserves – perhaps a century's worth" of shale gas. In order to facilitate this development, ensure environmental protection, and meet public concerns, he instructed Secretary of Energy Steven Chu to form a subcommittee of the Secretary of Energy Advisory Board (SEAB) to make recommendations to address the safety and environmental performance of shale gas production.[1]  The Secretary's charge to the Subcommittee, included in Annex A, requested that:

> Within 90 days of its first meeting, the Subcommittee will report to SEAB on the "immediate steps that can be taken to improve the safety and environmental performance of fracturing.

This is the 90-day report submitted by the Subcommittee to SEAB in fulfillment of its charge.  There will be a second report of the Subcommittee after 180 days. Members of the Subcommittee are given in Annex B.

## Context for the Subcommittee's deliberations

The Subcommittee believes that the U.S. shale gas resource has enormous potential to provide economic and environmental benefits for the county.  Shale gas is a widely distributed resource in North America that can be relatively cheaply produced, creating jobs across the country.  Natural gas – if properly produced and transported – also offers climate change advantages because of its low carbon content compared to coal.

SEAB Shale Gas Production Subcommittee – 90-Day Report



Domestic production of shale gas also has the potential over time to reduce dependence on imported oil for the United States.  International shale gas production will increase the diversity of supply for other nations.  Both these developments offer important national security benefits.[2]

The development of shale gas in the United States has been very rapid.  Natural gas from all sources is one of America's major fuels, providing about 25 percent of total U.S. energy.  Shale gas, in turn, was less than two percent of total U.S. natural gas production in 2001.  Today, it is approaching 30 percent.[3]  But it was only around 2008 that the significance of shale gas began to be widely recognized.  Since then, output has increased four-fold.  It has brought new regions into the supply mix.  Output from the Haynesville shale, mostly in Louisiana, for example, was negligible in 2008; today, the Haynesville shale alone produces eight percent of total U.S. natural gas output.  According to the U.S. Energy Information Administration (EIA), the rapid expansion of shale gas production is expected to continue in the future.  The EIA projects shale gas to

SEAB Shale Gas Production Subcommittee – 90-Day Report

be 46 percent of domestic production by 2035. The following figure shows the stunning change.



The economic significance is potentially very large.  While estimates vary, well over 200,000 of jobs (direct, indirect, and induced) have been created over the last several years by the development of domestic production of shale gas, and tens of thousands more will be created in the future.[4]  As late as 2007, before the impact of the shale gas revolution, it was assumed that the United States would be importing large amounts of liquefied natural gas from the Middle East and other areas. Today, the United States is essentially self-sufficient in natural gas, with the only notable imports being from Canada, and expected to remain so for many decades.  The price of natural gas has fallen by more than a factor of two since 2008, benefiting consumers in the lower cost of home heating and electricity.

SEAB Shale Gas Production Subcommittee – 90-Day Report

The rapid expansion of production is rooted in change in applications of technology and field practice.  It had long been recognized that substantial supplies of natural gas were embedded in shale rock.  But it was only in 2002 and 2003 that the combination of two technologies working together – hydraulic fracturing and horizontal drilling – made shale gas commercial.

These factors have brought new regions into the supply mix.  Parts of the country, such as regions of the Appalachian mountain states where the Marcellus Shale is located, which have not experienced significant oil and gas development for decades, are now undergoing significant development pressure.  Pennsylvania, for example, which produced only one percent of total dry gas production in 2009, is one of the most active new areas of development.  Even states with a history of oil and gas development, such as Wyoming and Colorado, have experienced significant development pressures in new areas of the state where unconventional gas is now technically and economically accessible due to changes in drilling and development technologies.

## The urgency of addressing environmental consequences

As with all energy use, shale gas must be produced in a manner that prevents, minimizes and mitigates environmental damage and the risk of accidents and protects public health and safety. <u>Public concern and debate about the production of shale gas has grown as shale gas output has expanded</u>.

The Subcommittee identifies four major areas of concern: (1) Possible pollution of drinking water from methane and chemicals used in fracturing fluids; (2) Air pollution; (3) Community disruption during shale gas production; and (4) Cumulative adverse impacts that intensive shale production can have on communities and ecosystems.

There are serious environmental impacts underlying these concerns and these adverse environmental impacts need to be prevented, reduced and, where possible, eliminated as soon as possible.  Absent effective control, public opposition will grow, thus putting continued production at risk.  Moreover, with anticipated increase in U.S. hydraulically fractured wells, if effective environmental action is not taken today, the potential environmental consequences will grow to a point that the country will be faced a more

SEAB Shale Gas Production Subcommittee – 90-Day Report

serious problem.  Effective action requires both strong regulation and a shale gas industry in which all participating companies are committed to continuous improvement.

The rapid expansion of production and rapid change in technology and field practice, requires federal and state agencies to adapt and evolve their regulations.  Industry's pursuit of more efficient operations often has environmental as well as economic benefits, including waste minimization, greater gas recovery, less water usage, and a reduced operating footprint.  So there are many reasons to be optimistic that continuous improvement of shale gas production in reducing existing and potential undesirable impacts can be a cooperative effort among the public, companies in the industry, and regulators.

## Subcommittee scope, procedure and outline of this report

**Scope:**  The Subcommittee has focused exclusively on production of natural gas (and some liquid hydrocarbons) from shale formations with hydraulic fracturing stimulation in either vertical or horizontal wells.  The Subcommittee is aware that some of the observations and recommendations in this report could lead to extension of its findings to other oil and gas operations, but our intention is to focus singularly on issues related to shale gas development.  We caution against applying our findings to other areas, because the Subcommittee has not considered the different development practices and other types of geology, technology, regulation and industry practice.

These shale plays in different basins have different geological characteristics and occur in areas with very different water resources.  In the Eagle Ford, in Texas, there is almost no flow-back water from an operating well following hydraulic fracturing, while in the Marcellus, primarily in Ohio, New York, Pennsylvania and West Virginia, the flow-back water is between 20 and 40 percent of the injected volume. This geological diversity means that engineering practice and regulatory oversight will differ widely among regions of the country.

The Subcommittee describes in this report a comprehensive and collaborative approach to managing risk in shale gas production.   The Subcommittee believes that a more systematic commitment to a process of *continuous improvement* to identify and

<u>implement best practices is needed, and should be embraced by all companies in the shale gas industry</u>.  Many companies already demonstrate their commitment to the kind of process we describe here, but the public should be confident that this is the practice across the industry.

This process should involve discussions and other collaborative efforts among companies involved in shale gas production (including service companies), state and federal regulators, and affected communities and public interests groups.  The process should identify best practices that evolve as operational experience increases, knowledge of environmental effects and effective mitigation grows, and know-how and technology changes.  It should also be supported by technology peer reviews that report on individual companies' performance and should be seen as a compliment to, not a substitute for, strong regulation and effective enforcement. There will be three benefits:

- o For industry: As all firms move to adopt identified best practices, continuous improvement has the potential to both enhance production efficiency and reduce environmental impacts over time.

- o For regulators:  Sharing data and best practices will better inform regulators and help them craft policies and regulations that will lead to sounder and more efficient environmental practices than are now in place.

- o For the public: Continuous improvement coupled with rigorous regulatory oversight can provide confidence that processes are in place that will result in improved safety and less environmental and community impact.

The realities of regional diversity of shale gas resources and rapid change in production practices and technology mean that <u>a single best engineering practice cannot set for all locations and for all time</u>.   Rather, the appropriate starting point is to understand what are regarded as "best practices" today, how the current regulatory system works in the context of those operating in different parts of the country, and establishing a culture of continuous improvement.

<u>The Subcommittee has considered the safety and environmental impact of all steps in shale gas production, not just hydraulic fracturing.</u>[5]  Shale gas production consists of

several steps, from well design and surface preparation, to drilling and cementing steel casing at multiple stages of well construction, to well completion.  The various steps include perforation, water and fracturing fluid preparation, multistage hydraulic fracturing, collection and handling of flow-back and produced water, gas collection, processing and pipeline transmission, and site remediation.[6]  Each of these activities has safety and environmental risks that are addressed by operators and by regulators in different ways according to location.  In light of these processes, the Subcommittee interprets its charge to assess this entire system, rather than just hydraulic fracturing.

The Subcommittee's charge is not to assess the balance of the benefits of shale gas use against these environmental costs.  Rather, the Subcommittee's charge is to identify steps that can be taken to reduce the environmental and safety risks associated with shale gas development and, importantly, give the public concrete reason to believe that environmental impacts will be reduced and well managed on an ongoing basis, and that problems will be mitigated and rapidly corrected, if and when they occur.

It is not within the scope of the Subcommittee's 90-day report to make recommendations about the proper regulatory roles for state and federal governments.  However, the Subcommittee emphasizes that effective and capable regulation is essential to protect the public interest.  The challenges of protecting human health and the environment in light of the anticipated rapid expansion of shale gas production require the joint efforts of state and federal regulators. This means that resources dedicated to oversight of the industry must be sufficient to do the job and that there is adequate regulatory staff at the state and federal level with the technical expertise to issue, inspect, and enforce regulations.  Fees, royalty payments and severance taxes are appropriate sources of funds to finance these needed regulatory activities.

The nation has important work to do in strengthening the design of a regulatory system that sets the policy and technical foundation to provide for continuous improvement in the protection of human health and the environment.  While many states and several federal agencies regulate aspects of these operations, the efficacy of the regulations is far from clear.  Raw statistics about enforcement actions and compliance are not sufficient to draw conclusions about regulatory effectiveness.  Informed conclusions about the state of shale gas operations require analysis of the vast amount of data that

is publically available, but there are surprisingly few published studies of this publically available data.  Benchmarking is needed for the efficacy of existing regulations and consideration of additional mechanisms for assuring compliance such as disclosure of company performance and enforcement history, and operator certification of performance subject to stringent fines, if violated.

**Subcommittee Procedure:** In the ninety days since its first meeting, the Subcommittee met with representatives of industry, the environmental community, state regulators, officials of the Environmental Protection Agency, the Department of Energy, the Department of the Interior, both the United States Geologic Survey (USGS) and the Bureau of Land Management (BLM), which has responsibility for public land regulation,[7] and a number of individuals from industry and not-for-profit groups with relevant expertise and interest.  The Subcommittee held a public meeting attended by over four hundred citizens in Washington Country, PA, and visited several Marcelius shale gas sites. The Subcommittee strove to hold all of its meeting in public although the Subcommittee held several private working sessions to review what it had learned and to deliberate on its course of action.  A website is available that contains the Subcommittee meeting agendas, material presented to the Subcommittee, and numerous public comments.[8]

**Outline of this report:** The Subcommittee findings and recommendations are organized in four sections:

o   Making information about shale gas production operations more accessible to the public – an immediate action.

o   Immediate and longer term actions to reduce environmental and safety risks of shale gas operations

o   Creation of a Shale Gas Industry Operation organization, on national and/or regional basis, committed to continuous improvement of best operating practices.

o   R&D needs to improve safety and environmental performance – immediate and long term opportunities for government and industry.

The common thread in all these recommendations is that <u>measurement and disclosure</u> are fundamental elements of good practice and policy for all parties.  Data enables companies to identify changes that improve efficiency and environmental performance and to benchmark against the performance of different companies.  Disclosure of data permits regulators to identify cost/effective regulatory measures that better protect the environment and public safety, and disclosure gives the public a way to measure progress on reducing risks.

## Making shale gas information available to the public

The Subcommittee has been struck by the enormous difference in perception about the consequences of shale gas activities.  Advocates state that fracturing has been performed safety without significant incident for over 60 years, although modern shale gas fracturing of two mile long laterals has only been done for something less than a decade.  Opponents point to failures and accidents and other environmental impacts, but these incidents are typically unrelated to hydraulic fracturing *per se* and sometimes lack supporting data about the relationship of shale gas development to incidence and consequences.[9]  An industry response that hydraulic fracturing has been performed safely for decades rather than engaging the range of issues concerning the public will not succeed.

Some of this difference in perception can be attributed to communication issues.  Many in the concerned public use the word "fracking" to describe all activities associated with shale gas development, rather than just the hydraulic fracturing process itself. Public concerns extend to accidents and failures associated with poor well construction and operation, surface spills, leaks at pits and impoundments, truck traffic, and the cumulative impacts of air pollution, land disturbance and community disruption.

The Subcommittee believes there is great merit to creating a national database to link as many sources of public information as possible with respect to shale gas development and production.  Much information has been generated over the past ten years by state and federal regulatory agencies.  Providing ways to link various databases and, where possible, assemble data in a comparable format, which are now in perhaps a hundred different locations, would permit easier access to data sets by interested parties.

SEAB Shale Gas Production Subcommittee – 90-Day Report

Members of the public would be able to assess the current state of environmental protection and safety and inform the public of these trends.  Regulatory bodies would be better able to assess and monitor the trends in enforcement activities.  Industry would be able to analyze data on production trends and comparative performance in order to identify effective practices.

The Subcommittee recommends creation of this national database.  A rough estimate for the initial cost is $20 million to structure and construct the linkages necessary for assembling this virtual database, and about $5 million annual cost to maintain it.  This recommendation is not aimed at establishing new reporting requirements. Rather, it focuses on creating linkages among information and data that is currently collected and technically and legally capable of being made available to the public.  What analysis of the data should be done is left entirely for users to decide.[10]

There are other important mechanisms for improving the availability and usefulness of shale gas information among various constituencies.  The Subcommittee believes two such mechanisms to be exceptionally meritorious (and would be relatively inexpensive to expand).

The first is an existing organization known as STRONGER – the State Review of Oil and Natural Gas Environmental Regulation.  STRONGER is a not-for-profit organization whose purpose is to accomplish genuine peer review of state regulatory activities.  The peer reviews (conducted by a panel of state regulators, industry representatives, and environmental organization representatives with respect to the processes and policies of the state under review) are published publicly, and provide a means to share information about environmental protection strategies, techniques, regulations, and measures for program improvement.  Too few states participate in STRONGER's voluntary review of state regulatory programs.  The reviews allow for learning to be shared by states and the expansion of the STRONGER process should be encouraged.   The Department of Energy, the Environmental Protection Agency, and the American Petroleum Institute have supported STRONGER over time.[11]

The second is the Ground Water Protection Council's project to extend and expand the *Risk Based Data Management System, which* allows states to exchange information about defined parameters of importance to hydraulic fracturing operations.[12]

SEAB Shale Gas Production Subcommittee – 90-Day Report

The Subcommittee recommends that these two activities be funded at the level of $5 million per year beginning in FY2012. Encouraging these multi-stakeholder mechanisms will help provide greater information to the public, enhancing regulation and improving the efficiency of shale gas production. It will also provide support for STRONGER to expand its activities into other areas such as air quality, something that the Subcommittee encourages the states to do as part of the scope of STRONGER peer reviews.

## Recommendations for immediate and longer term actions to reduce environmental and safety risks of shale gas operations

### 1. Improvement in air quality by reducing emissions of regulated pollutants and methane.

Shale gas production, including exploration, drilling, venting/flaring, equipment operation, gathering, accompanying vehicular traffic, results in the emission of ozone precursors (volatile organic compounds (VOCs), and nitrogen oxides), particulates from diesel exhaust, toxic air pollutants and greenhouse gases (GHG), such as methane.

As shale gas operations expand across the nation these air emissions have become an increasing matter of concern at the local, regional and national level. Significant air quality impacts from oil and gas operations in Wyoming, Colorado, Utah and Texas are well documented, and air quality issues are of increasing concern in the Marcellus region (in parts of Ohio, Pennsylvania, West Virginia and New York).[13]

The Environmental Protection Agency has the responsibility to regulate air emissions and in many cases delegate its authority to states. On July 28, 2011, EPA proposed amendments to its regulations for air emissions for oil and gas operations. If finalized and fully implemented, its proposal will reduce emissions of VOCs, air toxics and, collaterally, methane. EPA's proposal does not address many existing types of sources in the natural gas production sector, with the notable exception of hydraulically fractured well re-completions, at which "green" completions must be used. ("Green" completions use equipment that will capture methane and other air contaminants, avoiding its release.) EPA is under court order to take final action on these clean air measures in 2012. In addition, a number of states – notably, Wyoming and Colorado – have taken proactive steps to address air emissions from oil and gas activities.

SEAB Shale Gas Production Subcommittee – 90-Day Report

The Subcommittee supports adoption of emission standards for both new and existing sources for methane, air toxics, ozone-forming pollutants, and other major airborne contaminants resulting from natural gas exploration, production, transportation and distribution activities.  The Subcommittee also believes that companies should be required, as soon as practicable, to measure and disclose air pollution emissions, including greenhouse gases, air toxics, ozone precursors and other pollutants.  Such disclosure should include direct measurements wherever feasible; include characterization of chemical composition of the natural gas measured; and be reported on a publically accessible website that allows for searching and aggregating by pollutant, company, production activity and geography.

Methane emissions from shale gas drilling, production, gas processing, transmission and storage are of particular concern because methane is a potent greenhouse gas: 25 to 72 times greater warming potential than carbon dioxide on 100-year and 20-year time scales respectively.[14]  Currently, there is great uncertainty about the scale of methane emissions.

The Subcommittee recommends three actions to address the air emissions issue.

First, inadequate data are available about how much methane and other air pollutants are emitted by the consolidated production activities of a shale gas operator in a given area, with such activities encompassing drilling, fracturing, production, gathering, processing of gas and liquids, flaring, storage, and dispatch into the pipeline transmission and distribution network.  Industry reporting of greenhouse gas emissions in 2012 pursuant to EPA's reporting rule will provide new insights, but will not eliminate key uncertainties about the actual amount and variability in emissions.

The Subcommittee recommends enlisting a subset of producers in different basins, on a voluntary basis, to immediately launch projects to design and rapidly implement measurement systems to collect comprehensive methane and other air emissions data.

These pioneering data sets will be useful to regulators and industry in setting benchmarks for air emissions from this category of oil and gas production, identifying cost-effective procedures and equipment changes that will reduce emissions; and guiding practical regulation and potentially avoid burdensome and contentious regulatory

procedures.  Each project should be conducted in a transparent manner and the results should be publicly disclosed.

There needs to be common definitions of the emissions and other parameters that should be measured and measurement techniques, so that comparison is possible between the data collected from the various projects.  Provision should be made for an independent technical review of the methodology and results to establish their credibility. The Subcommittee will report progress on this proposal during its next phase.

<u>The second recommendation regarding air emissions concerns the need for a thorough assessment of the greenhouse gas footprint for cradle-to-grave use of natural gas</u>.  This effort is important in light of the expectation that natural gas use will expand and substitute for other fuels.  There have been relatively few analyses done of the question of the greenhouse gas footprint over the entire fuel-cycle of natural gas production, delivery and use, and little data are available that bear on the question.  A recent peer-reviewed article reaches a pessimistic conclusion about the greenhouse gas footprint of shale gas production and use – a conclusion not widely accepted.[15]  DOE's National Energy Technology Laboratory has given an alternative analysis.[16]  Work has also been done for electric power, where natural gas is anticipated increasingly to substitute for coal generation, reaching a more favorable conclusion that natural gas results in about one-half the equivalent carbon dioxide emissions.[17]

The Subcommittee believes that additional work is needed to establish the extent of the footprint of the natural gas fuel cycle in comparison to other fuels used for electric power and transportation because it is an important factor that will be considered when formulating policies and regulations affecting shale gas development. These data will help answer key policy questions such as the time scale on which natural gas fuel switching strategies would produce real climate benefits through the full fuel cycle and the level of methane emission reductions that may be necessary to ensure such climate benefits are meaningful.

The greenhouse footprint of the natural gas fuel cycle can be either estimated indirectly by using surrogate measures or preferably by collecting actual data where it is practicable to do so.  In the selection of methods to determine actual emissions,

SEAB Shale Gas Production Subcommittee – 90-Day Report

preference should be given to direct measurement wherever feasible, augmented by emissions factors that have been empirically validated.  Designing and executing a comprehensive greenhouse gas footprint study based on actual data – the Subcommittee's recommended approach -- is a major project.  It requires agreement on measurement equipment, measurement protocols, tools for integrating and analyzing data from different regions, over a multiyear period.  Since producer, transmission and distribution pipelines, end-use storage and natural gas many different companies will necessarily be involved.  A project of this scale will be expensive.  Much of the cost will be borne by firms in the natural gas enterprise that are or will be required to collect and report air emissions.  These measurements should be made as rapidly as practicable.  Aggregating, assuring quality control and analyzing these data is a substantial task involving significant costs that should be underwritten by the federal government.

It is not clear which government agency would be best equipped to manage such a project.  <u>The Subcommittee recommends that planning for this project should begin immediately</u> and that the Office of Science and Technology Policy, should be asked to coordinate an interagency effort to identify sources of funding and lead agency responsibility. This is a pressing question so a clear blueprint and project timetable should be produced within a year.

<u>Third, the Subcommittee recommends that industry and regulators immediately expand efforts to reduce air emissions using proven technologies and practices</u>.  Both methane and ozone precursors are of concern.  Methane leakage and uncontrolled venting of methane and other air contaminants in the shale gas production should be eliminated except in cases where operators demonstrate capture is technically infeasible, or where venting is necessary for safety reasons and where there is no alternative for capturing emissions.  When methane emissions cannot be captured, they should be flared whenever volumes are sufficient to do so.

Ozone precursors should be reduced by using cleaner engine fuel, deploying vapor recovery and other control technologies effective on relevant equipment." Wyoming's emissions rules represent a good starting point for establishing regulatory frameworks and for encouraging industry best practices.

## 2.  Protecting water supply and water quality.

The public understandably wants implementation of standards to ensure shale gas production does not risk polluting drinking water or lakes and streams.  The challenge to proper understanding and regulation of the water impacts of shale production is the great diversity of water use in different regional shale gas plays and the different pattern of state and federal regulation of water resources across the country.  The U.S. EPA has certain authorities to regulate water resources and it is currently undertaking a two-year study under congressional direction to investigate the potential impacts of hydraulic fracturing on drinking water resources.[18]

Water use in shale gas production passes through the following stages: (1) water acquisition, (2) drilling and hydraulic fracturing (surface formulation of water, fracturing chemicals and sand followed by injection into the shale producing formation at various locations), (3) collection of return water, (4) water storage and processing, and (5) water treatment and disposal.

The Subcommittee offers the following observations with regard to these water issues:

(1) Hydraulic fracturing stimulation of a shale gas well requires between 1 and 5 million gallons of water.  While water availability varies across the country, in most regions water used in hydraulic fracturing represents a small fraction of total water consumption.  Nonetheless, in some regions and localities there are significant concerns about consumptive water use for shale gas development.[19]  There is considerable debate about the water intensity of natural gas compared to other fuels for particular applications such as electric power production.[20]

One of the commonly perceived risks from hydraulic fracturing is the possibility of leakage of fracturing fluid through fractures into drinking water.  Regulators and geophysical experts agree that the likelihood of properly injected fracturing fluid reaching drinking water through fractures is remote where there is a large depth separation between drinking water sources and the producing zone.  In the great majority of regions where shale gas is being produced, such separation exists and there are few, if any, documented examples of such migration.  An improperly executed fracturing fluid injection can, of course, lead to surface spills

SEAB Shale Gas Production Subcommittee – 90-Day Report

and leakage into surrounding shallow drinking water formations. Similarly, a well with poorly cemented casing could potentially leak, regardless of whether the well has been hydraulically fractured.

With respect to stopping surface spills and leakage of contaminated water, the Subcommittee observes that extra measures are now being taken by some operators and regulators to address the public's concern that water be protected. The use of mats, catchments and groundwater monitors as well as the establishment of buffers around surface water resources help ensure against water pollution and should be adopted.

Methane leakage from producing wells into surrounding drinking water wells, exploratory wells, production wells, abandoned wells, underground mines, and natural migration is a greater source of concern.  The presence of methane in wells surrounding a shale gas production site is not *ipso facto* evidence of methane leakage from the fractured producing well since methane may be present in surrounding shallow methane deposits or the result of past conventional drilling activity.

However, a recent, credible, peer-reviewed study documented the higher concentration of methane originating in shale gas deposits (through isotopic abundance of C-13 and the presence of trace amounts of higher hydrocarbons) into wells surrounding a producing shale production site in northern Pennsylvania.[21] The Subcommittee recommends several studies be commissioned to confirm the validity of this study and the extent of methane migration that may take place in this and other regions.

(2) Industry experts believe that methane migration from shale gas production, when it occurs, is due to one or another factors: drilling a well in a geological unstable location; loss of well integrity as a result of poor well completion (cementing or casing) or poor production pressure management.  Best practice can reduce the risk of this failure mechanism (as discussed in the following section). Pressure tests of the casing and state-of-the-art cement bond logs should be performed to confirm that the methods being used achieve the desired degree of

20

formation isolation.  Similarly, frequent microseismic surveys should be carried out to assure operators and service companies that hydraulic fracture growth is limited to the gas-producing formations.  Regulations and inspections are needed to confirm that operators have taken prompt action to repair defective cementing (squeeze jobs).

(3)  A producing shale gas well yields flow-back and other produced water.  The flow-back water is returned fracturing water that occurs in the early life of the well (up to a few months) and includes residual fracturing fluid as well as some solid material from the formation.  Produced water is the water displaced from the formation and therefore contains substances that are found in the formation, and may include brine, gases (e.g. methane, ethane), trace metals, naturally occurring radioactive elements (e.g. radium, uranium) and organic compounds.  Both the amount and the composition of the flow-back and produced water vary substantially among shale gas plays – for example, in the Eagle Ford area, there is very little returned water after hydraulic fracturing whereas, in the Marcellus, 20 to 40 percent of the fracturing fluid is produced as flow-back water. In the Barnett, there can significant amounts of saline water produced with shale gas if hydraulic fractures propagate downward into the Ellenburger formation.

(4)  The return water (flow-back + produced) is collected (frequently from more than a single well), processed to remove commercially viable gas and stored in tanks or an impoundment pond (lined or unlined).  For pond storage evaporation will change the composition. Full evaporation would ultimately leave precipitated solids that must be disposed in a landfill.  <u>Measurement of the composition of the stored return water should be a routine industry practice</u>.

(5)  There are four possibilities for disposal of return water: <u>reuse</u> as fracturing fluid in a new well (several companies, operating in the Marcellus are recycling over 90 percent of the return water); <u>underground injection into disposal wells</u> (this mode of disposal is regulated by the EPA); <u>waste water treatment</u> to produce clean water (though at present, most waste water treatment plants are not equipped with the capability to treat many of the contaminants associated with shale gas waste water); and <u>surface runoff</u> which is forbidden.

SEAB Shale Gas Production Subcommittee – 90-Day Report

Currently, the approach to water management by regulators and industry is not on a "systems basis" where all aspect of activities involving water use is planned, analyzed, and managed on an integrated basis. The difference in water use and regulation in different shale plays means that there will not be a single water management integrated system applicable in all locations. Nevertheless, the Subcommittee believes certain common principles should guide the development of integrated water management and identifies three that are especially important:

- o Adoption of a life cycle approach to water management from the beginning of the production process (acquisition) to the end (disposal): all water flows should be tracked and reported quantitatively throughout the process.

- o Measurement and public reporting of the composition of water stocks and flow throughout the process (for example, flow-back and produced water, in water ponds and collection tanks).

- o Manifesting of all transfers of water among locations.

Early case studies of integrated water management are desirable so as to provide better bases for understanding water use and disposition and opportunities for reduction of risks related to water use. The Subcommittee supports EPA's retrospective and prospective case studies that will be part of the EPA study of hydraulic fracturing impacts on drinking water resources, but these case studies focus on identification of possible consequences rather than the definition of an integrated water management system, including the measurement needs to support it. The Subcommittee believes that development and use of an integrated water management system has the potential for greatly reducing the environmental footprint and risk of water use in shale gas production and recommends that regulators begin working with industry and other stakeholders to develop and implement such systems in their jurisdictions and regionally.

Additionally, agencies should review field experience and modernize rules and enforcement practices – especially regarding well construction/operation, management of flow back and produced water, and prevention of blowouts and surface spills – to ensure robust protection of drinking and surface waters. Specific best practice matters that should receive priority attention from regulators and industry are described below.

### 3.  Background water quality measurements.

At present there are widely different practices for measuring the water quality of wells in the vicinity of a shale gas production site.  Availability of measurements in advance of drilling would provide an objective baseline for determining if the drilling and hydraulic fracturing activity introduced any contaminants in surrounding drinking water wells.

The Subcommittee is aware there is great variation among states with respect to their statutory authority to require measurement of water quality of private wells, and that the process of adopting practical regulations that would be broadly acceptable to the public would be difficult.  Nevertheless, the value of these measurements for reassuring communities about the impact of drilling on their community water supplies leads the Subcommittee to recommend that states and localities adopt systems for measurement and reporting of background water quality in advance of shale gas production activity. These baseline measurements should be publicly disclosed, while protecting landowner's privacy.

### 4.  Disclosure of the composition of fracturing fluids.

There has been considerable debate about requirements for reporting all chemicals (both composition and concentrations) used in fracturing fluids.  Fracturing fluid refers to the slurry prepared from water, sand, and some added chemicals for high pressure injection into a formation in order to create fractures that open a pathway for release of the oil and gases in the shale.  Some states (such as Wyoming, Arkansas and Texas) have adopted disclosure regulations for the chemicals that are added to fracturing fluid, and the U.S. Department of Interior has recently indicated an interest in requiring disclosure for fracturing fluids used on federal lands.

The DOE has supported the establishment and maintenance of a relatively new website, FracFocus.org (operated jointly by the Ground Water Protection Council and the Interstate Oil and Gas Compact Commission) to serve as a voluntary chemical registry for individual companies to report all chemicals that would appear on Material Safety Data Sheets (MSDS) subject to certain provisions to protect "trade secrets."  While FracFocus is off to a good start with voluntary reporting growing rapidly, the restriction to MSDS data means that a large universe of chemicals frequently used in hydraulic

SEAB Shale Gas Production Subcommittee – 90-Day Report

fracturing treatments goes unreported. MSDS only report chemicals that have been deemed to be hazardous in an occupational setting under standards adopted by OSHA (the Occupational Safety and Health Administration); MSDA reporting does not include other chemicals that might be hazardous if human exposure occurs through environmental pathways.  Another limitation of FracFocus is that the information is not maintained as a database.  As a result, the ability to search for data is limited and there are no tools for aggregating data.

The Subcommittee believes that the high level of public concern about the nature of fracturing chemicals suggests that the benefit of immediate and complete disclosure of all chemical components and composition of fracturing fluid completely outweighs the restriction on company action, the cost of reporting, and any intellectual property value of proprietary chemicals.  The Subcommittee believes that public confidence in the safety of fracturing would be significantly improved by complete disclosure and that the barrier to shield chemicals based on trade secret should be set very high.  _Therefore the Subcommittee recommends that regulatory entities immediately develop rules to require disclosure of all chemicals used in hydraulic fracturing fluids on both public and private lands._  Disclosure should include all chemicals, not just those that appear on MSDS.  It should be reported on a well-by-well basis and posted on a publicly available website that includes tools for searching and aggregating data by chemical, well, by company, and by geography.

## 5.  Reducing the use of diesel in shale gas development

_Replacing diesel with natural gas or electric power for oil field equipment_ will decrease harmful air emissions and improve air quality.  Although fuel substitution will likely happen over time because of the lower cost of natural gas compared diesel and because of likely future emission restrictions, _the Subcommittee recommends conversion from diesel to natural gas for equipment fuel or to electric power where available, as soon as practicable._   The process of conversion may be slowed because manufacturers of compression ignition or spark ignition engines may not have certified the engine operating with natural gas fuel for off-road use as required by EPA air emission regulations.[22]

SEAB Shale Gas Production Subcommittee – 90-Day Report

<u>Eliminating the use of diesel as an additive to hydraulic fracturing fluid</u>.  The Subcommittee believes there is no technical or economic reason to use diesel as a stimulating fluid.  Diesel is a refinery product that consists of several components possibly including some toxic impurities such as benzene and other aromatics.  (EPA is currently considering permitting restrictions of the use of diesel fuels in hydraulic fracturing under Safe Drinking Water Act (SDWA) Underground Injection Control (UIC) Class II.)   Diesel is convenient to use in the oil field because it is present for use fuel for generators and compressors.

Diesel has two uses in hydraulic fracturing and stimulation.  In modest quantities diesel is used to solubilize other fracturing chemical such as guar.  Mineral oil (a synthetic mixture of C-10 to C-40 hydrocarbons) is as effective at comparable cost.  Infrequently, diesel is use as a fracturing fluid in water sensitive clay and shale reservoirs.  In these cases, light crude oil that is free of aromatic impurities picked up in the refining process, can be used as a substitute of equal effectiveness and lower cost compared to diesel, as a non-aqueous fracturing fluid.

## 6.   Managing short-term and cumulative impacts on communities, land use, wildlife and ecologies.

Intensive shale gas development can potentially have serious impacts on public health, the environment and quality of life – even when individual operators conduct their activities in ways that meet and exceed regulatory requirements.  The combination of impacts from multiple drilling and production operations, support infrastructure (pipelines, road networks, etc.) and related activities can overwhelm ecosystems and communities.

The Subcommittee believes that federal, regional, state and local jurisdictions need to place greater effort on examining these cumulative impacts in a more holistic manner; discrete permitting activity that focuses narrowly on individual activities does not reach to these issues.  Rather than suggesting a simple prescription that every jurisdiction should follow to assure adequate consideration of these impacts, the Subcommittee believes that each relevant jurisdiction should develop and implement processes for community engagement and for preventing, mitigating and remediating surface impacts and

SEAB Shale Gas Production Subcommittee – 90-Day Report

community impacts from production activities.  <u>There are a number of threshold mechanisms that should be considered:</u>

- Optimize use of multi-well drilling pads to minimize transport traffic and needs for new road construction.
- Evaluate water use at the scale of affected watersheds.
- Provide formal notification by regulated entities of anticipated environmental and community impacts.
- Declare unique and/or sensitive areas off-limits to drilling and support infrastructure as determined through an appropriate science-based process.
- Undertake science-based characterization of important landscapes, habitats and corridors to inform planning, prevention, mitigation and reclamation of surface impacts.
- Establish effective field monitoring and enforcement to inform on-going assessment of cumulative community and land use impacts.
- Mitigate noise, air and visual pollution.

The process for addressing these issues must afford opportunities for affected communities to participate and respect for the rights of mineral rights owners.

## Organizing for continuous improvement of "best practice"

In this report, the term "Best Practice" refers to industry <u>techniques or methods</u> that have proven over time to accomplish given tasks and objectives in a manner that most acceptably balances desired outcomes and avoids undesirable consequences. Continuous best practice in an industry refers to the evolution of best practice by adopting process improvements as they are identified, thus progressively improving the level and narrowing the distribution of performance of firms in the industry.  Best practice is a particularly helpful management approach in a field that is growing rapidly, where technology is changing rapidly, and involves many firms of different size and technical capacity.

Best practice does not necessarily imply a single process or procedure; it allows for a range of practice that is believed to be equally effective at achieving desired out comes. This flexibility is important because it acknowledges the possibility that different operators in different regions will select different solutions.

SEAB Shale Gas Production Subcommittee – 90-Day Report

<u>The Subcommittee believes the creation of a shale gas industry production organization dedicated to continuous improvement of best practice through development of standards, diffusion of these standards, and assessing compliance among its members can be an important mechanism for improving shale gas companies' commitment to safety and environmental protection as it carries out its business.</u>  The Subcommittee envisions that the industry organization would be governed by a board of directors composed of member companies, on a rotating basis, along with external members, for example from non-governmental organizations and academic institutions, as determined by the board.

Strong regulations and robust enforcement resources and practices are a prerequisite to protecting health, safety and the environment, but the job is easier where companies are motivated and committed to adopting best engineering and environmental practice. Companies have economic incentives to adopt best practice, because it improves operational efficiency and, if done properly, improves safety and environmental protection.

Achievement of best practice requires management commitment, adoption and dissemination of standards that are widely disseminated and periodically updated on the basis of field experience and measurements.  A trained work force, motivated to adopt best practice, is also necessary.  Creation of an industry organization dedicated to excellence in shale gas operations intended to advance knowledge about best practice and improve the interactions among companies, regulators and the public would be a major step forward.

The Subcommittee is aware that shale gas producers and other groups recognize the value of a best practice management approach and that industry is considering creating a mechanism for encouraging best practice. The design of such a mechanism involves many considerations including the differences in the shale production and regulations in different basins, making most effective use of mechanisms that are currently in place, and respecting the different capabilities of large and smaller operators.  The Subcommittee will monitor progress on this important matter and continue to make its views known about the characteristics that such a mechanism and supporting organization should possess to maximize its effectiveness.

SEAB Shale Gas Production Subcommittee – 90-Day Report

It should be stressed that any industry best practice mechanism would need to comply with anti-trust laws and would not replace any existing state or federal regulatory authority.

**Priority best practice topics**

**Air**
- Measurement and disclosure of air emissions including VOCs, methane, air toxics, and other pollutants.
- Reduction of methane emission from all shale gas operations

**Water**
- Integrated water management systems
- Well completion – casing and cementing
- Characterization and disclosure of flow back and other produced water

The Subcommittee has identified a number of promising best practice opportunities. Five examples are given in the call-out box. Two examples are discussed below to give a sense of the opportunities that presented by best practice focus.

Well integrity: an example. Well integrity is an example of the potential power of best practice for shale gas production. Well integrity encompasses the planning, design and execution of a well completion (cementing, casing and well head placement). It is fundamental to good outcomes in drilling oil and gas wells.

Methane leakage to water reservoirs is widely believed to be due to poor well completion, especially poor casing and cementing. Casing and cementing programs should be designed to provide optimal isolation of the gas-producing zone from overlaying formations. The number of cemented casings and the depth ranges covered will depend on local geologic and hydrologic conditions. However, there need to be multiple engineered barriers to prevent communication between hydrocarbons and potable aquifers. In addition, the casing program needs to be designed to optimize the potential success of cementing operations. Poorly cemented cased wells offer pathways for leakage; properly cemented and cased wells do not.

Well integrity is an ideal example of where a best practice approach, adopted by the industry, can stress best practice and collect data to validate continuous improvement. The American Petroleum Institute, for example, has focused on well completion in its standards activity for shale gas production.[23]

SEAB Shale Gas Production Subcommittee – 90-Day Report

At present, however, there is a wide range in procedures followed in the field with regard to casing placement and cementing for shale gas drilling.  There are different practices with regard to completion testing and different regulations for monitoring possible gas leakage from the annulus at the wellhead.   In some jurisdictions, regulators insist that gas leakage can be vented; others insist on containment with periodic pressure testing. There are no common leakage criteria for intervention in a well that exhibits damage or on the nature of the intervention.  It is very likely that over time a focus on best practice in well completion will result in safer operations and greater environmental protection. The best practice will also avoid costly interruptions to normal operations.  The regulation of shale gas development should also include inspections at safety-critical stages of well construction and hydraulic fracturing.

Limiting water use by controlling vertical fracture growth:  – a second example.  While the vertical growth of hydraulic fractures does not appear to have been a causative factor in reported cases where methane from shale gas formations has migrated to the near surface, it is in the best interest of operators and the public to limit the vertical extent of hydraulic fractures to the gas bearing shale formation being exploited. By improving the efficiency of hydraulic fractures, more gas will be produced using less water for fracturing – which has economic value to operators and environmental value for the public.

The vertical propagation of hydraulic fractures results from the variation of earth stress with depth and the pumping pressure during fracturing. The variation of earth stress with depth is difficult to predict, but easy to measure in advance of hydraulic fracturing operations. Operators and service companies should assure that through periodic direct measurement of earth stresses and microseismic monitoring of hydraulic fracturing operations, everything possible is being done to limit the amount of water and additives used in hydraulic fracturing operations.

Evolving best practices must be accompanied by metrics that permit tracking of the progress in improving shale gas operations performance and environmental impacts. The Subcommittee has the impression that the current standard- setting processes do not utilize metrics.  Without such metrics and the collection of relevant measured data,

SEAB Shale Gas Production Subcommittee – 90-Day Report

operators lack the ability to track objectively the progress of the extensive process of setting and updating standards.

## Research and development needs

The profitability, rapid expansion, and the growing recognition of the scale of the resource mean that oil and gas companies will mount significant R&D efforts to improve performance and lower cost of shale gas exploration and production.  In general the oil and gas industry is a technology-focused and technology-driven industry, and it is safe to assume that there will be a steady advance of technology over the coming years.

In these circumstances the federal government has a limited role in supporting R&D.  The proper focus should be on sponsoring R&D and analytic studies that address topics that benefit the public or the industry but which do not permit individual firms to attain a proprietary position.  Examples are environmental and safety studies, risk assessments, resource assessments, and longer-term R&D (such as research on methane hydrates).  Across many administrations, the Office of Management and Budget (OMB) has been skeptical of any federal support for oil and gas R&D, and many Presidents' budget have not included any request for R&D for oil and gas.  Nonetheless Congress has typically put money into the budget for oil & gas R&D.

The following table summarizes the R&D outlays of the DOE, EPA, and USGS for unconventional gas:

SEAB Shale Gas Production Subcommittee – 90-Day Report

| Unconventional Gas R&D Outlays for Various Federal Agencies ($ millions) | | | | | |
|---|---|---|---|---|---|
| | FY2008 | FY2009 | FY2010 | FY2011 | FY2012 request |
| **DOE Unconventional Gas** | | | | | |
| EPAct Section 999 Program Funds | | | | | |
| RPSEA Administered | $14 | $14 | $14 | $14 | 0 |
| NETL Complementary | $9 | $9 | $9 | $4 | 0 |
| | | | | | |
| Annual Appropriated Program Funds | | | | | |
| Environmental | $2 | $4 | $2 | 0 | 0 |
| Unconventional Fossil Energy | 0 | 0 | $6 | 0 | 0 |
| Methane Hydrate projects | $15 | $15 | $15 | $5 | $10 |
| | | | | | |
| **Total  Department of Energy** | $40 | $42 | $46 | $23 | $10 |
| | | | | | |
| **Environmental Protection Agency** | $0 | $0 | $1.9 | $4.3 | $6.1 |
| | | | | | |
| **USGS** | $4.5 | $4.6 | $5.9 | $7.4 | $7.6 |
| | | | | | |
| **Total Federal R&D** | $44.5 | $46.6 | $53.8 | $34.7 | $23.7 |

**Near Term Actions**:

The Subcommittee believes that given the scale and rapid growth of the shale gas resource in the nation's energy mix, the federal government should sponsor some R&D for unconventional gas, focusing on areas that have public and industry wide benefit and addresses public concern.  The Subcommittee, at this point, is only in a position to offer some initial recommendations, not funding levels or to assignment of responsibility to particular government agencies.  The DOE, EPA, the USGS, and DOI Bureau of Land Management all have mission responsibility that justify a continuing, tailored, federal R&D effort.

RPSEA is the Research Partnership to Secure Energy for America, a public/private research partnership authorized by the 2005 Energy Policy Act at a level of $50 million from offshore royalties.  Since 2007, the RPSEA program has focused on unconventional gas.  The Subcommittee strongly supports the RPSEA program at its authorized level.[24]

SEAB Shale Gas Production Subcommittee – 90-Day Report

The Subcommittee recommends that the relevant agencies, the Office of Science and Technology Policy (OSTP), and OMB discuss and agree on an appropriate mission and level of funding for unconventional natural gas R&D. If requested, the Subcommittee, in the second phase of its work, could consider this matter in greater detail and make recommendations for the Administration's consideration.

In addition to the studies mentioned in the body of the report, the Subcommittee mentions several additional R&D projects where results could reduce safety risk and environmental damage for shale gas operations:

1. Basic research on the relationship of fracturing and micro-seismic signaling.

2. Determination of the chemical interactions between fracturing fluids and different shale rocks – both experimental and predictive.

3. Understanding induced seismicity triggered by hydraulic fracturing and injection well disposal.[25]

4. Development of "green" drilling and fracturing fluids.

5. Development of improved cement evaluation and pressure testing wireline tools assuring casing and cementing integrity.

## Longer term prospects for technical advance

The public should expect significant technical advance on shale gas production that will substantially improve the efficiency of shale gas production and that will in turn reduce environmental impact. The expectation of significant production expansion in the future offers a tremendous incentive for companies to undertake R&D to improve efficiency and profitability. The history of the oil and gas industry supports such innovation, in particular greater extraction of the oil and gas in place and reduction in the unit cost of drilling and production.

The original innovations of directional drilling and formation fracturing plausibly will be extended by much more accurate placement of fracturing fluid guided by improved interpretation of micro-seismic signals and improved techniques of reservoir testing. As

an example, oil services firms are already offering services that provide near-real-time monitoring to avoid excessive vertical fracturing growth, thus affording better control of fracturing fluid placement.  Members of the Subcommittee estimate that an improvement in in efficiency of water use could be between a factor of two and four.   There will be countless other innovations as well.

There has already been a major technical innovation – the switch from single well to pad-based drilling and production of multiple wells (up to twenty wells per pad have been drilled).  The multi-well pad system allows for enhanced efficiency because of repeating operations at the same site and a much smaller footprint (e.g. concentrated gas gathering systems; many fewer truck trips associated with drilling and completion, especially related to equipment transport; decreased needs for road and pipeline constructions, etc.).  It is worth noting that these efficiencies may require pooling acreage into large blocks.

## Conclusion

The public deserves assurance that the full economic, environmental and energy security benefits of shale gas development will be realized without sacrificing public health, environmental protection and safety.  Nonetheless, accidents and incidents have occurred with shale gas development, and uncertainties about impacts need to be quantified and clarified. Therefore the Subcommittee has highlighted important steps for more thorough information, implementation of best practices that make use of technical innovation and field experience, regulatory enhancement, and focused R&D, to ensure that shale operations proceed in the safest way possible, with enhanced efficiency and minimized adverse impact.  If implemented these measures will give the public reason to believe that the nation's considerable shale gas resources are being developed in a way that is most beneficial to the nation.

SEAB Shale Gas Production Subcommittee – 90-Day Report

## ANNEX A – CHARGE TO THE SUBCOMMITTEE

From:  Secretary Chu

To:     William J. Perry, Chairman, Secretary's Energy Advisory Board (SEAB)

On March 30, 2011, President Obama announced a plan for U.S. energy security, in which he instructed me to work with other agencies, the natural gas industry, states, and environmental experts to improve the safety of shale gas development.  The President also issued the Blueprint for a Secure Energy Future ("Energy Blueprint"), which included the following charge:

> **"Setting the Bar for Safety and Responsibility:** To provide recommendations from a range of independent experts, the Secretary of Energy, in consultation with the EPA Administrator and Secretary of Interior, should task the Secretary of Energy Advisory Board (SEAB) with establishing a subcommittee to examine fracking issues. The subcommittee will be supported by DOE, EPA and DOI, and its membership will extend beyond SEAB members to include leaders from industry, the environmental community, and states. The subcommittee will work to identify, within 90 days, any immediate steps that can be taken to improve the safety and environmental performance of fracking and to develop, within six months, consensus recommended advice to the agencies on practices for shale extraction to ensure the protection of public health and the environment." *Energy Blueprint (page 13).*

The President has charged us with a complex and urgent responsibility.   I have asked SEAB and the Natural Gas Subcommittee, specifically, to begin work on this assignment immediately and to give it the highest priority.

This memorandum defines the task before the Subcommittee and the process to be used.

**Membership:**

In January of 2011, the SEAB created a Natural Gas Subcommittee to evaluate what role natural gas might play in the clean energy economy of the future.  Members of the Subcommittee include John Deutch (chair), Susan Tierney, and Dan Yergin.   Following consultation with the Environmental Protection Agency and the Department of the Interior, I have appointed the following additional members to the Subcommittee: Stephen Holditch, Fred Krupp, Kathleen McGinty, and Mark Zoback.

The varied backgrounds of these members satisfies the President's charge to include individuals with industry, environmental community, and state expertise.  To facilitate an expeditious start, the Subcommittee will consist of this small group, but additional members may be added as appropriate.

SEAB Shale Gas Production Subcommittee – 90-Day Report

**Consultation with other Agencies:**

The President has instructed DOE to work in consultation with EPA and DOI, and has instructed all three agencies to provide support and expertise to the Subcommittee. Both agencies have independent regulatory authority over certain aspects of natural gas production, and considerable expertise that can inform the Subcommittee's work.

- The Secretary and Department staff will manage an interagency working group to be available to consult and provide information upon request of the Subcommittee.
- The Subcommittee will ensure that opportunities are available for EPA and DOI to present information to the Subcommittee.
- The Subcommittee should identify and request any resources or expertise that lies within the agencies that is needed to support its work.
- The Subcommittee's work should at all times remain independent and based on sound science and other expertise held from members of the Subcommittee.
- The Subcommittee's deliberations will involve only the members of the Subcommittee.
- The Subcommittee will present its final report/recommendations to the full SEAB Committee.

**Public input:**

In arriving at its recommendations, the Subcommittee will seek timely expert and other advice from industry, state and federal regulators, environmental groups, and other stakeholders.

- To assist the Subcommittee, DOE's Office of Fossil Energy will create a website to describe the initiative and to solicit public input on the subject.
- The Subcommittee will meet with representatives from state and federal regulatory agencies to receive expert information on subjects as the Subcommittee deems necessary.
- The Subcommittee or the DOE (in conjunction with the other agencies) may hold one or more public meetings when appropriate to gather input on the subject.

**Scope of work of the Subcommittee:**

The Subcommittee will provide the SEAB with recommendations as to actions that can be taken to improve the safety and environmental performance of shale gas extraction processes, and other steps to ensure protection of public health and safety, on topics such as:

- well design, siting, construction and completion;
- controls for field scale development;
- operational approaches related to drilling and hydraulic fracturing;
- risk management approaches;
- well sealing and closure;
- surface operations;
- waste water reuse and disposal, water quality impacts, and storm water runoff;

SEAB Shale Gas Production Subcommittee – 90-Day Report

- protocols for transparent public disclosure of hydraulic fracturing chemicals and other information of interest to local communities;
- optimum environmentally sound composition of hydraulic fracturing chemicals, reduced water consumption, reduced waste generation, and lower greenhouse gas emissions;
- emergency management and response systems;
- metrics for performance assessment; and
- mechanisms to assess performance relating to safety, public health and the environment.

The Subcommittee should identify, at a high level, the best practices and additional steps that could enhance companies' safety and environmental performance with respect to a variety of aspects of natural gas extraction.  Such steps may include, but not be limited to principles to assure best practices by the industry, including companies' adherence to these best practices.  Additionally, the Subcommittee may identify high-priority research and technological issues to support prudent shale gas development.

**Delivery of Recommendations and Advice:**

- Within 90 days of its first meeting, the Subcommittee will report to SEAB on the "immediate steps that can be taken to improve the safety and environmental performance of fracking."
- Within 180 days of its first meeting, the Subcommittee will report to SEAB "consensus recommended advice to the agencies on practices for shale extraction to ensure the protection of public health and the environment."
- At each stage, the Subcommittee will report its findings to the full Committee and the SEAB will review the findings.
- The Secretary will consult with the Administrator of EPA and the Secretary of the Interior, regarding the recommendations from SEAB.

**Other:**

- The Department will provide staff support to the Subcommittee for the purposes of meeting the requirements of the Subcommittee charge.  The Department will also engage the services of other agency Federal employees or contractors to provide staff services to the Subcommittee, as it may request.
- DOE has identified $700k from the Office of Fossil Energy to fund this effort, which will support relevant studies or assessments, report writing, and other costs related to the Subcommittee's process.
- The Subcommittee will avoid activity that creates or gives the impression of giving undue influence or financial advantage or disadvantage for particular companies involved in shale gas exploration and development.
- The President's request specifically recognizes the unique technical expertise and scientific role of the Department and the SEAB.  As an agency not engaged in regulating this activity, DOE is  expected to provide a sound, highly credible evaluation of the best practices and best ideas for employing these practices safely that can be made available to companies and relevant regulators for appropriate action.  Our task does not include making decisions about regulatory policy.

## ANNEX B – MEMBERS OF THE SUBCOMMITTEE

**John Deutch**, Institute Professor at MIT (Chair) - John Deutch served as Director of Energy Research, Acting Assistant Secretary for Energy Technology and Under Secretary of Energy for the U.S. Department of Energy in the Carter Administration and Undersecretary of Acquisition & Technology, Deputy Secretary of Defense and Director of Central Intelligence during the first Clinton Administration. Dr. Deutch also currently serves on the Board of Directors of Raytheon and Cheniere Energy and is a past director of Citigroup, Cummins Engine Company and Schlumberger. A chemist who has published more than 140 technical papers in physical chemistry, he has been a member of the MIT faculty since 1970, and has served as Chairman of the Department of Chemistry, Dean of Science and Provost.  He is a member of the Secretary of Energy Advisory Board.

**Stephen Holditch**, Head of the Department of Petroleum Engineering at Texas A&M University and has been on the faculty since 1976 - Stephen Holditch, who is a member of the National Academy of Engineering, serves on the Boards of Directors of Triangle Petroleum Corporation and Matador Resources Corporation. In 1977, Dr. Holditch founded S.A. Holditch & Associates, a petroleum engineering consulting firm that specialized in the analysis of unconventional gas reservoirs.  Dr. Holditch was the 2002 President of the Society of Petroleum Engineers.  He was the Editor of an SPE Monograph on hydraulic fracturing treatments, and he has taught short courses for 30 years on the design of hydraulic fracturing treatments and the analyses of unconventional gas reservoirs.  Dr. Holditch worked for Shell Oil Company prior to joining the faculty at Texas A&M University.

**Fred Krupp**, President, Environmental Defense Fund - Fred Krupp has overseen the growth of EDF into a recognized worldwide leader in the environmental movement. Krupp is widely acknowledged as the foremost champion of harnessing market forces for environmental ends. He also helped launch a corporate coalition, the U.S. Climate Action Partnership, whose Fortune 500 members - Alcoa, GE, DuPont and dozens more - have called for strict limits on global warming pollution. Mr. Krupp is coauthor, with Miriam Horn, of New York Times Best Seller, *Earth: The Sequel*. Educated at Yale and the University of Michigan Law School, Krupp was among 16 people named as America's Best Leaders by U.S. News and World Report in 2007.

**Kathleen McGinty**, Kathleen McGinty is a respected environmental leader, having served as President Clinton's Chair of the White House Council on Environmental Quality and Legislative Assistant and Environment Advisor to then-Senator Al Gore.

More recently, she served as Secretary of the Pennsylvania Department of Environmental Protection.  Ms. McGinty also has a strong background in energy. She is Senior Vice President of Weston Solutions where she leads the company's clean energy development business. She also is an Operating Partner at Element Partners, an investor in efficiency and renewables. Previously, Ms. McGinty was Chair of the Pennsylvania Energy Development Authority, and currently she is  a Director at NRG Energy and Iberdrola USA.

**Susan Tierney**, Managing Principal, Analysis Group - Susan Tierney is a consultant on energy and environmental issues to public agencies, energy companies, environmental organizations, energy consumers, and tribes. She chairs the Board of the Energy Foundation, and serves on the Boards of Directors of the World Resources Institute, the Clean Air Task Force, among others. She recently, co-chaired the National Commission on Energy Policy, and chairs the Policy Subgroup of the National Petroleum Council's study of North American natural gas and oil resources. Dr. Tierney served as Assistant Secretary for Policy at the U.S. Department of Energy during the Clinton Administration. In Massachusetts, she served as Secretary of Environmental Affairs, Chair of the Board of the Massachusetts Water Resources Agency, Commissioner of the Massachusetts Department of Public Utilities and executive director of the Massachusetts Energy Facilities Siting Council.

**Daniel Yergin**, Chairman, IHS Cambridge Energy Research Associates - Daniel Yergin is the co-founder and chairman of IHS Cambridge Energy Research Associates. He is a member of the U.S. Secretary of Energy Advisory Board, a board member of the Board of the United States Energy Association and a member of the U.S. National Petroleum Council. He was vice chair of the 2007 National Petroleum Council study, *Hard Truths* and is vice chair of the new National Petroleum Council study of North American natural gas and oil resources.  He chaired the U.S. Department of Energy's Task Force on Strategic Energy Research and Development. Dr. Yergin currently chairs the Energy Security Roundtable at the Brookings Institution, where he is a trustee, and is member of the advisory board of the MIT Energy Initiative.  Dr. Yergin is also CNBC's Global Energy Expert.  He is the author of the Pulitzer Prize-winning book, *The Prize: The Epic Quest for Oil, Money and Power.*  His new book – *The Quest: Energy, Security, and the Remaking of the Modern World* – will be published in September 2011..

**Mark Zoback**, Professor of Geophysics, Stanford University - Mark Zoback is the Benjamin M. Page Professor of Geophysics at Stanford University. He is the author of a textbook, *Reservoir Geomechanics*, and author or co-author of over 300 technical research papers.  He was co-principal investigator of the San Andreas Fault Observatory at Depth project (SAFOD) and has been serving on a National Academy of Engineering committee investigating the Deepwater Horizon accident. He was the chairman and co-founder of GeoMechanics International and serves as a senior adviser to Baker Hughes,

Inc. Prior to joining Stanford University, he served as chief of the Tectonophysics Branch of the U.S. Geological Survey Earthquake Hazards Reduction Program.

## ENDNOTES

[1] http://www.whitehouse.gov/sites/default/files/blueprint_secure_energy_future.pdf

[2] The James Baker III Institute for Public Policy at Rice University has recently released a report on *Shale Gas and U.S. National Security,* Available at: http://bakerinstitute.org/publications/EF-pub-DOEShaleGas-07192011.pdf.

[3] As a shale of total dry gas production in the "lower '48", shale gas was 6 percent in 2006, 8 percent in 2007, at which time its share began to grow rapidly – reaching 12 percent in 2008, 16 percent in 2009, and 24 percent in 2010.  In June 2011, it reached 29 percent.  Source:  Energy Information Adminstration and Lippman Consulting.

[4] Timothy Considine, Robert W. Watson, and Nicholas B. Considine, "The Economy Opportunities of Shale Energy Development," Manhattan Institute, May 2011, Table 2, page 6.

[5] Essentially all fracturing currently uses water at the working fluid.  The possibility exists of using other fluids, such as nitrogen, carbon dioxide or foams as the working fluid.

[6] The Department of Energy has a shale gas technology primer available on the web at: http://www.netl.doe.gov/technologies/oil-gas/publications/brochures/Shale_Gas_March_2011.pdf

[7] See the Bureau of Land Management *Gold Book* for a summary description of the DOI's approach: http://www.blm.gov/pgdata/etc/medialib/blm/wo/MINERALS__REALTY__AND_RESOURCE_PROTECTION_/energy/oil_and_gas.Par.18714.File.dat/OILgas.pdf

[8] http://www.shalegas.energy.gov/

[9] The 2011 *MIT Study on the Future of Natural Gas,* gives an estimate of about 50 widely reported incidents between 2005 and 2009 involving groundwater contamination, surface spills, off-site disposal issues, water issues, air quality and blow outs, Table 2.3 and Appendix 2E. http://web.mit.edu/mitei/research/studies/naturalgas.html

[10] The Ground Water Protection Council and the Interstate Oil and Gas Compact Commission are considering a project to create a *National Oil and Gas Data Portal* with similar a objective, but broader scope to encompass all oil and gas activities.

[11] Information about STRONGER can be found at: http://www.strongerinc.org/

[12] The RBMS project is supported by the DOE Office of Fossil Energy, DOE grant #DE-FE0000880 at a cost of $1.029 million.  The project is described at: http://www.netl.doe.gov/technologies/oil-gas/publications/ENVreports/FE0000880_GWPC_Kickoff.pdf

[13] See, for example: John Corra, "Emissions from Hydrofracking Operations and General Oversight Information for Wyoming," presented to the U.S. Department of Energy Natural Gas Subcommittee of the Secretary of Energy Advisory Board, July 13, 2011; Al Armendariz, "Emissions from Natural Gas Production in the Barnett Shale Area and Opportunities for Cost-Effective Improvements," Southern Methodist University, January 2009; Colorado Air Quality Control Commission, "Denver Metro Area & North Front Range Ozone Action Plan," December 12, 2008; Utah Department of Environmental Quality, "2005 Uintah Basin Oil and Gas Emissions Inventory," 2005.

[14] IPCC 2007 –The Physical Science Basis, Section 2.10.2).

[15] Robert W. Howarth, Renee Santoro, and Anthony Ingraffea, *Methane and the greenhouse-gas*

*footprint of natural gas from shale formations*, Climate Change, The online version of this article (doi:10.1007/s10584-011-0061-5) contains supplementary material.

[16] Timothy J. Skone, *Life Cycle Greenhouse Gas Analysis of Natural Gas Extraction & Delivery in the United States,* DOE, NETL, May 2011, available at: http://www.netl.doe.gov/energy-analyses/pubs/NG_LC_GHG_PRES_12MAY11.pdf

[17] Paulina Jaramillo, W. Michael Griffin, and H. Scott Mathews, *Comparative Life-Cycle Air Emissions of Coal, Domestic Natural Gas, LNG, and SNG for Electricity Generation*, Environmental Science & Technology, 41, 6290-6296 (2007).

[18] The EPA draft hydraulic fracturing study plan is available along with other information about EPA hydraulic fracturing activity at:
http://water.epa.gov/type/groundwater/uic/class2/hydraulicfracturing/index.cfm

[19] See, for example, "South Texas worries over gas industry's water use during drought," Platts, July 5, 2011, found at:
http://www.platts.com/RSSFeedDetailedNews/RSSFeed/NaturalGas/3555776; "Railroad Commission, Halliburton officials say amount of water used for fracking is problematic," Abeline Reporter News, July 15, 2011, found at: http://www.reporternews.com/news/2011/jul/15/railroad-commission-halliburton-officials-say-of/?print=1; "Water Use in the Barnett Shale," Texas Railroad Commission Website, updated January 24, 2011, found at:
http://www.rrc.state.tx.us/barnettshale/wateruse_barnettshale.php.

[20] See, for example, *Energy Demands on Water Resources, DOE Report to Congress,* Dec 2006, http://www.sandia.gov/energy-water/docs/121-RptToCongress-EWwEIAcomments-FINAL.pdf

[21] Stephen G. Osborna, Avner Vengoshb, Nathaniel R. Warnerb, and Robert B. Jackson, *Methane contamination of drinking water accompanying gas-well drilling and hydraulic fracturing*, Proceedings of the National Academy of Science, 108, 8172-8176, (2011).

[22] See EPA Certification Guidance for Engines Regulated Under: 40 CFR Part 86 (On-Highway Heavy-Duty Engines) and 40 CFR Part 89 (Nonroad CI Engines); available at: http://www.epa.gov/oms/regs/nonroad/equip-hd/420b98002.pdf

[23] API standards documents addressing hydraulic fracturing are: API HF1, Hydraulic Fracturing Operations-Well Construction and Integrity Guidelines, First Edition/October 2009, API HF2, Water Management Associated with Hydraulic Fracturing, First Edition/June 2010, API HF3, Practices for Mitigating Surface Impacts Associated with Hydraulic Fracturing, First Edition/January 2011, available at:
http://www.api.org/policy/exploration/hydraulicfracturing/index.cfm

[24] Professor Steven Holditch, one of the Subcommittee members, is chair of the RPSEA governing committee.

[25] Extremely small microearthquakes are triggered as an integral part of shale gas development. While essentially all of these earthquakes are so small as to pose no hazard to the public or facilities (they release energy roughly equivalent to a gallon of milk falling of a kitchen counter), earthquakes of larger (but still small) magnitude have been triggered during hydraulic fracturing operations and by the injection of flow-back water after hydraulic fracturing. It is important to develop a hazard assessment and remediation protocol for triggered earthquakes to allow operators and regulators to know what steps need to be taken to assess risk and modify, as required, planned field operations.



# Variability of Distributions of Well-Scale Estimated Ultimate Recovery for Continuous (Unconventional) Oil and Gas Resources in the United States

By U.S. Geological Survey Oil and Gas Assessment Team



Open-File Report 2012–1118

**U.S. Department of the Interior**
**U.S. Geological Survey**

**U.S. Department of the Interior**
KEN SALAZAR, Secretary

**U.S. Geological Survey**
Marcia K. McNutt, Director

U.S. Geological Survey, Reston, Virginia: 2012

For more information on the USGS—the Federal source for science about the Earth,
its natural and living resources, natural hazards, and the environment—visit
*http://www.usgs.gov* or call 1–888–ASK–USGS

For an overview of USGS information products, including maps, imagery, and publications,
visit *http://www.usgs.gov/pubprod*

To order this and other USGS information products, visit *http://store.usgs.gov*

Suggested citation:
U.S. Geological Survey Oil and Gas Assessment Team, 2012, Variability of distributions of well-scale
estimated ultimate recovery for continuous (unconventional) oil and gas resources in the United States:
U.S. Geological Survey Open-File Report 2012–1118, 18 p.

Any use of trade, product, or firm names is for descriptive purposes only and does not imply
endorsement by the U.S. Government.

Although this report is in the public domain, permission must be secured from the individual
copyright owners to reproduce any copyrighted material contained within this report.

# Contents

Abstract ...................................................................................................................................1
Introduction..............................................................................................................................1
Estimated Ultimate Recovery Distributions ...............................................................................2
Results......................................................................................................................................8
References Cited .....................................................................................................................12
Appendix 1. Assessments Used in this Report ........................................................................13
   CD-ROMs .........................................................................................................................13
   Fact Sheets.......................................................................................................................14

## Figures

1.  Cloud plot for United States shale-gas assessment units...............................................8
2.  Cloud plot for United States coalbed-gas assessment units...........................................9
3.  Cloud plot for United States tight-gas assessment units...............................................10
4.  Cloud plot for United States continuous-oil assessment units.  ...................................11

## Tables

1.  Input data for estimated ultimate recovery distributions for United States shale-gas assessment units ..........3
2.  Input data for estimated ultimate recovery distributions for United States coalbed-gas assessment units ......4
3.  Input data for estimated ultimate recovery distributions for United States tight-gas assessment units ...........5
4.  Input data for estimated ultimate recovery distributions for United States continuous-oil assessment
      units...................................................................................................................................7

# Variability of Distributions of Well-Scale Estimated Ultimate Recovery for Continuous (Unconventional) Oil and Gas Resources in the United States

By U.S. Geological Survey Oil and Gas Assessment Team

## Abstract

Since 2000, the U.S. Geological Survey has completed assessments of continuous (unconventional) resources in the United States based on geologic studies and analysis of well-production data. This publication uses those 132 continuous oil and gas assessments to show the variability of well productivity within and among the 132 areas. The production from the most productive wells in an area commonly is more than 100 times larger than that from the poorest productive wells. The 132 assessment units were classified into four categories: shale gas, coalbed gas, tight gas, and continuous oil. For each category, the mean well productivity in the most productive assessment units is considerably greater than that of the least productive assessment units.

## Introduction

The U.S. Geological Survey (USGS) conducts quantitative assessments of potential oil and gas resources of the onshore United States and State waters. Since 2000, 132 assessments have been performed for continuous (unconventional) oil and gas resources, based on geologic studies and analysis of well-production data. Assessment methods are documented in Crovelli (2000, 2003), Klett and Charpentier (2003), Klett and Schmoker (2003), and Schmoker (2003). Each assessment unit (AU) was divided into cells, with each cell representing a well-drainage area. The estimates of resource potential were derived from estimates of the potential number of undrilled productive cells and of the productive capacities of those cells.

Estimated ultimate recovery (EUR) distributions were estimated for each AU, based on decline-curve analysis from monthly production data (IHS Energy, 2011) of hundreds to thousands of wells per AU. The EUR distribution used for each assessment calculation was specifically that for undrilled cells. Commonly, this EUR distribution for undrilled cells is closely similar to the distribution for drilled cells. In general, wells drilled early in the development of an AU, before drilling and completion techniques are optimized, have relatively low EURs. This can cause the estimated EURs for undrilled cells to be higher than those for drilled wells. Conversely, if the geologically most favorable parts of the AU have already been drilled, the EURs for undrilled cells may be lower than those of drilled wells.

The 132 AUs were classified into four categories: shale gas, coalbed gas, tight gas, and continuous oil. This categorization facilitated use of these data as analogs for hypothetical AUs. Sources for reports of these assessments are listed in appendix 1.

## Estimated Ultimate Recovery Distributions

Shifted truncated lognormal distributions were fit using the minimum, median, and maximum input values of estimated ultimate recovery (EUR). The upper end of the distribution was truncated at the 0.1 percent (1 in 1000) fractile.

$$\mu = \ln(EUR_{med} - EUR_{min})$$

$$\sigma = \frac{\ln((EUR_{max} - EUR_{min})/(EUR_{med} - EUR_{min}))}{3.09}$$

$$E(x) = exp\left(\mu + (\sigma^2/2)\right) * \frac{normsdist((\ln(EUR_{max}) - \mu - \sigma^2)/\sigma)}{normsdist((\ln(EUR_{max}) - \mu)/\sigma)}$$

$$E(x^2) = exp(2\mu + 2\sigma^2) * \frac{normsdist((\ln(EUR_{max}) - \mu - 2\sigma^2)/\sigma)}{normsdist((\ln(EUR_{max}) - \mu)/\sigma)}$$

$$EUR_{mean} = EUR_{min} + E(x)$$

$$EUR_{sd} = \sqrt{E(x^2) - E(x)^2}$$

where:

$EUR_{min}$ = minimum EUR

$EUR_{med}$ = median EUR

$EUR_{max}$ = maximum EUR

$EUR_{mean}$ = mean EUR

$EUR_{sd}$ = standard deviation of EUR

$normsdist$ = normal distribution function

The input values, as well as the calculated mean for each distribution, are given in tables 1 to 4.

**Table 1.**   Input data for estimated ultimate recovery distributions for United States shale-gas assessment units, values in billions of cubic feet of natural gas. [AU, assessment unit; and EUR, estimated ultimate recovery]

| AU number | AU name | Province | Year assessed | Minimum EUR | Median EUR | Maximum EUR | Mean EUR |
|---|---|---|---|---|---|---|---|
| 50490161 | Haynesville Sabine Platform Shale Gas | Gulf Coast Mesozoic | 2010 | 0.02 | 2 | 20 | 2.617 |
| 50490163 | Mid-Bossier Sabine Platform Shale Gas | Gulf Coast Mesozoic | 2010 | 0.02 | 1 | 10 | 1.308 |
| 50580161 | Woodford Shale Gas | Anadarko Basin | 2010 | 0.02 | 0.8 | 15 | 1.233 |
| 50670468 | Interior Marcellus | Appalachian Basin | 2011 | 0.02 | 0.8 | 12 | 1.158 |
| 50490167 | Eagle Ford Shale Gas | Gulf Coast Mesozoic | 2010 | 0.02 | 0.8 | 10 | 1.104 |
| 50620362 | Fayetteville Shale Gas - High Gamma-Ray Depocenter | Arkoma Basin | 2010 | 0.02 | 0.8 | 10 | 1.104 |
| 50450161 | Greater Newark East Frac-Barrier Continuous Barnett Shale Gas | Bend Arch-Fort Worth Basin | 2003 | 0.02 | 0.7 | 10 | 1.000 |
| 50440161 | Delaware/Pecos Basins Woodford Continuous Shale Gas | Permian Basin | 2007 | 0.02 | 0.6 | 8 | 0.842 |
| 50440162 | Delaware/Pecos Basins Barnett Continuous Shale Gas | Permian Basin | 2007 | 0.02 | 0.6 | 8 | 0.842 |
| 50580261 | Thirteen Finger Limestone-Atoka Shale Gas | Anadarko Basin | 2010 | 0.02 | 0.5 | 10 | 0.785 |
| 50620261 | Woodford Shale Gas | Arkoma Basin | 2010 | 0.02 | 0.5 | 10 | 0.785 |
| 50210364 | Gothic, Chimney Rock, Hovenweep Shale Gas | Paradox Basin | 2011 | 0.02 | 0.4 | 10 | 0.672 |
| 50630561 | Devonian Antrim Continuous Gas | Michigan Basin | 2004 | 0.02 | 0.4 | 4 | 0.523 |
| 50620363 | Fayetteville Shale Gas - Western Arkansas Basin Margin | Arkoma Basin | 2010 | 0.02 | 0.3 | 6 | 0.470 |
| 50210362 | Cane Creek Shale Gas | Paradox Basin | 2011 | 0.02 | 0.3 | 5 | 0.446 |
| 50440163 | Midland Basin Woodford/Barnett Continuous Gas | Permian Basin | 2007 | 0.02 | 0.3 | 5 | 0.446 |
| 50490165 | Maverick Basin Pearsall Shale Gas | Gulf Coast Mesozoic | 2010 | 0.02 | 0.25 | 5 | 0.391 |
| 50450162 | Extended Continuous Barnett Shale Gas | Bend Arch-Fort Worth Basin | 2003 | 0.02 | 0.2 | 5 | 0.334 |
| 50390761 | Niobrara Chalk | Denver Basin | 2001 | 0.025 | 0.2 | 2 | 0.261 |
| 50620262 | Chattanooga Shale Gas | Arkoma Basin | 2010 | 0.02 | 0.1 | 6 | 0.223 |
| 50670467 | Foldbelt Marcellus | Appalachian Basin | 2011 | 0.02 | 0.1 | 5 | 0.208 |
| 50620364 | Caney Shale Gas | Arkoma Basin | 2010 | 0.02 | 0.08 | 5 | 0.179 |
| 50670469 | Western Margin Marcellus | Appalachian Basin | 2011 | 0.02 | 0.05 | 5 | 0.129 |
| 50640361 | Devonian to Mississippian New Albany Continuous Gas | Illinois Basin | 2007 | 0.01 | 0.08 | 1 | 0.110 |
| 50670462 | Northwestern Ohio Shale | Appalachian Basin | 2002 | 0.01 | 0.04 | 0.5 | 0.055 |
| 50670463 | Devonian Siltstone and Shale | Appalachian Basin | 2002 | 0.01 | 0.03 | 0.5 | 0.044 |

**Table 2.** Input data for estimated ultimate recovery distributions for United States coalbed-gas assessment units, values in billions of cubic feet of natural gas. [AU, assessment unit; and EUR, estimated ultimate recovery]

| AU number | AU name | Province | Year assessed | Minimum EUR | Median EUR | Maximum EUR | Mean EUR |
|---|---|---|---|---|---|---|---|
| 50220181 | Fruitland Fairway Coalbed Gas | San Juan Basin | 2002 | 0.02 | 8 | 40 | 9.125 |
| 50200181 | Northern Coal Fairway/Drunkards Wash | Uinta-Piceance | 2000 | 0.05 | 0.8 | 12 | 1.156 |
| 50220182 | Basin Fruitland Coalbed Gas | San Juan Basin | 2002 | 0.02 | 0.6 | 20 | 1.110 |
| 50200182 | Central Coal Fairway/Buzzards Bench | Uinta-Piceance | 2000 | 0.05 | 0.4 | 10 | 0.666 |
| 50010181 | Nanushuk Formation Coalbed Gas | Northern Alaska | 2006 | 0.02 | 0.25 | 12 | 0.524 |
| 50410182 | Vermejo Coalbed Gas | Raton Basin-Sierra Grande Uplift | 2004 | 0.02 | 0.25 | 9.5 | 0.481 |
| 50200281 | Uinta Basin Blackhawk Coalbed Gas | Uinta-Piceance | 2000 | 0.05 | 0.25 | 10 | 0.480 |
| 50360281 | Frontier-Adaville-Evanston Coalbed Gas | Wyoming Thrust Belt | 2003 | 0.02 | 0.4 | 2 | 0.456 |
| 50410181 | Raton Coalbed Gas | Raton Basin-Sierra Grande Uplift | 2004 | 0.02 | 0.25 | 8 | 0.453 |
| 50650281 | Warrior Basin | Warrior Basin | 2002 | 0.01 | 0.25 | 5 | 0.392 |
| 50620481 | Arkoma Coalbed Gas | Arkoma Basin | 2010 | 0.02 | 0.3 | 3 | 0.392 |
| 50330182 | Upper Fort Union Formation | Powder River Basin | 2000 | 0.02 | 0.23 | 4 | 0.345 |
| 50200183 | Southern Coal Fairway | Uinta-Piceance | 2000 | 0.05 | 0.2 | 5 | 0.328 |
| 50210581 | Kaiparowits Plateau | Paradox Basin | 2011 | 0.02 | 0.2 | 4 | 0.312 |
| 50010183 | Sagavanirktok Formation Coalbed Gas | Northern Alaska | 2006 | 0.02 | 0.18 | 5 | 0.310 |
| 50330181 | Wasatch Formation | Powder River Basin | 2000 | 0.02 | 0.18 | 3 | 0.267 |
| 50370882 | Fort Union Coalbed Gas | Southwestern Wyoming | 2002 | 0.02 | 0.2 | 1.5 | 0.246 |
| 50670581 | Pocahontas Basin | Appalachian Basin | 2002 | 0.01 | 0.15 | 2 | 0.210 |
| 50350281 | Mesaverde Coalbed Gas | Wind River Basin | 2005 | 0.02 | 0.1 | 5 | 0.208 |
| 50030281 | Cook Inlet Coalbed Gas | Southern Alaska | 2011 | 0.02 | 0.16 | 1.5 | 0.206 |
| 50370881 | Lance Coalbed Gas | Southwestern Wyoming | 2002 | 0.02 | 0.15 | 1 | 0.180 |
| 50200282 | Mesaverde Group Coalbed Gas | Uinta-Piceance | 2000 | 0.02 | 0.08 | 5 | 0.179 |
| 50220381 | Menefee Coalbed Gas | San Juan Basin | 2002 | 0.02 | 0.08 | 5 | 0.179 |
| 50200185 | Southern Coal Outcrop | Uinta-Piceance | 2001 | 0.05 | 0.1 | 3 | 0.165 |
| 50670582 | Eastern Dunkard Basin | Appalachian Basin | 2002 | 0.01 | 0.1 | 2 | 0.156 |
| 50040381 | Eocene Coalbed Gas | Western Oregon-Washington | 2009 | 0.02 | 0.1 | 2 | 0.155 |
| 50010182 | Prince Creek–Tuluvak Formations Coalbed Gas | Northern Alaska | 2006 | 0.02 | 0.1 | 1.5 | 0.143 |
| 50340281 | Mesaverde-Meeteetse Formation Coalbed Gas | Big Horn Basin | 2008 | 0.02 | 0.1 | 1.2 | 0.136 |
| 50350282 | Meeteetse Coalbed Gas | Wind River Basin | 2005 | 0.02 | 0.08 | 2 | 0.131 |
| 50350283 | Fort Union Coalbed Gas | Wind River Basin | 2005 | 0.02 | 0.08 | 2 | 0.131 |
| 50370682 | Fort Union Coalbed Gas | Southwestern Wyoming | 2002 | 0.02 | 0.1 | 1 | 0.130 |
| 50370981 | Wasatch-Green River Coalbed Gas | Southwestern Wyoming | 2002 | 0.02 | 0.1 | 0.8 | 0.124 |
| 50311081 | Fort Union Coalbed Gas | Williston Basin | 2008 | 0.02 | 0.085 | 1 | 0.114 |
| 50330183 | Lower Fort Union-Lance Formations | Powder River Basin | 2000 | 0.02 | 0.085 | 1 | 0.114 |
| 50340282 | Fort Union Formation Coalbed Gas | Big Horn Basin | 2008 | 0.02 | 0.08 | 1 | 0.109 |
| 50370581 | Mesaverde Coalbed Gas | Southwestern Wyoming | 2002 | 0.02 | 0.06 | 2 | 0.106 |
| 50370681 | Mesaverde Coalbed Gas | Southwestern Wyoming | 2002 | 0.02 | 0.06 | 2 | 0.106 |
| 50470381 | Wilcox Coalbed Gas | Western Gulf | 2007 | 0.01 | 0.05 | 0.5 | 0.065 |
| 50640481 | Desmoinesian-Virgilian Coalbed Gas | Illinois Basin | 2007 | 0.01 | 0.03 | 0.25 | 0.037 |
| 50470281 | Cretaceous Olmos Coalbed Gas | Western Gulf | 2007 | 0.01 | 0.03 | 0.1 | 0.032 |

4

**Table 3.**   Input data for estimated ultimate recovery distributions for United States tight-gas assessment units, values in billions of cubic feet of natural gas. [AU, assessment unit; and EUR, estimated ultimate recovery]

| AU number | AU name | Province | Year assessed | Minimum EUR | Median EUR | Maximum EUR | Mean EUR |
|---|---|---|---|---|---|---|---|
| 50370661 | Mesaverde-Lance-Fort Union Continuous Gas | Southwestern Wyoming | 2002 | 0.02 | 1.2 | 15 | 1.657 |
| 50370561 | Almond Continuous Gas | Southwestern Wyoming | 2002 | 0.02 | 0.9 | 20 | 1.460 |
| 50200261 | Uinta Basin Continuous Gas | Uinta-Piceance | 2000 | 0.02 | 0.5 | 40 | 1.293 |
| 50030161 | Tuxedni-Naknek Continuous Gas | Southern Alaska | 2011 | 0.02 | 0.6 | 30 | 1.286 |
| 50620161 | Arkoma-Ouachita Foredeep Continuous | Arkoma Basin | 2010 | 0.02 | 0.6 | 30 | 1.286 |
| 50350261 | Frontier-Muddy Continuous Gas | Wind River Basin | 2005 | 0.02 | 0.7 | 15 | 1.123 |
| 50370261 | Mowry Continuous Gas | Southwestern Wyoming | 2002 | 0.02 | 0.7 | 15 | 1.123 |
| 50350265 | Lance-Fort Union Sandstone Gas | Wind River Basin | 2005 | 0.02 | 0.6 | 20 | 1.110 |
| 50370861 | Lance-Fort Union Continuous Gas | Southwestern Wyoming | 2002 | 0.02 | 0.8 | 10 | 1.104 |
| 50370761 | Lewis Continuous Gas | Southwestern Wyoming | 2002 | 0.02 | 0.6 | 15 | 1.009 |
| 50200362 | Uinta Basin Continuous Gas | Uinta-Piceance | 2000 | 0.02 | 0.5 | 16 | 0.911 |
| 50200263 | Piceance Basin Continuous Gas | Uinta-Piceance | 2000 | 0.02 | 0.5 | 15 | 0.892 |
| 50350264 | Mesaverde-Meeteetse Sandstone Gas | Wind River Basin | 2005 | 0.02 | 0.5 | 15 | 0.892 |
| 50350262 | Cody Sandstones Continuous Gas | Wind River Basin | 2005 | 0.02 | 0.4 | 20 | 0.855 |
| 50670364 | Tuscarora Basin Center | Appalachian Basin | 2002 | 0.01 | 0.7 | 4 | 0.817 |
| 50220261 | Lewis Continuous Gas | San Juan Basin | 2002 | 0.02 | 0.5 | 6 | 0.683 |
| 50220361 | Mesaverde Central-Basin Continuous Gas | San Juan Basin | 2002 | 0.02 | 0.5 | 6 | 0.683 |
| 50220363 | Dakota-Greenhorn Continuous Gas | San Juan Basin | 2002 | 0.02 | 0.4 | 8 | 0.627 |
| 50370461 | Hilliard-Baxter-Mancos Continuous Gas | Southwestern Wyoming | 2002 | 0.02 | 0.4 | 8 | 0.627 |
| 50200161 | Deep (6,000 feet plus) Coal and Sandstone Gas | Uinta-Piceance | 2000 | 0.2 | 0.5 | 4 | 0.617 |
| 50200262 | Uinta Basin Transitional Gas | Uinta-Piceance | 2000 | 0.02 | 0.25 | 15 | 0.570 |
| 50340261 | Muddy-Frontier Sandstone and Mowry Fractured Shale Continuous Gas | Big Horn Basin | 2008 | 0.02 | 0.35 | 7.5 | 0.560 |
| 50220362 | Mancos Sandstones Continuous Gas | San Juan Basin | 2002 | 0.02 | 0.35 | 5 | 0.499 |
| 50370562 | Rock Springs-Ericson Continuous Gas | Southwestern Wyoming | 2002 | 0.02 | 0.35 | 3 | 0.491 |
| 50200361 | Piceance Basin Continuous Gas | Uinta-Piceance | 2000 | 0.02 | 0.25 | 10 | 0.490 |
| 50280163 | Eagle Sandstone and Claggett Shale West | North-Central Montana | 2000 | 0.01 | 0.25 | 9 | 0.475 |
| 50220161 | Pictured Cliffs Continuous Gas | San Juan Basin | 2002 | 0.02 | 0.25 | 7 | 0.434 |
| 50280162 | Eagle Sandstone and Claggett Shale East | North-Central Montana | 2000 | 0.01 | 0.2 | 7 | 0.375 |

**Table 3.**   Input data for estimated ultimate recovery distributions for United States tight-gas assessment units, values in billions of cubic feet of natural gas. [AU, assessment unit; and EUR, estimated ultimate recovery]—Continued

| AU number | AU name | Province | Year assessed | Minimum EUR | Median EUR | Maximum EUR | Mean EUR |
|---|---|---|---|---|---|---|---|
| 50200363 | Uinta-Piceance Transitional and Migrated Gas | Uinta-Piceance | 2000 | 0.02 | 0.2 | 7 | 0.373 |
| 50200264 | Piceance Basin Transitional Gas | Uinta-Piceance | 2000 | 0.02 | 0.25 | 4 | 0.367 |
| 50280166 | Greenhorn-Upper Belle Fourche | North-Central Montana | 2000 | 0.01 | 0.2 | 6 | 0.356 |
| 50280167 | Bowdoin Dome | North-Central Montana | 2000 | 0.01 | 0.2 | 5 | 0.336 |
| 50340263 | Cody Sandstone Continuous Gas | Big Horn Basin | 2008 | 0.02 | 0.2 | 5 | 0.334 |
| 50340264 | Mesaverde Sandstone Continuous Gas | Big Horn Basin | 2008 | 0.02 | 0.2 | 5 | 0.334 |
| 50280165 | Greenhorn-Lower Belle Fourche | North-Central Montana | 2000 | 0.01 | 0.25 | 2.5 | 0.327 |
| 50050161 | Columbia Basin Continuous Gas | Eastern Oregon and Washington | 2006 | 0.02 | 0.2 | 3 | 0.288 |
| 50390662 | Dakota Group Basin-Center Gas | Denver Basin | 2001 | 0.02 | 0.2 | 2.5 | 0.275 |
| 50670461 | Greater Big Sandy | Appalachian Basin | 2002 | 0.01 | 0.15 | 2 | 0.210 |
| 50330461 | Shallow Continuous Biogenic Gas | Powder River Basin | 2002 | 0.01 | 0.08 | 1.5 | 0.122 |
| 50670361 | Clinton-Medina Basin Center | Appalachian Basin | 2002 | 0.01 | 0.08 | 1.2 | 0.115 |
| 50670465 | Catskill Sandstones and Siltstones | Appalachian Basin | 2002 | 0.01 | 0.07 | 1.5 | 0.111 |
| 50280161 | Judith River Formation | North-Central Montana | 2000 | 0.01 | 0.06 | 2 | 0.109 |
| 50280164 | Niobrara-Carlile | North-Central Montana | 2000 | 0.01 | 0.07 | 1 | 0.099 |
| 50670363 | Clinton-Medina Transitional | Appalachian Basin | 2002 | 0.01 | 0.06 | 1 | 0.089 |
| 50670362 | Clinton-Medina Transitional Northeast | Appalachian Basin | 2002 | 0.01 | 0.06 | 0.9 | 0.086 |
| 50670466 | Berea Sandstone | Appalachian Basin | 2002 | 0.01 | 0.03 | 0.5 | 0.044 |

**Table 4.**   Input data for estimated ultimate recovery distributions for United States continuous-oil assessment units, values in millions of barrels of oil. [AU, assessment unit; and EUR, estimated ultimate recovery]

| AU number | AU name | Province | Year assessed | Minimum EUR | Median EUR | Maximum EUR | Mean EUR |
|---|---|---|---|---|---|---|---|
| 50310164 | Eastern Expulsion Threshold | Williston Basin | 2008 | 0.002 | 0.12 | 5 | 0.241 |
| 50310163 | Nesson-Little Knife Structural | Williston Basin | 2008 | 0.002 | 0.09 | 4 | 0.185 |
| 50210361 | Cane Creek Shale Oil | Paradox Basin | 2011 | 0.002 | 0.08 | 3 | 0.154 |
| 50310165 | Northwest Expulsion Threshold | Williston Basin | 2008 | 0.002 | 0.065 | 4 | 0.151 |
| 50310161 | Elm Coulee-Billings Nose | Williston Basin | 2008 | 0.002 | 0.08 | 2 | 0.135 |
| 50270561 | Marias River Shale Continuous Oil | Montana Thrust Belt | 2002 | 0.001 | 0.08 | 1.6 | 0.126 |
| 50370361 | Niobrara Continuous Oil | Southwestern Wyoming | 2002 | 0.001 | 0.08 | 1.6 | 0.126 |
| 50300361 | Niobrara Continuous Oil | Hanna, Laramie, Shirley Basins | 2005 | 0.001 | 0.04 | 1.6 | 0.079 |
| 50310162 | Central Basin-Poplar Dome | Williston Basin | 2008 | 0.002 | 0.025 | 2 | 0.064 |
| 50210363 | Gothic, Chimney Rock, Hovenweep Shale Oil | Paradox Basin | 2011 | 0.002 | 0.03 | 1.5 | 0.064 |
| 50580162 | Woodford Shale Oil | Anadarko Basin | 2010 | 0.003 | 0.03 | 1.5 | 0.064 |
| 50200561 | Deep Uinta Overpressured Continuous Oil | Uinta-Piceance | 2000 | 0.003 | 0.045 | 0.45 | 0.059 |
| 50440165 | Spraberry Continuous Oil | Permian Basin | 2007 | 0.001 | 0.045 | 0.4 | 0.057 |
| 50490170 | Eagle Ford Shale Oil | Gulf Coast Mesozoic | 2010 | 0.002 | 0.03 | 1 | 0.055 |
| 50490168 | Austin Pearsall-Giddings Area Oil | Gulf Coast Mesozoic | 2010 | 0.002 | 0.04 | 0.5 | 0.055 |
| 50330361 | Niobrara Continuous Oil | Powder River Basin | 2002 | 0.002 | 0.028 | 0.5 | 0.042 |
| 50330261 | Mowry Continuous Oil | Powder River Basin | 2002 | 0.002 | 0.025 | 0.35 | 0.035 |
| 50340262 | Mowry Fractured Shale Continuous Oil | Big Horn Basin | 2008 | 0.002 | 0.025 | 0.35 | 0.035 |
| 50390261 | Fractured Niobrara Limestone (Silo Field Area) | Denver Basin | 2001 | 0.002 | 0.022 | 0.4 | 0.033 |
| 50390661 | Niobrara-Codell (Wattenberg Area) | Denver Basin | 2001 | 0.003 | 0.008 | 0.1 | 0.011 |

# Results

The results are presented in figures 1 through 4. Each line shows the range of EURs for a single AU. Only those EURs greater than the minimum assessed value (for that particular AU assessment) are included. Individual AU distributions show approximately two orders of magnitude difference between the smallest and largest EURs within a single AU. This range would be even larger if the distributions were not truncated.



**Figure 1.**   Cloud plot for United States shale-gas assessment units. Each curve represents one assessment unit and is based on the input data in table 1. Black diamonds indicate the mean value for each curve. [AU, assessment unit; EUR, estimated ultimate recovery; and BCF, billions of cubic feet]



**Figure 2.**    Cloud plot for United States coalbed-gas assessment units. Each curve represents one assessment unit and is based on the input data in table 2. Black diamonds indicate the mean value for each curve. [AU, assessment unit; EUR, estimated ultimate recovery; and BCF, billions of cubic feet]



**Figure 3.**    Cloud plot for United States tight-gas assessment units. Each curve represents one assessment unit and is based on the input data in table 3. Black diamonds show the mean value for each curve. [AU, assessment unit; EUR, estimated ultimate recovery; and BCF, billions of cubic feet]



**Figure 4.**   Cloud plot for United States continuous-oil assessment units. Each curve represents one assessment unit and is based on the input data in table 4. Black diamonds indicate the mean value for each curve. [AU, assessment unit; EUR, estimated ultimate recovery; and MMB, millions of barrels]

      Each figure shows the EUR curves for a single category (shale gas, coalbed gas, tight gas, and continuous oil), allowing comparison of EUR distributions among AUs. The four figures are termed "cloud plots," which show the "cloud" of data representing the distribution of EUR distributions. Cloud plots of the distributions of drilled wells show similar ranges of variability.

      Individual cloud plots show the wide variability among AUs of a particular category. The most productive AUs have average EURs from 22 to almost 300 times those of the least productive AUs. Also note the strong similarity of the shale gas and tight gas clouds (figs. 1, 3).

# References Cited

Crovelli, R.A., 2000, Analytic resource assessment method for continuous (unconventional) oil and gas accumulations—the "ACCESS" method: U.S. Geological Survey Open-File Report 00–044, 34 p. (Also available at *http://pubs.usgs.gov/of/2000/0044/report.pdf*)

Crovelli, R.A., 2003, Analytic resource assessment method for continuous petroleum accumulations—the ACCESS assessment method, chap. 22, in U.S. Geological Survey Uinta-Piceance Assessment Team, Petroleum Systems and Geologic Assessment of Oil and Gas in the Uinta-Piceance Province, Utah and Colorado: U.S. Geological Survey Digital Data Series DDS–69–B, 10 p. (Also available at *http://pubs.usgs.gov/dds/dds-069/dds-069-b/*)

IHS Energy, 2011, U.S. Production and Well Data: Englewood, Colo., database available from IHS Energy, 15 Inverness Way East, D205, Englewood, CO 80112, U.S.A.

Klett, T.R., and Charpentier, R.R., 2003, FORSPAN model users guide: U.S. Geological Survey Open-File Report 03–354, 37 p. (Also available at *http://pubs.usgs.gov/of/2003/ofr-03-354/*)

Klett, T.R., and Schmoker, J.W., 2003, U.S. Geological Survey input-data form and operational procedure for the assessment of continuous petroleum accumulations, chap. 18, in U.S. Geological Survey Uinta-Piceance Assessment Team, Petroleum Systems and Geologic Assessment of Oil and Gas in the Uinta-Piceance Province, Utah and Colorado: U.S. Geological Survey Digital Data Series DDS–69–B, 8 p. (Also available at *http://pubs.usgs.gov/dds/dds-069/dds-069-b/*)

Schmoker, J.W., 2003, U.S. Geological Survey assessment concepts for continuous petroleum accumulations, chap. 17, in U.S. Geological Survey Uinta-Piceance Assessment Team, Petroleum Systems and Geologic Assessment of Oil and Gas in the Uinta-Piceance Province, Utah and Colorado: U.S. Geological Survey Digital Data Series DDS–69–B, 7 p. (Also available at *http://pubs.usgs.gov/dds/dds-069/dds-069-b/*)

# Appendix 1.    Assessments Used in this Report

## CD-ROMs

Higley, D.K., compiler, 2007, Petroleum systems and assessment of undiscovered oil and gas in the Raton Basin–Sierra Grande Uplift Province, Colorado and New Mexico—USGS Province 41: U.S. Geological Survey Digital Data Series DDS–69–N, 1 CD-ROM. (Available at *http://pubs.usgs.gov/dds/dds-069/dds-069-n/*)

Higley, D.K., compiler, 2007, Petroleum systems and assessment of undiscovered oil and gas in the Denver Basin Province, Colorado, Kansas, Nebraska, South Dakota, and Wyoming—USGS Province 39: U.S. Geological Survey Digital Data Series DDS–69–P, 1 CD-ROM. (Available at *http://pubs.usgs.gov/dds/dds-069/dds-069-p/*)

Roberts, S.B., compiler, 2008, Geologic assessment of undiscovered, technically recoverable coalbed-gas resources in Cretaceous and Tertiary rocks, North Slope and adjacent State waters, Alaska: U.S. Geological Survey Digital Data Series DDS–69–S, 1 CD-ROM. (Available at *http://pubs.usgs.gov/dds/dds-069/dds-069-s/*)

U.S. Geological Survey Bighorn Basin Assessment Team, 2010, Petroleum systems and geologic assessment of oil and gas in the Bighorn Basin Province, Wyoming and Montana: U.S. Geological Survey Digital Data Series DDS–69–V, 1 CD-ROM. (Available at *http://pubs.usgs.gov/dds/dds-069/dds-069-v/*)

U.S. Geological Survey Black Warrior Basin Province Assessment Team, 2007, Geologic assessment of undiscovered oil and gas resources of the Black Warrior Basin Province, Alabama and Mississippi: U.S. Geological Survey Digital Data Series DDS–69–I, 1 CD-ROM. (Available at *http://pubs.usgs.gov/dds/dds-069/dds-069-i/*)

U.S. Geological Survey Eastern Oregon and Washington Province Assessment Team, 2008, Geologic assessment of undiscovered gas resources of the Eastern Oregon and Washington Province: U.S. Geological Survey Digital Data Series DDS–69–O, 1 CD-ROM. (Available at *http://pubs.usgs.gov/dds/dds-069/dds-069-o/*)

U.S. Geological Survey Hanna, Laramie, and Shirley Basins Province Assessment Team, 2007, Petroleum systems and geologic assessment of undiscovered oil and gas, Hanna, Laramie, and Shirley Basins Province, Wyoming and Colorado: U.S. Geological Survey Digital Data Series DDS–69–K, 1 CD-ROM. (Available at *http://pubs.usgs.gov/dds/dds-069/dds-069-k/*)

U.S. Geological Survey Powder River Basin Assessment Team, 2009, Total petroleum systems and geologic assessment of oil and gas resources in the Powder River Basin Province, Wyoming and Montana: U.S. Geological Survey Digital Data Series DDS–69–U, 1 CD-ROM (revised April 2010). (Available at *http://pubs.usgs.gov/dds/dds-069/dds-069-u/*)

U.S. Geological Survey Powder River Basin Province Assessment Team, 2004, Total petroleum system and assessment of coalbed gas in the Powder River Basin Province, Wyoming and

Montana: U.S. Geological Survey Digital Data Series DDS–69–C, 1 CD-ROM. (Available at *http://pubs.usgs.gov/dds/dds-069/dds-069-c/*)

U.S. Geological Survey Southwestern Wyoming Province Assessment Team, 2005, Petroleum systems and geologic assessment of oil and gas in the Southwestern Wyoming Province, Wyoming, Colorado and Utah: U.S. Geological Survey Digital Data Series DDS–69–D, 1 CD-ROM. (Available at *http://pubs.usgs.gov/dds/dds-069/dds-069-d/*)

U.S. Geological Survey Western Oregon and Washington Province Assessment Team, 2011, Geologic assessment of undiscovered hydrocarbon resources of the Western Oregon and Washington Province: U.S. Geological Survey Digital Data Series DDS–69–X, 1 CD-ROM. (Available at *http://pubs.usgs.gov/dds/dds-069/dds-069-x/*)

U.S. Geological Survey Williston Basin Province Assessment Team, 2011, Assessment of undiscovered oil and gas resources of the Williston Basin Province of North Dakota, Montana, and South Dakota, 2010: U.S. Geological Survey Digital Data Series DDS–69–W, 1 CD-ROM. (Available at *http://pubs.usgs.gov/dds/dds-069/dds-069-w/*)

USGS Uinta-Piceance Assessment Team, compilers, 2003, Petroleum systems and geologic assessment of oil and gas in the Uinta-Piceance Province, Utah and Colorado: U.S. Geological Survey Digital Data Series DDS–69–B, 1 CD-ROM. (Available at *http://pubs.usgs.gov/dds/dds-069/dds-069-b/*)

USGS Wind River Basin Province Assessment Team, 2007, Petroleum systems and geologic assessment of oil and gas in the Wind River Basin Province, Wyoming: U.S. Geological Survey Digital Data Series DDS–69–J, 1 CD-ROM. (Available at *http://pubs.usgs.gov/dds/dds-069/dds-069-j/*)

## Fact Sheets

Anna, L.O., Charpentier, R.R., Cook, T.A., Klett, T.R., Pollastro, R.M., and Schenk, C.J., 2006, Assessment of undiscovered oil and gas resources of the Powder River Basin Province of Wyoming and Montana—2006 update: U.S. Geological Survey Fact Sheet 2006–3135, 2 p. (Available at *http://pubs.usgs.gov/fs/2006/3135/*)

Anna, L.O., Pollastro, R.M., Gaswirth, S.B., Lewan, M.D., Lillis, P.G., Roberts, L.N.R., Schenk, C.J., Charpentier, R.R., Cook, T.A., and Klett, T.R., 2008, Assessment of undiscovered oil and gas resources of the Williston Basin Province of North Dakota, Montana, and South Dakota, 2008: U.S. Geological Survey Fact Sheet 2008–3092, 2 p. (Available at *http://pubs.usgs.gov/fs/2008/3092/*)

Brownfield, M.E., Charpentier, R.R., Cook, T.A., Klett, T.R., Pollastro, R.M., and Schenk, C.J., 2009, Assessment of undiscovered hydrocarbon resources of the Western Oregon and Washington Province: U.S. Geological Survey Fact Sheet 2009–3060, 2 p. (Available at *http://pubs.usgs.gov/fs/2009/3060/*)

Brownfield, M.E., Tennyson, M.E., Ahlbrandt, T.S., Charpentier, R.R., Cook, T.A., Klett, T.R., Pollastro, R.M., and Schenk, C.J., 2006, Assessment of undiscovered gas resources of the Eastern Oregon and Washington Province, 2006: U.S. Geological Survey Fact Sheet 2006–3091, 2 p. (Available at *http://pubs.usgs.gov/fs/2006/3091/*)

Dubiel, R.F., Pitman, J.K., Pearson, O.N., Pearson, Krystal, Kinney, S.A., Lewan, M.D., Burke, Lauri, Biewick, L.R.H., Charpentier, R.R., Cook, T.A., Klett, T.R., Pollastro, R.M., and Schenk, C.J., 2012, Assessment of undiscovered oil and gas resources in conventional and continuous petroleum systems in the Upper Cretaceous Eagle Ford Group, U.S. Gulf Coast region, 2011: U.S. Geological Survey Fact Sheet 2012–3003, 2 p. (Available at *http://pubs.usgs.gov/fs/2012/3003/*)

Dubiel, R.F., Pitman, J.K., Pearson, O.N., Warwick, P.D., Karlsen, A.W., Coleman, J.L., Hackley, P.C., Hayba, D.O., Swanson, S.M., Charpentier, R.R., Cook, T.A., Klett, T.R., Pollastro, R.M., and Schenk, C.J., 2007, Assessment of undiscovered oil and gas resources in Tertiary strata of the Gulf Coast, 2007: U.S. Geological Survey Fact Sheet 2007–3066, 4 p. (Available at *http://pubs.usgs.gov/fs/2007/3066/*)

Dubiel, R.F., Warwick, P.D., Swanson, Sharon, Burke, Lauri, Biewick, L.R.H., Charpentier, R.R., Coleman, J.L., Cook, T.A., Dennen, Kris, Doolan, Colin, Enomoto, Catherine, Hackley, P.C., Karlsen, A.W., Klett, T.R., Kinney, S.A., Lewan, M.D., Merrill, Matt, Pearson, Krystal, Pearson, O.N., Pitman, J.K., Pollastro, R.M., Rowan, E.L., Schenk, C.J., and Valentine, Brett, 2011, Assessment of undiscovered oil and gas resources in Jurassic and Cretaceous strata of the Gulf Coast, 2010: U.S. Geological Survey Fact Sheet 2011–3020, 4 p. (Available at *http://pubs.usgs.gov/fs/2011/3020/*)

Dyman, T.S., Condon, S.M., Ahlbrandt, T.S., Charpentier, R.R., Cook, T.A., Klett, T.R., Lewan, M.D., Lillis, P.G., Pawlewicz, M.J., Pollastro, R.M., and Schenk, C.J., 2006, 2005 assessment of undiscovered oil and gas resources in Hanna, Laramie, Shirley Basins Province, Wyoming: U.S. Geological Survey Fact Sheet 2005–3125, 2 p. (Available at *http://pubs.usgs.gov/fs/2005/3125/*)

Flores, R.M., Anna, L.O., Dolton, G.L., Fox, J.E., French, C.D., Charpentier, R.R., Cook, T.A., Crovelli, R.A., Klett, T.R., Pollastro, R.M., and Schenk, C.J., 2002, Assessment of undiscovered oil and gas resources of the Powder River Basin Province of Wyoming and Montana, 2002: U.S. Geological Survey Fact Sheet 146-02, 2 p. (Available at *http://pubs.usgs.gov/fs/fs-146-02/*)

Hatch, J.R., Pawlewicz, M.J., Charpentier, R.R., Cook, T.A., Crovelli, R.A., Klett, T.R., Pollastro, R.M., and Schenk, C.J., 2003, Assessment of undiscovered oil and gas resources of the Black Warrior Basin Province, 2002: U.S. Geological Survey Fact Sheet 038-03, 2 p. (Available at *http://pubs.usgs.gov/fs/fs-038-03/*)

Higley, Debra, Charpentier, R.R., Cook, Troy, Klett, T.R., Pollastro, Richard, Schmoker, J.W., and Schenk, C.J., 2003, 2002 USGS assessment of oil and gas resource potential of the Denver

Basin Province of Colorado, Kansas, Nebraska, South Dakota, and Wyoming: U.S. Geological Survey Fact Sheet 002-03, 4 p. (Available at *http://pubs.usgs.gov/fs/fs-002-03/*)

Higley, D.K., Cook, T.A., Pollastro, R.M., Charpentier, R.R., Klett, T.R., and Schenk, C.J., 2005, Assessment of undiscovered oil and gas resources of the Raton Basin-Sierra Grande Uplift Province of New Mexico and Colorado, 2004: U.S. Geological Survey Fact Sheet 2005–3027, 2 p. (Available at *http://pubs.usgs.gov/fs/2005/3027/*)

Higley, D.K., Gaswirth, S.B., Abbott, M.M., Charpentier, R.R., Cook, T.A., Ellis, G.S., Gianoutsos, N.J., Hatch, J.R., Klett, T.R., Nelson, Philip, Pawlewicz, M.J., Pearson, O.N., Pollastro, R.M., and Schenk, C.J., 2011, Assessment of undiscovered oil and gas resources of the Anadarko Basin Province of Oklahoma, Kansas, Texas, and Colorado, 2010: U.S. Geological Survey Fact Sheet 2011–3003, 2 p. (Available at *http://pubs.usgs.gov/fs/2011/3003/*)

Houseknecht, D.W., Coleman, J.L., Milici, R.C., Garrity, C.P., Rouse, W.A., Fulk, B.R., Paxton, S.T., Abbott, M.M., Mars, J.C., Cook, T.A., Schenk, C.J., Charpentier, R.R., Klett, T.R., Pollastro, R.M., and Ellis, G.S., 2010, Assessment of undiscovered natural gas resources of the Arkoma Basin Province and geologically related areas: U.S. Geological Survey Fact Sheet 2010–3043, 4 p. (Available at *http://pubs.usgs.gov/fs/2010/3043/*)

Kirschbaum, M.A., Anna, Larry, Collett, T.S., Cook, Troy, Dubiel, R.F., Finn, T.M., Hettinger, R.D., Henry, Mitchell, Johnson, E.A., Johnson, R.C., Lillis, P.G., Nelson, P.H., Nuccio, V.F., Rice, C.A., Roberts, L.N.R., and Roberts, S.B., 2002, Assessment of undiscovered oil and gas resources of the Uinta-Piceance Province of Colorado and Utah, 2002: U.S. Geological Survey Fact Sheet 026-02, 2 p. (Available at *http://pubs.usgs.gov/fs/fs-0026-02/*)

Kirschbaum, M.A., Anna, Larry, Collett, T.S., Cook, Troy, Dubiel, R.F., Finn, T.M., Hettinger, R.D., Henry, Mitchell, Johnson, E.A., Johnson, R.C., Lillis, P.G., Nelson, P.H., Nuccio, V.F., Rice, C.A., Roberts, L.N.R., and Roberts, S.B., 2003, Assessment of undiscovered oil and gas resources of the Uinta-Piceance Province of Colorado and Utah, 2002: U.S. Geological Survey Fact Sheet 157-02, 2 p. (Available at *http://pubs.usgs.gov/fs/fs-157-02/*)

Kirschbaum, M.A., Charpentier, R.R., Crovelli, R.A., Klett, T.R., Pollastro, R.M., and Schenk, C.J., 2004, Assessment of undiscovered oil and gas resources of the Wyoming Thrust Belt Province, 2003: U.S. Geological Survey Fact Sheet 2004–3025, 2 p. (Available at *http://pubs.usgs.gov/fs/2004/3025/*)

Kirschbaum, M.A., Condon, S.M., Finn, T.M., Johnson, R.C., Lillis, P.G., Nelson, P.H., Roberts, L.N.R., Roberts, S.B., Charpentier, R.R., Cook, Troy, Klett, T.R., Pollastro, R.M., and Schenk, C.J., 2008, Assessment of undiscovered oil and gas resources of the Bighorn Basin Province, Wyoming and Montana, 2008: U.S. Geological Survey Fact Sheet 2008–3050, 2 p. (Available at *http://pubs.usgs.gov/fs/2008/3050/*)

Kirschbaum, Mark, Finn, T.M., Hettinger, R.D., Johnson, E.A., Johnson, R.C., Kibler, Joyce, Lillis, P.G., Nelson, P.H., Roberts, L.N.R., Roberts, S.B., Charpentier, R.R., Cook, T.A.,

Crovelli, R.A., Klett, T.R., Pollastro, R.M., and Schenk, C.J., 2002, Assessment of undiscovered oil and gas resources of the Southwestern Wyoming Province, 2002: U.S. Geological Survey Fact Sheet 145-02, 2 p. (Available at *http://pubs.usgs.gov/fs/fs-145-02/*)

Kirschbaum, M.A., Finn, T.M., Johnson, R.C., Kibler, Joyce, Lillis, P.G., Nelson, P.H., Roberts, L.N.R., Roberts, S.B., Charpentier, R.R., Cook, Troy, Klett, T.R., Pollastro, R.M., and Schenk, C.J., 2005, Assessment of undiscovered oil and gas resources of the Wind River Basin Province, 2005: U.S. Geological Survey Fact Sheet 2005–3141, 2 p. (Available at *http://pubs.usgs.gov/fs/2005/3141/*)

Milici, R.C., and Hatch, J.R., 2004, Assessment of undiscovered Carboniferous coal-bed gas resources of the Appalachian Basin and Black Warrior Basin Provinces, 2002: U.S. Geological Survey Fact Sheet 2004–3092, 2 p. (Available at *http://pubs.usgs.gov/fs/2004/3092/*)

Milici, R.C., Ryder, R.T., Swezey, C.S., Charpentier, R.R., Cook, T.A., Crovelli, R.A., Klett, T.R., Pollastro, R.M., and Schenk, C.J., 2003, Assessment of undiscovered oil and gas resources of the Appalachian Basin Province, 2002: U.S. Geological Survey Fact Sheet 009-03, 2 p. (Available at *http://pubs.usgs.gov/fs/fs-009-03/*)

Pearson, Krystal, Dubiel, R.F., Pearson, O.N., Pitman, J.K., Charpentier, R.R., Cook, T.A., Klett, T.R., Pollastro, R.M., and Schenk, C.J., 2011, Assessment of undiscovered oil and gas resources of the Upper Cretaceous Austin Chalk and Tokio and Eutaw Formations, Gulf Coast, 2010: U.S. Geological Survey Fact Sheet 2011–3046, 2 p. (Available at *http://pubs.usgs.gov/fs/2011/3046/*)

Pollastro, R.M., Cook, T.A., Roberts, L.N.R., Schenk, C.J., Lewan, M.D., Anna, L.O., Gaswirth, S.B., Lillis, P.G., Klett, T.R., and Charpentier, R.R., 2008: Assessment of undiscovered oil resources in the Devonian-Mississippian Bakken Formation, Williston Basin Province, Montana and North Dakota, 2008: U.S. Geological Survey Fact Sheet 2008–3021, 2 p. (Available at *http://pubs.usgs.gov/fs/2008/3021/*)

Pollastro, R.M., Hill, R.J., Ahlbrandt, T.A., Charpentier, R.R., Cook, T.A., Klett, T.R., Henry, M.E., and Schenk, C.J., 2004, Assessment of undiscovered oil and gas resources of the Bend Arch-Fort Worth Basin Province of north-central Texas and southwestern Oklahoma, 2003: U.S. Geological Survey Fact Sheet 2004–3022, 2 p. (Available at *http://pubs.usgs.gov/fs/2004/3022/*)

Ridgley, J.L., Anna, L.O., Condon, S.M., Fishman, N.S., Hester, T.C., Lillis, P.G., Rowan, E.L., Charpentier, R.R., Cook, T.A., Crovelli, R.A., Klett, T.R., and Schenk, C.J., 2008, Assessment of undiscovered biogenic gas resources, North-Central Montana Province: U.S. Geological Survey Fact Sheet 2008–3036, 2 p. (Available at *http://pubs.usgs.gov/fs/2008/3036/*)

Ridgley, J.L., Condon, S.M., Dubiel, R.F., Charpentier, R.R., Cook, T.A., Crovelli, R.A., Klett, T.R., Pollastro, R.M., and Schenk, C.J., 2002, Assessment of undiscovered oil and gas resources of the San Juan Basin Province of New Mexico and Colorado, 2002: U.S. Geological Survey Fact Sheet 147-02, 2 p. (Available at *http://pubs.usgs.gov/fs/fs-147-02/*)

Roberts, Steve, Barker, C.E., Bird, K.J., Charpentier, R.R., Cook, Troy, Houseknecht, D.W., Klett, T.R., Pollastro, R.M.; and Schenk, C.J., 2006, Assessment of coalbed gas resources in Cretaceous and Tertiary rocks on the North Slope, Alaska, 2006: U.S. Geological Survey Fact Sheet 2006–3105, 2 p. (Available at *http://pubs.usgs.gov/fs/2006/3105/*)

Schenk, C.J., Charpentier, R.R., Cook, T.A., Dyman, T.S., French, C.D., Henry, M.E., Klett, T.R., Perry, W.J., Pollastro, R.M., and Potter, C.J., 2002, Assessment of undiscovered oil and gas resources of the Montana Thrust Belt Province, 2002: U.S. Geological Survey Fact Sheet 148-02, 2 p. (Available at *http://pubs.usgs.gov/fs/fs-148-02/*)

Schenk, C.J., Pollastro, R.M., Cook, T.A., Pawlewicz, M.J., Klett, T.R., Charpentier, R.R., and Cook, H.E., 2008, Assessment of undiscovered oil and gas resources of the Permian Basin Province of west Texas and southeast New Mexico, 2007: U.S. Geological Survey Fact Sheet 2007–3115, 4 p. (Available at *http://pubs.usgs.gov/fs/2007/3115/*)

Stanley, R.G., Charpentier, R.R., Cook, T.A., Houseknecht, D.W., Klett, T.R., Lewis, K.A., Lillis, P.G., Nelson, P.H., Phillips, J.D., Pollastro, R.M., Potter, C.J., Rouse, W.A., Saltus, R.W., Schenk, C.J., Shah, A.K., and Valin, Z.C., 2011, Assessment of undiscovered oil and gas resources of the Cook Inlet region, south-central Alaska, 2011: U.S. Geological Survey Fact Sheet 2011–3068, 2 p. (Available at *http://pubs.usgs.gov/fs/2011/3068/*)

Swezey, C.S., Hatch, J.R., Brennan, S.T., East, J.A., Rowan, E.L., Repetski, J.E., Charpentier, R.R., Cook, T.A., Klett, T.R., Pollastro, R.M., and Schenk, C.J., 2007, Assessment of undiscovered oil and gas resources of the Illinois Basin, 2007: U.S. Geological Survey Fact Sheet 2007–3058, 2 p. (Available at *http://pubs.usgs.gov/fs/2007/3058/*)

Swezey, C.S., Hatch, J.R., Hayba, D.O., Repetski, J.E., Charpentier, R.R., Cook, T.A., Klett, T.R., Pollastro, R.M., and Schenk, C.J., 2005, Assessment of undiscovered oil and gas resources of the U.S. portion of the Michigan Basin, 2004: U.S. Geological Survey Fact Sheet 2005–3070, 2 p. (Available at *http://pubs.usgs.gov/fs/2005/3070/*)

Warwick, P.D., Charpentier, R.R., Cook, T.A., Klett, T.R., Pollastro, R.M., and Schenk, C.J., 2007, Assessment of undiscovered oil and gas resources in Cretaceous-Tertiary coal beds of the Gulf Coast Region, 2007: U.S. Geological Survey Fact Sheet 2007–3039, 2 p. (Available at *http://pubs.usgs.gov/fs/2007/3039/*)

# Fisheries

**American Fisheries Society • www.fisheries.org**

VOL 38 NO 1
JAN 2013



**Hydraulic Fracturing: Will There Be Impacts?**

**What Hatchery Fish Don't Remember**

**The World's First Ecological Observatory**

**Fish? Why Fish?**

**New AFS Policy Statement!**

**AFS's Role In Education**


03632415(2013)38(1)

# Pushing the Limits:
# Using VIE to Identify Small Fish



Most tags just don't fit in small-bodied and early life stages of fish, but we still need to identify them, preferably without biasing our data. The options are further limited when many batches or individual identification is required. Visible Implant Elastomer™ (VIE) is internally injected but remains externally visible, and because the size of a tag is controlled by the tagger, it is easily adapted to very small fish. Colors and tag locations can be combined to create a coding scheme.

VIE has been used to tag newly settled coral reef fishes as small as 8—10 mm [1,2] with high tag visibility and little mortality. Marking success was influenced by depth of subcutaneous tag injection, anatomical location of the tag, pigmentation of the skin, and investigator's experience with the technique. Long-bodied fish like eels and lamprey as small as 1 g are easily tagged with VIE [3,4].

Techniques for tagging very small salmonids have been developed for VIE. Brown trout ≤26 mm can be tagged at the base of the fins and have been recovered during stream surveys up to 83 days later[5]. This technique worked well with Atlantic Salmon ≤30 mm, and has been used for monitoring in-stream movements through snorkel surveys[6]. The minimum size for tagging juvenile salmonids has been pushed down to 22 mm FL, and is possible to tag alevins in the yolk sac[7], and fry in the fins[8].

VIE is well-suited for tagging juveniles of many other species and is used world wide. Please contact us if we can help with your project.

Photos: A syringe is used to inject VIE into the fin of a juvenile salmonid (top). VIE is available in 10 colors (left), of which six fluoresce under a VI Light for improved visibility and tag detection (center). Tagging rainbow trout fry as small as 22 mm is possible with VIE (below). Leblanc & Noakes[7] used this to identify fish originating from larger eggs (top) or smaller eggs (bottom).

[1] Frederick (1997) Bull. Marine Sci.; [2] Hoey & McCormick (2006) Proc. 10th Intern. Coral Reef Symp.; [3] Stone et al. (2006) N. Am. J. Fish. Manage.; [4] Simon & Dorner (2011) J. Appl. Ichthyology; [5] Olson & Vollestad (2001) N. Am. J. Fish. Manage.; [6] Steingrimsson & Grant (2003) Can. J. Fish. Aquat. Sci.; [7] Jensen et al. (2008) Fish. Manage. Ecol.; [8] Leblanc & Noakes (2012) N. Am. J. Fish. Manage.





Photo courtesy C. Leblanc.

# Northwest Marine Technology, Inc.
## www.nmt.us

*Shaw Island, Washington, USA*



Corporate Office
360.468.3375    office@nmt.us

Biological Services
360.596.9400    biology@nmt.us

# Fisheries

**VOL 38 NO 1 JAN 2013**

## Contents



SIUC IL-AFS member Jake Norman instructs beginning anglers on how to properly cast a rod and reel during the 2012 Illinois Department of Natural Resources' Urban Fishing program. Through this vital community resource, many children had the opportunity to catch their first fish, thus generating a newfound enthusiasm for fishing within the youngest members of the Southern Illinois community.

## COLUMNS

### President's Hook
**3   Teach Your Children Well**
AFS should ensure that students and career professionals being trained in fisheries-related disciplines have the right educational foundation for meeting the challenges that lie ahead.

*John Boreman — AFS President*

### Guest Director's Line
**43   The Four Fs of Fish: Communicating the Public Value of Fish and Fisheries**
Do we, as professionals and as a profession, have a good answer to the common inquiry, "Fish? Why fish?!"

*Abigail J. Lynch and William W. Taylor*

## FEATURES

**4   Hydraulic Fracturing and Brook Trout Habitat in the Marcellus Shale Region: Potential Impacts and Research Needs**
Hydraulic fracturing activities may have a range of implications for already vulnerable brook trout populations.

*Maya Weltman-Fahs and Jason M. Taylor*

**16   Adaptive Forgetting: Why Predator Recognition Training Might Not Enhance Poststocking Survival**
The highly sophisticated predator recognition learning mechanisms of aquatic prey may limit the effectiveness of life skills training efforts in hatchery-reared fishes: lessons from behavioral ecology.

*Grant E. Brown, Maud C.O. Ferrari, and Douglas P. Chivers*

**26   The National Ecological Observatory Network: An Observatory Poised to Expand Spatiotemporal Scales of Inquiry in Aquatic and Fisheries Science**
A new ecological observatory supported by the National Science Foundation promises to provide an unprecedented open-access resource for all ecologists and will work in aquatic ecosystems across the nation.

*Ryan M. Utz, Michael R. Fitzgerald, Keli J. Goodman, Stephanie M. Parker, Heather Powell, and Charlotte L. Roehm*

## STUDENT ANGLE

**36   SIUC Subunit Blends Research and Service in Pursuit of Professional Development.**
*Carlin Fenn, Jeffrey Hillis, and Jesse Trushenski*

**37   Student Writing Contest Now Accepting Submissions!**

## POLICY STATEMENT

**38   AFS Policy Statement on Lead in Tackle Approved**
*Jesse Trushenski and Paul J. Radomski*

## AUTHOR GUIDELINES
**39   Fisheries 2013 Guide for Authors**

## JOURNAL HIGHLIGHTS
**45   North American Journal of Fisheries Management, Volume 32, Number 6, December 2012**

## CALENDAR
**47   Fisheries Events**

## ANNOUNCEMENTS
**48   January 2013 Jobs**

Cover: Brook Trout in front of a Hydraulic Fracturing Pad.
Photo Credits: foreground: Miles Luo; background: Alessandro Farsi

# Fisheries

American Fisheries Society • www.fisheries.org

EDITORIAL / SUBSCRIPTION / CIRCULATION OFFICES
5410 Grosvenor Lane, Suite 110 • Bethesda, MD 20814-2199
(301) 897-8616 • fax (301) 897-8096 • main@fisheries.org

The American Fisheries Society (AFS), founded in 1870, is the oldest and largest professional society representing fisheries scientists. The AFS promotes scientific research and enlightened management of aquatic resources for optimum use and enjoyment by the public. It also encourages comprehensive education of fisheries scientists and continuing on-the-job training.

**AFS OFFICERS**

**PRESIDENT**
John Boreman

**PRESIDENT ELECT**
Robert Hughes

**FIRST VICE PRESIDENT**
Donna L. Parrish

**SECOND VICE PRESIDENT**
Ron Essig

**PAST PRESIDENT**
William L. Fisher

**EXECUTIVE DIRECTOR**
Ghassan "Gus" N. Rassam

**FISHERIES STAFF**

**SENIOR EDITOR**
Ghassan "Gus" N. Rassam

**DIRECTOR OF PUBLICATIONS**
Aaron Lerner

**MANAGING EDITOR**
Sarah Fox

**EDITORS**

**SCIENCE EDITORS**
Marilyn "Guppy" Blair
Jim Bowker
Howard I. Browman
Mason Bryant
Steven R. Chipps
Steven Cooke
Ken Currens
Andy Danylchuk
Michael R. Donaldson
Andrew H. Fayram
Stephen Fried
Larry M. Gigliotti
Madeleine Hall-Arbor
Alf Haukenes
Jeffrey E. Hill
Deirdre M. Kimball

Jim Long
Daniel McGarvey
Roar Sandodden
Jeff Schaefter
Jesse Trushenski
Usha Varanasi
Jack E. Williams
Jeffrey Williams

**BOOK REVIEW EDITOR**
Francis Juanes

**ABSTRACT TRANSLATION**
Pablo del Monte Luna

**DUES AND FEES FOR 2013 ARE:**
$80 in North America ($95 elsewhere) for regular members, $20 in North America ($30 elsewhere) for student members, and $40 ($50 elsewhere) for retired members.

Fees include $19 for *Fisheries* subscription.

Nonmember and library subscription rates are $157 in North America ($199 elsewhere).

Price per copy: $3.50 member;
$6 nonmember.



*Fisheries* (ISSN 0363-2415) is published monthly by the American Fisheries Society; 5410 Grosvenor Lane, Suite 110; Bethesda, MD 20814-2199 © copyright 2013. Periodicals postage paid at Bethesda, Maryland, and at an additional mailing office. A copy of Fisheries Guide for Authors is available from the editor or the AFS website, www.fisheries.org. If requesting from the managing editor, please enclose a stamped, self-addressed envelope with your request. Republication or systematic or multiple reproduction of material in this publication is permitted only under consent or license from the American Fisheries Society.

**Postmaster:** Send address changes to Fisheries, American Fisheries Society; 5410 Grosvenor Lane, Suite 110; Bethesda, MD 20814-2199.

Fisheries is printed on 10% post-consumer recycled paper with soy-based printing inks.

## 2013 AFS MEMBERSHIP APPLICATION

**AMERICAN FISHERIES SOCIETY • 5410 GROSVENOR LANE • SUITE 110 • BETHESDA, MD 20814-2199**
(301) 897-8616 x203 OR x224 • FAX (301) 897-8096 • WWW.FISHERIES .ORG

PAID:

NAME _____
Address _____
_____
_____
City _____
State/Province _____ ZIP/Postal Code _____
Country _____

**Please provide (for AFS use only)**
Phone _____
Fax _____
E-mail _____

Recruited by an AFS member?  yes____  no____
Name _____

**EMPLOYER**
Industry _____
Academia _____
Federal gov't _____
State/provincial gov't _____
Other _____

All memberships are for a calendar year. New member applications received January 1 through August 31 are processed for full membership that calendar year (back issues are sent). Applications received September 1 or later are processed for full membership beginning January 1 of the following year.

**PAYMENT**
Please make checks payable to American Fisheries Society in U.S. currency drawn on a U.S. bank, or pay by VISA, MasterCard, or American Express.

____Check                    ____VISA
____American Express    ____MasterCard

Account #_____
Exp. Date _____
Signature _____

### MEMBERSHIP TYPE/DUES (Includes print *Fisheries* and online Membership Directory)

Developing countries I (Includes online *Fisheries* only): N/A NORTH AMERICA; _____$10 OTHER
Developing countries II: N/A NORTH AMERICA; _____$35 OTHER
Regular: _____$80 NORTH AMERICA; _____$95 OTHER
Student (includes online journals): _____$20 NORTH AMERICA; _____$30 OTHER
Young professional _____(year graduated): _____$40 NORTH AMERICA; _____$50 OTHER
Retired (regular members upon retirement at age 65 or older): _____$40 NORTH AMERICA; _____$50 OTHER
Life (*Fisheries* and 1 journal): _____$1, 737 NORTH AMERICA; _____$1737 OTHER
Life (*Fisheries* only, 2 installments, payable over 2 years): _____$1,200 NORTH AMERICA; _____$1,200 OTHER: $1,200
Life (*Fisheries* only, 2 installments, payable over 1 year): _____ $1,000 NORTH AMERICA; _____$1,000 OTHER

### JOURNAL SUBSCRIPTIONS (Optional)

*Transactions of the American Fisheries Society:* _____$25 ONLINE ONLY; _____$55 NORTH AMERICA PRINT; _____$65 OTHER PRINT
*North American Journal of Fisheries Management:* _____$25 ONLINE ONLY; _____$55 NORTH AMERICA PRINT; _____$65 OTHER PRINT
*North American Journal of Aquaculture:* _____$25 ONLINE ONLY; _____$45 NORTH AMERICA PRINT; _____$54 OTHER PRINT
*Journal of Aquatic Animal Health:* _____$25 ONLINE ONLY; _____$45 NORTH AMERICA PRINT; _____$54 OTHER PRINT
Fisheries InfoBase: _____$25 ONLINE ONLY

COLUMN
**President's Hook**

# Teach Your Children Well

**John Boreman, President**

This is an exciting time to be a member of the American Fisheries Society (AFS). Conservation laws, technology, and the questions being asked of fisheries professionals are changing rapidly, as well the nature of the fisheries discipline itself. In the past 20 years we have witnessed increased accountability requirements for those managing our fisheries resources, not only in the United States but also globally, putting more responsibility on the shoulders of fisheries professionals. We have seen the Internet and associated social media become a mainstay in communications among fisheries professionals and for keeping us in touch with decision makers and the public in general. We have seen computational power and associated data storage requirements increase by orders of magnitude, along with the development and use of sensors to measure the environment and its biota. Today's students (and many of today's faculty) were not yet born when our astronauts walked on the moon, when we used transistors in our radios, and spun 45s on our record players. I was shocked when none of the students in my class ever heard of FORTRAN. What's in store for fisheries professionals the next 20 years? Will we be able to adapt to changes in everything affecting our lives and livelihoods? Will we be adequately prepared to do so?

As a professional society, the AFS has a role to play in ensuring that people entering the future workforce will be prepared to tackle the issues that fisheries professionals will then be facing. This role is codified in the AFS Strategic Plan for 2010–2014:

> *Guide colleges and universities to maintain, modify, or develop curricula of the highest quality for both undergraduate and graduate students that provide an array of courses and experiences needed to effectively manage and conserve fisheries resources and meet the needs of employers.*

In keeping with my theme "Preparing for the Challenges Ahead," I have established an AFS Special Committee on Educational Requirements, chaired by AFS Second Vice President Ron Essig, to accomplish several tasks. First, the committee will assemble a list of North American colleges and universities currently offering undergraduate and graduate degrees in fisheries-related disciplines (e.g., fisheries science, fisheries biology, fisheries ecology, fisheries management, fisheries policy, and fisheries economics) and publish the list on the AFS website. Concurrently, the committee will oversee a survey of major employers that will be hiring graduates with degrees in fisheries-related disciplines in the next 5–10 years to determine what coursework those graduates will be expected to have taken that would be most germane to the positions being filled. The survey results, and an evaluation of their implications, should be published in *Fisheries*. When the list and survey are com-



AFS President Boreman may be contacted at: John.Boreman@ncsu.edu

pleted, the committee will compare the coursework expectations of the employers with the current coursework requirements of a selected subset of colleges and universities offering fisheries degrees. If the comparison indicates a misalignment, the committee will recommend ways in which an alignment can be made, which could range from giving simple advice to the colleges and universities to instituting an accreditation program administered by the AFS (or something in between). The recommendations could serve as the basis for discussion at an upcoming AFS Governing Board retreat.

I have also asked the special committee to compare coursework expectations resulting from the survey to degree requirements for certification as a fisheries professional, working with the Education Subcommittee of the AFS Board of Professional Certification, as well as to the U.S. Office of Personnel Management's educational requirements in the grade-level qualification standards for the 482 (Fish Biology) series. Based on the comparisons, the committee could recommend changes that would bring the degree requirements for certification and federal employment into alignment with employer expectations. The committee might also look at analogous requirements for federal employment of fisheries professionals in Mexico and Canada. These comparisons can be published as a series of articles in *Fisheries*.

Continuing education, which helps fisheries professionals shore up their level of skill, knowledge, and expertise as employment demands evolve, is also important in preparing the future workforce. To this end, I have charged the AFS Continuing Education Committee to assist AFS staff in expanding opportunities for distance education (i.e., education via the Internet) beyond virtual attendance at continuing education courses offered at the annual meeting. One option the Continuing Education Committee will be tackling through the AFS will be to pilot at least one half-day short course in the coming year to be offered via a webinar. The pilot short course could be offered for free to alleviate complications with registration and fees and allow the committee to focus evaluation of the pilot solely on the quality of the learning experience. Given successful delivery of the pilot course, the AFS could pursue, for example, a quarterly distance education webinar series that may or may not require

Continued on page 46

FEATURE

# Hydraulic Fracturing and Brook Trout Habitat in the Marcellus Shale Region: Potential Impacts and Research Needs

**Maya Weltman-Fahs**

New York Cooperative Fish and Wildlife Research Unit, and Department of Natural Resources, 120 Bruckner Hall, Cornell University, Ithaca, NY 14853. E-mail: mw482@cornell.edu

**Jason M. Taylor**

New York Cooperative Fish and Wildlife Research Unit, and Department of Natural Resources, 120 Bruckner Hall, Cornell University, Ithaca, NY 14853

**ABSTRACT:** *Expansion of natural gas drilling into the Marcellus Shale formation is an emerging threat to the conservation and restoration of native brook trout (*Salvelinus fontinalis*) populations. Improved drilling and extraction technologies (horizontal drilling and hydraulic fracturing) have led to rapid and extensive natural gas development in areas overlying the Marcellus Shale. The expansion of hydraulic fracturing poses multiple threats to surface waters, which can be tied to key ecological attributes that limit brook trout populations. Here, we expand current conceptual models to identify three potential pathways of risk between surface water threats associated with increased natural gas development and life history attributes of brook trout: hydrological, physical, and chemical. Our goal is to highlight research needs for fisheries scientists and work in conjunction with resource managers to influence the development of strategies that will preserve brook trout habitat and address Marcellus Shale gas development threats to eastern North America's only native stream salmonid.*

**Ruptura hidráulica y el hábitat de la trucha de arrollo en la región de Marcellus Shale: impactos potenciales y necesidades de investigación**

**RESUMEN:** El crecimiento de las actividades de perforación de gas natural en la formación Marcellus Shale es una amenaza emergente para la conservación y restauración de las poblaciones nativas de la trucha de arroyo (*Salvelinus fontinalis*). La perforación más eficiente y las tecnologías de extracción (perforación horizontal y ruptura hidráulica) han facilitado el rápido y extensivo desarrollo de esta industria a las áreas que comprende la región Marcellus Shale. La expansión de las rupturas hidráulicas representa múltiples amenazas a las aguas superficiales, que pueden estar asociadas a atributos ecológicos clave que limitan las poblaciones de la trucha de arroyo. En la presente contribución se expanden los modelos conceptuales actuales que sirven para identificar tres fuentes potenciales de riesgo entre las amenazas a las aguas superficiales asociadas al creciente desarrollo del gas natural y los atributos de la historia de vida de la trucha de arroyo; atributos hidrológicos, físicos y químicos. El objetivo de este trabajo es hacer notar las necesidades de investigación para los científicos pesqueros y trabajar junto con los manejadores de recursos para influir en el desarrollo de estrategias tendientes a preservar el hábitat de la trucha de arroyo; así mismo se atienden las amenazas que representa el desarrollo de la industria del gas natural para el único salmónido nativo de América del norte.

## INTRODUCTION

### Hydraulic Fracturing in the Marcellus Shale

Natural gas extraction from subterranean gas-rich shale deposits has been underway in the northeastern United States for almost 200 years but has expanded rapidly over the past decade within the Devonian Marcellus Shale formation (P. Williams 2008). This expansion has largely been driven by the development and refinement of the horizontal hydraulic fracturing process (United States Energy Information Administration 2011a). Horizontal gas drilling differs from the more traditional vertical drilling process because the well is drilled to the depth of the shale stratum and then redirected laterally, allowing for access to a larger area of subterranean shale (Figure 1). Drilling is followed by the hydraulic fracturing process, which involves injecting a chemically treated water-based fluid into the rock formation at high pressure to cause fissures in the shale and permit the retrieval of gas held within the pore space of the shale. The fissures are kept open by sand and other proppants, which allow gas to be extracted (Soeder and Kappel 2009; Kargbo et al. 2010). The hydraulic fracturing process was granted exemptions to the Clean Water and the Safe Drinking Water Acts under the Energy Policy Act of 2005. Drilling has since expanded rapidly in the Marcellus Shale deposit in portions of West Virginia and Pennsylvania (Figure 2), is expected to continue into Ohio and New York, and will likely continue to expand within these states to include the gas-bearing Utica Shale formation.

### Brook Trout Status within the Marcellus Shale

Eastern brook trout are native to the Eastern United States, with a historic range extending from the southern Appalachians in Georgia north to Maine (MacCrimmon and Campbell 1969; Figure 2). Brook trout require clean, cold water (optimal tem-



**Figure 1. Conceptual diagram depicting the hydraulic fracturing process. A rig drills down into the gas-bearing rock and the well is lined with steel pipe. The well is sealed with cement to a depth of 1,000 ft. to prevent groundwater contamination. The well is extended horizontally 1,000 ft. or more into the gas-bearing shale where holes are blasted through the steel casing and into the surrounding rock. Sand, water, and chemicals are pumped into the shale to further fracture the rock and gas escapes through fissures propped open by sand particles and back through the well up to the surface. Supporting activities include land clearing for well pads and supporting infrastructure, including pipelines and access roads. Trucks use roads to haul in water extracted from local surface waters, chemicals, and sand. Recovered water is stored in shallow holding ponds until it can be transported by truck to treatment facilities or recycled to fracture another well. These activities may impact nearby streams through surface and subsurface pathways.**

Twenty-six percent of the historic distribution of brook trout habitat overlaps with the Marcellus Shale (Figure 2). The Pennsylvania portion of the Marcellus Shale has experienced the largest increase in natural gas development (Figure 2). Between January 1, 2005, and May 31, 2012, the cumulative number of Marcellus Shale well permits issued in Pennsylvania increased from 17 to 11,784 (Pennsylvania Department of Environmental Protection [PADEP] 2012a). Of these permitted wells, 5,514 were drilled during the same time period (PADEP 2012b; Figure 3A). Trends in drilled well densities among subwatersheds during the rapid expansion of drilling activity suggest that there have not been any extra protections granted during the well permitting process for subwatersheds that are expected to support intact brook trout populations (Figure 3B). Fifty-four of the 134 subwatersheds categorized as having intact brook trout populations within the Marcellus Shale region have already experienced drilling activity (Hudy et al. 2008). Overall, Marcellus drilling activity has expanded to 377 subwatersheds (mean area = $94.8 \pm 1.9$ km$^2$) in Pennsylvania (Figure 4). Within these 377 subwatersheds, patterns in well density over time show similar trends among subwatersheds varying in their current brook trout population status (Figure 3B). Though there is a significant difference in current well densities among the three subwatershed types (one-way analysis of variance [Type II], $F_{2, 292} = 4.14$, $P = 0.02$), mean well density does not differ between subwatersheds where brook trout are extirpated/unknown and those with intact brook trout populations (Tukey's multiple comparison test, $\alpha = 0.05$; Figure 3B). In fact, the two highest drilling densities include an extirpated/unknown subwatershed (16.7 wells/10 km$^2$) and a subwatershed expected to support intact brook trout populations (15.1 wells/10 km$^2$; Figure 4). These trends highlight that increasing hydraulic fracturing development is occurring not only in degraded subwatersheds but also in those that support an already vulnerable native species and valuable sport fish. This trend should be of concern to fisheries scientists, managers, and conservationists who work to maintain and improve the current status of this natural heritage species.

## Linking Marcellus Shale Drilling Impacts to Brook Trout Population Health

Recent efforts to conceptualize horizontal hydraulic fracturing impacts have focused on stream ecosystems and regional

perature = $10–19°C$), intact habitat, and supporting food webs to maintain healthy populations, making them excellent indictors of anthropogenic disturbance (Hokanson et al. 1973; Lyons et al. 1996; Marschall and Crowder 1996). Only 31% of sub-watersheds (sixth level, 12-digit hydrological units [HUC12], as defined by the Watershed Boundary Dataset; U.S. Department of Agriculture, Natural Resources Conservation Service 2012) within the historic range of brook trout are currently expected to support intact populations (self-sustaining populations greater than 50% of the historical population; Hudy et al. 2008). Substantial loss of brook trout populations within their native range is due to anthropogenic impacts that have resulted in habitat fragmentation and reduction, water quality and temperature changes, and alteration of the biological environment through introduction and removal of interacting species (Hudy et al. 2008). Conservation efforts, including formation of the Eastern Brook Trout Venture (Eastern Brook Trout Joint Venture [EBTJV] 2007, 2011) and a shift by organizations such as Trout Unlimited (TU) to policies that oppose the stocking of nomative hatchery-produced salmonids in native trout streams (TU 2011), are focused on maintaining and restoring brook trout populations in their native range. With these growing concerns about the future of native brook trout populations, natural gas well development within the Marcellus Shale region presents another potential threat to native brook trout populations.



**Figure 2. Overlay of the Marcellus Shale region of the Eastern United States (U.S. Geological Survey [USGS] 2011) and the historic distribution of eastern brook trout (Hudy et al. 2008) with permitted Marcellus Shale well locations, 2001–2011 (Ohio Department of Natural Resources 2011; West Virginia Geological and Economic Survey 2011; PADEP 2012a).**

water supplies but not on potential pathways to particular target organisms. Herein, we integrate two existing conceptual models of potential natural gas development impacts to surface waters and link them to different brook trout life history attributes (Entrekin et al. 2011; Rahm and Riha 2012). Entrekin et al.'s (2011) conceptual model establishes connections between hydraulic fracturing activities and the ecological endpoint of stream ecosystem structure and function by way of potential environmental stressors from drilling activity sources. These stressors to stream ecosystems can be planned activities that must necessarily occur in the hydraulic fracturing process (deterministic events) or those that may occur unexpectedly (probabilistic events; Rahm and Riha 2012). Brook trout have different environmental requirements at the various stages of their life cycle and may be sensitive to potential impacts associated with the current expansion of hydraulic fracturing; thus, understanding the environmental stressors associated with hydraulic fracturing has implications for fisheries conservation, including maintenance and/or enhancement of native brook trout populations.

We delineated relationships between various stream ecosystem attributes that are potentially impacted by increased drilling activities and different aspects of the brook trout life cycle (Figure 5). A review of extant literature on the activities associated with natural gas drilling and other extractive industries and of the environmental changes known to directly influence brook trout at one or more of their life stages identified three primary pathways by which increased drilling will likely impact brook trout populations. The primary pathways include (1) changes in hydrology associated with water withdrawals; (2) elevated sediment inputs and loss of connectivity associated with supporting infrastructure; and (3) water contamination from introduced chemicals or wastewater (Entrekin et al. 2011; Rahm and Riha 2012). These three pathways may be considered natural gas drilling threats to brook trout populations that require study and monitoring to fully understand, minimize, and abate potential impacts.

## PATHWAY #1: WITHDRAWALS → HYDROLOGY → BROOK TROUT

Two to seven million gallons of water are needed per hydraulic fracturing stimulation event; a single natural gas well can be fractured several times over its lifespan, and a well pad site can host multiple wells (Soeder and Kappel 2009; Kargbo et al. 2010). This large volume of water needed per well, multiplied by the distributed nature of development across the region, suggests that hydraulic fracturing techniques for natural gas development can put substantial strain on regional water supplies. This level of water consumption has sparked concern among hydrologists and aquatic biologists about the sourcing of the water, as well as the implications for available habitat and hydrologically influenced processes in adjacent freshwater ecosystems (Entrekin et al. 2011; Gregory et al. 2011; Baccante 2012; Rahm and Riha 2012; Figure 5). Surface water is the primary source for hydraulic fracturing–related water withdrawals in at least one major basin intersecting the Marcellus Shale region (Susquehanna River Basin Commission [SRBC] 2010), but groundwater has been a major water source in other natural gas deposits such as the Barnett Shale region in Texas (Soeder and Kappel 2009). The cumulative effects of multiple surface and/or groundwater withdrawals throughout a watershed have the potential to effect downstream hydrology and connectivity of brook trout habitats (Rahm and Riha 2012; Petty et al. 2012).

Aquatic habitat is particularly limited by low-flow periods during the summer for fish and other aquatic organisms (Figure 6). Changes in temperature and habitat volume during summer low-flow periods are primary factors limiting brook trout populations (Barton et al. 1985; Wehrly et al. 2007; Xu et al. 2010). Brook trout rely on localized groundwater discharge areas within pools and tributary confluences to lower body temperature below that of the ambient stream temperature during

warm periods, and groundwater withdrawals can alter these temperature refugia. Additionally, access to thermal refugia may be limited by loss of connectivity associated with reduced flows between temperature refugia (headwater streams, seeps, tributary confluences, groundwater upwellings) and larger stream habitats (Petty et al. 2012). Reduced flows, particularly coldwater inputs, may inhibit growth rates by reducing feeding activity of both juveniles and adults or inducing sublethal heat shock at temperatures above 23°C and lethal effects at 24–25°C (7-day upper lethal temperature limit; Cherry et al. 1977; Tangiguchi et al. 1998; Baird and Krueger 2003; Lund et al. 2003; Wehrly et al. 2007). Recovery from thermal stress responses (heat shock) can be prolonged (24–48 h) even if exposure to high stream temperatures is relatively short (1 h) but may be more than 144 h when exposed to high temperatures for multiple days (Lund et al. 2003). Adult abundance and biomass of brook trout in run habitats declines with flow reduction and carrying capacity is likely limited by available pool area during low-flow periods (Kraft 1972; Hakala and Hartman 2004; Walters and Post 2008).

Reduction in surface water discharge during summer months may also indirectly impact brook trout growth by decreasing macroinvertebrate prey densities (Walters and Post 2011) in small streams and lowering macroinvertebrate drift encounter rates for drift-feeding salmonids (Cada et al. 1987; Nislow et al. 2004; Sotiropoulos et al. 2006; Figure 5). Other indirect effects may include increasing interspecific competition through habitat crowding, especially with more tolerant competitor species such as brown trout (*Salmo trutta*) and rainbow trout (*Oncorhynchus mykiss*), due to decreased habitat availability and increased temperature during low-flow periods. Introduced brown trout tend to out-compete brook trout for resources and have higher growth rates in all but the smallest, coldest headwater streams (Carlson et al. 2007; Öhlund et al. 2008; Figure 5). Additionally, salmonids may be more susceptible to disease or infestation of parasites when the temperature of their environment is not consistent and adequately cool (Cairns et al. 2005), a problem that could be exacerbated by the crowding in pool habitats that can occur as a result of flow reductions (Figure 5). Sediment accrual in redds can limit recruitment (Alexander and Hansen 1986; Argent and Flebbe 1999), and adequate summer base flows coupled with occasional high flow pulses are important for preparing sediment free spawning redds (Hakala and Hartman 2004). DePhilip and Moberg (2010) demonstrated that the magnitude of withdrawals proposed by drilling companies in the Susquehanna River basin has the potential to impact summer and fall low flows, and in some cases, high-flow events ($Q_{10}$) in small streams.

Water withdrawals may also impact brook trout spawning activities and recruitment during higher flow periods (Figures 5 and 6). Brook trout peak spawning activity typically occurs at the beginning of November in gravel substrates immediately downstream from springs or in places where groundwater seepage enters through the gravel (Hazzard 1932). Withdrawals during the fall may dewater and reduce available spawning habitat, particularly during low-flow years. Additionally, stable base



**Figure 3. Well permitting and drilling in the Pennsylvania portion of Marcellus Shale from January 1, 2005, through May 31, 2012. (A) Cumulative number of permitted and drilled wells over time. (B) Mean well density (wells per 10 km²) over time for 377 actively drilled HUC12 subwatersheds, grouped by status of brook trout population (Hudy et al. 2008). Permitted and drilled Marcellus well data are from PADEP (2012a, 2012b), respectively.**

flows after spawning are necessary for maintaining redds during egg incubation throughout winter (Figure 6). Maintaining base flow in trout spawning habitats throughout the incubation period maintains shallow groundwater pathways, chemistry, and flow potentials in redds (Curry et al. 1994, 1995), which protect developing eggs from sedimentation (Waters 1995; Curry and MacNeill 2004) and freezing (Curry et al. 1995; J. S. Baxter and McPhail 1999). Thus, insuring that water withdrawals required for hydraulic fracturing do not interrupt stable winter base flows in small coldwater streams is an important consideration in protecting brook trout recruitment in the Marcellus Shale region (Figures 5 and 6).

## PATHWAY #2: INFRASTRUCTURE → PHYSICAL HABITAT → BROOK TROUT

Natural gas extraction requires development of well pad sites and infrastructure for transportation and gas conveyance, which involves a set of activities that will likely have impacts on water quality and habitat quality for brook trout unless proper precautions and planning are implemented. These activities



**Figure 4. Density of wells drilled in the Pennsylvania portion of the Marcellus Shale by HUC12 subwatershed (well drilling locations from PADEP 2012b; 12-digit HUC subwatershed boundaries and areas from USGS Watershed Boundary Dataset; U.S. Department of Agriculture, Natural Resources Conservation Service 2012), symbolized by status of current brook trout population (Hudy et al. 2008). Inset: A subwatershed expected to support an intact brook trout population that currently has the second highest well density (15.1 wells/10 km2) of all drilled subwatersheds.**



**Figure 5. Conceptual model of relationships between hydraulic fracturing drilling activities and the life cycle of eastern brook trout (modified from conceptual models based on Entrekin et al. [2011] and Rahm and Riha [2012]).**

include, but are not limited to, construction of well pads, roadways, stream crossings, and pipelines; increased use of existing rural roadways for transportation of equipment, source water, recycled flow-back, and wastes associated with hydraulic fracturing activities; and storage of these same materials (Figure 1). Increased sediment loads and loss of stream connectivity are some of the stream impacts associated with these deterministic activities, which could reduce habitat quality and quantity needed for brook trout spawning success, egg development, larval emergence, and juvenile and adult growth and survival (Figure 5).

Brook trout are particularly sensitive to the size and amount of sediment in streams, with coarse gravel providing a more suitable substrate than fine particles (Witzel and MacCrimmon 1983; Marschall and Crowder 1996). Well pad site, access road, and pipeline corridor construction require land clearing, which can mobilize from tens to hundreds of metric tons of soil per hectare (H. Williams et al. 2008; Adams et al. 2011). Pipeline construction (Reid et al. 2004) and unpaved rural roadways (Witmer et al. 2009) crossing streams can trigger additional sediment inputs to streams. Road and well pad densities have been found to be positively correlated with fine sediment accumulation in streams (Opperman et al. 2005; Entrekin et al. 2011), which disrupts fish reproduction and can lead to mortality (Taylor et al. 2006). Overall, trout populations have been found to decline in abundance, even with small increases in stream sediment loads (Alexander and Hansen 1983, 1986). Sediment can impact all stages of trout life cycles, because turbidity reduces foraging success for adults and juveniles (Sweka and Hartman 2001), and sediment accumulation can cause oxygen deprivation in salmonid redds and reduce successful emergence of larvae from eggs (Witzel and MacCrimmon 1983; Waters 1995; Argent and Flebbe 1999; Curry and MacNeill 2004; Figure 5).

The spatial and temporal extent of sediment impacts to streams is linked to the scale and persistence of mobilizing activities. For example, localized events, such as construction of culverts



Figure 6. Hydrologic patterns for a trout supporting stream with relatively unaltered hydrology (Little Delaware River, USGS Gage 01422500, watershed area = 129 km2) in relation to timing of brook trout life history periods. Median (dark line), bounded by 10th and 90th percentile daily flows (grey) for 47 years of discharge data. Important flood, high-, and low-flow components were computed and described using Indicators of Hydrologic Alteration (The Nature Conservancy 2009).

at stream road crossings can increase sediment loads for up to 200 m downstream of the culvert over a 2- to 3-year period (Lachance et al. 2008). Conversely, the sediment loads associated with more diffuse land clearing activities and frequent and sustained access into rural areas by large vehicles can contribute to reductions in brook trout biomass and densities and shifts in macroinvertebrate communities that last approximately 10 years (VanDusen et al. 2005).

Sedimentation from drilling infrastructure development can further impact brook trout indirectly by reducing the availability of prey (Figure 5): high sediment levels reduce species richness and abundance of some aquatic macroinvertebrates (Waters 1995; Wohl and Carline 1996; VanDusen et al. 2005; Larsen et al. 2009), with high sediment environments generally experiencing a shift from communities rich in mayflies (Ephemoptera), stoneflies (Plectoptera), and caddisflies (Trichoptera) to those dominated by segmented worms (Oligochaeta) and burrowing midges (Diptera: Chironmidae; Waters 1995). Riparian clearing can also diminish food sources for brook trout populations, which tend to depend heavily on terrestrial macroinvertebrates (Allan 1981; Utz and Hartman 2007). However, shifts in the prey base from shredder-dominated communities that support higher brook trout abundance to grazer-dominated communities have been observed in recently logged watersheds due to higher primary productivity associated with increased sunlight from sparser canopy cover (Nislow and Lowe 2006). Consequently, land clearing and infrastructure development will likely increase sediment loads, culminating in changes in composition and productivity of the invertebrate prey base for brook trout, although not all of these changes will necessarily be negative for brook trout (Figure 5).

Conveyance of hydraulic fracturing equipment and fluids, and the extracted natural gas, into and out of well pad sites often necessitates crossing streams with trucks and pipelines. Culvert construction for roadway and pipeline stream crossings, if not properly designed, can create physical barriers that fragment brook trout habitat and disrupt their life cycle by preventing movement of adult fish into upstream tributaries for spawning and repopulation of downstream habitat by new juveniles (Wofford et al. 2005; Letcher et al. 2007; Poplar-Jeffers et al. 2009; Figure 5). Barriers to connectivity negatively impact fish species richness (Nislow et al. 2011), and habitat fragmentation without repopulation can cause local population extinction (Wofford et al. 2005; Letcher et al. 2007). Additionally, connectivity between larger stream reaches that provide food resources during growth periods and small headwater streams that may serve as temperature refugia during warmer months is important for overall population health (Utz and Hartman 2006; Petty et al. 2012). For these reasons, land clearing activities, road densities, and culvert densities can have a negative impact on trout reproductive activity and overall population size (Eaglin and Hubert 1993; C. V. Baxter et al. 1999).

## PATHWAY #3: CHEMICAL WASTE → WATER QUALITY→ BROOK TROUT

Probabilistic events during the drilling process such as runoff from well pads, leaching of wastewater from holding ponds, or spills of hydraulic fracturing fluids during transportation to processing sites can affect the chemical composition of streams (Rahm and Riha 2012). Although the specific chemical composition of fracturing fluids is typically proprietary information, voluntary reporting of the content of fracturing fluids to the FracFocus Chemical Disclosure Registry (a partnership

between the Ground Water Protection Council [GWPC] and Interstate Oil and Gas Compact Commission [IOGCC], supported the U.S. Department of Energy [USDOE] has become more common (USDOE 2011). Fracturing fluids are generally a mix of water and sand, with a range of additives that perform particular roles in the fracturing process, including friction reducers, acids, biocides, corrosion inhibitors, iron controls, cross-linkers, breakers, pH-adjusting agents, scale inhibitors, gelling agents, and surfactants (GWPC and IOGCC 2012). The wastewater resulting from the hydraulic fracturing process is high in total dissolved solids (TDS), metals, technologically enhanced naturally occurring radioactive materials (TENORM), and fracturing fluid additives (U.S. Environmental Protection Agency [USEPA] 2012). Increased metals and elevated TDS from probabilistic spill events, or deterministic events including direct discharge of treated flow-back water into streams, will likely have negative effects on stream ecosystems that support brook trout populations (Figure 5).

Elevated concentration of metals causes decreased growth, fecundity, and survival in brook trout. In particular, aluminum has been shown to cause growth retardation and persistent mortality across life stages (Cleveland et al. 1991; Gagen et al. 1993; Baldigo et al. 2007), chromium reduces successful emergence of larvae and growth of juveniles (Benoit 1976), and cadmium can diminish reproductive success by causing death of adult trout prior to successful spawning (Benoit et al. 1976; Harper et al. 2008). Trout normally exhibit avoidance behaviors to escape stream reaches that are overly contaminated with heavy metals; however, because brook trout are so heavily reliant on low-temperature environs, they seek out refugia of cold groundwater outflow even if the water quality is prohibitively low (Harper et al. 2009). Thus, if groundwater is contaminated and the groundwater-fed portions of a stream are receiving a significant contaminant load, brook trout might be recipients of high concentrations of those contaminants.

Total dissolved solids represent an integrative measure of common ions or inorganic salts (sodium, potassium, calcium, magnesium, chloride, sulfate, and bicarbonate) that are common components of effluent in freshwaters (Chapman et al. 2000). Elevated TDS and salinity may have negative effects on spawning and recruitment of salmonids by decreasing egg fertilization rates and embryo water absorption, altering osmoregulation capacity, and increasing posthatch mortality (Shen and Leatherland 1978; Li et al. 1989; Morgan et al. 1992; Stekoll et al. 2009; Brix et al. 2010). There is also evidence from western U.S. lakes with increasing TDS concentrations that growth and survival of later life stages may be negatively impacted as well (Dickerson and Vinyard 1999). Elevated salinities can lower salmonid resistance to thermal stress (Craigie 1963; Vigg and Koch 1980), which may influence competition between brook trout and more tolerant brown trout (Öhlund et al. 2008). There is a growing body of evidence supporting associations between declines in macroinvertebrate abundance, particularly mayflies, and increased TDS or surrogate specific conductivity related to mining activities within the Marcellus Shale region (Kennedy et al. 2004; Hartman et al. 2005; Pond et al. 2008; Pond 2010; Ber-

nhardt and Palmer 2011). Overall, changes in TDS associated with improper handling or discharge of flow-back water will likely impact brook trout through direct and indirect pathways including changes in macroinvertebrate communities that serve as the prey base and/or the alteration of environmental conditions to those more favorable for harmful invasive species (i.e., Golden algae; Renner 2009; Figure 5).

## A FRAMEWORK FOR ADDRESSING RESEARCH NEEDS

Our examination of potential impacts of hydraulic fracturing for natural gas extraction in the Marcellus Shale on brook trout populations reveals three key pathways of influence: hydrological, physical, and chemical. These pathways originate from the various activities associated with the hydraulic fracturing method of natural gas extraction and may affect brook trout at one or more stages of their life cycle through direct and indirect mechanisms (Figure 5). The hydrological pathway is the broadest in that it is influenced by events at both the surface and groundwater levels and, subsequently, it influences brook trout both directly through flow regimes and indirectly by also influencing physical and chemical pathways. The primary drilling activity driving the hydrological pathway is the need for source water for the hydraulic fracturing process. The physical habitat pathway originates from the infrastructural requirements of the natural gas extraction industry, which can be expected to increase stream sedimentation and impede brook trout at all life phases. The consequences of infrastructural development further impact brook trout populations if road-building activities and poorly designed road-crossing culverts reduce connectivity between spawning areas, temperature refugia, and downstream habitats. Finally, the chemical pathway addresses the potential for contamination of streams by the hydraulic fracturing fluids and wastewater. This contamination can have direct consequences for brook trout and their food resources. The hydrological and physical pathways are expected to result from planned (deterministic) hydraulic fracturing activities, and the chemical pathway may be triggered by both unplanned spill and leak (probabilistic) events, as well as planned discharge of treated wastewater into streams or spreading of brines on roadways.

The delineation of these pathways identifies an array of immediate research priorities. The potential relationships identified in the conceptual model (Figure 5) provide a framework of empirical relationships between Marcellus Shale drilling activities, deterministic pathways, and brook trout populations that need to be tested and verified. There is currently variation in hydraulic fracturing density within the Marcellus Shale, ranging from extensive operations in Pennsylvania and West Virginia to a moratorium on the process in New York. Opportunities exist for researchers to develop studies that verify potential relationships between drilling activities and brook trout populations, such as examining sediment impacts and brook trout responses across watersheds representing a range of well densities (Entrekin et al. 2011) or over time in watersheds with increasing levels of drilling activity. Correlative studies should also be

confirmed through experimental approaches that take advantage of paired watershed or before–after control-impact (Downes et al. 2002) designs. Tiered spatial analysis techniques can be used to assess the cumulative impacts of persistent drilling activity within nested drainage areas at a range of spatial scales (Bolstad and Swank 1997; MacDonald 2000; Strager et al. 2009). Additionally, risk assessment analyses based on biological endpoints are needed to characterize impacts of probabilistic events such as chemical spills and leaks (USEPA 1998; Karr and Chu 1997).

## MOVING FROM RESEARCH TO MANAGEMENT AND CONSERVATION POLICY

Management of hydraulic fracturing activities in the Marcellus Shale is the responsibility of various permitting regulatory agencies with various scales of influence, including statewide (departments of environmental conservation/protection, departments of transportation, fish and game commissions, etc.) and regional (conservation districts, river basin commissions, etc.) entities. Though the individual policies are too numerous to describe in depth here, it is apparent that policies can be developed and refined with the support of research and monitoring programs that provide crucial data, such as a geographically finer scale understanding of brook trout distribution and population status, seasonal flow requirements for brook trout at their various life stages (Figure 6), identification and prioritization of high-quality habitat, and verification of the potential drilling impacts within the Marcellus Shale. These types of data are necessary for revising existing policies and developing new policies that are protective of brook trout populations and the stream ecosystems that support them in the face of increased Marcellus Shale drilling activities.

An example of science influencing policy that is protective of brook trout habitat is the current and proposed water withdrawal policies for the Susquehanna River Basin. The SRBC governs water withdrawal permitting for the Susquehanna River Basin region, and its policies have the potential to influence the degree to which hydrologic impacts of Marcellus Shale drilling may influence brook trout populations (SRBC 2002). The SRBC currently enforces minimum flow criteria for water withdrawals for hydraulic fracturing in coldwater trout streams to prevent low-flow impacts (Rahm and Riha 2012). The SRBC requires that water withdrawals must stop when stream flow at withdrawal sites falls below predetermined passby flows and cease until acceptable flow returns for 48 h. For small streams (<100 mile²), passby flows are determined based on instream flow models (Denslinger et al. 1998) and are designed to prevent more than 5% to 15% change in trout habitat, depending on the amount of trout biomass the stream supports. A more general 25% average daily flow requirement is used as the passby flow for larger coldwater trout streams (SRBC 2002). This policy is expected to prevent water withdrawals from impacting habitats during low flows in summer. However, analyses of hypothetical withdrawals within the range of proposed water withdrawal permits suggest that water needs associated with Marcellus Shale drilling will impact seasonal flow needs (not just summer low flow) of small streams likely to support brook trout (DePhilip and Moberg 2010; Rahm and Riha 2012). Additionally, multiple upstream withdrawal events occurring on the same day within the same catchment may culminate in stream flows falling below the passby flow requirement. Though there is considerable uncertainty around water withdrawal estimates, accounting for cumulative withdrawal-induced low-flow effects can increase the number of days that are expected to fall below passby requirements for smaller streams by as much as approximately 100 days within an average year (Rahm and Riha 2012). Consequently, the SRBC has released new proposed low-flow protection regulations for public comment (SRBC 2012b, 2012c), based primarily on recommendations from a cooperative project between The Nature Conservancy, staff from the SRBC, and its member jurisdictions (DePhillip and Moberg 2010). The proposed SRBC flow policy uses a tiered approach to flow protection that prevents withdrawals or puts more stringent requirements in extremely sensitive or exceptional quality streams such as small headwater streams that support reproducing brook trout populations (SRBC 2012b, 2012c). This proposed policy would also provide significant flow protection for trout streams by incorporating seasonal or monthly flow variability into passby flow criteria rather than based on a single average daily flow criterion (Richter et al. 2011; Figure 6) and assessing proposed withdrawal impacts within the context of cumulative flow reductions associated with existing upstream withdrawals (Rahm and Riha 2012). However, the SRBC's proposed policy has received considerable critique from stakeholders, including the natural gas industry (SRBC 2012a). It is unclear what protections a revised water withdrawal policy will provide to streams that support brook trout habitat.

The SRBC policy is only one example of a regulatory body using scientific data to improve and refine a management policy that directly relates to potential drilling impacts on trout populations. It is crucial that policies governing hydraulic fracturing activities be likewise dynamic and subject to adaptation based on updated scientific knowledge. For example, the Pennsylvania *Oil and Gas Operators Manual* provides technical guidance for infrastructure development by identifying best management practices for sediment and erosion control and well pad, road, pipeline, and stream-crossing designs and delineates preventative waste-handling procedures to avoid unexpected probabilistic events like spills and runoff (PADEP 2001). These practices should be amended and updated as new studies refine methods to minimize impacts (e.g., Reid et al. 2004) and strategically protect or restore habitat quality or connectivity (e.g., Poplar-Jeffers et al. 2009). Furthermore, water quality data from monitoring efforts, like TU's Coldwater Conservation Corps (one of many stream survey programs that train and equip volunteers to conduct water quality testing in local streams; TU 2012) can alert regulatory agencies to failures in the probabilistic event prevention strategies that may help better characterize risks and improve waste transport and disposal procedures. For expansion of drilling in new areas, such as into New York State, regulatory agencies including the New York State Department of Environmental Conservation (NYSDEC), which is currently evaluating potential impacts of hydrologic fracturing activities

and developing a corresponding set of proposed regulations (NYSDEC 2011), should utilize the most up-to-date and complete scientific data possible from active monitoring efforts to develop best management practices that are optimally protective of natural flow regimes, habitat conditions, and water quality in high-quality streams.

Spatial analysis and visualization of well density (Figure 4) can be combined with refined understanding of brook trout habitat and population status from stream surveys and ground-truthing to prioritize and geographically focus conservation efforts. Currently the Pennsylvania Fish and Boat Commission's Unassessed Waters Program in conjunction with Trout Unlimited and other partner organizations is conducting intensive assessments of streams with unknown brook trout status: to date, this program has identified an additional 99 streams that support wild populations (Weisberg 2011). Similar efforts are being spearheaded in New York by the NYSDEC and TU (2011). Furthermore, the efficacy of regulatory policy can be bolstered by data from monitoring and research efforts that define highest priority watersheds for conservation of brook trout. Various trout-focused organizations have identified key watersheds for protection and restoration. Trout Unlimited has updated their existing Conservation Success Index (J. E. Williams et al. 2007) with a targeted analysis for Pennsylvania to integrate new data on brook trout streams and natural gas drilling threats (TU 2011b). Likewise, the EBTJV has identified an extensive set of action strategies that identify priorities on a state-by-state basis (EBTJV 2011). Results from these types of analyses can be used to identify and direct conservation efforts to key areas where Marcellus Shale drilling activities are likely to have the greatest impacts by disturbing habitat for the highest quality remaining brook trout populations.

In summary, expedient efforts to develop strategies that minimize negative impacts of Marcellus Shale drilling activities on brook trout habitat are needed. Horizontal drilling and hydraulic fracturing for natural gas extraction is likely to increase and expand from Pennsylvania and West Virginia into unexploited areas with growing pressure related to economic incentives from the oil and gas industry and the need for cheap domestic energy sources. Natural gas drilling is expected to persist in the region for several decades due to the extent of the Marcellus Shale natural gas resource and the presence of the gas-rich Utica Shale below it (P. Williams 2008). Consequently, development of adequate management and conservation strategies based on science and enforcement of policies that conserve and protect stream ecosystems supporting brook trout populations and other aquatic organisms are needed to balance energy needs and economic incentives with environmental and brook trout conservation concerns.

## ACKNOWLEDGMENTS

We thank Bill Fisher for his encouragement and support for this project. Alex Alexiades, Christian Perry, T. J. Ross, Kelly Robinson, and Geoff Groocock reviewed earlier versions of the manuscript and provided comments on the conceptual model. Tara Moberg provided helpful comments on the hydrology section. Sarah Fox and three anonymous reviewers provided helpful suggestions that greatly improved this article. Mark Hudy graciously supplied GIS coverages of predicted brook trout population status. Alessandro Farsi and Miles Luo took the cover photographs.

## REFERENCES

Adams, M. B., P. J. Edwards, W. M. Ford, J. B. Johnson, T. M. Schuler, M. Thomas-Van Gundy, and F. Wood. 2011. Effects of development of a natural gas well and associated pipeline on the natural and scientific resources of the Fernow Experimental Forest. United States Department of Agriculture Forest Service, Newtown Square, PA. General Technical Report NRS-76.

Alexander, G. R., and E. A. Hansen. 1983. Sand sediment in a Michigan trout stream, part II. Effects of reducing sand, bedload on a trout population. North American Journal of Fisheries Management 3(4):365–372.

———. 1986. Sand bed load in a brook trout stream. North American Journal of Fisheries Management 6(1):9–23.

Allan, J. D. 1981. Determinants of diet of brook trout (*Salvelinus fontinalis*) in a mountain stream. Canadian Journal of Fisheries & Aquatic Sciences 38:184–192.

Argent, D. G., and P. A. Flebbe. 1999. Fine sediment effects on brook trout eggs in laboratory streams. Fisheries Research 39:253–262.

Baccante, D. 2012. Hydraulic fracturing: a fisheries biologist's perspective. Fisheries 37(1):40–41.

Baird, O. E., and C. C. Krueger. 2003. Behavioral thermoregulation of brook and rainbow trout: comparison of summer habitat use in an Adirondack River, New York. Transactions of the American Fisheries Society 132(6):1194–1206.

Baldigo, B. P., G. Lawrence, and H. Simonin. 2007. Persistent mortality of brook trout in episodically acidified streams of the southwestern Adirondack Mountains, New York. Transactions of the American Fisheries Society 136(1):121–134.

Barton, D. R., W. D. Taylor, and R. M. Biette. 1985. Dimensions of riparian buffer strips required to maintain trout habitat in southern Ontario streams. North American Journal of Fisheries Management 5(3A):364–378.

Baxter, C. V., C. A. Frissell, and F. R. Hauer. 1999. Geomorphology, logging roads, and the distribution of bull trout spawning in a forested river basin: implications for management and conservation. Transactions of the American Fisheries Society 128(5):854–867.

Baxter, J. S., and J. D. McPhail. 1999. The influence of redd site selection, groundwater upwelling, and over-winter incubation temperature on survival of bull trout (*Salvelinus confluentus*) from egg to alevin. Canadian Journal of Zoology 77(8):1233–1239.

Benoit, D. A. 1976. Toxic effects of hexavalent chromium on brook trout [*Salvelinus fontinalis*] and rainbow trout [*Salmo gairdneri*]. Water Research 10(6):497–500.

Benoit, D. A., E. N. Leonard, G. M. Christensen, and J. T. Fiandt. 1976. Toxic effects of cadmium on three generations of brook trout (*Salvelinus fontinalis*). Transactions of the American Fisheries Society 105(4):550–560.

Bernhardt, E. S., and M. A. Palmer. 2011. The environmental costs of mountaintop mining valley fill operations for aquatic ecosystems of the central Appalachians. Annals of the New York Acadamy of Sciences 1223:39–57.

Bolstad, P. V., and W. T. Swank. 1997. Cumulative impacts of landuse on water quality in a southern Appalachian watershed. Journal of the American Water Resources Association 33(3):519–533.

Brix, K. V., R. Gerdes, N. Curry, A. Kasper, and M. Grosell. 2010. The effects of total dissolved solids on egg fertilization and water

hardening in two salmonids—Arctic Grayling (*Thymallus arcticus*) and Dolly Varden (*Salvelinus malma*). Aquatic Toxicology 97(2):109–115.

Cada, G. F., J. M. Loar, and D. K. Cox. 1987. Food and feeding preferences of rainbow and brown trout in southern Appalachian streams. American Midland Naturalist 117(2):374–385.

Cairns, M. A., J. L. Ebersole, J. P. Baker, P. J. Wigington, H. R. Lavigne, and S. M. Davis. 2005. Influence of summer stream temperatures on black spot infestation of juvenile coho salmon in the Oregon coast range. Transactions of the American Fisheries Society 134(6):1471–1479.

Carlson, S. M., A. P. Hendry, and B. H. Letcher. 2007. Growth rate differences between resident native brook trout and non-native brown trout. Journal of Fish Biology 71(5):1430–1447.

Chapman, P. M., H. Bailey, and E. Canaria. 2000. Toxicity of total dissolved solids associated with two mine effluents to chironomid larvae and early life stages of rainbow trout. Environmental Toxicology and Chemistry 19(1):210–214.

Cherry, D. S., K. L. Dickson, J. Cairns, Jr., and J. R. Stauffer. 1977. Preferred, avoided, and lethal temperatures of fish during rising temperature conditions. Journal of the Fisheries Research Board of Canada 34(2):239–246.

Cleveland, L., D. R. Buckler, and W. G. Brumbaugh. 1991. Residue dynamics and effects of aluminum on growth and mortality in brook trout. Environmental Toxicology and Chemistry 10(2):243–248.

Craigie, D. E. 1963. An effect of water hardness in the therman resistance of the rainbow trout, *Salmo Gairdnerii* Richardson. Canadian Journal of Zoology 41(5):825–830.

Curry, R. A., J. Gehrels, D. L. G. Noakes, and R. Swainson. 1994. Effects of river flow fluctuations on groundwater discharge through brook trout, *Salvelinus fontinalis*, spawning and incubation habitats. Hydrobiologia 277:121–134.

Curry, R. A., and W. S. MacNeill. 2004. Population-level responses to sediment during early life in brook trout. Journal of the North American Benthological Society 23(1):140–150.

Curry, R. A., D. L. G. Noakes, and G. E. Morgan. 1995. Groundwater and the incubation and emergence of brook trout (*Salvelinus fontinalis*). Canadian Journal of Fisheries & Aquatic Sciences 52:1741–1749.

Denslinger, T. L., W. A. Gast, J. J. Hauenstein, D. W. Heicher, J. Henriksen, D. R. Jackson, G. J. Lazorchick, J. E. McSparran, T. W. Stoe, and L. M. Young. 1998. Instream flow studies Pennsylvania and Maryland. Susquehanna River Basin Commission, Harrisburg, Pennsylvania.

DePhillip, M., and T. Moberg. 2010. Ecosystem flow recommendations for the Susquehanna River Basin. The Nature Conservancy, Harrisburg, Pennsylvania.

Dickerson, B. R., and G. L. Vinyard. 1999. Effects of high levels of total dissolved solids in Walker Lake, Nevada, on survival and growth of Lahontan cutthroat trout. Transactions of the American Fisheries Society 128(3):507–515.

Downes, B. J., L. A. Barmuta, P. G. Fairweather, D. P. Faith, M. J. Keough, P. S. Lake, B. D. Mapstone, and G. P. Quinn. 2002. Monitoring ecological impacts: concepts and practice in flowing waters. Cambridge University Press, Cambridge, UK.

Eaglin, G., and W. Hubert. 1993. Management briefs: effects of logging and roads on substrate and trout in streams of the Medicine Bow National Forest, Wyoming. North American Journal of Fisheries Management 13(4):844–846.

EBTJV (Eastern Brook Trout Joint Venture). 2007. Eastern brook trout: roadmap to restoration. Available: http://www.easternbrooktrout.org/docs/EBTJV_RoadmapToRestoration_FINAL. pdf. (March 2012).

———. 2011. Conserving the eastern brook trout: action strategies.

Available: http://www.easternbrooktrout.org/docs/EBTJV_Conservation_Strategy_Nov2011.pdf. (March 2012).

Energy Policy Act. 2005. Public Law No. 109-58, § 321, 119 Stat. 694. Available: http://www1.eere.energy.gov/femp/pdfs/epact_2005. pdf. (June 2012).

Entrekin, S., M. Evans-White, B. Johnson, and E. Hagenbuch. 2011. Rapid expansion of natural gas development poses a threat to surface waters. Frontiers in Ecology and the Environment 9(9):503–511.

Gagen, C. J., W. E. Sharpe, and R. F. Carline. 1993. Mortality of brook trout, mottled sculpins, and slimy sculpins during acidic episodes. Transactions of the American Fisheries Society 122(4):616–628.

Gregory, K. B., R. D. Vidic, and D. A. Dzombak. 2011. Water management challenges associated with the production of shale gas by hydraulic fracturing. Elements 7(3):181–186.

GWPC and IOGCC (Ground Water Protection Council and the Interstate Oil and Gas Compact Commission). 2012. FracFocus Chemical Disclosure Registry: chemical use in hydraulic fracturing. Available: http://fracfocus.org/water-protection/drilling-usage. (March 2012).

Hakala, J. P., and K. J. Hartman. 2004. Drought effect on stream morphology and brook trout (*Salvelinus fontinalis*) populations in forested headwater streams. Hydrobiologia 515(1–3):203–213.

Harper, D. D., A. M. Farag, and W. G. Brumbaugh. 2008. Effects of acclimation on the toxicity of stream water contaminated with zinc and cadmium to juvenile cutthroat trout. Archives of Environmental Contamination and Toxicology 54(4):697–704.

Harper, D. D., A. M. Farag, C. Hogstrand, and E. MacConnell. 2009. Trout density and health in a stream with variable water temperatures and trace element concentrations: does a cold-water source attract trout to increased metal exposure? Environmental Toxicology and Chemistry 28(4):800–808.

Hartman, K., M. Kaller, J. Howell, and J. Sweka. 2005. How much do valley fills influence headwater streams? Hydrobiologia 532(1–3):91–102.

Hazzard, A. S. 1932. Some phases of the life history of the eastern brook trout, *Salvelinus fontinalis* Mitchell. Transactions of the American Fisheries Society 62(1):344–350.

Hokanson, K. E., J. H. McCormick, B. R. Jones, and J. H. Tucker. 1973. Thermal requirements for maturation, spawning, and embryo survival of the brook trout, Salvelinus fontinalis. Journal of the Fisheries Research Board of Canada 30(7):975–984.

Hudy, M., T. M. Thieling, N. Gillespie, and E. P. Smith. 2008. Distribution, status, and land use characteristics of watersheds within the native range of brook trout in the Eastern United States. North American Journal of Fisheries Management 28(4):1069–1085.

Kargbo, D. M., R. G. Wilhelm, and D. J. Campbell. 2010. Natural gas plays in the Marcellus Shale: challenges and potential opportunities. Environmental Science & Technology 44(15):5679–5684.

Karr, J. R., and E. W. Chu. 1997. Biological monitoring: essential foundation for ecological risk assessment. Human and Ecological Risk Assessment: An International Journal 3(6):993–1004.

Kennedy, A. J., D. S. Cherry, and R. J. Currie. 2004. Evaluation of ecologically relevant bioassays for a lotic system impacted by a coal-mine effluent, using Isonychia. Environmental Monitoring and Assessment 95(1):37–55.

Kraft, M. E. 1972. Effects of controlled flow reduction on a trout stream. Journal of the Fisheries Research Board of Canada 29(10):1405–1411.

Lachance, S., M. Dube, R. Dostie, and P. Berube. 2008. Temporal and spatial quantification of fine-sediment accumulation downstream of culverts in brook trout habitat. Transactions of the American Fisheries Society 137(6):1826–1838.

Larsen, S., I. P. Vaughan, and S. J. Ormerod. 2009. Scale-dependent effects of fine sediments on temperate headwater invertebrates.

Freshwater Biology 54(1):203–219.

Letcher, B. H., K. H. Nislow, J. A. Coombs, M. J. O'Donnell, and T. L. Dubreuil. 2007. Population response to habitat fragmentation in a stream-dwelling brook trout population. PLoS ONE 2(22):1–11.

Li, X., E. Jenssen, and H. J. Fyhn. 1989. Effects of salinity on egg swelling in Atlantic salmon (Salmo salar). Aquaculture 76(3–4):317–334.

Lund, S. G., M. E. A. Lund, and B. L. Tufts. 2003. Red blood cell Hsp 70 mRNA and protein as bioindicators of temperature stress in the brook trout (Salvelinus fontinalis). Canadian Journal of Fisheries & Aquatic Sciences 60(4):460–470.

Lyons, J., L. Wang, and T. D. Simonson. 1996. Development and validation of an index of biotic integrity for coldwater streams in Wisconsin. North American Journal of Fisheries Management 16(2):241–256.

MacCrimmon, H. R., and J. S. Campbell. 1969. World distribution of brook trout, Salvelinus fontinalis. Journal of the Fisheries Research Board of Canada 26(7):1699–1725.

MacDonald, L. H. 2000. Evaluating and managing cumulative effects: process and constraints. Environmental Management 26(3):299–315.

Marschall, E. A., and L. B. Crowder. 1996. Assessing population responses to multiple anthropogenic effects: a case study with brook trout. Ecological Applications 6(1):152–167.

Morgan, J. D., J. O. T. Jensen, and G. K. Iwama. 1992. Effects of salinity on aerobic metabolism and development of eggs and alevins of steelhead trout (Oncorhynchus mykiss) and fall chinook salmon (Oncorhynchus tshawytscha). Canadian Journal of Zoology 70(7):1341–1346.

The Nature Conservancy. 2009. Indicators of Hydrologic Alteration Version 7.1 Software and User's Manual. Available: http://conserveonline.org/workspaces/iha/documents/download/view.html. (March 2012).

Nislow, K. H., M. Hudy, B. H. Letcher, and E. P. Smith. 2011. Variation in local abundance and species richness of stream fishes in relation to dispersal barriers: implications for management and conservation. Freshwater Biology 56(10):2135–2144.

Nislow, K. H., and W. H. Lowe. 2006. Influences of logging history and riparian forest characteristics on macroinvertebrates and brook trout (Salvelinus fontinalis) in headwater streams (New Hampshire, U.S.A.). Freshwater Biology 51(2):388–397.

Nislow, K. H., A. J. Sepulveda, and C. L. Folt. 2004. Mechanistic linkage of hydrologic regime to summer growth of age-0 Atlantic salmon. Transactions of the American Fisheries Society 133(1):79–88.

NYSDEC (New York State Department of Environmental Conservation). 2011. Revised draft supplemental generic environmental impact statement on the Oil, Gas and Solution Mining Regulatory Program, well permit issuance for horizontal drilling and high-volume hydraulic fracturing to develop the Marcellus Shale and other low-permeability gas reservoirs. Available: http://www.dec.ny.gov/energy/75370.html. (March 2012).

NYSDEC and TU (New York State Department of Environmental Conservation and Trout Unlimited). 2011. New York State conservation strategy. Available: http://www.easternbrooktrout.org/docs/EBTJV_NewYork_CS.pdf. (March 2012).

Ohio Department of Natural Resources. 2011. Oil and natural gas well and shale development resources. Available: http://www.ohiodnr.com/oil/shale/tabid/23174/Default.aspx. (March 2012).

Öhlund, G., F. Nordwall, E. Degerman, and T. Eriksson. 2008. Life history and large-scale habitat use of brown trout (Salmo trutta) and brook trout (Salvelinus fontinalis)—implications for species replacement patterns. Canadian Journal of Fisheries and Aquatic Sciences 65(4):633–644.

Opperman, J. J., K. A. Lohse, C. Brooks, N. M. Kelly, and A. M. Merenlender. 2005. Influence of land use on fine sediment in salmonid spawning gravels within the Russian River Basin, California. Canadian Journal of Fisheries and Aquatic Sciences 62(12):2740–2751.

PADEP (Pennsylvania Department of Environmental Protection). 2001. Oil and gas operators manual 550-0300-001. Chapter 4: oil and gas management practices. Available: http://www.elibrary.dep.state.pa.us/dsweb/Get/Version-48243/chap4.pdf. (June 2012).

———. 2012a. Oil and gas reports: permits issued detail report. Available: http://www.depreportingservices.state.pa.us/ReportServer/Pages/ReportViewer.aspx?/Oil_Gas/Permits_Issued_Detail. (June 2012).

———. 2012b. Oil and gas reports: SPUD data report. Available: http://www.depreportingservices.state.pa.us/ReportServer/Pages/ReportViewer.aspx?/Oil_Gas/Spud_External_Data. (June 2012).

Petty, J. T., J. L. Hansbarger, B. M. Huntsman, and P. M. Mazik. 2012. Brook trout movement in response to temperature, flow, and thermal refugia within a complex Appalachian riverscape. Transactions of the American Fisheries Society 141(4):1060–1073.

Pond, G. J. 2010. Patterns of Ephemeroptera taxa loss in Appalachian headwater streams (Kentucky, USA). Hydrobiologia 641(1):185–201.

Pond, G. J., M. E. Passmore, F. A. Borsuk, L. Reynolds, and C. J. Rose. 2008. Downstream effects of mountaintop coal mining: comparing biological conditions using family- and genus-level macroinvertebrate bioassessment tools. Journal of the North American Benthological Society 27(3):717–737.

Poplar-Jeffers, I. O., J. T. Petty, J. T. Anderson, S. J. Kite, M. P. Strager, and R. H. Fortney. 2009. Culvert replacement and stream habitat restoration: implications from brook trout management in an Appalachian watershed, U.S.A. Restoration Ecology 17(3):404–413.

Rahm, B. G., and S. J. Riha. 2012. Toward strategic management of shale gas development: regional, collective impacts on water resources. Environmental Science & Policy 17:12–23.

Reid, S. M., F. Ade, and S. Metikosh. 2004. Sediment entrainment during pipeline water crossing construction: predictive models and crossing method comparison. Journal of Environmental Engineering & Science 3(2):81–88.

Renner, R. 2009. Salt-loving algae wipe out fish in Appalachian stream. Environmental Science and Technology 43(24):9046–9047.

Richter, B. D., M. M. Davis, C. Apse, and C. Konrad. 2011. Short communication: a presumptive standard for environmental flow protection. River Research and Applications. 28(8): 312–321.

Shen, A. C. Y., and J. F. Leatherland. 1978. Effect of ambient salinity on ionic and osmotic regulation of eggs, larvae, and alevins of rainbow trout (Salmo gairdneri). Canadian Journal of Zoology 56(4):571–577.

Soeder, D. J., and W. M. Kappel. 2009. Water resources and natural gas production from the Marcellus Shale. U.S. Department of the Interior, U.S. Geological Survey, Reston, Virginia.

Sotiropoulos, J. C., K. H. Nislow, and M. R. Ross. 2006. Brook trout, Salvelinus fontinalis, microhabitat selection and diet under low summer stream flow. Fisheries Management & Ecology 13:149–155.

SRBC (Susquehanna River Basin Commission). 2002. Guidelines for using and determining passby flows and conservation releases for surface-water and ground-water withdrawal approvals. Available: http://www.srbc.net/policies/docs/Policy%202003_01.pdf. (March 2012).

———. 2010. Managing and protecting water resources in the Susquehanna River Basin. Available: http://www.srbc.net/programs/docs/JLRH%20presentation%20MarywoodUniversity.pdf. (March 2012).

———. 2012a. Low flow protection policy comments. Available: www.srbc.net/pubinfo/lfppcomments.htm. (November 2012).

———. 2012b. Low flow protection related to withdrawal approvals. Available: http://www.srbc.net/policies/docs/LowFlowProtectionPolicy_20120313_fs139580_1.pdf. (March 2012).

———. 2012c. Technical Guidance for Low Flow Protection Policy Related to Withdrawal Approvals. Available: http://www.srbc.net/policies/docs/TechincalGuidanceWAttachmentsLowFlowProtectionPolicy_20120313_fs139629_1.pdf. (March 2012).

Stekoll, M. S., W. W. Smoker, B. J. Failor-Rounds, I. A. Wang, and V. J. Joyce. 2009. Response of the early developmental stages of hatchery reared salmonids to major ions in a simulated mine effluent. Aquaculture 298(1–2):172–181.

Strager, M. P., J. T. Petty, J. M. Strager, and J. Barker-Fulton. 2009. A spatially explicit framework for quantifying downstream hydrologic conditions. Journal of Environmental Management 90(5):1854–1861.

Sweka, J. A., and K. J. Hartman. 2001. Influence of turbidity on brook trout reactive distance and foraging success. Transactions of the American Fisheries Society 130(1):138–146.

Tangiguchi, Y., F. J. Rahel, D. C. Novinger, and K. G. Gerow. 1998. Temperature mediation of competitive interactions among three fish species that replace each other along longitudinal stream gradients. Canadian Journal of Fisheries and Aquatic Sciences 55(8):1894–1901.

Taylor, C. M., T. L. Holder, R. A. Fiorillo, L. R. Williams, R. B. Thomas, and J. M. L. Warren. 2006. Distribution, abundance, and diversity of stream fishes under variable environmental conditions. Canadian Journal of Fisheries and Aquatic Sciences 63(1):43–54.

TU (Trout Unlimited). 2011a. Guidance document for NLC Resolution on stocking non-native hatchery trout over native trout populations. Available: http://www.tu.org/member-services/welcome-to-my-tu/tackle-box/important-tu-policies. (March 2012).

———. 2011b. Trout Unlimited's conservation success index: status and threats to trout and coldwater habitats in Pennsylvania. Available: http://www.tu.org/sites/www.tu.org/files/documents/CSI_PA_Trout_Cons_Strat_v1_Full.pdf. (June 2012).

———. 2012. Marcellus Shale Stream surveillance in Pennsylvania. Available: http://www.tu.org/conservation/eastern-conservation/marcellus-shale-project/stream-surveillance. (March 2012).

U.S. Department of Agriculture, Natural Resources Conservation Service. 2012. Watersheds, hydrologic units, hydrologic unit codes, watershed approach, and rapid watershed assessments. Available: http://www.nrcs.usda.gov/Internet/FSE_DOCUMENTS/stelprdb1042207.pdf. (June 2012).

USDOE (U.S. Department of Energy). 2011. The SEAB (Secretary of Energy Advisory Board) Shale Gas Subcommittee second 90 day report/final report. Available: http://www.shalegas.energy.gov/resources/111811_final_report.pdf. (March 2012).

U.S. Energy Information Administration. 2011. Annual energy outlook 2011 with projections to 2035. DOE/EIA-0383(2011). Available: http://www.eia.gov/forecasts/aeo/pdf/0383(2011).pdf. (March 2012).

USEPA (U.S. Environmental Protection Agency). 1998. Guidelines for ecological risk assessment. EPA/630/R-95/002F. Available: http://www.epa.gov/raf/publications/pdfs/ECOTXTBX.PDF. (March 2012).

———. 2012. Natural gas extraction–hydraulic fracturing: ensuring the safe disposal of wastewater and stormwater from hydraulic fracturing activities. U.S. Environmental Protection Agency, Washington, D.C. Available: http://epa.gov/hydraulicfracturing/#wastewater. (March 2012).

USGS (U.S. Geological Survey). 2011. Marcellus Shale assessment unit GIS shapefile. Available: http://certmapper.cr.usgs.gov/noga/

servlet/NogaNewGISResultsSubServ?page=gis&tps=506704. (March 2012).

Utz, R. M., and K. J. Hartman. 2006. Temporal and spatial variation in the energy intake of a brook trout (Salvelinus fontinalis) population in an Appalachian watershed. Canadian Journal of Fisheries and Aquatic Sciences 63(12):2675–2686.

———. 2007. Identification of critical prey items to Appalachian brook trout (Salvelinus fontinalis) with emphasis on terrestrial organisms. Hydrobiologia 575(1):259–270.

VanDusen, P. J., C. J. F. Huckins, and D. J. Flaspohler. 2005. Associations among selection logging history, brook trout, macroinvertebrates, and habitat in northern Michigan headwater streams. Transactions of the American Fisheries Society 134(3):762–774.

Vigg, S. C., and D. L. Koch. 1980. Upper lethal temperature range of Lahontan cutthroat trout in waters of different ionic concentration. Transactions of the American Fisheries Society 109(3):336–339.

Walters, A. W., and D. M. Post. 2008. An experimental disturbance alters fish size structure but not food chain length in streams. Ecology 89(12):3261–3267.

———. 2011. How low can you go? Impacts of a low-flow disturbance on aquatic insect communities. Ecological Applications 21(1):163–174.

Waters, T. F. 1995. Sediment in streams: sources, biological effects, and control. American Fisheries Society, Bethesda, Maryland.

Wehrly, K. E., L. Wang, and M. Mitro. 2007. Field-based estimates of thermal tolerance limits for trout: incorporating exposure time and temperature fluctuation. Transactions of the American Fisheries Society 136(2):365–374.

Weisberg, D. 2011. Unassessed waters initiative. Pennsylvania Angler & Boater January/February:11–14.

West Virginia Geological and Economic Survey. 2011. Selected references about Devonian shales. Available: http://www.wvgs.wvnet.edu/www/datastat/devshales.htm. (March 2012).

Williams, H., D. Havens, K. Banks, and D. Wachal. 2008. Field-based monitoring of sediment runoff from natural gas well sites in Denton County, Texas, USA. Environmental Geology 55(7):1463–1471.

Williams, J. E., A. L. Haak, N. G. Gillespie, and W. T. Colyer. 2007. The conservation success index: synthesizing and communicating salmonid condition and management needs. Fisheries 32(10):477–493.

Williams, P. 2008. Appalacian shales. Oil & Gas Investor 28(6):46–58.

Witmer, P. L., P. M. Stewart, and C. K. Metcalf. 2009. Development and use of a sedimentation risk index for unpaved road–stream crossings in the Choctawhatchee Watershed. Journal of the American Water Resources Association 45(3):734–747.

Witzel, L. D., and H. R. MacCrimmon. 1983. Embryo survival and alevin emergence of brook charr, Salvelinus fontinalis, and brown trout, Salmo trutta, relative to redd gravel composition. Canadian Journal of Zoology 61(8):1783–1792.

Wofford, J. E. B., R. Gresswell, and M. A. Banks. 2005. Influence of barriers to movement on within-watershed genetic variation of coastal cutthroat trout. Ecological Applications 15(2):628–637.

Wohl, N. E., and R. F. Carline. 1996. Relations among riparian grazing, sediment loads, macroinvertebrates, and fishes in three central Pennsylvania streams. Canadian Journal of Fisheries and Aquatic Sciences 53(Suppl. 1):260–266.

Xu, C. L., B. H. Letcher, and K. H. Nislow. 2010. Size-dependent survival of brook trout Salvelinus fontinalis in summer: effects of water temperature and stream flow. Journal of Fish Biology 76(10):2342–2369.

**FEATURE**

# Adaptive Forgetting: Why Predator Recognition Training Might Not Enhance Poststocking Survival

**Grant E. Brown**

Department of Biology, Concordia University, 7141 Sherbrooke St. West, Montreal, QC, H4B 1R6, Canada. E-mail: grant.brown@concordia.ca

**Maud C. O. Ferrari**

Department of Biomedical Sciences, Western College of Veterinary Medicine, University of Saskatchewan, 52 Campus Drive, Saskatoon, SK, S7N 5B4, Canada

**Douglas P. Chivers**

Department of Biology, University of Saskatchewan, 112 Science Drive, Saskatoon, SK, S7N 1E2, Canada

**ABSTRACT:** *The success of current fish restocking efforts is often hampered by poor poststocking survival of hatchery-reared juveniles. As a result of hatchery selection, combined with a lack of ecologically relevant experience, hatchery-reared fishes often fail to recognize and respond to potential predators following stocking into natural waterways. One commonly proposed method to enhance potential poststocking survival is to condition hatchery-reared fishes to recognize predators prior to stocking. However, despite a wealth of laboratory and field studies demonstrating predator recognition learning in fishes, only a handful of studies have attempted to assess potential poststocking benefits, and these suggest mixed results. Our goal is to highlight possible causes of this apparent contradiction. A survey of the behavioral ecology literature highlights the exceptional degree of sophistication of predator recognition learning among prey fishes. Moreover, an emerging body of literature suggests that how long prey retain learned predator recognition is as important as what prey learn. This highly plastic retention (memory window) may confer adaptive benefits under variable conditions. Hatchery selection may result in phenotypes leading to reduced learning and/or retention of learned information. We conclude by proposing several avenues of investigation aimed at improving the success of prestocking conditioning paradigms.*

**Olvido adaptativo: por qué el entrenamiento para reconocer depredadores puede no incrementar la supervivencia después del repoblamiento**

**RESUMEN:** El éxito de los esfuerzos de repoblamiento de peces suele disminuir debido a condiciones desfavorables para la supervivencia de juveniles, provenientes de cultivo, tras prácticas de repoblamiento. Como resultado de la selección en cultivo, en combinación con la falta de experiencia en temas de ecología, los peces de cultivo a veces fallan en reconocer y responder potenciales depredadores después de haber sido introducidos, con fines de repoblamiento, a cuerpos de agua. Un método comúnmente propuesto para aumentar la supervivencia post-repoblamiento es condicionar a los juveniles de peces cultivados a que reconozcan a sus depredadores antes de la translocación. Sin embargo, pese al buen equipamiento de los laboratorios y a los trabajos en campo que demuestran la capacidad de aprendizaje de los peces para reconocer depredadores, solo unos pocos estudios se han enfocado en evaluar los beneficios potenciales post-repoblamiento y dichos estudios muestran resultados encontrados. Nuestro objetivo es subrayar las posibles causas de esta aparente contradicción. Un sondeo bibliográfico acerca de ecología conductual destaca la extraordinaria sofisticación del proceso de aprendizaje en peces para reconocer a sus depredadores. No obstante, otra parte de la literatura reciente sugiere que el tiempo que los peces retienen el patrón de reconocimiento del depredador es igualmente importante que lo aprendido por el individuo. Esta retención altamente flexible (ventana de memoria) puede conferir beneficios adaptativos ante condiciones variables. La selección mediante el cultivo puede resultar en fenotipos caracterizados por una reducida capacidad y/o poca retención de la información aprendida. Concluimos proponiendo distintas líneas de investigación cuyo propósito es aumentar el éxito del acondicionamiento previo al repoblamiento.

Hatchery-reared (HR) fishes, especially salmonids, are routinely stocked into natural waterways as part of population enhancement, recovery programs, and conservation efforts (C. Brown and Laland 2001; Salvanes and Braithwaite 2006; Fraser 2008). These recovery programs, however, are often met with limited success. Though some studies have shown that HR fish have similar poststocking survival rates as do their wild counterparts (e.g., Johnson et al. 2010), many studies point toward reduced survival among HR populations (e.g., Olla et al. 1994; Shively et al. 1996; Salvanes and Braithwaite 2006). A reduced survival may be due, in part, to the maladaptive behavioral phenotypes of HR fish, compared to their wild counterparts (C. Brown and Day 2002; Fraser 2008; Fernö et al. 2011). A grow-ing body of research shows that hatchery-rearing, even over a little as one to two generations, is sufficient to induce significant differences in foraging (Fernö et al. 2011), growth rates (Tymchuck et al. 2007), risk-taking behavioral tactics (Sundström et al. 2004), and predator avoidance behaviors (Shively et al. 1996; Houde et al. 2010; Jackson and Brown 2011) between HR salmonids and their wild counterparts. Such differences in behavioral phenotypes may lead to stocked fish having reduced growth rates, increased predation risk, and/or reduced fitness (Huntingford 2004; Fernö et al. 2011).

Maladaptive behavioral phenotypes may arise from one of two possible mechanisms or, more likely, a combination of the two. Initially, under hatchery conditions, juvenile HR fishes lack experience with natural foraging conditions, microhabitat variability, and predation threats (Olla et al. 1998; C. Brown and Day 2002; Fernö et al. 2011). As a result of the unnatural hatchery environment, juvenile HR fishes might suffer from a lack of opportunity to learn through direct or indirect experience (Fernö et al. 2011), resulting in poorly developed or context-inappropriate behavioral phenotypes (C. Brown and Day 2002). Secondly, behavioral differences between hatchery and wild populations may be the result of genetic divergence resulting from either inadvertent selection for traits that are beneficial under hatchery conditions or the relaxation of natural selection pressures under hatchery conditions (Huntingford 2004; Fraser 2008). Jackson and Brown (2011) directly tested this hypothesis under natural conditions with juvenile Atlantic salmon (Salmo salar) originating from the same population. They compared the predator avoidance behavior of wild-caught juvenile Atlantic salmon with that of the offspring of wild-caught parents ($F_1$) and the offspring of parents that had spent one full generation under hatchery conditions ($F_2$). Jackson and Brown (2011) found the strongest predator avoidance response to a standardized predation cue among wild-caught salmon and the weakest response among $F_2$ salmon. Curiously, the response of the $F_1$ group was intermediate, suggesting that both hatchery selection and a lack of ecologically relevant experience contribute to the maladaptive behavior patterns among HR salmon.

A commonly advocated solution in a wide range of taxonomically diverse prey populations reared under artificial conditions is "life skills training" (Suboski and Templeton 1989; G. E. Brown and Smith 1998; C. Brown and Laland 2001). The idea that HR fish can be taught to recognize potential predators prior to stocking is attractive because it could allow for increased poststocking survival. Such enhanced survival would reduce the costs associated with stocking programs and potentially increase the effectiveness of population recovery efforts (Salvanes and Braithwaite 2006). However, despite considerable effort to demonstrate learning under laboratory conditions (reviewed in G. E. Brown et al. 2011a), only a few studies have attempted to demonstrate the potential benefits of prestocking predator recognition training efforts on the poststocking survival of commercially important species. These studies have provided, at best, mixed results. For example, Berejikian et al. (1999) found that though Chinook salmon (Oncorhynchus tshawytscha) could be conditioned to the odor of an ecologically relevant predator (adult cutthroat trout, Oncorhynchus clarki) under laboratory conditions, this did not result in enhanced poststocking survival. Likewise, Hawkins et al. (2007) conditioned 1+ Atlantic salmon (Salmo salar) to recognize northern pike (Esox lucius) as a potential predator. Conditioned salmon survived no better when stocked into lakes where pike were the dominant predator. Conversely, D'Anna et al. (2012) conditioned white seabream (Diplodus sargus) prior to release and found a near doubling of poststocking survival. Likewise, Hutchinson et al. (2012) demonstrated two- to fourfold increases in poststocking survival of juvenile Murray cod (Mac-

cullochella peelii) but not for juvenile silver perch (Bidyanus bidyanus). Thus, we are left with the question of why this type of learning may not translate to enhanced survival.

Here, we provide an overview of recent work examining chemically mediated predator recognition mechanisms in aquatic prey species and highlight the incredible degree of sophistication involved in these learning mechanisms. In addition, we examine the poorly understood aspect of retention of learned information. Finally, we conclude with some potential avenues to address the question of why prestocking training might not work to increase poststocking survival. The extent to which hatchery effects (selection + differential experience) will impact the poststocking survival and learning ability of fishes clearly depends upon the holding and breeding practices employed within hatcheries. For example, Beckman et al. (1999) found that differences in prestocking growth rate of hatchery-reared Chinook salmon was related to the likelihood of stocked smolts returning as adults. Likewise, habitat enrichment within hatchery-rearing tanks is known to enhance natural foraging patterns, possibly increasing poststocking survival (Roberts et al. 2011). For simplicity, we refer to the dichotomy of hatchery-reared vs. wild-stock fishes within the context of predator-recognition learning. Our goal here is to bring to light recent advances in the study of ecologically relevant learning mechanisms and to bridge the gap between the behavioral ecological literature and possible fisheries applications.

## THE SOPHISTICATION OF PREDATOR RECOGNITION LEARNING IN FISHES

Learning, in the broadest sense, can be defined as the ability to modify behavioral response patterns based on experience (G. E. Brown and Chivers 2005). The ability to reliably assess local predation threats allows prey (including juvenile salmonids) to balance the often conflicting demands of predator avoidance and a suite of behavioral activities such as foraging and territorial defense (Lima and Dill 1990; Kim et al. 2011). This is especially difficult under conditions of variable predation risk and/or foraging opportunity (Sih 1992; Dall et al. 2005). Learning to recognize potential predators allows prey to respond only to ecologically relevant threats and to avoid expending time and energy responding to irrelevant cues. In addition, learned recognition has been shown to increase survival during staged encounters with live predators (Mirza and Chivers 2000; Darwish et al. 2005; Vilhunen 2006). Thus, under conditions of variable predation risks, learning is argued to allow prey to optimize the trade-off between predator avoidance and other fitness-related activities (G. E. Brown and Chivers 2005; Dall et al. 2005; G. E. Brown et al. 2011a).

A large body of research has investigated the mechanisms of predator recognition learning in fishes (Ferrari et al. 2010a; G. E. Brown et al. 2011c). A well-documented mechanism of learning is the so-called chemically mediated learning. Damage-released chemical alarm cues are a common feature in freshwater and marine fishes (Ferrari et al. 2010c), which are released following mechanical damage incurred during an attack by a

predator. Given the mechanism of release, these chemosensory cues are reliable indicators of predation threats (Chivers et al. 2007, 2012; Ferrari et al. 2010c). When released into the water column and detected by nearby conspecifics and/or heterospecifics, these cues may elicit dramatic, short-term increases in species-specific antipredator behavior (Ferrari et al. 2010c). Recent studies demonstrate that alarm cues convey a surprising amount of information regarding local predation threats. For example, the response intensity of many prey fishes appears to be proportional to the concentration of alarm cue detected (e.g., Dupuch et al. 2004; G. E. Brown et al. 2006, 2009). Similarly, detecting alarm cues at concentrations below that needed to elicit an observable antipredator response are known to increase the use of secondary cues (i.e., visual information; G. E. Brown et al. 2004).

When paired with the visual and/or chemical cues of a novel predator, these alarm cues can facilitate the learned recognition of a novel predator (G. E. Brown et al. 2011a). For example, when juvenile rainbow trout are presented with the paired stimuli of a conspecific alarm cue (innate unconditioned stimulus) and the odor of a novel predator (conditioned stimulus), the trout will exhibit a strong increase in predator avoidance toward the alarm cue. However, when later presented with the predator odor, the trout will increase predator avoidance, demonstrating a learned response to the previously novel predator cue (G. E. Brown and Smith 1998). Following a single conditioning trial, these learned responses may persist for several weeks (G. E. Brown and Smith 1998). Control trials, in which the predator odor is paired with distilled water, fail to elicit any evidence of learning (G. E. Brown and Smith 1998).

A wealth of studies has demonstrated that this type of direct learning is common among aquatic prey species (reviewed in G. E. Brown et al. 2011a). Recent studies have shown that juvenile Atlantic salmon are capable of such chemically mediated learning under fully natural conditions (Leduc et al. 2007). More impressive, however, is the exceptional degree of sophistication present in this learning system. For example, fathead minnows (*Pimephales promelas*) are capable of learning threat-sensitive responses (i.e., the intensity of the behavioral response is directly proportional to the level of risk; G. E. Brown et al. 2006) via this mechanism. When paired with a low concentration of alarm cue (hence low risk), prey will exhibit a similarly low-intensity response to pike odor. However, when the pike odor is paired with a high concentration of alarm cue (hence high risk), the minnows learn to exhibit a high-intensity response (Ferrari et al. 2005). Recent experiments with HR rainbow trout extend these findings, showing that when conditioned to recognize pumpkinseed (*Lepomis gibbosus*) as predation threats, trout can generalize the learned response to the odors of predators that are taxonomically related to pumpkinseed (i.e., longear sunfish, *Lepomis megalotis*) but not to those of more distantly related predators (i.e., yellow perch, *Perca flavescens*; Brown et al. 2011c). Finally, when glowlight tetras (*Hemigrammus erythrozonus*) are conditioned with a conspecific alarm cue paired with the combined odor of largemouth bass (*Micropterus salmoides*), convict cichlids (*Amatitlania nigrofasciata*), and common

goldfish (*Carassius auratus*), they are capable of exhibiting increased antipredator behavior in response to individual predator odors but not the odor of a predator not included in the cocktail (yellow perch; Darwish et al. 2005). Moreover, this cocktail learning was shown to increase survival during staged encounters with live predators (Darwish et al. 2005).

Learned predator recognition may also occur via indirect learning mechanisms. Initially, predator recognition can be facilitated via the mechanism of social or observational learning. Social learning may occur when prey acquire the recognition of novel predator cues in the absence of any direct experience (Mathis et al. 1996); simply observing an experienced conspecific (or heterospecific) prey respond to a predator cue can provide sufficient information to allow learning to occur. Such social learning may allow for the rapid transmission of recognition of novel predator cues within populations (G. E. Brown et al. 1997) and has been employed under hatchery conditions to enhance the learning of context-appropriate foraging patterns (C. Brown et al. 2003; Rodewald et al. 2011). Secondly, predator diet cues may also facilitate learning. For example, fathead mimmows exposed to northern pike fed a diet of minnows learn to recognize the visual cues of pike (i.e., will respond to the sight of the predator), whereas minnows exposed to pike fed an unknown diet do not respond to the sight of the pike (Mathis and Smith 1993). Likewise, the response of juvenile Arctic charr (*Salvelinus alpinus*) to predator odors is enhanced when the predators have been fed charr versus when they are food deprived (Vilhunen and Hirvonen 2003). Finally, age of individuals seems to influence their ability to learn novel predator recognition. For example, Hawkins et al. (2008) demonstrated that juvenile Atlantic salmon exhibit age-specific sensitivity to novel predator odors. Under laboratory conditions, 10- to 15-week posthatching salmon were more responsive to pike odor than were younger or older conspecifics. Moreover, 16- to 20-week posthatching salmon were better able to learn to recognize novel predator odors than were younger salmon. Hutchison et al. (2012), however, found that whereas Murray cod fingerlings can learn to recognize novel predators, subadults exhibited no evidence of learning. Combined, these findings suggest a critical ontogenetic constraint on the timing of predator recognition learning.

Together, these studies demonstrate that chemically mediated predator recognition learning is a highly sophisticated and complex mechanism allowing for an incredible degree of behavioral plasticity. Under conditions of uncertain predation threats, the ability to modify predator avoidance responses based on recent experience likely confers significant fitness advantages (Dall et al. 2005; G. E. Brown et al. 2011a). However, if learning is so critical to the survival of wild prey populations, why should prestocking conditioning not confer increased survival benefits? The answer to this question might lie in the emerging question of retention of learned information (i.e., memory).

## RETENTION OF LEARNED INFORMATION

Though there is a very large body of literature demonstrat-

ing the learning abilities and ecological constraints on learning in prey organisms (reviewed in G. E. Brown and Chivers 2005; G. E. Brown et al. 2011a), surprisingly little is known about the retention of learned information. The retention of learned predator recognition varies widely among prey fishes (Ferrari et al. 2010a). For example, following a single conditioning event, HR rainbow trout conditioned to recognize a novel predator will retain a detectable response for up to 21 days (G. E. Brown and Smith 1998), though the intensity of the response wanes after approximately 10 days (Mirza and Chivers 2000). Conversely, after a single conditioning, fathead minnows retained their learned response to a novel predator cue for at least 2 months with little evidence of a decrease in response intensity (Chivers and Smith 1994). Similar studies have shown that learned foraging preferences also vary within and between populations (Mackney and Hughes 1995).

Recently, Ferrari et al. (2010a) proposed a model of "adaptive forgetting," suggesting that the retention (how long prey will exhibit an observable response) to learned information is flexible and dependent on the certainty of this information. Under natural conditions, prey must balance the need to detect and avoid predation threats and to maximize foraging and reproduction (Lima and Dill 1990). The ability to balance these trade-offs depends on the availability of accurate and reliable information regarding risk associated with potential predators (Dall et al. 2005). In turn, the reliability of learned information should impact the duration of its retention (Ferrari et al. 2010a). For example, prey may outgrow gape limits of potential predators, reducing the value of learned recognition. Exhibiting an increased predator avoidance response toward this previously learned cue would represent a cost in the form of lost energy intake. However, if the prey were still at risk to the predator, failure to respond might result in death.

Ferrari et al. (2010a) suggested a number of intrinsic (i.e., prey growth rate, behavioral tactics) and extrinsic (i.e., predictability of predation threats, predator risk level) factors that would be expected to influence the retention of learned information. This model is particularly relevant to the issue of prestocking predator recognition training because hatchery selection may influence the very factors that shape the retention of learned information. Next, we will discuss several relevant examples from our recent work.

## RETENTION AND THE EFFECTS OF HATCHERY SELECTION

### Personality and Retention

A growing body of literature demonstrates consistent behavioral tactics, often referred to as "shy" vs. "bold" phenotypes, in a wide range of fishes (including salmonids; Budaev and Brown 2011).

Generally speaking, individuals with bold phenotypes are more likely to continue foraging under the risk of predation, return to foraging sooner following an attack from a predator, and spend more time away from shelter compared to shy conspecifics (Budaev and Brown 2011). According to the framework of adaptive forgetting (Ferrari et al. 2010a), we might expect bold individuals to retain learned predator recognition less effectively than shy conspecifics due to the reduced value placed on predator avoidance (Tymchuk et al. 2007). This is relevant to the prestocking paradigm, because hatchery-reared fish generally exhibit bolder behavioral tactics (i.e., brown trout, *Salmo trutta*; Sundström et al. 2004) and attenuated stress responses than do wild-caught conspecifics (Lepage et al. 2000), leading to potentially maladaptive behavior patterns.

Recently, we directly tested this prediction with HR juvenile rainbow trout. Juvenile trout were classified as shy vs. bold based on their latency to escape from an opaque chamber into a large test arena (a reliable method of assessing behavioral tactics; C. Brown et al. 2005; Wilson and McLaughlin 2007) and conditioned to recognize a novel predator cue (pumpkinseed odor). When tested for recognition of the conditioned cue 24 h later, there was no difference in the intensity of the learned antipredator response (Figure 1). However, when tested 9 days postconditioning, we found that bold trout no longer exhibited any evidence of retention of the learned response. Shy trout exhibited strong responses, similar to those of the day 2 testing (Figure 1). These data suggest that though it is possible to condition HR fish to recognize predators, they simply may not retain the information long enough to gain a functional benefit due to their bold behavioral phenotypes (G. E. Brown et al. in press).

### Growth Rates and Retention

Another common trait within hatchery settings is increased growth rates associated with both the reliable availability of food and the relaxation of competitive pressures (C. Brown and Laland 2002; Saikkonen et al. 2011). Ferrari et al. (2010a) suggested that increased growth rates should reduce the rela-



Figure 1. Mean (±SE) change in foraging attempts (A) and time moving (B) for shy (solid triangles) vs. bold (solid circles) rainbow trout conditioned to recognize pumpkinseed as a predation threat on day 1 and subsequently tested for recognition of pumpkinseed odor alone on day 2 and day 9. Shy phenotype trout exhibited significantly longer retention when compare to bold phenotype trout. Open symbols represent pseudoconditioned controls. Modified from G. E. Brown et al. (in press).



**Figure 2. Mean (±SE) change in foraging attempts for juvenile rainbow trout conditioned to recognize pumpkinseed odor as a predation threat (circles) or pseudoconditioned (control; triangles) and subsequently exposed to pumpkinseed odor either 24 h postconditioning (day 2) or 8 days postconditioning (day 9). Panel A depicts results where groups of trout of similar initial mass were fed a high food (5% mbw day−1) or a low food (1% mbw day−1) ration for the duration of the study. Panel B depicts results where trout of different initial masses were fed the same food ration (1% mbw day−1). Modified from G. E. Brown et al. (2011c).**



**Figure 3. Mean (±SE) change in foraging attempts (A) and time moving (B) for juvenile rainbow trout conditioned with a high risk cue (circles), a low risk cue (triangles) or pseudoconditioned (squares) to recognize pumpkinseed odor as a predator cue. Modified from Ferrari et al. (2010b).**

tive value of learned information. G. E. Brown et al. (2011b) tested this hypothesis under laboratory conditions with HR rainbow trout. Juvenile trout, matched for size, were reared on 1% or 5% mbw day−1 diets of standard trout chow for 7 days and then conditioned (or pseudoconditioned) to recognize a novel pumpkinseed predator. They were then either tested 24 h postconditioning (day 2) or held on the same 1% or 5% diet for an additional 8 days and then tested for recognition. The results suggest that though there was no difference in the intensity of the learned response between high and low food rations on day 2, only trout reared on the low food ration (low growth rate) showed any evidence of retention when tested on day 9. The observation that response intensity among conditioned trout on day 2 did not differ precludes the possibility that the observed differences on day 9 were due to hunger levels. Trout reared on the high growth rate ration were not different from pseudoconditioned controls (Figure 2A). These results were further supported by a companion study in which small (~0.6 g) and larger (~1.8 g) trout were fed the same 1% mbw day−1 rations and tested as above (Brown et al. 2011b). Despite a threefold difference in size, retention was similar between small and large trout

(Figure 2B). Combined, these results demonstrate that growth rate at the time of conditioning influences the value of the learned information, leading to differential retention times.

## Strength of Initial Conditioning

Several authors have shown that the strength of the initial conditioning event influences the overall intensity of learned predator recognition (Vilhunen and Hirvonen 2003; Ferrari et al. 2005; Zhao et al. 2006). For example, fathead minnows exhibit concentration dependent response intensities to conspecific alarm cues. Ferrari et al. (2005) found that the learned response to novel predator odors matched the intensity of the response during the initial conditioning event. More recently, Ferrari et al. (2010b) found that HR rainbow trout exhibited threat-sensitive retention of learned predator cues. Trout were conditioned to a high or low concentration of conspecific alarm cues (simulating high- vs. low-risk conditions) paired with the odor of pumpkinseeds (or pseudoconditioned) and tested for recognition. When tested for recognition 24 h postconditioning, they found that conditioned trout exhibited learned responses toward the predator cue but the intensity of response did not differ between those conditioned to high vs. low risk cues. However, when tested 8 days postconditioning, those initially exposed to the low risk cue did not retain the learned response (Figure 3).

## Ontogenetic Constraints on Learning

Thought it has not been directly tested, it is possible that ontogenetic stage may also play an important role in the retention of learned predator recognition. As mentioned above, Hawkins et al. (2008) and Hutchison et al. (2012) have demonstrated age-specific propensities for chemically mediated learning in juvenile Atlantic salmon and Murray cod. Moreover, as salmonids undergo smoltification, they incur considerable physiological stress (Järvi 1990). This, combined with increased standard metabolic rates in smolts vs. nonsmolting conspecifics (Seppänen et al. 2010), might lead to a reduction in the value of learned predator recognition in favor of increased foraging demands. Several studies (Damsgård and Arnesen 1998; Skilbrei and Hansen 2004) showed a short-term reduction in growth rate and foraging during the smoltification phase but this is typically followed by an extended period of rapid growth. Such a

shift in the value of predator avoidance vs. foraging benefits could lead to a reduction in retention (Ferrari et al. 2010a, 2010b).

However, size (ontogeny) has been shown to significantly influence risk-taking tactics in juvenile coho salmon (*Onchorhynchus kisutch*). Reinhardt and Healey (1999) compared the latency to resume foraging (as a measure of antipredator response intensity) among small (~1.5 g) vs. large (~3.5 g) coho salmon reared on similar food rations. Given that maximum potential growth rate is size dependent, larger fish will be capable of realizing a higher percentage of potential growth compared to smaller conspecifics during peak growing seasons (Reinhardt and Healey 1999). Reinhardt and Healey (1999) found that among the small-sized cohort, prior growth rate had a significant positive relationship with the latency to resume foraging following exposure to a standardized predation threat, suggesting that those with lower realized potential growth were more willing to accept increased risk in order to continue foraging in accordance with the asset protection model (Clark 1994). However, they found no effect of prior growth on the risk-taking tactics of the larger cohort. According to Ferrari et al. (2010c), prey that are more willing to accept risk in order to continue foraging (i.e., bold) should show reduced retention periods compared to more risk averse individuals. Thus, potential for growth influencing risk-taking tactics (asset protection) rather than actual growth (G. E. Brown et al. 2011b) may also shape retention.

## Implications for Prestocking Conditioning

Taken together, we see that the mechanism of chemically mediated predator recognition learning is an incredibly complex and sophisticated system, allowing for the acquisition of complex, context-specific behavioral response patterns within a wide variety of aquatic prey species. Moreover, an emerging field of research suggests that the question of how long to retain learned information is just as important to prey species as is the question of what to learn. Clearly, both learning and retention are highly plastic processes, shaped by



Photo 1. Behavioral observations of juvenile Atlantic salmon in the Catamaran Brook, New Brunswick. The orange markers (upper left) indicate foraging territories of individual salmon. Photo Credit: G. E. Brown.



Photo 2. Mesh enclosures anchored in the Catamaran Brook, New Brunswick. Enclosures can be stocked with tagged salmon and allow for long-term studies of behavior under natural conditions. Photo Credit: C. K. Elvidge.

environmental variability. If predator recognition learning is to result in increased poststocking survival, as suggested by a variety of authors (Suboski and Templeton 1989; C. Brown and Laland 2001; Fernö et al. 2011), we should revisit the design of prestocking conditioning paradigms in light of the results presented above. Next, we suggest a number of possible avenues for future studies. Many of the topics discussed below have

previously been considered in the context of hatchery practices with an aim to enhance growth, quality, and survival, as well as the effectiveness of hatchery practices as a conservation tool (i.e., Sharma et al. 2005; Paquet et al. 2011). Thus, we limit our discussion to the relevance toward life skills training. Any findings must be considered in light of current best practices within the hatchery setting.

## POSSIBLE AVENUES FOR FUTURE RESEARCH

One possibility to overcome this potential retention issue associated with prestocking conditioning would be to increase the strength of the initial conditioning event. Increasing the number of conditioning events may strengthen the initial learning and hence extend the retention of prestocking conditioning. Vilhunen (2006) found that HR Arctic charr exposed to four sequential conditioning events exhibited stronger learned responses than those conditioned a single time. Moreover, multiple conditioning events enhanced survival during staged encounters with predators. Typically, prestocking training studies have actively conditioned HR salmonids once or twice. It is possible that multiple conditioning events would extend the duration of retention, allowing for increased poststocking benefits. Likewise, based on the findings of Ferrari et al. (2010a), increased concentrations of alarm cues, indicating higher risks, should increase the strength of the initial conditioning. A recent study by Ferrari et al. (2012) demonstrated that woodfrog tadpoles (*Rana sylvatica*) that have been conditioned to recognize a novel predator odor four times retained their learned response longer than those conditioned once. This could combine with the potential benefits of social learning (C. Brown et al. 2003; Vilhunen et al. 2005).

A potential difficulty associated with repeated conditioning might be that HR fish may habituate to the predator odor. Though Vilhunen (2006) found that repeated conditionings enhanced the strength of learning, Berejikian et al. (2003) suggested that HR Chinook salmon may habituate to repeated exposures to the predator odor. There are, however, several differences between these two studies, the most relevant of which include the fact that Berijikian et al. (2003) tested Chinook salmon that were roughly twice the size as the Arctic charr tested by Vilhunen (2006). The observed differences could be related to species-specific differences in learning abilities or ontogenetic effects. Additional work is needed to examine the potential limitations associated with habituation.

A second potential avenue would be to reduce the latency between conditioning and stocking. In-stream or near-shore enclosures could be used to hold stocked fish prior to release. Such enclosures would expose HR salmonids to natural flow and drift regimes and would allow for acclimation prior to release. Large groups could then be conditioned and released. Recent work by Olson et al. (2012) suggested that mass conditioning may allow for the effective prestocking conditioning of HR fishes. Enclosure conditioning could also take advantage of potential social learning (C. Brown et al. 2003; Vilhunen et al. 2005; D'Anna

et al. 2012). Vihunen et al. (2005) demonstrated that the effectiveness of social predator recognition learning is greatest when a relatively small number of experienced prey are housed with naïve prey.

Third, as described above, growth rate at the time of conditioning appears to influence retention of acquired predator recognition in at least one HR salmonid. Studies are needed to determine the potential effectiveness of placing HR salmonids on a restricted food ration prior to stocking. For example, HR stocks fed with on-demand feeders could be switched to fixed-ration feeders. Limiting the available foraging opportunities for a short time frame (a few days) may have an impact on retention without increasing stress or competition among stock populations (Ashley 2007).

Fourth, a limited number of studies examining the potential benefits of prestocking conditioning on postrelease survival have been conducted on smolts. Additional studies focused on presmolt life history stages are needed. Though it is clear that under laboratory conditions, smolts can indeed acquire recognition of novel predators (i.e., Berejikian et al. 1999), the increased physiological stress associated with smoltification and migration (Järvi 1990) may function to reduce the value of learned information. It is possible that young-of-the-year fry would exhibit longer retention periods, allowing for potential poststocking survival benefits.

Fifth, as mentioned earlier, HR fish may exhibit maladaptive or poorly developed foraging behavior in addition to impaired predator recognition. Several authors (i.e., Brown and Laland 2002; Rodewald et al. 2011) have successfully employed social learning and/or environmental enrichment to encourage context-appropriate foraging behavior in HR fishes prior to stocking. Under natural conditions, prey must balance the need to forage and avoid predators (Lima and Dill 1990). As such, there is a strong interaction between the two suites of behaviors. Combining context-appropriate foraging and predator recognition into an overall life skills training approach (C. Brown and Laland 2001) may further enhance the poststocking survival of HR fishes. In addition, as described above, prey can be conditioned to recognize multiple predators simultaneously (i.e., Darwish et al. 2005) and can generalize learned recognition across predators (i.e., G. E. Brown et al. 2011c). Learning multiple predators' cues at the same time or generalizing across ecologically relevant predators would further increase the ability of HR fish to balance foraging—predator-avoidance trade-offs—and may enhance poststocking survival.

The final issue that needs careful consideration is the habitat characteristics of both the conditioning environment and the place where the fish are to be released. Interactions between habitat characteristic and learning are at their infancy, but there are a few noteworthy studies that should provide us with issues to consider. For example, Gazdewich and Chivers (2002) conditioned minnows to recognize yellow perch as a predator and then staged encounters in two different habitat types. There was a clear effect of the predator training on prey survival, but

this was only evident when the encounters were staged in one habitat type. Considering the pre- and postconditioning environment may be crucial for the success of training programs. In another study, Smith et al. (2008) conditioned rainbow trout to recognize a novel predator odor at either pH 6.0 or 7.0. A week later, the fish that were tested for recognition of the odor at the pH used during conditioning displayed antipredator responses, whereas those tested at the other pH did not. This study points to the need to consider the water quality parameters of the water body in which the fish are released. A simple change in pH may render learning ineffective and the training programs a waste of valuable resources.

Taken together, the research described in our review suggests that more research is needed to investigate the potential benefits associated with prestocking predator recognition training. The behavioral ecology literature suggests that learning is an adaptive phenotype that confers significant benefits under conditions of variable predation risk. Moreover, this literature suggests that the question of how long learned information is retained is equally as important as what information is learned.

## ACKNOWLEDGMENTS

We thank Dylan Fraser, Paul Blanchfield, James Grant, Patrick Malka, and Chris Elvidge for helpful comments and discussion. Financial support was provided by Concordia University and the Natural Science and Engineering Research Council (NSERC) to G.E.B. and the University of Saskatchewan and NSERC to M.C.O.F. and D.P.C.

## REFERENCES

Ashley, P. J. 2007. Fish welfare: current issues in aquaculture. Applied Animal Behaviour Science 104:199–235.

Beckman, B. R., W. W. Dickhoff, W. S. Zaugg, C. Sharpe, R. Schrock, D. A. Larsen, R. D. Ewing, A. Palmisano, C. B. Schreck, and C. V. W. Mahnken. 1999. Growth, smoltification, and smolt-to-adult return of spring Chinook salmon from hatcheries on the Deschutes River, Oregon. Transactions of the American Fisheries Society 128:1125–1150.

Berejikian, B. A., R. J. F. Smith, E. P. Tezak, S. L. Schroder, and C. M. Knudsen. 1999. Chemical alarm signals and complex hatchery rearing habitats affect antipredator behavior and survival of Chinook salmon (Oncorhynchus tshawytscha) juveniles. Canadian Journal of Fisheries and Aquatic Sciences 56:830–838.

Berejikian, B. A., E. P. Tezak, and A. L. LaRae. 2003. Innate and enhanced predator recognition in hatchery-reared Chinook salmon. Environmental Biology of Fishes 67:241–251.

Brown, C., and R. Day. 2002. The future of stock enhancements: lessons for hatchery practice from conservation biology. Fish and Fisheries 3:79–94.

Brown, C., F. Jones, and V. Braithwaite. 2005. In situ examination of boldness–shyness traits in the tropical poeciliid, Brachyraphis episcopi. Animal Behaviour 70:1003–1009.

Brown, C., and K. Laland. 2001. Social learning and life skills training for hatchery reared fish. Journal of Fish Biology 59:471–493.

———. 2002. Social enhancement and social inhibition of foraging behaviour in hatchery-reared Atlantic salmon. Journal of Fish Biology 61:987–998.

Brown, C., A. Markula, and K. Laland. 2003. Social learning of prey location in hatchery-reared Atlantic salmon. Journal of Fish Biology 63:738–745.

Brown, G. E., T. Bongiorno, D. M. DiCapua, L. I. Ivan, and E. Roh. 2006. Effects of group size on the threat-sensitive response to varying concentrations of chemical alarm cues by juvenile convict cichlids. Canadian Journal of Zoology 84:1–8.

Brown, G. E., and D. P. Chivers. 2005. Learning as an adaptive response to predation. Pages 34–54 in P. Barbosa and I. Castellanos, editors. Ecology of predator–prey interactions. Oxford University Press, New York.

Brown, G. E., D. P. Chivers, and R. J. F. Smith. 1997. Differential learning rates of chemical versus visual cues of a northern pike by fathead minnows in a natural habitat. Environmental Biology of Fishes 49:89–96.

Brown, G. E., M. C. O. Ferrari, and D. P. Chivers. 2011a. Learning about danger: chemical alarm cues and threat-sensitive assessment of predation risk by fishes. Pages 59–80 in C. Brown, K. Laland, and J. Krause, editors. Fish cognition and behavior, 2nd edition. Wiley-Blackwell, London.

Brown, G. E., M. C. O. Ferrari, P. H. Malka, L. Fregeau, L. Kayello, and D. P. Chivers. In press. Retention of acquired predator recognition among shy versus bold juvenile rainbow trout. Behavioral Ecology and Sociobiology [online serial]. DOI: 10.1007/s00265-01201422-4

Brown, G. E., M. C. O. Ferrari, P. H. Malka, M.-A. Oligny, M. Romano, and D. P. Chivers. 2011b. Growth rate and retention of learned predator cues by juvenile rainbow trout: faster-growing fish forget sooner. Behavioral Ecology and Sociobiology 65:1267–1276.

Brown, G. E., M. C. O. Ferrari, P. H. Malka, S. Russo, M. Tressider, and D. P. Chivers. 2011c. Generalization of predators and nonpredators by juvenile rainbow trout: learning what is and is not a threat. Animal Behaviour 81:1249–1256.

Brown, G. E., C. J. Macnaughton, C. K. Elvidge, I. Ramnarine, and J.-G. J. Godin. 2009. Provenance and threat-sensitive predator avoidance patterns in wild-caught Trinidadian guppies. Behavioral Ecology and Sociobiology 63:699–706.

Brown, G. E., J.-F. Poirier, and J. C. Adrian, Jr. 2004. Assessment of local predation risk: the role of subthreshold concentrations of chemical alarm cues. Behavioral Ecology 15:810–815.

Brown, G. E., and R. J. F. Smith. 1998. Acquired predator recognition in juvenile rainbow trout (Oncorhynchus mykiss): conditioning hatchery reared fish to recognize chemical cues of a predator. Canadian Journal of Fisheries and Aquatic Sciences 55:611–617.

Budaev, S., and C. Brown. 2011. Personality traits and behaviour. Pages 135–165 in C. Brown, K. Laland, and J. Krause, editors. Fish cognition and behavior, 2nd edition. Wiley-Blackwell, London.

Chivers, D. P., G. E. Brown, and M. C. O. Ferrari. 2012. Evolution of fish alarm substances. Pages 127–139 in C. Brömark and L.-A. Hansson, editors. Chemical Ecology in Aquatic Systems. Oxford University Press, Oxford, UK.

Chivers, D. P., and R. J. F. Smith. 1994. The role of experience and chemical alarm signaling in predator recognition by fathead minnows, Pimephales promelas. Journal of Fish Biology 44:273–285.

Chivers, D. P., B. D. Wisenden, C. J. Hindman, T. A. Michalak, R. C. Kusch, S. G. W. Kaminskyj, K. L. Jack, M. C. O. Ferrari, R. J. Pollock, C. F. Halbewachs, M. S. Pollock, S. Alemadi, C. T. James, R. K. Savaloja, C. P. Goater, A. Corwin, R. S. Mirza, J. M. Kiesecker, G. E. Brown, J. C. Adrian, Jr., P. H. Krone, A. R. Blaustein, and A. Mathis. 2007. Epidermal "alarm substance" cells of fishes maintained by non-alarm functions: possible defence against pathogens, parasites and UVB radiation. Proceed-

ings of the Royal Society of London, Series B 274:2611–2619.

Clark, C. W. 1994. Antipredator behavior and the asset-protection principle. Behavioral Ecology 5:159–170.

Dall, S. R. X., L.-A. Giraldeau, O. Olsson, J. M. McNamara, and D. W. Stephens. 2005. Information and its use by animals in evolutionary ecology. Trends in Ecology and Evolution 20:187–193.

Damsgård, B., and A. M. Arnesen. 1998. Feeding, growth and social interactions during smolting and seawater acclimation in Atlantic salmon, *Salmo salar* L. Aquaculture 168:7–16.

D'Anna, G., V. M. Giacalone, T. V. Fernándes, A. M. Vaccaro, C. Pipitone, S. Mirto, S. Mazzola, and F. Badalamenti. 2012. Effects of predator and shelter conditioning on hatchery-reared white seabream *Diplodus sargus* (L., 1758) released at sea. Aquaculture 356–357:91–97.

Darwish, T. L., R. S. Mirza, A. O. H. C. Leduc, and G. E. Brown. 2005. Acquired recognition of novel predator odour cocktails by juvenile glowlight tetras. Animal Behaviour 70:83–89.

Dupuch, A., P. Magnan, and L. M. Dill. 2004. Sensitivity of northern redbelly dace, *Phoxinus eos,* to chemical alarm cues. Canadian Journal of Zoology 82:407–415.

Fernö, A., G. Huse, P. J. Jakobsen, T. S. Kristiansen, and J. Nilsson. 2011. Fish behaviour, learning, aquaculture and fisheries. Pages 359–404 *in* C. Brown, K. Laland, and J. Krause, editors. Fish cognition and behavior, 2nd edition. Wiley-Blackwell, London.

Ferrari, M. C. O., G. E. Brown, G. R. Bortolotti, and D. P. Chivers. 2010a. Linking predator risk and uncertainty to adaptive forgetting: a theoretical framework and empirical test using tadpoles. Proceedings of the Royal Society of London, Series B 277:2205–2210.

Ferrari, M. C. O., G. E. Brown, C. D. Jackson, P. H. Malka, and D. P. Chivers. 2010b. Differential retention of predator recognition by juvenile rainbow trout. Behaviour 147:1792–1802.

Ferrari, M. C. O., J. J. Trowell, G. E. Brown, and D. P. Chivers. 2005. The role of learning in the development of threat-sensitive predator avoidance by fathead minnows. Animal Behaviour 70:777–784.

Ferrari, M. C. O., V. Vrtělová, G. E. Brown, and D. P. Chivers. 2012. Understanding the role of uncertainty on learning and retention of predator information. Animal Cognition 15:807–813.

Ferrari, M. C. O., B. D. Wisenden, and D. P. Chivers. 2010c. Chemical ecology of predator–prey interactions in aquatic ecosystems: a review and prospectus. Canadian Journal of Zoology 88:698–724.

Fraser, D. J. 2008. How well can captive breeding programs conserve biodiversity? A review of salmonids. Evolutionary Applications 1:535–586.

Gazdewich, K. J., and D. P. Chivers. 2002. Acquired predator recognition by fathead minnows: influence of habitat characteristics on survival. Journal of Chemical Ecology 28:439–445.

Hawkins, L. A., J. D. Armstrong, and A. E. Magurran. 2007. A test of how predator conditioning influences survival of hatchery-reared Atlantic salmon, Salmo salar, in restocking programmes. Fisheries Management and Ecology 14:291–293.

———. 2008. Ontogenetic learning of predator recognition in hatchery-reared Atlantic salmon, Salmo salar. Animal Behaviour 75:1663–1671.

Houde, A. L. S., D. J. Fraser, and J. A. Hutchings. 2010. Reduced antipredator responses in multi-generational hybrids of farmed and wild Atlantic salmon (Salmo salar L.). Conservation Genetics 11:785–794.

Huntingford, F. A. 2004. Implications of domestication and rearing conditions for the behaviour of cultivated fishes. Journal of Fish Biology 65:122–144.

Hutchison, M., D. Stewart, K. Chilcott, A. Butcher, A. Henderson, M. McLennan, and P. Smith. 2012. Strategies to improve post release

survival of hatchery-reared threatened fish species. Murray-Darling Basin Authority Publication No. 135/11.

Jackson, C. D., and G. E. Brown. 2011. Differences in antipredator behaviour between wild and hatchery-reared juvenile Atlantic salmon (Salmo salar) under seminatural conditions. Canadian Journal of Fisheries and Aquatic Sciences 68:2157–2165.

Järvi, T. 1990. Cumulative acute physiological stress in Atlantic salmon smolts: the effect of osmotic imbalance and the presence of predators. Aquaculture 89:337–350.

Johnson, S. L., J. H. Power, D. R. Wilson, and J. Ray. 2010. A comparison of the survival and migratory behavior of hatchery-reared and naturally reared steelhead smolts in the Alsea River and Estuary, Oregon, using acoustic telemetry. North American Journal of Fisheries Management 30:55–71.

Kim, J.-W., J. L. A. Wood, J. W. A. Grant, and G. E. Brown. 2011. Acute and chronic increases in predation risk affect the territorial behaviour of juvenile Atlantic salmon in the wild. Animal Behaviour 81:93–99.

Leduc, A. O. H. C., E. Roh, C. Breau, and G. E. Brown. 2007. Learned recognition of a novel odour by wild juvenile Atlantic salmon, Salmo salar, under fully natural conditions. Animal Behaviour 73:471–477.

Lepage, O., Ø. Øverli, E. Petersson, T. Järvi, and S. Winberg. 2000. Differential stress coping in wild and domesticated sea trout. Brain, Behavior and Evolution 56:259–268.

Lima, S. L., and L. M. Dill. 1990. Behavioral decisions made under the risk of predation: a review and prospectus. Canadian Journal of Zoology 68:619–640.

Mackney, P. A., and R. N. Hughes. 1995. Foraging behaviour and memory windows in sticklebacks. Behaviour 132:1241–1253.

Mathis, A., D. P. Chivers, and R. J. F. Smith. 1996. Cultural transmission of predator recognition in fishes: intraspecific and interspecific learning. Animal Behaviour 51:185–201.

Mathis, A., and R. J. F. Smith. 1993. Fathead minnows (Pimephales promelas) learn to recognize pike (Esox lucius) as predators on the basis of chemical stimuli from minnows in the pike's diet. Animal Behaviour 47:645–656.

Mirza, R. S., and D. P. Chivers. 2000. Predator-recognition training enhances survival of brook trout: evidence from laboratory and field-enclosure studies. Canadian Journal of Zoology 78:2198–2208.

Olla, B. L., M. W. Davis, and C. H. Ryer. 1994. Behavioral deficits in hatchery reared fish: potential effects on survival following release. Aquaculture and Fisheries Management 25:19–34.

———. 1998. Understanding how the hatchery environment represses or promotes the development of behavioral survival skills. Bulletin of Marine Science 62:531–550.

Olson, J. A., J. M. Olson, R. E. Walsh, and B. D. Wisenden. 2012. A method to train groups of predator-naïve fish to recognize and respond to predators when released into the natural environment. North American Journal of Fisheries Management 32:77–81.

Paquet, P.J., T. Flagg, A. Appleby, J. Barr, L. Blankenship, D. Campton, M. Delarm, T. Evelyn, D. Fast, J. Gislason, P. Kline, D. Maynard, L. Mobrand, G. Nandor, P. Seidel, and S. Smith. 2011. Hatcheries, conservation, and sustainable fisheries—achieving multiple goals: results of the Hatchery Scientific Review Group's Columbia River Basin review. Fisheries 36:547–561.

Reinhardt, U. G., and M. C. Healey. 1999. Season- and size-dependent risk taking in juvenile coho salmon: experimental evaluation of asset protection. Animal Behaviour 57:923–933.

Roberts, L. J., J. Taylor, and C. Garcia de Leaniz. 2011. Environmental enrichment reduces maladaptive risk-taking behavior in salmon reared for conservation. Biological Conservation 144:1972–1979.

Rodewald, P., P. Hyvärinen, and H. Hirvonen. 2011. Wild origin and

enriched environment promote foraging rate and learning to forage on natural prey of captive reared Atlantic salmon parr. Ecology of Freshwater Fish 20:569–579.

Saikkonen, A., J. Kekäläinen, and J. Piironen. 2011. Rapid growth of Atlantic salmon juveniles in captivity may indicate poor performance in nature. Biological Conservation 144:2320–2327.

Salvanes, A. G. V., and V. Braithwaite. 2006. The need to understand the behaviour of fish reared for mariculture or restocking. ICES Journal of Marine Science 63:346–354.

Seppänen, E., J. Piironen, and H. Huuskonen. 2010. Consistency of standard metabolic rate in relation to life history strategy of juvenile Atlantic salmon Salmo salar. Comparative Biochemistry and Physiology, Part A 156:278–284.

Sharma, R., A. B. Cooper, and R. Hilborn. 2005. A quantitative framework for the analysis of habitat and hatchery practices on Pacific salmon. Ecological Modelling 183:231–250.

Shively, R. S., T. P. Poe, and S. T. Sauter. 1996. Feeding response by northern squawfish to a hatchery release of juvenile salmonids in the Clearwater River, Idaho. Transactions of the American Fisheries Society 125:230–236.

Sih, A. 1992. Prey uncertainty and the balance of antipredator and foraging needs. American Naturalist 139:1052–1069.

Skilbrei, O. T., and T. Hansen. 2004. Effects of pre-smolt photoperiod regimes on post-smolt growth rates of different genetic groups of Atlantic salmon (Salmo salar). Aquaculture 242:671–688.

Smith, J. J., A. O. H. C. Leduc, and G. E. Brown. 2008. Chemically mediated learning in juvenile rainbow trout. Does predator odour pH influence intensity and retention of acquired predator recognition? Journal of Fish Biology 72:1750–1760.

Suboski, M. D., and J. J. Templeton. 1989. Life skills training for hatchery fish: social learning and survival. Fisheries Research 7:343–352.

Sundström, L. F., E. Petersson, J. Höjesjö, J. I. Johnsson, and T. Järvi. 2004. Hatchery selection promotes boldness in newly hatched brown trout (Salmo trutta): implications for dominance. Behavioral Ecology 15:192–198.

Tymchuk, W. E., L. F. Sundström, and R. H. Devlin. 2007. Growth and survival trade-offs and outbreeding depression in rainbow trout (Oncorhynchus mykiss). Evolution 61:1225–1237.

Vilhunen, S. 2006. Repeated antipredator conditioning: a pathway to habituation or to better avoidance? Journal of Fish Biology 68:25–43.

Vilhunen, S., and H. Hirvonen. 2003. Innate antipredator responses of Arctic charr (Salvelinus alpinus) depend on predator species and their diet. Behavioral Ecology and Sociobiology 55:1–10.

Vilhunen, S., H. Hirvonen, and M. V. M. Laakkonen. 2005. Less is more: social learning of predator recognition requires a low demonstrator to observer ratio in Arctic charr (Salvelinus alpinus). Behavioral Ecology and Sociobiology 57:275–282.

Wilson, A. D. M., and R. L. Mclaughlin. 2007. Behavioural syndromes in brook charr, Salvelinus fontinalis: prey-search in the field corresponds with space use in novel laboratory situations. Animal Behaviour 74:689–698.

Zhao, X., M. C. O. Ferrari, and D. P. Chivers. 2006. Threat-sensitive learning of predator odours by a prey fish. Behaviour 143:1103–1121.

## W.F. Thompson Award for Best Student Paper Published in 2011

Nominations are open for the W.F. Thompson Award, which will be given by the American Institute of Fishery Research Biologists (AIFRB) to recognize the best student paper in fisheries science published during 2011. The award will consist of a check for $1000, a certificate, and a one-year membership in AIFRB at an appropriate level. The requirements for eligibility are as follows:

(1) the paper must be based on research performed while the student was a candidate for a Bachelor's, Master's, or Ph.D degree at a college or university in the Western Hemisphere;

(2) the results of the research must have been submitted to the recognized scientific journal in which it was eventually published, or to the editor of the book in which it was eventually published, within three (3) years of termination of student status;

(3) papers that are considered for the award must be concerned with freshwater or marine biological resources;

(4) the paper must be in English; and

(5) the student must be the senior author of the paper.

Nominations may be submitted by professors or other mentors, associates of the students, or by the students themselves.

The deadline for receipt of nominations is January 31, 2013. The nominations should be sent to the Chairman of the W.F. Thompson Award Committee, Dr. Frank M. Panek, USGS-Leetown Science Center, 11649 Leetown Rd, Kearneysville, WV 25430 (email: fpanek@usgs.gov).

Each nomination must be accompanied by a copy of the paper (unless it is easily available on the internet) and a résumé.

The papers will be judged by knowledgeable subject matter reviewers selected by the Chairman and members of the Committee on the basis of contribution to fisheries science, originality, and presentation.

**FEATURE**

# The National Ecological Observatory Network: An Observatory Poised to Expand Spatiotemporal Scales of Inquiry in Aquatic and Fisheries Science

**Ryan M. Utz,\* Michael R. Fitzgerald, Keli J. Goodman, Stephanie M. Parker, Heather Powell, and Charlotte L. Roehm**

The National Ecological Observatory Network, 1685 38th St. Suite 100, Boulder, CO 80301.

\*E-mail: rutz@neoninc.org

**ABSTRACT:** *Large spatiotemporal-scale fisheries research amid pervasive environmental change requires scientific resources beyond the capabilities of individual laboratories. Here we introduce the aquatics program within a novel institution, the National Ecological Observatory Network (NEON), poised to substantially advance spatiotemporal scales of inquiry in fisheries research. NEON will collect high-quality data from sites distributed throughout the United States, including Alaska, Hawaii, and Puerto Rico, for 30 years. Data products will include hundreds of metrics that comprehensively quantify the biological, chemical, and hydrogeomorphic attributes of streams, lakes, and rivers in the observatory network. Coupling observations from NEON terrestrial, atmospheric, and airborne programs will facilitate unique inquiries in ecohydrology. All NEON-generated data will be rigorously quality controlled and posted to an entirely open-access web portal. Proposals that expand the observatory scope through additional observations, sites, or experiments are encouraged. Thus, NEON represents an unprecedented and dynamic resource for fisheries researchers in the coming decades.*

## INTRODUCTION

Understanding the multiscaled spatial and temporal processes that structure aquatic ecosystems is a fundamental challenge in fisheries management and conservation. For example, the suite of physical controls that shape habitat templates in rivers operate with observable signatures spanning approximately 15 orders of magnitude across time and space (Minshall 1988), whereas processes occurring among and within interacting populations of organisms exhibit an arguably equivalent degree of spatiotemporal heterogeneity (Fausch et al. 2002). Complicating matters further, freshwater and terrestrial ecosystems are inexorably linked through nutrient (Marcarelli et al. 2011), prey (Wipfli and Baxter 2010), and water subsidies also operating at variable spatiotemporal scales. Finite resources inevitably limit the spatial and temporal extent of virtually all ecological studies, resulting in a high likelihood of overlooking or mischaracterizing important patterns and processes (Cooper et al. 1998).

**La red del Observatorio Ecológico Nacional: un sistema listo para expandir la escala espacio-temporal de la investigación en la ciencia acuática y pesquera**

**RESUMEN:** La investigación pesquera en grandes escalas espacio-temporales, dentro de un ambiente cambiante, requiere de recursos científicos que van más allá de las capacidades de laboratorios individuales. En la presente contribución se introduce el programa "aquatics" concebido en el seno de una institución de reciente formación, el Observatorio Ecológico Nacional (NEON) que fue diseñado para mejorar de forma sustancial la escala de investigación espacio-temporal de las ciencias pesqueras. NEON recolectará datos de alta calidad, dentro de un periodo de 30 años, de distintos sitios distribuidos a lo largo de los Estados Unidos de Norteamérica, incluyendo Alaska, Hawái y Puerto Rico. Los datos incluirán cientos de medidas que cuantifican los atributos biológicos, químicos e hidrogeomorfológicos de arroyos, lagos y ríos que abarca el observatorio. El acoplamiento de observaciones de los programas terrestres, atmosféricos y aéreos de NEON facilitará la investigación eco-hidrológica. Todos los datos generados por NEON pasarán por un riguroso control de calidad y serán puestos a disposición del público en general en un portal de internet. Se exhortan aquellas propuestas que, a través de la adición de observaciones, sitios o experimentos, estén encaminadas a expandir el ámbito del observatorio. Así, NEON representa un recurso, dinámico y sin precedentes, para los investigadores pesqueros en las próximas décadas.

Such knowledge gaps inevitably lead to uncertainties when developing science-informed management decisions.

Applying broad-scale spatiotemporal data often proves to be an effective means of addressing such challenges. For instance, long-term data sets from widely distributed locations have been recently used to highlight greater than expected phenological responses of plants to climate change (Wolkovich et al. 2012), demonstrate spatially pervasive trends of rising water temperatures in streams and rivers (Kaushal et al. 2010), and evaluate the current status of marine fisheries on a global spatial scale (Worm et al. 2009). Yet the information resources that led to such findings represent the exception in ecology, with the majority of collected data within the field remaining proprietary and inaccessible despite the clear need for openness in

such a collaborative, interdisciplinary science (Reichman et al. 2011). Furthermore, even when data are freely available, poorly documented metadata, incomplete provenance, and/or inconsistent methodology can render comparability among locations or across time spans impossible (Peters 2010).

Fortunately, several recently initiated large-scale environmental observatories will soon expand scales of inquiry in disciplines with ties to fisheries science for all researchers. Such networks aim to freely provide multidecadal data records collected using standardized methodology to allow trend comparisons among widely dispersed sites. For instance, the National Science Foundation (NSF)-supported Ocean Observatory Initiative will begin publishing 25 years worth of open-access multivariate oceanographic data from a network of deepwater and coastal arrays dispersed throughout the western hemisphere starting in 2015 (Cowles et al. 2010). Another NSF-funded initiative, the Critical Zone Observatory (CZO; http://www.criticalzone.org), freely publishes hydrologic, chemical, and physical data from the vadose zones of seven locations throughout the United States and Puerto Rico (Anderson et al. 2008; Lin et al. 2011). Lake ecologists may access an unprecedented catalog of information amassed by the Global Lake Ecological Observatory Network (GLEON; gleon.org), a grassroots network of scientists integrating scalable environmental data from lakes around the world (Hanson 2008; Kratz et al. 2006).

Here we introduce an observatory poised to become a valuable resource for fisheries scientists: the National Ecological Observatory Network (NEON). The observatory is an NSF-funded project currently being constructed by an independent 501(3)(c) nonprofit corporation (NEON, Inc.; headquartered in Boulder, Colorado). The explicit mission of NEON is to enable continental-scale ecological forecasting (i.e., identifying broad-scale patterns across North America and using these to help predict future trends) by providing infrastructure and high-quality, standardized data collected throughout the United States, including Alaska, Hawaii, and Puerto Rico. Specifically, NEON was explicitly designed to address Grand Challenge questions in the environmental sciences put forth by the National Research Council (NRC 2001). NEON-generated data are thus strategically intended to provide standardized observations and experimental data to increase understanding of how (1) climate change, (2) land use change, and (3) invasive species interact to impact (1) biogeochemical cycles, (2) biodiversity, (3) ecohydrological processes, and (4) the spread of infectious diseases (Figure 1; NEON 2011).

During the scheduled 30 years of operation, NEON will archive and provide open access to more than 600 data products. Parameters will range from standard descriptive field measurements, such as indicators of water quality (e.g., $NO_3$ concentrations, total organic matter, and acid neutralizing capacity) to complex metrics derived from multiple variables (e.g., stream metabolism, fish biodiversity, $NO_3$ flux). Each measurement will be subjected to a rigorous quality assurance/quality control check. All observatory-generated data will be posted to an open-access web portal for research community and general public use. NEON will operate in 60 sites distributed among 20 ecoclimatic domains selected to maximize objective representation of



Figure 1. The theoretical basis of the NEON observatory. National Resource Council (NRC) Grand Challenges in environmental sciences have alluded to key questions that NEON data products are meant to help multiple communities address.

continental-scale environmental variability (Keller et al. 2008). The observatory is also a platform upon which researchers identifying an impetus for additional data or seeking to use NEON infrastructure for novel experiments are encouraged to apply for external funding to support their work.

Within NEON, an Aquatic Program will implement a sampling regime for 212 data products from 36 wadable streams, nonwadable rivers, and lakes throughout the United States. The Aquatic Program within NEON aims to address NRC-posited Grand Challenges in aquatic ecosystems with the exception of infectious disease dynamics. Aquatic data will include quantitative metrics characterizing diversity among multiple biological assemblages (fish, invertebrates, macrophytes, algae, and periphyton) and comprehensive biogeochemical, hydrologic, and geomorphic data. The following sections provide an overview of the data products to be derived by the NEON Aquatic Program and how they stand to benefit fisheries scientists. Because of the number of parameters to be collected, a comprehensive description of all planned data products would reach beyond the scope of this article. However, a full, descriptive list of planned data products may be freely accessed online (Keller 2010; Keller et al. 2010).

## BIOLOGICAL DATA

Providing comprehensive data that enable the detection of long-term trends in biological assemblages among North American ecosystems represents a fundamental NEON goal. Data products derived from NEON biological collections in aquatic sites will include the diversity, richness, relative abundance, and spatial distribution of microbes, algae, aquatic plants, macroinvertebrates, and fishes. Individual weights and lengths of fishes will also be quantified, with the exception of sensitive species or populations that prohibit such handling. NEON field crews will collect microbial biofilm, algal, and benthic macroinvertebrate community samples two to three times per year and fish sampling will occur once per year in streams and lakes. Zooplankton samples will also be collected in all lakes. Sampling regimes for fish will consist of electrofishing, gill netting, and/or minnow traps depending on site characteristics. During the 30-year period of NEON operations, special attention will be paid to invasive species and data will denote when organisms are not native. Riparian vegetation surveys will be undertaken at each site once per year during peak leaf out. Finally, phenologically important dates associated with riparian vegetation (leaf out, fall, and senescence) that dictate patterns in evapotranspiration and associated trends in stream hydrology will be recorded at each site.

In addition to biological data collected using conventional methodology, NEON will help advance molecular techniques that catalog species and improve biomonitoring efforts. NEON will work with existing partners, including the United States Environmental Protection Agency and Barcode of Life Datasystems, to develop novel DNA barcode databases (Hajibabaei et al. 2007) for select aquatic and terrestrial taxonomic groups that are morphologically difficult to distinguish and speciose. In aquatic ecosystems, a subset of benthic macroinvertebrates will be targeted for DNA barcoding. Though the initial target aquatic taxa for DNA barcoding has yet to be determined, the group will likely possess difficult taxonomic attributes, a ubiquitous distribution and significant potential for biomonitoring applications, such as nonbiting midges (Chironomidae; Raunio et al. 2011).

## CHEMICAL AND BIOGEOCHEMICAL DATA

Water quality in aquatic ecosystems is strongly integrated with surrounding terrestrial and atmospheric environments through multiple spatiotemporally heterogeneous processes (Williamson et al. 2008). Such relationships influence fish habitat, water quality, and ecosystem services, though fish may simultaneously shape water chemistry through nutrient transport, via ecosystem engineering (Moore 2006), and by creating biogeochemical hotspots (McIntyre et al. 2008). NEON will provide continuous and discrete chemical data of surface water (up to 35 parameters) at aquatic sites via in situ sensors and water samples collected up to 26 times per year. At lake sites, NEON water chemistry samples will span locations across lake surfaces and at multiple depths to quantify epilimnetic and hypolimnetic processes. These observations will help to define the seasonality of chemical parameters such as total and dissolved nutrients, cations, and anions. Isotopic ratios (i.e., $\delta N^{15}$, $O^{18}$, $S^{34}$, and $C^{13}$) in detritus, surface and subsurface water, particulate organic matter, and primary producer samples will also be collected to structure food webs and quantify links between chemical and biological processes and among environments. Because benthic zone sediments act as source, sink, or transformation centers of biogeochemical cycles, NEON will quantify sediment chemistry (up to 23 parameters including dissolved nutrients, cations, and anions) at least annually at all aquatic sites. Complementary metrics pertaining to grain size and structure will help determine sorption and oxygen depletion potentials. At sites where the likelihood of metal contamination is considered significant, NEON will measure sediment and water column metal concentrations. In addition to data derived from grab samples, continuous monitoring sensors will measure parameters such as turbidity, pH, conductivity, dissolved oxygen, temperature, and select nutrients, providing valuable real-time information on the chemical dynamics that affect aquatic organisms.

Aquatic chemistry parameters will also include in-house calculations of high-order biogeochemical metrics. NEON will produce measurements of whole-stream metabolism in wadable streams, which is a key indicator of processes that couple aquatic, terrestrial and atmospheric environments (Carpenter et al. 2005). Changes in land use and subsequent nutrient export from surrounding ecosystems can influence metabolism in receiving waters, ultimately impacting primary production and biological oxygen demand (Mulholland et al. 2001). In some cases, excessive nutrient inputs elevate primary productivity to rates that induce eutrophication, oxygen depletion, and fish kills (Dybas 2005). Given the value of metabolism as an integrator of environmental change, NEON will continuously quantify metabolism in wadable stream sites using a two-stage oxygen-depletion method. Associated data products will in-

clude relationships between discharge and stream reaeration rate coefficients, which will enable the calculation of continuous rates of gross primary production and ecosystem respiration per unit channel area and length. Other high-order biogeochemical metrics to be quantified by NEON include flux estimates for nitrogen, phosphorus, and carbon.

## HYDROLOGIC, GEOMORPHIC, AND GROUNDWATER DATA

Climate models indicate that global changes in hydrologic cycles are imminent and will significantly affect aquatic ecosystems worldwide. In northeastern North America, heavy precipitation events are predicted to occur more frequently, whereas in the arid southwest precipitation is anticipated to decrease (Solomon et al. 2009). Severe precipitation events may induce water quality degradation in small streams and lakes, because greater fractions of water budgets could potentially be transmitted via overland flow. Such events impact the thermal attributes of aquatic ecosystems: groundwater infiltration is thermally consistent, whereas the temperature of water delivered during events as overland flow may be highly variable (Brown and Hannah 2008). Pulse- and press-dynamic changes in precipitation, water temperature fluctuations, and hydrology associated with climate change will impact the reproductive success of many fishes (Daufresne and Boët 2007). NEON will continuously record stream stage and calculate instantaneous discharge at all wadable stream sites. Additionally, aquatic sites (including lakes) will be instrumented with a network of up to eight riparian monitoring wells (≤30 m deep) to quantify local groundwater contributions at locations where such infrastructure is feasible. Sensors deployed in wells will provide near-continuous data on groundwater level, temperature, and conductivity. The well network will be spatially designed to capture coverage of influent–effluent groundwater chemistry, hydraulic gradients, and flow directions. Coupling NEON biological and biogeochemical attributes with sensor-derived groundwater well, in-stream surface water, and atmospheric/meteorological station data will allow researchers to conduct unprecedented analyses in ecohydrology.

Morphology surveys will be conducted annually to monitor changes in aquatic site physical attributes. At each stream and river site, NEON typically secures access to conduct research within a 1,000-m reach, and morphology surveys will cover this entire extent. Morphological data products in wadable stream systems will include channel attributes such as slope, sinuosity, and the relative linear extent of specific habitat types (i.e., pools, riffles, and runs). Features will be mapped with respect to fixed coordinate systems to assess questions such as whether and how channel attributes evolve over time. Additionally, the abundance, location, and mobility of large woody debris (fundamentally important to aquatic ecosystems; Gregory et al. 2003) will be quantified during morphology surveys. In lakes, detailed bathymetry surveys will be conducted using acoustic technology with high-precision differential Global Positioning Systems.

## ATMOSPHERIC, TERRESTRIAL, AND REMOTELY SENSED DATA

NEON data collected outside of aquatic systems will likely also prove a valuable resource in many fisheries science applications. Terrestrial NEON data products consist of physical, chemical, and biological data, including soil metrics, evapotranspiration, phenological attributes (such as leaf senescence and emergence), and biochemical vegetation parameters. Such characteristics directly influence hydrologic cycles and water quality; thus, NEON data will enable investigative efforts relating terrestrial dynamics to hydrogeomorphic attributes in aquatic ecosystems. NEON will quantify stable isotope data signatures from multiple biotic and abiotic components of terrestrial and atmospheric environments. Consequently, stable isotope-based modeling of energy and material subsidies between terrestrial and aquatic food webs, an important phenomenon in both systems (Paetzold et al. 2005; Wipfli and Baxter 2010), will be possible across the network. NEON will collect a comprehensive suite of high-resolution data on atmospheric parameters from tower infrastructures, including total and photosynthetically active solar radiation, deposition, and wind speed/direction. These data may be used to quantify atmospheric controls on the physicochemical attributes of NEON aquatic ecosystems. Additionally, the NEON tower infrastructure will measure the chemical composition of dust and precipitation, thereby facilitating studies investigating deposition impacts on primary productivity in lake and marine ecosystems (Miller et al. 2007; Elser et al. 2009).

Data products will also include remotely sensed information derived from an Airborne Observation Platform (AOP). NEON will collect spectroscopic, photogrammetric, and light detection and ranging (LiDAR) data from flights deployed once annually over all sites in each domain. AOP observations will be converted to multiple high-order data products, such as land cover, canopy moisture, chemistry and structure, and disturbance metrics. These remotely sensed data are meant to bridge scales between satellite and terrestrially derived data. Integrating such information with aquatic and terrestrial observations should facilitate unprecedented analyses in watershed science.

## STREON—THE FIRST NEON NETWORK EXPERIMENT

As mentioned above, NEON encourages proposals submitted by external scientists who use observatory facilities to conduct novel experiments. The first among these will be the Stream Experimental Observatory Network (STREON), an experimental program that will serve as a long-term assessment of stream ecosystem responses to drivers of environmental change (eutrophication and the extirpation of large-bodied organisms). STREON will consist of two treatments: (1) the nutrient most likely limiting local primary production (nitrogen or phosphorous) will be enriched by 5× ambient concentrations and (2) large-bodied organisms such as fish and amphibians will be electrically excluded from patches of benthic habitat (sediment baskets) during an annual 8- to 12-week period (Figure 2). Ad-

ditionally, the likely nonlimiting nutrient (nitrogen or phosphorus) will be chronically added at an N:P ratio of 20:1. Nutrient enrichment treatments will be applied immediately downstream of the regular aquatic NEON reach in 10 sites (Table 1, Figure 2), and consumer exclusion apparatuses (and control replicates) will be deployed in both reaches. Data associated with STREON will include all standard NEON aquatic site measurements collected in both reaches. Additionally, sediment baskets linked to the consumer exclusion treatment will be incubated in closed recirculation chambers to quantify benthic metabolism and nutrient uptake.

Past chronic nutrient enrichment experiments have demonstrated distinct temporal thresholds of whole-ecosystem effects and elevated fish growth rates in treatment reaches (Benstead et al. 2007), and studies similar to the consumer exclusion component have revealed how fishes and other large-bodied organisms induce trophic cascades and/or serve as ecosystem engineers (Greathouse et al. 2006). What renders STREON unique from past efforts is the scope: the experiment will run over a 10-year period in 10 geoclimatically distinct streams across the continent. STREON will operate using standardized data quality assurance procedures to ensure that the experiment is as consistent as possible among sites. As with all NEON-generated information, STREON data will be open access, quality assured/quality controlled and available to the public via a web portal.

## Metric and Protocol Development

The metrics to be collected and posted by NEON were specifically selected to help address NRC Grand Challenges in the environmental sciences and were identified during the planning and design phases of NEON development. From 2005 to 2011, NEON held multiple workshops and meetings intended to solicit recommendations on metric selection from external researchers in various subdisciplines of ecology. The resulting comprehensive suite of data products to be collected may be found in Keller (2010) and Keller et al. (2010). However, the NEON suite of data products will not necessarily remain static during the 30 years of operations: researchers may apply for funding (through agencies external to NEON) to expand the scope of data products that NEON collects (explained further in The NEON Structure: Current and Future section below).

For each NEON-generated data product, including all described in the preceding sections, specific protocols defining field and laboratory procedures will be written by NEON staff ecologists and peer-reviewed by active members in the research community. Protocol methodology will attempt to outline the best-known sampling practices for NEON field technicians. Preliminary protocol drafts are distributed to a voluntary working group of scientists external to NEON for review. Working group members possess the expertise required to assess such protocols and include scientists from academia, government agencies, and nonprofit organizations. For example, the aquatics technical working group reviews all aquatics program protocols and is comprised of 18 aquatic ecologists from nine universities or colleges, three federal agencies, and two nonprofit research institutions (currently active members of all working groups are listed on the NEON website). Finalized protocols will be made available to the community as open-access online resources so that researchers wishing to apply NEON methodology to maximize the comparability of data they collect may do so.

Protocols are developed to maximize data comparability among sites. Wherever possible, NEON personnel will apply identical methodology across sites. Procedures applied will represent those most appropriate for the setting where local environmental conditions significantly affect the efficacy of a certain method. For instance, when sampling benthic macroinvertebrates, Surber samplers will be used in mid- to high-gradient streams with hard substrates, whereas sites with sandy or silty substrates will be sam-



**Figure 2. Experimental design of the STREON program at a typical site.**

TABLE 1. NEON candidate aquatic sites and examples of fish species found in these water bodies. Sites listed are pending land use agreements (for site updates visit the NEON website). Numbers in the first column correspond to those illustrated in Figure 4. Italicized stream names denote sites in the STREON program.

| Site | Name, State | Watershed area (km2; lotic systems) or surface area (ha; lakes) | Fish community attributes at site |
|---|---|---|---|
| 1 | West Branch Bigelow Creek, MA | 0.3 | No fishes present |
| 2 | Sawmill Brook, MA | 4.0 | No fishes present |
| 3 | *Baisman Run, MD* | 1.7 | Six species including brook trout (Salvelinus fontinalis), rosyside dace (Clinostomus funduloides), and longnose dace (Rhinichthys cataractae) |
| 4 | Posey Creek, VA | 2.2 | Currently unknown, but likely mottled sculpin (Cottus bairdi), creek chub (Semotilus atromaculatus), and blacknose dace (Rhinichthys atratulus) |
| 5 | Suggs Lake, FL | 31.5 | Fourteen recorded species, including spotted gar (Lepisosteus oculatus), bowfin (Amia calva), and warmouth (Lepomis gulosus) |
| 6 | Barco Lake, FL | 10.1 | Warmouth, largemouth bass (Micropterus salmoides), and bluegill (Lepomis macrochirus) |
| 7 | Ichawaynochaway Creek, GA | 2,683.2 | Fifty recorded species including goldstripe darter (Etheostoma parvipinne), shoal bass (Micropterus cataractae), and spotted bullhead (Ameiurus serracanthus) |
| 8 | *Río Cupeyes, PR* | 11.3 | American eel (Anguilla rostrada), mountain mullet (Angonostomus monticola), and bigmouth sleeper (Gobiomorus dormitor) |
| 9 | Río Guillarte, PR | 11.9 | Currently unknown; likely similar to Río Cupeyes |
| 10 | Lake Clara, WI | 27.4 | At least five species characteristic of north-temperate lakes, including yellow perch (Perca flavescens), largemouth bass, and northern pike (Esox lucius) |
| 11 | Pickerel Creek, WI | 34.9 | Currently unknown |
| 12 | *Kings Creek, KS* | 12.4 | Twenty recorded species including orangethroat darter (Etheostoma spectabile), orangespotted sunfish (Lepomis humilis), and shorthead redhorse (Moxostoma macrolepidotum) |
| 13 | McDowell Creek, KS | 214.4 | Thirty-six recorded species, including carmine shiner (Notropis percobromus), southern redbelly dace (Phoxinus erythrogaster), and longnose gar (Lepisosteus osseus) |
| 14 | LeConte Creek, TN | 9.1 | Brook trout and mottled sculpin (Cottus bairdi) |
| 15 | *Walker Branch, TN* | 0.4 | Creek chub and western blacknose dace (Rhinichthys obtusus) |
| 16 | Black Warrior River, AL | 15,159.3 | One hundred twenty-six recorded species including Tuskaloosa darter (Etheostoma douglasi), redeye bass (Micropterus coosae), and black redhorse (Moxostoma duquesnei) |
| 17 | Lower Tombigbee River, AL | 47,102.4 | One hundred twenty-one recorded species, including paddlefish (Polyodon spathula), river redhorse (Moxostoma carinatum), and crystal darter (Ammocrypta asprella) |
| 18 | *Mayfield Creek, AL* | 17.0 | Currently unknown, but could include >25 species. Supports populations of Tombigbee darter (Etheostoma lachneri), least brook lamprey (Lampetra aepyptera), and bluehead chub (Nocomis leptochephalus) |
| 19 | Prairie Pothole, ND | 11.0 | Currently unknown; likely supports populations of brook stickleback (Culea inconstans) and black bullhead (Ameirus melas) |
| 20 | Prairie Lake, ND | 30.0 | Currently unknown; likely similar to Prairie Pothole lake |
| 21 | Arikaree River, CO | 2,874.9 | Nineteen species, including brassy minnow (Hybognathus hanksinsoni), northern plains killifish (Fundulus kansae), and orangethroat darter |
| 22 | South Pond, OK | 0.8 | No fishes present |
| 23 | Pringle Creek, TX | 18.1 | Currently unknown; likely supports populations of mimic shiner (Notropis volucellus), blackstripe topminnow (Fundulus notatus), and logperch (Percina caprodes) |
| 24 | Bozeman Creek, MT | 48.7 | Currently unknown |
| 25 | Blacktail Deer Creek, WY | 38.9 | Brook trout |
| 26 | Fool Creek, CO | 2.4 | Currently unknown |
| 27 | Como Creek, CO | 4.8 | Greenback cutthroat trout (Oncorhynchus clarki stomias) |
| 28 | Sycamore Creek, AZ | 345.0 | Longfin dace (Agosia chrysogaster) and desert sucker (Pantosteus clarki) |
| 29 | Red Butte Creek, UT | 16.7 | Bonneville cutthroat trout (O. clarki utah) |
| 30 | East Branch Planting Creek, OR | 1.6 | Currently unknown; likely supports populations of coastal cutthroat trout (O. clarki clarki) |
| 31 | *McRae Creek, OR* | 5.2 | Coastal cutthroat trout |
| 32 | Providence Creek, CA | 1.3 | No fishes present |
| 33 | *Convict Creek, CA* | 52.1 | Brook trout (Salvelinus fontinalis), brown trout (Salmo trutta), rainbow trout (Oncorhynchus mykiss) |
| 34 | Toolik Lake, AK | 146.7 | At least five species including lake trout (Salvelinus namaycush), Arctic grayling (Thymallus arcticus), and round whitefish (Prosopium cylindraceum) |
| 35 | *Oksrukuyik Creek, AK* | 73.5 | Arctic grayling and slimy sculpin (Cottus cognatus) |
| 36 | *Caribou Creek, AK* | 30.7 | Arctic grayling and slimy sculpin |

pled using hand corers. Posted data will specify methodological approaches, and the open-access protocols used to collect the data will allow interested researchers to determine the rationale concerning methodological decisions. Sample collection timing will also be coordinated to maximize data comparability among sites. NEON will identify periods where maximum biological diversity is expected for each target assemblage using externally collected historical data from each domain.

## NEON Site Selection Process and Aquatic Sites

Sites in the NEON network are chosen to simultaneously maximize representation among major North American ecosystems and allow researchers to address environmental questions of regional concern. To distribute sites throughout major ecological gradients of North America, NEON used multivariate geographic clustering (Hargrove and Hoffman 1999) to partition the continental United States, Alaska, Hawaii, and Puerto Rico into 20 ecoclimatic domains. All domains (excluding Hawaii) include one to three aquatic sites that fall into two categories: core sites, which will remain fixed in place during the entire 30 years of NEON operations, and relocatable sites, which are intended to move approximately every 5 years to capture variation within a domain and address regional questions of interest. Sites were selected to represent the greatest degree of characteristic ecological attributes of the corresponding domains. Core sites typically consist of ecosystems that are minimally impacted by anthropogenic stressors. Relocatable sites may be in areas impacted by anthropogenic stressors and are usually paired with either core sites or other relocatables to allow contrasting measurements between impacted and relatively intact ecosystems. The data collected from all sites may be used to extrapolate relationships that identify the driving causes of long-term ecological changes to areas not sampled but where partial, extensively sampled, or gridded information is available.

Currently, the candidate aquatic sites in the NEON network include 26 wadable streams, three nonwadable rivers, and seven lakes representing characteristic aquatic ecosystems among a majority of North American ecoregions (Table 1, Figures 3 and 4). Sites are considered as candidates until a land use agreement is obtained. NEON aquatic site selection is informed by external scientific input from those familiar with the respective domain and follows the same criteria of terrestrial and atmospheric site selection: core sites are situated in relatively intact watersheds, whereas relocatable sites may be anthropogenically impacted. Wherever possible, aquatic sites are located adjacent to (i.e., <5 km) NEON tower and terrestrial sites to help couple data among ecosystems. NEON lotic ecosystem sizes range from small, first-order, fishless streams to large rivers that support highly diverse fish communities. The network of sites in Domain 8, the Ozarks Complex, may prove particularly valuable for fisheries and aquatic ecosystem science because they consist of three sites with nested catchments of various sizes within a large river watershed. Domain 8 sites were specifically selected to span the river continuum (Vannote et al. 1980) of the Tombigbee River watershed and include reaches with more than 100 recorded fish species.

## The NEON Structure: Current and Future

NEON is an NSF-funded project managed and maintained by an independent, nonprofit corporation (NEON, Inc.) implemented through the Large Facilities Office (LFO). Examples of well-known observatories managed under this program include the Arecibo and Gemini Satellite Observatories. Programs implemented through the LFO typically undergo a multiyear review process with incremental developmental steps prior to operations termed the major research equipment and facilities construction (MREFC) process. Construction funds were awarded in fiscal year 2011; a 5-year construction phase (where sites are fitted with sensors and data collection begins) followed by a 30-year operations phase is now set to ensue. Within each domain, NEON crews stationed in local offices will perform field operations. Central NEON headquarters is located in Boulder, Colorado.

All data will be posted on an open-access, NEON-maintained Internet portal. The portal system will include comprehensive search interfaces, filtering capabilities (e.g., searching within regional and/or date criteria), and decision-support functions to help investigators become fully aware of all available data pertinent to their inquiries. The data acquisition portal is currently under development and many design specifications have yet to be finalized. However, NEON will collaborate with several existing data management initiatives, such as the National Water Quality Monitoring Council and BioOne, to assist with portal development. External researchers will also be consulted to help maximize data portal functionality. Regardless of the final design, an open-source metadata structure and provenance process will ensure that users understand where and how all data are derived. All data will undergo stringent quality assurance/quality control product definition, statistical, and modeling analysis to ensure the identification of erroneous readings. Wherever possible, data will be cross-checked using related sensors or measurements among the NEON data streams. Researchers and the public will be able to access NEON-derived design and protocol documents using the web portal to ensure data comparability and methodological repeatability outside of the observatory. For instance, the standardized, peer-reviewed field protocol applied for fish sampling will be downloadable so that reliably comparable data may be collected elsewhere.

Educational resources and tools are being developed at NEON to ensure that observatory-generated information, including data, is accessible and usable for all interested users. In partnership with stakeholder communities, NEON will employ a variety of approaches to engage communities in the scientific process. Planned educational activities include social media applications, online learning modules, citizen science projects, student research and internship programs, short courses, and workshops to help individuals at all levels of professional development effectively use observatory-generated data. Graduate students from any institution will be able to participate in a competitive field and data analysis course to help familiarize themselves with NEON resources. The NEON web portal will be an interface to many educational resources, including

online learning modules for students hoping to use NEON data. Citizen science programs will enable participants to collect, contribute, interpret, and visualize scientific data that may significantly contribute to scientific inquiry. Project Budburst, the first among such initiatives (comanaged by the Chicago Botanical Garden and NEON), provides an interface for amateur botanists to report the dates of phenological events such as leaf out and senescence at any location. Interested researchers may now access thousands of phenological event data recorded across the country over the past 4 years.

NEON aims to be a dynamic and valued resource by actively encouraging the scientific community to develop research projects that leverage NEON data, facilities, and infrastructure. Currently, the NSF Macrosystems Biology program, supporting research on biological systems at regional to continental scales, is a principal avenue for fostering scientific collaboration with NEON. Other NSF funding programs that have encouraged NEON collaboration to date include the Research Coordination Networks and Campus Cyberinfrastructure–Network Infrastructure and Engineering Program. New collaborative efforts that leverage NEON may also be funded by agencies other than NSF or nongovernmental institutions. Proposals that include the use or leveraging of NEON assets may be submitted by universities, nonprofit institutions, non-academic organizations, or federal agencies. Decisions regarding the use of NEON assets in novel work will be assessed for technical and logistical feasibility by NEON staff in accordance with policies and procedures currently in development and subject to NSF approval. Quantitative, interdisciplinary, and systems-oriented research on biological processes and their interactions with environmental change at continental scales will be particularly encouraged. Smaller scale initiatives, including new technology testing and implemention, will also be possible and promoted through collaborations with NEON scientists. Finally, collaborative research may be fostered through student internships with individuals mentored by both external and NEON scientists.



**Figure 3. Kings Creek, a NEON candidate core aquatic and STREON site located within the Konza Prairie Biological Station near Manhattan, Kansas. NEON will collect population estimates of fishes, including (A) central stoneroller, (B) orangethroat darter, and (C) southern redbelly dace in Kings Creek for 30 years. Additionally, data from the STREON experiment will allow any interested researcher to explore how populations of these fishes respond to chronic nutrient enrichment and how their extirpation might impact ecological processes in the benthic zone.**



**Figure 4. Map of NEON North American domains and locations of aquatic sites in the observatory. Site numbers correspond to those listed in Table 1.**

Successful analyses and forecasting in fisheries science at broad scales amid pervasive global environmental change will require unprecedented scientific resources. NEON aims to become a transformative tool in the ecological sciences by providing high-quality, nonproprietary, and comprehensive data across spatiotemporal scales beyond the capabilities of individual laboratories. The combined suite of aquatic, terrestrial, and atmospheric data generated by NEON will particularly enhance investigations of material and energy exchanges across apparent ecosystem boundaries, which are increasingly recognized as critically important in aquatic ecosystems (Lamberti et al.

2010). To learn more about NEON, including the observatory structure, data products, working group members, and construction updates, please visit the NEON website (neoninc.org).

## ACKNOWLEDGMENTS

We thank Wendy Gram, Bob Tawa, Dave Tazik, and Jennifer Walton for their input that improved the quality of this manuscript and Melissa Slater for mapmaking assistance. Photos of fishes were obtained through the North American Native Fishes Association (used with permission).

## REFERENCES

Anderson, S. P., R. C. Bales, and C. J. Duffy. 2008. Critical Zone Observatories: building a network to advance interdisciplinary study of Earth surface processes. Mineralogical Magazine 72: 7–10.

Benstead, J. P., A. C. Green, L. A. Deegan, B. J. Peterson, K. Slavik, W. B. Bowden, and A. E. Hershey. 2007. Recovery of three arctic stream reaches from experimental nutrient enrichment. Freshwater Biology 52:1077–1089.

Brown, L. E., and D. M. Hannah. 2008. Spatial heterogeneity of water temperature across an alpine river basin. Hydrological Processes 22:954–967.

Carpenter, S. R., J. J. Cole, M. L. Pace, M. Van de Bogert, D. L. Bade, D. Bastviken, C. M. Gille, J. R. Hodgson, J. F. Kitchell, and E. S. Kritzberg. 2005. Ecosystem subsidies: terrestrial support of aquatic food webs from $C^{13}$ addition to contrasting lakes. Ecology 86:2737–2750.

Cooper, S. D., S. Diehl, K. Kratz, and O. Sarnelle. 1998. Implications of scale for patterns and processes in stream ecology. Australian Journal of Ecology 23:27–40.

Cowles, T., J. Delaney, J. Orcutt, and R. Weller. 2010. The Oceans Observatories Initiative: sustained ocean observing across a range of spatial scales. Marine Technology Society Journal 44:54–64.

Daufresne, M., and P. Boët. 2007. Climate change impacts on structure and diversity of fish communities in rivers. Global Change Biology 13:2467–2478.

Dybas, C. L. 2005. Dead zones spreading in world oceans. BioScience 55:552–557.

Elser, J. J., M. Kyle, L. Steger, K. R. Nydick, and J. S. Baron. 2009. Nutrient availability and phytoplankton nutrient limitation across a gradient of atmospheric nitrogen deposition. Ecology 90:3062–3073.

Fausch, K. D., C. E. Torgersen, C. V. Baxter, and H. W. Li. 2002. Landscapes to riverscapes: bridging the gap between research and conservation of stream fishes. BioScience 52:483–498.

Greathouse, E. A., C. M. Pringle, and W. H. McDowell. 2006. Do small-scale exclosure/enclosure experiments predict the effects of large-scale extirpation of freshwater migratory fauna? Oecologia 149:709–717.

Gregory, S. V., K. L. Boyer, and A. M. Gurnell, editors. 2003. The ecology and management of wood in world rivers. American Fisheries Society, Symposium 37, Bethesda, Maryland.

Hajibabaei, M., G. A. C. Singer, P. D. N. Hebert, and D. A. Hickey. 2007. DNA barcoding: how it complements taxonomy, molecular phylogenetics and population genetics. Trends in Genetics 23:167–172.

Hanson, P. C. 2008. New ecological insights through the Global Lake Ecological Observatory Network (GLEON). Ecological Science 27:300–302.

Hargrove, W. W., and F. M. Hoffman. 1999. Using multivariate clustering to characterize ecoregion borders. Computing in Science & Engineering 1:18–25.

Kaushal, S. S., G. E. Likens, N. A. Jaworski, M. L. Pace, A. M. Sides, D. Seekell, K. T. Belt, D. H. Secor, and R. L. Wingate. 2010. Rising stream and river temperatures in the United States. Frontiers in Ecology and the Environment 8:461–466.

Keller, M. 2010. NEON level 1–3 data products catalog. National Ecological Observatory Network, NEON document no. NEON. MGMT.DPS.005004.REQ, Boulder, Colorado. Available: http://www.neoninc.org/sites/default/files/NEON%20basic%20level%20data%20products%20catalog%20Spring%202010_0.pdf. (May 2012).

Keller, M., L. Alves, S. Aulenbach, B. Johnson, T. Kampe, R. Kao, M. Kuester, H. Loescher, V. McKenzie, H. Powell, and D. Schimel. 2010. NEON scientific data products catalog. National Ecological Observatory Network, NEON document no. NEON.MGMT. DPS.005003.REQ, Boulder, Colorado. Available: http://www. neoninc.org/sites/default/files/NEON%20high%20level%20 data%20products%20catalog%20Spring%202010_0.pdf. (May 2012).

Keller, M., D. S. Schimel, W. W. Hargrove, and F. M. Hoffman. 2008. A continental strategy for the National Ecological Observatory Network. Frontiers in Ecology and the Environment 6:282–284.

Kratz, T. K., P. Arzberger, B. J. Benson, C. Chiu, K. Chui, L. Ding, T. Fountain, D. Hamilton, P. C. Hanson, Y. H. Hu, F. Lin, D. F. McMullen, S. Tilak, and C. Wu. 2006. Toward a global lake ecological observatory network. Publications of the Karelian Institute 145:51–63.

Lamberti, G. A., D. T. Chaloner, and A. E. Hershey. 2010. Linkages among aquatic ecosystems. Journal of the North American Benthological Society 29:245–263.

Lin, H., J. W. Hopmans, and D. deB. Richter. 2011. Interdisciplinary sciences in a global network of critical zone observatories. Vadose Zone Journal 10:781–785.

Marcarelli, A. M., C. V. Baxter, M. M. Mineau, and R. O. Hall. 2011. Quantity and quality: unifying food web and ecosystem perspectives on the role of resource subsidies in freshwaters. Ecology 92:1215–1225.

McIntyre, P. B., A. S. Flecker, M. Vanni, J. Hood, B. Taylor, and S. Thomas. 2008. Fish distributions and nutrient recycling in a tropical stream: can fish create biogeochemical hotspots? Ecology 89:2335–2346.

Miller, A. J., A. J. Gabric, J. R. Moisan, F. Chai, D. J. Neilson, D. W. Pierce, and E. D. Lorenzo. 2007. Global change and oceanic primary productivity: effects of ocean–atmosphere–biological feedbacks. Pages 27–63 in H. Kawahata and Y. Awaya, editors. Global climate change and response of carbon cycle in the equatorial Pacific and Indian Oceans and adjacent landmasses. Elsevier, Amsterdam.

Minshall, G. W. 1988. Stream ecosystem theory: a global perspective. Journal of the North American Benthological Society 7:263–288.

Moore, J. W. 2006. Animal ecosystem engineers in streams. BioScience 56:237–246.

Mulholland, P. J., C. S. Fellows, J. L. Tank, N. B. Grimm, J. R. Webster, S. K. Hamilton, E. Martí, L. Ashkenas, W. B. Bowden, W. K. Dodds, W. H. Mcdowell, M. J. Paul, and B. J. Peterson. 2001. Inter-biome comparison of factors controlling stream metabolism. Freshwater Biology 46:1503–1517.

NEON (National Ecological Observatory Network). 2011. 2011 Science strategy: enabling continental-scale ecological forecasting. Available: http://www.neoninc.org/sites/default/files/NEON_Strategy_2011u2_0.pdf. (May 2012).

NRC (National Research Council). 2001. Grand challenges in environmental sciences. National Academies Press, Washington, D.C.

Paetzold, A., C. J. Schubert, and K. Tockner. 2005. Aquatic–terrestrial linkages along a braided-river: riparian arthropods feeding on aquatic insects. Ecosystems 8:748–759.

Peters, D. P. C. 2010. Accessible ecology: synthesis of the long, deep, and broad. Trends in Ecology & Evolution 25:592–601.

Raunio, J., J. Heino, and L. Paasivirta. 2011. Non-biting midges in biodiversity conservation and environmental assessment: findings from boreal freshwater ecosystems. Ecological Indicators 11:1057–1064.

Reichman, O. J., M. B. Jones, and M. P. Schildhauer. 2011. Challenges and opportunities of open data in ecology. Science 331:703–705.

Solomon, S., G.-K. Plattner, R. Knutti, and P. Friedlingstein. 2009. Irreversible climate change due to carbon dioxide emissions. Proceedings of the National Academy of Sciences 106:1704–1709.

Vannote, R. L., G. W. Minshall, K. W. Cummins, J. R. Sedell, and C. E. Cushing. 1980. The river continuum concept. Canadian Journal of Fisheries and Aquatic Sciences 37:130–137.

Williamson, C. E., W. Dodds, T. K. Kratz, and M. A. Palmer. 2008. Lakes and streams as sentinels of environmental change in terrestrial and atmospheric processes. Frontiers in Ecology and the Environment 6:247–254.

Wipfli, M. S., and C. V. Baxter. 2010. Linking ecosystems, food webs, and fish production: subsidies in salmonid watersheds. Fisheries 35:373–387.

Wolkovich, E. M., B. I. Cook, J. M. Allen, T. M. Crimmins, J. L. Betancourt, S. E. Travers, S. Pau, J. Regetz, T. J. Davies, N. J. B. Kraft, T. R. Ault, K. Bolmgren, S. J. Mazer, G. J. McCabe, B. J. McGill, C. Parmesan, N. Salamin, M. D. Schwartz, and E. E. Cleland. 2012. Warming experiments underpredict plant phenological responses to climate change. Nature 485: 494–497.

Worm, B., R. Hilborn, J. K. Baum, T. A. Branch, J. S. Collie, C. Costello, M. J. Fogarty, E. A. Fulton, J. A. Hutchings, S. Jennings, O. P. Jensen, H. K. Lotze, P. M. Mace, T. R. McClanahan, C. Minto, S. R. Palumbi, A. M. Parma, D. Ricard, A. A. Rosenberg, R. Watson, and D. Zeller. 2009. Rebuilding global fisheries. Science 325:578–585.



## Specializing in PIT Tag Technology
### For Over 22 Years



**A Reputation You Can Trust**

Biomark specializes in designing, fabricating and installing customized detection arrays to meet your specific project needs. Our systems provide you the peace of mind and data collection reliability that you can expect with 22 years experience of PIT tag system development and implementation.

**Leading the industry in product development, manufacturing, implementation and supply.**

**HPT Tags**

| Outstanding performance
| FDX-B & **HDX**
| Bulk & Pre-loaded
| Competitive pricing

**Hand Readers**

| Water resistant & durable
| Time/Date stamp
| Large memory
| Easy memory download



**BIOLOGISTS | PROJECT MANAGERS | ENGINEERS**
208.275.0011 | customerservice@biomark.com | ww.biomark.com

# SIUC Subunit Blends Research and Service in Pursuit of Professional Development

**Carlin Fenn, Jeffrey Hillis, and Jesse Trushenski**

**Center for Fisheries, Aquaculture and Aquatic Sciences, Southern Illinois University Carbondale, Carbondale, IL 62901.**

Members of the Southern Illinois University Carbondale (SIUC) Subunit of the Illinois Chapter of the American Fisheries Society take a multi-faceted approach to promote the conservation of aquatic resources through personal, professional, and community development. From teaching youths about aquatic ecology and fish identification, to the development of the inaugural "Carp-A-Thon" for area anglers, the SIUC IL-AFS Subunit serves as an important community resource. This past year alone, members planned and participated in well over a dozen fisheries-related outreach events, including the Illinois Department of Natural Resources' Urban Fishing program, where members had the chance to introduce youngsters to the joys of angling and the importance and value of the great outdoors.

Opportunities abound for Subunit members to develop their fisheries and interpersonal skills by electrofishing area lakes, generating stock assessment reports, and presenting their findings to anglers and members of the community. This year, members experienced a unique opportunity to culture freshwater prawn as part of an SIUC-sponsored research project. At the end of the summer, the tasty crustaceans were harvested and sold to students and faculty of SIUC and greater Southern Illinois community as a fundraiser for the Subunit. Additionally, members gained pond-culture experience, learned about prawn biology, and collected data for a bioenergetics study.

The next few months are an exciting time for the SIUC IL-AFS Subunit, as members are currently developing monthly workshops to give new students out-of-the-classroom learning opportunities in electrofishing, lab and culture techniques, pond management, and boat maintenance, safety, and operation. These opportunities build professional skill sets, human and resource networks, and a sense of camaraderie among both new and old members of the fisheries community at SIUC. The SIUC Subunit also serves as an important means of mentoring undergraduate students by incorporating real field and lab experiences to supplement traditional classroom-style learning. Graduate students benefit from undergraduate assistance that is always available. This relationship is important to the growth of the program and describes the Subunit's mission. Encouraging academic excellence, robust research productivity, and community service are the focus of the SIUC IL-AFS Subunit. In addition to serving locally, the Subunit also has a history of helping the Illinois Chapter and AFS Sections at various levels. Through the Subunit, members feel a connection to our local cadre of fish-heads, as well as AFS and the broader fisheries community.

To learn more about the SIUC IL-AFS Subunit, please visit their website at http://fishstudent.rso.siu.edu. For more information on establishing a Student Subunit at your college or university, contact your state AFS Chapter.





(Left): SIUC IL-AFS member Jake Norman instructs beginning anglers on how to properly cast a rod and reel during the 2012 Illinois Department of Natural Resources' Urban Fishing program. Through this vital community resource, many children had the opportunity to catch their first fish, thus generating a newfound enthusiasm for fishing within the youngest members of the Southern Illinois community. (Center): From May through September 2012, SIUC IL-AFS members cultured freshwater prawn in SIUC-provided ponds. Members harvested the prawn in late September, and sold them by the pound as a fundraiser for the Subunit. Not only did Subunit members witness how tasty freshwater prawn are, but they also gained experience on data collection for a bioenergetics study and learned about prawn biology and pond culture techniques. Above, SIUC IL-AFS member and prawn fundraiser organizer Bonnie Mulligan holds a "blue claw" male prawn during the harvest. (Right): SIUC IL-AFS member and past-president John Bowzer holds a contestant's carp entry for the 1st annual Southern Illinois "Carp-A-Thon". The fishing tournament was sponsored in part by the SIUC IL-AFS, and served as both a platform to both raise awareness of the Bighead and Silver carp infiltration of local waterways and a fundraiser for the Subunit. Prizes were awarded to the anglers for "Biggest Carp" and "Top Ten Heaviest Fish."



## **Win the honor of having YOUR writing published In Fisheries!**

## Student Writing Contest Now Accepting Submissions

**Submission deadline**
April 1, 2013

**Submissions should be directed to:**
Walt Duffy, USGS California Coop Fish & Wildlife Unit, Humboldt State University, Arcata, CA 95521

**Questions?**
Call Walt Duffy at (707) 826-5644 or email walter.duffy@humboldt.edu

The **American Fisheries Society Student Writing Contest** recognizes students for excellence in the communication of fisheries research to the general public.

Undergraduate and graduate students are encouraged to submit a 500- to 700-word article explaining their own research or a research project in their lab or school. The article must be written in language understandable to the general public (i.e., journalistic style). The winning article will be published in *Fisheries.*

Students may write about research that has been completed, is in progress, or is in the planning stages. The papers will be judged according to their quality and their ability to turn a scientific research topic into a paper for the general public and will be scored based upon a grading rubric. Check the AFS Web site (www.fisheries. org) awards page for the grading rubric.

**POLICY STATEMENT**

# American Fisheries Society Adopts New Policy, Encourages Efforts to Understand and Limit Effects of Lead in Sport Fishing Tackle on Fish and Wildlife

**Jesse Trushenski and Paul Radomski**

*American Fisheries Society, Resource Policy Committee*

In October of 2012, the American Fisheries Society (AFS) voted to adopt a new policy statement on "Lead in Sport Fishing Tackle." Like all AFS policies, this document represents the collective voice of the oldest, largest, and most influential professional organization dedicated to the fisheries sciences. The new policy draws attention to the negative effects of lead in the environment and encourages scientists, regulatory authorities, tackle manufacturers, the sport fishing community, and other stakeholders to work together to understand and limit any negative effects of lead-based tackle (e.g., sinkers, jigs) on fish and other organisms.

Lead is a naturally occurring but toxic element. Because of its negative effects on human and animal health, lead is banned in products such as gasoline, paint, and solder in many countries. However, lead is still commonly used in fishing tackle because it is readily available, dense, malleable, and inexpensive. Though lost fishing tackle can remain intact and relatively stable for decades or centuries in aquatic systems, if ingested by animals, the lead in these products becomes more biologically available and can result in lethal exposures. The effects of ingesting such tackle were established in waterbirds in the 1970s and 1980s, following lead poisoning events in localized populations of loons and swans. Although population-level effects have not been unequivocally demonstrated and lost tackle represents a relatively small fraction of the total amount of lead found in the environment (surface runoff, atmospheric deposition, and mining activities are more significant sources), given the likelihood of ingestion and the magnitude of organism-level effects of exposure following ingestion, it would seem prudent to assess, understand, and limit the negative effects of lead in sportfishing tackle on fish and other aquatic organisms.

This issue was reviewed by members of the AFS Resource Policy Committee (RPC), under the principal leadership of Paul Radomski, Tom Bigford, and Jesse Trushenski. In cooperation with a special committee established by then AFS President Wayne Hubert, Radomski and the other members of the RPC prepared a draft policy statement. Following review by the AFS RPC, governing board, and membership at large, the Society adopted the policy, calling for stakeholders to address the potential effects of lead in sportfishing tackle on fish populations.

Accordingly, the policy of the AFS, in regard to lead in sport fishing tackle, is to

1. Recognize that lead has been known for centuries to be toxic to biological organisms. Thus, the loss and subsequent ingestion of lead sinkers and jigheads by aquatic animals and the potential ramifications of lead ingestion is a natural resource management issue.
2. Understand that the impact of ingested lead on individuals of certain waterfowl species is generally accepted, but population-level impacts on fish and wildlife species are not well documented. Although conclusive scientific proof of these effects is not currently available, actions to inform, educate, and encourage sportfishing tackle manufacturers, users, and researchers to reduce future introductions of lead into aquatic ecosystems appears advisable. Accordingly, collaborate with fish and wildlife professionals, tackle manufacturers, anglers, policy makers. and the public to encourage the use of non-lead forms of small fishing sinkers and jigheads that are protective of potentially affected fish and wildlife populations.
3. Encourage scientifically rigorous research on lead tackle aimed at generating toxicological and environmental chemistry data including bioavailability assessments; support monitoring and modeling of exposure and effects on at-risk populations; encourage studies predicting consequences of exposure and long-term population-level effects of different tackle material; and encourage studies on reducing the economic and social barriers to nontoxic fishing tackle development and use.
4. Recognize that the hunting and angling communities can be important advocates and forces of change regarding natural resources issues and support educational efforts to promote greater public awareness and understanding of the consequences of lead exposure in wildlife species and the potential gains in environmental quality from use of lead-free fishing tackle.
5. Update policy language as focused research provides additional data on lead tackle-related impacts.

To read the full text of the new policy statement or any of the society's current policies, please visit the American Fisheries Society online at http://fisheries.org/policy_statements.

## MISSION STATEMENT

*Fisheries* is the monthly peer-reviewed membership publication of the American Fisheries Society (AFS). Its goal is to provide timely, useful, and accurate information on fisheries science, management, and the fisheries profession for AFS members. Some types of articles which are suitable for *Fisheries* include fishery case histories, review or synthesis articles covering a specific issue, policy articles, perspective or opinion pieces, essays, teaching case studies, and current events or news features. We particularly encourage the submission of short-form (under 5 typeset pages) "mini-review" articles. Our goal is to move towards four science-based papers in each issue. We will waive page charges for even shorter articles (under 2 typeset pages) on such articles as current events in fisheries science, interviews with fisheries scientists, history pieces, informative how-to articles, etc. We also encourage articles that will expose our members to new or different fields, and that recognize the varied interests of our readers. Research articles may be considered if the work has broad implications or applications and the subject matter can be readily understood by professionals of a variety of backgrounds. *Fisheries* is the Society's flagship publication and is the mostly widely read fisheries science publication in the world. Accordingly, content submitted for consideration should appeal broadly to fisheries professionals and speak to the interests of the AFS membership. Lengthy, highly technical, or narrowly focused research articles are better suited to the AFS technical publications, and we encourage authors to consider the other AFS journals as venues for these works.

## REVIEWED ARTICLES

**\*IMPORTANT**

The maximum length of articles accepted in *Fisheries* is 10 type-set pages (including photos, figures, tables, pull quotes, titles, translations, etc.). One full page of article text with absolutely no figures, tables, pull quotes, titles, headers, translations, or photos is approximately 880 words or 6100 characters including spaces. Please adhere to this standard, taking figures and other non-text content into consideration, when preparing manuscripts for submission to *Fisheries*.

## Features, Perspectives, and Review Articles

We encourage submission of topical manuscripts of broad interest to our readership that address contemporary issues and problems in all aspects of fisheries science, management, and policy. Articles on fisheries ecology and aquatic resource management; biology of fishes, including physiology, culture, genetics, disease, and others; economics and social issues; educational/administrative concepts, controversies, techniques, philosophies, and developments; and other general interest, fisheries-oriented subjects will be considered. Policy and issue papers are welcome, particularly those focusing on current topics in fisheries policy. As noted above, we are particularly interested in mini-reviews, which should concisely but comprehensively summarize a topic under 5 typeset pages or less. Papers are judged on scientific and professional merit, relevance, and interest to fisheries professionals. Features and perspectives generally should not exceed 4,500 words (excluding references and tables) and should not cite more than 40 references. Please consult the managing editor PRIOR to submission for a length or reference limit exemption for review articles or articles of Society-wide significance.

Please submit your manuscript online using our manuscript tracking website at http://mc.manuscriptcentral.com/fisheries. If you cannot submit your manuscript online, please e-mail or phone the managing editor, Sarah Fox, for instructions: sgilbertfox@fisheries.org or 301-897-8616 x220 (for fastest response, please e-mail).

## Essays

Essays are thought-provoking or opinion articles based upon sound science. Essays may cover a wide range of topics, including professional, conservation, research, AFS, political, management, and other issues. Essays may be submitted in conjunction with a full feature article on the same topic. Essays can be up to 2,000 words, may include photographs or illustrations, and should not cite more than eight references. However, essays should provide scientific documentation, unlike unreviewed opinion pieces (below). Essays are peer-reviewed based on the following criteria: contribution to the ongoing debate, logical opinion based on good science, persuasiveness, and clarity of writing. Reviewer agreement with the opinion of the views expressed is not a criterion. Essays do not have page charges or abstracts. Essays should be formatted and submitted online as described above.

## Fisheries Education

*Fisheries* will consider publication of case studies and other articles specifically intended as teaching tools. These articles, including case studies or short topical summaries, should be formatted to be used for teaching aids for courses taught at the undergraduate level. Fisheries Education articles should be readily understood by undergraduate students with basic training in biological/ecological sciences, and include background information, discussion questions, teaching notes, and references. Peer review of teaching case studies and educational topics will be handled by a special committee of the AFS Education Section.

## Materials to Submit

- Assemble manuscripts in this order: title page, abstract page, text, references, tables, figure captions. Tables may be included at the end of the article file or may be submitted as separate files. Figures should not be embedded in the article file and should be submitted separately.
- Authors are strongly encouraged to submit a word processing file in either Word or plain text format.
- Figures/images should be in TIF (preferred), JPG, or PDF formats, and tables should be in Excel or Word formats.
- Word count is extremely important. (See limits for article types above.)
- The cover letter should explain how your paper is innovative, provocative, timely, and of interest to a broad audience. It should also include a list of potential reviewers who can provide an unbiased, informed, and thorough assessment of the manuscript. The cover letter can also be used to provide further explanation, if part of the information has been published or presented previously.
- Also in the cover letter, please include:
    1. A blurb for the table of contents (this should be one sentence that explains the article and captures the reader's attention).
    2. A cover teaser: 4-5 words that will go onto the cover of the magazine.

## General Instructions

- Consult current issues for additional guidance on format.
- Manuscripts should be double-spaced, including tables, references, and figure captions.

- Leave at least a 1-in margin on all sides. Indent all paragraphs. Number pages sequentially and use continuous line numbering.
- Use dictionary preference for hyphenation. Do not hyphenate a word at the end of a line. Use *Chicago Manual of Style, 14th edition* to answer grammar or usage questions.
- The first mention of a common name should be followed by the scientific name in parentheses. Our standard is C*ommon and Scientific Names of Fishes from the United States, Canada, and Mexico, 7th edition.*
- Define abbreviations the first time they are used in the text.
- Spell out one-digit numbers unless they are units of measure (e.g., four fishes, 3 mm, 35 sites). Use 1,000 instead of 1000; 0.13 instead of .13; % instead of percent.
- Use the name-and-year system for references in the text as follows:
    1. One author: Jones (1995) or (Jones 1995);
    2. Two authors: Jones and Jackson (1995) or (Jones and Jackson 1995);
    3. Several authors: Jones et al. (1995) or (Jones et al. 1995). But include author names in references.
    4. Manuscripts accepted for publication but not yet published: Jones and Smith (in press) or (Jones and Smith in press).
    5. Personal communications: (J. Jones, Institute for Aquatics, pers. comm.).
    6. Within parentheses, use a semicolon to separate different types of citations (Figure 4; Table 2), (Jones and Smith 1989; Felix and Anderson 1998). Arrange lists of citations chronologically (oldest first) in a text sentence.
- DO NOT cite more than three references for a specific point.
- For quotations include page number (Jones 1996:301).
- Institutional authors may be cited as acronyms in the text but must be defined in the reference list.

## Title Page
- Type the title near the middle of the page, centered, in caps and lowercase. Please do NOT submit the paper with a title in all caps
- Keep the title short, preferably less than seven words; it should accurately reflect the paper's content. Use common names.•
Below title, include author(s) name(s), title(s), affiliations, city, and state. In multi-authored works, indicate which author is responsible for correspondence.

## Abstract Page
- Type the abstract as one paragraph. You can copy and paste this into the online form.
- Do not cite references or use abbreviations in the abstract.
- Ensure that the abstract concisely states (150 words maximum) why you did the study, what you did, what you found, and what your results mean.

## Text
- See "General Instructions."
- Set all type at left. Boldface primary subheads and italicize secondary subheads.
- Insert tabs—not spaces—for paragraph indents.
- Italicize any words that should appear in italics.
- Avoid footnotes by including the information in the text.

## References
- Double-space between each reference entry but do not indent text. References will be formatted during the production process.
- Alphabetize entries first by the surnames of senior authors and the first word or acronym of corporate authors; second, by the initials of the senior authors with the same surname; and third, by the surnames of junior authors. References by a single author precede multi-authored works by the same senior author, regardless of date.
- List multiple works by the same author(s) chronologically, beginning with earliest date of publication.
- Distinguish papers by the same author(s) in the same year by putting lowercase letters after the date (1995a, 1995b).
- Use a long dash when the author(s) is/are the same as in the immediately preceding citation.
- "In press" citations must have been accepted for publication, and the name of the journal or publisher must be included.
- Insert a period and space after each initial of an author's name.
- Do not abbreviate journal names. Verify all entries against original sources, especially journal titles, accents, diacritical marks, and spelling in languages other than English.

## Tables
- Tables must be submitted in MS Word documents using the "Tables" tools, or as MS Excel files. Do not send tables as uneditable pictures that have been pasted into the document.
- Tables may be included with the article or submitted as separate files.
- Double-space everything, including the table title and column headings.
- Use single horizontal lines to separate column heads and to indicate the end of the table—other horizontal lines are not needed. Never use vertical lines.
- Use sentence-style captions for tables, not fragments.
- Capitalize only the first letter of the first word in each column and row entry (except initial caps for proper nouns).
- Tab between column items — DO NOT "space" between columns.
- Type "NA" (not applicable) where no entry applies in the table body. Do not add filler dashes.
- Label footnotes with lowercase, superscript letters, starting from the beginning of the alphabet (a, b, c).
- Redefine, in the table's caption or in a footnote, any acronyms that are used in the table but mentioned only infrequently in the text.

## Illustrations
Illustrations are photographs, drawings, or figures. Prepare illustrations using professional standards, and consult issues of *Fisheries* for examples.
- For review on the manuscript tracking system, we prefer digital photos (or scans). However, original film photos and slides can be used for final production. The managing editor or production editor will contact you after acceptance and let you know when to send original photos.
- Identify all people who appear in photographs, and identify photographer or agency responsible for photo. Caption must be in sentence, not fragment, form. Photos are not considered figures and do not need to be referenced in the text.
- Electronic photos should have good contrast, a size of at least 4 x 6 inches, at least 300 dots per inch (dpi) resolution, and be saved in TIF (preferred), JPG, or PDF formats. For black-and

white figures and graphs, please use a minimum resolution of 300 dpi. We cannot accept PowerPoint files. Hardcopy also must be submitted for production purposes after acceptance.

## Page Proofs and Reprints

The corresponding author will receive page proofs of the article (sent as a PDF file via the Central Article Tracking System) approximately four to six weeks prior to publication. Check carefully for typographical errors and possible problems with the placement or captions of illustrations. Extensive revision is not allowed at this stage. Indicate any changes and return page proofs within 48 hours to via the Central Article Tracking System. Reprint ordering instructions will be provided to the corresponding author with the page proofs.

## Page Charges, Peer Review, and Copyright

Page Charges are US$85 per published page, plus a $30 flat fee, and are billed to the author within two months of publication. Page charges will be waived for topical review articles. AFS members may request full or partial subsidy of their papers if they lack institutional or grant funds to cover page charges. Technical reviews and acceptability of manuscripts are independent of the need for subsidy.

All manuscripts will be reviewed by two or more outside experts in the subject of the manuscript and evaluated for publication by the science editors and senior editor. Authors may request anonymity during the review process and should structure their manuscripts accordingly.

Papers are accepted for publication on the condition that they are submitted solely to *Fisheries* and that they will not be reprinted or translated without the publisher's permission. See "Dual Publication of Scientific Information", Transactions of the American Fisheries Society 110:573-574 (1981). AFS requires an assignment of copyright from all authors, except for articles written on government time or for the government that cannot be copyrighted. Authors must obtain written permission to reprint any copyrighted material that has been published elsewhere, including tables and figures. Copies of the permission letter must be enclosed with the manuscript and credit given to the source.

## UNREVIEWED ARTICLES

### Unit News and Other Departments

AFS members are encouraged to submit items for the Unit News, Member Happenings, Obituaries, Letters to the Editor, and Calendar departments. Dated material (calls for papers, meeting announcements, and nominations for awards) should be submitted as early as possible, but at least eight weeks before the requested month of publication. AFS Unit News and Letters should be kept under 400 words and may be edited for length or content. Obituaries for former or current AFS members may be up to 600 words long and a photo of the subject is welcome. Do NOT use the online manuscript tracking system to submit these items—the text and 300 dpi digital photos (TIF or JPG) for all departments except the Calendar should be e-mailed to the managing editor at sgilbertfox@fisheries.org, or mailed to the address below.

### Calendar

Calendar items should include, in this order: the date, event title, location, and contact information (including a website, if there is one), and should be sent to the editor at sgilbertfox@fisheries.org.

### Student Angle

For information about submitting a Students' Angle column, please contact Student Subsection President Jeff Fore at jdfore@mizzou.edu.

### Fisheries News

Brief items for the Fisheries News section are encouraged. Typical items include conservation news, science news, new programs of significance, major policy or regulatory initiatives, and other items that would be of interest to Fisheries readers. News items for the section should be no more than a few paragraphs; please consult the managing editor about submitting longer news articles.

### Fisheries Forum (formerly Guest Editorials)

Authors are encouraged to submit most opinion pieces about fisheries science or management as essays for peer review. Occasionally, editorials about professional or policy issues may be inherently unsuitable for a scientific review. Sometimes these pieces are submitted by a committee, agency, or organization. Editorials should be 750–1,500 words, may be edited for length or content, and referred for outside review or rebuttal if necessary. A disclaimer may accompany Fisheries Forum editorials stating that the opinion is that of the author and not the American Fisheries Society.

### Book Reviews

Please contact Book Review Editor Francis Juanes at 413-545-2758, juanes@uvic.ca, if you want to be added to the list of potential book reviewers.

New books (preferably two copies) submitted for review should be sent to:

Francis Juanes,
Liber Ero Professor of Fisheries Department of Biology ,
University of Victoria,
PO Box 3020, Station CSC,
Victoria, BC, V8W 3N5
Canada.
Tel: (250) 721-6227.
E-mail: juanes@uvic.ca

## QUESTIONS?

Sarah Fox, Managing Editor
American Fisheries Society
5410 Grosvenor Lane, Suite 110
Bethesda, MD 20814-2199
301-897-8616, ext.220
sgilbertfox@fisheries.org
(For fastest responses, please e-mail)

Detailed instructions for using the online manuscript tracking system are available at: http://mc.manuscriptcentral.com/fisheries

Also see the *Fisheries* "Guidelines for Reviewers" at fisheries.org.







# The Four Fs of Fish: Communicating the Public Value of Fish and Fisheries

## Abigail J. Lynch and William W. Taylor

Center for Systems Integration and Sustainability, Department of Fisheries and Wildlife, Michigan State University, East Lansing, MI 48824-1222. E-mail: lynchabi@msu.edu, taylorw@msu.edu

"Fish? Why fish?!" This is a common question we are often asked by those outside our field upon learning our profession. They are curious as to why we devote our lives to the study, conservation, restoration, and propagation of fish and associated habitats. This question can come anywhere and at any time. Though it is a common inquiry, do we, as professionals and as a profession, have a good answer?

Effectively demonstrating the value of fish and the fisheries supply chain they create is as important for the future of our own profession as for the fish. This, however, is no easy task. The average American eats approximately 15.8 pounds of fish and shellfish per year (NOAA 2010) and less than 14% of adult Americans report that they participate in recreational fishing (USFWS 2012). So, in general, Americans have little to no direct interaction with fish. In spite of this, our role as fisheries professionals is to clearly articulate to the public and policy makers that fish are important and have value – locally, regionally, nationally, and internationally. Such demonstration of public value ensures that fish and fisheries are afforded appropriate consideration in decision making – from the dinner table to the United Nations general assembly floor. Fish are important; no, they are more important. They are essential to the survival of mankind. Fish, after all, directly or indirectly contribute to subsistence, livelihoods, health, and prosperity for much of the world.

As fisheries professionals, we are all passionate about fish. This personal and professional passion emanates for many different reasons, as shown by the diversity of the American Fisheries Society sections and membership. However, our drive is often hard to explain to someone who doesn't share the same interest and wonder for fish, their habitats, and fisheries.

We [*the authors*] propose "The Four Fs of Fish": Food, Finances, Fun, and Function as a means to effectively communicate the public value of fish and fisheries. Surely, there are other values, but these four can start the discussion and hone our passion into something tangible to the public and policy makers.

## FOOD

Perhaps the most direct argument to make in support of the importance of fish and their habitats is food. Capture fisheries are the last large-scale wild food resource in the world and aquaculture is a quickly growing sector. Both provide essential protein and nutrients to many across the globe. Fish directly provide more than 1.5 billion people with almost 20% of their animal protein and another 3.0 billion with at least 15% (FAO 2010). This equates to more than 40% of the world's human population.

Fish are also an important indirect source of protein for many others who generally do not realize it. Approximately 12.4% of global fishery production is reduced to fish meal and fish oil (FAO 2009), which is subsequently formulated into specialized feed for livestock and aquaculture operations. So, choosing between chicken and fish as meal options may, in fact, be choosing fish or reprocessed fish. We can do a better job of emphasizing the role of fish in other protein sources. For example, instead of asking "how's the chicken?" to someone enjoying a piece of fried chicken, ask "how's the fish?" By helping people understand the supply chain that leads to their meals, we will help them appreciate the importance of fish as a food source that provides healthy, nutritious meals for many at local and global scales.

## FINANCES

People recognize the importance of economic impact or, as the old adage goes, money talks and employment walks. First-sale value of global capture fisheries production and aquaculture is approximately US$93.9 billion and US$98.4 billion, respectively, and US$192.3 billion, collectively (FAO 2010). Numbers that large can seem intangible, but the first-sale of value of fisheries basically equates to one-seventh of the U.S. Gross Domestic Product.

More than strict monetary value, fisheries are significant sources of employment, income, and livelihood. Globally, 44.9 million people are directly engaged in capture fisheries or in aquaculture (FAO 2010). So, fisheries employ over 20 times more people than Walmart, the world's largest private employer. Taking families and dependents into account, fisheries are an important source of income and livelihood for 8% of the world's population, around 540 million people (FAO 2010). And, these are just minimum estimates. These Food and Agriculture Organization of the United Nations (FAO) statistics are very likely a gross underestimate of their full value because obtaining accurate capture and employment statistics on small-scale fisheries, the bulk of the world's fisheries, is difficult as they are highly dispersed and underreported (Cochrane et al. 2011).

## FUN

Fish, lest we forget, also provide fun. Recreational fishers, snorkelers, SCUBA divers, and hobby aquarists seek enjoyment and relaxation through interacting with fish and their habitats. Though we cannot over-emphasize the value of these experiences to the individuals who find fish fun, the financial value

of recreation can be understood even by those choosing not to engage in these types of activities. In 2011, for example, American anglers spent $41.8 billion in support of fishing activities (e.g., trips, equipment, licenses; USFWS 2012). Even those who have never picked up a fishing rod or visited an aquarium can appreciate the employment and economic stimulus generated by recreational fishing and fish watching.

Fish are important components of most human systems. While some cultural values, like recreation and tourism, can be translated into economic impact, other religious, spiritual, or artistic values are more difficult to assess economically. Nonetheless, fish are symbolized in every major world religion and the natural beauty of aquatic ecosystems is commonly evoked in art.

## FUNCTION

Without question, fishes are the most diverse, numerous group of vertebrates on the planet. The estimated 27,977 species of fishes make up more than half of the approximate 54,711 recognized living vertebrate species (Nelson 2006) and occupy almost all major aquatic habitats (Helfman et al. 2009). In this role, fishes are a particularly important taxa for biodiversity conservation and resilience of ecosystems to change (Naeem 2012). As such, they often serve as symbols of the health and integrity of their habitats. They are, for all practical purposes, the aquatic version of "canaries in a coal mine." Fish are critical links in aquatic systems – indicators of ecosystem health and a litmus test of what the potential impacts could be for humans.

For people who fish, eat fish, or recreate in aquatic environments, the value of fish and fisheries is an easy sell. They use and appreciate the resource and want to ensure that fish will be around for them and future generations to use. But, demonstrating the value of fish to those who have no direct contact with them can be daunting, especially when negotiating tradeoffs for water security, agriculture, power generation, and other sectoral

interests. As a whole, we, as professionals can be better communicators. We need to be cognizant that others may not share our passion for fish and we must provide them with a clear rationale of why fish and their habitats should be important to them: Food, Finances, Fun, and Function. Our future and that of fishes depend on us to do just that – make fish meaningful and important to all!

## REFERENCES

Cochrane, K. L., W. Emerson, and R. Wilimann. 2011. Sustainable Fisheries: The Importance of the Bigger Picture. Pages 3– 19 *in* W. W. Taylor, A. J. Lynch, and M. G. Schechter, editors. Sustainable Fisheries: Multi-Level Approaches to a Global Problem. American Fisheries Society Press, Bethesda, MD.

Food and Agriculture Organization of the United Nations (FAO). 2009. The State of World Fisheries and Aquaculture - 2008. Rome, Italy. 176 pp.

Food and Agriculture Organization of the United Nations (FAO). 2010. The State of World Fisheries and Aquaculture - 2010. Rome, Italy. 197 pp.

Helfman, G. S., B. B. Collette, D. E. Facey, and B. W. Bowen. 2009. The Diversity of Fishes: Biology, Evolution, and Ecology. Wiley-Blackwell, Hoboken, NJ. 544 pp.

National Oceanic and Atmospheric Administration (NOAA). 2010. Fisheries of the United States - 2010. Silver Spring, MD. 103 pp.

Naeem, S. 2012. Ecological consequences of declining biodiversity: a biodiversity-ecosystem function (BEF) framework for marine systems. Pages 34– 51 in M. Solan, R. J. Aspden and D. M. Paterson, editors. Marine Biodiversity and Ecosystem Functioning. Oxford University Press, Oxford, UK.

Nelson, J. S. 2006. Fishes of the World. Wiley, Hoboken, NJ. 624 pp.

U.S. Fish & Wildlife Service (USFWS) 2012. 2011 National Survey of Fishing, Hunting, and Wildlife-Associated Recreation. Arlington, VA. 24 pp.

## Fast Stats

**Food**
- 3.0 billion people (>40% of global population) depend directly on fish as an important source of protein.

**Finances**
- 540 million people (8% of global population) depend upon fishery industries for livelihood and income.

**Fun**
- Anglers in the United States spend over $40 billion in support of fishing activities annually.

**Function**
- Fishes comprise more than half of all vertebrate species and occupy all major aquatic habitats.



*Sonotronics*
Celebrates 40 yrs
Offering a Two fold approach...

SUR
Passive tracking approach

**New Coded Transmitters Available**

Now offering the R-cc transmitter, an R-code companion transmitter.

Compatible with other Vendors' and Sonotronics SUR receivers.

UDR
Active tracking approach

**Sonotronics**
"working together to make a difference in the world we share"
www.sonotronics.com  •  (520) 746-3322

## JOURNAL HIGHLIGHTS
### North American Journal of Fisheries Management, Volume 32, Number 6, December 2012



[Management Brief] A Prototype Splitter Apparatus for Dividing Large Catches of Small Fish. *Martin A. Stapanian and William H. Edwards. 32: 1033–1038.*

Largemouth Bass Predation Effect on Stocked Walleye Survival in Illinois Impoundments. *Jonathan A. Freedman, R. John H. Hoxmeier, Lisa M. Einfalt, Ronald C. Brooks, and David H. Wahl. 32: 1039–1045.*

Habitat Associations of Fish Species of Greatest Conservation Need at Multiple Spatial Scales in Wadeable Iowa Streams. *Anthony R. Sindt, Michael C. Quist, and Clay L. Pierce. 32: 1046–1061.*

[Management Brief] The Potential for Vessel Interactions with Adult Atlantic Sturgeon in the James River, Virginia. *Matthew T. Balazik, Kevin J. Reine, Albert J. Spells, Charles A. Fredrickson, Michael L. Fine, Greg C. Garman, and Stephen P. McIninch. 32: 1062–1069.*

Elevated Streamflows Increase Dam Passage by Juvenile Coho Salmon during Winter: Implications of Climate Change in the Pacific Northwest. *Tobias J. Kock, Theresa L. Liedtke, Dennis W. Rondorf, John D. Serl, Mike Kohn, and Karin A. Bumbaco. 32: 1070–1079.*

Do Anglers Know What They Catch? Identification Accuracy and Its Effect on Angler Survey-Derived Catch Estimates. *Kevin S. Page, Richard D. Zweifel, George Carter, Nick Radabaugh, Michael Wilkerson, Matthew Wolfe, Michael Greenlee, and Kipp Brown. 32: 1080–1089.*

Effect of Survey Design and Catch Rate Estimation on Total Catch Estimates in Chinook Salmon Fisheries. *Joshua L. McCormick, Michael C. Quist, and Daniel J. Schill. 32: 1090–1101.*

Empirical Standard Weight Equation for the Aegean Chub *Squalius fellowesii*, an Endemic Freshwater Fish Species of Western Anatolia, Turkey. *Daniela Giannetto, Laura Pompei, Massimo Lorenzoni, and Ali Serhan Tarkan. 32: 1102–1107.*

Precision of Channel Catfish Catch Estimates Using Hoop Nets in Larger Oklahoma Reservoirs. *David R. Stewart and James M. Long. 32: 1108–1112.*

Improving Size Selectivity of Shrimp Trawls in the Gulf of Maine with a Modified Dual-Grid Size-Sorting System. *Pingguo He and Vincent Balzano. 32: 1113–1122.*

Incorporating Movement Patterns to Improve Survival Estimates for Juvenile Bull Trout. *Tracy Bowerman and Phaedra Budy. 32: 1123–1136.*

Performance of Surplus Production Models with Time-Varying Parameters for Assessing Multispecies Assemblages. *Geneviève M. Nesslage and Michael J. Wilberg. 32: 1137–1145.*

Influence of Environmental Variables and Species Interactions on Sport Fish Communities in Small Missouri Impoundments. *Paul H. Michaletz, Daniel V. Obrecht, and John R. Jones. 32: 1146–1159.*

[Management Brief] Sampling Glacial Lake Littoral Fish Assemblages with Four Gears. *Daniel J. Dembkowski, Melissa R. Wuellner, and David W. Willis. 32: 1160–1166.*

Impacts of Highway Construction on Redd Counts of Stream-Dwelling Brook Trout. *Marc Pépino, Jan Franssen, Marco A. Rodriguez, and Pierre Magnan. 32: 1167–1174.*

[Management Brief] Latitudinal Influence on Age Estimates Derived from Scales and Otoliths for Bluegills. *Lucas K. Kowalewski, Alexis P. Maple, Mark A. Pegg, and Kevin L. Pope. 32: 1175–1179.*

Privately Owned Small Impoundments in Central Alabama: A Survey and Evaluation of Management Techniques for Largemouth Bass and Bluegill. *Norman V. Haley III, Russell A. Wright, Dennis R. DeVries, and Micheal S. Allen. 32: 1180–1190.*

Frequency of Strong Year-Classes: Implications on Fishery Dynamics for Three Life History Strategies of Fishes. *Daniel J. Daugherty and Nathan G. Smith. 32: 1191–1200.*

[Management Brief] Sex at Length of Summer Flounder Landed in the New Jersey Recreational Party Boat Fishery. *Jason M. Morson, Eleanor A. Bochenek, Eric N. Powell, and Jennifer E. Gius. 32: 1201–1210.*

A Comparative and Experimental Evaluation of Performance of Stocked Diploid and Triploid Brook Trout. *Phaedra Budy, Gary P. Thiede, Andrew Dean, Devin Olsen, and Gilbert Rowley. 32: 1211–1224.*

Inferring Adult Status and Trends from Juvenile Density Data for Atlantic Salmon. *Heather D. Bowlby and A. Jamie F. Gibson. 32: 1225–1236.*

Assessing Avian Predation on Juvenile Salmonids using Passive Integrated Transponder Tag Recoveries and Mark–Recapture Methods. *Danielle Frechette, Ann-Marie K. Osterback, Sean A. Hayes, Morgan H. Bond, Jonathan W. Moore, Scott A. Shaffer, and James T. Harvey. 32: 1237–1250.*

Strategies to Control a Common Carp Population by Pulsed Commercial Harvest. *Michael E. Colvin, Clay L. Pierce, Timothy W. Stewart, and Scott E. Grummer. 32: 1251–1264.*

Expanding Aerial–Roving Surveys to Include Counts of Shore-Based Recreational Fishers from Remotely Operated Cameras: Benefits, Limitations, and Cost Effectiveness. *C. B. Smallwood, K. H. Pollock, B. S. Wise, N. G. Hall, and D. J. Gaughan. 32: 1265–1276.*

Continued from page 3

registration fees to compensate the instructor and pay for the technology required to deliver the course effectively and add some funds to the AFS coffers.

No doubt, what I have prescribed for the Special Committee on Educational Requirements and the Continuing Education Committee is a lot of work for a set of volunteers and will likely take several years to accomplish. The tasks should probably become a matter of routine for the AFS, undertaken every 5–10 years to ensure that students and career professionals being trained in fisheries-related disciplines have the right educational foundation for meeting the challenges that lie ahead.



**STUDENT FUNDING AVAILABLE**

**American Institute of Fishery Research Biologists (AIFRB)**

## Clark Hubbs Research Assistance Award

**A benefit of AIFRB membership for students and associate members:**

The Hubbs Research Assistance Award was established in 1986 to support travel expenses associated with professional development for AIFRB graduate students and other Associate members of the Institute in good standing. The award covers travel expenses associated with presenting results of an original research paper or research project of merit at scientific meetings or to conduct research at distant study sites. Each award is a maximum of $500; an individual may receive two awards in a lifetime. The number of awards varies each year depending on the annual budget approved by the Board. **Since 1986, a total of 154 awards have been given, including four in 2012, three of which funded student travel to present at this year's AFS meeting.**

**NOMINATIONS are due JUNE 15 of each year**
To apply for an award: send a research abstract, letter of support from the student's sponsor, and a two-page curriculum vitae, to:

**Dr. Jerald S. Ault**
**University of Miami**
**Rosenstiel School of Marine and Atmospheric Science**
**4600 Rickenbacker Causeway**
**Miami, FL 33149**
**or via email to jault@rsmas.miami.edu**

**for more information, visit www.aifrb.org**



**CALENDAR**
**Fisheries Events**

To submit upcoming events for inclusion on the AFS web site calendar, send event name, dates, city, state/province, web address, and contact information to sgilbertfox@fisheries.org.

(If space is available, events will also be printed in Fisheries magazine.)

More events listed at www.fisheries.org

| DATE | EVENT | LOCATION | WEBSITE |
|---|---|---|---|
| February 5–7, 2013 | 32nd International Kokanee Workshop | Fort Collins, CO | Jesse Lepak at Jesse.Lepak@state.co.us |
| February 7–8, 2013 | Winter Fisheries Training for Acoustic Tag & Hydroacoustic Assessments | Seattle, WA | www.HTIsonar.com/at_short_course.htm |
| February 14–15, 2013 | Using Hydroacoustics for Fisheries Assessment | | www.HTIsonar.com/at_short_course.htm |
| February 21–25, 2013 | Fish Culture Section Mid-Year Business Meeting | Nashville, TN | www.was.org/WasMeetings/meetings/Default.aspx?code=AQ2013 |
| February 21–25, 2013 | Aquaculture 2013 | Nashville, TN | www.was.org/WasMeetings/meetings/Default.aspx?code=AQ2013 |
| March 13–16, 2013 | 31st Annual Salmonid Restoration Conference | Fortuna, CA | http://www.calsalmon.org/salmonid-restoration-conference/31st-annual-salmonid-restoration-conference |
| March 26–29, 2013 | Responses of Arctic Marine Ecosystems to Climate Change Symposium | Anchorage, AK | seagrant.uaf.edu/conferences/2013/wakefield-arctic-ecosystems/index.php |
| April 8–12, 2013 | 7th International Fisheries Observer and Monitoring Conference (7th IFOMC) | Viña del Mar, Chile | www.Ifomc.com/ |
| April 15–18, 2013 | Western Division of the AFS Annual Meeting | Boise, ID | www.Idahoafs.org/meeting.php |
| April 25–26, 2013 | NPAFC 3rd International Workshop on Migration and Survival Mechanisms of Juvenile Salmon and Steelhead in Ocean Ecosystems | Honolulu, HI | http://www.npafc.org/new/index.html |
| June 24–28, 2013 | 9th Indo-Pacific Fish Conference | Okinawa, Japan | http://www.fish-isj.jp/9ipfc |
| July 14–20, 2013 | 2nd International Conference on Fish Telemetry | Grahamstown, South Africa | Contact: Dr. Paul Cowley at tagfish@gmail.com |
| August 3–7, 2014 | International Congress on the Biology of Fish | Edinburgh, United Kingdom | http://icbf2014.sls.hw.ac.uk |

(Millersburg, MI) Michigan State University seeks a Research Associate to investigate ecological, behavioral and reproductive differences between stocked and wild lake trout at Hammond Bay Biological Station. Utilize knowledge & experience of fisheries science, biology, telemetry, geospatial data mgt. software (ArcGis and Eonfusion) & acoustic sea floor classification software (QTC SWATHVIEW and QTC CLAIMS) to collect, maintain & analyze large acoustic telemetry, environmental, & geospatial data sets & integrate research findings into a coherent ethogram of lake trout reproductive behavior, communicate results through journals and presentations and create restoration mgt. applications. Provide statistical analysis & experimental design support for Hammond Bay Biological Station and develop & lead programs to support the Great Lakes Fishery Commission's native fish restoration theme. Candidates must hold a minimum of a Ph.D. in Fisheries Science, Biology, Integrative Biology or related and 1 year of post-doctorate fisheries management and conservation research experience. Apply online at www.jobs.msu.edu, posting #6951. MSU is an affirmative-action, equal-opportunity employer. MSU is committed to achieving excellence through a diverse workforce and inclusive culture that encourages all people to reach their full potential. The University actively encourages applications and/or nominations of women, persons of color, veterans and persons with disabilities.

# ANNOUNCEMENTS
## January 2013 Jobs

Employers: to list a job opening on the AFS online job center submit a position description, job title, agency/company, city, state, responsibilities, qualifications, salary, closing date, and contact information (maximum 150 words) to jobs@fisheries.org. Online job announcements will be billed at $350 for 150 word increments. Please send billing information. Listings are free (150 words or less) for organizations with associate, official, and sustaining memberships, and for individual members, who are faculty members, hiring graduate assistants. if space is available, jobs may also be printed in *Fisheries* magazine, free of additional charge.

### Modeler/Biometrician
### Cramer Fish Sciences; Auburn, CA
### Permanent

**Salary:** $5,265–$6,046 monthly, plus bonuses; excellent benefits

**Closing:** Until filled

**Responsibilities:** CFS seeks an individual with very strong quantitative and programming skills. Expertise in developing and analyzing individual/agent based models using NetLogo or other modeling platforms is highly desirable. Knowledge and experience with other statistical analyses, programming languages, and with ecology and resource management is a plus. Must be able to collaborate with biologists to develop simulation models and quantitative assessments for ecological data.

**Qualifications:** Ph.D. or M.S. with one or more years of experience with simulation modeling and statistics. Strong technical writing and advanced computer skills.Experience leading small to moderate sized projects. Highly-motivated, self-starter who can work independently and as part of a team. Speak and write English fluently.

**Contact:** E-mail cover letter and resume to below email Full job announcement at: www.fishsciences.net

**Email:** hr@fishsciences.net

### Vice President of Conservation & Science
### Monterey Bay Aquarium, CA
### PhD

**Salary:** Competitive

**Closing:** Until filled

**Responsibilities:** The Vice President is responsible for overall leadership of the aquarium's Conservation and Science Division and is a member of the senior leadership team of the aquarium. The current activity areas in this division include Seafood Watch, ocean conservation policy and conservation research. For a full position description & details on how to apply please go to explorecompany.com.

**Qualifications:** Strong scientific background is required, particularly in the areas of ecology, marine biology, or conservation science. Ph.D. in Ecology, Biology, Natural Resources, Environmental Science or a closely related field desirable.

**Email:** resumes@explorecompany.com

**Link:** http://www.montereybayaquarium.org

### Journal Editor
### AFS, Bethesda, MD
### Professional

**Salary:** Editors receive an honorarium, and support to attend the AFS Annual Meeting.

**Closing:** Until filled

**Responsibilities:** : AFS Seeks Journal Editor

The American Fisheries Society (AFS) seeks a scientist with a broad perspective on fisheries to serve as editor of North American Journal of Fisheries Management (NAJFM). Editor must be committed to fast-paced deadlines, and would be appointed for a five-year renewable term which begins January 2013.

Duties include:

1. Deciding on the suitability of contributed papers, and advising authors on what would be required to make contributions publishable, using advice of associate editors and reviewers. Reviewing papers for scientific accuracy as well as for clarity, readability, and interest to the broad fisheries community;

2. Soliciting manuscripts to ensure broad coverage;

3. Setting editorial standards for NAJFM in keeping with the objectives of the publication in accordance with AFS policies, and guidance provided by the Publications Overview Committee and the NAJFM editorial board;

4. Making recommendations to enhance the vitality and prestige of the Journal.

**Qualifications:** This position requires marine and estuarine fisheries expertise.

**Contact:** To be considered, send a current curriculum vitae along with a letter of interest explaining why you want to be the Journal editor to below email alerner@fisheries.org. To nominate a highly qualified colleague, send a letter of recommendation to the same e-mail address.

**Email:** alerner@fisheries.org

### Regional Program Manager
### WA State Dept of Fish & Wildlife
### Permanent

**Salary:** $5712.00–$7140.00

**Closing:** Until filled

**Responsibilities:** The official duty station is Vancouver, WA. This position reports to the Deputy Assistant Director for the Fish Program. This position leads, controls, and directs regional operations for the Fish Management and Hatcheries activities and project including: staff, budgets and programs in Region 5.

**Contact:** To Apply: For more information see the WDFW Employment Page for a complete listing at. This will explain job duties, minimum qualifications, competencies and desirable qualifications. If you have questions about this recruitment, you may contact Margaret Gordon, Recruitment Specialist at 360 902-2209.

**Link:** http://wdfw.wa.gov/employment/index.htm

# Our transmitters aren't as interesting as what researchers put them on.



## *But, they are more reliable.*

ATS offers the smallest, longest lasting fish transmitters in the world; VHF, acoustic and archival. We provide complete tracking systems, including receiver/dataloggers, antenna systems and more. Plus, our coded system virtually eliminates false positives from your data set, providing you with 99.5% accuracy, a level not available from any other manufacturer.

Contact ATS for details.




World's Most Reliable Wildlife
Transmitters and Tracking Systems

ATStrack.com          •          763.444.9267

**ATS**
ADVANCED TELEMETRY SYSTEMS

# Do you know

**the differences between the types of Acoustic Tags used in Fisheries Research?**

**YES**

**NO**

**Take an Acoustic Tag Short Course.**

**Do you want to know the differences?**

**YES**

**NO**

**Really?**

**Take a short quiz to see for yourself at Fish-Tag-Test.com**



Training, Education, Research, Results
(206) 633-3383   support@HTIsonar.com

This PDF is available from The National Academies Press at http://www.nap.edu/catalog.php?record_id=14668



## Alternatives for Managing the Nation's Complex Contaminated Groundwater Sites

ISBN
978-0-309-27874-4

240 pages
6 x 9
HARDBACK (2012)

Committee on Future Options for Management in the Nation's Subsurface Remediation Effort; Water Science and Technology Board; Division on Earth and Life Studies; National Research Council

 Add book to cart

 Find similar titles

Share this PDF 

## Visit the National Academies Press online and register for...

✓ Instant access to free PDF downloads of titles from the

   - NATIONAL ACADEMY OF SCIENCES

   - NATIONAL ACADEMY OF ENGINEERING

   - INSTITUTE OF MEDICINE

   - NATIONAL RESEARCH COUNCIL

✓ 10% off print titles

✓ Custom notification of new releases in your field of interest

✓ Special offers and discounts

Distribution, posting, or copying of this PDF is strictly prohibited without written permission of the National Academies Press. Unless otherwise indicated, all materials in this PDF are copyrighted by the National Academy of Sciences.
Request reprint permission for this book

Copyright © National Academy of Sciences. All rights reserved.

THE NATIONAL ACADEMIES
*Advisers to the Nation on Science, Engineering, and Medicine*

# Summary

At hundreds of thousands of hazardous waste sites across the country, groundwater contamination remains in place at levels above cleanup goals. The most problematic sites are those with potentially persistent contaminants including chlorinated solvents recalcitrant to biodegradation, and with hydrogeologic conditions characterized by large spatial heterogeneity or the presence of fractures. While there have been success stories over the past 30 years, the majority of hazardous waste sites that have been closed were relatively simple compared to the remaining caseload. In 2004, the U.S. Environmental Protection Agency (EPA) estimated that more than $209 billion would be needed to mitigate these hazards over the next 30 years—likely an underestimate because this number did not include sites where remediation was already underway or where remediation had transitioned to long-term management.

The Department of Defense (DoD) exemplifies a responsible party that has made large financial investments (over $30 billion) in hazardous waste remediation to address past legacies of their industrial operations. Although many hazardous waste sites at military facilities have been closed with no further action required, meeting goals like drinking water standards in contaminated groundwater has rarely occurred at many complex DoD sites. It is probable that these sites will require significantly longer remediation times than originally predicted, and thus, continued financial demands for monitoring, maintenance, and reporting.

In this context, the Water Science and Technology Board, under the auspices of the National Research Council (NRC), convened a committee to assess the future of the nation's groundwater remediation efforts focusing on the technical, economic, and institutional challenges facing the Army and other responsible parties as they pursue site closure. Previous NRC reports concluded that complete restoration of contaminated groundwater is unlikely to be achieved for many decades for a substantial number of sites, in spite of the fact that technologies for removing contaminants from groundwater have continued to evolve and improve. Since the most recent NRC report in 2005, better understanding of technical issues and barriers to achieving site closure have become evident. The following questions comprised the statement of task for this Committee, which considered both public and private hazardous waste sites.

**Size of the Problem.** At how many sites does residual contamination remain such that site closure is not yet possible? At what percentage of these sites does residual contamination in groundwater threaten public water systems?

**Current Capabilities to Remove Contamination.** What is technically feasible in terms of removing a certain percentage of the total contaminant mass? What percent removal would be needed to reach unrestricted use or to be able to extract and treat groundwater for potable reuse? What should be the definition of "to the extent practicable" when discussing contaminant mass removal?

PREPUBLICATION COPY
Copyright  National Academy of Sciences. All rights reserved.
This summary plus thousands more available at http://www.nap.edu

Case No. 1:20-cv-02484-MSK   Document 94   filed 05/06/21   USDC Colorado   pg 146 of 320

**Correlating Source Removal with Risks.**  How can progress of source remediation be measured to best correlate with site-specific risks?  Recognizing the long-term nature of many problems, what near-term endpoints for remediation might be established?  Are there regulatory barriers that make it impossible to close sites even when the site-specific risk is negligible and can they be overcome?

**The Future of Treatment Technologies.**  The intractable nature of subsurface contamination suggests the need to discourage future contaminant releases, encourage the use of innovative and multiple technologies, modify remedies when new information becomes available, and clean up sites sustainably.  What progress has been made in these areas and what additional research is needed?

**Better Decision Making.**  Can adaptive site management lead to better decisions about how to spend limited resources while taking into consideration the concerns of stakeholders?  Should life cycle assessment become a standard component of the decision process?  How can a greater understanding of the limited current (but not necessarily future) potential to restore groundwater be communicated to the public?

## MAGNITUDE OF THE PROBLEM

Chapter 2 presents information on the major federal and state regulatory programs under which hazardous waste is cleaned up to determine the size and scope of these programs.  The Committee sought to determine (1) the number of sites that have not yet reached closure, (2) principal chemicals of concern, (3) remediation costs expended to date, (4) cost estimates for reaching closure, and (5) the number of sites affecting local water supplies.  Information was gathered for sites in the EPA's Comprehensive Environmental Response, Compensation, and Liability Act (CERCLA), Resource Conservation and Recovery Act (RCRA), and Underground Storage Tank (UST) programs; sites managed by the DoD, the Department of Energy (DOE) and other federal agencies; and sites under state purview (e.g., state Superfund, voluntary cleanup programs, and Brownfields programs).  The metrics and milestones across all these programs differ, making comparisons and the elimination of overlap difficult.  Nonetheless, the Committee used these data to estimate the number of complex sites, the likelihood that sites affect a drinking water supply, and the remaining costs associated with remediation.

**At least 126,000 sites across the country have been documented that have residual contamination at levels preventing them from reaching closure.**  This number is likely to be an underestimate of the extent of contamination in the United States for many reasons.  For example, the CERCLA and RCRA programs report the number of facilities, which are likely to have multiple sites.  The total does not include DoD sites that have reached *remedy-in-place* or *response complete*, although some such sites may indeed contain residual contamination.  Although there is overlap between some of the categories, in the Committee's opinion it is not significant enough to dismiss the conclusion that the total number of 126,000 is an underestimate.

Copyright  National Academy of Sciences. All rights reserved.
This summary plus thousands more available at http://www.nap.edu

**No information is available on the total number of sites with contamination in place above levels allowing for unlimited use and unrestricted exposure, although the total is certainly greater than 126,000.** For the CERCLA program, many facilities have been delisted with contamination remaining in place at levels above unlimited use and unrestricted exposure. Depending on state closure requirements, USTs are often closed with contamination remaining due to the biodegradability of petroleum hydrocarbons. Most of the DOE sites, including those labeled as "completed," contain recalcitrant contamination that in some cases could take hundreds of years to reach levels below those allowing for unlimited use and unrestricted exposure.

**A small percentage (about 12,000 or less than 10 percent) of the 126,000 sites are estimated by the Committee to be complex from a hydrogeological and contaminant perspective.** This total represents the sum of the remaining DoD, CERCLA, RCRA, and DOE sites and facilities, based on the assumption that many of the simpler sites in these programs have already been dealt with.

**Approximately ten percent of CERCLA facilities affect or significantly threaten public water supply systems, but similar information from other programs is largely unavailable.** Surveys of groundwater quality report that 0.34 to 1 percent of raw water samples from wells used for drinking water (including public supply and private wells) contain mean volatile organic compound (VOC) concentrations greater than the applicable drinking water standard, although there are no data linking these exceedances to specific hazardous waste sites. The percentage of drinking water wells with samples containing low-level VOC concentrations is likely to be higher for areas in close proximity to contaminated sites, for urban rather than rural areas, and in shallow unconfined sandy aquifers.

**Information on cleanup costs incurred to date and estimates of future costs are highly uncertain. Despite this uncertainty, the estimated "cost to complete" of $110-127 billion is likely to be an underestimate of future liabilities.** Remaining sites include some of the most difficult to remediate sites, for which the effectiveness of planned remediation remains uncertain given their complex site conditions. Furthermore, many of the estimated costs do not fully consider the cost of long-term management of sites that will have contamination remaining in place at levels above those allowing for unlimited use and unrestricted exposure for the foreseeable future.

**The nomenclature for the phases of site cleanup and cleanup progress are inconsistent between federal agencies, between the states and federal government, and in the private sector.** Partly because of these inconsistencies, members of the public and other stakeholders can and have confused the concept of "site closure" with achieving unlimited use and unrestricted exposure goals for the site, such that no further monitoring or oversight is needed. In fact, many sites thought of as "closed" and considered as "successes" will require oversight and funding for decades and in some cases hundreds of years in order to be protective. CERCLA and other programs have reduced public health risk from groundwater contamination by preventing unacceptable exposures in water or air, but not necessarily by reducing contamination levels to drinking water standards throughout the affected aquifers.

Copyright  National Academy of Sciences. All rights reserved.
This summary plus thousands more available at http://www.nap.edu

Case No. 1:20-cv-02484-MSK   Document 94   filed 05/06/21   USDC Colorado   pg 148 of 320
Alternatives for Managing the Nation's Complex Contaminated Groundwater Sites
http://www.nap.edu/catalog.php?record_id=14668

## REMEDIAL OBJECTIVES, REMEDY SELECTION, AND SITE CLOSURE

Chapter 3 focuses on the remedial objectives dictated by the common regulatory frameworks under which groundwater cleanup generally occurs because such objectives are often a substantial source of controversy. This is particularly true for complex sites, where the remedial objectives are drinking water standards (denoted as maximum contaminant levels or MCLs) and hence are typically difficult, if not impossible, to attain for many decades. Faced with shrinking budgets and a backlog of sites that include an increasing percentage of complex sites, some states (e.g., California) have proposed closing large numbers of petroleum underground storage tank sites deemed to present a low threat to the public, despite the affected groundwater not meeting remedial goals at the time of closure. Other states (New Jersey and Massachusetts) have sought to privatize parts of the remediation process in order to unburden state and local regulatory agencies.

EPA's current remediation guidance provides substantial flexibility to the remedy selection process in a number of ways, although there are legal and practical limits to this flexibility. There are several alternatives to traditional cleanup goals, like technical impracticability waivers, that can allow sites with intractable contamination to move more expeditiously through the phases of cleanup while still minimizing risks to human health and the environment. The chapter also discusses sustainability concepts, which have become goals for some stakeholders and could impact the remedy selection process. The following conclusions and recommendations discuss the value of exploring goals and remedies based on site-specific risk, sustainability, and other factors.

By design (and necessity), the CERCLA process is flexible in (a) determining the beneficial uses of groundwater; (b) deciding whether a regulatory requirement is an applicable or relevant and appropriate requirement (ARAR) at a site; (c) using site-specific risk assessment to help select the remedy; (d) using at least some sustainability factors to help select the remedy; (e) determining what is a reasonable timeframe to reach remedial goals; (f) choosing the point of compliance for monitoring; and (g) utilizing alternate concentration limits, among others. **These flexible approaches to setting remedial objectives and selecting remedies should be explored more fully by state and federal regulators, and EPA should take administrative steps to ensure that existing guidance is used in the appropriate circumstances.**

To fully account for risks that may change over time, **risk assessment at contaminated groundwater sites should compare the risks from taking "no action" to the risks associated with the implementation of each remedial alternative over the life of the remedy.** Risk assessment at complicated groundwater sites is often construed relatively narrowly, with an emphasis on risks from drinking water consumption and on the MCL. Risk assessments should include additional consideration of (a) short-term risks that are a consequence of remediation; (b) the change in residual risk over time; (c) the potential change in risk caused by future changes in land use; and (d) both individual and population risks.

Progress has been made in developing criteria and guidance concerning how to consider sustainability in remedy selection. However, in the absence of statutory changes, remedy selection at private sites regulated under CERCLA cannot consider the social factors, and may not include the other economic factors, that fall under the definition of sustainability. At federal

Copyright  National Academy of Sciences. All rights reserved.
This summary plus thousands more available at http://www.nap.edu

Case No. 1:20-cv-02484-MSK   Document 94   filed 05/06/21   USDC Colorado   pg 149 of 320
Alternatives for Managing the Nation's Complex Contaminated Groundwater Sites
http://www.nap.edu/catalog.php?record_id=14668

facility sites, the federal government can choose, as a matter of policy, to embrace sustainability concepts more comprehensively. Similarly, private companies may adopt their own sustainable remediation policies in deciding which remedial alternatives to support at their sites. **New guidance is needed from EPA and DoD detailing how to consider sustainability in the remediation process to the extent supported by existing laws, including measures that regulators can take to provide incentives to companies to adopt more sustainable measures voluntarily.**

## CURRENT CAPABILITIES TO REMOVE/CONTAIN CONTAMINATION

Chapter 4 updates the 2005 NRC report on source removal by providing brief reviews of the major remedial technologies that can be applied to complex hazardous waste sites, particularly those with source zones containing dense nonaqueous phase liquids like chlorinated solvents and/or large down-gradient dissolved plumes. This includes surfactant flushing, cosolvent flushing, *in situ* chemical oxidation, pump and treat for hydraulic containment, physical containment, *in situ* bioremediation, permeable reactive barriers, and monitored natural attenuation. Well-established technologies including excavation, soil vapor extraction/air sparging, and solidification/stabilization are not discussed because they have been presented in prior publications and minimal advancements in these technologies have occurred over the past five to ten years. To address what is technically feasible in terms of removing a certain percentage of the total contaminant mass from the subsurface, the sections discuss current knowledge regarding performance and limitations of the technologies, identify remaining gaps in knowledge, and provide case studies supporting these assessments. The following conclusions and recommendations arise from this chapter.

**Significant limitations with currently available remedial technologies persist that make achievement of MCLs throughout the aquifer unlikely at most complex groundwater sites in a time frame of 50-100 years.** Furthermore, future improvements in these technologies are likely to be incremental, such that long-term monitoring and stewardship at sites with groundwater contamination should be expected.

**The Committee could identify only limited data upon which to base a scientifically supportable comparison of remedial technology performance for the technologies reviewed in Chapter 4.** There have been a few well-studied demonstration projects and lab-scale research studies, but adequate performance documentation generated throughout the remedial history at sites either is not available or does not exist for the majority of completed remediation efforts. Furthermore, poor design, poor application, and/or poor post-application monitoring at typical (i.e., non-research or demonstration) sites makes determination of the best practicably achievable performance difficult.

There is a clear need for publically accessible databases that could be used to compare the performance of remedial technologies at complex sites (performance data could be concentration reduction, mass discharge reduction, cost, time to attain drinking water standards, etc.). To ensure that data from different sites can be pooled to increase the statistical power of the database, a standardized technical protocol would be needed, although it goes beyond the scope of this report to provide the details of such a protocol.

Copyright  National Academy of Sciences. All rights reserved.
This summary plus thousands more available at http://www.nap.edu

Case No. 1:20-cv-02484-MSK   Document 94   filed 05/06/21   USDC Colorado   pg 150 of 320

**Additional independent reviews of source zone technologies are needed to summarize their performance under a wide range of site characteristics.** Since NRC (2005), only thermal and *in situ* chemical oxidation technologies have undergone a thorough, independent review. Other source zone technologies should also be reviewed by an independent scientific group. Such reviews should include a description of the state of the practice, performance metrics, and sustainability information of each type of remedial technology so that there is a trusted source of information for use in the remedial investigation/feasibility study process and optimization evaluations.

## IMPLICATIONS OF CONTAMINATION REMAINING IN PLACE

Chapter 5 discusses the potential technical, legal, economic, and other practical implications of the finding that groundwater at complex sites is unlikely to attain unlimited use and unrestricted exposure levels for many decades. First, the failure of hydraulic or physical containment systems, as well as the failure of institutional controls, could create new exposures. Second, toxicity information is regularly updated, which can alter drinking water standards, and contaminants that were previously unregulated may become so. In addition, pathways of exposure that were not previously considered can be found to be important, such as the vapor intrusion pathway. Third, treating contaminated groundwater for drinking water purposes is costly and, for some contaminants, technically challenging. Finally, leaving contamination in the subsurface may expose the landowner, property manager, or original disposer to complications that would not exist in the absence of the contamination, such as natural resource damages, trespass, and changes in land values. Thus, the risks and the technical, economic, and legal complications associated with residual contamination need to be compared to the time, cost, and feasibility involved in removing contamination outright. The following conclusions and recommendations are made.

Implementing institutional controls at complex sites is likely to be difficult. Although EPA has developed a number of measures to improve the reliability, enforceability, and funding of institutional controls, their long-term efficacy has yet to be determined. Regulators and federal responsible parties should incorporate a more significant role for local citizens in the long-term oversight of institutional controls. **A national, searchable, geo-referenced institutional control database covering as many regulatory programs as practical as well as all federal sites would help ensure that the public is notified of institutional controls.**

New toxicological understanding and revisions to dose-response relationships will continue to be developed for existing chemicals, such as trichloroethene and tetrachloroethene, and for new chemicals of concern, such as perchlorate and perfluorinated chemicals. The implications of such evolving understanding include identification of new or revised ARARs (either more or less restrictive than existing ones), potentially leading to a determination that the existing remedy at some hazardous waste sites is no longer protective of human health and the environment. **Modification of EPA's existing CERCLA five-year review guidance would allow for more expeditious assessment of the protectiveness of the remedy based on any changes in EPA toxicity factors, drinking water standards, or other risk-based standards.**

Copyright  National Academy of Sciences. All rights reserved.
This summary plus thousands more available at http://www.nap.edu

Alternatives for Managing the Nation's Complex Contaminated Groundwater Sites
http://www.nap.edu/catalog.php?record_id=14668

**Careful consideration of the vapor intrusion pathway is needed at all sites where VOCs are present in the soil or groundwater aquifer.**  Although it has been recognized for more than a decade that vapor intrusion is a potential exposure pathway of concern, a full understanding of the risks over time and appropriate methods for characterizing them are still evolving.  Mitigation strategies such as subslab depressurization can prevent vapor intrusion exposure.  As a precautionary measure, vapor mitigation could be built into all new construction on or near known VOC groundwater plumes.  Vapor mitigation systems require monitoring over the long-term to ensure that they are operating properly.

## TECHNOLOGY DEVELOPMENT TO SUPPORT LONG-TERM MANAGEMENT

Despite years of characterization and implementation of remedial technologies, many complex federal and private industrial facilities with contaminated groundwater will require long-term management that could extend for decades or longer.  Chapter 6 discusses technological developments that can aid in the transition from active remediation to more passive strategies and provide more cost-effective and protective long-term management of complex sites.  In particular, transitioning to and improving long-term management can be achieved through (1) better understanding of the spatial distribution of contaminants, exposure pathways, and processes controlling contaminant mass flux and attenuation along exposure pathways; (2) improved spatio-temporal monitoring of groundwater contamination through better application of conventional monitoring techniques, the use of proxy measurements, and development of sensors; and (3) application of emerging diagnostic and modeling tools.  The chapter also explores emerging remediation technologies that have yet to receive extensive field testing and evaluation, and it reviews the state of federal funding for relevant research and development.  The following conclusions and recommendations are offered.

**Long-term management of complex sites requires an appropriately detailed understanding of geologic complexity and the potential distribution of contaminants among the aqueous, vapor, sorbed, and NAPL phases, as well as the unique biogeochemical dynamics associated with both the source area and downgradient plume.**  Recent improvements to the understanding of subsurface biogeochemical processes have not been accompanied by cost-effective site characterization methods capable of fully distinguishing between different contaminant compartments.  Management of residual contamination to reduce the exposure risks via the vapor intrusion pathway is challenged by the highly variable nature of exposure, as well as uncertain interactions between subsurface sources and indoor background contamination.

**Existing protocols for assessing monitored natural attenuation and other remediation technologies should be expanded to integrate compound-specific isotope analysis and molecular biological methods with more conventional biogeochemical characterization and groundwater dating methods.**  The development of molecular and isotopic diagnostic tools has significantly enhanced the ability to evaluate the performance of degradation technologies and monitored natural attenuation at complex sites.

Copyright  National Academy of Sciences. All rights reserved.
This summary plus thousands more available at http://www.nap.edu

Case No. 1:20-cv-02484-MSK   Document 94   filed 05/06/21   USDC Colorado   pg 152 of 320
Alternatives for Managing the Nation's Complex Contaminated Groundwater Sites
http://www.nap.edu/catalog.php?record_id=14668

Although the Committee did not attempt a comprehensive assessment of research needs, research in the following areas would help address technical challenges associated with long-term management at complex contaminated sites (see Chapter 6 for a more complete list):

- **Remediation Technology Development**.  Additional work is needed to advance the development of emerging and novel remediation technologies, improve their performance, and understand any potential broader environmental impacts.  A few developing remediation techniques could provide more cost-effective remediation for particular combinations of contaminants and site conditions at complex sites, but they are in the early stages of development.

- **Tools to Assess Vapor Intrusion**.  Further research and development should identify, test, and demonstrate tools and paradigms that are practicable for assessing the significance of vapor intrusion, especially for multi-building sites and preferably through short-term diagnostic tests.  Development of real-time unobtrusive and low-cost air quality sensors would allow verification of those short-term results over longer times at buildings not needing immediate mitigation.

- **Modeling**.  Additional targeted modeling research and software development that will benefit the transition of sites from active remediation to long-term management should be initiated.  Particular needs include concepts and algorithms for including the processes of back-diffusion and desorption in screening and plume models, and the development of a larger suite of intermediate-complexity modeling tools to support engineering design for source remediation.

**Overall research and development have been unable to keep pace with the needs of practitioners trying to conduct remediation on complex sites.**  Currently, a national strategy for technology development to support long-term management of complex sites is lacking.  It is not clear that the pertinent federal agencies will be capable of providing the funding and other support for the fundamental research and development that is necessary to meet the challenges facing complex sites.  A comprehensive assessment of future research needs, undertaken at the federal level and involving coordination between federal agencies, would allow research funding to be allocated in an efficient and targeted manner**.**

## BETTER DECISION MAKING DURING THE LONG-TERM MANAGEMENT OF COMPLEX GROUNDWATER CONTAMINATION SITES

The fact that at most complex groundwater sites drinking water standards will not be attained for decades should be more fully reflected in the decision making process of existing cleanup programs.  Thus, Chapter 7 provides a series of recommendations that will accelerate the transition of sites to one of three possible end states: (1) *closure* in which unlimited use and unrestricted exposure levels have been attained; (2) *long-term passive management* (e.g., using natural attenuation with or without monitoring, physical containment, permeable reactive barriers, and/or institutional controls), and (3) *long-term active management* (e.g., indefinite hydraulic containment using pump and treat).  The acceleration of this transition to one of three

Copyright  National Academy of Sciences. All rights reserved.
This summary plus thousands more available at http://www.nap.edu

Case No. 1:20-cv-02484-MSK   Document 94   filed 05/06/21   USDC Colorado   pg 153 of 320
Alternatives for Managing the Nation's Complex Contaminated Groundwater Sites
http://www.nap.edu/catalog.php?record_id=14668

end states is premised on using remedies that are fully protective of human health and the environment in combination with more rapid acceptance of alternative end states other than clean closure.

An alternative approach for better decision making at complex sites is shown in Figure 7-2. It includes the processes currently followed at all CERCLA facilities and at many complex sites regulated under other federal or state programs (RCRA or state Superfund), but it provides more detailed guidance for sites where recalcitrant contamination remains in place at levels above those allowing for unlimited use and unrestricted exposure. This alternative approach diverges from the status quo by requiring the explicit charting of risk reduction (as indicated by, e.g., contaminant concentration reduction) over time. Specifically, if data indicate that contaminant concentrations are approaching an asymptote, resulting in exponential increases in the unit cost of the remedy, then there is limited benefit in its continued operation. At this point of diminishing returns, it is appropriate to assess whether to take additional remedial action (if legally possible) or whether to transition to more passive long-term management.

If asymptotic conditions have occurred, a *transition assessment* is performed. The transition assessment evaluates each of the relevant alternatives (remedy modification or replacement, passive or active long-term management) based on the statutory and regulatory remedy selection criteria. This includes consideration of the risk from residual contamination in subsurface zones, life-cycle costs and the incremental costs compared to the level of risk reduction achieved, and the likely reaction of stakeholders. The following conclusions and recommendations about this alternative approach are made.

At many complex sites, contaminant concentrations in the plume remain stalled at levels above cleanup goals despite continued operation of remedial systems. There is no clear path forward to a final end state embodied in the current cleanup programs, such that money continues to be spent, with no concomitant reduction in risks. **If the effectiveness of site remediation reaches a point of diminishing returns prior to reaching cleanup goals and optimization has been exhausted, the transition to monitored natural attenuation or some other active or passive management should be considered using a formal evaluation.** This transition assessment would determine whether a new remedy is warranted at the site or whether long-term management is appropriate.

Five-year reviews are an extremely valuable source of field data for evaluating the performance of remedial strategies that have been implemented at CERCLA facilities and could be improved. To increase transparency and allow EPA, the public, and other researchers to assess lessons learned, more should be done, on a national basis, to analyze the results of five-year reviews in order to evaluate the current performance of implemented technologies. **EPA's technical guidance for five-year reviews should be updated to provide a uniform protocol for analyzing the data collected during the reviews, reporting their results, and improving their quality.**

**Public involvement tends to diminish once remedies at a site or facility are in place. No agency has a clear policy for sustaining public involvement during long-term management.** Regulators and federal responsible parties should work with members of existing advisory groups and technical assistance recipients to devise models for ongoing public oversight once remedies are in place. Such mechanisms may include annual meetings, Internet

Copyright  National Academy of Sciences. All rights reserved.
This summary plus thousands more available at http://www.nap.edu

Case No. 1:20-cv-02484-MSK   Document 94   filed 05/06/21   USDC Colorado   pg 154 of 320
Alternatives for Managing the Nation's Complex Contaminated Groundwater Sites
http://www.nap.edu/catalog.php?record_id=14668

communications, or the shifting of the locus of public involvement to permanent local institutions such as public health departments.

**Although the cost of new remedial actions may decrease at complex sites if more of them undergo a transition to passive long-term management, there will still be substantial long-term funding obligations.** Failure to fund adequately the long-term management of complex sites may result in unacceptable risks to the public due to unintended exposure to site contaminants.

Copyright  National Academy of Sciences. All rights reserved.
This summary plus thousands more available at http://www.nap.edu

Case No. 1:20-cv-02484-MSK   Document 94   filed 05/06/21   USDC Colorado   pg 155 of 320

# Prepublication Copy

## Alternatives for Managing the Nation's Complex Contaminated Groundwater Sites

Committee on Future Options for Management
in the Nation's Subsurface Remediation Effort

Water Science and Technology Board

Division on Earth and Life Studies

NATIONAL RESEARCH COUNCIL
OF THE NATIONAL ACADEMIES

THE NATIONAL ACADEMIES PRESS
Washington, D.C.
www.nap.edu

PREPUBLICATION COPY
Copyright  National Academy of Sciences. All rights reserved.
This summary plus thousands more available at http://www.nap.edu

**THE NATIONAL ACADEMIES PRESS   500 Fifth Street, N.W.   Washington, DC 20001**

NOTICE: The project that is the subject of this report was approved by the Governing Board of the National Research Council, whose members are drawn from the councils of the National Academy of Sciences, the National Academy of Engineering, and the Institute of Medicine. The members of the panel responsible for the report were chosen for their special competences and with regard for appropriate balance.

This study was supported by Contract Number W911SR-09-1-0004 between the National Academy of Sciences and the U.S. Department of the Army. Any opinions, findings, conclusions, or recommendations expressed in this publication are those of the author(s) and do not necessarily reflect the views of the organizations or agencies that provided support for the project.

**Library of Congress Cataloging-in-Publication Data**
*or*
International Standard Book Number 0-309-0XXXX-X
Library of Congress Catalog Card Number 97-XXXXX

Additional copies of this report are available for sale from the National Academies Press, 500 Fifth Street, NW, Keck 360, Washington, DC 20001; (800) 624-6242 or (202) 334-3313; http://www.nap.edu.

Copyright 2012 by the National Academy of Sciences. All rights reserved.

Printed in the United States of America.

# THE NATIONAL ACADEMIES

*Advisers to the Nation on Science, Engineering, and Medicine*

The **National Academy of Sciences** is a private, nonprofit, self-perpetuating society of distinguished scholars engaged in scientific and engineering research, dedicated to the furtherance of science and technology and to their use for the general welfare. Upon the authority of the charter granted to it by the Congress in 1863, the Academy has a mandate that requires it to advise the federal government on scientific and technical matters. Dr. Ralph J. Cicerone is president of the National Academy of Sciences.

The **National Academy of Engineering** was established in 1964, under the charter of the National Academy of Sciences, as a parallel organization of outstanding engineers. It is autonomous in its administration and in the selection of its members, sharing with the National Academy of Sciences the responsibility for advising the federal government. The National Academy of Engineering also sponsors engineering programs aimed at meeting national needs, encourages education and research, and recognizes the superior achievements of engineers. Dr. Charles M. Vest is president of the National Academy of Engineering.

The **Institute of Medicine** was established in 1970 by the National Academy of Sciences to secure the services of eminent members of appropriate professions in the examination of policy matters pertaining to the health of the public. The Institute acts under the responsibility given to the National Academy of Sciences by its congressional charter to be an adviser to the federal government and, upon its own initiative, to identify issues of medical care, research, and education. Dr. Harvey V. Fineberg is president of the Institute of Medicine.

The **National Research Council** was organized by the National Academy of Sciences in 1916 to associate the broad community of science and technology with the Academy's purposes of furthering knowledge and advising the federal government. Functioning in accordance with general policies determined by the Academy, the Council has become the principal operating agency of both the National Academy of Sciences and the National Academy of Engineering in providing services to the government, the public, and the scientific and engineering communities. The Council is administered jointly by both Academies and the Institute of Medicine. Dr. Ralph J. Cicerone and Dr. Charles M. Vest are chair and vice chair, respectively, of the National Research Council.

**www.nationalacademies.org**

PREPUBLICATION COPY

Copyright  National Academy of Sciences. All rights reserved.
This summary plus thousands more available at http://www.nap.edu

Alternatives for Managing the Nation's Complex Contaminated Groundwater Sites
http://www.nap.edu/catalog.php?record_id=14668

Copyright  National Academy of Sciences. All rights reserved.
This summary plus thousands more available at http://www.nap.edu

Alternatives for Managing the Nation's Complex Contaminated Groundwater Sites
http://www.nap.edu/catalog.php?record_id=14668

## COMMITTEE ON FUTURE OPTIONS FOR MANAGEMENT
## IN THE NATION'S SUBSURFACE REMEDIATION EFFORT*

MICHAEL C. KAVANAUGH, *Chair*, Geosyntec, Oakland, California
WILLIAM A. ARNOLD, University of Minnesota, Minneapolis
BARBARA D. BECK, Gradient, Cambridge, Massachusetts
YU-PING CHIN, The Ohio State University, Columbus
ZAID CHOWDHURY, Malcolm Pirnie, Phoenix, Arizona
DAVID E. ELLIS, DuPont Engineering, Newark, Delaware
TISSA H. ILLANGASEKARE, Colorado School of Mines, Golden
PAUL C. JOHNSON, Arizona State University, Tempe
MOHSEN MEHRAN, Rubicon Engineering, Irvine, California
JAMES W. MERCER, Tetra Tech GEO, Sterling, Virginia
KURT D. PENNELL, Tufts University, Medford, Massachusetts
ALAN J. RABIDEAU, State University of New York, Buffalo
ALLEN M. SHAPIRO, U.S. Geological Survey, Reston, Virginia
LEONARD M. SIEGEL, Center for Public Environmental Oversight, Mountain View, California
WILLIAM J. WALSH, Pepper Hamilton LLP, Washington, DC

*NRC Staff*
LAURA J. EHLERS, Study Director
STEPHANIE E. JOHNSON, Senior Staff Officer
KERI SCHAFFER, Research Associate
JEANNE AQUILINO, Senior Administrative Associate
ELLEN DEGUZMAN, Research Associate, *through June 2011*
ANITA HALL, Senior Program Associate

*Kevin J. Boyle, Virginia Polytechnic Institute and State University, Blacksburg, was a member of the Committee from February 2010 to June 2012.

*v*

Copyright National Academy of Sciences. All rights reserved.
This summary plus thousands more available at http://www.nap.edu

# WATER SCIENCE AND TECHNOLOGY BOARD

DONALD I. SIEGEL, *Chair*, Syracuse University, Syracuse, New York
LISA ALVAREZ-COHEN, University of California, Berkeley
EDWARD J. BOUWER, Johns Hopkins University
YU-PING CHIN, The Ohio State University, Columbus
M. SIOBHAN FENNESSY, Kenyon College, Gambier, Ohio
BEN GRUMBLES, Clean Water America Alliance, Washington, DC
GEORGE R. HALLBERG, The Cadmus Group, Inc., Watertown, Massachusetts
KENNETH R. HERD, Southwest Florida Water Management District, Brooksville
GEORGE M. HORNBERGER, Vanderbilt University, Nashville, Tennessee
CATHERINE L. KLING, Iowa State University, Ames
DEBRA S. KNOPMAN, The Rand Corporation, Washington, DC
LARRY LARSON, Association of State Floodplain Managers, Madison, Wisconsin
RITA P. MAGUIRE, Maguire & Pearce PLLC, Phoenix, Arizona
DAVID H. MOREAU, University of North Carolina, Chapel Hill
ROBERT SIMONDS, The Robert Simonds Company, Culver City, California
FRANK H. STILLINGER, Princeton University, Princeton, New Jersey
MARYLYNN V. YATES, University of California, Riverside
JAMES W. ZIGLAR, SR., Van Ness Feldman, Washington, DC

*NRC Staff*
JEFFREY JACOBS, Director
LAURA J. EHLERS, Senior Staff Officer
LAURA J. HELSABECK, Senior Staff Officer
STEPHANIE JOHNSON, Senior Staff Officer
JEANNE AQUILINO, Financial and Administrative Associate
ANITA HALL, Senior Program Associate
MICHAEL STOEVER, Research Associate
SARAH BRENNAN, Senior Program Assistant

PREPUBLICATION COPY
Copyright  National Academy of Sciences. All rights reserved.
This summary plus thousands more available at http://www.nap.edu

Case No. 1:20-cv-02484-MSK   Document 94   filed 05/06/21   USDC Colorado   pg 161 of 320
Alternatives for Managing the Nation's Complex Contaminated Groundwater Sites
http://www.nap.edu/catalog.php?record_id=14668

# Preface

Despite nearly 40 years of intensive efforts in the United States as well as in other industrialized countries worldwide, restoration of groundwater contaminated by releases of anthropogenic chemicals to a condition allowing for unrestricted use and unlimited exposure (UU/UE) remains a significant technical and institutional challenge.  Recent (2004) estimates by EPA indicate that expenditures for soil and groundwater cleanup at over 300,000 sites through 2033 may exceed $200 billion (not adjusted for inflation), and many of these sites have experienced groundwater impacts.

One dominant attribute of the nation's efforts on subsurface remediation efforts has been lengthy delays between discovery of the problem and its resolution.  Reasons for these extended timeframes are now well known: ineffective subsurface investigations, difficulties in characterizing the nature and extent of the problem in highly heterogeneous subsurface environments, remedial technologies that have not been capable of achieving restoration in many of these geologic settings, continued improvements in analytical detection limits leading to discovery of additional chemicals of concern, evolution of more stringent drinking water standards, and the realization that other exposure pathways, such as vapor intrusion, pose unacceptable health risks.  A variety of administrative and policy factors also result in extensive delays, including, but not limited to, high regulatory personnel turnover, the difficulty in determining cost-effective remedies to meet cleanup goals, and allocation of responsibility at multiparty sites.

Over the past decade, however, remedial technologies have shown increased effectiveness in removing contaminants from groundwater, and the use of more precise characterization tools and other diagnostic technologies have improved our ability to achieve site-specific remedial action objectives within a reasonable time frame at an increasing number of sites.  For example, of the over 1,700 National Priority List sites, the U.S Environmental Protection Agency (EPA) has deleted over 360 sites (as of March, 2012), including some  that have reported achieving restoration goals for groundwater, usually defined as drinking water standards.  Other regulatory programs at both the federal and state level report closures of many sites with contaminated groundwater, although "closure" is often defined by site-specific conditions, such as the need for long-term institutional controls.  Such trends and financial pressures have prompted the DoD to set very aggressive goals for significantly reducing the expenditures for the Installation Restoration Program within the next few years.

There is general agreement among practicing remediation professionals, however, that there is a substantial population of sites, where, due to inherent geologic complexities, restoration within the next 50-100 years is likely not achievable.  Reaching agreement on which sites should be included in this category, and what should be done with such sites, however, has proven to be difficult. EPA recently summarized the agency's recommended decision guidance

PREPUBLICATION COPY
Copyright  National Academy of Sciences. All rights reserved.
This summary plus thousands more available at http://www.nap.edu

(July, 2011) for these more complex sites, presenting a Road Map for groundwater restoration that targets both Superfund and RCRA Corrective Action sites. A key decision in that Road Map is determining whether or not restoration of groundwater is "likely." If not, alternative strategies must be evaluated to achieve the remedial action objectives, including possible modification of these objectives or the points of compliance. The National Research Council (NRC) has also addressed the issue of complex and difficult sites. Since 1987, there have been at least six NRC studies to evaluate barriers to achieving the goal of groundwater restoration. These reports addressed both technical and institutional barriers to restoration, but in general, the reports have concluded that some fraction of sites will require containment and long-term management and the number of such sites could be in the thousands. Other organizations have also undertaken in-depth assessments of barriers to restoration at more complex sites including the Interstate Technology Regulatory Commission (ITRC).

In this context, the U.S. Army Environmental Command (AEC) agreed to support a NRC study to address the technical and management issues arising from barriers to restoration of contaminated groundwater at these complex sites. In particular, the AEC was concerned that delays in decision making on the final remedies at many of their more complex sites could diminish their ability to achieve DoD goals for the IRP. For the Army, one significant goal is achieving the RIP or RC milestones for 100 percent of their IRP sites at active installations by 2014. This study was established under the Water Science and Technology Board (WSTB) of the NRC with the title "Future Options for Management in the Nation's Subsurface Remediation Effort." The Committee included fifteen individuals representing expertise in all areas relevant to the SOT, including various scientific and technical disciplines, resource economics, environmental policy, risk assessment and public stakeholder issues. Seven meetings were held over the past two years, with presentations from a wide range of interested parties. I would like to thank the following individuals for giving presentations to the committee during one or more of its meetings: Laurie Haines-Eklund, Army Environmental Command; Jim Cummings, EPA Superfund Office; Adam Klinger, EPA Underground Storage Tank Office; Jeff Marquesee and Andrea Leeson, SERDP; Brian Looney, DOE Environmental Management; John Gillespie, Air Force Center for Environmental Excellence; Anna Willett, Interstate Technology and Regulatory Council; Alan Robeson, American Water Works Association; Jill Van Dyke, National Groundwater Association; Ira May, May Geoenvironmental Services; Roy Herndon, Orange County Water District; Milad Taghavi, LADWP; Carol Williams, San Gabriel Supply; Gil Borboa, City of Santa Monica; David Lazerwitz, Farella Braun + Martel, LLP; James Giannopoulos, California State Water Quality Control Board; Herb Levine, EPA Region 9; Alec Naugle, CA Region 2 Water Board; David Sweeney, New Jersey Department of Environmental Protection; Rula Deeb, Malcolm Pirnie; Amy Edwards, Holland & Knight LLP; Brian Lynch, Marsh Environmental Practice; Richard Davies, Chartis; Henry Schuver and Helen Dawson, EPA; Tushar Talele, Arcadis; Anura Jayasumana, Colorado School of Mines; Deborah Morefield, Office of the Deputy Undersecretary of Defense; Alana Lee, EPA Region 9; Betsy Southerland and Matt Charsky, EPA; Mike Truex, Pacific National Lab; and Jim Gillie, Versar/Joint Base Lewis McChord.

I wish to acknowledge the herculean efforts of Laura Ehlers and her colleagues at the WSTB for organizing our meetings, managing multiple tasks, and finally completing the editing of contributions from committee members, a task that requires both editing and substantial technical expertise and diplomacy in helping a diverse committee reach consensus. I am indebted to Laura for her efforts on completing this report. I also want to send special thanks to

Copyright  National Academy of Sciences. All rights reserved.
This summary plus thousands more available at http://www.nap.edu

Case No. 1:20-cv-02484-MSK   Document 94   filed 05/06/21   USDC Colorado   pg 163 of 320

all the Committee members who so diligently participated in long sessions at our meetings, produced comprehensive summaries of the state of the science in subsurface remediation, and who wrestled with the complexities of addressing the challenges of better decision making. The contributions of those who worked on the final chapter are especially appreciated, and particularly those individuals who joined the committee later in deliberations to fill in for vacancies caused by unanticipated changes in the committee roster.

This report has been reviewed in draft form by individuals chosen for their diverse perspectives and technical expertise, in accordance with procedures approved by the National Research Council's Report Review Committee. The purpose of this independent review is to provide candid and critical comments that will assist the institution in making its published report as sound as possible and to ensure that the report meets institutional standards for objectivity, evidence, and responsiveness to the study charge. The review comments and draft manuscript remain confidential to protect the integrity of the deliberative process. We wish to thank the following individuals for their review of this report: Lisa Alvarez-Cohen, University of California, Berkeley; Linda Lee, Purdue University; Jacqueline MacDonald Gibson, University of North Carolina, Chapel Hill; David Nakles, Carnegie Mellon University; Stavros Papadopulos, S.S. Papadopulos & Associates, Inc.; Tom Sale, Colorado State University; Rosalind Schoof, Environ International Corporation; Hans Stroo, HydroGeoLogic, Inc.; and Marcia E. Williams, Gnarus Advisors, LLC.

Although the reviewers listed above have provided many constructive comments and suggestions, they were not asked to endorse the conclusions or recommendations nor did they see the final draft of the report before its release. The review of this report was overseen by Susan L. Brantley, Pennsylvania State University; and Mitchell Small, Carnegie Mellon University. Appointed by the National Research Council, they were responsible for making certain that an independent examination of this report was carried out in accordance with institutional procedures and that all review comments were carefully considered. Responsibility for the final content of this report rests entirely with the authoring committee and the institution.

*Michael C. Kavanaugh, Chair*
*Committee on Future Options for Management*
*in the Nation's Subsurface Remediation Efforts*

PREPUBLICATION COPY
Copyright  National Academy of Sciences. All rights reserved.
This summary plus thousands more available at http://www.nap.edu

Alternatives for Managing the Nation's Complex Contaminated Groundwater Sites
http://www.nap.edu/catalog.php?record_id=14668

Copyright  National Academy of Sciences. All rights reserved.
This summary plus thousands more available at http://www.nap.edu

# Contents

SUMMARY                                                                          1

1   INTRODUCTION                                                                11
    Background of Study, 11
    Regulatory Response to Groundwater Contamination, 14
    The Life Cycle of a Contaminated Site, 17
    The Remediation Challenge, 19
    Statement of Task and Report Roadmap, 23
    References, 26

2   MAGNITUDE OF THE PROBLEM                                                    28
    Number of U.S. Hazardous Waste Sites, 28
    Cost Estimates, 40
    Impacts to Groundwater, 42
    The Paradox of "Closed" Sites, 49
    Conclusions and Recommendations, 53
    References, 55

3   REMEDIAL OBJECTIVES, REMEDY SELECTION, AND SITE CLOSURE                    58
    The Cleanup Process and Associated Objectives, 59
    The Future of Cleanup Objectives, 71
    Conclusions and Recommendations, 82
    References, 83

4   CURRENT CAPABILITIES TO REMOVE OR CONTAIN CONTAMINATION                    87
    Introduction, 87
    Thermal Treatment, 90
    Chemical Transformation Processes, 93
    Extraction Technologies, 96
    Pump and Treat, 100
    Physical Containment, 101
    Bioremediation, 102
    Permeable Reactive Barriers, 105
    Monitored Natural Attenuation, 106
    Combined Remedies, 108
    Conclusions and Recommendations, 111
    References, 113

PREPUBLICATION COPY
Copyright  National Academy of Sciences. All rights reserved.
This summary plus thousands more available at http://www.nap.edu

Alternatives for Managing the Nation's Complex Contaminated Groundwater Sites
http://www.nap.edu/catalog.php?record_id=14668

5       IMPLICATIONS OF CONTAMINATION REMAINING IN PLACE          120
        Potential for Failure of Remedies and Engineered Controls, 120
        Implications of the Long-Term Need for Institutional Controls, 125
        Emergence of Unregulated and Unanticipated Contaminants, 129
        New Pathways/Receptors, 135
        Litigation Risks, 138
        Consequences for Water Utilities, 143
        Economic Impacts, 150
        Conclusions and Recommendations, 155
        References, 156

6       TECHNOLOGY DEVELOPMENT TO SUPPORT LONG-TERM
        MANAGEMENT OF COMPLEX SITES                                      167
        Site Conceptualization, 167
        Monitoring, 173
        Modeling for Long-Term Management, 179
        Emerging Remediation Technologies, 183
        Research Funding, 185
        Conclusions and Recommendations, 187
        References, 189

7       BETTER DECISION MAKING DURING THE LONG-TERM MANAGEMENT
        OF COMPLEX GROUNDWATER CONTAMINATION SITES                       200
        Setting the Stage, 201
        An Alternative Decision Process for Contaminated Groundwater, 203
        The Role of Community Involvement in Transition Assessment
            Long-Term Management, 213
        Conclusions and Recommendations, 215
        References, 216

ACRONYMS                                                                 219

APPENDICES

A       Biographical Sketches of Committee Members and Staff             223

B       Analysis of 80 Facilities with Contaminated Groundwater Deleted
        from the National Priorities List                                229

C       Complex Site List                                               323

PREPUBLICATION COPY
Copyright  National Academy of Sciences. All rights reserved.
This summary plus thousands more available at http://www.nap.edu

June 29, 2011

Office of Groundwater and Drinking Water
U.S. Environmental Protection Agency
Ariel Rios Building
1200 Pennsylvania Avenue, NW
Washington, DC 20460

*Re: Comments on Permitting Guidance for Oil and Gas Hydraulic Fracturing Activities Using Diesel Fuels*

Dear Sir or Madam:

Thank you for the opportunity to provide comments on the Environmental Protection Agency's ("EPA") development of UIC Class II permitting guidance for hydraulic fracturing activities that use diesel fuels in fracturing fluids.

The Natural Resources Defense Council ("NRDC") is a national, non-profit legal and scientific organization with 1.3 million members and activists worldwide. Since its founding in 1970, NRDC has been active on a wide range of environmental issues, including fossil fuel extraction and drinking water protection. NRDC is actively engaged in issues surrounding oil and gas development and hydraulic fracturing, particularly in the Rocky Mountain West and Marcellus Shale regions.

Earthjustice is a non-profit public interest law firm originally founded in 1971. Earthjustice works to protect natural resources and the environment, and to defend the right of all people to a healthy environment. Earthjustice is actively addressing threats to air, water, public health and wildlife from oil and gas development and hydraulic fracturing in the Marcellus Shale and Rocky Mountain regions.

Founded in 1892, the Sierra Club works to protect communities, wild places, and the planet itself.  With 1.4 million members and activists worldwide, the Club works to provide healthy communities in which to live, smart energy solutions to combat global warming, and an enduring legacy of for America's wild places.  The Sierra club is actively addressing the environmental threats to our land, water, air from natural gas extraction across the United States.

## General Comments
We appreciate EPA's decision to issue permitting guidance for hydraulic fracturing using diesel fuel. While this practice is regulated under the currently existing UIC Class II regulations, hydraulic fracturing also poses unique risks to USDWs.  For that reason, we believe that EPA must promulgate new regulations in addition to permitting guidance.  The issuance of permitting guidance under Class II is an important stopgap, but only through regulation that specifically address hydraulic fracturing using diesel can USDWs be adequately protected.

### UNPERMITTED INJECTION OF DIESEL FUELS THROUGH HYDRAULIC FRACTURING IS A VIOLATION OF THE SAFE DRINKING WATER ACT

As an initial matter, EPA should use its proposed guidance to reemphasize an important point: the use of diesel fuel injection for hydraulic fracturing is already subject to the requirements of the Safe Drinking Water Act ("SDWA"), whether or not it is specifically addressed by EPA guidance or state UIC programs.

The statutory definition of "underground injection" as "the subsurface emplacement of fluids by well injection" plainly encompasses hydraulic fracturing. 42 U.S.C. § 300h(d)(1); see, e.g., Legal Environmental Assistance Found. v. EPA, 118 F.3d 1467, 1475 (11th Cir. 1997) (holding that the statute requires EPA to regulate hydraulic fracturing operations). SDWA underscores this point by excluding hydraulic fracturing from the definition of "underground injection," except where diesel fuel is used. 42 U.S.C. § 300h(d)(1)(B)(ii). Such an exclusion would be unnecessary if hydraulic fracturing were not otherwise a form of SDWA-regulated underground injection.

Because it represents a form of underground injection, all hydraulic fracturing with diesel fuel violates SDWA unless a permit has been issued. 42 U.S.C. § 300h(b)(1)(A); 40 C.F.R. §§ 144.1(d)(6), (g), 144.11.

Because diesel fuel contains carcinogenic benzene, toluene, ethylene, and xlyene ("BTEX") compounds it poses a major concern.[1]  Therefore, when Congress exempted some hydraulic fracturing injections from the Act, it explicitly limited that exemption to wells where fluids "other than diesel fuels" are used. 42 U.S.C. § 300h(d)(1)(B)(ii).[2]  For those hydraulic fracturing injections using diesel fuel, the SDWA Class II well program applies. See 40 C.F.R. § 144.6(b).

Nevertheless, many companies have continued to use diesel fuel without obtaining a permit. The minority staff of the House Committee on Energy and Commerce determined that between 2005 and 2009 "oil and gas service companies injected 32.2 million gallons of diesel fuel or hydraulic fracturing fluids containing diesel fuel in wells in 19 states."[3]  The investigators determined that "no oil and gas service companies have sought – and no state and federal regulators have issued – permits for diesel fuel use in hydraulic fracturing."[4]

In light of this noncompliance (and assertions of confusion on the part of hydraulic fracturing service companies), EPA should reaffirm that these injections were illegal, and future injections without a permit are also illegal.

EPA should further clarify that these injections were barred under SDWA whether or not they occurred in a state with primacy to enforce SDWA, and whether or not such states had rules on the books. This is so because the SDWA requires each state to prohibit unpermitted injections. 42 U.S.C. § 300h(b)(1)(A).

---

[1] For example, EPA described diesel as the "additive of greatest concern" in hydraulic fracturing operations.US EPA, Evaluation of Impacts to Underground Sources of Drinking Water by Hydraulic Fracturing of Coalbed Methane Reservoirs (June 2004) at ES-12.

[2] Of course, "[n]otwithstanding any other provision of [the SDWA]," including the hydraulic fracturing exemption, EPA retains its power to act against injection practices which "may present an imminent and substantial endangerment to the health of persons." 42 U.S.C. § 300i(a). EPA could also use this authority to address diesel injection.

[3] Letter from Reps. Waxman, Markey, and DeGette to EPA Administrator Lisa Jackson (Jan. 31, 2001) at 1.

[4] Id.; see also Dusty Horwitt, Environmental Working Group, Drilling Around the Law (2009) at 12-13 ( documenting state and federal agency officials' failure to regulate these injections).

The statute leaves no room for states to simply ignore illegal injections to which the Act applies. Moreover, the SDWA regulations provide that each state program "must be administered in accordance" with various federal regulations, including 40 C.F.R. § 144.11, which prohibits "[a]ny underground injection, except into a well authorized by rule or except as authorized by permit." 40 C.F.R. § 145.11(a)(5). Thus, even if a state's rules do not explicitly address hydraulic fracturing injections with diesel fuel, the Class II permitting rules remain in place and govern all such injections.[5]

As the Congressional investigation demonstrates, oil and gas companies ignored these clear requirements.[6] In light of this apparently common failure to comply with the law, EPA would be well within its authority to ban diesel injection entirely. Diesel fuel injection is an inherent threat to safe drinking water. Cf. 42 U.S.C. § 300h(b)(1)(B) (applicants for permits must satisfactorily demonstrate that "the underground injection will not endanger drinking water sources"). Companies can and should be required to avoid using diesel fuel in their operations. But if EPA does not do so, it should at a minimum limit the threats it poses by issuing strong guidance and requiring permits to control injection practices.

## Responses to EPA's Discussion Questions

### WHAT SHOULD BE CONSIDERED AS "DIESEL FUELS?

The injection of any quantity of diesel fuels for hydraulic fracturing should be covered under EPA's UIC Class II regulations. This includes products derived from, containing, or mixed with diesel fuels or any fuel which could be used in a diesel engine.

At 40 CFR §80.2(x), "diesel fuel" is defined as:

Diesel fuel means any fuel sold in any State or Territory of the United States and suitable for use in diesel engines, and that is—

(1) A distillate fuel commonly or commercially known or sold as No. 1 diesel fuel or No. 2 diesel fuel;

(2) A non-distillate fuel other than residual fuel with comparable physical and chemical properties ( e.g. , biodiesel fuel); or

(3) A mixture of fuels meeting the criteria of paragraphs (1) and (2) of this definition.

### WHAT WELL CONSTRUCTION REQUIREMENTS SHOULD APPLY TO HF WELLS USING DIESEL FUELS?

---

[5] States which do not enforce against scofflaw injectors risk their primacy, as EPA should make clear. *See* 42 U.S.C. § 300h(c) (providing that if EPA determines that "a state no longer meetings the requirements" of the SDWA, then EPA shall implement a federal program).

[6] Indeed, even diesel injection into wells permitted by rule is barred if the operator did not comply with the Class II regulations. These applicable rules include EPA's inventory requirements at 40 C.F.R. § 144.26, which trigger reporting of well location and operating status, and, for EPA-administered programs, reports on the "nature of injected fluids" and on the mechanical integrity of the well. *See* 40 C.F.R. § 144.22(prohibiting injection without inventory reporting). If operators inject into permitted-by-rule wells without complying with these and other applicable requirements, they further violate the SDWA.

## Casing and Cement

Proper well construction is crucial to ensuring protection of USDWs. The first step to ensuring good well construction is ensuring proper well drilling techniques are used. This includes appropriate drilling fluid selection, to ensure that the wellbore will be properly conditioned and to minimize borehole breakouts and rugosity that may complicate casing and cementing operations. Geologic, engineering, and drilling data can provide indications of potential complications to achieving good well construction, such as highly porous or fractured intervals, lost circulation events, abnormally pressured zones, or drilling "kicks" or "shows." These must be accounted for in designing and implementing the casing and cementing program. Reviewing data from offset wellbores can be helpful in anticipating and mitigating potential drilling and construction problems. Additionally, proper wellbore cleaning and conditioning techniques must be used to remove drilling mud and ensure good cement placement.

Hydraulic fracturing requires fluid to be injected into the well at high pressure and therefore wells must be appropriately designed and constructed to withstand this pressure. The casing and cementing program must:

- Properly control formation pressures and fluids
- Prevent the direct or indirect release of fluids from any stratum to the surface
- Prevent communication between separate hydrocarbon-bearing strata
- Protect freshwater aquifers/useable water from contamination
- Support unconsolidated sediments
- Protect and/or isolate lost circulation zones, abnormally pressured zones, and any prospectively valuable mineral deposits

Casing must be designed to withstand the anticipated stresses imposed by tensile, compressive, and buckling loads; burst and collapse pressures; thermal effects; corrosion; erosion; and hydraulic fracturing pressure. The casing design must include safety measures that ensure well control during drilling and completion and safe operations during the life of the well.

UIC Class II rules require that injection wells be cased and cemented to prevent movement of fluids into or between underground sources of drinking water and that the casing and cement be designed for the life of the well [40 CFR §146.22(b)(1)]. Achieving and maintaining mechanical integrity are crucial to ensuring these requirements. Operators must demonstrate that wells will be designed and constructed to ensure both internal and external mechanical integrity. Internal mechanical integrity refers to the absence of leakage pathways through the casing; external mechanical integrity refers to the absence of leakage pathways outside the casing, primarily through the cement.

The components of a well that ensure the protection and isolation of USDWs are steel casing and cement. Multiple strings of casing are used in the construction of oil and gas wells, including: conductor casing, surface casing, production casing, and potentially intermediate casing. For all casing strings, the design and construction should be based on Good Engineering Practices (GEP), Best Available Technology (BAT), and local and regional engineering and geologic data. All well construction materials

must be compatible with fluids with which they may come into contact and be resistant to corrosion, erosion, swelling, or degradation that may result from such contact.

Conductor Casing:
Conductor casing is typically the first piece of casing installed and provides structural integrity and a conduit for fluids to drill the next section of the well. Setting depth is based on local geologic and engineering factors but is generally relatively shallow, typically down to bedrock. Depending on local conditions, conductor casing can either be driven into the ground or a hole drilled and the casing lowered into the hole. In the case where a hole is excavated, the space between the casing and the wellbore – the annulus – should be fully cemented from the base, or "shoe," of the casing to the ground surface, a practice referred to as "cementing to surface." A cement pad should also be constructed around the conductor casing to prevent the downward migration of fluids and contaminants.

Surface Casing:
Surface casing is used to: isolate and protect groundwater from drilling fluids, hydrocarbons, formation fluids, and other contaminants; provide a stable foundation for blowout prevention equipment; and provide a conduit for drilling fluids to drill the next section of the well.

Surface casing setting depth must be based on relevant engineering and geologic factors, but generally should be:

1. Shallower than any pressurized hydrocarbon-bearing zones
2. 100 feet below the deepest USDW

Surface casing must be fully cemented to surface by the pump and plug method. If cement returns are not observed at the surface, remedial cementing must be performed to cement the casing from the top of cement to the ground surface. If shallow hydrocarbon-bearing zones are encountered when drilling the surface casing portion of the hole, operators must notify regulators and take appropriate steps to ensure protection of USDWs.

Intermediate Casing:
Depending on local geologic and engineering factors, one or more strings of intermediate casing may be required. This will depend on factors including but not limited to the depth of the well, the presence of hydrocarbon-or fluid-bearing formations, abnormally pressured zones, lost circulation zones, or other drilling hazards. When used, intermediate casing should be fully cemented from the shoe to the surface by the pump and plug method. Where this is not possible or practical, the cement must extend from the casing shoe to 600 feet above the top of the shallowest zone to be isolated (e.g. productive zone, abnormally pressured zone, etc). Where the distance between the casing shoe and shallowest zone to be isolated makes this technically infeasible, multi-stage cementing must be used to isolate any hydrocarbon- or fluid-bearing formations or abnormally pressured zones and prevent the movement of fluids.

Production Casing:
To be most protective, one long-string production casing (i.e. casing that extends from the total depth of the well to the surface) should be used. This is preferable to the use of a production liner – in which the

casing does not extend to surface but is instead "hung" off an intermediate string of casing – as it provides an additional barrier to protect groundwater. The cementing requirements are the same as for intermediate casing.

Production Liner:
If production liner is used instead of long-string casing, the top of the liner must be hung at least 200 feet above previous casing shoe. The cementing requirements for production liners should be the same as for intermediate and production casing.

General:
For surface, intermediate, and production casing, a sufficient number of casing centralizers must be used to ensure that the casing is centered in the hole and in accordance with API Spec 10D (Specification for Bow-Spring Casing Centralizers) and API RP 10D-2 (Recommended Practice for Centralizer Placement and Stop Collar Testing). This is necessary to ensure that the cement is distributed evenly around the casing and is particularly important for directional and horizontal wells. In deviated wells, the casing will rest on the low side of the wellbore if not properly centralized, resulting in gaps in the cement sheath where the casing makes direct contact with the rock. Casing collars should have a minimum clearance of 0.5 inch on all sides to ensure a uniformly concentric cement sheath.

For any section of the well drilled through fresh water-bearing formations, drilling fluids must be limited to air, fresh water, or fresh water based mud and exclude the use of synthetic or oil-based mud or other chemicals. This typically applies to the surface casing and possibly conductor casing portions of the hole.

As recommended in API Guidance Document HF1: Hydraulic Fracturing Operations--Well Construction and Integrity Guidelines, all surface, intermediate, and production casing strings should be pressure tested. Drilling may not be resumed until a satisfactory pressure test is obtained. Casing must be pressure tested to a minimum of 0.22 psi/foot of casing string length or 1500 psi, whichever is greater, but not to exceed 70% of the minimum internal yield. If the pressure declines more than 10% in a 30-minute test or if there are other indications of a leak, corrective action must be taken.

Cement compressive strength tests must be performed on all surface, intermediate, and production casing strings. Casing must be allowed to stand under pressure until the cement has reached a compressive strength of at least 500 psi. The cement mixture must have a 72-hour compressive strength of at least 1200 psi. Additionally, the API free water separation must average no more than six milliliters per 250 milliliters of cement, tested in accordance with API RP 10B-2.

For cement mixtures without published compressive strength tests, the operator or service company must perform such tests in accordance with the current API RP 10B-6 and provide the results of these tests to regulators prior to the cementing operation. The test temperature must be within 10 degrees Fahrenheit of the formation equilibrium temperature at the top of cement. A better quality of cement may be required where local conditions make it necessary to prevent pollution or provide safer operating conditions.

As recommended in API Guidance Document HF1: Hydraulic Fracturing Operations--Well Construction and Integrity Guidelines, casing shoe tests should be performed immediately after drilling out of the surface or intermediate casing. These may include Formation Integrity Tests (FIT), Leak-Off Tests (LOT or XLOT), and pressure fall-off or pump tests. Casing shoe tests are used to ensure casing and cement integrity, determine whether the formations below the casing shoe can withstand the pressure to which they will be subjected while drilling the next section of the well, and gather data on rock mechanical properties. If any of the casing shoe tests fail, remedial action must be taken to ensure that no migrations pathways exist. Alternatively, the casing and cementing plan may need to be revised to include additional casing strings in order to properly manage pressure.

UIC Class II rules require that cement bond, temperature, or density logs be run after installing surface, intermediate, and production casing and cement [40 CFR §146.22(f)(2)(i)(B)]. Ideally, all three types of logs should be run. The term "cement bond log" refers to out-dated technology and the terms "cement evaluation logs," "cement integrity logs" or "cement mapping logs" are preferable. Cement integrity and location must be verified using cement evaluation tools that can detect channeling in 360 degrees. A poor cement job, in which the cement contains air pockets or otherwise does not form a complete bond between the rock and casing or between casing strings, can allow fluids to move behind casing from the reservoir into USDWs. Verifying the integrity of the cement job is crucial to ensure no unintended migration of fluids. Traditional bond logs cannot detect the fine scale channeling which may allow fluids to slowly migrate over years or decades and therefore the use of more advanced cement evaluation logs is crucial. (For further reading see, e.g., Lockyear et. al, 1990; Frisch et. al, 2005)

When well construction is completed, the operator should certify, in writing, that the casing and cementing requirements were met for each casing string.

In addition, it may be useful to review the casing and cementing regulations of states with long histories of oil and gas production such as Texas, Alaska, California, and Pennsylvania. Specific examples include:

- Requirements for casing and cementing record keeping for casing and cementing operations in the California Code of Regulations (CCR) at 14 CCR §1724
- Requirements for casing and cementing program application content in the Alaska Administrative Code (AAC) at 20 AAC §25.030(a)
- Cement chemical and physical degradation standard in the Pennsylvania Code (Pa. Code) at 25 Pa. Code §78.85(a)
- Requirement to report and repair defective casing or take the well out of service in the Pennsylvania Code at 25 Pa. Code §78.86
- Casing standard in gas storage areas in the Pennsylvania Code at 25 Pa. Code §78.75, in areas with gas storage
- Casing standard in coal development areas in the Pennsylvania Code at 25 Pa. Code §78.75, in areas with sufficient coal seams
- Casing testing and minimum overlap length standards in the California Code of Regulations at 14 CCR §1722

- Cement quality, testing, and remedial repair standard in the Alaska Administrative Code at 20 AAC §25.030
- Casing quality and amount standard in the Pennsylvania Code at 25 Pa. Code §78.84 and §78.71

**Well Logs**

After drilling the well but prior to casing and cementing operations, operators must obtain well logs to aid in the geologic, hydrologic, and engineer characterization of the subsurface. Open hole logs, i.e. logs run prior to installing casing and cement, should at a minimum include:

Gamma Ray Logs:

Gamma ray logs detect naturally occurring radiation. These logs are commonly used to determine generic lithology and to correlate subsurface formations. Shale formations have higher proportions of naturally radioactive isotopes than sandstone and carbonate formations. Thus, these formations can be distinguished in the subsurface using gamma ray logs.

Density/Porosity Logs:

Two types of density logs are commonly used: bulk density logs, which are in turn used to calculate density porosity, and neutron porosity logs. While not a direct measure of porosity, these logs can be used to calculate porosity when the formation lithology is known. These logs can be used to determine whether the pore space in the rock is filled with gas or with water.

Resistivity Logs:

These logs are used to measure the electric resistivity, or conversely conductivity, of the formation. Hydrocarbon- and fresh water-bearing formations are resistive, i.e. they cannot carry an electric current. Brine-bearing formations have a low resistivity, i.e. they can carry an electric current. Resistivity logs can therefore be used to help distinguish brine-bearing from hydrocarbon-bearing formations. In combination with Darcy's Law, resistivity logs can be used to calculate water saturation.

Caliper Logs:

Caliper logs are used to determine the diameter and shape of the wellbore. These are crucial in determining the volume of cement that must be used to ensure proper cement placement.

These four logs, run in combination, make up one of the most commonly used logging suites. Additional logs may be desirable to further characterize the formation, including but not limited to Photoelectric Effect, Sonic, Temperature, Spontaneous Potential, Formation Micro-Imaging (FMI), Borehole Seismic, and Nuclear Magnetic Resonance (NMR). The use of these and other logs should be tailored to site-specific needs. (For further reading see, e.g., Asquith and Krygowski, 2004)

UIC Class II rules have specific logging requirements "(f)or surface casing intended to protect underground sources of drinking water in areas where the lithology has not been determined" [40 CFR §146.22(f)(2)(i)]. For such wells, electric and caliper logs must be run before surface casing is installed [40 CFR §146.22(f)(2)(i)(A)]. Such logs should be run on all wells, not just those where lithology has not been determined, and the electric logs suite should include, at a minimum, caliper, resistivity and gamma ray or spontaneous potential logs. For intermediate and long string casing "intended to facilitate injection," UIC Class II rules require that electric porosity, gamma ray, and fracture finder logs be run

before casing is installed [40 CFR §146.22(f)(2)(ii)(A) and (B)]. Hydraulic fracturing should be included in the definition of "injection." Operators should also run caliper and resistivity logs. The term "fracture finder logs" refers to out-dated technology. More advanced tools for locating fractures should be used, such as borehole imaging logs (e.g. FMI logs) and borehole seismic.

### Core and Fluid Sampling

While not specifically required by current UIC Class II regulations, operators of wells that will be hydraulically fractured using diesel should also obtain whole or sidewall cores of the producing and confining zone(s) and formation fluid samples from the producing zone(s). At a minimum, routine core analysis should be performed on core samples representative of the range of lithology and facies present in the producing and confining zone(s). Special Core Analysis (SCAL) should also be considered, particularly for samples of the confining zone, where detailed knowledge of rock mechanical properties is necessary to determine whether the confining zone can prevent or arrest the propagation of fractures. Operators should also record the fluid temperature, pH, conductivity, reservoir pressure and static fluid level of the producing and confining zone(s). Operators should prepare and submit a detailed report on the physical and chemical characteristics of the producing and confining zone(s) and formation fluids that integrates data obtained from well logs, cores, and fluid samples. This must include the fracture pressure of both the producing and confining zone(s).

### WHAT WELL OPERATION, MECHANICAL INTEGRITY, MONITORING, AND REPORTING REQUIREMENTS SHOULD APPLY TO HF WELLS USING DIESEL FUELS?

### Mechanical Integrity

Operators must maintain mechanical integrity of wells at all times. Mechanical integrity should be periodically tested by means of a pressure test with liquid or gas, a tracer survey such as oxygen activation logging or radioactive tracers, a temperature or noise log, and a casing inspection log. The frequency of such testing should be based on site and operation specific requirements and be delineated in a testing and monitoring plan prepared, submitted, and implemented by the operator.

Mechanical integrity and annular pressure should be monitored over the life of the well. Instances of sustained casing pressure can indicate potential mechanical integrity issues. The annulus between the production casing and tubing (if used) should be continually monitored. Continuous monitoring allows problems to be identified quickly so repairs may be made in a timely manner, reducing the risk that a wellbore problem will result in contamination of USDWs.

### Operations and Monitoring

Each hydraulic fracturing treatment must be modeled using a 3D geologic and reservoir model, as described in the Area of Review requirements, prior to operation to ensure that the treatment will not endanger USDWs. Prior to performing a hydraulic fracturing treatment, operators should perform a pressure fall-off or pump test, injectivity tests, and/or a mini-frac. Data obtained from such tests can be used to refine the hydraulic fracture model, design, and implementation.

The hydraulic fracturing operation must be carefully and continuously monitored. In API Guidance Document HF1, Hydraulic Fracturing Operations – Well Construction and Integrity Guidelines, the

America Petroleum Institute recommends continuous monitoring of surface injection pressure, slurry rate, proppant concentration, fluid rate, and sand or proppant rate.

If at any point during the hydraulic fracturing operation the monitored parameters indicate a loss of mechanical integrity or if injection pressure exceeds the fracture pressure of the confining zone(s), the operation must immediately cease. If either occurs, the operator must notify the regulator within 24 hours and must take all necessary steps to determine the presence or absence of a leak or migration pathways to USDWs. Prior to any further operations, mechanical integrity must be restored and demonstrated to the satisfaction of the regulator and the operator must demonstrate that the ability of the confining zone(s) to prevent the movement of fluids to USDWs has not been compromised. If a loss of mechanical integrity is discovered or if the integrity of the confining zone has been compromised, operators must take all necessary steps to evaluate whether injected fluids or formation fluids may have contaminated or have the potential to contaminate any unauthorized zones. If such an assessment indicates that fluids may have been released into a USDW or any unauthorized zone, operators must notify the regulator within 24 hours, take all necessary steps to characterize the nature and extent of the release, and comply with and implement a remediation plan approved by the regulator. If such contamination occurs in a USDW that serves as a water supply, a notification must be placed in a newspaper available to the potentially affected population and on a publically accessible website and all known users of the water supply must be individually notified immediately by mail and by phone.

Techniques to measure actual fracture growth should be used, including downhole tiltmeters and microseismic monitoring. These techniques can provide both real-time data and, after data processing and interpretation, can be used in post-fracture analysis to inform fracture models and refine hydraulic fracture design. Tiltmeters measure small changes in inclination and provide a measure of rock deformation. Microseismic monitoring uses highly sensitive seismic receivers to measure the very low energy seismic activity generated by hydraulic fracturing (For further reading see, e.g., House, 1987; Maxwell et al., 2002; Le Calvez et al., 2007; Du et al., 2008; Warpinski et al., 2008; Warpinski, 2009; and Cipolla et al. 2011).

Hydraulic fracturing fluid and proppant can sometimes be preferentially taken up by certain intervals or perforations. Tracer surveys and temperature logs can be used to help determine which intervals were treated. Tracers can be either chemical or radioactive and are injected during the hydraulic fracturing operation. After hydraulic fracturing is completed, tools are inserted into the well that can detect the tracer(s). Temperature logs record the differences in temperature between zones that received fracturing fluid, which is injected at ambient surface air temperature, and in-situ formation temperatures, which can be in the hundreds of degrees Fahrenheit.

Operators should develop, submit, and implement a long-term groundwater quality monitoring program. Dedicated water quality monitoring wells should be used to help detect the presence of contaminants prior to their reaching domestic water wells. Placement of such wells should be based on detailed hydrologic flow models and the distribution and number of hydrocarbon wells. Baseline monitoring should begin at least a full year prior to any activity, with monthly or quarterly sampling to

characterize seasonal variations in water chemistry. Monitoring should continue a minimum of 5 years prior to plugging and abandonment.

### Reporting

At a minimum, operators must report:

- All instances of hydraulic fracturing injection pressure exceeding operating parameters as specified in the permit
- All instances of an indication of loss of mechanical integrity
- Any failure to maintain mechanical integrity
- The results of:
  - Continuous monitoring during hydraulic fracturing operations
  - Techniques used to measure actual fracture growth
  - Any mechanical integrity tests
- The detection of the presence of contaminants pursuant to the groundwater quality monitoring program
- Indications that injected fluids or displaced formation fluids may pose a danger to USDWs
- All spills and leaks
- Any non-compliance with a permit condition

The following must be made publically available on a well-by-well basis through an online, geographically based reporting system, a minimum of 30 days prior to a hydraulic fracturing operation:

1. Baseline water quality analyses for all USDWs within the area of review
2. Proposed source, volume, geochemistry, and timing of withdrawal of all base fluids
3. Proposed chemical additives (including proppant coating), reported by their type, chemical compound or constituents, and Chemical Abstracts Service (CAS) number; and the proposed concentration or rate and volume percentage of all additives

The following must be made publically available on a well-by-well basis through an online, geographically based reporting system, a maximum of 30 days subsequent to a hydraulic fracturing operation:

1. Actual source, volume, geochemistry and timing of withdrawal of all base fluids
2. Actual chemical additives used, reported by their type, chemical compound or constituents, and Chemical Abstracts Service (CAS) number; and the actual concentration or rate and volume percentage of all additives
3. Geochemical analysis of flowback and produced water, with samples taken at appropriate intervals to determine changes in chemical composition with time and sampled until such time as chemical composition stabilizes

### Emergency and Remedial Response

Operators must develop, submit, and implement an emergency response and remedial action plan. The plan must describe the actions the operator will take in response to any emergency that may endanger

human life or the environment – including USDWs – such as blowouts, fires, explosions, or leaks and spills of toxic or hazardous chemicals. The plan must include an evaluation of the ability of local resources to respond to such emergencies and, if found insufficient, how emergency response personnel and equipment will be supplemented. Operators should detail what steps they will take to respond to cases of suspected or known water contamination, including notification of users of the water source. The plan must describe what actions will be taken to replace the water supplies of affected individuals in the case of the contamination of a USDW.

The American Petroleum Institute has published recommended practices for developing a Safety and Environmental Management System (SEMS) plan, API Recommended Practice 75L: Guidance Document for the Development of a Safety and Environmental Management System for Onshore Oil and Natural Gas Production Operation and Associated Activities. This may be a useful document to reference when developing guidance.

### WHAT SHOULD THE PERMIT DURATION BE AND HOW SHOULD CLASS II PLUGGING AND ABANDONMENT PROVISIONS BE ADDRESSED FOR CLASS II WELLS USING DIESEL FUELS FOR HF?

The permit should be valid for the life of the well. However, operators must request and receive approval prior to performing any hydraulic fracturing operations that occur subsequent to the initial hydraulic fracturing operation for which the permit was approved. This can be accomplished by means of a sundry or amended permit. Operators must provide updates to all relevant permit application data to the regulator.

Prior to plugging and abandoning a well, operators should determine bottom hole pressure and perform a mechanical integrity test to verify that no remedial action is required. Operators should develop and implement a well plugging plan. The plugging plan should be submitted with the permit application and should include the methods that will be used to determine bottom hole pressure and mechanical integrity; the number and type of plugs that will be used; plug setting depths; the type, grade, and quantity of plugging material that will be used; the method for setting the plugs, and; a complete wellbore diagram showing all casing setting depths and the location of cement and any perforations.

Plugging procedures must ensure that hydrocarbons and fluids will not migrate between zones, into USDWs, or to the surface. A cement plug should be placed at the surface casing shoe and extend at least 100 feet above and below the shoe. All hydrocarbon-bearing zones should be permanently sealed with a plug that extends at least 100 feet above and below the top and base of all hydrocarbon-bearing zones. Plugging of a well must include effective segregation of uncased and cased portions of the wellbore to prevent vertical movement of fluid within the wellbore. A continuous cement plug must be placed from at least 100 feet below to 100 feet above the casing shoe. In the case of an open hole completion, any hydrocarbon- or fluid-bearing zones shall be isolated by cement plugs set at the top and bottom of such formations, and that extend at least 100 feet above the top and 100 feet below the bottom of the formation.

At least 60-days prior to plugging, operators must submit a notice of intent to plug and abandon. If any changes have been made to the previously approved plugging plan the operator must also submit a revised plugging plan. No later than 60-days after a plugging operation has been completed, operators

must submit a plugging report, certified by the operator and person who performed the plugging operation.

After plugging and abandonment, operators must continue to conduct monitoring and provide financial assurance for an adequate time period, as determined by the regulator, that takes into account site-specific characteristics including but not limited to:

- The results of hydrologic and reservoir modeling that assess the potential for movement of contaminants into USDWs over long time scales.
- Models and data that assess the potential degradation of well components (e.g. casing, cement) over time and implications for mechanical integrity and risks to USDWs.

WHAT SHOULD THE TIME FRAME BE FOR SUBMITTING A PERMIT FOR CLASS II WELLS USING DIESEL FUELS FOR HF?
All operators who wish to drill a Class II well using diesel fuel for hydraulic fracturing must submit a permit application to the regulator. Permit applications should be submitted within a reasonable timeframe but no less than 30 days prior to when the operator intends to begin construction. Under no circumstances shall activity commence until the application is approved and a permit is issued.

WHAT ARE IMPORTANT SITING CONSIDERATIONS?

### Site Characterization & Planning
Detailed site characterization and planning and baseline testing prior to any oil and gas development are crucial. Site characterization and planning must take into account cumulative impacts over the life of a project or field.

Operators must submit to the regulator a statistically significant sample, as determined by the regulator, of existing and/or new geochemical analyses of each of the following, within the area of review:

1. Any and all sources of water that serve as USDWs in order to characterize baseline water quality. This data must be made publically available through an online, geographically-based reporting system. The sampling methodology must be based on local and regional hydrologic characteristics such as rates of precipitation and recharge and seasonal fluctuations. At a minimum, characterization must include:
   a. Standard water quality and geochemistry[7]
   b. Stable isotopes
   c. Dissolved gases
   d. Hydrocarbon concentration and composition. If hydrocarbons are present in sufficient quantities for analysis, isotopic composition must be determined

---

[7] Including: Turbidity, Specific Conductance, Total Solids, Total Dissolved Solids, pH, Dissolved Oxygen, Redox State, Alkalinity, Calcium, Magnesium, Sodium, Potassium, Sulfate, Chloride, Fluoride, Bromide, Silica, Nitrite, Nitrate + Nitrite, Ammonia, Phosphorous, Total Organic Carbon, Aluminum, Antimony, Arsenic, Barium, Beryllium, Boron, Bromide, Cadmium, Chromium, Cobalt, Copper, Cyanide, Iron, Lead, Manganese, Mercury, Molybdenum, Nickel, Selenium, Silver, Strontium, Thallium, Thorium, Uranium, Vanadium, Zinc, Cryptosporidium, Giardia, Plate Count, Legionella, Total Coliforms, and Organic Chemicals including Volatile Organic Compounds (VOCs)

e. Chemical compounds or constituents thereof, or reaction products that may be introduced by the drilling or hydraulic fracturing process. The use of appropriate marker chemicals is permissible provided that the operator can show scientific justification for the choice of marker(s).

Operators should also consider testing for environmental tracers to determine groundwater age.

2. Any hydrocarbons that may be encountered both vertically and areally throughout the area of review;

3. The producing zone(s) and confining zone(s) and any other intervening zones as determined by the regulator. At a minimum, characterization must include:
   a. Mineralogy
   b. Petrology
   c. Major and trace element bulk geochemistry

Operators of wells that will be hydraulically fractured must demonstrate to the satisfaction of the regulator that the wells will be sited in a location that is geologically suitable. In order to allow the regulator to determine suitability, the owner or operator must provide:

1. A detailed analysis of regional and local geologic stratigraphy and structure including, at a minimum, lithology, geologic facies, faults, fractures, stress regimes, seismicity, and rock mechanical properties.

2. A detailed analysis of regional and local hydrology including, at a minimum, hydrologic flow and transport data and modeling and aquifer hydrodynamics; properties of the producing and confining zone(s); groundwater levels for relevant formations; discharge points, including springs, seeps, streams, and wetlands; recharge rates and primary zones, and; water balance for the area including estimates of recharge, discharge, and pumping

3. A detailed analysis of the cumulative impacts of hydraulic fracturing on the geology of producing and confining zone(s) over the life of the project. This must include, but is not limited to, analyses of changes to conductivity, porosity, and permeability; geochemistry; rock mechanical properties; hydrologic flow; and fracture mechanics.

4. A determination that the geology of the area can be described confidently and that the fate and transport of injected fluids and displaced formation fluids can be accurately predicted through the use of models.

Wells that will be hydraulically fractured must be sited such that a suitable confining zone is present. The operator must demonstrate to the satisfaction of the regulator that the confining zone:

1. Is of sufficient areal extent to prevent the movement of fluids to USDWs, based on the projected lateral extent of hydraulically induced fractures, injected hydraulic fracturing fluids, and displaced formation fluids over the life of the project;

2. Is sufficiently impermeable to prevent the vertical migration of injected hydraulic fracturing fluids or displaced formation fluids over the life of the project;

3. Is free of transmissive faults or fractures that could allow the movement of injected hydraulic fracturing fluids or displaced formation fluids to USDWs; and

4. Contains at least one formation of sufficient thickness and with lithologic and stress characteristics capable of preventing or arresting vertical propagation of fractures.
5. The regulator may require operators of wells that will be hydraulically fractured to identify and characterize additional zones that will impede or contain vertical fluid movement.

The site characterization and planning data listed above does not have to be submitted with each individual well application as long as such data is kept on file with the appropriate regulator and the well for which a permit is being sought falls within the designated area of review.

### WHAT SUGGESTIONS DO YOU HAVE FOR REVIEWING THE AREA AROUND THE WELL TO ENSURE THERE ARE NO CONDUITS FOR FLUID MIGRATION, SEISMICITY, ETC.?

The area of review should be the region around a well or group of wells that will be hydraulically fractured where USDWs may be endangered. It should be delineated based on 3D geologic and reservoir modeling that accounts for the physical and chemical extent of hydraulically induced fractures, injected hydraulic fracturing fluids and proppant, and displaced formation fluids and must be based on the life of the project. The physical extent would be defined by the modeled length and height of the fractures, horizontal and vertical penetration of hydraulic fracturing fluids and proppant, and horizontal and vertical extent of the displaced formation fluids. The chemical extent would be defined by that volume of rock in which chemical reactions between the formation, hydrocarbons, formation fluids, or injected fluids may occur, and should take into account potential migration of fluids over time.

The model must take into account all relevant geologic and engineering information including but not limited to:

1. Rock mechanical properties, geochemistry of the producing and confining zone, and anticipated hydraulic fracturing pressures, rates, and volumes.
2. Geologic and engineering heterogeneities
3. Potential for migration of injected and formation fluids through faults, fractures, and manmade penetrations.
4. Cumulative impacts over the life of the project.

As actual data and measurements become available, the model must be updated and history matched. Operators must develop, submit, and implement a plan to delineate the area of review. The plan should include the time frame under which the delineation will be reevaluated, including those operational or monitoring conditions that would trigger such a reevaluation.

Within the area of review, operators must identify all wells that penetrate the producing and confining zones and provide a description of each well's type, construction, date drilled, location, depth, record of plugging and/or completion, and any additional information the regulator may require. If any the wells identified are improperly constructed, completed, plugged, or abandoned, corrective action must be taken to ensure that they will not become conduits for injected or formation fluids to USDWs. Operators must develop, submit, and implement a corrective action plan.

### WHAT INFORMATION SHOULD BE SUBMITTED WITH THE PERMIT APPLICATION?

In addition to the requirements at 40 CFR §146.24, operators should also submit the following information:

1. Information on the geologic structure, stratigraphy, and hydrogeologic properties of the proposed producing formation(s) and confining zone(s), consistent with Site Characterization and Planning requirements, including:
    a. Maps and cross-sections of the area of review
    b. The location, orientation, and properties of known or suspected faults and fractures that may transect the confining zone(s) in the area of review and a determination that they would not provide migration pathways for injected fluids or displaced formation fluids to USDWs
    c. Data on the depth, areal extent, thickness, mineralogy, porosity, permeability, and capillary pressure of the producing and confining zone(s); including geology/facies changes based on field data which may include geologic cores, outcrop data, seismic surveys, well logs, and names and lithologic descriptions
    d. Geomechanical information on fractures, stress, ductility, rock strength, and in situ fluid pressures within the producing and confining zone(s)
    e. Information on the seismic history including the presence and depth of seismic sources and a determination that the seismicity would not affect the integrity of the confining zone(s)
    f. Geologic and topographic maps and cross sections illustrating regional geology, hydrogeology, and the geologic structure of the local area
    g. Hydrologic flow and transport data and modeling
2. A list of all wells within the area of review that penetrate the producing or confining zone and a description of each well's type, construction, date drilled, location, depth, record of plugging and/or completion, and any additional information the regulator may require.
3. Maps and stratigraphic cross sections indicating the general vertical and lateral limits of all USDWs, water wells and springs within the area of review, their positions relative to the injection zone(s), and the direction of water movement, where known
4. Baseline geochemical analyses of USDWs, hydrocarbons, and the producing and confining zone, consistent with the requirements for Site Characterization & Planning
5. Proposed area of review and corrective action plan that meet the Area of Review and Corrective Action Plan requirements
6. A demonstration that the operator has met the financial responsibility requirements
7. Proposed pre-hydraulic fracturing formation testing program to analyze the physical and chemical characteristics of the producing and confining zone(s), that meet the Well Log, Core, Fluid Sampling, and Testing requirements
8. Well construction procedures that meet the Well Construction requirements
9. Proposed operating data for the hydraulic fracturing operation:
    a. Operating procedure
    b. Calculated fracture gradient of the producing and confining zone(s)

       c. Maximum pressure, rate, and volume of injected fluids and proppant and demonstration that the proposed hydraulic fracturing operation will not initiate fractures in the confining zone or cause the movement of hydraulic fracturing or formation fluids that endangers a USDW

10. Proposed chemical additives:

       a. Service companies and operators must report all proposed additives by their type (e.g. breaker, corrosion inhibitor, proppant, etc), chemical compound or constituents, and Chemical Abstracts Service (CAS) number

       b. Service companies and operators must report the proposed concentration or rate and volume percentage of all additives

11. Proposed testing and monitoring plan that meets the testing and monitoring plan requirements

12. Proposed well plugging plan that meets the plugging plan requirements

13. Proposed emergency and remedial action plan

14. Prior to granting final approval for a hydraulic fracturing operation, the regulator should consider the following information:

       a. The final area of review based on modeling and using data obtained from the logging, sampling, and testing procedures

       b. Any updates to the determination of geologic suitability of the site and presence of an appropriate confining zone based on data obtained from the logging, sampling, and testing procedures

       c. Information on potential chemical and physical interactions and resulting changes to geologic properties of the producing and confining zone(s) due to hydraulic fractures and the interaction of the formations, formation fluids, and hydraulic fracturing fluids, based on data obtained from the logging, sampling, and testing procedures

       d. The results of the logging, sampling, and testing requirements

       e. Final well construction procedures that meet the well construction requirements

       f. Status of corrective action on the wells in the area of review

       g. A demonstration of mechanical integrity

       h. Any updates to any aspect of the plan resulting from data obtained from the logging, sampling, and testing requirements.

### HOW COULD CLASS II FINANCIAL RESPONSIBILITY REQUIREMENTS BE MET FOR WELLS USING DIESEL FUELS FOR HYDRAULIC FRACTURING?

Operators must demonstrate and maintain financial responsibility by means of a bond, letter of credit, insurance, escrow account, trust fund, or some combination of these financial mechanisms or any other mechanism approved by the regulator. The financial responsibility mechanism must cover the cost of corrective action, well plugging and abandonment, emergency and remedial response, long term monitoring, and any clean up action that may be necessary as a result of contamination of a USDW.

### WHAT PUBLIC NOTIFICATION REQUIREMENTS OR SPECIAL ENVIRONMENTAL JUSTICE CONSIDERATIONS SHOULD BE CONSIDERED FOR AUTHORIZATION OF WELLS USING DIESEL FUELS FOR HYDRAULIC FRACTURING?

EPA must ensure that there are opportunities for public involvement and community engagement throughout all steps of the process.

1. The following must be made publically available on a well-by-well basis through an online, geographically based reporting system, a minimum of 30 days prior to a hydraulic fracturing operation:
   a. Baseline water quality analyses for all USDWs within the area of review
   b. Proposed source, volume, geochemistry, and timing of withdrawal of all base fluids
   c. Proposed chemical additives, reported by their type, chemical compound or constituents, and Chemical Abstracts Service (CAS) number; and the proposed concentration or rate and volume percentage of all additives

2. The following must be made publically available on a well-by-well basis through an online, geographically based reporting system, a maximum of 30 days subsequent to a hydraulic fracturing operation:
   a. Actual source, volume, geochemistry and timing of withdrawal of all base fluids
   b. Actual chemical additives, reported by their type, chemical compound or constituents, and Chemical Abstracts Service (CAS) number; and the actual concentration or rate and volume percentage of all additives
   c. Geochemical analysis of flowback and produced water, with samples taken at appropriate intervals to determine changes in chemical composition with time and sampled until such time as chemical composition stabilizes

### WHAT ARE EFFICIENT ALTERNATIVES TO AUTHORIZE/PERMIT CLASS II WELLS USING DIESEL FUELS FOR HYDRAULIC FRACTURING?

The use of area permits should not be allowed for wells that use diesel fuel for hydraulic fracturing. Each hydraulic fracturing operation is unique and designed for site-and well-specific needs. The fluid volumes required, chemical make-up of hydraulic fracturing fluid, and geology and hydrology of the producing and confining zones can vary from well to well.

In situations where multiple wells will be drilled from the same surface location or pad, it may be permissible to issue a group permit for all such wells. In requesting a group permit, operators must provide the regulator with an analysis demonstrating that the geology, hydrology, and operating parameters of all wells are sufficiently similar such that the issuance of a group permit will not pose increased risks to USDWs as compared to individual permits. If a group permit is approved, operators must still disclose information on injected chemicals for each individual well unless the type and volume of chemicals injected will be identical for each well. Operators must also still provide geochemical analyses of flowback and produced water for each individual well.

## Conclusions

Thank you for your consideration of these comments. We are pleased that EPA is undertaking this effort to develop permitting guidance for hydraulic fracturing using diesel fuel. While this guidance is crucial to ensure that no further unpermitted hydraulic fracturing using diesel occurs, we urge EPA to begin the process of drafting new regulation that specifically addresses the unique risks hydraulic fracturing poses to USDWs.

Sincerely,

Briana Mordick
Oil and Gas Science Fellow
Natural Resources Defense Council

Amy Mall
Senior Policy Analyst
Natural Resources Defense Council

Kate Sinding
Senior Attorney
Natural Resources Defense Council

Deborah Goldberg
Managing Attorney, Northeast Office
Earthjustice

Michael Freeman
Staff Attorney, Rocky Mountain Office
Earthjustice

Craig Segall
Project Attorney
Sierra Club Environmental Law Program

Deborah J. Nardone, Director
Natural Gas Reform Campaign
The Sierra Club

## References

American Petroleum Institute (2002), API Spec 10D: Specification for Bow-Spring Casing Centralizers, Sixth Edition.

American Petroleum Institute (2004), API RP 10D-2: Recommended Practice for Centralizer Placement and Stop Collar Testing, First Edition.

American Petroleum Institute (2005), API RP 10B-2: Recommended Practice for Testing Well Cements, First Edition.

American Petroleum Institute (2007), Guidance Document for the Development of a Safety and Environmental Management System for Onshore Oil and Natural Gas Production Operation and Associated Activities, API Bulletin 75L, First Edition.

American Petroleum Institute (2009), Hydraulic Fracturing Operations – Well Construction and Integrity Guidelines, API Guidance Document HF1, First Edition.

American Petroleum Institute (2010), Water Management Associated with Hydraulic Fracturing, API Guidance Document HF2, First Edition.

American Petroleum Institute (2010), API RP 10B-6: Recommended Practice on Determining the Static Gel Strength of Cement Formulations, First Edition.

Asquith, G., and Krygowski, D. (2006), Basic Well Log Analysis. 2nd ed. *AAPG Methods in Exploration No. 16.,* 244 p.

Cipolla, C., Maxwell, S., Mack, M., and Downie, R. (2011), A Practical Guide to Interpreting Microseismic Measurements, *North American Unconventional Gas Conference and Exhibition, 14-16 June 2011, The Woodlands, Texas, USA*, DOI: 10.2118/144067-MS.

Du, J., Warpinski, N.R., Davis, E.J., Griffin, L.G., and Malone, S. (2008), Joint Inversion of Downhole Tiltmeter and Microseismic Data and its Application to Hydraulic Fracture Mapping in Tight Gas Sand Formation, *The 42nd U.S. Rock Mechanics Symposium (USRMS), June 29 - July 2, 2008, San Francisco, CA*.

Frisch, G., Fox, P., Hunt, D., and Kaspereit, D. (2005), Advances in Cement Evaluation Tools and Processing Methods Allow Improved Interpretation of Complex Cements, *SPE Annual Technical Conference and Exhibition, 9-12 October 2005, Dallas, Texas,* DOI: 10.2118/97186-MS

Le Calvez, J.H., Klem, R.C., Bennett, L., Erwemi, A., Craven, M., and Palacio, J.C. (2007), Real-Time Microseismic Monitoring of Hydraulic Fracture Treatment: A Tool To Improve Completion and Reservoir Management, *SPE Hydraulic Fracturing Technology Conference, 29-31 January 2007, College Station, Texas USA,* DOI: 10.2118/106159-MS.

Lockyear, C.F., Ryan, D.F., Gunningham, M.M. (1990), Cement Channeling: How to Predict and Prevent, *SPE Drilling Engineering*, 5(3), 201-208, DOI: 10.2118/19865-PA.

House, L. (1987), Locating microearthquakes induced by hydraulic fracturing in crystalline rock, *Geophysical Research Letters,* 14(9), 919–921, DOI: 10.1029/GL014i009p00919.

Maxwell, S.C., Urbancic, T.I., Steinsberger, N., and Zinno, R. (2002), Microseismic Imaging of Hydraulic Fracture Complexity in the Barnett Shale, *SPE Annual Technical Conference and Exhibition, 29 September-2 October, San Antonio, Texas*, DOI: 10.2118/77440-MS.

Warpinski, N.R., Mayerhofer, M.J., Vincent, M.C., Cipolla, C.L., and Lolon, E.P. (2008), Stimulating Unconventional Reservoirs: Maximizing Network Growth While Optimizing Fracture Conductivity, *SPE Unconventional Reservoirs Conference, 10-12 February 2008, Keystone, Colorado, USA*, DOI: 10.2118/114173-MS.

Warpinski, N. (2009), Microseismic Monitoring: Inside and Out, *Journal of Petroleum Technology*, 61(11), 80-85, DOI 10.2118/118537-MS.



# ENVIRONMENTAL HEALTH PERSPECTIVES

http://www.ehponline.org

# Environmental Public Health Dimensions of Shale and Tight Gas Development

**Seth B. Shonkoff, Jake Hays, and Madelon L. Finkel**

http://dx.doi.org/10.1289/ehp.1307866
Received: 9 November 2013
Accepted: 2 April 2014
Advance Publication: 16 April 2014



National Institute of
Environmental Health Sciences

# Environmental Public Health Dimensions of Shale and Tight Gas Development

Seth B. Shonkoff,[1,2] Jake Hays,[3,4] and Madelon L. Finkel[4]

[1]Physicians Scientists and Engineers for Healthy Energy, Oakland, California, USA;

[2]Department of Environmental Science, Policy, and Management, University of California, Berkeley, Berkeley, California, USA; [3]Physicians Scientists and Engineers for Healthy Energy, New York, New York, USA; [4]Department of Public Health, Weill Cornell Medical College, New York, New York, USA

**Address correspondence to** Seth B. Shonkoff, 436 14th Street, Suite 808, Oakland, CA, 94612 USA. Telephone: 510.899.9706. E-mail: sshonkoff@psehealthyenergy.org

**Short running title:** Public Health and Shale Gas

**Acknowledgments:** We are grateful for comments and suggestions provided by Adam Law, Weill Cornell Medical College and Rachel Morello-Frosch, University of California, Berkeley.

**Competing financial interests:** SBS and JH are employees of Physicians Scientists and Engineers for Healthy Energy (PSE), a non-profit organization funded by private donations whose mission is to bring scientific transparency to discussions on energy sources and energy production. PSE did not receive any funding for the preparation of this manuscript. MLF has no competing financial interests to declare.

## Abstract

**Background:** The United States has experienced a boom in natural gas production due to recent technological innovations that have enabled this resource to be produced from shale formations.

**Objectives:** This review discusses the body of evidence that focuses on exposure pathways to evaluate the potential environmental public health impacts of shale gas development. It highlights what is currently known and identifies data gaps and research limitations by addressing matters of toxicity, exposure pathways, air quality, and water quality.

**Discussion:** There is evidence of potential environmental public health risks associated with shale gas development. A number of studies suggest that shale gas development contributes to levels of ambient air concentrations known to be associated with increased risk of morbidity and mortality. Similarly, an increasing body of studies suggest water contamination risks exist through a variety of environmental pathways, most notably during wastewater transport and disposal and via poor zonal isolation of gases and fluids due to structural integrity impairment of cement in gas wells.

**Conclusion:** Despite a growing body of evidence, a number of data gaps persist. Most importantly, there is a need for more epidemiological studies to assess associations between risk factors, such as air and water pollution and health outcomes among populations living in close proximity to shale gas operations.

## Introduction

Technological innovations in drilling and well stimulation techniques have led to the production of natural gas from previously inaccessible geological formations, such as shale. Proponents of modern gas development argue that it has created a unique economic and political opportunity. Some in the public health community, however, have concerns about the potential for the extraction process to negatively impact the environment and human health (Finkel et al. 2013; Goldstein et al. 2012; Saberi 2013; Witter et al. 2013).

Producing natural gas from shale and tight gas formations in an economically feasible manner frequently requires a new constellation of existing technologies: high volume, slickwater, hydraulic fracturing from clustered, multi-well pads using long, directionally-drilled laterals. This method can involve drilling a well vertically thousands of feet below the surface and then directionally (horizontally) for up to two miles. An average of two to five million gallons of fluid consisting of water, proppant (often crystalline silica), and chemicals (some of which are known carcinogens or otherwise toxic) are injected into the well at a pressure high enough to fracture the shale rock (EPA 2010a). Often referred to as slickwater, chemicals are added to the fracturing fluid in order to decrease its friction. The fracturing fluid creates and expands cracks in the shale. When the pressure is released, the cracks are held open by the sand, allowing the tightly held gases to flow into the cracks and up the production casing. The gas is then collected, processed, and sent through transmission pipelines to market. In 2012, shale gas constituted nearly 40% of US gas production, up from 2% in 2000 (Hughes 2013).

Natural gas has a variety of attractive attributes. In the current market, it is a relatively inexpensive and abundant fuel. When combusted for electricity generation it emits fewer health

damaging contaminants and approximately 50% less carbon dioxide emissions when compared to burning coal (US EIA 2013). Yet, emerging scientific evidence suggests that there may be health risks associated with the development of shale gas.

In this review we discuss the body of scientific literature relevant to the environmental public health impacts of shale gas production. We highlight what is currently known and identify data gaps and research limitations.

## Methods

### *Scope of review*

This review primarily draws upon literature directly pertinent to the human health dimensions of shale and tight gas development. Tight gas refers to natural gas produced from reservoir rocks of low permeability, such as shale or sandstone. Shale gas and other forms of tight gas are referred to as "unconventional" due to their atypical reservoirs, which require new production techniques. However, the review references some studies that do not directly evaluate unconventional natural gas operations, but that are nonetheless relevant to various aspects of the overall process (e.g., particulate matter pollution, ozone, etc.). In the case of ozone, for instance, we analyzed top down studies that measure tropospheric concentrations rather than studies that supply bottom up measurements (e.g., leakage rates). Materials included in this review are predominantly sourced from the peer-reviewed scientific literature but include, where appropriate, government reports and other grey literature. Although the production chain of gas development is far-reaching, this review focuses on the processes that begin with trucking the water, sand, chemicals, and other materials to the well pad and ends with the disposal of wastewater. Evidence suggests that these processes present the greatest risks to environmental public health and therefore have received

4

the most attention in the scientific literature (Korfmacher et al. 2013; McKenzie et al. 2012; Rozell and Reaven 2012; Witter 2013).

### Terminology

Terminology is important when discussing modern forms of natural gas development. In part due to a lack of well-defined, uniform terminology, there has been confusion regarding which processes constitutes this type of development. The terms, "hydraulic fracturing" or "fracking" are regularly used in the popular media as umbrella terms that are colloquially used to describe the entire process of shale gas and other forms of unconventional natural gas development, from land clearing and well spudding to transmission of natural gas to market. However, taken literally "hydraulic fracturing" only refers to the well stimulation processes and excludes other potentially more health and environmentally impactful processes, including but not limited to well drilling, fracturing fluid production, wastewater disposal, transportation of materials, and the processing, compression, and transmission of gas and liquids.

Many of the studies cited in this review may also apply to shale (tight) oil development and other forms of oil and gas development using well stimulation techniques that include matrix acid stimulation, acid fracturing, and steam injection. However, these other techniques are beyond the focus of this review. Additionally, the term "unconventional oil and gas development" can also refer to bitumen/tar sands extraction and processing, and other types of fossil fuel development that employ novel engineering and production techniques to obtain resources from unconventional resources (e.g., coal bed methane), that are beyond the scope of this review. The majority of the environmental public health-relevant scientific literature on modern oil and gas production has focused on the development of natural gas from shale formations and so this review uses the term, *shale gas development*. However, this review discusses, where appropriate,

scientific literature on other forms of unconventional or tight gas development that include the most prominent and relevant features of shale gas development, such as high volume, horizontal, hydraulic fracturing.

### *Identification of relevant studies*

The literature directly relevant to the environmental public health dimensions of shale gas development is still limited. For this reason, we adopted a broad search strategy comprised of the following:

- Systematic searches in three peer-reviewed science databases across multiple disciplines: *PubMed* (http://www.ncbi.nlm.nih.gov/pubmed/), *Web of Science* (http://www.webofknowledge.com), and *ScienceDirect* (http://www.sciencedirect.com)

- Searches in existing collections of scientific literature on this subject, such as The Marcellus Shale Initiative Publication Database at Bucknell University (http://www.bucknell.edu/script/environmentalcenter/marcellus), complemented by Google (http://www.google.com) and Google Scholar (http://scholar.google.com)

- Manual searches (hand-searches) of references included in all peer-reviewed studies that pertained directly to shale gas development

For bibliographic databases, this review used a combination of Medical Subject Headings (MeSH)-based and keyword strategies, which included the following terms as well as relevant combinations thereof: shale gas, shale, hydraulic fracturing, fracking, drilling, natural gas production, Marcellus, Barnett, Denver-Julesberg Basin, air pollution, methane, water pollution, public health, water contamination, fugitive emissions, air quality, epidemiology, unconventional gas development, and environmental pathways.

At the time of writing, this search identified a total of 211 peer-reviewed publications that pertain directly to shale gas development. This database can now be accessed online and will continue to be updated with relevant literature (http://psehealthyenergy.org/site/view/1180). Of these 211 publications, only 33 presented original data that met our inclusion criteria and which were considered relevant as primary literature.

*Inclusion/exclusion criteria*

From the studies identified through February 1, 2014, we excluded non-relevant technical papers and studies related to economics, climate change, sociology, regulation, seismicity, water usage, social stress and quality of life considerations. While we excluded commentaries from the results of this review, we cite a few to provide documentation of particular considerations among the public health community. We included studies with direct pertinence to the environmental public health and environmental exposure pathways (i.e., air and water) associated with shale and tight gas development. In this regard, we supplemented the shale gas literature with studies that evaluated particular environmental pathways and health outcomes. For instance, we included studies directly related to the health impacts of tropospheric ozone, fine particulate air pollution, and endocrine disrupting chemicals. While this review excludes the vast majority of non-peer-reviewed scientific literature, it references environmental impact statements and other government reports where appropriate.

## Results

*The environmental public health framework and possible exposure pathways*

The environmental exposure pathway framework is often used to describe associations between pollutant sources and health effects via emissions, environmental concentrations of pollutants,

pollutant exposure pathways (through mouth, nose, ears, eyes, skin, etc.), and dose (i.e., micrograms of pollutant ingested per day) (Figure 1) (ATSDR 2005).

Sources of health-relevant environmental pollution are located in a number of places and through multiple processes in the lifecycle of shale gas development. These sources include the shale gas production and processing activities (i.e., drilling, hydraulic fracturing, hydrocarbon processing and production, wastewater disposal phases of development); the transmission and distribution of the gas to market (i.e., in transmission lines and distribution pipes); and the transportation of water, sand, chemicals, and wastewater before, during, and after hydraulic fracturing.

We begin with a brief introduction of what is known regarding the toxicity and possible exposure pathways of the hydraulic fracturing fluids used in the well stimulation process. We then discuss the current scientific understanding of air quality concerns associated with shale gas development. Lastly, we discuss the current scientific understanding of water pollution risks and exposure pathways associated with the processes.

*Hydraulic fracturing fluids: chemical toxicology and exposure pathways*

Shale gas development uses organic and inorganic chemicals known to be health damaging in fracturing fluids (Aminto and Olson 2012; US HOR 2011). These fluids can move through the environment and come into contact with humans in a number of ways, including surface leaks, spills, releases from holding tanks, poor well construction, leaks and accidents during transportation of fluids, flowback and produced water to and from the well pad, and in the form of run-off during blowouts, storms, and flooding events (Rozell and Reaven 2012). Further, the mixing of these compounds under conditions of high pressure, and often, high heat, may synergistically create additional, potentially toxic compounds (Kortenkamp et al. 2007;

Teuschler and Hertzberg 1995; Wilkinson 2000). Compounds found in these mixtures may pose risks to the environment and to public health through numerous environmental pathways, including water, air, and soil (Leenheer et al. 1982).

Chemicals are used in the drilling and fracturing processes as corrosion inhibitors, biocides, surfactants, friction reducers, gels, and scale inhibitors, among other uses (Aminto and Olson 2012; NYS DEC 2011; Southwest Energy 2012). Examples include methanol, ethylene glycol, naphthalene, xylene, toluene, ethylbenzene, formaldehyde, and sulfuric acid, some of which are known to be toxic, carcinogenic, and associated with reproductive harm (Colborn et al. 2011; NYS DEC 2011). Many of these compounds are also regulated in other industries under the Safe Drinking Water Act (SDWA) and the Clean Water Act (CWA) as hazardous water pollutants (Safe Drinking Water Act of 1974; Clean Water Act of 1972; US HOR 2011).

Many of the chemical compounds used in the process lack scientifically based maximum contaminant levels (MCLs), which render a quantification of their public health risks more difficult (Colborn et al. 2011). Moreover, uncertainty about the chemical make-up of fracturing fluids persists due to the limitations on required chemical disclosure, driven by the Energy Policy Act of 2005 (Energy Policy Act of 2005). For instance, in many states, companies are not mandated to disclose information about the quantities, concentrations, or identities of chemicals used in the process on the principle that trade secrets might be revealed (Centner and O'Connell 2014; Centner 2013; Maule et al. 2013).

Some companies make efforts to be more transparent in the disclosure of chemicals used in the process. FracFocus (www.fracfocus.org) was developed as an online, voluntary chemical disclosure registry and some agencies (e.g., Bureau of Land Management) have suggested that it

be used as a regulatory compliance tool (FracFocus 2014; Konschnik et al. 2013). However, the registry has been criticized due to uncertainty surrounding the timing, substance, and omissions of the disclosed data on the website (Konschnik et al. 2013).

Because of limited information that is available, researchers have sought to acquire more information on the chemical make-up of fracturing fluids through other means. For example, using Material Safety Data Sheets (MSDSs), Colborn et al. (2011) identified chemical information for 353 of 632 chemicals contained in 944 products used for natural gas operations in Colorado (Colborn et al. 2011). This study represents one of the first attempts to conduct a chemical hazard assessment by identifying some of the compounds in fracturing fluids.

It should be noted that the scope of Colborn et al. (2011) is limited in that it does not measure exposure, dose, or health outcomes across populations. The researchers identified Chemical Abstract Services (CAS) numbers for the chemicals and used these in systematic searches of databases such as TOXNET (http://toxnet.nlm.nih.gov). Based upon the results of these searches, the researchers classified the compounds into twelve different health effects categories. At certain concentrations or doses, more than 75% of the chemicals identified are known to negatively impact the skin, eyes, and other sensory organs, the respiratory system, the gastrointestinal system, and the liver; 52% have the potential to negatively affect the nervous system; and 37% of the chemicals are candidate endocrine disrupting chemicals (Colborn et al. 2011).

Endocrine disrupting chemicals (EDCs) present unique hazards, particularly during fetal and early childhood growth and development (Diamanti-Kandarakis et al. 2009). They can affect the reproductive system and epigenetic mechanisms leading to pathology decades after exposure

(Zoeller et al. 2012). EDCs have challenged traditional concepts in toxicology because effects at higher doses do not always predict effects at low doses (Vandenberg et al. 2012). In other words, the dose does not always make the poison.

Kassotis et al. (2013) measured surface and ground water samples in Colorado for estrogen and androgen receptor activities using reporter gene assays in human cell lines. Samples collected from the more intensive areas of natural gas development exhibited statistically significantly more estrogenic, anti-estrogenic, or anti-androgenic activities than references sites with either no operations or fewer operations (Kassotis et al. 2013). The concentrations of chemicals detected were in high enough concentrations to interfere with the response of human cells to male sex hormones and to estrogen. This study demonstrates that EDCs are a potential health concern in natural gas operations and suggests that chemicals used in the process should be screened for EDC activity.

### Air quality

Air pollutant emission sources from shale gas development can be grouped into two main categories: 1) emissions from drilling, processing, well completions, servicing, and other gas production activities; and 2) emissions from transportation of water, sand, chemicals, and equipment to and from the well pad.

### Air pollution: drilling, well stimulation, gas production, processing, and servicing

The literature suggests that shale gas development processes emit hazardous air pollutants including, but not limited to benzene, toluene, ethylbenzene, and xylene (BTEX compounds), formaldehyde, hydrogen sulfide, acrylonitrile, methylene chloride, sulfuric oxide, nitrogen oxides, volatile organic compounds (VOCs), trimethylbenzenes, aliphatic hydrocarbons, diesel

particulate matter, and radon gas (McKenzie et al. 2012; Pétron et al. 2012; Roy et al. 2013). These emissions can result in elevated air pollution concentrations that exceed US EPA guidelines for both carcinogenic and non-carcinogenic health risks (McKenzie et al. 2012; MSI 2011).

A hazard assessment by McKenzie et al. (2012) used EPA guidance to estimate chronic and sub-chronic non-cancer hazard indices and cancer risks from exposure to hydrocarbons for residents living > ½ mile from wells and for those living ≤ ½ mile from wells in Colorado (McKenzie et al. 2012). The study found that residents living ≤ ½ mile from wells are at a greater risk for health effects from exposure to natural gas development than those living > ½ mile from wells. Notably, the study found a sub-chronic non-cancer hazard index (HI) of 5 for those living ≤ ½ mile compared to an HI of 0.2 for those living > ½ mile from wells driven primarily from exposure to trimethylbenzenes, xylenes, and aliphatic hydrocarbons (McKenzie et al. 2012). Unfortunately, baseline air quality data prior to this study were not available. However, the statistically significant spatial associations between air quality and shale gas development are an indicator that air quality may be negatively impacted and health risks may increase during various stages of shale gas development.

A study by Bunch et al. (2013), however, found that shale gas production activities did not result in community-wide exposures to concentrations of volatile organic compounds (VOCs) at levels that would pose a health concern. Bunch et al. (2013) examined VOC concentration data from seven air monitors at six locations in the Barnett Shale region in Texas. These measurements were then compared to federal and state health-based air comparison values (HBACVs) in order to determine possible acute and chronic health effects; none of the concentrations exceeded acute HBACVs (Bunch et al. 2013). Air quality data included in this study were generated from

monitors focused on regional atmospheric concentrations of pollutants. Conversely the McKenzie et al. (2012) study included samples at the community level in close proximity to gas development. Finer geographically scaled samples often capture local atmospheric concentrations that are more relevant to human exposure. This may be a primary reason why health hazard estimates differed between the two studies.

Roy et al. (2013) estimated emissions of nitrogen oxides ($NO_x$), VOCs, and particulate matter (PM) to present an air emissions inventory for the development of natural gas in the Marcellus Shale region for 2009 and 2020. In 2020, shale gas development activities are predicted to contribute 6-20% [12%] of the $NO_x$ emissions and between 6-31% [12%] of anthropogenic VOC emissions in Pennsylvania (Roy et al. 2013). However, these estimates are based on assumptions of improvements in gas production, completion, and processing infrastructure. If source-level emissions remain the same as in 2009, Marcellus VOC emissions are predicted to constitute approximately 34% (19%-62%) of the regional anthropogenic VOC emissions in 2020 (Roy et al. 2013). Increases in emissions of VOCs and NOx, which are precursors of tropospheric ozone formation could complicate ozone management in the region and may offset ozone precursor emission reductions in other sectors at a time when several regions in Pennsylvania struggle to be within ozone attainment (Roy et al. 2013).

In another study focused on hydrocarbon emissions, Colborn et al. (2012) assessed air quality in western Colorado using weekly air samples taken before, during, and after drilling and hydraulic fracturing on a new natural gas well pad (Colborn et al. 2012). The data showed numerous chemicals in the air associated with natural gas development operations, most notably methane, ethane, propane, and other alkanes. Many non-methane hydrocarbons (NMHCs), which were observed during the initial drilling phase, are associated with multiple health effects. Notably,

thirty of the NMHCs observed in the field were EDCs. In addition to the direct air pollution associated with natural gas drilling and processing (NMHCs, VOCs, etc.) outlined above, there are also indirect pollution concerns such as the secondary atmospheric formation of tropospheric (ground-level ozone) (Colborn et al. 2012).

Studies indicate that shale gas development is associated with the production of secondary pollutants such as tropospheric (ground-level) ozone, which is formed through the interaction of methane ($CH_4$), VOCs and nitrogen oxides in the presence of sunlight (Jerrett et al. 2009; US EPA 2013). Tropospheric ozone is a strong respiratory irritant associated with increased respiratory and cardiovascular morbidity and mortality (Jerrett et al. 2009; UNEP 2011). While toxicological data suggests that pure methane is not by itself health damaging minus its role as an asphyxiant and an explosive, methane is a precursor to global tropospheric ozone.

Pétron et al. (2012) analyzed data collected at the NOAA Boulder Atmospheric Observatory (http://www.esrl.noaa.gov/psd/technology/bao) and filtered by wind sector that indicated a high alkane and benzene signature from the direction of the Denver-Julesburg Basin, an area of considerable oil and gas development (Pétron et al. 2012). The study found that an estimated 4% (range: 2.3 to 7.7%) of all natural gas (comprised mostly of $CH_4$) that was produced was being accidentally leaked or purposefully vented to the atmosphere (Pétron et al. 2012). Karion et al. (2013) observed significant methane leaks in the Uintah Basin shale gas field. A range of 6.2% to 11.7% of total gas production was estimated to be leaking to the atmosphere (Karion et al. 2013).

A national methane emissions study by Miller et al. 2013, which combined ground and aerial sampling of methane with computer modeling, found that atmospheric levels of methane due to

oil and gas extraction could be $4.9 \pm 2.6$ times greater than current estimates from the Emissions Database for Global Atmospheric Research (EDGAR) (http://edgar.jrc.ec.europa.eu/index.php) and the United States Environmental Protection Agency (US EPA) (Miller et al. 2013). Although it is difficult to distinguish the sources of methane between shale and non-shale development and between oil and gas production, Peischl et al. (2013) estimated that 17% of gross methane production from oil and gas activities in the Los Angeles Basin are leaked or vented to the atmosphere (Peischl et al. 2013).

Some studies have modeled ozone impacts associated with shale gas operations. Kemball-Cook et al. (2010) modeled ozone precursor emissions (VOCs and $NO_x$) in the Haynesville shale play that lies beneath the Northeast Texas/Northwest Louisiana border. Photochemical modeling showed increases in 2012 8-hour ozone design values of up to 5 parts per billion (ppb) which, along with the amount of projected emissions, give cause for concern about future atmospheric concentrations of ozone in Texas and Louisiana (Kemball-Cook et al. 2010). Olaguer (2012) used The Houston Advanced Research Center (HARC) neighborhood air quality model to simulate ozone formation near a hypothetical natural gas processing facility, using estimates based on both regular and non-routine (e.g. flaring) emissions (Olaguer 2012). This model predicted that under average conditions using regular emissions associated with compressor engines may significantly increase ambient ozone in the Barnett Shale formation (> 3ppb 2 km downwind from facility) (Olaguer 2012).

Substantial air quality impacts from oil and natural gas operations in Wyoming, Colorado, Utah, and Texas have also been directly measured (Carter et al. 2012; Edwards et al. 2013; US DOE 2011). In February 2009, Schnell and colleagues studied air quality in the rural Upper Green River Basin (UGRB) of Wyoming near the Jonah-Pinedale Anticline natural gas field. The study

observed high photochemical ozone concentrations in the UGRB in the winter, reporting readings of up to 140 ppb, just less than double the EPA ozone concentration limit 75 ppb (http://www.epa.gov/air/criteria.html). Prior to 2005, typical wintertime ozone concentrations in this area were 30 ppb to 40 ppb (Pinto 2009). This suggests an association between the increase in $NO_x$ and VOC emissions from oil and gas development activities in the area (Schnell et al. 2009). In 2011, a study conducted for the Wyoming Department of Environmental Quality, found that the eight-hour ozone concentrations in the UGRB exceeded the US EPA ozone eight-hour standard thirteen days (MSI 2011) and exceeded the US EPA science-recommended limit of 65 ppb twenty-five days (Weinhold 2008).

Additionally, in Utah in the winter of 2010 there were 68 days when ozone levels exceeded the EPA ozone standard of 75 ppb and in 2011 there were readings more than double the EPA standard (UT DEQ 2013). Results of a study conducted by the US EPA and the National Oceanic and Atmospheric Administration (NOAA) (http://www.noaa.gov) indicate that ozone precursor emissions (VOCs and $NO_x$, primarily) from oil and gas development in the Uintah Basin in Utah are a primary factor (UT DEQ 2013).

As mentioned, crystalline silica sand is used as a proppant (to "prop" open cracks in the target formation to allow gas to flow up the well) and is delivered by trucks to the drilling site. The transportation of this sand in trucks and trains and mixing it into fracturing fluids with sand movers, conveyer belts, and blender hoppers at the well site is known to release silica dust into the air where well pad workers can be exposed (Esswein et al. 2013). Workers experience the most direct exposure, however, silica dust may also be an air contaminant of concern to nearby residents. The etiological association between respiratory exposure to silica dust and the development of silicosis is well known (CDC 1992; CDC 2002). Silicosis is a progressive lung

16

disease where tissue in the lungs reacts to silica particles causing inflammation and scarring, decreasing the ability of the lungs to take in oxygen (CDC 1992; CDC 2002). Respiratory exposure to silica is also associated with other diseases such as chronic obstructive pulmonary disease (COPD), tuberculosis, kidney disease, autoimmune conditions, and lung cancer (CDC 2002).

Esswein et al. (2013) collected full shift air samples at eleven sites in five states in cooperation with industry partners to determine levels of worker exposure. Of the 111 air samples, 51.4% showed silica exposures greater than the calculated Occupational Safety & Health Administration (OSHA) permissible exposure level (PEL) and 68.5% showed exposures greater than the NIOSH recommended exposure limit (REL) of 0.05 milligrams per cubic meter (Esswein et al. 2013). Further, Esswein and colleagues noted that the type of respirators worn by workers were not sufficiently protective in some cases given the magnitude of silica concentrations (Esswein et al. 2013).

*Air pollution: transportation*

Each well requires on average between two to five million gallons of water per hydraulic fracturing event (EPA 2010a). Water is generally not pumped directly to wells and is instead transported by diesel trucks, each of which has an approximate capacity of 3,000 gallons (EPA 2011b). It is estimated that approximately 2,300 heavy-duty truck trips are required for each horizontal well during early stages of shale gas development (NYS DEC 2011). With thousands of such wells concentrated in high development regions, increased levels of truck traffic and elevated levels of diesel-associated air pollution will be brought to these areas.

The pollutant of primary health concern emitted from the transportation component of shale gas development is fine diesel particulate matter (dPM). Diesel particulate matter is a well-understood health damaging pollutant that contributes to cardiovascular illnesses, respiratory diseases (e.g., lung cancer) (Garshick et al. 2008), atherosclerosis, and premature death (Pope et al. 2004; Pope 2002). For instance, the California Air Resources Board (2008) indicates that there is an expected 10% (CI: 3% to 20%) increase in the number of premature deaths per 10 $\mu g/m^3$ increase in $PM_{2.5}$ exposure (Tran et al. 2008). Particulates can also concentrate associated products of incomplete combustion and act as a delivery system to the alveoli of the human lung when their diameter is less than 2.5 microns (Smith et al. 2009). In addition to diesel PM, as previously mentioned, nitrogen oxides ($NO_x$) and volatile organic compounds (VOCs) – other prevalent pollutants in diesel emissions – react in the presence of sunlight and high temperatures to produce tropospheric (ground-level) ozone.

### Water quality

Rozell and Reaven (2012) conducted a risk assessment that identified five main pathways of water contamination in the shale gas production process: 1) the transportation spills of fracturing fluid or produced water; 2) well casing leaks; 3) leaks through fractured rock; 4) drilling site discharge; and 5) wastewater disposal (Rozell and Reaven 2012). The assessment found that wastewater disposal carries a potential risk of water contamination several orders of magnitude larger than the other pathways (Rozell and Reaven 2012).

Other studies suggest that structural impairment of cement that is used to prevent trans-zonal gas migration in the wellbore are the most common mechanism through which groundwater can become contaminated (Vidic et al. 2013). Indeed, state environmental regulators at the Pennsylvania Department of Environmental Protection (DEP) found that oil and gas

development polluted water supplies for at least 161 residences in PA between 2008 and 2012, primarily due to cement structural integrity in wells and wellbores (Legere 2013). While we touch upon the five aforementioned pathways, for the purpose of this review we focus most of our discussion on well casing leaks, drilling site discharge, and wastewater disposal, as these are generally regarded as the most viable means of water contamination (Rozell and Reaven 2012; Vidic 2013).

### Flowback and produced water

Estimates of the proportion of fracturing fluid that returns to the surface as flowback and produced waters range from 9% to 80% with most estimates around 35% (US EPA 2010a; Horn 2009; NYS DEC 2011). These wastewaters contain the chemicals used in the fracturing fluid as well as compounds found deep in geological strata, such as salts, chlorides, heavy metals (e.g., cadmium, lead, arsenic, etc.), organic chemicals (e.g., benzene, toluene, ethylbenzene, xylene), bromide, and, depending upon the geology, naturally occurring radioactive materials (e.g., radium-226). Many of these naturally occurring compounds are known to be associated with human health effects when exposure is sufficiently elevated (Balaba and Smart 2013; Colborn et al. 2011; Haluszczak 2013). A proportion of flowback and produced waters are treated and released as effluent or for other beneficial uses such as irrigation for agriculture. However, many of the chemicals persist in high quantities because treatment facilities are unable to screen for and eliminate the complex array of compounds and products of synergistic interactions between them (Ferrar et al. 2013; Hladik et al. 2014; Lutz et al. 2013).

Flowback and produced water is sometimes treated at facilities and then discharged into surface waters (Ferrar et al. 2013). A study by Warner et al. (2013a) examined water quality and isotopic compositions of discharged effluents, surface waters, and stream sediments associated with a

Marcellus wastewater treatment facility site. The findings suggest that insufficiently treated flowback and produced water with elevated concentrations of contaminants associated with shale gas development is entering local water supplies, even after treatment. The study found elevated levels of chloride and bromide downstream along with radium-226 levels in stream sediments at the point of discharge that were ~ 200 times greater than upstream and background sediments and well above regulatory standards (Warner et al. 2013a). These types of water emissions may increase the health risks of those that rely on these surface and hydrologically contiguous groundwater sources for drinking (Wilson and VanBriesen 2012) and sources of food (i.e., fish protein) (Papoulias and Velasco 2013).

A meta-analysis of chemical and physical characterizations of produced waters from shale gas found that most of the produced waters generated by shale gas development were classified as saline (>30,000 mg/l) or hyper-saline (>40,000 mg/l) (Alley et al. 2011). The treatment of this produced water for beneficial use often involves reverse osmosis, a practice that may generate a waste stream too large to justify the activity (Alley et al. 2011). Alley and colleagues (2011) also found that prior to treatment, produced waters can exceed toxicity thresholds of contaminants of concern (COCs) including, but not limited to phosphates, cadmium, aluminum, barium, chloride, strontium, radium-226, bromine, lithium and magnesium. Toxicity thresholds used in this meta-analysis were $LC_{50}$ values of *Ceriodaphnia dubia* Richard, *Daphnia magna* Straus, and *Pimephales promelas* Rafinesque and water use criteria under the Food and Agricultural Organization of the United Nations (FAO) Guidelines for agricultural uses and the United States Environmental Protection Agency (US EPA) Water Quality Criteria (WQC) for surface discharge (Alley et al. 2011).

The results of Alley et al. (2011) agree with other reporting that samples of fracturing fluids, drilling muds, and flowback and produced waters in wastewater surface containment ponds contain chemicals that at elevated doses or certain concentrations have been associated with health effects ranging from skin and eye irritation to neurological and nervous system damage, cancer, and endocrine disruption (Colborn et al. 2011). Moreover, between July 2009 and June 2010, 192.5 million gallons of produced water (PW) was reported in Pennsylvania alone, with uncertainties as to the location and type of disposal to be employed (PA DEP 2010).

It should also be noted that the handling and disposal of flowback and produced water hold implications for air quality due to volatile compounds, such as benzene, toluene, ethylbenzene, and xylene (BTEX) that are often mixed with the fluids. This may be particularly relevant when wastewater is stored in surface containment ponds and misted into the air to promote evaporation (Colborn et al. 2011).

### Gas and fluid migration

Sub-surface gas and fluid migration is most commonly associated with impaired structural integrity of well cement and, to a lesser extent, well casings. Failures in well barriers may allow intrusion of gases and fluids from producing formations below the casing shoe or from shallower gas and fluid-bearing formations intersected by the wellbore to lower-pressure annuli. This may result in annular gas flow or sustained casing pressure (SCP) and become a pathway for gas migration to the surface, which is a known mechanism of emissions of gases to the air and migration of gases and fluids to groundwater (Bruffato et al., 2003; Watson and Bachu 2009). Methane and other hydrocarbons can also migrate along improperly plugged wells, through an inadequately sealed annulus, or between geological zones due to cement failures in the wellbore (Vidic et al. 2013).

Leaking oil and gas wells are recognized as a potential mechanism of subsurface migration of methane, as well as heavier n-alkanes and other non-methane volatile organic compounds (NMVOCs) to groundwater and the atmosphere, contributing risks to drinking water and air quality, respectively (Bourgoyne et al. 2000; Brufatto et al. 2003; Chilingar and Endres 2005; Watson and Bachu 2009). Cement failures in onshore and offshore wells are reported to occur in between 2% and 50% of all wells, providing pathways for gas migration to occur in the wellbore (Bourgoyne et al. 2000; Brufatto et al. 2003; Watson and Bachu 2009).

Methane has a low solubility (26 mg/L at 1 atm, 20°C) (Vidic et al. 2013) and is relatively unreactive compared to longer-chain and unsaturated hydrocarbons (Jackson et al. 2011). As such, it is typically regarded as non-toxic and is not regulated in the United States as a solute in water wells. However, there are no peer-reviewed studies on the health effects of chronic exposure to lower concentrations of methane in drinking water or indoor or outdoor air (Jackson et al. 2011). Further, if there is a pathway for methane migration, there could be a pathway for associated health-damaging gases co-produced with methane.

Some attention has been paid to the flammability of methane, the risk of explosions, and the risk of asphyxiation (in high indoor concentrations, primarily). For example, in 2007, methane contaminated a water well and a home exploded in Geauga County near Cleveland, Ohio and the Ohio Department of Natural Resources blamed a faulty concrete casing in a nearby gas well (OH DNR 2008). Similarly in Pavillion, WY high concentrations of methane were found in drinking water wells that was attributed to gas production activities (DiGiulio et al. 2011). The EPA also concluded that methane from geological layers not targeted for gas production migrated up the wellbore and to an aquifer due to well cement failures in Parker County, Texas (EPA 2010a).

In certain regions, methane can naturally occur in aquifers and there are conflicting scientific opinions about whether its presence is caused or exacerbated by shale gas development (Davies 2011; Saba and Orzechowski 2011; Schon 2011). However, there are convincing findings that shed light on the likelihood that shale gas development is associated with high methane levels in drinking water wells. Osborn et al. (2011) found that communities in Pennsylvania with active shale gas development (one or more gas wells within 1 km) were found to have statistically significantly higher concentrations of methane in their water wells than in non-extraction sites (no shale gas wells within 1 km) (Osborn et al. 2011). The chemical signature of the methane found in the active area drinking water wells indicated that it came from a high-pressure, deep earth source (thermogenic methane). Alternatively, the methane from non-active sites had signatures of shallow earth origins (biogenic methane). This suggests that shale gas production processes were the source of the methane contamination.

Building upon previous work by Osborn et al. (2011), Jackson et al. (2013) analyzed 141 drinking water wells across northeastern Pennsylvania. The researchers found methane in 82% of the samples (115 of 141 of the wells), with average concentrations six times higher for homes that were less than one kilometer from natural gas wells (59 out of 141). These data, based on isotopic signatures and gas ratios, suggest that a subset of homeowners living less than one kilometer from shale gas wells had drinking water that was contaminated with stray gases associated with gas development activities (Jackson et al. 2013).

There is also evidence of existing pathways in some locations between deep underlying formations and shallow drinking water aquifers (Vengosh et al. 2013). Myers (2012) demonstrated this in a modeling study that suggested pathways that would allow for the transport of contaminants from the fractured shale to aquifers (Myers 2012). Warner et al. (2012) found

evidence of possible migration of Marcellus brine through naturally occurring pathways based on strong geochemical fingerprints in salinized groundwater samples (Warner et al. 2012).

Both of these studies suggest that migration through fractured rock can serve as a sub-surface contamination pathway to underground sources of drinking water. They also highlight the significance of the specific geographic regime, as some shallow drinking water resources are at more risk for contamination than others. Another study in areas of the Fayetteville Shale suggests that methane contamination of shallow groundwater may not be a problem in certain shale formations (Warner et al. 2013b). This difference may be attributed to geological variations across geographic space, including the presence of intermediate gas bearing formations that are found overlying parts of some shale plays (e.g., Marcellus), but not others (e.g., Fayetteville).

Additionally, a study that evaluated water quality in private drinking water wells near natural gas operations in the Barnett Shale formation in Texas found higher levels of arsenic, selenium, strontium and total dissolved solids (TDS) in wells located within 3 km of active gas wells (Fontenot et al. 2013). The study used historical data from the region as a baseline to determine the contamination rates before the expansion of natural gas operations. While heavy metals were known to occur at low levels in aquifers in the region, concentrations were significantly higher in areas of active development (Fontenot et al. 2013). The authors were able to link contamination to natural gas activities, however, the specific factor responsible for contamination (e.g., well casing failures, mobilization of natural constituents, hydrogeochemical changes from lowering the water table, etc.) remains undetermined (Fontenot et al. 2013).

Researchers have been challenged in their ability to link associations between water contamination and unconventional natural gas development to any particular part of the process.

24

After complaints about the taste and odor of well water from local residents, the EPA initiated a ground water investigation in the town of Pavillion, WY (DiGiulio et al. 2011). The observed water wells were located in an area known as the Pavillion gas field, which contained 169 gas production wells and 33 containment ponds used for storage/disposal of drilling wastes and produced and flowback waters from unconventional natural gas development of a sandstone formation.

From 2009 to 2011 the EPA conducted four sampling events meant to determine the presence (not extent) of ground water contamination in the formation. Elevated concentrations of benzene, toluene, ethylbenzene, and xylenes (BTEX) were detected in sampling wells at concentrations of 246, 617, 67, and 750 micrograms per liter, respectively (DiGiulio et al. 2011). Trimethylbenzenes and diesel range organics were detected at concentrations up to 105 and 4,050 micrograms per liter, respectively and total purgeable hydrocarbons were detected in the ground water samples near the containment ponds (DiGiulio et al. 2011). While these initial data indicate ground water impacts that seem likely to be associated with unconventional gas production practices (EPA 2011a), the results of this study have been contested and it is still unclear which part of the gas development process (if any) is responsible for the contamination. Further, there are geological differences between sandstone and shale, and fracturing is often conducted closer to the surface in sandstone formations. However, the findings suggest an association between water contamination and production activities that are also used in shale gas development.

### Site discharge and improper waste disposal

Fracturing fluids and produced waters can also contaminate underground sources of drinking water during waste management and disposal. Flowback and produced waters are often

contained in evaporation ponds, pits, and tanks, in some cases in very close proximity to residences (Bamberger and Oswald 2012; Rozell and Reaven 2012). These containment ponds are often, but not always lined to protect against leakage, although case studies have documented reported ruptures to these liners that may have led to water and soil contamination and contributed to fish and livestock deaths (Bamberger and Oswald 2012). An analysis of waste obtained from reserve pits has also shown the potential for exposure to technologically enhanced naturally occurring radioactive material (TENORM) and potential health effects from individual radionuclides (Rich and Crosby 2013).

Groundwater contamination can also result from surface spills at active well sites. Gross et al. (2013) analyzed data from the Colorado Oil and Gas Conservation Commission (COGCC) (http://cogcc.state.co.us) and noted 77 reported surface spills (associated with less than 0.5% of active wells) impacting groundwater in Weld County, Colorado. The groundwater samples were analyzed for BTEX components (benzene, toluene, ethylbenzene, and xylene). Most notably, benzene measurements exceeded US EPA National Drinking Water maximum contaminant levels (MCL of benzene is 5 ppb) in 90% of the samples (Gross et al. 2013). Baseline-sampling measurements were not available and therefore the background BTEX concentrations remain unclear. However, natural groundwater concentrations are typically low near deposits of crude oil, coal, and natural gas (Gross et al. 2013).

## Discussion

### *Future research needs*

There is a growing body of scientific literature on the environmental public health dimensions of shale gas development, however our review indicates that a number of important data gaps persist. Emissions and atmospheric concentration measurements should be conducted among

diverse geographies and indoors as well as outdoors to help to estimate the types and magnitude of exposures of populations to pollutants associated with shale gas development. Additionally, studies that take into account personal exposures and time-activity patterns of individuals would be helpful to assess epidemiologically meaningful exposures. This could include studies of individuals in populations that use personal monitors and conduct household sampling of drinking water in conjunction with health records that look at disease outcomes.

Perhaps the most important information gap is the lack of epidemiologic studies. There is a need to assess the strength of the association between risk factors, such as air pollution, water contamination and health outcomes among populations living in close proximity to shale gas development activities compared to populations living in areas without active shale gas development activities. While lacking in definitive proof of cause and effect, self-reporting health surveys and environmental testing have suggested possible adverse health outcomes from shale gas development in Pennsylvania (Steinzor et al. 2013). Of particular interest are the epidemiological studies on vulnerable populations including pregnant women, young children, the elderly, and those with compromised immune systems that live, work, and play in close proximity to shale gas development. Further occupational health studies are also needed, as workers are likely to be the first and the most exposed demographic from shale gas development.

There have been some efforts in epidemiology and risk assessment, including a recent retrospective cohort study by McKenzie et al. (2014) that examined associations between maternal residential proximity to natural gas development. This study estimated associations between maternal exposure to natural gas development and a number of birth outcomes. The evidence found no positive association between density and proximity of wells within a 10-mile radius of maternal residence and prevalence of oral clefts, preterm birth, or term low birth

weight. However, the researchers did observe a positive association between density and proximity of pregnant mothers to shale gas development and the prevalence of congenital heart defects and possibly neural tube defects in their newborns (McKenzie et al. 2014).

There have been some other epidemiologic efforts as well, including a study funded by The American Natural Gas Alliance (ANGA) (http://anga.us) that evaluated associations between childhood cancer incidence in Pennsylvania and hydraulic fracturing sites (Fryzek et al. 2013). The authors included 29,000 hydraulically fractured wells drilled between 1990 and 2009 in their analysis and obtained childhood cancers from the Pennsylvania cancer registry for this time period. However, shale gas development did not begin in Pennsylvania until 2006 when four wells of this type were drilled. In fact, only 726, or 2.5% of the 29,000 wells in their database are the relevant to directionally drilled shale gas wells. Unfortunately this exposure misclassification and the disregard for the extended latency periods of many childhood cancers render this study inconclusive as to the effect of shale gas development on childhood cancer rates. This study demonstrates the need for more epidemiological assessments that pay attention to the latency periods of environmentally mediated diseases.

Epidemiological investigations are challenged by the difficult task of identifying specific risk factors and the uncertainty in exposure classification due to the fact that compounds used in shale gas development are often not disclosed. In these cases of uncertainty a comprehensive water monitoring and, under certain circumstances, a biomonitoring program that uses both targeted and non-targeted strategies would be useful. Targeted testing for specific compounds known to be associated with shale gas development in the drinking water supplies as well as the blood and urine of a representative sample of those living in close proximity to shale gas development could generate useful data. Non-targeted techniques including time-of-flight mass

spectrophotometers (TOF-MS) may also be helpful. Rather than monitoring for individual chemicals, TOF-MS has been important for the progress of biomonitoring in recent years by allowing researchers to monitor for tens of thousands of organic compounds at a time. This enables researchers to circumvent policy issues that do not require companies to disclose the compounds they employ in their activities, such as is the case in many regions throughout the United States.

Even with full disclosure of the chemicals added to fracturing fluid, the ability to link chemicals to specific health outcomes remains difficult. Fracturing fluids and flowback and produced wastewaters are complex mixtures of chemicals with individual and possibly cumulative and synergistic properties. Many health outcomes are not specific to chemicals associated with shale gas development (e.g., headaches can be caused by a number of factors, rashes can be non-specific, and asthma can be induced through a number of pathways), complicating the task of assessing associations between exposures and health outcomes. In turn, more exposure assessment and water and air monitoring should be undertaken to investigate the full suite of compounds emitted to the environment from these activities.

The chemicals contained in fracturing fluids are often not publically disclosed due to trade secret laws and exemptions under the 2005 Energy Policy Act that further confound environmental public health research (Energy Policy Act of 2005). Moreover, the US EPA does not regulate the injection of fracturing fluids under the Underground Injection Control (UIC) program of the Safe Drinking Water Act (SDWA) (http://water.epa.gov/type/groundwater/uic/regulations.cfm). The non-disclosure of these chemicals creates research barriers due to the fact that it is difficult to monitor for unknown compounds.

*Limitations*

This review represents a near exhaustive review of the peer-reviewed scientific literature on the environmental public health dimensions of shale gas development. The literature cited here is limited by the publication date of this paper. Data available on this subject in the future may change the scientific understanding of the environmental public health concerns of shale gas development. Thus, this review of the literature should only be viewed as a substantive summary of what is known to date.

## Conclusion

This paper has reviewed the growing body of evidence of potential environmental public health dimensions of shale gas development. Scientific modeling and field investigations have helped to illuminate the emerging environmental issues with which shale gas production may be associated. A number of studies suggest that shale gas development contributes to levels of ambient air concentrations known to be associated with increased risk of morbidity and mortality (Colborn et al. 2012; Kemball-Cook et al. 2010; McKenzie et al. 2012; McKenzie et al. 2014). Similarly, some evidence supports theories of water contamination risks through a variety of pathways, most notably during wastewater transport and disposal and through failed cement in wells with poor structural integrity (Vengosh 2013; Warner et al. 2013a; Vidic 2013). The existing peer-reviewed scientific data suggest that there are potential risks, which could possibly influence public health. It is clear that more research is needed to more fully understand the magnitude of these concerns. As shale gas development activities have accelerated dramatically over the past decade, the need for well-designed empirical studies becomes increasingly apparent.

# References

Adler NE and Newman K. 2002. Socioeconomic Disparities In Health: Pathways and Policies. Health Aff 21(2):60-76.

Alley B, Beebe A, Rodgers Jr. J, Castle JW. 2011. Chemical and physical characterization of produced waters from conventional and unconventional fossil fuel resources. Chemosphere 85:74–82.

Aminto A, Olson MS. 2012. Four-compartment partition model of hazardous components in hydraulic fracturing fluid additives. J Nat Gas Sci Eng 7:16–21.

ATSDR (Agency for Toxic Substances and Disease Registry). 2005. Public Health Assessment Guidance Manual (Update). Available: http://www.atsdr.cdc.gov/hac/PHAManual/PDFs/PHAGM_final1-27-05.pdf [accessed 15 July 2013].

Balaba RS, Smart RB. 2012. Total arsenic and selenium analysis in Marcellus shale, high-salinity water, and hydrofracture flowback wastewater. Chemosphere 89:1437–1442.

Bamberger M, Oswald RE. 2012. Impacts of Gas Drilling on Human and Animal Health.  New Solut 22:51–77.

Bourgoyne A, Scott S, Manowski W. 2000. A Review of Sustained Casing Pressure Occurring on the OCS. Final Report to MMS. Available: http://www.wellintegrity.net/Documents/MMS - Review of SCP - 2000.pdf [accessed 15 August 2013].

Brufatto C, Cochran J, Conn L, El-Zeghaty S, Fraboulet B, Griffin T, et al. 2003. From Mud to Cement - Building Gas Wells. Available: http://www.slb.com/~/media/Files/resources/oilfield_review/ors03/aut03/p62_76.ashx [accessed 14 July 2013].

Bunch AG, Perry CS, Abraham L, Wikoff DS, Tachovsky JA, Hixon JG et al. 2013. Evaluation of impact of shale gas operations in the Barnett Shale region on volatile organic compounds in air and potential human health risks. Sci Total Environ 468-469:832-842.

Carter WPL, Seinfeld JH. 2012. Winter ozone formation and VOC incremental reactivities in the Upper Green River Basin of Wyoming. Atmos Environ 50:255–266.

CDC (Centers for Disease Control and Prevention). 1992. CDC - NIOSH Publications and Products - Preventing Silicosis and Deaths in Rock Drillers (92-107). NIOSH Publications and Products. Available:http://www.cdc.gov/niosh/docs/92-107/ [accessed 13 June 2013].

CDC (Centers for Disease Control and Prevention). 2002. Health Effects of Occupational Exposure to Respirable Crystalline Silica (2002-129). NIOSH Publications and Products. Available:http://www.cdc.gov/niosh/docs/2002-129/ [accessed 5 June 2013].

Centner TJ. 2013. Oversight of shale gas production in the United States and the disclosure of toxic substances. Resources Policy 38:233–240.

Centner TJ, O'Connell LK. 2014. Unfinished business in the regulation of shale gas production in the United States. Sci Total Environ 476–477:359–367.

Chilingar GV, Endres B. 2005. Environmental hazards posed by the los angeles basin urban oilfields: An historical perspective of lessons learned. Environ Geol 47:302-317.

Clean Water Act of 1972. 1972. Public Law 92-500.

Colborn T, Kwiatkowski C, Schultz K, Bachran M. 2011. Natural Gas Operations from a Public Health Perspective. Hum Ecol Risk Assess 17:1039–1056.

Colborn T, Schultz K, Herrick L, Kwiatkowski C. 2012. An Exploratory Study of Air Quality Near Natural Gas Operations. Hum Ecol Risk Assess 20:86-105.

Davies RJ. 2011. Methane contamination of drinking water caused by hydraulic fracturing remains unproven. Proc Natl Acad Sci U S A 108:E871–E871.

Diamanti-Kandarakis E, Bourguignon J-P, Giudice LC, Hauser R, Prins GS, Soto AM, et al. 2009. Endocrine-disrupting chemicals: an Endocrine Society scientific statement. Endocr Rev 30:293–342.

DiGiulio DC, Wilken RT, Miller C, Oberley G. 2011. Draft Investigation of Ground Water Contamination near Pavillion, Wyoming. Available: http://www2.epa.gov/region8/pavillion [accessed 15 August 2013].

Edwards PM, Young CJ, Aikin K, deGouw JA, Dubé WP, Geiger F, et al. 2013. Ozone photochemistry in an oil and natural gas extraction region during winter: simulations of a snow-free season in the Uintah Basin, Utah. Atmos Chem Physi Discuss 13:7503–7552.

Energy Policy Act of 2005. 2005. Public Law 109-58.

Esswein EJ, Breitenstein M, Snawder J, Kiefer M, Sieber WK. 2013. Occupational exposures to respirable crystalline silica during hydraulic fracturing. J Occup Environ Hyg 10:347–356.

Ferrar KJ, Michanowicz DR, Christen CL, Mulcahy N, Malone SL, Sharma RK. 2013. Assessment of effluent contaminants from three facilities discharging Marcellus Shale wastewater to surface waters in Pennsylvania. Environ Sci Technol 47:3472–3481.

Finkel M, Hays J, Law A. 2013. The Shale Gas Boom and the Need for Rational Policy. Am J Public Health 103(7):1161-1163.

Fryzek J, Pastula S, Jiang X, Garabrant DH. 2013. Childhood Cancer Incidence in Pennsylvania Counties in Relation to Living in Counties With Hydraulic Fracturing Sites. J Occup Environ Med. 55,7:796-801.

Fontenot BE, Hunt LR, Hildenbrand ZL, Carlton DD, Oka H, Walton JL, et al. 2013. An evaluation of water quality in private drinking water wells near natural gas extraction sites in the Barnett Shale Formation. Environ Sci Technol 47(17):10032-10040.

FracFocus. 2014. FracFocus Chemical Disclosure Registry. Available: http://fracfocus.org [accessed 27 Februrary 2014].

Garshick E, Laden F, Hart JE, Rosner B, Davis, ME, Eisen EA, et al. 2008. Lung Cancer and Vehicle Exhaust in Trucking Industry Workers. Environ Health Perspect 116(10):1327-1332.

Goldstein BD, Kriesky J, Pavliakova B. 2012. Missing from the Table: Role of the Environmental Public Health Community in Governmental Advisory Commissions Related to Marcellus Shale Drilling. Environ Health Perspect 120:483–486.

Gross SA, Avens HJ, Banducci AM, Sahmel J, Panko JM, Tvermoes BE. 2013. Analysis of BTEX groundwater concentrations from surface spills associated with hydraulic fracturing operations. J Air Waste Manag Assoc 63:4, 424-432.

Haluszczak LO, Rose AW, Kump LR. 2013. Geochemical evaluation of flowback brine from Marcellus gas wells in Pennsylvania, USA. Appl Geochem 28:55–61.

Hladik ML, Focazio MJ, Engle M. 2014. Discharges of produced waters from oil and gas extraction via wastewater treatment plants are sources of disinfection by-products to receiving streams. Sci Total Environ 466–467:1085–1093.

Horn, AD. 2009. Breakthrough Mobile Water Treatment Converts 75% of Fracturing Flowback Fluid to Fresh Water and Lowers $CO_2$ Emissions. Society of Petroleum Engineers. Available:

http://content.stockpr.com/esph2/files/techreports/SPE121101_Paper_March_2009.pdf [accessed 7 February 2014].

Hughes JD. 2013. Energy: A reality check on the shale revolution. Nature 494:307–308.

Jackson RB, Vengosh A, Darrah TH, Warner NR, Down A, Poreda RJ, et al. 2013. Increased stray gas abundance in a subset of drinking water wells near Marcellus shale gas extraction. Pro Natl Acad Sci U S A; doi:10.1073/pnas.1221635110.

Jackson RB, Pearson, BR, Osborn S, Warner NR, Vengosh A. 2011. Research and policy recommendations for hydraulic fracturing and shale-gas extraction. Available:

http://www.nicholas.duke.edu/cgc/HydraulicFracturingWhitepaper2011.pdf [accessed 14 July 2013].

Jerrett M, Burnett RT, Pope CA, Ito K, Thurston G, Krewski D, et al. 2009. Long-Term Ozone Exposure and Mortality. N Engl J Med 360:1085–1095.

Karion A, Sweeney C, Pétron G, Frost G, Michael Hardesty R, Kofler J, et al. 2013. Methane emissions estimate from airborne measurements over a western United States natural gas field. Geophys Res Lett 40(16):4393-4397.

Kassotis CD, Tillitt DE, Davis JW, Hormann AM, Nagel SC. 2013. Estrogen and Androgen Receptor Activities of Hydraulic Fracturing Chemicals and Surface and Ground Water in a Drilling-Dense Region. Endocrinol; doi:10.1210/en.2013-1697 [Online 16 December 2013].

Kemball-Cook S, Bar-Ilan A, Grant J, Parker L, Jung J, Santamaria W, et al. 2010. Ozone Impacts of Natural Gas Development in the Haynesville Shale. Environ Sci Technol 44(24):9357–9363.

Konschnik K, Holden M, Shasteen A. 2013. Legal Fractures in Chemical Disclosure Laws. Harvard Law School. Available:

http://blogs.law.harvard.edu/environmentallawprogram/files/2013/04/4-23-2013-LEGAL-FRACTURES.pdf [accessed 18 September 2013].

Korfmacher KS, Jones WA, Malone SL, Vinci LF. 2013. Public Health and High Volume Hydraulic Fracturing. New Solut 23:13–31.

Kortenkamp A, Faust M, Scholze M, Backhaus T. 2007. Low-level exposure to multiple chemicals: reason for human health concerns?. Environ Health Perspect 115 Suppl 1:106-114.

Leenheer JA, Noyes TI, Stuber HA. 1982. Determination of polar organic solutes in oil-shale retort water. Environ Sci Technol 16:714-723.

Legere L. 2013. DEP drilling records reveal water damage. Citizens' Voice. Available: http://citizensvoice.com/news/dep-drilling-records-reveal-water-damage-1.1491985 [accessed 10 June 2013].

Lutz BD, Lewis AN, Doyle MW. 2013. Generation, transport, and disposal of wastewater associated with Marcellus Shale gas development. Water Resour Res 49:647–656.

Maule AL, Makey CM, Benson EB, Burrows IJ, Scammell MK. 2013. Disclosure of Hydraulic Fracturing Fluid Chemical Additives: Analysis of Regulations. New Solut 23:167–187.

McKenzie LM, Ruixin G, Witter RZ, Savitz DA, Newman LS, Adgate JL. 2014. Birth Outcomes and Maternal Residential Proximity to Natural Gas Development in Rural Colorado. Environ Health Perspect; doi:10.1289/ehp.1306722 [Online 28 January 2014].

McKenzie LM, Witter RZ, Newman LS, Adgate JL. 2012. Human health risk assessment of air emissions from development of unconventional natural gas resources. Sci Total Environ 424:79–87.

Miller SM, Wofsy SC, Michalak AM, Kort EA, Andrews AE, Biraud SC, et al. 2013. Anthropogenic emissions of methane in the United States. Pro Natl Acad Sci U S A; doi: 10.1073/pnas.1314392110 [Online 25 November 2013].

MSI (Meteorological Solutions Inc.). 2011. Final Report 2011 Upper Green River Ozone Study. Available: http://deq.state.wy.us/aqd/downloads/AirMonitor/Final_UGWOS_2011_Ozone_Study_Report_Text_and_Appendices.pdf [accessed on 23 December 2013].

Myers T. 2012. Potential Contaminant Pathways from Hydraulically Fractured Shale to Aquifers. Ground Water 50:872–882.

NYS DEC (New York State Department of Environmental Conservation). 2011. Revised Draft SGEIS on the Oil, Gas and Solution Mining Regulatory Program. Available: http://www.dec.ny.gov/energy/75370.html [accessed 14 June 2013].

OH DNR (Ohio Department of Natural Resources). 2008. Report on the Investigation of the Natural Gas Invastion of Aquifers in Bainbridge Township of Geauga County, Ohio. Available: http://s3.amazonaws.com/propublica/assets/natural_gas/ohio_methane_report_080901.pdf [accessed 19 August 2013].

Olaguer EP. 2012. The potential near-source ozone impacts of upstream oil and gas industry emissions. J Air Waste Manag Assoc 62:966–977.

Osborn SG, Vengosh A, Warner NR, Jackson RB. 2011. Methane contamination of drinking water accompanying gas-well drilling and hydraulic fracturing. Pro Natl Acad Sci; doi:10.1073/pnas.1100682108.

PA DEP (Pennsylvania Department of Environmental Protection). 2010. PA DEP Oil & Gas Reporting Website. Available: https://www.paoilandgasreporting.state.pa.us/publicreports/Modules/Welcome/Agreement.aspx [accessed 18 September 2013].

Papoulias DM, Velasco AL. 2013. Histopathological Analysis of Fish from Acorn Fork Creek, Kentucky, Exposed to Hydraulic Fracturing Fluid Releases. Southeast Nat 12:92–111.

Peischl J, Ryerson TB, Brioude J, Aikin KC, Andrews AE, Atlas E, et al. 2013. Quantifying sources of methane using light alkanes in the Los Angeles basin, California. J Geophys Res Atmos 118:4974–4990.

Pétron G, Frost G, Miller BR, Hirsch AI, Montzka SA, Karion A, et al. 2012. Hydrocarbon emissions characterization in the Colorado Front Range: A pilot study. J Geophys Res Atmos 117 (D4):D04303; doi:10.1029/2011JD016360.

Pinto J. 2009. Atmospheric Chemistry: Wyoming winter smog. Nature Geosci 2:88–89.

Pope CA, Burnett RT, Thurston GD, Thun MJ, Calle EE, Krewski D, et al. 2004. Cardiovascular Mortality and Long-Term Exposure to Particulate Air Pollution Epidemiological Evidence of General Pathophysiological Pathways of Disease. Circulation 109:71–77.

Pope III C BR. 2002. Lung cancer, cardiopulmonary mortality, and long-term exposure to fine particulate air pollution. JAMA 287:1132–1141.

Rich AL, Crosby EC. 2013. Analysis of Reserve Pit Sludge from Unconventional Natural Gas Hydraulic Fracturing and Drilling Operations for the Presence of Technologically Enhanced Naturally Occurring Radioactive Material (TENORM). New Solut 23:117–135.

Roy AA, Adams PJ, Robinson AL. 2013. Air pollutant emissions from the development, production and processing of Marcellus Shale natural gas. J Air Waste Manag Assoc 64,1:19-37.

Rozell DJ, Reaven SJ. 2012. Water pollution risk associated with natural gas extraction from the Marcellus Shale. Risk Anal 32:1382–1393.

Saba T, Orzechowski M. 2011. Lack of data to support a relationship between methane contamination of drinking water wells and hydraulic fracturing. Pro Natl Acad Sci 108:E663–E663; doi:10.1073/pnas.1108435108.

Saberi P. 2013. Navigating Medical Issues in Shale Territory. New Solut 23:209–221.

Safe Drinking Water Act of 1974. 1974. Public Law 93-523.

Schnell RC, Oltmans SJ, Neely RR, Endres MS, Molenar JV, White AB. 2009. Rapid photochemical production of ozone at high concentrations in a rural site during winter. Nature Geosci 2:120–122.

Schon SC. 2011. Hydraulic fracturing not responsible for methane migration. Pro Natl Acad Sci U S A 108:E664–E664; doi:10.1073/pnas.1107960108.

Smith, K. R., Jerrett, M., Anderson, H. R., Burnett, R. T., Stone, V., Derwent, R. et al. 2009. Public health benefits of strategies to reduce greenhouse-gas emissions: Health implications of short-lived greenhouse pollutants. Lancet 374:2091-2103.

Southwest Energy. 2012. Frac Fluid - What's in it? Available: http://www.swn.com/operations/documents/frac_fluid_fact_sheet.pdf [accessed 17 August 2013].

Steinzor N, Subra W, Sumi L. 2013. Investigating Links between Shale Gas Development and Health Impacts Through a Community Survey Project in Pennsylvania. New Solut 23:55–83.

Teuschler LK, Hertzberg RC. 1995. Current and future risk assessment guidelines, policy, and methods development for chemical mixtures. Toxicology 105(2-3):137-144.

Tran HT, Alvarado A, Garcia C, Motallebi N, Miyasato L, Vance W. 2008. Methodology for Estimating Premature Deaths Associated with Long-term Exposure to Fine Airborne Particulate Matter in California. Available:http://www.arb.ca.gov/research/health/pm-mort/pm-mortdraft.pdf [accessed 16 August 2013].

UNEP (United Nations Environment Programme). 2011. Integrated Assessment of Black Carbon and Tropospheric Ozone. Available: http://www.unep.org/dewa/Portals/67/pdf/Black_Carbon.pdf [accessed 7 August 2013].

US DOE (United States Department of Energy). 2011. The SEAB Shale Gas Production Subcommittee Ninety-Day Report - August 11, 2011. Available: http://www.shalegas.energy.gov/resources/081111_90_day_report.pdf [accessed 17 September 2013].

US EIA (United States Energy Information Administration). 2013. How much carbon dioxide is produced when different fuels are burned? Available: http://www.eia.gov/tools/faqs/faq.cfm?id=73&t=11 [accessed 17 September 2013].

US EPA (United States Environmental Protection Agency). 2010a. Hydraulic Fracturing Research Study. Science in Action. Available: http://www.epa.gov/safewater/uic/pdfs/hfresearchstudyfs.pdf [accessed 14 June 2013].

US EPA (United States Environmental Protection Agency). 2010b. Range Resources Imminent and Substantial Endangerment Order, Parker County, TX. Region 6 Office of External. Available: http://www.epa.gov/region6/region-6/tx/tx005.html [accessed 13 August 2013].

US EPA (United States Environmental Protection Agency). 2011a. EPA Releases Draft Findings of Pavillion, Wyoming Ground Water Investigation for Public Comment and Independent Scientific Review. Newsroom. Available: http://yosemite.epa.gov/opa/admpress.nsf/20ed1dfa1751192c8525735900400c30/ef35bd26a80d6ce3852579600065c94e!OpenDocument [accessed 19 June 2013].

US EPA (United States Environmental Protection Agency). 2011b. Plan to Study the Potential Impacts of Hydraulic Fracturing on Drinking Water Resources. Available: http://water.epa.gov/type/groundwater/uic/class2/hydraulicfracturing/upload/hf_study_plan_110211_final_508.pdf [accessed 15 August 2013].

US EPA (United States Environmental Protection Agency). 2013. Ozone. Available: http://www.epa.gov/ncea/isa/ozone.htm [accessed 7 August 2013].

US HOR (US House of Representatives). 2011. Chemicals Used in Hydraulic Fracturing. Committee on Energy and Commerce. Minority Staff. Available: http://democrats.energycommerce.house.gov/sites/default/files/documents/Hydraulic-Fracturing-Chemicals-2011-4-18.pdf [accessed 17 December 2013].

UT DEQ (Utah Department of Environmental Quality). 2013. 2012 Uintah Basin Winter Ozone & Air Quality Study. Available: http://rd.usu.edu/files/uploads/ubos_2011-12_final_report.pdf [accessed 19 September 2013].

Vandenberg LN, Colborn T, Hayes TB, Heindel JJ, Jacobs DR Jr, Lee D-H, et al. 2012. Hormones and endocrine-disrupting chemicals: low-dose effects and nonmonotonic dose responses. Endocr Rev 33:378–455.

Vengosh A, Warner N, Jackson R, Darrah T. 2013. The Effects of Shale Gas Exploration and Hydraulic Fracturing on the Quality of Water Resources in the United States. Procedia Earth and Planetary Science 7:863–866.

Vidic RD, Brantley SL, Vandenbossche JM, Yoxtheimer D, Abad JD. 2013. Impact of Shale Gas Development on Regional Water Quality. Science 340 (6134); doi:10.1126/science.1235009.

Warner NR, Christie CA, Jackson RB, Vengosh A. 2013a. Impacts of Shale Gas Wastewater Disposal on Water Quality in Western Pennsylvania. Environ Sci Technol 47(20):11849-11857.

Warner NR, Jackson RB, Darrah TH, Osborn SG, Down A, Zhao K, et al. 2012. Geochemical evidence for possible natural migration of Marcellus Formation brine to shallow aquifers in Pennsylvania. Pro Natl Acad Sci U S A; doi:10.1073/pnas.1121181109.

Warner NR, Kresse TM, Hays PD, Down A, Karr JD, Jackson RB, et al. 2013b. Geochemical and isotopic variations in shallow groundwater in areas of the Fayetteville Shale development, north-central Arkansas. Appl Geochem 35:207–220.

Watson T, Bachu S. 2009. Evaluation of the Potential for Gas and CO. SPE Drilling & Completion 24:115-126.

Weinhold B. 2008. Ozone Nation: EPA Standard Panned by the People. Environ Health Perspect 116(7): A302-A305.

Wilkinson CF, Christoph GR, Julien E, Kelley JM, Kronenberg J, McCarthy J, et al. Assessing the risks of exposures to multiple chemicals with a common mechanism of toxicity: how to cumulate?. Regul Toxicol Pharmacol 31(1):30-43.

Wilson JM, VanBriesen JM. 2012. Oil and Gas Produced Water Management and Surface Drinking Water Sources in Pennsylvania. Environ Pract 14:288–300.

Witter RZ, McKenzie L, Stinson KE, Scott K, Newman LS, Adgate J. 2013. The use of health impact assessment for a community undergoing natural gas development. Am J Public Health 103:1002–1010.

Zoeller RT, Brown TR, Doan LL, Gore AC, Skakkebaek NE, Soto AM, et al. 2012. Endocrine-disrupting chemicals and public health protection: a statement of principles from The Endocrine Society. Endocrinol 153:4097–4110.

## Figure legend

**Figure 1.** Environmental exposure pathway. The environmental exposure pathway provides an analytical framework to describe, in broad terms, the connections between pollutant sources and human health outcomes. This framework begins with the emission source, in this case a well pad and associated infrastructure, which emit a variety of contaminants into the air, water, and soil. The concentrations of pollutants in the air, water, and soil that result from these emissions influence the magnitude of human exposures through organs such as the nose, mouth, and skin. Once the level of exposure is identified, it is then possible to estimate the dose, or how much of the pollutant is ingested in a given period of time. The dose, in turn, determines the health outcome.

**Figure 1.**



alr00 | ACSJCA | JCA10.0.1465/W Unicode | research.3f (R3.6.i4 HF01:4180 | 2.0 alpha 39) 2013/10/21 02:46:00 | PROD-JCA1 | rq_2206769 |   3/11/2014 08:34:24 | 11 | JCA-DEFAULT



Critical Review

pubs.acs.org/est

# Air Impacts of Increased Natural Gas Acquisition, Processing, and Use: A Critical Review

Christopher W. Moore,[*,†] Barbara Zielinska,[†] Gabrielle Pétron,[‡,§] and Robert B. Jackson[∥,⊥]

[†]Desert Research Institute, Division of Atmospheric Sciences, Reno, Nevada 89512, United States

[‡]Cooperative Institute for Research in Environmental Sciences, University of Colorado at Boulder, Boulder, Colorado 80309, United States

[§]Earth System Research Laboratory, National Oceanic and Atmospheric Administration, Boulder, Colorado 80309, United States

[∥]School of Earth Sciences, Woods Institute for the Environment, and Precourt Institute for Energy, Stanford University, Stanford, California 94305, United States

[⊥]Duke University, Nicholas School of the Environment and Center on Global Change, Durham, North Carolina 27708, United States

**ABSTRACT:** During the past decade, technological advancements in the United States and Canada have led to rapid and intensive development of many unconventional natural gas plays (e.g., shale gas, tight sand gas, coal-bed methane), raising concerns about environmental impacts. Here, we summarize the current understanding of local and regional air quality impacts of natural gas extraction, production, and use. Air emissions from the natural gas life cycle include greenhouse gases, ozone precursors (volatile organic compounds and nitrogen oxides), air toxics, and particulates. National and state regulators primarily use generic emission inventories to assess the climate, air quality, and health impacts of natural gas systems. These inventories rely on limited, incomplete, and sometimes outdated emission factors and activity data, based on few measurements. We discuss case studies for specific air impacts grouped by natural gas life cycle segment, summarize the potential benefits of using natural gas over other fossil fuels, and examine national and state emission regulations pertaining to natural gas systems. Finally, we highlight specific gaps in scientific knowledge and suggest that substantial additional measurements of air emissions from the natural gas life cycle are essential to understanding the impacts and benefits of this resource.



## ■ INTRODUCTION

Natural gas currently accounts for 26% of primary energy consumption in the U.S., compared to 20% for coal and 36% for petroleum and other liquids.[1] Although the percentage of U.S. energy obtained from natural gas is expected to rise modestly to 28% during the next 30 years, the production of natural gas is expected to increase to the point where the U.S. will be a net exporter of natural gas by 2020.[1] A decrease in conventional on-shore gas production since the 1980s has been the impetus in the U.S. for developing unconventional natural gas plays (areas targeted for exploration and production) that have low permeability—such as sandstones (tight-sand gas), shales (shale gas), and coal (coal-bed methane).[1] Between 2000 and 2011, the share of U.S. natural gas production from unconventional formations increased from 31% to 67% and is expected to reach 80% by 2040.[1] In particular, annual shale gas production is expected to double from 7.9 trillion cubic feet (Tcf) in 2011 to 16.7 Tcf by 2040.[1]

Between 2000 and 2011, the number of producing gas wells in the U.S. increased by 50%,[2] reaching 514 637. This surge in exploration and production from unconventional sources has been accompanied by public concerns about various environmental issues—including air quality, water quantity and quality,

and human health impacts.[3−9] Moreover, with this fast-moving industry, scientists have been struggling to obtain adequate funding and data access for research studies and regulators have been grappling with the development of new rules and policies along with limited resources for enforcement during the surge in drilling.[7,10,11] Decision and rule making at the state and national levels in the US have been informed in part by limited, out of date, and sometimes incomplete emission inventories[11] and self-reported industry data. Further confounding the ability to adequately assess the industry's environmental impacts are a number of other factors including (1) a lack of independent field measurements to evaluate assumptions, quantify risks, and assess actual impacts, (2) contradictory scientific results, and (3) polarizing political and sociological dichotomies (i.e., jobs vs environmental stewardship).

**Special Issue:** Understanding the Risks of Unconventional Shale Gas Development

**Received:** November 30, 2013
**Revised:** February 25, 2014
**Accepted:** March 3, 2014



**Environmental Science & Technology**                                                      Critical Review



**Figure 1.** Potential atmospheric species emitted to the atmosphere during specific stages of the natural gas life cycle.

To lay the foundation for a clear, concise discussion of the issues, we begin by defining a consistent vocabulary. Unconventional oil and natural gas development in general is often referred to as "fracking".[12,13] Instead, we separate the process of drilling, often undertaken 1−2 km horizontally and kilometers underground, from the more scientifically accurate term "hydraulic fracturing", which describes the process of fracturing low permeability rocks using water mixed with sand and proprietary chemicals pushed into the borehole under high pressure.[7,12,14] Hydraulic fracturing originated in the 1940s, but the pressures and volumes used today are much higher than in the past. The process of hydraulic fracturing typically lasts only a few days to a few weeks.[15,16] Both unconventional and conventional natural gas wells typically produce commercially for a few decades.[17] Therefore, a true evaluation of the air quality impacts of natural gas production and use must expand to all areas of the natural gas life cycle.

Throughout this critical review, we will refer to five stages of the natural gas life cycle using the terminology of Branosky et al.:[18] (1) preproduction; (2) natural gas production; (3) natural gas transmission, storage, and distribution; (4) natural gas end-use; and (5) well production end-of-life (Figure 1). In terms of the life cycle, unconventional natural gas differs from conventional natural gas in three main ways. First, extraction of unconventional natural gas often requires directional or horizontal drilling. Second, well-completion (hydraulic fracturing) procedures for unconventional natural gas are much more extensive than for conventional wells. Third, unconventional natural gas wells also typically have a sharper production decline curve and a less well constrained total volume of natural gas recovered per well (based on both economical and practical constraints).[19,20] Once out of the ground, however, unconventional natural gas is subject to the same fate (e.g., processing, transport, end-use) as conventional natural gas, and the atmospheric impacts are indistinguishable between the two forms.

Much of the earlier scientific work on unconventional natural gas has focused on evaluating the potential climate impacts and benefits of developing unconventional natural gas reservoirs and switching from coal or oil burning to using natural gas.[21] These studies typically focus on climate forcing impacts and their conclusions range from small benefits (<6% greenhouse gas reduction) for the switch to unconventional from conventional natural gas, to potentially large benefits (<30% greenhouse gas reduction) for the switch to natural gas over coal[22] for power generation. The air-quality benefits of switching from coal to natural gas are extensive for pollutants such as mercury and sulfur dioxide ($SO_2$). These benefits may be less so for nitrous oxides ($NO_x$), important ozone precursors for which life cycle emissions appear to be similar for natural gas and coal[23,24] unless natural gas combined cycle (use of two heat engines) technology is used to generate electricity.[25]

When possible, we will distinguish between conventional and unconventional natural gas in this review, which is organized into five sections. In the first section, we present a review of studies on methane ($CH_4$) leakage from the entire natural gas life cycle. The second section includes a synthesis of available studies on the nonmethane air quality impacts of natural gas, which include emissions of the hazardous air pollutants benzene; toluene; ethylbenzene; and xylenes (BTEX); other nonmethane volatile organic compounds (NMVOCs) and $NO_x$, both precursors of surface ozone; and particulate matter. We summarize the current understanding of the benefits and impacts of switching from coal or oil to gas in the third section. In the final two sections, we discuss current air emission regulations at the state and national levels and identify key areas for future research on the air quality impacts of unconventional natural gas.

## ESTIMATES OF LIFE CYCLE METHANE LEAKAGE FROM NATURAL GAS

As the primary chemical constituent of natural gas (70−90% by volume for raw natural gas from the well and >90% by volume for pipeline quality natural gas),[26,27] $CH_4$ alters global atmospheric chemistry and is a powerful greenhouse gas.[28] Combined, natural gas systems are the highest emitters of $CH_4$ of any anthropogenic sector in the U.S.[29] and may be partially responsible for a renewed increase in global $CH_4$ levels since 2006.[28,30] $CH_4$ is an important atmospheric constituent in that it has been shown to influence background ozone concentrations at the Earth's surface,[31] although it reacts very slowly in the lower atmosphere (8−9 year global average lifetime). The

**Environmental Science & Technology**  `Critical Review`

Fifth Assessment of the Intergovernmental Panel on Climate Change (IPCC) estimates that $CH_4$ has a global warming potential 28–34 times that of $CO_2$ over a 100-year time frame and 84–86 times greater on a 20-year time frame.[32] Surface level $CH_4$ in the global atmosphere is about 1.8 ppm, making it the second largest contributor (after carbon dioxide) to the total direct radiative forcing due to long-lived greenhouse gases.[33]

Raw natural gas produced from wells distributed across a basin is gathered via a network of pipelines and compressor stations. It then is processed at centralized plants to remove contaminants, such as water, and acids and to separate $CH_4$ from natural gas liquids and condensate or oil. Processed natural gas that enters the pipeline distribution network for consumers is comprised primarily of $CH_4$ and ethane ($C_2H_6$), with the addition of an odorant, mercaptan, to help customers detect leaks in their homes or neighborhoods. $C_2H_6$ is left in the natural gas stream, at typically ~5%, to maintain the minimum energy content of the gas. Its lifetime in the atmosphere is much shorter than that of $CH_4$, typically only a few months.

Each year since 1998,[34] the U.S. Environmental Protection Agency (US EPA) has released an updated national inventory (NI) of greenhouse gas (GHG) sources and sinks and submitted it to the United Nations Framework Convention on Climate Change. National estimates for $CH_4$ emissions from natural gas systems are modeled and calculated annually from 1990 to 2 years prior to the release year based on 80 different emission factors (emissions per unit process or component) determined from direct measurements made at ~200 sites in the early 1990s.[11,29,35] Additional emissions or activity data for the estimates are supplied by states and the industry.[36,37]

Uncertainties in this inventory approach are illustrated by a series of methodological changes that US EPA implemented during the past four years to estimate $CH_4$ emissions from natural gas systems[29,38] (Figure 2). Based on the US EPA



**Figure 2.** Methane emission estimates from 1990 to present based on the 2010, 2011, 2012, and 2013 releases of the US EPA GHG NI.

approach, leakage estimates for natural gas across the entire life cycle ranged from as high as 2.8% of domestic natural gas production (2011 and 2012 GHG NI releases) to as low as 1.65% in the 2013 US EPA GHG NI release (6.9 million metric tons lost out of 418 million metric tons $CH_4$ produced[29]). This range in values is important because an analysis by Alvarez et al.[39] concluded that $CH_4$ leakage of 3.2% or less would provide immediate net climate benefits for electricity production from natural gas compared to coal.

Two recent scientific studies have found that US total $CH_4$ emissions are underestimated in current inventories.[40,41] Miller et al.[40] published a top-down estimate of $CH_4$ emissions in the U.S. based on long-term aircraft and tower observations conducted by U.S. government laboratories (National Oceanic and Atmospheric Administration and Department of Energy) in 2007 and 2008. The authors concluded that the US EPA inventory underestimated $CH_4$ anthropogenic emissions by ~50%. Brandt et al.[41] reached a similar conclusion of ~50% underestimation by US EPA based on a meta-analysis of published results. Based in part on the distribution of emissions excess observed especially in the southern U.S., and on the $CO_2$ content of propane in the air, both studies suggest that some of the missing emissions in the inventory could be explained by larger emissions from oil and gas production and processing.

A few regional atmospheric studies in the U.S. have shown elevated levels of methane and other hydrocarbons in oil and gas producing regions.[42–44] Karion et al.[44] estimated that 8.9 ± 2.8% of the methane produced in the Uintah Basin gas field of Utah was lost to the atmosphere based on airborne measurements on one day in 2012. This is more than twice the average loss rate estimated by Pétron et al.[43] (average, 4%; range, 2.3–7.7%) for an oil and gas field in northeastern Colorado in 2008, based on a mix of methane and propane tower and ground-based measurements and inventory data.

Recent emission factors derived by Allen et al.[15] for three natural gas production source categories (gas well completion flowbacks, production sites equipment leaks, and pneumatic pumps and controllers venting) suggest that average $CH_4$ emissions for well completions using reduced-emissions flowback procedures are less than estimated in the US EPA inventory. The study, however, found higher emissions on average from pneumatic devices and pumps and production site leaks than assumed in the US EPA GHG NI. The direct emission measurements conducted by Allen et al.[15] at 190 onshore production sites—in partnership with operators—in four different U.S. regions were averaged and extrapolated to the national level for comparison with the US EPA GHG NI. At the national level, they estimated that 0.42% of natural gas gross production leaked to the atmosphere, which is lower than in the 2013 US EPA GHG NI estimate for 2011 (0.49%).

Transmission, storage, and distribution of natural gas includes hundreds of thousands of kilometers of pipeline, > 1400 compressor stations, and approximately 3.5 Tcf (~equivalent to two months of national consumption) of underground storage throughout the U.S.[45] According to the 2013 US EPA inventory, transmission is the stage of the natural gas life cycle with the highest emission of $CH_4$. Emissions during transmission, storage, and distribution are mainly limited to fugitive $CH_4$ (and, to a lesser extent, $C_2H_6$) emissions from an aging natural gas pipeline infrastructure and venting during pipeline and compressor stations maintenance. A few studies have focused on methane leakage from the natural gas distribution network across cities such as Los Angeles, California,[46] Boston, MA,[47] and Washington, DC.[48] For example, Phillips et al.[47] mapped ~3400 $CH_4$ natural gas distribution pipeline leaks across Boston's 800 road miles in 2011. An example of these leaks is shown in Figure 3 where concentrations of methane as high as 28.5 ppm (compared to a global background of 1.8 ppm[28]) were measured. The presence

**Environmental Science & Technology** Critical Review



**Figure 3.** Locations of elevated methane concentrations in the Beacon Hill area of Boston, MA, associated with natural gas distribution pipeline leaks.

of older cast-iron distribution mains was the strongest predictor for the leaks that they observed ($r^2 = 0.79$, $P < 0.001^{47}$).

The US EPA $CH_4$ leakage rates for distribution alone are in the range 0.35–0.70%.[49,50] Lelieveld et al.[51] combined loss estimates for storage and distribution together to suggest an overall average loss rate of 1.4% (with a range from 1.0% to 2.5%). Based on additional data from Texas and elsewhere, Howarth et al.[52] assumed a higher range of values, from 1.4% to 3.6% leakage of $CH_4$ during transmission, storage, and distribution; but these estimates have been debated.[53] Cathles et al.[53] suggested that Howarth et al.[52] "significantly over-estimated" fugitive emissions and undervalued the emission reduction from the use of "green technologies". Other authors[53,54] have criticized Howarth et al.[52] for use of "heat rather than electricity generation" for their life cycle assessment, and a 20 year time frame that overemphasized the shorter-term impact of $CH_4$ on radiative forcing. However, with the current lack of representative and recently measured emissions, we are left to wonder just what the actual leakage rates are at the regional and national scales, emphasizing the difficulty with elucidating existing interpretations.

A review of 20 years of literature on $CH_4$ leaks[41] has found that the extent of leakages from North American natural gas systems may be larger than anticipated yet best management practices and regulation for technologically achievable emissions reduction and effective leak detection and repair programs can significantly reduce the climate footprint of natural gas.[55] The large recent changes in US EPA method-ology and annual emission estimates and disparities in site level and regional level emission measurements highlight the need for additional research to better understand emissions across the natural gas life cycle (see above) and to reconcile emissions measured at different spatiotemporal scales.[15,22,39,51,52,56,57]

## ■ AIR QUALITY IMPACTS OF THE FIRST TWO LIFE CYCLE STAGES

**Preproduction.** In addition to $CH_4$, activities in the first two of the five natural gas life cycle stages emit other compounds than can impact local and regional air quality. The preproduction stage includes everything from exploration, site clearing, and road construction to drilling, hydraulic fracturing, and well completion. For a single well, preproduction is usually completed within a few weeks; but, these operations may be carried out for a dozen or more wells on a pad and at multiple sites in the field, typically lasting for months.[16] Several pollutants with environmental and human health impacts[59–63] have been linked to this stage[59–63] and a few monitoring efforts are underway to document actual atmospheric exposures.[64–66]

Air quality impacts begin with the use of large diesel-powered equipment during site preparation,[61] including the construction of roads and holding ponds and clearing of the well pad.[67,68] Emissions from on and off-road diesel continue throughout drilling and hydraulic fracturing as millions of gallons of water, sand, and hydraulic fracturing chemicals are transported to and from the well pads.[69] Diesel emissions are known to include airborne fine particulate matter (2.5 $\mu m$ and smaller in diameter; $PM_{2.5}$)[70–73] as well as ozone precursors such as $NO_x$ and nonmethane VOCs.[74,75] Long-term exposure to $PM_{2.5}$ can lead to decreased lung function, asthma, and increased respiratory symptoms such as coughing and difficulty breath-ing.[76] Truck traffic also generates coarse particulate matter ≤10 $\mu m$ in diameter ($PM_{10}$),[61] emitted from tire wear, brake wear, and resuspended road dust. However, Litovitz et al.[61] found that emissions from oil and gas operation related transportation in Pennsylvania were small compared to other emissions from natural gas activities statewide, contributing only 0.5–1.2% of VOCs, 3.2–3.5% of $NO_x$, and 2.1–3.5% of $PM_{2.5}$ emitted from natural gas activities.

dx.doi.org/10.1021/es4053472 | Environ. Sci. Technol. XXXX, XXX, XXX–XXX

Emissions can continue into the drilling and hydraulic fracturing procedures. During the process of drilling, pockets of $CH_4$, and potentially $C_2H_6$, and propane through which the drill passes can be released into the atmosphere.[56] However, little information exists on the frequency and volumes of emissions from these releases, which is currently a major uncertainty in emissions inventories. Emissions measurements are strongly needed during this section of preproduction.

After drilling is completed, water, hydraulic fracturing fluid, and proppant (e.g., silica sand or man-made ceramic beads) are pumped underground at pressures of $\sim$10 000 to 20 000 psi to fracture the low permeability reservoir rock to allow the natural gas to flow.[7,77] Emissions during drilling and hydraulic fracturing include exhaust from diesel[62] and natural-gas powered engines for drilling rigs and pumps.[78] Bar-Ilan et al.[62] estimated that 12 to 27% of $NO_x$ emissions from natural gas activities in three areas of Wyoming originate from drilling rigs alone. Litovitz et al.[61] estimated that well drilling and hydraulic fracturing in Pennsylvania accounted for 2.6–10% of VOC, 29–39% of $NO_x$, 16–33% of $PM_{2.5}$, and 35–55% of $SO_x$ emissions from natural gas activities. The fluid used during hydraulic fracturing can contain hundreds of chemicals, including acids, ethylene glycol, and isopropanol.[7,79–81] However, the detailed constituents of the hydraulic fracturing fluid mix are often proprietary, meaning that reporting of the constituents is voluntary by the industry[81] and often incomplete. Also, no information exists on the interactions of the chemicals in the fracturing fluid with naturally occurring chemicals down the well and what potential problems this might cause. Many of the constituents are volatile under atmospheric conditions. A portion of the fracturing fluid mix returns to the surface during the flowback stage and is stored in holding ponds or flowback tanks and later disposed of at industrial waste or deep injection facilities. A full classification of all emissions during drilling and hydraulic fracturing does not exist.

Another area where little information exists is on the emission of (and exposure to) respirable silica (crystalline silica "small enough to enter the gas-exchange regions of the lungs[82a]"; 10 $\mu m$ and smaller[82a]) from the proppant injected during hydraulic fracturing. The U.S. National Institute for Occupational Safety and Health conducted field studies at 11 sites in 5 states between 2010 and 2011 and found that workers were exposed to high levels of respirable silica in 31% of sampled cases ($N = 111$).[83] The high values observed were ten or more times the recommended exposure limit and above the filtration capabilities of half-face respirators worn by the workers.[83] This exposure can occur during transportation of the fine sand by truck or conveyor belt and also can occur upstream, at the site where the silica is extracted.[82] Exposure to respirable silica can decrease lung function, increase respiratory symptoms such as coughing, result in difficulty breathing, and cause asthma and silicosis.[82] The impacts of respirable silica are greatest for workers on site, but broader studies are needed for people living near well pads and production staging areas.

Once drilling and hydraulic fracturing operations have been finished, the well is completed and prepared to produce natural gas. Emissions during the well completion process, particularly during venting and flaring of initial natural gas before the well is connected to a transmission pipeline, can include $CH_4$ and BTEX (benzene, toluene, ethylbenzene, and xylenes).[59,84] These emissions also contain other nonmethane hydrocarbons, along with hydrogen sulfide $H_2S$,[62] $NO_x$, and formaldehyde,[85]

at concentrations in the air that have the potential to effect residents living within <800 m of wells.[59] Nearly all of these emissions, however, are scheduled to be mostly eliminated by 2015[86] when the US EPA will require use of "green completions" or "reduced emission completions" when technically feasible. During these processes, flowback fluid, oil and gas are separated as soon as possible in well completion and the gas and oil are routed to sales. Green completions reduce overall emission of $CH_4$ and air pollutants that traditionally would have been vented.[15,87,88]

Allen et al.[15] describe four different completion flowback configurations at hydraulically fractured gas wells and present direct measurements of $CH_4$ emissions at 27 sites in four different regions of the U.S. On average, the sites sampled by Allen et al.[15] had lower emissions than what is assumed by the 2013 US EPA GHG NI for 2011. Methane emissions measured during 27 well completion flowbacks, for instance, averaged only 1.7 Mg $CH_4$[15] compared to an average of 81 Mg per event used in the 2013 US EPA GHG NI.[15] Measured emissions during a flowback event, however, varied by 2 orders of magnitude within a basin.[15] The distribution of emissions from completion flowback measured by Allen et al.[15] is not Gaussian, and therefore, a simple set of uniform average emission factors at the regional and national levels for an average green completion configuration will most likely not capture the actual aggregated emission magnitude.

**Production.** Several atmospheric pollutants have been linked to the production stage of the natural gas life cycle and have been studied in a few areas.[64–66,89–96] As mentioned earlier, the natural gas that flows directly from the well often contains other associated NMVOCs, water vapor, carbon dioxide, hydrogen sulfide, or natural gas liquids[14] and needs processing in order to meet purity standards for addition to the pipeline infrastructure, known as "pipeline quality natural gas".[14,97] Processing occurs near the well and/or at a centralized processing plant and includes compression of the processed natural gas to be transported through pipelines to consumers. Once production at a well has begun, emission sources can include well-head compressors or pumps that bring the produced gas up to the surface or up to pipeline pressure (engines are often fired with raw or processed natural gas), well pad equipment bleeding and leaks, flare emissions, maintenance emissions, and compressor station emissions. Litovitz et al.[61] estimated that production sites and compressor stations in Pennsylvania accounted for 91–97% of VOCs, 59– 68% of $NO_x$, 64–84% of $PM_{2.5}$, and 40–64% of $SO_x$ emissions from natural gas activities.

Other sources of $CH_4$ and NMVOCs (including BTEX) emissions during the production stage can include dehydrator regeneration vents, venting from pneumatic pumps and devices that are actuated by natural gas, leaks through faulty casing, incomplete emissions capture or burning in flaring systems. Some of these emissions can be continuous or intermittent but will be ongoing during the entire lifetime of the well unless direct emissions capture and destruction or recovery are put into place. Emissions from crude oil and liquid condensate (light crude oil) storage tanks were estimated to be responsible for 66% of total NMVOCs emitted by oil and gas operations in Denver-Juleburg Basin in the northeast Colorado Front Range.[98] Other emissions related to maintenance or production stimulation, for example, will be episodic such as during liquids unloadings and during workovers. Due to the diffuse nature of emissions from hundreds of thousands of well pads, variations

in composition of the raw gas itself, and varying degrees of emissions controls and reduction requirements, conclusions on the overall air quality impact of this stage span from highly detrimental[8,42,43,99,100] to little or no impact at all.[64,89,91,94,101−104] This level of discrepancy indicates that more work needs to be done at the basin scale on the emissions from the production stage of the life cycle and their impacts.

Oil and gas emissions of ozone ($O_3$) precursors (NMVOCs)[43,61,62,98,100,105−111] have been linked to regional exceedances of the 8-h national ambient air quality standard for $O_3$ (75 ppb for fourth highest daily maximum concentration averaged for three consecutive years). $O_3$ precursors[43,61,62,98,100,105−111] emitted from the natural gas and oil production stage can make attainment of US EPA $O_3$ exposure limits difficult even in winter for some areas.[98,105−107,112,113] High surface level $O_3$ concentrations, produced by increased $NO_x$ and VOC abundance,[85,114] can lead to respiratory problems, particularly in children and older adults.[115] The US EPA nonattainment designation for the $O_3$ standard has been a driving force behind state-level regulation of $O_3$ precursor emissions from oil and gas operations and increased ambient air monitoring programs in Wyoming and Colorado,[88] two states with the most stringent air regulations in the US for their affected areas. Air monitoring before and during oil and gas development can help regulators and air quality managers keep track of the air impacts of different air pollution sources and how they may change over time. To date, most US EPA and state air monitoring (especially for $O_3$) is done in urban areas, leaving entire industrialized rural and suburban communities without baseline and routine air quality measurements.

**Other Stages.** Much less information exists on the non-$CH_4$ emissions from two of the three other natural gas life cycle stages. Since pipeline quality natural gas is predominantly $CH_4$, few other pollutants have been reported to be emitted from the transmission, storage and distribution stage (Figure 1). On the other hand, some emissions (e.g., $NO_x$, $SO_2$, $CO_2$, and $CH_4$) from the use of natural gas are estimated each year by the US EPA,[116] particularly what is emitted during use for power generation (discussed in more detail below), and researchers have attributed some formaldehyde emissions to natural gas combustion. In particular, Zhang et al.[117] attributed 10−30% of the primary formaldehyde concentrations to natural gas combustion in the Houston, Texas area during the 2006 Texas Air Quality Study (TexAQS). Other studies have indicated that $O_3$ concentration criteria exceedances in Texas cities are attributed to natural gas combustion.[117,118]

At the end of the well production life (well production end-of-life), the well is "plugged" (if not just abandoned). What information is available on the potential for gas leakage is derived primarily from historical studies of conventional wells. In Alberta, for instance, 4% of abandoned wellbores leaked, including many which were plugged before abandonment.[119] In Pennsylvania, an estimated 325 000 oil and gas wells were drilled between 1860 and 2000, but the PA Department of Environmental Protection only has records for 88 300 regulated operating wells, 44 700 plugged wells, and 8000 abandoned wells, leaving the share of 184 000 wells unknown.[120] Other states have similar issues, for instance, New York plugged 323 (mostly old/abandoned) wells in 2012 with many more still needing to be plugged.[121] Until the number of orphaned/abandoned wells is known, we cannot even begin to estimate the air quality impacts from this portion of the natural gas life cycle.

## ■ POTENTIAL AIR QUALITY BENEFITS OF INCREASED NATURAL GAS USE

The interest in increasing production and use of natural gas in the U.S. during the past decade is due, in part, to the fact that natural gas emits less $CO_2$, sulfur dioxide ($SO_2$), $NO_x$ and mercury (Hg) compared to coal and oil when burned to produce heat or electricity.[23,35,94,122,123] Natural gas use for electricity generation emits roughly half the $CO_2$ of coal per kWh produced, potentially improving air quality and reducing GHG emissions compared to coal. An immediate benefit from an increased share of natural gas for electricity generation in the U.S. (from 14% in 2000 to 29% in 2012[124]) is a reduction in the carbon intensity of U.S. electricity generation in 2011 and 2012.[25,125,126] The controversy, however, arises in attempting to estimate the total methane leakage associated with natural gas production, distribution, and use, and, to a lesser extent, the methane leakage associated with coal mining.[54,56] Most life cycle comparison studies have relied on leakage estimates derived from the US EPA GHG NI for natural gas systems. Venkatesh et al.[127] estimated that approximately 1−3 kg of $NO_x$ per MWh and 2−10 kg of $SO_2$ per MWh are the typical emissions from coal-fired power plants likely to be retired or replaced by combined cycle natural gas plants. Alternatively, emissions of $SO_2$ and Hg from natural-gas-fired power plants are negligible; and emissions of $NO_x$ are substantially lower than for coal-fired power plants.

Another potential use for natural gas (conventional or unconventional) includes replacing petroleum in products such as liquid fuels and olefins.[128] Olefins are used to produce plastics (polyethylene, polyester, polyvinyl chloride (PVC), and polystyrene) that are in turn are used to produce millions of consumer goods. Access to $CH_4$, $C_2H_6$, propane, and butane through unconventional natural gas development, may increase their use in the production of high-value chemicals. The benefits of a potentially "new" source of materials for making these products is clear, but new process chemistry will be needed to replace petroleum with natural gas,[128] and these uses will need to be included in new life cycle assessments for unconventional natural gas.

Until the efficiency of compressed natural gas (CNG) vehicles increases, and $CH_4$ leakage rates from natural gas production decrease further, the GHG benefits of substituting natural gas for gasoline in vehicles are small[22] or negligible.[39,129,130] Alvarez et al.[39] estimated that converting a fleet of gasoline cars to CNG would increase radiative forcing for at least 80 years before modest net climate benefits would be achieved; the comparable crossover point for heavy-duty diesel vehicles would be nearly 300 years. In fact, Alvarez et al.[39] estimated that CNG conversion would result in more rapid climate change for decades, attributable to the greater radiative forcing in the early years after conversion. In contrast, converting vehicles to natural gas would have immediate (nonclimate) air quality benefits compared to gasoline because of the cleaner burning properties of natural gas and reduced non-methane air pollution.

## ■ REGULATIONS

Until recently, air regulation of oil and gas production operations was done at the state level. The US EPA attempts to quantify and minimize the air quality impacts of industrial activities, including oil and natural gas operations and in 2012 the agency released a set of new source performance standards

**Environmental Science & Technology**

(NSPS).[86] The NSPS take effect in 2015 and rely heavily on self-reporting from the industry of emissions to the US EPA.[131] The standards attempt to limit VOC emissions during well completion by requiring the use of green completion technologies, which the US EPA estimates will result in a 95% reduction of VOC emissions and a 99.9% reduction in $SO_2$ emissions.[86,88] Further requirements of the rule include limiting emissions of VOCs from a single oil or condensate tank to four tons per year[132] and limiting BTEX from a single dehydrator to one ton per year.[86] The rule focuses on two types of compressors: centrifugal compressors with wet seals must reduce VOC emissions by 95% and reciprocating compressors must have regular maintenance to keep them from leaking VOCs.[86] Also, pneumatic controllers are required to vent less than six standard cubic feet per hour. Other air toxics are not specifically regulated under this new rule, and are limited to major sources that emit 10 or more tons of a single air toxic or 25 or more tons of a combination of toxics.[86]

The US EPA also has adopted multiple tiers of emission standards for on-road[133] and off-road[134] diesel engines that may influence overall air impacts from the natural gas life cycle. These standards apply to criteria pollutants including $NO_x$, non-methane hydrocarbons, CO, and PM. Manufacturers must currently ensure that each new engine, vehicle, or equipment meets the latest emission standards. If diesel engines were built before US EPA emission standards came into effect, however, they are generally not affected by the standards or other regulatory requirements. Although the latest tiers of diesel engine emission standards are very stringent, heavy-duty diesel engines are long lasting. Thus, many older trucks and off-road equipment are still being used.

Many states have also taken separate, individual actions to regulate the overall environmental impacts of the oil and natural gas industries, and some states are developing public disclosure laws for hydraulic fracturing fluids.[81] Colorado passed regulations from 2007 to 2009 requiring operators to (1) use no-bleed or low bleed pneumatic devices at oil and gas production sites in the northeastern Front Range $O_3$ non-attainment area (2) use green completion technologies at oil and gas wells when technically feasible, and (3) control flashing emissions from condensate and oil storage tanks. The Colorado system-wide emissions reduction requirements for NMVOCs from tanks are 90% in the summer time and 70% otherwise, the state, however, estimates that the actual annual average reduction in emissions has been 53% (compared to having no controls in place).[135,136] Wyoming has required green completions since 2004 and requires 98% reduction of emissions (instead of 95% for the NSPS) for newly installed tanks.[88] Montana requires the control of emissions from the well immediately upon completion and has specific regulations regarding compression devices, pneumatic controllers, condensate/crude oil storage tanks, and glycol dehydrators.[88] New York has issued a moratorium on high-volume hydraulic fracturing all together.

Other states have taken fewer additional regulatory steps and will rely largely on the NSPS that will be begin January 1, 2015.[88] These include Alaska, North Dakota, New Mexico, and West Virginia. Texas has been tracking emissions data from the oil and gas industry for years, but often limits regulations of emissions to the Houston and Dallas—Fort Worth areas.[137] Utah has regulations that limit emissions from hydrocarbon storage tanks; however, these regulations only apply to Salt Lake City and Davis county.[88] These areas are not near the Uintah Basin where oil and gas operations exist, and therefore do nothing to improve the high wintertime $O_3$ concentrations observed during strong temperature inversions.[88,138] Pennsylvania has recently reevaluated and limited the oil and natural gas facilities that were previously exempt from regulations.[139] The wide variety of regulations and practices by state indicates that much more attention should be focused on systematically assessing the air emissions from oil and gas operations and their air impacts in those states with substantial levels of unconventional natural gas activities and production.

## ■ RECOMMENDATIONS

Based on our examination of the literature on the air quality impacts of unconventional gas extraction and distribution, we have determined that actual measurement data on various individual segments of the natural gas life cycle are sparse or critically lacking. To maximize the true benefits and minimize the negative impacts of this resource, we recommend that the following steps be taken to fill critical knowledge gaps:

- Air quality measurements need to be made prior to oil and gas development, including during drilling and hydraulic fracturing, to more clearly understand the direct impacts of these activities. Air monitoring during these operations can help ensure emissions management strategies are effective and exposure to air pollutants, including silica, are kept to a minimum.
- A full chemical classification of emissions, including air toxics, during all life cycle stages needs to be obtained to properly perform source apportionment modeling and to understand all potential air quality and health impacts.
- Independent scientific data on the true nationwide extent of methane leaks from the production, processing, transmission, storage, and distribution infrastructure, including measurements of flows and fluxes, should be acquired.
- An inventory of abandoned/orphaned wells should be collected so that emissions can be properly estimated.
- Measurements on the variation of air emission composition and magnitude by natural gas and oil play need to be made.
- Collaborations between independent scientists, regulators, and operators need to be increased to gain access to areas where measurements should be made and to inform effective emissions detection, reduction, and monitoring strategies.

## ■ AUTHOR INFORMATION

**Corresponding Author**
*Phone: 775-674-7078. Fax: 775-673-7016. E-mail: chris. moore@dri.edu.

**Notes**
The authors declare no competing financial interest.

## ■ ACKNOWLEDGMENTS

C.M. and B.Z. thank DRI Division of Atmospheric Sciences for support to write this review. G.P. acknowledges financial support from the National Science Foundation AirWaterGas Sustainability Research Network award. Any opinions, findings, and conclusions or recommendations expressed in this material are those of the authors and do not necessarily reflect the views of their employers and funding sources. R.J. acknowledges support from the National Science Foundation (Geosciences

Directorate), the Environmental Defense Fund, and Duke University.

## ■ REFERENCES

(1) US EIA. Annual Energy Outlook 2013 with Projections to 2040. http://www.eia.gov/forecasts/aeo/ (accessed Oct. 15, 2013).

(2) USEIA. Natural Gas—U.S. Energy Information Administration (EIA). http://www.eia.gov/naturalgas/ (accessed Nov. 22, 2013).

(3) Jackson, R. B.; Vengosh, A.; Darrah, T. H.; Warner, N. R.; Down, A.; Poreda, R. J.; Osborn, S. G.; Zhao, K.; Karr, J. D. Increased stray gas abundance in a subset of drinking water wells near Marcellus shale gas extraction. *Proc. Natl. Acad. Sci.* **2013**, *110* (28), 11250−11255.

(4) Warner, N. R.; Jackson, R. B.; Darrah, T. H.; Osborn, S. G.; Down, A.; Zhao, K.; White, A.; Vengosh, A. Geochemical evidence for possible natural migration of Marcellus Formation brine to shallow aquifers in Pennsylvania. *Proc. Natl. Acad. Sci.* **2012**, *109* (30), 11961−11966.

(5) Osborn, S. G.; Vengosh, A.; Warner, N. R.; Jackson, R. B. Methane contamination of drinking water accompanying gas-well drilling and hydraulic fracturing. *Proc. Natl. Acad. Sci.* **2011**, *108* (20), 8172−8176.

(6) Bamberger, M.; Oswald, R. E. Impacts of gas drilling on human and animal health. *New Solutions* **2012**, *22* (1), 51−77.

(7) Ground Water Protection Council and ALL Consulting. *Modern Shale Gas Development in the United States: A Primer*; U.S. Department of Energy: Washington, DC, 2009.

(8) US EPA. Outdoor Air—Industry, Business, and Home: Oil and Natural Gas Production—Additional Information http://www.epa.gov/oaqps001/community/details/oil-gas_addl_info.html#activity2 (accessed Oct. 16, 2013).

(9) Krzyzanowski, J. Environmental pathways of potential impacts to human health from oil and gas development in northeast British Columbia, Canada. *Environ. Rev.* **2012**, *20* (2), 122−134.

(10) Kargbo, D. M.; Wilhelm, R. G.; Campbell, D. J. Natural gas plays in the marcellus shale: Challenges and potential opportunities. *Environ. Sci. Technol.* **2010**, *44* (15), 5679−5684.

(11) Beusse, R.; Dunlap, C.; Good, K.; Hauck, E.; McGhee-Lenart, R.; Narimatsu, J. *EPA Needs to Improve Air Emissions Data for the Oil and Natural Gas Production Sector*, EPA Report 13-P-0161; Office of the Inspector General of the United States, Environmental Protection Agency: Washington, DC, 2013.

(12) *The Truth About Hydraulic Fracturing. Hydraulic Fracturing Part 1 of 2*; Cabot Oil and Gas Corporation: Houston, TX, 2013.

(13) Snow, N. API, U.S. Chamber separately question proposed federal fracing rules. *Oil Gas J.***2013**.

(14) Schlumberger Oilfield Glossary. http://www.glossary.oilfield.slb.com/ (accessed May 2013).

(15) Allen, D. T.; Torres, V. M.; Thomas, J.; Sullivan, D. W.; Harrison, M.; Hendler, A.; Herndon, S. C.; Kolb, C. E.; Fraser, M. P.; Hill, A. D.; Lamb, B. K.; Miskimins, J.; Sawyer, R. F.; Seinfeld, J. H. Measurements of methane emissions at natural gas production sites in the United States. *Proc. Natl. Acad. Sci.* **2013**, DOI: 10.1073/pnas.1304880110.

(16) Encana. *Well Completion & Hydraulic Fracturing*, 2011. http://www.encana.com/pdf/communities/usa/wellcompletionandhydraulicfracturing(DJ).pdf (accessed )

(17) Encana *Life of the well* 2011. www.encana.com/pdf/communities/usa/LifeOfTheWell2011.pdf (accessed ).

(18) Branosky, E.; Stevens, A.; Forbes, S. *Defining the Shale Gas Life Cycle: A Framework for Identifying and Mitigating Environmental Impacts*; World Resources Institute: Washington, DC, 2012.

(19) Baihly, J.; Altman, R.; Malpani, R.; Luo, F. Study assesses shale decline rates. *Am. Oil Gas Rep.* **2011**.

(20) Hughes, J. D. *Drill, Baby, Drill: Can Unconventional Fuels Usher in a New Era of Energy Abundance*; Post Carbon Institute: Santa Rosa, CA, 2013. http://www.postcarbon.org/reports/DBD-report-FINAL.pdf.

(21) Hughes, J. D. *Lifecycle Greenhouse Gas Emissions From Shale Gas Compared to Coal: An Analysis of Two Conflicting Studies*; Post Carbon

Institute: Santa Rosa, CA, 2011. www.postcarbon.org/reports/PCI-Hughes-NETL-Cornell-Comparison.pdf.

(22) Burnham, A.; Han, J.; Clark, C. E.; Wang, M.; Dunn, J. B.; Palou-Rivera, I. Life-cycle greenhouse gas emissions of shale gas, natural gas, coal, and petroleum. *Environ. Sci. Technol.* **2012**, *46* (2), 619−627.

(23) Jaramillo, P.; Griffin, W. M.; Matthews, H. S. Comparative life-cycle air emissions of coal, domestic natural gas, LNG, and SNG for electricity generation. *Environ. Sci. Technol.* **2007**, *41* (17), 6290−6296.

(24) US EPA. Air Emissions/Clean Energy; US EPA: Washington, DC. http://www.epa.gov/cleanenergy/energy-and-you/affect/air-emissions.html (accessed ).

(25) de Gouw, J. A.; Parrish, D. D.; Frost, G. J.; Trainer, M. Reduced emissions of $CO_2$, $NO_x$, and $SO_2$ from U.S. power plants owing to switch from coal to natural gas with combined cycle technology. *Earth's Future* **2014**, na−na.

(26) US EPA. *Annex 3 Methodological Descriptions for Additional Source or Sink Categories*; Table A-128; 2013. http://www.epa.gov/climatechange/Downloads/ghgemissions/US-GHG-Inventory-2013-Annex-3-Additional-Source-or-Sink-Categories.pdf (accessed ).

(27) *Variability of Natural Gas Composition in Select Major Metropolitan Areas of the United States*, GRI-92/0123; Gas Research Institute: Des Plaines, IA, 1992.

(28) Kirschke, S.; Bousquet, P.; Ciais, P.; Saunois, M.; Canadell, J. G.; Dlugokencky, E. J.; Bergamaschi, P.; Bergmann, D.; Blake, D. R.; Bruhwiler, L.; Cameron-Smith, P.; Castaldi, S.; Chevallier, F.; Feng, L.; Fraser, A.; Heimann, M.; Hodson, E. L.; Houweling, S.; Josse, B.; Fraser, P. J.; Krummel, P. B.; Lamarque, J.-F.; Langenfelds, R. L.; Le Quere, C.; Naik, V.; O'Doherty, S.; Palmer, P. I.; Pison, I.; Plummer, D.; Poulter, B.; Prinn, R. G.; Rigby, M.; Ringeval, B.; Santini, M.; Schmidt, M.; Shindell, D. T.; Simpson, I. J.; Spahni, R.; Steele, L. P.; Strode, S. A.; Sudo, K.; Szopa, S.; van der Werf, G. R.; Voulgarakis, A.; van Weele, M.; Weiss, R. F.; Williams, J. E.; Zeng, G. Three decades of global methane sources and sinks. *Nat. Geosci.* **2013**, *6* (10), 813−823.

(29) US EPA. *Inventory of U.S. Greenhouse Gas Emissions and Sinks: 1990−2011*, EPA 430-R-13-001; US EPA: Washington, DC, 2013. http://www.epa.gov/climatechange/ghgemissions/usinventoryreport.html.

(30) Nisbet, E. G.; Dlugokencky, E. J.; Bousquet, P. Methane on the Rise—Again. *Science* **2014**, *343* (6170), 493−495.

(31) West, J. J.; Fiore, A. M.; Horowitz, L. W.; Mauzerall, D. L. Global health benefits of mitigating ozone pollution with methane emission controls. *Proc. Natl. Acad. Sci.* **2006**, *103* (11), 3988−3993.

(32) IPCC. *Working Group I Contribution to the IPCC Fifth Assesment Report (AR5), Climate Change 2013: The Physical Science Basis. Table 8.7*; IPCC: Brussels, 2013.

(33) NOAA *NOAA/ESRL Global Monitoring Division—The NOAA Annual Greenhouse Gas Index (AGGI)*. http://www.esrl.noaa.gov/gmd/aggi/aggi.html (accessed Nov. 24, 2013).

(34) US EPA. Greenhouse Gas Inventory Report Archive. http://www.epa.gov/climatechange/ghgemissions/usinventoryreport/archive.html (accessed Nov. 23, 2013).

(35) Harrison, M. R.; Campbell, L. M.; Shires, T. M.; Cowgill, R. M. *Methane Emissions from the Natural Gas Industry Volume 2: Technical Report*, Report No. EPA-600/R-96−080b; Prepared for the Gas Research Institute and the U.S. EPA: Washington, DC, 1996.

(36) USvEPA. Subpart W; Petroleum and Natural Gas Systems; Greenhouse Gas Reporting Program. http://www.epa.gov/ghgreporting/reporters/subpart/w.html (accessed Nov. 23, 2013).

(37) US EPA. Subpart C; Greenhouse Gas Reporting Program. http://www.epa.gov/ghgreporting/reporters/subpart/c.html (accessed Nov. 23, 2013).

(38) US EPA. *Overview of Updates to the Natural Gas Sector Emissions Calculations for the Inventory of U.S. Greenhouse Gas Emissions and Sinks: 1990−2011*; US EPA: Washington, DC, 2013. http://www.epa.gov/climatechange/Downloads/ghgemissions/fact-sheet-oil-and-gas-estimates-in-2013-inventory.pdf.

(39) Alvarez, R. A.; Pacala, S. W.; Winebrake, J. J.; Chameides, W. L.; Hamburg, S. P. Greater focus needed on methane leakage from natural

**Environmental Science & Technology**                                    Critical Review

gas infrastructure. *Proc. Natl. Acad. Sci. U.S.A.* **2012**, *109* (17), 6435–6440.

(40) Miller, S. M.; Wofsy, S. C.; Michalak, A. M.; Kort, E. A.; Andrews, A. E.; Biraud, S. C.; Dlugokencky, E. J.; Eluszkiewicz, J.; Fischer, M. L.; Janssens-Maenhout, G.; Miller, B. R.; Miller, J. B.; Montzka, S. A.; Nehrkorn, T.; Sweeney, C. Anthropogenic emissions of methane in the United States. *Proc. Natl Acad. Sci.* **2013**, DOI: 10.1073/pnas.1314392110.

(41) Brandt, A. R.; Heath, G. A.; Kort, E. A.; O'Sullivan, F.; Pétron, G.; Jordaan, S. M.; Tans, P.; Wilcox, J.; Gopstein, A. M.; Arent, D.; Wofsy, S.; Brown, N. J.; Bradley, R.; Stucky, G. D.; Eardley, D.; Harriss, R. Methane leaks from North American natural gas systems. *Science* **2014**, *343* (6172), 733–735.

(42) Katzenstein, A. S.; Doezema, L. A.; Simpson, I. J.; Balke, D. R.; Rowland, F. S. Extensive regional atmospheric hydrocarbon pollution in the southwestern United States. *Proc. Natl. Acad. Sci. U.S.A.* **2003**, *100* (21), 11975–11979.

(43) Petron, G.; Frost, G.; Miller, B. R.; Hirsch, A. I.; Montzka, S. A.; Karion, A.; Trainer, M.; Sweeney, C.; Andrews, A. E.; Miller, L.; Kofler, J.; Bar-Ilan, A.; Dlugokencky, E. J.; Patrick, L.; Moore, C. T.; Ryerson, T. B.; Siso, C.; Kolodzey, W.; Lang, P. M.; Conway, T.; Novelli, P.; Masarie, K.; Hall, B.; Guenther, D.; Kitzis, D.; Miller, J.; Welsh, D.; Wolfe, D.; Neff, W.; Tans, P. Hydrocarbon emissions characterization in the Colorado Front Range: A pilot study. *J. Geophys. Res.: Atmos.* **2012**, *117*.

(44) Karion, A.; Sweeney, C.; Pétron, G.; Frost, G.; Michael Hardesty, R.; Kofler, J.; Miller, B. R.; Newberger, T.; Wolter, S.; Banta, R.; Brewer, A.; Dlugokencky, E.; Lang, P.; Montzka, S. A.; Schnell, R.; Tans, P.; Trainer, M.; Zamora, R.; Conley, S. Methane emissions estimate from airborne measurements over a western United States natural gas field. *Geophys. Res. Lett.* **2013**, *40* (16), 4393–4397.

(45) US EIA. About U.S. natural gas pipelines. http://www.eia.gov/pub/oil_gas/natural_gas/analysis_publications/ngpipeline/index.html (access May 2013).

(46) Peischl, J.; Ryerson, T. B.; Brioude, J.; Aikin, K. C.; Andrews, A. E.; Atlas, E.; Blake, D.; Daube, B. C.; de Gouw, J. A.; Dlugokencky, E.; Frost, G. J.; Gentner, D. R.; Gilman, J. B.; Goldstein, A. H.; Harley, R. A.; Holloway, J. S.; Kofler, J.; Kuster, W. C.; Lang, P. M.; Novelli, P. C.; Santoni, G. W.; Trainer, M.; Wofsy, S. C.; Parrish, D. D. Quantifying sources of methane using light alkanes in the Los Angeles basin, California. *J. Geophys. Res.: Atmos.* **2013**, *118* (10), 4974–4990.

(47) Phillips, N. G.; Ackley, R.; Crosson, E. R.; Down, A.; Hutyra, L. R.; Brondfield, M.; Karr, J. D.; Zhao, K. G.; Jackson, R. B. Mapping urban pipeline leaks: Methane leaks across Boston. *Environ. Pollut.* **2013**, *173*, 1–4.

(48) Jackson, R. B.; Down, A.; Phillips, N. G.; Ackley, R. C.; Cook, C. W.; Plata, D. L.; Zhao, K. Natural Gas Pipeline Leaks Across Washington, DC. *Environ. Sci. Technol.* **2014**, *48* (3), 2051–2058.

(49) Harrison, M. R.; Shires, T. M.; Wessels, J. K.; Cowgill, R. M. *Methane Emissions from the Natural Gas Industry. Executive Summary*, Vol. 1, EPA-600/R-96-080a; U.S. Environmental Protection Agency, Office of Research and Development: Washington, DC, 1996.

(50) Kirchgessner, D. A.; Lott, R. A.; Cowgill, R. M.; Harrison, M. R.; Shires, T. M. Estimate of methane emissions from the U.S. natural gas industry. *Chemosphere* **1997**, *35* (6), 1365–1390.

(51) Lelieveld, J.; Lechtenbohmer, S.; Assonov, S. S.; Brenninkmeijer, C. A. M.; Dienst, C.; Fischedick, M.; Hanke, T. Greenhouse gases: Low methane leakage from gas pipelines. *Nature* **2005**, *434* (7035), 841–842.

(52) Howarth, R. W.; Santoro, R.; Ingraffea, A. Methane and the greenhouse-gas footprint of natural gas from shale formations. *Climatic Change* **2011**, *106* (4), 679–690.

(53) Cathles, L.; Brown, L.; Taam, M.; Hunter, A. A commentary on "The greenhouse-gas footprint of natural gas in shale formations" by Howarth, R.W.; Santoro, R.; Ingraffea, A. *Climatic Change* **2012**, *113* (2), S25–S35.

(54) Weber, C. L.; Clavin, C. Life cycle carbon footprint of shale gas: Review of evidence and implications. *Environ. Sci. Technol.* **2012**, *46* (11), 5688–5695.

(55) US EPA. Recommended Technologies and Practices; Natural Gas STAR Program.http://www.epa.gov/gasstar/tools/recommended.html (accessed Feb. 24, 2014).

(56) Jiang, M.; Griffin, W. M.; Hendrickson, C.; Jaramillo, P.; VanBriesen, J.; Venkatesh, A. Life cycle greenhouse gas emissions of Marcellus shale gas. *Environ. Res. Lett.* **2011**, *6*, (3).

(57) Wigley, T. M. L. Coal to gas: The influence of methane leakage. *Climatic Change* **2011**, *108* (3), 601–608.

(58) Colborn, T.; Kwiatkowski, C.; Schultz, K.; Bachran, M. Natural gas operations from a public health perspective. *Hum. Ecol. Risk Assess* **2011**, *17* (5), 1039–1056.

(59) McKenzie, L. M.; Witter, R. Z.; Newman, L. S.; Adgate, J. L. Human health risk assessment of air emissions from development of unconventional natural gas resources. *Sci. Total Environ.* **2012**, *424*, 79–87.

(60) Rodriguez, G.; Ouyang, C. *Air Emissions Characterization for Hydraulic Fracturing Operations in the United States*; University of Michigan: Ann Arbor, MI, 2013.

(61) Litovitz, A.; Curtright, A.; Abramzon, S.; Burger, N.; Samaras, C. Estimation of Regional Air-Quality Damages from Marcellus Shale Natural Gas Extraction in Pennsylvania. *Environ. Res. Lett.* **2013**, *8* (1), 014017.

(62) Bar-Ilan, A.; Grant, J.; Parikh, R.; Morris, R.; Sgamma, K.; Moore, T.; Gribovicz, L. *A Comprehensive Emissions Inventory of Upstream Oil and Gas Activities in the Rocky Mountain States*; US EPA: Washington, DC, 2008.

(63) Russell, J.; Pollack, A. *Final Report: Oil and Gas Emission Inventories for the Western States*; Prepared for the Western Governors' Association: Denver, CO, 2005.

(64) Pennsylvania Department of Environmental Protection. *Technical Support Document for Long-Term Ambient Air Monitoring Project Near Permanent Marcellus Shale Gas Facilities Protocol*; PA DEP: Philadelphia, 2013.

(65) TCEQ. Sampling Results Near Oil and Natural Gas Facilities by County. http://www.tceq.texas.gov/toxicology/barnettshale/samplingresults (accessed Oct. 15, 2013).

(66) US EPA. *Oil and Natural Gas Sector: Standards of Performance for Crude Oil and Natural Gas Production, Transmission, and Distribution. Background Technical Support Document for Proposed Standards*; US EPA: Washington, DC, 2011.

(67) Cabot Oil & Gas Corporation. *The Life of a Natural Gas Well (or Just about Everything You Want to Know about Natural Gas Production). Cabot Life of a Well: Part 1 of 2*; Cabot Oil & Gas Corporation: Houston, TX, .

(68) Cabot Oil & Gas Corporation. *Cabot Oil & Gas—Wellpad Site Progression.* http://www.cabotog.com/outreach-videos/wellpad-site-progression/ (Oct. 17, 2013).

(69) Vengosh, A.; Jackson, R. B.; Warner, N. R.; Darrah, T. H.; Kondash, A. A critical review of the risks to water resources from unconventional shale gas development and hydraulic fracturing in the United States. *Environ. Sci. Technol.* **2014**, In Press.

(70) Kovats, N.; Acs, A.; Ferincz, A.; Kovacs, A.; Horvath, E.; Kakasi, B.; Jancsek-Turoczi, B.; Gelencser, A. Ecotoxicity and genotoxicity assessment of exhaust particulates from diesel-powered buses. *Environ. Monit. Assess.* **2013**, *185* (10), 8707–8713.

(71) Zielinska, B.; Sagebiel, J.; Arnott, W. P.; Rogers, C. F.; Kelly, K. E.; Wagner, D. A.; Lighty, J. S.; Sarofim, A. F.; Palmer, G. Phase and size distribution of polycyclic aromatic hydrocarbons in diesel and gasoline vehicle emissions. *Environ. Sci. Technol.* **2004**, *38* (9), 2557–2567.

(72) Twigg, M. V. Progress and future challenges in controlling automotive exhaust gas emissions. *Appl. Catal. B* **2007**, *70* (1–4), 2–15.

(73) Fujita, E. M.; Zielinska, B.; Campbell, D. E.; Arnott, W. P.; Sagebiel, J. C.; Mazzoleni, L.; Chow, J. C.; Gabele, P. A.; Crews, W.; Snow, R.; Clark, N. N.; Wayne, S. W.; Lawson, D. R. Variations in speciated emissions from spark-ignition and compression-ignition motor vehicles in California's south coast air basin. *J. Air Waste Manage. Assoc.* **2007**, *S7* (6), 705–720.

**Environmental Science & Technology**

(74) Bar-Ilan, A.; Johnson, J. R.; DenBleyker, A.; Chan, L. M.; Yarwood, G.; Hitchcock, D.; Pinto, J. P. Potential ozone impacts of excess $NO_2$ emissions from diesel particulate filters for on- and off-road diesel engines. *J. Air Waste Manage. Assoc.* **2010**, *60* (8), 977−992.

(75) Zielinska, B.; Sagebiel, J.; McDonald, J. D.; Whitney, K.; Lawson, D. R. Emission rates and comparative chemical composition from selected in-use diesel and gasoline-fueled vehicles. *J. Air Waste Manage. Assoc.* **2004**, *54* (9), 1138−1150.

(76) US EPA. Particulater Matter http://www.epa.gov/airquality/particlepollution/index.html (accessed May 2013).

(77) US EPA. *Hydraulic Fracturing Research Study*, EPA/600/F-10/002; US EPA: Washington, DC, 2010.

(78) Lattanzio, R. K. *Air Quality Issues in Natural Gas Systems*; prepared by Congressional Research Service: Washington, DC, 2013.

(79) API. *Hydraulic Fracturing: Unlocking America's Natural Gas Resources*; American Petroleum Institute: Washington, DC, 2010.

(80) US EPA. *Permitting Guidance for Oil and Gas Hydraulic Fracturing Activities Using Diesel Fuels. Draft: Underground Injection Control Program Guidance #84*, EPA 816-R-12-004; US EPA: Washington, DC, 2012.

(81) Groudwater Protection Council and Interstate Oil and Gas Compact Commision. Home page: FracFocus Chemical Disclosure Registry. http://fracfocus.org (accessed 2013).

(82) NIOSH. Hazard Alert: Worker Exposure to Silica during Hydraulic Fracturing. http://www.osha.gov/dts/hazardalerts/hydraulic_frac_hazard_alert.html (accessed May 2013).

(83) Esswein, E. J.; Breitenstein, M.; Snawder, J.; Kiefer, M.; Sieber, W. K. Occupational exposures to respirable crystalline silica during hydraulic fracturing. *J. Occupational Environ. Hygiene* **2013**, *10* (7), 347−356.

(84) ATSDR. *Agency for Toxic Substances Disease Registry. Interaction Profile for Benzene, Toluene, Ethylbenzene, and Xylenes (BTEX).* Agency for Toxic Substances Disease Registry: Atlanta, GA, 2004.

(85) Olaguer, E. P. The potential near-source ozone impacts of upstream oil and gas industry emissions. *J. Air Waste Manage. Assoc.* **2012**, *62* (8), 966−977.

(86) US EPA. Oil and Natural Gas Sector: New Source Performance Standards and National Emission Standards for Hazardous Air Pollutants Reviews; EPA-HQ-OAR-2010-0505; FRL-9665-1. *Federal Register* **2012**, *77* (159), 49490−49598.

(87) US EPA. *Natural Gas STAR Recommended Technologies and Practices—Production Sector*; US EPA: Washington, DC, 2011.

(88) Gribovicz, L. *Analysis of States' and EPA Oil & Gas Air Emissions Control Requirements for Selected Bassins in the Western United States*; Prepared by the Western Regional Air Partnership: 2012.

(89) Pennsylvania Department of Environmental Protection. *North-eastern Pennsylvania Marcellus Shale Short-Term Ambient Air Sampling Report*; PA DEP: Philadelphia, 2011.

(90) Pennsylvania Department of Environmental Protection. *South-western Pennsylvania Marcellus Shale Short-Term Ambient Air Sampling Report*; PA DEP: Philadelphia, 2010.

(91) Pennsylvania Department of Environmental Protection. *North-central Pennsylvania Marcellus Shale Short-Term Ambient Air Sampling Report*; PA DEP: Philadelphia, 2011.

(92) Pring, M. *Condensate Tank Oil and Gas Activities*; Eastern Research Group, Inc.: Lexington, MA, 2012.

(93) Hendler, A.; Nunn, J.; Lundeen, J.; McKaskle, R. *VOC Emissions from Oil and Condensate Storage Tanks*; Texas Environmental Research Consortium: The Woodlands, TX, 2009.

(94) Pacsi, A. P.; Alhajeri, N. S.; Zavala-Araiza, D.; Webster, M. D.; Allen, D. T. Regional Air Quality Impacts of Increased Natural Gas Production and Use in Texas. *Environ. Sci. Technol.* **2013**, *47* (7), 3521−3527.

(95) Alvarez, Y.; Shah, T.; Bar-Ilan, A.; Lindhjem, C.; Kemball-Cook, S.; Yarwood, G. *Gas Compressor Engine Study for Northeast Texas*; Prepared for East Texas Council of Governments: Kilgore, TX, 2013.

(96) Pring, M.; Hudson, D.; Renzaglia, J.; Smith, B.; Treimel, S. *Characterization of Oil and Gas Production Equipment and Develop a*

*Methodology to Estimate Statewide Emissions*; Prepared for Texas Commission on Environmental Quality: Austin, TX, 2010.

(97) US EIA *Natural Gas Processing: The Crucial Link Between Natural Gas Production and Its Transportation to Market*; US EIA: Washington, DC, 2006.

(98) Bar-Ilan, A.; Grant, J.; Friesen, R.; Pollack, A. K.; Henderer, D.; Pring, D.; Sgamma, K. *Development of Baseline 2006 Emissions from Oil and Gas Activity in the Denver−Julesburg Basin*; Colorado Department of Public Health and Environment Air Pollution Control Division: Denver, CO, 2008.

(99) Armendariz, A. *Emissions from Natural Gas Production in the Barnett Shale Area and Opportunities for Cost-Effective Improvements*; Environmental Defense Fund: 2009.

(100) Gilman, J. B.; Lerner, B. M.; Kuster, W. C.; de Gouw, J. A. Source signature of volatile organic compounds from oil and natural gas operations in northeastern Colorado. *Environ. Sci. Technol.* **2013**, *47* (3), 1297−1305.

(101) Bunch, A. G.; Perry, C. S.; Abraham, L.; Wikoff, D. S.; Tachovsky, J. A.; Hixon, J. G.; Urban, J. D.; Harris, M. A.; Haws, L. C. Evaluation of impact of shale gas operations in the Barnett Shale region on volatile organic compounds in air and potential human health risks. *Sci. Total Environ.* **2014**, *468−469* (0), 832−842.

(102) Zielinska, B.; Fujita, E.; Campbell, D. *Monitoring of Emissions from Barnett Shale Natural Gas Production Facilities for Population Exposure Assessment*, Final Report to the National Urban Air Toxics Research Center. https://sph.uth.tmc.edu/mleland/attachments/DRI-Barnett%20Report%2019%20Final.pdf (accessed Oct. 16 2013).

(103) Texas Department of State Health Services. *Final Report: DISH, Texas Exposure Investigation, Dish, Denton County, Texas*; Texas Department of State Health Services: Austin, TX, 2010.

(104) Levi, M. A. Comment on "Hydrocarbon emissions characterization in the Colorado Front Range: A pilot study" by Gabrielle Pétron et al. *J. Geophys. Res.: Atmos.* **2012**, *117* (D21), D21203.

(105) Lyman, S.; Shorthill, H. *2012 Uintah Basin Winter Ozone and Air Quality Study. CRD13-320.32*; Utah Department of Environmental Quality: Salt Lake City, 2013.

(106) Edwards, P. M.; Young, C. J.; Aikin, K.; deGouw, J.; Dubé, W. P.; Geiger, F.; Gilman, J.; Helmig, D.; Holloway, J. S.; Kercher, J.; Lerner, B.; Martin, R.; McLaren, R.; Parrish, D. D.; Peischl, J.; Roberts, J. M.; Ryerson, T. B.; Thornton, J.; Warneke, C.; Williams, E. J.; Brown, S. S. Ozone photochemistry in an oil and natural gas extraction region during winter: Simulations of a snow-free season in the Uintah Basin, Utah. *Atmos. Chem. Phys.* **2013**, *13* (17), 8955−8971.

(107) Kemball-Cook, S.; Bar-Ilan, A.; Grant, J.; Parker, L.; Jung, J. G.; Santamaria, W.; Mathews, J.; Yarwood, G. Ozone impacts of natural gas development in the Haynesville Shale. *Environ. Sci. Technol.* **2010**, *44* (24), 9357−9363.

(108) McCarthy, M. C.; Aklilu, Y.-a.; Brown, S.; Lyder, D. A. Source apportionment of volatile organic compounds measured in Edmonton, Alberta. *Atmos. Environ.* **2013**, *81*, 504−516.

(109) Swarthout, R. F.; Russo, R. S.; Zhou, Y.; Hart, A. H.; Sive, B. C. Volatile organic compound distributions during the NACHTT campaign at the Boulder Atmospheric Observatory: Influence of urban and natural gas sources. *J. Geophys. Res.: Atmos.* **2013**, *118* (18), 10614−10637.

(110) Rich, A.; Grover, J. P.; Sattler, M. L. An exploratory study of air emissions associated with shale gas development and production in the Barnett Shale. *J. Air Waste Manage. Assoc.* **2013**, null−null.

(111) Rodriguez, M. A.; Barna, M. G.; Moore, T. Regional impacts of oil and gas development on ozone formation in the western United States. *J. Air Waste Manage. Assoc.* **2009**, *59* (9), 1111−1118.

(112) Schnell, R. C.; Oltmans, S. J.; Neely, R. R.; Endres, M. S.; Molenar, J. V.; White, A. B. Rapid photochemical production of ozone at high concentrations in a rural site during winter. *Nat. Geosci.* **2009**, *2* (2), 120−122.

(113) Carter, W. P. L.; Seinfeld, J. H. Winter ozone formation and VOC incremental reactivities in the Upper Green River Basin of Wyoming. *Atmos. Environ.* **2012**, *50* (0), 255−266.

(114) Seinfeld, J. H.; Pandis, S. N. *Atmospheric Chemistry and Physics*; Wiley & Sons, Inc.: New York, 1998; p 1326.

(115) US EPA. Ground Level Ozone. http://www.epa.gov/glo/index.html (accessed May 2013).

(116) US EPA. eGRID (Emissions & Generation Resource Integrated Database); Clean Energy. http://www.epa.gov/cleanenergy/energy-resources/egrid/index.html (Feb. 20, 2014).

(117) Zhang, H.; Li, J.; Ying, Q.; Guven, B. B.; Olaguer, E. P. Source apportionment of formaldehyde during TexAQS 2006 using a source-oriented chemical transport model. *J. Geophys. Res.: Atmos.* **2013**, *118* (3), 1525−1535.

(118) Zhang, H.; Ying, Q. Contributions of local and regional sources of $NO_x$ to ozone concentrations in Southeast Texas. *Atmos. Environ.* **2011**, *45* (17), 2877−2887.

(119) Watson, T. L.; Bachu, S. Evaluation of the potential for gas and $CO_2$ leakage along wellbores. *SPE Drill. Completion* **2009**, *24* (1), 115−126.

(120) PA DEP. *Pennsylvania's Plan for Addressing Problem of Abandoned Wells and Orphaned Wells*, Doc Number: 550-0800-001; PA DEP: Philadelphia, 2000.

(121) NYSDEC. Well Plugging—NYS Dept. of Environmental Conservation. http://www.dec.ny.gov/energy/92920.html (Feb. 21, 2014).

(122) US EPA. Emissions & Generation Resource Integrated Database (eGRID)—Clean Energy. http://www.epa.gov/cleanenergy/energy-resources/egrid/index.html (accessed Nov. 22, 2013).

(123) Zapata, C.; Muller, N.; Kleeman, M. PM2.5 co-benefits of climate change legislation part 1: California's AB 32. *Climatic Change* **2013**, *117* (1−2), 377−397.

(124) US EIA. *Electric Power Monthly with Data for September 2013*; US EIA: Washington, DC, 2013; http://www.eia.gov/electricity/monthly/pdf/epm.pdf.

(125) US EIA. Environment—Analysis & Projections. http://www.eia.gov/environment/emissions/carbon/ (accessed Nov. 22, 2013).

(126) US EIA. Monthly Energy Review—Energy Information Administration. http://www.eia.gov/totalenergy/data/monthly/index.cfm#environment (accessed Nov. 22, 2013).

(127) Venkatesh, A.; Jaramillo, P.; Griffin, W. M.; Matthews, H. S. Implications of near-term coal power plant retirement for $SO_2$ and $NO_x$ and life cycle GHG emissions. *Environ. Sci. Technol.* **2012**, *46* (18), 9838−9845.

(128) McFarland, E. Unconventional chemistry for unconventional natural gas. *Science* **2012**, *338* (6105), 340−342.

(129) Wadud, Z.; Khan, T. Air Quality and Climate Impacts due to CNG Conversion of Motor Vehicles in Dhaka, Bangladesh. *Environ. Sci. Technol.* **2013**, *47* (24), 13907−13916.

(130) Venkatesh, A.; Jaramillo, P.; Griffin, W. M.; Matthews, H. S. Uncertainty in Life Cycle Greenhouse Gas Emissions from United States Natural Gas End-Uses and Its Effects on Policy. *Environ. Sci. Technol.* **2011**, *45* (19), 8182−8189.

(131) Pennslyvania Department of Environmental Protection. *Guidance for Performing Single Stationary Source Determinations for Oil and Gas Industries*; PA DEP: Philadelphia, 2012.

(132) US EPA. Oil and Natural Gas Sector: Reconsideration of Certain Provisions of New Source Performance Standards; EPA-HQ-OAR-2010−0505; FRL-9844-4. *Federal Register* **2013**, *77* (184), 58416−58448.

(133) US EPA. Heavy Trucks, Buses, and Engines. http://www.epa.gov/otaq/hd-hwy.htm (accessed Nov. 12, 2013).

(134) US EPA. Nonroad Diesel Engines. http://www.epa.gov/otaq/nonroad-diesel.htm (accessed Nov. 12, 2013).

(135) Wells, D. *Condensate Tank Emissions*, 2012. http://www.epa.gov/ttnchie1/conference/ei20/session6/dwells.pdf (accessed ).

(136) State Review of Oil & Natural Gas Environmental Regulations. *Colorado Hydraulic Fracturing Review*; State of Colorado: Denver, CO, 2011.

(137) TCEQ. Oil and Gas Facilities: Air Compliance Information. http://www.tceq.texas.gov/assistance/industry/oilgas_air.html (accessed ).

(138) Oltmans, S.; Schnell, R.; Johnson, B.; Petrone, G.; Mefford, T.; Neely, R., III Anatomy of wintertime ozone associated with oil and natural gas extraction activity in Wyoming and Utah. *Elementa* **2014**, In Press.

(139) PA DEP. *Air Quality Permit Exemptions*, Document No. 275-2101-003; Pennsylvania Department of Environmental Protection: Philadelphia, 2013.



Available online at www.sciencedirect.com

**SciVerse ScienceDirect**

Procedia Earth and Planetary Science 7 (2013) 863 – 866



**Water Rock Interaction [WRI 14]**

# The effects of shale gas exploration and hydraulic fracturing on the quality of water resources in the United States

Avner Vengosh[a]*, Nathaniel Warner[a], Rob Jackson[a], Tom Darrah[a],

[a] Nicholas School of Environment, Duke University, Box 90227, Durham, North Carolina 27708, United States

**Abstract**

Advances in drilling technologies and production strategies such as horizontal drilling and hydraulic fracturing have significantly improved the production of natural gas by stimulating fluid flow from wells. Since 2008, these technological developments have spurred exponential growth of gas well drilling across the U.S. While the new drilling for shale gas and hydraulic fracturing technologies have dramatically changed the energy landscape in the U.S., recent scientific findings show evidence for contamination of water resources. This paper provides key observations for the potential risks of shale gas drilling and hydraulic fracturing on the quality of water resources and include: (1) stray gas contamination of shallow groundwater overlying shale gas basins; (2) pathways and hydraulic connectivity between the deep shale gas formations and the overlying shallow drinking water aquifers; and (3) inadequate disposal of produced and flowback waters associated with shale gas exploration that causes contamination of surface waters and long-term ecological effects. By using geochemical (e.g., Br/Cl) integrated with oxygen, hydrogen, strontium, radium, and boron isotopic tracers, we have characterized the geochemical fingerprints of brines from several shale gas basins in the USA, including the Utica and Marcellus brines in the Appalachian Basin and the Fayetteville brines in Arkansas. We use these geochemical fingerprints to delineate the impact of shale gas associated fluids on the environment.

© 2013 The Authors. Published by Elsevier B.V.

Selection and/or peer-review under responsibility of the Organizing and Scientific Committee of WRI 14 – 2013

*Keywords*: shale gas; hydraulic fracturing, stray gas; salinity; water contamination; produced water.

## 1. Introduction

Recent advances in drilling technologies and production strategies such as horizontal drilling and hydraulic fracturing have significantly improved the production of hydrocarbons by stimulating the flow of gas and liquids from impermeable geologic formations [1-3]. These technological improvements have increased oil and gas exploration in numerous unconventional fields across the U.S., particularly in the

---

\* Corresponding author. Tel.: +1-919-681-8050; fax: +1-919-684-5833.
*E-mail address:* vengosh@duke.edu

1878-5220 © 2013 The Authors. Published by Elsevier B.V.
Selection and/or peer-review under responsibility of the Organizing and Scientific Committee of WRI 14 – 2013
doi:10.1016/j.proeps.2013.03.213

Case No. 1:20-cv-02484-MSK   Document 94   filed 05/06/21   USDC Colorado   pg 242 of 320

Barnett, Haynesville, Bakken, Fayetteville, Woodford, Utica, and Marcellus shale formations (Figure 1). The U.S. Department of Energy Energy Information Agency (EIA) projects that by 2035 shale gas production will increase to 340 billion cubic meters per year, about 50% of the total projected gas production in the U.S [4].



Fig. 1. Map of shale gas basins in the USA. Map was prepared by Cidney Christie (Duke University), based on data from U.S. Energy Information Administration (EIA).

The increased extraction of natural gas resources from the shale gas basins in the U.S. has increased awareness for possible environmental consequences, particularly contamination of shallower drinking water aquifers. The debate surrounding the safety of shale gas extraction and hydraulic fracturing [5] has focused on stray gas migration to shallow groundwater [6] and to the atmosphere [5], possible hydraulic connectivity between deep shale formations and shallow aquifers [7], water use [8], air quality [9]as well as the potential for contamination from hydraulic fracturing fluid and/or produced brines containing toxic substances during drilling, transport, and disposal [10-12]. As shale gas exploration is expected to become global, with new initiatives and explorations in China, Germany, Poland, Australia, and New Zealand, the results that are emerging from field-based studies in the U.S. are vital for a global assessment of the environmental risks of shale gas drilling and hydraulic fracturing. This paper provides an overview on three major possible impacts on water quality induced from shale gas exploration and hydraulic

fracturing: (1) shallow groundwater contamination; (2) possible hydraulic pathways between deep and shallow formations; and (3) disposal of produced and flowback waters.

## 2. Shallow groundwater contamination

One of the most intensive debates on the environmental safety of shale gas exploration and hydraulic fracturing is the possible contamination of drinking water wells in areas of extensive shale gas operation. Our previous study in northeastern Pennsylvania has shown elevated levels of methane in wells located near (<1 km) shale gas drilling sites, whereas wells located away (>1 km) from these areas had much lower methane concentrations [6]. In contrast, it was argued that relatively high methane in this part of the Appalachian Basin is due to natural flux of methane and is not linked to the shale gas drilling [13]. The ability to delineate methane sources and thus the distinction between natural flux and anthropogenic contamination is based on the different isotopic ($\delta^{13}$C-CH$_4$; $\delta^2$H-CH$_4$) and geochemical (propane/methane ratios) compositions of thermogenic relative to biogenic methane sources. It was shown that the elevated methane in drinking water wells near the shale gas wells had a thermogenic composition (e.g., heavier $^{13}$C-CH$_4$) than wells located 1 km away from shale gas sites with an apparent mixed thermogenic-biogenic composition. New emerging noble gas data [14] reinforce the carbon isotopes and hydrocarbon ratios data and indicate that the high levels of methane exceeding the hazard level of 10 mg/L are indeed related to stray gas contamination directly linked to shale gas operation. The most probable mechanism for stray gas contamination is leaking through inadequate cement on casing or through well annulus from intermediate formations [6, 14].

In contrast to stray gas contamination, our previous work has not shown evidence for actual contamination of dissolved constituents in shallow aquifers in northeastern Pennsylvania, even for wells with high methane contents [6,7]. New data from 236 domestic wells from Pennsylvania and New York states show no systematic difference in chloride, barium, chromium, boron, and arsenic contents in wells located in "active" zones (<1 km) and "non-active" areas (>1 km). In contrast, an EPA study reported the presence of synthetic organic compounds (e.g., diethylene glycol) as well as elevated chloride and potassium in two high-pH deep wells near extensive shale gas operation in Pavillion, Wyoming[15].

## 2. Hydraulic connectivity between deep and shallow formations

The fragility of shallow aquifer systems to possible contamination of fugitive gas, fracking fluids, and/or formation water depends primarily on the hydraulic connectivity between deep shale gas formations and the overlying shallow aquifers. In the Appalachian Basin, the depth of the Marcellus Shale is about one to two km, yet an intensive fracture network system provides a possible conduit for gas and fluids migration [16]. Evidence for natural pathways from deep formations to shallow aquifers in northeastern Pennsylvania is shown by the distinctive geochemical (elevated Br/Cl) and isotopic ($^{87}$Sr/$^{86}$Sr ratios) compositions of saline groundwater identified in shallow aquifers [7]. The Na-Ca-Cl composition of the saline shallow groundwater mimics the composition of the Marcellus brines and different from the Ca-HCO$_3$ and Na-HCO$_3$compositions that characterize local groundwater. In addition, the $^{87}$Sr/$^{86}$Sr ratios of the saline groundwater overlap the $^{87}$Sr/$^{86}$Sr ratios measured in the Marcellus brines, inferring mixing between the deep Marcellus brines and shallow groundwater [7].

## 3. Disposal of produced and flowback waters

The high levels of salinity (TDS up to 300,000 mg/L), toxic elements (e.g., barium), and radioactivity of produced and flowback waters from the Marcellus Shale [7, 10-12, 17-18] and other shale gas basins

*Avner Vengosh et al. / Procedia Earth and Planetary Science 7 (2013) 863 – 866*

present new challenges for handling the wastewater that is generated together with the natural gas. Our data show that disposal of the hypersaline wastewaters to waterways in western Pennsylvania, even through a brine treatment facility, generates a highly saline plume (TDS up to 100,000 mg/L) and radioactivity in both downstream surface waters and river sediments. We use the strontium isotopes to determine the source of the wastewater and to distinguish produced waters originated from shale gas from conventional oil and gas production. Alternative disposal of wastewaters through deep-well injection could induce seismic events, as shown in different sites in the U.S. [19]. Overall, one of the direct unquestioned impacts of shale gas exploration on water quality is the issue of management and disposal of wastewater associated with the gas production. The increase use of hydraulic fracturing technology for enhancement and tapping of also conventional oil and gas wells is expected to increase the volume of these types of wastewaters in the U.S.

## References

[1] Pacala S, and Socolow R. Stabilization wedges: Solving the climate problem for the next 50 years with current technologies. *Science* 2004; **305**: 968-972.

[2] Kargbo DM, Wilhelm RG, Campbell DJ. Natural Gas Plays in the Marcellus Shale: Challenges and Potential Opportunities. *Env Sci Technol* 2010; **44**: 5679–5684.

[3] Kerr RA.Natural Gas From Shale Bursts Onto the Scene.*Science*2010; **328**; 1624-1626.

[4] US Energy Information Agency. *Annual Energy Outlook 2011 with Projections to 2035*. Washington, D.C.

[5] Howarth RW, Santoro R, Ingraffea A. Methane and the greenhouse-gas footprint of natural gas from shale formations. *Climatic Change* 2011; **106**: 679-690.

[6] Osborn SG, Vengosh A, Warner NR, Jackson RB. Methane contamination of drinking water accompanying gas-well drilling and hydraulic fracturing. *PNAS* 2011; **108**: 8172-8176.

[7] Warner NR, Jackson, RB, Darrah, TH, Osborn, SG, Down A, Zhao K, White A, Vengosh A. Geochemical evidence for possible natural migration of Marcellus Formation brine to shallow aquifers in Pennsylvania. *PNAS* 2012 (doi: 10.1073/pnas.1121181109).

[8] NicotJP, Scanlon, BR. Water Use for Shale-Gas Production in Texas, U.S.. *Env Sci Technol* 2012; **46**: 3580-3586.

[9] Colborn, T, Schultz, K, Herrick L, Kwiatkowski C. An Exploratory Study of Air Quality near Natural Gas Operations; *Human Ecological Risk Assessment* 2012 (in press).

[10] Dresel P, Rose A. Chemistry and origin of oil and gas well brines in Western Pennsylvania. *Pennsylvania Geological Survey. 4th series Open-File Report OFOG 10-01.0*; 2010, p 48.

[11] Rowan E, EngleM, Kirby C, Kraemer T. Radium content of oil- and gas-field produced waters in the northern Appalachian Basin (USA)—Summary and discussion of data. *U.S. Geological Survey Scientific Investigations Report* 2011; **513**: 31 pp.

[12] Gregory KB, Vidic RD, Dzombak DA. Water management challenges associated with the production of shale gas by hydraulic fracturing. *Elements*2011; 7: 181–186.

[13] Molofsky LJ, Connor JA, Farhat SK, Wylie AS, Jr, Wagner T. Methane in Pennsylvania water wells unrelated to Marcellus shale fracturing. *Oil Gas J* 2011; **109**: 54–67.

[14] DarrahT, Vengosh A, Jackson RB, Warner N. Constraining the source and migration of natural gas in shallow aquifers within active shale gas production zone: insights from integrating noble gas and hydrocarbon isotope geochemistry. *GSA meeting, 4-7 Nov 2012, Charlotte, NC, USA.*

[15] Di Giulio DC, Wilkin RT, Miller C, Oberley G. Investigation of Ground Water Contamination near Pavillion, Wyoming. *U.S. Environmental Protection Agency Report* 2011 (http://www.epa.gov/region8/superfund/wy/pavillion/).

[16] Warner NR, Jackson, RB, Darrah, TH, Osborn, SG, Down A, Zhao K, White A, Vengosh A. Reply to Terry Engelder: Potential for fluid migration from the Marcellus Formation remains possible. *PNAS* 2012 (in press).

[17] Chapman EC, Capo R, Stewart BW, Kirby C, Hammack RW, Schroeder K, Edenborn HM. Geochemical and strontium isotope characterization of produced waters from Marcellus Shale natural gas extraction. *Environ Sci Technol*. 2012; **46**: 3545–3553

[18] Haluszczak LO, Rose RW, Kump LR. Geochemical evaluation of flowback brine from Marcellus gas wells in Pennsylvania, USA. *App Geoch* 2012 (in press).

[19] Hitzman MW. Induced seismicity potential and energy technologies. *GSA meeting, 4-7 Nov 2012, Charlotte, NC, USA* 2012.



Article

pubs.acs.org/est

# An Evaluation of Water Quality in Private Drinking Water Wells Near Natural Gas Extraction Sites in the Barnett Shale Formation

Brian E. Fontenot,[†,⊥,∥] Laura R. Hunt,[†,⊥,∥] Zacariah L. Hildenbrand,[†,⊥] Doug D. Carlton Jr.,[†,⊥] Hyppolite Oka,[†] Jayme L. Walton,[†] Dan Hopkins,[‡] Alexandra Osorio,[§] Bryan Bjorndal,[§] Qinhong H. Hu,[†] and Kevin A. Schug*,[†]

[†]Department of Biology, Department of Chemistry and Biochemistry, and Department of Earth and Environmental Sciences, The University of Texas at Arlington, Arlington, Texas 76019, United States
[‡]Geotech Environmental Equipment Inc., Carrollton, Texas 75006, United States
[§]Assure Controls Inc., Vista, California 92081, United States

**S** *Supporting Information*

**ABSTRACT:** Natural gas has become a leading source of alternative energy with the advent of techniques to economically extract gas reserves from deep shale formations. Here, we present an assessment of private well water quality in aquifers overlying the Barnett Shale formation of North Texas. We evaluated samples from 100 private drinking water wells using analytical chemistry techniques. Analyses revealed that arsenic, selenium, strontium and total dissolved solids (TDS) exceeded the Environmental Protection Agency's Drinking Water Maximum Contaminant Limit (MCL) in some samples from private water wells located within 3 km of active natural gas wells. Lower levels of arsenic, selenium, strontium, and barium were detected at reference sites outside the Barnett Shale region as well as sites within the Barnett Shale region located more than 3 km from active natural gas wells. Methanol and ethanol were also detected in 29% of samples. Samples exceeding MCL levels were randomly distributed within areas of active natural gas extraction, and the spatial patterns in our data suggest that elevated constituent levels could be due to a variety of factors including mobilization of natural constituents, hydrogeochemical changes from lowering of the water table, or industrial accidents such as faulty gas well casings.



## 1. INTRODUCTION

Recent advances in technology have facilitated a rapid and widespread expansion of natural gas production from hydrocarbon-rich deep shale formations.[1−3] The increase in drilling activity has raised concern over the potential for environmental contamination.[2,4−6] Contamination of groundwater aquifers overlying shale formations is particularly problematic because they provide drinking water in rural areas where private wells are unregulated. A study of the Marcellus Shale formation in the northeastern United States reported increased concentrations of methane[5] in private drinking water wells near natural gas extraction sites. While this study does suggest that natural gas extraction could cause systematic groundwater contamination, most confirmed cases of contamination are the result of mechanical failures in which methane, drilling fluids, or waste products leak through faulty gas well casings.[3,7] Despite a number of recent investigations, the impact of natural gas extraction on groundwater quality remains poorly understood. In a review of scientific literature on natural gas extraction, Vidic et al.[8] point out that there is very little information on groundwater quality prior to natural gas extraction activities.

In the past 10 years, the 48 000 km² Barnett Shale formation in Texas has become one of the most heavily drilled shale formations in the United States with approximately 16 743

active wells as of May 2013 (http://www.rrc.state.tx.us/data/index.php). The Barnett Shale formation, located 1500−2400 m below the surface of approximately 17 counties in North Texas, is composed of compressed sedimentary rocks that form a shale layer. The shale traps natural gas in interstitial pores, and modern techniques, such as hydraulic fracturing, have allowed access to these gas reserves. Natural gas extraction in the Barnett Shale formation should have little effect on the overlying Trinity and Woodbine aquifers as they are separated from the shale formation by over a thousand meters of impermeable rock. The United States Geological Survey (USGS) sampled arsenic[9] as well as pesticides, nitrates, and volatile organic compounds (VOCs) in drinking water wells, including wells from aquifers overlying the Barnett Shale formation.[10] Using these data and other data from the Texas Water Development Board,[11] Reedy et al.[12] characterized groundwater in the Trinity and Woodbine aquifers as generally good quality with very few exceedances for constituents such as arsenic, selenium, strontium, and barium. Slightly elevated

Received: March 19, 2013
Revised: June 17, 2013
Accepted: July 25, 2013
Published: July 25, 2013



**Environmental Science & Technology**



**Figure 1.** Location of private water well samples and natural gas wells in the Barnett Shale Formation of Texas. Private water wells are classified as coming from areas of active natural gas extraction if there are one or more natural gas wells located within a 5 km radius from the water well.

levels of total dissolved solids (TDS) in these aquifers could be attributed to evaporite and gypsum beds and potentially to legacy oil and gas activities.

Here, we evaluate water quality in 100 private drinking water wells from the Trinity and Woodbine aquifers overlying the Barnett Shale formation and the Nacatoch aquifer east of the Barnett Shale formation (Figure 1). Samples were collected from areas within the Barnett Shale region both with and without active natural gas extraction, and from areas outside the Barnett Shale region unaffected by natural gas extraction. Analytical tests were conducted to detect volatile and semivolatile compounds identified as contaminants of concern in a congressional report on hydraulic fracturing fluid components,[13] and to detect arsenic, barium, selenium, and strontium. These constituents are often included on lists of natural gas extraction waste components.[7,13,14] These data were compared to a historical data set from the same aquifers prior to the expansion of natural gas extraction activities.[11] This study provides information about the potential impact of natural gas extraction activities on groundwater quality in aquifers overlying the Barnett Shale formation by (1) determining if constituents thought to be associated with natural gas extraction techniques are present in private well water samples; (2) evaluating the relationship between water quality and geographic proximity to natural gas extraction activities; and (3) discussing scenarios to explain elevated constituent concentrations.

## 2. MATERIALS AND METHODS

**2.1. Sampling.** A total of 95 water samples were collected from private drinking water wells that draw from the Trinity and Woodbine aquifers. Five reference wells were sampled from the Nacatoch aquifer (Figure 1). We sampled from areas of active natural gas extraction within the Barnett Shale (private wells with one or more gas wells located within a 5 km radius; $n$

= 91), nonactive natural gas extraction areas within the Barnett Shale (private wells with no gas wells located within a 14 km radius; $n$ = 4), and reference sites outside of the Barnett Shale (private wells with no gas wells located within a 60 km radius; $n$ = 5).

Private well samples were obtained from a pool of volunteers who responded to a press release calling for study volunteers from 13 counties located in or near the Barnett Shale region (Bosque, Denton, Hamilton, Hood, Hunt, Jack, Johnson, Kaufman, Palo Pinto, Parker, Somervell, Tarrant, and Wise counties; Figure 1). Reference samples from the Nacatoch aquifer were obtained by traveling door-to-door to find volunteers willing to participate, since well owners from this region are not impacted by natural gas extraction and did not respond to our call for volunteers. Sampled water wells drew from the Trinity aquifer ($n$ = 76), the Woodbine aquifer ($n$ = 15), the Nacatoch aquifer ($n$ = 5), and the Palo Pinto and Mineral Wells formations ($n$ = 4) at depths ranging from 9 to 427 m with an average of 105 m. Water wells were overwhelmingly used for drinking water in rural areas without public drinking water systems ($n$ = 82). The remaining wells were used to irrigate private lawns or provide drinking water for livestock ($n$ = 18). To avoid contamination with pesticides, we did not sample water wells that were used for irrigating large agricultural crops.

Water wells were purged for a minimum of 20 min, until measurements of pH, dissolved oxygen (DO), and temperature stabilized, indicating fresh well water was flowing. All samples were collected as close to the outdoor wellhead as possible, bypassing filters or treatment systems. To ensure samples were representative of shallow groundwater quality, wells that could not be purged, could only be accessed through taps, or that could not be sampled before treatment or filtration were excluded. Water quality data collected on site included DO, pH, specific conductance, conductivity, temperature, salinity, TDS,

Environmental Science & Technology

turbidity, and oxidation−reduction potential (ORP). Four duplicate water samples were collected in 40 mL glass vials without headspace and held at 4 °C during transport to The University of Texas at Arlington for chemical analyses. Because the objective of this study was to assess potential exposure risks of drinking water from wells in this region, we chose not to use filtration and acidification techniques. This allowed us to obtain samples representing the quality of water our participants would consume, as well as increased versatility in the number of constituents that could be probed by analytical techniques. We acknowledge that foregoing filtration and acidification can introduce a negative bias into metals analysis; however, this would result in a conservative underestimation of concentrations.[15] Furthermore, the MCL values for drinking water are based on unfiltered samples that have not been acidified.[15]

**2.2. Analysis.** Chemical analyses were conducted using gas chromatography−mass spectrometry (GC-MS), headspace-gas chromatography (HS-GC), and inductively coupled plasma-mass spectrometry (ICP-MS). See the Supporting Information (SI) Table S1 for a list of compounds screened. Arsenic, selenium, strontium, barium, methanol, ethanol, TDS, and volatile organic compounds (VOCs) such as benzene, toluene, ethylbenzene, and xylenes (collectively referred to as BTEX) were the primary targets of chemical analyses. Historical data for the concentrations of target compounds (except alcohols) in private water well samples from this region were obtained to evaluate their occurrence before the expansion of natural gas extraction activities.[11] This historical data set is comprised of 330 private drinking water wells from the Trinity, Woodbine, and Nacatoch aquifers sampled over a ten year period (1989−1999) before natural gas activities began. Wells were located in the same counties that we sampled in this study (SI Figure S1). All wells were ranged for water withdrawal and ranged in depth from 14 to 1090 m with an average depth of 207 m. For more detailed description of methods and analyses, see the SI Methods.

## 3. RESULTS AND DISCUSSION

**3.1. Water Quality.** The data set detailing well depth, distance to the nearest natural gas well, concentration of constituents, and the suite of general water quality parameters of each private well sample is provided in the Supporting Information (SI). We found no evidence of BTEX compounds using both LC-UV-MS and GCMS. Levels of TDS in active extraction areas averaged 585 mg/L and ranged 200−1900 mg/L, while TDS in nonactive/reference areas averaged 500 mg/L and ranged 400−600 mg/L. Exceedances for the Environmental Protection Agency's (EPA) TDS Drinking Water Maximum Contaminant Limit (MCL) of 500 mg/L were detected in 50 of 91 samples from active extraction areas and 7 of 9 samples from the nonactive/reference areas (Table 1). The maximum TDS values detected in the active extraction area were over three times higher than the maximum value from the nonactive/reference areas. These aquifers naturally show somewhat elevated levels of TDS, so these concentrations are not unusual for the area,[12] and the mean TDS concentration in active extraction areas is similar to levels seen in historical data for this region (585 mg/L versus 670 mg/L).

**3.2. Levels of Heavy Metals in Private Well Water.** Arsenic, selenium, strontium, and barium are known to occur naturally at low levels in aquifers overlying the Barnett Shale formation.[12,16] Chemical analysis using ICP-MS (see the SI Methods) detected arsenic in 90 of 91 samples from active

**Table 1. Concentrations of Constituents in Barnett Shale Private Water Well Samples[a]**

| | historical data (1989−99) | | | | active extraction area wells (N = 91) | | | | nonactive and reference area wells (N = 9) | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | N | range | mean ± std error | % ≥ MCL | N | range | mean ± std error | % ≥ MCL | N | range | mean ± std error | % ≥ MCL |
| TDS | 344 | 129−3302 | 670.3 ± 21.5 | 61 | 91 | 200−1900 | 585.1 ± 35.1* | 54.9 | 9 | 400−600 | 500 ± 31.6 | 77.8 |
| arsenic | 241 | 1−10 | 2.8 ± 0.1 | 0 | 90 | 2.2−161.2 | 12.6 ± 2.2* | 32.2 | 9 | 4.7−9.0 | 6.9 ± 0.7* | 0 |
| selenium | 329 | 0.1−50 | 3.9 ± 0.2 | 0.3 | 10 | 10−108.7 | 33.3 ± 10.5* | 20 | | | | |
| strontium | 99 | 20−16700 | 1028.9 ± 213.7 | N/A[b] | 90 | 66.2−18195 | 2319.8 ± 330.1* | N/A | 9 | 52.4−7646.2 | 1610 ± 787.1 | N/A |
| barium | 357 | 0.1−382 | 57.2 ± 2.9 | 0 | 90 | 1.8−173.7 | 32.3 ± 3.3* | 0 | 9 | 2.9−60 | 22.4 ± 11.3* | 0 |
| methanol | | | | N/A | 24 | 1.3−329 | 33.6 ± 13.3 | N/A | 5 | 1.2−62.9 | 27.4 ± 13.7 | N/A |
| ethanol | | | | N/A | 8 | 1−10.6 | 4.5 ± 1.2 | N/A | 4 | 2.3−11.3 | 6.8 ± 2.4 | N/A |

[a] All values are measured in μg/L except total dissolved solids (TDS), methanol, and ethanol in mg/L. Values denoted by asterisks represent statistically significant differences from historical data values (Mann-Whitney U pair wise analysis; p < 0.05). Historical data for the counties sampled in this study were obtained online at www.TWDB.state.TX.us/groundwater/. Maximum Contaminant Limits (MCL) obtained from the Environmental Protection Agency's (EPA) National Primary Drinking Water Regulations, 2009. TDS MCL = 500 mg/L, arsenic MCL = 10 μg/L, selenium MCL = 50 μg/L, barium MCL = 2000 μg/L, N/A indicates no MCL has been established. [b] EPA recommends stable strontium values in drinking water do not exceed 4000 μg/L.

Environmental Science & Technology Article



**Figure 2.** (A) Total dissolved solids, (B) arsenic concentration, (C) selenium concentration, and (D) strontium concentration versus distance to the nearest natural gas well in Barnett Shale private water well samples. The dashed lines in A−C represent the Environmental Protection Agency's Drinking Water Maximum Contaminant Limit (MCL) for each constituent. Note that the horizontal axis for C is a different scale.

extraction areas and 9 of 9 samples from nonactive/reference areas. Concentrations were significantly higher in active extraction areas compared to reference samples and historical samples (Table 1). Arsenic concentrations in active extraction areas ranged from 2.2 to 161.2 $\mu g/L$, with an average of 12.6 $\mu g/L$. The maximum concentration of arsenic detected in a sample from an active extraction area was almost 18 times higher than both the maximum concentration among the nonactive/reference area samples and historical levels from this region. Notably, 29 of 90 water wells in active extraction areas exceeded EPA's arsenic MCL for drinking water of 10 $\mu g/L$.[17]

Arsenic in this region is derived from Oligocene−Miocene volcanic ash and is adsorbed onto metal oxides and clays.[18] Common forms of arsenic in groundwater are As(V) and As(III), also known as arsenate and arsenite, respectively.[19] Arsenite, a reduced form of arsenate, is more mobile and toxic than arsenate.[18,20,21] Sorption of arsenate is strongest at near-neutral pH, with adsorption rapidly weakening above pH ~8.5;[22] the pH values in our groundwater samples averaged 7.9, with values as high as 9.3. Although we cannot identify the biogeochemical processes that lead to higher pH values and subsequent arsenite mobilization, small perturbations such as lowering of the water table either through groundwater withdrawals or drought conditions could explain these results.[18]

Elevated arsenic concentrations can also occur in agricultural areas where pesticide application leads to arsenic introduc-

tion,[12] or in areas with cultivated cotton as arsenic was used as a defoliant.[23] Reedy et al.[24] showed that applied arsenic is limited to shallow surface soils due to strong interactions between arsenic and iron oxides and clays in soil. Given the low mobility of applied arsenic and the fact that none of our samples were collected from private wells in or adjacent to crop fields, we find agricultural arsenic introduction is unlikely to be the source of elevated arsenic concentrations. Moreover, if agriculture were the cause of elevated arsenic levels, then concentrations in the historical data would likely have been high as well, and we found no evidence of this.

Selenium was less prevalent in the water samples, detected in 10 samples exclusively from active extraction areas. Selenium concentrations averaged 33 $\mu g/L$ and ranged 10−109 $\mu g/L$, a stark contrast to the historical levels, which averaged 4 $\mu g/L$ and ranged 0−50 $\mu g/L$. Two samples exceeded the selenium MCL of 50 $\mu g/L$,[17] and concentrations in active extraction areas were significantly higher than historical levels although our sample size is too small to make definitive conclusions (Table 1).

Strontium was detected in 90 of 91 samples from active extraction areas as well as 9 of 9 samples from the nonactive/ reference areas. Strontium concentrations in active extraction areas ranged 66−18 195 $\mu g/L$ and were significantly higher than historical levels (Table 1). There is no established MCL for the stable strontium species analyzed in this study; however,

 dx.doi.org/10.1021/es4011724 | Environ. Sci. Technol. 2013, 47, 10032−10040

Environmental Science & Technology   **Article**



**Figure 3.** Barnett Shale private water well depth versus (A) arsenic concentration (Spearman correlation coefficient = −0.28; $p < 0.05$; $r^2 = 0.023$), (B) barium concentration (Spearman correlation coefficient = −0.359; $p < 0.05$; $r^2 = 0.075$), (C) selenium concentration (Spearman correlation coefficient =0.142; $p = 0.715$; $r^2 = 0.057$), and (D) strontium concentration (Spearman correlation coefficient = −0.35; $p < 0.05$; $r^2 = 0.05$). Note that trend line is not shown for C due to small sample size.

an Agency for Toxic Substances and Disease Registry toxicological profile reports that the EPA currently recommends no more than 4000 $\mu$g/L in drinking water.[28] Seventeen samples from the active extraction area and one sample from the nonactive/reference areas exceeded this recommended limit.

Barium was also found in 90 of 91 samples from active extraction areas and 9 of 9 samples from nonactive/reference areas. None of the barium samples exceeded the MCL value of 2000 $\mu$g/L;[17] however, the maximum value was much higher in the active extraction area compared to the nonactive/reference areas (174 $\mu$g/L and 60 $\mu$g/L, respectively). Additionally, the concentrations of arsenic and selenium as well as the concentrations of strontium and barium were positively correlated with one another (SI Table S2).

These constituent concentrations could be due to mechanisms other than contamination of aquifers with fluids used in natural gas extraction. For example, lowering of the water table can lead to changes in pH that cause desorption of arsenic and selenium from iron oxide complexes or mobilization of arsenic through pyrite oxidation.[22] The regional water table has slowly risen in recent years as the population has shifted from groundwater to surface water for drinking water (see SI Table

S3).[29] Recent drought conditions have also not had a severe impact on the water table, as levels in the Trinity and Woodbine aquifers are influenced more by the amount of groundwater withdrawal than the lack of recharge from decreased rainfall.[30] While the regional water table has not decreased dramatically in the last 10 years, rural areas with high water withdrawal rates and/or withdrawal of large amounts of groundwater for use in hydraulic fracturing could lead to localized lowering of the water table. Bene et al.[30] project that industrial use of groundwater for hydraulic fracturing will rise from 3% of total groundwater use in 2005 to 7% in 2025, which suggests that current and future industrial water use could cause localized water table reductions. Additionally, pyrite is not found at high levels in these aquifers,[31] so it is an unlikely source of arsenic.

Another potential mechanism is detailed in a report[7] suggesting that mechanical disturbances, such as pressure waves from drilling activity, could loosen iron oxide particles from the casings of private water wells, leading to increased turbidity of well water. Arsenic and selenium could be mobilized into groundwater if iron oxide complexes are agitated. Strontium and barium form sulfate or carbonate scales on the interior casings of poorly maintained water wells

   dx.doi.org/10.1021/es4011724 | Environ. Sci. Technol. 2013, 47, 10032−10040

and mechanical disturbance could also lead to mobilization of these constituents. While arsenic, selenium, strontium, and barium are present at low levels in many private water wells,[9,24,25] the levels seen in this study warrant further investigation, as arsenic in groundwater is a health concern.[26,27]

**3.3. Constituents and Distance to Nearest Gas Well.** Arsenic, selenium, strontium, barium, and TDS reached their highest concentrations in areas of active extraction in close proximity to natural gas wells (Figure 2 and SI Figure S2). Samples that exceeded the MCL for TDS, arsenic, and selenium were located an average of 1.1 km from the nearest natural gas well. Similarly, the highest values for both strontium and barium were over twice as high in areas less than 2 km from the nearest natural gas well compared to more distant wells. The geographic patterns in our data suggest that lowering of the water table during a drought period cannot fully explain these elevated constituent levels. Concentrations that exceed the MCL occur only in close proximity to natural gas wells (Figure 2) suggesting that mechanical disturbances or localized groundwater withdrawals near natural gas wells could play a role in elevated constituent concentrations. If regional drought or widespread public water withdrawals were the cause of elevated constituent levels, then the geographic localities of MCL exceedances would be more evenly distributed throughout the study area, rather than in close proximity to natural gas wells. Additionally, regional lowering of the water table should have resulted in similar constituent concentrations in these aquifers during historical periods when groundwater withdrawal rates were even higher than present levels.

**3.4. Constituents and Private Water Well Depth.** Arsenic, strontium, and barium all showed significant negative correlations with the depth of private water wells (SI Table S2). This could be due to contact with surface sources as the highest concentrations of arsenic and other compounds occur at the shallowest depths of private water wells (Figure 3). Previous studies also found negative correlations with depth in studies of arsenic and other compounds in the Gulf Coast aquifer of Texas[32] and the Paluxy aquifer,[33] which is part of the larger Trinity aquifer. Glenn and Lester[32] attributed their elevated constituent concentrations to a geologic origin, and we cannot rule out that scenario with these data. It is also possible that improper handling of waste materials and faulty gas well casings could result in the introduction of these compounds into shallow groundwater.[34] Healy et al.[35] demonstrated that fluid–matrix interactions in unlined wastewater tanks cause mobilization of naturally occurring salts and other constituents into groundwater, and Vidic et al.[8] indicate that faulty casing seals in natural gas wells can cause groundwater contamination, although these casing failures occur infrequently (1–3% incidence rate in Marcellus Shale operations).

**3.5. Heavy Metals and Total Dissolved Solids.** Selenium was not correlated with TDS (likely due to small sample size), while strontium and barium showed significant negative correlations with TDS (SI Table S2). Arsenic showed a significant positive correlation with TDS (SI Figure S3 and SI Table S2), suggesting that it may be concurrently mobilized into groundwater with TDS during the natural gas extraction process. Again, mechanical disturbances (high pressure fluid injection, mechanical vibration, etc.) associated with natural gas extraction activities could be the cause of elevated levels of TDS and arsenic. Scanlon et al.[23] also found a positive correlation between arsenic and TDS levels from the High Plains aquifer in a semiarid region of western Texas. They attributed this

correlation to a counterion effect from an influx of saline water from the underlying Dockum aquifer that triggered a shift from calcium-rich to sodium-rich water, mobilizing arsenic from chemical complexes. Because arsenic levels in this region have historically been low (<10 $\mu g/L$) and TDS levels have not changed appreciably compared to historical levels, it seems unlikely that this scenario could explain the correlation between arsenic and TDS seen in this study.[12] Additionally, the clay and nonkarstic carbonate layers separating the Woodbine and Trinity aquifers would not seem to allow a large influx of deep saline water to trigger a similar change in hydrogeochemistry.

**3.6. Comparison to Historical Data.** Concentrations of arsenic, strontium, and selenium were significantly higher in samples from active extraction areas compared to historical data (Table 1). Nonactive/reference area samples also showed a significant increase in arsenic compared to historical data (Table 1). Both active extraction and nonactive/reference areas showed a significant decrease in barium concentrations from historical levels (Table 1). Historical TDS concentrations were not significantly different from nonactive/reference area concentrations but were significantly higher than active extraction area samples (Table 1). On average, wells from the historical data set were 102 m deeper than our wells, and this could explain the difference in some constituents. While we cannot draw definitive conclusions due to the fact that the historical data was collected under different sampling conditions, these data do provide a baseline for comparison to preindustrial conditions, which is generally lacking in studies of this nature.[8]

**3.7. Methanol and Ethanol in Private Well Water.** SI Table S1 lists 29 compounds selected for GCMS analysis based on their inclusion in hydraulic fracturing fluid mixtures.[13] Only methanol and ethanol, often included as anticorrosive agents in natural gas extraction, were detected in this study. Methanol and ethanol concentrations were quantified using HS-GC with flame ionization detection (see the SI Methods). Twenty-nine private water wells contained detectable amounts of methanol ranging 1–329 mg/L, with the highest concentrations from active extraction areas (Table 1). All six samples from Wise County contained methanol concentrations ranging 7–54 mg/L, with an average concentration of 28 mg/L. These water wells are located between 215 and 610 m from the nearest natural gas wells and could represent concurrent contamination of multiple private wells, although we cannot identify the contamination source using these data. Ethanol was detected in 12 samples, ranging in concentration from 1 to 11 mg/L. Four out of nine samples from nonactive/reference areas contained both methanol and ethanol, suggesting that these chemicals are already present in groundwater in these areas and could have been introduced through something other than natural gas extraction. Methanol is known to occur naturally in groundwater as a byproduct of microbial metabolism,[5,36] but it could also be introduced through contact with industrial wastewater. Similarly, ethanol can occur naturally or be introduced to groundwater through contact with industrial fuels.[37] Naturally occurring ethanol is ephemeral and restricted to deep, anoxic environments different from shallow groundwater.[38] Methanol and ethanol concentrations were not correlated with distance to the nearest gas well.

The historical data did not include methanol and ethanol, so we cannot examine the historical occurrence of these constituents. The samples containing alcohol were collected and analyzed during multiple sampling and analysis events over

**Article**

the entire study, ruling out laboratory contamination as the source. The occurrence of alcohols in our samples is relatively low, but it does warrant further research, as these compounds should have a very short lifespan in the environment and likely require an active source to sustain high concentrations.

Our results show elevated concentrations of constituents in the Barnett Shale region; however, we are unable to determine the ultimate source of these elevated concentrations directly. Previous studies in the Marcellus Shale used geochemical and isotopic tracers to provide a direct link to the source of industrial or geological contamination (e.g., nonthermogenic methane and deep brine mixing with shallow groundwater[5,6]). Analyses to identify the origin of elevated constituent concentrations are beyond the scope of this study, which was intended simply to examine water quality in areas of natural gas extraction. In lieu of these analyses, we chose to evaluate the geographic occurrence and absolute concentration changes for these constituents over time by comparing this study's data against previous characterizations of groundwater in this region from the scientific literature and a large historical data set from the same region. This comparison shows a significant increase in the mean concentration, maximum detected concentration, and MCL exceedances for As, Se, and Sr in our study area when compared to historical data and previous characterizations of these aquifers (Table 1).[12,31]

While our data indicate elevated levels of potentially harmful compounds in private water wells located near natural gas wells, it is important to recognize that there were also a number of private water wells in close proximity to natural gas wells that showed no elevated constituents. This indicates that natural gas extraction activities do not result in systematic contamination of groundwater. We suggest that episodic contamination of private water wells could be due to a variety of natural and anthropogenic factors such as the mobilization of naturally occurring constituents into private wells through mechanical disturbances caused by intense drilling activity, reduction of the water table from drought or groundwater withdrawals, and faulty drilling equipment and well casings. The geographic locations of elevated constituent levels in our study are consistent with the notion that mechanical disturbance of private water wells and industrial accidents (e.g., equipment failure, faulty well casings, fluid spills, etc.) are more frequent in areas where natural gas extraction is active.

To draw definitive conclusions about the origin of elevated constituent levels in these water wells would require a focused study of groundwater before, during, and after natural gas extraction activities. This was logistically impossible as industrial activities have been ongoing for more than 10 years in this area. Given this limitation, our discussion of the source of elevated constituents is speculative, but we have provided plausible scenarios to explain our data in an effort to increase scientific understanding of this topic and spur future research. At a minimum, these data suggest that private wells located near natural gas wells may be at higher risk for elevated levels of constituents than those located further from natural gas wells. We advocate regular water monitoring utilizing targeted analytical chemistry along with toxicity assays to understand the complex interactions among groundwater constituents and biological organisms.[39] Future research will focus on monitoring private wells in the Cline Shale in the Permian Basin region of Texas before, during, and after natural gas extraction activities, understanding the role of mechanical disturbances, in mobilizing naturally occurring constituents into groundwater,

and evaluating the effects of industrial accidents and waste disposal practices. Water quality in the Barnett Shale region is likely to become an even more contentious issue as public concerns and prolonged drought conditions place pressure on water reserves in the region.

## ■ ASSOCIATED CONTENT

**Ⓢ Supporting Information**

Additional materials and methods, figures, tables, and the complete water quality data set referenced in the text. This information is available free of charge via the Internet at http://pubs.acs.org.

## ■ AUTHOR INFORMATION

**Corresponding Author**

*Phone: 817-272-3541. E-mail: kschug@uta.edu.

**Present Address**

‖Water Quality Protection Division, United States Environmental Protection Agency, Dallas, Texas 75202

**Author Contributions**

⊥These authors contributed equally to this work. Additionally, B.E.F., L.R.H., Z.L.H., D.D.C., B.B., and K.A.S. designed the research; B.E.F., L.R.H., Z.L.H., D.D.C., H.O., J.L.W., D.H., and A.O. performed the research; B.B., D.H., A.O., and K.A.S. contributed reagents, analytical machines, and field sampling equipment; B.E.F., Z.L.H., D.D.C., A.O., and J.L.W. analyzed data; and B.E.F., Z.L.H., D.D.C., L.R.H., and Q.H.H. wrote the paper.

**Notes**

**Disclaimer.** This work is not a product of the United States Government or the United States Environmental Protection Agency, and the authors did not do this work in any governmental capacity. The views expressed are those of the authors only and do not necessarily represent those of the United States or the United States Environmental Protection Agency.

The authors declare no competing financial interest.

## ■ ACKNOWLEDGMENTS

We thank M. Overbay and P. Crocker for providing valuable comments on an earlier version of this manuscript. Funds used to support this study were from an unrestricted and unrelated award to the corresponding author from Eli Lilly and Company. We wish to thank Guido Verbeck IV at The University of North Texas for assistance with ICP-MS metals analysis and The Shimadzu Center for Advanced Analytical Chemistry at The University of Texas at Arlington for use of GC instrumentation. Most importantly, we would like to thank the participating well owners for their invaluable contribution to this research. Q.H.H. is currently supported by the Department of Energy's Research Partnership to Secure Energy for America to study the fracture-matrix interaction in gas recovery from the Barnett Shale.

## ■ REFERENCES

(1) Nicot, J. P.; Scanlon, B. R. Water use for Shale-gas production in Texas, U.S. *Environ. Sci. Technol.* **2007**, *46* (6), 3580−3586.

(2) Kerr, R. A. Natural gas from shale bursts onto the scene. *Science* **2010**, *328* (5986), 1624−1626.

(3) Simon, J. A.; Fleming, M. E. Editor's perspective—Shale gas development: Environmental issues and opportunities. *Remediation* **2011**, *21* (4), 1−10.

 dx.doi.org/10.1021/es4011724 | *Environ. Sci. Technol.* 2013, 47, 10032−10040

**Environmental Science & Technology** Article

(4) Otton, J. K. *Environmental Aspects of Produced-water Salt Releases in Onshore and Coastal Petroleum-producing Areas of the Conterminous U.S.—A Bibliography*; Open-File Report 2006-1154; United States Geological Survey, United States Department of the Interior: Reston, VA, 2006; http://pubs.usgs.gov/of/2006/1154/pdf/of06-1154_508. pdf.

(5) Osborn, S. G.; Vengosh, A.; Warner, N. R.; Jackson, R. B. Methane contamination of drinking water accompanying gas-well drilling and hydraulic fracturing. *Proc. Natl. Acad. Sci.* **2011**, *108* (20), 8172−8176.

(6) Warner, N. R.; Jackson, R. B.; Darrah, T. H.; Osborn, S. G.; Down, A.; Zhao, K.; White, A.; Vengosh, A. Geochemical evidence for possible natural migration of Marcellus Formation brine to shallow aquifers in Pennsylvania. *Proc. Natl. Acad. Sci.* **2012**, *109* (30), 11961− 11966.

(7) Groat, C. G.; Grimshaw, T. W. *Fact-Based Regulation for Environmental Protection in Shale Gas Development*; Energy Institute at The University of Texas at Austin: Austin, TX, 2006; http://cewc. colostate.edu/wp-content/uploads/2012/02/ei_shale_gas_ regulation120215.pdf.

(8) Vidic, R. D.; Brantley, S. L.; Vandenbossche, J. M.; Yoxtheimer, D.; Abad, J. D. Impact of shale gas development on regional water quality. *Science* **2013**, *340* (6134), DOI: 10.1126/science.1235009.

(9) Welch, A. H.; Westjohn, D. B.; Helsel, D. R.; Wanty, R. B. Arsenic in ground water of the United States: Occurrence and geochemistry. *Ground Water* **2000**, *38* (4), 589−604.

(10) Squillace, P. J.; Scott, J. C.; Moran, M. J.; Nolan, B. T.; Kolpin, D. W. VOCs, pesticides, nitrate, and their mixtures in groundwater used for drinking water in the United States. *Environ. Sci. Technol.* **2002**, *36* (9), 1923−1930.

(11) Texas Water Development Board Groundwater Database Website; http://www.twdb.state.tx.us/groundwater/data/gwdbrpt.asp (accessed January 15, 2011).

(12) Reedy, R. C.; Scanlon, B. R.; Walden, S.; Strassberg, G. *Naturally Occurring Groundwater Contamination in Texas*; Final Report 1004831125; Texas Water Development Board: Austin, TX, 2011; http://www.twdb.state.tx.us/publications/reports/contracted_ reports/doc/1004831125.pdf

(13) *Chemicals Used in Hydraulic Fracturing*; United States House of Representatives Committee on Energy and Commerce: Washington DC, 2011; http://democrats.energycommerce.house.gov/sites/ default/files/documents/Hydraulic-Fracturing-Chemicals-2011-4-18. pdf.

(14) Guerra, K.; Dahm, K.; Dundorf, S. *Oil and Gas Produced Water Management and Beneficial Use in the Western United States*; Science and Technology Program Report No. 157; Bureau of Reclamation, Department of the Interior: Washington DC, 2011; http://www.usbr. gov/research/AWT/reportpdfs/report157.pdf.

(15) Nielson, D. M.; Nielson, G. L. Groundwater Sampling. In *Practical Handbook of Environmental Site Characterization and Ground-Water Monitoring*, 2nd ed.; Nielson, D. M., Ed.; CRC Press: Boca Raton, FL, 2006.

(16) Bush, P. W.; Ardis, A. F.; Fahlquist, L.; Ging, P. B.; Hornig, C. E.; Lanning-Rush, J. *Water Quality in South-Central Texas, 1996−98*; US Geological Survey Circular 1212; United States Geological Survey: Washington DC, 2000; http://pubs.water.usgs.gov/circ1212/.

(17) *National Primary Drinking Water Regulations*; Environmental Protection Agency: Washington DC, 2009; http://water.epa.gov/ drink/contaminants/upload/mcl-2.pdf.

(18) Gates, J. B.; Nicot, J. P.; Scanlon, B. R.; Reedy, R. C. Arsenic enrichment in unconfined sections of the southern Gulf Coast aquifer system, Texas. *Appl. Geochem.* **2011**, *26*, 421−431.

(19) Cullen, W. R.; Reimer, K. J. Arsenic speciation in the environment. *Chem. Rev.* **1989**, *89*, 713−764.

(20) Goldberg, S. Competitive adsorption of arsenate and arsenite on oxide and clay minerals. *Soil Sci. Soc. Am. J.* **2002**, *66*, 413−421.

(21) Hu, Q. H.; Sun, G. X.; Gao, X. B.; Zhu, Y. G. Conversion, sorption, and transport of arsenic species in geological media. *Appl. Geochem.* **2012**, *27*, 2197−2203.

(22) Goldberg, S.; Johnson, C. T. Mechanisms of arsenic adsorption on amorphous oxides evaluated using macroscopic measurements, vibrational spectroscopy, and surface complexation modeling. *J. Colloid Interface Sci.* **2001**, *234* (1), 204−216.

(23) Scanlon, B. R.; Nicot, J. P.; Reedy, R. C.; Kurtzman, D.; Mukherjee, A.; Nordstrom, D. K. Elevated naturally occurring arsenic in a semiarid oxidizing system, Southern High Plains aquifer, Texas, U.S.A. *Appl. Geochem.* **2009**, *24*, 2061−2071.

(24) Reedy, R. C.; Scanlon, B. R.; Nicot, J. P.; Tachovsky, J. A. Unsaturated zone arsenic distribution and implications for ground-water contamination. *Environ. Sci. Technol.* **2007**, *41* (20), 6914−9.

(25) Scanlon, B.; Nicot, J. P.; Reedy, R. C.; Tachovsky, J. A.; Nance, S. H.; Smyth, R. C.; Keese, K.; Ashburn, R. E.; Christian, L. *Evaluation of Arsenic Contamination in Texas*; Report Prepared for Texas Commission on Environmental Quality; Texas Commission on Environmental Quality: Austin, TX, 2005; http://www.beg.utexas. edu/staffinfo/pdf/Scanlon_As_r2005.pdf.

(26) Sengupta, M. K.; Mukherjee, A.; Hossain, M. A.; Ahamed, S.; Rahman, M. M.; Lodh, D.; Chowdhury, U. K.; Biswas, B. K.; Nayak, B.; Das, B.; Saha, K. C.; Chakraborti, D.; Mukherjee, S. C.; Chatterjee, G.; Pati, S.; Dutta, R. N.; Quamruzzaman, Q. Groundwater arsenic contamination in the Ganga-Padma-Meghna-Brahmaputra plain of India and Bangladesh. *Arch. Environ. Health* **2003**, *58* (11), 701−2.

(27) Ahamed, S.; Sengupta, M. K.; Mukherjee, S. C.; Pati, S.; Mukherjeel, A.; Rahman, M. M.; Hossain, M. A.; Das, B.; Nayakl, B.; Pal, A.; Zafar, A.; Kabir, S.; Banu, S. A.; Morshed, S.; Islam, T.; Quamruzzaman, Q.; Chakraborti, D. An eight-year study report on arsenic contamination in groundwater and health effects in Eruani village, Bangladesh and an approach for its mitigation. *J. Health Popul. Nutr.* **2006**, *24* (2), 129−41.

(28) *Toxicological Profile for Strontium*; Agency for Toxic Substances and Disease Registry; U.S. Department of Health and Human Services, Public Health Service: Atlanta, GA, 2004; http://www.atsdr.cdc.gov/ toxprofiles/tp159.pdf.

(29) Bene, J.; Harden, R. W.; Henkel, B.; Kaiser, R.; Spencer, K.; Zimmerman, J.; Burton, S.; Donnelly, A.; O'Rourke, D.; Shaw, K.; Griffin, S.; Schuster, S. *Northern Trinity/Woodbine Aquifer Groundwater Availability Model*; Texas Water Development Board: Austin, TX, 2004; http://www.twdb.state.tx.us/groundwater/models/gam/trnt_ n/TRNT_N_Model_Report.pdf.

(30) Bene, J.; Harden, R. W.; Griffin, S.;Nicot, J. P. *Northern Trinity/ Woodbine GAM Assessment of Groundwater Use in the Northern Trinity Aquifer Due to Urban Growth and Barnett Shale Development*; Texas Water Development Board: Austin, TX, 2007; http://www.twdb.state. tx.us/groundwater/models/gam/trnt_n/TRNT_N_Barnett_Shale_ Report.pdf .

(31) George, P. G.; Mace, R. E.; Petrossian, R. *Aquifers of Texas*; Texas Water Development Board: 2011; http://www.twdb.state.tx.us/ publications/reports/numbered_reports/doc/R380_AquifersofTexas. pdf

(32) Glenn, S.; Lester, J. L. An analysis of the relationship between land use and arsenic, vanadium, nitrate, and boron contamination the Gulf Coast aquifer of Texas. *J. Hydrol.* **2010**, *389* (1−2), 214−226.

(33) Fritch, T. G.; McKnight, C. L.; Yelderman, J. C., Jr.; Arnold, J. G. Environmental Auditing: An aquifer vulnerability assessment of the Paluxy Aquifer, central Texas, U.S.A., Using GIS and a modified DRASTIC approach. *Environ. Manage.* **2000**, *25* (3), 337−345.

(34) Howarth, R. W.; Ingraffea, A.; Engelder, T. Natural gas: Should fracking stop? *Nature* **2011**, *477* (7364), 271−S.

(35) Healy, R. W.; Bartos, T. T.; Rice, C. A.; Mckinley, M. P.; Smith, B. D. Groundwater chemistry near an impoundment for produced water, Powder River Basin, Wyoming, U.S.A. *J. Hydrol.* **2011**, *403* (1− 2), 37−48.

(36) Grossman, E.; Coffman, B.; Fritz, S.; Wada, H. Bacterial production of methane and its influence on ground-water chemistry in east-central Texas aquifers. *Geology* **1989**, *17*, 495−499.

(37) Oremland, R.; Whiticar, M.; Strohmaier, F.; Kiene, R. Bacterial ethane formation from reduced, ethylated sulfur compounds in anoxic sediments. *Geochim. Cosmochim. Acta* **1988**, *52*, 1895−1904.

Article

(38) Ulrich, G. *The Fate and Transport of Ethanol-Blended Gasoline in the Environment: A Literature Review and Transport Modeling*; Governor's Ethanol Coalition: Lincoln, NE, 1999; http://nlcs1.nlc. state.ne.us/epubs/E5700/B055-1999.pdf

(39) Lapota, D.; Osorio, A. R.; Liao, C.; Bjorndal, B. The use of bioluminescent dinoflagellates as an environmental risk assessment tool. *Mar. Pollut. Bull.* **2007**, *54* (12), 1857−67.

10040

dx.doi.org/10.1021/es4011724 | *Environ. Sci. Technol.* 2013, 47, 10032−10040

This article was downloaded by: [University of California, Berkeley]
On: 27 December 2013, At: 23:50
Publisher: Taylor & Francis
Informa Ltd Registered in England and Wales Registered Number: 1072954 Registered office: Mortimer House,
37-41 Mortimer Street, London W1T 3JH, UK



# Journal of the Air & Waste Management Association

Publication details, including instructions for authors and subscription information:
http://www.tandfonline.com/loi/uawm20

# Analysis of BTEX groundwater concentrations from surface spills associated with hydraulic fracturing operations

Sherilyn A. Gross [a] , Heather J. Avens [a] , Amber M. Banducci [a] , Jennifer Sahmel [a] , Julie M. Panko [b] & Brooke E. Tvermoes [a]

[a] ChemRisk LLC , Boulder , Colorado , USA

[b] ChemRisk LLC , Pittsburgh , Pennsylvania , USA

Accepted author version posted online: 14 Jan 2013.Published online: 20 Mar 2013.

**To cite this article:** Sherilyn A. Gross , Heather J. Avens , Amber M. Banducci , Jennifer Sahmel , Julie M. Panko & Brooke E. Tvermoes (2013) Analysis of BTEX groundwater concentrations from surface spills associated with hydraulic fracturing operations, Journal of the Air & Waste Management Association, 63:4, 424-432, DOI: 10.1080/10962247.2012.759166

**To link to this article:** http://dx.doi.org/10.1080/10962247.2012.759166

PLEASE SCROLL DOWN FOR ARTICLE

Taylor & Francis makes every effort to ensure the accuracy of all the information (the "Content") contained
in the publications on our platform. However, Taylor & Francis, our agents, and our licensors make no
representations or warranties whatsoever as to the accuracy, completeness, or suitability for any purpose of the
Content. Any opinions and views expressed in this publication are the opinions and views of the authors, and
are not the views of or endorsed by Taylor & Francis. The accuracy of the Content should not be relied upon and
should be independently verified with primary sources of information. Taylor and Francis shall not be liable for
any losses, actions, claims, proceedings, demands, costs, expenses, damages, and other liabilities whatsoever
or howsoever caused arising directly or indirectly in connection with, in relation to or arising out of the use of
the Content.

This article may be used for research, teaching, and private study purposes. Any substantial or systematic
reproduction, redistribution, reselling, loan, sub-licensing, systematic supply, or distribution in any
form to anyone is expressly forbidden. Terms & Conditions of access and use can be found at http://
www.tandfonline.com/page/terms-and-conditions

Downloaded by [University of California, Berkeley] at 23:50 27 December 2013

TECHNICAL PAPER

# Analysis of BTEX groundwater concentrations from surface spills associated with hydraulic fracturing operations

Sherilyn A. Gross,[1,*] Heather J. Avens,[1] Amber M. Banducci,[1] Jennifer Sahmel,[1] Julie M. Panko,[2] and Brooke E. Tvermoes[1]

[1]*ChemRisk LLC, Boulder, Colorado, USA*
[2]*ChemRisk LLC, Pittsburgh, Pennsylvania, USA*
*Please address correspondence to: Sherilyn A. Gross, ChemRisk LLC, 4840 Pearl East Circle, Suite 300 West, Boulder, CO 80301, USA; e-mail: sgross@chemrisk.com*

*Concerns have arisen among the public regarding the potential for drinking-water contamination from the migration of methane gas and hazardous chemicals associated with hydraulic fracturing and horizontal drilling. However, little attention has been paid to the potential for groundwater contamination resulting from surface spills from storage and production facilities at active well sites. We performed a search for publically available data regarding groundwater contamination from spills at U.S. drilling sites. The Colorado Oil and Gas Conservation Commission (COGCC) database was selected for further analysis because it was the most detailed. The majority of spills were in Weld County, Colorado, which has the highest density of wells that used hydraulic fracturing for completion, many producing both methane gas and crude oil. We analyzed publically available data reported by operators to the COGCC regarding surface spills that impacted groundwater. From July 2010 to July 2011, we noted 77 reported surface spills impacting the groundwater in Weld County, which resulted in surface spills associated with less than 0.5% of the active wells. The reported data included groundwater samples that were analyzed for benzene, toluene, ethylbenzene, and xylene (BTEX) components of crude oil. For groundwater samples taken both within the spill excavation area and on the first reported date of sampling, the BTEX measurements exceeded National Drinking Water maximum contaminant levels (MCLs) in 90, 30, 12, and 8% of the samples, respectively. However, actions taken to remediate the spills were effective at reducing BTEX levels, with at least 84% of the spills reportedly achieving remediation as of May 2012. Our analysis demonstrates that surface spills are an important route of potential groundwater contamination from hydraulic fracturing activities and should be a focus of programs to protect groundwater.*

*Implications:   While benzene can occur naturally in groundwater sources, spills and migration of chemicals used for hydraulic fracturing activities have recently been thought to be a main source of benzene contamination in groundwater. However, there is little scientific literature to support that claim. Therefore, we accessed a publically available database and tracked the number of reported surface spills with potential groundwater impact over a 1-year period. Although the number of surface spills was minimal, our analysis provides scientific evidence that benzene can contaminate groundwater sources following surface spills at active well sites.*

*Supplemental Materials: Supplemental materials are available for this paper. Go to the publisher's online edition of the Journal of the Air & Waste Management Association for an illustration of the average concentration of each BTEX chemical from pooled sample measurements, and various metrics from all 77 spills analyzed in this study.*

## Introduction

Increases in the global demand for energy are driving advances in natural gas extraction techniques such as hydraulic fracturing and horizontal drilling (Kennedy, 2007). These two technologies make it economically feasible to recover unconventional oil and gas resources from coal beds, shale formations, and tight sand reservoirs. Although hydraulic fracturing has received recent attention, the technology has been in commercial use in the United States for exploration and extraction of crude oil since the 1940s (STRONGER, 2011). Hydraulic fracturing is a technology that relies on the high-pressure injection of water mixed with a combination of chemicals and sand formulated to physically fracture subsurface reservoirs for the purpose of extracting oil and gas. Depending upon the type of geological formation and the depth associated with horizontal drilling, fracturing activities can take place anywhere from several hundred feet to several miles below the surface (ALL Consulting, 2009).

Public concerns have been expressed about drinking-water contamination from migration of chemicals used during the hydraulic fracturing process, as well as from the escape of methane from fractured rock and well casings (Dammel et al., 2011; Groat and Grimshaw, 2012; Osborn et al., 2011; Rozell and Reaven, 2012; U.S. EPA, 2011). However, strong scientific evidence to

424

*Journal of the Air & Waste Management Association, 63(4):424–432, 2013. Copyright © 2013 A&WMA. ISSN: 1096-2247 print*
DOI: 10.1080/10962247.2012.759166

Downloaded by [University of California, Berkeley] at 23:50 27 December 2013

support these concerns is lacking. To our knowledge, only one study has been published in the scientific literature evaluating the potential for groundwater contamination with methane (Osborn et al., 2011). These authors reported methane contamination of aquifers overlying the Marcellus Shale formation and noted that the contamination accompanied gas-well drilling and hydraulic fracturing activities in the area. However, the authors concluded that more research was still needed to clearly understand the mechanism of contamination (Osborn et al., 2011).

In November 2011, the U.S. EPA introduced a plan to examine methane contamination of drinking water in several drilling areas across the United States, including the Marcellus Shale; the results of this study are forthcoming (U.S. EPA, 2011). Regarding drinking water contamination from hydraulic fracturing fluids, a recent U.S. EPA study reported that two deep monitoring wells near an aquifer in Pavillion, Wyoming, tested positive for glycols, alcohols, and high levels of methane, all of which were thought to originate from hydraulic fracturing activity conducted below the aquifer. This was the first report of drinking-water contamination resulting from the migration of chemicals from a fractured formation, although, to date, confirmation of chemical migration remains in question and conclusions from this study are currently undergoing further evaluation (DiGiulio et al., 2011; McLernon, 2012).

Groundwater contamination may occur from various activities that take place at the ground surface before, during, and after a well is brought into production. In a recent article published in a nationally recognized water quality journal, it was noted that most water quality issues in the United States associated with hydraulic fracturing activities are the result of surface spills or leakage into the shallow water formations (Metzger, 2011). Only recently has the U.S. EPA announced its first proposal of a Quality Assurance Project Plan to analyze data from surface spills in states with both oil and gas production, such as Texas, Colorado, and Pennsylvania (U.S. EPA, 2012).

Based on our review, no study has been published in the peer-reviewed scientific literature that addresses the potential for groundwater contamination from surface spills associated with hydraulic fracturing activities (Groat and Grimshaw, 2012). Wells producing crude oil in addition to methane gas are a potential source of petroleum hydrocarbon release into groundwater via surface spills. Of particular interest is the release of benzene, toluene, ethylbenzene, and xylene (i.e., BTEX), which are present in low percentages in crude oil and, at sufficient doses, have been associated with adverse human health effects (ATSDR, 2000, 2007a, 2007b, 2010; Osborn et al., 2011). Opportunities for surface spills and leaks of BTEX-containing liquids include lined holding ponds, which are often constructed at well sites for temporary storage of "flowback" or "produced water," which is the water that comes to the surface with the oil and gas following the hydraulic fracturing procedure. These ponds typically consist of a mixture of gas, oil, metals, fracturing fluids, and possibly naturally occurring radioactive materials (NORM) and can potentially leach into the groundwater through failures in the lining (Gregory et al., 2011; Smith, 1992). Tank battery systems, which are a group of tanks used for storing produced water and crude oil in various stages of separation, can contribute to leaks and spills. Moreover, production facilities are

sources of hydrocarbons in the refining process. Combinations of these types of facilities are found at most well sites. Although there are many different combinations of chemicals and waste products associated with hydraulic fracturing activities and therefore potentially stored at the well site, we limited our analysis to data that were publically available for review (i.e., BTEX) and regulated by the National Drinking Water maximum contaminant level (MCL), such as benzene (5 ppb), toluene (1000 ppb), ethylbenzene (700 ppb), and xylene (10,000 ppb), respectively (Colborn et al., 2011; HDR, 2011).

We performed a search for publicly available data regarding groundwater contamination from spills at U.S. drilling sites. The Colorado Oil and Gas Conservation Commission (COGCC) database was selected for further analysis because it was the most detailed. In addition, numerous articles have been published in the Colorado news media that suggest that surface spills at drilling sites in Weld County, Colorado were associated with the release of benzene at concentrations markedly exceeding state water quality standards (5 ppb) (Finley, 2011). Weld County is located on the eastern plains of Colorado and the county overlays part of the Niobrara Shale formation within the Denver–Julesburg Basin. The eastern plains have very little surface water and therefore groundwater is the main source of water supply for users in the area (Colorado Division of Water Resources, 2012; Pielou, 1998). We chose to focus on Weld County because nearly all active wells in Colorado have used hydraulic fracturing for completion, because it is the most densely populated county for drilling in the United States, and because some areas of Weld County may have a very shallow depth to water table (COGCC, 2012; Wockner, 2012; STRONGER, 2011). Given the increased attention to surface spills of benzene in the Colorado local news and the limited attention in the scientific literature given to surface activities, we investigated operator reports of groundwater contamination with BTEX at drilling sites in Weld County, Colorado, between July 1, 2010, and July 1, 2011.

To evaluate the potential impact to groundwater from BTEX in surface spills reported during our study period, (COGCC, 2011e), we specifically focused on initial measurements taken before or early in the remediation process so that we could characterize the high end of BTEX contamination that may have occurred during the course of these spills. In addition, we analyzed various other spill metrics including spill frequency, average spill size and depth, and recorded cause of the spills, as well as the fraction of spills for which remediation had been successfully completed.

## Methods

### COGCC database

We analyzed publically available data reported by operators to COGCC. We considered other datasets by searching multiple websites including those associated with the Wyoming Oil & Gas Conservation Commission, Pennsylvania Independent Oil and Gas Association, Pennsylvania Department of Environmental Protection: Oil & Gas Reporting Website, Texas Oil & Gas Association, Railroad Commission of Texas, and New

Downloaded by [University of California, Berkeley] at 23:50 27 December 2013

Mexico Energy, Minerals and Natural Resources Department Oil Conservation Division, as well as the oil and gas conservation commissions of Oklahoma, Kansas, Montana, Arizona, Idaho, Nebraska, Iowa, Missouri, North Dakota, South Dakota, and Arkansas. We chose the COGCC database because it had the most robust data set regarding surface spills.

We analyzed surface spills in Weld County between July 1, 2010, and July 1, 2011, using data reported to COGCC (COGCC, 2011e). The COGCC data were not in a tabulated or compiled format; rather, the information for each spill was found on one or more separate documents. Thus, as a first step, it was necessary to manually extract all of the relevant data and compile them in a format that was useful for analysis. The study period was selected to provide a snapshot of surface spills that were reported to have groundwater impact. According to the rules outlined by the COGCC, surface spills that are greater than five barrels in size or that impact state water sources must be self-reported by the operators. Operators are required to map the area affected by the spill, including the directional flow of the groundwater, to describe how the spill was excavated, and to submit a groundwater sampling plan to determine the extent of the groundwater contamination (COGCC, 2011a). According to the COGCC Rule 900 Series, "samples shall be collected from areas most likely to have been impacted, downgradient or in the middle of excavated areas. The number and location of samples shall be appropriate to determine the horizontal and vertical extent of the impact." Groundwater samples were collected by various methods, including bore holes or excavation of the soil at the spill site.

Once collected, groundwater samples were analyzed for BTEX concentrations by an independent laboratory using U.S. EPA Method 8260B (COGCC, 2011d). Information regarding the spill volume, the area and depth of the spill, the type of facility from which the spill originated, and the reported cause of the spill was also extracted from the COGCC database.

## BTEX concentrations

We sought to characterize BTEX groundwater concentrations during the course of the spill and the remediation, (i.e., groundwater samples that were taken early in each spill, either before or shortly after remediation began). Seventy-seven spills impacting groundwater were reported to COGCC by operators in Weld County during the study period. Sixty-two of the spill reports were accompanied by analytical BTEX concentrations from initial groundwater sampling. For 10 of the remaining spills, groundwater monitoring data were not collected during the initial stages of the spill and therefore were not used in our analysis. For the remaining five reported spills, there were no BTEX measurements available for review.

## Statistical analysis

Among the 62 spills for which groundwater sampling data were available, there were in total 218 groundwater samples collected. Descriptive statistics were performed for all 218 samples pooled together and for various subsets of these data. Because there were a high number of samples below the reporting limit, PROUCL 4.0 was used to estimate means using the

Kaplan–Meier (KM) method, which is useful for analyzing left-censored data sets with multiple reporting limits and is not based on an underlying distribution of the data set (Helsel, 2005). Also using PROUCL 4.0, the 97.5% upper confidence limits (UCL) on the means were calculated using the Chebyshev inequality with KM. The 97.5% UCL was calculated rather than a 95% UCL because of the sample size, skewness of the data, and percent of samples below the reporting limit (Singh et al., 2006). Pairwise comparisons between means were evaluated using the Gehan method, a nonparametric test that is useful for censored data sets with multiple reporting limits (Millard and Deverel, 1988; Palachek et al., 1993). For the data shown in Supplemental Figure S1, nondetect values were treated as one-half the reporting limit because there were frequently too few samples per spill to permit use of the Kaplan–Meier method when estimating the mean for each spill.

## Disposition of spills

We performed a follow-up survey of the remediation status of the 77 spills with groundwater impact by reviewing publically available documents on the COGCC website and noting which spills were deemed "resolved" by COGCC such that no additional remediation was required (see Supplemental Table S1) (COGCC, Form 19A).

# Results

## Frequency of spills

Between July 1, 2010, and July 1, 2011, operators drilling for gas and oil in Weld County reported 77 surface spills with groundwater impact. During this time period, there were nearly 18,000 active wells in Weld County (COGCC, 2012). These findings indicated that less than 0.5% of these active wells experienced a spill that impacted groundwater. Analysis of surface spills without groundwater impact was outside the scope of the current study.

Adherence to Colorado regulations may be a contributing factor to the low percentage of surface spills with groundwater impact at active well sites. There are a number of regulations and contingency plans in place that operators must follow in order to control fluids used and stored at the surface, as well as to manage risk of groundwater contamination from surface spills should they occur. For example, the COGCC site selection criteria take into account operating near surface water supply areas, equipment to be used, secondary containment, baseline groundwater sampling, and an emergency plan (COGCC, 2011b). Placement and protection of tanks as well as industry standards for tank construction, maintenance, operation, and labeling are also regulated under Colorado guidelines. Colorado rules dictate the operating standards for permitting requirements, and for the construction and protection of holding ponds (COGCC, 2011c, 2011d; STRONGER, 2011).

## Size and depth of surface spills

If known, operators reported the volume of oil or produced water spilled at a well site. Only 13 of 77 reported spills indicated a

Downloaded by [University of California, Berkeley] at 23:50 27 December 2013

specific volume of oil spilled (average: 24 barrels; range: 1–177 barrels). Of the 13 reported oil spill volumes, only one operator indicated that all of the oil spilled was recovered. Six reports indicated that no oil was recovered and six reports indicated that some oil was recovered (42–84%). For eight spills, the operators indicated that no oil was spilled. Regarding the remaining spills, the volume of spilled oil was noted to be unknown or to be determined.

In addition to the oil spills, operators in Weld County reported spills composed of produced water. Only 5 of 77 operators reported a specific volume of produced water spilled (average: 7 barrels; range: 1–28 barrels). Of the five reports that specified a spill volume for produced water, one operator indicated that all of the produced water was recovered. Two operators reported that no produced water was recovered from the spill and two additional operators indicated that some produced water was recovered (50–96%). For 23 spills, the operators indicated that no produced water was spilled. Regarding the remaining spills, the volume of produced water spilled was noted to be unknown or to be determined. The unknown volumes were likely due to difficulties in estimating the amount of oil or produced water that was spilled after it had saturated the ground.

Spill areas were estimated were based on rectangular dimensions reported by the operators for 59 of 77 spills. The average estimated area was 2120 square feet (range: 96 to 10,500 square feet). In 55 of 77 of the spills, the depth was also recorded and ranged from 2 to 18 feet (average 7 feet). It should be noted that these area values are probably overestimated, as fluid spills are unlikely to completely fill the rectangular dimensions.

## Origin of spills

The types of facilities from which surface spills were reported to occur and the number of spills associated with each facility type are summarized in Table 1. The tank battery systems (34/77 spills) and production facilities (29/77 spills) were by far the largest sources of surface spills with groundwater impact. The remaining facilities and equipment were each reported for 5 or fewer of the 77 spills. Four of these remaining facility types, with one spill attributed to each, were associated with the tank batteries, and thus might be more appropriately counted as part of that category.

A tank battery usually provides storage for the collected oil and equipment for separating the oil from produced water (COGCC, 2011a). The tanks are commonly connected by manifolds and other piping to permit transfer of liquids from one tank to another. Production facilities are used to remove water, gases, and other impurities from the oil and natural gas. The U.S. EPA requires that secondary containment structures for tank batteries and production facilities such as dikes, berms, and other barriers be used around these two systems to help prevent migration of leaks or spills (U.S. EPA, 2009). In total, 26 of 77 spills in Weld County were retained within a constructed containment, although the spill report still indicated an impact to the groundwater. For the remaining 51 spills, the spilled fluid was not contained. The reason for failure of a required secondary containment system around tank batteries and production facilities

Table 1. Type of facility associated with groundwater impact in Weld County, Colorado, between July 1, 2010, and July 1, 2011

| Facility type | Number of spills | | |
| --- | --- | --- | --- |
| | BTEX data not available | BTEX data available | Total |
| Tank battery | 5 | 29 | 34 |
| Production facility | 2 | 27 | 29 |
| Flow line | 1 | 4 | 5 |
| Compressor station | 2 | 0 | 2 |
| Tank battery, flow line | 0 | 1 | 1 |
| Tank battery cement water pit | 1 | 0 | 1 |
| Tank battery, water tank | 1 | 0 | 1 |
| Tank battery dump line | 1 | 0 | 1 |
| Gathering line | 0 | 1 | 1 |
| Oil dump line | 1 | 0 | 1 |
| No facility type reported | 1 | 0 | 1 |
| Total | 15 | 62 | 77 |

in Weld County was unclear. It is of note that none of the spills in Weld County was reported to be associated with a holding pond.

## Causes of spills

Operators are also required to indicate the cause of the spill. Therefore, we categorized the surface spills with groundwater impact according to reported cause of the spill (Table 2). Equipment failure (47/77 spills) was the most common cause of groundwater impact, whereas 10 of 77 spills reportedly resulted from corrosion/equipment failure. Historical impact (i.e., discovery of a spill during inspection) was cited as the

Table 2. Cause of spill associated with groundwater impact in Weld County, Colorado, between July 1, 2010, and July 1, 2011

| Failure Cause | Number of spills | | |
| --- | --- | --- | --- |
| | BTEX data not available | BTEX data available | Total |
| Equipment failure | 10 | 37 | 47 |
| Corrosion/equipment failure | 1 | 9 | 10 |
| Historical impact | 1 | 14 | 15 |
| Human error | 1 | 2 | 3 |
| Multiple leaks in dump line system | 1 | 0 | 1 |
| Unknown | 1 | 0 | 1 |
| Sum | 15 | 62 | 77 |

428

*Gross et al. / Journal of the Air & Waste Management Association 63 (2013) 424–432*

Downloaded by [University of California, Berkeley] at 23:50 27 December 2013

cause of the spill in 15 of 77 reported spills. Only 3 of 77 spills were associated with human error.

## BTEX measurements

Although BTEX measurements were taken throughout the spill remediation process, we focused our analysis on BTEX measurements from groundwater samples that were taken either before or shortly after remediation began, as opposed to during the monitoring stages of a Remediation Work Plan. This allowed us to characterize the high end of BTEX contamination that occurred during the course of the spill and the ensuing remediation. BTEX data were available for 62 of 77 spills, constituting a total of 218 total samples per chemical. Summary statistics for these data are presented in Table 3. In addition, the average, minimum, and maximum concentrations of each BTEX chemical for each reported spill are illustrated in Figure S1 of the supplemental material.

As noted in Table 3, BTEX measurements for 78 of 218 groundwater samples were taken for a single spill (#2608769); thus, we considered this spill separately so that the analysis would not be overly influenced by the results of a single spill. It was not clear from the information available why so many groundwater samples were collected for this single spill.

Since we expected that the groundwater samples taken from inside of the spill excavation areas would have higher BTEX concentrations than the samples taken outside of the excavation areas, these groups of groundwater samples were analyzed separately (Table 3). In accordance with our expectations, groundwater samples collected within the excavation area had reported mean BTEX measurements that were 2.2-, 3.3-, 1.8-, and 3.5-fold higher, respectively, than groundwater samples collected just outside the excavation area. The difference in KM means from samples inside versus outside the excavation area was found to be significant for each BTEX chemical ($p < 0.05$, Gehan test).

Some groundwater sampling from reported surface spills during the initial sampling stage were done on multiple days. We hypothesized that groundwater samples taken on later dates of a spill would be associated with lower BTEX measurements. Therefore, we also analyzed the BTEX concentrations from recurring sampling events (i.e., the first, second, or third or later groundwater sampling date). As expected, the mean BTEX values decreased from the first sampling date to the second, as well as from the second sampling date to the subsequent sampling dates. The mean BTEX concentrations from groundwater samples taken during the third or later sampling date decreased 41-, 65-, 36-, and 42-fold, respectively, compared to samples taken on the first sampling date. For each BTEX chemical, comparisons of the KM means between the different sampling dates were significant, except for benzene on the second sampling date compared to the third or later sampling date ($p < 0.5$, Gehan test).

Air monitoring for BTEX has been conducted during various stages of well development and production at some well sites in Colorado (McKenzie et al., 2012). In the environment, BTEX can volatilize from soil or the water's surface, and once volatilized, BTEX disperse and readily biodegrade (e.g., benzene degrades in days, and toluene degrades in the

atmosphere within hours); BTEX can also pass through soil into the groundwater. Since BTEX are only slightly soluble in water, BTEX tend to collect at the top of the water table where they degrade more slowly than in the soil (ATSDR, 2007a). It is likely that the observed decrease in mean BTEX concentrations over the course of multiple sampling dates is, at least in part, attributable to evaporation and degradation of the BTEX chemicals.

Of the 218 measurements taken for each BTEX chemical, 60 samples per chemical were taken inside of the excavation areas during the first sampling date (Table 3). The KM mean of the 60 measurements were 1400, 2200, 190, and 2600 ppb for BTEX, respectively. These means constitute 280-, 2.2-, 0.27-, and 0.26-fold of the National Drinking Water MCLs for BTEX, respectively (HDR, 2011). Thus, the KM means for benzene and toluene in these samples were above their respective MCLs (benzene 5 ppb and toluene 1000 ppb), whereas the KM means for ethylbenzene and xylene were below their respective MCLs (ethylbenzene 700 ppb and xylene 10,000 ppb). It should be noted that the distributions of these data are highly skewed, as evidenced by the fact that the median values are much lower than the estimated means, in some cases several hundred-fold lower. None of the median values for toluene, ethylbenzene, or xylene exceed their respective MCLs.

Comparing these 60 BTEX measurements to their respective MCLs, 90, 30, 12, and 8% of the BTEX samples, respectively, were above their MCLs. These data indicate that benzene and toluene are of greater concern than ethylbenzene and xylene when considering BTEX groundwater concentrations from these surface spills. In fact, the 97.5% UCL of the mean for these 60 samples was below the MCL for ethylbenzene and xylene, and the 95th percentile measurements exceeded the MCL by only 1.3-fold for ethylbenzene and 1.2-fold for xylene.

Although the mean benzene and toluene measurements for the 60 groundwater samples taken inside the excavation areas during the first sampling date exceeded the MCL by 280- and 2.2-fold respectively, the benzene and toluene mean concentrations decreased significantly for later sampling dates and for groundwater samples collected just outside the excavation area. This suggests that actions taken by the operators to stop and remediate the spill were effective for reducing groundwater BTEX contamination. The 95th percentile toluene concentration from the 25 groundwater samples collected during the second sampling date is below the MCL, and for the third or later sampling date, none of the toluene measurements was greater than the MCL. Regarding benzene, the mean concentration decreased 41-fold in groundwater samples collected during the first sampling date compared to samples collected on the third or later sampling date. Although 59% of the benzene measurements in groundwater samples collected on the third or later sampling date still exceeded the MCL for benzene, it would be expected that benzene concentrations in groundwater samples would continue to decrease with time and as additional remediation is carried out. Likewise, the mean benzene concentration decreased two-fold in groundwater samples taken inside versus just outside of the excavation area, with only 37% of samples outside of the excavation

Downloaded by [University of California, Berkeley] at 23:50 27 December 2013

*Gross et al. / Journal of the Air & Waste Management Association 63 (2013) 424–432*     429

**Table 3.** BTEX concentrations (ppb) from groundwater samples taken before or early during the remediation process of Weld County surface spills involving groundwater contamination. Samples ($n = 218$) were pooled from spills that that occurred between July 1, 2010, to July 1, 2011

| | Count | Percent below RL[a] | 50th percentile | 95th percentile | KM mean[f] | 97.5% UCL | Percent above MCL |
|---|---|---|---|---|---|---|---|
| **Benzene** | | | | | | | |
| Spill #2608769 | 78 | 88% | <1.0[b] | 14.6 | 6.6[d] | 24[d] | 8% |
| Other spills | 140 | 27% | 22 | 5900 | 920 | 2100 | 66% |
| -Inside excavated area | 102 | 16% | 38 | 6100 | 1100 | 2600 | 77% |
| -1st sampling date | 60 | 8% | 100 | 6100 | 1400 | 3400 | 90% |
| -2nd sampling date | 25 | 20% | 13 | 8900 | 970 | 5000 | 60% |
| -3rd or later sampling date | 17 | 35% | 5.5 | 140 | 34 | 160 | 59% |
| -Outside excavated area | 38 | 58% | <1.0[b] | 3300 | 510 | 1900 | 37% |
| All data | 218 | 49% | 1.5 | 4800 | 590 | 1400 | 45% |
| **Toluene** | | | | | | | |
| Spill #2608769 | 78 | 100% | <1.0[b] | <1.0[c] | na[e] | na[e] | 0% |
| Other spills | 140 | 42% | 2.4 | 8800 | 1200 | 3000 | 17% |
| -Inside excavated area | 102 | 31% | 10 | 10,000 | 1400 | 3800 | 19% |
| -1st sampling date | 60 | 25% | 64 | 10,000 | 2200 | 5800 | 30% |
| -2nd sampling date | 25 | 36% | 7.0 | 630 | 680 | 4700 | 4% |
| -3rd or later sampling date | 17 | 47% | 1.3 | 120 | 34[d] | 240[d] | 0% |
| -Outside excavated area | 38 | 71% | <1.0[b] | 3200 | 430 | 1700 | 13% |
| All data | 218 | 63% | <1.0[b] | 4100 | 750 | 1900 | 11% |
| **Ethylbenzene** | | | | | | | |
| Spill #2608769 | 78 | 91% | <1.0[b] | 49 | 8.2[d] | 36[d] | 0% |
| Other spills | 140 | 41% | 3.0 | 720 | 100 | 230 | 6% |
| -Inside excavated area | 102 | 32% | 4.3 | 780 | 120 | 290 | 7% |
| -1st sampling date | 60 | 18% | 47 | 900 | 190 | 460 | 12% |
| -2nd sampling date | 25 | 32% | 2.3 | 150 | 20 | 88 | 0% |
| -3rd or later sampling date | 17 | 82% | <1.0[b] | 26 | 5.3[d] | 28[d] | 0% |
| -Outside excavated area | 38 | 66% | <1.0[b] | 420 | 65 | 220 | 3% |
| All data | 218 | 59% | <1.0[b] | 420 | 67 | 150 | 4% |
| **Xylene** | | | | | | | |
| Spill #2608769 | 78 | 86% | 3.0 | 1700 | 230 | 810 | 0% |
| Other spills | 140 | 25% | 66 | 8400 | 1500 | 3900 | 4% |
| -Inside excavated area | 102 | 15% | 130 | 12,000 | 1800 | 5000 | 6% |
| -1st sampling date | 60 | 7% | 320 | 12,000 | 2600 | 7600 | 8% |
| -2nd sampling date | 25 | 20% | 41 | 6900 | 1100 | 6000 | 4% |
| -3rd or later sampling date | 17 | 35% | 7.6 | 390 | 62 | 310 | 0% |
| -Outside excavated area | 38 | 53% | <1.0[b] | 2200 | 520 | 2000 | 0% |
| All data | 218 | 47% | <1.0[b] | 5600 | 1000 | 2600 | 3% |

[a]The reporting limit was 1 pbb for all benzene, toluene, and ethylbenzene samples that were below the reporting limit. The average reporting limit and standard deviation for the xylene samples that were below the reporting limit was $2.3 \pm 0.9$ ppb. [b]More than 50% of the data were below the reporting limit (RL), and therefore the reported 50th percentiles are based on nondetect values. [c]More than 95% of the data were below the reporting limit (RL), and therefore the reported 95th percentile is based on nondetect values. [d]These values were calculated based on fewer than 10 values above the reporting limit (9 for benzene and toluene, 7 for ethylbenzene spill #2608769, and 3 for ethylbenzene day 3 or later), and thus may not be as reliable as the other reported values. [e]It was not possible to calculate a value because there were no measurements above the reporting limit. [f]The Gehan test was used to test for significant differences between the following measurements: 1st sampling date vs. 2nd sampling date, 1st sampling date vs. 3rd or later sampling date, 2nd sampling date vs. 3rd or later sampling date, and inside vs. outside the excavation area. All pairwise comparisons were found to be significant ($p < 0.05$) except for benzene 2nd sampling date vs. 3rd or later sampling date.

*Gross et al. / Journal of the Air & Waste Management Association 63 (2013) 424–432*

Downloaded by [University of California, Berkeley] at 23:50 27 December 2013

area exceeding the MCL for benzene. This highlights the fact that benzene groundwater concentrations decrease rapidly for locations further away from the spill site.

## Disposition of spills

In addition to BTEX measurements in groundwater, we also assessed the remediation status of the spills. The remediation or "resolution" process outlined in the COGCC database appeared to vary as a function of the initial BTEX concentrations. When the initial sampling was below the National Drinking Water MCLs, the spill was considered "resolved" according to the COGCC and no further remediation was required. Alternatively, if the BTEX concentrations in the groundwater from the initial sampling exceed the applicable National Drinking Water MCLs, operators are required to remove the contaminated soil and groundwater, to dispose of the contaminated waste in a state authorized hazardous waste disposal site, and to complete a Remediation Work Plan (COGCC, 2011f). As part of the remediation plan, groundwater monitoring is carried out by an independent reclamation company under the guidance of the operator. Specifically, the monitoring guidelines set forth by COGCC for remediation of groundwater indicate that a spill may be considered resolved when the measured groundwater contaminant concentrations fall below the respective MCLs for four consecutive sampling periods following excavation of the spill (COGCC, 2009). The COGCC's use of the term "resolved" refers to this specific metric and does not refer to evaluation or resolution of other spill metrics.

For each of the 77 reported spills in Weld County with impact to groundwater, we determined whether the spill had been labeled "resolved" by COGCC as of May 2012 by accessing publically available data on the COGCC website. For 54 of 77 reported spills, resolution acceptable to COGCC was achieved after the initial excavation was performed and the operator completed a remediation plan for the spill. Alternatively, for 11 of 77 spills, resolution was achieved when a COGCC agent determined that the initial excavation of the spill and the respective BTEX analysis indicated that no further action was necessary. For all of these 11 spills, the reported initial BTEX concentrations in the associated groundwater samples were below the reporting limit following excavation of the spill. Regarding the remaining 12 reported spills, three spills were still in the process of remediation and remained unresolved per COGCC. Finally, for 9 of 77 spills no information regarding spill resolution was available for review.

To our knowledge, our analysis is the first attempt to quantitatively analyze the potential impact to groundwater from surface spills containing BTEX concentration at drilling sites where hydraulic fracturing occurs. However, there are several limitations to our analysis.

## Limitations of analysis

First, our analysis was constrained by the availability and accuracy of the information on the COGCC website. All data were obtained from operator-reported spills, and therefore it is possible that additional spills may have occurred which went unreported. In addition, BTEX measurements from groundwater samples were not available for all reported spills. However, since BTEX data were available for over 80% of the spills, and remediation status could be determined for 88% of the spills, we do not anticipate that our conclusions would change markedly if the missing data were made available. In turn, it is important to note that our findings are specific to Weld County, Colorado, and do not necessarily represent other geographical areas where hydraulic fracturing activities are conducted. Regional differences including different regulations and average depth to water table would likely impact that rate of groundwater BTEX contamination from surface spills. Since depth to the water table in some parts of Weld County is shallow, groundwater contamination from spills in this county may be more likely should a spill occur.

Another important piece of information that was not available for our analysis was baseline sampling measurements of BTEX in the groundwater. Although such sampling may have occurred, we were unable to locate it in the COGCC database. BTEX are found at low levels in crude oil and are also natural compounds found in coal and gas deposits. As such, BTEX may naturally be present at low concentrations in groundwater located in the vicinity of these types of deposits. Without baseline water quality analysis performed prior to development of the drilling site and/or prior to the spill, the background BTEX concentrations in the groundwater are uncertain.

It is possible that BTEX groundwater concentrations prior to the first sampling date may have exceeded the reported measurements because there was often a delay between the reported spill date and the first day of sampling. In addition, 15 of the spills were noted to be historical, which indicates that they were leaking for some time before the spill was discovered.

Although our study demonstrated that groundwater BTEX concentrations decreased rapidly with distance from spill site and with time after remediation began, it was beyond the scope of our analysis to estimate BTEX concentrations at any downstream receptor location for any time during the course of these spills or during the remediation process. Such an analysis may be useful in some circumstances depending on the proximity of downstream receptors of concern and the BTEX concentrations in groundwater samples taken at the spill site. In addition to potential groundwater impacts, spills of crude oil and produced water also pose potential impacts from BTEX inhalation or dermal absorption by workers or others in the vicinity of the spills. Analysis of potential BTEX exposures via these routes was also beyond the scope of this study.

## Conclusions and Recommendations

Our analysis indicates that surface spills of produced water from the fracturing process or crude oil from fractured wells could pose the potential for release of BTEX chemicals in excess of the national MCLs for each compound. However, the spill reports posted on the COGCC website for Weld County, Colorado, appear to indicate that the remediation process set forth by COGCC Rule 900 Series and implemented by operators has been effective at resolving spills according to these

Downloaded by [University of California, Berkeley] at 23:50 27 December 2013

requirements. While there are limitations to the approach we used in our analysis, these data are nonetheless valuable in beginning to obtain a quantitative characterization of the presence and fate of BTEX in surface spills at drill sites where hydraulic fracturing activities are conducted. It also appears possible that some members of the public may hold a negative view of hydraulic fracturing activities in their community because of the lack of information regarding processes such as this one to address surface spills. It is also unclear how the determination of spill "resolution" as defined by COGCC affected any actual impacts to groundwater. As a result, we offer the following recommendations going forward in order to help address any potential impact of BTEX chemicals in surface spills to the groundwater in Weld County and elsewhere.

## Recommendations going forward

It has been estimated that over the next 20 to 30 years, the density of well sites will increase in the most productive areas of oil and gas recovery (Kennedy, 2007; Pelley, 2003). The current expansion has already introduced oil and gas recovery operations to suburban and urban populations, and concerns have arisen regarding potential adverse health impacts, property damage, and ecological damage. Based on our analysis, we suggest the following recommendations, some of which are specific to the potential for BTEX groundwater contamination from surface spills, and many of which are more general and apply to multiple facets of hydraulic fracturing activities.

(1) A comprehensive chemical risk analysis should be conducted by well operators in order to provide a formalized method for objectively identifying and evaluating the hazard and exposure potential posed by specific chemicals and chemical mixtures that are used in the hydraulic fracturing process (Panko and Hitchcock, 2011). This process, which has been referred to as chemical footprinting, can provide operators with an evaluation of positive and negative environmental characteristics including biopersistence, bioaccumulation potential, mobility, and exposure potential by multiple routes. With this knowledge, operators may better identify areas for improvement and safeguard against current and future regulatory compliance and public perception issues.

(2) After identifying which chemicals may pose a greater risk, operators may choose to employ alternative chemicals or to implement enhanced safety measures such as additional or increased monitoring for certain chemicals on a regular basis.

(3) Any environmental sampling plan should take into account spatial and temporal variability of chemical concentrations, achieve adequate detection limits, and properly characterize baseline or background levels of chemicals of interest. According to the COGCC website, a water sampling plan is currently under review.

(4) Important factors such as variations in the depth of the water table on the eastern plains of Colorado should be carefully considered when evaluating the location of drilling site operations. As such, consideration should be made regarding placement of storage tanks and production facilities since our data indicated that these facilities were the most common sources of high concentrations of BTEX in surface spills with groundwater impact.

(5) Given the finding that many spills reported to COGCC were the result of equipment failure rather than operator error, equipment safety systems on the surface at drilling site should be carefully considered and enhanced where needed. With the remote location of many of the drilling sites in Weld County and the absence of on-site personnel to continuously monitor each well, the improvement of remote monitoring capabilities and an increase in the redundancy of spill prevention measures may be warranted at some drilling locations.

(6) Well operators or third parties should actively engage in public education in local communities regarding the procedures used in hydraulic fracturing and horizontal drilling. Expanding and improving the public sharing of such information would be helpful in assisting workers and community members in the evaluation of personal risk versus community benefit.

(7) Well operators should more effectively communicate the health and environmental protection procedures that they have in place prior to production so that workers and local communities are aware of the extent to which hydraulic fracturing activities may or may not pose a risk.

While our recommendations may already be fully implemented by some well operations, based on the concerns voiced in Colorado by the media and the public, it appears that the procedures for prevention and mitigation of risks associated with surface spills at active well sites are not yet fully and clearly communicated.

# Acknowledgment

This paper was funded internally by ChemRisk.

# References

ALL Consulting. 2009. Modern shale gas development in the United States: A primer. Oklahoma City, OK: Ground Water Protection Council, ALL Consulting, U.S. Department of Energy, Office of Fossil Energy & National Energy Technology Laboratory.

Agency for Toxic Substances and Disease Registry. 2000. Toxicological profile for toluene. Atlanta, GA: U.S. Department of Health and Human Services, U.S. Public Health Service, Agency for Toxic Substances and Disease Registry.

Agency for Toxic Substances and Disease Registry. 2007a. Toxicological profile for benzene. Atlanta, GA: U.S. Department of Health and Human Services, U.S. Public Health Service, Agency for Toxic Substances and Disease Registry.

Agency for Toxic Substances and Disease Registry. 2007b. Toxicological profile for xylene. Atlanta, GA: U.S. Department of Health and Human Services, U.S. Public Health Service, Agency for Toxic Substances and Disease Registry.

Agency for Toxic Substances and Disease Registry. 2010. Toxicological profile for ethylbenzene. Atlanta, GA: U.S. Department of Health and Human Services, U.S. Public Health Service, Agency for Toxic Substances and Disease Registry.

Colborn, T., C. Kwiatkowski, K. Schultz, and M. Bachran. 2011. Natural gas operations from a public health perspective. *Hum. Ecol. Risk Assess.* 17:1039–56. doi:10.1080/10807039.2011.605562

Colorado Division of Water Resources. 2012. Colorado Ground Water Commission home (Designated basins). Denver, CO: Colorado Department of Natural Resources, Colorado Division of Water Resources.

Colorado Oil and Gas Conservation Commission. 2009. COGCC 1000 Series rules: Reclamation regulations. Denver, CO: Colorado Department of Natural Resources, Colorado Oil and Gas Conservation Commission.

Downloaded by [University of California, Berkeley] at 23:50 27 December 2013

432                           *Gross et al. / Journal of the Air & Waste Management Association 63 (2013) 424–432*

Colorado Oil and Gas Conservation Commission. 2011a. Amended rules. Denver, CO: Colorado Department of Natural Resources, Colorado Oil and Gas Conservation Commission.

Colorado Oil and Gas Conservation Commission. 2011b. COGCC 300 Series rules: Drilling, development, producing and abandonment. Denver, CO: Colorado Department of Natural Resources, Colorado Oil and Gas Conservation Commission.

Colorado Oil and Gas Conservation Commission. 2011c. COGCC 600 Series rules: Series safety regulations. Denver, CO: Colorado Department of Natural Resources, Colorado Oil and Gas Conservation Commission.

Colorado Oil and Gas Conservation Commission. 2011d. COGCC 900 Series rules: Exploration and production waste management. Denver, CO: Colorado Department of Natural Resources, Colorado Oil and Gas Conservation Commission.

Colorado Oil and Gas Conservation Commission. 2011e. Colorado Oil and Gas Information System (COGIS). Colorado Department of Natural Resources, Colorado Oil and Gas Conservation Commission,. http://cogcc.state.co.us (accessed August 27, 2011).

Colorado Oil and Gas Conservation Commission. 2011f. Oil and gas industry spills and releases. Denver, CO: Colorado Department of Natural Resources, Colorado Oil and Gas Conservation Commission.

Colorado Oil and Gas Conservation Commission. 2011g. Table 910-1, COGCC 900 Series rules: Exploration and production waste management. Colorado Department of Natural Resources, Colorado Oil and Gas Conservation Commission. http://cogcc.state.co.us/RR_docs_new/rules/900Series.pdf (accessed November 10, 2011).

Colorado Oil and Gas Conservation Commission. 2012. Colorado Weekly & monthly oil & gas statistics, 03-07-12. Denver, CO: Colorado Oil and Gas Conservation Commission.

Dammel, J.A., J.M. Bielicki, M.F. Pollak, and E.J. Wilson. 2011. A tale of two technologies: hydraulic fracturing and geologic carbon sequestration. *Environ. Sci. Technol.* 45(12): 5075–76. doi:10.1021/es201403c

DiGiulio, D.C., R.T. Wilkin, C. Miller, and G. Oberley. 2011. Draft: Investigation of ground water contamination near Pavillion, Wyoming. EPA 600/R-00/000. Ada, OK: U.S. Environmental Protection Agency, Office of Research and Development, National Risk Management Research Laboratory.

Finley, B. 2011. Drilling spills rise in Colorado, but fines rare. *denverpost.com*, September 13. http://www.denverpost.com/search/ci_18881512 (accessed September 13, 2011).

Gregory, K.B., R.D. Vidic, and D.A. Dzombak. 2011. Water management challenges associated with the production of shale gas by hydraulic fracturing. *Elements* 7:181–83. doi:10.2113/gselements.7.3.181

Groat, C.G., and T.W. Grimshaw. 2012. Fact-based regulation for environmental protection in shale gas development, February 2012. Austin, TX: University of Texas at Austin, The Energy Institute. http://www.oogeep.org/downloads/file/Publications/UT%20Study%20HF.pdf.

HDR, Inc. 2011. Safe Drinking Water Act update regulatory wall chart: Navigating challenging waters, 13th ed. http://www.hdrinc.com/sites/all/files/assets/knowledge-center/publications/sdwa-wall-chart-2011.pdf.

Helsel, D.R. 2005. More than obvious: Better methods for interpreting nondetect data. *Environ. Sci. Technol.* 39(20): 419A–423A. doi:10.1021/es053368a

Kennedy, J. 2007. Tight sand, shale, coal as contribution grows, low-permeability reservoirs face common challenges. In *Advances in unconventional gas: Solutions to meet growing gas demand worldwide*, 1–3. Hart Energy Publishing.

McKenzie, L.M., R.Z. Witter, L.S. Newman, and J.L. Adgate. 2012. Human health risk assessment of air emissions from development of unconventional natural gas resources. *Sci. Total Environ.* 424:79–87. doi:10.1016/j.scitotenv.2012.02.018

McLernon, S. 2012. EPA to run new tests in Wyo. fracking contamination row. March 9. www.law360.com (accessed June 1, 2012).

Metzger, M. 2011. Hydrofracturing and the environment. *Water Quality Products* 16(11): 14–15.

Millard, S.P., and S.J. Deverel. 1988. Nonparametric statistical methods for comparing two sites based on data with multiple nondetect limits. *Water Resources Research* 24(12): 2087–98. doi:10.1029/WR024i012p02087

Osborn, S.G., A. Vengosh, N.R. Warner, and R.B. Jackson. 2011. Methane contamination of drinking water accompanying gas-well drilling and hydraulic fracturing. *Proc. Natl. Acad. Sci. USA* 108(20): 8172–76. doi:10.1073/pnas.1100682108

Palachek, A.D., D.R. Weier, T.R. Gatliffe, D.M. Splett, and D.K. Sullivan. 1993. Statistical methodology for determining contaminants of concern by comparison of background and site data with applications to Operable Unit 2. In *Statistical applications*, SA-93-00, 1–29. Golden, CO: EG&G Rocky Flatts, Inc.

Panko, J., and K. Hitchcock. 2011. Chemical footprint: Ensuring product sustainability. *EM* December:12–15.

Pelley, J. 2003. Does hydraulic fracturing harm groundwater? *Environ. Sci. Technol.* 37(1): 11A–12A. doi:10.1021/es032338+

Pielou, E.C. 1998. *Fresh water.* Chicago: University of Chicago Press.

Rozell, D.J., and S.J. Reaven. 2012. Water pollution risk associated with natural gas extraction from the marcellus shale. *Risk Anal.* 32(8): 1382–93. doi:10.1111/j.1539-6924.2011.01757.x

Singh, A., R. Maichle, and S.E. Lee. 2006. On the computation of a 95% upper confidence limit of the unknown population mean based upon data sets with below detection limit observations. Contract no. 68-W-04-005, Task Order No. 09. Washington, DC: Lockheed Martin Environmental Services & U.S. Environmental Protection Agency, Office of Research and Development.

Smith, K.P. 1992. An overview of naturally occuring radioactive materials (NORM) in the petroleum industry. Argonne, IL: U.S. Department of Energy, Environmental Assessment and Information Sciences Division, Argonne National Laboratory.

STRONGER. 2011. Colorado hydraulic fracturing state review. Oklahoma City, OK: State Review of Oil & Natural Gas Environmental Regulations.

U.S. Environmental Protection Agency. 2009. 40 CFR 112.7, Subpart A: General requirements for spill prevention, control, and countermeasure plans, 36–41. http://edocket.access.gpo.gov/cfr_2009/julqtr/pdf/40cfr112.7.pdf.

U.S. Environmental Protection Agency. 2011. Plan to study the potential impacts of hydraulic fracturing on drinking water resources. EPA/600/R-11/122. Washington, DC: U.S. Environmental Protection Agency, Office of Research and Development.

U.S. Environmental Protection Agency. 2012. Draft: Quality assurance project plan (QAPP) for hydraulic fracturing (HF) surface spills data analysis. Washington, DC: U.S. Environmental Protection Agency.

Wockner, G. 2012. The good, the bad, and the ugly in Colorado's new fracking rules. *Huff Post Denver, The Huffington Post*, January 2. http://www.huffingtonpost.com/gary-wockner/colorado-fracking-rules_b_1176922.html (accessed February 15, 2012).

## About the Authors

**Sherilyn A. Gross** is a Senior Health Scientist with ChemRisk with an area of expertise in human health risks associated with occupational and environmental exposure to benzene.

**Heather J. Avens** is a Health Scientist with experience and education in chemical engineering, biochemistry, polymer science, nanomaterials and biodetection.

**Amber M. Banducci** is an Associate Health Scientist with academic training in epidemiology, biostatistics, public health policy and law, and environmental and occupational health.

**Jennifer Sahmel** is a Managing Health Scientist, a CIH and a certified safety professional with 17 years of experience in human health risk assessment and workplace health and safety.

**Julie M. Panko** is a Principal Health Scientist with 25 years of experience in conducting and managing a wide variety of environmental health risk assessments and is a certified industrial hygienist (CIH).

**Brooke E. Tvermoes** is a Health Scientist with an area of expertise in metals toxicology.

Accident Analysis and Prevention 51 (2013) 168–174



Contents lists available at SciVerse ScienceDirect

# Accident Analysis and Prevention

journal homepage: www.elsevier.com/locate/aap



# Motor vehicle fatalities among oil and gas extraction workers

Kyla D. Retzer[a,*], Ryan D. Hill[b,1], Stephanie G. Pratt[c,2]

[a] National Institute for Occupational Safety and Health, Oil and Gas Extraction Safety and Health Program, Alaska Pacific Office, 4230 University Dr., Ste. 310, Anchorage, AK 99508, United States
[b] National Institute for Occupational Safety and Health, Oil and Gas Extraction Safety and Health Program, Western States Office, P.O. Box 25226, Denver, CO 80225, United States
[c] National Institute for Occupational Safety and Health, Division of Safety Research, Center for Motor Vehicle Safety, 1095 Willowdale Road, Mail Stop H-1808, Morgantown, WV 26505, United States

## ARTICLE INFO

Article history:
Received 28 June 2012
Received in revised form 22 October 2012
Accepted 5 November 2012

Keywords:
Motor vehicle crashes
Work-related fatalities
Oil and gas extraction industry

## ABSTRACT

Motor vehicle crashes are the leading cause of work-related fatality in the U.S. as well as in the oil and gas extraction industry. This study describes the characteristics of motor vehicle-related fatalities in the oil and gas extraction industry using data from the U.S. Bureau of Labor Statistics' Census of Fatal Occupational Injuries. It compares the risk of dying in a motor vehicle crash in this industry to other major industries and among different types and sizes of oil and gas extraction companies. There were 202 oil and gas extraction workers who died in a work-related motor vehicle crash from 2003 to 2009. The motor vehicle fatality rate for workers in this industry was 8.5 times that of all private wage and salary workers (7.6 vs. 0.9, $p < .0001$). Workers from small oil and gas establishments (<20 workers) and workers from well-servicing companies were at greatest risk of dying in a motor vehicle crash. Pick-up trucks were the most frequent type of vehicle occupied by the fatally injured worker ($n = 104$, 51.5%). Safety belt non-use was identified in 38.1% ($n = 77$) of the cases. Increased focus on motor vehicle safety in this industry is needed, in particular among small establishments. Extraction workers who drive light duty vehicles need to be a specific focus.

Published by Elsevier Ltd.

## 1. Introduction

Motor vehicle crashes on public highways are consistently the leading cause of work-related fatality in the U.S., accounting for 8173 fatalities during 2003–2008 (24% of all work-related fatalities for the period) and a rate of 0.94 deaths per 100,000 workers (CDC, 2011a). These events exact an economic burden in addition to a human toll. One study estimated that motor vehicle crash injuries occurring on and off the job cost employers nearly $60 billion USD annually from 1998 to 2000 (National Highway Traffic Safety Administration, 2003). On average, each fatality cost the employer over US$ 500,000 in direct and liability costs, and each nonfatal injury cost nearly US$ 74,000. For work-related crashes, the cost to businesses of non-use of safety belts was estimated to be over US$ 2 billion.

Previous reports show that compared to workers in all industries, workers in the oil and gas extraction industry experienced seven times the rate of work-related death due to all causes (CDC,

2008), and six times the rate of work-related motor vehicle-related death (5.7 deaths per 100,000 workers) (CDC, 2011a). Potential risk and exposure factors for fatal motor vehicle crashes in the oil and gas extraction industry include frequent travel between well sites, travel on rural roads which often lack firm shoulders and rumble strips, low levels of safety belt use, and long and irregular hours of work that contribute to driver fatigue. Oil and gas extraction workers often work up to 12-h shifts, and 7–14 days in a row (CDC, 2008).

The oil and gas extraction industry employed an estimated 434,488 people in the U.S. in 2010 (Bureau of Labor Statistics, 2011). While the number of oil and gas extraction workers fluctuates from year to year, there was a 48% overall increase in the number of workers from 2003 to 2010. Additional growth is expected in this industry, with shale gas production expected to increase by almost threefold by 2035 (U.S. Energy Information Administration, 2011). With this growth comes an increase in the number of workers and a need to address major causes of work-related injury and death. This study contributes to the literature by providing data on motor vehicle-related fatalities in the oil and gas extraction industry that are more detailed than published previously. Further, the study compares motor vehicle-related fatality rates for the oil and gas extraction industry with other industries and compares the risk of motor vehicle-related death by establishment type and size. This information will help to identify gaps in crash data and will

* Corresponding author. Tel.: +1 907 271 2388; fax: +1 907 271 2390.
E-mail addresses: kretzer@cdc.gov (K.D. Retzer), gii9@cdc.gov (R.D. Hill), sgp2@cdc.gov (S.G. Pratt).
[1] Tel.: +1 303 236 0502; fax: +1 303 236 6072.
[2] Tel.: +1 304 285 5992; fax: +1 304 285 5774.

0001-4575/$ – see front matter. Published by Elsevier Ltd.
http://dx.doi.org/10.1016/j.aap.2012.11.005

*K.D. Retzer et al. / Accident Analysis and Prevention 51 (2013) 168–174*                    169

contribute to more targeted motor vehicle safety efforts in the oil and gas extraction industry.

## 2. Materials and methods

Work-related motor vehicle fatalities were identified using the Census of Fatal Occupational Injuries (CFOI), a cooperative program between the U.S. Bureau of Labor Statistics (BLS) and state governments.[3] CFOI is the most comprehensive surveillance system for work-related injury fatalities in the U.S. Multiple data sources are accessed to compile data, including death certificates, OSHA reports, workers' compensation reports, police reports, and media accounts. Cases are deemed to be work-related upon confirmation by two independent data sources.

The oil and gas extraction industry includes three types of companies: the oil and gas *operators* who control and manage leased areas, the *drilling contractors* who drill the wells, and the *well-servicing* companies who provide all other types of support operations that prepare a well for production and completion. For this study, the 2002 North American Industry Classification System (NAICS) was used to identify workers whose employers were classified by industry into the following three codes: Oil and Gas Extraction (211), Drilling Oil and Gas Wells (213111) and Support Activities for Oil and Gas Operations (213112). To be consistent with the terminology commonly used in the industry and previously published studies, employers categorized in NAICS 211 are referred to hereafter as "oil and gas operators," in NAICS 213111 as "drilling contractors" and in NAICS 213112 as "well-servicing companies." Data for other industries were grouped according to NAICS for comparison to the oil and gas extraction industry. All analyses were limited to data years 2003–2009, as NAICS categories are not comparable to the Standard Industrial Classification previously used by the BLS.

The CFOI uses the Occupational Injury and Illness Classification System (OIICS) to code characteristics of work-related fatalities (BLS, 2012). The CFOI data were subset to all cases coded per the 2007 OIICS as "highway accident" events (event code = 41). This encompasses all motor vehicle-related fatalities of vehicle occupants occurring on a public highway, street, or road or its shoulder and surrounding areas. It excludes motor vehicle fatalities that occurred on industrial, commercial, or residential premises, or that were the result of an assault or violent act. More detailed event codes within the "highway accident" category were examined. Also of interest were the source of injury (i.e., the type of vehicle occupied by the decedent), the decedent's status as a driver or passenger, the type of road on which the incident occurred, and the time of day. Motor vehicle fatalities that occurred during commuting to work are not included in CFOI.

The CFOI also provides data on the demographic and employment characteristics of the fatally injured worker, including occupation (categorized using the Standard Occupational Classification [SOC] scheme) (OMB, 2010), size of establishment,[4] years of service with the company, age group, gender, race, Hispanic origin, and the state in which the incident occurred. The narrative text field in CFOI was systematically examined for information on factors related to the driver, vehicle, or road environment, as well as the circumstances of the crash. Each narrative was reviewed manually by

a single coder, as the factors identified were straightforward (e.g., safety belt worn) and did not require coder interpretation. The following factors were identified: safety belt use/non-use, occupant ejection, other drivers' error, speed, fell asleep, overcorrected and lost control, lost control at curve, weather, night time, debris/holes in roadway, collisions with livestock, and faulty vehicle parts (e.g., tire blowout, brake failure). In crashes where multiple factors were listed, each factor was counted once. It should be noted that the narrative text field in CFOI is based on information obtained from the source documents, and does not contain a high level of detail for all cases. More importantly, mention of a factor in the narrative field does not imply causation.

Ideally, fatality rates should be calculated based on vehicle miles traveled (VMT) or some other measure of exposure such as hours of driving. However, no such data exist for work-related driving in general or for the oil and gas extraction industry in particular. Therefore, as is customary for most analyses of work-related injuries and fatalities, rates (and accompanying risk ratios) were calculated based on average annual employment estimates. For this study, the source of employment estimates was the BLS' Quarterly Census of Employment and Wages (QCEW), the only source that provides estimates for the detailed NAICS codes that make up the oil and gas extraction industry (BLS, 2011). QCEW estimates are calculated from monthly employer reports and include all workers covered by state unemployment insurance laws. The QCEW does not include self-employed workers,[5] nor does it provide estimates by age, race or gender. To ensure consistency between the numerator (fatalities identified through CFOI) and denominator (QCEW employment estimates), the CFOI data were subset to include only fatalities to individuals employed in the private sector and working for wage or salary, thereby excluding the self-employed, employees who worked in a family business, volunteers, and government workers.

Rate ratios (RR) and 95% confidence intervals (CI) were calculated for comparisons of fatality rates for the oil and gas extraction industry and other major industry groups, for comparisons between the three component NAICS codes that make up the oil and gas extraction industry, and for comparisons between large, medium and small establishments in the oil and gas extraction industry. For the first comparison, all private wage and salary workers were used as the reference group because there is no industry group that could reasonably be compared to oil and gas extraction on the basis of operational characteristics or likely exposure to motor-vehicle related risks. For the other two comparisons, the group with the lowest rate was used as the reference group. All analyses were performed using SAS version 9.2 (SAS Institute, Cary, NC, 2008).

## 3. Results

Between 2003 and 2009, 202 oil and gas extraction workers died as a result of a motor vehicle crash. Motor vehicle-related fatalities accounted for 28% of all oil and gas extraction work-related fatalities during this 7-year period and were the leading cause of death.

Decedents were predominantly white males and 21% were Hispanic ($n$ = 44) (data not shown). Forty percent of the decedents were younger than 35 years of age (Table 1). Thirty-one percent of the deaths were to workers who had worked for their employer for 1 year or less ($n$ = 63). Those workers fatally injured in a motor vehicle crash were most often employed as extraction workers

---

[3] This research was conducted with restricted access BLS data. The views expressed here do not necessarily reflect the views of the BLS.

[4] An establishment is defined as "an economic unit, such as a farm, mine, factory, or store that produces goods or provides services. It is typically at a single physical location and engaged in one, or predominantly one, type of economic activity for which a single industrial classification may be applied" (Bureau of Labor Statistics, 2011). As discussed in 4.8, there are potential inconsistencies in the use of this concept for the oil and gas extraction industry.

---

[5] Self-employed worker is defined as carrying on a business as a sole proprietor or an independent contractor.

*K.D. Retzer et al. / Accident Analysis and Prevention 51 (2013) 168–174*

**Table 1**
Motor vehicle fatalities by selected characteristics, Oil and Gas Extraction Industry, United States, 2003–2009.

| | Number | Percentage (%) |
|---|---|---|
| *Age group* | | |
| 16–24 | 24 | 11.4 |
| 25–34 | 60 | 28.6 |
| 35–44 | 45 | 21.4 |
| 45–54 | 39 | 18.6 |
| 55–64 | 25 | 11.9 |
| ≥65 | 9 | 4.3 |
| | | |
| *Length of service (years)* | | |
| ≤1 | 63 | 31.2 |
| 1 year 1 day–3 | 24 | 11.9 |
| 4–5 | 15 | 7.4 |
| 6–7 | 6 | 3.0 |
| ≥8 | 14 | 6.9 |
| Not reported | 80 | 39.6 |
| | | |
| *Occupation* | | |
| Extraction workers | 96 | 47.5 |
| Motor vehicle operators | 66 | 32.7 |
| Maintenance/repair workers | 14 | 6.9 |
| Assemblers/welders/operators/inspectors | 8 | 4.0 |
| Engineers | 6 | 3.0 |
| Other | 12 | 6.0 |
| | | |
| *Worker activity* | | |
| Driver | 165 | 81.7 |
| Passenger | 37 | 18.3 |
| | | |
| *Type of motor vehicle* | | |
| Pickup truck | 104 | 51.5 |
| Semi-trailer, tractor trailer, trailer truck | 54 | 26.7 |
| Unknown or other type of truck | 25 | 12.4 |
| Automobile | 12 | 5.9 |
| Other types of vehicles | 7 | 3.5 |
| | | |
| *Crash type* | | |
| Highway collisions between vehicles, mobile equipment | | |
|   Moving in opposite directions, oncoming | 42 | 20.8 |
|   Moving in intersection | 18 | 8.9 |
|   Moving in same direction | 16 | 7.9 |
|   Subtotal | *76* | *37.6* |
| Non-collision highway incidents | | |
|   Jack-knifed or overturned–no collision | 78 | 38.6 |
|   Vehicle struck object on side of road | 35 | 17.3 |
|   Subtotal | *113* | *55.9* |
| Other types of crashes | 13 | 6.4 |
| | | |
| *Road type* | | |
| State or U.S. highway | 131 | 64.9 |
| Local road or street | 41 | 20.3 |
| Interstate, freeway, or expressway | 19 | 9.4 |
| Street, highway, or road, unspecified or not elsewhere classified | 11 | 5.4 |
| | | |
| *Safety belt status*[a] | | |
| Safety belt not used | 77 | 38.1 |
| Ejected (no safety belt info) | 24 | 11.9 |
| Safety belt worn | 24 | 11.9 |
| Unknown | 77 | 38.1 |
| | | |
| *State of incident* | | |
| Texas | 76 | 37.6 |
| Oklahoma | 28 | 13.9 |
| Wyoming | 21 | 9.9 |
| New Mexico | 19 | 9.4 |
| Kansas | 13 | 6.4 |
| Louisiana | 11 | 5.4 |
| Colorado | 9 | 4.5 |
| Utah | 6 | 3.0 |
| Other states | 19 | 9.4 |
| Total | 202 | 100.0 |

*Source:* Data were generated by NIOSH Alaska Pacific Regional Office with restricted access to BLS CFOI microdata.

*Note:* Ethnicity, gender and race was not reported in the table because it did not meet BLS publication criteria.

[a] This variable was created based on narrative text.

($n$ = 96, 47.5%), followed by motor vehicle operators ($n$ = 66, 32.7%) (Table 1).

Pickup trucks were the most common type of vehicle occupied by the decedent (51.5%), followed by semi-trucks (26.7%) (Table 1). Over half ($n$ = 113, 55.9%) of oil and gas extraction worker fatalities were the result of non-collision incidents (those involving a single vehicle); these were either the result of the vehicle jack-knifing or overturning ($n$ = 78, 38.6%) or the vehicle striking an object on the side of the road ($n$ = 35, 17.3%). When crash type was analyzed by vehicle type, the most frequent type of crash for pickup truck occupants (drivers and passengers) was a 'collision with oncoming traffic' (31.7%) and for semi-truck occupants was 'jack-knifing or overturning–no collision' (62.9%) (data not shown). Crashes occurred most frequently on a state or U.S. highway ($n$ = 131, 64.9%) (Table 1). The majority of the crashes occurred between the hours of 5 a.m. and 5 p.m. ($n$ = 162, 80.2%) (data not shown).

Based on case narratives, 38.1% of fatally injured oil and gas extraction workers were not wearing a safety belt at the time of the incident (belt-use status was ascertained for 50% of the workers). Another 11.9% of workers were reportedly ejected from the vehicle, thus it is likely that most of these individuals were also unbelted (National Highway Traffic Safety Administration, 2005). The largest proportion of unbelted workers was pick-up truck occupants (59.8%) (data not shown). Sixteen to 24 year olds had the highest proportion of unbelted workers of any age group (58.3%).

Other crash-related factors noted in case narratives included other drivers' errors (13.9%), speed (9.4%), losing control after over-correcting (9.9%) or on a curve (8.4%), weather conditions (9.9%), and falling asleep at the wheel (6.9%). There were no crash-related factors noted in the narrative in 17.3% of cases. Over 60% of oil and gas extraction workers who died in a motor-vehicle crash were employed by well-servicing companies (61.9%) (Table 2). More than one-quarter of all workers who died (27.1%) were employed by well-servicing companies with fewer than 20 employees (data not shown). Workers employed by well-servicing companies and drilling contractors were significantly more likely to die as a result of a highway crash than those employed by oil and gas operators (RR = 3.4, 3.0 respectively, $p < .0001$) (Table 2). Workers from small and medium sized establishments were also significantly more likely to die in a highway crash while at work than were workers from large establishments (RR = 4.2, 2.0 respectively, $p < .01$).

The motor vehicle-related fatality rate for the oil and gas extraction industry was 7.6/100,000 workers. Among all other major industry groups, only transportation and warehousing had a higher rate (9.3/100,000 workers) (Table 3). Using all private wage and salary workers as the reference group, the RR for the oil and gas extraction industry was 8.5 ($p < .0001$), second only to the transportation and warehousing industry (RR = 10.4, $p < .0001$).

## 4. Discussion

### 4.1. Pickup trucks and the absence of regulations

Over half of the fatalities in this worker population were either the driver or passenger of a pickup truck. These vehicles are not covered by Federal Motor Carrier Safety Regulations (FMCSRs), unless they are placarded for carrying hazardous materials [49 CFR 383.91 (a)] (Federal Motor Carrier Safety Administration, 2011a). In general, the FMCSRs cover only the operation of large motor vehicles that transport freight or passengers. In addition, drivers of pickup trucks generally are not required to have a Commercial Driver's License (CDL).

K.D. Retzer et al. / Accident Analysis and Prevention 51 (2013) 168–174

171

**Table 2**
Number and rate of motor vehicle fatalities by Oil and Gas Extraction Industry Establishment Size and Company Type, 2003–2009.

| | Number | Percentage | Average annual employment | Deaths per 100,000 workers per year | RR (95% CI) |
|---|---|---|---|---|---|
| *Establishment size (no. of employees)* | | | | | |
| Small (<20) | 64 | 31.7 | 65,109 | 14.0 | 4.2[a] (2.9–6.3) |
| Medium (20–99) | 50 | 24.8 | 107,544 | 6.6 | 2.0[a] (1.3–3.0) |
| Large (≥100) | 41 | 20.3 | 179,921 | 3.3 | 1.0 |
| Not reported | 47 | 23.3 | – | – | – |
| *Company type* | | | | | |
| Well-servicing company | 125 | 61.9 | 168,609 | 10.6 | 3.4[b] (2.3–5.1) |
| Drilling contractor | 47 | 23.3 | 71,482 | 9.4 | 3.0[b] (1.9–4.8) |
| Oil and gas operator | 30 | 14.9 | 138,453 | 3.1 | 1.0 |
| Total | 202 | 100.0 | 378,545[c] | 7.6 | |

Sources: Data were generated by NIOSH Alaska Pacific Regional Office with restricted access to BLS CFOI microdata; and Quarterly Census of Employment and Wages.
[a] Rate ratio significantly different from reference group (large [100+]) (*p* <.01).
[b] Rate ratio significantly different from reference group (oil and gas operator) (*p* <.0001).
[c] Total reflects a slightly higher number due to rounding.

**Table 3**
Work-related motor vehicle fatalities, private wage and salary workers,[a] United States, 2003–2009.

| Industry | NAICS code(s) | Highway transportation fatalities | Deaths per 100,000 workers per year | RR (95% CI) |
|---|---|---|---|---|
| Transportation and warehousing | 48–49 | 2692 | 9.3 | 10.4 (9.9–10.8)[b] |
| Oil and gas extraction | 211, 213111, 213112 | 202 | 7.6 | 8.5 (7.4–9.7)[b] |
| Agriculture, forestry, fishing, and hunting | 11 | 325 | 4.0 | 4.5 (4.0–5.0)[b] |
| Mining, excl. oil and gas extraction | 21, Excl. 211, 213111, and 213112 | 36 | 2.3 | 2.6 (1.8–3.6)[b] |
| Construction | 23 | 837 | 1.7 | 1.9 (1.8–2.0)[b] |
| Wholesale trade | 42 | 524 | 1.3 | 1.4 (1.3–1.6)[b] |
| Utilities | 22 | 37 | 1.0 | 1.1 (0.8–1.5) |
| Manufacturing | 31–33 | 413 | 0.4 | 0.5 (0.4–0.5)[b] |
| Retail trade | 44–45 | 404 | 0.4 | 0.4 (0.4–0.5) [b] |
| Services, excl. public administration | 51–56, 61–62, 71–72, 81 | 1483 | 0.3 | 0.4 (0.4–0.4) [b] |
| All private wage and salary workers | | 6953[a] | 0.9 | 1.0 |

Sources: Counts of highway transportation fatalities were generated by the NIOSH Division of Safety Research with restricted access to BLS CFOI microdata. Employment data for calculation of fatality rates were obtained from the Quarterly Census of Employment and Wages.
[a] Excludes self-employed, workers in a family business, volunteers, and government workers. Also excludes six fatalities of private wage and salary workers 2003–2009 who were not classified by industry.
[b] Rate ratio significantly different from reference group (all private wage and salary workers) (*p* <.0001).

The FMCSRs contain hours-of-service regulations which limit consecutive hours of driving by drivers of commercial motor vehicles[6] and specify minimum numbers of off-duty hours. However, these regulations do not apply to most pickup trucks. Many oil and gas extraction workers work 8–12 h shifts for 7–14 consecutive days (CDC, 2008). These work schedules may place them at an elevated risk of a fatigue-related crash (Williamson et al., 2011; Caruso, 2006; Dembe and Erickson, 2005). In addition, oil and gas workers often commute long distances to get to the worksite where they will spend their week(s) on duty. In some locations, workers may commute to and from a distant work site in a single day.

For vehicles specifically constructed to service oil wells, drivers' waiting time at drilling sites does not count toward total on-duty hours [49 CFR 395.1 (d) (2)] (Federal Motor Carrier Safety Administration, 2011b). The result is that although these workers

may not be exceeding the maximum number of driving hours, the length of their work shifts may be extended, thereby contributing to fatigue.

In the absence of applicable regulations, it is important for employers to target prevention efforts toward drivers of lighter vehicles such as pickup trucks through comprehensive management of vehicles and drivers. These efforts should place priority on fatigue management and the use of safety belts.

### 4.2. Lack of safety belts

Half of the workers who died were either not wearing a safety belt or were ejected from the vehicle and presumably, not belted. Using a safety belt is the single most effective measure for preventing motor-vehicle crash fatalities and serious injuries. Lap/shoulder belts, when used correctly by light-truck occupants, reduce the risk of fatal injury by 60% and moderate-to-severe injury by 65% (National Highway Traffic Safety Administration, 2007). In the U.S., the use of safety belts saved the lives of an estimated 12,713 persons aged 5 and older in 2009; another 3688 lives would have been saved if all vehicle occupants had been belted (National Highway Traffic Safety Administration, 2010).

Low levels of belt use in the oil and gas extraction industry may be in part related to the culture of the work environment. A qualitative study of worker perceptions of safety in the oil industry in Alberta, Canada found that risk taking was a fundamental characteristic of the worker and the work environment (Rothe, 2008). These workers perceived the use of a safety belt as a behavior that was dictated by the situation, such as when driving in inclement

---

[6] For regulatory purposes, commercial motor vehicles are defined as follows: (1) Combination vehicle (group A)—any combination of vehicles with a gross combination weight rating (GCWR) of 11,794 kg or more (26,001 pounds or more) provided the GVWR of the vehicle(s) being towed is in excess of 4536 kg (10,000 pounds). (2) Heavy straight vehicle (group B)—any single vehicle with a GVWR of 11,794 kg or more (26,001 pounds or more), or any such vehicle towing a vehicle not in excess of 4536 kg (10,000 pounds) GVWR. (3) Small vehicle (group C)—any single vehicle, or combination of vehicles, that meets neither the definition of group A nor that of group B as contained in this section, but that either is designed to transport 16 or more passengers including the driver, or is used in the transportation of materials found to be hazardous for the purposes of the Hazardous Materials Transportation Act and which require the motor vehicle to be placarded under the Hazardous Materials Regulations (49 CFR part 172, subpart F) [49 CFR 383.91 (a)] (Federal Motor Carrier Safety Administration, 2011a).

K.D. Retzer et al. / Accident Analysis and Prevention 51 (2013) 168–174

weather or when there were other hazardous vehicles on the road. Authors suggested that seat-belt wearing initiatives for oil workers driving on and off-work should be led by the oil industries in collaboration with local communities.

Several types of management and educational strategies have proven effective in increasing belt use in the workplace, with multiple-strategy interventions leading to greater and longer-lasting increases in use (Segui-Gomez, 2000). Successful strategies include mandatory belt-use policies, education through lecture or discussion groups, obtrusive observations (e.g., observers wearing bright-colored vests and clearly visible to drivers), individual or group incentives and pledge cards. These strategies must be supported by company leadership in order to be successful. Technology-based strategies may also hold promise for application in work settings. A small pilot test of a device that prevented drivers from shifting vehicles into gear until the safety belt was buckled led to a 40% increase in belt use among U.S. drivers of service vehicles (Van Houten et al., 2011).

Although employer policies are important for promoting belt use, patterns of use by workers may also be influenced by state specific belt-use laws. U.S. states with primary safety belt enforcement laws (i.e., where a law enforcement officer may issue a ticket for failure to use a safety belt in the absence of any other apparent traffic infraction) have higher reported rates of safety belt use than states with secondary safety belt enforcement laws. Among the states with the highest frequencies of crash fatalities among oil and gas extraction workers, Wyoming, Colorado, and Utah lacked primary enforcement laws as of December 2011, and Wyoming had the fourth-lowest percentage of belt use among all states in 2008 (67.4%) (Insurance Institute for Highway Safety, 2011; CDC, 2011b).

Although the greatest numbers of motor vehicle-related deaths of oil and gas extraction workers occurred in Texas and Wyoming, the current development of the oil fields in North Dakota and the eastern U.S. make these areas a priority for motor vehicle safety interventions as well. North Dakota has a secondary enforcement law and the lowest belt use of any state in the U.S. (59.2%), and Pennsylvania, West Virginia and Ohio (in the Marcellus Shale) have secondary enforcement laws and belt use below 80% (Insurance Institute for Highway Safety, 2011; CDC, 2011b). Public health professionals and others should continue to work toward advocating for primary enforcement laws in these states. Employer policies requiring the use of safety belts support compliance in states with and without primary enforcement laws.

In addition, rural areas, where the majority of oil and gas drilling takes place, have significantly lower reported seat belt use than do urban/suburban areas (CDC, 2011b). Moreover, for all crash fatalities in the U.S., the proportion of unbelted occupants was highest among occupants of light trucks (57.8%), the category that includes pickup trucks, the vehicle type associated with over half of oil and gas extraction worker fatalities identified in this analysis (National Highway Traffic Safety Administration, 2010).

Beginning in data year 2011, the CFOI will record information on safety belt use in its own unique data field. For the present analysis however, almost 40% of case narratives did not contain information on safety belt use. The addition of this variable to the standard CFOI data fields will be an important step toward better quantifying belt use among workers in various occupations, industries, and demographic groups.

### 4.3. Well-servicing companies, drilling contractors and small establishments

Within the oil and gas extraction industry, workers at small establishments, particularly those with fewer than 20 employees, were at higher risk than those employed at establishments with 100 or more workers. Although motor vehicle safety is usually addressed within the health, safety and environmental (HSE) units of large oil and gas companies, it is the small establishments, where fatality risk is highest, that likely do not have a dedicated HSE program or staff. Workers from well-servicing companies and drilling contractors were also at an increased risk, which may partially be accounted for by the large number of miles driven by workers in these types of companies. Government and industry organizations should work together to provide small companies, well-servicing companies, and drilling contractors with evidence-based tools and products (e.g., model fleet safety policies, educational materials) they can use to reduce highway crashes among their workers. Guidelines to assist with the development of appropriate materials are available (ANSI/ASSE, 2012; International Association of Oil and Gas Producers, 2005, 2007; NIOSH, 2004; OSHA). A few are described below.

### 4.4. Addressing motor vehicle fatalities using industry guidelines

Overall, oil and gas extraction workers were at higher risk of work-related crash fatalities than workers in any major industry group other than transportation and warehousing. A number of general and industry-specific guidelines have been developed to help oil and gas employers to manage road risk for workers, especially those not covered by truck and bus safety regulations or other occupational safety regulations. The National Institute for Occupational Safety and Health published *Work-Related Roadway Crashes: Prevention Strategies for Employers*, which presents statistics on work-related motor vehicle fatality and the steps for employers to take to protect their employees (NIOSH, 2004).

In addition, general road safety guidance for U.S. employers is provided by the American National Standards Institute (ANSI)/American Society of Safety Engineers (ASSE) Z15.1 standard, a national consensus standard titled *Safe Practices for Motor Vehicle Operations* (ANSI/ASSE, 2012). The extent to which Z15.1 has been adopted in the U.S. oil and gas extraction industry is unknown.

The International Association of Oil and Gas Producers (OGP) has released a *Land Transportation Safety Recommended Practice* for the oil and gas exploration and production industry (2005), which is based on best practices for the industry and provides tools to support implementation. The OGP recommendations advise that oil and gas operators address motor vehicle crash risk for their employees on and off drilling sites, and road safety policies cover all movement of passenger, freight and specialized vehicles operated on the company's behalf. It also advises oil and gas operators to hold their contractors to the same high level of road safety performance. The OGP recommendations are divided into the following sections: seat belts, driver trainer and qualification, in-vehicle monitoring systems, cellular telephones and communication devices, journey management plans, driving under the influence, driver fitness and alertness, vehicle specifications, and management systems. The OGP has also published a tool that assists workers in this industry to understand, recognize, and manage fatigue in the workplace (2007).

### 4.5. Study limitations

The QCEW provides estimates of average annual employment. Estimates based on full-time-equivalent employment, had they been available for the oil and gas extraction industry, would have allowed better comparisons of crash risks for oil and gas extraction workers with risk in other industries where the average employee may work fewer hours per week. In addition, calculating crash fatality rates based on the number of workers does not consider differences in exposure to motor vehicles for different worker groups. Ideally, fatality rates would be calculated using VMT. Although such estimates are available for the general population, they do not

distinguish between work and non-work VMT. If it were possible to control for exposure by calculating VMT-based rates, other modifiable factors associated with fatality risk could be better identified.

The QCEW does not provide employment estimates by age group, race, sex, occupation or length of service with the employer; therefore, presentation of these data items was limited to frequency distributions. Because QCEW estimates exclude the self-employed, family workers, and government workers, eight CFOI cases were excluded from this analysis.

For several reasons, data presented here on motor-vehicle related fatalities by establishment size should be interpreted with caution. First, establishment size was not reported for nearly a quarter of decedents; therefore, not all cases were available for the calculation of fatality rates and rate ratios by establishment size. Further, there may be some inconsistency in the reporting of establishment size in CFOI. The BLS defines an establishment as being "…typically at a single physical location and engaged in one, or predominantly one, type of economic activity" (Bureau of Labor Statistics, 2011). This definition may create ambiguity for the classification of some oil and gas extraction establishments where the establishment may not be a single location, but a regional office from which workers are assigned to multiple worksites across a fairly wide geographic area. In CFOI, it is possible that a worker may be coded in a smaller establishment size category based on the information available on the number of workers at a single location. It is also possible that CFOI data may not differentiate between employees of the various contractors at a single worksite and thus report the total number of workers present at the site, not the number of persons working for the decedent's employer. As a result, there are potential biases in the CFOI data that might lead to a worker being assigned to the wrong establishment size category. The extent to which these potential biases are present in the data is unknown.

Another study limitation is the absence of data on commuting-related fatalities. In the United States, a commuting-related crash is not included in the case definition of a work-related crash. Because of this, CFOI does not collect data on these events. Moreover, commuting-related crashes are not identified in any crash data system, including the National Highway Traffic Safety Administration's Fatality Analysis Reporting System (FARS). If commuting-related crashes were within the scope of CFOI or could be identified in FARS, and if commuting-related VMT data were available, it would be possible to ascertain the combined risks of commuting-related driving and work-related driving. These limitations are especially relevant for oil and gas extraction workers, whose work schedules may combine long hours with long commuting times. It is possible that if data on commuting-related crashes were available, there would be a greater differential between fatality rates for oil and gas extraction and other industries.

As noted earlier, information abstracted from the CFOI narrative text field should also be interpreted with caution (McKenzie et al., 2010). The CFOI narrative is based on information obtained from source documents, therefore the level of detail and quality of narrative information may vary widely from case to case. A narrative may exclude important information if it was not included in the source documents used to develop the CFOI case record. Conversely, mention of a given factor in the CFOI case record does not necessarily mean that the factor caused or contributed to the incident. It implies only that a particular factor was noted in a source document.

The length of service of the worker with their current employer was not reported in nearly 40% of the fatalities (39.6%), preventing the authors from drawing any meaningful conclusions about this subset of workers as a whole in terms of their length of service.

More data are needed to understand the factors that contribute to fatal work-related crashes in the oil and gas extraction industry

as well as in other industries. Using CFOI alone, the extent to which fatigue, distraction and other behavioral factors were involved cannot be determined. National surveillance systems based on police crash reports provide more detailed information on the circumstances and contributing factors for motor vehicle crashes. FARS collects comprehensive data on the crash, the vehicle, the driver and other persons involved. However, FARS identifies work-related fatalities only through the death certificate, which often does not fully ascertain work-related fatalities (Stout and Bell, 1991). Nor does FARS categorize fatally injured workers by industry or occupation. Linkage of datasets such as CFOI and FARS would make it possible to identify crash-specific contributing factors and more effectively target prevention programs to workers in high-risk industries.

## 5. Conclusions

Pick-up trucks are a very common type of vehicle driven by oil and gas workers. These trucks and their drivers are largely unregulated. Because they are the most common type of vehicle involved in worker deaths in the oil and gas extraction industry, efforts should be focused on increased safety for occupants of these vehicles, both through increased oversight and targeted prevention initiatives.

A large proportion of oil and gas extraction workers who died at work were not wearing their safety belts. Increasing the use of safety belts needs to be a priority for employers and industry partners as it is the most effective measure for preventing motor-vehicle crash fatality and injury. This can be accomplished through the implementation and enforcement of company policies, primary safety belt enforcement legislation, and educational methods.

Workers from small establishments, well-servicing companies, and drilling contractors are at the greatest risk for motor vehicle-related fatality. Government and industry partners should work closely with these types of companies to develop relevant educational and managerial tools that will improve motor vehicle safety for their workers.

This study demonstrates the need for increased motor vehicle safety initiatives to protect workers within the oil and gas extraction industry. Guidelines to help oil and gas extraction employers implement successful motor vehicle safety programs are available, such as the OGP's *Land Transportation Safety Recommended Practice*. OGP's recommended tools, such as in-vehicle monitoring systems and journey management programs, may help to reduce motor vehicle-related fatalities in the industry; their effectiveness in reducing risk, managing fatigue, and improving driver behavior should be further evaluated. The ANSI Z15.1 standard, *Safe Practices for Motor Vehicle Operations*, OSHA's *Guidelines for Employers to Reduce Motor Vehicle Crashes*, and NIOSH's *Work-related Roadway Crashes: Prevention Strategies for Employers* are additional tools.

## Acknowledgements

The authors would like to thank Matt Gunter and the staff at the Bureau of Labor Statistics, Census of Fatal Occupational Injuries Program for providing the data for this analysis. The authors would also like to thank Jason Burton, NIOSH, for his assistance in developing earlier drafts of this paper; and James Helmkamp, Hope Tiesman, Jennifer Lincoln, and Tim Pizatella (NIOSH), and Terry Bunn, Kentucky Injury Prevention and Research Center, for their assistance in reviewing the manuscript.

## References

ANSI/ASSE, 2012. ANSI/ASSE Z15.1-2012, Safe Practices for Motor Vehicle Operations. American National Standards Institute and American Society of Safety Engineers, New York/Des Plaines.

Bureau of Labor Statistics (BLS), 2011. Quarterly Census of Employment and Wages, Annual Averages. Department of Labor, Bureau of Labor Statistics, Washington, DC.

Bureau of Labor Statistics (BLS), 2012. Occupational Injury and Illness Classification Manual. Department of Labor, Washington, DC.

Caruso, C.C., 2006. Possible broad impacts of long work hours. Industrial Health 44 (4), 531–536.

CDC, 2008. Fatalities among oil and gas extraction workers—United States, 2003–2006. Morbidity and Mortality Weekly Report 57 (16), 429–431.

CDC, 2011a. Occupational highway transportation deaths—United States, 2003–2008. Morbidity and Mortality Weekly Report 60 (16), 497–502.

CDC, 2011b. Vital signs: Nonfatal, motor vehicle—occupant injuries (2009) and seat belt use (2008) among adults—United States. Morbidity and Mortality Weekly Report 59 (51), 1681–1686.

Dembe, A.E., Erickson, J.B., et al., 2005. The impact of overtime and long work hours on occupational injuries and illnesses: new evidence from the United States. Occupational and Environmental Medicine 62 (9), 588–597.

Federal Motor Carrier Safety Administration, 2011a. Commercial driver's license standards; requirements and penalties [49 CFR 383].

Federal Motor Carrier Safety Administration, 2011b. Hours of service of drivers [49 CFR 395].

Insurance Institute for Highway Safety, 2011. Safety Belt and Child Restraint Laws. Insurance Institute for Highway Safety, Arlington.

International Association of Oil and Gas Producers, 2005. Land Transportation Safety Recommended Practice, revision 1.1. International Association of Oil and Gas Producers, Land Transportation Safety Task Force, London.

International Association of Oil, Gas Producers, 2007. Fatigue Management in the Workplace. International Association of Oil and Gas Producers, London.

McKenzie, K., Scott, D.A., Campbell, M.A., McClure, R.J., 2010. The use of narrative text for injury surveillance research: a systematic review. Accident Analysis and Prevention 42, 354–363.

National Highway Traffic Safety Administration, 2003. The Economic Burden of Traffic Crashes on Employers: Costs by State and Industry and by Alcohol and Restraint Use. Department of Transportation, National Highway Traffic Safety Administration, Washington, DC.

National Highway Traffic Safety Administration, 2005. Traffic Safety Facts-2004 Data. Department of Transportation, National Highway Traffic Safety Administration, Washington, DC.

National Highway Traffic Safety Administration, 2007. Traffic Safety Facts-2006 Data. Department of Transportation, National Highway Traffic Safety Administration, Washington, DC.

National Highway Traffic Safety Administration, 2010. Traffic Safety Facts-2009 Data. Department of Transportation, National Highway Traffic Safety Administration, Washington, DC.

National Institute for Occupational Safety and Health, 2004. Work-Related Roadway Crashes: Prevention Strategies for Employers. Department of Health and Human Services, Centers for Disease Control and Prevention, Atlanta, GA.

Office of Management and Budget (OMB), 2010. Standard Occupational Classification Manual. National Technical Information Service, Washington, DC.

Occupational Safety and Health Administration (OSHA), Guidelines for Employers to Reduce Motor Vehicle Crashes. U.S. Department of Labor, Washington, DC.

Rothe, J.P., 2008. Oil workers and seat belt wearing behavior: the northern Alberta context. International Journal of Circumpolar Health 67 (2–3), 226–234.

Segui-Gomez, M., 2000. Evaluating worksite-based interventions that promote safety belt use. American Journal of Preventive Medicine 18 (4S), 11–22.

Stout, N., Bell, C., 1991. Effectiveness of source documents for identifying fatal occupational injuries: a synthesis of studies. American Journal of Public Health 81, 725–728.

U.S. Energy Information Administration, 2011. Annual Energy Outlook 2011. Department of Energy, Washington, DC.

Van Houten, R., Hilton, B., Schulman, R., Reagan, I., 2011. Using Haptic Feedback to Increase Seat Belt Use of Service Vehicle Drivers. National Highway Traffic Safety Administration, Washington, DC.

Williamson, A., Lombardi, D.A., Folkard, S., Stutts, J., Courtney, T.K., Connor, J.L., 2011. The link between fatigue and safety. Accident Analysis and Prevention 43 (2), 498–515.

**University of Nebraska - Lincoln**
# DigitalCommons@University of Nebraska - Lincoln

Public Health Resources                                    Public Health Resources

7-1-2013

# Occupational Exposures to Respirable Crystalline Silica During Hydraulic Fracturing

Eric J. Esswein
*National Institute for Occupational Safety and Health*, eje1@cdc.gov

Michael Breitenstein
*National Institute for Occupational Safety and Health*

John Snawder
*National Institute for Occupational Safety and Health*

Max Kiefer
*National Institute for Occupational Safety and Health*

W. Karl Sieber
*National Institute for Occupational Safety and Health*

Follow this and additional works at: http://digitalcommons.unl.edu/publichealthresources

Esswein, Eric J.; Breitenstein, Michael; Snawder, John; Kiefer, Max; and Sieber, W. Karl, "Occupational Exposures to Respirable Crystalline Silica During Hydraulic Fracturing" (2013). *Public Health Resources*. Paper 281.
http://digitalcommons.unl.edu/publichealthresources/281

This Article is brought to you for free and open access by the Public Health Resources at DigitalCommons@University of Nebraska - Lincoln. It has been accepted for inclusion in Public Health Resources by an authorized administrator of DigitalCommons@University of Nebraska - Lincoln.

*Journal of Occupational and Environmental Hygiene*, 10: 347–356
ISSN: 1545-9624 print / 1545-9632 online
DOI: 10.1080/15459624.2013.788352

# Occupational Exposures to Respirable Crystalline Silica During Hydraulic Fracturing

**Eric J. Esswein,[1] Michael Breitenstein,[2] John Snawder,[2] Max Kiefer,[1] and W. Karl Sieber[3]**

[1]National Institute for Occupational Safety and Health, Western States Office, Denver, Colorado
[2]National Institute for Occupational Safety and Health, Division of Applied Research and Technology, Cincinnati, Ohio
[3]National Institute for Occupational Safety and Health, Division of Surveillance, Hazard Evaluations and Field Studies, Cincinnati, Ohio

*This report describes a previously uncharacterized occupational health hazard: work crew exposures to respirable crystalline silica during hydraulic fracturing. Hydraulic fracturing involves high pressure injection of large volumes of water and sand, and smaller quantities of well treatment chemicals, into a gas or oil well to fracture shale or other rock formations, allowing more efficient recovery of hydrocarbons from a petroleum-bearing reservoir. Crystalline silica ("frac sand") is commonly used as a proppant to hold open cracks and fissures created by hydraulic pressure. Each stage of the process requires hundreds of thousands of pounds of quartz-containing sand; millions of pounds may be needed for all zones of a well. Mechanical handling of frac sand creates respirable crystalline silica dust, a potential exposure hazard for workers. Researchers at the National Institute for Occupational Safety and Health collected 111 personal breathing zone samples at 11 sites in five states to evaluate worker exposures to respirable crystalline silica during hydraulic fracturing. At each of the 11 sites, full-shift samples exceeded occupational health criteria (e.g., the Occupational Safety and Health Administration calculated permissible exposure limit, the NIOSH recommended exposure limit, or the ACGIH threshold limit value), in some cases, by 10 or more times the occupational health criteria. Based on these evaluations, an occupational health hazard was determined to exist for workplace exposures to crystalline silica. Seven points of dust generation were identified, including sand handling machinery and dust generated from the work site itself. Recommendations to control exposures include product substitution (when feasible), engineering controls or modifications to sand handling machinery, administrative controls, and use of personal protective equipment. To our knowledge, this represents the first systematic study of work crew exposures to crystalline silica during hydraulic fracturing. Companies that conduct hydraulic fracturing using silica sand should evaluate their operations to determine the potential for worker exposure to respirable crystalline silica and implement controls as necessary to protect workers.*

*[Supplementary materials are available for this article. Go to the publisher's online edition of* Journal of Occupational and Environmental Hygiene *for the following free supplemental resource: a file containing controls and recommendations to limit worker exposures to respirable crystalline silica at hydraulic fracturing work sites.]*

**Keywords**  completions operations, crystalline silica, hydraulic fracturing, oil and gas extraction, sand

Correspondence to: Eric J. Esswein, National Institute for Occupational Safety and Health, Western States Office, Denver Federal Center, P.O. Box 25226, Denver, CO 80225; e-mail: eje1@cdc.gov.

## INTRODUCTION

Occupational exposure to respirable crystalline silica is a well-established hazard in mining, sandblasting, foundry work, agriculture, and construction, but not for oil and gas extraction work, which includes hydraulic fracturing.[1–9] Hydraulic fracturing involves high pressure injection of large volumes of water ($\approx$95% of total volume) "proppant" ($\approx$4.5%, typically as silica sand) and lesser quantities ($\leq$1.0%) of treatment chemicals (commonly a combination of surfactants, acids, scale inhibitor, clay stabilizers, corrosion/precipitation inhibitors, pH adjusting agents, gels, gel breakers, and biocides) into hydrocarbon-bearing strata to enhance recovery of oil and gas, particularly from deep shale formations. Hydraulic fracturing creates and enhances cracks and fissures in the geology; proppant holds the fractures open, allowing more efficient and sustained flow back of gas or oil.

Also called "well stimulation," "pressure pumping," or "completions operations," hydraulic fracturing has been used since the 1940s and has increased substantially over the last 10 years with the advent of "unconventional" drilling techniques (e.g., directional and horizontal) to access oil and gas not previously feasible with vertical drilling techniques alone.

This article is a U.S. government work, and is not subject to copyright in the United States.

Although silica sand is the most commonly used proppant, aluminum pellets, sintered bauxite, man-made ceramics, and resin-coated sand can also be used depending on geological conditions.[10,11]

Onshore oil and gas extraction (well drilling, servicing, and hydraulic fracturing) falls within the jurisdiction of the Occupational Safety and Health Administration (OSHA). Workplace safety hazards (e.g., risks for fatal injuries) in the upstream oil and gas extraction industry are documented, but to our knowledge, there are few (if any) published studies of chemical exposure risks for land-based crews during hydraulic fracturing operations.[12,13] Occupational health knowledge gaps in completions operations (i.e., hydraulic fracturing) include (1) understanding which job titles have risks for chemical exposures; (2) quantifying the magnitude of exposure risks (if present) for both chemicals and minerals; and (3) understanding the relative contribution of all likely route(s) of exposure, including inhalation, dermal exposures, and ingestion.

Approximately 435,000 workers were employed in the U.S. oil and gas extraction industry in 2010, nearly half employed by well servicing companies, including companies that conduct hydraulic fracturing.[14] To evaluate possible occupational health hazards, NIOSH initiated the Field Effort to Assess Chemical Exposures in Oil and Gas Extraction Workers in 2010. The work began with observations of completions work sites; reviews of safety data sheets; and discussions with work crews, supervisors, and health and safety personnel at hydraulic fracturing sites.[15] To date, exposure assessments for respirable crystalline silica during hydraulic fracturing have been the predominant focus of the NIOSH field effort.

## Crews and Machinery

At a typical site, 10–12 Driver/Operators position and set up equipment, configure and connect piping, pressure test, then operate the equipment (e.g., sand movers, blender, and chemical trucks) required for hydraulic fracturing. Other employees operate water tanks and water transport systems, and several control on-site traffic, including sand delivery trucks and other vehicles. An additional crew includes Wire Line (typically 3–5) who configure and assemble well casing perforation tools and operate cranes to move tools and equipment into and out of the well. Operators run the diesel-driven pump trucks necessary for hydraulic fracturing and operate sand movers and blender trucks to distribute and mix proppant (e.g., sand) and liquids. Chemical Truck Operators monitor and manage delivery of the necessary well treatment additives to the blender trucks for delivery to the well. Operationally, the entire process is monitored and controlled by personnel in on-site data vehicles with real-time monitoring of aboveground and in-well parameters, including temperatures, pressures, and flow rates of liquids and proppant.

On a typical 12-hr shift, workers may operate a specific piece of machinery (e.g., sand mover, blender truck) or may operate different machines over a shift. Roving Operators,

Water Tank Operators, and Sand Coordinators/Ground Guides often work in different locations over a shift.

### Sand Use, Transport, and Delivery in Modern, Unconventional Oil and Gas Extraction

A typical unconventional gas or oil well has 12–20 stages (also called zones) that are fractured; some wells can have 40 or more stages. As stages increase, more water and proppant are required. Moving proppant along transfer belts, pneumatically filling and operating sand movers, involves displacement of hundreds of thousands of pounds of sand per stage, which creates airborne dusts at the work site.

Proppant (e.g., sand) is delivered to the well site by sand trucks (e.g., dry-bulk tractor trailers). Depending on the number of stages to be completed, delivery may consist of a single sand transfer or require serial proppant deliveries throughout the day. Sand trucks are offloaded by the Driver/Operator who connects the delivery truck to a sand holding/sand transport vehicle, hereafter called "sand mover," that uses compressed air to pump sand through fill ports on sides of sand movers; offloading takes 30 to 45 min.

Sand movers supply sand to blender trucks via a motor-driven belt assembly located beneath the mover. The assembly retracts and extends, elevates, and swings and is commonly referred to as the "dragon tail." Sand Mover Operator stations are located on top rear and side rear of the mover directly above and to the side of the dragon tail. Larger proppant loads are increasingly common, requiring multiple sand movers and a transfer or "T-belt" to convey sand between the sand mover and the blender truck. Sand Mover Operators control sand delivery by hydraulically controlling gates on the bottom of the sand mover and by manipulation of belt speed. Sand Mover Operators observe proppant being delivered into the blender hopper (or onto the T-belt) and communicate with Blender Operators and personnel in data monitoring vehicles. The intent is for the proppant to remain dry until it enters the wet section of the blender before pumping through a manifold, connection piping, and into the wellbore.

Despite differences in shape, size, color, and quality, all sand used for hydraulic fracturing consists of silicon, the second most abundant element in the earth's crust.[16] The most common crystalline form of silicon dioxide ($SiO_2$) is quartz.[16] Various types, sizes, colors, and treatments (e.g., Northern white; Texas yellow; 20/40, 40/70, and 100 mesh; plain vs. resin coated) of silica sand (typically 99% quartz) are used as the primary proppant for completions operations across the United States. Increased use and demand for silica sand proppant is expected to continue with ongoing completion operations in existing oil and gas basins and as operations increase across relatively newer, developing areas (e.g., Bakken formation in North Dakota and Niobrara in Northeast Colorado and parts of Kansas and Nebraska).[17] High-quality frac sand is typically defined as having consistent shape (sphericity), size, and compressive strength. The American Petroleum Institute (API) has developed specifications/standards (RP 56) for certain mesh sizes of frac sand.[18]

## Silica-Related Disease

Inhalation of respirable crystalline silica can cause silicosis, lung cancer, autoimmune disorders, kidney disease, and an increased risk of tuberculosis.[19–24] Although U.S. mortality statistics typically undercount silicosis cases, death certificates document that between 2000 and 2005 an average of 162 annual deaths from all occupations described silicosis as the proximal cause or a prevailing condition.[25,26]

The NIOSH recommended exposure limit (REL) for respirable crystalline silica is 0.05 milligrams of respirable silica per cubic meter of air (mg/m$^3$) as a time-weighted average (TWA) for up to a 10-hr day to reduce the risk of developing silicosis, lung cancer and other adverse health effects.[27] The ACGIH® threshold limit value (TLV®) for respirable silica (as $\alpha$ quartz) is 0.025 mg/m$^3$ TWA for up to an 8-hr workday.[28] The OSHA permissible exposure limit (PEL) for respirable dust containing silica in general industry is inversely weighted by the proportion of silica in the sampled dust and determined by the formula: $10 mg/m^3 \div (\%silica + 2)$.[29] For comparisons to the OSHA criterion, a PEL is calculated for each sample. Assuming 100% silica, the calculated PEL would be $\approx 0.10$ mg/m$^3$ as an 8-hr TWA. NIOSH recommends minimizing risks for silica exposures to workers exposed at or above the REL by substituting less hazardous materials, using engineering controls to limit exposures, and, if engineering controls cannot control exposures < REL, using respiratory protection and making medical examinations available to exposed workers.[23]

## METHODS

Exposure assessments for respirable crystalline silica were conducted for three consecutive days at 11 well sites in five states (Colorado, Texas, North Dakota, Arkansas, and Pennsylvania) from August 2010 through September 2011. Workers from 15 different job titles voluntarily participated. The purpose of the NIOSH field effort was explained to management and employees prior to sample collection; personal breathing zone (PBZ) samples were collected only on employees who agreed to participate. Workers participating on the first day were asked to participate on the two successive days of sampling, but sequential participation was not consistent at every site. After each day of sampling, NIOSH researchers discussed activities with employees and management to verify that samples were collected during typical hydraulic fracturing operations.

Full-shift (typically 12 hr) PBZ samples for respirable particulates and silica were simultaneously collected using AirChek XR 5000 (SKC Inc., Eighty Four, Pa.) personal sampling pumps connected to pre-weighed, 5-$\mu$m polyvinyl chloride filters in three-piece, 37-mm polystyrene sampling cassettes (Omega Specialty Division, SKC Inc.). The respirable fractions of dust were captured using BGI model GK2.69 cyclones (BGI Incorporated, Waltham, Mass.).[30] Sampling trains were calibrated in-line to the BGI recommended flow rate for respirable particulates at 4.2 L/min and post-calibrated with Dry Cal Defender 530 calibrators (Bios International, Butler Park, N.J.). Cyclones and cassettes were located in the worker's PBZ.

Kestrel model 4500 portable weather stations (Weather Republic, LLC, Downingtown, Pa.) were used to periodically measure temperature, relative humidity, and wind speed. Additional meteorological data were obtained from an on-line reporting service.

All samples were analyzed at an AIHA®-accredited laboratory, according to the *NIOSH Manual of Analytical Methods (NMAM)* method 0600, for gravimetric analysis of total particulates and NMAM method 7500, X-ray diffraction analysis for crystalline silica (as quartz, cristobalite, and tridymite).[31,32] For comparisons to the ACGIH TLV-TWA of 0.025 mg/m$^3$ and the NIOSH REL of 0.05 mg/m$^3$ as a TWA, calculations were made for the respirable fraction of silica alone. Numeric values reported by the laboratory for sample results between the limit of detection (LOD) and the limit of quantification (LOQ) were included in the statistical analysis of the data. If the respirable silica value was below the LOD, it was replaced by a value equal to the analytical LOD divided by the square root of 2, as described by Hornung and Reed.[33] Four samples for respirable quartz were below the LOD and included workers with job titles of Pump Truck Operator, QC Tech, and Wireline Operator.

To calculate TWA concentrations for the OSHA PEL for respirable dust containing >1% silica, percentage silica in the sample was determined by dividing the quartz results for each sample by amount of respirable dust and multiplying by 100. A PEL was calculated for each sample using the formula for general industry: $10 mg/m^3 \div (\%silica + 2)$.[29] PELs were not calculated for four samples where percentage quartz could not be determined because the respirable dust fraction was < the LOD. Sample results are expressed for the full work shift (typically 12 hr); they were not adjusted for exposures exceeding the 8-hr OSHA or TLV criteria or the 8- to 10-hr REL.

Exposure severities were calculated by dividing the exposure TWA by the occupational exposure limit (PEL, REL) and expressed as a value greater or less than unity. Severities greater than unity exceed the respective exposure criterion. To compare and express the magnitude of work crew exposures in relation to a calculated PEL or REL, severity means, geometric means (GM), standard deviations, and minimum, maximum, and median values were calculated for the 15 job titles in units of mg/m$^3$.

A one-way analysis of variance was performed to evaluate for statistical differences in mean exposures among job titles with five or more samples (e.g., Blender Operators, Hydration Unit Operators, Sand Coordinators, Sand Mover Operators, T-belt Operators, and Water Tank Operators). Statistical differences between individual job title means were determined using the least significant difference (LSD) multiple comparison test (significance level, p = 0.05). The LSD can be seen as a t-test for differences between two means using a pooled error variance.[34] Analysis of variance and LSD statistical tests were also used for overall comparisons between the different

work sites and for measured concentrations of respirable dust containing silica. All calculations were performed using SAS version 9.2 (SAS Institute Inc., Cary, N.C.).

## RESULTS

The 11 locations included geographic, topographic, climatic, altitude, and environmental diversity. Site locations included the Eagle Ford shale play in the southwest Texas desert during the summer. Two sites were in the temperate, humid deciduous forests of the Marcellus and Fayetteville shale plays of Pennsylvania and Arkansas in the spring. Seven well sites were on the arid high plains of the Denver-Julesburg (DJ) basin in Colorado in late winter and summer; one site was on the northern plains of the Bakken formation in North Dakota during late summer. Elevations ranged from approximately 300 feet to slightly more than 5000 feet above sea level.

The exposure assessments occurred at single- and multi-well site locations during single and multiple-stage completions. Typically, two or three stages were completed in a shift. The DJ Basin 1 sites in Colorado involved refracturing one zone of two different wells each day over three consecutive days, for a total of six different well locations. With the exception of the Bakken site where approximately 60% of the proppant was Black Cat (a ceramic material), silica sand was the proppant used at the other locations and included 20/40, 40/70, and 100 mesh sieve sizes. At some sites, a proportion of the total proppant load included resin-coated sand, but proportions, usage time, and volumes were not available.

## Weather

Meteorological conditions (average daily temperature and average daily low and high temperatures, sky conditions, precipitation, and wind speed) at the 11 sites are reported in Table I. Weather (wind, rain, or temperature) was never a limiting factor for site work. When it rained, rain was present for short periods, never interfering with sampling or completions operations. With exception of early to mid-morning periods, winds were typically measurable and varied, sometimes changing direction during the shift. Based on averages for the days the evaluations occurred, wind speed was in a range of 1.1–13 miles per hour (mph) at the sites. Average wind velocity and

high wind was less (in a range of 1.1–5.4, and 10 mph, respectively) for the site on the Marcellus Shale in Pennsylvania.

### Personal Breathing Zone Sampling Results

Quartz was the only silicate mineral detected; the median value was 53% and samples ranged from < LOD to 100% quartz. Figure 1 describes silica concentrations in four discrete quantiles of 90th, 75th, 50th, and 25th percentiles. At the 90th percentile, 100 samples were determined to have up to 88% or less quartz.

Distribution of airborne particulates were evaluated and determined to follow a lognormal distribution using the Shapiro-Wilk test for goodness-of-fit and normality plots.[35,36] Logarithms of measured concentrations of respirable silica were used to calculate GM and standard deviations (SD) and for all statistical tests.

Table II lists 15 job titles, number of samples for each job title, the GM and geometric standard deviation (GSD) for respirable quartz in mg/m$^3$, and minimum, maximum, and median values expressed as TWAs. Geometric means and 95% confidence intervals for respirable silica concentrations for job titles having five or more samples are presented in Figure 2. Job titles with the highest GM exposures included T-belt and Sand Mover Operators (0.327 and 0.259); workers with lower GMs included Hydration Unit and Blender Operators (0.072 and 0.091); workers with the lowest GM exposures included Sand Coordinators and Water Tank Operators (0.054 and 0.048).

After exclusion of an obvious outlier for a T-belt Operator, no statistical differences were determined for exposures to respirable dust containing silica between Sand Mover Operators and T-belt Operators. Statistically significant differences ($p \leq 0.05$) were found between T-belt Operators compared with Sand Coordinators and Water Tank Operators and also between Sand Mover Operators and Hydration Unit Operators, Blender Operators, Sand Coordinators, and Water Tank Operators. For respirable silica alone, no statistical differences were found between Sand Mover Operators and T-belt Operators but significant differences ($p \leq 0.05$) were found between Sand Mover Operators and Hydration Unit Operators, Blender Operators, Sand Coordinators, and Water Tank Operators.

Table III lists the numbers and percentages of samples collected for each of the job titles that exceeded the ACGIH TLV, the NIOSH REL, or a calculated OSHA PEL. Figure 3 shows the comparisons for arithmetic means of respirable

## TABLE I.   Meteorological Data at Six Shale Play Locations, 2010–2011

| Location | Season | °F Avg. | °F Low | °F High | Sky | Precip. (inches) | Wind Speed Avg. Range (mph) | Wind Speed High (mph) |
|---|---|---|---|---|---|---|---|---|
| Eagle Ford, Texas | Summer | 87 | 75 | 101 | Clear | 0 | 8–11 | 14–15 |
| DJ Basin #1, Colo. | Winter | 49 | 38 | 71 | Clear-partly cloudy | 0 | 1.2–10 | 15–17 |
| Fayetteville, Ark. | Spring | 62 | 53 | 75 | Cloudy | 0.83 (0–1.5) | 7–10 | 11–12 |
| Marcellus, Pa. | Spring | 74 | 63 | 92 | Cloudy-partly cloudy | 0.22 | 1.1–5.4 | 10 |
| DJ Basin #2, Colo. | Summer | 70 | 58 | 91 | Clear-partly cloudy | 0.05 | 10–13 | 15–16 |
| Bakken, N.D. | Summer | 68 | 56 | 89 | Clear-partly cloudy | 0.22–0.5 | 7–12 | 11–35 |



**FIGURE 1.** Quantiles, distribution of percent silica in PBZ samples (n = 111).

silica TWAs (mg/m³) for job titles with five or more samples and a calculated OSHA PEL used for comparison purposes in this figure based the median value of 53% silica content in the 111 samples, and the NIOSH REL value.

To compare and express the magnitude of work crew exposures in relation to OSHA PELs for respirable dust containing silica and the NIOSH REL for respirable silica alone, means of job title severities were calculated and are listed in Tables IV and V for the NIOSH REL or the OSHA PEL, respectively. Arithmetic standard deviations (ASD), minimum, maximum, and median values are also listed as these can be used for direct comparisons to occupational exposure criteria (PEL, REL and

**TABLE II.   PBZ Statistics by Job Title, Respirable Quartz TWA (mg/m³)**

| Job Title | No. of Samples | GM | GSD | Min TWA | Max TWA | Median TWA |
|---|---|---|---|---|---|---|
| Blender Operator | 16 | 0.091 | 1.266 | 0.007 | 0.485 | 0.102 |
| Chemical Truck Operator | 3 | 0.121 | 1.828 | 0.040 | 0.319 | 0.139 |
| Fueler | 2 | 0.042 | 1.225 | 0.034 | 0.051 | 0.043 |
| Hydration Unit Operator | 5 | 0.072 | 2.209 | 0.009 | 0.746 | 0.044 |
| Mechanic | 3 | 0.052 | 1.511 | 0.023 | 0.088 | 0.069 |
| Operator, Data Van | 1 | 0.043 | — | 0.043 | 0.043 | 0.043 |
| Pump Truck Operator | 1 | 0.021 | — | 0.021 | 0.021 | 0.021 |
| QC Tech | 1 | 0.013 | — | 0.013 | 0.013 | 0.013 |
| Roving Operator | 4 | 0.019 | 1.628 | 0.006 | 0.059 | 0.020 |
| Sand Coordinator | 10 | 0.054 | 1.333 | 0.017 | 0.326 | 0.061 |
| Sand Truck Driver | 1 | 0.041 | — | 0.041 | 0.041 | 0.041 |
| Sand Mover Operator | 50 | 0.259 | 1.223 | 0.007 | 2.755 | 0.381 |
| T-belt Operator | 6 | 0.327 | 2.003 | 0.015 | 2.570 | 0.453 |
| Water Tank Operator | 7 | 0.048 | 1.339 | 0.019 | 0.136 | 0.056 |
| Wireline Operator | 1 | 0.007 | — | 0.007 | 0.007 | 0.007 |
| Totals | 111 | 0.122 | 1.152 | 0.006 | 2.755 | 0.109 |

*Notes:* Titles followed by superscripts are significantly different ($p \leq 0.05$). Values not calculated for statistics where N = 1.



**FIGURE 2.** Respirable silica geometric means (mg/m$^3$) and 95% confidence intervals for job titles with 5 or more samples

TLV). Job titles with the highest mean severities included Transfer Belt and Sand Mover Operators (mean severities of 14.55 and 10.44, respectively, based on the NIOSH REL). Job titles with lowest exposures (mean severities less than one, and for samples where n > 1) included Roving Operator (0.52) and Fueler (0.85) who worked in a variety of locations at the sites or spent only short periods of time in site areas when sand was being transported on site. Job titles with exposures greater than 10 times the NIOSH REL included Sand Mover Operator (n = 19), Transfer Belt Operator (n = 2), and Hydration Unit Operator (n = 1).

*Personal Breathing Zone Respirable Silica by Job Site*

Statistically significant differences (p ≤ 0.05) in overall concentrations of respirable silica were not found between the Eagle Ford, Fayetteville shale, DJ Basin 1 and 2 sites, and Marcellus shale formations; however, all these sites (except the Eagle Ford) did differ from the Bakken formation where ceramic was the primary proppant used at that site.

Table VI lists the sites, numbers of samples collected, and percentages that exceeded the TLV, REL, or the calculated PELs. Ninety three of 111 (83.8%) of the samples exceeded the TLV, 76 (68.5%) exceeded the REL, and 57

**TABLE III.   Samples Above ACGIH TLV, NIOSH REL, or OSHA PEL**

| Job Title | ACGIH TLV | NIOSH REL | OSHA PEL | No. of Samples |
|---|---|---|---|---|
| Blender Operator | 15 (93.8%) | 13 (81.3%) | 8 (50%) | 16 |
| Chemical Truck Operator | 3 (100%) | 2 (66.7%) | 2 (66.7%) | 3 |
| Fueler | 2 (100%) | 0 | 0 | 2 |
| Hydration Unit Operator | 4 (80%) | 2 (40%) | 2 (40%) | 5 |
| Mechanic | 2 (66.7%) | 2 (66.7%) | 0 | 3 |
| Operator, Data Van | 1 (100%) | 0 | 0 | 1 |
| Pump Truck Operator | 0 | 0 | 0 | 1 |
| QC Tech | 0 | 0 | 0 | 1 |
| Roving Operator | 2 (50%) | 1 (25%) | 0 | 4 |
| Sand Coordinator | 7 (70%) | 5 (50%) | 1 (10%) | 10 |
| Sand Truck Driver | 1 (100%) | 0 | 0 | 1 |
| Sand Mover Operator | 46 (92%) | 42 (84%) | 37 (74%) | 50 |
| T-belt Operator | 5 (83.3%) | 5 (83.3%) | 5 (83.3%) | 6 |
| Water Tank Operator | 5 (71.7%) | 4 (57.1%) | 2 (28.6%) | 7 |
| Wireline Operator | 0 | 0 | 0 | 1 |
| Totals | 93 (83.8%) | 76 (68.5%) | 57 (51.4%) | 111 |



**FIGURE 3**. Comparisons of arithmetic means of TWAs (mg/m³) for job titles with five or more samples in relation to a calculated OSHA PEL (based on 53% silica) and NIOSH REL for respirable silica. Maximum values for each job title shown by diamonds at the end of dashed lines.

(51.4%) exceeded a calculated PEL for respirable dust containing silica.

### Magnitude of Full-Shift Exposures to Respirable Crystalline Silica

Silica exposures for some job titles exceeded the assigned protection factor of 10 for the half-mask, air-purifying respira-

tors most commonly used at the locations. PBZ exposures exceeding a REL or PEL by a factor of 10 or more included Sand Mover Operators, n = 19 for the REL, n = 8 for the OSHA PEL, and T-belt Operators, and n = 2 and 1 for the REL and PEL, respectively. In some cases, exposures exceeded OELs by a factor greater than 20, including Sand Mover Operator (n = 7) and T-belt Operators (n = 1) for the

**TABLE IV.  PBZ NIOSH REL Mean Severities**

| Job Title | No. of Samples | AM | ASD | Min | Max | Median |
|---|---|---|---|---|---|---|
| Blender Operator | 16 | 2.58 | 0.59 | 0.14 | 9.70 | 2.03 |
| Chemical Truck Operator | 3 | 3.32 | 1.63 | 0.80 | 6.38 | 2.78 |
| Fueler | 2 | 0.85 | 0.17 | 0.68 | 1.02 | 0.85 |
| Hydration Unit Operator | 5 | 4.28 | 2.79 | 0.18 | 14.92 | 0.88 |
| Mechanic | 3 | 1.20 | 0.39 | 0.46 | 1.76 | 1.38 |
| Operator, Data Van | 1 | 0.86 | — | 0.86 | 0.86 | 0.86 |
| Pump Truck Operator | 1 | 0.42 | — | 0.42 | 0.42 | 0.42 |
| QC Tech | 1 | 0.26 | — | 0.26 | 0.26 | 0.26 |
| Roving Operator | 4 | 0.52 | 0.24 | 0.12 | 1.18 | 0.39 |
| Sand Coordinator | 10 | 1.60 | 0.57 | 0.34 | 6.52 | 1.22 |
| Sand Truck Driver | 1 | 0.82 | — | 0.82 | 0.82 | 0.82 |
| Sand Mover Operator | 50 | 10.44 | 1.59 | 0.14 | 55.10 | 7.62 |
| T-belt Operator | 6 | 14.55 | 7.57 | 0.30 | 51.40 | 9.06 |
| Water Tank Operator | 7 | 1.23 | 0.34 | 0.38 | 2.72 | 1.12 |
| Wireline Operator | 1 | 0.14 | — | 0.14 | 0.14 | 0.14 |
| Totals | 111 | 6.45 | 0.93 | 0.12 | 55.10 | 2.18 |

*Note:* Values not calculated for samples where n = 1.

**TABLE V.   PBZ OSHA PEL Mean Severities**

| Job Title | No. of Samples | AM | ASD | Min | Max | Median |
|---|---|---|---|---|---|---|
| Blender Operator | 16 | 1.34 | 0.30 | 0.09 | 4.93 | 1.08 |
| Chemical Truck Operator | 3 | 1.70 | 0.82 | 0.45 | 3.23 | 1.41 |
| Fueler | 1 | 0.57 | — | 0.57 | 0.57 | 0.57 |
| Hydration Unit Operator | 5 | 2.19 | 1.42 | 0.09 | 7.58 | 0.4 |
| Mechanic | 3 | 0.61 | 0.20 | 0.23 | 0.90 | 0.70 |
| Operator, Data Van | 1 | 0.49 | — | 0.49 | 0.49 | 0.49 |
| Pump Truck Operator | 0 | | | | | |
| QC Tech | 1 | 0.14 | — | 0.14 | 0.14 | 0.14 |
| Roving Operator | 4 | 0.25 | 0.09 | 0.08 | 0.50 | 0.21 |
| Sand Coordinator | 10 | 0.81 | 0.27 | 0.18 | 3.10 | 0.65 |
| Sand Truck Driver | 1 | 0.41 | — | 0.41 | 0.41 | 0.41 |
| Sand Mover Operator | 50 | 5.66 | 0.86 | 0.13 | 28.71 | 4.26 |
| T-belt Operator | 6 | 7.62 | 4.05 | 0.18 | 27.39 | 4.65 |
| Water Tank Operator | 7 | 0.63 | 0.17 | 0.21 | 1.36 | 0.54 |
| Wireline Operator | 1 | 0.07 | — | 0.07 | 0.07 | 0.07 |

*Note:* Values not calculated for samples where n = 1.

NIOSH REL, and n = 3 and n = 1 for the same job titles for the OSHA calculated PEL. If the sampling results were adjusted for an extended work shift, that is, the difference between an 8-hr shift and a 12-hr work shift, the exposure severities would be 50% greater than those listed and described.

## DISCUSSION

### Sources of Silica-Containing Dust Identified at the Work Sites

Dust is visibly present during hydraulic fracturing especially when sand movers are refilled and actively operating, which is referred to as "hot loading." Workers closest to sand moving operations included T-belt and Sand Mover Operators (Figure 2), followed by Blender and Hydration Unit Operators. Direction and wind speed, as well as the configuration of the sand handling and other equipment on site, appear to influence the concentration, direction, and migration of airborne sand dusts. Predictably, when workers were near or downwind from point sources of dust generation they had greater risks for exposures than if farther away or upwind. At some sites, however equipment was configured and positioned created enclosed or restricted environments that may have limited natural dilution of airborne particulates and contributed to increased exposures to airborne dusts.

Workers less commonly observed in the immediate area of sand moving machinery included Sand Coordinators (Ground Guides), Water Tank Operators, and Chemical Truck Operators. However, in some cases, these job titles had exposures > TLV, REL, or the PEL, indicating that PBZ exposures exceeding these concentrations can occur even when workers were not in proximity to the primary source(s) of dust generation. This could be due to silica-containing environmental dust carried onto the site or dusts generated from on-site vehicular traffic.

Blender, Chemical Truck, and Hydration Unit Operators worked in both closed and open cabs on their machinery, and these job titles had exposures that exceeded OELs even when Operators reported or were observed to spend most of the day in a cab. Blender trucks typically had enclosed cabs, but none had high-efficiency particulate filtration or positive pressurization. Respirable silica concentrations for workers in

**TABLE VI.   Samples Above ACGIH TLV, NIOSH REL, or OSHA PEL**

| Site | ACGIH TLV | NIOSH REL | OSHA PEL | Total No. Samples |
|---|---|---|---|---|
| Fayetteville, Ark. | 24 (92.3%) | 19 (73.1%) | 14 (53.9%) | 26 |
| DJ Basin 1, Colo. | 16 (84.2%) | 14 (73.7%) | 12 (63.2%) | 19 |
| Eagle Ford, Texas | 5 (62.5%) | 5 (62.5%) | 4 (50.0%) | 8 |
| DJ Basin 2, Colo. | 19 (90.5%) | 14 (66.7%) | 9 (42.9%) | 21 |
| Marcellus, Pa. | 25 (92.6%) | 23 (85.2%) | 18 (66.7%) | 27 |
| Bakken, N.D. | 4 (40%) | 1 (10%) | 0 | 10 |
| Totals | 93 (83.8%) | 76 (68.5%) | 57 (51.4%) | 111 |

vehicles having doors with tight-fitting seals and conditioned environments (e.g., data vans) did not exceed the TLV, REL, or PELs, with the exception of one Operator who spent time near sand moving equipment for a portion of the day.

Seven points of dust generation were consistent at each of the 11 work sites:

(1) Dust ejected from "thief hatches" on the tops of sand movers during filling. This source contributes to exposures to Sand Mover and Blender Operators and, depending on winds, may expose workers farther away, such as Water Tank Operators.

(2) Dusts released from the sand mover belt. This point source was observed to contribute to exposures to Sand Mover Operators, especially if the wind is strong and the Operator station is on the downwind side of the machine.

(3) Dust created at the blender hopper from the momentum of falling proppant below the dragon tail can contribute to exposure to Sand Mover and Blender Operators; the area below the dragon tail can be confined due to interacting machinery (Blender, Sand Movers, the T-belt), and depending on climatic conditions, there could also be a lack of natural ventilation.

(4) Dust released from T-belts when proppant is deposited onto the belt and conveyed to the blender. Sand impacting the belt as well as rotational and vibrational movement of the belt contributes to dust generation.

(5) Dust generated as proppant leaves the end of the dragon tail. This can be a secondary contributing source for both Blender Operators (i.e., cab-based operator and the hopper-based operator or other downwind work crews).

(6) Dust ejected from fill ports of sand movers during refilling operations. An absence of caps on the fill ports contributes to silica exposures of Sand Mover Operators, Blender Operators, and Sand Truck Drivers.

(7) Dust generated by site traffic, including frictional forces from truck tires, vehicle momentum, and release of air pressure from pneumatic brakes, contributes to exposures to Sand Coordinators and Sand Truck Drivers. Dust blown onto the work site from off-site sources was also observed on several occasions and may be a small and variable contributor to work crew exposures.

## CONCLUSION

Full-shift, PBZ exposures to respirable crystalline silica is an occupational exposure hazard for workers at hydraulic fracturing sites. Quartz was the only silicate mineral identified; median percentage quartz in the 111 PBZ samples was 53%. Workplace concentrations of airborne respirable silica exceeded OELs by factors of 10, 20, or more, with Sand Mover and Transfer Belt Operators having the highest relative exposures. Although workers typically wore elastomeric half-mask, air-purifying (or filtering-facepiece style) respirators, due to the magnitude of the silica concentrations measured, half-masks may not be sufficiently protective because, in some cases, respirable crystalline silica concentrations exceeded the maximum use concentration (10 times the OEL) for that type of respirator.

Although effective engineering controls for crystalline silica are well established in other industries, controls to limit silica-containing dust generation during hydraulic fracturing are only now emerging due to the relatively recent understanding of the hazard and magnitude of exposure risks. Sand movers configured with some proposed controls (e.g., a mini-baghouse retrofit assembly, skirting and shrouding at the base of the machine and on the dragon tail, and use of caps on fill ports) are described in Figures 1 and 2 in the online supplemental material discussing controls and recommendations. At one site (Bakken formation in North Dakota) substitution of a ceramic proppant for a portion of silica sand resulted in lower overall measured silica exposures, but assessing the technical and economic feasibility of using ceramic proppant was beyond the scope of this study.

## ACKNOWLEDGMENTS

We gratefully thank the oil and gas operators and completions companies—and especially their employees—for their demonstrated leadership in occupational health and safety by agreeing to participate in the NIOSH Field Effort to Assess Chemical Exposures in Oil and Gas Workers. We extend our deep gratitude to Rick Ingram (BP, Houston, Texas, and the National Service, Transmission, Exploration & Production Safety [STEPS] Network) for his encouragement and support of the NIOSH Field Effort and his determined efforts organizing and moderating the 2012 Respirable Silica Focus Group, a recently organized effort involving the oil and gas industry, other related industries, NIOSH, and OSHA in collective discussions and actions toward rapid development and implementation of engineering, administrative, and personal protective equipment controls to increase awareness and protect completions crews from crystalline silica exposures.

In addition, we thank Kenneth Strunk, NIOSH Office of Mining Health and Safety Research, Spokane, Washington, for development of computer renderings of the NIOSH mini-bag house assembly and other controls; and Corey Campbell of the NIOSH Western States Office for her assistance with graphics.

We expressly recognize and thank Alan Echt, NIOSH Division of Applied Research and Technology; Jim Helmkamp of the NIOSH Western States Office; Dan Sharp of the NIOSH Health Effects Laboratory Division, Morgantown, West Virginia (detailed to NIOSH Western States Office); and Aaron Sussell, NIOSH, Division of Surveillance, Hazard Evaluations and Field Studies, for their reviews and thoughtful comments on preliminary drafts of the manuscript.

## DISCLAIMER

The findings and conclusions in this report are those of the authors and do not necessarily represent the views of the National Institute for Occupational Safety and Health.

## REFERENCES

1. **Amandus, H., and J. Costello:** Silicosis and lung cancer in U.S. metal miners. *Arch. Environ. Health 46*:82–89 (1991).

2. **Steenland, K., and D. Brown:** Silicosis among gold miners: Exposure-response analyses and risk assessment. *Am. J. Public Health 85*:1372–1377 (1995).

3. **Hnizdo, E., and G.K. Sluis-Cremer:** Silica exposure, silicosis, and lung cancer: A mortality study of South African gold miners. *Br. J. Ind. Med. 48*:53–60 (1991).

4. **Centers for Disease Control and Prevention (CDC):** Silicosis: Cluster in sandblasters — Texas and occupational surveillance for silicosis. *MMWR 39*(25):433–437 (1990).

5. **Froines, J.R., D.H. Wegman, and C.A. Dellenbaugh:** An approach to the characterization of silica exposure in U.S. industry. *Am. J. Ind. Med. 10*:345–361 (1986).

6. **Landrigan, P.J., M.G. Cherniack, F.A. Lewis, L.R. Catlett, and R.W. Hornung:** Silicosis in a grey iron foundry. The persistence of an ancient disease. *Scand. J. Work Environ. Health 12*(1):32–39 (1986).

7. **Rosenman, K.D., M.J. Reilly, C. Rice, V. Hertzberg, C.Y. Tseng, and H.A. Anderson:** Silicosis among foundry workers. Implication for the need to revise the OSHA standard. *Am. J. Epidemiol. 144*(9):890–900 (1996).

8. **Echt, A., W. Sieber, A. Jones, and E. Jones:** Control of silica exposure in construction: Scabbling concrete. *Appl. Occup. Environ. Hyg. 17*:809–813 (2002).

9. **Echt, A., and W.K. Sieber:** Control of silica exposure from hand tools in construction: Grinding concrete. *Appl. Occup. Environ. Hyg. 17*:457–461 (2002).

10. **Petroleum Extension Service (PETEX):** *A Dictionary for the Oil and Gas Industry,* First Edition. Austin, Texas: University of Texas at Austin, PETEX, 2005.

11. **American Petroleum Institute (API):** *API RP 19C — Measurement of Proppants Used in Hydraulic Fracturing and Gravel-Packing Operations,* First Edition. Washington, D.C.: API, 2008.

12. **Centers for Disease Control and Prevention (CDC):** "Fatalities Among Oil and Gas Extraction Workers, United States, 2003–2006." Available at http://www.cdc.gov/mmwr/preview/mmwrhtml/mm5716a3.htm?s_cid = mm5716a3_e (accessed October 19, 2012).

13. **Retzer, K.D., R.D. Hill, and G.A. Conway:** Mortality Statistics for the U.S. Upstream Industry: An Analysis of Circumstances, Trends, and Recommendations. In *Proceedings, SPE Americas E&P Health, Safety, Security, and Environmental Conference,* March 21–23, 2011, Houston, Texas. Society of Petroleum Engineers, 2011.

14. **U.S. Department of Labor, Bureau of Labor Statistics (BLS):** "Quarterly Census of Employment and Wages." Available at http://www.bls.gov/cew/ (accessed October 19, 2012).

15. **National Institute for Occupational Safety and Health (NIOSH):** "NIOSH Field Effort to Assess Chemical Exposures in Oil and Gas Workers." Available at www.cdc.gov/niosh/docs/2010–130/pdfs/2010–130.pdf (accessed June 10, 2012).

16. **Nebergall, W.H., F.C. Schmidt, and H.F. Holtzclaw:** *General Chemistry,* Fourth Edition. Lexington, Mass.: D.C. Heath and Co., 1972. p. 640.

17. **American Petroleum Institute (API):** *API/HF1, Hydraulic Fracturing Operations—Well Construction and Integrity Guidelines.* Washington, D.C.: API, 2009.

18. **American Petroleum Institute (API):** *API RP 56, Recommended Practices for Testing Sand Used in Hydraulic Fracturing Operations.* Washington, D.C.: API, 1995.

19. **Davis, G.S.:** Silica. In *Occupational and Environmental Respiratory Disease,* First Edition, P. Harber, M.B. Schenker, and J.R. Balmes (eds.). St. Louis, Mo.: Mosby Year Book, Inc., 1996. pp. 373–399.

20. **Castranova, V., D. Porter, L. Millecchia, J.Y.C. Ma, A.F. Hubbs, and A. Teass:** Effect of inhaled crystalline silica in a rat model: Time course of pulmonary reactions. *Mol. Cell. Biochem. 234/235*:177–184 (2002).

21. **Castranova V.:** From coal mine dust to quartz: Mechanisms of pulmonary pathogenicity. *Inhal. Toxicol. 12*(Suppl 3):7–14 (2000).

22. **Castranova, V., and V. Vallyathan:** Silicosis and coal workers' pneumoconiosis. *Environ. Health Perspect. 108* (Suppl 4):675–684 (2000).

23. **National Institute for Occupational Safety and Health (NIOSH):** *NIOSH Hazard Review: Health Effects of Occupational Exposure to Respirable Silica.* DHHS (NIOSH) Pub. No. 2002-129. Cincinnati, Ohio: NIOSH, 2002.

24. **National Toxicology Program (NTP):** "12th Report on Carcinogens." Available at http://ntp.niehs.nih.gov/ntp/roc/twelfth/roc12.pdf (accessed June 10, 2012).

25. **Rosenman, K.D., M.J. Reilly, and P.K. Henneberger:** Estimating the total number of newly recognized silicosis cases in the United States. *Am. J. Ind. Med. 44*:141–147 (2003).

26. **National Institute for Occupational Safety and Health (NIOSH):** "Occupational Respiratory Disease Surveillance. National Occupational Respiratory Mortality System (NORMS)." Available at http://webappa.cdc.gov/ords/norms.html (accessed June 10, 2012).

27. **National Institute for Occupational Safety and Health (NIOSH):** "NIOSH Pocket Guide to Chemical Hazards." Available at http://www.cdc.gov/niosh/npg (accessed June 11, 2012).

28. **ACGIH®:** *2012 TLVs and BEIs: Threshold Limit Values for Chemical Substances and Physical Agents and Biological Exposure Indices.* Cincinnati, Ohio: ACGIH, 2012.

29. "Air Contaminants." *Code of Federal Regulations Title 29,* 1910.1000. 2003.

30. **Kenny, L.C., and R. Gussman:** Characterization and modeling of a family of cyclone aerosol preseparators. *J. Aerosol Sci. 28*:677–688 (1996).

31. "Particulates not Otherwise Regulated, Respirable." Available at http://www.cdc.gov/niosh/docs/2003-154/pdfs/0600.pdf (accessed October 19, 2012).

32. "Silica, Crystalline, by XRD (filter redeposition)." Available at http://www.cdc.gov/niosh/docs/2003-154/pdfs/7500.pdf (accessed October 19, 2012).

33. **Hornung, R.W., and L.D. Reed:** Estimation of average concentration in the presence of nondetectable values. *Appl. Occup. Environ. Hyg. 5*:46–51 (1990).

34. **Steele, R.G.D., and J.H. Torrie:** *Principles and Procedures of Statistics with Special Reference to the Biological Sciences.* New York, N.Y.: McGraw-Hill, 1960. p. 106.

35. **Shapiro, S.S., and M.B. Wilk:** An analysis of variance test for normality. *Biometrika 52*:591–611 (1965).

36. **Chambers, J.M., W.S. Cleveland, B. Kleiner, and P.A. Tukey:** *Graphical Methods for Data Analysis.* Belmont, Calif.: Wadsworth International Group, 1983.

**Online Supplement**

## "Controls and Recommendations to Limit Worker Exposures to Respirable Crystalline Silica at Hydraulic Fracturing Work Sites"

**Engineering Controls**

Based on workplace observations of various points of dust release on sand movers, NIOSH developed two engineering controls, one at the conceptual stage and one at the proof of concept stage. The first is a series of mini-bag houses that attach to the rim of a sand mover thief hatch and exploits positive pressure generated in the sand bins by the air compressor on the sand refill truck. Dust control is achieved as a filter cake develops on the inside of the bag house fabric. The design is intended to be self-cleaning as the filter cake is sloughed as the bag house fabric expands and collapses as air pressure is pulsed at the end of bin filling. This design is intended to be a "bolt-on" retrofit control option for sand movers currently operating in the field, but also could be configured in as part of original equipment manufacturer (OEM) for new models of sand movers. Figures 1 and 2 illustrate the concept of the mini-baghouse retrofit. A second control (at the conceptual stage) is a screw auger retrofit assembly to replace the sand belt on sand mover. This control requires more extensive engineering and mechanical retrofitting to existing sand movers, but could also be included in new OEM models.

An additional active control (which may currently be in production) includes use of a hood and ductwork connected to sand mover thief hatch openings connecting to a central manifold and then to a stand-alone baghouse for dust collection. Other (passive) considerations include enclosures, specifically installation of skirting or stilling curtains along the sides of the sand mover to contain particulate emissions from the sand belt. Similarly, enclosures and shrouding can be considered along the dragon

tail with shrouding at the end of the dragon tail to limit dust emissions at the interface of transfer belts and blender hoppers. Keeping the dragon tail as close to the blender hopper or transfer belt to minimize the distance the proppant falls can reduce dust generation. Mandating the use of end caps on fill ports of sand movers is a simple and cost effective way to control silica dust ejected from this point source. Using dust control (magnesium or chloride amended water) on lease roads and at the well pad area can reduce on-site dust generation. The use of well brines is not recommended as these may contain naturally occurring radioactive materials (NORM), including isotopes of Uranium, Thorium, Radium.

NIOSH recently published *Best Practices for Dust Control in Metal/Nonmetal Mining (NIOSH Informational Circular 9521)* which discusses dust control in underground mining operations.[1] Results from this document have direct relevance in hydraulic fracturing operations. Dust suppression using water misting may be acceptable and effective if misting nozzles are located in the correct locations and fine spray, atomizing nozzles are used. A recent paper found that the use of water spray application reduced respirable silica concentrations by 69-82% in outside stone crushing mills.[2]

While this study involved a systematic approach to understanding risks for work crew exposures to respirable crystalline silica, and is believed to be substantially representative, it may not address all points of dust generation or all options for effective controls.

*Personal Protective Equipment*

Until a variety of engineering or other controls can be conceived, developed, evaluated and confirmed to be effective for controlling respirable silica exposures to hydraulic fracturing work crews, the use of respiratory protection will be required. NIOSH approved, air-purifying, elastomeric half masks and filtering-facepiece respirators with particulate efficiencies of N-95 and greater are recommended as a minimum protection when PBZ exposures can be confirmed to be less than 10 times the relevant OELs. Because some PBZ samples exceeded either the OSHA calculated PELs or the

NIOSH REL by a factor of 10 or more [the maximum use concentration (MUC) for that type of respirator], full-face, air-purifying respirators which are assigned a protection factor of 50 may need to be used in some cases. Considering the NIOSH REL of 0.05 mg/m$^3$ as a TWA, the MUC for a half face respirator would be an airborne concentration of respirable silica equivalent to 0.5 mg/m$^3$ as a TWA. In this study, respirable silica concentrations among Sand Mover and T-belt Operators notably exceeded this concentration, especially for Sand Mover Operators.

**RECOMMENDATIONS**

Conducting workplace exposure assessments to characterize work crew exposures to respirable crystalline silica is a recommended first step in understanding the scope of controls that may be needed. Employers should conduct full-shift worker exposure assessments, unless a decision is made to immediately implement controls and then reevaluate the degree of exposure hazard based on use of controls.  Since silica-containing dusts are generated from multiple locations, multiple types of controls (active and passive engineering controls, administrative and PPE) will be needed to prevent or mitigate workplace exposures.

Worker exposures to respirable crystalline silica should be controlled to the lowest concentrations achievable, certainly below calculated OSHA PELs and ideally below the NIOSH REL. Employers with workers at hydraulic fracturing worksites should focus on the traditional industrial hygiene hierarchy of controls, specifically: eliminate the hazard if possible and substitute less toxic proppant where feasible. Because engineering controls may not be completely effective, employers are encouraged to ensure that an effective respiratory protection program is in place that meets the criteria of the OSHA Respiratory Protection Standard (29 CFR 1910. 134).[2]  and consult OSHA Directive CPL 03-00-007, National Emphasis Program–Crystalline Silica, for detailed information on silica hazards, guidelines for air

sampling, guidance on calculating PELs for respirable dust containing silica, and other compliance information.[3]



**FIGURE 1.** Conceptual rendering of seven NIOSH mini bag house retrofit assemblies in place on a sand mover. Note the presence of fill port caps (in place) on the four fill nozzles below sand bins to control release of dust from this source and enclosure around dragon tail (far left side of sand mover).



**FIGURE 2**.  Conceptual rendering of staging/stilling curtains in place to control dust emissions from sand mover belt and enclosure around dragon tail.

## REFERENCES

[1] **NIOSH:** Best Practices for Dust Control in Metal/Nonmetal Mining. U.S. Department of Health and Human Services, Centers for Disease Control and Prevention, National Institute for Occupational Safety and Health, DHHS (NIOSH). Information Circular 9521. Publication No. 2010-132 (2012).

[2] **U.S. Department of Labor, OSHA:** CFR 1910.134. Personal Protective Equipment. Respiratory Protection. http://www.osha.gov/pls/oshaweb/owadisp.show_document?p_id=12716&p_table=standards Date accessed: January 25, 2013.

[3] **U.S. Department of Labor, OSHA:** OSHA Instruction, National Emphasis Program-Crystalline Silica http://www.osha.gov/pls/oshaweb/owadisp.show_document?p_table=DIRECTIVES&p_id=3790 Date accessed: January 25, 2013.

"Occupational Exposures to Respirable Crystalline Silica During Hydraulic Fracturing"

By Eric J. Esswein[1], Michael Breitenstein[2], John Snawder[2], Max Kiefer[1] and Karl Sieber[3]

[1]National Institute for Occupational Safety and Health (NIOSH), Western States Office, Denver, Colorado
[2]NIOSH, Division of Applied Research and Technology, Cincinnati, Ohio
[3]NIOSH, Division of Surveillance, Hazard Evaluations and Field Studies, Cincinnati, Ohio

*Journal of Occupational and Environmental Hygiene* – July 2013

AMERICAN JOURNAL OF INDUSTRIAL MEDICINE

Historical Perspective

# Occupational Exposures in the Oil and Gas Extraction Industry: State of the Science and Research Recommendations

Roxana Z. Witter, MD, MSPH, MS,[1]* Liliana Tenney, MPH,[1] Suzanne Clark, PhD,[2] and Lee S. Newman, MD, MA[1]

*The oil and gas extraction industry is rapidly growing due to horizontal drilling and high volume hydraulic fracturing (HVHF). This growth has provided new jobs and economic stimulus. The industry occupational fatality rate is 2.5 times higher than the construction industry and 7 times higher than general industry; however injury rates are lower than the construction industry, suggesting injuries are not being reported. Some workers are exposed to crystalline silica at hazardous levels, above occupational health standards. Other hazards (particulate, benzene, noise, radiation) exist. In this article, we review occupational fatality and injury rate data; discuss research looking at root causes of fatal injuries and hazardous exposures; review interventions aimed at improving occupational health and safety; and discuss information gaps and areas of needed research. We also describe Wyoming efforts to improve occupational safety in this industry, as a case example. Am. J. Ind. Med.   © 2014 Wiley Periodicals, Inc.*

**KEY WORDS: occupational health; occupational safety; hydraulic fracturing; oil and gas industry; silica exposure**

## INTRODUCTION

Proved oil and natural gas reserves are rapidly increasing in the U.S. Oil reserves have risen 63% and natural gas reserves 17% from 2009 to 2010, due in large part to new

[1]Department of Environmental and Occupational Health, Colorado School of Public Health, University of Colorado Denver, Aurora, Colorado
[2]School of Pharmacy, College of Health Sciences, University of Wyoming, Laramie, Wyoming

Contract grant sponsor: NIOSH Mountain and Plains Education and Research Center (partial support).
Disclosure Statement: The authors report no conflicts of interests.

*Correspondence to: Roxana Z. Witter, MD, MSPH, MS, Colorado School of Public Health, 13199 E. Montview Ave, Suite 200, Aurora, CO 80045.
E-mail: roxana.witter@ucdenver.edu

Accepted 7 February 2014
DOI 10.1002/ajim.22316. Published online in Wiley Online Library (wileyonlinelibrary.com).

© 2014 Wiley Periodicals, Inc.

accessibility to tight shale formations using horizontal drilling and high volume hydraulic fracturing (HVHF) technologies [United States Energy Information Administration, 2010, 2011, 2012, 2014a,b]. Because of the high occupational fatality rate in the oil and gas extraction industry there are concerns that the rapid growth and new technologies may increase or change the nature of hazards for oil and gas industry workers [Mode and Conway, 2008]. Therefore, a need to characterize risks, identify solutions, and discover research gaps exists so that occupational health and safety in this growing industry sector may be addressed.

In total, energy-related industries make up 5.9% of business sector GDP and 1.2% of the total share of business sector employment [World Economic Forum, 2012]. A workforce assessment conducted by the Marcellus Shale Education and Training Center found that development of a single using HVHF technologies in the Marcellus Shale region requires 420 individuals in 150 occupations.

2     Witter et al.

Calculating 260 eight-hour days annually, the first well drilled on a well pad requires 13.1 full-time equivalent (FTE) workers and subsequent wells drilled on the same pad require 9.7 FTE. Once wells are in production many fewer workers are needed: only 0.17 FTE annually, per well [Marcellus Shale Education and Training Center, 2011]. Oil and gas extraction companies can broadly be divided into operators (contracting lease owners) drilling sub-contractors, and well servicing (i.e., hydraulic fracturing) sub-contractors. These companies can also be divided by number of employees (<20), medium (20–99), and large (100+) [Bureau of Labor Statistics, 2009].

While much of the future growth of natural gas production is predicted to come from the Marcellus shale in the northeastern United States, HVHF development of gas and oil fields in the western United States (Colorado, Wyoming, New Mexico, Utah and North Dakota) has been occurring over the last 15 years [United States Energy Information Administration, 2010, 2012]. Understanding the oil and gas workforce issues in the western states, can inform future initiatives, policies and regulations that promote the health and safety of oil and gas workers throughout the US. We review what is known and unknown about the major health and safety risks specific to workers in the natural gas and oil extraction industries in this paper and discuss research needs. A brief summary is listed in Table I.

## Occupational Fatalities and Injuries

In the years 2005–2009, the occupational fatality rate of the oil and gas extraction industry was 2.5 times higher than the construction industry and 7 times higher than general industry [Bureau of Labor Statistics, 2008, 2009]. The industry's fatal injury rate is correlated with fluctuations of industry activity, as measured by the number of active drilling rigs [Baker Hughes Incorporated, 2010; Bureau of Labor Statistics, 2009; Mode and Conway, 2008; National Institute for Occupational Safety and Health, 2014a] (Fig. 1). The most common fatal events were due to highway crashes (29.3%) and being struck by an object (20.1%). When a fatal traffic accident occurred, light duty trucks were most often involved; single vehicle rollover events were most common; most fatalities were associated with lack of seat belt use [Retzer et al., 2013]. Well servicing workers were at highest risk for fatal traffic accidents. Among companies involved in oil and gas extraction, small companies had higher rates of fatal injuries than did medium and large-sized companies [National Institute for Occupational Safety and Health; Retzer et al., 2013]. Drilling contractors had higher fatality rates than well servicing companies and operators [National Institute for Occupational Safety and Health; Retzer et al., 2013] (Fig. 2). New company employees were at highest risk of a fatal injury, regardless of the length of time working in the

**TABLE I.** Major Conclusions and Research Needs

| Conclusions | Research Needs |
|---|---|
| **Safety** | **Safety** |
| High fatality rate: motor vehicle accidents are number one cause | Root cause analysis for occupational fatalities and injuries to inform industry interventions |
| Low injury rate: possibly due to underreporting | Examination of the low injury rates |
| Small companies have higher risk for fatality | Analysis of safety interventions for effectiveness |
| New employment is higher risk for fatality | Exploration safety culture successes in the industry |
| Training and safety culture are key to improving worksite safety | |
| **Health** | **Health** |
| Silica levels on worksites are often above safety and regulatory standards | Exposure assessment for a chemical hazard exposures |
| Exposure to other chemicals, including benzene, may exist | Exposure assessment for physical hazard exposures that lead to occupational illness (noise, radioactivity) |
| Exposure to noise is likely to exist | Screening and surveillance systems to assess incidence and prevalence of occupational illness |
| Expertise for high quality exposure assessment exists | Innovative industry/academic collaboration needed to conduct occupational epidemiologic studies |
| Most significant barrier to exposure assessment research is access to worksites | Effectiveness assessment of industry interventions to reduce exposures |
| Lack of occupational illness recognition, reporting and surveillance limits existing data sources for understanding impacts to occupational health | |
| Access to the workforce, workforce characteristics, and illness latency make traditional epidemiologic studies challenging | |



**FIGURE 1.** Occupational fatality rate and oil and gas extraction activity, 1993–2010.

industry: over half (53.4%), of fatal injuries occurred within 1 year of service with employer, and over one quarter (28.2%) of fatal injuries occurred within 1–5 years of service with employer [Bureau of Labor Statistics, 2009; Retzer et al., 2013] (Fig. 3). Additional hazards are associated with newer extraction methods. For instance, a 2006 fatality occurred when a worker was engulfed in sand after entering an operating sand bin [Occupational Safety and Health Administration, 2011c].

Although the oil and gas industry has had a high rate for fatalities, reported injuries are below that for construction and injury underreporting is likely [National Institute for Occupational Safety and Health, 2014a]. In the years 2005–2009, when compared to the construction industry, the oil and gas industry injuries were three-fold lower with respect to recordable, nonfatal injuries (1.2 vs. 4.0), days away from work (0.7 vs. 2.1), and injuries with job transfer or restriction (0.2 vs. 0.6) [United States Department of Commerce and United States Census Bureau, 2011]. Days away from work were due to being struck by/against object (35.8%); caught in an object, equipment, material (21.2%); falls on same/lower level (14.6%); overexertion (11.5%); exposure to harmful

substance (3.3%); slips, trips (1.3%); or other (10.6%). Of note, transportation accidents were responsible for only 2.0% of the injuries with days away from work [United States Department of Labor and Bureau of Labor Statistics, 2010]. While these data provide some insight into the causes of injury in this industry, systematic underreporting to the Bureau of Labor Statistics (BLS) is well documented and likely due to many causes [Committee on Education and Labor, 2008; Azaroff et al., 2002; Fan et al., 2006]. Further investigation into the injuries occurring in this industry is warranted.

During the period from October 2010 to September 2011, Federal OSHA conducted 141 inspections of oil and gas drilling sites (SIC 1381), resulting in 581 citations and $1,576,646 in penalties assessed. In the same period, there were 122 inspections of oil and gas field services (SIC 1389), resulting in 447 citations and $1,089,568 in penalties [Occupational Safety and Health Administration, 2011c]. For the oil and gas industry, the OSHA top 5 violations nationwide included failure to guard floor openings (1910.23); safety violations related to confined spaces (1910.146); citations under the general duty clause (5(a)



**FIGURE 2.** Occupational fatality rate by company type and establishment size, oil, and gas, 2003–2009.



**FIGURE 3.** Fatalities to oil and gas workers by length of service, 2003–2009.

(1)); electrical wiring (1910.305); and personal protective equipment (1910.132). The top health-related violations included work in confined spaces (1910.146); violations in hazard communication (1910.1200); medical services & first aid (1910.151); respiratory protection (1910.134); and injury/illness recordkeeping (1904.7) [Occupational Safety and Health Administration, 2011b]. Regarding violations of hazard communication, fifteen OSHA inspections in the drilling sector resulted in 26 citations for hazard communication standard violations and $102,719 in penalties and fourteen field services sector inspections resulted in 23 citations and $27,225 in penalties [Occupational Safety and Health Administration, 2011b].

For the same time period, OSHA Region 8 offices (covering Colorado, Wyoming, North Dakota, South Dakota, Montana, and Utah) conducted 23 inspections of the oil and gas drilling sector, issued 49 citations and assessed fines of $16,661 [Occupational Safety and Health Administration, 2011c]. The Region 8 office conducted 46 inspections of the well servicing sector, issued 49 citations, and assessed $91,971 in fines [Occupational Safety and Health Administration, 2011c]. During FY2010, the five most frequently cited paragraphs in Colorado were violations of the general duty clause (5(a)(1)); personal protective equipment (1910.132(a)); signage for confined spaces (1910.146(c)(2)); guardrails for platforms (1919.23)(e)(1); and guarding of vertical belts (1910.219(e)(3)(i)). The signage for confined spaces and hazard communication were the most frequently health related standards [Occupational Safety and Health Administration, 2011b].

## Occupational Illness

In 2010, NIOSH partnered with natural gas companies to measure worker exposure to respirable crystalline silica [National Institute for Occupational Safety and Health, 2010; Occupational Safety and Health Administration, 2012b; Esswein Eric et al., 2013]. One hundred sixteen samples were collected at 11 sites throughout the US; 47% showed silica exposures greater than the calculated OSHA PEL {10/[% Quartz + %cristobalite × 2) + % tridymite × 2) + 2]}(2008) 79% had levels greater than the NIOSH REL (0.05 mg/m$^3$); 9% were 10 or more times the OSHA PEL; and 31% were 10 or more times over the NIOSH REL [Occupational Safety and Health Administration, 2002, 2011b, 2012b, 2014b]. The NIOSH researchers identified seven primary sources of silica dust exposure during hydraulic fracturing operations, including: ejected from thief hatches on the top of sand movers; ejected from side fill ports on the sides of sand movers; generated by onsite vehicle traffic; released from transfer belt under sand movers; created when sand is moved into or agitated in blender hopper; released from transfer belts between sand mover and blender; and released from top of sand transfer belt. Several job tasks were identified as having silica exposures exceeding OSHA and NIOSH exposure limits, in particular those working near sand operations (Fig. 4). To date, however, there have not been reports of silica related disease in this workforce.

Additional research documenting occupational chemical exposures and health hazards in oil and gas workers is scarce. Two published research studies looked at radon exposure. In Algeria, radon concentrations were higher in natural gas liquids and natural gas when compared to produced water and crude oil [Hamlat et al., 2003]. Radon levels below were occupational standards in a Canadian gas processing plant [van Netten et al., 1998]. Another Canadian study found evidence of occupational exposure to benzene in a small fraction of oil and gas workers associated with certain operations such as glycol dehydrators and recommended additional task based monitoring be conducted [Verma et al.,



**FIGURE 4.** Arithmetic means, maximum values, comparisons to an OSHAL PEL, NIOSH REL.

2000]. A study found workers were exposed to lead based drilling compounds brought lead home on their work clothes to expose family members [Khan, 2011]. The only study of health outcomes identified in PubMed found workers with hydrogen sulfide exposure had an increased risk of respiratory symptoms [Hessel et al., 1997]. These reports reflect the variability of the potential contaminants associated with natural gas.

It is difficult to track the extent of occupational illness in any industry. Occupational illness is often unrecognized as work related or not reported to OSHA or the employer and is rarely claimed in the worker's compensation system. A national medical surveillance system for occupational illness fatalities comparable to the Census of Fatal Occupational Injuries (CFOI) does not exist.

The oil and gas drilling and servicing industries are generally covered by OSHA general industry standards and in some situations by the OSHA construction standards. However, these industries are exempt from four standards or parts of standards: Noise-Hearing conservation 1910.95(o); Lockout 1910.147(a)(1)(ii)(E); Process safety management 1910.119(a)(2)(ii); Benzene 1910.1028(a)(2)(iv). Health exposure data resulting from OSHA inspections, and in particular hearing conservation and benzene exposures, are limited by these exemptions [Occupational Safety and Health Administration, 2014a]. An OSHA database from the years 1984 to 2009 has limited industrial hygiene air monitoring data [Occupational Safety and Health Administration, 2011a]. For oil and gas well drilling sector there are 284 samples of a wide range of air contaminants, including hydrocarbons and silica. These data indicate that there have been some hydrocarbon overexposures and examples of silica overexposures documented in Colorado. For oil and gas field services sector there have been 786 sample analyses, documenting some overexposures to hydrocarbons as well. Exposures can occur when drilling operations are in producing formations and during servicing operations (swabbing, fracturing, open hole work, flow testing, plugging, cementing, wireline and other operations when the wellhead is under pressure) [Occupational Safety and Health Administration, 2014c].

Hydrogen sulfide can be found in natural gas (referred to as "sour gas") or can occur as a result of anaerobic bacterial digestion of organic matter during the extraction process. Hydrogen sulfide exposures can occur during well servicing, tank gauging and swabbing operations. Many companies in the industry routinely require use of personal LEL/$H_2S$ monitors and ANSI/ASSE Z390.1-2006 (R2010) hydrogen sulfide training programs. Additional OSHA recommendations to reduce $H_2S$ exposures in the natural gas industry include installing ground level tank gauges and continuous monitoring during servicing operations [Occupational Safety and Health Administration, 2006]. Data regarding the frequency of exposure to hydrogen sulfide in the oil and gas extraction worksite are not available.

There are many sources of noise exposure on the oil and gas extraction site, including diesel engines, generators, heavy equipment, mechanical brakes, draw works, radiator fans, pipe handling, and drilling. During the period of October 2010–September 2011, OSHA inspections of the oil and gas industry resulted in two citations and fines of $2,400. Inspections and citations are limited because companies involved in oil and gas well drilling and servicing are exempt from several sections of the OSHA noise standard [Occupational Safety and Health Administration, 2011c].

Industries supporting oil and gas extraction have grown in tandem with the oil and gas industry. For example, mining in the quartz-rich sandstone of the upper Mississippi River basin in Wisconsin will grow 33% over the next several years to provide sand for hydraulic fracturing operations throughout the United States [Wisconsin Department of Natural Resources, 2012] and Minnesota and Iowa have experienced similar increases in silica sand mining [Minnesota Department of Natural Resources, 2014; National Public Radio, 2011]. Sand mining occurs both on the surface and underground; occupational health hazards include silica dust, diesel exhaust and noise. Silica sand mining is regulated by Mining Safety and Health Administration (MSHA) [Mine Safety and Health Administration, 2014]. MSHA keeps detailed records of occupational injury and injury related fatalities, however, like OSHA, data related to health hazards and occupational illness are not systematically collected.

Another industry supporting oil and gas extraction is that of hauling, treatment, disposal extraction and production (E&P) waste and wastewater recycling. This waste is commonly associated with flammable, explosive and/or poisonous vapors and gases. Systematically aggregated data for this industry is difficult to obtain since the BLS data is captured in the broader North American Industry Classification System (NAICS) codes 211111 (Crude Petroleum and Natural Gas Extraction), 213112 (Support Activities for Oil and Gas Operations), and 213111 (Drilling Oil and Gas Wells). The Chemical Safety Board (CBS) has investigated numerous fatalities and injuries involving the oil and gas waste disposal industry. Important common factors in the incidents investigated by CSB were inadequate identification of hazardous nature of the materials being handled, inadequate hazard communication to workers and poor safety training for workers. [Chemical Safety Board 1998, 2003a,b, 2006]. Because this industry is inevitably growing alongside the oil and gas industry, further investigation of injury and health hazards and development of effective mitigations are important to protect these workers.

# Federal Agency and Industry Interventions

To address transportation fatalities associated with all industries, the US Department of Labor, through OSHA, has

partnered with the Department of Transportation to develop a Distracted Driving Initiative, with an initial focus is on texting and driving. [Occupational Safety and Health Administration and Department of Transportation, 2010] This initiative states that employers should prohibit any policy or practice that requires or encourages workers to text while driving and if employers fail to do so they are in violation of the OSHA act. In this context, OSHA is educating all industries, including oil and gas, about the enforcement of safe driving practices and the dangers of texting and driving. In addition, NIOSH is evaluating the effectiveness of In-Vehicle Monitoring Systems (IVMS) that record information such as speed, harsh braking and acceleration, and seat-belt use and, in some systems, provide the driver with immediate feedback and the driver's supervisor with email alerts about any unsafe driving behaviors. When properly planned and implemented, companies have seen a 50–93% reduction in motor vehicle crash rates. NIOSH is developing a guide specific to the industry: "Implementing In-Vehicle Monitoring System Program: A guide for improving driver performance in the oil and gas extraction industry" to disseminate their findings and assist companies interested in using IVMS [National Institute for Occupational Safety and Health, 2012].

The NIOSH exposure studies revealing silica as a health hazard on oil and gas extraction sites have prompted OSHA and NIOSH to issue a joint Hazard Alert to the industry. This Hazard Alert includes several recommendations to monitor and reduce silica exposures [Occupational Safety and Health Administration, 2012b]. Short-term changes that can decrease exposures include capping ports, reducing transfer heights, limiting time in high exposure areas, and wetting work areas. Equipment changes aimed at decreasing dust release, enclosing operations or workers, and replacing/ retrofitting transfer belts with screw augers can also decrease exposures. Under OSHA regulation, companies must provide proper respiratory protection and have a Respiratory Protection Program if silica exposures are above OSHA standards and companies must have a Hazard Communication Program for all potential exposures [Occupational Safety and Health Administration].

OSHA Regional Emphasis Programs (REP) for the Oil and Gas Industry are in effect in Region 3 (District of Columbia, Delaware, Maryland, Pennsylvania, Virginia, West Virginia), Region 6 (Arkansas, Louisiana, Oklahoma, and Texas), and Region 8. Under this program OSHA conducts targeted enforcement inspections of randomly selected oil and gas field exploration services and oil and gas field services employers as well as conducting inspections resulting from complaints, referrals, and accidents [Occupational Safety and Health Administration, 2010, 2011d].

A revised Hazard Communication standard, aligning chemical labeling and safety data sheets with the United Nations' Globally Harmonized System (GHS) of Classification and Labeling of Chemicals, became effective 5/12/2012, with employee training to be completed by 12/1/2013 and manufacturer compliance by 6/1/2015 [Occupational Safety and Health Administration, 2012a].

New drilling and well servicing equipment can have advanced features designed to enhance safety. Despite such improvements, safety concerns persist. For example, fatalities are most often associated with workers new to a company (not just new to an industry). Thus, even workers with previous industry experience are at an increased risk on new jobsites. Accordingly, all companies need a strong safety culture and thorough training for all new employees, regardless of previous experience [National Institute for Occupational Safety and Health].

## Occupational Injury and Illness Research Needs

The large discrepancy between occupational fatality and injury rates when compared to the construction industry suggests underreporting of injuries in the oil and gas extraction industry. Investigation of occupational injuries should focus on identification of specific causes of injuries and fatalities, as well as the causes of underreporting. Such research will guide safety interventions, provide insight into aspects of the safety culture and barriers to reporting in the industry. It will also be important to monitor the impacts of new technologies, effectiveness of safety interventions and efforts to improve safety culture. Poor safety culture was recognized as a key factor leading to the Deepwater Horizon explosion [Committee on the Analysis of Causes of the Deepwater Horizon Explosion, 2012].

In order to understand and address occupational health hazards in the oil and gas extraction industry, federal and state agencies, academic institutions and industry must collaborate to produce high quality research. Potential studies fall into two main categories: (1) exposure assessment, such as the one conducted by NIOSH looking at silica and (2) health outcomes studies. Potential health hazards may include exposures to hydrocarbons (e.g., benzene, toluene, ethylbenzene, xylene (BTEX)), diesel exhaust, fracturing chemicals (e.g., glutaraldehyde, hydrochloric acid, acetic acid, potassium hydroxide and ammonium chloride and petroleum distillates), hydrogen sulfide, natural occurring radioactive materials (NORM) including radon, heat and cold stress, and noise [National Institute for Occupational Safety and Health]. Expertise for robust exposure assessment of these health hazards exists; however, in order to obtain high quality data, access to worksites is needed. Post-intervention exposure assessment studies, evaluating industry health and safety mitigations are also needed to ensure that industry efforts to reduce hazards are effective.

Measuring occupational illness in the oil and gas extraction workforce will require long term coordinated effort from industry, government, health care providers and research institutions. Many occupational health outcomes, such as silica-related lung disorders, benzene-related hematopoietic disease and noise-induced hearing loss, involve long latency periods; workers must be followed for years before outcomes are measurable in epidemiologic studies. Researchers must develop creative study designs to follow workers and enlist the cooperation of the industry to develop new datasets. Federal agencies should develop surveillance systems for specific occupational illnesses.

Industry and NIOSH have articulated areas of health and safety concerns and have developed consensus around research needs. NIOSH and industry leaders have collaborated to create the National Occupational Research Agenda (NORA), which outlines priority safety and health issues in the oil and gas extraction industry. The NORA 5 strategic research goals include occupational fatalities, motor vehicle fatalities, contact injuries, non-fatal injuries, and chemical exposures. Industry practices and environmental hazards are likely to vary by region. For instance, hazardous weather conditions in Wyoming (ice, snow, and freezing temperatures) differ from hazardous conditions in the southeast (high temperatures and humidity); and wastewater recycling may expose workers to dangerous chemicals while disposal using deep injection wells may not involve such exposures. The longer history with directional drilling and high volume hydraulic fracturing in the Western region provides insight into the occupational hazards of this industry. However, while many of the research needs identified for the western region will be applicable to the eastern part of the United States, there may be additional research needed to identify risks and protect workers in other regions of the United States.

## CASE STUDY: THE WYOMING OIL AND GAS INDUSTRY SAFETY ALLIANCE

Wyoming has a long history of extractive and energy industries, including oil and gas extraction, drilling, production and refining. Wyoming is the largest exporter of domestic energy in the US and ranks in the top 5 for natural gas production and "proved reserves" [Surdam, 2008]. Gas drilling and HVHF occur in several basins throughout the state. Wyoming also has a high workplace fatality rate, regularly ranking in the top 10, nationally. In 2007 and 2008, Wyoming had the highest occupational fatality rate in the nation, driven in part by fatal transportation incidents in the oil and gas industry (CFOI, 2014; Retzer et al., 2013).

Wyoming can serve as a "case study" for similarly impacted rural/frontier regions, illustrating both occupational risks and collaborative strategies to mitigate these risks. Wyoming has seen value in encouraging strong alliances between industry members to create safety councils. In response to the occupational fatality statistics, in 2009 the Governor's office convened the Wyoming Workplace Fatality Prevention Task Force. Stakeholders included the major industries with high fatality rates, federal and state agencies (including NIOSH and Wyoming OSHA), safety and community organizations, education and training groups (the Mountain and Plains Education and Research Center), and others. The collaborative NIOSH-State "Alaska program" was used as a model [Conway et al., 1999]. The Task Force drew up a list of recommendations, one of which resulted in the creation of the new position of State Occupational Epidemiologist, initially housed in the Governor's office. This individual was charged with gathering data and developing initiatives to reduce occupational fatalities. The position has been maintained with a new administration, and it is now housed in the Department of Workforce Services.

An additional outcome of the Task Force was the formation, in 2010, of the Wyoming Oil & Gas Industry Safety Alliance (WOGISA), funded in part by the oil and gas industry and working in association with Wyoming OSHA and other agencies and stakeholders [Wyoming Oil and Gas Industry Safety Alliance, 2014]. WOGISA's goal is to promote a culture of safety and health improvement in the oil and gas industry by engaging members to share and discuss safety and health incidents, to develop best practices and to work with other organizations and agencies (OSHA, International Association of Drilling Contractors, American Petroleum Institute) to address specific issues [Wyoming Oil and Gas Industry Safety Alliance, 2014] WOGISA provides, at no cost, quarterly, standardized mandatory training for supervisors and group-level workers. It also conducts outreach and awareness throughout the state, hosts an annual Safety Summit (co-sponsored by Wyoming OSHA and other industry safety and related groups) [Wyoming Department of Workforce Services, 2013], and maintains a website (Wyomingsafety.org) as a resource for operators and subcontractors. Importantly, this training is open to workers from all oil and gas companies, including those from small- and medium-sized companies, which may not have extensive in-house training resources [Retzer et al., 2013]. With the backing of industry and private donations, the WOGISA executive council supports safety-oriented legislation, promotes safe driving practices, seatbelt use, and optimal use of flame-resistant clothing. WOGISA helped develop a "Stop-Work Authority" (SWA) award program to prevent accidents and near-misses. This program includes quarterly SWA WOGISA awards and the Governor's annual SWA award. WOGISA membership has increased steadily and, as of 2013, included over 900 individual members representing over 320 companies and associations. This included 31% of the oil and gas operators working in Wyoming in 2013. Membership also represented 286 other companies and associations

8      Witter et al.



**FIGURE 5.** Wyoming occupational fatalities and transportation incidents, 2003–2011.

involved directly or indirectly with the oil and gas industry in Wyoming (service, equipment, drilling, pipeline, trucking, midstream, associations and government, downstream, roustabout, training, support, media, and field construction).

In 2012, the Wyoming State Legislature developed House Bill 089 (HB0089; Workplace safety-employer assistance) aimed at promoting workplace safety and adding up to eight additional Wyoming OSHA occupational health and safety consultants. The resulting statute [Wyoming Statute §9-2-2608, 2012] directly addresses incentives and supports for workplace safety, including "Safety Contract" grants up to $10,000 for employers to enhance or implement workplace safety programs or purchase safety equipment [Wyoming House of Representatives, 2012 Budget Session]. An additional 2013 bill (House Bill 0052) aims to offer discounts up to 10% in workers compensation premiums for employers who participate in the health and safety consultation program of the Wyoming OSHA division [Wyoming House of Representatives General Session, 2013].

Occupational fatalities, including occupational transportation fatalities, have declined in Wyoming since 2008 [Bullard, 2014] (Fig. 5). It remains to be seen if this downward trend was due in part to the above initiatives, and whether the trend can be sustained. Nevertheless, the issue of workplace fatalities has now been in the forefront for several years, which may provide continued momentum for future initiatives.

## CONCLUSIONS

The oil and gas industry is rapidly expanding, providing many new jobs, but also increasing the risk for work-related fatality, injury and illness. New exposures related to the use of HVHF, as well as classic industrial safety hazards will challenge the industry to maintain a safe and healthy work environment. The industry, federal agencies and occupational health and safety researchers should work together to examine and improve health and safety for workers.

There are important topics that impact occupational safety and health in the oil and gas extraction industry that are not addressed in this paper, including important social factors such as availability of safe and affordable housing, family health and job stability, drug and substance abuse, mental health and long-term comorbidities. Further research and interventions are needed to address these health hazards associated with employment in this industry.

Political leaders should support injury and illness prevention research in the field of occupational health and safety in general and with respect to the oil and gas industry. Research partnerships between government agencies, academic research institutions and industry are essential in order to leverage research funds, improve worker health and safety, and minimize the business impact of injuries, illness and fatalities. Collaborative research approaches can benefit by (1) identification of the actual root-causes of injuries and fatalities and then (2) development of programs targeted towards the known root causes which are aimed to mitigate these causes, and (3) assessing the efficacy of mitigation programs.

## REFERENCES

Azaroff LS, Levenstein C, Wegman DH. 2002. Occupational injury and illness suveillance: Conceptual filters explain underreporting. Am J Public Health 92(9):1421–1429.

Baker Hughes Incorporated. 2010. Rotary Rig Count. Houston, TX: Baker Hughes Incorporated.

Bullard D. Wyoming Occupational Fatalities Decrease in 2011 [Internet]. Wyoming Department of Workforce Services. Available from: http://doe.state.wy.us/lmi/trends/0912/a3.htm

Bureau of Labor Statistics. 2008. Census of Fatal Occupational Injuries. Washington, DC: United States Department of Labor.

Bureau of Labor Statistics. 2009. Census of Fatal Occupational Injuries. Restricted Data under NIOSH MOU, editor. Washington, DC: United States Department of Labor.

Census of Fatal Occupational Injuries (CFOI). Fatal occupational injuries [Internet]. Casper, WY: Wyoming CFOI unit, Research & Planning. Available from: http://doe.state.wy.us/lmi/CFOI/toc.htm

Chemical Safety Board. 1998. Catastrophic vessel overpressurization. Washington, DC: Chemical Safety and Hazard Investigation Board. No. 1998-002-I-LA.

Chemical Safety Board. 2003a. Chemical Safety and Hazard Investigation Board Public Meeting. Washington, DC: Chemical Safety Board.

Chemical Safety Board. 2003b. Vapor cloud deflagration and fire. Washington, DC: U.S. Chemical Safety and Hazard Investigation Board. No. 2003-061-TX.

Chemical Safety Board. 2006. Hot work control and safe work practices at oil and gas production wells. Washington, DC: Chemical Safety and Hazard Identification Board. No. 2006-07-I-MS.

Committee on the Analysis of Causes of the Deepwater Horizon Explosion. 2012. Macondo Well Deepwater Horizon Blowout. Washington, DC: National Academy of Engineering and National Research Council.

Conway G, Lincoln J, Husberg B, Manwaring J, Klatt M, Thomas T. 1999. Alaska's model program for surveillance and prevention of occupational injury deaths. Public Health Rep 114:550–558.

Committee on Education and Labor. 2008. Hidden Tragedy: Under-reporting of Workplace Injuries and Illnesses. Education and Labor.110th Congress, editor. Washington, DC: US Government Printing Office. p. 1–55.

Esswein Eric J, Breitenstein M, Snawder J, Kiefer M, Sieber WK. 2013. Occupational exposures to respirable crystalline silica during hydraulic fracturing. J Occup Environ Hyg 10(7):347–356.

Fan JZ, Bonauto DK, Foley MP, Silverstein BA. 2006. Underreporting of work-related injury or illness to workers' compensation: individual and industry factors. J Occup Environ Med 48(9):914–922.

Hamlat MS, Kadi H, Djeffal S, Brahimi H. 2003. Radon concentrations in Algerian oil and gas industry. Appl Radiat Isot 58:125–130.

Hessel PA, Herbert A, Melenka LS, Yoshida K, Nakaza M. 1997. Lung health in relation to hydrogen sulfide exposure in oil and gas workers in Alberta, Canada. Am J Ind Med 31:554–557.

Khan F. 2011. Take home lead exposure in children of oil field workers. J Okla State Med Assoc 104:252–253.

Marcellus Shale Education and Training Center. 2011. Pennsylvania Marcellus Shale Economic Impact Study. Pennsylavania College of Technology, Penn State Extension.

Mine Safety and Health Administration. United States Department of Labor. Available from: http://www.msha.gov/

Minnesota Department of Natural Resources. Industrial Silica Sand Frequently Asked Questions and Answers [Internet]. St. Paul, MN. Available from: http://www.dnr.state.mn.us/lands_minerals/silicasand.html

Mode NA, Conway G. 2008. Fatalites among oil and gas extraction workers—United States, 2003–2006. MMWR Wkly Rep 57(16): 429–431.

National Institute for Occupational Safety and Health. 2010. NIOSH Field Effort to Assess Chemical Exposure Risks to Gas and Oil Workers. Cincinnati, OH: Department of Health and Human Services; Centers for Disease Control and Prevention.

National Institute for Occupational Safety and Health. NIOSH Program Portfolio: Oil and Gas Sector [Internet]. Atlanta, GA: Centers for Disease Control and Prevention. Available from: http://www.cdc.gov/niosh/programs/oilgas/default.html

National Institute for Occupational Safety and Health. Roughnecks, Roustabouts, and Researchers: NIOSH's Oil and Gas Extraction Safety and Health Program Protects Workers [Internet]. Centers for Disease Control and Prevention. Available from: http://www.cdc.gov/niosh/programs/oilgas/risks.html

National Public Radio. Natural Gas Extraction Creates A Boom for Sand [Internet]. Available from: http://www.npr.org/2011/08/03/138710389/gas-extraction-creates-a-boom-for-sand

Occupational Safety and Health Administration. 2002. Permissible Exposure limits for silica.

Occupational Safety and Health Administration. 2006. OSHA fact sheet: Hydrogen sulfide. In: Labor USDo editor. Washington, DC.

Occupational Safety and Health Administration. 2010. Regional Emphasis Program for the Oil and Gas Well Industry: Region 6. In: Labor USDo, editor. Dallas, TX.

Occupational Safety and Health Administration. 2011a. Chemical Exposure Health Data. Washington, DC: United States Department of Labor.

Occupational Safety and Health Administration. 2011b. Frequently Cited OSHA Standards. Washington, DC: United States Department of Labor.

Occupational Safety and Health Administration. 2011c. Inspections by SIC. Washington, DC: United States Department of Labor.

Occupational Safety and Health Administration. 2011d. Regional Emphasis Program for the Oil and Gas Industry; Region 8. In: Labor USDo, editor. Denver, CO.

Occupational Safety and Health Administration. 2012a. Hazard Commummunication Standard. In: Labor USDo editor. Washington, DC.

Occupational Safety and Health Administration. 2012b. OSHA and NIOSH issue hazard alert on ensuring workers in hydraulic fracturing operations have appropriate protections from silica exposure. Washington, DC: U.S. Department of Labor.

Occupational Safety and Health Administration. Occupational Safety and Health Standards; Occupational Noise Exposure 1910.95. In: Labor USDo, editor. Washington, DC.

Occupational Safety and Health Administration. Safety and Health Topics: Silica, Crystalline. In: Labor USDo editor. Washington, DC.

Occupational Safety and Health Administration. Oil and Gas Well Drilling and Servicing eTool [Internet]. Washington, DC: United States Department of Labor. Available from: http://www.osha.gov/SLTC/etools/oilandgas/index.html

Occupational Safety and Health Administration, Department of Transportation. 2010. OSHA's Distracted Driving Initiative. In: Labor USDo, editor. Washington, DC.

Retzer KD, Hill R, Pratt SG. 2013. Motor vehicle fatalities among oil and gas extraction workers. Accid Anal Prev 51:168–174.

Surdam RC. 2008. Wyoming energy development in the context of the global energy economy. In: Survey SoWG, editor. Cheyenne, Wyoming.

United States Department of Labor, Bureau of Labor Statistics. 2010. Occupational Injuries and Illnesses: Industry Data. Washington, DC.

United States Energy Information Administration. U.S. crude oil, natural gas, and ng liquids proved reserves [Internet]. Washington, DC: Energy Information Administration. [cited 2010]. Available from: http://www.eia.gov/naturalgas/crudeoilreserves/index.cfm

United States Energy Information Administration. Annual Energy Outlook 2011 [Internet]. Washington, DC: Energy Information Administration. 2012. Available from: http://www.eia.gov/oiaf/aeo/gas.html

United States Energy Information Administration. Annual Energy Outlook 2012 [Internet]. Washington, DC: Energy Information Adminstration. Available from: http://www.eia.gov/oiaf/aeo/tablebrowser/#release=AEO2012&subject=0-AEO2012&table=11-AEO2012&region=0-0&cases=ref2012-d020112c

United States Energy Information Administration. Frequently asked questions [Internet]. Washington, DC: Energy Information Administration. Available from: http://www.eia.gov/tools/faqs/faq.cfm?id=46&t=8

United States Energy Information Administration. Natural Gas Summary [Internet]. Washington, DC: Energy Information Administration. Available from: http://www.eia.gov/dnav/ng/ng_sum_lsum_a_EPG0_r20_Bcf_a.htm

United States Department of Commerce, United States Census Bureau. 2011. North American Industry Classification System. Washington, DC.

van Netten C, Kan K, Anderson J, Morley D. 1998. Radon-222 and gamma ray levels associated with the collection, processing, transmission, and utilization of natural gas. Am Ind Hyg Assoc J 59(9):22–628.

Verma K, Johnson DM, McLean JD. 2000. Benzene and total hydrocarbon exposures in the upstream petroleum oil and gas industry. Am Ind Hyg Assoc J 61:255–263.

Wisconsin Department of Natural Resources. Silica Sand Mining in Wisconsin [Internet]. Madison, WI: Wisconsin Department of Natural Resources. Available from: http://dnr.wi.gov/topic/Mines/Silica.html

World Economic Forum. Energy for Economic Growth Energy Vision Update 2012 [Internet]. Available from: http://www.weforum.org/reports

Wyoming Department of Workforce Services. 2013. Wyoming Safety & Workforce Summit [Internet]. Larimer, WY: Available from: http://www.wyomingworkforce.org/employers-and-businesses/osha/Pages/2013-Wyoming-Safety--Workforce-Summit.aspx

Wyoming House of Representatives. 2012. Budget Session. House Bill 0089: Workplace safety contract program.

Wyoming House of Representatives. General Session. 2013. House Bill 0052: Workplace safety initiatives.

Wyoming Oil and Gas Industry Safety Alliance. WOGISA [Internet]. Available from: http://wyomingsafety.org/

Wyoming Statute §9-2-2608. 2012. Workplace Safety Program Contract. In: Legislature WS, editor. Cheyenne, Wyoming.

# ENVIRONMENTAL Science & Technology

Critical Review

pubs.acs.org/est

# Potential Public Health Hazards, Exposures and Health Effects from Unconventional Natural Gas Development

John L. Adgate,*,† Bernard D. Goldstein,‡ and Lisa M. McKenzie†

†Colorado School of Public Health, University of Colorado Denver, 13001 E. 17th Place, Campus Box B119, Aurora, Colorado 80045, United States

‡Graduate School of Public Health, University of Pittsburgh, 130 DeSoto Street, A710 Crabtree Hall, Pittsburgh, Pennsylvania 15261, United States

**ABSTRACT:** The rapid increase in unconventional natural gas (UNG) development in the United States during the past decade has brought wells and related infrastructure closer to population centers. This review evaluates risks to public health from chemical and nonchemical stressors associated with UNG, describes likely exposure pathways and potential health effects, and identifies major uncertainties to address with future research. The most important occupational stressors include mortality, exposure to hazardous materials and increased risk of industrial accidents. For communities near development and production sites the major stressors are air pollutants, ground and surface water contamination, truck traffic and noise pollution, accidents and malfunctions, and psychosocial stress associated with community change. Despite broad public concern, no comprehensive population-based studies of the public health effects of UNG operations exist. Major uncertainties are the unknown frequency and duration of human exposure, future extent of development, potential emission control and mitigation strategies, and a paucity of baseline data to enable substantive before and after comparisons for affected populations and environmental media. Overall, the current literature suggests that research needs to address these uncertainties before we can reasonably quantify the likelihood of occurrence or magnitude of adverse health effects associated with UNG production in workers and communities.



## I. INTRODUCTION

The U.S. holds large reserves of on-shore natural gas in many regions, including but not limited to the Barnett Shale in Texas, the Denver-Julesberg Basin in Colorado, and the Marcellus Shale in the northeast.[1,2] Technological advances in directional and horizontal drilling and hydraulic fracturing (referred to herein as unconventional natural gas, UNG) have eased access to shale and tight gas reserves that were previously uneconomical to recover, resulting in a "shale gas boom" at the beginning of the 21st century.[3,4] In the U.S., the number of UNG wells rose from 18 485 in 2004 to 25 145 in 2007 and it is estimated that over 11 000 wells are hydraulically fractured each year.[5,6] As of 2011, 95% of the natural gas consumed in the U.S. was produced domestically and production is projected to increase from 23 trillion cubic feet in 2011 to 33.1 trillion cubic feet in 2040, with almost all the projected growth in UNG production.[7] The most recent worldwide estimates of natural gas reserves are 2.6−5.7 times greater than what was estimated in the 1990s.[8]

As UNG development grows, it is expected to become more common near where people live and work, increasing the likelihood of human exposure to associated pollutants and related chemical and nonchemical stressors as well as transport of pollutants to nearby cities.[1,9−13] With any fossil fuel development, there is a potential for release of air and water pollutants, physical and public safety hazards, and a range of psychosocial stressors. At present the potential risks from UNG

development are more uncertain than risks from conventional natural gas development.[1,6,10,12−19] This is because hydraulic fracturing fluid contains potentially hazardous chemicals, well fracturing requires large volumes of water and sand, and the overall process creates air pollution and large volumes of wastewater containing dissolved chemicals and contaminants of subterranean origin.[4] While unconventional technologies allow for consolidation of several wells on one well pad, multiwell pads focuses an intense industrial activity in one area for several months.[3,12] To maintain gas flows, wells may also be fractured more than once.[3,20] Because UNG development is a recent phenomena, relatively little peer-reviewed public health research exists. Nonetheless, there are potential health risks because production is rising and increasingly occurring near where people live and development is transforming both the population and character of nearby communities.[1,10,12,21] The lack of research on population health effects has led to broad public concern about the potential consequences of the UNG development process.

**Special Issue:** Understanding the Risks of Unconventional Shale Gas Development

**Received:** October 15, 2013
**Revised:** February 4, 2014
**Accepted:** February 10, 2014



**Environmental Science & Technology**

**Table 1. Relationships between Sources, Processes and Hazards That May Lead to Human Exposure, Health Effects or Population Health Effects[a]**

| | | chemical hazards | | | | | |
|---|---|---|---|---|---|---|---|
| source | process | air | ground water | surface water soil/ sediments | physical hazards | safety hazards | water scarcity hazard |
| large trucks | all | DE | | | noise, vibration | spills and accidents | |
| heavy equipment | well pad construction, drilling, and well abandonment | DE | | | noise, vibration | spills and accidents | |
| dust | well pad construction, well abandonment | PM | | | | | |
| drilling mud | drilling | DMV | DM | DM | | | |
| fracturing fluid | hydraulic fracturing, flowback | Silica, FFV | FF | FF | | spills | removes water from hydrological cycle |
| generators | drilling, hydraulic fracturing | DE | | | noise | | |
| produced water | drilling and construction, flowback | DMV, PHC | DM, PHC, IN | DM, PHC, IN | | spills | |
| drill cuttings | drilling and construction | PM, DMV, PHC | DM, PHC, IN | DM, PHC, IN | | spills | |
| flowback water | flowback | FFV, PHC | FF, PHC, IN | FF, PHC, IN | | | |
| deep injection | flowback | | | | seismic activity | | |
| gas venting | drilling, flowback, production | $CH_4$, $H_2S$, PHC | | | | accidents | |
| gas flaring pigging[b] | drilling, flowback, production | $NO_X$, $CO_2$ | | | noise | | |
| | production | $CH_4$, PHC | | | | accidents | |
| pipelines | production | $CH_4$ | | | | accidents | |
| condensate tanks | production | $CH_4$, PHC | | | | | |

[a]$CH_4$: methane; $CO_2$: carbon dioxide; **DE**: diesel emissions, including particulate matter (**PM**), nitrogen oxides ($NO_x$), polyaromatic, aliphatic, and aromatic hydrocarbons, aldehydes, and sulfur dioxides (SOx); **DM**: drilling muds, e.g., boric acid, borate salts, rubber-based oil, synthetic oil; **DMV**: drilling Muds, Volatile, e.g., rubber-based oil, synthetic oil, aluminum tristearate, choline chloride; **FF**: fracturing fluids, e.g., lauryl sulfate, guar gum and others (see Table 2); **FFV**: fracturing fluids, volatile: e.g., glutaraldehyde, ethylene glycol, methanol,, petroleum distillate; **H₂S**: hydrogen sulfide; **IN**: inorganic chemicals; barium, strontium, bromine, heavy metals, salts and NORM (naturally occurring radioactive materials); **NO_X**: nitrogen oxides; **PHC**: aromatic and aliphatic petroleum hydrocarbons. Refs: King, G.E., Hydraulic Fracturing 101: What Every Representative, Environmentalist, Regulator, Reporter, Investor, University Researcher, Neighbor and Engineer Should Know About Estimating Frac Risk and Improving Frac Performance in Unconventional Gas and Oil Wells. *SPE Hydraulic Fracturing Technology*; Woodlands, TX, 2012; Jiang, M., et al. Life cycle greenhouse gas emissions of Marcellus shale gas. *Environ. Res. Lett.*. 2011. 6(3); United States Department of Energy, *Modern Shale Gas Development in the United States: A Primer*; Oklahoma City, OK, 2009. [b]The process of using gauges to perform maintenance on gas lines without stopping the flow of gas in the pipe line.

This review takes a systems approach to exploring main sources, hazards, exposures, and potential population health effects associated with UNG development in the US. We summarize the strengths and limitations of the existing literature on exposure pathways, environmental media concentrations, and potential risks for workers and communities as well as evaluate existing and potential approaches for assessing population health effects. We also identify risk mitigation strategies and related public health research needs.

## II. HAZARDS AND SCALE OF EXPOSURES

As with any complex industrial process, UNG development is a series of steps best viewed as a system: (1) well pad and infrastructure preparation; (2) drilling and construction of well pipelines and facilities; (3) hydraulic fracturing; (4) "flow back" of gas, fracturing fluids, and produced water during well completion; and (5) subsequent connection of the well to the natural gas distribution system.[3] During the 20−30 year production life of a well petroleum byproducts are collected for sale and wastes (e.g., drilling cuttings, flowback and produced water) are treated, recycled and/or disposed offsite.

Table 1 summarizes the relationship between major sources, development processes and hazards that may lead to human exposures and health effects. In addition to the chemical, physical, and safety hazards specified in Table 1, Figure 1 outlines the major psychosocial stressors associated with UNG development that may affect the health of nearby populations.

Chemical and nonchemical stressors found in and around UNG development sites may affect both workers and communities. The overall effect of these stressors on population health depends on the hazards, exposure pathways, and temporal and spatial reach of each stressor and its impacts, which may range from the well pad to local, regional, and global scales. The key exposure pathways and health effects are governed by the rate of release, fate and transport, persistence, and frequency and duration of human contact with each stressor, as well as the human behavioral factors that increase or decrease the likelihood of exposure (Figure 1). At the well site itself, the most imminent potential public health effects are accidents and injuries to workers who may also be exposed to acute (e.g., $H_2S$) and chronic (e.g., silica) stressors.[6,22] Stressors that exert their impacts at the local scale include chemical

dx.doi.org/10.1021/es404621d | *Environ. Sci. Technol.* XXXX, XXX, XXX−XXX

**Environmental Science & Technology**

Critical Review



**Figure 1.** Allostatic load conceptual model describing community and individual level stressors and their relationship with psychosocial stress.

hazards transported offsite, such as volatile organic compounds (VOCs), diesel exhaust, fracturing fluids, and drilling and hydraulic fracturing wastes that migrate offsite through spills, leaks, or accidents (Table 1). Though there are potentially mitigating factors, such as increased tax revenue or income for leaseholders, nearby residents may complain of odors, noise, light, or psychosocial stress from declining land values or decreased housing availability.[10,23,24] The development of intracommunity differences in the perception of risk and rewards may also lead to stress in some residents.[25] Some local stressors may also be regional issues, such as water availability, ground level ozone, and water quality. At the global scale, the contribution of UNG development to methane and carbon dioxide levels in the atmosphere has broad implications for population health.[26,27]

The following sections describe existing mortality and morbidity outcomes that may stem from the major chemical, physical and psychosocial stressors that exist in and around

UNG development as well as the pathways by which these stressors may affect workers and communities.

## III. EXPOSURE PATHWAYS AND HEALTH EFFECTS

**A. Occupational.** *1. Fatalities and Injuries.* Industrial incidents, malfunctions, and worksite and traffic accidents put workers at increased risk of exposure to fires, explosions, and uncontrolled chemical releases. While there are no data specific to UNG production, data on the oil and gas industry indicate that it has a high occupational fatality rate. Between 2005 and 2009, the fatality rate was two and a half times the rate in the construction industry and 7-fold higher than the general industry rate.[22,28] Bureau of Labor Statistics data indicate that the fatality rate for oil and gas workers was more than 8-fold higher than in other occupations.[28] Nearly a third of the deaths were due to traffic accidents and single-vehicle rollovers were the most common accident type. Mortality rates are also related to the size of the company, with smaller companies having higher fatality rates compared to medium and large-sized

**Environmental Science & Technology**

operators.[29] Although the mortality rate data are aggregated across petroleum and natural gas workers, state-level data collected in Wyoming during the recent gas production boom suggest that the recent increase in natural gas development had a major impact on mortality trends. Between 2001 and 2008, Wyoming had 32 fatalities from drill rig accidents and 25 transportation-related fatalities in the oil and gas sector.[30] Wyoming also had the highest workplace fatality rate in the country in five of the six years between 2003 and 2008, and in 2010 its occupational fatality rate was three and half times the national average.[30,31] In contrast to worksite fatalities, nation-wide rates of reportable injuries in the oil and gas industry were ~3 folder lower than in the construction industry, though this may be a result of under-reporting.[16,22,28] Under-reporting would be consistent with the findings of Mendeloff and Burns (2012), who found an unexpected negative correlation between reported fatalities and nonfatal injuries in the similarly decentralized construction industry, which the authors suggest was due to under-reporting of nonfatal injuries when fatalities were high.[32]

*2. Air Pollution.* Unconventional natural gas development and production workers are at risk from air pollution exposure because they work in and around major emission sources. Air pollution from UNG development originates from (1) direct and fugitive emissions of methane and nonmethane hydrocarbons from the well and associated infrastructure (e.g., production tanks, valves, pipelines, and collection and processing facilities); (2) diesel engines that power equipment, trucks, and generators; (3) drilling muds, fracturing fluids, and flowback water; and (4) deliberate venting and flaring of gas and related petroleum products.

Hydrogen sulfide ($H_2S$), which is naturally occurring in natural gas reserves, is an explosion risk and is arguably the greatest acute toxicity hazard for natural gas workers.[33−35] Significant irritant and other central nervous system health effects occur at or above 100 ppm, and these effects gradually increase in severity with duration of exposure, with immediate death occurring at ~1000 ppm.[34] Little data exist on the frequency of occupational exposure to $H_2S$, but many companies require use of alarmed personal monitors to prevent fatalities.[16,22]

Among the hundreds of chemicals used to drill and fracture wells, silica is the most common additive to the process. Silica is also one of the key occupational hazards for workers because mechanical handing of crystalline silica, which is used as a proppant during hydraulic fracturing, creates large clouds of respirable dust.[16,36] Esswein et al.'s recent study of workers in Colorado, Texas, North Dakota, Arkansas, and Pennsylvania found that 8 h time weighted average breathing zone silica concentrations in 111 samples ranged from 0.007 mg/m$^3$ to 2.76 mg/m$^3$.[37] Nintey-three (84%) of the samples exceeded the American Conference of Industrial Hygienists threshold limit value (TLV) of 0.025 mg/m$^3$, 76 (68%) exceeded the National Institute of Occupational Safety and Health (NIOSH) recommended exposure limit (REL) of 0.05 mg/m$^3$, and 57 (51%) exceeded the Occupational and Safety Health Administration's (OSHA) current permissible exposure limit (PEL) for respirable silica-containing dust. Increasing evidence of the toxicity of silica has led OSHA to recently propose dropping its PEL to match the NIOSH REL.[38] Respirable silica can cause silicosis and lung cancer and has been associated with tuberculosis, chronic obstructive pulmonary disease (COPD), kidney disease, and autoimmune disease.[16] Exposure to silica

dust also poses a hazard to workers in industries supporting shale gas development, such as sand mining and transport.[39]

Workers also may be exposed to petroleum hydrocarbons, such as aromatics (e.g., benzene, toluene, ethyl benzene, and xylenes; hereafter BTEX) and aliphatic compounds during well development and production.[27] The health effects most often associated with benzene include acute and chronic non-lymphocytic leukemia, acute myeloid leukemia, chronic lymphocytic leukemia, non-Hodgkins lymphoma, anemia and other blood disorders and immunological effects.[40,41] Occupational exposure to petroleum compounds is also associated with increased risk of eye irritation and headaches, asthma symptoms, and multiple myeloma and non-Hodgkins lymphoma.[42−47] Many of the common petroleum hydrocarbons measured in and around UNG sites, such as BTEX, have robust toxicity databases and health-based standards, while toxicity information for others, such as heptane, octane, and diethylbenzene, is more limited, thereby hampering the assessment of risks for these compounds.[48]

We found no published studies on exposures of UNG workers to other compounds used on site, though there are potential exposures from vaporization or aerosolization of drilling muds and hydraulic fracturing fluids that contain a range of neurological, respiratory and skin toxicants.[14,49−51] Workers are also exposed to diesel exhaust emitted from trucks and generators used to power operations. While diesel exhaust emissions vary by engine type and controls, exposure to diesel exhaust in other industries is associated with respiratory and cardiovascular disease.[52−54] The International Agency for Research on Cancer has classified diesel exhaust as a human carcinogen, while U.S. EPA classifies it as likely to be carcinogenic in humans.[41,55]

There is relatively little published research on other occupational stressors associated with UNG development, such as particulate matter from diesel engines or other combustion sources. Noise exposure is a significant hazard due to the presence of multiple sources, including heavy equipment, compressors, and diesel powered generators. Loud continuous noise has health effects in working populations.[56] It is likely that exposure to noise is substantial for many workers, and this is potentially important for health because drilling and servicing operations are exempt from some sections of the OSHA noise standard.[22] In addition to these direct exposures, peri-occupational issues, such as incidents of childhood lead poisoning from "take home" exposure to pipe dope on work clothes, increased rates of sexually transmitted infections, and steep increases in the demand for and price of rental housing are all adverse outcomes related to the rapid increase in the workforce in locales where development is occurring.[10,23,51] These work and life issues are addressed in greater depth in the Community effects section.

**B. Community.** While workers may be exposed to a wide range of hazards during well development, residents and community members living, attending school and working adjacent to UNG development sites may experience many of the same chemical or physical exposures. Although concentrations in the environment are likely lower further from development sites, the round-the-clock development cycle means that cumulative exposures may be of concern for people living near UNG development activities.

*1. Accidents and Injuries.* Reports to state agencies indicate that traffic and industrial accidents occur in the course of UNG development and operations.[23,57,58] Increased truck traffic in

residential areas raises the likelihood for traffic accidents and may decrease residents walking and exercising in areas of development.[12] The average multistage well can require hundreds to more than a 1000 truck round trips to deliver equipment (e.g., bulldozers, graders, pipe), chemicals, sand, and water needed for well development and fracturing.[13,59] Truck counts in Bradford County, PA, for example, were approximately 40% higher than a comparable 5-year average prior to UNG development, with a proportional increase in accidents involving large trucks. [59] Preliminary analysis of data from the Pennsylvania Department of Transportation's Crash Reporting System indicates a significant increase in the number of total accidents and accidents involving heavy trucks between 1997 and 2011 in counties with a relatively large degree of shale gas development compared to counties with no development.[58] Similarly, the Texas Department of Transportation noted a 40% increase in reported fatal motor vehicle accidents from 2008 to 2011 in 20 Eagle Ford Shale counties.[57] Additional research on the impact of increased truck traffic on residential accident and fatality rates is needed.

While not extensively addressed in the peer-reviewed literature, industrial accidents and natural disasters involving well infrastructure and pipelines may put nearby residents at increased risk of exposure to fires, explosions and hazardous chemicals, which is a concern in many communities.[23] The September 2013 catastrophic flood in northeastern Colorado, for example, resulted in 13 notable releases of oil, totaling 43 134 gallons, and 17 releases of produced water, totaling 26 385 gallons.[60] The limited monitoring conducted after the flood indicated that the releases were extensively diluted to concentrations below detection limits by the large volumes of floodwater, and that bacterial contamination of water supplies due to nonfunctional water treatment plants was likely a bigger public health concern than spills originating from petroleum development infrastructure.[61]

*2. Air Pollution.* Increased traffic from industrial operations can degrade air quality due to diesel exhaust, road dust, and nitrogen oxides (NOx) (Table 1). In addition to traffic-related pollutants, people living near UNG development sites may be exposed to VOCs, silica, and other chemicals used during fracturing and well completion as well as fugitive emissions of VOCs from pipes and valves. While there are few studies characterizing the emission and distribution of pollutants from well pads, there are many documented instances of odor complaints and increased air concentrations of VOCs and other compounds at or near well pads during development.[25,62,63] People living within $1/2$ mile of a multiwell pad complained of odors during well completions in Garfield County, CO, and 81% of respondents to a self-reporting survey in active shale gas development areas in Pennsylvania reported odors.[15,62] Hydrogen sulfide has a very low odor threshold and a 10 h half-life, so it may be responsible for some odor complaints.[34]

Pilot studies in Colorado's Piceance Basin, Pennsylvania's Marcellus, and Texas's Barnett Shale indicate that VOCs, including C2−C8 alkanes, aromatic hydrocarbons, methyl mercaptan, and carbon disulfide, are emitted during well completions as well as from compressors, condensate storage tanks and related infrastructure.[17,64−66] Natural gas development may be the primary source of ambient benzene concentrations in the Dallas Fort Worth Area and Garfield County, CO.[17,67] One of the few community pollution studies with near-well pad measurements during well completion found that VOCs were detected more often and at higher concentrations compared to regional ambient air samples.[15] In that study, benzene concentrations ranged from 0.94 to 69 $\mu g/m^3$ and the $C_5$ to $C_8$ aliphatic hydrocarbon concentrations ranged from 24 to 2700 $\mu g/m^3$ in 24 samples collected 130 to 500 feet from the center of five well pads in western Colorado during the high-emission period of uncontrolled flowback. A second study in western Colorado collected 24 h integrated air samples 0.7 miles from a well pad and found that emissions were higher during drilling compared to levels found during a closed loop ("green") completion.[36] A study in eastern Colorado collected 36, 3 h integrated air samples during morning hours at 850 and 1650 feet from a well pad during a green completion.[68] Benzene concentrations ranged from 0.73 to 2.06 $\mu g/m^3$, and the highest toluene and speciated nonmethane organic carbon concentrations were observed when multiple trucks were at the well pad.[69] In addition to these three studies, regional scale air quality studies suggest that oil and gas operations are a significant source of ambient benzene and alkanes on the northern Colorado Front Range.[70,71]

Studies in Texas, Oklahoma, and Colorado have attributed emissions of light alkanes from oil and gas development to the formation and transport of ozone to nearby urban areas.[70−72] Ground level ozone concentrations in the Haynesville Shale region of East Texas and Louisiana are projected to increase by up to 9 and 17 ppb under low- and high-emission scenarios, respectively. The area affected by high ozone levels under the high-emission scenario is twice that of the low-emission scenario.[73] Increases in ozone levels in either scenario are sufficient to push some counties in the study area beyond the current U.S. EPA 8 h National Ambient Air Quality Standard (NAAQS) for ozone (75 ppb). Monitoring in the Dallas Fort Worth area indicates that decreases in mean annual 8 h ozone concentrations from 1997 to 2011, which coincided with dramatic increases in the number of shale gas wells after about 2007.[65] Additional study is needed to determine if this trend is attributable to decreasing emissions from unconventional gas development or if controls on other sources of VOCs are responsible for the observed change.[74,75] A modeling study of the Barnett Shale region of Texas predicts that VOC emissions associated with compressor engines and NOx emissions from flaring natural gas could increase peak 1 h ozone concentrations by up to 3 ppb and 8 h concentrations by several ppb.[76] A group at Rand Corporation has developed estimates of air emissions from operations related to the shale gas industry in Pennsylvania and utilized an EPA model to monetize estimated health effects. Their region-wide estimate of damages was $7.2−35 million in 2011. Of note is that aggregate NOx emissions in some counties were 20−40 times higher than allowable for a single minor source.[77] Researchers in Colorado are conducting comprehensive studies designed to characterize shale gas emissions, with results expected in 2014 and 2015.[78]

Winter ozone concentrations above the 8 h NAAQS were observed in relatively remote areas in Utah's Uintah Basin and Wyoming's Upper Green River Basin in recent years.[79−81] Peak ozone concentrations reached 149 ppb and 8 h averages reached 134.6 ppb in the Uintah basin, and emissions inventories indicate that oil and gas operations were responsible for 98−99% of the VOCs and 57−61% of the NOx ozone precursors.[82] In the Upper Green River Basin, photolytic ozone production resulted in peak ozone concentrations >140 ppb when NOx and VOCs from the production of UNG become trapped at the surface by intense, shallow temperature

inversions.[80] A modeling study indicates that wintertime ozone production in this region is most sensitive to VOC emissions, suggesting that emission controls on UNG development will likely play an important part in addressing concerns about elevated ozone.[83]

The recent Allen et al. study examining methane releases during the drilling cycle of cooperating industries in different areas of the United States is also pertinent to community air pollution.[84] The study observed a very wide range of total methane emissions as well as a wide range in the rate of release for wells right next to each other that were developed by the same company. Methane emissions during the flowback period ranged from 0.01 to 17 Mg, and the rate of methane emissions during an uploading event varied by about 100-fold. While the authors did not measure BTEX or other VOCs, it is likely that the same degree of variability would be expected for these compounds assuming they are emitted with the measured methane. The work of Allen et al. suggests that local hot spots of both methane and possibly nonmethane air pollutants exist. As not all companies or production areas have cooperated with methane emission measurements, and as emission control practices vary across the industry, there is legitimate concern that local air pollution may produce adverse effects in individuals who live near the high emitting sites or processes.[85]

Apart from the direct effects of these pollutants on human health, UNG development also has the potential to positively or negatively affect global climate. Burning natural gas is far more energy-efficient than burning other fossil fuels, particularly coal, and results in lower emissions of carbon dioxide.[86] Methane itself is a potent greenhouse gas and any released to the atmosphere that otherwise would be locked up underground contributes to global climate change. Direct methane emissions occur during drilling and well completion, and fugitive methane emissions occur along pipelines, valves, and other related infrastructure. Although controversial, the emerging consensus in the scientific literature is that the advantage conferred by burning natural gas is a net benefit compared to burning coal, even considering methane losses to the atmosphere from UNG production.[70,84,87−93] Any further reduction in direct and fugitive methane emissions would be a further net benefit if natural gas permanently replaces coal that otherwise would be produced and burned.

*3. Water Pollution.* Intense public interest has been focused on possible contamination of drinking water sources with hydraulic fracturing chemicals and other pollutants associated with drilling and production (Tables 1 and 2). Potential pathways of surface and groundwater contamination from UNG development are transportation spills, well casing leaks, migration through fractured rock, abandoned wells, drilling site discharge, and wastewater disposal.[94]

The existing scientific literature has limited information indicating that UNG development may contaminate domestic ground or surface water supplies for individuals or communities.[19,95] Direct attribution of contamination from the fracturing process is hindered by lack of baseline data, the widespread presence of methane and petroleum byproducts in many gas-bearing basins, and nondisclosure agreements that limit the reporting of contamination after legal settlements.[1,3,96] Current scientific consensus is that accidents and malfunctions, such as well blowouts, leaking casings, and spills of drilling fluids or wastewater, are more likely to contaminate surface and groundwater supplies than the process of high-volume hydraulic fracturing itself.[19,94]

**Table 2. Types of Additive, Example Chemicals, And Their Purpose in the Hydraulic Fracturing Process**[a]

| additive | example chemical | purpose |
|---|---|---|
| acid | hydrochloric or muriatic acid | helps dissolve minerals and initiate cracks in the rock |
| antibacterial agent | glutaraldehyde | eliminates bacteria in the water that produces corrosive byproducts |
| breaker | ammonium persulfate | allows a delayed break down of the fracturing gel |
| clay stabilizer | potassium chloride | brine carrier fluid |
| corrosion inhibitor | n,n-dimethyl formamide | prevents corrosion of pipes |
| cross-linker | borate salts | maintains fluid viscosity |
| defoamer | polyglycol | lowers surface tension and allows gas escape |
| foamer | acetic acid (with NH$_4$ and NaNO$_2$) | reduces fluid volume and improves proppant carrying capacity |
| friction reducer | petroleum distillate | minimizes friction in pipes |
| gel gular gum | hydroxyethyl cellulose | helps suspend the sand in water |
| iron control | citric acid | prevents precipitation of metal oxides |
| oxygen scavenger | ammonium bisulfate | maintains integrity of steel casing of wellbore; protects pipes from corrosion by removing oxygen from fluid |
| pH adjusting agent | sodium or potassium carbonate | adjusts and controls pH of the fluid |
| proppant | silica, sometimes ceramic particles | holds open (props) fractures to allow gas to escape from shale |
| scale inhibitor | ethylene glycol | reduces scale deposits in pipe |
| solvents | stoddard solvent, various aromatic hydrocarbons | improve fluid wettability or ability to maintain contact between the fluid and the pipes |
| surfactant | isopropanol | increases viscosity of the fracturing fluids and prevents emulsions |

[a]Sources: Colborn, T., et al. Natural Gas Operations from a Public Health Perspective. *Human and Ecological Risk Assessment: An International Journal.* 2011. 17(5): p. 1039−1056; Earthworks. *Hydraulic Fracturing 101.* 2011 [cited 2012 Jan 11] Available from: http://www.earthworksaction.org/issues/detail/hydraulic_fracturing_101; Encana Corporation. Chemical use. [cited 2013 Sep 25] Available from: http://www.encana.com/environment/water/fracturing/chemical-use.html; EnergyIndustryPhotos. What is Hydraulic Fracturing and What is it Used for? . 2008 [cited 2012 Jan 11] Available from: http://www.energyindustryphotos.com/what_is_hydraulic_fracturing.htm; King, G.E., Hydraulic Fracturing 101: What Every Representative, Environmentalist, Regulator, Reporter, Investor, University Researcher, Neighbor and Engineer Should Know About Estimating Frac Risk and Improving Frac Performance in Unconventional Gas and Oil Wells. *SPE Hydraulic Fracturing Technology*; Woodlands, TX, 2012; Jiang, M., et al. Life cycle greenhouse gas emissions of Marcellus shale gas. *Environ. Res. Lett.* 2011. 6(3); United States Department of Energy, *Modern Shale Gas Development in the United States: A Primer*; Oklahoma City, OK, 2009.

Aside from accidents and malfunctions, the evidence for contamination of groundwater wells with methane, fracturing chemicals, or other process wastes is mixed.[97−100] EPA studies in Pavilion, Wyoming, and Dimmick, Pennsylvania that have suggested associations between UNG development and drinking water contamination are controversial because of uncertainties about whether the chemicals present in these aquifers are there as a result of the hydraulic fracturing process.[96,101,102] Residents of both towns have been provided replacement drinking water by authorities.[101] An extensive report by the Ground Water Protection Council exploring drinking water contamination from UNG development in Texas and Ohio found evidence of leakage from orphaned wells

and disposal pits, but no evidence of contamination from site preparation or the well stimulation process.[85] Osborn et al. used a convenience sampling approach to explore water quality in 60 samples collected in areas of active drilling in the Marcellus Shale.[18] While they did not find evidence of hydraulic fracturing chemicals in their samples, they did find that methane levels were higher in drinking water wells closer to UNG wells. Similarly, analysis of private well water quality in aquifers overlying the Barnett Shale has revealed that arsenic, selenium, strontium and total dissolved solids (TDS) exceeded the EPA's maximum contamination limit (MCL) in some samples located within 3 km of active natural gas wells.[103] Overall, the existing peer-reviewed literature lacks studies with substantive comparisons of water quality before and after natural gas development due to a lack of baseline data on water quality prior to the advent of UNG development. There is at least one documented case of contamination of water supplies from abandoned natural gas wells, but a comprehensive analysis of the effect of plugged or abandoned wells as a potential exposure pathway is a research need.[104]

Produced water is the largest component of the UNG development waste stream and is distinct from flowback water, which is primarily fracturing fluids that come out after immediately after well stimulation.[105,106] Produced water is water present in gas-bearing formations that comes to the surface over the life of the well . Given the high pressure and temperature in the underlying strata, both flowback and produced waters have the potential to contain transformation products that originate from the drilling muds and fracturing chemicals as well as methane, petroleum condensate, salts, metals, and, depending on the formation, naturally occurring radioactive materials (NORM). Flowback and produced water is stored in surface pits or sealed tanks prior to reuse and/or disposal.[87] Studies assessing composition of Marcellus Shale produced water found that most metals and salt ion concentrations increased with time after fracturing and were correlated with the composition of the underlying strata.[107,108] Current evidence suggests that wastewater is more effectively treated onsite because effluents discharged to publicly owned treatment plants may not be able to provide sufficient treatment for this waste stream.[109,110]

Potential for groundwater contamination from surface spills at wastewater storage and treatment facilities at active well sites has received increased attention. From July 2010 to July 2011, Gross et al. noted 77 reported surface spills (~0.5% of active wells in the region) impacting the groundwater in Weld County, CO.[111] Measurements of BTEX exceeded EPA maximum contaminant limits in most cases, and actions taken to remediate the spills were effective at reducing BTEX levels.[111]

### C. Potential Health Effects and Population-Based Studies. At present, there are no population-based studies of health effects from water contamination, and relatively few studies exploring the impact of airborne exposures. Nonetheless, the potential for health effects can be inferred for specific chemicals from known health effects of contaminants if data exist on their potential potency that can then be linked to measured or estimated human exposure.

Exposure to ozone is associated with several adverse health effects, including respiratory, cardiovascular, and total mortality as well as decreased lung function, asthma exacerbation, COPD, cardiovascular effects and adverse birth outcomes.[112] People with asthma, children, and the elderly are at increased risk, and adverse health outcomes have been observed at concentrations as low as 41 ppb.[112] The overall relationship between ozone concentration and response to multiple outcomes appears to be linear with no indication of a threshold.[112] While there are many studies documenting the health effects of ozone exposures and several studies that suggest an association between unconventional oil and gas development and ground level ozone production, we found only one population-based study on ozone- and health effects in a UNG development region. That study found that between 2008 and 2011, Sublette County, Wyoming observed a 3% increase in the number of clinic visits for adverse respiratory-related effects for every 10 ppb increase in the 8 h ozone concentration the previous day.[113]

Populations living near UNG operations report odors and, in some cases, upper respiratory, neurological, and dermatological symptoms.[1,23,62,114] While these studies lack scientific rigor because they are volunteer or convenience samples of the local population, these effects are consistent with known health effects associated with petroleum hydrocarbons exposure. For example, inhalation of trimethylbenzenes and xylenes can irritate the respiratory system with effects ranging from eye, nose, and throat irritation to difficulty in breathing and impaired lung function.[115,116] Inhalation of xylenes, benzene, and aliphatic hydrocarbons can adversely affect the nervous system with effects ranging from dizziness, headaches, fatigue, and limb numbness to a lack of muscle coordination, tremors, temporary limb paralysis, and unconsciousness at high levels.[40,115−119] Maternal exposure to ambient levels of benzene has been associated with an increase in birth prevalence of neural tube defects.[120]

There is a growing epidemiological literature on the health effects associated with UNG development. A retrospective study of 124 862 births in rural Colorado indicated an association between maternal proximity to natural gas well sites and birth prevalence of congenital heart defects and neural tube defects, but no association with oral clefts, term low birth weight or preterm birth.[121] A working paper exploring 1 069 699 births in Pennsylvania reported increased prevalence of low birthweight and small for gestational age births, as well as reduced appearance, pulse, grimace, activity, respiration (APGAR) scores in infants born to mothers living within 2.5 km of a natural gas well compared to infants born to mothers living further than 2.5 km from a well.[122] While these preliminary epidemiological studies are hindered by a lack of spatial and temporal specificity in exposure and individual level risk factors, they underscore the need for a better understanding of exposures and health effects in populations living in UNG development and production areas. Another study compared standardized incidence rates (SIRs) for childhood cancer in Pennsylvania counties, but found no difference in SIRs for all cancer types except central nervous system (CNS) tumors, which the authors attributed to a large number of excess tumors in counties with the fewest wells.[123] The scientific validity of this ecological study is questionable because it chose before and after comparison periods that are not relevant to current concerns about UNG development.[124] It is also limited by lack of an individual level assessment of relevant confounders and the assumption that individual exposures to hydraulic fracturing are uniform within a county or confined by county boundaries. Additional epidemiological studies are needed to shed light on the existence and nature of disease patterns that might be associated with UNG development.

**D. Socioeconomic Impacts, Psychosocial Effects and Human Health.** In addition to the potential for public health benefits from lower regional and global air pollution levels resulting from replacing coal with natural gas in power plants, there are potential economic benefits that could contribute to the overall health of a community.[125] Natural gas development may bring economic growth through increased employment. Though estimates are uncertain, unconventional oil and natural gas development is estimated to employ up to 1.7 million people in the U.S. and is projected to support nearly 3 million jobs by 2020.[126] Various reports and a leading industry association, America's Natural Gas Alliance (ANGA), state that the benefits of natural gas include local infusion of funds to leaseholders, jobholders, and the providers of ancillary services, as well as the economic value to the general public of lower prices of natural gas and electricity.[86,126−128]

There are also negative economic effects, however, which often fall on community members least able to bear the loss. A substantial body of literature indicates negative social effects from energy extraction in small "boomtowns" during the 1970s and 1980s that are similar to the 21st century UNG boom.[10]

Studies in Colorado and Canada finding increases in crime, substance abuse, and sexually transmitted infections corresponding to periods of increased natural gas development activity substantiate these concerns.[10,12,23,129] The influx of UNG industry workers has led to rapid rental price increases, particularly in rural counties with low populations and limited housing stock.[130] The effect has been greatest on low and fixed income individuals who can no longer pay for their homes. As a result, local social services, including the need to develop homeless shelters, may be strained.[131] Community resilience, defined as the ability of a community to sustainably utilize available resources to withstand, respond to, and/or recover from adverse events, may be affected by UNG development, as was evident when social services were further strained by a major storm in central Pennsylvania in 2011.[130] The economic value of lost ecosystem services in areas that rely on tourism and second homes has not been fully assessed, although one estimate suggests a loss of between $11 and $27 million per year in Pennsylvania.[132] A study in Washington County, PA, a semirural area, has reported at least a transitory loss in property values in areas immediately surrounding shale gas drilling sites.[130] In view of the broad social effects and the community divisiveness that has attended UNG development, health effects attributable to stress are not surprising and are consistent with previous studies of boomtowns.[10,127,133−136]

Many of the nonspecific symptoms associated with UNG development may reflect psychosocial stress. Contributing to this stress is a lack of trust and transparency concerning industry and government action. Ferrar et al. (2013) noted that those who believe their health has been affected report higher stress levels due to loss of trust and perceived lack of transparency. More than half these subjects report they have been denied or provided with false information (79%), that their concerns/complaints have been ignored (58%), and that they are being taken advantage of (52%).[25] It is notable that these psychosocial stressors are reported more frequently than physical stressors such as noise (45%) and odors (13%). Perceived secrecy about hydraulic fracturing agents and the makeup of produced water are contributing to this lack of trust.[130] Social amplification of risk perception is commonly noted in situations in which there is a lack of trust.[137,138] A recent review of the many factors involved in risk perception

found that the two major determinants were familiarity and trust; with other factors, such as gender, age, media coverage, and socioeconomic status being far less important.[139]

## IV. HEALTH RISKS FROM SHALE GAS DEVELOPMENT

To date observational studies exploring the association between human health and UNG development have had a number of scientific limitations, including self-selected populations, small sample sizes, relatively short follow-up times and unclear loss to follow-up rates, limited exposure measurements and/or lack of access to relevant exposure data, and lack of consistently collected health data, particularly for noncancer health effects. Given these limitations, the lack of observational studies and the public's demand for answers, it is likely that human health risk assessments will be needed to provide projections of potential future harm for both short-term catastrophic and long-term human health risks.

**Risk Governance, Risk Estimates, and Cumulative Risk.** Natural gas development is governed by a mix of federal, state, and local laws and regulations.[1,13] The Federal government has relatively little direct authority over natural gas development and production, as the permitting authority lies with states and, in some cases, local authorities.[13] Companion papers in this volume address the key risk governance issues around UNG development, so we focus on the current estimates of public health risk and related issues and research needs.

Human health risk assessments published to date have focused on risks to communities from only air exposure. McKenzie et al.'s screening-level human health risk assessment is the only study to utilize measurements collected near well pads during the high emission well completion process, and found that residents living nearest to the well pad were at increased risk of acute and subchronic respiratory, neurological and reproductive effects.[15] They also estimated lifetime excess cancer risks, which were in the range of concern but below the range where action is typically taken. Other risk assessments conducted to date are largely in agreement with these observations, indicating slightly elevated excess lifetime cancer risks driven by benzene, some indication of acute or subchronic noncancer risks for those living closest to well sites, and little indication of chronic noncancer risks.[69,96,140−143] Few studies have attempted to use biomonitoring to explore risks from shale gas-related pollutants. Blood and urine samples collected from 28 adults living in Dish, Texas, a town with large numbers of gas wells, storage tanks, and compressor stations near residences, found no indication of community wide-exposure to VOCs.[144] These results likely reflect the multiple potential sources and the short half-lives of most VOCs in urine and blood, especially since the sampling did not coincide with known or perceived exposures, and concurrent air samples were not collected for study subjects.

This limited collection of risk studies underscores the overall lack of and need for substantive research on the human health effects stemming from UNG development. Given the broad range of chemical and nonchemical stressors present in and around UNG development sites and public demand for explication of the real and perceived risks, more substantive cumulative risk research is needed to address public concerns about the effects of UNG development on human and ecosystem health.[145,146] Figure 1 outlines a potential cumulative risk assessment approach that incorporates chemical, physical, and psychosocial stressors that contribute to stress-related

health effects in populations living near UNG development sites. This cumulative risk approach uses an allostatic load conceptual model to incorporate the various stressors and buffers that act on individuals and communities.[145,147] Additional research is needed to both produce cumulative risk estimates and judge their utility for local, state, and federal decision-makers.

## V. PUBLIC HEALTH RESEARCH NEEDS

The major uncertainties that should be addressed in future research on the effects of UNG development are the magnitude and duration of human exposure to stressors as well as the lack of baseline data to enable substantive before and after comparisons in affected populations and environmental media.[13] Additional process uncertainties include the location and extent of future UNG development as well as the cost, feasibility, and success of future emission control and mitigation strategies. Overall, the current scientific literature suggests that there are both substantial public concerns and major uncertainties to address before we can reasonably quantify the likelihood of occurrence or magnitude of adverse health effects in workers and communities where UNG development will likely occur.

Occupational health and safety research needs include both disease surveillance and exposure characterization. This includes tracking of fatalities, injuries, and health effects data in a defined population of unconventional resource workers, with particular focus on benzene, toluene, and silica related disease, hearing loss, and other traffic and worksite safety issues as well as health-based standards for poorly characterized compounds, such as aliphatic hydrocarbons.[22,29] Exposure data is also needed in workers to characterize the magnitude, frequency, duration of exposure to the wide range of chemical and physical stressors present at the worksite. Measurements should focus on continuous exposure monitoring to characterize acute and chronic worker exposure to aliphatic and aromatic hydrocarbons, diesel exhaust, fracturing chemicals, silica, produced water, $H_2S$, NORM, and noise over the wide range of UNG development activities.

Given the lack of systematic tracking of exposure and health effects in communities, there are little data to inform risk mitigation and risk management activities. For air quality, key unknowns include characterization of baseline air quality prior to development in new areas as well as characterization of the variability in exposure during high emissions processes, specifically drilling, hydraulic fracturing, and well completion activities. For water quality, unknowns include characterization of baseline water quality and impacts during each of the process steps that use water, that is, chemical mixing, hydraulic fracturing, flowback, and storage of flowback and produced water and wastewater treatment and disposal. Research on other stressors, including noise and light, traffic, and other safety hazards needs to be conducted in the context of understanding the overall effect of the mixture of these chemical and physical stressors. The interaction with the stress created by rapid change and community disruption is a key research need for characterizing health effects in locales where development is encroaching. Better understanding of cumulative risk issues will help inform UGD control policies and mitigate adverse community effects.[148]

At present, relatively little funding for independent research is available from federal, state, foundations, industry, or public-private partnerships to address these public health research needs. Given the high level of mistrust observed between citizens and the natural gas development industry it is important that research is designed and conducted by scientists that are not perceived as biased in favor of or against the industry.[95] Public-private partnerships (e.g., the Health Effects Institute) that solicit and fund rigorous research are a model that has worked for contentious public health issues in the past and may be effective in the future.

## ■ AUTHOR INFORMATION

**Corresponding Author**

*Phone: 303.724.4692; fax: 303.724.4495; e-mail: John. Adgate@ucdenver.edu.

**Notes**

The authors declare no competing financial interest.

## ■ ACKNOWLEDGMENTS

Drs. Adgate and McKenzie were supported, in part, by funds from the National Science Foundation (NSF CBET-1240584), Research Partnership to Secure Energy for America/Department of Energy (EFDTIP2-TIP213), and the Colorado School of Public Health. We thank Nathan De Jong for his support in developing the manuscript.

## ■ LIST OF ACRONYMS

| | |
|---|---|
| APGAR | appearance, pulse, grimace, activity, respiration |
| BTEX | benzene, toluene, ethyl benzene, xylenes |
| CNS | central nervous system |
| COPD | Chronic obstructive pulmonary disease |
| $H_2S$ | hydrogen sulfide |
| MCL | maximum contamination limit |
| Mg | megagram |
| NAAQS | National Ambient Air Quality Standard |
| NIOSH | National Institute of Occupational Safety and Health |
| REL | recommended exposure limit |
| NOx | nitrogen oxides |
| NORM | naturally occurring radioactive materials |
| OSHA | Occupational and Safety Health Administration |
| PEL | permissible exposure limit |
| SIR | standardized incidence rate |
| TDS | total dissolved solids |
| TLV | threshold limit value |
| UNG | unconventional natural gas |
| U.S. EPA | United States Environmental Protection Agency |
| VOC | volatile organic compound |

## ■ REFERENCES

(1) Goldstein, B. D.; Kriesky, J.; Pavliakova, B. Missing from the table: Role of the environmental public health community in governmental advisory commissions related to Marcellus Shale drilling. *Environ. Health Perspect.* **2012**, *120* (4), 483–6, DOI: 10.1289/ehp.1104594.

(2) *Review of Emerging Resources: U.S. Shale Gas and Shale Oil Plays*; U.S. Energy Information Administration: Washington DC, 2011; http://www.eia.gov/analysis/studies/usshalegas/pdf/usshaleplays.pdf.

(3) King, G. E. *Hydraulic Fracturing 101: What Every Representative, Environmentalist, Regulator, Reporter, Investor, University Researcher, Neighbor and Engineer Should Know About Estimating Frac Risk and Improving Frac Performance in Unconventional Gas and Oil Wells*; Woodlands, TX, 2012; DOI 10.2118/152596-MS.

(4) *What is Shale Gas and Why Is It Important?*; U.S. Energy Information Administration: Washington DC, 2012; http://www.eia.gov/energy_in_brief/article/about_shale_gas.cfm.

**Environmental Science & Technology**

(5) Vidas, H.; Hugman, B. *Availability, Economics, and Production Potential of North American Unconventional Natural Gas Supplies*; ICF International, 2008. http://www.ingaa.org/cms/31/7306/7628/7833.aspx.

(6) *Overview of Final Amendments to Air Regulations for the Oil and Gas Industry Fact Sheet*; U.S. Environmental Protection Agency: Washington DC, 2012; http://www.epa.gov/airquality/oilandgas/pdfs/20120417fs.pdf.

(7) *Annual Energy Outlook for 2013*; U.S. Energy Information Administration: Washington DC, 2013; http://www.eia.gov/forecasts/aeo/.

(8) Dong, Z.; Holditch, S. A.; McVay, D. A.; Ayers, W. B. Global unconventional gas resource assessment. *SPE Econ. Manage.* **2012**, *4* (4), 222−234, DOI: 10.2118/148365-PA.

(9) Finkel, M. L.; Law, A. The rush to drill for natural gas: a public health cautionary tale. *Am. J. Public Health* **2011**, *101* (5), 784−5, DOI: 10.2105/ajph.2010.300089.

(10) Jacquet, J. Energy boomtowns and natural gas: Implications for Marcellus Shale local governments and rural communities; The Northeast Regional Center for Rural Development: University Park, PA, 2009; http://aese.psu.edu/nercrd/publications/rdp/rdp43/view.

(11) Korfmacher, K. S.; Jones, W. A.; Malone, S. L.; Vinci, L. F. Public health and high volume hydraulic fracturing. *New Solutions* **2013**, *23* (1), 13−31, DOI: 10.2190/NS.23.1.c.

(12) Witter, R. Z.; McKenzie, L.; Stinson, K. E.; Scott, K.; Newman, L. S.; Adgate, J. The use of health impact assessment for a community undergoing natural gas development. *Am. J. Public Health* **2013**, *103* (6), 1002−10, DOI: 10.2105/AJPH.2012.301017.

(13) *Oil and Gas: Information on Shale Resources, Development, and Environmental and Public Health Risks*, GAO-12-735; U.S. Government Accountability Office: Wasington, DC, 2012; http://www.gao.gov/assets/650/647791.pdf.

(14) Colborn, T.; Kwiatkowski, C.; Schultz, K.; Bachran, M. Natural gas operations from a public health perspective. *Hum. Ecol. Risk Assess.: Int. J.* **2011**, *17* (5), 1039−1056, DOI: 10.1080/10807039.2011.605662.

(15) McKenzie, L. M.; Witter, R. Z.; Newman, L. S.; Adgate, J. L. Human health risk assessment of air emissions from development of unconventional natural gas resources. *Sci. Total Environ.* **2012**, *424*, 79−87, DOI: 10.1016/j.scitotenv.2012.02.018.

(16) *Worker Exposure to Silica during Hydraulic Fracturing Hazard Alert*; National Institute for Occupational Safety and Health: Washington DC, 2012; http://www.osha.gov/dts/hazardalerts/hydraulic_frac_hazard_alert.html.

(17) Zielinska, B.; Fujita, B.; Campbell, B. *Monitoring of Emissions from Barnett Shale Natural Gas Production Facilities for Population Exposure Assessment*; Desert Research Institute,: Houston, TX, 2011; https://sph.uth.edu/mleland/attachments/Barnett%20Shale%20Study%20Final%20Report.pdf.

(18) Osborn, S. G.; Vengosh, A.; Warner, N. R.; Jackson, R. B. Methane contamination of drinking water accompanying gas-well drilling and hydraulic fracturing. *Proc. Natl. Acad. Sci.* **2011**, *108* (20), 8172−8176, DOI: 10.1073/pnas.1100682108.

(19) Vidic, R. D.; Brantley, S. L.; Vandenbossche, J. M.; Yoxtheimer, D.; Abad, J. D. Impact of shale gas development on regional water quality. *Science.* **2013**, *340*, (6134); DOI 10.1126/science.1235009.

(20) Curtright, A. E.; Giglio, K. Feasibility and Challenges of Using Acid Mine Drainage for Marcellus Shale Natural Gas Extraction. In *Coal Mine Drainage for Amrcellus Shale Natural Gas Extraction: Proceedings and Recommendations from a Roundtable on Feasibility and Challenges*; RAND Corporation: Pittsburgh, PA, 2011; http://www.rand.org/pubs/conf_proceedings/CF300.html.

(21) Litovitz, A.; Curtright, A.; Abramzon, S.; Burger, N.; Samaras, C. Estimation of regional air-quality damages from Marcellus Shale natural gas extraction in Pennsylvania. *Environ. Res. Lett.* **2013**, *8* (1), 14−17, DOI: 10.1088/1748-9326/8/1/014017.

(22) Witter, R. Z.; Tenney, L.; Clark, S.; Newman, L. Occupational exposures in the oil and gas extraction industry: state of the science and research recommendations. *Am. J. Ind. Med.* **2014**, in press.

(23) Witter, R. Z.; McKenzie, L. M.; Towle, M.; Stinson, K.; Scott, K.; Newman, L.; Adgate, J. L. *Health Impact Assessment for Battlement Mesa, Garfield County Colorado*; Colorado School of Public Health, 2011. http://www.garfield-county.com/public-health/documents/1%20%20%20Complete%20HIA%20without%20Appendix%20D.pdf

(24) Adair, S. K.; Pearson, B. R.; Monast, J.; Vengosh, A.; Jackson, R. B. Considering shale gas extraction in North Carolina: Lessons from other states. *Duke Environmental Law & Policy Forum* **2012**, *22*, 257−385, http://scholarship.law.duke.edu/delpf/vol22/iss2/2/.

(25) Ferrar, K. J.; Kriesky, J.; Christen, C. L.; Marshall, L. P.; Malone, S. L.; Sharma, R. K.; Michanowicz, D. R.; Goldstein, B. D. Assessment and longitudinal analysis of health impacts and stressors perceived to result from unconventional shale gas development in the Marcellus Shale region. *Int. J. Occup. Environ. Health* **2013**, *19* (2), 104−12, DOI: 10.1179/2049396713y.0000000024.

(26) Intergovernmental Panel on Climate Change. *Managing the Risks of Extreme Events and Disasters to Advance Climate Change Adaptation: Special Report of the Intergovernmental Panel on Climate Change*; Cambridge University Press: New York, NY, 2012; http://ipcc-wg2.gov/SREX/.

(27) Hendler, A.; Nunn, J.; Lundeen, J. *VOC Emissions from Oil and Condensate Storage Tanks*, Final Report; Texas Environmental Research Consortium: Woodlands, TX, 2006; http://startelegram.typepad.com/barnett_shale/files/environmental_h051cfinalreport.pdf.

(28) Bureau of Labor Statistics. *Census of Fatal Occupational Injuries*, Restricted Data under NIOSH MOU; Washington, D.C., 2009; http://www.bls.gov/iif/oshcfoi1.htm.

(29) Retzer, K. D.; Hill, R. D.; Pratt, S. G. Motor vehicle fatalities among oil and gas extraction workers. *Accid.; Anal. Prevent.* **2013**, *51*, 168−74, DOI: 10.1016/j.aap.2012.11.005.

(30) Ryan, T. Interoffice Memorandum: Occupational Fatality Recommendations. 2011, http://wyofile.com/wp-content/uploads/2012/01/RYAN-Recomendations-OCCUPATIONAL-FATALITY.pdf.

(31) Frosch, D. *Report Blames Safety Lapses for an Epidemic of Deaths at Wyoming Job Sites*; New York Times, January 12, 2012; http://www.nytimes.com/2012/01/13/us/report-blames-safety-lapses-for-deaths-at-wyoming-job-sites.html?_r=0.

(32) Mendeloff, J.; Burns, R. States with low non-fatal injury rates have high fatality rates and vice-versa. *Am. J. Ind. Med.* **2012**, *56* (5), 509−519, DOI: 10.1002/ajim.22047.

(33) Hendrickson, R. G.; Chang, A.; Hamilton, R. J. Co-worker fatalities from hydrogen sulfide. *Am. J. Ind. Med.* **2004**, *45* (4), 346−350, DOI: 10.1002/ajim.10355.

(34) Guidotti, T. L. Hydrogen sulfide advances in understanding human toxicity. *Int. J. Toxicol.* **2010**, *29* (6), 569−581, DOI: 10.1177/1091581810384882.

(35) *OSHA Fact Sheet: Hydrogen Sulfide*; Occupational Safety and Health Administration: Washington DC, 2005; https://www.osha.gov/OshDoc/data_Hurricane_Facts/hydrogen_sulfide_fact.pdf.

(36) Colborn, T.; Schultz, K.; Herrick, L.; Kwiatkowski, C. An exploratory study of air quality near natural gas operations. *Hum. Ecol. Risk Assess.: Int. J.* **2013**, *20*, 86−105, DOI: 10.1080/10807039.2012.749447.

(37) Esswein, E. J.; Breitenstein, M.; Snawder, J.; Kiefer, M.; Sieber, W. K. Occupational exposures to respirable crystalline silica during hydraulic fracturing. *J. Occup. Environ. Hyg.* **2013**, *10* (7), 347−56, DOI: 10.1080/15459624.2013.788352.

(38) *OSHA's Proposed Crystalline Silica Rule: Overview*, Occupational Safety and Health Administration; U.S. Department of Labor: Washington DC, 2012; https://www.osha.gov/silica/factsheets/OSHA_FS-3683_Silica_Overview.html.

(39) Zdunczyk, M. J. Hydraulic fracturing sand (frac sand). *Min. Eng.* **2013**, *65* (7), 68−70.

(40) *Toxicological profile for Benzene*, Agency for Toxic Substances and Disease Registry; U.S. Deparment of Health and Human Services: Atlanta, GA, 2007; http://www.atsdr.cdc.gov/toxprofiles/tp.asp?id=40&tid=14.

**Environmental Science & Technology**

(41) *Diesel Engine Exhaust*, Integrated Risk Information System; U.S. Environmental Protection Agency, 2003; http://www.epa.gov/iris/subst/0642.htm.

(42) Glass, D. C.; Gray, C. N.; Jolley, D. J.; Gibbons, C.; Sim, M. R.; Fritschi, L.; Adams, G. G.; Bisby, J. A.; Manuell, R. Leukemia risk associated with low-level benzene exposure. *Epidemiology* 2003, *14* (5), 569−577, http://www.jstor.org/stable/3703314.

(43) Kirkeleit, J.; Riise, T.; Bråtveit, M.; Moen, B. Increased risk of acute myelogenous leukemia and multiple myeloma in a historical cohort of upstream petroleum workers exposed to crude oil. *Cancer, Causes Control* 2008, *19* (1), 13−23, DOI: 10.1007/s10552-007-9065-x.

(44) Brosselin, P.; Rudant, J.; Orsi, L.; Leverger, G.; Baruchel, A.; Bertrand, Y.; Nelken, B.; Robert, A.; Michel, G.; Margueritte, G.; Perel, Y.; Mechinaud, F.; Bordigoni, P.; Hemon, D.; Clavel, J. Acute childhood leukaemia and residence next to petrol stations and automotive repair garages: the ESCALE study (SFCE). *Occup. Environ. Med.* 2009, *66* (9), 598−606, DOI: 10.1136/oem.2008.042432.

(45) Kim, B. M.; Park, E. K.; LeeAn, S. Y.; Ha, M.; Kim, E. J.; Kwon, H.; Hong, Y. C.; Jeong, W. C.; Hur, J.; Cheong, H. K.; Yi, J.; Kim, J. H.; Lee, B. E.; Seo, J. H.; Chang, M. H.; Ha, E. H. BTEX exposure and its health effects in pregnant women following the Hebei Spirit oil spill. *J. Prev. Med. Pub. Health* 2009, *42* (2), 96−103, DOI: 10.3961/jpmph.2009.42.2.96.

(46) White, N.; teWaterNaude, J.; van der Walt, A.; Ravenscroft, G.; Roberts, W.; Ehrlich, R. Meteorologically estimated exposure but not distance predicts asthma symptoms in schoolchildren in the environs of a petrochemical refinery: A cross-sectional study. *Environ. Health* 2009, *8* (1), 45 DOI: 10.1186/1476-069X-8-45.

(47) Goldstein, B. D. Benzene as a cause of lymphoproliferative disorders. *Chem.-Biol. Interact.* 2010, *184* (1−2), 147−150, http://dx.doi.org/10.1016/j.cbi.200912.021.

(48) U.S. Environmental Protection Agency. Integrated Risk Information System. 2011; http://www.epa.gov/IRIS/.

(49) Searl, J.; Galea, K. Toxicological review of the possible effects associated with inhalation and dermal exposure to drilling fluids production streams. *Inst. Med.*. 2011; http://www.iom-world.org/pubs/IOM_TM1104.pdf.

(50) Broni-Bediako, E.; Amorin, R. Effects of drilling fluid exposure to oil and gas workers presented with major areas of exposure and exposure indicators. *Res. J. Appl. Sci., Eng. Technol.* 2010, *2* (8), 710−719, http://www.maxwellsci.com/print/rjaset/v2-710-719.pdf.

(51) Khan, F. Take home lead exposure in children of oil field workers. *J. Okla. State Med. Assoc.* 2011, *104* (6), 252 http://www.ncbi.nlm.nih.gov/pubmed/21888039.

(52) Hart, J. E.; Rimm, E. B.; Rexrode, K. M.; Laden, F. Changes in Traffic Exposure and the Risk of Incident Myocardial Infarction and All-Cause Mortality. *Epidemiology* 2013, *24* (5), 734−742, DOI: 10.1097/EDE.0b013e31829d5dae.

(53) Hart, J. E.; Laden, F.; Schenker, M. B.; Garshick, E. Chronic Obstructive Pulmonary Disease Mortality in Diesel-Exposed Railroad Workers. *Environ. Health Perspect.* 2006, *114* (7), 1013−1017, DOI: 10.2307/3651770.

(54) Hesterberg, T. W.; Long, C. M.; Bunn, W. B.; Sax, S. N.; Lapin, C. A.; Valberg, P. A. Non-cancer health effects of diesel exhaust: A critical assessment of recent human and animal toxicological literature. *Crit. Rev. Toxicol.* 2009, *39* (3), 195−227, DOI: 10.1080/10408440802220603.

(55) Wong, O.; Harris, F.; Armstrong, T. W.; Hua, F. A hospital-based case-control study of non-Hodgkin lymphoid neoplasms in Shanghai: analysis of environmental and occupational risk factors by subtypes of the WHO classification. *Chem. Biol. Interact.* 2010, *184* (1−2), 129−46, DOI: 10.1016/j.cbi.2009.10.016.

(56) Levy, B. S.; Wegman, D. H.; Baron, S. L.; Sokas, R. K. *Occupational and Environmental Health: Recognizing and Preventing Disease and Injury*, 6th ed.; Oxford University Press: New York, NY, 2011;

(57) *Increased Traffic, Crashes Prompt New Campaign to Promote Safe Driving on Roadways Near Oil, Gas Work Areas*; Texas Department of

Transportation: Austin, TX, 2013; http://www.txdot.gov/driver/share-road/be-safe-drive-smart.html.

(58) Muehlenbachs, L.; Krupnick, A. J. Shale gas development linked to traffic accidents in Pennsylvania. Common Resources. 2013; http://common-resources.org/2013/shale-gas-development-linked-to-traffic-accidents-in-pennsylvania/ (accessed September 27, 2013).

(59) New York State Department of Environmental Conservation. *Revised Draft SGEIS on the Oil, Gas and Solution Mining Regulatory Program: Well Permit Issuance for Horizontal Drilling and High Volume Hydraulic Fracturing in the Marcellus Shale and Other Low Permeability Gas Reservoirs*; New York State, 2011; http://www.dec.ny.gov/energy/75370.html.

(60) Colorado Oil and Gas Conservation Commission. COGCC Flood Information. 2013; http://cogcc.state.co.us/Announcements/Hot_Topics/Flood2013/Flood.htm (accessed October 10, 2013).

(61) *Water sampling of Flood-Affected Rivers and Streams Shows No Pollutants Associated with Oil and Gas Spills*; Colorado Department of Public Health and Environment: Denver, CO, 2013; http://www.colorado.gov/cs/Satellite/CDPHE-Main/CBON/1251646839607.

(62) Steinzor, N.; Subra, W.; Sumi, L. Investigating links between shale gas development and health impacts through a community survey project in Pennsylvania. *New Solutions* 2013, *23* (1), 55−83, DOI: 10.2190/NS.23.1.e.

(63) Ethridge, S. Interoffice Memorandum: Texas Commision on Environmental Quality. *Health Effects Review of Ambient Air Monitoring Data Collected by Wolf Eagle Environmental Engineers and Consultants for DISH, TX*, 2009, http://www.barnettshalenews.com/documents/n t x a i r s t u d y / Wolf%20Eagle%20Report%20%20Evaluation%20for%20DISH%20TX%20by%20TCEQ%2010-27-2009.pdf.

(64) *Analysis of Data Obtained for the Garfield County Air Toxics Study Summer 2008*; Frazier, A., Ed.; Air Pollution Control Division; Rifle Denver, CO, 2009; http://www.garfieldcountyaq.net/default_new.aspx.

(65) Honeycutt, M. *Air Quality Impacts of Natural Gas Operations in Texas*; Texas Commision on Environmental Quality, 2012; http://www.iom.edu/~/media/Files/Activity%20Files/Environment/EnvironmentalHealthRT/2012-04-30/Honeycutt.pdf.

(66) *Southwestern Pennsylvania Marcellus Shale Short-Term Ambient Air Sampling Report*; Pennsylvania Department of Environmental Protection: Bureau of Air Quality; 2010; http://www.dep.state.pa.us/dep/deputate/airwaste/aq/aqm/docs/Marcellus_SW_11-01-10.pdf.

(67) *Garfield County Emissions Inventory*; Colorado Department of Public Health and Environment: Air Pollution Control Division, 2009; http://www.garfield-county.com/air-quality/documents/airquality/Garfield_County_Emissions_Inventory-2009.pdf.

(68) *Air Emissions Case Study Related to Oil and Gas Development in Erie, Colorado*; Colorado Department of Public Health and Environment: Air Pollution Control Division, 2012; http://www.colorado.gov/airquality/tech_doc_repository.aspx?action=open&file=Erie_Air_Emissions_Case_Study_2012.pdf.

(69) *Garfield County Air Toxics Inhalation Screening Level Human Health Risk Assessment: Inhalation of Volatile Organic Compounds Measured in Rural, Urban, and Oil & Gas Areas in Air Monitoring Study (June 2005−May 2007)*; Colorado Department of Public Health and Environment: Disease Control and Environmental Epidemiology Division: Rifle, CO, 2007; http://www.garfield-county.com/public-h e a l t h / d o c u m e n t s / Working%20Draft%20CDPHE%20Screeing%20Level%20Risk%20Air%20Toxics%20Assessment%2012%2020%2007.pdf.

(70) Pétron, G.; Frost, G.; Miller, B. R.; Hirsch, A. I.; Montzka, S. A.; Karion, A.; Trainer, M.; Sweeney, C.; Andrews, A. E.; Miller, L.; Kofler, J.; Bar-Ilan, A.; Dlugokencky, E. J.; Patrick, L.; Moore, C. T.; Ryerson, T. B.; Siso, C.; Kolodzey, W.; Lang, P. M.; Conway, T.; Novelli, P.; Masarie, K.; Hall, B.; Guenther, D.; Kitzis, D.; Miller, J.; Welsh, D.; Wolfe, D.; Neff, W.; Tans, P. Hydrocarbon emissions characterization in the Colorado Front Range: A pilot study. *J. Geophys. Res.: Atmos.* 2012, *117* (D4), D04304 DOI: 10.1029/2011JD016360.

**Environmental Science & Technology**

Critical Review

(71) Gilman, J. B.; Lerner, B. M.; Kuster, W. C.; de Gouw, J. A. Source signature of volatile organic compounds from oil and natural gas operations in northeastern Colorado. *Environ. Sci. Technol.* **2013**, *47* (3), 1297−1305, DOI: 10.1021/es304119a.

(72) Katzenstein, A. S.; Doezema, L. A.; Simpson, I. J.; Blake, D. R.; Rowland, F. S. Extensive regional atmospheric hydrocarbon pollution in the southwestern United States. *Proc. Natl. Acad. Sci.* **2003**, *100* (21), 11975−11979, DOI: 10.1073/pnas.1635258100.

(73) Kemball-Cook, S.; Bar-Ilan, A.; Grant, J.; Parker, L.; Jung, J.; Santamaria, W.; Mathews, J.; Yarwood, G. Ozone impacts of natural gas development in the Haynesville Shale. *Environ. Sci. Technol.* **2010**, *44* (24), 9357−63, DOI: 10.1021/es1021137.

(74) U. S. Environmental Protection Agency. Tier 2 Vehicle and Gasoline Sulfur Program: Cars and Light Trucks. http://www.epa.gov/tier2/ (accessed October 14, 2013).

(75) U. S. Environmental Protection Agency. Tier 3 Vehicle Emission and Fuel Standards Program: Cars and Light trucks. http://www.epa.gov/otaq/tier3.htm (accessed October 14, 2013).

(76) Olaguer, E. P. The potential near-source ozone impacts of upstream oil and gas industry emissions. *J. Air Waste Manage. Assoc.* **2012**, *62* (8), 966−977, DOI: 10.1080/10962247.2012.688923.

(77) Curtright, A. E. The Environmental Costs of Emissions from Shale Gas Extraction, 2013. http://www.rand.org/blog/2013/02/the-environmental-costs-of-emissions-from-shale-gas.html.

(78) Collett, J. L. Garfield County Gas Emissions Study Presentation. http://www.garfield-county.com/news/administration-documents/Powerpoint_proposal_from_CSU_to_characterize_air_emissions_from_natural_gas_drilling.pdf (accessed October 14, 2013).

(79) Martin, R.; Moore, K.; Mansfield, M.; Hill, S.; Harper, K.; Shorthill, H. *Final Report: Uinta Basin Winter Ozone and Air Quality Study December 2010−March 2011*; Energy Dynamics Laboratory, Utah State University Research Foundation, 2011; http://rd.usu.edu/files/uploads/ubos_2010-11_final_report.pdf.

(80) Schnell, R. C.; Oltmans, S. J.; Neely, R. R.; Endres, M. S.; Molenar, J. V.; White, A. B. Rapid photochemical production of ozone at high concentrations in a rural site during winter. *Nat. Geosci.* **2009**, *2* (2), 120−122, http://dx.doi.org/10.1038/ngeo415.

(81) Carter, W. P. L.; Seinfeld, J. H. Winter ozone formation and VOC incremental reactivities in the Upper Green River Basin of Wyoming. *Atmos. Environ.* **2012**, *50*, 255−266, http://dx.doi.org/10.1016/j.atmosenv.2011.12.025.

(82) Utah Department of Environmental Quality. Final Report: 2012 Unitah Basin Winter Ozone & Air Study. *Uintah Basin Winter Ozone Study.* 2013; http://rd.usu.edu/files/uploads/ubos_2011-12_final_report.pdf

(83) Edwards, P. M.; Young, C. J.; Aikin, K.; deGouw, J. A.; Dubẫ, W. P.; Geiger, F.; Gilman, J. B.; Helmig, D.; Holloway, J. S.; Kercher, J. Ozone photochemistry in an oil and natural gas extraction region during winter: simulations of a snow-free season in the Uintah Basin, Utah. *Atmos. Chem. Phys. Discuss.* **2013**, *13* (3), 7503−7552, DOI: 10.5194/acpd-13-7503-2013.

(84) Allen, D. T.; Torres, V. M.; Thomas, J.; Sullivan, D. W.; Harrison, M.; Hendler, A.; Herndon, S. C.; Kolb, C. E.; Fraser, M. P.; Hill, A. D.; Lamb, B. K.; Miskimins, J.; Sawyer, R. F.; Seinfeld, J. H. Measurements of methane emissions at natural gas production sites in the United States. *Proc. Natl. Acad. Sci.* **2013**, DOI: 10.1073/pnas.1304880110.

(85) Nash, J. Assessing the potential for self-regulation in the shale gas industry. In *Workshop on Governance of Risks of Shale Gas Development*, Washington DC, 2013; http://sites.nationalacademies.org/DBASSE/BECS/DBASSE_083520.

(86) Logan, J.; Heath, G.; Macknick, J.; Paranhos, E.; Boyd, W.; Carlson, K. *Natural Gas and the Transformation of the US Energy Sector: Electricity*; Joint Institute for Strategic Energy Analysis, 2012; http://www.nrel.gov/docs/fy13osti/55538.pdf.

(87) Jiang, M.; Griffin, W. M.; Hendrickson, C.; Jaramillo, P.; VanBriesen, J.; Venkatesh, A. Life cycle greenhouse gas emissions of Marcellus shale gas. *Environ. Res. Lett.* **2011**, *6* (3), 034014 DOI: 10.1088/1748-9326/6/3/034014.

(88) Karion, A.; Sweeney, C.; Pétron, G.; Frost, G.; Hardesty, R. M.; Kofler, J.; Miller, B. R.; Newberger, T.; Wolter, S.; Banta, R.; Brewer, A.; Dlugokencky, E.; Lang, P.; Montzka, S. A.; Schnell, R.; Tans, P.; Trainer, M.; Zamora, R.; Conley, S. Methane emissions estimate from airborne measurements over a western United States natural gas field. *Geophys. Res. Lett.* **2013**, *40* (16), 4393−4397, DOI: 10.1002/grl.50811.

(89) Laurenzi, I. J.; Jersey, G. R. Life cycle greenhouse gas emissions and freshwater consumption of Marcellus Shale gas. *Environ. Sci. Technol.* **2013**, *47* (9), 4896−4903, DOI: 10.1021/es305162w.

(90) Stephenson, T.; Valle, J. E.; Riera-Palou, X. Modeling the relative GHG emissions of conventional and shale gas production. *Environ. Sci. Technol.* **2011**, *45* (24), 10757−64, DOI: 10.1021/es2024115.

(91) Howarth, R. W.; Santoro, R.; Ingraffea, A. Methane and the greenhouse-gas footprint of natural gas from shale formations. *Clim. Change* **2011**, *106* (4), 679−690, DOI: 10.1007/s10584-011-0061-5.

(92) Alvarez, R. A.; Pacala, S. W.; Winebrake, J. J.; Chameides, W. L.; Hamburg, S. P. Greater focus needed on methane leakage from natural gas infrastructure. *Proc. Natl. Acad. Sci.* **2012**, DOI: 10.1073/pnas.1202407109.

(93) Tollefson, J. Oil boom raises burning issues. *Nature* **2013**, *495* (7441), 290−1, DOI: 10.1038/495290a.

(94) Rozell, D. J.; Reaven, S. J. Water pollution risk associated with natural gas extraction from the Marcellus Shale. *Risk Anal.* **2011**, *32* (8), 1382−1393, DOI: 10.1111/j.1539-6924.2011.01757.x.

(95) Goldstein, B. D.; Bjerke, E. F.; Kriesky, J. K. Challenges of unconventional shale gas development: so what's the rush? *Notre Dame J. Law Ethics Public Policy* **2013**, *27* (1), 149−186.

(96) Agency for Toxic Substances and Disease Registry. *Health Consultation: Evaluation of Contaminants in Private Residential Well Water Pavillion, Wyoming*, 2010. http://www.atsdr.cdc.gov/hac/PHA/Pavillion/Pavillion_HC_Well_Water_08312010.pdf.

(97) Jackson, R. B.; Vengosh, A.; Darrah, T. H.; Warner, N. R.; Down, A.; Poreda, R. J.; Osborn, S. G.; Zhao, K.; Karr, J. D. Increased stray gas abundance in a subset of drinking water wells near Marcellus Shale gas extraction. *Proc. Natl. Acad. Sci. U.S.A.* **2013**, DOI: 10.1073/pnas.1221635110.

(98) Davies, R. J. Methane contamination of drinking water caused by hydraulic fracturing remains unproven. *Proc. Natl. Acad. Sci.* **2011**, *108* (43), E871 DOI: 10.1073/pnas.1113299108.

(99) Saba, T.; Orzechowski, M. Lack of data to support a relationship between methane contamination of drinking water wells and hydraulic fracturing. *Proc. Natl. Acad. Sci.* **2011**, *108* (37), E663 DOI: 10.1073/pnas.1108435108.

(100) Schon, S. C. Hydraulic fracturing not responsible for methane migration. *Proc. Natl. Acad. Sci.* **2011**, *108* (37), E664−E664.

(101) U.S. Environmental Protection Agency. EPA Completes Drinking Water Sampling in Dimock, PA. http://yosemite.epa.gov/opa/admpress.nsf/0/1A6E49D193E1007585257A46005B61AD (accessed May 16, 2013).

(102) Encana. Why Encana refutes U.S. EPA Pavillion ground water report. http://www.encana.com/news-stories/news-releases/details.html?release=632327 (accessed October 14, 2013).

(103) Fontenot, B. E.; Hunt, L. R.; Hildenbrand, Z. L.; Carlton, D. D.; Oka, H.; Walton, J. L.; Hopkins, D.; Osorio, A.; Bjorndal, B.; Hu, Q.; Schug, K. A. An evaluation of water quality in private drinking water wells near natural gas extraction sites in the Barnett Shale Formation. *Environ. Sci. Technol.* **2013**, *47* (17), 10032−10040, DOI: 10.1021/es4011724.

(104) *Report to Congress: Management of Wastes from the Exploration, Development, and Production of Crude Oil, Natural Gas, and Geothermal Energy*, EP AJS3().SW-as.oo3 U.S. Environmental Protection Agency; Office of Solid Waste and Emergency Response: Washington D.C., 1987.

(105) Veil, J. A.; Puder, M. G.; Elcock, D.; Redweik Jr., R. J. A white paper describing produced water from production of crude oil, natural gas, and coal bed methane. *Prepared by Argonne National Laboratory for the US Department of Energy, National Energy Technology*

(106) Lutz, B. D.; Lewis, A. N.; Doyle, M. W. Generation, transport, and disposal of wastewater associated with Marcellus Shale gas development. *Water Resour. Res.* **2013**, *49* (2), 647−656, DOI: 10.1002/wrcr.20096.

(107) Barbot, E.; Vidic, N. S.; Gregory, K. B.; Vidic, R. D. Spatial and temporal correlation of water quality parameters of produced waters from devonian-age shale following hydraulic fracturing. *Environ. Sci. Technol.* **2013**, *47* (6), 2562−2569, DOI: 10.1021/es304638h.

(108) Haluszczak, L. O.; Rose, A. W.; Kump, L. R. Geochemical evaluation of flowback brine from Marcellus gas wells in Pennsylvania, USA. *Appl. Geochem.* **2013**, *28* (0), 55−61, http://dx.doi.org/10.1016/j.apgeochem.2012.10.002.

(109) Ferrar, K. J.; Michanowicz, D. R.; Christen, C. L.; Mulcahy, N.; Malone, S. L.; Sharma, R. K. Assessment of effluent contaminants from three facilities discharging Marcellus Shale wastewater to surface waters in Pennsylvania. *Environ. Sci. Technol.* **2013**, *47* (7), 3472−3481, DOI: 10.1021/es301411q.

(110) Wilson, J. M.; VanBriesen, J. M. Oil and gas produced water management and surface drinking water sources in Pennsylvania. *Environ. Pract.* **2012**, *14* (04), 288−300, DOI: 10.1017/S1466046612000427.

(111) Gross, S. A.; Avens, H. J.; Banducci, A. M.; Sahmel, J.; Panko, J. M.; Tvermoes, B. E. Analysis of BTEX groundwater concentrations from surface spills associated with hydraulic fracturing operations. *J. Air Waste Manage. Assoc. (1995)* **2013**, *63* (4), 424−32, DOI: 10.1080/10962247.2012.759166.

(112) *Air Quality Criteria for Ozone and Related Photochemical oxidants,* EPA/600/R-05/004aF-cF; U.S. Environmental Protection Agency: National Center for Environmental Assessment-Office of Research and Development: Research Triangle Park, NC, 2006; http://cfpub.epa.gov/ncea/cfm/recordisplay.cfm?deid=149923.

(113) *Associations of Short-Term Exposure to Ozone and Respiratory Outpatient Clinic Visits - Sublette County, Wyoming, 2008−2011*; Pride, K., Peel, J., Robinson, B., Busacker, A., Grandpre, J., Yip, F., Murphy, T.; State of Wyoming Department of Health: Cheyenne, WY, 2013; https://cste.confex.com/cste/2013/webprogram/Paper1219.html.

(114) Saberi, P. Navigating Medical Issues in Shale Territory. *New Solutions* **2013**, *23* (1), 209−221, http://dx.doi.org/10.2190/NS.23.1.m.

(115) *Toxicological Profile for Xylenes,* Agency for Toxic Substances and Disease Registry; U.S Department of Health and Human Services; Atlanta, GA, 2007; http://www.atsdr.cdc.gov/toxprofiles/tp.asp?id=296&tid=53.

(116) *Chemicals in the Environment: 1,2,4-Trimethylbenzene (C.A.S. No. 95-63-6)*; EPA 749-F-94-022; U.S. Environmental Protection Agency: Office of Pollution Prevention and Toxics; Washington, DC, 1994; http://www.epa.gov/chemfact/f_trimet.txt.

(117) Carpenter, C. P.; Geary, D. L.; Myers, R. C.; Nachreiner, D. J.; Sullivan, L. J.; King, J. M. Petroleum hydrocarbons toxicity studies XVII. Animal responses to n-nonane vapor. *Toxicol. Appl. Pharmacol.* **1978**, *44*, 53−61.

(118) Nilsen, O. G.; Haugen, O. A.; Zahisen, K.; Halgunset, J.; Helseth, H.; Aarset, A.; Eide, I. Toxicity of n-C9 to n-C13 alkanes in the rat on short term inhalation. *Pharmacol. Toxicol.* **1988**, *62*, 259−266.

(119) Galvin, J. B.; Marashi, F. n-Pentane. *J. Toxicol. Environ. Health, Part A* **1999**, *58*, 35−56.

(120) Lupo, P.; Symanski, E.; Waller, D.; Chan, W.; Langlois, P.; Canfield, M.; Mitchell, L. Maternal exposure to ambient levels of benzene and neural tube defects among offspring, Texas 1999−2004. *Environ. Health Perspect.* **2010**, *119* (3), 397−402, DOI: 10.1289/ehp.1002212.

(121) McKenzie, L. M.; Guo, R.; Witter, R. Z.; Satvitz, D. A.; Newman, L. S.; Adgate, J. L. Maternal residential proximity to natural gas development and adverse birth outcomes in rural Colorado. *Environ. Health Perspect.* **2014**, DOI: 10.1289/ehp.1306722.

(122) Hill, E. Unconventional Natural Gas Development and Infant Health: Evidence from Pennsylvania. Cornell University: Working Paper, Charles Dyson School of Applied Economics and Management, 2012. www.dyson.cornell.edu/research/researchpdf/wp/.../Cornell-Dyson-wp1212.pdf.

(123) Fryzek, J.; Pastula, S.; Jiang, X.; Garabrant, D. H. Childhood cancer incidence in Pennsylvania counties in relation to living in counties with hydraulic fracturing sites. *J. Occup. Environ. Med.* **2013**, *55* (7), 796−801, DOI: 10.1097/JOM.0b013e318289ee02.

(124) Goldstein, B. D.; Malone, S. Obfuscation does not provide comfort. *J. Occup. Environ. Med.* **2013**, *55* (11), 1376−1378, DOI: 10.1097/JOM.0000000000000014.

(125) Adler, N. E.; Newman, K. Socioeconomic Disparities In Health: Pathways And Policies. *Health Affairs* **2002**, *21* (2), 60−76, DOI: 10.1377/hlthaff.21.2.60.

(126) IHS. *The Economic and Employment Contribution of Unconventional Gas Development in State Economies*; Washington D.C., 2012. http://marcelluscoalition.org/wp-content/uploads/2012/06/State_Unconv_Gas_Economic_Contribution_Main.pdf.

(127) Christopherson, S.; Rightor, N. *How Should We Think About the Economic Consequences of Shale Gas Drilling*; Cornell University, 2011. http://www.greenchoices.cornell.edu/downloads/development/shale/marcellus/Thinking_about_Economic_Consequences.pdf.

(128) America's Natural Gas Alliance. U.S. Shale Gas Benefits. American Natural Gas Association. http://anga.us/issues-and-policy/jobs/us-shale-gas-benefits#.UlyEY9jD-cw (accessed October 14, 2013).

(129) Goldenberg, S.; Shoveller, J.; Koehoorn, M.; Ostry, A. Barriers to STI testing among youth in a Canadian oil and gas community. *Health Place* **2008**, *14* (4), 718−729, http://dx.doi.org/10.1016/j.healthplace.2007.11.005.

(130) Williamson, J.; Kolb, B. Marcellus Natural Gas Development's Effect on Housing in Pennsylvania. *Center for the Study of Community and the Economy.* **2011**; http://www.marcellus.psu.edu/resources/PDFs/housingreport.pdf

(131) Perry, S. L. Using ethnography to monitor the community health implications of onshore unconventional oil and gas developments: Examples from Pennsylvania's Marcellus Shale. *New Solutions* **2013**, *23*, 33−53, http://dx.doi.org/10.2190/NS.23.1.d.

(132) Dutzik, T.; Ridlington, E.; Rumpler, J. The costs of fracking: The price tag of dirty drilling's environmental damage. *Environment Ohio Research & Policy Center*, 2012. http://www.ourenergypolicy.org/the-cost-of-fracking-the-price-tag-of-dirty-drillings-environmental-damage/

(133) Perry, S. L. Energy Consequences and Conflicts across the Global Countryside: *North American Agricultural Perspectives*, 2012. http://forumonpublicpolicy.com/vol2011.no2/archivevol2011.no2/perry.pdf.

(134) Jacquet, J. B. Landowner attitudes toward natural gas and wind farm development in northern Pennsylvania. *Energy Policy.* **2012**; http://www.sciencedirect.com/science/article/pii/S0301421512006702

(135) Jacquet, J. B.; Stedman, R. C. The risk of social-psychological disruption as an impact of energy development and environmental change. *J. Environ. Plann. Manage.* **2013**, 1−20, DOI: 10.1080/09640568.2013.820174.

(136) Brasier, K.; Filteau, M.; McLaughlin, D.; Jacquet, J.; Stedman, R.; Kelsey, T.; Goetz, S. Residents' perceptions of community and environmental impacts from development of natural gas in the Marcellus Shale: A comparison of Pennsylvania and New York cases. *J. Rural Social Sci.* **2011**, *26* (1), 32−61, http://ag.auburn.edu/auxiliary/srsa/pages/Articles/JRSS%202011%2026%201%2032-61.pdf.

(137) Kasperson, R. E.; Renn, O.; Slovic, P.; Brown, H. S.; Emel, J.; Goble, R.; Kasperson, J. X.; Ratick, S. The social amplification of risk: A conceptual framework. *Risk Anal.* **1988**, *8* (2), 177−187, DOI: 10.1111/j.1539-6924.1988.tb01168.x.

(138) Slovic, P. Perception of risk. *Science* **1987**, *236* (4799), 280−285, DOI: 10.1126/science.3563507.

(139) Wachinger, G.; Renn, O.; Begg, C.; Kuhlicke, C. The risk perception paradox—Implications for governance and communication of natural hazards. *Risk Anal.* **2013**, *33* (6), 1049−1065, DOI: 10.1111/j.1539-6924.2012.01942.x.

(140) *Garfield County Air Toxics Inhalation Screening Level Human Health Risk Assessment: Inhalation of Volatile Organic Compounds Measured In 2008 Air Quality Monitoring Study*. Colorado Department of Public Health and Environment: Disease Control and Environmental Epidemiology Division; Rifle, CO, 2010. http://www.garfield-county.com/public-health/documents/6%2030%2010%20%20RisK%20Assessment%20for%20Garfield%20County%20based%20on%202008%20air%20monitoring.pdf.

(141) Sierra Research Inc. *Screening Health Risk Assessment Sublette County, Wyoming*; SR2011-01-03; Sierra Research, Inc,: Pinedale, WY, 2011. http://www.pinedaleonline.com/pdfs/healthriskassessmentfeb2011.pdf.

(142) Bunch, A. G.; Perry, C. S.; Abraham, L.; Wikoff, D. S.; Tachovsky, J. A.; Hixon, J. G.; Urban, J. D.; Harris, M. A.; Haws, L. C. Evaluation of impact of shale gas operations in the Barnett Shale region on volatile organic compounds in air and potential human health risks. *Sci. Tot. Environ.* **2014**, *468*, 832−842, http://www.sciencedirect.com/science/article/pii/S0048969713010073.

(143) *Health Consultation: Public Health Implications of Ambient Air Exposures to Volatile Organic Compounds as Measured in Rural, Urban, and Oil & Gas Development Areas Garfield County, Colorado*, Agency for Toxic Substances and Disease Registry; U.S Department of Health and Human Services Agency; Atlanta, GA, 2008; http://www.atsdr.cdc.gov/HAC/pha/Garfield_County_HC_3-13-08/Garfield_County_HC_3-13-08.pdf.

(144) *DISH, Texas Exposure Investigation*; Texas Department of State Health Services: Dish, Denton County, TX, 2010; www.dshs.state.tx.us/epitox/consults/dish_ei_2010.pdf.

(145) Sexton, K.; Linder, S. H. Cumulative Risk Assessment for Combined Health Effects From Chemical and Nonchemical Stressors. *Am. J. Public Health* **2011**, *101* (S1), S81−S88, DOI: 10.2105/ajph.2011.300118.

(146) Brittingham, M. *Ecological Risks of Shale Gas Development. Risks of Unconventional Shale Gas Development*; Washington DC, 2013; http://sites.nationalacademies.org/DBASSE/BECS/DBASSE_083187.

(147) Morello-Frosch, R.; Shenassa, E. D. The environmental "riskscape" and social inequality: Implications for explaining maternal and child health disparities. *Environ. Health Perspect.* **2006**, *114* (8), 1150−1153, DOI: 10.1289/ehp.8930.

(148) Fry, M. Urban gas drilling and distance ordinances in the Texas Barnett Shale. *Energy Policy* **2013**, *62*, 79−89, http://dx.doi.org/10.1016/j.enpol.2013.07.107.

# Estimation of emissions from oil and natural gas operations in northeastern Colorado

**Gabrielle Pétron, Gregory Frost,** Colm Sweeney, Anna Karion, Ben Miller, Steve Montzka, Michael Trainer, Ed Dlugokencky, Pat Lang, Adam Hirsch, Steve Conley, Jonathan Kofler, Arlyn Andrews, Doug Guenther, Paul Novelli, Tom Conway, Ken Masarie, Sonja Wolter, Tim Newberger, Jack Higgs, Brad Hall, Russ Schnell, and Pieter Tans

Gabrielle.Petron@noaa.gov, Gregory.J.Frost@noaa.gov

**University of Colorado**
Cooperative Institute for Research in Environmental Sciences

**National Oceanic and Atmospheric Administration**
Earth System Research Laboratory

**Boulder, Colorado**








*The scientific results and conclusions, as well as any views or opinions expressed herein, are those of the author(s) and do not necessarily reflect the views of NOAA or the Department of Commerce.*

# Outline

▸ **Background information**

  ▸ natural gas and oil production

▸ **Upstream Methane Emission Estimations**

  ▸ Bottom-up "engineered" inventories

  ▸ Top-down evaluation

    ▸ Denver-Julesburg Basin, Colorado northern Front Range

    ▸ Uintah Basin, northeastern Utah

▸ **Conclusion**



# Background information on natural gas



*Part of the Jonah natural gas field, Wyoming*

# Conventional and unconventional gas

Underground sources of natural gas



Source: U.S. Energy Information Administration and U.S. Geological Survey

Source: modified from U.S. Geological Survey Fact Sheet 0113-01

Conventional natural gas deposits have been the most practical and easiest deposits to mine

Unconventional gas refers to gas that is more difficult or less economical to extract.

Extraction in the unconventional low permeability formations requires hydraulic fracturing.

# Unconventional resources around the world



Figure 42. Natural gas production in China, Canada, and the United States, 2008 and 2035
(trillion cubic feet)

Source: EIA

Unconventional (tight gas, shale gas, coalbed methane)

Conventional (all other gas)

Shale Gas
Tight Gas
Coalbed Methane

Unconventional resources will play a bigger role worldwide in the next decade and beyond.

# From Well to Furnace





Raw gas composition

**Raw natural gas is ~ 80% methane**.
It will contain varying amounts of higher alkanes (saturated hydrocarbons $C_nH_{2n+2}$).
Raw natural gas also contains water, acids ($CO_2$, $H_2S$), and BTEX (benzene, toluene, ethylbenzene, xylenes (hazardous air pollutants).



# Life Cycle Assessment of Gas versus Coal



natural gas

shale

conv.

coal

Gas burns cleaner than coal.

However natural gas extraction is accompanied by fugitive emissions of methane, which has a 100 yr GWP of 25.

How well do we know methane emissions from natural gas systems?

L        ← Howarth →        NETL      Howarth

Source: Fulton et al. (2011)

# US Methane emissions (Tg) from natural gas systems
## Impact of change in methodology



2009 Methane emission estimates:
TOTAL 32.7 Tg, **Natural gas systems 10.5 Tg**, Enteric fermentation 6.6 Tg, Landfills 5.6 Tg, Coal mining 3.4 Tg, Manure management 2.4, Petroleum Systems 1.5 Tg. Total reported uncertainty of 19%.

# Atmospheric Impacts of Oil and Gas Extraction

**Surface-level mixing ratios of ethane (A), n-butane (B), methane (C), ethyne (D) in the southwestern United States, April 28–May 3, 2002.**

Katzenstein A. S. et al.,
Extensive regional atmospheric hydrocarbon pollution in the southwestern United States,
PNAS 2003;100:11975-11979



261 flasks were collected by 8 group members on a 80x80 km grid in 2002.

*"Based on $CH_4$ mixing ratio enhancements integrated within the 2002 study area, a boundary layer height of 1 km, and a ventilation time of 2–3 days from the study area, a $CH_4$ emission estimate of $4 − 6$ teragrams (Tg) per year is obtained. These calculations assume a constant emission of alkanes from the study area (720 x 820 km)."*





