**Table 3-31. VRM and VRI Class Acreage in the WRFO Planning Area
on BLM Surface**

| VRM Class Designations | VRI Class I | | VRI Class II | | VRI Class III | | VRI Class IV | | Total | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Acres | % | Acres | % | Acres | % | Acres | % | Acres | % |
| Total | 79,891 | 5 | 298,638 | 21 | 351,294 | 24 | 724,847 | 50 | 1,454,670[1] | 100 |

NOTE:

[1] BLM's Visual Resource Management system is only applied to Federally managed surface lands. Therefore the acreage for VRI classes in this table represents only those BLM managed surface lands for which the VRM system is applied within the Planning Area.

## Visual Resource Management within the WRFO Planning Area

A total of 988,900 acres, or sixty-eight percent, of the WRFO Planning Area is designated as VRM Class III and IV, the least restrictive of the VRM management classes. Similarly, 1,076,100 acres, or seventy-four percent, of the WRFO Planning Area falls within VRI Class III and IV areas. The VRM Class I areas (approximately three percent of the WRFO Planning Area) are associated with Wilderness Study Areas recommended for wilderness designation. These areas are north of the town of Dinosaur and are referred to as Bull Canyon, Willow Creek and Skull Creek WSAs.

The MPA totals approximately 478,400 acres. Within the MPA, a total of 417,700 acres, or approximately 29 percent of the Planning Area, is designated as VRM Class III and 60,700 acres, or 4 percent of the Planning Area, is designated as VRM Class II. There are no VRM Class I or IV areas within the MPA. Table 3-32 displays the VRM classes associated with major oil and gas production fields within the WRFO Planning Area.

The value of the visual landscape and its historic and scenic areas has been recognized by establishment of the Dinosaur Diamond National Scenic Byway Corridor and the Canyon Pintado NHD. The Dinosaur Diamond National Scenic Byway traverses the western portion of the WRFO Planning Area along SH 139 and SH 64, passing through the towns of Rangely and Dinosaur (Dinosaur Diamond Partnership, Inc. 2000). The Dinosaur Diamond National Scenic Byway Corridor Management Plan strives to "…enhance, promote, and protect the dinosaur fossil and archaeological resources of the…Highway." The Plan sets forth recommendations and objectives to achieve its vision. The BLM was a cooperating agency in the development of the Plan. Motorists traveling along the National Scenic Byway are likely to be more sensitive to visual contrasts due to the expectation travelers place on scenery along a National Scenic Byway.

The Canyon Pintado NHD is listed on the NRHP. The District is located in the Douglas Creek Valley, between Rangely and Fruita on SH 139. The District is noteworthy as an area with high densities of rock art and archeological sites. It represents a destination attraction in the WRFO Planning Area and is a more sensitive area in terms of visual contrast. The District coincides with that portion of the Dinosaur Diamond National Scenic Byway along SH 139, south of Rangely. The BLM has developed an interpretive plan for the District.

During the last five years, domestic energy policy and demand have created a favorable environment for oil and gas development. As a result, there has been an increase in the appearance of equipment and infrastructure associated with that industry in the WRFO Planning Area.

Although oil and gas development is part of their cultural heritage, the communities of Rangely, Meeker, and Dinosaur may be sensitive to additional visual impacts from highly visible infrastructure. Activities that could result in visual impacts could include additional electric

transmission lines, infrastructure along ridge tops, or road cuts in hillsides. The BLM recognizes aesthetic value in the landscape and considers visual resources when planning land use activities.

**Table 3-32. VRM Classes Associated with Major Oil and Gas Production Fields**

| Major Oil and Gas Production Area | VRM Class |
|---|---|
| Rangely | III and IV |
| Wilson Creek | II and III |
| Douglas Creek Arch | IV |
| Piceance Creek Basin | III |

SOURCE: BLM 1996.

Public concerns, including the quality of recreational opportunities on public lands, scenic values and scenic quality, and the costs to develop mitigation, present management challenges for the BLM. Other management challenges related to VRM include the increase in energy development on public lands, overlap of National Historic Sites and utility corridors, effective mitigation along travel routes including Scenic Byways, data supporting the validity of current VRM classes within the WRFO Planning Area, and monitoring the long-term impacts of management standards and practices.

### 3.6.3.1   Proposed Dinosaur Trail MLP

Much of the southern portion of the Dinosaur Trail MLP area is classified as VRI Class IV and VRM Class III, while the northern portion is classified as VRI Classes II, III, and IV and VRM Class II (Maps 3-20 and 3-21). The three WSAs within the MLP are classified as both VRI and VRM Class I. The Dinosaur Diamond National Scenic Byway is within the MLP area.

## 3.7   Resource Uses

## 3.7.1   Forest Products

Timber resources within the WRFO Planning Area consist of small stands of ponderosa pine, Douglas fir, lodgepole pine, aspen, and an aspen/conifer mix. Woodland areas are dominated by pinyon pine and juniper species that are not traditionally used in commercial wood product markets. However, pipelines and other development projects that necessitate removal of these woodlands are treated as commercial harvest. From 2006 through 2008, 850 acres of pinyon/juniper woodlands have been harvested in this manner. Traditional wood products harvested in Colorado include sawtimber, firewood, Christmas trees, post and poles, and biomass. Forest lands in Colorado have low productivity rates, and BLM manages lands to maintain forest health conditions rather than produce commercial timber. The forest and woodland resources within the WRFO Planning Area are shown on Map 3-2.

### 3.7.1.1   Proposed Dinosaur Trail MLP

Pinyon juniper woodlands are the dominant timber resource within the Dinosaur Trail MLP, although there are small stands of aspen and other conifers on Blue Mountain (Map 3-2).

## 3.7.2    Livestock Grazing

The WRFO administers livestock grazing on 156 grazing allotments (Map 3-13) totaling approximately 2,020,300 acres. These grazing allotments contain 1,443,000 acres of public land that are permitted for 121,000 animal unit months (AUMs). The WRFO permits livestock grazing for cattle, sheep, and horses.

The season of use for each allotment varies but most are a combination of spring, summer, or fall. Winter use generally occurs in the lower elevation desert and pinyon/juniper allotments which are often utilized in the spring and fall, too. Most of the livestock grazing permits in the WRFO Planning Area are for cattle operations that run cow/calf pairs. Calving generally occurs on private land before operators move into an allotment.

Forage production fluctuates between years based on precipitation, and actual use AUMs fluctuate accordingly. Reduced use is activated when adverse weather conditions suppress plant growth and carryover forage is not available, such as in 1987 to 1994 and in 2002 to 2004. Authorized AUMs are more fully activated after several years of favorable weather restore forage and water availability. Total permitted numbers of AUMs, livestock classes, and seasons of use change frequently due to conversions of the class of livestock and changes in allotment or livestock management, range improvements, and vegetation manipulations. Adjustments in livestock grazing levels, as a result of changes in available forage or permit renewal application, follow procedures outlined in 43 CFR 4110.3.

### Rangeland Health and Productivity

In the 1997 White River RMP and ROD grazing allotments were placed into one of three management categories that define the intensity of management and concentrate funding and on the ground management efforts on those allotments where actions are most needed to improve the resources or resolve serious resource conflicts (BLM 1997a). Each grazing allotment fits into one of three management categories that define general rangeland management objectives: (1) improve; (2) custodial; and (3) maintain.

Allotment Management Plans (AMPs) provide greater detail in terms of livestock management objectives than the terms and conditions in the general grazing permit or lease. The AMPs are generally prioritized for those allotments designated for improvement but can also be developed for allotments in the maintenance or custodial categories.

Minimum rest periods have been identified for most allotments where no livestock grazing occurs for a period of time to restore plant vigor, improve watershed conditions, and improve rangeland health according to the Colorado Public Land Health Standards and Guidelines for Livestock Grazing Management (BLM 1997b).

The Colorado Public Land Health Standards describe the desired conditions needed to sustain public land health. These standards relate to all uses of the public lands and are applied on a landscape scale. The Guidelines for Livestock Grazing Management are a subset of the Colorado Public Land Health Standards, developed to help livestock managers promote progress toward the Standards. If it is determined that livestock grazing is the cause of any grazing allotment failing to meet or to show significant progress toward achieving the Colorado Public Land Health Standards, then the authorized officer would recommend changes in livestock management practices within that allotment as per 43 CFR 4180.2(c).

*Chapter 3 – Affected Environment*

**Rangeland Monitoring**

Active grazing use authorization, management actions, and long term rangeland health in each allotment are monitored and evaluated, based on existing data. Adjustments are made by agreement or decision in accordance with legislation, regulations, and policy to ensure that public land resources are maintained or improved for future commodity and non-commodity values. Resource specialists use a variety of tools to monitor rangeland health including a series of rangeland health indicators that help them make determinations regarding the relationship between livestock grazing and the Colorado Public Land Health Standards. The current evaluation schedule is based primarily on allotment management categorization (WO-IM-2009-007), resource concerns, and permit expiration dates.

Most livestock operators have worked in the WRFO Planning Area for generations and have specific knowledge of the issues within their grazing allotments. This information is useful in livestock management planning and livestock operators are encouraged to participate in monitoring, developing rangeland improvement projects, and reclamation activities.

### 3.7.2.1   Proposed Dinosaur Trail MLP

Livestock grazing is permitted within the Dinosaur Trail MLP area (Map 3-13). South of the US 40 corridor, the allotments are primarily used for sheep grazing; the northern portion of the MLP area is typically grazed by cattle.

## 3.7.3   Minerals

Mineral resources in the WRFO Planning Area include leasable (oil and gas, geothermal, coal, and other solid leasables), locatable, and salable minerals. Each individual resource section below includes a definition and description of the resource, the current condition of the resource, management challenges, and management actions. Management actions are incorporated in the alternatives and described in more detail in Chapter 2.

### 3.7.3.1   Leasable Minerals

**Oil and Gas**

Most of the WRFO Planning Area is contained within two USGS petroleum resource assessment provinces: the Uinta-Piceance Province and the Southwestern Wyoming Province. Regionally, the WRFO Planning Area is situated near or along the northern and northeastern boundary of the Uinta-Piceance Basin with about 86 percent of the field office area included in this province. A small portion of the easternmost part of the WRFO Planning Area is within the Greater Green River Basin portion of the Southwestern Wyoming Province and covers less than two percent of the WRFO Planning Area. This small portion of the Greater Green River Basin is characterized by relatively low hydrocarbon potential, extremely sparse well control (i.e., a single dry hole), very few existing oil and gas leases, and an absence of drilling activity during the last 50 years. Appendix H contains a description of the processes for oil and gas operations within the WRFO.

The term "Piceance Basin" has been used interchangeably to describe structural, depositional, and surface drainage basins in this portion of northwestern Colorado. The geological features of the Piceance Basin are described in Section 3.1.2, Geology.

**Historical Activity**
The WRFO Planning Area has historically been explored for more than 100 years, commencing in the late 1800s and extending to the present day. Today, the WRFO Planning Area contains almost

5,800 existing boreholes in more than 60 proven fields. A comprehensive discussion of historical activity up to the 1990s can be found in the 1997 White River RMP.

In the nearer term commencing in the 1990s and extending to the early part of the 2000s, about half of the total drilling was concentrated in the Douglas Creek Arch with an overall success rate of more than 85 percent. Development drilling continued in the Rangely Oil Field and this activity accounted for only five percent of the total wells spudded during this period. This significant decline in activity was slightly offset by the increased success rate (86 percent) attained in the field.

Other significant operations included the 1991 discovery of deeper gas reserves in the Mesaverde Group (Williams Fork Sandstone and the Cameo Coal Zone) at the White River Dome Field. As stated in the Present Activity section below, the majority of the wells to be drilled in the next 20 years would be constructed in the low permeability Mesaverde Group. The Mesaverde is present at depths of 8,500 to 16,500 feet.

Subsequent infill drilling of both Wasatch and Mesaverde reservoirs in this area represented about ten percent of the total new wells drilled in the WRFO Planning Area during the 1990s and early 2000s. A similar level of drilling activity was observed in the Piceance Creek Drainage Basin, where operators targeted both stratigraphically trapped shallow Wasatch sand reservoirs and deeper Mesaverde tight gas sand accumulations. More than half of this activity involved exploratory drilling and about two-thirds of the wildcat penetrations were completed in the region around the turn of this century.

Map 1-4 shows the location of the producing wells. Current production volumes and comparison to future activities are discussed under Present Activity below. Producers can typically drain 1.3 billion cubic feet (bcf) of gas per well using multistage hydraulic fracturing (frac) techniques on downhole spacing of 10 acres. The reason the wells can drain such a volume of gas is that the reservoir consists of a series of vertically stacked sandstone intervals with a total thickness ranging from 1,500 to 2,000 feet. As a result, future wells would likely produce similar volumes to current wells. Less than five percent of future wells would be drilled to oil targets.

**Present Activity**
Beginning in 2004, the WRFO Planning Area has undergone a dramatic increase in drilling activity. Roughly 70 percent of the current operations are centered in the Piceance Creek Drainage Basin (focused on the thick, gas-saturated Mesaverde tight sand play), about 20 percent in the Douglas Creek Arch area (primarily drilling Cretaceous sand, shale, and coalbed gas reservoirs), and the remaining ten percent in the Rangely Field (targeting the Weber oil sand). The emerging interest in the Mesaverde basin-centered play in the central part of the WRFO Planning Area (the Mesaverde Play Area) is principally related to the development of new completion technology (i.e., modern hydraulic frac techniques) coupled with the increase in gas prices since 1997. Operators have aggressively pursued both exploration and development drilling activities in the Piceance Creek area. Exploratory outpost or new field wildcat wells account for roughly 30 percent of the wells drilled in this region, with an average success rate of 88 percent over the past four years. The remaining 70 percent of the penetrations drilled in the Piceance Creek area were infill development wells and nearly all (97 percent) of these boreholes have been successfully perforated and completed. In the Douglas Creek Arch area, overall drilling activity is currently in decline and this is probably in response to difficulties in the effective disposal of high volumes of produced water in this maturely developed part of the northern Piceance Basin. Since 2004, exploratory drilling has represented only about ten percent of the recent wells spudded in this westernmost region, and operators have attained nearly a 90 percent average success rate in drilling these "riskier"

opportunities. Most of the wells drilled on the Douglas Creek Arch; however, have been infill development penetrations; these exploitation programs have achieved an average success rate of about 96 percent. Lastly, the Rangely Field has been characterized by an absence of exploratory activity. Development operations on the anticline have also continued to steeply decline. Relatively few development wells (fewer than 30) have been drilled since 2004 but nearly all of them (94 percent) were successfully perforated and completed. Although limited future activity is anticipated for the Rangely Field, enhanced recovery operations (carbon dioxide and water injection methods) would continue to help sustain the production of liquid hydrocarbons from this world-class accumulation.

Well and production summaries were generated from the Colorado Oil and Gas Conservation Commission database for the WRFO Planning Area. Approximately 5,800 wells have been drilled in the area as a result of exploration and development activities: 1,806 producing wells, 317 injection wells, 12 water disposal wells, more than 2,500 plugged and abandoned wells, 271 shut in wells, 65 temporarily abandoned wells, and 36 wells waiting on completions (COGCC 2006). The 1,806 producing wells produced a total of 47,716,491 barrels of oil and 273,602,232 thousand cubic feet of gas from 1999 to 2006 (COGCC 2006). Table 3-33 shows the oil, gas, and water produced for that eight-year period. Oil production has declined over the eight-year period, while gas production and the produced water volume have increased over the same time period, primarily as a result of bringing new Mesaverde natural gas wells online in the last two years of the period.

### Table 3-33. Oil, Gas, and Water Produced in the WRFO Planning Area from 1999 to 2006

| Year | Oil (Barrels) | Gas (MCF)[1] | Water (Barrels) |
|---|---|---|---|
| 1999 | 6,651,586 | 27,936,756 | 96,858,745 |
| 2000 | 6,514,386 | 31,136,487 | 96,373,175 |
| 2001 | 6,237,208 | 31,372,895 | 95,347,723 |
| 2002 | 5,884,964 | 35,920,570 | 89,841,114 |
| 2003 | 5,604,271 | 34,126,800 | 85,177,701 |
| 2004 | 5,511,331 | 33,430,676 | 97,877,565 |
| 2005 | 5,675,879 | 36,594,928 | 101,297,487 |
| 2006 | 5,636,866 | 43,083,120 | 105,021,318 |
| **Total** | **47,716,491** | **273,602,232** | **767,794,828** |

SOURCE: COGCC 2006.
NOTE:
[1]MCF = 1,000 cubic feet

Because the obvious and easily identifiable structural traps have been drilled, future exploration in the WRFO Planning Area would likely focus on stratigraphic traps and drilling to depths up to 16,500 feet within the areas identified as having potential for oil and gas production (BLM 1994). The majority of the future wells would be constructed for gas production from the low permeability Mesaverde Group. New development would likely occur based on exploratory drilling programs now being implemented within the WRFO Planning Area.

Exploration for coal bed natural gas began in the Piceance Basin during the early 1980s. Commercial production was finally achieved in 1989 in the Parachute Field, operated by Barrett Resources. Other operators soon followed, including Fuelco at White River Dome Field in the

*Chapter 3 – Affected Environment*

northern part of the basin, and Conquest Oil Company near Barrett Resources' production in the central part of the basin. However, not all operators were successful in locating or producing coal bed natural gas. Ultimately, Barrett found the sandstones to be far more productive than the coal beds, and attempts to complete the wells in the coalbeds were abandoned (EPA 2004).

As shown on Map 1-4, in general, "high" potential areas are defined by the presence of proven source and reservoir-quality rocks that have experienced a favorable thermal maturation history for the generation and trapping of significant hydrocarbon accumulations. "Moderate" potential areas are those characterized by geophysical or geological indications of the presence of source and reservoir-quality rocks that may have undergone a favorable thermal maturation history for the generation and trapping of hydrocarbon accumulations. "Low" potential areas possess an absence of one or more of the previously described variables (e.g., source rocks, reservoir rocks, thermal maturation, and trap presence). Areas of "no known" or "no" hydrocarbon occurrence potential are those with an absence of source rock, reservoir rock, thermal maturation, and trap presence, essentially excluding the occurrence of hydrocarbons in a particular area.

The map presented in the 2007 RFD for potential oil and gas occurrence shows that most (approximately 77 percent) of the WRFO Planning Area has a moderate to high potential of encountering hydrocarbon-bearing rocks in the subsurface. Only the two major tectonic uplifts in the WRFO Planning Area, the Yampa Plateau and White River Uplift, are characterized by lesser hydrocarbon occurrence potential. Most of the unleased federal mineral estate occurs in these two regions. To the northwest, the Yampa Plateau structural uplift exhibits a relatively limited stratigraphic column of primarily Paleozoic and older rocks. Only a single USGS Uinta-Piceance Assessment Unit extends into this region. The White River Uplift in the eastern part of the study area also possesses a thin section of Paleozoic sedimentary rocks, sometimes unconformably overlain by Tertiary rocks of volcanic origin, and a single Assessment Unit extends into this region of lesser occurrence potential. Historically, these two areas of limited potential hydrocarbon occurrence in the WRFO Planning Area have demonstrated relatively low levels of drilling activity and an absence of significant commercial hydrocarbon production.

## Geothermal

The BLM and the National Renewable Energy Laboratory (NREL) issued a report in 2003 that identified public lands most suitable for increased development of renewable energy, including geothermal resources. Findings of the report indicated that the WRFO Planning Area was not among the 25 highest rated areas for potential development of geothermal power. The BLM studies indicated that the WRFO Planning Area is not considered to have high potential for geothermal power development.

## Coal

Coal potential exists in two major fields in the WRFO Planning Area under current economic conditions. The Danforth Hills Field north of Meeker contains an estimated 416 million tons of recoverable coal reserves. The White River Field is in the general vicinity of Rangely and contains an estimated 327 million tons of recoverable coal reserves. The main coal-bearing beds in both fields are the Iles and Williams Fork Formations of the Upper Mesaverde Group (BLM 2007b). Deserado Mine is currently producing coal in the White River Field near Rangely. The Colowyo coal mine is located in the Danforth Field. Active mining is north of the WRFO Planning Area in Moffat County and is administered by the Little Snake Field Office. Although grading from the open pit mine extends into Rio Blanco County, no additional coal extraction is projected for the WRFO Planning Area under current economic conditions.

**Chapter 3 – Affected Environment**

Map 3-15 shows the locations of the White River and Danforth Hills coal field areas and acreage designated as either suitable or not suitable for coal leasing. The coal lease areas are designated as: suitable for both surface and subsurface coal mining, suitable for subsurface but not surface mining, or not suitable for either surface or subsurface coal mining.

Several closed coal mines in the Danforth Hills Field have the potential to reopen if the economics become favorable. Future coal mining activities are likely in the WRFO Planning Area based on market-driven prices of coal, transportation and the desire to reduce dependency on foreign oil.

## Other Solid Leasables

Other leasable minerals within the WRFO Planning Area include sodium and oil shale. Uranium, bentonite, gypsum, limestone, and other "hardrock minerals" occurring on acquired public lands not closed to mineral leasing can be developed only under a leasing system. Access to the leasable federal mineral estate is at the BLM's discretion.

### Sodium

The Piceance Basin contains the world's largest and most economically significant nahcolite resource (naturally occurring sodium bicarbonate). Most of the significant deposits of oil shale and all of the sodium resources are found in the Parachute Creek Member of the Green River Formation.

The sodium resource in the basin was estimated at 32 billion short tons (Dyni 1974) and 29 billion tons (Beard et al. 1974).

There are presently eight sodium leases, approximately 16,600 acres, on BLM land in northwestern Colorado (BLM 2006d). Solution mining operations have been constructed on two of these leases in Rio Blanco County. One solution mining operation was mothballed in 2004 due to market issues. The other mine has been operating since 1991 and produces greater than 130,000 tons of sodium bicarbonate annually. The sodium deposits located in the WRFO Planning Area are shown on Map 3-15.

Future development of sodium resources is likely in the WRFO Planning Area. The development would depend on the results of continued improvement of solution mining technology, and market-driven prices of sodium bicarbonate.

### Oil Shale

Oil shale is prevalent in the western states of Colorado, Utah, and Wyoming. The resource potential of these shales is estimated to be the equivalent of 1.5 to 1.8 trillion barrels of oil in place (Bartis et al. 2005). Resource potential within the Piceance Basin totals approximately 1.0 trillion barrels of oil in place (Smith 1980). The Parachute Creek Member of the Green River Formation contains most of the oil shale. The Parachute Creek Member is 900 to 1,200 feet thick at the southern and western margins of the basin and nearly 1,900 feet in the depositional center. The Mahogany zone (Parachute Member) consists of kerogen-rich strata and averages 100 to 200 feet thick. This zone extends to all margins of the basin and is the richest oil shale interval in the stratigraphic section.

The area available for oil shale leasing in the WRFO Planning Area is shown on Map 3-15. Because oil shales have not proven economically recoverable, they are considered a contingent resource. High-grade oil shale in the area contains more than 25 gallons of oil per ton of shale (Dyni 2003).

Federal interest in oil shale dates back to the early 20th century, when the Naval Petroleum and Oil Shale Reserves were set aside. After a second oil embargo in the 1970s, Congress created a

synthetic fuels program to stimulate large-scale commercial development of oil shale. A number of commercial-scale oil shale mining and retort projects were initiated in the WRFO Planning Area after the second embargo. The federal program proved short-lived, and commercially backed oil shale projects ended in the early 1980s when oil prices began declining. Attempted development of the oil shale has occurred at prototype lease Tracts C-a (5,100 acres) and C-b (5,100 acres). Tract C-a was leased to show feasibility of open pit mining techniques and Tract C-b was leased to be developed as an underground mining operation with above ground retorting of the oil shale. Tract C-a and Tract C-b have been reclaimed and relinquished.

No mining method yet applied has provided a viable method for the commercial extraction of shale oil in the WRFO. However, the results from current oil shale research development and demonstration (RD&D) leases could lead to the development of viable commercial operations. Oil shale continues to be regarded as a valuable potential resource.

Interest in commercial development of oil shale revived with the current higher oil prices and, in August 2005, the U.S. Congress enacted the Energy Policy Act of 2005, Public Law 109-58. In Section 369 of this Act, also known as the "Oil Shale, Tar Sands, and Other Strategic Unconventional Fuels Act of 2005," Congress declared that oil shale and tar sands (and other unconventional fuels) are strategically important domestic energy resources that should be developed to reduce the nation's growing dependence on oil from politically and economically unstable foreign sources. In early 2005, the BLM solicited the nomination of parcels to be leased for RD&D of oil shale recovery technologies in Colorado, Utah, and Wyoming. Three companies are in the process of demonstrating new technology on five BLM 160-acre RD&D lease tracts in the Planning Area. If RD&D technologies are proven to be technically, economically, and environmentally feasible, the RD&D leases may be converted to 5,120-acre commercial oil shale leases.

In the second round of leasing, the RD&D parcel is again 160 acres but the associated preference lease area has been reduced to an additional area of up to 480 contiguous acres. The preference lease area is an area that can be reserved for conversion to a commercial lease at a future time after additional BLM review. There are currently two proposals being considered by the WRFO during this second round of RD&D leasing. Development of commercial oil shale operations would be dependent on the cost of recovering oil from the oil shale and the price of oil.

### 3.7.3.2   Locatable Minerals

Locatable minerals is a legal term that, for federal lands in the U.S., defines a mineral or mineral commodity that is acquired through the General Mining Law of 1872, as amended. These are the base and precious metal ores, ferrous metal ores, and certain classes of industrial minerals. Acquisition of locatable minerals is by staking a mining claim (location) over the deposit and then acquiring the necessary permits to explore or mine. Examples of locatable minerals include, but are not limited to, gold, silver, platinum, copper, lead, zinc, magnesium, nickel, tungsten, bentonite, barite, feldspar, uranium, and uncommon varieties of sand, gravel, and dimension stone. Uncommon variety minerals are deposits that have distinct and special properties making them commercially valuable for use in manufacturing, industrial, or processing operations.

The BLM manages the Mining Law program on the federal mineral estate (Map 3-14), including management such as authorizing and permitting mineral exploration, mining, and reclamation actions. For operations other than casual use, the claimant is required to submit a notice or a plan of operations. Regulations require the claimant to prevent unnecessary or undue degradation of the land. Management actions may recommend closures to mineral entry by withdrawing areas from

*Chapter 3 – Affected Environment*

further location of mining claims or sites and may apply restrictions needed to protect other resource values when conducting activities under the operation of the mining laws.

Within the WRFO Planning Area the rock formations are primarily sedimentary in origin and are not a likely source for significant deposits of locatable minerals such as precious metals (e.g., gold or silver). There are no current or past mining areas in the WRFO Planning Area associated with precious metal or other locatable metal minerals other than uranium, discussed below.

Uranium is designated as a strategic locatable mineral. Interest in uranium exploration has been cyclic and is influenced by war, the threat of war, shortages, temporary surpluses, poor planning, and a fear of environmental hazards. To date there has not been any development of potential uranium reserves within the WRFO Planning Area. However, with uranium prices going up, interest in uranium exploration in the WRFO Planning Area has recently started to increase. Uranium mining claims have been staked recently in the northwestern portion of the WRFO Planning Area north of Rangely near US 40. Several claims have been staked encompassing approximately 44 square miles within two separate blocks of claims south of US 40.

### 3.7.3.3   Salable Minerals

Salable minerals, also known as mineral materials, include common variety materials such as sand, gravel, stone (e.g., decorative stone, limestone, and gypsum), clay (e.g., shale and bentonite), limestone aggregate, borrow material, clinker (scoria), and leonardite (weathered coal). Of the salable minerals, only sand and gravel are found within the WRFO Planning Area.

Sand and gravel provide raw materials for most construction and paving activities. Sand and gravel deposits are found along the White River and major tributary valleys. Other sources include widespread colluvial deposits at the base of rock outcrops, and alluvial fans. Large sand and gravel reserves occur near Meeker in the vicinity of Agency Park, and in the Little Beaver area.

With the projected increase in oil and gas activities over the next 20 years, the need for additional sand and gravel resources for road improvements and other construction-related activities would likely increase.

### 3.7.3.4   Proposed Dinosaur Trail MLP

To determine whether or not circumstances warrant additional planning and analysis, WO-IM-2010-117 lists numerous criteria to be considered. Specifically, the BLM must prepare an MLP when all four of the following criteria are met:

- A substantial portion of the area to be analyzed in the MLP is not currently leased.

- There is a majority Federal mineral interest.

- The oil and gas industry has expressed a specific interest in leasing, and there is a moderate or high potential for oil and gas confirmed by the discovery of oil and gas in the general area.

- Additional analysis or information is needed to address likely resource or cumulative impacts if oil and gas development were to occur where there are:

  o Multiple-use or natural/cultural resource conflicts;

  o Impacts to air quality;

- o Impacts on the resources or values of any unit of the National Park System, national wildlife refuge, or National Forest wilderness areas, as determined after consultation or coordination with the NPS, the FWS, or the FS; or
- o Impacts on other specially designated areas.

The Dinosaur Trail MLP (422,700 acres) was developed from the citizen-proposed Dinosaur Lowlands MLP to meet the above criteria and also to exclude areas with extensive existing development such as the Rangely Oil Field/Coal Oil Basin and the White River Dome area (Map 1-4). Approximately 32 percent of leasable federal mineral estate within (101,700 acres) the Dinosaur Trail MLP is currently leased (Map 1-2). Over 84 percent (357,600 acres) of the Dinosaur Trail MLP is federal mineral estate (Map 3-14). The oil and gas industry has expressed a specific interest in leasing with parcels being nominated for both the May 2013 and June 2014 lease sales. The southern portion of the MLP (55 percent or 236,300 acres) is identified as having moderate to high oil and gas occurrence potential and production of oil and gas has been demonstrated in the Elk Springs area within the MLP and just to the south of the MLP in the Rangely Oil Field.

Additional analysis is needed to address likely resource or cumulative impacts. Parcels were deferred from leasing in the May 2013 lease sale to allow for future coordination between the National Park Service and the BLM regarding concerns about air quality and Dinosaur National Monument. Further, there are numerous special status wildlife and plant species that occur within the MLP, as well as important cultural resources, lands with wilderness characteristics, ACECs, and WSAs.

The Dinosaur Trail MLP is outside of the MPA (Map 1-4) and is not identified for sodium or oil shale leasing but does have an active underground coal mine (Map 3-15).

## 3.7.4   Recreation

The planning area for recreation includes all public lands within the WRFO. Public lands provide a broad spectrum of recreation opportunities and beneficial outcomes, affording visitors an array of settings for primitive and dispersed recreation, as well as developed and OHV-based recreation. Recreational opportunities are available to the public on all BLM-administered lands where legal access exists. Recreational activities are typically dispersed and unstructured, and include OHV riding and mountain biking, hunting, camping, hiking, horseback riding, and target shooting.

Steady population growth, especially around Rangely and Meeker, has placed an increasing recreational demand on adjacent undeveloped public lands as visitors and nearby residents seek a diversity of recreational opportunities. Colorado's population has grown significantly in the past ten years (U.S. Census Bureau 2002), and an increasing number of people are living near or seeking undeveloped public land for recreational use. Much of the future anticipated population growth within WRFO can be attributed to the expected increase in oil and gas development activities as employees and their families relocate to the area. Many of these new residents will naturally place an additional recreational demand on public lands within the WRFO. Section 3.10.1, Economic, Social and Environmental Justice, describes in greater detail the current and projected population increases in the region that may contribute to increased recreational use of BLM administered lands in the WRFO. In addition, Colorado remains a popular destination for tourists, especially those seeking experiences in an undeveloped setting. As a result, public lands administered by the BLM are absorbing increasing recreational use.

In addition to the local population and visitation increases, oil and gas development has also created new roads, some of which may be available for those seeking recreational opportunities or pursuits, opening up areas that may have once been isolated. This has occurred primarily in the Piceance Basin.

Recreational settings range from backcountry (e.g., the Willow Creek WSA area) to rural (Rangely). As outlined in the 1997 White River RMP, recreation on BLM land in the WRFO Planning Area is managed as the White River Extensive Recreation Management Area. Specific management regulations can be developed in project plans, or integrated activity plans. Resources would be managed and monitored to ensure protection of sensitive resources and continued availability of recreation opportunities and experiences. Recreation management of the White River ERMA has been primarily custodial, enabling visitor's opportunities for dispersed recreation settings and OHV-based recreation experiences. This type of setting is typical of an area that is largely undeveloped and where nature-based recreation predominates.

## Recreation Opportunity Spectrum

Recreation Opportunity Spectrum classes are designated by BLM to establish management objectives related to the type of recreation setting and opportunities to be maintained. The BLM classifies land using one of the six ROS classifications, including primitive, semiprimitive nonmotorized, semiprimitive motorized, roaded natural, rural, and urban. The urban ROS classification does not typically require BLM management restrictions. The primitive, semiprimitive, and roaded natural classifications are designed to provide certain types of recreation settings and may require restrictions on use to meet management objectives.

Recreation Opportunity Spectrum inventories were completed for some portions of the WRFO Planning Area as part of the 1996 White River Resource Area Proposed RMP/Final EIS. The northern Blue Mountain area (formally known as the Blue Mountain Geographic Reference Area) includes semi-primitive non-motorized, semi-primitive motorized, rural natural and rural class settings. The southern Blue Mountain area includes semi-primitive non-motorized, semi-primitive motorized, rural natural and rural class settings. The White River ACEC includes rural natural and rural class settings (BLM 1996).

## Current Recreation Management

Monitoring and enforcement of dispersed recreation is limited, especially in areas with a small percentage of public lands or limited access. The BLM places signs to identify public and private land boundaries, interpret resources, and provide regulatory and informational kiosks in high use areas. Detailed information is available to the public through informational pamphlets, land-ownership maps, and online websites.

Recreational activities in the WRFO Planning Area are varied and include hunting, fishing (cold and warm water), boating (open canoeing and rafting), camping, hiking, backpacking, mountain biking, and OHV use.

The White River ERMA supports elk, mule deer, coyote (*Canis latrans*), bear, and mountain lion hunting. Hunting is the most prominent recreational use and occurs throughout the WRFO Planning Area. The fall hunting season is the busiest time of the year. Many hunters use the BLM road network to reach their hunting areas. Some hunting opportunities exist in specific and limited areas within the WRFO Planning Area, such as the North Fork White River area. Hunting is available in many areas of the Planning Area, and CPW manages hunting primarily through licensing and law

*Chapter 3 – Affected Environment*

enforcement, and GMUs within the Planning Area. CPW also provides and enforces state rules and regulations. However, the BLM issues Special Recreation Permits (SRPs) to hunting and fishing outfitters to operate within the WRFO Planning Area. Areas which are open to OHV use support the hunting that occurs on public land, although OHV use is also associated with other recreational pursuits. Many areas that are closed or limited to OHV use also support hunting experiences, in a more dispersed and backcountry setting. Executive Order 13443 Facilitation of Hunting Heritage and Wildlife Conservation was signed on August 16, 2007. The order directs federal agencies that have programs and activities that have a measurable effect on public land management, outdoor recreation, and wildlife management to evaluate the effect of their actions on trends in hunting participation and to facilitate the expansion and enhancement of hunting opportunities and management of game species and their habitat.

Fishing is common on the White River, Rio Blanco Lake, Kinney Reservoir, Lake Avery, and Trappers Lake. Fishing may occur on Douglas Creek and Piceance Creek.

Approximately 200 miles of mountain biking trails are available for use, and many other recreational opportunities follow established dirt and paved roads. Rangely Loop, Dinosaur, Ute, Dominguez-Escalante, Scenery Gulch, Cathedral Bluffs, China Wall, and Lobo Mountain trails are some of the motorized and non-motorized trails available for use on BLM-administered public land.

The WRFO, in coordination with the Town of Rangely and local organized off-road groups, has established a 525-acre rock-crawling area southwest of Rangely. This area is managed in partnership between the Town of Rangely, Rangely Rock Crawling Club, and the WRFO. Rock crawling is an emerging OHV sport in which highly modified vehicles are driven over particular geologic features to provide a challenging experience for off-road enthusiasts. The large number of rock outcroppings in the area appeal to enthusiasts of this sport, and subsequently there are a high proportion of participants for this sport in this area (BLM 2006e).

The WRFO administers SRPs to manage organized commercial and noncommercial recreation activities. Special Recreation Permits are issued to accommodate five categories of recreational use, as follows: commercial, competitive, individual or group use in special areas, organized group activity, and event use. Permits may be issued for periods of up to ten years, but lengths of permits depend on the activities proposed, areas in question, and the past record of the potential permittee. Some SRP activities, especially larger ones that may draw large numbers of participants, may include vending permits, where applicable. Within the WRFO Planning Area, on BLM land, nearly all SRPs are issued for big game hunting.

Areas of high interest to recreational users include Blue Mountain, White River ACEC, Canyon Pintado NHD, and Dinosaur Diamond National Scenic Byway. Specially designated areas provide primitive recreation settings for hiking, nature study, and wildlife viewing. The Blue Mountain area and the White River ACEC are managed in part to provide specific recreation activity opportunities and settings for targeted recreation experiences, such as trophy big game and upland bird hunting, mountain biking, scenic viewing, horseback riding, pleasure driving, wildlife viewing, hiking and backpacking, river float-boating, fishing, and camping. The ACECs are discussed further in Section 3.8.1, Areas of Critical Environmental Concern and Other Management Areas.

There are many opportunities for cultural and archaeological oriented recreation in the WRFO Planning Area, namely in Canyon Pintado NHD. The Canyon Pintado NHD, a property listed on the NRHP, is located in northwestern Colorado in the Douglas Creek Valley, between Rangely and Fruita on SH 139. Examples of rock art from prehistoric cultures are located throughout the canyon.

*Chapter 3 – Affected Environment*

The WRFO Planning Area includes a portion of the Dinosaur Diamond National Scenic Byway, a major attraction to the area, and the Flat Tops Trail Scenic Byway. National Scenic Byways are designated by the Federal Highway Administration based on their archaeological, cultural, historic, natural, recreational, and scenic qualities.

**Recreational Use Patterns**

Indicators to measure trends in recreation include visitor use levels, user conflict levels, impacts to resources, and compliance with commercial authorization. Recreation use overall is likely to increase, especially motorized-based recreation. This could increase the frequency of visitation to other recreation pursuits, such as interpretive recreation at cultural sites.

Concentrated camping use is increasing across the WRFO Planning Area during the fall hunting seasons, and in the spring and summer, when OHV use is most common. The recreational setting and opportunities surrounding towns and roads may contrast sharply with the settings and opportunities available in remote areas. With the increased residential and commercial development occurring around some towns in the WRFO, many recreation settings have changed from isolated to a more front-country setting. These areas are popular and may receive year-round use. Recreation use overall is likely to increase, especially motorized-based recreation. The need for OHV management tools and active OHV management is becoming increasingly obvious. Current available data on visitation shows an increase since the 1996 White River Resource Area Proposed RMP/Final EIS (BLM 1996). The WRFO is currently monitoring recreation use to update visitation trends. All visitors to BLM lands are expected to adhere to federal regulations and to use "leave no trace" ethics.

Past recreation trends have predominantly favored hunting and fishing. However, OHV use in the WRFO has been gaining in popularity in the last ten years as all-terrain vehicles (ATVs) become safer and more affordable. These trends are expected to continue to increase as population of the surrounding areas continues to expand. The U.S. Census Bureau predicts an increase of 1.5 million residents to the State of Colorado by the year 2030, a 34.7 percent increase over 2000 population levels (U.S. Census Bureau 2006a). The U.S. Census Bureau also designated six counties within Colorado as part of America's 100 fastest growing counties (U.S. Census Bureau 2006b).

Recreation uses may decrease or increase in correlation with increased oil and gas exploration and development. Decreases may be seen in hunting if a reduction in suitable wildlife habitat occurs. Increases may be seen in OHV use as access and number of roads is increased in the WRFO Planning Area. Increases in OHV use also open the area up to other recreational pursuits, especially hunting, scenic viewing, and camping experiences.

In accordance with BLM's Land Use Planning Handbook, BLM may establish Special Recreation Management Areas to manage important recreational resources. No SRMAs have been established within WRFO Planning Area under the 1997 White River RMP.

### 3.7.4.1   Proposed Dinosaur Trail MLP

The Blue Mountain area and the White River ACEC are managed in part to provide specific recreation activity opportunities and settings for targeted recreation experiences, such as trophy big game and upland bird hunting, mountain biking, scenic viewing, horseback riding, pleasure driving, wildlife viewing, hiking and backpacking, river float-boating, fishing, and camping.

## 3.7.5    Comprehensive Trails and Travel Management

BLM's transportation program includes providing means for legal access to public land and maintenance and development of various transportation facilities. Acquisition and interests in lands and the tools used to acquire access are discussed in detail in Section 3.7.6, Lands and Realty. Rights-of-way to meet transportation needs are addressed in Section 3.7.6.2, Right-of-Way and Utility Corridors. Transportation within the Planning Area is managed for a variety of purposes by multiple agencies, including the State of Colorado, Rio Blanco, Moffat, and Garfield counties, BLM, and private individuals and corporations.

Travel management is aimed at providing adequate access to BLM-administered lands for visitor use and for administration of those lands, while regulating travel to protect public safety, prevent damage to resources, and resolve conflicts among users. Central to travel management are OHV designations. The goal of the transportation and access program of the WRFO is to actively manage travel, access, and OHV use within the area to meet public demand. For legislative purposes, 42 CFR 840 defines an OHV as "any motorized vehicle capable of or designated for, travel on or immediately over land, water, or other terrain."

It is important to explain the terminology used in this section, as the same terminology used in other resource sections may have different meanings. For example the word "open" or "closed" may have different meanings depending on the use or uses to which it is referring. "Open areas," as related to OHV use, are areas where all types of vehicle use are permitted at all times, anywhere in the area subject to the operating regulations and vehicle standards set forth in 43 CFR 8341 and 8342. "Open," as it relates to oil and gas leasing, means that all potentially productive areas, except those areas designated as closed to leasing by law, regulation or executive order, are available for OHV use. "Closed areas," as related to OHV use, are areas where OHV use is prohibited. Use of OHVs in closed areas may be allowed for certain reasons; however, such use shall be made only with the approval of the authorized officer. "Closed areas," as related to oil and gas development, are areas that are closed to OHV use. All public land areas are designated as "Open to all motor vehicle use," "Closed to all motor vehicle use," or "Limited."

The 1997 White River RMP manages OHV use areas in four ways: as limited to existing routes, limited to designated routes, closed, and limited seasonally. According to the BLM Land Use Planning Handbook, the number of categories for management of OHV areas has been decreased to three: open, closed, and limited to existing routes (BLM 2005a). The change was a result of Instruction Memorandum 2008-014 (BLM 2008e). The IM states "as required by Executive Order 11644 (as amended by Executive Order 11989) and regulation (43 CFR 8340), each RMP will designate all public lands within the Planning Area as "open," "limited," or "closed" to motorized (OHV) use (area designations)."

The OHV designation of "closed" in the 1997 White River RMP has been carried over into the RMPA. The OHV designations of "closed (August 15 to November 30)," and "existing roads, ways, trails (November 1 to August 14)" in the 1997 White River RMP, have been combined under this RMPA into one designation: "limited area." The designation of "existing roads, ways, trails October 1 to April 30" in the 1997 White River RMP represented in this RMPA as "designated roads, ways, and trails." The current designations in this RMPA match with BLM's Roads and Trails Travel Terminology (BLM 2006e).

At this time, the WRFO is mapping roads in preparation for a Travel Management Plan for the WRFO Planning Area. Policy from the 1997 White River RMP regarding trails and travel management is in effect until a Travel Management Plan for the WRFO is completed.

*Chapter 3 – Affected Environment*

Interim management, pending completion of the Travel Management Plan designates:

- WSAs and Moosehead Mountain as closed.
- The Cow Creek and Timber Gulch area as closed (August 15 to November 30).
- ACECs as limited to designated roads, ways, and trails.
- WRFO areas not otherwise designated, as limited to existing roads, ways, and trails.

A network of federal, state, and county roads provides access to the WRFO Planning Area. State Highway 13 provides access to the WRFO Planning Area from I-70 and serves as the major north/south route for the eastern portion of the Planning Area. State Highway 64 is a west-east highway and provides the route between the towns of Meeker and Rangely. Finally, SH 139 and US 40 provide access to the western portion of the WRFO Planning Area. US 40 is part of the National Highway System and a designated truck route. It carries a higher functional class than SH 13, SH 64, and SH 139 and supports interregional, intra-regional, and intercity travel. Collectively, the state system provides important regional access linking the I-70 corridor to northwestern Colorado and regional centers within northeastern Utah. State Highway 139, also known as the Dinosaur Diamond National Scenic Byway, is part of a major scenic byway loop that travels through the Canyon Pintado NHD. In addition to these paved highways, there are a number of BLM roads and private routes that provide access to BLM-administered public lands. Many roads that were once rarely used have seen increased use in recent years due to oil and gas exploration and development.

New road construction within the WRFO Planning Area can be directly correlated with the demand for new energy development. The outcome of the 2000 Energy Policy and Conservation Act reauthorization has generated unprecedented interest in the development of oil and gas resources within the Uinta - Piceance Basin. Long-term projections for drilling activity would necessitate new road construction to access the more remote areas of the Piceance Basin. The 2007 RFD Scenario for potential oil and gas development activities in the WRFO Planning Area project the potential need for the construction of between 550 and 2,556 multiple well pads, averaging eight drilled wells per pad, over a 20-year period (between 2009 through 2028). This represents a long-term and sustained demand for new oil and gas well development, and subsequently, the roads that would be needed to support these developments. Previously constructed roads may also require upgrading in width and right-of-way as drilling operations are converted to collection and production facilities.

One area of concern for the WRFO is the proliferation of user-created OHV routes, in addition to the previously established and designated routes within the WRFO. As with most BLM lands around the country, OHV use is becoming an increasingly popular activity. As this use continues to increase, users often create new routes in undisturbed areas. As more and more users then travel on these routes, they slowly become established travel ways, although they have not been formally designated by the WRFO. The WRFO does not currently have an accurate estimate of the amount of these user-created routes; however, they will be inventoried as part of the Travel Management planning process.

BLM roads are under the jurisdiction of the WRFO and are open to public travel at all times, subject to any limitations or restrictions outlined in the 1997 White River RMP. These roads are concentrated west of SH 13, and many connect directly to state highways and county roads.

BLM roads vary significantly in design standard, and range from 30-foot improved roads to two-track roads requiring high-clearance four-wheel-drive vehicles. Road construction has evolved

*Chapter 3 – Affected Environment*

over time, based upon the demand to provide access for recreation and oil and gas development into site-specific areas. There are over 300 numbered BLM roads totaling in excess of 1,680 miles, in addition to multiple private roads and other roads in the Planning Area.

## Vehicle Count Data

The BLM collected vehicle traffic data for eight different sites, primarily located within the western areas of the region. The time period for data collection ran from August through November, 2006, and included Cow Creek, Sprague Gulch, Wilson Creek, and five sites along SH 139 within the Canyon Pintado NHD boundary. The highest volume of traffic recorded was at Cow Creek and Sprague Gulch and totaled 2,584 and 3,517 vehicles per week, respectively, during mid-October 2006.

The average annual daily traffic (AADT) is used as a measuring tool to determine how many autos and trucks travel in and through a region on any given day. Per the Colorado Department of Transportation (CDOT), the SH 139 2010 AADT ranged between 1,100 to 2,700 vehicles per day between Rangely and Loma; for SH 13, the 2010 AADT ranged between 3,200 to 18,000 per day between Meeker and Rifle; and for SH 64, CDOT's 2010 AADT ranged between 1,100 to 6,000 vehicles per day between Rangely and Meeker.

## BLM Roads and Trails

The BLM roads provide public and administrative access to public lands and in-holdings of private land within the WRFO Planning Area. Reasonable access is made available to persons engaged in valid uses such as mining claims, mineral leases, livestock grazing, recreation, and other uses. There are three types of classified routes on BLM land: Roads, Primitive Roads, and Trails. Roads are linear routes declared a road by the owner, managed for use by low-clearance vehicles having four or more wheels, and maintained for regular and continuous use. Primitive Roads are linear routes managed for use by four-wheel drive or high clearance vehicles and are maintained per the Gold Book's [DOI 2007 pg. 23] discussion on non-constructed roads and routes. Primitive Roads do not normally meet any BLM road design standards. Trails are linear routes managed for human-powered, stock, or OHV forms of transportation or for historical or heritage values. Trails are not generally managed for use by four-wheel drive or high-clearance vehicles.

Transportation system management has focused on maintaining major access roads, which generally receive most of the oil and gas and recreation traffic. Corrective maintenance occurs as problems are identified and funds permit. Construction has been limited to improving or upgrading segments of a road to improve access or to alleviate maintenance or environmental problems.

## Off-Highway Vehicles and Travel Management Areas

The 1997 White River RMP describes areas available to OHV use within the WRFO Planning Area. Map 3-16 displays the current roads and designated OHV areas within the WRFO Planning Area. Off-highway vehicle use is described in further detail in Section 3.7.4, Recreation.

### 3.7.5.1   Proposed Dinosaur Trail MLP

The three WSAs and Moosehead Mountain are closed to OHV use. The Raven Ridge and Coal Oil Rim ACECs are limited to designated routes. The area around Highway 64 south of Dinosaur and the area around US 40 by Wolf Creek are limited to existing routes. The remainder of the MLP area is open seasonally but limited to existing roads, trails, and ways from 10/1 to 4/30 (Map 3-16).

## 3.7.6   Lands and Realty

The WRFO lands and realty program is aimed at managing the underlying land base that hosts and supports all resources and management programs. The key activities of the lands and realty program include: (1) land use authorizations (e.g., leases and permits, airport leases); (2) land tenure adjustments (e.g., sales, exchanges, donations, purchases); (3) withdrawals, classifications, and other segregations; and (4) ROW grants. The BLM works cooperatively to execute the WRFO lands and realty program with federal agencies, the State of Colorado, counties and cities, and other public and private landholders. Management actions are incorporated in the alternatives and described in more detail in Chapter 2.

**Land Use Authorizations**

Land use authorizations include various authorizations to use public surface for leases, permits, and easements under Section 302(b) of the FLPMA; Section 28 of the Mineral Leasing Act of 1920; Recreation and Public Purpose (R&PP) leases under the Recreation and Public Purposes Act (R&PP Act) of June 14, 1926 (43 USC 869 et seq.); and airport leases under the Act of May 24, 1928, as amended (49 USC Appendix, Sections 211-213). Past and current conditions associated with these components of land use authorizations are described below.

**Leases, Permits, and Easements**

The existing surface management pattern within the WRFO Planning Area is shown on Map 1-1, Planning Area. Surface management within all three counties is summarized in Table 3-34. Table 3-34 indicates the acreage of public lands that have been withdrawn for particular uses and the existing surface administrator. As illustrated in Table 3-34, the BLM manages the WRFO Planning Area at 1,458,100 total surface acres. Mineral estate is discussed in Section 3.7.3.

### Table 3-34. Surface Management in the WRFO Planning Area

| Surface Manager | Rio Blanco County (acres) | Moffat County (acres) | Garfield County (acres) | Total (acres) |
|---|---|---|---|---|
| BLM | 1,151,100 | 232,700 | 74,300[1] | 1,458,100[2] |
| National Park Service | 0 | 71,500 | 0 | 71,500 |
| FS | 246,900 | 0 | 129,200 | 376,100 |
| State of Colorado: CPW, Colorado State Parks, Colorado State Land Board | 44,400 | 19,800 | 300 | 64,500 |
| County | 200 | 0 | 0 | 200 |
| Private | 480,500 | 99,800 | 124,900 | 705,200 |
| **TOTAL** | **1,923,100** | **423,700** | **328,700** | **2,675,600** |

SOURCE: BLM 2006b; BLM 2008d.

NOTES:

[1]The total acreage in Garfield County managed by BLM includes 4,000 acres formerly managed by the Department of Energy (Naval Oil Shale Reserve).

[2]Current total adjusted for sales and exchanges.

Sums may not equal totals due to rounding of individual cells. Acreages have been rounded to the nearest 100 acres.

**Recreation and Public Purposes Act Leases and Conveyances**

The R&PP Act authorizes the BLM to lease or convey public surface to state and local governments and qualified nonprofit organizations for recreation or public purpose uses. Lands are leased or conveyed for less than fair market value or at no cost for qualified uses. Examples of typical uses

under the R&PP Act include historic monument sites, campgrounds, schools, parks, public works facilities, and hospitals. Lands usually are leased first until development of the area is completed and then, if appropriate, a title may be conveyed. For a description of active R&PP leases, see the White River Resource Area Draft RMP/EIS, Chapter 3 (BLM 1994).

**Airport Leases**

BLM administers airport leases under the Act of May 24, 1928, as amended (49 USC Appendix, Sections 211-213). The WRFO currently administers one airport lease two miles east of Rangely (BLM 1994).

**Land Tenure Adjustments**

Land ownership (or land tenure) adjustment refers to those actions that result in the retention of public land, disposal of public land, or the acquisition by the BLM of nonfederal lands or interests in land. The FLPMA requires that public land be retained in public ownership unless, as a result of land use planning, disposal of certain parcels is warranted. Tracts of land that are designated in BLM land use plans as potentially available for disposal are more likely to be conveyed out of federal ownership through an exchange rather than a sale. Land exchanges are an important tool to consolidate land ownership for more efficient management and to secure important objectives of resource management, enhancement, development and protection; to meet the needs of communities; promote multiple-use management; foster sustainable development and to fulfill other public needs. However, BLM will evaluate and consider the full range of land disposal and acquisition tools to be able to accomplish these objectives prior to proceeding with a land exchange. This preference toward exchange over sale is established in BLM policy. Acquisition of and interests in lands are important components of the BLM's land tenure adjustment strategy. Acquisition of and interests in land can be accomplished through several means, including exchange, purchase, donation, and condemnation, as described below. Lands and interests in lands are acquired for the following actions:

- Improve management of natural resources through consolidation of federal, state, and private lands.

- Secure key property necessary to protect endangered species, promote biological diversity, increase recreational opportunities, and preserve archeological and historical resources.

- Implement specific acquisitions authorized or directed by acts of Congress.

Approximately 11,300 acres of public land in the WRFO jurisdiction meet the suitability criteria for disposal under FLPMA, and can be disposed of by sale, exchange, or jurisdictional transfer (BLM 2007b). Management of land tenure adjustments is discussed in the White River Resource Area Draft RMP/EIS (BLM 1994).

**Exchanges**

Exchange is the process of trading lands or interests in lands. Public lands may be exchanged for lands or interests in lands owned by corporations, individuals, or government entities. Exchanges are the primary means by which land acquisition and disposal are carried out. Except for those exchanges that are congressionally mandated or judicially required, exchanges are voluntary and discretionary transactions with willing landowners. Exchanges serve as a viable tool for the BLM to accomplish its goals and mission. The lands to be exchanged must be of approximately equal monetary value and located within the same state. Exchanges also must be in the public interest and conform to applicable BLM land use plans.

*Chapter 3 – Affected Environment*

Land exchanges are used to (1) bring lands and interests in land with high public resource values into public ownership, (2) consolidate land and mineral ownership patterns to achieve more efficient management of resources and BLM programs, and (3) dispose of public land parcels identified for disposal through the planning process.

**Purchases**
The BLM has the authority, under Section 205 of FLPMA, to purchase lands or interests in lands. Similar to other acquisitions, purchase is used to acquire key natural resources or to acquire legal ownership of lands that enhance the management of existing public lands and resources. Acquiring lands and interests in lands through purchase helps consolidate management areas to strengthen resource protection. Purchases are used primarily to enhance recreational opportunities and acquire crucial wildlife habitats.

**Donations and Condemnations**
The BLM occasionally receives gifts or donations of lands or interests in land when an entity elects not to receive the market value for the interests being conveyed.

**Land Sales and Disposals**
Section 203 of FLPMA authorizes the sale of public lands. The objective of BLM land sales is to provide a means for disposal of public lands that are found, through the land use planning process, to be suitable for disposal. Disposal areas include tracts of land that are economically difficult to manage, and/or parcels that could serve important public objectives, including, but not limited to, expansion of communities and economic development.

The 1997 White River RMP identified approximately 9,100 acres of disposal land, approximately 243,700 acres of land to be retained in federal ownership, and approximately 1,282,200 acres that have not yet been designated as disposal or retention areas but would be evaluated on a case-by-case basis.

Public lands must be sold at not less than fair market value and meet the sale criteria of FLPMA. Section 209 of FLPMA authorizes the conveyance of federal minerals through sale and specifies the conditions under which the mineral rights would be conveyed. The mineral rights could be sold with the land surface, sold as a separate transaction, or retained. Conveyance of mineral rights has occurred only in conjunction with the sale of land.

**Withdrawals and Classifications**

A withdrawal is a formal action that sets aside, withholds, or reserves federal lands for public purposes. Withdrawals accomplish one or more of the following:

- Transfer total or partial jurisdiction of federal land between federal agencies.

- Dedicate federal land to a specific purpose.

- Segregate (close) federal land from operation of some or all of the public land laws and (or) mineral laws. All the existing withdrawals segregate from operation of the public land laws, unless the surface estate is in nonfederal ownership. As used in terms of withdrawals, the public land laws refer to the body of laws governing land disposal, such as sales and exchanges. No existing or proposed withdrawal segregates from mineral material disposal, meaning that no withdrawal closes the land to permits or contracts for disposal of sand and gravel or common varieties of building materials.

*Chapter 3 – Affected Environment*

Current management of withdrawals is discussed in detail in the 1997 White River RMP.

Land classification is a process required under specific laws to determine the suitability of public lands for certain types of disposal or lease, or suitability for retention and multiple use management. Most land classifications also segregate public lands from operation of some or all of the public land laws and (or) mineral laws.

Lands proposed to be leased or conveyed under R&PP Act must first be classified as suitable for such use. The R&PP Act classifications segregate the land from operation of the public land laws except for the R&PP Act, which precludes disposal by sale, exchange or other means, but specifically allows for R&PP Act lease or conveyance. The R&PP Act classifications also segregate from operation of the mining laws, closing the area to mining of locatable minerals. The R&PP Act classifications do not segregate from mineral leasing. The R&PP leases and conveyances reserve all minerals in the land to the United Sates. Lands that are classified and leased under the R&PP Act remain segregated.

Coal withdrawals segregate lands from entry under the public lands laws and from the nonmetalliferous mining laws, pending classification of the coal potential within those lands. They remain open to mineral leasing and entry. Subsequent legislation including the 1909 and 1910 coal acts allowing nonmineral entry on coal lands, and the MLA of 1920, as amended by the Federal Coal Leasing Amendments Act, have effectively replaced the need for coal withdrawals and subsequent classification of the coal potential. There have been no coal withdrawals since the last RMP.

Other segregations result from a variety of actions, such as exchanges and land sales in which the federal mineral rights are reserved to the U.S. in the land patent.

Locatable federal minerals reserved to the U.S. in a land exchange or land sale completed under authority of FLPMA are segregated from operation of the mining laws. This segregation is the result of language in FLPMA, to the effect that such reserved federal mineral rights are not available for entry until regulations are promulgated providing for such entry. This is the same segregation affecting reserved federal minerals in R&PP Act conveyances discussed above. The implementing regulations were enacted on November 21, 2000 (65 Federal Register [FR] 70112) at 43 CFR 3809.2(a).

Management challenges identified for lands and realty in the WRFO are based, in part, on historic activities and trends, as well as on current and future needs of public resources and internal and external customers. Management challenges include managing BLM lands to adequately meet the needs of multiple uses per the FLPMA; improving the management of natural resources; obtaining important lands needed for the protection of endangered species, enhancing biological diversity, increasing recreational opportunities, and preserving archeological and historical resources; bringing into public ownership lands and interests in land with high public resource values; consolidating land and mineral ownership patterns for more streamlined management of resources and BLM programs; and disposing of lands identified for disposal.

### 3.7.6.1   Renewable Energy

Renewable energy is generally defined as energy derived from sources such as wind, solar, geothermal, and biomass. Wind energy refers to the kinetic energy generated from wind produced by power-generating turbines. Solar energy refers to the energy generated from the sun's rays (solar radiation) that reach the Earth. This energy can be converted into other forms of energy, such as

heat and electricity. Bioenergy from biomass refers to energy from organic waste products that are either burned directly or converted to fuels that can be burned to produce energy.

There are no renewable energy sites in the WRFO Planning Area.

The BLM and the NREL issued a report in 2003 that identified public lands most suitable for increased development of renewable energy, including geothermal resources. Findings of the report indicated that the WRFO Planning Area was not among the 25 highest rated areas for potential development of geothermal power. Moreover, BLM studies indicated that the WRFO Planning Area is not considered to have high potential for geothermal power development.

The NREL completed several studies regarding potential development of wind power in western Colorado. An update of these studies provided by NREL and the Department of Energy (DOE) in April 2004 indicated that potential for wind power in the WRFO Planning Area is predominantly "poor" with a few isolated "marginal" areas.

The National Energy Policy encourages the development of renewable energy resources as part of an overall strategy to develop a diverse portfolio of domestic energy supplies for the future (National Energy Policy Development Group 2001). The U.S. wind-power-generating capacity quadrupled between 1990 and 2003 (GAO 2004). It is the BLM's general policy to encourage the development of wind-energy in acceptable areas.

Development of renewable energy projects depends on market trends and market value. The demand for renewable energy is illustrated by development projects throughout the west on public and private lands. The importance of renewable energy sources increases in the WRFO Planning Area as nonrenewable energy prices increase and as the need grows for more and cleaner energy sources. Interest in wind-energy development involving BLM-administered lands is increasing in the western U.S. Current management does not limit wind-energy development to specific areas or power classes.

### 3.7.6.2 Rights-of-Way and Utility Corridors

A ROW grant is an authorization to use specific pieces of public land for certain projects, such as developing roads, pipelines, power lines, and communication sites. The grant authorizes rights and privileges for a specific use of the land for a specific period of time. In the existing land use plan, ROW corridors were formally designated as the preferred location for existing and future ROW in the WRFO Planning Area.

An important component of the ROW program is the intrastate and interstate transportation of commodities ultimately delivered as utility services (e.g., natural gas, electricity) to residential and commercial customers. Equally important on the local level is the growing demand for legal access to private homes and ranches using ROW grants.

The BLM and other agencies (Office of Electricity Delivery and Energy Reliability, DOE, and the FS) prepared the West-wide Energy Corridor Programmatic EIS. The EIS designated corridors on federal land in the 11 Western States (including Colorado) for oil, gas, and hydrogen pipelines and electricity transmission and distribution facilities. The BLM and other agencies amended their respective land use plans by designating a series of energy corridors effective upon signing of the Approved Resource Management Plan Amendments/Record of Decision for Designation of Energy Corridors on Bureau of Land Management-Administered Lands in the 11 Western States in 2009 (see Map 3-17).

*Chapter 3 – Affected Environment*

The WRFO manages ROWs through a system of designated corridors and designated ROW exclusion and avoidance areas. The WRFO has encouraged the placement of new facilities within established corridors. Deviations from designated corridors have been permitted based on the type and need of the proposed facility, and lack of conflicts with other resource values and uses. Overlapping or adjacent ROWs are issued whenever possible. Generally, the use of designated ROW corridors for ROW grants is actively encouraged by the BLM; however, the presence of a designated ROW corridor or a system of ROW corridors does not preclude the granting of a ROW on public land outside the designated corridor, if appropriate.

The WRFO receives requests for approximately 219 land use transactions each year; a majority of these are ROWs. Generally, most of these transactions are requests for ROWs for roads, utilities, pipelines, and telecommunication facilities. Such transactions include a fiber optic line and various interstate pipelines ranging from 24 to 42 inches in diameter. Eight separate companies hold interstate pipeline ownership and associated ROW grants on BLM-managed lands within the WRFO: Colorado Interstate Gas Company, TransColorado Gas Transmission Company, WIC/El Paso, Questar Pipeline Company, Williams Northwest Pipeline, MAPCO/Enterprise, Rocky Mountain Pipeline Company, and Entrega/Rockies Express Pipeline, LLC. Several small pipelines and gathering systems are located throughout the WRFO Planning Area.

The WRFO issues communications use leases for communication sites on public land. Communication sites are limited to currently occupied sites although exceptions would be granted for "non-commercial, private mobile, or microwave facilities by pipeline/power companies or land management entities, in support of their primary business, where no existing site can be shown to meet the applicant's needs" (BLM 1997a). Additional authorizations would not be granted for the communication site located on Moosehead Mountain.

Future needs for developed land uses include public lands identified for disposal, designated corridors, or existing utility alignments and/or ROWs, and existing communication sites. The need for power transmission, telecommunication, infrastructure improvements, and pipeline capacity is anticipated. The demand for ROWs and corridors is influenced by specific actions within the WRFO Planning Area (such as oil and gas leasing) and by economic forces and other external pressures and conditions independent of resource management decisions in the WRFO Planning Area. For example, the demand for expanded infrastructure capabilities throughout the WRFO Planning Area can be dictated largely by state or national needs and requirements. Technological advancements also have brought new demands for public land largely related to wind energy and telecommunications (e.g., cellular and fiber optic advancements).

### 3.7.6.3   Proposed Dinosaur Trail MLP

The Dinosaur Trail MLP includes several designated utility corridors including: Elk Springs-Dinosaur (along US 40), the Blue Mountain-Bonanza (south of Dinosaur), Nate Spring Draw, and Rangely-Vernal (along Highway 64). The southern boundary of the MLP is adjacent to the Meeker-Rangely corridor along Highway 64 (Map 3-17).

## 3.8   Special Designations and Other Management Areas

Areas of Critical Environmental Concern, National Back Country Byways, National Historic Trails and Other Historic Trails, Wild and Scenic Rivers (WSR), and WSAs are discussed within this section. Areas managed under Special Designations are regulatory or congressionally mandated and are designed to protect or preserve certain qualities or uses. Management actions for special designations are incorporated in the alternatives and described in more detail in Chapter 2.

## 3.8.1   Areas of Critical Environmental Concern and Other Management Areas

An ACEC is defined in FLPMA, Public Law 94-579, Section 103(a) as an area within the public lands where special management attention is required to protect and prevent irreparable damage to important historic, cultural, or scenic values, fish and wildlife resources or other natural systems or processes, or to protect life and safety from natural hazards. The BLM prepared regulations for implementing the ACEC provisions of FLPMA. These regulations are found at 43 CFR 1610.7-2(b).

There are currently 17 ACECs within BLM-administered lands of the WRFO, totaling 100,600 acres (Map 3-18). The size of each area and the values it is designed to protect are listed in Table 3-35. The values for which these 17 ACECs were designated are still present and require continued management attention.

### Table 3-35. Areas of Critical Environmental Concern

| ACEC | Area (acres) | Values |
|---|---|---|
| Blacks Gulch | 800 | Paleontology |
| Coal Draw | 1,800 | Paleontology |
| Coal Oil Rim | 3,200 | Small aspen clones and other biologically diverse plant communities; riparian habitats |
| Deer Gulch | 1,800 | Sensitive plants and remnant vegetation associations |
| Duck Creek | 3,400 | T/E[3] plants and cultural resources |
| Dudley Bluffs | 1,600 | T/E plants; sensitive plants and remnant vegetation associations |
| East Douglas Creek | 47,600 | Biologically diverse plant communities; riparian habitats; and Colorado River cutthroat trout fisheries |
| Lower Greasewood Creek | 200 | Sensitive plants and remnant vegetation associations |
| Moosehead Mountain | 8,900 | Important biologically diverse plant communities; riparian habitats and cultural resources |
| Oil Spring Mountain | 18,300 | Spruce fir and important biologically diverse plant communities |
| Raven Ridge[1] | 5,000 | T/E plants; paleontology; sensitive plants; remnant vegetation associations; and fragile soils |
| Ryan Gulch | 1,400 | T/E plants |
| South Cathedral Bluffs[2] | 1,300 | Sensitive plants and remnant vegetation associations |
| Trapper/Northwater Creek | 1,100 | Sensitive plants and Colorado River cutthroat trout fisheries |
| Yanks Gulch/Upper Greasewood Creek | 2,700 | T/E plants; sensitive plants and remnant vegetation associations |
| White River Riparian | 950 | Important biologically diverse communities; bald eagle nest and roost habitat; designated critical habitat for endangered Colorado pikeminnow below Rio Blanco Lake State Wildlife Area |
| **Total** | **100,050** | |

SOURCE: BLM, 1997a.
NOTES:
[1]Includes Raven Ridge Addition
[2]Includes South Cathedral Bluffs Addition
[3]T/E = threatened/endangered

*Chapter 3 – Affected Environment*

Restrictions that arise from an ACEC designation are determined at the time the designation is made, and are designed to protect the values or serve the purposes for which the designation was made. In addition, ACECs are protected by the provisions of 43 CFR 3809.1-4(b)(3), which requires an approved plan of operations for activities (except casual use) under the mining laws.

Oil and gas leasing has taken place for some lands within the existing ACECs. Although the values for which these ACECs were designated are still present and managed, some of the ACECs have experienced ground disturbance related to oil and gas activities. This is in accordance with the management outlined for ACECs in the 1997 White River RMP, which allows for multiple uses of ACECs while maintaining the special values for which the ACEC was designated. The 1997 White River RMP included lease stipulations of NSO or CSU for ACECs. Leases in ACECs that were effective before the 1997 White River RMP do not necessarily carry an NSO stipulation or a CSU stipulation, unless required for some other resource protection purpose. Table 3-36, lists the total acreage within each ACEC that is leased for oil and gas, and breaks out that acreage into acres leased before or after the 1997 White River RMP. The number of existing producing wells is also listed to provide a measure of the existing oil and gas activity within the ACECs. Trapper/Northwater Creek was not a designated ACEC in the 1997 ROD, and does not have prior corresponding data.

### Table 3-36. Leased Acreage within ACECs

| ACEC | Total Area (acres) | Total Area Leased (acres) | Leased Acres (Before 1997 ROD) | Leased Acres (After 1997 ROD) | No. of Producing Oil or Gas Wells[1] |
|------|------|------|------|------|------|
| Blacks Gulch | 800 | 800 | 720 | 83 | 0 |
| Coal Draw | 1,800 | 1,800 | 1,800 | 0 | 8 |
| Coal Oil Rim | 3,200 | 100 | 100 | 0 | 0 |
| Deer Gulch | 1,800 | 1,800 | 0 | 1,800 | 0 |
| Duck Creek | 3,400 | 3,400 | 840 | 2,600 | 0 |
| Dudley Bluffs | 1,600 | 1,600 | 770 | 840 | 0 |
| East Douglas Creek | 47,600 | 27,500 | 23,500 | 4,000 | 42 |
| Lower Greasewood Creek | 210 | 210 | 0 | 210 | 0 |
| Moosehead Mountain | 8,900 | 6,300 | 0 | 6,300 | 0 |
| Oil Spring Mountain | 18,300 | 9,100 | 9,700 | 0 | 1 |
| Raven Ridge[2] | 5,000 | 2,000 | 160 | 1,100 | 0 |
| Ryan Gulch | 1,400 | 1,400 | 580 | 860 | 2 |
| South Cathedral Bluffs[3] | 1,800 | 760 | 530 | 230 | 0 |
| Trapper/Northwater Creek[4] | 1,100 | 1,100 | NA[5] | 1,100 | 0 |
| Upper Greasewood Creek | 2,400 | 2,300 | 0 | 230 | 0 |
| White River Riparian | 940 | 460 | 240 | 410 | 1 |
| Yanks Gulch | 250 | 210 | 0 | 210 | 0 |
| **Total** | **100,500** | **68,300** | **54,100** | **14,300** | **54** |

SOURCE: BLM GIS Data 2009.
NOTES:
[1] Includes only producing wells as described in the COGCC database. Areas may also have dry, plugged, abandoned, or shut-in wells.
[2] Includes Raven Ridge Additions
[3] Includes South Cathedral Bluffs Addition
[4] Trapper/Northwater Creek was not a designated ACEC in the 1997 ROD, and does not have prior corresponding data.
[5] NA = not applicable

### 3.8.1.1   Proposed Dinosaur Trail MLP

The Dinosaur Trail MLP includes the Moosehead Mountain, Raven Ridge, and Coal Oil Rim ACECs as well as portions of the White River Riparian ACEC (Map 3-18).

## 3.8.2   National Back Country and Scenic Byways

The BLM began a byway program in 1989 with a focus on enhancing recreational opportunities. A National Scenic Byway System was created two years later under Section 1047 of the Intermodal Surface Transportation Efficiency Act of 1991. This act recognized the BLM National Back Country and Scenic Byways as a component of the National Scenic Byway System (Section 1032, eligible projects). The objectives of this program are to do the following:

- Enhance opportunities for the American public to see and enjoy the unique scenic and historical opportunities on public lands.

- Foster partnerships at local, state, and national levels.

- Contribute to local economies.

- Enhance the visitor's recreational experience and communicate the multiuse management message through effective interpretative programs.

- Manage visitor use along the byway to minimize impacts to the environment and to provide protection for the visitor.

- Contribute to the National Scenic Byway Program in a way that is uniquely suited to national public lands managed by the BLM.

The WRFO Planning Area includes two scenic byways: Dinosaur Diamond and the Flat Tops Trail. The Dinosaur Diamond National Scenic Byway is a 512-mile scenic loop within eastern Utah and western Colorado. The Dinosaur Diamond National Scenic Byway traverses the western portion of the WRFO Planning Area along SH 139 and SH 64, passing through the towns of Rangely and Dinosaur (Dinosaur Diamond Partnership, Inc. 2000). The byway is used primarily for viewing paleontological and archaeological resources, and over the past decade, travel demand has increased along SH 139 between I-70 and Rangely. Statistically, annual daily traffic in 1994 averaged 510 vehicles per day and in 2007 traffic volumes have increased to approximately 1,000 vehicles per day. The increase is due, in part, to the fact that SH 139 has historically served the Rangely Weber Sand Unit, an oil producing area discovered in 1933 that provides about one third of Colorado's total oil production.

The Flat Tops Trail Scenic Byway bisects the original White River Plateau Timberland Reserve, set aside in the late 19th century as the second unit of what eventually became the White River National Forest system. The Byway is 82 miles long, and runs between Meeker and Yampa, mostly on FS-managed lands. This Scenic Byway showcases the White River National Forest's long history of multiple-use land management. The Flat Tops Trail Scenic Byway contains pristine scenery and excellent wildlife viewing, yet this remains very much a "working" byway, dotted with active mines, ranches, and timber-producing woodlands. Visitors to this byway can explore forests, meadows, rivers, and a museum (U.S. Department of Transportation 2007).

### 3.8.2.1   Proposed Dinosaur Trail MLP

The Dinosaur Trail MLP includes the Moosehead Mountain, Raven Ridge, and Coal Oil Rim ACECs as well as portions of the White River Riparian ACEC (Map 3-18).

### 3.8.3    National Historic Trails and Other Historic Trails

The WRFO does not manage any National Historic Trails or Other Historic Trails.

### 3.8.4    Wild and Scenic Rivers

Currently, there are no Wild and Scenic Rivers (WSR) or congressionally designated study rivers within the WRFO Planning Area. Thirteen river and stream corridors within the WRFO Planning Area were inventoried for WSR characteristics, and eight were found eligible (BLM 1994); however, none of the eight river segments were recommended as suitable for WSR designation (BLM 1997a). The BLM is not aware of any new information that has become available since the current lands use plan was published that would indicate any new river-related values need to be considered as part of this plan amendment. Accordingly, no alternatives for WSR were developed and no additional WSR analysis was conducted as part of this land use planning effort. See the White River Resource Area Draft RMP/EIS (BLM 1994) for additional discussion of WSR designations within the WRFO Planning Area.

### 3.8.5    Wilderness Study Areas

Wilderness Study Areas are areas that contain wilderness characteristics such as naturalness, solitude, and opportunities for primitive and/or unconfined recreation and are managed to preserve those values until Congress either designates them as wilderness or releases them for other uses. In 1964, Congress passed the Wilderness Act, thereby establishing a national system of lands for the purpose of preserving a representative sample of ecosystems in a natural condition for the benefit of future generations. Until 1976, most land considered for, and designated as, wilderness was managed by the NPS and FS. With the passage of FLPMA in 1976, Congress directed the BLM to inventory, study, and recommend which public lands under its administration should be designated wilderness.

In 1980, BLM completed the wilderness inventory of BLM-administered lands within the WRFO finding six areas that possess wilderness character (see Table 3-37). A discussion of the current resource values and uses found in each area, established in 1980 under the authority of Section 603 (c) of FLPMA, can be found in the Colorado BLM Statewide Wilderness Study Report (BLM 1991). These areas were included in the Craig District Final Wilderness EIS published November 5, 1990, and in the Craig District Study Areas Wilderness Study Report published October 1991. Three have been recommended to Congress for designation as wilderness, and three have been recommended for uses other than wilderness. The attributes of each WSA are described in the two documents listed above.

#### Table 3-37. Wilderness Study Areas in the White River Field Office

| Proposal Name | Area (in acres) | Recommended for Wilderness |
|---|---|---|
| Bull Canyon | 13,900 | Yes |
| Willow Creek | 14,100 | Yes |
| Skull Creek | 14,000 | Yes |
| Black Mountain | 10,200 | No |
| Windy Gulch | 12,400 | No |
| Oil Spring Mountain | 18,200 | No |
| **TOTAL** | **82,800** | **42,000** |

SOURCE: BLM 1991.

Only Congress can designate the WSAs established under Section 603 of FLPMA as wilderness or release them for other uses. The status of the existing WSAs would not change as a result of this RMPA/EIS.

During the interim period between the inventory that identifies suitable and eligible areas appropriate for wilderness designation and the actual congressional designation of a wilderness (which can be many years), designated WSAs require special management practices to preserve the wilderness characteristics that make an area appropriate for designation.

These WSAs are being managed to not impair their wilderness values according to the BLM Manual 6330-Management of Wilderness Study Areas, and would continue to be managed in that manner until Congress either designates them as wilderness or releases them for other uses. Should any of these WSAs be released from wilderness consideration by Congress and subsequently released from management under the BLM Manual 6330-Management of Wilderness Study Areas, subsequent planning documents would prescribe how these lands would be managed.

The only congressionally designated wilderness area within the WRFO is a portion of the Flat Tops Wilderness, located within the White River National Forest is managed by the United States Forest Service (USFS), Blanco Ranger District.

Examples of some of the activities that are allowed in WSAs include hunting, fishing, camping, hiking and horseback riding, and livestock grazing. Activities that would impair wilderness suitability are prohibited in WSAs.

Current management of the six WSAs listed in Table 3-37 will continue as described in the 1997 White River RMP (BLM 1997a). According to WSA monitoring reports since 1999, no major impairment has occurred to the WSAs. Minimal vehicle traffic and fire suppression activities were noted. Based on this information, current management is successfully protecting the wilderness characteristics found within these three WSAs as well as non-recommended WSAs.

### 3.8.5.1   Proposed Dinosaur Trail MLP

The Bull Canyon, Willow Creek, and Skull Creek WSAs are within the Dinosaur Trail MLP area (Map 3-18).

## 3.9   Lands with Wilderness Characteristics

## 3.9.1   Resource Overview

In accordance with the FLPMA, through the land use planning process, the BLM is required to consider all available information in order to determine the mix of resource use and protection that best serves the multiple-use and sustained-yield mandate. Under the FLPMA, the BLM has numerous authorities requiring the agency to maintain inventories of all public lands and their resources, including wilderness characteristics, and to consider such information during the land use planning process. Consistent with Section 201 of the FLPMA, which requires the Secretary of the Interior to "prepare and maintain on a continuing basis an inventory of all public lands and their resource and other values," and the BLM Land Use Planning Handbook, the WRFO has completed an assessment of BLM-managed lands with wilderness characteristics outside of existing WSAs. The BLM Manual 6310 - Conducting Wilderness Characteristics Inventory on BLM Lands, provides the guidance from which the WRFO performed the wilderness characteristic inventory process.

*Chapter 3 – Affected Environment*

The wilderness characteristics inventory and assessment process is designed to answer the following question:

- Do any portions of the WRFO meet the overall criteria for wilderness character?

The assessment reflects current conditions and is used to update wilderness inventories as well as identify other areas within WRFO that may potentially contain wilderness characteristics. The process entailed the identification of wilderness inventory units, an inventory of roads and wilderness character, and a determination of whether or not the area meets the overall criteria for wilderness character (naturalness, outstanding opportunities for solitude, and primitive and unconfined types of recreation). Wilderness inventory units found to possess such character are being evaluated during the land use planning process in order to address future management. The following factors are documented:

**Size:**
For an area to qualify as lands with wilderness characteristics, it must possess sufficient size according to one of the conditions listed below:

- Roadless areas over 5,000 acres of contiguous BLM lands. Non-federal lands are not considered.

- Roadless areas under 5,000 acres of contiguous BLM lands where any of the following applies:

  o Contiguous with lands formally determined to have wilderness or potential wilderness values or with any Federal lands managed for the protection of wilderness characteristics, including designated wilderness, the BLM WSAs, FWS areas proposed for wilderness designation, FS WSAs or areas recommended for designation as wilderness, and NPS areas recommended or proposed for designation. This does not include NPS areas merely considered eligible for wilderness study or FS Roadless Areas unless also designated or recommended for designation through a forest plan revision.

  o Of sufficient size to make practicable their preservation and use in an unimpaired condition.

  o Any roadless island of the public lands.

**Naturalness:**
Lands and resources exhibit a high degree of naturalness when affected primarily by the forces of nature and where the imprint of human activity is substantially unnoticeable. An area's naturalness may be influenced by the presence or absence of roads and trails, fences or other developments; the nature and extent of landscape modifications; the presence of native vegetation communities; and the connectivity of habitats. Wildlife populations and habitat are recognized as important aspects of naturalness and would be actively managed. Assessing an area for naturalness includes examining the area for attributes such as the presence or absence of roads and trails, fences, and other infrastructure; the nature and extent of landscape modifications; the presence of native vegetation communities; and the connectivity of habitats.

**Outstanding Opportunities for Solitude and Primitive and Unconfined Types of Recreation:**
Visitors may have outstanding opportunities for solitude, or primitive and unconfined types of recreation, when the sights, sounds, and evidence of other people are rare or infrequent, where

visitors can be isolated, alone or secluded from others, where the use of an area is through non-motorized, non-mechanical means, and where no or minimal recreation facilities are encountered.

**Supplemental Values:**
These include ecological, geological, or other features of scientific, educational, scenic, or historical value.

Activities that could affect lands with wilderness characteristics are those that would impair naturalness and outstanding opportunities for solitude and primitive and unconfined types of recreation. Examples include construction of new roads or structures and an increase in recreational use that affects solitude and primitive recreation opportunities. Actions that would have an effect on wildlife habitat and native vegetation communities would also adversely affect lands with wilderness characteristics.

## 3.9.2   Methods of Analysis

During the WRFO RMPA process, the BLM completed an initial review of its lands within the field office to determine which, if any, areas possess wilderness characteristics. This review included only BLM lands and did not include existing WSAs. Lands exclusively within existing WSAs were not analyzed; however, lands with potential wilderness characteristics outside or adjacent to WSAs were assessed. Areas evaluated for wilderness character consisted of roadless areas greater than 5,000 acres or roadless areas less than 5,000 acres adjacent to a WSA. These areas were evaluated for the presence of naturalness and outstanding opportunities for solitude and primitive and unconfined types of recreation.

In December of 2010, the WRFO began the process of identifying and inventorying potential lands with wilderness characteristics within its administrative boundaries. The first step in this process was to conduct a GIS analysis to identify 5,000 acre roadless parcels. The six WSAs in the Planning Area were removed from this analysis as they are managed under the National Landscape Conservation System (NLCS). The identification of the 5,000 acre parcels was accomplished by running a query using all roads within WRFO as unit boundaries. All the units created by road boundaries were then queried to identify those that were a minimum of 5,000 acres or greater. Those units greater than 5,000 acres in size were identified for refined analysis.

The refined analysis was accomplished by visually comparing the remaining individual units with aerial imagery, as well as oil and gas, pipeline, powerline, transportation and roads layers to determine if they meet other minimum standards for lands with wilderness characteristics. In areas where linear disturbances such as Wilderness Inventory Roads, developed rights-of-ways, or pipeline corridors protrude into a land with wilderness characteristic unit, but do not bisect the unit, the boundary is sometimes drawn around the linear disturbance. This type of boundary adjustment is referred to as a cherry-stem in the unit boundary descriptions below. The units were also examined as to whether or not they could be modified (reduced in size) and still meet the minimum standard. Areas adjacent to existing WSAs were also inventoried for wilderness characteristics. This initial screening process was conducted by WRFO staff with extensive on-the-ground local knowledge of the resource area to aid in verifying the suitability of individual units to be considered as lands with wilderness characteristics.

## 3.9.3   Current Conditions

### Inventoried Lands with Wilderness Characteristics Units

There were three separate lands with wilderness characteristics inventory efforts completed in 2011, 2012, and 2013 resulting in a complete comprehensive inventory for lands with wilderness characteristics in the BLM WRFO.

The 2011 lands with wilderness characteristics inventory, a result of a court settlement related to the 2008 Oil Shale and Tar Sands Programmatic Environmental Impact Statement (PEIS) ROD, resulted in lands with wilderness characteristics units 5, 8, 9, 11, 12, and 29 being inventoried; all of these units were found to contain wilderness characteristics. The 2011 lands with wilderness characteristics inventory interdisciplinary team consisted of a mix of BLM Northwest District resource specialists representing a range of subject area expertise.

The 2012 lands with wilderness characteristics inventory, part of the TransWest Express (TWE) and Energy Gateway South (EGS) EIS projects, resulted in lands with wilderness characteristics units 2, 6, 7, 12, 14, 15, 17, 21, 22, 25, and 27 being inventoried; all of these units except 6 and 15 were found to contain wilderness characteristics. The 2012 lands with wilderness characteristics field inventory was completed by the contractor AECOM's interdisciplinary team with over site by BLM resource specialists representing a range of subject area expertise.

The 2013 lands with wilderness characteristics inventory, an effort to complete the comprehensive lands with wilderness characteristics inventory for the field office, resulted in lands with wilderness characteristics units 1, 3, 4, 5, 10, 13, 16, 18, 19, 20, 24, 26, 28, 30, 31, 32, 33, 34, and 35 being inventoried; all of these units, except 18, were found to contain wilderness characteristics. The 2013 field inventories were completed by Rocky Mountain Youth Corp-Recreation Interns with oversight provided by BLM resource specialists representing a range of subject area expertise. Based on new information provided to the BLM WRFO that met the standard for review as defined in BLM Manual 6310 and after completing a re-evaluation of various lands with wilderness characteristics unit boundaries by the BLM interdisciplinary team, the 2013 lands with wilderness characteristics inventory resulted in unit boundary adjustments to previously inventoried lands with wilderness characteristics for units 6, 7, 11, 15, 25, and 27. As a result of this 2013 inventory effort, there were also newly identified units from previous years. These newly identified lands with wilderness characteristics units are units 31, 32, 33, 34, and 35. Also, based on additional field work and new information, the 2013 inventory resulted in lands with wilderness characteristics units 9, 12, 13, and 14 merging into one unit now known only as lands with wilderness characteristics unit 13. Also, what was displayed as lands with wilderness characteristics units 19 and 23 after the initial inventory screening was determined to be one unit now known as lands with wilderness characteristics unit 19. Unit 6 was split into four separate units based on information provided by the BLM Utah-Vernal Field Office. Of all the above listed units, only unit 18 (Coal Oil Rim) was found not to contain lands with wilderness characteristics, and is therefore not listed in the table below. There are now a total of 33 individual lands with wilderness characteristics units that contain wilderness characteristics. Table 3-38 lists each unit found to contain wilderness characteristics, the associated geographic name, and its final size in acres. The general results, final boundaries, and determinations of the three inventory efforts are described in detail below.

*Chapter 3 – Affected Environment*

## Table 3-38. Units Containing Lands with Wilderness Characteristics

| Unit # | Unit Name | Size (acres) | Unit # | Unit Name | Size (acres) |
|---|---|---|---|---|---|
| 1 | Pike Ridge | 14,500 | 19 | North Colorow | 10,800 |
| 2 | Whiskey Creek | 5,200 | 20 | Upper Coal Oil Rim | 13,700 |
| 3 | Brushy Point | 11,500 | 21 | Coal Ridge | 9,100 |
| 4 | Texas Mountain | 15,600 | 22 | Coal Oil Gulch | 13,100 |
| 5 | Gallowy Gulch | 5,200 | 24 | Pinto Gulch | 5,000 |
| 6A | Bitter Creek | 1,600 | 25 | Lower Wolf Creek | 11,600 |
| 6B | Rat Hole Ridge North | 1,000 | 26 | Moosehead Mountain | 7,800 |
| 6C | Rat Hole Ridge South | 400 | 27 | MF Mountain | 9,100 |
| 6D | Hells Hole Canyon | 1,100 | 28 | Evacuation Ridge | 6,700 |
| 7 | Bluejay Creek | 9,900 | 29 | Big Ridge | 25,000 |
| 8 | Ernie Howard Gulch | 6,400 | 30 | Banta Ridge | 6,400 |
| 10 | Shavetail Wash | 15,200 | 31 | Gilsonite Hills | 11,900 |
| 11 | Barcus Creek | 12,300 | 32 | Willow WSA Adjacent | 5,900 |
| 13 | Blair Mtn/Greasewood | 36,900 | 33 | Bull WSA South Adjacent | 700 |
| 15 | Hammond Draw | 6,100 | 34 | Bull WSA North Adjacent | 1,100 |
| 16 | Raven Ridge | 5,800 | 35 | Oil Spring Mountain WSA Adjacent | 8,200 |
| 17 | Boise Creek | 7,100 | --- | **Total Acres** | **301,900** |

SOURCE: BLM GIS 2013.
NOTE:
Shaded cells are units within the Proposed Dinosaur Trail MLP.

### Unit 1-Pike Ridge: 14,500 acres

Unit 1-Pike Ridge is located near Douglas Pass along the southern boundary of the BLM's WRFO boundary east of State Highway 139. The unit's elevation varies between 6,300 feet and 9,000 feet and lies in both Garfield and Rio Blanco Counties. The unit is bordered on the west by BLM Road 1242 and Garfield County Road 255; on the south by Garfield County Road 256; on the east by private lands and BLM roads 1203, 1203A, and 1016; and on the north by Rio Blanco County Road 27 and private land. Numerous parcels of private lands accessed by the cherry-stemmed RBC Road 27 lie along East Douglas Creek and are not included in the unit. BLM Road 1199 and connecting oil and gas pads are cherry-stemmed as well, with the boundaries of the unit drawn around these areas of disturbance. To the average visitor the area inventoried appears largely natural and scenic, primarily affected by the forces of nature. Extensive dense conifer forests mixed with aspen groves combine with high ridges and low lying draws to provide outstanding opportunities for solitude throughout lands with wilderness characteristics unit 1. Hiking, hunting, or horseback riding into the area provides endless opportunities to isolate oneself from human signs in a deep valley or high on a ridge while enjoying views of a sweeping landscape. Overall, unit 1-Pike Ridge was found to meet the criteria for possessing wilderness characteristics.

### Unit 2-Whiskey Creek: 5,200 acres

Unit 2-Whiskey Creek is located in the southwest corner for the WRFO boundary with elevation that varies between 6,500 and 7,700 feet. This unit is bounded on the north by private lands and a portion of the eastern boundary follows RBC Road 25; the remainder is on private lands. The southern boundary is entirely private lands, and the western border is a combination of private lands with a portion on BLM Road 1234 along Whiskey Creek. Few primitive routes enter the unit, but these seem to be used by hunters to access the area and do not take away from solitude or naturalness. This unit has extremely steep topography further limiting easy access into the unit. The topography is high-relief with sandstone cliffs at the base of the unit that quickly slope up toward

*Chapter 3 – Affected Environment*

steep forested slopes and turn to 45-degree-angled ridges at the middle of the unit. Vegetation in the lower elevations is sage and mixed grasses. As the elevation increases, dense forests cover the unit with spruce, Douglas fir, and pinyon-juniper. Major human uses observed in and near the unit include range improvements (cattle ranches), big game hunting, and oil and gas fields to the north and outside of the unit. Overall, unit 2-Whiskey Creek was found to meet the criteria for possessing wilderness characteristics.

**Unit 3-Brushy Point: 11,500 acres**

Unit 3-Brushy Point is located approximately 25 miles south of Rangely, Colorado in the upper western portion of the East Douglas Creek drainage with elevations that vary from 6,500 in East Douglas Creek to over 8,500 feet along the top ridges. Starting at the northern point of the unit, at the intersection of BLM Road 1055 and RBC Road 27 (East Douglas) the boundary can be followed south west on BLM Road 1055 with one cherry stem road to a well pad. The boundary is then BLM Road 1241 and 1242. Continuing south an unnamed road leads to private property which is the southern boundary. This private property trades off as the boundary with RBC Road 27 when RBC Road 27 crosses on to public land. After the private property ends, RBC Road 27 is followed to the first intersection which completes the unit boundary. Outstanding opportunities for solitude abound in lands with wilderness characteristics unit 3 with high ridges and deep valleys throughout. Hunting appeared to be the most common type of primitive recreation in this unit. This area also offered outstanding hiking and camping opportunities. Overall, unit 3-Brushy Point was found to meet the criteria for possessing wilderness characteristics.

**Unit 4-Texas Mountain: 15,600 acres**

Unit 4-Texas Mountain is located approximately 20 miles south of Rangely, Colorado and in Rio Blanco County with elevations that vary between 6,400 and 8,000 feet. The area is located west of State Highway 139, with the highway being the eastern boundary of the unit. The southern boundary of the unit is marked by private property which can be accessed via BLM Road 1063, which makes up part of the southern and the entire western boundary of the unit, including the eastern face of Texas Mountain. The northern boundary of the unit is marked by natural features (draws and ridgelines) and noticeable pipeline development. This boundary location has been set based on the amount of development located south of RBC Road 116, including a major pump station located south of the intersection of RBC Road 116 and State Highway 139 in the north east corner of the unit. Unit 4-Texas Mountain is mostly devoid of any permanent development, although there are developments along the boundaries of the area. The interior of the area is primarily affected by natural forces which have reclaimed nearly all of the human impacts in the area. The area is located in the upper montane as well as parts of the area being grassland which contains a variety of plant and tree species. There are outstanding opportunities for big game hunting in the area given the animal sign noticed during the visit to the area, as well as an abundance of dispersed campsites and horseback activity in the area. Overall, unit 4-Texas Mountain was found to meet criteria for possessing wilderness characteristics.

**Unit 5-Galloway Gulch: 5,200 acres**

Unit 5-Galloway Gulch is found in the upper southwest portion of the Piceance Basin with elevations that vary from 6,800 to 8,200 feet. The unit is bordered by private lands on the north and south, by BLM Road 1020 to the west, and RBC Road 144 to the east. The topography is bisected by long, flat mesa-like top ridges adjacent to deep drainages. The vegetation ranges from basin big sagebrush and grasses in the drainage bottoms with pinyon/juniper side slopes transitioning to mountain mahogany, serviceberry, mountain big sagebrush, native grasses, and wildflowers on the ridge tops. Motorized access is limited into the area by terrain and private lands. The overall human

modifications to the landscape are substantially unnoticeable, giving the area an apparent naturalness to an average visitor. With the limited access, terrain, views, apparent naturalness, and lack of outside intrusions, the area presented an outstanding opportunity for solitude. The same factors present for solitude also provide for outstanding primitive recreational opportunities in the forms of hunting, hiking, horseback riding, wildlife viewing, and photography, especially of wildflowers. As such, this meets the overall criteria for possessing wilderness characteristics.

**Unit 6: 6A-Bitter Creek: 1,600 acres, 6B-Rat Hole Ridge North: 1,000 acres, 6C-Rat Hole Ridge South: 400 acres, and 6D-Hells Hole Canyon: 1,100 acres**

Unit 6 (6A, 6B, 6C, and 6D) is located in the very southwest corner of the field office adjacent to the Utah border with elevations that vary from 7,200 to 8,700 feet. The area consists of high relief mountain topography with spruce-fir and aspen stands in the upper elevations. The original 2012 Transwest EIS-based inventory for lands with wilderness characteristics unit 6 resulted in a finding that this unit does not meet the 5,000 acre minimum size criteria due to being bisected by Wilderness Inventory Roads, and therefore was originally considered to not have wilderness characteristics. It was found that the unit did contain all other criteria for lands with wilderness characteristics. The Transwest EIS-based inventory only considered lands within the WRFO.

Based on information provided by the BLM Utah-Vernal Field Office in June 2013, there are three separate lands with wilderness characteristics units in the Vernal Field Office that are contiguous with four small units from the original lands with wilderness characteristics unit 6. These three Vernal Field Office units are Bitter Creek, Rat Hole, and Hells Hole Canyon. Because the four small units in the WRFO have been found to contain wilderness characteristics, except the size criteria, but are contiguous with lands with wilderness characteristics that do meet all wilderness characteristic criteria in the Vernal Field Office, the four small units in the WRFO should be acknowledged as lands with wilderness characteristics. These units will be named and referred to as units 6A-Bitter Creek, 6B-Rat Hole Ridge North, 6C-Rat Hole Ridge South, and 6D-Hells Hole Canyon. If the adjacent and contiguous units in the Vernal Field Office are found in the future to not contain wilderness characteristics, then the four small units which make up unit 6 in the WRFO will not have wilderness characteristics. Communication between the Vernal Field Office and WRFO about any impacts to wilderness characteristics in these units will be essential to managing the inventory and assessing wilderness characteristics.

**Unit 7-Bluejay Creek: 9,900 acres**

Unit 7-Bluejay Creek is located in the southwestern portion of the field office approximately 30 miles south of Rangely, Colorado and just west of Oil Spring Mountain Wilderness Study Area with elevations that vary between 6,000 and 7,000 feet. Unit 7 is bounded on the north by RBC Road 109, on the east by BLM Road 1062, and on the west and south by a combination of BLM Road 1225 and private oil field lease land. Rio Blanco County Road 109, BLM Road 1062, and BLM Road 1225 are all constructed and maintained dirt roads with moderate to heavy use. Land east of the unit is Oil Spring Mountain Wilderness Study Area. This unit is in a mountainous region with moderate to high relief cliffs and hills made of horizontally-bedded tan sandstones. Vegetation in ravines and draws consists of various shrubs, dominated by large sagebrush. Ridges and upper slopes are covered with scattered stands of pinyon-juniper. Tree and vegetation cover increases to the north of the unit. Rugged terrain physically isolates the bulk of the unit from motorized vehicle travel. This unique topography provides outstanding opportunities for hiking, camping, hunting, bicycling, wildlife observation, and other non-motorized outdoor activities. Overall, unit 7-Bluejay Creek meets the criteria for possessing wilderness characteristics.

*Chapter 3 – Affected Environment*

**Unit 8–Ernie Howard Gulch Area: 6,400 Acres**

Unit 8-Ernie Howard Gulch Area is located approximately 20 miles west of Meeker, Colorado just a few miles south of State Highway 64 with elevations that vary between 5,900 and 7,000 feet. This unit is bordered by CPW lands on the north and south, to the east by BLM Road 1154, and to the west by Piceance Creek and private lands. The topography can be characterized by one large main ridge that has multiple spur ridges separated by deep narrow drainages that flow to a wide valley bottom. The vegetation is pinyon/juniper woodlands with intermixed mountain sagebrush, mountain mahogany, and grasses on the ridges to basin big sagebrush and grasses in the drainage bottoms. There is evidence of large wildland fires where there is a presence of standing dead pinyon/juniper trees surrounded by grasses in the most recent burn scars to mixed brush in the older burn scars.

Evidence of human improvements is largely unnoticeable; the mosaic appearance of the vegetation with the burn scars and the topography in general would, to the average visitor, give the area an apparent naturalness. The layout of the topography, the height of the vegetation, and the lack of outside intrusions (from the sight of development or the sounds of civilization), provide for an outstanding opportunity for solitude. These same factors contribute to an outstanding opportunity for some primitive recreational opportunities like hunting, hiking, horseback riding, and photography. Therefore unit 8-Ernie Howard Gulch Area was determined to meet the criteria for possessing wilderness characteristics.

**Unit 10-Shavetail Wash: 15,200 acres**

Unit 10-Shavetail Wash is located approximately 10 miles west of Rangely, Colorado and just south of the White River with Shavetail Wash being the dominant geographic feature. Elevations vary in this unit from 5,300 to 6,200 feet. The western boundary of the unit is BLM Road 1071, a well maintained road that provides access to oil and gas well pad locations. An unnamed BLM motorized route connects BLM Road 1071 and RBC Road 23 to form the southern edge of the boundary. The south western boundary of the unit is a developed pipeline ROW that runs on the northwest side of RBC Road 23. The boundary then turns north and follows BLM Road 1072, the boundary then turns west/southwest along an unnamed motorized BLM road until it connects with BLM Road 1112. The boundary then follows BLM Road 1112 north until the road intersects with a major power line that runs east/west, the boundary follows that power line west then reconnects with a well pad road. The boundary then follows the well pad road south until it junctions with BLM Road 1113, then turns northwest. There is a newly constructed unnamed road heading west from BLM Road 1113 and accesses several oil and gas developments until the route junctions again with BLM Road 1071, completing the boundary. It is a typical high desert landscape comprised of sagebrush and scattered pinyon- juniper stands. There are several oil and gas developments and spur access roads that will be cherry-stemmed from the unit boundary. Overall the unit is primarily affected by the forces of nature. Due to its highly variable topography, the unit has excellent opportunities for solitude. Many prominent rock formations offer excellent climbing opportunities. Many signs of big game were seen in the higher elevations of the unit evidencing prime hunting prospects. The area, though its topography is highly variable, offers excellent hiking and horseback riding opportunities. Overall, unit 10-Shavetail Wash was found to possess wilderness characteristics.

**Unit 11-Yellow/Barcus Creek Area: 12,300 acres**

Unit 11-Yellow/Barcus Creek Area is located between Yellow Creek and Barcus Creek approximately 30 miles from either Rangely, or Meeker, Colorado and about 5 miles south of SH 64. Elevations in this unit vary from 5,900 feet along Yellow Creek to 6,700 feet along the upper ridge tops. The boundaries of this unit are RBC Road 88 to the west and north, RBC Road 122 and a natural gas lease to the south, and BLM Road 1257 to the east. The topography can

*Chapter 3 – Affected Environment*

be characterized as a ridge parallel to Barcus Creek with spur ridges breaking off towards the Yellow Creek and Barcus Creek drainages with deep drainages in between. The vegetation is pinyon/juniper woodland dominating the ridges with basin big sagebrush communities dominating the drainage bottoms.

The inability to see the routes coupled with the type and height of the vegetation and the basin/ridge type of topography allow for apparent naturalness to the average visitor within the area. The topography, vegetation, and size of the unit allow for outstanding opportunities for solitude. The same factors also provide for some outstanding primitive recreational opportunities like hunting, hiking, horseback riding, snowshoeing, and wildlife viewing. Unit 11-Yellow/Barcus Creek Area was found to meet the criteria for possessing wilderness characteristics.

**Unit 13-Blair Mtn/Greasewood: 36,900 acres**

Based on additional inventory work, including new route verifications, it was determined that the original lands with wilderness characteristics units 9, 12, 13 and 14 are all one unit now referred to as one lands with wilderness characteristics unit 13-Blair Mtn/Greasewood. The inventories are kept as part of unit 13-Blair Mtn/Greasewood project record file and supplements information provided in the final inventory. Information provided in the original lands with wilderness characteristics inventories for units 9, 12, and 14 is still considered valid except where there are discrepancies with the final inventories road and boundary determinations. Several routes used for the boundaries which originally separated units 9, 12, 13, and 14 were determined to be primitive routes, and not Wilderness Inventory Roads, during the final inventory and therefore these units have merged and been combined into one unit known as lands with wilderness characteristics unit 13-Blair Mtn/Greasewood.

Unit 13-Blair Mtn/Greasewood is located approximately 25 miles west of Meeker, Colorado on the south side of State Highway 64. General geography of this vast unit consists of Blair Mesa, lower Yellow Creek, Barcus Creek, Greasewood Creek, and Calamity Ridge with elevations from 5,900 feet near Yellow Creek to over 8,200 on Calamity Ridge. The southern boundary follows RBC Road 122 (Calamity Ridge) beginning at the intersection with BLM Road 1036 (Monument Gulch). The border then travels northeast along BLM Road 1832 (Barcus Creek) until it reaches BLM Road 1287 (Yellow Creek). This border has a cherry stem around a portion of BLM Road 1033 (N Barcus Creek) up to where BLM Road 1832 turns into RBC Road 88 (Barcus). At Yellow Creek the border follows RBC Road 88 until it reaches Piceance State Wildlife Area where the border travels to BLM Road 1103. This continues to an intersection with a power line traveling northwest. Where BLM Road 1103 intersects the power line the border is brought to the inside of the power line and continues along that road until intersecting with the power line again. Then at RBC Road 89 the border continues south until the intersection with BLM Road 1250. RBC Road 89 has two cherry-stems to access private land, one following Greasewood Creek and the other continuing along RBC Road 89. The border continues to travel northwest until reaching BLM Road 1035 (Greasewood). This then brings the border south west to the intersection with BLM Road 1036. From this point BLM Road 1036 returns to the intersection with RBC Road 122.

The area has a many ridges, draws, valleys and plateaus present. Several riparian areas are found in low areas and surrounding drainages (e.g., Lower Yellow Creek, Barcus Creek, and Greasewood Gulch). Dominant vegetation is pinyon-juniper, mountain shrubs, and sagebrush at higher elevations with mountain shrubs, sagebrush and grasses at lower elevations. Landscape fire scars were seen; these had a high variation of regeneration. With such a large expanse of land being encompassed by the borders of unit 13-Blair Mtn/Greasewood, solitude can be achieved in many areas within many different types of landscapes from the lower elevations along Yellow Creek to the high ridgelines

*Chapter 3 – Affected Environment*

leading up to Calamity Ridge. This area contains outstanding opportunities for hiking, horseback riding, and backpacking numerous miles in the bottoms of the drainages or along the winding ridgelines. Elk and deer were seen during the inventory and this area has outstanding opportunities for hunting remote areas away from roads. Overall, unit 13-Blair Mtn/Greasewood was found to possess wilderness characteristics.

### Unit 15-Hammond Draw: 6,100 acres

Unit 15-Hammond Draw is located approximately 15 miles east of Rangely, Colorado and just south of State Highway (SH) 64 with elevations that vary between 5,400 and 7,200 feet. The western boundary of unit 15-Hammond Draw is an improved unnamed oil and gas pipeline access road; the eastern boundary is BLM Road 1100 (Boise Creek). Both of these roads lead south off of SH 64. The southern boundary is private land. The two northern fingers of the unit are bounded by unnamed Wilderness Inventory Roads and a power line. A series of intermittent streams and drainages transect the area, eventually draining into the White River. High elevations are covered in pinyon juniper forests; hillsides have dense vegetation at times on the less-steep slopes. The steep slopes are very rocky and do not hold much vegetation. The intermediate plateaus are dominated by sagebrush, mixed grasses, and other low-lying brushes. The valley bottoms and stream channels are dominated by mixed grasses and sage. The entire unit is used for recreational activities, predominately hunting, camping, and hiking. The contrasting topography offers solitude throughout the remainder of the unit and shields the areas from outside human activities. Overall, unit 15-Hammond Draw was found to possess wilderness characteristics.

### Unit 16-Raven Ridge: 5,800 acres

Unit 16-Raven Ridge is located approximately 8 miles west of Rangely, Colorado and just south of State Highway 64 with elevations that vary from 5,500 to 6,000 feet. The western boundary is the train tracks for the nearby coal plant in Utah. The south and east boundary is formed by BLM Road 1746 and excludes a parcel of private land. The northern boundary is a ridge line that is located in such manner to eliminate impacts to naturalness and solitude largely from oil and gas development in the area. The vegetation in this unit largely consists of sage brush, pinyon-juniper, and exposed rocky soils. Steep draws and rolling hills provide solitude. Outstanding opportunities for primitive recreation include hiking, hunting, photography, and horseback riding. This unit largely overlaps with the Raven Ridge ACEC which was established to protect rare plant species. Unit 16-Raven Ridge was found to meet the criteria for possessing wilderness characteristics.

### Unit 17-Boise Creek: 7,100 acres

Unit 17-Boise Creek is located in Rio Blanco County, approximately 17 miles east of Rangely, Colorado to the south of SH 64 and separated by one road from lands with wilderness characteristics unit 15 on the western boundary. The topography consists of two ridges running north to south with a valley that extends across the northernmost portion with elevations that vary between 5,600 and 7,700 feet. The unit has a high ridge close to the eastern border that runs north to south. On the western side is a lower ridge that runs north and south as well. This ridge is not heavily vegetated and allows expansive views. Both ridges offer views of the entire site and the surrounding landscape. Through the middle portion of the site is a narrow valley that opens towards the northern end and is cut off by a small ridge running east. This small ridge is essential to the naturalness of the site because it cuts off the view to the highway and transmission lines. Vegetation in the unit consists of pinyon-juniper forest cover in the higher elevations and mixed grasses and sagebrush in the lower elevations. This area supports a large amount of hunting indicated by both the number of hunters and wildlife observed on this site during the inventory. The lack of routes into the unit makes access difficult, which allows for excellent opportunities for solitude throughout

*Chapter 3 – Affected Environment*

the site year round. Unit 17-Boise Creek was found to meet the criteria for possessing wilderness characteristics.

### Unit 18-Coal Oil Rim: 3,300 acres

Unit 18 is located one mile north of Rangely, Colorado and varies in elevation from 5,400 to 5,900 feet. The northeast corner of unit 18 is at the intersection of RBC Road 1 (Blue Mountain) and RBC Road 96 (Blue Mountain East). The border continues to follow RBC Road 96 to the intersection with BLM Road 1736 (Coal Oil Rim). The boundary then goes southwest to the intersection with BLM 1737 (Dead Dog Draw) and BLM Road 1738. Here the boundary follows BLM 1738 southeast until the edge of Coal Oil Rim. From there, the top edge of Coal Oil Rim brings the southwest border back to the northwest to meet RBC Road 1. The original mapped portion to the south of the rim appears to be affected primarily by human development. To the south of Coal Oil Rim, oil and gas operation abound with structures and development being pervasive and omnipresent. This area was removed from the boundary resulting in the unit not meeting the 5,000 acre minimum size criteria. Overall, unit 18 was found to not possess wilderness characteristics.

### Unit 19-North Colorow: 10,800 acres

Unit 19-North Colorow is located approximately 20 miles northwest of Meeker, Colorado and northeast of RBC Road 71 (Indian Valley) with elevation between 6,000 and 7,700 feet. The southern and eastern boundary of the unit is BLM Road 1515, which runs along the north rim of Colorow Mountain. The northern boundary is private land. There is a section of state trust land surrounded by the boundaries of the unit. The western boundary of the unit is formed by a natural gas pipeline and private land bordering the unit. The landscape does appear to be largely natural with the exception of the occasional range allotment access trail and rare tire tracks. Areas can be found in valleys between ridgelines where no sign of human impact can be observed. The topography includes many drainages and ridges that provide natural separation from other regions in the unit and seclusion from any signs of human influence. The area had abundant signs of big game including deer and elk, suggesting opportunities for hunting. The area is lacking vegetation in some areas and this terrain is not overly difficult to traverse by either foot or horseback. The area has small sandstone cliffs that are very scenic and provide excellent scenic landscape photography opportunities. Unit 19-North Colorow was found to meet the criteria for possessing wilderness characteristics.

### Unit 20-Upper Coal Oil Rim: 13,700 acres

Unit 20-Upper Coal Oil Rim is located approximately 4 miles northeast of Rangely, Colorado with elevations between 5,400 and 6,100 feet. The southwestern boundary of unit 20-Upper Coal Oil Rim is BLM Road 1736. This portion of the border travels between the intersection of RBC Road 96 and BLM Road 1736 and then to the intersection of BLM Roads 1736, 1735, and 1737. From that intersection, the border road turns into BLM Road 1735 which travels to the edge of Kenney Reservoir. From the end of BLM 1735 the eastern border follows the boundary of the reservoir to BLM Road 1738. From BLM Road 1738 the border travels north and west along the edges of Scullion Gulch and around the Deserado Mine to BLM Road 1739. BLM Road 1739 acts as the northern border until it intersects RBC Road 96. Along this boundary, the border is cherry-stemmed to remove an access road to a communications tower from the boundary. The last portion of the northern boundary is comprised of RBC Road 96 until the county road intersects BLM Road 1736. Unit 20 largely appears to be affected primarily by the forces of nature. Throughout unit 20-Upper Coal Oil Rim high cliff bands and resulting low valleys abound. All of these topographic features provide the opportunity for a person to find outstanding solitude. Many unique

*Chapter 3 – Affected Environment*

aspen groves can be found around springs in side canyons throughout the area. There are also dense pinyon and juniper stands in the higher elevated sections in the unit to seclude oneself from the rest of humanity. The area provides outstanding opportunities for primitive recreational activities such as horseback riding, hunting, cross-country hiking, backpacking, rappelling from cliffs, primitive camping, and there's potential for rock climbing on boulders and cliffs. Overall, unit 20 was found to meet the criteria for possessing wilderness characteristics.

### Unit 21-Coal Ridge: 9,100 acres

Unit 21-Coal Ridge is located approximately 18 miles east of Rangely, Colorado and just north of SH 64 with elevations that vary between 5,500 and 6,100 feet. The northern boundary is BLM Road 1506 and BLM Road 1507. The eastern boundary is an unnumbered BLM road. The southern boundary is a combination of property boundaries (eastern half) and RBC Road 73. The western boundary is RBC Road 78. The landscape morphology is dominated by Coal Ridge, an east/west trending linear mountain of tilted rock beds. Upper slopes are covered in pinyon juniper; lower elevations are dominated by sage, greasewood, and mixed grasses. High, forested uplands offer a sense of remoteness and seclusion. Unique ridge topography serves as a buffer from outside civilization. The high relief and unique ridge topography provide an interesting and visually appealing environment for exploring, hiking, and camping. The area also provides outstanding hunting and is located in CPW's GMU 10, which is a trophy elk unit. Overall, unit 21-Coal Ridge was found to meet the criteria for possessing wilderness characteristics.

### Unit 22-Coal Oil Gulch: 9,600 acres

Unit 22-Coal Oil Gulch is located in Rio Blanco County directly south of the town of Blue Mountain, Colorado with elevations between 5,400 and 6,200 feet. The western boundary is RBC Road 98; the northern boundary is BLM Road 1539; the eastern boundary is RBC 1; and the southern boundary is a combination of oil and gas access routes and SH 64 (far west). The topography to the north and west consists of moderate relief landscape with sometimes significant valleys and escarpments with deep streambed channels. Vegetation consists of mixed pinyon juniper forests with sagebrush at higher elevations, and mixed sagebrush/grasses at lower elevations. The majority of this unit provides areas for solitude on the western, northern, and central portions due to its vast expanses, deep canyons, beautiful vistas, and lack of proximity to human development. Outstanding primitive recreational activities include hunting, camping, hiking, and wildlife observation. The unit has excellent scenic appeal as there are many escarpments of dramatically dipping sedimentary bedrock layers up to several hundred feet in height. Vast views of expansiveness are achieved in the north and western portions. Overall, unit 22-Coal Oil Gulch was found to meet the criteria for possessing wilderness characteristics.

### Unit 24-Pinto Gulch: 5,000 acres

Unit 24-Pinto Gulch is located in south central Moffat County with elevations between 6,300 and 7,800 feet. The southwest corner is located at the intersection where BLM Road 1512 (Indian Valley) turns north and BLM Road 1727 continues to the west. The border then continues east until BLM Road 1513 becomes a private road. The eastern boundary is then made by private property. The northern boundary is formed by an unnumbered BLM road and then on the western side of the northern boundary to a cliff to where the BLM land narrows to a half mile wide. It was decided to follow the private property boundary to the western road boundary from this point to define the unit boundary. A western portion of this unit (300-400 acres) is located in the BLM-Little Snake Field Office. The acreage outside of the BLM-WRFO has been excluded from acreage total for this unit. A narrow half mile wide portion of BLM land extends north for over two miles containing a steep cliff face. It was decided to exclude this portion of BLM lands from the lands with wilderness

*Chapter 3 – Affected Environment*

characteristics unit due to lack of outstanding opportunities for unconfined and primitive recreation. Also, managing solitude and naturalness is uncontrollable due to private property surrounding this portion of land and being visible from all areas of this portion of land. Overall, it was determined that the unit has primarily been affected by the forces of nature. Solitude can be found in the Pinto Gulch drainages that visually separate the unit. This unit provides ample opportunities for activities that provide dispersed, undeveloped primitive recreation opportunities which don't require facilities, motor vehicles, motorized equipment, or mechanized transport. Examples of these primitive and unconfined recreation opportunities could include but are not limited to; hiking, backpacking, hunting, horseback riding, photography, bird watching, and sightseeing. Overall, unit 24-Pinto Gulch was found to meet the criteria for possessing wilderness characteristics.

**Unit 25-Lower Wolf Creek: 11,600 acres**

Unit 25-Lower Wolf Creek is located in Moffat County, northeast of Massadona, Colorado and is directly accessible from US 40 and BLM Road 1506 to the north. Elevation in this unit varies between 5,500 and 5,900 feet. The south, west, and east boundaries of unit 25 are defined by BLM Road 1506. The northwest boundary is defined by two sets of transmission lines. The topography and vegetation consist of low to moderate relief hills and ravines with sagebrush and low mixed grass cover. The nearby highway (US 40) can be occasionally seen, but not heard. Local topographic relief provides a sense of isolation. Manmade improvements are non-existent (except for transmission line ROW along northern boundary). There are outstanding opportunities for hiking, hunting, camping, and wildlife observation in this remote area. Overall, unit 25-Lower Wolf Creek was found to meet the criteria for possessing wilderness characteristics.

**Unit 26-Moosehead Mountain: 7,800 acres**

Unit 26-Moosehead Mountain is located approximately 7 miles north of Dinosaur, Colorado just east of Harpers Corner Road. The boundaries for this unit are largely the same as the Moosehead Mountain Travel Restricted Area with some additional lands with wilderness characteristics acreage added on the east side. The boundaries are mostly private property on the north and west sides and Willow Creek Wilderness Study Area on the south with Harpers Corner Road on the west. Elevation varies between 7,500 to 8,200 feet with vegetation consisting of sagebrush and mountain shrubs with mixed stands of aspen. Other than stock ponds and some primitive routes the area is largely affected by forces of nature. Solitude can be found throughout this unit in the rolling gentle draws, the thick forested areas, or along the ridge lines. The outstanding primitive recreation opportunities for hunting, wildlife viewing, and birding are present. Users could also cross country ski or snowshoe in the winter or horseback ride during the spring, summer, and fall months. During the fall months photography of fall aspen color changes would be outstanding as well. Overall, unit 26-Moosehead Mountain was found to meet the criteria for possessing wilderness characteristics.

**Unit 27-MF Mountain: 9,100 acres**

Unit 27-MF Mountain is located in Moffat County immediately north of US 40, northeast of Massadona, Colorado with elevations between 5,700 and 6,900 feet. This unit is bounded on the west by a combination of Moffat County Roads 16 and 157 as well as some private land. It was determined that the northern boundary consists of Moffat County Road 157, then around private property, then Moffat County Road 157 to the intersection with Moffat County Road 14, then south to the existing boundary of the northeast corner. It was also determined that the eastern boundary is an unnumbered BLM Road that connects Moffat County Road 14 and BLM Road 1504. The southern boundary is US 40 and private land. The northern boundary (partially) is also the boundary between the BLM White River and Little Snake field offices. With varied topography and vegetation, this unit is dominated on the northern half by pinyon juniper forest covered mountains

*Chapter 3 – Affected Environment*

with white and red sandstone cliffs. On the southern half, large mountains transition to rolling hills, sagebrush flats, and eroded ravines with sagebrush and grasses mixed cover. Lack of road access enhances the quietness and, in turn, the solitude. Steep ridges and cliffs further divide and isolate the topography. Opportunities exist for hiking rugged and scenic terrain, hunting, climbing, and wildlife observation; the northern boundary is a BLM-marked mountain bike trail. The unit has substantial scenic value. High topographic relief in the form of red sandstone cliffs dominates the northern half of the unit and creates a striking viewshed. Overall, unit 27-MF Mountain was found to meet the criteria for possessing wilderness characteristics.

**Unit 28-Evacuation Creek: 6,700 acres**

Unit 28-Evacuation Creek is located in the very southwest corner in a remote portion of the WRFO with elevations between 6,200 and 8,000 feet. Lands with wilderness characteristics unit 28 is bordered on the north by BLM Road 1225, a well maintained and used road that meets the criteria for a Wilderness Inventory Road. After a short distance, BLM Road 1225 is intersected by BLM Road 1225a, a north/south traveling road that forms part of the area's eastern boundary. BLM Road 1225a intersects a small tract of private land after traveling a short distance. The private property line forms the midsection of the eastern boundary. Shortly after reentering BLM land, an active oil and gas development is reached. This will be cherry-stemmed from the boundary. The boundary then continues to follow BLM Road 1225a until a second section of private land is reached. The boundary follows the private property line as it moves southeast, then north, east and south until BLM Road 1060 is reached. A pipeline parallel to BLM Road 1060 forms a small piece of the eastern boundary. The southern boundary follows private land until Garfield County Road 269 is reached along the top of Baxter Ridge. The boundary follows a private property line and Garfield County Road 201 north until BLM land is reached. The rest of the western boundary is the power lines that follow Rio Blanco County Road 25 (Garfield CR 201) until it is intersected by BLM 1225. Though range improvements and oil and natural gas developments exist along the border of the unit, the unit is primarily affected by the forces of nature. In its lower elevations, it is comprised of large sandstone cliffs, cacti, steep ravines and sage brush, forming a landscape that is typical of the high desert. However, the summit of Baxter Ridge provides visitors with a subalpine-like climate, full of evergreens and aspens. Highly variable topography and dense vegetation cover help the visitor feel a sense of solitude. Campsites along the top of Baxter Ridge show excellent camping opportunities and the area provides excellent habitat for a variety of wildlife. Hunting opportunities within the area are outstanding. Large rock formations and boulders have excellent potential for both climbing and bouldering. Visitors would easily be able to explore the area by either foot or horseback. Unit 28-Evacuation Creek was found to meet the criteria for possessing wilderness characteristics.

**Unit 29-Big Ridge: 25,000 acres**

Unit 29-Big Ridge is located approximately 7 miles south of Rangely, Colorado and just east of SH 139. This land with wilderness characteristics unit is bordered by private lands on the southeastern edge, by BLM Road 1040 to the east, RBC Road 138 to the north, SH 139 to the west and BLM Road 1121A to the south. The topography is bisected by a series of long, flat mesa-like top ridges adjacent to deep drainages running east-west. The vegetation ranges from basin big sagebrush and grasses in the drainage bottoms with pinyon/juniper side slopes transitioning to mountain mahogany, serviceberry, mountain big sagebrush, native grasses, and wildflowers on the ridge tops. Motorized access is generally limited into the area by steep terrain. This is a large unit and the overall human modifications to the landscape are substantially unnoticeable, giving the area a highly apparent naturalness to the average visitor. With the limited access, generally steep terrain, dramatic views of the Cathedral Bluffs, apparent naturalness, and lack of outside intrusions, the area

presented an outstanding opportunity for solitude. The same factors present for solitude also provide for outstanding primitive recreational opportunities in the forms of hunting, hiking, horseback riding, wildlife viewing, and photography, especially of wildflowers. As such, unit 29–Big Ridge was found to possess the criteria for wilderness characteristics.

**Unit 30-Banta Ridge: 6,400 acres**

Unit 30-Banta Ridge is located approximately 10 miles west of Rangely, Colorado near the Utah border with elevations between 5,200 and 6,400 feet. Banta Ridge is the primary geographic feature within the unit. The western boundary of the unit is formed by BLM Road 1070. This road qualifies as a Wilderness Inventory Road and receives heavy traffic from oil and gas uses. The southern and eastern boundaries of the unit are formed by BLM Road 1071. For nearly its entire length, a natural gas pipeline follows the road. To exclude this from the lands with wilderness characteristics unit, a 50 foot buffer will be placed on the on the northern and western sides of BLM Road 1071 to exclude this pipeline, forming the boundary of the unit. The northern boundary of the unit begins when the pipeline turns west, leaving BLM Road 1071. The boundary follows this pipeline until it intersects an active well pad. The boundary then turns south, following the pipeline access road. From here, the boundary turns north for a short distance until another well pad access road is reached. The boundary again turns west following the road and extending straight west until private property is reached. The boundary travels south and then west following the private property line until another well pad is reached. The road accessing this pad forms the remaining northern boundary of the unit. Within the unit, several Wilderness Inventory Roads exist. They will be cherry-stemmed out to preserve the wilderness resource values of the unit. Lands with wilderness characteristics unit 30 is primarily affected by the forces of nature. The unit provides ample opportunities for a variety of primitive recreational experiences. In the late fall and early winter, the area provides habitat for elk and deer and could provide excellent chances for hunting. A hike along Banta Ridge rewards hikers with stunning views of Blue Mountain and the White River Valley. Unit 30-Banta Ridge was found to meet the criteria for possessing wilderness characteristics.

**Unit 31-Gillsonite Hills: 11,900 acres**

Identified during the 2013 inventory effort, unit 31-Gillsonite Hills is located approximately 15 miles southwest of Rangely, Colorado with elevations between 6,000 and 6,900 feet. Beginning at the intersection of RBC Road 23 and BLM Road 1070 (Cottonwood Creek), the border follows BLM Road 1070 southwest to the intersection with BLM Road 1070b. From BLM Road 1070b the border travels south. BLM Road 1070b then turns south and continues as the border. The border then turns northeast and follows an unnamed road north and east until an intersection with BLM Road 1070a (Cottonwood Jeep Trail) is reached. At BLM Road 1070 the border travels northwest to the intersection with BLM Road 1070c. At that intersection the border follows BLM Road 1070c north. At the intersection of BLM Road 1070c and BLM Road 1070, BLM Road 1070 then serves as the northern boundary. From there the valley just to the east is followed south until a tributary valley turning west is followed up just south of an oil or gas site. At that oil or gas site the access road is followed south until it reaches an intersection. At that point a "hydro axe" vegetation removal treatment path serves as the southern border until intersecting with RBC Road 14. The vegetation treatment and RBC Road 14 then cross back and forth serving as the south western border until private property cuts into the area to form the boundary. After following the private property boundary the vegetation treatment serves as the southern boundary until private property is reached again. This serves as the southern boundary until BLM 7070a is reached and followed to its intersection with RBC Road 23. RBC Road 23 then serves as the eastern boundary. Lands with wilderness characteristics unit 31 has plateaus, shallow draws and canyons, grass and shrub lands, as well as pinion juniper stands at higher elevations. Exposed rock features create unique features

*Chapter 3 – Affected Environment*

and cliffs. The area appears to be influenced primarily by the forces of nature with few exceptions around the border that have been excluded from the lands with wilderness characteristics unit. From the north end of the area deep draws can be followed into secluded areas. From the south end of the area high ridges can be hiked to, from these ridges, plateaus and shallow canyons can be viewed. The plateaus are found on the western portion of the area. All of these areas can be accessed by horse or on foot and are outstanding opportunities to find solitude. Overall, unit 31-Gillsonite Hills was found to meet the criteria for possessing wilderness characteristics.

**Unit 32-Willow Creek WSA Adjacent: 5,900 acres**

Unit 32-Willow Creek WSA Adjacent was identified during the 2013 inventory effort and is located approximately 3 miles east of Dinosaur, Colorado just north of US 40 and south of Willow Creek WSA with elevations between 6,200 and 6,800 feet. The northern boundary is BLM Road 1518 until the road travels south of the Willow Creek WSA boundary into the heart of the addition. At this point the road splits to the east and will be cherry-stemmed to a point where there are signs of road construction. The western border is Harpers Corner Road (Moffat County Road 161) and the southern border is private property and US 40. The eastern border is comprised of state land, Willow Creek WSA, and private lands. Unit 32-Willow Creek WSA Adjacent was found to largely contain the same wilderness characteristics as the adjacent Willow Creek WSA and was overall found to possess wilderness characteristics.

**Unit 33-Bull Canyon WSA South Adjacent: 700 acres**

Unit 33-Bull Canyon WSA South Adjacent was identified during the 2013 inventory effort and is located just north of Dinosaur, Colorado and south of Bull Canyon WSA with elevations between 6,200 and 6,400 feet. The southern boundary is comprised of an unnamed BLM road. There are several primitive routes that branch off of the BLM road along the southern border. The western border is comprised of private lands that are associated with the US 40 corridor. The eastern border is an unnamed BLM road. The northern boundary is an unnamed BLM road that travels to where the road deteriorates to a primitive route near the Bull Canyon WSA boundary. Unit 33-Bull Canyon WSA South Adjacent was found to contain the same wilderness characteristics as Bull Canyon WSA and therefore was found to possess wilderness characteristics.

**Unit 34-Bull Canyon WSA North Adjacent: 1,100 acres**

Unit 34-Bull Canyon WSA North Adjacent was identified during the 2013 inventory effort and is located north of Bull Canyon WSA and approximately 10 miles north of Dinosaur, Colorado with elevations between 7,000 and 7,300 feet. The northern boundary is comprised of Moffat County Road 16, the western border is the Colorado/Utah border, and the eastern border is an un-named route from Moffat County Road 16 to Bull Canyon WSA. Unit 34-Bull Canyon WSA North Adjacent was found to contain the same wilderness characteristics as Bull Canyon WSA and therefore was found to possess wilderness characteristics.

**Unit 35-Oil Spring Mountain WSA Adjacent: 8,200 acres**

Unit 35-Oil Spring Mountain WSA Adjacent was identified during the 2013 inventory effort and is located approximately 25 miles south of Rangely, Colorado with elevations between 6,000 and 8,100 feet. Lands with wilderness characteristics unit 35 has two separate units, located adjacent to Oil Spring Mountain Wilderness Study Area (WSA), and both referred to as lands with wilderness characteristics unit 35. The larger of the two units (7,650 acres) is located northeast of Oil Spring Mountain WSA. This unit is bounded by BLM Road 1211 on the south which also serves as the WSA northern boundary. This road is receiving regular use on the western side for the first one to two miles but is deteriorated and naturalized after this area, and does not connect through to BLM

Road 1063. Therefore, this unit is contiguous with the WSA. The east boundary is BLM Road 1064 with some oil and gas development west of Texas Mountain which was removed from the unit due to lack of naturalness and Wilderness Inventory Roads leading to the oil and gas well pads. The northern boundary is made up of BLM Road 1064 and RBC Road 109 (Missouri Creek). The other smaller unit (550 acres) is located on the southwest side of Oil Spring Mountain WSA which forms the northwest boundary of this unit. The southwest border is formed by BLM Road 1062 (Missouri Creek). Signs of human-made features which are substantially unnoticeable include minor range improvements such as spring developments, reclaimed roads and oil and gas well pads, and signs of camping. Overall, this remote landscape is in a natural condition with a large eastern tributary of the South Fork of Texas Creek forming an incised landscape that appears entirely natural and is centrally located in this unit. Any visitor to this area will have outstanding opportunities to avoid the sights, sounds, and evidence of other people and obtain solitude. Outstanding opportunities for primitive recreation include: hiking, backpacking, and horseback riding along the valley bottoms of the South Fork of Texas Creek, hunting throughout the unit, camping along some of the relatively flat benches along the South Fork of Texas Creek, and general sightseeing and photography. Overall, unit 35-Oil Spring Mountain WSA Adjacent was found to meet the criteria for possessing wilderness characteristics.

### 3.9.4 Proposed Dinosaur Trail MLP

Lands with wilderness characteristics units 16, 20, 21, 22, 25, 26, 27, 32, 33, and 34 are within the Dinosaur Trail MLP area (Map 3-19).

## 3.10 Socioeconomic Resources

Methods

Information to characterize baseline socioeconomic conditions in the study area was assembled from local, state, and federal data sources, as well as previous reports and publications.

Published data were used to describe current conditions and historic trends in measures such as total population, ethnic/minority population, housing, total employment, employment by sector, earnings by sector, labor force, unemployment rates, household income, public services and fiscal conditions, and other general economic and demographic metrics. Information from a number of previous reports also contributed substantially to the description and evaluation of existing socioeconomic conditions. Additionally, local individuals within the Primary Socioeconomic Study Area (PSSA) and Secondary Socioeconomic Study Areas (SSSA) (defined later in this section), including local government officials, ranchers, recreational interests, and various other sources were contacted in order to get a better characterization of the area.

Definition of the Primary and Secondary Socioeconomic Study Areas

For purposes of this analysis, the study team has categorized northwestern Colorado into a PSSA and a SSSA. While the BLM WRFO includes lands in Moffat and Garfield counties, the vast majority of the population within the WRFO resides in Rio Blanco County. Consequently, Rio Blanco County constitutes the PSSA. The SSSA is a broader region that includes both sparsely populated lands in Garfield and Moffat counties that are within the WRFO, and other areas of northwestern Colorado that have indirect social and economic ties with WRFO activities. Though these areas are termed the "Secondary" Socioeconomic Study Area, they would likely provide business support services as well as additional housing or community services associated with changes in WRFO management practices and may experience effects from WRFO management alternatives (US Census Bureau 2013).

**The Primary Socioeconomic Study Area**

The BLM WRFO encompasses virtually all of Rio Blanco County, in addition to small portions of northern Garfield and southern Moffat counties (see Map 1-1, WRFO Planning Area). It is likely that unincorporated Rio Blanco County and the nearby towns of Meeker and Rangely would be the communities most immediately and directly affected by changes in resource management policies and any new workforce-related population or related demand for housing and public services (though the City of Rifle, in the SSSA, is also likely to house a portion of the workforce associated with WRFO management alternatives). Based on this assessment, the PSSA is defined as Rio Blanco County, which includes the towns of Meeker and Rangely.

**The Secondary Socioeconomic Study Area**

The BLM WRFO lies at the center of a large, interdependent economic region that stretches from eastern Utah to the border of Eagle County, Colorado (BBC 2008a; Redifer and Jouflas 2008). This area shares a common economic base of ranching, hunting, tourism, and energy extraction. Grand Junction is the largest service community in the region, but much of the resident population resides in small towns dispersed broadly across this large geographic area. Given current road configurations, portions of Garfield County - particularly the city of Rifle and nearby communities along the I-70 corridor - may also be affected. Rifle, while part of the SSSA, may be substantially affected by BLM management decisions and is discussed in detail. I-70 is the primary transportation corridor but beyond the interstate corridor, road systems are limited. For the purposes of this analysis, this SSSA includes Garfield, Moffat, and Mesa counties in Colorado, and Uintah County, Utah.

Within the SSSA, potential changes to WRFO management and operations would affect the socioeconomic environment, but effects would be diffused because of the long distances and the multiple communities involved. Nevertheless, because of the economic interdependence of this area, it is appropriate to consider this broader region in the socioeconomic evaluation.

Most often data are presented for the "combined study area," which includes both the PSSA and the SSSA. The combined study area, the local road network, and the region's communities (by population) are shown in Figure 3-5, Primary and Secondary Socioeconomic Study Areas and Location of the WRFO Management Area.

**Figure 3-5. Primary and Secondary Socioeconomic Study Areas
and Location of the WRFO Management Area**



SOURCE: U.S. Census Bureau 2013.

## 3.10.1  Social, Economic and Environmental Justice

### 3.10.1.1  Social Conditions

This section contains an overview of general socioeconomic conditions in the PSSA and SSSA and a discussion of historical energy development in the region. Recent population, housing, and demographic trends in the area most likely to be affected by changes in BLM WRFO resource management decisions are documented, and a discussion of quality of life issues and concerns, as well as a discussion of current public and educational services is provided.

**Overview of General Socioeconomic Conditions in the Primary and Secondary Socioeconomic Study Areas**

Rio Blanco County is one of the largest counties in Colorado from a geographic standpoint, but contains only two incorporated municipalities (Meeker and Rangely) and has a population of less than 7,000 persons (SDO 2013). The county is part of a larger socioeconomic area (included in the SSSA) with common economic underpinnings and shared growth opportunities and challenges. In recent years, a rapidly growing natural gas industry has supplemented the area's traditional economic base of energy development (e.g., the Rangely Oil Field), agriculture, tourism, and recreation. Additionally, the large and growing population of retirees contribute to the area's local economy as well (US Department of Commerce 2013).

*Chapter 3 – Affected Environment*

The PSSA and the SSSA are also influenced by activities along their borders. Resort developments in Pitkin, Eagle, and Routt counties are important economic influences on the east side of the SSSA. Uintah County, Utah shares some economic ties with Grand Junction, and also with Salt Lake City to the west. An expanding natural gas industry in southern Wyoming is also an influence on Moffat County and the town of Craig. However, the focus of this analysis is on the counties likely to be directly affected by WRFO actions.

A few geographic characteristics of the PSSA and the SSSA are particularly important in terms of baseline social and economic characteristics as well as potential environmental consequences of management alternatives. They are listed below:

- The combined study area is very rural. Despite its geographic range, the entire area has only about 250,000 residents (US Census Bureau 2013). Over one-half of the residents in the combined study area's live in Mesa County;

- Currently, urbanization is concentrated along the I-70 corridor, which also contains the area's major rail line and the Colorado River. Rio Blanco County, the PSSA, is very large among Colorado's counties at 3,222 square miles and very sparsely populated at just over 2 people per square mile (SDO 2013);

- Grand Junction is the major regional service center for retail services, professional services, health care, and education; and

- There are only two north/south highways in the entire region: SH 13 between Rifle, Meeker and Craig, and SH 139 between Grand Junction and Rangely.

**Historical Energy Development**

Although Rio Blanco County's economy was originally based on agriculture, the county has a long history of energy development. The Rangely Field, at the western end of the county, began producing oil around 1900. Oil development in Rangely grew more prominent after World War II as demand rose for petroleum products. In the mid-1940s, during a period of field expansion, Rangely was a tent city for a time with a population of as many as 5,000 residents (Thompson and Williams 1990). The local population declined substantially in Rangely after the 1940s oil boom, but the Rangely Field has been produced heavily since that time, using enhanced recovery methods to maintain production. As a result, the Rangely Field has been one of the most prolific sources of oil in the State of Colorado (Athearn 1981; McDonald et al. 2007).

The SSSA also has a history of energy development, and hosts the world's largest deposit of oil shale. The first oil shale boom occurred in 1915 and busted in 1920. Other boom-and-bust periods occurred in the 1940s and 1970s–1980s. In Rio Blanco County, the oil shale booms of the 1940s and the 1970s led to considerable land acquisition by oil companies in the Piceance Creek area, which contains private oil shale resources and is near the federally-owned oil shale deposits (Ekstrom 2008; Lake 2008; Neilson 2008; Brennan 2008). Rio Blanco County also saw a population surge and related effects from oil shale in the 1970s, mainly because of the federal C-a tract and the C-b tract, which are both in the Piceance Creek drainage. The 1970s–1980s oil shale boom, centered in Rio Blanco County, also affected Garfield and Mesa counties to the south. In Rio Blanco County, the boom ended, as it did in the SSSA, with a decline to pre-boom population levels in the county, which is where Rio Blanco County remained until the recent renewed interest in the area's natural resources (BLM 2006e).

*Chapter 3 – Affected Environment*

While the prospect of commercial oil shale production again looms on the horizon, natural gas development has been the dominant factor in recent energy development within the combined study area over the past decade. Energy companies began pursuing Colorado natural gas in earnest in the late 1980s, with drilling and production growing steadily since then and, more recently, at an increasing pace. According to the BLM, by the end of the 1990s, growth in the Colorado and Utah oil and gas industry was putting local communities under many of the same socioeconomic pressures felt during the 1970s-1980s oil shale boom (BLM 2008f).

From 2003 to 2008, drilling and related development of natural gas facilities accelerated, with many development companies active in northwestern Colorado, including major corporations such as Williams, EnCana, ExxonMobil, ConocoPhillips, and Chevron. The area of development has moved east and north from western Garfield County, and the BLM's RFD scenario for natural gas activity in the WRFO predicts movement north into Rio Blanco County (BLM 2007).

After 2008, the natural gas industry in the region slowed its growth considerably. This reduction was due to a combination of increasing supply of natural gas nationwide resulting from horizontal drilling and hydraulic fracturing, as well as decreasing demand for natural gas due to the general economic downturn. The wellhead price of natural gas dropped from a high of over $10/MCF in July 2008 to a low just below $2/MCF in April 2012. For much of the period of the past four years, the price has fluctuated around the $4/MCF mark, well below the prices seen from 2002-2008 (US EIA 2013). A large number of employees in the oil and gas sector lost their jobs and the number of wells being drilled in Rio Blanco County dropped from a high of 477 in the year 2008 to a low of 109 in the year 2011 (COGCC 2013). Corresponding drops in well construction occurred throughout the SSSA (COGCC 2013).

## Population and Demographics

### Growth Trends
Population growth tends to mirror employment trends over the long-term. Population trends have not been uniform throughout the study region; however, population growth in the region accelerated after the national recession of 1973-1974, stimulated in part by rising energy prices, federal fuels policies, and investment in northwestern Colorado oil shale. Growth was unaffected by the national recessions of 1980 and 1981-1982, but Exxon's closure of the Colony Oil Shale Project in 1982 dealt the region a significant setback, as job losses caused a widespread dispersal from the area (BBC 2008a).

Rio Blanco and Moffat counties were particularly hard hit by the oil shale industry pullout in the early 1980s and took many years to recover. Because of this extended recovery period, Rio Blanco County's average population growth rate was below one percent annually averaged from 1970 to 2010.

In small rural areas, individual construction projects, such as the expansion of I-70 or construction of the Craig electric generating station, influence year-to-year population data. The more diverse economies of Garfield and Mesa counties tend to reduce population fluctuations.

Growth patterns have shifted over the years. In the most recent ten-year period, the communities of Fruita, Rifle, and Grand Junction have witnessed the most rapid development. If development accelerates, key residential and retail service centers in the SSSA would likely experience the most notable direct or indirect socioeconomic effects.

*Chapter 3 – Affected Environment*

**Race and Ethnicity**

The population within the PSSA and SSSA is relatively homogenous, consisting primarily of white, non-Hispanic residents. In 2010, 92 percent of Rio Blanco County's population identified themselves as racially white; the remaining portion of the population identified themselves as one of the following racial categories: African American, Asian, Two or More Races, "Some Other Race," American Indian, or Native Hawaiian.

Counties within the study areas saw a rise in their Hispanic population between 2000 and 2010, consistent with national trends. Garfield County saw the greatest rise in Hispanic residents, indicating that overall population growth in the 2000s included a larger proportion of Hispanic residents than was seen in previous decades.

The State of Colorado as a whole contains a larger percentage of non-white and Hispanic residents than the combined study areas. In 2010, 16 percent of the state identified themselves as non-white, with five percent identifying themselves as "Some Other Race." Approximately four percent of the population identified themselves as African American, and three percent identified themselves of "Two or More Races." Colorado also contains a larger percentage of Hispanic residents than the study areas; in 2010, 20 percent of Colorado residents were of Hispanic origin (SDO 2013).

**Housing**

**Housing Trends**

It is likely that unincorporated Rio Blanco County and the towns of Meeker and Rangely— the PSSA for this analysis — would be the most immediately and directly affected by the potential for new workforce-related population and related demand for housing caused by potential WRFO actions. Given the area's distribution of communities, roads and resources, portions of Garfield County may also be affected, particularly the City of Rifle and other nearby communities along the I-70 corridor. In addition, anecdotes from local interviews suggest that long commutes could occur when local housing is tight near the active natural gas fields in Rio Blanco and Garfield counties (Brown 2008).

Although it required nearly a decade for the combined study area to recover the jobs lost during the mid-1980s, the region eventually stabilized and now supports a larger and more diverse economy. In the 1990s, the area's low cost of living and relatively affordable housing options spurred the in-migration of retirees and persons seeking a different quality of life into the region. In some areas, second homes became an important influence. Rio Blanco County has participated in both the retirement and second home trends. Since the year 2000, increasing natural gas exploration, development and distribution has further bolstered the regional economy.

As noted in Table 3-39, Garfield and Mesa counties capitalized on a strong housing market between the years 2000 and 2008, expanding their housing stocks by 3.5 percent and 3.1 percent annually, respectively. Within Garfield County, Rifle's housing stock grew over the same time period by 4.2 percent annually.

In contrast, Rio Blanco County saw fewer housing units developed during this time. The total number of housing units in Rio Blanco County increased by only 1.6 percent annually between the years 2000 and 2008. Moffat County was also slow to develop housing over the same time period.

The effects of the recent economic downturn can clearly be seen in the data, as the rate of growth of housing units decreases in every location after the year 2008.

Chapter 3 – Affected Environment

**Table 3-39. Housing Units, Primary and Secondary Socioeconomic Study Area, 2000-2011**

| Location[1] | Year | | | | | | | Annual Growth Rate | |
|---|---|---|---|---|---|---|---|---|---|
| | 2000 | 2002 | 2004 | 2006 | 2008 | 2010 | 2011 | 2000-2008 | 2008-2011 |
| Rio Blanco County, CO | 2,855 | 2,897 | 2,938 | 3,021 | 3,253 | 3,312 | 3,333 | 1.6 | 0.8 |
| Town of Meeker | 1,054 | 1,069 | 1,085 | 1,111 | 1,208 | 1,219 | 1,220 | 1.7 | 0.3 |
| Town of Rangely | 899 | 905 | 907 | 908 | 996 | 1,013 | 1,019 | 1.3 | 0.8 |
| Garfield County, CO | 17,336 | 18,622 | 19,489 | 20,525 | 22,805 | 23,325 | 23,361 | 3.5 | 0.8 |
| City of Rifle | 2,586 | 2,795 | 2,974 | 3,321 | 3,594 | 3,629 | 3,632 | 4.2 | 0.4 |
| Mesa County, CO | 48,427 | 51,811 | 54,989 | 58,098 | 61,775 | 62,770 | 63,239 | 3.1 | 0.8 |
| Moffat County, CO | 5,635 | 5,749 | 5,872 | 6,019 | 6,160 | 6,202 | 6,209 | 1.1 | 0.3 |

SOURCE: SDO 2013.
NOTE:
[1]Uintah County, Utah is not included because of the lack of available data.

**Vacancy Rates and Housing Prices**

Historically, Rio Blanco and Moffat counties have had relatively high vacancy rates over most of the past two decades, while vacancy rates in Mesa and Garfield counties have been comparatively lower, generally staying below ten percent since 1990 (BBC 2008b). Local authorities in both Garfield and Rio Blanco counties report that for-sale housing and rental markets are now very constrained and availability is very low. Housing vacancy in Rifle was reportedly less than one percent in 2007, a rate at which available units among existing housing are extremely difficult to find (BBC 2008b).

Likewise, before the economic collapse, real estate agents reported that demand for Meeker rental housing was high, with supplies of units low, availability "near zero," and rents "very high" (Wix 2008). The availability of this type of housing in Meeker and Rangely was limited or extremely tight starting in the fall of 2005 (Blankenship Consulting and Sammons/Dutton 2006). This high demand for housing was strongly correlated to employment in the growing oil and gas sector, and has slackened considerably since 2008. As the energy sectors recover and begin to increase activity, these tight housing situations would be expected to continue into the future.

In the past, Garfield County provided affordable housing for the seasonal workforce in nearby Pitkin and Eagle counties. However, a 2006 study released by the Garfield County Building and Planning Department suggested housing was becoming less affordable in the county and commuting to nearby resorts was less common. The study reported that home value appreciation was exceeding increases in average wages, thereby making the median priced home in Garfield County unaffordable for a household earning the county's median household income (Rocky Mountain News 2007). The surge of the energy industry and related energy support jobs, most of which pay higher wages than resort jobs and may not require a lengthy and costly commute, has largely replaced resort employment as a driving factor in SSSA real estate markets. Housing prices in the SSSA dropped dramatically due to the recent nationwide housing collapse, but prices in many individual areas have already recovered significantly if not fully. However, the recent volatility in housing prices is not expected to change the long-term trend of employment shifting into energy related sectors.

*Chapter 3 – Affected Environment*

Garfield County has the most expensive housing stock within the SSSA. In 2011, Garfield County reported a median home price of $343,700, compared with the much lower home prices in Rio Blanco ($201,600) and Moffat counties ($178,400). Garfield County's housing is also newer; the median year of construction for Garfield County housing stock was 1987. In Rio Blanco County, the median year of construction for a home was 1975 (SDO 2013). The housing prices throughout the SSSA dropped considerably in the first years of the economic collapse but started to recover in 2011-2012, depending on the local area (SDO 2013).

**Housing Development Activity, Plans, and Issues**

**Primary Socioeconomic Study Area**
Economic expansion in recent years has led to a modest increase in Rio Blanco County housing starts. Meeker and Rangely have seen steady growth in housing starts since mid-year 2004, but the number of new units remains very small—about 60 units in total in 2007. Land with the potential for subdivision is available in Rio Blanco County and the county has completed a new comprehensive planning process, which is intended to better define the location and building conditions that are suitable for rural subdivision growth (Brown 2008).

Industry activity has stimulated some subdivision and housing construction in unincorporated Rio Blanco County along SH 64 between Meeker and the intersection of CR 5, which is the main access to ongoing natural gas development. New lots have been developed and housing built in Meeker, where the town's comprehensive plan update of 2005 showed that three-fourths of Meeker's households supported growth as "somewhat" or "very" important (Town of Meeker 2005). Policies in the Meeker Comprehensive Plan recognize the need for rental housing, and the plan's objectives call for a range of development densities (Town of Meeker 2005).

**Secondary Socioeconomic Study Area**
The City of Rifle is likely to be affected by BLM WRFO management decisions, particularly if population growth rates are high, or communities within the PSSA are unable to expand their housing stock to meet growing population demands. With approximately 9,000 residents, Rifle is the largest city between Glenwood Springs and Grand Junction and is located on one of two north-south highways that provide direct access into the BLM WRFO. Rifle has grown rapidly in recent years as a retail and service center.

Within Rifle, a very large number of housing units (approximately 1,400 single-family and 2,400 multifamily) were in the approval and planning stages as of May 2008. In September 2008, Rifle had over 3,000 homes in the regulatory approval process. The rapid pre-recession growth in the city has slowed considerably, but would be expected to quickly revive once growth in the energy sector ramps up. The city completed a comprehensive plan for future development in 2009, outlining growth patterns and zoning concerns (City of Rifle 2009).

**Construction Costs – Combined Study Area**
The costs of home building and road construction rose sharply over the 2000s in the combined study area. Prices of construction materials are driven up by strong demand from the energy sector. As a result of increasing costs, bids on public works projects in Rifle increased by 30 percent in the three years before the economic collapse, and many public works projects received no bids at all because of contractor and worker shortages (BBC 2008a). Due to the recession, construction costs have dropped sharply but have begun to recover, as expected with renewed construction activity. As the energy sector increases its activity, construction costs are expected to rise accordingly (CDOT 2013).

**Temporary Workers – Combined Study Area**

Another distinctive aspect of the energy development currently taking place in northwestern Colorado is the large number of temporary workers living out of motel rooms and recreational vehicle (RV) campgrounds in the region. Based on 2007 interviews with local visitor bureaus, BBC estimates that between 15 and 30 percent of the approximately 6,800 motel rooms in the combined study area were continuously occupied by workers associated with regional energy development (BBC 2008a).

**Overcrowding – Combined Study Area**

Another housing issue within the combined study area has been the use of some units as illegal hot-bunk houses where a large number of industry employees rent the same house and stagger their work schedules so that they can sleep in shifts. Such overcrowding leads to poorly maintained properties, overcrowded streets, and driveways. Some PSSA motels may serve as "man camps," and it is estimated that 80 percent of local hotel room-nights within the PSSA and the nearby City of Rifle in the SSSA are used by energy workers (BBC 2008a).

**Effects on Tourism – Combined Study Area**

The scarcity of lodging in some destinations within the combined study area has meant that tourists are searching for temporary lodging in other places. Hunting remains a significant economic generator; however, congestion and the competition for available hotel rooms have caused hunters to look farther afield for accommodations and supplies (BBC 2008c).

<u>Quality of Life Attitudes and Concerns</u>

This section describes "quality of life" attitudes and concerns based upon the public scoping report, recent special studies, local newspaper content, and discussions with selected individuals. The PSSA, which is the epicenter of potential natural gas development under the RMPA alternatives, is discussed first. The larger SSSA discussion considers the regional quality of life in more general terms. This section concludes with a brief discussion of local and national stakeholder interests.

**Primary Socioeconomic Study Area**

Local government officials in Rio Blanco County stated that "county-wide there is a desire to look at growth in new ways" (Redifer et al. 2007). Concerns of residents and local officials over potential impacts to quality of life in the PSSA include:

- Protection of the "western way of life" for residents (Redifer et al. 2007);
- Maintenance of acceptable levels of public service, including law enforcement, fire protection, emergency response, and boards and commissions;
- Additional strain on limited resources, including the business community;
- Temporary and transient workforces;
- Housing and hotel shortages;
- Increased construction activities;
- Demands on water and sewer infrastructure;
- Desire to pursue growth while preserving quality of life;
- Concern about repercussions associated with a future "bust;"

- Desire to minimize impacts on agriculture and tourism; and
- Negative aspects of increased traffic.

In the Town of Meeker, many residents identify with a rural lifestyle (Town of Meeker 2005). To some, new faces in town signal a disruption of community solidarity. The status quo has provided public services and staged signature community events like the annual Range Call Rodeo and the Meeker Classic Championship Sheepdog Trials.

Meeker residents would mostly welcome growth if it is planned and managed, but many are wary of a future "bust" (Day and Sheridan 2007). Meeker's self-image emphasizes wildlife, hunting, recreation, and tourism; the town's historically open and agricultural setting has been part of that image. Growth plans for Meeker call for maintaining agriculture and tourism, but new development has tended to occur in unincorporated areas of the county on formerly agricultural land (BBC 2008a).

As energy development has moved north away from Garfield County and into the Piceance Creek area, Meeker has seen an increase in construction activity. The industry's reliance on temporary workers exacerbates the housing shortage, places new demands on water and sewer infrastructure, and confronts police with more law enforcement and public safety issues. A candidate for the Rio Blanco County Commission identified the most significant issues facing the town as housing needs, infrastructure needs, and quality of life during his recent campaign (Turner 2008).

A faster pace in town has stretched the business community. Mesa State College researchers reported "that the business community is tired. Hotel and motel accommodations are full, due to the needs of energy workers in the area. This recent period of accelerated growth has not let up and residents are concerned about the ability of businesses to withstand the pace" (Redifer et al. 2007). The constant demand for service differs from the pattern associated with Meeker's traditional recreation economy, which eases up after a busy hunting season.

Industrial traffic is affecting SH 13, which runs through town as "Market Street," and could conflict with plans to upgrade the streetscape (Brown 2008). Traffic on the street now includes trucks and equipment, and this carries over to other parts of town. Traffic outside of town also affects quality of life, and safety concerns have arisen about travel on SH 13 from Meeker to Rifle, where town residents go for many kinds of shopping and services.

As changes have occurred in Meeker, concerns have arisen about economic viability in the long run. According to town officials, less than one percent of growth now comes from people building second homes or moving in for the quality of life, but they see change as creating a potential for second homeowners to leave, which could cause a fall in property values and the loss of economic diversity (Day and Sheridan 2007).

The Town of Rangely expresses a willingness to capitalize on growth from natural gas development and has a community capacity to do so, in terms of a view that economic development would promote quality of life. Located further away from the Rio Blanco County epicenter of new natural gas development than Meeker, Rangely strategizes to obtain economic benefits. The difficulties that came from the last boom-and-bust cycle still make the community cautious, but receptive to the possibilities arising from increased economic activity (Rangely 2008b).

One of the areas within the PSSA that has been most affected by the natural gas development activity since 2000 is the area along Piceance Creek Road (RBC 5) in Rio Blanco County. The

*Chapter 3 – Affected Environment*

Piceance Creek ranching area is at a different place today from the community that existed two or three generations ago. Cycles of minerals development and other economic pressures have led to sales of private land, conversion away from agricultural land uses, competing uses on the BLM range land where livestock are grazed, and the construction and presence of large, industrial facilities, especially along RBC 5 itself.

**Combined Study Area**

Since the end of the 1990s, northwestern Colorado and eastern Utah communities have been adapting to the natural gas industry's growing presence. The regional perspective that has emerged since 2003, when natural gas development began to accelerate, often emphasizes the wider region's "quality of life." Summarizing interviews with officials of local counties, (as described in Redifer et al. 2007) - four general trends were noted in people's reaction to ongoing change in the quality of life throughout the wider region:

- Urbanization and higher land values have reduced agriculture's viability, changing the culture of the area;

- Long-term residents miss the "small town atmosphere" of the past;

- Many of these same residents find it less satisfying to hunt and fish in their favorite places as development encroaches into wildlife areas; and

- The natural beauty of the area is disrupted as views are marred by drilling rigs and networks of resource roads.

**Stakeholder Interests – Combined Study Area Non-Market Value**

Non-market values are often associated with "public goods." Public goods are goods and services that, once provided to one person, can be consumed by another for no additional cost. Despite not being traded in markets, economic theory defines the total economic value of a public good as what individuals would be willing to pay for all of its attributes. It is difficult to measure total economic value, which can only be inferred from related data by conducting special quantitative analyses.

In some cases, goods that are traded in markets also have non-market attributes that people would be willing to pay for in addition to the costs that show up in the financial transactions. Publicly provided recreation is an example in which recreation visitors may be willing to pay for value that is in addition to what it costs out of pocket (measured by gate fees, travel, and so forth) for the experience of using a recreation area. Productive agricultural land may have value as a public good as well, with people being willing to pay for the character that agricultural land adds to an area that is over and above the dollar value attributed to the land for its ability to produce commodities.

During scoping, participants asked BLM to consider the non-market value of conserving public wildlands and places with wilderness character (BLM 2007a, p. 40-41). The WRFO Planning Area contains six WSAs, three of which have been recommended for wilderness designation. The three WSAs recommended for wilderness contain a total of about 42,000 acres and would potentially support between 2,100 and 2,550 visitor days per year (BLM 1991).

Non-market valuation studies view public lands in terms of their on-site use value and their off-site, non-use, or "passive" use value. Passive users, or individuals who never visit or otherwise use a natural resource, may still perceive themselves to be affected by changes in its status or quality (Harpman et al. 1994).

Passive use benefits (also called "non-use" benefits) "are less tangible than the physical presence of a person being on site and participating in a recreational activity." The authors acknowledge three components of non-use benefits: (1) "Option benefits" accrue to a person because the opportunity to visit a wilderness in the future has been assured; (2) "Bequest benefits" accrue because one knows his or her heirs or future generations will have it available, and (3) "Existence benefits" accrue because one simply knows that a wilderness exists. Citing Freeman (1994, p. 141), the authors say the question of whether non-use value exists is more or less settled:

"While there is some debate among economists over the precise definitions for the various components, and perhaps even more debate as to the empirical measurement of the resulting economic values, most natural resource economists would agree with the concept of passive use benefits." (Bowker et al. 2005).

As discussed below, more and more studies from around the country have focused on use values for public goods like hunting and wildlife observation. Fewer studies to date focus on passive use, but the literature includes measures of the passive use value of rare species and natural environments such as free flowing rivers and wilderness.

Wildlife and agricultural open space may also have passive use economic value. Residents, property owners, tourists and potential migrants may put an economic value on wildlife and agricultural open space even if it is outside of a group's usual domain of use or direct experience, as indicated by the Routt County studies already discussed. Compared to a decade earlier, registered voters in Routt County in 2004 seemed be "willing to pay at least as much to protect ranch open space in the area in and around Steamboat Springs and more to protect ranch open space elsewhere in the county" (Magnan et al. 2005). The tourists surveyed in 2005 attributed 56 percent of the economic value they put on ranch open space to vicarious benefits like opportunity to view in the future, potential for upcoming generations to enjoy viewing, knowing that it exists for its own sake, and conserving soil, water, wildlife, and western cultural heritage. They attributed the rest of the value to a mix of market and non-market use benefits like actually viewing, managing growth to reduce dispersed rural residential development and a source of private enterprise for ranchers and for the local economy (Ellingson et al. 2006).

There is no existing research quantifying non-market values in the WRFO Planning Area. However, characteristics of the Affected Environment's geography, economy, and social conditions — and some similarities to other areas where non-market valuation studies have been conducted — suggest that BLM management could potentially affect non-market values. The following example, relating public and private resources as they exist in the WRFO Planning Area, illustrates the possibilities for such interaction.

For wildlife populations that may provide non-market values, such as big game animals or other large fauna, the connection potentially exists because seasonal ranges may cover areas that are a mosaic of public and private land. Specific parts of the public domain may have no substitutes elsewhere, so wildlife populations valued for their use or simply for their existence could be affected by land management alternatives.

Other resources besides wilderness on BLM-managed and private land in the PSSA could potentially have qualities that generate non-market economic benefits. Abundant wildlife is a well-known example. Another is the area's open landscapes where agricultural activity dominates other types of development. The following discusses these resources as public goods with possible economic value. The discussion does not include a determination of the economic value itself.

Instead, it relies on theory and refers to quantitative analyses conducted elsewhere. No studies of non-market value have focused on the PSSA in the past, although the non-market value of natural resources has been studied in Colorado.

**Wilderness**

Environmental preservation messages are pervasive in the larger culture and potentially appealing to a "community of interest" that bridges geographical boundaries. Mesa State College researchers observed that "the past history of environmental damage and the forecast of future substantial development of the energy industry makes it easy for preservationists to encourage distrust of the energy industry, and anyone who supports it" (Redifer et al. 2007).

If a national group advocates management actions that disrupt historical uses, there may be local interests who close ranks to oppose it. The issues of wilderness preservation in the WRFO have divided opinions along these lines in the past. During formal public review of the Craig District Draft Wilderness EIS (published as a Final EIS in November 1990), the large majority of comments logged by the BLM favored wilderness designations. At the same time, the Rio Blanco County Commissioners went on record as opposing any wilderness designation at all in Rio Blanco County (BLM 1991). Recently, divisions between outside and local interests over natural resources preservation versus natural resources use were suggested by a recent campaign ad of a winning candidate for a Rio Blanco County commissioner's seat who promised to, "encourage all of the county's industries to work together, managing our natural resources so we do not give any special interest groups a reason to question our way of life" (Turner 2008).

Current knowledge about the economic value of wilderness can be summed up by focusing on the published research concerning the "on-site recreation" and "passive use" benefits derived from designated wilderness areas created pursuant to the Wilderness Act of 1964 (Bowker et al. 2005). Three of the six WSAs in the WRFO have the potential to be ratified as part of the National Wilderness Preservation System (NWPS) through an act of Congress.

Recreation benefits accrue to people from their activities in wildness and non-wilderness areas, such as fishing, hunting, bird watching, hiking, camping, and other non-motorized recreation. Passive use benefits (also called "non-use" benefits) are discussed in the section preceding Wilderness.

The Bowker et al. (2005) review of the economics literature identified 14 published studies that quantify "individual consumer surplus[1] for on-site Wilderness recreation" and 8 published studies that quantify the "passive use values of Wilderness." These papers reflect studies from wilderness areas across the country between 1981 and 1999. They were performed as the opportunity presented itself to individual researchers, so they do not represent a systematic wilderness program evaluation.

Table 3-40 is a highly summarized presentation of the findings in Bowker et al. (2005).

---

[1] Consumer surplus is the dollar amount a person would be willing to pay over and above out of pocket expenditures.

**Table 3-40. Summary of Published Research Estimates of Non-Market Values for Recreation and Passive Use Benefits of Designated Wilderness in the U.S., 1981 to 1999**

| Category of Benefits | Denomination (2002 dollars) | Consumer Surplus / Willingness-to-Pay | |
|---|---|---|---|
| | | Average / Median | Range |
| On-Site Recreation Use | Per person per trip for a single day use | $19.50 / $17.99 | $12 to $31 |
| | Per person per trip for a multi-day use | $68.47 / $30.11 | $5 to $287 |
| Passive Use | Per household per year | $67 | $20 to $98 |

SOURCE: Summarized by Lloyd Levy Consulting LLC from Bowker et al. (2005).

Some of the studies identified by Bowker et al. (2005) focused specifically on wilderness in Colorado. For the Colorado studies, the estimates of per person per trip consumer surplus in 2002 dollars are $31 for single day use (one study) and $94 to $185 for multi-day use (two studies). The Colorado estimates of annual household willingness-to-pay for wilderness ranged from $38 to $98 (2002 dollars, two Colorado-only and two multi-state studies that included Colorado).

The national and Colorado wilderness value estimates should be interpreted with caution. Because of how recreation use value is denominated by Bowker et al. (2005), their findings cannot be used simply as a multiplier in combination with the BLM's standard unit of measurement for recreation use, which is the recreation visitor day.

**Wildlife**
In Colorado and other western states, the public, through state government, "owns" its wildlife populations. Wildlife viewing on public land is open to the public. The State sells hunting permits, but the permit cost is generally set for management purposes to reflect wildlife's public status and to maintain quality. The price of hunting permits is set to "ration" hunting opportunities and does not necessarily reflect a market-determined economic value for hunting.

Besides permits, hunters make other cash expenditures for goods and services that are part of the price of hunting. People who visit public land to view wildlife make similar travel-related expenditures. These expenditures generate local "economic impacts" when spent away from each participant's home county. However, participants are typically willing to pay more than these direct costs for the satisfaction of hunting and wildlife observation. The total amount that participants would be willing to pay, net of costs, is the measure of wildlife recreation's economic benefits. This is called the net willingness to pay, or "consumer surplus."

Valuation studies of recreation use, including wildlife recreations, are common nationally, with most studies of hunting and wildlife viewing (which includes non-use value) that have been conducted since 1967 having been conducted in the intermountain region of the U.S., which includes Colorado (Loomis 2005). Table 3-41 presents average values for the consumer surplus of wildlife recreation in the intermountain region. This table also presents the overall U.S. average value. These values represent the economic value received by participants in hunting and wildlife viewing over and above their direct costs of participation.

*Chapter 3 – Affected Environment*

### Table 3-41. Average Consumer Surplus Value per Person per Day by Activity on Public Land Based upon Existing Studies - Intermountain Region, 2004 Dollars

| Activity | Intermountain Region Average | United States Average |
|---|---|---|
| Hunting | $49 | $47 |
| Wildlife Viewing | $37 | $42 |

SOURCE: Loomis 2005.

NOTE:

Consumer surplus is the value of a recreation activity beyond what must be paid to enjoy it. The data in the table are based on studies published from 1967 to 2003. The Intermountain Region is a U.S. Forest Service definition that incorporates 12 states, including Colorado (Loomis 2005). Amounts in the table have been rounded to the nearest dollar.

## Agricultural Land

Analysts began considering "farmland preservation" in the mid-1980s (Rose 1984). Since then, studies of how open space benefits the citizens of a community have become more common as economists pay more attention to non-market values. The studies generally indicate that the public puts a value on agricultural land for qualities and societal benefits that are in addition to private benefits, though there is debate over how analytical methods affect the reliability of specific dollar estimates (Johnston and Duke 2007).

Community benefits most associated with agricultural land in Colorado are: open space, viewshed, wildlife habitat and lifestyle (Loomis et al. 2000). Methods for analyzing these public benefits are the same as those used to study other types of non-market values. They include (1) observing actual market purchases of agricultural land for preservation by governments and land trusts; (2) analyzing related market transactions to identify land or house price differentials attributable to closeness to agricultural land; and (3) analyzing public perceptions of agricultural land value by using a combination of qualitative and quantitative social research methods (Loomis et al. 2000).

To illustrate the use of market transactions as an indicator of non-market values, Loomis et al. (2000) analyzed purchases by governments and land trusts that led to restricting lands from residential, commercial, and industrial development. The transactions were assumed to represent a societal evaluation of the benefit of preserving certain agricultural lands, given the public or quasi-public character of the buyers. Table 3-42 presents the average price per acre revealed in these conservation purchases occurring in three parts of Colorado.

### Table 3-42. Market Transaction Values of Restricting Colorado Lands from Development, 1998 Dollars

| | Front Range | Western Slope | Mountains |
|---|---|---|---|
| Total Number of Purchases | 51 | 6 | 14 |
| Total Acres | 19,000 | 18,800 | 82,400 |
| Average Cost Per Acre (nominal dollars) | $26,582 | $1,889 | $3,577 |

SOURCE: Loomis et al. 2000.

NOTE:

These transactions include the state government-sponsored and lottery-funded Great Outdoors Colorado Land Trust (GOCO) and Private Land Trusts. The Colorado Coalition of Land Trusts (CCLT) reported an additional 34 Land Trusts that protected some 518,200 acres on 686 parcels in 1998. Average costs by region were calculated from a subset of the total number of purchases reported above: 39 for Front Range, 5 for Western Slope, and 12 for Mountains. One conservation purchase was also reported for the Eastern Plains.

A study in Routt County in 2004 used an economic method known as contingent valuation to estimate what registered voters would be willing to pay to protect local ranch open space through county government action (Magnan et al. 2005). The estimate of average willingness to pay up to $220 per person per year was larger than the amount of $182 (inflation adjusted) estimated 10 years earlier (Rosenberger and Walsh 1997). Contingent valuation uses a survey to describe a hypothetical change in a market and then elicit a stated preference for how much the respondent would be willing to pay for the hypothesized benefit. Though not part of the combined study area, Routt County is adjacent to the study area and shares several characteristics with the region. The values found in this study may not translate directly to the counties of the combined study area, but it provides a useful frame of reference for non-market values.

A related study using contingent valuation in Routt County in 2005 estimated that tourists would spend an average of $210 per person per trip less (median value of $63) because they would spend less and stay fewer days given a change from ranch land to urban use around Steamboat Springs (Ellingson et al. 2006). This result was contrasted with a previous estimate (Rosenberger and Loomis 1999) that predicted no significant impact to tourist spending from the loss of agricultural land in the surrounding area.

## Public Services

This section contains a description of current (May 2008) public services in the PSSA.

### Law Enforcement

The Rio Blanco County Sheriff's Office provides law enforcement services to the unincorporated portions of Rio Blanco County. The county sheriff's department currently employs eleven patrol officers: one undersheriff and six deputies in the main office in Meeker, and one sergeant and three deputies in the Rangely substation.

Despite accounting for a small proportion of the county's acreage, the Piceance Basin, which houses much of the county's oil and gas activity, has experienced a rapid increase in police reports. In 2003, 135 reports were made from the basin; in 2007, 1,675 calls were made from the basin. As a result, county police staffing needs have changed and the county has added a full-time deputy exclusively for traffic issues (Joos 2008).

### Jail

The Rio Blanco County Detention Center is experiencing overcrowding. An area that formerly housed police cars has been adapted into a juvenile detention center, which can hold juveniles for up to two weeks. After two weeks, the underage inmates are transported to Grand Junction, which requires a deputy chauffeur. This practice is viewed as a temporary solution to the increasing juvenile detention needs. The county conducted a feasibility study in 2006 to determine the configuration, location, and cost for a new 55-bed jail facility. Construction of the new facility has not yet been approved (Joos 2008).

### Emergency Management and Response

The Rio Blanco Emergency Manager, a sheriff's office employee, coordinates emergency response planning and training functions for emergency response agencies in the county. Emergency response agencies in the county face a variety of obstacles to provide timely service. These obstacles are listed below:

- The county is large;
- The transportation infrastructure (roads) can be dangerous;

- The large number of recreational visitors in remote areas;
- The proliferation of dispersed energy exploration and development sites; and
- Extensive communication dead spots.

**Public Health and Social Services**

The Rio Blanco County Nursing Service is the public health agency serving all of Rio Blanco County including the incorporated areas. Services provided include:

- Monitoring of the health status of the population and identification of community health problems;
- Prevention and control of the spread of communicable diseases;
- Promotion of positive health behaviors and environmental practices;
- Mobilization of community partnerships to solve identified health problems; and
- Enforcement of laws and regulations that protect public health and assurance of access to personal health services.

From offices in Meeker and Rangely, the Rio Blanco County Social Services Department administers the following programs:

- Food Stamp Program, Colorado Works Program;
- Medical Assistance Program, Families in Transition;
- Child Support Enforcement;
- Child Protection;
- Adult Protection;
- Child Care Services;
- Old Age Pension;
- Aid to the Needy Disabled;
- Long-term Care, Colorado Employment First; and
- Senior Nutrition (Rio Blanco County 2008).

**Hospital and Medical Services**

Pioneers Medical Center (Pioneers) provides hospital and medical services for Meeker and the eastern portion of Rio Blanco County. It operates a 15-bed hospital and provides 24-hour emergency medical, pulmonary, laboratory, radiological, surgical, acute care, and rehabilitative services. Pioneers operates an attached 33-bed skilled convalescent and long-term care facility. The hospital is designated as a Level IV trauma center and provides advanced cardiac and life-support trauma services.

Pioneers also operates the Meeker Family Health Center, which offers a variety of medical care for children, adults, and families. Four resident physicians provide services through the Meeker Family Health Center, and staff the hospital and emergency room. The physicians also provide medical direction to Emergency Medical Technicians who staff the ambulance service and provide training to law enforcement and emergency response personnel in the county. The medical center offers

*Chapter 3 – Affected Environment*

industrial medicine services and is currently evaluating options for on-site medical services for energy companies. In addition to the four primary care physicians, another eight or nine physicians visit from neighboring communities and use Pioneers' clinic to provide specialized care.

**Additional Services – Combined Study Area**

This section describes additional public services provided by Rio Blanco County and municipal governments within the SSSA, including current and planned improvements and fiscal challenges.

Rio Blanco County's expenditures are largely associated with servicing local residents and the local oil and natural gas development activity. Despite modest growth in full-time residents, pressure on county infrastructure and services has grown significantly with increased oil and gas development activity, and associated traffic and commuting workers. Rio Blanco County's largest expenditures are for public works, primarily including road maintenance and repair. The county also has a capital expenditure fund, which is separate from the general fund. This fund accounts for most street expansion and highway improvement expenditures.

In addition to the public services previously described for Rio Blanco County, Meeker's general fund includes accounts for public works, parks, community development, economic development, a recycling program, and Build a Generation, a program for prevention of problem behaviors affecting youth in the community. Adding to the general fund is Meeker's water fund, Conservation Trust Fund, and the Walbridge Trust Fund, which funds hospital and nursing home operating costs. In Meeker, some notable recent public improvements and financing issues are identified below (Town of Meeker 2008).

- A new water well was recently drilled, enhancing raw water supply and reliability.

- Major streets were rebuilt and paved with a form of asphalt better suited to accommodating heavy truck traffic. A state energy impact grant and local systems development funds paid for the project, which accounts for 47 percent of Meeker's 2008 expenditures.

- An energy impact grant was used to improve pedestrian access along SH 13, which has had a substantial increase in truck traffic. The street is often crossed by children to get to school or to the park and safety along SH 13 had been a long-standing concern for town officials.

- A task force, comprised of representatives of tax collecting entities, has been assembled to discuss pressing needs related to oil and gas activity. Topics include capital improvement plans and workforce housing needs.

- Sales tax revenues have been volatile in Meeker for a number of years. Despite regional growth, the town's retail base is still very small.

- The receipt of a $350,000 energy implementation and comprehensive plan grant increased the contribution of intergovernmental revenue from previous years (Town of Meeker 2008).

As well as services previously described, Rangely's general fund includes accounts for public works, buildings and grounds, and economic/community development. Additional segregated funds within the town of Rangely include accounts for water, natural gas, wastewater, the Rangely Housing Authority, housing assistance, the Rangely Development Corporation, the Foundation for Public Giving, and a Conservation Trust Fund. Additional characteristics of Rangely's budget are as follows:

- The town's traditional accounting of annual revenues and expenditures includes capital improvement spending and one-time revenues, which makes year-to-year comparisons difficult.

- Generally, property tax revenue has been stagnant; sales tax revenue has experienced moderate growth since 2006.

- Growth in "miscellaneous revenue" is attributed to a $1.3 million energy rehabilitation loan, administered by the Colorado Department of Local Affairs (DOLA) to improve energy efficiency of the town's housing stock.

- More than $2,400,000 in severance tax and mineral lease distributions were expected for the 2012 fiscal year (DOLA 2013).

- Police department and public works spending has consistently accounted for a large proportion of Rangely's expenditures.

- A $1.3 million building and grounds capital improvement project was proposed for 2008 to update insufficient and aging infrastructure.

- Primary concerns in the community are affordable housing opportunities for the town's workforce and an increase in traffic through town, due to oil and gas activity. A traffic study has been conducted on the west side of town to supplement proposed housing projects (Rangely 2008a).

**Educational Services**

This section contains a description of educational services in the PSSA as of August 2013.

**Public Schools**

Two school districts cover the majority of Rio Blanco County, including the Meeker School District RE-1 (Meeker RE-1) and Rangely School District RE-4 (Rangely RE-4). Meeker RE-1 covers the eastern two-thirds of the county, including the Piceance Creek project area (CDE 2008).

The 2012 Meeker RE-1 enrollment was 699 students, a decrease of 26 students since 2008. Meeker public schools are still below the high enrollment levels reached in 1990s (CDE 2013). Enrollment reduction trends are attributed to growth in childless households, and few affordable housing options for younger families. However, with the grade school absorbing much of the district's growth, local officials see some evidence that young families are returning to Meeker to capitalize on well-paying jobs within the oil and gas industry (Town of Meeker 2008).

The grade school facility had reached capacity and after obtaining a $24 million bond, a new grade school facility was built. This facility was opened to the public for the school year 2010. The middle and high school facilities have adequate space to meet current demands, although repairs and maintenance are needed (Town of Meeker 2008).

Meeker public schools have struggled to maintain staff, as higher paying jobs have drawn workers away from lower paying public service jobs. To attract and retain staff, average salaries have increased. In 2012, the average teacher salary was $48,698, a 30 percent increase from the $37,567 average salary in 2000. By comparison, the average yearly salary for a worker in the mining sector in Rio Blanco County was $76,299, nearly 57 percent more than Meeker's teacher salaries.

Rangely public schools have seen a decrease in enrollment in recent years; 2012 enrollment was 561 students, likewise down considerably from high enrollment levels in the 1990s (CDE 2008).

For this reason, District RE-4 has excess physical capacity and a school building was recently closed as a result of declining enrollment. The number of full-time staff has decreased as student population decreases. In 2000, RE-4 supported 40 staff members; in 2012, 31 full-time staff members were reported (CDE 2013). An improvement project is currently underway to improve the roofs of all three school buildings in RE-4 (Rangely 2008b).

Also located in Rangely, is Colorado Northwestern Community College (CNCC-Rangely Campus) which is a fully accredited college with many associate degree programs, Dental Hygiene program, and Aviation Flight programs. Campus classrooms are located in Rangely and also Craig, Meeker has a satellite campus offering limited classes.

According to a salary and benefits comparison of Colorado Community College System (CCCS 2011) CNCC has fewer fulltime faculty heads (36) than only three other community colleges (ranges from 20 to 209) and retains faculty for the shortest timeframe. The average fulltime faculty salary is $47,054 which is fifth in the state when compared with the other community colleges.

### 3.10.1.2 Economic Conditions

This section describes economic conditions as of 2008 in the PSSA and to a lesser extent, the SSSA, including specific conditions related to oil and natural gas development, recreation, livestock grazing, and agriculture. This is followed by a discussion of personal income and poverty. Employment is also discussed, as well as public finance.

#### Oil and Gas Development

As noted in Section 3.10.1, there is a long history of oil and gas development in the PSSA and the combined study area. More recently, the combined study area has been one of the focal points in the natural gas "boom" that has occurred in northwestern Colorado since 2000. During the past decade, the primary focus of natural gas exploration and production in northwestern Colorado has been in Garfield County, in the SSSA. As of July 2012, the PSSA (Rio Blanco County) accounted for about 3,000 of the 24,000 wells completed since 2000, compared to 18,000 in Garfield County.

Determining the economic contribution of natural gas development activity to individual counties within northwestern Colorado is complicated by differences between the geographic locations of where the activities take place (well locations), where the businesses providing development services (including subcontractors) are based, and where the employees reside. As discussed previously, up to the present time, many of the workers at Rio Blanco County well sites live in nearby counties and many of the businesses are also based elsewhere - primarily in Mesa and Garfield counties in Colorado, as well as Uintah County, Utah.

The socioeconomic analysis and forecasts developed in 2008 for the Associated Governments of Northwest Colorado (AGNC) and DOLA sought to evaluate the varying geographic complexities and estimate the economic effects of natural gas development by location within northwestern Colorado. That analysis estimated that about 1,000 jobs in Rio Blanco County (approximately 23 percent of the total of 4,350 jobs in Rio Blanco County in 2005) were directly or indirectly supported by natural gas development activity in 2005, and the figure was anticipated to more than double by 2015 although the recent economic downturn and falling prices for natural gas will slow development in the near term (BBC 2008a).

There is no way to determine exactly how many of these jobs are related to gas wells located on lands managed by the WRFO. However, the 2007 RFD Scenario indicates that approximately

80 percent of new wells in Rio Blanco County are expected to be located on lands managed by the WRFO (BLM 2007). Recognizing that some of the gas workers that reside in Rio Blanco County also commute out to work on wells located on non-WRFO managed lands in Garfield and Moffat counties, perhaps 50 percent of current oil and gas-related employment in Rio Blanco County stems from development and maintenance of wells and other gas facilities located on lands managed by the WRFO. This proportion is expected to increase in the future as the focus of Piceance Basin natural gas activity shifts north from Garfield County to Rio Blanco County. Given the fluid relationship between well locations, business offices and worker residences, gas activity on WRFO lands also affects employment in the SSSA, as well as the PSSA.

## Recreation

Lands managed by the WRFO provide recreational opportunities for local residents and visitors, and support hunting and fishing activities that are an important part of the economy in the PSSA.

Big game populations and fishing opportunities in the White River and other streams in the PSSA provide an important contribution to the economy in Rio Blanco County. The latest preliminary analysis by CPW indicates that there were approximately 123,000 hunting activity days in Rio Blanco County in 2005, and about 58,000 fishing activity days (an activity day is one individual participating for all or part of a day). Almost one-half of all of the hunting activity days in Rio Blanco County were logged by non-Colorado residents. However, most fishing activity days in Rio Blanco County were by Colorado residents (BBC 2008c).

In 2007, hunting and fishing directly and indirectly led to about $30 million in economic activity in Rio Blanco County and supported over 300 jobs. With nearly 6 percent of total county employment attributable to hunting and fishing, Rio Blanco County is the fourth most dependent on hunting and fishing among Colorado's 64 counties. Only Jackson, San Juan, and Mineral counties have a larger percentage of employment that is attributable to hunting and fishing activity (BBC 2008c).

Approximately 80 percent of the public lands in Rio Blanco County (1.15 million of 1.44 million acres) are managed by BLM. Although the lands managed by the White River National Forest in the eastern portions of the county consist of far fewer acres than the lands managed by BLM, the National Forest lands include important areas for fishing, hiking, and other recreational uses.

## Livestock Grazing and Agriculture

Ranches in Rio Blanco County primarily raise cattle, sheep, and horses. One estimate puts the total county-wide livestock inventory at about 40,000 cattle, 20,000 sheep, and 11,000 horses. A few farms in the PSSA, all located within a 20-mile radius of Meeker, still grow grain. In all, the Farm Service Agency (FSA) lists 475 active agricultural producers in Rio Blanco County. These are producers that sell the output of one or more of four types of commodity including livestock, hay, grain, and forage (Lake 2008).

Rio Blanco County ranches function by making use of ownership and use rights on multiple parcels of private and public land. This arrangement has been essential since the end of open range ranching and implementation of the existing permit and quota system. Current permittees must own or lease land proportionate to the number of animals grazed on the public range (Husband 1984).

The WRFO manages 154 grazing allotments that, together, provide forage for over 124,000 AUMs. Most of the BLM land is used for livestock grazing in the spring, summer, and fall.

*Chapter 3 – Affected Environment*

Over time, difficult conditions for western Colorado agriculture have created pressure to sell off private land as one strategy to sustain a ranching way of life. For example, Piceance Creek ranches have sold land since as early as the 1950s to energy companies seeking land for natural gas field and oil shale development. Sales of ranch lands in the Piceance Creek area have typically not included all of the private ranch lands. In addition, land sales often have been accompanied by a lease-back arrangement that has allowed families to continue to work and live on the ranch (Ekstrom 2008; Lake 2008; Neilson 2008). Despite ownership by energy companies, most Piceance Creek ranches continue to be run as ranches by the companies, though the energy companies do convert their own ranch lands to industrial use as the need arises.

### Personal Income and Poverty

Despite growing wage levels, Rio Blanco County residents, as well as the rest of the SSSA, continue to trail the State of Colorado in measures of personal income. Within the SSSA, Rio Blanco's personal income level is second highest, just below that of Garfield County.

Poverty levels within the SSSA have been consistent with statewide poverty levels. In 2011, 12 percent of residents in the entire SSSA were living below the poverty level, compared with 12.5 percent of the state's residents. Garfield County reported the lowest county-level poverty rate within the SSSA (10.5 percent), while Moffat County had the highest incidence of poverty within the SSSA at 13.3 percent (U.S. Census Bureau 2012).

### Employment

#### Employment History – Combined Study Area

Rio Blanco County has experienced periods of rapid growth and rapid decline in employment over the past decades. Rio Blanco County was particularly hard hit by the termination of the Exxon oil shale project in the early 1980s. The rate of employment growth has recovered in recent years, with employment expanding at a rate of 3.9 percent per year for the period 2000-2008.

The broader region has shown similar patterns. Between 1970 and 2011, employment in the SSSA grew at an average annual rate of 3.5 percent, faster than the 3.1 percent average growth rate for the State of Colorado as a whole (BEA 2013). However, this long-term growth includes considerable short-term economic fluctuations. The recent economic collapse is fresh in the regional experience, but the most memorable single economic event in the region was likely the rise and subsequent rapid decline of the oil shale industry during the late 1970s and early 1980s.

Although it required nearly ten years for the region to recover the jobs lost during the mid-1980s, the area did stabilize and eventually created a larger and more diverse economy. In the 1990s, the area's low cost of living and relatively affordable housing options spurred the in-migration of retirees and persons attracted by the region's hunting and fishing recreation as well as the affordable lifestyle. In some areas, second homes became an important influence. Since the year 2000, increasing natural gas development has further bolstered the regional economy.

Table 3-43 shows Rio Blanco County's job growth by sector over the 40 year period between 1970 and 2011. Despite gaining 1,500 mining jobs prior to the 1982 oil shale "bust," Rio Blanco County netted only 565 new mining jobs between 1970 and 2011 (BEA 2013).

*Chapter 3 – Affected Environment*

### Table 3-43. Employment Growth by Industry, Rio Blanco County, 1970 and 2011

| Industry | Employment | | Absolute Change | Annual Change in Percent | Statewide Annual Change in Percent |
|---|---|---|---|---|---|
| | 1970 | 2011 | | | |
| Farm Employment | 216 | 334 | 118 | 1.1 | 0.15 |
| Agricultural services, forestry and fishing | 11 | * | * | * | 6.5 |
| Mining | 371 | 936 | 565 | 2.3 | 0.8 |
| Construction | 215 | 418 | 203 | 1.6 | 4.7 |
| Manufacturing | 15 | 74 | 59 | 4.0 | 2.0 |
| Transportation and public utilities | 121 | 161 | 40 | 0.7 | 3.6 |
| Wholesale trade | 19 | * | * | * | 3.1 |
| Retail Trade | 304 | 507 | 203 | 1.7 | 3.7 |
| Finance, insurance and real estate (F.I.R.E.) | 72 | 307 | 235 | 3.6 | 4.1 |
| Services | 333 | 796 | 463 | 2.9 | 5.4 |
| Government | 508 | 1,146 | 638 | 2.7 | 1.7 |
| All Industries | 2,375 | 4,679 | 2,524 | 1.9 | 3.6 |

SOURCE: BEA 2013.
NOTE:
*Indicates that data was suppressed and total for all industries may not be summation of individual industries.

Although rich in natural resources, prior to the year 2000, Rio Blanco County employment had not grown as rapidly as neighboring Garfield or Mesa counties, which have better transportation access and more economic diversity. As shown in Table 3-44, since 2000 Rio Blanco County has averaged 4.3 percent job growth per year. This growth rate is similar to the rate of job growth in Garfield County and is greater than the rate of job growth in Mesa and Moffat counties (although slower than the growth rate in Uintah County, Utah).

### Table 3-44. Employment Totals and Average Annual Growth Rate, Combined Socioeconomic Study Area, 1970–2011

| Location (County, State) | Total Employment | | | | | | Average Annual Growth Rate (Percent) | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1970 | 1980 | 1990 | 2000 | 2008 | 2011 | 1970-1980 | 1980-1990 | 1990-2000 | 2000-2006 | 2008-2011 |
| Rio Blanco, CO | 2,375 | 4,609 | 3,653 | 4,149 | 5,607 | 4,846 | 9.4 | - 2.1 | 1.4 | 4.0 | -4.8 |
| Garfield, CO | 6,055 | 12,262 | 18,245 | 29,693 | 41,322 | 36,939 | 10.3 | 4.9 | 6.3 | 4.3 | -3.7 |
| Mesa, CO | 23,121 | 43,853 | 49,881 | 70,724 | 91,045 | 83,565 | 9.0 | 1.4 | 4.2 | 3.3 | -2.8 |
| Moffat, CO | 2,916 | 6,865 | 6,394 | 7,365 | 8,257 | 7,619 | 13.5 | - 0.7 | 1.5 | 1.6 | -2.6 |
| Uintah, UT | 5,121 | 9,123 | 10,057 | 13,667 | 20,339 | 19,667 | 7.8 | 1.0 | 3.6 | 5.2 | -1.1 |

SOURCE: BEA 2013.

*Chapter 3 – Affected Environment*

**Current Employment – Combined Study Area**

Table 3-45 shows current wage and salary positions by county for 2007. Although wage and salary positions are not a full accounting of all employment, these data provide a valuable comparative profile of both the PSSA and the SSSA. Nearly 50 percent of Rio Blanco County's wage and salary employment is in mining and construction. On a combined basis, a large share of these jobs is associated with the county's older oil fields and more recent natural gas development.

**Table 3-45. Number of Wage and Salary Jobs by Industry,
Primary and Secondary Study Areas, Year 2007**

| Industry | Primary Study Area | | Secondary Study Area | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Rio Blanco County, CO | | Garfield County, CO | | Mesa County, CO | | Moffat County, CO | | Uintah County, UT | |
| | Number | % of Total | Number | % of Total | Number | % of Total | Number | % of Total | Number | % of Total |
| Farm Employment | 334 | 6.9 | 730 | 2.0 | 2,060 | 2.5 | 524 | 6.9 | 965 | 4.9 |
| Forestry, Fishing and related activities | * | * | 204 | 0.6 | * | * | 146 | 1.9 | 106 | 0.5 |
| Mining | 936 | 19.3 | 2,917 | 7.9 | 4,540 | 5.4 | 677 | 8.9 | 3,359 | 17.1 |
| Utilities | * | * | 217 | 0.6 | 221 | 0.3 | * | * | 143 | 0.7 |
| Construction | 418 | 8.6 | 4,233 | 11.5 | 5,638 | 6.7 | 424 | 5.6 | 1,202 | 6.1 |
| Manufacturing | 74 | 1.5 | 514 | 1.4 | 2,971 | 3.6 | 102 | 1.3 | 270 | 1.4 |
| Wholesale Trade | * | * | 890 | 2.4 | 2,578 | 3.1 | 278 | 3.6 | 674 | 3.4 |
| Retail trade | 304 | 6.3 | 3,570 | 9.7 | 9,785 | 11.7 | 895 | 11.7 | 1,839 | 9.4 |
| Transportation and Warehousing | 138 | 2.8 | 978 | 2.6 | 3,281 | 3.9 | * | * | 1,080 | 5.5 |
| Information | 27 | 0.6 | 260 | 0.7 | 1,060 | 1.3 | 102 | 1.3 | 185 | 0.9 |
| Finance and Insurance | 179 | 3.7 | 1,243 | 3.4 | 3,961 | 4.7 | 201 | 2.6 | 1,095 | 5.6 |
| Real Estate and Rental and Leasing | 128 | 2.6 | 2,597 | 7.0 | 4,534 | 5.4 | 267 | 3.5 | 899 | 4.6 |
| Professional, Scientific and Technical Services | * | * | 2,301 | 6.2 | 4,253 | 5.1 | * | * | 611 | 3.1 |
| Management of Companies and Enterprises | * | * | 372 | 1.0 | 571 | 0.7 | * | * | * | * |
| Administrative and Waste Services | 241 | 5.0 | 1,804 | 4.9 | 4,451 | 5.3 | 270 | 3.5 | * | * |
| Educational Services | 29 | 0.6 | 508 | 1.4 | * | * | * | * | 103 | 0.5 |
| Health Care and Social Assistance | 77 | 1.6 | 2,820 | 7.6 | 10,100 | 12.1 | * | * | 1,126 | 5.7 |
| Arts, Entertainment, and Recreation | 66 | 1.4 | 910 | 2.5 | 1,839 | 2.2 | 128 | 1.7 | 117 | 0.6 |
| Accommodation and Food Services | 282 | 5.8 | 2,798 | 7.6 | 6,372 | 7.6 | 506 | 6.6 | 1,082 | 5.5 |
| Other Services Except Public administration | 157 | 3.2 | 1,726 | 4.7 | 4,329 | 5.2 | 457 | 6.0 | 1,089 | 5.5 |

**Table 3-45. Number of Wage and Salary Jobs by Industry,
Primary and Secondary Study Areas, Year 2007**

| Industry | Primary Study Area | | Secondary Study Area | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Rio Blanco County, CO | | Garfield County, CO | | Mesa County, CO | | Moffat County, CO | | Uintah County, UT | |
| | Number | % of Total | Number | % of Total | Number | % of Total | Number | % of Total | Number | % of Total |
| Government and Government Enterprises | 1,156 | 23.9 | 5,347 | 14.5 | 9,960 | 11.9 | 1,248 | 16.4 | 2,995 | 15.2 |
| Total | 4,846 | 100 | 36,939 | 100 | 83,565 | 100 | 7,619 | 100 | 19,667 | 100 |

SOURCE: BEA 2013.
NOTE:
*Indicates that data was withheld due to disclosure concerns.

A comparison of Rio Blanco County's employment distribution with the State of Colorado was made based on the total employment estimates developed by the Colorado State Demography Office. The total employment estimates include proprietors, as well as wage and salary workers.

The 2011 employment comparison indicates:

- Rio Blanco County relies heavily on mining and construction activity. Over 27 percent of the county's employment is in these industries in comparison with 9 percent statewide. This implies that the PSSA has already transitioned from its agricultural roots, and that further development of this kind would not be as transformative as it could be in an area with less mining and construction experience.

- Rio Blanco County's relatively large share of jobs in public administration reflects the small size of the county's economy and the lack of economies of scale in providing government services.

- Conversely, only a small share of Rio Blanco employment is in retail trade, finance, real estate, and other services. This is an indication that a large share of these services currently must be purchased outside of the county.

- Future growth of natural resource development-related employment could produce sufficient scale for secondary jobs to develop in retail and services. This would accelerate the amount of employment and population growth but would also diversify the economy and provide greater retail and service options for local residents.

**Unemployment Rates – Combined Study Area**
Unemployment rates in the PSSA and portions of the SSSA exceeded 10 percent between 1982 and 1987, following the collapse of the oil shale industry. During the energy sector build-up, the region experienced unemployment rates far below statewide averages. The recent economic downturn sharply increased unemployment levels within the SSSA, along with the rest of the state. Currently Rio Blanco County and Uintah County are experiencing relatively low rates of unemployment of 5.6 percent and 5.2 percent, respectively. The rest of the SSSA is above even the State of Colorado's unemployment level of 8.6 percent (BEA 2013).

*Chapter 3 – Affected Environment*

**Salaries and Wages – Combined Study Area**
The average salary among mining jobs in Rio Blanco is below the statewide average, likely resulting from the inclusion of high-level executive positions located in Denver, Grand Junction, and other metropolitan areas in the statewide average. High demand and highly-skilled labor positions in construction, transportation, and real estate, often associated with energy development, pay relatively well within Rio Blanco County. However, professional positions (e.g., government and educational employees) are paid below statewide averages (CDLE 2013).

Wage trends (net of inflation) from 2001 to 2011 for all wage and salary employment were also examined. All counties in the study area have had wage escalation beyond Colorado statewide averages (SDO 2013). In recent years, wage growth in Rio Blanco County has been very high, particularly in relationship to trends in the state, which has experienced very little overall growth in real wage levels (net of inflation). It is also notable that the overall average wage in Rio Blanco County now exceeds the state average. Interviews with Rio Blanco businesses and recent studies in the area suggest that there has been a considerable increase in wages as growing local businesses of all kinds have been forced to compete for local labor in the very isolated area (BBC 2008a).

<u>Public Finance</u>

This section describes Rio Blanco County revenues, and issues facing local governments regarding provision of public services.

**County Revenues**
In 2012, intergovernmental revenues were the largest single category of Rio Blanco County receipts. Intergovernmental revenues are primarily mineral leasing and severance tax funds that are distributed to the county based on the amount of drilling activity and location of employees. County pass-through funds (funds from state sources) for road and bridge and human services are also included in this category (Rio Blanco County 2013).

Property tax revenue, the second largest revenue category for the county, is dependent on the assessed value of land and personal property, assessment percentages that are dictated by state law, and the mill levy amount applied for each service entity. In Colorado, the value of natural gas and oil production, along with the value of gas field collection, processing, and transmission facilities, is subject to ad valorem taxes (property taxes) levied by the affected jurisdictions. Total assessed valuation on taxable property in Rio Blanco County has increased sharply over the past several years, primarily due to the increased natural gas activity in the region. Conversely, the assessed value for agricultural land has decreased, reflecting the county's shift away from agricultural applications (Rio Blanco County 2013).

**County Expenditures and Services**
Rio Blanco County's largest expenditures are for public works, a category that is predominantly road maintenance and repair. The majority of additional general fund revenues expected in 2013 would be applied to expanded public works projects, although, virtually all service categories are expected to see some expenditure increases. The county's capital expenditure fund, which is separate from the general fund, accounts for most street expansion and highway improvement expenditures.

According to interviews with county staff and policy makers, Rio Blanco County's expenditures are largely associated with servicing local residents and the local oil and gas activity. Despite modest growth in full-time residents, pressure on county infrastructure and services has grown significantly with drilling activity, and associated traffic and commuting workers. The county also cites

"inflationary pressures in salaries and benefits" as a contributing cause to increased expenditures (Rio Blanco County 2008). The county also expressed difficulty in finding and retaining qualified county workers, who are often lured away to higher-waged jobs in the private sector (Joos 2008).

**Issues Facing Local Governments**
A study conducted by BBC for the AGNC and the DOLA included a summary of issues facing local governments related to service provision in northwestern Colorado (BBC 2008a). This study was intended to facilitate state and local consensus on the nature and magnitude of socioeconomic issues in anticipation of increased energy development activity in the region, as well as prospective oil shale development. Interviews conducted with Rio Blanco County, Meeker, and Rangely staff for this RMPA/EIS confirms that the following issues remain important:

- Municipal growth capacity and related financial support are key issues in Garfield, Rio Blanco, and Moffat counties.

- Accommodating growth in this region is unusually challenging.

- Future natural resource values are highly uncertain, but critical in determining Rio Blanco County tax revenues and service delivery demands.

- Natural gas drilling and extraction activity produces high volumes of traffic in an area with limited road system capacity; this represents a challenging financial situation.

- Housing and worker shortages restrict community development options.

- Funding and timing of critical capital infrastructure, such as roads, water, sewer, and community amenities, are the area's primary fiscal challenges.

- The lag-time between infrastructure need and tax revenue exacerbates funding problems.

- Uncertainty undermines infrastructure investment strategies.

- Resource derived property taxes would increase substantially if new wells come online.

- Federal royalties and severance tax revenue production from northwestern Colorado would grow rapidly as resource extraction increases, but distribution of revenues to northwestern Colorado is uncertain.

- Local ability and willingness to expand self-funding capacity is uneven.

**Influence of BLM Lands and Policies**
The WRFO of the BLM manages approximately 1.2 million acres of land within Rio Blanco County, or approximately 44 percent of the county's 2.7 million acres. In addition, the BLM manages approximately 232,000 acres of Rio Blanco County split-estate lands, where the federal government controls subsurface mineral rights including oil and gas. The FS manages an additional 247,000 acres in Rio Blanco County. Although the FS manages fewer acres in Rio Blanco County than the BLM, the FS lands include a large share of the public lands with high scenic resource values and high economic value for hunting, fishing, and recreation.

The BLM properties represent the majority of county lands with high oil and gas and mineral values Because of this property and mineral concentration, BLM management policy decisions are critical to the local economy and to governmental revenues. Resource development on public lands is the primary economic opportunity that could produce significant employment and residential growth in the future.

*Chapter 3 – Affected Environment*

As discussed previously in this section, assuming market conditions and regulatory conditions are attractive, and the BLM allows additional leasing and development of public lands, local job creation and population growth would follow. County revenues are also very sensitive to resource development pace and patterns and thus BLM decisions. Specifically, development of mineral resources on BLM lands would influence production of state severance taxes, federal mineral leasing and bonus revenues, and county revenues from property taxes on mineral development. These revenue sources and the distribution of tax proceeds are described below.

**Severance Taxes**
Severance taxes are imposed by the State of Colorado on the extraction of non-renewable natural resources from both public and private property. Tax revenue is intended to offset the losses associated with the removal of the state's natural resource.

For oil and natural gas, annual severance taxes are based on gross income produced by all wells except "stripper wells" (those producing less than 15 barrels of crude oil or 90,000 cubic feet of gas per year on average). The calculation method to determine severance taxes in Colorado is presented in Figure 3-6. Certain production costs, which include transportation, processing and manufacturing costs, are deducted from gross revenue to account for the costs to move the gas from the point of severance (the wellhead; where valuation is supposed to occur) to the point of valuation (usually a regional gas gathering hub). The resultant value is then multiplied by a variable tax rate to determine gross severance tax due. Taxpayers may credit 87.5 percent of ad valorem property taxes paid to local governments on oil and gas production (not including taxes related to stripper wells or taxes on buildings, improvements and equipment) to determine the net severance tax due.[2]

**Figure 3-6. Calculation of Severance Taxes, Colorado**



| Gross Income from all wells (including stripper wells) | X | Tax Rate Schedule | | − | 87.5% of ad valorem tax paid to local government (excluding stripper wells, buildings, improvements and equipment) |
| | | **Gross Income** | **Tax Rate** | | |
| | | Under $25,000 | 2% of gross income | | |
| | | $25,000-$99,999 | $500 + 3% of gross income > $24,999 | | |
| | | $100,000-$299,999 | $2,750 + 4% of gross income > $99,999 | | |
| | | $300,000 and over | $10,750 + 5% of gross income > $299,999 | | |

SOURCE: Colorado Department of Local Affairs 2013.

**Severance Tax Revenue Distribution**
Once collected, severance taxes are distributed through a complex state process. As presented in Figure 3-7, Colorado's severance tax revenues are first split 50-50 between State Trust Fund and the Local Impact Fund. The State Trust Fund provides funding for Water Conservation and Department of Natural Resources operations. The Local Impact Fund gives 70 percent (85 percent prior to 2008) of its collections to a local government grant program that awards funding through a competitive process. The other 30 percent is directly distributed to local governments (15 percent prior to 2008). It should be noted that Federal Mineral Leasing funds (revenues from leasing of federal lands within the state) also accrue to the Local Impact Fund, thus total available funds are more than the severance tax distributions.

---

[2] This credit is designed to eliminate the disincentive to invest in counties/jurisdictions with high property taxes.

*Chapter 3 – Affected Environment*

This direct distribution to local governments is based on energy employee residency and is designed to offset additional public service and infrastructure costs in areas where these workers live. This distribution translates to a per-resident-employee payment made to a jurisdiction in which industry-specific qualified employees reside. Per capita formulas differentiate between the types of natural resource employees; thus, certain industries, such as natural gas extraction, generate more revenue per qualified worker than other industries.

**Figure 3-7. Colorado Severance Tax Distribution, 2013**



SOURCE: Colorado Department of Local Affairs 2013.

### Federal Mineral Lease (FML) Revenue

The Office of Natural Resources Revenue (ONRR) of the U.S. Department of the Interior (DOI) collects mineral lease revenues from the leasing of federal lands used for mineral extraction. Of the total FML revenue collected, the federal government retains approximately half of the revenue and half is returned to the state from which the revenue originated. Each state distributes FML revenue using different methodologies.

### FML Tax Rates
For oil and natural gas operations, gross FML revenue is based on three components:

- Rent of $1.50 per acre annually for the first five years and $2.00 per acre annually thereafter.

- Royalties of 12.5 percent of the revenue generated from mineral extraction on these federal lands.

- Bonuses paid by companies to obtain mineral leases, based on a competitive bidding process.

**FML Revenue Distribution**

Colorado's share of FML receipts are distributed within the state based on a complex formula. Generally, rents, royalties, and interest earnings on the same are allocated in the following manner:

- 48.3 percent of all state mineral lease rent and royalty receipts are sent to the State Education Fund (to fund K-12 education), up to $65 million in FY 2009 – FY 2011, and growing at four percent per year thereafter. Any amounts greater than the upper limit flow to the Higher Education Capital Fund.

- Ten percent of all state mineral lease rent and royalty receipts are sent to the Colorado Water Conservation Board, up to $13 million in FY 2009, and growing at four percent per year thereafter. Any amounts greater than the upper limit flow to the Higher Education Capital Fund.

- 41.4 percent of all state mineral lease rent and royalty receipts are sent to the Division of Local Affairs, which then distributes half of the total amount received to a grant program, designed to provide assistance with offsetting community impacts due to mining, and the remaining half directly to the counties and municipalities originating the FML revenue or providing residence to energy employees.

Bonus payments are allocated separately from rents and royalties, in the following manner:

- 50 percent of all state mineral lease bonus payments are allocated to two separate higher education trust funds: the "Revenues Fund" and the "Maintenance and Reserve Fund." The Revenues Fund receives the first $50 million of bonus payments to pay debt service on outstanding higher education certificates of participation. The Maintenance and Reserve Fund receives 50 percent of any bonus payment allocations greater than $50 million. These funds are designated for controlled maintenance on higher education facilities and other purposes.

- The remaining 50 percent of state mineral lease bonus payments are allocated to the Local Government Permanent Fund, which is designed to accumulate excess funds in trust for distribution in years during which FML revenues decline by 10 percent or more from the preceding year.

**Property Taxes**

As described previously in this section, property taxes, particularly taxes on mineral reserves, are the largest source of governmental revenues for Rio Blanco County and the local school and hospital district. In Colorado, the value of natural gas and oil production, along with the value of gas field collection, processing, and transmission facilities, is subject to ad valorem taxes (property taxes) levied by the affected jurisdictions. Valuation of mineral resources and production is a complicated process accommodating changing resource values and certain deductions and allowances for costs of production. Property tax revenue flows typically lag mineral production by two years and the uncertainty of mineral values over time introduces a high level of uncertainty in property tax projections.

## 3.10.1.3 Environmental Justice

Executive Order 12898 requires all federal agencies to address disproportionately high and adverse human health or environmental effects of its programs, policies, and activities, on minority populations and low-income populations. Where the impacts of a proposed federal action could

*Chapter 3 – Affected Environment*

involve such populations, an analysis of the potential for disproportionate impacts and meaningful community outreach and public involvement is required.

The BLM does not manage environmental justice resources within the WRFO; rather, it manages public lands and the resources and uses that occur on them. No specific management issues or concerns related to environmental justice have been identified to date, including during the scoping process.

<u>Minority Populations</u>

BLM IM 2002-164, "Guidance to Address Environmental Justice in Land Use Plans and Related NEPA Documents," provides policy and guidance for addressing environmental justice in BLM land use planning (BLM 2002). Instruction Memorandum 2002-164 defines minority persons as "Black/African American, Hispanic, Asian and Pacific Islander, American Indian, Eskimo, Aleut, and other non-white persons." Furthermore, IM 2002-164 indicates that an area should be considered to contain a minority population where either the minority population of the affected area exceeds 50 percent, or the percentage of minority population in the affected area is meaningfully greater than the percentage in the general population.

Race and ethnicity is discussed in Section 3.10.1 above. Table 3-46 analyzes the minority population of Rio Blanco County, Meeker, Rangely, Garfield County, and Rifle, according to data from the 2010 Census. None of these areas are disproportionately high in minorities, as the table shows. In 2010, minorities were a very low percentage of the population of Rio Blanco County and its sub-areas, compared to the Colorado's overall average of 30 percent minorities. Even in absolute terms, Rio Blanco County had few minority residents in 2010 - just 913 individuals. In the county's Census Block-Group 2 (in Census Tract 9511) which defines a geographical area where most of the county's natural gas drilling has occurred recently and could occur in the future, minorities were less than 9 percent of the population in 2010. Rifle, which has grown because of recent energy development, had 33.7 percent minorities in 2010, compared to 31.2 percent in Garfield County. Recent growth trends, which include both resort-related and energy-related growth, have increased Garfield County's minority representation to just above the Colorado average.

**Table 3-46. Percentages of Minorities in the State of Colorado, Rio Blanco and Garfield Counties, and Selected Areas**

|  | Minority Persons in 2000 as Percent of Total Population | Percentage Points Above/Below the State Average |
|---|---|---|
| Colorado | 30.0 | NA[1] |
| Rio Blanco County | 13.7 | -16.3 |
| Meeker CCD[2] | 13.4 | -16.6 |
| Block Group 2 (Census Tract 9511) | 8.9 | -21.1 |
| Meeker | 16.6 | -13.4 |
| Rangely | 15.2 | -14.8 |
| Garfield County | 31.2 | 1.2 |
| Rifle | 33.7 | 3.7 |

SOURCE: U.S. Census Bureau 2013.
NOTES:
[1]NA = not applicable.
[2]CCD = Census County Division

<u>Low-Income Populations</u>

Personal income and poverty are addressed in Section 3.10.1 above. With respect to low-income populations, IM 2002-164 indicates that low-income populations can be identified according to poverty thresholds published by the U.S. Census Bureau. In addition, the IM notes that "when considering these definitions, it is important to recognize that some low-income and minority populations may comprise transitory users of the public lands and thus not associated with a particular geographic area."

The CEQ guidance for environmental justice analysis under NEPA defines a "low-income population" as "either a group of individuals living in geographic proximity to one another, or a set of individuals (such as migrant workers or Native Americans), where either type of group experiences common conditions of environmental exposure or effect" (CEQ 1997). Although CEQ guidance does not provide a quantitative threshold (e.g., a specific percentage of persons in poverty) for determining whether a population should be considered a low-income population, typically the percent of persons in poverty in the study area is compared to that in a comparison area such as the state. Quantitative criteria for what constitutes a low-income population are not specified in BLM, CEQ, or EPA guidance.

Table 3-47 shows the percentage of persons in poverty in Rio Blanco County, its communities and some places nearby. According to the 2011 Five Year American Community Survey, persons in poverty comprise 10.7 percent of the Meeker Census County Division (CCD), which comprises the eastern half of the county. This is 1.4 percentage points higher than the overall rate for the State of Colorado. However, the area that excludes the Town of Meeker is closer to the state- and county-wide averages.

**Table 3-47. Percentages of Persons in Poverty in the State of Colorado, Rio Blanco and Garfield Counties, and Selected Areas**

| | Persons in Poverty in 2011 as Percent of Total Population | Percentage Points Above/Below the State Average |
|---|---|---|
| Colorado | 12.5 | - |
| Rio Blanco County[1] | 11.4 | -1.1 |
| Meeker CCD | 13.2 | 0.7 |
| Rangely CCD | 7.8 | -4.7 |
| Garfield County | 10.5 | -2.0 |
| Rifle CCD | 6.0 | -6.5 |
| Rifle City | 6.4 | -6.1 |

SOURCE: U.S. Census Bureau 2013.
NOTE:
[1]Data on poverty status are not available for small areas like Rio Blanco County Census Block Group 2 (Tract 9511).

<u>Native American Religious and Cultural Concern</u>

American Indians inhabited the study area for thousands of years before European contact. American Indians used the region for hunting, fishing, and collecting plant foods, as well as for religious ceremonies and burial of the dead.

In compliance with the American Indian Religious Freedom Act of 1978, National Historic Preservation Act of 1966, Archaeological Resources Protection Act of 1979, Native American Graves Protection and Repatriation Act of 1990, as well as other Executive and Secretarial Orders,

BLM has initiated consultation with Native American Tribes. This consultation is intended to assist BLM in identifying and designing management for significant religious or cultural locations or properties (traditional cultural properties); to understand tribal concerns; to identify public land places, resources, uses, and values that are important to the tribes and/or tribal members (including traditional values and traditional use areas); and to identify land management procedures that conflict with Native Americans' religious observances. In November 2006, BLM sent letters to the Northern Ute Tribe, Shoshone Tribe (Eastern Band), Southern Ute Indian Tribe, and Ute Mountain Ute Tribe to initiate consultation. To date, Native American entities have not identified traditional use areas or traditional cultural properties in the study area. The BLM will continue to consult with the tribes, as directed by BLM Manual 8120, Tribal Consultation Under Cultural Resource Authorities, and BLM Handbook H-8120-1, Guidelines for Conducting Tribal Consultation.

### 3.10.1.4 Proposed Dinosaur Trail MLP

Rio Blanco County (primary socioeconomic study area) occurs in the southern portion of the MLP, however the majority of the Dinosaur Trail MLP occurs in Moffat County (secondary socioeconomic study area). The town of Dinosaur occurs within the MLP and the town of Rangely is just south of the MLP boundary.

## 3.10.2  Public Health and Safety

The BLM's Hazard Management and Resource Restoration Program (HMRRP) objective is to maintain compliance with all applicable laws, regulations, and directives. This objective is achieved by minimizing risks from hazards on public lands and from hazards at BLM-owned or operated facilities, including all hazards not covered under hazardous substances regulations such as physical, geologic, and biologic hazards. The BLM's HMRRP also works to remediate public lands contaminated and restoring natural resources injured by releases of hazardous substances and petroleum products. In addition, the HMRRP works to reduce costs and liabilities through:

- By pursuing potentially responsible parties for contamination of public lands;

- Conducting efficient and effective assessment, investigation, and remediation action;

- Identifying environmental concerns associated with acquisition and disposal of real property;

- Ensuring that BLM-owned or operated facilities are in compliance with environmental laws; and

- Establishing partnerships with States, counties, communities, other Federal agencies and the private sector to prevent pollution by integrating effective environmental management into all BLM activities, authorizations, and business practices.

Activities resulting in health and safety concerns within the Planning Area primarily encompass landslides, proposed and existing industrial hazards, increased vehicular traffic, firearms accidents near oil and gas facilities during hunting season and by casual firearms use such as target shooting, natural events such as range fires, noise impacts from oil and gas exploration and development, and the release and exposure of the public to hazardous and solid wastes.

### 3.10.2.1 Hazardous Materials and Wastes

Within the study analysis area, the majority of hazardous material events are the result of spills associated with the exploration and production of oil and gas, and illegal dumping of solid waste. Releases occur at relatively low levels of occurrence and the BLM investigates them as they are

*Chapter 3 – Affected Environment*

discovered to determine the need for immediate cleanup or other long-term remediation actions. This often involves working with the EPA, CDPHE, and potentially responsible parties to fund and expedite the cleanup of hazardous sites and disposal activities that result from recreational use and industrial activities, such as oil and gas development.

Oil and gas development can generate a number of wastes that may be determined to be hazardous materials. However, EPA has exempted most of the waste which is intrinsic to oil and natural gas exploration and production from regulation as hazardous wastes under Subtitle C of the Resource Conservation and Recovery Act (RCRA). This exemption applies to drilling fluids, produced waters, and other wastes associated with the exploration, development, or production of crude oil, natural gas, or geothermal energy. Although they are relieved from regulation as hazardous wastes, the exemption does not mean these wastes could not present a hazard to human health and the environment if improperly managed.

Oils and additives are used during well development, and well debris is produced during the process. Additives contained in mud systems used during drilling are often kept in sacks or drums at the sites. Natural gas transportation occurs through a network of pipelines buried 36 to 48 inches deep. Use of 6- to 8 inch-diameter pipelines is common from the well sites, but pipelines ranging from 24 to 36 inches in diameter are more typical for interstate transportation (BLM 2006a).

Management of hazardous materials, substances, and waste (including storage, transportation, and spills) would be conducted in compliance with 29 CFR 1910 (Occupational Safety and Health Standards [OSHS]), 49 CFR 100-185 (Pipeline and Hazardous Materials Safety Administration [PHMSA], DOT), 40 CFR 100-400 (Protection of the Environment, EPA), Comprehensive Environmental Response Compensation and Liability Act (CERCLA), Resource Conservation and Recovery Act (RCRA), Toxic Substances Control Act, CWA, and other federal and state regulations and policies regarding hazardous materials management. In addition, CERCLA and RCRA exemptions could apply to waste by-products of oil well development and these waste streams would be managed accordingly.

Rio Blanco County does not have a dedicated hazardous materials response team and must rely on agencies in Glenwood Springs, Craig, and Grand Junction for assistance.

**Pipeline and Utilities Hazards**

Within the analysis area pipeline and utility hazards exist and are associated with areas containing surface or near surface pipelines as well as a number of pre-existing overhead power lines. There are also a number of pre-exiting pipelines which have been exposed due to the proximity of the pipeline to stream systems.

Colorado utilizes a one call preconstruction hotline which identifies any existing pipelines prior to digging or surface disturbance. In areas containing surface or near-surface pipelines, individuals could be exposed to hazardous materials if there were a leak or a failure. The risk of leak or failure could be higher in the vicinity of road crossings or areas likely to be disturbed by road maintenance activities. Compliance with signing requirements for pipeline ROWs and posting markers at frequent intervals along the pipelines would reduce the likelihood of pipeline ruptures caused by excavation equipment. The remoteness of many projects and the low level of anticipated non-project-related construction and excavation would reduce the risk to public health and safety.

*Chapter 3 – Affected Environment*

## Soundscapes/Noise

Sound is the acoustical noise in the environment that an individual hears at any instant in time. Sounds may be pleasant and desired, or unwanted. In the latter case, sound is referred to as noise, which simply defined is an "unwanted sound." Sufficiently loud sounds may interfere with various aspects of an individual's life as well as cause health impacts and other adverse effects to the listener. Thus, noise pollution is the contamination of the acoustical environment by noises which adversely affect people.

Soundscapes are the combination of sounds in a given area, which are the result of an influence by two primary factors: sound sources and landscape features that either reduce or amplify sounds. Sound can originate from natural sources such as surface water features, animals, and weather or from human sources such as aircraft, automobiles, construction equipment, and human speech. Terrain features that may affect sound transmission include topographical features, vegetation, other sounds, and structures in the environment such as buildings, fences, and sound barriers.

The U.S. EPA has published existing noise level data for areas with various types of noise generating activity (EPA 1971). In addition, the EPA established a noise level of 55 decibels as a guideline for acceptable environmental noise (EPA 1974), which provides a basis of evaluating noise effects when no local, county, or state standard exists. Throughout the analysis area the baseline or background noise levels are similar to those within the 1971 EPA publication of a the Grand Canyon to Farm in Valley levels with background (i.e., no noise generating features within 2 mile radius) ranging from 30 to 40 decibels.

The Federal Energy Regulatory Commission (FERC) adopted the 55 decibel noise level as criteria for the maximum allowed noise level for new compressor stations near established sensitive receptors (residences, schools, medical facilities, recreational areas). However, the 55 decibel level should not be misconstrued as a regulatory level; rather it is a level below which there is limited reason to suspect that the public health and welfare of the general population would be at risk of identified effects of noise. Noise that exceeds 10 decibels above ambient noise levels during peak leking times may also have an adverse effect to sage grouse behaviors (Patricelli et al. 2010).

Due to the planning area's distance from large urban centers and rugged topography, the existing sound scape is largely filled with natural sounds. Landscapes within the planning area influence the soundscapes; however, there are numerous features which contribute to and impact the region.

### Aviation
There are several airports within or near the planning area, including in the Rangely, and Meeker. Colorado Northwest Community College provides classes and aviation instruction which may increase the overall frequency and regular use of air craft in the area around Rangely.

### Recreation and Off-Highway Vehicle Use
Shotgun, rifle, and handgun discharges may also influence the soundscape. Big game hunting is popular throughout the planning area, particularly in the fall. In addition, there are two developed shooting ranges in the planning area.

Colorado State Law regulates noise emissions for OHVs. Under the law, vehicles manufactured before January 1, 1998, must not exceed 99 dBA. Vehicles made after January 1, 1998, cannot exceed 96 dBA. Off highway vehicle use is popular throughout the planning area. The WRFO has issued one special recreation permit for the Rangely Rock Crawling Park which includes stipulations for special dates while opening a number of routes for rock crawling.

**Transportation Routes**
Several major roadways traverse the planning area and contribute to the soundscape for areas adjacent to these routes. These roadways are used by private autos and the trucking industry to access other road networks, communities, and BLM-administered and National Forest System public lands throughout the planning area. US 40, runs west to east from the Utah State line through Dinosaur and Elk Springs before leaving the planning area towards Craig, CO. Other roadways that contribute to the soundscape include State Highways 139, 64, and 13, several county roads (i.e., 5, 3, 20, 24 and 24X). A network of smaller county and private roads also influence the soundscape but to a lesser degree of intensity and frequency.

**Energy Development**
Noise from energy-related surface activities and mineral extraction modifies the soundscape directly, adjacent to, and, due to the intensity of sound from these activities, well beyond the footprint of the activity. Noise levels associated with construction activities range from 70 dBA to over 90 dBA within 50 feet of activities. Noise levels attenuate with distance with a reduction of approximately 6 decibels with each doubling of the distance (Thurman and Miller 1996).

*This page intentionally left blank*



# United States Department of the Interior

FISH AND WILDLIFE SERVICE
Ecological Services
764 Horizon Drive, Building B
Grand Junction, Colorado 81506-3946

IN REPLY REFER TO:
ES/GJ-6-CO-08-F-002
TAILS 65413-2008-F-0145

November 21, 2008

Memorandum

To:       Manager, Bureau of Land Management, Dolores Public Lands Office, Dolores,
          Colorado

From:     Acting Western Colorado Supervisor, U.S. Fish and Wildlife Service, Ecological
          Services, Grand Junction, Colorado        _Peter S. Gober_

Subject:  Programmatic Biological Opinion for Water Depletions Associated with BLM's Fluid
          Mineral Program and Other Actions Authorized by BLM on Public Lands within the San
          Juan River Basin in Colorado.

In accordance with section 7 of the Endangered Species Act (Act) of 1973, as amended (16
U.S.C. 1531 et seq.), and the Interagency Cooperation Regulations (50 CFR 402), this transmits
the U.S. Fish and Wildlife Service's (Service) final biological opinion (BO) for impacts to
federally listed threatened and endangered species for water depletions associated with Bureau of
Land Management's (BLM) Fluid Mineral Program and other actions authorized by BLM on
Public Lands within the San Juan River basin in Colorado. This BO has been reviewed by and
prepared in cooperation with our Albuquerque, New Mexico, Ecological Services Field Office in
Region 2 of the Service.

This BO is in response to your June 18, 2008, correspondence requesting initiation of
consultation for the subject project. The Service concurs that the proposed project may
adversely affect the Colorado pikeminnow (*Ptychocheilus lucius*) and razorback sucker
(*Xyrauchen texanus*) and their designated critical habitat on the San Juan River.

## Consultation History

A Recovery Implementation Program for Endangered Fish Species in the San Juan River Basin
was initiated on November 1, 1992. The Recovery Program was intended to be the reasonable
and prudent alternative to avoid jeopardy and provide recovery to the endangered fishes by
depletions from the San Juan River. The Recovery Program developed flow recommendations
for the San Juan River (Holden 1999) that mimic the natural hydrograph of the river by operating
Navajo Dam according to specific criteria. On January 5, 2006, the Service issued a final BO on
the operation of Navajo Reservoir to meet the flow recommendations. Water depleting projects
that were in existence prior to November 1, 1992, are considered to be historic depletions. Those
projects that were in existence on or after this date are considered new projects, even if they have

not yet undergone formal section 7 consultation. On May 21, 1999, the Service issued a BO determining that new depletions of 100 acre-feet or less, up to a cumulative total of 3,000 acre-feet, would not limit the provision of flows identified for the recovery of the Colorado pikeminnow and razorback sucker and, thus, not be likely to jeopardize the endangered fish species or result in the destruction or adverse modifications of their critical habitat. Consequently, any new depletions under 100 acre-feet, up to a cumulative total of 3,000 acre-feet, may be incorporated under the May 21, 1999, BO but still require separate section 7 consultation. Historic depletions or new depletions over 100 acre-feet are addressed through consultation and, if a project, such as a reservoir expansion project, has both historic depletions and new depletions, even if the new depletions are under 100 acre-feet, that project will also be addressed through the following BO.

In May 1994, BLM Colorado prepared a programmatic biological assessment (PBA) that addressed water-depleting activities in the San Juan River Basin. In response to the PBA, the Service issued a BO on June 13, 1994 (USFWS 1994), which determined that water depletions from the San Juan River Basin would not likely jeopardize the continued existence of the Colorado pikeminnow or razorback sucker and would not result in the destruction or adverse modification of their critical habitat. The PBA and BO were written to remain in effect until a total depletion threshold of 75 acre-feet of new depletions is reached. The threshold for historic depletions was 101 acre-feet. As of 2002, BLM has depleted or authorized the depletion of the full 176 acre-feet of new and historic depletions under the 1994 PBO. Under the 1994 PBA, BLM tracked all projects or activities that resulted in water depletions on BLM lands (excluding fluid minerals development). The 176 acre-foot threshold in the 1994 PBA was reached in 2002. Since 2002, any water depleting actions authorized by BLM have been consulted on individually.

On May 4, 2004, the Service issued BO number ES/GJ-6-CO-03-F-022 to the Forest Service and BLM addressing water depletions associated with coalbed methane development in the Northern San Juan Basin. An environmental impact statement was prepared that estimated water depletions caused by coalbed methane (CBM) development in the Northern San Juan Basin will be 216 acre-feet. Water depletions associated with CBM development under the current proposed action are in addition to water depletions addressed in the 2004 BO.

The Jicarilla Apache Nation is currently engaged in government-to-government consultation with the Service regarding certain issues in the San Juan River Basin. The Nation has expressed concerns about how past and future section 7 consultations may affect the Nation's ability to use its San Juan River Basin water rights. The Nation, consistent with Secretarial Order 3206, is consulting with the Service to ensure that: 1) the Nation does not bear a disproportionate burden of endangered species conservation and, 2) any reasonable and prudent alternatives do not discriminate against the Nation.

## BIOLOGICAL OPINION

## DESCRIPTION OF THE PROPOSED ACTION

The San Juan Public Lands Center manages approximately 2,534,238 acres of public lands in southwestern Colorado; of which 669,399 acres are managed by BLM and include BLM's Canyons of the Ancients National Monument (CANM). These BLM lands provide for a wide

variety of uses, including livestock grazing, recreation, timber, mining, and oil and gas drilling among others. Some actions associated with managing these land uses have the potential to deplete water from the San Juan River Basin. This consultation addresses water depletions associated with all BLM funded, authorized, or approved projects, including fluid mineral development on BLM managed lands in the San Juan River Basin in southwest Colorado.

Fluid mineral development includes all Federal natural gas wells, oil wells, and CBM natural gas wells. Properties that are private ownership on the surface and with Federal mineral rights (split estate) are included in this consultation because BLM has jurisdiction for the Federal minerals. Water depletion projections are based on the Reasonable Foreseeable Development (RFD) scenarios of fluid mineral activity across southwestern Colorado for the next 15 years. The assumptions used to arrive at the RFD's for the San Juan were based on current development trends, downspacing of drilling units, maturing oil and gas fields, predicted energy needs for the future, and the overall professional opinion of BLM Field Office and State Office geologists and petroleum engineers, as well as private industry professionals.

Water depletions analyzed include:

- Water used for access road dust abatement

- Water used for hydrostatic testing of newly constructed pipelines

- Water used to drill and complete wells (drilling and fracing fluids)

- Water associated with connected Federal actions (e.g., BLM authorization of a pipeline, road, or utility line across public lands that is connected to the action of developing privately owned fluid mineral estate located on private lands)

The BLM estimates that an average of 0.90 acre-feet of San Juan River Basin water is used during the drilling of a single well. CBM well water use averages 0.5 acre-feet/well, while conventional gas development averages 1.2 acre-feet/well. The average depletion amount per well was calculated as follows: [(drilling and completion) = 0.90 acre-feet] + [(dust abatement) = 0.10 acre-feet] + [(hydrostatic pipeline testing) = 0.11 acre-feet] = 1.11 acre-feet/well. For the San Juan geographic area, 1.11 acre-feet of water is used on average per well. It is recognized that individual wells may require the use of more or less water, but 1.11 acre-feet per well has been calculated as a reasonable depletion amount per well drilled. Water depletions associated with an individual well would be used only on a short term basis during well drilling, and then water usage would stop at one well site and begin at another. BLM has estimated the average annual depletion associated with fluid mineral development is approximately 40 acre-feet.

Other activities authorized by the BLM that cause small water depletions to the San Juan River include, but are not limited to the following: construction of stock ponds for livestock and wildlife, spring developments, wildlife guzzlers, water pipelines, irrigation ditches, and retention dams. BLM estimates the average annual water depletion for the next 15 years for all actions in the San Juan River Basin on BLM lands (excluding fluid mineral development) is 330 acre-feet (22 acre-feet/year x 15 years). For the purpose of this analysis, all surface and groundwater depletions resulting from BLM projects or actions will be considered "depletions of tributary

3

waters" from the San Juan River Basin. The average-annual depletion is the annual diversion minus the annual return flow. Unlike water depletions associated with fluid mineral development these projects would continue to deplete water into the future. The total average annual depletions for fluid mineral development and other activities in15 years are estimated to be 370 acre-feet (40 acre-feet/year for fluid minerals and 330 acre-feet for other activities).

The BLM will track all projects and actions that result in water depletions from the San Juan River basin. For tracking purposes BLM will keep a running tally of water depletions; if the cumulative total exceed 930 acre-feet (40 acre-feet/year for fluid mineral development for 15 years (600 acre-feet) and 330 acre-feet/year at the end of 15 years for other activities), BLM will reinitiate consultation. BLM will complete and submit a log of all water depleting projects or actions to the Service by October 31 of each year. The logs showing depletion amounts resulting from wells drilled and all other actions will be used to track compliance with the threshold depletion amount.

## Conservation Measures

Conservation measures are actions that the action agency and applicant agree to implement to further the recovery of the species under review. The beneficial effects of conservation measures were taken into consideration for determining both jeopardy and incidental take analyses. The BLM agrees to incorporate the following conservation measures as a condition of any authorized action.

1. The only fish stocking the BLM will allow in any water feature will be salmonid species from a whirling disease free source and native fishes, if appropriate, under the direction of the Biology Committee of the San Juan River Recovery Implementation Program. No other fish stocking will be permitted. Limiting fish stocking to salmonid species will reduce the likelihood that nonnative species of concern (northern pike, largemouth bass, channel catfish, and other nonnative warmwater species) will proliferate in stock ponds and escape to the San Juan River and compete with and prey upon endangered fishes. With the conservation measure in place, contribution of nonnative warmwater fishes from BLM water features to the San Juan River is expected to be minimal.

2. In the unlikely event that a project is proposed within critical habitat in the San Juan River, BLM commits to consulting individually with the Service.

## STATUS OF THE SPECIES AND CRITICAL HABITAT

### Colorado Pikeminnow

The pikeminnow is the largest cyprinid (member of the minnow family, Cyprinidae) native to North America and it evolved as the top predator in the Colorado River system. It is an elongated pike-like fish that once grew as large as 1.8 meters (6 feet) in length and weighed nearly 45 kilograms (100 pounds) (Behnke and Benson 1983); such fish were estimated to be 45-55 years old (Osmundson et al. 1997). Today, fish rarely exceed 1 meter (approximately 3 feet) in length or weigh more than 8 kilograms (18 pounds). The mouth of this species is large and nearly horizontal with long slender pharyngeal teeth (located in the throat), adapted for grasping and holding prey. The diet of pikeminnow longer than 80 to 100 millimeters (3 or 4

4

inches) consists almost entirely of other fishes (Vanicek and Kramer 1969). Adults are strongly counter-shaded with a dark, olive back, and a white belly. Young are silvery and usually have a dark, wedge-shaped spot at the base of the caudal fin.

Based on early fish collection records, archaeological finds, and other observations, the pikeminnow was once found throughout warm water reaches of the entire Colorado River Basin down to the Gulf of California, including reaches of the upper Colorado River and its major tributaries, the Green River and its major tributaries, the San Juan River and some of its tributaries, and the Gila River system in Arizona (Seethaler 1978, Platania 1990). Pikeminnow apparently were never found in colder, headwater areas. Seethaler (1978) indicates that the species was abundant in suitable habitat throughout the entire Colorado River Basin prior to the 1850s. By the 1970s they were extirpated from the entire lower basin (downstream of Glen Canyon Dam) and from portions of the upper basin as a result of major alterations to the riverine environment. Having lost approximately 75-80 percent of its former range, the pikeminnow was federally listed as an endangered species in 1967 (USFWS 1967, Miller 1961, Moyle 1976, Tyus 1991, Osmundson and Burnham 1998).

Critical habitat was designated in 1994 within the 100-year floodplain of the Colorado pikeminnow's historical range in the following area of the upper Colorado River (59 F.R. 13374). Colorado pikeminnow now only occur in the upper Colorado River Basin (upstream of Lee Ferry just below the Glen Canyon Dam). Most of Lake Powell is not suitable habitat for Colorado pikeminnow and is not designated critical habitat. The total designated miles is 1,148 and represents 29 percent of the historical habitat for the species.

    Colorado, Moffat County. The Yampa River and its 100-year floodplain from the State Highway 394 bridge in T. 6 N., R. 91 W., section 1 (6th Principal Meridian) to the confluence with the Green River in T. 7 N., R. 103 W., section 28 (6th Principal Meridian).

    Utah, Uintah, Carbon, Grand, Emery, Wayne, and San Juan Counties; and Colorado, Moffat County. The Green River and its 100-year floodplain from the confluence with the Yampa River in T. 7 N., R. 103 W., section 28 (6th Principal Meridian) to the confluence with the Colorado River in T. 30 S., R. 19 E., section 7 (Salt Lake Meridian).

    Colorado, Rio Blanco County; and Utah, Uintah County. The White River and its 100-year floodplain from Rio Blanco Lake Dam in T. 1 N., R. 96 W., section 6 (6th Principal Meridian) to the confluence with the Green River in T. 9 S., R. 20 E., section 4 (Salt Lake Meridian).

    Colorado, Delta and Mesa Counties. The Gunnison River and its 100-year floodplain from the confluence with the Uncompahgre River in T. 15 S., R. 96 W., section 11 (6th Principal Meridian) to the confluence with the Colorado River in T. 1 S., R. 1 W., section 22 (Ute Meridian).

Colorado, Mesa and Garfield Counties; and Utah, Grand, San Juan, Wayne, and Garfield Counties. The Colorado River and its 100-year floodplain from the Colorado River Bridge at exit 90 north off Interstate 70 in T. 6 S., R. 93 W., section 16 (6th Principal Meridian) to North Wash, including the Dirty Devil arm of Lake Powell up to the full pool elevation, in T. 33 S., R. 14 E., section 29 (Salt Lake Meridian).

New Mexico, San Juan County; and Utah, San Juan County. The San Juan River and its 100-year floodplain from the State Route 371 Bridge in T. 29 N., R. 13 W., section 17 (New Mexico Meridian) to Neskahai Canyon in the San Juan arm of Lake Powell in T. 41 S., R. 11 E., section 26 (Salt Lake Meridian) up to the full pool elevation.

The Service identified water, physical habitat, and the biological environment as primary constituent elements of critical habitat. This includes a quantity of water of sufficient quality that is delivered to specific habitats in accordance with a hydrologic regime that is required for the particular life stage for the species. The physical habitat includes areas of the Colorado River system that are inhabited or potentially habitable for use in spawning and feeding, as a nursery, or serve as corridors between these areas. In addition, oxbows, backwaters, and other areas in the 100-year floodplain, which when inundated provide access to spawning, nursery, feeding, and rearing habitats, are included. Food supply, predation, and competition are important elements of the biological environment.

**Life History**
The life history phases that appear to be most limiting for pikeminnow populations include spawning, egg hatching, development of larvae, and the first year of life. These phases of pikeminnow development are tied closely to specific habitat requirements. Natural spawning of pikeminnow is initiated on the descending limb of the annual hydrograph as water temperatures approach the range of 16 °C (60.8 °F) to 20 °C (68 °F) (Vanicek and Kramer 1969, Hamman 1981, Haynes et al. 1984, Tyus 1990, McAda and Kaeding 1991). Temperature at initiation of spawning varies by river. In the Green River, spawning begins as temperatures exceed 20-23 °C (68-73 °F); in the Yampa River, 16-23 °C (61-68 °F) (Bestgen et al. 1998); in the Colorado River, 18-22 °C (64-72 °F) (McAda and Kaeding 1991); in the San Juan River temperatures were estimated to be 16-22 °C (61-72 °F).

Spawning, both in the hatchery and under natural riverine conditions, generally occurs in a 2-month period between late June and late August. However, sustained high flows during wet years may suppress river temperatures and extend spawning into September (McAda and Kaeding 1991). Conversely, during low flow years, when the water warms earlier, spawning may commence in mid-June. On the San Juan River, based on the collection of larval fish from 1993 to 2007, spawning has occurred between June 24 and July 18 (Brandenburg and Farrington 2008).

Temperature also has an effect on egg development and hatching success. In the laboratory, egg development was tested at 5 temperatures and hatching success was found to be highest at 20 °C (68 °F), and lower at 25 °C (77 °F). Mortality was 100 percent at 5, 10, 15, and 30 °C (41, 50, 59, and 86 °F). In addition, larval abnormalities were twice as high at 25 °C (77 °F) than at 20 °C (68 °F) (Marsh 1985). Experimental tests of temperature preference of yearling (Black and Bulkley 1985a) and adult (Bulkley et al. 1981) pikeminnow indicated that 25 °C (77 °F) was the most preferred temperature for both life phases. Additional experiments indicated that optimum

6

growth of yearlings also occurs at temperatures near 25 °C (77 °F) (Black and Bulkley 1985b). Although no such tests were conducted using adults, the tests with yearlings supported the conclusions of Jobling (1981) that the final thermal preference of 25 °C (77 °F) provides a good indication of optimum growth temperature for all life phases.

Males become sexually mature earlier and at a smaller size than do females, though all are mature by about age 7 and 500 millimeters (20 inches) in length (Vanicek and Kramer 1969, Seethaler 1978, Hamman 1981). Hatchery-reared males became sexually mature at 4 years of age and females at 5 years. Average fecundity of 24, 9-year old females was 77,400 (range, 57,766-113,341) or 55,533 eggs/kilogram, and average fecundity of 9 ten-year old females was 66,185 (range, 11,977–91,040) or 45,451 eggs/kilogram (Hamman 1986).

Most information on pikeminnow reproduction has been gathered from spawning sites on the lower 20 miles (12.2 kilometers) of the Yampa River and in Gray Canyon on the Green River (Tyus and McAda 1984, Tyus 1985, Wick et al. 1985, Tyus 1990). Pikeminnow spawn after peak runoff subsides. Spawning is probably triggered by several interacting variables such as day length, temperature, flow level, and perhaps substrate characteristics. Known spawning sites in the Yampa River are characterized by riffles or shallow runs with well-washed coarse substrate (cobble containing relatively deep interstitial voids (for egg deposition)) in association with deep pools or areas of slow non-turbulent flow used as staging areas by adults (Lamarra et al. 1985, Tyus 1990). Recent investigations at a spawning site in the San Juan River by Bliesner and Lamarra (1995) and at one site in the upper Colorado River (USFWS, unpublished data) indicate a similar association of habitats. The most unique feature at the sites used for spawning, in comparison with otherwise similar sites nearby, is the lack of embeddedness of the cobble substrate and the depth to which the rocks are devoid of fine sediments; this appears consistent at the sites in all three rivers (Lamarra et al. 1985, Bliesner and Lamarra 1995).

Collections of larvae and young-of-year (YOY) downstream of known spawning sites in the Green, Yampa, and San Juan Rivers demonstrate that downstream drift of larval pikeminnow occurs following hatching (Haynes et al. 1984, Nesler et al. 1988, Tyus 1990, Tyus and Haines 1991, Platania 1990, Brandenburg and Farrington 2008). Studies on the Green and Colorado Rivers found that YOY used backwaters almost exclusively (Holden 2000). During their first year of life, pikeminnow prefer warm, turbid, relatively deep (averaging 0.4 meters [1.3 feet]) backwater areas of zero velocity (Tyus and Haines 1991). After about 1 year, young are rarely found in such habitats, although juveniles and subadults are often located in large deep backwaters during spring runoff (USFWS, unpublished data; Osmundson and Burnham 1998).

Pikeminnow often migrate considerable distances to spawn in the Green and Yampa Rivers (Miller et al. 1982, Archer et al. 1986, Tyus and McAda 1984, Tyus 1985, Tyus 1990), and similar movement has been noted in the main stem San Juan River. A fish captured and tagged in the San Juan arm of Lake Powell in April 1987, was recaptured in the San Juan River approximately 80 miles upstream in September 1987 (Platania 1990). Ryden and Ahlm (1996) report that a pikeminnow captured at river mile (RM) 74.8 (between Bluff and Mexican Hat) made a 50-60 mile migration during the spawning season in 1994, before returning to within 0.4 river miles of its original capture location.

Although migratory behavior has been documented for pikeminnow in the San Juan River (Platania 1990, Ryden and Ahlm 1996), of 13 radio-tagged fish tracked from 1991 to 1994, 12

were classified as sedentary and only one as migratory (Ryden and Ahlm 1996). Miller and Ptacek (2000) followed 7 radio-tagged wild pikeminnow in the San Juan River and found these fish used a localized area of the river (RM 120 to RM 142). In addition, wild adult pikeminnow were most abundant between RM 142 (the former Cudei Diversion) and Four Corners at RM 119 (Ryden and Ahlm 1996) and primarily used the San Juan River between these points (Ryden and Pfeifer 1993, 1994, 1995a, 1996). The highest catch rates for stocked pikeminnow are also between RM 120 to RM 141 (Davis and Furr 2008). The multi-threaded channel, habitat complexity, and mixture of substrate types in this area of the river appear to provide a diversity of habitats favorable to pikeminnow on a year-round basis (Holden and Masslich 1997).

In contrast to pikeminnow in the Green and Yampa Rivers, the majority of pikeminnow in the San Juan River reside near the area in which they spawn (Ryden and Ahlm 1996, Miller and Ptacek 2000). During their study, Ryden and Ahlm (1996) found that pikeminnow in the San Juan River aggregated at the mouth of the Mancos River prior to spawning, a behavior not documented in other rivers in the upper Colorado River Basin. Miller and Ptacek (2000) also recorded two pikeminnow in both 1993 and 1994 at the mouth of the Mancos River prior to the spawning period.

Historical spawning areas for the pikeminnow in the San Juan River are unknown; however, Platania (1990) speculated that spawning likely occurred upstream at least to Rosa, New Mexico. Two locations in the San Juan River have been identified as potential spawning areas based on radio telemetry and visual observations (Ryden and Pfeifer 1994, Miller and Ptacek 2000). Both locations occur within the "Mixer" (RM 133.4 to 129.8), a geomorphically distinct reach of the San Juan River. The upper spawning location is located at RM 132 and the lower spawning location at approximately RM 131.1. Both locations consist of complex habitat associated with cobble bar and island complexes. Habitat at these locations is similar to spawning habitats described for the Yampa River and is composed of side channels, chutes, riffles, slow runs, backwaters, and slackwater areas near bars and islands. Substrate in the riffle areas is clean cobbles, primarily 7.6 to 10.2 centimeters (3 to 4 inches) in diameter (Miller and Ptacek 2000). Habitat characteristics at the lower spawning area, based on radio telemetry and visual observations, include a fast narrow chute adjacent to a small eddy.

During 1993, radio-tagged pikeminnow were observed moving to potential spawning locations in the Mixer beginning around July 1. Fish were in the spawning areas from approximately July 12 to July 25. During this period flows in the San Juan River were on the descending limb of the spring runoff. Temperatures increased from approximately 20 to 25 °C (68 to 77 °F) during the same time period. Observations in other years show a similar pattern. However, specific spawning times and duration of the spawning period appear to vary from year to year. Information on radio-tagged adult pikeminnow during the fall suggests that pikeminnow seek out deep water areas in the Colorado River (Miller et al. 1982, Osmundson and Kaeding 1989), as do many other riverine species. Pools, runs, and other deep water areas, especially in upstream reaches, are important winter habitats for pikeminnow (Osmundson et al. 1995).

On the Green River, tributaries are an important habitat component for pikeminnow (Holden 2000). Both the Yampa River and White River were heavily used by pikeminnow subadults and adults, apparently as foraging areas (Tyus 1991). The tributaries were the primary area of residence to which the adults returned after spawning. Nearly all tributaries to the San Juan River no longer provide habitat for adults because they are dewatered or access is restricted

8

(Holden 2000). However, pikeminnow utilized the Animas River in the late 1800s and this river could still provide suitable habitat; five stocked pikeminnow were documented in the lower reaches of the Animas River in 2004 (SJRRIP, unpublished data). Since the installation of the selective fish passage structure at RM 166 in 2003, 28 pikeminnow have passed upstream increasing the probability that the Animas River, 15 miles upstream, will once again be utilized by this species. Pikeminnow aggregated at the mouth of the Mancos River prior to spawning in the early 1990s (Ryden and Ahlm 1996, Miller and Ptacek 2000).

Very little information is available on the influence of turbidity on the endangered Colorado River fishes. Osmundson and Kaeding (1989) found that turbidity allows use of relatively shallow habitats ostensibly by providing adults with cover; this allows foraging and resting in areas otherwise exposed to avian or terrestrial predators. Tyus and Haines (1991) found that young pikeminnow in the Green River preferred backwaters that were turbid. Bestgen et al. (2006) found that in a laboratory setting, turbidity provided some protection to larval pikeminnow from predation by red shiner. Clear conditions in shallow backwaters might expose larval and juvenile fish to predation from wading birds or nonnative, sight-feeding, piscivorous fish. It is unknown whether the river was as turbid historically as it is today. For now, it is assumed that the endemic fishes evolved under conditions of high turbidity. Therefore, the retention of highly turbid conditions is probably an important factor in maintaining the ability of pikeminnow to compete with, or avoid predation by nonnatives that may not have evolved under similar conditions.

**Population Dynamics**

Between 1991 and 1995, 19 (17 adult and 2 juvenile) wild pikeminnow were collected in the San Juan River by electrofishing (Ryden 2000a). No wild adults have been captured in the San Juan River since 1999 (Ryden, annual adult monitoring reports, 2000-2008).

Estimates during the seven-year research period between 1991 and 1997 suggested that there were fewer than 50 adult pikeminnow in a given year (Ryden 2000a). Monitoring for adult pikeminnow occurs every year on the San Juan River. In 2007, 167 pikeminnow were collected during the monitoring trip, the fourth consecutive year that more than 100 pikeminnow were caught (Ryden 2008a). However, only 2 of these fish were greater than 350 millimeters. In addition, 12 pikeminnow, greater than 400 millimeters were collected during the nonnative fish removal trips in 2007 (Davis and Furr 2008). One of these individuals was 11 years old (709 mm) and was stocked in 1996 as an age-0 fish. Because of the low number of pikeminnow in the San Juan population estimates using mark-recapture techniques have not yet been used. However, the San Juan River Recovery Implementation Program (SJRRIP) is considering modifying their monitoring so that population numbers can be estimated.

Reproduction was documented in the San Juan River in 1987, 1988, and 1992 through 1996, 2001, 2004, and 2007 by the collection of larval and/or YOY pikeminnow (Archer et al. 1995, Buntjer et al. 1994, Lashmett 1994, Platania 1990, Brandenburg and Farrington 2008). The majority of the YOY pikeminnow were collected in the San Juan River inflow to Lake Powell (Archer et al. 1995, Buntjer et al. 1994, Lashmett 1994, Platania 1990). Some YOY pikeminnow have been collected near the Mancos River confluence, New Mexico and in the vicinity of the Montezuma Creek confluence near Bluff, Utah, and at a drift station near Mexican Hat, Utah (Buntjer et al. 1994, Snyder and Platania 1995). The collection of larval fish (only a few days old) at Mexican Hat in two different years suggests that perhaps another spawning area for

pikeminnow exists somewhere below the Mixer (Platania 1996). Capture of a larval pikeminnow at RM 128 during August 1996 was the first larva collected immediately below the suspected spawning site in the Mixer (Holden and Masslich 1997).

Platania (1990) noted that, during 3 years of studies on the San Juan River (1987-1989), spring flows and pikeminnow reproduction were highest in 1987. He further noted catch rates for channel catfish were lowest in 1987. Subsequent studies (Brooks et al. 1994) found declines in channel catfish in 1993; these declines have been attributed to successive years of higher than normal spring runoffs from 1991 through 1993. Recent studies also found catch rates for YOY pikeminnow to be highest in high water years, such as 1993 (Buntjer et al. 1994, Lashmett 1994). Franssen et al. (2007) found that maintenance of a natural flow regime favored native fish reproduction and provided a prey base at the appropriate time for age-1 pikeminnow.

Tissue samples from pikeminnow caught during research conducted under the SJRRIP have been analyzed as part of a basin-wide analysis of endangered fish genetics. The results of that analysis indicate that the San Juan River fish exhibit less genetic variability than the Green River and Colorado River populations, likely due to the small population size, but were very similar to pikeminnow from the Green, Colorado, and Yampa Rivers (Morizot in litt. 1996). These data suggest that the San Juan population is probably not a separate stock (Holden and Masslich 1997).

**Competition and Predation**

Pikeminnow in the upper Colorado River Basin live with about 20 species of warmwater nonnative fishes (Tyus et al. 1982, Lentsch et al. 1996) that are potential predators, competitors, and vectors for parasites and disease. Backwaters and other low-velocity habitats in the San Juan River are important nursery areas for larval and juvenile pikeminnow (Holden 1999) and researchers believe that overlap in these habitats with nonnative fish species limit the success of pikeminnow recruitment (Bestgen 1997, Bestgen et al. 1997, McAda and Ryel 1999). Osmundson (1987) documented predation by black bullhead (*Ameiurus melas*), green sunfish (*Lepomis cyanellus*), largemouth bass (*Micropterus salmoides*), and black crappie (*Pomoxis nigromaculatus*) as a significant mortality factor for YOY and yearling pikeminnow stocked in riverside ponds along the upper Colorado River. Pilger et al. (2008) found that although nonnative fishes comprised more than 80 percent of the potential prey base in the San Juan River, significantly more native fishes were identified in the stomachs of juvenile largemouth bass.

Adult red shiners (*Cyprinella lutrensis*) are known predators of larval native fish in backwaters of the upper Basin (Ruppert et al. 1993) and laboratory predation experiments showed that red shiners were moderately successful and persistent predators of pikeminnow larvae (Bestgen et al. 2006). High spatial overlap in habitat use has been documented among young pikeminnow, red shiner, sand shiner (*Notropis stramineus*), and fathead minnow (*Pimephales promelas*). In laboratory experiments on behavioral interactions, Karp and Tyus (1990) observed that red shiner, fathead minnow, and green sunfish shared activity schedules and space with young pikeminnow and exhibited antagonistic behaviors to smaller pikeminnow. They hypothesized that pikeminnow may be at a competitive disadvantage in an environment that is resource limited.

Channel catfish (*Ictalurus punctatus*) has been identified as a threat to juvenile, subadult, and adult pikeminnow in the San Juan River. Channel catfish were first introduced in the upper Colorado River Basin in 1892 (Tyus and Nikirk 1990) and are now considered common to abundant throughout much of the upper Basin (Tyus et al. 1982, Nelson et al. 1995). The species is one of the most prolific predators in the upper Basin and, among the nonnative fishes, is thought to have the greatest adverse effect on endangered fishes due to predation on juveniles and resource overlap with subadults and adults (Hawkins and Nesler 1991, Lentsch et al. 1996, Tyus and Saunders 1996). Stocked juvenile and adult pikeminnow that have preyed on channel catfish have died from choking on the pectoral spines (McAda 1983, Pimental et al. 1985, Ryden and Smith 2002). Although mechanical removal (electrofishing, seining) of channel catfish began in 1995, intensive efforts (10 trips/year) did not begin until 2001. Mechanical removal has not yet led to a positive population response in pikeminnow (Davis 2003); however, because the pikeminnow population is so low, documenting a population response would be extremely difficult.

## Status and Distribution

The pikeminnow was designated as endangered prior to the Act; therefore, a formal listing package identifying threats was not prepared. Construction and operation of mainstem dams, nonnative fish, and local eradication of native minnow and suckers in the early 1960s were recognized as early threats (Miller 1961, Holden 1991). The pikeminnow recovery goals (USFWS 2002a) summarize threats to the species as follows: stream regulation, habitat modification, competition with and predation by nonnative fish, and pesticides and pollutants.

Major declines in pikeminnow populations occurred in the lower Colorado River Basin during the dam-building era of the 1930s through the 1960s. Behnke and Benson (1983) summarized the decline of the natural ecosystem, pointing out, that dams, impoundments, and water use practices drastically modified the river's natural hydrology and channel characteristics throughout the Colorado River Basin. Dams on the main stem fragmented the river ecosystem into a series of disjunct segments, blocked native fish migrations, reduced water temperatures downstream of dams, created lake habitat, and provided conditions that allow competitive and predatory nonnative fishes to thrive both within the impounded reservoirs and in the modified river segments that connect them. The highly modified flow regime in the lower basin coupled with the introduction of nonnative fishes decimated populations of native fish and led to the listing of 7 of the 10 mainstem fishes as endangered (Mueller 2005).

In the upper Colorado River Basin, declines in pikeminnow populations occurred primarily after the 1960s, when the following dams were constructed: Glen Canyon Dam on the main stem Colorado River, Flaming Gorge Dam on the Green River, Navajo Dam on the San Juan River, and the Aspinall Unit dams on the Gunnison River. Some native fish populations in the upper Basin have managed to persist, while others are nearly extirpated. River reaches where native fish have declined more slowly, more closely resemble pre-dam hydrologic regimes, where adequate habitat for all life phases still exists, and where migration corridors allow connectivity among habitats used during the various life phases.

A factor not considered when the pikeminnow was listed was water quality. Surface and ground water quality in the Animas, La Plata, Mancos, and San Juan River drainages have become concerns in recent years (Abell 1994). Changes in water quality and contamination of associated biota are known to occur in Bureau of Reclamation projects in the San Juan drainage

11

(i.e., irrigated lands on the Pine and Mancos Rivers) where return flows from irrigation make up a portion of the river flow (Sylvester et al. 1988). Increased loading of the San Juan River and its tributaries with heavy metals; elemental contaminants such as selenium, salts, polycyclic aromatic hydrocarbons (PAHs); and pesticides has degraded water quality of the San Juan River in critical habitat (Abell 1994, Wilson et. al. 1995, Holden 1999).

## Razorback Sucker

Like all suckers (family Catastomidae, meaning "down mouth"), the razorback sucker has a ventral mouth with thick lips covered with papillae and no scales on its head. In general, suckers are bottom browsers, sucking up or scraping off small invertebrates, algae, and organic matter with their fleshy, protrusible lips (Moyle 1976). The razorback sucker is the only sucker with an abrupt sharp-edged dorsal keel behind its head. The keel becomes more massive with age. The head and keel are dark, the back is olive-colored, the sides are brownish or reddish, and the abdomen is yellowish white (Sublette et al. 1990). Adults often exceed 3 kilograms (6 pounds) in weight and 600 millimeters (2 feet) in length. Like pikeminnow, razorback suckers may live 40-plus years.

Historically, razorback suckers were found in the main stem Colorado River and major tributaries in Arizona, California, Colorado, Nevada, New Mexico, Utah, Wyoming, and in Mexico (Ellis 1914; Minckley 1983). Bestgen (1990) reported that this species was once so numerous that it was commonly used as food by early settlers and that a commercially marketable quantity was caught in Arizona as recently as 1949. In the upper Colorado River Basin, razorback suckers were reported to be very abundant in the Green River near Green River, Utah, in the late 1800s (Jordan 1891). An account in Osmundson and Kaeding (1989) reported that residents living along the Colorado River near Clifton, Colorado, observed several thousand razorback suckers during spring runoff in the 1930s and early 1940s. In the San Juan River drainage, the first documented razorback sucker from the river was documented in 1988 (Platania 1990); however, two adults were also collected from an irrigation pond attached to the river by a canal in 1976 (Platania 1990) and it is very likely that razorback sucker once occurred in the main stem as far upstream as Rosa, New Mexico (Koster 1960, Ryden 1997).

A marked decline in populations of razorback suckers can be attributed to construction of dams and reservoirs, introduction of nonnative fishes, and removal of large quantities of water from the Colorado River system. Dams on the main stem Colorado River and its major tributaries have fragmented populations and blocked migration routes. Dams also have drastically altered flows, water temperatures, and channel geomorphology. These changes have modified habitats in many areas so that they are no longer suitable for breeding, feeding, or sheltering. Major changes in species composition have occurred due to the introduction of nonnative fishes, many of which have thrived due to man-induced changes to the natural riverine system. Habitat has been significantly degraded to a point where it impairs the essential life history functions of razorback sucker, such as reproduction and recruitment into the adult population.

On March 14, 1989, the Service was petitioned to conduct a status review of the razorback sucker. Subsequently, the razorback sucker was designated as endangered under a final rule published on October 23, 1991 (USFWS 1991). The final rule stated that "Little evidence of natural recruitment has been found in the past 30 years, and numbers of adult fish captured in the last 10 years demonstrate a downward trend relative to historic abundance. Significant changes

have occurred in razorback sucker habitat through diversion and depletion of water, introduction of nonnative fishes, and construction and operation of dams (USFWS 1994)." Recruitment of larval razorback suckers to juveniles and adults continues to be a problem.

Critical habitat was designated in 1994 within the 100-year floodplain of the razorback sucker's historical range in the following area of the upper Colorado River (59 F.R. 13374). The primary constituent elements are the same as critical habitat for Colorado pikeminnow described previously. We designated 15 reaches of the Colorado River system as critical habitat for the razorback sucker. These reaches total 1,724 miles as measured along the center line of the river within the subject reaches. The designation represents approximately 49 percent of the historical habitat for the species and includes reaches of the Green, Yampa, Duchesne, Colorado, White, Gunnison and San Juan Rivers.

> Colorado, Moffat County. The Yampa River and its 100-year floodplain from the mouth of Cross Mountain Canyon in T. 6 N., R. 98 W., section 23 (6th Principal Meridian) to the confluence with the Green River in T. 7 N., R. 103 W., section 28 (6th Principal Meridian).

> Utah, Uintah County; and Colorado, Moffat County. The Green River and its 100-year floodplain from the confluence with the Yampa River in T. 7 N., R. 103 W., section 28 (6th Principal Meridian) to Sand Wash in T. 11 S., R. 18 E., section 20 (6th Principal Meridian).

> Utah, Uintah, Carbon, Grand, Emery, Wayne, and San Juan Counties. The Green River and its 100-year floodplain from Sand Wash at river mile 96 at T. 11 S., R. 18 E., section 20 (6th Principal Meridian) to the confluence with the Colorado River in T. 30 S., R. 19 E., section 7 (6th Principal Meridian).

> Utah, Uintah County. The White River and its 100-year floodplain from the boundary of the Uintah and Ouray Indian Reservation at river mile 18 in T. 9 S., R. 22 E., section 21 (Salt Lake Meridian) to the confluence with the Green River in T. 9 S., R. 20 E., section 4 (Salt Lake Meridian).

> Utah, Uintah County. The Duchesne River and its 100-year floodplain from river mile 2.5 in T. 4 S., R. 3 E., section 30 (Salt Lake Meridian) to the confluence with the Green River in T. 5 S., R. 3 E., section 5 (Uintah Meridian).

> Colorado, Delta and Mesa Counties. The Gunnison River and its 100-year floodplain from the confluence with the Uncompahgre River in T. 15 S., R. 96 W., section 11 (6th Principal Meridian) to Redlands Diversion Dam in T. 1 S., R. 1 W., section 27 (Ute Meridian).

Colorado, Mesa and Garfield Counties. The Colorado River and its 100-year floodplain from Colorado River Bridge at exit 90 north off Interstate 70 in T. 6 S., R. 93 W., section 16 (6th Principal Meridian) to Westwater Canyon in T. 20 S., R. 25 E., section 12 (Salt Lake Meridian) including the Gunnison River and its 100-year floodplain from the Redlands Diversion Dam in T. 1 S., R. 1 W., section 27 (Ute Meridian) to the confluence with the Colorado River in T. 1 S., R. 1 W., section 22 (Ute Meridian).

Utah, Grand, San Juan, Wayne, and Garfield Counties. The Colorado River and its 100-year floodplain from Westwater Canyon in T. 20 S., R. 25 E., section 12 (Salt Lake Meridian) to full pool elevation, upstream of North Wash, and including the Dirty Devil arm of Lake Powell in T. 33 S., R. 14 E., section 29 (Salt Lake Meridian).

New Mexico, San Juan County; and Utah, San Juan County. The San Juan River and its 100-year floodplain from the Hogback Diversion in T. 29 N., R. 16 W., section 9 (New Mexico Meridian) to the full pool elevation at the mouth of Neskahai Canyon on the San Juan arm of Lake Powell in T. 41 S., R. 11 E., section 26 (Salt Lake Meridian).

The primary constituent elements of critical habitat are the same as those described earlier for pikeminnow.

## Life History
McAda and Wydoski (1980) and Tyus (1987) reported springtime aggregations of razorback suckers in off-channel habitats and tributaries; such aggregations are believed to be associated with reproductive activities. Tyus and Karp (1990) and Osmundson and Kaeding (1991) reported off-channel habitats to be much warmer than the main stem river and that razorback suckers presumably moved to these areas for feeding, resting, sexual maturation, spawning, and other activities associated with their reproductive cycle.

While razorback suckers have never been directly observed spawning in turbid riverine environments within the upper Colorado River Basin, captures of ripe specimens, both males and females, have been recorded in the Yampa, Green, Colorado, and San Juan Rivers (Valdez et al. 1982, McAda and Wydoski 1980, Tyus 1987, Osmundson and Kaeding 1989, Tyus and Karp 1989, Tyus and Karp 1990, Osmundson and Kaeding 1991, Platania 1990, Ryden 2000b). Because of the relatively steep gradient in the San Juan River and lack of a wide flood plain, razorback sucker are likely spawning in low velocity, turbid, main channel habitats. Based on catches of protolarvae, it appears that there are most likely three spawning locations in the San Juan River (Brandenburg and Farrington 2008).

Sexually mature razorback suckers are generally collected on the ascending limb of the hydrograph from mid-April through June and are associated with coarse gravel substrates. Both sexes mature as early as age four (McAda and Wydoski 1980). Fecundity, based on ovarian egg counts, ranges from 75,000-144,000 eggs (Minckley 1983). McAda and Wydoski (1980) reported an average fecundity (N=10) of 46,740 eggs/fish (27,614–76,576). Several males attend each female; no nest is built. The adhesive eggs drift to the bottom and hatch there (Sublette et al. 1990). Marsh (1985) reported that percentage egg hatch was greatest at 20 ˚C (68 ˚F) and all embryos died at incubation temperatures of 5, 10, and 30 ˚C (41, 50, and 86 ˚F). Bestgen (2008)

found that growth of early life stages was positively related to water temperature and that fastest growth occurred at 25.5 °C (79.9 °F). Average weight of razorback suckers raised in 25.5 °C (79.9 °F) water was about 4 times that of those in 16.5 °C (61.7 °F) (Bestgen 2008).

Because young and juvenile razorback suckers are rarely encountered, their habitat requirements in the wild are not well known, particularly in native riverine environments. However, it is assumed that low-velocity backwaters and side channels are important for YOY and juveniles, as it is to the early life stages of most riverine fish. Prior to construction of large main stem dams and the suppression of spring peak flows, low velocity, off-channel habitats (seasonally flooded bottomlands and shorelines) were commonly available throughout the upper Colorado River Basin (Tyus and Karp 1989, Osmundson and Kaeding 1991). Modde (1996) found that on the Green River, larval razorback suckers entered flooded bottomlands that are connected to the main channel during high flow. However, as mentioned earlier, because of the relatively steep gradient of the San Juan River and the lack of a wide flood plain, flooded bottomlands are probably much less important in this system than are other low velocity habitats such as backwaters and secondary channels (Ryden, USFWS, in litt. 2004).

Reduction in spring peak flows eliminates or reduces the frequency of inundation of off-channel and bottomland habitats. The absence of these seasonally flooded riverine habitats is believed to be a limiting factor in the successful recruitment of razorback suckers in other upper Colorado River streams (Tyus and Karp 1989, Osmundson and Kaeding 1991). Wydoski and Wick (1998) identified starvation of larval razorback suckers due to low zooplankton densities in the main channel and loss of floodplain habitats that provide adequate zooplankton densities for larval food as one of the most important factors limiting recruitment. Maintaining low velocity habitats is important for the survival of larval razorback suckers.

Outside of the spawning season, adult razorback suckers occupy a variety of shoreline and main channel habitats including slow runs, shallow to deep pools, backwaters, eddies, and other relatively slow velocity areas associated with sand substrates (Tyus 1987, Tyus and Karp 1989, Osmundson and Kaeding 1989, Valdez and Masslich 1989, Osmundson and Kaeding 1991, Tyus and Karp 1990). The diet consists primarily of algae, plant debris, and aquatic insect larvae (Sublette et al. 1990).

## Population Dynamics

Because wild razorback sucker are rarely encountered and they are a long-lived fish, it is difficult to determine natural fluctuations in the population. The existing scientific literature and historic accounts by local residents strongly suggest that razorback suckers were once a viable, reproducing member of the native fish community in the San Juan River drainage. Currently, razorback sucker is rare throughout its historic range and extremely rare in the main stem San Juan River. Until 2003, there was very limited evidence indicating natural recruitment to any population of razorback sucker in the Colorado River system (Bestgen 1990, Platania 1990, Platania et al. 1991, Tyus 1987, McCarthy and Minckley 1987, Osmundson and Kaeding 1989, Modde et al. 1996). In 2003, two juvenile (age-2) razorback sucker, 249 and 270 millimeters (9.8 and 10.6 inches), thought to be wild-produced from stocked fish were collected in the lower San Juan River (RM 35.7 and 4.8) (Ryden, USFWS, in litt. 2004). One age-1 razorback sucker, also thought to be wild-produced, was caught each in 2004 and 2006 (Brandenburg and Farrington 2007) indicating limited recruitment may be occurring.

15

**Competition and Predation**

Many species of nonnative fishes occur in occupied habitat of the razorback sucker. These nonnative fishes are predators, competitors, and vectors of parasites and diseases (Tyus et al. 1982, Lentsch et al. 1996, Pacey and Marsh 1999, Marsh et al. 2001). Many researchers believe that nonnative species are a major cause for the lack of recruitment (e.g., McAda and Wydoski 1980, Minckley 1983, Tyus 1987, Muth et al. 2000). There are reports of predation of razorback sucker eggs and larvae by common carp (*Cyprinus carpio*), channel catfish, smallmouth bass (*Micropterus dolomieui*), largemouth bass, bluegill (*Lepomis macrochirus*), green sunfish, and redear sunfish (*Lepomis microlophus*) (Jonez and Sumner 1954, Marsh and Langhorst 1988, Langhorst 1989). Marsh and Langhorst (1988) found higher growth rates in larval razorback sucker in the absence of predators in Lake Mohave, and Marsh and Brooks (1989) reported that channel catfish and flathead catfish were major predators of stocked razorback sucker in the Gila River. Juvenile razorback sucker (average total length 171 millimeters [6.7 inches]) stocked in isolated coves along the Colorado River in California, suffered extensive predation by channel catfish and largemouth bass (Langhorst 1989). Aggressive behavior between channel catfish and adult razorback sucker has been inferred from the presence of distinct bite marks on the dorsal keels of four razorback suckers that match the bite characteristics of channel catfish (Ryden, Service, in litt. 2004).

Carpenter and Mueller (2008) tested nine nonnative species of fish that co-occur with razorback sucker and found that seven species consumed significant numbers of larval razorback suckers. The seven species consumed an average of 54-99 percent of the razorback sucker larvae even though alternative food was available (Carpenter and Mueller 2008). Lentsch et al. (1996) identified six species of nonnative fishes in the upper Colorado River Basin as threats to razorback sucker: red shiner, common carp, sand shiner, fathead minnow, channel catfish, and green sunfish. Smaller fish, such as adult red shiner, are known predators of larval native fish (Ruppert et al. 1993). Large predators, such as walleye (*Stizostedion vitreum*), northern pike, and striped bass (*Morone saxatilis*), also pose a threat to subadult and adult razorback sucker (Tyus and Beard 1990). Pilger et al. (2008) found that although nonnative fishes comprised more than 80 percent of the potential prey base in the San Juan River, significantly more native fishes were identified in the stomachs of juvenile largemouth bass.

**Status and Distribution**

Currently, the largest concentration of razorback sucker remaining in the Colorado River Basin is in Lake Mohave. Estimates of the wild stock in Lake Mohave have fallen precipitously in recent years from 60,000 as late as 1991, to 25,000 in 1993 (Marsh 1993, Holden 1994), to fewer than 3,000 in 2001 (Marsh et al. 2003). A repatriation program was begun in Lake Mohave in 1991 and it appears that repatriated fish have begun to contribute to larval cohorts (Turner et al. 2007). Until recently, efforts to introduce young razorback sucker into Lake Mohave have failed because of predation by nonnative species (Minckley et al. 1991, Clarkson et al. 1993, Burke 1994, Marsh et al. 2003). Natural populations elsewhere in the Colorado River system remain non-sustaining or have been extirpated (Marsh et al. 2003).

In the upper Colorado River Basin, above Glen Canyon Dam, razorback suckers are found in limited numbers in both lentic (lake-like) and riverine environments. The largest populations of razorback suckers in the upper Basin are found in the upper Green and lower Yampa Rivers (Tyus 1987). Lanigan and Tyus (1989) estimated a population of 948 adults (95 percent confidence interval: 758 to 1,138) in the upper Green River. Eight years later, the population

16

was estimated at 524 adults (95 percent confidence interval: 351-696) and the population was characterized as stable or declining slowly with some evidence of recruitment (Modde et al. 1996). They attributed this suspected recruitment to unusually high spring flows during 1983-1986 that inundated portions of the floodplain used as nurseries by young. In the Colorado River, most razorback suckers occur in the Grand Valley area near Grand Junction, Colorado; however, they are increasingly rare. Osmundson and Kaeding (1991) reported that the number of razorback sucker captures in the Grand Junction area has declined dramatically since 1974. Between 1984 and 1990, intensive collecting effort captured only 12 individuals in the Grand Valley (Osmundson and Kaeding 1991). The wild population of razorback sucker is considered extirpated from the Gunnison River (Burdick and Bonar 1997).

Scientifically documented records of wild razorback sucker adults in the San Juan River are limited to two fish captured in a riverside pond near Bluff, Utah in 1976, and one fish captured in the river in 1988, also near Bluff (Platania 1990). Large numbers were anecdotally reported from a drained pond near Bluff in 1976, but no specimens were preserved to verify the species. No wild razorback sucker were found during the 7-year research period (1991-1997) of the SJRRIP (Holden 1999). Hatchery-reared razorback sucker, especially fish greater than 350 millimeters (13.8 inches), introduced into the San Juan River in the 1990s have survived and reproduced, as evidenced by recapture data and collection of larval fish (Brandenburg and Farrington 2008).

Without intervention through propagation programs, razorback suckers would be in imminent danger of extirpation in the wild. The razorback sucker was listed as endangered October 23, 1991 (56 FR 54957). As Bestgen (1990) pointed out:

> Reasons for decline of most native fishes in the Colorado River Basin have been attributed to habitat loss due to construction of mainstream dams and subsequent interruption or alteration of natural flow and physio-chemical regimes, inundation of river reaches by reservoirs, channelization, water quality degradation, introduction of nonnative fish species and resulting competitive interactions or predation, and other man-induced disturbances (Miller 1961, Joseph et al. 1977, Behnke and Benson 1983, Carlson and Muth 1989, Tyus and Karp 1989). These factors are almost certainly not mutually exclusive; therefore it is often difficult to determine exact cause and effect relationships.

The razorback sucker recovery goals identified streamflow regulation, habitat modification, predation by nonnative fish species, and pesticides and pollutants as the primary threats to the species (USFWS 2002b). Within the upper Colorado River Basin, recovery efforts include the capture and removal of razorback suckers from all known locations for genetic analyses and development of brood stocks. In the short-term, augmentation (stocking) may be the only means to prevent the extirpation of razorback sucker in the upper Colorado River Basin. However, in the long-term it is expected that natural reproduction and recruitment will occur. A genetics management plan and augmentation plan have been written for the razorback sucker (Crist and Ryden 2003).

## ENVIRONMENTAL BASELINE

The environmental baseline includes the past and present impacts of all Federal, State, and private actions and other human activities in the action area; the anticipated impacts of all proposed Federal projects in the action area that have already undergone formal section 7 consultation; and the impact of State or private actions contemporaneous with the consultation process. All projects previously built or consulted on, and those State or private projects presently being built or considered that deplete water from the San Juan River Basin are in the environmental baseline for this proposed action. The baseline does not include the effects of the action under review, only actions that have occurred previously.

The Service describes the environmental baseline in terms of the biological requirements for habitat features and processes necessary to support life stages of the subject species within the action area. When the environmental baseline departs from those biological requirements, the adverse effects of a proposed action on the species or proposed critical habitat are more likely to jeopardize the listed species or result in destruction or adverse modification of proposed critical habitat.

## STATUS OF THE SPECIES IN THE ACTION AREA

### Colorado Pikeminnow

Platania and Young (1989) summarized historic fish collections in the San Juan River drainage that indicate that pikeminnow once inhabited reaches above what is now Navajo Dam and Reservoir near Rosa, New Mexico (now inundated by Navajo Reservoir). Lake Powell and Navajo Reservoir resulted in the direct loss of approximately 161 kilometers (100 miles) of San Juan River habitat for the two endangered fishes (Holden 2000). Since closure of Navajo Dam in 1963, the accompanying fish eradication program, physical changes associated with the dam, and barriers to movement, wild pikeminnow have been eliminated from the upper San Juan River upstream of Navajo Dam. Below Navajo Dam, summer water temperatures are colder and winter water temperatures are warmer than the pre-dam condition. The first 10 kilometers (6.2 miles) below the dam are essentially sediment free, resulting in the clearest water of any reach (Miller and Ptacek 2000). The cool, clear water has allowed development of an intensively managed blue-ribbon trout fishery to the exclusion of most native species (Miller and Ptacek 2000).

During the seven-year research period (1991 to 1997) it was estimated that there were fewer than 50 adult pikeminnow in the San Juan River in any given year (Ryden 2000a). In 2000, it was estimated that there were 19 wild adult pikeminnow in the San Juan River from RM 136.6 to RM 119.2 (95 percent C.I. 10-42; Ryden 2000a). No wild pikeminnow have been captured since 1999 (Ryden annual monitoring reports 2000-2008, Davis and Furr 2008). Current monitoring protocol is not designed to determine population estimates and no estimates have been made in recent years.

Radio tagged adults and monitoring results indicate that pikeminnow in the San Juan appear to have relatively small home ranges and primarily use habitats from RM 109 to RM 142 (Holden 2000). Spawning has been documented in a region of high channel complexity characterized by shifting gravel bars from RM 133.4 to RM 129.8 (Ryden 2000a). Additional suitable spawning

habitat has been identified at RM 173.7 and 168.4 (Bliesner and Lamarra 2003). Drift data from 1995 suggested a spawning site considerably downstream of RM 129 (Platania et al. 2000) but its location was not identified. Prior to spawning, adults stage at the mouth of the Mancos River. Based on the collection of larval fish from 1993 to 2007, spawning has occurred between June 24 and July 18 (Brandenburg and Farrington 2008). Larval and juvenile pikeminnow have been collected from low velocity shoreline and backwater habitats downstream of RM 130 (Ryden 2000a, Brandenburg and Farrington 2008).

The SJRRIP has a multi-pronged approach to recovery that has involved removal of migration barriers, augmentation, mimicry of a natural hydrograph, adult and larval fish monitoring, habitat and water quality monitoring and control of nonnative species. Between 1987 and 1996, no wild pikeminnow adults were caught above Shiprock (approximately RM 150). One of the goals of the SJRRIP is range expansion of pikeminnow through the removal of migration barriers (SJRRIP 1995). The removal of the diversion at Cudei (RM 142), construction of non-selective fish passage at the Hogback Diversion (158.6) and the completion of the PNM (RM 166.1) selective fish passage ladder in 2003 has restored fish access to about 36 miles of critical habitat on the San Juan River for pikeminnow. From 2003 to 2007, 27 pikeminnow passed through the selective fish passage ladder as well as over 65,000 other native fishes (Lapahie 2007, in litt). In 2004, 5 pikeminnow (226-250 total length [8.9-9.8 inches]) were caught in the lower few miles of the Animas River (Ryden 2005a). These fish were all age-2 that had been stocked in June 2004 about 0.3 RMs downstream of the Animas River confluence (Ryden 2005a).

Experimental stocking of pikeminnow in the San Juan River began in 1996. Between 1996 and 2000, approximately 832,000 larval pikeminnow were stocked in the San Juan River. About 727,000 were stocked between RM 141 and 158. The balance was stocked at RM 52 (Ryden, 2003b). Initial retention was encouraging and over winter survival was high (spring captures = 62.5-62.7 percent of fall captures) and survival between age-1 and age-2 based on recapture rates neared 100 percent (Archer et al. 2000). As a result of this initial success an augmentation plan began in 2002 with a goal of stocking and monitoring 300,000 age-0 pikeminnow at RM 180.2 and RM 158.6 for seven years. A total of 1,781,154 Colorado pikeminnow was stocked into the San Juan River between 2002 and 2007 (Ryden 2008b). Target stocking numbers were exceeded in 2007 with 475,970 age-0 fish stocked (target 300,000) and 3,256 age-1 fish stocked (target 3,000) (Ryden 2008b). The target for age-1 fish was also exceeded in 2008 with 4,857 fish stocked (Ulibarri 2008 in litt.). Although capture of age-4 and older pikeminnow is rare (Ryden 2008a), the capture of an age-11 pikeminnow that was stocked in 1996 as an age-0 fish (Davis and Furr 2008) indicates that at least some of stocked fish are surviving to reproductive age.

**Razorback Sucker**

As described for pikeminnow, the construction of Lake Powell and Navajo Reservoir resulted in the direct loss of approximately 161 kilometers (100 miles) of habitat in the San Juan River for razorback sucker. Since closure of Navajo Dam in 1963, the accompanying fish eradication program, physical changes associated with the dam, and barriers to movement, razorback sucker have been eliminated from the San Juan River above Navajo Dam. The first 10 kilometers (6.2 miles) below Navajo Dam, summer water temperatures are colder and the cool, clear water has allowed development of an intensively managed blue-ribbon trout fishery to the exclusion of most native species, including razorback sucker (Miller and Ptacek 2000).

19

Beginning in May 1987, and continuing through October 1989, complementary investigations of fishes in the San Juan River were conducted in Colorado, New Mexico, and Utah (Platania 1990, Platania et al. 1991). In 1987, a total of 18 adult razorbacks were collected (six were recaptured once) on the south shore of the San Juan arm of Lake Powell (Platania 1990, Platania et al. 1991). These fish were captured near a concrete boat ramp at Piute Farms Marina and were believed to be either a spawning aggregation or possibly a staging area used in preparation for migration to a spawning site. Of the 12 razorback suckers handled in 1987, 8 were ripe males and the other 4 specimens were females that appeared gravid.

In 1988, a total of 10 razorback suckers were handled at the same general location, 5 of which were in reproductive condition (Platania et al. 1991). Six of the 10 individual specimens in the 1988 samples were recaptures from 1987. Also in 1988, a single adult tuberculate male razorback sucker was captured in the San Juan River near Bluff, Utah (RM 80) (Platania 1990, Platania et al. 1991). This was the first confirmed record of this species from the main stem San Juan River and suggested that razorback suckers were attempting to spawn in the river. No wild razorback suckers have been collected on the San Juan River since 1988 (Ryden, USFWS, pers. comm. 2005). A Schnabel multiple-census population model estimated that there were approximately 1,200 razorback suckers in the San Juan River from RM 158.6 to 2.9 in October 2004 (Ryden 2005b). This population estimate refers to stocked razorback sucker.

In March 1994, 15 radio-tagged razorback suckers were stocked in the San Juan River at Bluff, Utah (RM 79.6), near Four Corners Bridge (RM 117.5), and above the Mixer in New Mexico (RM 136.6). Monitoring found these razorback suckers using slow or slackwater habitats such as eddies, pools, backwaters, and shoals in March and April, and fast water 92 percent of the time in June and August (Ryden and Pfeifer 1995b). An additional 16 radio-tagged adults and 656 PIT-tagged fish were stocked in the same locations and at an additional site just below the Hogback Diversion in New Mexico (RM 158.5) in October 1994. Radio-tagged and PIT-tagged razorback suckers were found in small numbers from the Hogback Diversion (RM 158.6) to 38.1 river miles above Lake Powell in 1995, indicating that the San Juan River provided suitable habitat to support subadult and adult razorback sucker on a year-round basis (Ryden and Pfeifer 1996).

As described for pikeminnow, the SJRRIP has a multi-pronged approach to recovery that has involved removal of migration barriers, augmentation, mimicry of a natural hydrograph, adult and larval fish monitoring, habitat and water quality monitoring and control of nonnative species. One of the goals of the SJRRIP is range expansion of razorback sucker through the removal of migration barriers (SJRRIP 1995). The removal of the diversion at Cudei (RM 142), construction of non-selective fish passage at the Hogback Diversion (158.6) and the completion of the PNM (RM 166.1) selective fish passage ladder in 2003 has restored fish access to about 36 miles of habitat on the San Juan River for razorback sucker. From 2003 to 2007, 21 razorback suckers passed through the selective fish passage ladder (Lapahie 2007, in litt.).

In September 1995 and October 1996, 16 and 237 razorback suckers were stocked, respectively. The SJRRIP initiated a 5-year augmentation program for the razorback sucker in 1997 (Ryden 1997). Between September 1997, and November 2001, 5,896 subadult razorback suckers were stocked below Hogback Diversion Dam (RM 158.5). In 2007, 22,836 razorback sucker were

stocked into the San Juan River. This was the second consecutive year that the target stocking
number for razorback sucker (target = 11,400 fish) was met or exceeded. Approximately 13,800
of the stocked fish were less than the target stocking size of 300 millimeters (11.8 inches) total
length and approximately 9,000 fish met the target size.

Fish that were stocked in 1995 are still being collected during annual sampling (Ryden 2008a).
Larval razorback suckers have been collected each year since 1998, indicating that the stocked
fish are successfully spawning in the San Juan River (Brandenburg and Farrington 2008).
Razorback sucker spawning aggregations have been identified at RM 100.2 in 1997, 1999, and
2001 (Ryden 2004), at RM 17.6 in 2002 (Ryden 2004) and at RM 154.27 in 2004 (Ryden
2005b). In 2007, 207 stocked razorback suckers were collected during annual adult monitoring
(Ryden 2008a). Their sizes ranged from 221-516 millimeters (8.7- 20.3 inches) total length
(age-1 to15) (Ryden 2008a). Razorback sucker were captured from RM 170.0 to RM 7. These
results indicate the augmentation program has been successful in increasing the number of
razorback sucker in the San Juan River in a relatively short time, increasing the number of fish
much faster than if augmentation had not taken place.

## Factors Affecting Species Environment within the Action Area

### Colorado Pikeminnow and Razorback Sucker

The San Juan River is a tributary to the Colorado River and drains a basin of approximately
25,000 miles2 (65,000 kilometers2) located in Colorado, New Mexico, Utah, and Arizona
(USBOR 2003). From its origins in the San Juan Mountains of southwestern Colorado (at an
elevation exceeding 13,943 feet) (4,250 miles), the river flows westward through New Mexico,
Colorado, and into Lake Powell, Utah. The majority of water that feeds the 345 miles (570
kilometers) of river is from the mountains of Colorado. From a water resources perspective, the
area of influence for the proposed project begins at the inflow areas of Navajo Reservoir, and
extends west from Navajo Dam approximately 224 miles (359 kilometers) along the San Juan
River to Lake Powell. The dam is operated and maintained by the Bureau of Reclamation
(USBOR 2003). The major perennial tributaries in the project area are the Los Pinos, Piedra,
Navajo, Animas, La Plata, and Mancos Rivers, and McElmo Creek. There are also numerous
ephemeral arroyos and washes that contribute little flow to the San Juan River, but large
sediment loads.

As recognized in the Draft Environmental Impact Statement for Navajo Reservoir Operations
(USBOR 2002) (DEIS), changes in biodiversity associated with the historical San Juan River
occurred when Navajo Dam was placed into operation. The reservoir physically altered the San
Juan River and surrounding terrain and modified the pattern of flows downstream. Similar to
rivers downstream of other dam operations in the southwestern United States, the San Juan River
downstream of the dam became clearer due to sediment retained in the reservoir, and the water
became colder, because it is released from a deep pool of water. The DEIS states that all species
of plants and animals that existed along the river channel were affected to varying degrees. The
disruption of natural patterns of flow caused changes to the vegetation along the river banks by
altering the previously established conditions under which the plants reproduced and survived.

21

Navajo Dam regulates river flows, provides flood control and contributes to recreational and fishery activities (USBOR 2002). In addition to the changes caused to the river by dam operations, the DEIS (USBOR 2002) recognized that there were changes to how the lands in the area were used. Irrigation water provided by Navajo Dam contributed to agriculture being practiced on a large scale. The reservoir stores water for the NIIP (consultations numbers 2-22-91-F-241, 2-22-92-F-080, and 2-22-99-F-381), the Hammond Irrigation Project, and various municipal and industrial uses making it possible to nearly double the amount of irrigation in the basin. At present, the NIIP diverts an annual average of approximately 160,000 acre-feet from the reservoir for irrigation south of Farmington (USBOR 2002). In the future, this use is expected to approximately double (USBOR 2002). This will further affect the river and the native species dependent on the river both directly, through flow diversions, and indirectly, through changes in water quality, as a result of the water acquiring salts, pesticides, and fertilizers from the irrigated lands' return flows to the river (USBOR 2002).

In addition to the effects of operating Navajo Dam, over the last century, the San Juan River has experienced diversions for municipal use, resulting in a variety of return flows to the river, including industrial waste, stormwater runoff, and discharges from sewage treatment plants. Compounding these changes has been the intentional and non-intentional introduction of nonnative species of fish which compete with and predate on native species (USBOR 2002).

Although there are impacts to the river ecosystem from dam construction itself, dams have many impacts that continue after the structure is complete. Dams affect the physical, chemical, and biological components of a stream ecosystem (Williams and Wolman 1984, Collier et al. 2000, Service 1998, Mueller and Marsh 2002). Some of these effects include a change in water temperature, a reduction in lateral channel migration, channel scouring, blockage of fish passage, transformation of riverine habitat into lake habitat, channel narrowing, changes in the riparian community, diminished peak flows, changes in the timing of high and low flows, and a loss of connectivity between the river and its flood plain (e.g., Sherrard and Erskine 1991, Power et al. 1996, Kondolf 1997, Polzin and Rood 2000, Collier et al. 2000, Shields et al. 2000). Of these, change in water temperature, blockage of fish passage, transformation of riverine habitat into lake habitat, changes in the timing and magnitude of high and low flows and changes in channel morphology are discussed in greater detail.

## Water Temperature

The cold water below Navajo Dam limits the potential spawning habitat of the endangered fishes in the San Juan River. Prior to dam construction water temperatures at Archuleta (approximately 10 kilometers [6.1 miles] below the dam) were above the threshold spawning temperature of 20 °C (68 °F) for approximately 2 months (Holden 1999). Based on cumulative degree days spawning could have occurred at Archuleta by July 11 prior to dam closure (Lamarra 2007). Since dam construction, water temperature at that site is rarely over 15 °C (59 °F) and is too cold for successful pikeminnow spawning (Holden 1999, Cutler 2006, Lamarra 2007). The threshold temperatures for spawning at Shiprock (approximately 125 kilometers [78 miles] below the dam) occur about 2 weeks later on average than pre-dam (Holden 1999, Lamarra 2007). Spawning is unlikely to occur from Navajo Dam to the confluence of the Animas River (approximately 72 kilometers [45 miles] below the dam) and would be delayed for two weeks or more from the confluence with the Animas River down to Shiprock (Lamarra 2007).

Water temperatures at Shiprock before the construction of Navajo Dam were above 20 °C (68 °F) from approximately mid-June until mid-September (three months) (Holden 1999). Projected temperatures at Shiprock from 1993-1996, during a portion of the 7-year research period, were above 20 °C (68 °F) for more than one month (August) (Holden 1999). Because fish are cold-blooded, their metabolism and growth depend on water temperature. The amount of food eaten, assimilation efficiency, and time to sexual maturity are affected by temperature (Lagler et al. 1977). Cold water typically decreases food consumption, decreases assimilation efficiency, decreases growth rate, and increases the time to sexual maturity (Lagler et al. 1977).

Development time of pikeminnow and razorback sucker embryos is inversely related to temperature and survival is reduced at temperatures that depart from 20 °C (68 °F) (Bulkley et al. 1981, Hamman 1982, Bestgen 2008). Marsh (1985) found that for razorback suckers, time to peak hatch was 216 hours (9 days) at 15 °C (59 °F) and 84 hours (3.5 days) at 25 °C (77 °F) and that the percent of eggs hatched was highest at 20 °C (68 °F). Bestgen (2008) found that fastest growth of razorback sucker occurred at 25.5 °C (77.9 °F). Fast larval growth may be linked to higher survival rates because the faster the larval fish grow, the less time they are highly susceptible to predation.

All pikeminnow eggs tested died at incubation temperatures of 15 °C (59 °F) or lower (Marsh 1985). Marsh (1985) concluded that his results indicated that survival and hatching success were maximized near 20 °C (68 °F). Bestgen and Williams (1994) found that mean hatch of pikeminnow was 54 to 79 percent for temperatures of 18, 22, and 26 °C (64.4, 71.6, and 78.8 °F) and that there was no significant difference among the treatments showing a relatively wide range of acceptable incubation temperatures above 18 °C (64.4 °F). In addition, Bestgen et al. (2006) found that early hatching pikeminnow larvae in the Green River were almost twice the size of late hatching ones because they had more time to grow.

Because the combination of a suitable spawning bar (an area of sediment-free cobbles) and suitable temperatures occur low on the San Juan at the Mixer (RM 133.4 to RM 129.8), there is a greater chance that larval fish will drift into Lake Powell and be lost from the population. Dudley and Platania (2000) found, based on a neutral buoyancy bead study, that drifting larval pikeminnow would be transported from the Mixer to Lake Powell in as little as three days. For those larval fish not carried into Lake Powell, a delay in spawning (which reduces the amount of time YOY have to grow before winter) and overall colder water temperatures (resulting in slower growth) could lead to smaller, less fit YOY, and reduce survival. While this reasoning is biologically sound, because there are so few pikeminnow in the San Juan River, the consequences of lower water temperatures on survival and recruitment of pikeminnow have not been tested for this river. There is speculation that the large volume of cold water in the upper Green River may be a major reason why larval pikeminnow drift so far downstream (Holden 2000). The same pattern may also occur on the San Juan River.

In conclusion, cold water released from Navajo Dam has the following effects on razorback sucker and pikeminnow: water temperatures that were once suitable for spawning for pikeminnow near Archuleta are no longer suitable; and, if spawning were to occur near Shiprock, it would be delayed by approximately 2 weeks compared to pre-dam. A delay in spawning reduces the amount of time that larval fish have to grow before winter and colder temperatures reduce growth rate increasing the amount of time that the larval fish are highly susceptible to predation.

23

**Blockage of Fish Passage**
Like other major dams on the Colorado River and its tributaries, Navajo Dam blocked all fish
passage. While native fish once could move unimpeded from the San Juan River into the
Colorado River and its tributaries, they are now confined to a relatively short reach of 362
kilometers (225 miles) between Lake Powell and Navajo Dam. If adverse conditions occur
(extreme low flow, extreme high flow, unfavorable temperatures or water quality) the fish cannot
escape or seek refuge in the Colorado River as they once could. Razorback sucker and
pikeminnow that may have been trapped above the reservoir have all died or were killed during
treatment with rotenone (Olson 1962, Holden 1999). In addition to the major dams, diversion
structures constructed in the San Juan River have also created barriers to fish passage.

Ryden and Pfeifer (1993) identified five diversion structures between Farmington, New Mexico,
and the Utah state line that potentially acted as barriers to fish passage at certain flows (Cudei,
Hogback, Four Corners Power Plant, San Juan Generating Station (PNM weir), and Fruitland
Irrigation Canal diversions). When radio telemetry studies were initiated on the San Juan River
in 1991, only one radio-tagged pikeminnow was recorded moving upstream past one of the
diversions. In 1995, an adult pikeminnow moved above the Cudei Diversion and then returned
back downstream (Miller and Ptacek 2000). Other native fish had been found to move either
upstream or downstream over all five of the weirs (Buntjer and Brooks 1997, Ryden 2000a). In
2001, Cudei Diversion (RM 142) was removed from the river and Hogback Diversion
(previously an earth and gravel berm structure), which had to be rebuilt every year, was made
into a permanent structure with non-selective fish passage. Channel catfish that were tagged
downstream of the Hogback Diversion in spring and summer 2002 were recaptured upstream of
the structure in summer and fall 2002. It is likely that pikeminnow, razorback sucker, and other
native fishes can negotiate the ladder. The removal of Cudei Diversion and installation of the
fish ladder at Hogback Diversion improved access for native fishes over a 24.5 mile reach of
river.

Until 2003, the PNM weir (RM 166) was also a barrier to fish passage. Thanks to funding and
technical assistance from the SJRRIP and operation and maintenance by the Navajo Nation, the
PNM selective fish ladder was completed and has been operational since 2003. This has allowed
passage past that structure by pikeminnow and razorback suckers. From 2003 to 2007, 65,596
native fish used the passage including 27 pikeminnow and 21 razorback suckers (LaPahie 2007
in litt.). However, the Four Corners Power Plant (Arizona Public Service) Diversion at RM
163.3 can act as a fish barrier when the control gate for the structure is closed (Masslich and
Holden 1996). Above the PNM weir, at the Fruitland Irrigation Canal Diversion (RM 178.5),
model results reported in Evaluation of the Need for Fish Passage (Stamp and Golden 2005)
suggest that the rock dam structure does not significantly hinder fish passage, expect perhaps at
very high discharges (8,000 cubic feet per second and greater).

Dams have fragmented razorback sucker and pikeminnow habitat throughout the Colorado River
system. Within the San Juan River, fish passage was once impeded by five in-stream structures.
One of these structures has been removed, two have been equipped with fish passage structures,
and two remain as impediments to fish passage for part of the year depending on flow.
However, no remaining structures are complete barriers within critical habitat. Pikeminnow and
razorback sucker can potentially navigate from Lake Powell, past the Animas River, up to the
Hammond Diversion Dam, a total of approximately 338 kilometers (210 miles).

24

**Transformation of Riverine into Lake Habitat**

Lake Powell inundated the lower 87 kilometers (54 miles) of the San Juan River and Navajo Reservoir inundated another 43 kilometers (27 miles). The two reservoirs reduced the potential range and habitat for the two endangered fishes from about 523 kilometers (325 miles) to 362 kilometers (225 miles) and inundated potential pikeminnow spawning areas in the upper San Juan River (Holden 2000). Although the loss of habitat is substantial, several other problems for native fishes resulted from the creation of lakes. The larvae of razorback sucker and pikeminnow drift downstream until they find suitable nursery habitat (backwaters or other low velocity areas) (Holden 2000). Because the river has been truncated 87 kilometers (54 miles) on the lower end, there are many fewer stream miles available for nursery habitat. Some pikeminnow in the Green and Colorado River systems drift up to 322 kilometers (200 miles) from spawning areas before finding nursery habitat, while others use nursery areas only a few miles below the spawning areas (Trammell and Chart 1999). The majority of YOY pikeminnow that have been collected in the San Juan River have been at the inflow to Lake Powell (Buntjer et al. 1994, Lashmett 1994, Archer et al. 1995, Platania 1996). Because of the many predators present and lack of suitable habitat, it is unlikely that larvae survive in Lake Powell.

In 1961, prior to the filling of Navajo Dam, New Mexico Department of Game and Fish used rotenone "to eliminate trash fish species" from the Pine River (24 kilometers [15 miles]), the Navajo River (9.6 kilometers [6 miles]), and the San Juan River (120 kilometers [75 miles]) (Olson 1962). Fourteen species of fish were eliminated in the treated section of river (Olson 1962). There were three drip stations on the San Juan River that effectively killed the majority of the fish from the Colorado state line, near Rosa, New Mexico, down to Fruitland, approximately 64 kilometers (40 miles) below Navajo Dam (Olson 1962). Included in the list of fish eliminated was pikeminnow (Olson 1962). The number of fish killed was not recorded because of the large scale of the project (Olson 1962). The intent of the project was to reduce (eliminate) competition and predation between native fish and the nonnative trout fishery that was to be established.

Lake Powell is populated by several fish species not native to the Colorado River that are predators on native fish. As mentioned earlier, larval native fish that drift into Lake Powell are almost certainly lost to predation by largemouth bass, smallmouth bass, striped bass, walleye, or crappie (*Pomoxis* sp.). Striped bass migrates up the San Juan River as far upstream as the PNM weir (RM 166) in some years (Davis 2003). Adult striped bass are piscivorous (Moyle 1976). In 2000, 432 striped bass were captured during monitoring trips for pikeminnow and during trips to remove nonnative fishes (Davis 2003). The contents of 38 stomachs were analyzed and native suckers were found in 41 percent (Davis 2003). This migratory predator is a threat to both YOY and juvenile native fish.

In conclusion, the transformation of riverine habitat into lake habitat had the following impacts on razorback sucker and pikeminnow:

1) Approximately 128 kilometers (80 miles) of river was inundated and no longer provide suitable habitat for both fish with the exception of adult razorback sucker, which can use portions of Lake Powell (Platania et al. 1991).

2) Nursery habitat for both species was inundated when Lake Powell was created (and filled).

25

3) The emphasis of fisheries management shifted to game fish production. Consequently riverine habitat that supported native fish, including razorback sucker and pikeminnow, was treated with rotenone (after Navajo Dam was constructed) so that game fish production in the reservoirs could be promoted (Olson 1962, Holden 1991, Quartarone and Young 1995).

4) Nonnative game fish were stocked in Lake Powell and Navajo Reservoir. Nonnative fish are believed to limit the success of pikeminnow and razorback sucker recruitment and are considered biological threats to the species (McAda and Wydoski 1980, Minckley 1983, Osmundson 1987, Tyus 1987, Ruppert et al. 1993, Bestgen 1997, Bestgen et al. 1997, Service 1998, McAda and Ryel 1999, Muth et al. 2000).

**Changes in the Timing and Magnitude of Flows**
Natural flow regimes are essential to the ecological integrity of large western rivers (USFWS 1998) and for the maintenance or restoration of native aquatic communities (Lytle and Poff 2004, Propst and Gido 2004, Propst et al. 2008). The flow regime works in concert with the geomorphology of the basin to establish and maintain the physical, chemical, and biological components of a stream ecosystem (Williams and Wolman 1984, Allan 1995, Collier et al. 2000, Service 1998, Mueller and Marsh 2002). With a natural flow regime streams and rivers retain those ecological attributes with which the native fauna evolved. Some of these ecological attributes and biological components include the native aquatic communities, water temperature, channel formation and migration, the riparian community, connectivity between the river and its flood plain (e.g., Sherrard and Erskine 1991, Allan 1995, Power et al. 1996, Kondolf 1997, Polzin and Rood 2000, Collier et al. 2000, Shields et al. 2000). Equally important is that a natural flow regime is less likely to provide the conditions suitable for the establishment and colonization of systems by nonnative species which evolved under a different set of biotic and abiotic conditions (Propst et al. 2008).

Typical of rivers in the Southwest, the San Juan River was originally characterized by large spring snowmelt peak flows, low summer and winter base flows, and high-magnitude, short-duration summer and fall storm events (Holden 1999). The completion of Navajo Dam in 1962 and subsequent dam operations through 1991 substantially altered the natural hydrograph of the San Juan River (Holden 1999). Operations appreciable reduced the magnitude and a changed the timing of the annual spring peak. Historically, flows in the San Juan River were highly variable and ranged from a low of 44 cubic feet per second in September 1956, to a high of 19,790 cubic feet per second in May 1941 (mean monthly values) at the U.S. Geological Survey (USGS) Station gauge near Shiprock, New Mexico. The flows for this period of time do not necessarily represent a "natural" condition because water development began in the basin near the turn of the century and many irrigation projects that diverted and depleted water from the San Juan River were already in place. For the 49 years of record prior to Navajo Dam a peak spring flow greater than 15,200 cubic feet per second occurred 13 times (25 percent of the time). The highest spring peak flow recorded (daily mean) was 52,000 cubic feet per second (June 30, 1927). In wet years, dam releases began early to create space in the reservoir to store runoff (Holden 1999). The peak discharge averaged 54 percent of the spring peak of pre-dam years. The highest mean monthly flow was 9,508 cubic feet per second (June 1979), a decrease of more than 10,000 cubic feet per second compared to pre-dam years. Base flows were substantially elevated in comparison to pre-dam years. The median monthly flow for the base flow months (August-February) averaged 168 percent of the pre-dam period (Holden 1999).

Minimum flows were elevated and periods of near-zero flow were eliminated with a minimum monthly flow during base-flow periods of 250 cubic feet per second compared to 65 cubic feet per second for the pre-dam period (Holden 1999). The hydrograph was flatter during this time period.

During the 1991 to 1997 research period, flows were manipulated by the Bureau of Reclamation in coordination with the SJRRIP to determine fish population and habitat responses when Navajo Dam was operated to mimic a natural hydrograph (Holden 1999). Thanks to the Bureau of Reclamation's flexibility in managing flows and the technical input from the SJRRIP this period of experimental flow manipulations allowed researchers an opportunity to develop flow recommendations. A more natural hydrograph was maintained during this period (1991 to 1997) of experimental flows. The research flow period was more similar to the years that followed (1998 to present) than they were prior to 1991. For this reason, the years from 1991 to present were used to analyze the effects of the Flow Recommendations on physical habitat and endangered fish populations.

Navajo Dam has been operated to meet the Flow Recommendations since their publication in 1999 (Holden 1999). A natural hydrograph has been mimicked but not replicated. Achieving peak magnitudes is no longer possible because of release restrictions at the dam. The more natural hydrograph created by the Flow Recommendations is an improvement over the pre-1991 hydrograph. With the reoperation of Navajo Dam the native fish receive the proper cues at the proper times to trigger spawning and more suitable habitat is available at the proper times for young fish. It is hypothesized that suitable physical habitat characteristics for native fishes will be created and maintained over time.

A second factor which may be affecting the timing and magnitude of flows in the San Juan River is climate change. In the Colorado River basin, records document an annual mean air surface temperature increase of approximately 1.4 °C (2.5 °F) over the past century with temperatures today at least 0.8 °C (1.5 °F)warmer than during the 1950 drought (NRC 2007, Lenart 2007). Udall (2007) found that multiple independent data sets confirm widespread warming in the West. Both in terms of absolute degrees and in terms of annual standard deviation, the Colorado River Basin has warmed more than any region of the United States (NRC 2007).

In the western United States warming has resulted in a shift of the timing of spring-snowmelt driven streamflow. Stewart et al. (2004) show that timing of spring snowmelt and runoff in the western United States during the last five decades has shifted so that the major peak runoff now arrives 1 to 4 weeks earlier, resulting in less flow in the spring and summer. While it is reasonable to expect that runoff in the San Juan River is occurring earlier because of warmer air temperatures, analysis of the timing of spring runoff has not been done. However, Westfall and Bliesner (2008) looked at the predictions of several models using two emissions scenarios and all of them predicted that by 2099 runoff in the San Juan River would occur approximately one month earlier than historical conditions. How much earlier spring runoff is currently occurring, if at all, compared to the historical condition has not been analyzed.

In conclusion, climate change has increased air temperatures in the Colorado River basin. The most likely consequence of warmer temperatures is that spring runoff is occurring earlier in the San Juan River; however, the data have not yet been analyzed. Because spawning is cued to spring runoff, spawning may also be occurring earlier. If spawning occurs earlier, it would

27

provide a longer growing season for larval fish. Because water temperatures in the San Juan River are colder than historical conditions in the summer because of deep water releases from Navajo Reservoir, having a longer growing season may have a positive effect on recruitment of endangered fish. However, other consequences of climate change such as reduced runoff, affecting the magnitude of flow, would not be positive.

## Changes in Channel Morphology

The quantity and timing of flows influence how the channel and various habitats are formed and maintained. It is hypothesized that the channel width during the 1930s was much wider than the historical condition as large amounts of sediment entered the river in response to upland habitat degradation and erosion caused by overgrazing (Holden 1999). Channel narrowing is a problem because as the channel width decreases, water velocity increases, and the amount of low velocity habitats, important to the early life stages of the fish, decreases (USFWS 1998). Between the 1930s and 1950s the channel narrowed by an average of 29 percent between the present day site of Navajo Dam (RM 224) and RM 67 (Holden 1999). From 1930 to 1942, suspended sediment load was approximately 47,200,000 tons/year (Holden 1999). Between 1943 and 1973, suspended load dropped by half to 20,100,000 tons/year (Holden 1999). The 1930s aerial photography shows a sand-loaded system, and where the channel was not confined, the river was broad during high flows and braided during low flows (Holden 1999).

Channel narrowing before 1962 was most likely due primarily to the reduction in sediment load. Channel narrowing in later years (after 1962) corresponds to the modification of flows by Navajo Dam and the introduction and encroachment of Russian olive (Holden 1999). Reduced peak flows after Navajo Dam was completed (1962 to 1991) exacerbated the growth of exotic riparian vegetation (primarily salt cedar and Russian olive). These nonnative trees armored the channel banks and contributed to the creation of a narrower channel (Bliesner and Lamarra 1994). Modification of flows and nonnative vegetation led to more stabilized channel banks, a deeper, narrower main channel, and fewer active secondary channels (Holden 1999).

Since 1992, when a natural hydrograph was mimicked, peak flows have been higher than in the pre-experimental research flow period (prior to 1991). Backwater habitat, an important nursery area for fish, reached a low in 2003 at about 20 percent of the peak value (Bliesner et al. 2008). The trend reversed in 2004 and in 2005, more backwaters were recorded. There was not an increase in 2006, a dry year with a small release from the reservoir (Bliesner et al. 2008). Other low velocity habitat (i.e., pools, eddies), slackwater, and shoal areas have not changed significantly since 1992 (Bliesner 2004).

Channel complexity is another important component of razorback sucker and pikeminnow habitat. One measure of channel complexity is the number and area of islands present. Between 1950 and 1960 there was a large decrease in island area (Bliesner 2004). Vegetation encroached on the channel and long secondary channels were cut off as the floodplain stabilized. The increase in vegetation during this period coincided with a long-term drought, which contributed to channel simplification (Bliesner 2004). Between 1960 and 1988, island area increased to the levels that were present in 1934 (Bliesner 2004). The 10 years prior to 1988 were the wettest on record, so although salt cedar and Russian olive continued to increase in the floodplain, the large flows opened secondary channels, creating large islands. Since 1992, there has been a cumulative reduction in island count at low flow of about 25 percent (Bliesner and Lamarra 2007). The island count, normalized for flow at mapping shows a significant (p=<0.01)

downward trend with time, indicating channel simplification. The greatest loss of islands has
occurred in Reach 5. Channel simplification is of particular concern here because Reach 5
includes known spawning habitat for pikeminnow.

A second related relationship of total wetted area over time, normalized for flow at mapping,
shows a trend of total wetted area decreasing by about 10 percent (Bliesner and Lamarra 2007).
This channel simplification has been attributed to extended drought and encroachment of
Russian olive and salt cedar. The encroachment is exacerbated during dry periods when flow in
secondary channels is inadequate to remove young vegetation or prevent establishment of new
vegetation. Once the vegetation is established it becomes an effective trap for fine sediments by
creating increased channel roughness and low boundary velocities. Once vegetation is
established on main channel margins and within secondary channels it is more difficult for those
channels to be flushed and for new ones to be created during high flow years (Bliesner and
Lamarra 2007).

At current population levels, habitat does not appear to be a limiting factor for either the
razorback sucker or pikeminnow adults (Holden 2000). However, the habitat needs of larval fish
have not been thoroughly explored and further research may find specific habitat needs that are
not being met or that are limiting (Holden 2000). In conclusion, there is a trend towards an
increase in backwaters, channel simplification, channel narrowing, reduced wetted area, and loss
of islands (Bliesner and Lamarra 2007). Although channel morphology has been monitored for a
relatively short time and the recent drought and lack of high flows may have an over-riding
influence on channel-forming processes it appears that flow manipulation alone may be
inadequate to restore channel complexity.

## Water Quality
In addition to the physical changes from dams and water diversions, and biological changes from
introduction of nonnative fish, chemical changes have occurred as a result of widespread
irrigation and drainwater disposal in the Colorado River Basin (Finger et al. 1995, Thomas et al.
1998, Engberg et al. 1998). Quartarone and Young (1995) interviewed 111 people who
recounted numerous experiences from the 1920s to the early 1950s and noted that in the late
1940s and early 1950s, Colorado "whitefish" (as pikeminnow were called at the time) were
becoming rare in the upper Colorado River Basin. They believed that this rarity was the result of
pollution in the rivers from dumping of raw sewage, railroad oil, and wastewaters.

Surface and groundwater quality in the Animas, La Plata, Mancos, and San Juan River drainages
have become significant concerns (Abell 1994). Changes in water quality and contamination of
associated biota are known to occur in the Bureau of Reclamation projects in the San Juan
drainage (specifically associated with irrigated lands on the Pine and Mancos Rivers) where
return flows from irrigation make up a portion of the river flow (Sylvester et al. 1988). Increased
loading of the San Juan River and its tributaries with heavy metals; elemental contaminants such
as selenium, salts, polycyclic aromatic hydrocarbons (PAHs); and pesticides have degraded
water quality of the San Juan River in critical habitat (Abell 1994, Wilson et al. 1995, Simpson
and Lusk 1999).

Information on existing water quality in the San Juan River has been derived from data gathered
by the U.S. Department of the Interior (DOI) as part of its National Irrigation Water Quality
Program investigation of the San Juan River area in Colorado, New Mexico, and Utah; results

29

from the Bureau of Reclamation's water quality data for the Animas-La Plata Project; and ongoing contaminant monitoring and research conducted as part of the SJRRIP. Some of this information has been presented in Blanchard et al. (1993), Abell (1994), Wilson et al. (1995), Thomas et al. (1998), and other references cited in Simpson and Lusk (1999). Thomas et al. (1998) found that concentrations of most potentially toxic elements analyzed from the San Juan River drainage in their study, other than selenium, were generally not high enough to be of concern to fish, wildlife, or humans.

PAHs are compounds that may reach aquatic environments in domestic and industrial sewage effluents, in surface runoff from land, from deposition of airborne particulates, and particularly from spillage of petroleum and petroleum products into water bodies (Eisler 1989). Wilson et al. (1995) reported that concentrations of PAHs were elevated in the Animas River, but no identification of source location or activity has been made. The San Juan River below Montezuma Creek also had elevated levels of PAHs; and seasonal increases in PAH concentrations were detected in the Mixer area of the river (a potential spawning site for pikeminnow). PAH levels in the bile of common carp and channel catfish sampled were high in one fish and moderate in several other fish from the San Juan River. The presence of PAH metabolites in bile of every fish sampled suggested some level of exposure to hydrocarbons (Wilson et al. 1995). Service analyses of PAH contamination of aquatic biota of the San Juan River, and liver tissue examinations of fish in the river, raised concerns regarding the exposure of these organisms to contaminants introduced into the basin. However, PAHs did not appear to be a system-wide stressor to native fishes in the San Juan at the time of the study (Holden 2000).

Selenium (a trace element) occurs naturally in many soil types, and is abundant in the drier soils of the West. Selenium enters surface waters through erosion, leaching and runoff. Sources of selenium, both anthropogenic and natural, in the San Juan River, have been reported by O'Brien (1987), Blanchard et al. (1993), and Thomas et al. (1997, 1998). Selenium, although required in the diet of fish at very low concentrations (less than 0.5 micrograms per gram on a dry weight basis ($\mu g/g$), is toxic at higher levels ($> 3$ $\mu g/g$), and may be adversely affecting endangered fish in the upper Colorado River Basin (Hamilton 1999). Excess dietary selenium causes elevated concentrations of selenium to be deposited into developing eggs, particularly the yolk (Buhl and Hamilton 2000). If concentrations in the egg are sufficiently high, developing proteins and enzymes become dysfunctional and lead to deformed embryos or embryos that may be at higher risk for mortality.

Selenium concentrations in the San Juan River Basin are of concern because of its documented effects on fish and wildlife reproduction and survival and high levels detected in some locations within the basin (Blanchard et al. 1993, Wilson et al. 1995, Thomas et al. 1998). Selenium concentrations can be elevated in areas where irrigation occurs on soils which are derived from or which overlie Upper Cretaceous marine sediments. Thomas et al. (1998) found that water samples from DOI project irrigation-drainage sites developed on Cretaceous soils contained a mean selenium concentration about 10 times greater than those in samples from DOI project sites developed on non-Cretaceous soils. Percolation of irrigation water through these soils and sediments leaches selenium into receiving waters. Other sources of selenium likely include power plant fly ash and oil refineries in the basin (Abell 1994). Water depletions, by reducing dilution effects, can increase the concentrations of selenium and other contaminants in water, sediments, and biota (Osmundson et al. 2000).

Some tributaries to the San Juan River carry higher concentrations of selenium than found in the
main stem river immediately upstream from their confluence with the San Juan River (Thomas et
al. 1998). Increased selenium concentrations may also result from the introduction of ground
water to the main stem of the river along its course. Although these levels are diluted by the
flow of the San Juan River, the net effect is a gradual accumulation of the element in the river as
it travels downstream. For example, concentrations of selenium in water samples collected from
the main stem of the San Juan River exhibited a general increase in maximum recorded values
with distance downstream from Archuleta, New Mexico, to Bluff, Utah, (less than 1 µg/L
[micrograms per liter] to 4 µg/L) (Wilson et al. 1995). The safe levels of selenium
concentrations for protection of fish and wildlife in water are considered to be less than 2 µg/L
and toxic levels are considered to be greater than 2.7 µg/L (Lemly 1993, Maier and Knight 1994,
Wilson et al. 1995). However, dietary selenium is the primary source for selenium in fish
(Lemly 1993, Buhl and Hamilton 1995). Thus, sediment and biotic analyses are necessary to
further elucidate the risk of selenium to fish and wildlife.

From 1998 to 2005 the SJRRIP annually monitored water quality constituents. Trends of the
constituents with time were examined by linear correlation. There were no statistically
significant trends for this data set. During the drought years in the latter part of the record there
was a slight elevation in total dissolved solids and the associated constituents due to reduced
flows and increased percentage of return flow during the late summer. However, the water
quality remained good even during these drought times.

Selenium concentrations remain low in the mainstem, with most readings below detection.
Looking at the trend with time from 1994 to 2003, there appear to be fewer detectable readings.
There is an increasing trend of detectable readings down river as more tributary flow enters the
system, but this has not increased with time. With the exception of the measurement of 9 parts
per billion total recoverable selenium at Mexican Hat, the maximum concentration measured in
the San Juan River during the 1994 to 2003 period was 2 parts per billion, with most of the
detectable readings at 1 parts per billion, the detection limit. The water quality standard
exceedences do not appear to be a result of implementation of the flow recommendations and
there is no trend with time.

The SJRRIP arranged for toxicity tests to be conducted to determine the effects of environmental
contaminants in water (Hamilton and Buhl 1995), and in diet and tissues of the razorback sucker
and pikeminnow in the San Juan River (Buhl and Hamilton 2000). The waterborne toxicity tests
showed a potential threat to endangered fishes from waterborne concentrations of copper and
contaminant mixtures created to simulate the water quality conditions of two irrigation drains
(Hamilton and Buhl 1995, 1997). However, the results of the dietary toxicity tests showed that
dietary selenium (as opposed to water borne selenium) was the primary source of selenium
accumulation in pikeminnow, accumulated selenium left the tissues slowly after exposure ended,
and the selenium concentrations in eggs were significantly greater than concentrations in the
parent (Buhl and Hamilton 2000). However, the concentrations accumulated in the eggs
(9.8-11.6 µg/gram) were lower than those in eggs linked with reproductive impairment in fish
(Buhl and Hamilton 2000). Unfortunately, due to small sample size, the reproductive metrics
(number of eggs expressed, egg weight, hatchability, time to hatch, and survival, growth, and
deformities of the larvae) could not be statistically evaluated in this study (Buhl and Hamilton
2000).

Quartarone and Young (1995) suggested that irrigation and pollution were contributing factors to razorback sucker and pikeminnow population declines, and Hamilton (1999) hypothesized that historic selenium contamination of the upper and lower Colorado River Basins contributed to the decline of these endangered fish by affecting their overall reproductive success. However, because riverine systems are open systems where concentrations can vary considerably over time in relation to flow (as opposed to a closed system like a lake where concentrations tend to remain steady or increase), and because results from the 7-year research period were inconclusive, selenium concentrations are not currently seen as a limiting factor to native fishes in the San Juan River (Holden 2000). However, as recovery of the pikeminnow and razorback sucker proceeds, research should continue on this issue. These fish can live over 40 years (Behnke and Benson 1983), increasing their frequency of exposure to selenium. In addition, they often stage at tributary mouths such as the Mancos River before spawning, increasing their exposure to elevated levels of dietary selenium (Wilson et al. 1995). The impact of selenium on reproductive success may become more important in coming years as more reproduction occurs within the river from resident fish as opposed to stocked fish.

As a result of the lack of statistically significant water quality trend data, the SJRRIP discontinued annually monitoring of water quality constituents in 2005 and has recommended conducting toxicity tests every five years to determine the effects of environmental contaminants in water, and in diet and tissues of the razorback sucker and pikeminnow in the San Juan River.

## Propagation and Stocking

### Colorado pikeminnow
Because of human impacts to the Colorado and San Juan Rivers, pikeminnow was thought to be extirpated from the San Juan River (Tyus et al. 1982). Surveys conducted from 1987-1989 revealed that pikeminnow was still present in the San Juan River, but in very low numbers (Platania et al. 1991). Because of the extremely low numbers of wild pikeminnow and poor recruitment into the population, a stocking program was initiated to augment pikeminnow numbers. When the SJRRIP was established in 1992, one of the program elements was the protection of genetic integrity, management, and augmentation of populations of the endangered fish.

Experimental stocking of 100,000 YOY pikeminnow was conducted in November 1996, to test habitat suitability and quality for young life stages (Lentsch et al. 1996). Monitoring in late 1996 and 1997, found these fish scattered in suitable habitats from just below the upstream stocking site at Shiprock, New Mexico, to Lake Powell. During the fall of 1997, the fish stocked in 1996 were caught in relatively high numbers and exhibited good growth and survival rates (Holden and Masslich 1997). In August 1997, an additional 100,000 YOY pikeminnow were stocked in the river. In October 1997, the YOY stocked two months previously were found distributed below stocking sites and in relatively large numbers nearly 10 miles above the Shiprock stocking location. The 1997 stocked fish were smaller in size than those stocked in 1996, but apparently could move about the river to find suitable habitats (Holden and Masslich 1997). Because of the initial success of the stocked fish, pikeminnow have been stocked every year since 1996 (Ryden 2003a). The number of pikeminnow stocked each year is recorded in annual reports and can be viewed at the San Juan programs website (http://www.fws.gov/southwest/sjrip/).

A total of 1,781,154 pikeminnow were stocked into the San Juan River from 2002 to 2007 (Ryden 2008b). In 2007, target stocking numbers were exceeded for age-0 pikeminnow, with 475,970 fish stocked (target is 300,000), and age-1 fish, 3,256 stocked (target is 3,000). Pikeminnow from several size-classes are now captured in the San Juan River, indicating that there has been survival from several years (Ryden 2008b). The SJRRIP's augmentation program has been successful in increasing the number of pikeminnow in the San Juan River in a relatively short time, increasing the number of fish much faster than if augmentation had not taken place.

### *Razorback sucker*
Although evidence suggests that razorback suckers were once abundant in the San Juan River at least up to the confluence with the Animas River (Platania and Young 1989), wild razorback suckers, if they still exist, are extremely rare in the river. Even with intensive sampling only one adult was captured in the river from 1987-1989, and 292 collections of larval fish during that same time recovered no razorback sucker (Platania et al. 1991). Because of the limited number of razorback sucker and the lack of recruitment, a stocking program was begun to supplement the population. In 1997, the SJRRIP initiated a 5-year augmentation program for the razorback sucker (Ryden 1997). The number of razorback sucker stocked each year is recorded in annual reports available at the San Juan programs website (http://www.fws.gov/southwest/sjrip/).

Between 1994 and 2007, a total of 54,472 hatchery and pond raised razorback suckers were stocked into the San Juan River (Ryden 2008b). In 2007, 22,836 razorback sucker were stocked, the second consecutive year that the target stocking number for razorback sucker (target = 11,400 fish) was met or exceeded. Razorback sucker that have been in the river for 6 or more overwinter periods have been collected every year since 2001 (Ryden 2008a). Larval razorback suckers have been collected each year since 1998, indicating that the stocked fish are successfully spawning in the San Juan River (Brandenburg and Farrington 2008). The augmentation program has been successful in increasing the number of razorback sucker in the San Juan River in a relatively short time, increasing the number of fish much faster than if augmentation had not taken place.

### Water Depletions
As discussed previously, natural flow regimes are essential to the ecological integrity of large western rivers (USFWS 1998) and for the maintenance or restoration of native aquatic communities (Lytle and Poff 2004, Propst and Gido 2004, Propst et al. 2008). The flow regime works in concert with the geomorphology of the basin to establish and maintain the physical, chemical, and biological components of a stream ecosystem (Williams and Wolman 1984, Allan 1995, Collier et al. 2000, Service 1998, Mueller and Marsh 2002). Depletions play a major role in limiting the amount of water available for achieving the Flow Recommendations.

Significant depletions and redistribution of flows of the San Juan River have occurred as a result of other major water development projects, including the NIIP and the San Juan-Chama Project. At the current level of development, average annual flows at Bluff, Utah, already have been depleted by 30 percent (Holden 1999). By comparison, the Green and Colorado Rivers have been depleted approximately 20 percent (at Green River) and 32 percent (at Cisco), respectively (Holden 1999). These depletions have likely contributed to the decline in pikeminnow and razorback sucker populations (USFWS 1998). Depletions are expected to increase as full development of water rights and water projects occurs. To the extent that water is exported out of the basin (San Juan-Chama Project) or consumptively used (e.g., evaporation from fields,

irrigation canals, reservoir surface) it is not available to maintain flows within the river. Maintenance of streamflow is essential to the ecological integrity of large western rivers (USFWS 1998).

Water depletion projects that were in existence prior to November 1, 1992, are considered to be historic depletions because they occurred before the initiation of the SJRRIP. Projects that began after this date are considered new projects. On May 21, 1999, the Service issued BO number R2/ES-TE CL 04-054, determining that new depletions of 100 acre-feet or less, up to a cumulative total of 3,000 acre-feet, would not: 1) limit the provision of flows identified for the recovery of the pikeminnow and razorback sucker, 2) be likely to jeopardize the endangered fish species, or 3) result in the destruction or adverse modification of their critical habitat. Consequently, any new depletions under 100 acre-feet, up to a cumulative total of 3,000 acre-feet, may be incorporated under the May 21, 1999, BO, but would still require consultation.

Consultations contributing to the baseline conditions used reoperation of Navajo Reservoir in accordance with the Flow Recommendations as part of their section 7 compliance. Some of these projects have been completed (e.g., PNM Water Contract with Jicarilla Apache Nation), some are partially complete (e.g., NIIP), and some have not been fully implemented (e.g., Animas-La Plata Project). As these projects are fully implemented, the amount of water available for operational flexibility will decrease.

**Diversion Structures**
There are numerous points of diversion on the San Juan River for irrigation and energy production. In addition to acting as fish passage impediments (as discussed earlier), most of these structures do not have screens or other devices to prevent fish from entering (Holden 2000). Although anecdotal, Quartarone and Young (1995) present many stories from senior citizens that recalled seeing or catching razorback suckers from irrigation ditches, sometimes in very large numbers. Trammell (2000) reported that after stocking 500,000 larval pikeminnow below Hogback Diversion structure, 63 larvae were collected from the Cudei Diversion canal. This number represented 0.013 percent of the total stocked. Catch rate was 4.39 pikeminnow/100 m3 of water sampled.

In December 2004, 140 pikeminnow in 3 size classes were caught in the Hogback Diversion (Platania and Renfro 2005). Most of the individuals (92 percent) were between 33-65 millimeters standard length (SL) (1.3-2.5 inches) that had been stocked in October 2004. Seven were between 130-187 millimeters SL (5.1-7.4 inches) and 4 were 210-264 millimeters SL (8.3-10.4 inches) (Platania and Renfro 2005). Pikeminnow were caught from 0.5 to 17.8 canal miles from the diversion structure (Platania and Renfro 2005). In 2005, recently stocked pikeminnow were captured in the Hogback and Fruitland Diversion canals.

Pikeminnow that enter diversion structures face an uncertain fate, although fish may find their way back to the river. Because the number of fish entrained at diversion structures is unknown the SJRRIP is analyzing entrainment at all of the diversion structures. Diversions that entrain fish will be addressed by the SJRRIP.

**Nonnative Fish**

Nearly 70 nonnative fish species have been introduced into the Colorado River system over the last 100 years (USFWS 1998). Nonnative fish in the San Juan River include rainbow trout (*Oncorhynchus gairdneri*), brown trout (*Salmo trutta*), striped bass, walleye, channel catfish, black bullhead, yellow bullhead, largemouth bass, smallmouth bass, green sunfish, long-ear sunfish (*Lepomis megalotis*), bluegill, white crappie, fathead minnow, red shiner, western mosquitofish, common carp, white sucker, white sucker x flannelmouth sucker hybrids, white sucker x bluehead sucker hybrids, threadfin shad, grass carp, and plains killifish (Ryden 2000a, Buntjer 2003). Channel catfish was first introduced in the upper Colorado River Basin in 1892 (Tyus and Nikirk 1990) and is thought to have the greatest adverse effect on endangered fishes due to predation on juveniles and resource overlap with subadults and adults (Hawkins and Nesler 1991, Lentsch et al. 1996, Tyus and Saunders 1996). Adult and juvenile pikeminnow that have preyed on channel catfish and black bullhead have died from choking on the pectoral spines (McAda 1983, Pimental et al. 1985, Quartarone and Young 1995, Ryden and Smith 2002). Mechanical removal of nonnative fish (seining and electrofishing) from the San Juan River began in 1995, but was not instituted as a management tool until 1998 (Smith and Brooks 2000). Removal efforts have focused on channel catfish and common carp because they are the most abundant large-bodied nonnative fishes and are known predators on native fish and eggs (Davis 2003).

For more than 50 years, researchers have been concerned that nonnative fishes have contributed to the decline of native fishes in the Colorado River Basin (USFWS 1989). Nonnative species are potential predators, competitors and vectors for parasites and disease (Tyus et al. 1982, Lentsch et al. 1996, Pacey and Marsh 1999, Marsh et al. 2001). Because nonnative fish are considered to be an important biological threat to pikeminnow and razorback sucker, control of nonnative fishes through removal has become part of the SJRRIP. Recent adult monitoring reports show evidence that the nonnative fish removal efforts are having a marked and measurable effect on the channel catfish and common carp populations in the San Juan River (Davis and Furr 2008). There is also an upward trend in both abundance and longitudinal distribution among both flannelmouth sucker and bluehead sucker that corresponds with the intensive nonnative fish removal efforts which began in 2001 (RM 166.6–147.9) and (RM 52.9-2.9).

From 1998-2005, 32,367 channel catfish and 16,335 common carp were removed from the river (Davis 2005). Catch rates did not decrease for either species. For channel catfish, both adult and juvenile size classes saw general, although not significant, declines in 2005 (Davis 2005). The advantages of reducing the mean length of channel catfish is that they are not thought to be piscivorous until they reach a length of about 450 millimeters (17.7 inches), and fecundity (number of eggs) is much greater in larger fish (Davis 2005). An increase in the number of smaller fish could potentially lead to an increase in competitive or aggressive interactions with native fish. However, it is expected that continued removal efforts will eventually reduce the numbers of smaller channel catfish as well (Davis 2005).

The primary method used to capture large-bodied nonnative species is electrofishing. In 1999, one, three-day trip was made and nonnatives were removed from Hogback diversion structure to the PNM weir. In 2000, two trips were made and in 2001 and 2002, 10 trips were made each year to this same section. In 2003, nonnatives were removed from a second reach, RM 166.6 down to Shiprock (RM 148). During nonnative fish removal, razorback sucker and pikeminnow

are also shocked and captured. Electrofishing has been shown to have negative effects on trout
(Kocovsky et al. 1997, Nielsen 1998). While no direct mortality has been documented, there
could be adverse effects to pikeminnow and razorback sucker from repeated shocking and
handling.

## EFFECTS OF THE ACTION

### Factors to be Considered

Water depletions contribute to reductions in the Colorado pikeminnow and razorback sucker
populations. Other major impacts are dams, competition and predation from nonnative fishes,
changes in flow and temperature regimes, changes in river channel morphology, and increased
selenium levels. The reductions in population and habitat warranted listing these species as
endangered. In response to listing, the Service, and other Federal agencies have implemented
actions to conserve the species and encourage recovery. One such action is the reoperation of
Navajo Dam to mimic the natural hydrograph by following the San Juan River flow
recommendations (Holden 1999). Meeting the flow recommendations is expected to provide
flows through designated critical habitat which will ensure the survival and promote recovery of
the Colorado pikeminnow and razorback sucker.

One way to evaluate if SJRRIP actions have led to a positive population response is to determine
if the short-term (2002-2006) population response criteria developed in 2001 are likely to be met.
The population response criteria for pikeminnow and razorback sucker are listed below.
Population responses for each criterion are summarized from electronic mail received from Dale
Ryden (Dale Ryden, pers. comm.).

### Colorado Pikeminnow

1A) *Collection of 10 or more pikeminnow (greater than 350 millimeters [13.8 inches] TL)
during a standardized monitoring trip.* On the fall 2003 standardized monitoring trip, 32
pikeminnow with total lengths ranging from 150-259 millimeters (5.9 to 10.2 inches) were
captured. On the fall 2004 standardized monitoring trip, 159 pikeminnow ranging from 130-360
millimeters TL were captured, two of which were > 350 millimeters TL (Ryden 2005). On the
fall 2005 standardized monitoring trip, 127 pikeminnow ranging from 125-419 millimeters TL
were captured, four of which were > 350 millimeters TL.

1B) *A population estimate of pikeminnow (greater than 350 millimeters [13.8 inches] TL) which
is significantly greater (alpha = 0.05) than the Ryden (2000a) estimate of 50 fish. This estimate
(N=19; 95 percent CI 10-42) was for adult fish collected between RM 136.6 and 119.2 and is the
only such metric available for this species in the San Juan River.* If criterion 1A is met in large
enough numbers, it may be possible to meet this goal's target in the near future.

2A) *Presence of wild larval or YOY pikeminnow in standardized monitoring collections in 2 of 5
years.* The capture of wild larval pikeminnow has been infrequent. Larval pikeminnow were
caught in 2001 and two individuals were caught in 2004 (Brandenburg and Farrington 2005).
Not until stocked pikeminnow become adults and begin reproducing in fairly large numbers will
wild larval fish begin to be detected more regularly. The very low survival rates observed from
previous (1996-2000) stocking/augmentation of early life stage pikeminnow and the subsequent

lack of recruitment of those fish into adulthood is partially responsible for this criterion not being met. However, the lack of wild adult fish and associated progeny is also a factor.

2B) *Range expansion above Hogback Diversion following removal and/or modification of this and other fish barriers identified by the SJRRIP.* This criterion has been met via augmentation efforts. Cudei Diversion has been removed from the river and both Hogback Diversion and the PNM Weir have fish passage structures that are in operation. Studies are now in progress to assess the need for fish passage at both the Arizona Public Service Weir and the Fruitland Diversion. Pikeminnow are being stocked on an annual basis upstream of all of these diversions, as well as immediately downstream of Hogback.

## Razorback Sucker

1A) *Collection of more than 20 razorback sucker greater than 300 millimeters (11.8 inches) TL during the annual fall standardized monitoring.* In 2004 and 2005, this criterion was again met, when 113 and 51 razorback sucker (> 300 millimeters TL) were collected, respectively.

1B) *Collection of greater than 0.15 razorback sucker greater than 300 millimeters (11.8 inches) TL per hour of electrofishing.* This criterion was met in 2002, 2003, 2004, and 2005 with the collection of 0.25, 0.19, 1.21, and 0.59 razorback sucker (> 300 millimeters TL) per hour of electrofishing, respectively.

2) *Evidence of reproduction (i.e., presence of wild larvae and/or YOY) during standardized monitoring in at least 2 of 5 years.* This criterion has been met. Larval razor back suckers have been caught in every year from 2000 to 2005 (Brandenburg et al. 2003, Brandenburg and Farrington 2005, Brandenburg et al., in litt. 2006).

From these data, we conclude that the razorback sucker and pikeminnow populations in the San Juan River are more secure today than they were through the 1980s and 1990s and that the threat of extinction has been reduced. Of the two species, the razorback sucker population currently appears to be benefiting more from management efforts. The number of razorback sucker larval fish caught appears to be increasing (Brandenburg et al. 2003) and in 2003, two juvenile razorback suckers (249 and 274 millimeters TL) were collected in the lower San Juan River (at RM 35.7 and 4.8, respectively). Their size at time of capture and lack of a PIT tag strongly implies that these are likely wild-produced progeny of stocked razorback sucker, providing the first evidence of recruitment in the San Juan River. Between 1991 and 1995, 19 (17 adult and 2 juvenile) wild pikeminnow were collected in the San Juan River by electrofishing (Ryden 2000a). In 2004 and 2005, 159 and 127 subadult pikeminnow were caught during the fall standardized monitoring trips. While it is still too early to determine if these fish will survive to the adult stage and reproduce, the trend is encouraging. Because the effective riverine habitat in the San Juan River has been shortened by 87 kilometers (54 miles) by inundation of Lake Powell and 150 kilometers (93 miles) by cold water releases from Navajo Dam, it is unclear if truly self-sustaining populations of pikeminnow can be established without the presence of warmer water so that spawning can occur farther upstream. However, with continued management (e.g., adherence to the Flow Recommendations, removal of fish passage barriers, nonnative removal) and stocking/augmentation, it is expected that population numbers will increase and be maintained.

37

The action that has probably led to the largest population response is stocking/augmentation because it has had the direct effect of increasing fish numbers. Because both species are long-lived it will take many years to determine whether the SJRRIP is successful. Other actions that have been taken by the SJRRIP that are intended or expected to have a positive population response are:

1) Removal of barriers. The amount of connected habitat available to the fish has been increased through installation of fish passage and removal of barriers. The more stream miles available to the fish, the greater the likelihood that they can find suitable habitat for all life stages.

2) Removal of nonnative fish. While a positive endangered fish population response cannot yet be linked to this effort, it is expected that the amount of predation and competition between native and nonnative fish is reduced, promoting the survival of native fish.

3) Implementation of the Flow Recommendations. With the Flow Recommendations in place, the annual hydrograph mimics the natural hydrograph much better than in the pre-Flow Recommendations period. The fish have a peak spring flow for spawning and the summer base flows are lower, more closely resembling the pre-dam conditions. We expect that creating a more natural hydrograph through implementation of the Flow Recommendations should have a beneficial effect on native species compared to the pre-Flow Recommendation conditions. However, because population numbers of the endangered fish were so low when the Flow Recommendations were implemented and because so many actions began occurring simultaneously, documenting a positive population response that is a direct result of any one particular action alone is not possible.

## Effects to Endangered Species

The project would adversely affect Colorado pikeminnow, and razorback sucker, by reducing the amount of water in the river system upon which they depend, by 370 acre-feet/year. The effects to the species primarily result from the effects of the action upon their habitats. In general, the proposed action would adversely affect the listed fishes by reducing the amount of water available to them, increasing the likelihood of water quality issues, increasing their vulnerability to predation, and reducing their breeding opportunities by shrinking the amount of breeding habitat within their range.

Removing 370 acre-feet of water per year from the San Juan River would change the natural hydrological regime that creates and maintains important fish habitats, such as spawning habitats, and reduces the frequency and duration of availability of these habitats of the endangered fishes. The reduction of available habitats will directly affect individuals by decreasing reproductive potential and foraging and sheltering opportunities. Many of the habitats required for breeding become severely diminished when flows are reduced. As a result, individual fish within the action area may not be able to find a place to breed or will deposit eggs in less than optimal habitats more prone to failure or predation. In addition, reduction in flow rates lessens the ability of the river to inundate bottomland, a source of nutrient supply for fish productivity. Water depletions also exacerbate competition and predation by nonnative fishes by altering flow and temperature regimes that favor nonnatives.

38

The subject depletion would affect the water quality in the action area by increasing
concentrations of heavy metals, selenium, salts, pesticides, and other contaminants. Increases in
water depletions will cause associated reductions in assimilative capacity and dilution potential
for any contaminants that enter the San Juan River. The Project's depletion would cause a
proportionate decrease in dilution, which in turn would cause a proportionate increase in heavy
metal, selenium, salts, pesticides, and other contaminant concentrations. An increase in
contaminant concentrations in the river would likely result in an increase in the bioaccumulation
of these contaminants in the food chain which could adversely affect the endangered fishes,
particularly the predatory Colorado pikeminnow. Selenium is of particular concern due to its
effects on fish reproduction and its tendency to concentrate in low velocity areas that are
important habitats for Colorado pikeminnow and razorback suckers.

The proposed project would affect the physical condition of habitat for the listed fish by resulting
in a reduction of water. This reduction would contribute to the cumulative reduction in high
spring flows, which are essential for creating and maintaining complex channel geomorphology
and suitable spawning substrates, creating and providing access to off-channel habitats, and
possibly stimulating Colorado pikeminnow spawning migrations. Adequate summer and winter
flows are important for providing a sufficient quantity of preferred habitats for a duration and at
a frequency necessary to support all life stages of viable populations of all endangered fishes. To
the extent that the Project will reduce flows, the ability of the river to provide these functions
will be reduced. This reduction of water affects habitat availability and habitat quality.

To the extent that it would reduce flows and contribute to further habitat alteration, the Project
would contribute to an increase in nonnative fish populations. The modification of flow regimes,
water temperatures, sediment levels, and other habitat conditions caused by water depletions has
contributed to the establishment of nonnative fishes. Endangered fishes within the action area
would experience increased competition and predation as a result.

## Effects to Critical Habitat

### Water Quantity

Water depletions cause discrete, identifiable, additive, adverse impacts to critical habitat of the
Colorado pikeminnow and razorback sucker. The proposed action will result in a new and/or
historic average annual depletion of acre-feet from the San Juan River. The Project would not
impact the ability for the San Juan River flow recommendations to be met.

### Water Quality

The proposed project will not bring additional lands under irrigation; therefore, impacts to water
quality from leaching of contaminants from irrigation are not expected to increase significantly.
However, the project's depletion would cause a proportionate decrease in dilution, which in turn
would cause a proportionate increase in heavy metal, selenium, salts, PAHs, pesticides, and other
contaminant concentrations in the Colorado River. An increase in contaminant concentrations in
the river would likely result in an increase in the bioaccumulation of these contaminants in the

39

food chain which could adversely affect the endangered fishes, particularly the predatory
Colorado pikeminnow. Selenium is of particular concern due to its effects on fish reproduction
and its tendency to concentrate in low velocity areas that are important habitats for Colorado
pikeminnow and razorback sucker.

### *Physical Habitat*

The flow targets outlined in the San Juan River flow recommendations are designed to provide
sufficient spring flows to create and maintain important habitats including: cobble bar
construction; scouring of fine sediment from the interstitial spaces from the cobble so it is
suitable for spawning; flushing sediments from backwaters; maintaining channel complexity;
overbank flows to provide nursery habitat for razorback sucker; and appropriate water
temperatures for spawning. Water depletions during spring runoff affect physical habitat in
several ways. High spring flows are very important for creating and maintaining complex
channel geomorphology and suitable spawning substrates, and in creating and providing access
to off-channel habitats. Therefore, the depletions caused by the proposed project, with
implementation of the flow recommendations, are not expected to impact the recovery of the
Colorado pikeminnow or razorback sucker in the San Juan River.

### *Biological Environment*

The modification of flow regimes, water temperatures, sediment levels, and other habitat
conditions caused by water depletions has contributed to the establishment of nonnative fishes.
To the extent that it would reduce flows and contribute to further habitat alteration, the Project
would contribute to an increase in nonnative fish populations. Endangered fishes would
experience increased competition and predation as a result.

The proposed project includes the following conservation measure: only trout will be stocked in
any authorized water feature. With the conservation measure in place, contribution of nonnative
fish from the Project to the San Juan River is expected to be minimal.

### **Species and Critical Habitat Response to the Proposed Action**

The Project would cause water depletions to the San Juan River; however, the target flows
outlined in the San Juan River flow recommendations would still be met with the proposed
project in place. The operation of Navajo Dam to mimic the natural hydrograph by following the
flow recommendations will result in flow patterns similar to those that occurred prior to 1962.
Therefore, the anticipated response of the Colorado pikeminnow and the razorback sucker would
be increased population size. The Service anticipates the response of designated critical habitat
to the flow recommendations would be improved habitat conditions, including clean spawning
bars, more backwater habitat, and the maintenance of channel complexity.

## CUMULATIVE EFFECTS

Cumulative effects include the effects of future State, Tribal, local, or private actions that are reasonably certain to occur in the action area considered in this biological opinion. Future Federal actions that are unrelated to the proposed action are not considered in this section because they require separate consultation pursuant to section 7 of the Act. Cumulative effects include:

### 1) Coalbed methane development

The San Juan Basin in southwestern Colorado and northwestern New Mexico is rich in CBM and development of this resource has increased rapidly in the last ten years. There are currently more than 3,000 CBM wells in the San Juan Basin in the Fruitland Coal Formation. Historically, one well per 320 acres was allowed in this area; however, the Colorado Oil and Gas Commission (COGCC) approved an increase of the well spacing to one well per 160 acres. Potentially more than 700 additional wells may be drilled and approximately 250 of these could occur on private or State land. It was estimated that the wells would be drilled by 2013, but, because of slow groundwater movement, water depletion effects would not be incurred until at least 2025.

Coalbed methane development requires the extraction of groundwater to induce gas flow. A study was initiated in 1998 to determine the effects of groundwater extraction from the Fruitland Formation. The study is called the 3M Project (mapping, modeling, and monitoring) and it is being conducted by the COGCC in cooperation with the Southern Ute Indian Tribe, the Bureau of Land Management (BLM), the Forest Service and the industry. The mapping and modeling studies were completed in 2000. Mapping results are presented in the Colorado Geological Survey's Open File Report 00-18. Modeling results are available at the COGCC's website and through the BLM's San Juan Public Lands Center. A follow-up project was funded by the Ground Water Protection Research Foundation, and the report is available through the BLM.

The Fruitland Formation and the underlying Pictured Cliffs Sandstone were shown to be an aquifer system. In general terms, the groundwater produced from near-outcrop CBM wells is recent recharge water that would, under pre-coalbed methane conditions, discharge to the Animas, Pine, Florida and Piedra Rivers. These rivers provide flow to the San Juan River.

Coalbed methane wells occur on Federal, State, Tribal and private lands. The BLM prepared an environmental impact statement (EIS) to address CBM development on the Southern Ute Indian Reservation. The BLM also prepared a separate EIS to address CNM development on Federal lands. On May 4, 2004, the Service issued BO number ES/GJ-6-CO-03-F-022 to the Forest Service and BLM addressing water depletions associated with CBM development in the Northern San Juan Basin. Future water depletions associated with CBM development on Tribal and Federal lands in Colorado are addressed in this PBO. Water depletions associated with CBM development on Tribal and Federal lands in New Mexico will be addressed during future section 7 consultation with the BLM. There will not be future section 7 consultations for CBM development on private or State lands if there is no Federal action associated with these wells. Therefore, water depletions associated with CBM development on private and State lands are considered a cumulative effect that is reasonably certain to occur within the action area.

The Ground Water Protection Research Foundation (GWPRF) Project used a groundwater model and a reservoir model to determine water budgets and depletions associated with CBM development. Three areas around the Animas, Pine, and Florida Rivers were modeled using 3-D multi-layer models to account for aquifer-river interactions and the effects of CBM development. Baseline conditions were simulated with a single-phase ground water flow model (MODFLOW), and predictive runs were made using two-phase flow models (EXODUS and COALGAS). The predictive model run results are summarized in Table 1.

Table 1. Surface Water Depletions: Model Summaries

| River | Pre-CBM Discharge (AF/yr) | Current Depletion (AF/yr) | Maximum Depletion (AF/yr) | Year when Max Depletions Begin |
|---|---|---|---|---|
| Animas | 66 | 41 | 66 | 2045 |
| Pine | 61 | 31 | 61 | 2025 |
| Florida | 17.5 | 2 | 12.5 | 2050 |
| Piedra* | 60 | 0 | 60 | ** |
| Total | 204.5 | 74 | 199.5 | |

*Piedra River depletions are estimated based on discharges simulated from the 3M Project and the depletions modeled in the GWPRF Project at other rivers.
**Maximum depletions at the Piedra will depend on the pace of CBM development in the northeastern portion of the San Juan Basin.

The model results show that prior to CBM development, the Fruitland Formation discharged approximately 205 acre-feet/year to the San Juan River. Modeling shows approximately 74 acre-feet/year is currently being depleted with existing wells and predicts the maximum depletions to be approximately 200 acre-feet/year.

The RiverWare model, which is used to evaluate hydrologic conditions on the San Juan River and its tributaries, requires a defined project to determine project compatibility with the San Juan River flow recommendations. Because future CBM development on State and private land is not a defined project and the depletions associated with it are relatively small and not specifically quantified, the RiverWare model is not an appropriate tool to use to determine the compatibility with the flow recommendations. However, on May 21, 1999, the Service issued a BO that addressed the impacts of future Federal projects that individually involve small water depletions that total 3,000 acre-feet/year. It was determined in this BO that these small depletions would not diminish the capability of the system to meet the flow levels, durations, or frequencies outlined in the San Juan River flow recommendations. While the CBM development on State and private lands was not addressed in the small depletion BO, because this development does not involve future Federal actions, CBM development does involve small individual depletions similar to the projects addressed by the small depletion BO. Therefore, the Service concludes that an additional future depletion of approximately 200 acre-feet/year from the San Juan River associated with CBM development on State and private land, would not significantly impact the ability to meet the San Juan River flow recommendations.

Future section 7 consultations in the San Juan River Basin will need to consider the cumulative effects of CBM development on State and private land using the best scientific information available to determine the water depletions associated with development.

*2) Future depletions and diversions from the San Juan River basin that do not have a Federal nexus and therefore have not completed section 7 consultation*

There are irrigation ditches and canals below Navajo Dam that could entrain pikeminnow and razorback sucker: Citizens, Hammond, Fruitland, San Juan Generating Station, Jewett Ditch, Four Corners Power Plant Diversion, and Hogback. Increased urban and suburban use of water, including municipal and private uses will increase demands for water. Further use of surface water from the San Juan River will reduce river flow and decrease available habitat for the razorback sucker and pikeminnow. Livestock grazing may adversely impact razorback sucker and pikeminnow by removal of water for drinking and the reduction in soil water holding capacity in the floodplain, and resulting reduction in base flows.

*3) Increases in development and urbanization in the historic floodplain that result in reduced peak flows because of the flooding threat*

Development in the floodplain makes it more difficult to transport large quantities of water that would overbank and create low velocity habitats that the razorback sucker and, pikeminnow need for their various life history stages.

*4) Contamination of the water (i.e., contamination from sewage treatment plants, runoff from feedlots, and residential development)*

A decrease in water quality could adversely affect the razorback sucker and pikeminnow, and their critical habitat.

*5) Gradual change in floodplain vegetation from native riparian species to nonnative species (i.e., Russian olive)*

Channel narrowing leads to a deeper channel with higher water velocity. Pikeminnow and razorback sucker larvae require low velocity habitats for development. Therefore, there will be less nursery habitat available for both species.

*6) The presence of striped bass and walleye in Lake Powell constitutes a future threat to pikeminnow and razorback sucker in the San Juan River*

*7) Increased boating, fishing, off-highway vehicle use, and camping in the San Juan River basin is expected to increase as the human population increases*

Potential impacts include angling pressure, non-point source pollution, increased fire threat, and the potential for harassment of native fishes.

## CONCLUSION

After reviewing the current status of the Colorado pikeminnow and razorback sucker, the environmental baseline for the action area, the effects of the proposed action, and the cumulative effects, it is the Service's biological opinion that the Project, as described in this BO, is not likely to jeopardize the continued existence of the Colorado pikeminnow or razorback sucker, and the proposed project is not likely to destroy or adversely modify designated critical habitat.

The Service recognizes that who depletes and the amount of water they deplete may vary from year to year. Consequently, water users assume the risk that the future development of senior water rights, including Tribal water rights, may result in shortages of water to junior users. Nothing in this BO precludes any new depletion that results from the exercise of senior water rights within the action area. Based on this understanding, the Service believes that nothing in this BO directly affects or impairs Tribal trust resources within the San Juan River Basin.

## INCIDENTAL TAKE STATEMENT

### INCIDENTAL TAKE STATEMENT

Section 9 of the Act and Federal regulation pursuant to section 4(d) of the Act prohibit the take of endangered and threatened species, respectively, without special exemption. Take is defined as to harass, harm, pursue, hunt, shoot, wound, kill, trap, capture or collect, or to attempt to engage in any such conduct. Harm is further defined by the Service to include significant habitat modification or degradation that results in death or injury of listed species by significantly impairing essential behavioral patterns, including breeding, feeding, or sheltering. Harass is defined by the Service as intentional or negligent actions that create the likelihood of injury to listed species to such an extent as to significantly disrupt normal behavior patterns which include, but are not limited to breeding, feeding or sheltering. Incidental take is defined as take that is incidental to, and not the purpose of, carrying out of an otherwise lawful activity. Under the terms of section 7(b)(4) and section 7 (o)(2), taking that is incidental to and not intended as part of the agency action is not considered to be prohibited taking under the Act provided that such taking is in compliance with the terms and conditions of this Incidental Take Statement.

Colorado pikeminnow and razorback sucker are harmed from the reduction of water in their habitats resulting from the Project in the following manner: 1) individuals using habitats diminished by the proposed water depletions could be more susceptible to predation and competition from nonnative fish; and 2) habitat conditions may be rendered unsuitable for breeding because reduced flows would impact habitat formulation and maintenance as described in the biological opinion.

Estimating the number of individuals of these species that would be taken as a result of water depletions is difficult to quantify for the following reasons: 1) determining whether an individual forwent breeding as a result of water depletions versus natural causes would be extremely difficult; 2) finding a dead or injured listed fish would be difficult, due to the large size of the Project area and because carcasses are subject to scavenging; 3) natural fluctuations in river flows and species abundance may mask Project effects; and 4) effects that reduce fecundity are difficult to detect or quantify.

According to Service policy, as stated in the Endangered Species Consultation Handbook (Handbook) (USFWS 1998), some detectable measure of effect should be provided, such as the relative occurrence of the species or a surrogate species in the local community, or amount of habitat used by the species, to serve as a measure for take. Take also may be expressed as a change in habitat characteristics affecting the species, such as water quality or flow (Handbook, pages 4-47 to 4-48). Because estimating the number of individuals of the listed fishes that could be taken by the water depletions addressed in this BO is difficult for the reasons stated above, we have developed a surrogate measure to estimate the amount of anticipate take to listed fish in the form of harm. The surrogate we are using is the reduction of water that would occur from the proposed action. We exempt all take in the form of harm that would occur from the removal of 370 acre-feet of water per year. Water depletions above the amount addressed in this BO would exceed the anticipated level of incidental take and are not exempt from the prohibitions of section 9 of the Act.

The implementation of the Recovery Program is intended to minimize impacts of water depletions and, therefore, actions implemented by the Recovery Program serve as reasonable and prudent measures for minimizing the take that results from the 370 acre-feet of water depletion. Any amount of water withdrawal above this level would exceed the anticipated level of incidental take.

## REINITIATION NOTICE

This concludes formal consultation on the proposed Project. As provided in 50 CFR § 402.16, reinitiation of formal consultation is required where discretionary Federal agency involvement or control over the action has been retained (or is authorized by law) and if: 1) the amount or extent of incidental take is exceeded, 2) new information reveals effects of the agency action that may affect listed species or critical habitat in a manner or to an extent not considered in this opinion, 3) the agency action is subsequently modified in a manner that causes an effect to the listed species or critical habitat not considered in this opinion, or 4) a new species is listed or critical habitat designated that may be affected by the action.

The SJRRIP is expected to result in a positive population response for the Colorado pikeminnow and razorback sucker in the San Juan River. If a positive population response for both species is not realized, as measured by the criteria developed by the Bureau of Reclamation dated July 6, 2001, this would be considered new information that may affect listed species or critical habitat in a manner or to an extent not considered in this opinion. Therefore, reinitiation of section 7 consultation would be required for all projects dependent on the Recovery Program, including the Project. If reinitiation is required, the Service will follow the procedures regarding reinitiation of consultation pursuant to the "Principles for Conducting Endangered Species Act Section 7 Consultations on Water Development and Water Management Activities Affecting Endangered Fish Species in the San Juan River Basin."

Thank you for you cooperation in the formulation of this opinion and your interest in conserving endangered species.

pc:    FWS/RO/ES, Denver
       CDOW, Durango
       FWS/ES/San Juan River Basin RIP Coordinator, Albuquerque FO
       Area Director, Bureau of Indian Affairs, PO Box 26567, Albuquerque, New Mexico
          87125-6567
       Shenan R. Atcitty, Holland & Knight LLP, 2099 Pennsylvania Avenue, N.W., Suite 100,
          Washington, DC 20006
       President, Jicarilla Apache Nation, PO Box 916, Dulce, New Mexico 87528
       Director, Natural Resources Department, Jicarilla Apache Nation, PO Box 507, Dulce,
          New Mexico 87528
       Andrea LeFevre, Water Administrator, Jicarilla Apache Nation, PO Box 507, Dulce, New
          Mexico 87528
       Chairman, Ute Mountain Ute Indian Tribe, PO Box JJ, Towaoc, Colorado 81334
       Chairman, Southern Ute Indian Tribe, PO Box 737, Ignacio, Colorado 81137
       President, The Navajo Nation, President's Office, PO Box 9000, Window Rock, Arizona
          86515
       Dan Israel, 1315 Bear Mountain Drive, Boulder, Colorado 80305
       Scott McElroy, Greene, Meyer & McElroy, 1007 Pearl Street, Suite 220, Boulder,
          Colorado 80302
       Catherine Condon, Special Counsel for Water Rights, Navajo Nation Department of
          Justice, PO Box 2010, Window Rock, Arizona 86515

PGelatt:BLMDoloresFOFluidMineralProgramSJBOFinalPBO.doc:11/21/08

## LITERATURE CITED

Abell, R. 1994. San Juan River Basin water quality contaminants review. Volume 1. Unpublished report prepared by the Museum of Southwestern Biology, University of New Mexico for the San Juan River Basin Recovery Implementation Program, U.S. Fish and Wildlife Service, Albuquerque, NM. 316 pp.

Archer, D.L., H.M. Tyus, and L.R. Kaeding. 1986. Colorado River fishes monitoring project, final report. U.S. Fish and Wildlife Service, Colorado River Fishery Project, Lakewood, CO. 64 pp.

Archer, E., T. Crowl, T. Chart, and L. Lentsch. 1995. Early life history fisheries survey of the San Juan River, New Mexico and Utah, 1994. 1994 Annual Report. Unpublished report prepared for the San Juan River Basin Recovery Implementation Program, U.S. Fish and Wildlife Service, Albuquerque, NM. 30 pp.

Archer, E., T. Crowl, and M. Trammell. 2000. Abundance of age-0 native fish species and nursery habitat quality and availability in the San Juan River, New Mexico, Colorado and Utah. Final Report. Utah Division of Wildlife Resources. Publication Number 00-9. Salt Lake City, UT. 127 pp.

Behnke, R.J., and D.E. Benson. 1983. Endangered and threatened fishes of the Upper Colorado River Basin. Ext. Serv. Bull. 503A, Colorado State University, Fort Collins, CO. 34 pp.

Bestgen, K.R. 1990. Status review of the Razorback Sucker, *Xyrauchen texanus*. Larval Fish Laboratory #44. Colorado State University, Fort Collins, CO. 91 pp.

Bestgen, K.R. 1997. Interacting effects of physical and biological factors on recruitment of age-0 Colorado squawfish. Doctoral Dissertation. Colorado State University, Fort Collins, CO. 203 pp.

Bestgen, K.R. 2008. Effects of water temperature on growth of razorback sucker larvae. Western North American Naturalist 68:15-20.

Bestgen, K.R., D.W. Beyers, G.G. Haines, and J.A. Rice. 1997. Recruitment models for Colorado squawfish: tools for evaluating relative importance of natural and managed processes. Final Report of Colorado State University Larval Fish Laboratory to U.S. National Park Service Cooperative Parks Unit and U.S. Geological Survey Mid-continent Ecological Science Center, Fort Collins, CO. 55 pp.

Bestgen, K.R., D.W. Beyers, J.A. Rice, and G.G. Haines. 2006. Factors affecting recruitment of young Colorado pikeminnow: synthesis of predation experiments, field studies, an individual-based modeling. Transactions of the American Fisheries Society 135:1722-1742.

Bestgen, K.R., R.T. Muth, and M.A. Trammell. 1998. Downstream transport of Colorado
squawfish larvae in the Green River drainage: temporal and spatial variation in
abundance and relationships with juvenile recruitment. Recovery Program Project
Number 32. Colorado State University, Ft. Collins, CO.

Black, T., and R.V. Bulkley. 1985a. Preferred temperature of yearling Colorado squawfish.
Southwestern Naturalist 30:95-100.

Black, T., and R.V. Bulkley. 1985b. Growth rate of yearling Colorado squawfish at different
water temperatures. Southwestern Naturalist 30:253-257.

Blanchard, P.J., R.R. Roy, and T.F. O'Brien. 1993. Reconnaissance investigation of water
quality, bottom sediment, and biota associated with irrigation drainage in the San Juan
River Area, San Juan County, northwestern New Mexico, 1990-91. U.S. Geologic
Survey Water Resources Investigations Report 93-4065. 141 pp.

Bliesner, R. 2004. DRAFT San Juan River Basin recovery implementation program habitat
response analysis 1992-2002.

Bliesner, R., and V. Lamarra. 1994. San Juan River habitat studies. 1995 Annual Report.
Unpublished report prepared for the San Juan River Basin Recovery Implementation
Program, U.S. Fish and Wildlife Service, Albuquerque, NM. 68 pp.

Bliesner, R., and V. Lamarra. 1995. San Juan River habitat studies.1996 Annual Report.
Unpublished report prepared for the San Juan River Basin Recovery Implementation
Program, U.S. Fish and Wildlife Service, Albuquerque, NM. 139 pp.

Brandenburg, W.H., M.A. Farrington, and S.J. Gottlieb. 2003. Razorback sucker larval fish
survey in the San Juan River during 2002. Final Report. San Juan River Implementation
Recovery Program. U.S. Fish and Wildlife Service, Albuquerque, NM. 48 pp.

Brandenburg, W.H., M.A. Farrington, and S.J. Gottlieb. 2005. Colorado pikeminnow and
razorback sucker larval fish survey in the San Juan River during 2004. University of
New Mexico, Museum of Southwestern Biology, Division of Fishes, Albuquerque. 93
pp.

Brandenburg, W.H. and M.A. Farrington. 2007. Colorado pikeminnow and razorback sucker
larval fish surveys in the San Juan River during 2006. San Juan River Basin Recovery
Implementation Program, U.S. Fish and Wildlife Service, Albuquerque, NM. 93 pp.

Brandenburg, W.H. and M.A. Farrington. 2008. Colorado pikeminnow and razorback sucker
larval fish surveys in the San Juan River during 2007. San Juan River Basin Recovery
Implementation Program, U.S. Fish and Wildlife Service, Albuquerque, NM. 58 pp.

Brooks, J.E., E.M. Williams, and C. Hoagstrom. 1994. San Juan River investigations of
nonnative fish species. 1993 Annual Report. Unpublished report prepared for the San
Juan River Recovery Implementation Program. U.S. Fish and Wildlife Service,
Albuquerque, NM. 32 pp.

Buhl, K.J., and S.J. Hamilton. 2000. The chronic toxicity of dietary and waterborne selenium to adult Colorado pikeminnow in a water quality simulating that in the San Juan River. Final Report prepared for the SJRRIP Biology Committee and the National Irrigation Water Quality Program. 100 pp.

Bulkley, R.V., C.R. Berry, R. Pimental, and T. Black. 1981. Tolerance and preferences of Colorado River endangered fishes to selected habitat parameters: final completion report. Utah Cooperative Fishery Research Unit, Utah State University Logan, UT. 83 pp. Also in Bulkley, R.V., C.R. Berry, Jr., R. Pimentel, and T. Black. 1982. Tolerance and preferences of Colorado River endangered fishes to selected habitat parameters. Pages 185-241 in W.H. Miller, J.J. Valentine, D.L. Archer, H.M. Tyus, R.A. Valdez, and L.R. Kaeding. Colorado River Fishery Project, Part 1 Summary report. Final report, U.S. Bureau of Reclamation Contract 9-07-40-L-10 16, and U.S. Bureau of Land Management Memorandum.

Buntjer, M.J. 2003. Fish and Wildlife Coordination Act report for Navajo Reservoir operations Rio Arriba and San Juan Counties, New Mexico, Archuleta and Montezuma Counties, Colorado, San Juan County, Utah. Submitted to the U.S. Bureau of Reclamation. U.S. Fish and Wildlife Service. Albuquerque, NM. 41 pp.

Buntjer, M.J., and J.E. Brooks. 1997. San Juan River investigations of nonnative fish species, preliminary 1996 results. New Mexico Fishery Resources Office, U.S. Fish and Wildlife Service, Albuquerque, NM.

Buntjer, M.J., T. Chart, and L. Lentsch. 1994. Early life history fisheries survey of the San Juan River, New Mexico and Utah. 1993 Annual Report. Unpublished report prepared for the San Juan River Basin Recovery Implementation Program, U.S. Fish and Wildlife Service, Albuquerque, NM. 48 pp.

Burdick, B.D., and R.B. Bonar. 1997. Experimental stocking of adult razorback sucker in the upper Colorado and Gunnison Rivers. U.S. Fish and Wildlife Service, Grand Junction, CO. 33 pp.

Burke, T. 1994. Lake Mohave native fish rearing program. U.S. Bureau of Reclamation, Boulder City, NV.

Carlson, C.A., and R.T. Muth. 1989. The Colorado River: lifeline of the American Southwest. In D.P. Dodge, ed. Proceedings of the International Large River Symposium. Canadian Special Publication of Fisheries and Aquatic Sciences 106, Ottawa. Pp 220-239.

Clarkson, R.W., E.D. Creef, and D.K. McGuinn-Robbins. 1993. Movements and habitat utilization of reintroduced razorback suckers (*Xyrauchen texanus*) and Colorado squawfish (*Ptychocheilus lucius*) in the Verde River, Arizona. Special Report. Nongame and Endangered Wildlife Program, Arizona Game and Fish Department, Phoenix, AZ.

Carpenter, J. and G.A. Mueller. 2008. Small nonnative fishes as predators of larval razorback suckers. The Southwestern naturalist 53:236-242.

Collier, M., R.H. Webb, and J.C. Schmidt. 1996. Dams and rivers: a primer on the downstream effects of dams. U.S. Geological Survey, Circular 1126. Denver, CO. 94 pp.

Crist, L.W., and D.W. Ryden. 2003. Genetics management plan for the endangered fishes of the San Juan River. Report for the San Juan River Basin Recovery Implementation Program, U.S. Fish and Wildlife Service, Albuquerque, NM. 45 pp.

Cutler, A. 2006. Navajo Reservoir and San Juan River Temperature Study. Prepared for the San Juan River Recovery Implementation Program. U.S. Fish and Wildlife Service, New Mexico Fishery Resources Office. Albuquerque, New Mexico.

Davis, J.E. 2003. Nonnative species monitoring and control, San Juan River 1998-1999. Progress report for the San Juan River Recovery Implementation Program. U.S. Fish and Wildlife Service, New Mexico Fishery Resources Office. Albuquerque, New Mexico. 56 pp.

Davis, J.E., and D.W. Furr. 2008. Nonnative species monitoring and control in the Upper San Juan River, New Mexico 2007. Progress report for the San Juan River Recovery Implementation Program. U.S. Fish and Wildlife Service, New Mexico Fishery Resources Office. Albuquerque, New Mexico. 46 pp.

Dudley, R.K., and S.P. Platania. 2000. Downstream transport rates of passively drifting particles and larval Colorado pikeminnow in the San Juan River in 1999. Draft Report. University of New Mexico. Albuquerque, NM. 29 pp.

Eisler, R. 1989. Pentachlorophenol hazards to fish, wildlife, and invertebrates: a synoptic review. U.S. Fish and Wildlife Service Biological Report 85(1.17). 74 pp.

Ellis, M.M. 1914. Fishes of Colorado. The University of Colorado Studies. University of Colorado, Boulder, Colorado. 148 pp.

Engberg, R.A., D.W. Westcot, M. Delamore, and D.D. Holz. 1998. Federal and State perspectives on regulation and remediation of irrigation-induced selenium problems. In: W.T. Jr., Frankenberger and R.A. Engberg (Eds) Environmental Chemistry of Selenium Marcel Dekker, Inc. New York, New York, pp. 1-25.

Finger, S.E., A.C. Allert, S.J. Olson, and E.V. Callahan. 1995. Toxicity of irrigation drainage and associated waters in the Middle Green River Basin, Utah. Submitted to U. S. Fish and Wildlife Service, Salt Lake City, Utah. 101 pp.

Franssen, N.R., K.B. Gido, and D.L. Propst. 2007. Flow regime affects availability of native and nonnative prey of an endangered predator. Biological Conservation 138:330-340.

Hamilton, S.J. 1998. Selenium effects on endangered fish in the Colorado River Basin. In: W.T. Jr.., Frankenberger and R.A. Engberg (Eds) Environmental Chemistry of Selenium Marcel Dekker, Inc. New York, New York, pp. 297-313.

Hamilton, S.J. 1999. Hypothesis of historical effects from selenium on endangered fish in the Colorado River Basin. Human and Ecological Risk Assessment 5(6): 1153-1180.

Hamilton, S.J., and K.J. Buhl. 1995. Hazard assessment of inorganics, singly and in mixtures, to Colorado squawfish and razorback sucker in the San Juan River, New Mexico. San Juan River Basin Recovery Implementation Program, Annual Research Report, Fiscal Year 1994, U.S. Fish and Wildlife Service, Albuquerque, New Mexico.

Hamilton, S.J., and K.J. Buhl. 1997. Hazard assessment of inorganics, individually and in mixtures, to two endangered fish in the San Juan River, New Mexico. Environmental Toxicology and Water Quality 12:195-209.

Hamilton, S.J., K.M. Holley, K.J. Buhl, F.A. Bullard, L.K. Weston, and S.F. McDonald. 2002. Toxicity of selenium and other elements in food organisms to razorback sucker larvae. Aquatic Toxicology 59:253-281.

Hamilton, S.J., R.T. Muth, B. Waddell, and T.W. May. 2000. Hazard assessment of selenium and other trace elements in wild larval razorback sucker for the Green River, Utah. Ecotoxicology and Environmental Safety 45: 132-147.

Hamman, R.L. 1981. Spawning and culture of Colorado squawfish in raceways. Progressive Fish Culturist 43(4):173-177.

Hamman, R.L. 1986. Induced spawning of hatchery-reared Colorado squawfish. Progressive Fish Culturist 47:239-241.

Hawkins, J.A., and T.P. Nesler. 1991. Nonnative fishes of the Upper Colorado River Basin: an issue paper. Final Report of Colorado State University Larval Fish Laboratory to Upper Colorado River Endangered Fish Recovery Program, Denver, CO.

Haynes, C.M., T.A. Lytle, E.J. Wick, and R.T. Muth. 1984. Larval Colorado squawfish in the Upper Colorado River Basin, Colorado 1979-1981. Southwestern Naturalist 29:21-33.

Holden, P.B. 1991. Ghosts of the Green River: impacts of Green River poisoning on management of native fishes. In: W.L. Minckley and J.E. Deacon (eds.) Battle against extinction: native fish management in the American Southwest. University of Arizona Press, Tucson, AZ, pp 43-54.

Holden, P.B. 1994. Razorback sucker investigations in Lake Mead, 1994. Report of Bio/West, Inc., Logan Utah, to Southern Nevada Water Authority.

Holden, P.B. 1999. Flow recommendations for the San Juan River. San Juan River Basin Recovery Implementation Program, U.S. Fish and Wildlife Service, Albuquerque, NM. 187 pp.

Holden, P.B. 2000. Program evaluation report for the 7-year research period (1991-1997). San Juan River Basin Recovery Implementation Program, U.S. Fish and Wildlife Service, Albuquerque, NM. 80 pp.

Holden, P.B., and W. Masslich. 1997. Summary Report 1991-1997, San Juan River Recovery
Implementation Program. Unpublished report of the San Juan River Recovery
Implementation Program. 87 pp.

Jackson, J.A. 2001. Evaluation of stocked larval Colorado pikeminnow into the San Juan River:
2000. Publication Number 01-09. Utah Division of Wildlife Resources, Salt Lake City,
UT. 15 pp.

Jackson, J.A. 2003. Nonnative control in the Lower San Juan River 2003. Interim Progress
Report. Utah Division of Wildlife Resources, Moab. 16 pp. + appendix.

Jackson, J.A. 2005. Nonnative control in the Lower San Juan River 2004. Interim Progress
Report. Utah Division of Wildlife Resources, Moab. 28 pp.

Jobling, M. 1981. Temperature tolerance and the final preferendum - rapid methods for the
assessment of optimum growth temperatures. Journal of Fish Biology 19:439-455.

Jonez, A., and R.C. Sumner. 1954. Lakes Mead and Mohave investigations: a comparative
study of an established reservoir as related to a newly created impoundment. Final
Report. Federal Aid Wildlife Restoration (Dingell-Johnson) Project F-1-R, Nevada
Game and Fish Commission, Carson City, NV.

Jordan, D.S. 1891. Report of explorations in Colorado and Utah during the summer of 1889
with an account of the fishes found in each of the river basins examined. Bulletin of the
United States Fish Commission 9:1-40.

Joseph, T.W., J.A. Sinning, R.J. Behnke, and P.B. Holden. 1977. An evaluation of the status,
life history, and habitat requirements of endangered and threatened fishes of the Upper
Colorado River system. U.S. Fish and Wildlife Service, Office of Biological Services,
Fort Collins, Colorado, FWS/OBS 24, Part 2. 183 pp.

Karp, C.A., and H.M. Tyus. 1990. Behavioral interactions between young Colorado squawfish
and six fish species. Copeia 1990:25-34.

Kocovsky, P.M., C. Gowan, K.D. Fausch, and S.C. Riley. 1997. Spinal injury rates in three
wild trout populations in Colorado after eight years of backpack electrofishing. North
American Journal of Fisheries Management 17:308-313.

Kondolf, G.M. 1997. Hungry water: effects of dams and gravel mining on river channels.
Environmental Management 21:533-551.

Koster, W.J. 1960. Ptychocheilus lucius (Cyprinidae) in the San Juan River, New Mexico. The
Southwestern Naturalist 5:174-175.

Lagler, K.F., J.E. Bardach, R.R. Miller, and D.R. May Passino. 1977. Ichthyology. John Wiley
& Sons. New York.

Lamarra, V.A. 2007. San Juan River fishes response to thermal modification. A white paper investigation. Prepared for San Juan River Basin Recovery Implementation Program, U.S. Fish and Wildlife Service, Albuquerque, NM. 41 pp.

Lamarra, V.A., M.C. Lamarra, and J.G. Carter. 1985. Ecological investigations of a suspected spawning site of Colorado squawfish on the Yampa River, Utah. Great Basin Naturalist 45(1): 127-140.

Langhorst, D.R. 1989. A monitoring study of razorback sucker (*Xyrauchen texanus*) reintroduced into the lower Colorado River in 1988. Final Report for California Department of Fish and Game Contract FG-7494. California Department of Fish and Game, Blythe, CA.

Lanigan, S.H., and H.M. Tyus. 1989. Population size and status of the razorback sucker in the Green River Basin, Utah and Colorado. North American Journal of Fisheries Management 9:68-73.

Lapahie, A. 2003 Nenahnezad Fish Passage Narrative Report: September 01-30, 2003. Navajo Fish and Wildlife Department, Window Rock, AZ. 4 pp.

Lapahie, A. 2007. Summary of fish captured in PNM selective fish ladder. Unpublished document sent to the SJRRIP Program Office, November 19, 2007.

Lashmett, K. 1994. Young-of-the-Year fish survey of the lower San Juan River. 1993 Annual Report. Prepared for San Juan River Basin Recovery Implementation Program, U.S. Fish and Wildlife Service, Albuquerque, NM. 11 pp.

Lemly, A.D. 1993. Guidelines for evaluating selenium data from aquatic monitoring and assessment studies. Environmental Monitoring and Assessment. 28:83-100.

Lenart, M., G. Garfin, B. Colby, T. Swetnam, B. J. Morehouse, S. Doster and H. Hartmann. 2007. Global warming in the Southwest: projections, observations, and impacts. Climate Assessment for the Southwest, University of Arizona. 88 pp.

Lentsch, L.D., Y. Converse, and P.D. Thompson. 1996. Evaluating habitat use of age-0 Colorado squawfish in the San Juan River through experimental stocking. Utah Division of Natural Resources, Division of Wildlife Resources. Publication No. 96-11, Salt Lake City, UT.

Maier, K.J., and A.W. Knight. 1994. Ecotoxicology of selenium in freshwater systems. Reviews of Environmental Contamination and Toxicology 134:31-48.

Marsh, P.C. 1985. Effect of incubation temperature on survival of embryos of native Colorado River fishes. Southwestern Naturalist 30:129-140.

Marsh, P.C. 1993. Draft biological assessment on the impact of the Basin and Range
    Geoscientific Experiment (BARGE) on federally listed fish species in Lake Mead,
    Arizona and Nevada. Arizona State University, Center for Environmental Studies,
    Tempe, AZ.

Marsh, P.C., and J.E. Brooks. 1989. Predation by ictalurid catfishes as a deterrent to
    reestablishment of hatchery-reared razorback suckers. Southwestern Naturalist 34:188-
    195.

Marsh, P.C., and D.R. Langhorst. 1988. Feeding and fate of wild larval razorback sucker.
    Environmental Biology of Fishes 21:59-67.

Marsh, P.C., C. Pacey, and G. Mueller. 2001. Bibliography for the big river fishes, Colorado
    River; razorback sucker. Report of Arizona State University to U.S. Geological Survey,
    Denver, CO. 84 pp.

Masslich, W.J., and P.B. Holden. 1996. Expanding distribution of Colorado squawfish in the
    San Juan River: a discussion paper. San Juan River Recovery Implementation Program,
    U.S. Fish and Wildlife Service, Albuquerque, NM. 35 pp.

McAda, C.W. 1983. Colorado squawfish, *Ptychocheilus lucius* (Cyprinidae), with a channel
    catfish, *Ictalurus punctatus* (Ictaluridae), lodged in its throat. Southwestern Naturalist
    28:119-120.

McAda, C.W., and L.R. Kaeding. 1991. Movements of adult Colorado squawfish during the
    spawning season in the Upper Colorado River. Transactions of the American Fisheries
    Society 120:339-345.

McAda, C.W., and R.J. Ryel. 1999. Distribution, relative abundance, and environmental
    correlates for age-0 Colorado pikeminnow and sympatric fishes in the Colorado River.
    Final Report to Upper Colorado River Endangered Fish Recovery Program, Denver, CO.

McAda, C.W., and R.S. Wydoski. 1980. The razorback sucker, *Xyrauchen texanus*, in the upper
    Colorado River Basin, 1974-76. U.S. Fish and Wildlife Service Technical Paper 99. 15
    pp.

McCarthy, C.W., and W.L. Minckley. 1987. Age estimation for razorback sucker (Pisces:
    Catastomidae) from Lake Mohave, Arizona and Nevada. Journal Arizona-Nevada
    Academy of Science 21:87-97.

Miller, R.R. 1961. Man and the changing fish fauna of the American southwest. Papers of the
    Michigan Academy of Science, Arts and Letters 46:365-404.

Miller, W.H., J.J. Valentine, D.L. Archer, H.M. Tyus, R.A. Valdez, and L.R. Kaeding. 1982.
    Colorado River Fishery Project Final Report Summary. U.S. Fish and Wildlife Service,
    Salt Lake City, UT. 42 pp.

54

Miller, W.J., and J. Ptacek. 2000. Colorado pikeminnow habitat use in the San Juan River. Final report prepared by W.J. Miller & Associates, for the San Juan River Recovery Implementation Program. 64 pp.

Minckley, W.L. 1983. Status of the razorback sucker, *Xyrauchen texanus* (Abbott), in the lower Colorado River Basin. Southwestern Naturalist 28:165-187.

Minckley, W.L., P.C. Marsh, J.E. Brooks, J.E. Johnson, and B.L. Jensen. 1991. Management toward recovery of razorback sucker (*Xyrauchen texanus*). In: W.L. Minckley and J.E. Deacon, (Eds) Battle Against Extinction. University of Arizona Press, Tucson, AZ. Pp. 303-357.

Modde, T. 1996. Juvenile razorback sucker (*Xyrauchen texanus*) in a managed wetland adjacent to the Green River. Great Basin Naturalist 56:375-376.

Modde, T., K.P. Burnham, and E.J. Wick. 1996. Population status of the razorback sucker in the Middle Green River (U.S.A.). Conservation Biology 10:110-119.

Morizot, D.C. 1996. September 11, 1996, Letter to Tom Czapla, U.S. Fish and Wildlife Service, Denver, CO, on genetic analysis of Upper Basin Colorado squawfish samples.

Moyle, P.B. 1976. Inland fishes of California. University of California Press, Berkeley. pp 193-195, 229-231.

Mueller, G.A., and P.C. Marsh. 2002. Lost, a desert river and its native fishes: a historical perspective of the lower Colorado River. Information and Technology Report USGS/BRD.ITR—2002—0010:US Government Printing Office, Denver CO. 69 pp.

Muth, R.T., L.W. Crist, K.E. LaGory, J.W. Hayse, K.R. Bestgen, T.P. Ryan, J.K. Lyons, and R.A. Valdez. 2000. Flow and temperature recommendations for endangered fishes in the Green River downstream of Flaming Gorge Dam. Final Report to Upper Colorado River Endangered Fish Recovery Program, Denver, CO. 200 pp.

Nelson, P., C. McAda, and D. Wydoski. 1995. The potential for nonnative fishes to occupy and/or benefit from enhanced or restored floodplain habitat and adversely impact the razorback sucker: an issue paper. U.S. Fish and Wildlife Service, Denver, CO.

Nesler, T.P., R.T. Muth, and A.F. Wasowicz. 1988. Evidence for baseline flow spikes as spawning cues for Colorado Squawfish in the Yampa River, Colorado. American Fisheries Society Symposium 5:68-79.

Nielsen, J.L. 1998. Electrofishing California's endangered fish populations. Fisheries 23(2): 6-12.

NRC. 2007. National Research Council. Colorado River Basin Management, Evaluating and Adjusting to Hydroclimatic Variability. Washington, D.C.: National Academy Press.

Olson, H.F. 1962. State-wide rough fish control rehabilitation of the San Juan River. New Mexico Department of Game and Fish. Santa Fe, NM. 29 pp.

Osmundson, B.C., T.W. May, and D.B. Osmundson. 2000. Selenium concentrations in the Colorado pikeminnow (*Ptychocheilus lucius*): Relationship with flows in the upper Colorado River. Archives of Environmental Contamination and Toxicology 38:479-485.

Osmundson, D.B. 1987. Growth and survival of Colorado squawfish (*Ptychocheilus lucius*) stocked in riverside ponds, with reference to largemouth bass (*Micropterus salmoides*) predation. Master's thesis. Utah State University, Logan, UT.

Osmundson, D.B., and K.P. Burnham. 1998. Status and trends of the endangered Colorado squawfish in the Upper Colorado River. Transaction of the American Fisheries Society 127:959-970.

Osmundson, D.B., and L.R. Kaeding. 1989. Studies of Colorado squawfish and razorback sucker use of the "15-mile reach" of the Upper Colorado River as part of conservation measures for the Green Mountain and Ruedi Reservoir water sales. Final Report. U.S. Fish and Wildlife Service, Grand Junction, CO.

Osmundson, D.B., and L.R. Kaeding. 1991. Recommendations for flows in the 15-mile reach during October-June for maintenance and enhancement of rare fish populations in the Upper Colorado River. Final Report. U.S. Fish and Wildlife Service, Grand Junction, CO. 82 pp.

Osmundson, D.B., P. Nelson, K. Fenton, and D.W. Ryden. 1995. Relationships between flow and rare fish habitat in the 15-Mile Reach of the Upper Colorado River. Final Report. U.S. Fish and Wildlife Service, Grand Junction, CO.

Osmundson, D.B., M.E. Tucker, B.D. Burdick, W.R. Elmblad, and T.E. Chart. 1997. Non-spawning movements of subadult and adult Colorado squawfish in the Upper Colorado River. Final Report. U.S. Fish and Wildlife Service, Grand Junction, CO.

Pacey, C.A., and P.C. Marsh. 1999. A decade of managed and natural population change for razorback sucker in Lake Mohave, Colorado River, Arizona and Nevada. Report to the Native Fish Work Group, Arizona State University, Tempe, AZ.

Pilger, T.J., N.R. Franssen, and K.B. Gido. 2008. Consumption of native and nonnative fishes by introduced largemouth bass (*Micropterus salmoides*) in the San Juan River, New Mexico. The Southwestern Naturalist 53:105-108.

Pimental, R., R.V. Bulkley, and H.M. Tyus. 1985. Choking of Colorado squawfish, *Ptychocheilus lucius* (Cyprinidae), on channel catfish, *Ictalurus punctatus* (Ictaluridae), as a cause of mortality. Southwestern Naturalist 30:154-158.

Platania, S.P. 1990. Biological summary of the 1987 to 1989 New Mexico-Utah ichthyofaunal study of the San Juan River. Unpublished report to the New Mexico Department of Game and Fish, Santa Fe, and the U.S. Bureau of Reclamation, Salt Lake City, Utah, Cooperative Agreement 7-FC-40-05060.

Platania, S.P. 1996. San Juan River larval fish passive drift-netting study. 1995 Annual Report. Unpublished report prepared for the San Juan River Basin Recovery Implementation Program, U.S. Fish and Wildlife Service, Albuquerque, NM. 19 pp.

Platania, S.P., K.R. Bestgen, M.A. Moretti, D.L. Propst, and J.E. Brooks. 1991. Status of Colorado squawfish and razorback sucker in the San Juan River, Colorado, New Mexico and Utah. Southwestern Naturalist 36:147-150.

Platania, S.P., and L.E. Renfro. 2005. Assessment of fish entrainment during 2004 in the Hogback Diversion Canal, San Juan River, New Mexico. Abstract presented at the 2005 San Juan Biology Committee Meeting, February 15-16 2005, Farmington, New Mexico.

Platania, S.P., and D.A. Young. 1989. A survey of the Icthyofauna of the San Juan and Animas Rivers from Archuleta and Cedar Hill (respectively) to their confluence at Farmington, New Mexico. Department of Biology, University of New Mexico, Albuquerque, NM. 54 pp.

Polzin, M.L., and S.B. Rood. 2000. Effects of damming and flow stabilization on riparian processes and black cottonwoods along the Kootenay River. Rivers 7:221-232.

Power, M.E., W.E. Dietrich, and J.C. Finlay. 1996. Dams and downstream aquatic biodiversity: potential food web consequences of hydrologic and geomorphic change. Environmental Management 20(6): 887-895.

Propst, D.L., K.B. Gido., and J.A. Stefferud. 2008. Natural flow regimes, nonnative fishes, and native fish persistence in arid-land river systems. Ecological Applications 18:1236-1232.

Quartarone, F., and C. Young. 1995. Historical accounts of Upper Colorado River Basin endangered fish. Final Report. Prepared for the Information and Education Committee of the Recovery Program for Endangered Fish of the Upper Colorado River Basin. 60 pp.

Ruppert, J.B., R.T. Muth, and T.P. Nesler. 1993. Predation on fish larvae by adult red shiner, Yampa and Green rivers, Colorado. Southwestern Naturalist. 38:397-399.

Ryden, D.W. 1997. Five year augmentation plan for the razorback sucker in the San Juan River. U.S. Fish and Wildlife Service, Colorado River Fishery Project Office, Grand Junction, CO. 41 pp.

Ryden, D.W. 2000a. Adult fish community monitoring on the San Juan River, 1991-1997. Final Report. U. S. Fish and Wildlife Service, Grand Junction, CO. 269 pp.

Ryden, D.W. 2000b. Monitoring of experimentally stocked razorback sucker in the San Juan River: March 1994 through October 1997. Final Report. U. S. Fish and Wildlife Service, Grand Junction, CO. 132 pp.

Ryden, D.W. 2000c. Monitoring of razorback sucker stocked into the San Juan River as part of a five-year augmentation effort: 1997-1999 interim progress report. U.S. Fish and Wildlife Service, Grand Junction, CO. 49 pp.

Ryden, D.W. 2001. Monitoring of razorback sucker stocked into the San Juan River as part of a five-year augmentation effort: 2000 interim progress report. U.S. Fish and Wildlife Service, Grand Junction, CO. 83 pp.

Ryden, D.W. 2003a. An augmentation plan for Colorado pikeminnow in the San Juan River. Final Report. Submitted to the U.S. Fish and Wildlife Service. Grand Junction, CO. 63 pp.

Ryden, D.W. 2003b. Long term monitoring of subadult and adult large bodied fishes in the San Juan River: 2002. Final Report. Submitted to U.S. Fish and Wildlife Service. Grand Junction, CO. 68 pp.

Ryden, D.W. 2003c. An augmentation plan for razorback sucker in the San Juan River. An addendum to the five-year augmentation plan. Final Report. Submitted to U.S. Fish and Wildlife Service. Grand Junction, CO. 38 pp.

Ryden, D.W. 2004. Comments on the Draft Biological Opinion for Navajo Reservoir Operations, Colorado River storage Project, Colorado, New Mexico, Utah. Submitted to U.S. Fish and Wildlife Service February 27, 2004.

Ryden, D. W. 2004a. Augmentation and monitoring of the San Juan River razorback sucker population: 2002-2003 Interim Progress Report (Final). U.S. Fish and Wildlife Service, Grand Junction, CO. 54 pp.

Ryden, D. W. 2004b. Augmentation of Colorado pikeminnow in the San Juan River: 2002-2003 Interim Progress Report (Final). U.S. Fish and Wildlife Service, Grand Junction, CO. 13 pp.

Ryden, D. W. 2005a. Augmentation of Colorado pikeminnow in the San Juan River: 2004. Interim Progress Report (Final). U.S. Fish and Wildlife Service, Grand Junction, CO. 17 pp.

Ryden, D. W. 2005b. Augmentation and Monitoring of the San Juan River razorback sucker population: 2004 Interim Progress Report (Final). U.S. Fish and Wildlife Service, Grand Junction, CO. 41 pp.

Ryden, D. W. 2005c. Long-term monitoring of subadult and adult large-bodied fishes in the San Juan River: 2004. Interim Progress Report (Final). U.S. Fish and Wildlife Service, Grand Junction, CO. 85 pp. + appendix.

Ryden, D. W. 2005d. An augmentation plan for Colorado pikeminnow in the San Juan River. Addendum # 1: Stocking age-1 fish to supplement ongoing augmentation efforts. U.S. Fish and Wildlife Service, Grand Junction, CO. 3 pp.

Ryden, D. W. 2005e. An augmentation plan for razorback sucker in the San Juan River. Addendum # 2: Justification for changing the beginning date of the eight-year stocking period. U S. Fish and Wildlife Service, Grand Junction, CO. 4 pp.

Ryden, D.W. 2008a. Long term monitoring of sub-adult and adult large-bodied fishes in the San Juan River: 2007. 61 pp.

Ryden, D.W. 2008b. Augmentation of Colorado pikeminnow in the San Juan River: 2007. U.S. Fish and Wildlife Service, Grand Junction, CO. 9 pp.

Ryden, D.W., and L.A. Ahlm. 1996. Observations on the distribution and movements of Colorado squawfish, *Ptychocheilus lucius*, in the San Juan River, New Mexico, Colorado, and Utah. Southwestern Naturalist 41:161-168.

Ryden, D.W., and C. McAda. 2005a. Colorado pikeminnow stocking. Abstract presented at the 2005 San Juan Biology Committee Meeting, February 15-16 2005, Farmington, New Mexico.

Ryden, D.W., and C. McAda. 2005b. Razorback sucker augmentation and monitoring. Abstract presented at the 2005 San Juan Biology Committee Meeting, February 15-16 2005, Farmington, New Mexico.

Ryden, D.W., and C. McAda. 2005c. Sub-adult and adult large-bodied fish community monitoring. Abstract presented at the 2005 San Juan Biology Committee Meeting, February 15-16 2005, Farmington, New Mexico.

Ryden, D.W., and F.K. Pfeifer. 1993. Adult fish collections on the San Juan River (1991-1992). 1991-1992 Annual Report. Unpublished report prepared for the San Juan River Basin Recovery Implementation Program, U.S. Fish and Wildlife Service, Albuquerque, NM. 69 pp.

Ryden, D.W., and F.K. Pfeifer. 1994. Adult fish community monitoring on the San Juan River. 1993 Annual Report. Unpublished report prepared for the San Juan River Basin Recovery Implementation Program, U.S. Fish and Wildlife Service, Albuquerque, NM. 84 pp.

Ryden, D.W., and F.K. Pfeifer. 1995a. Adult fish community monitoring on the San Juan River. 1994 Annual Report. Unpublished report prepared for the San Juan River Basin Recovery Implementation Program, U.S. Fish and Wildlife Service, Albuquerque, NM. 94 pp.

Ryden, D.W., and F.K. Pfeifer. 1995b. Monitoring of experimentally stocked razorback sucker in the San Juan River. 1994 Annual Report. Unpublished report prepared for the San Juan River Recovery Implementation Program. 30 pp.

Ryden, D.W., and F.K. Pfeifer. 1996. Adult fish community monitoring on the San Juan River.
    1995 Annual Report. Unpublished report prepared for the San Juan River Basin
    Recovery Implementation Program, U.S. Fish and Wildlife Service, Albuquerque, NM.

Ryden, D.W., and J.R. Smith. 2002. Colorado pikeminnow with a channel catfish lodged in its
    throat in the San Juan River, Utah. Southwestern Naturalist 47:92-94.

San Juan River Recovery Implementation Program. 2003b. Coordination Committee October 3,
    2003, Draft Conference Call Summary.

Seethaler, K. 1978. Life History and Ecology of the Colorado Squawfish (*Ptychocheilus lucius*)
    in the upper Colorado River Basin. Thesis, Utah State University, Logan, UT.

Sherrard, J.J., and W.D. Erskine. 1991. Complex response of a sand-bed stream to upstream
    impoundment. Regulated Rivers: Research and Management 6:53-70.

Shields, Jr., F.D., A. Simon, and L.J. Steffen. 2000. Reservoir effects on downstream river
    channel migration. Environmental Conservation 27(1): 54-66.

Simpson, Z.R., and J.D. Lusk. 1999. Environmental contaminants in aquatic plants,
    invertebrates, and fishes of the San Juan River mainstem, 1990-1996. Unpublished
    report prepared for the San Juan River Basin Recovery Implementation Program, U.S.
    Fish and Wildlife Service, Albuquerque, NM. 71 pp.

Smith, J.R., and J.E. Brooks. 2000. Nonnative species monitoring and control, San Juan River
    1998-1999. Progress Report for the San Juan River Recovery Implementation Program.
    U.S. Fish and Wildlife Service, New Mexico Fishery Resources Office. Albuquerque,
    NM.

Snyder, A.M., and S.P. Platania. 1995. Summary of San Juan River collection identifications
    and curation for collection year 1994. 1994 Annual Report. Unpublished report prepared
    for the San Juan River Basin Recovery Implementation Program, U.S. Fish and Wildlife
    Service, Albuquerque, NM. 21 pp.

Sublette, J.E., M.D. Hatch, and M. Sublette. 1990. The Fishes of New Mexico. University of
    New Mexico Press, Albuquerque, NM. pp. 227-229.

Sylvester, M.A., J.P. Deason, H.R. Feltz, and R.A. Engberg. 1988. Preliminary results of
    Department of Interior drainage studies.

Thomas, C.L., J.D. Lusk, R.S. Bristol, R.M. Wilson, and A.R. Shineman. 1997. Physical,
    chemical, and biological data for detailed study of irrigation drainage in the San Juan
    River area, New Mexico, 1993-94, with supplemental data, 1991-95. U.S. Geological
    Survey Open-file Report 97-249.

Thomas, C.L., R.M. Wilson, J.D. Lusk, R.S. Bristol, and A.R. Shineman. 1998. Detailed study of selenium and selected constituents in water, bottom sediment, soil, and biota associated with irrigation drainage in the San Juan River area, New Mexico, 1991-95: U.S. Geological Survey Water-Resources Investigations Report 98-4213, 84 pp.

Trammell, M. 2000. Evaluation of reintroduction of young of year Colorado pikeminnow in the San Juan River: 1999 Annual Report, Draft. Utah Division of Wildlife Resources, Moab, Utah.

Trammell, M., and T. Chart. 1999. Aspinall studies: evaluation of nursery habitat availability and Colorado pikeminnow young-of-year habitat use in the Colorado River, Utah, 1992-1996. Final Report. 49 pp.

Turner, T.F., T.E. Dowling, P.C. Marsh, B.R. Kesner, and A.T. Kelsen. 2007. Effective size, census size, and genetic monitoring of the endangered razorback sucker, *Xyrauchen texanus*. Conservation genetics 8:417-425

Tyus, H.M. 1985. Homing behavior noted for Colorado squawfish. Copeia 1985:213-215.

Tyus, H.M. 1987. Distribution, reproduction, and habitat use of the razorback sucker in the Green River, Utah, 1979-1986. Transactions of the American Fisheries Society 116:111-116.

Tyus, H.M. 1990. Potamodromy and reproduction of Colorado squawfish in the Green River Basin, Colorado and Utah. Transactions of the American Fisheries Society 119:1035-1047.

Tyus, H.M. 1991. Ecology and management of Colorado squawfish (*Ptychocheilus lucius*). In: W.L. Minckley and S. Deacon (Eds) Battle Against Extinction: Management of Native Fishes in the American Southwest. University of Arizona Press, Tucson, AZ. pp. 379-402.

Tyus, H.M., and J. Beard. 1990. *Esox lucius* (Esocidae) and *Stizostedion vitreum* (Percidae) in the Green River Basin, Colorado and Utah. Great Basin Naturalist 50:33-39.

Tyus, H.M., B.D. Burdick, R.A. Valdez, C.M. Haynes, T.A. Lytle, and C.R. Berry. 1982. Fishes of the upper Colorado River Basin: distribution abundance, and status. In: W.H. Miller, H.M. Tyus., and C.A. Carlson (Eds) Fishes of the Upper Colorado River System: Present and Future. Western Division, American Fisheries Society, Bethesda, MA. pp. 12-70.

Tyus, H.M., and G.B. Haines. 1991. Distribution, habitat use, and growth of age-0 Colorado squawfish in the Green River Basin, Colorado and Utah. Transactions of the American Fisheries Society 120:79-89.

Tyus, H.M. and C.A. Karp. 1989. Habitat use and streamflow needs of rare and endangered fishes, Yampa River, Colorado. U.S. Fish and Wildlife Service, Biology Report 89(14). 27 pp.

Tyus, H.M., and C.A. Karp. 1990. Spawning and movements of razorback sucker, *Xyrauchen texanus*, in the Green River Basin of Colorado and Utah. Southwestern Naturalist 35:427-433.

Tyus, H.M., and C.W. McAda. 1984. Migration, movements and habitat preferences of Colorado squawfish, *Ptychocheilus lucius*, in the Green, White, and Yampa Rivers, Colorado and Utah. Southwestern Naturalist 29:289-299.

Tyus, H.M., and N.J. Nikirk. 1990. Abundance, growth, and diet of channel catfish, *Ictalurus punctatus*, in the Green and Yampa rivers, Colorado and Utah. Southwestern Naturalist 35:188-198.

Tyus, H.M., and J.F. Saunders. 1996. Nonnative fishes in the upper Colorado River Basin and a strategic plan for their control. Final Report of University of Colorado Center for Limnology to Upper Colorado River Endangered Fish Recovery Program, Denver, CO.

Ulibarri, M. 2008. Email describing numbers of Colorado pikeminnow stocked in 2008, sent on October 21, 2008 to the SJRRIP Program.

U.S. Bureau of Reclamation. 2002. Draft Environmental Impact Statement, Navajo Reservoir Operations, Navajo Unit, San Juan River, New Mexico, Colorado, Utah. Western Colorado Region, Western Colorado Area Office.

U.S. Bureau of Reclamation. 2003. Biological Assessment, Navajo Reservoir operations, Colorado River storage project Colorado-New Mexico-Utah. Upper Colorado Region, Western Colorado Area Office. 58 pp.

U.S. Fish and Wildlife Service. 1967. Endangered species list. Federal Register 32-4001.

U.S. Fish and Wildlife Service. 1991. Razorback sucker (*Xyrauchen texanus*) determined to be an endangered species. Final Rule. Federal Register 56:54957-54967.

U.S. Fish and Wildlife Service. 1994. Final rule: determination of critical habitat for four Colorado River endangered fishes. Federal Register 59:13374-13400.

U.S. Fish and Wildlife Service. 1998. Razorback sucker (*Xyrauchen texanus*) Recovery Plan. Denver, Colorado. 81 pp.

U.S. Fish and Wildlife Service. 2002a. Colorado pikeminnow (*Ptychocheilus lucius*) recovery goals: amendment and supplement to the Colorado squawfish recovery plan. U.S. Fish and Wildlife Service, Mountain-Prairie Region (6), Denver, CO. 71 pp.

U.S. Fish and Wildlife Service. 2002b. Razorback sucker (*Xyrauchen texanus*) recovery goals: amendment and supplement to the razorback sucker recovery plan. U.S. Fish and Wildlife Service, Mountain-Prairie Region (6), Denver, CO. 78 pp.

Valdez, R.A., P.G. Mangan, R.P. Smith, and B.C. Nilson. 1982. Upper Colorado River investigation (Rifle, Colorado to Lake Powell, Utah). U.S. Fish and Wildlife Service and Bureau of Reclamation, Final Report, Part 2, Colorado River Fishery Project, Salt Lake City, UT.

Valdez, R.A., and W.J. Masslich. 1989. Winter habitat study of endangered fish - Green River. Wintertime movement and habitat of adult Colorado squawfish and razorback suckers. Report No. 136.2. BIO/WEST Inc., Logan, UT. 178 pp.

Vanicek, C.D., and R.H. Kramer. 1969. Life history of the Colorado squawfish *Ptychocheilus lucius* and the Colorado chub *Gila robusta* in the Green River in Dinosaur National Monument, 1964-1966. Transactions of the American Fisheries Society 98(2):193-208.

Westfall, B. and R. Bliesner. 2008. Potential effects of climate change on the hydrology of the San Juan Basin and the Navajo-Gallup Water Supply Project. Addendum to the Biological Assessment for the Navajo-Gallup Water Supply Project. 43 pp.

Wick, E.J., J.A. Hawkins, and C.A. Carlson. 1985. Colorado squawfish population and habitat monitoring 1983-1984. Final Report SE-3-7. Colorado Division of Wildlife and Colorado State University, Larval Fish Laboratory, Fort Collins, CO. 48 pp.

Williams, G.P., and M.G. Wolman. 1984. Downstream effects of dams on alluvial rivers. Geological Survey Professional Paper 1286:1-83.

Wilson, R.M., J.D. Lusk, S. Bristol., B. Waddell, and C. Wiens. 1995. Environmental contaminants in biota from the San Juan River and selected tributaries in Colorado, New Mexico, and Utah. 1994 Annual Report. Unpublished report prepared for the San Juan River Basin Recovery Implementation Program, U.S. Fish and Wildlife Service, Albuquerque, NM. 66 pp.

Wydoski, R.S., and E.J. Wick. 1998. Ecological value of floodplain habitats to Razorback Suckers in the upper Colorado River Basin. Upper Colorado River Basin Recovery Program, Denver, CO.

Zimmerman, B.H. 2005. 2004 Fish studies on the Animas River. Southern Ute Tribe/Wildlife Division, Ignacio, CO. Prepared for the U. S. Bureau of Reclamation, Durango, CO. 13 pp. + appendices.

---

THE POLITICS AND BUSINESS OF CLIMATE CHANGE

---

**WATER:**

## Climate change bodes ill for Western supplies

**Debra Kahn, E&E reporter**
*Published: Wednesday, March 23, 2016*

Already-strapped Western water supplies are expected to become harder to manage over the next century due to climate change, according to a study released yesterday by federal water managers.

The Bureau of Reclamation's **report** is the second comprehensive look at how climate change will affect water supplies in the West. It finds that warming weather will increase the likelihood of shortages, particularly for farmers.

"Climate change poses a fundamental challenge to Reclamation's mission and the national economy," it says. "More extreme variations in climate will make it difficult for Reclamation to meet competing demands for water."

The report covers the 17 Western states that Reclamation supplies with federal water deliveries. Reclamation is the largest water supplier in the country, as well as the largest producer of hydroelectricity, with 53 power plants that serve 3.5 million households.

Building on a 2011 report that analyzed eight river basins, the new version analyzes nine: the Klamath, Truckee, Sacramento, San Joaquin, Lower Colorado, Rio Grande, Colorado, Columbia and Missouri. All told, the rivers supply Reclamation with 10 trillion gallons of water per year for cities, as well as water for 10 million acres of irrigated farmland that supply more than half of U.S. vegetable production and more than a quarter of fruit and nut production.

Reclamation notes that the basins have already warmed by about 2 degrees Fahrenheit since 1895 -- slightly more than the nationwide average of 1.3 to 1.9 F. Assuming continued temperature increases of up to 7 F through the end of the century, the report finds that more of the West's precipitation will fall as rain rather than snow, complicating the already-complex task of capturing rain and snowfall in reservoirs and figuring out how much water each customer will receive.

The report predicts slight increases in water supply in the Northwest, while the Southwest is expected to suffer from slight reductions in runoff entering its rivers. All areas are expected to see big changes in the timing of snowmelt, which will shift peak river flows earlier and earlier.

### Runoff and demand for irrigation will rise

Southern basins like the Rio Grande will see their median peak runoff date move up as much as 11 days earlier by the end of the century, while losing about 3 percent of annual runoff by midcentury.

In the north, the Missouri River Basin could receive up to 15 percent more runoff per year. Other basins that stand to receive more water include California's Sacramento and San Joaquin river basins and the Truckee River Basin, which could receive 5.7 percent more annual runoff, on average, by midcentury, and a peak runoff date as much as 19 days earlier in the year by 2100.

Farther north, the Klamath River Basin may have to grapple with a 23 percent increase in winter runoff and a 33 percent decrease in spring and summer runoff.

In addition to runoff changes, increased temperatures are expected to increase the demand for irrigation water and for Reclamation's hydroelectricity, as well as for water dedicated to maintaining habitat for fish and other river species.

"Collectively, the impacts of climate change to water resources give rise to difficult questions about how best to operate Reclamation facilities to address growing demands for water and hydropower now and how to upgrade and maintain infrastructure to optimize operations in the future," the report says.

Along with the report, Reclamation released an online **map** depicting the basins and their individual climate projections for 2020, 2050 and 2070.

---

Twitter: **@debra_kahn**  |  Email: **dkahn@eenews.net**

9/8/2016                    WATER: Climate change bodes ill for Western supplies -- Wednesday, March 23, 2016 -- www.eenews.net

*Advertisement*



*The Premier Information Source for Professionals Who Track Environmental and Energy Policy.*

© 1996-2016 E&E Publishing, LLC  Privacy Policy  Site Map

# APPENDIX A

## MEMORANDUM

**TO:** **Alli Melton, High Country Conservation Advocates**
**Jim Ramey, Citizens for a Healthy Community**

**FROM:** **Megan Williams**
**Air Quality Consultant**

**DATE:** **April 14, 2015**

**RE:** **Air Quality Review of the Bull Mountain Unit Master Development Plan Draft Environmental Impact Statement (MDP DEIS)**

Following is a review of the air quality portions of the Bull Mountain Unit Master Development Plan Draft Environmental Impact Statement (MDP DEIS), dated January 2015.

## SUMMARY

The air quality modeling analyses performed by BLM for the MDP DEIS indicate that adverse impacts on air quality would occur due to the proposed project sources alone and cumulatively when considering other sources in the region. These adverse impacts will further exacerbate existing air quality conditions that threaten violation of air quality standards. Background data and other analyses indicate that compliance with National Ambient Air Quality Standards (NAAQS) is threatened, significant air quality deterioration is not being prevented and visibility impairment is already occurring due in part to current development in the air quality study area for the MDP DEIS. Further, the air quality analyses presented in the MDP DEIS and accompanying air quality technical documents are deficient as detailed in this memo. As a result of these deficiencies, it is likely that air quality impacts would be predicted to be even more severe than what is presented in the MDP DEIS.

Specifically, this memo includes detailed comments on the following air quality issues that this MDP DEIS must address:

- Background concentrations of ozone and particulate matter in the air quality study area are at or exceed levels harmful to human health
- Visibility in nearby Class I and sensitive Class II areas is already impaired
- The BLM's air quality modeling analysis predicts significant ozone impacts
- The BLM's air quality modeling analysis predicts significant visibility and ecosystem impacts
- The BLM's air quality modeling analysis does not assure the prevention of significant deterioration of air quality
- The BLM's hazardous air pollutant analysis predicts significant health impacts
- The BLM's air quality modeling analysis likely underpredicts ozone concentrations
- The BLM's air quality modeling analysis likely underpredicts nitrogen dioxide concentrations
- The BLM's air quality modeling analysis likely underpredicts particulate matter concentrations

Bull Mountain Master Development Plan DEIS                                                  102
DOI-BLM-UT-G010-2009-0217-EIS

- The MDP DEIS does not include a comprehensive regional inventory for use in determining existing and reasonably foreseeable cumulative air quality impacts
- The MDP DEIS does not include a comprehensive set of mitigation measures that would ensure no significant impacts to air quality and air quality related values in the impacted area

The MDP DEIS does not adequately analyze the air quality impacts that could occur as a result of the actions authorized under the MDP DEIS, therefore, failing to comply with the National Environmental Policy Act (NEPA) and the Federal Land Policy and Management Act (FLPMA). The air analyses included in the DEIS are not a comprehensive assessment of the environmental and public health impacts resulting from an increase in air pollution in an area already heavily impacted by the adverse effects of increasing development. Without such an analysis, the BLM cannot know what the impacts of the activities proposed in the MDP DEIS will be on air quality, human health and the natural environment or whether the BLM will prevent significant deterioration in air quality, as required by the Clean Air Act.

The BLM does not put forth any alternative in the MDP DEIS that fully protects air quality in the area. The Agency Proposed Action (B) provides for up to 36 new well pads and up to 150 new wells and 4 new compressor stations.[183] Even Alternative C, the Modified Action, is not sufficiently protective of air quality. All of the alternatives fall short of establishing enforceable mitigation measures that will ensure that there are no violations of the applicable State and Federal requirements (*e.g.*, compliance with the National Ambient Air Quality Standards). The BLM must propose a detailed and enforceable mitigation plan and consider that plan in detail as an alternative in the MDP DEIS, using any and all means, prior to issuance of the final EIS, that will ensure no violations of Clean Air Act standards and, further, adherence to thresholds established by best available science regarding protection of public health and the environment. If the BLM authorizes the proposed action, its actions will not ensure air quality protection. The BLM must improve upon its air quality analysis and then must develop an alternative that ensures no violations of Clean Air Act standards.

Following are detailed air quality comments on the MDP DEIS identifying significant adverse impacts on air quality and air quality related values and also identifying potential impacts that have not been adequately disclosed or addressed in the MDP DEIS.

**The BLM's Own Assessment Indicates the Proposed Development Will Have Adverse Impacts on Air Quality and Therefore the MDP DEIS—Which Does Not Fully Acknowledge Such Impacts—Does not Satisfy the Requirements of the National Environmental Policy Act and the Federal Land Policy and Management Act**

The BLM's analysis of the MDP DEIS shows adverse impacts on air quality. Specifically, the BLM's own analysis fails to ensure compliance with the National Ambient Air Quality Standards (NAAQS) for ozone, shows health impacts from hazardous air pollution and shows ecosystem impacts in nearby Class I and sensitive Class II areas. The BLM's analysis also does not ensure that the project will prevent significant deterioration of air quality. In short, the DEIS does not satisfy the BLM's obligations under the National Environmental Policy Act (NEPA) and the Federal Land Policy and Management Act (FLPMA) to disclose whether the proposed development will cause Clean Air Act (CAA) violations, and to consider alternatives that better mitigate air pollution

---

[183] BLM MDP DEIS Table ES-1

under NEPA, and to adopt mitigation under FLPMA, to prevent CAA violations and to prevent unnecessary or undue degradation of public lands and the environment (43 U.S.C. § 1732(b)).

Under NEPA, the BLM has obligations to assess and report the near-field, far-field and cumulative impacts of expected emissions from the proposed project on the NAAQS, prevention of significant deterioration (PSD) increments, and air quality related values (AQRVs), and to identify alternatives or other mitigation measures sufficient to prevent expected violations of NAAQS, PSD increments and adverse impacts on AQRVs. (40 C.F.R. §§ 1502.14(a), (f), 40 C.F.R. § 1502.16(h) and 40 C.F.R. § 1508.27(b)(10)).

In order to meet its obligations under NEPA and FLPMA, the BLM must identify an allowable level of emissions for the proposed development that would not cause or contribute to violations of pollution standards in the ambient air or adverse impacts on air quality related values in Class I and sensitive Class II areas, and identify mitigation measures to achieve those emission levels. NEPA explicitly requires that the EIS for the development "shall include discussions of: (h) Means to mitigate adverse environmental impacts (if not fully covered under § 1502.14(f))." Where "[m]itigation includes: (a) avoiding the impact altogether by not taking a certain action or parts of the action; (b) minimizing impacts by limiting the degree or magnitude of the action and its implementation." 40 C.F.R. § 1508.20.

In its EIS analysis, BLM must include all information relevant to reasonably foreseeable significant adverse impacts and must fully justify any incomplete or unavailable information per the requirements of 40 C.F.R. § 1502.22.

The BLM has failed to accomplish this in this MDP DEIS. Importantly, all alternative scenarios are shown to violate at least one, if not several of the air quality standards laid out by the CAA and mandated for NEPA projects under FLPMA. Even Alternative C, the Modified Action, is shown to result in adverse impacts to air quality and air quality related values. Specifically, the MDP DEIS and associated supporting documents report health impacts from hazardous air pollution, significant deterioration of air quality and ecosystem impacts.  Even more troublesome is the fact that the modeling does not fully, and properly, evaluate project and cumulative impacts and therefore fails to disclose the maximum potential impacts to the impacted area. Further, background concentrations understate air quality in the area meaning that the adverse air quality impacts would likely be much worse, in reality, than what is shown in the MDP DEIS.

### The BLM Must Acknowledge and Address the Existing Air Quality Concerns in the North Fork Valley and Nearby Impacted Areas

The BLM must acknowledge the existing air quality concerns in the North Fork Valley and nearby impacted areas and recognize that high background levels of air pollutants can mean that even if the activities analyzed in the MDP DEIS will result in only minor increases in certain pollutants, the aggregate level of pollution that could result might have significant detrimental effects on human health and the environment (*e.g.*, visibility and ecosystems).

Background concentrations of ozone and PM in the area are at or exceed the NAAQS and leave virtually no room for additional growth in emissions. Visibility in nearby Class I areas is already impaired. For the BLM to present alternatives for the MDP DEIS that allow for growth in the emissions that contribute to these existing air quality concerns is inconsistent with the CAA's goal to protect human health and the environment. These issues must be dealt with in this MDP DEIS by ensuring overall air quality compliance throughout the affected area. Specifically, the BLM must acknowledge and address the areas of concern described in more detail below.

III.     **Wintertime Ozone Exceedances Near Oil and Gas Fields Point to a Worsening Problem**

There is increasing precedence for wintertime ozone problems where oil and gas development occurs in the West. The atmospheric chemistry leading to ozone formation is complex and is highly sensitive to a wide range of factors, including the intensity of sunlight, air temperature and the quantity and chemical composition of the volatile organic compounds (VOC) and nitrogen oxide ($NO_x$) pollutants that combine in the presence of sunlight to form ozone. Traditionally, elevated ozone levels are thought to be a summertime problem that plagues large urban areas. But recent ongoing events that have occurred in rural southwest Wyoming and northeast Utah in wintertime demonstrate this is not always the case. This raises a concern with respect to potential wintertime ozone formation in the impacted area.

According to a study conducted by the National Oceanic and Atmospheric Administration, ozone rapidly formed in southwest Wyoming "when three factors converged: ozone-forming chemicals from the natural gas field, a strong temperature inversion that trapped the chemicals close to the ground, and extensive snow cover, which provided enough reflected sunlight to jump-start the needed chemical reactions."[184] The North Fork Valley also exhibits these same factors needed for ozone formation. First, oil and gas sources in the region contribute to pollutant concentrations that have the potential to form ozone. Second, strong temperature inversions are present in the valley exhibiting a high potential for wintertime meteorological inversions. Finally, given the overall high elevation throughout the impacted area, extensive snow cover is persistent in the region during winter months.

In July 2012, the EPA designated all of Sublette County and portions of Lincoln and Sweetwater counties in Wyoming as an ozone nonattainment area. The Uinta Basin in Utah has been experiencing a similar situation of wintertime ozone and PM NAAQS exceedances together with increasing oil and gas development. While the Uinta Basin is still officially in attainment of the ozone standard, elevated ozone levels over recent years and tighter ozone standards proposed by EPA point to a nonattainment designation by the EPA. Failing to consider the potential impact from additional development in the region on wintertime ozone formation has the potential to contribute to ozone standard exceedances and potential nonattainment designation, similar to that facing Wyoming and Utah.

The importance of protecting the air quality for those people who live in the region, most importantly for sensitive populations, including children, the elderly and those with respiratory conditions is huge.  Exposure to ozone is a serious concern as it can cause or exacerbate respiratory health problems, including shortness of breath, asthma, chest pain and coughing,

---

[184] See NOAA's press release at http://www.noaanews.noaa.gov/stories2009/20090118_ozone.html, January 18, 2009 for Schnell, R.C., et al.  2009.  Rapid photochemical production of ozone at high concentrations in a rural site during winter.  *Nature Geoscience* 1-3 (January 18, 2009), http://www.nature.com/naturegeoscience.

decreased lung function and even long-term lung damage.[185]  According to a recent report by the
National Research Council "short-term exposure to current levels of ozone in many areas is likely
to contribute to premature deaths".[186]

EPA revised the 8-hour ozone standard from 80 parts per billion (ppb) to 75 ppb back in 2008 and
in December 2014 proposed even stricter standards, between 60 and 70 ppb.[187] The Clean Air
Scientific Advisory Committee's (CASAC) —appointed by the Administrator to recommend
revisions to the existing standards, per section 109(d)(2) of the Clean Air Act—recommended in
2008 that EPA substantially lower the 8-hour standard. At that time the EPA did not abide by the
committees recommendations. Specifically, the CASAC put forth a unanimous recommendation to
lower the 8-hour standard from 80 ppb to somewhere between 60-70 ppb.[188] The committee
concluded that there is no scientific justification for retaining the current 8-hour standard and that
the EPA needs to substantially reduce the primary 8-hour standard to protect human health,
especially in sensitive populations. So, even ozone concentrations at levels as low as 60 ppb can
be considered harmful to human health and the BLM should consider this when evaluating the air
impacts in the MDP DEIS, including by considering, in detail, an alternative in the MDP DEIS
pursuant to NEPA that would constrain emissions within the 60-70 ppb range established by the
CASAC, regardless of what EPA eventually chooses to do as BLM has a duty, independent of the
CAA, to protect public health and the environment.

In addition to the human health effects, ozone pollution can cause adverse effects to the physical
environment. Ozone is absorbed by plants and can cause leaf discoloration, reduced
photosynthesis, and reduced growth as well as make plants more susceptible to disease, pests
and environmental stresses.[189] Ozone effects on trees are thought to accumulate over time such
that whole forests or ecosystems can be affected. The National Park Service (NPS) finds that
ozone sensitive vegetation is found in Arches National Park (in the air quality study area) and
NPS further states that ozone concentrations are high enough to induce plant injury on certain
species under certain conditions.[190]  Specifically, NPS estimates that "ozone concentrations and
cumulative doses at the park are high enough to harm sensitive vegetation in areas of higher soil
moisture, such as riparian zones."[191] NPS identifies the following ozone sensitive plant species in
Arches NP: *Robinia pseudoacacia* (black locust), *Apocynum cannabinum* (Indian hemp),
and *Salix gooddingii* (Goodding's willow).[192]

The MDP DEIS presents a background concentration for ozone of 141 micrograms per cubic
meter (µg/m$^3$), or 72 ppb, in Table 3-3 of the MDP DEIS. This value is reported as the 8-hour
average concentration from Greasewood Hub, collected during 2009-2010. The BLM should
provide more information on this monitor (*e.g.*, location, Federal Reference Method status,
monitoring schedule, etc.). More recent data from ozone monitors in the region indicate that ozone

---

[185] *See* EPA's National Ambient Air Quality Standards for Particulates and Ozone, 62 FR 38,856 (July 18,
1997).
[186] http://www.nationalacademies.org/morenews/20080422.html
[187] *See* 79 FR 75234, December 17, 2014.
[188] EPA-CASAC-LTR-07-001, Clean Air Scientific Advisory Committee's (CASAC) Peer Review of the
Agency's 2nd Draft Ozone Staff Paper, October 24, 2006.
[189] As discussed in U.S. National Park Service, Air Quality in Our National Parks, 2002, Chapter 2.
[190] *See* http://www.nature.nps.gov/air/Permits/ARIS/arch/?CFID=10150473&CFTOKEN=83478653
[191] *See* http://www.nature.nps.gov/air/Permits/ARIS/arch/impacts.cfm?tab=2#TabbedPanels1
[192] *Id.*

levels are already exceeding the NAAQS of 75 ppb on some days, by a considerable margin.[193] The following table summarizes recently recorded ozone concentrations in the air quality study area (*see* Figure 3-1 of the MDP DEIS) that exceed the level of the NAAQS:

**Table 1:** Recently Recorded High Ozone Concentrations at Monitors In the Air Quality Study Area (Source: EPA AirData)
(note, current NAAQS = 75 ppb, 2014 EPA proposed NAAQS range = 60-70 ppb)
**Concentrations in bold were recorded in winter (January, February)**

| Site | ID | Monitor Notes[*] | Year | 1st High 8hr $O_3$ [ppb] | 4th High 8hr $O_3$ [ppb] |
|---|---|---|---|---|---|
| Gothic | 08-051-9991 | FRM – EPA CASTNET | 2012 | 81[**] | 70[**] |
| Rifle | 08-045-0012 | FRM – CDPHE SLAMS | 2013 | **107** | **82** |
| McClure Pass | 08-051-0008 | FRM – USFS (summer only) | 2012 | 79 | 66 |
| Ajax Mountain | 08-097-0002 | FRM – USFS (summer only) | 2011 | 76 | 74 |
| Sunlight Mountain | 08-045-0016 | FRM – USFS (summer only) | 2012 | 85 | 82 |
| Wilson | 08-045-0017 | FRM – USFS (summer only) | 2012 | 77 | 71 |
| Silt-Collbran | 08-077-0022 | FRM – USFS (summer only) | 2012 | 77 | 73 |
| Grand Mesa | 08-077-0021 | FRM – USFS (summer only) | 2012 | 76 | 70 |
| Palisade | 08-077-0020 | FRM Special Purpose | 2012 | 75[**] | 71[**] |
| Flattops #3 | 08-045-0014 | FRM – USFS (summer only) | 2012 | 70 | 68 |
| Ripple Creek Pass | 08-045-0015 | FRM – USFS (summer only) | 2012 | 72 | 68 |
| Colorado National Monument | 08-077-1001 | FRM – NPS (summer only) | 2012 | 73 | 71 |
| Rangely | 08-103-0006 | FRM NPS | 2011 | **88** | **73** |
| | | | 2012 | 71 | 69 |
| | | | 2013 | **106** | **91** |
| | | | *2011-2013 avg* | | *78* |
| Uintah County, Utah (~30 miles SW of Rangely) | 49-047-5632 | FRM Industrial (Enefit) – Background Concentration | 2012 | 77 | 72 |
| Dinosaur National Monument | 49-047-1002 | FRM – NPS CASTNET | 2011 | **106** | **90** |
| | | | 2012 | 83[**] | 75[**] |
| | | | 2013 | **126** | **114** |
| | | | *2011-2013 avg* | | *93* |

**TABLE NOTES:**

---

[193] While some of these data were collected at monitors that technically cannot [yet] be used to determine attainment status for the NAAQS they are Federal Equivalent Method monitors and the data are considered viable and representative of the area.

<sup>*</sup> Monitor notes include information on whether or not the monitor is a Federal Reference Monitor (FRM), the owner (*e.g.*, Colorado Department of Public Health and Environment (CDPHE), National Park Service (NPS), Environmental Protection Agency (EPA), US Forest Service (USFS)), and the monitor type (*e.g.*, state and local air monitoring stations (SLAMS), Clean Air Status and Trends Network (CASTNET), Special Purpose, etc.).
<sup>**</sup> Includes exceptional events

All of the concentrations in the above table exceed the higher end of the range of concentrations proposed by EPA in 2014 for the updated NAAQS (60-70 ppb). Of greatest concern are recent monitored concentrations closest to the proposed development. Monitors at McClure Pass, Rifle and Gothic have recorded ozone levels above the level of the NAAQS in recent years. Given that ozone issues must be assessed on a regional scale it is important for BLM to consider recently recorded ozone concentrations throughout the air quality study area. Recently recorded maximum 8-hour average ozone concentrations at three monitors in the air quality study area exceed 100 ppb. All three of these monitors had 4th high values that exceeded the level of the current NAAQS by a significant amount (109% - 121%). And, in fact, both the Rangely and Dinosaur National Monument monitors have 3-year average 4th highest 8-hour ozone concentrations that exceed the current NAAQS. Of note is the fact that all of these high concentrations were recorded in winter.

Just west of the air quality study area in northeastern Utah, maximum recorded wintertime ozone values at monitors in Ouray and Redwash in 2013 were as high as 141 ppb. The 4th highest maximum 8-hour average ozone concentration at these monitors in 2013 was 133 ppb, with a full 48 days recording 8-hour average concentrations of 75 ppb.[194] According to the recent draft Gasco development EIS in this area:

> Based on the emission inventories developed for Uintah County, the likely dominant source of ozone precursors at the Ouray and Redwash monitoring sites are oil and gas operations near the monitors. The monitors are located in remote areas where impacts from other human activities are unlikely to be significantly contributing to this ozone formation. Although ozone precursors can be transported large distances, the meteorological conditions under which this cold pool ozone formation is occurring tend to preclude any significant transport. Currently, ozone exceedences in this area are confined to the winter months during periods of intense surface inversions and low mixing heights.[195]

Given the fact that there is very little *wintertime* ozone monitoring data in the Bull Mountain MDP DEIS air quality study area and what little data have been collected to date show that elevated ozone concentrations are present, it is critical that the BLM not proceed without implementing further mitigation measures to prevent a similar situation to that in Utah and Wyoming where wintertime ozone concentrations near oil and gas development have caused regular and considerable exceedances of the ozone NAAQS.

Essentially, there is no room for growth in emissions that contribute to these harmful levels of ozone pollution in the area - namely, NO$_x$ and VOC. Yet, in the proposed action BLM is contemplating 150 additional wells in the area, adding over 413 tons per year of NO$_x$ emissions and 125 tons per year of VOC emissions.[196]

---

[194] EPA AirData http://www.epa.gov/airquality/airdata/
[195] BLM Gasco Draft EIS  at 3-13, available online at
http://www.blm.gov/ut/st/en/fo/vernal/planning/nepa_/gasco_energy_eis.html
[196] BLM MDP DEIS at 4-50.

*Any* increase in emissions of ozone precursors will exacerbate the negative health effects of ozone in the region and is almost certain to cause significant health-based impacts when considering EPA's proposed revisions to the ozone NAAQS and the CASAC recommendations. The BLM must establish strict and enforceable, state-of-the-art mitigation measures that essentially do not allow for growth in $NO_x$ and VOC emissions in the area in order to protect human health and to avoid future violations of the ozone NAAQS. These mitigation measures should be considered, in details, as alternatives in the DEIS pursuant to NEPA. In order to protect human health and to fulfill its responsibility to provide for compliance with the ozone standard in this MDP DEIS, the BLM must ensure that this value does not increase further and instead make a plan within this MDP DEIS to keep ozone below harmful levels.

*Particulate Matter Emissions in the Area are High*

The MDP DEIS presents background concentrations for particulate matter with an aerodynamic diameter less than 10 microns ($PM_{10}$) and less than 2.5 microns ($PM_{2.5}$) from monitors in Ignacio and Williams Willow Creek, respectively, in Table 3-3 of the MDP DEIS. The 24-hour average $PM_{10}$ background concentration of 36 $\mu g/m^3$ is based on data from 2003-2005. The 24-hour average $PM_{2.5}$ background concentration of 14 $\mu g/m^3$ is based on more recent data, from 2012. These data – especially for $PM_{10}$ – do not reflect more recent PM monitoring data from the area. Specifically, more recent $PM_{10}$ monitoring data from Crested Butte, Mount Crested Butte and Delta all show significantly higher background concentrations. The following table summarizes these additional $PM_{10}$ data:

**Table 2**: Recently Recorded High $PM_{10}$ Concentrations at Monitors In the Air Quality Study Area (Source: EPA AirData)

| Site | ID | Monitor Notes[1] | Year | 1st High $PM_{10}$ 24hr avg [$\mu g/m^3$][2] | 2nd High $PM_{10}$ 24hr avg [$\mu g/m^3$][2] |
|------|-----|------|------|------|------|
| Mt Crested Butte | 08-051-0007 | FRM SLAMS | 2008 | 102 STP | 64 STP |
| Mt Crested Butte | 08-051-0007 | FRM SLAMS | 2009 | 93 STP | 81 STP |
| Mt Crested Butte | 08-051-0007 | FRM SLAMS | 2010 | 168 STP | 123 STP |
| Mt Crested Butte | 08-051-0007 | FRM SLAMS | 2011 | 65 STP | 62 STP |
| Mt Crested Butte | 08-051-0007 | FRM SLAMS | 2012 | 132 LC | 69 LC |
| Mt Crested Butte | 08-051-0007 | FRM SLAMS | 2013 | 148 LC | 29 LC |
| Mt Crested Butte | 08-051-0007 | FRM SLAMS | 2014 | 74 STP | 51 STP |
| Crested Butte | 08-051-0004 | FRM SLAMS | 2008 | 108 STP | 99 STP |
| Crested Butte | 08-051-0004 | FRM SLAMS | 2009 | 103 STP | 86 STP |
| Crested Butte | 08-051-0004 | FRM SLAMS | 2010 | 174 STP | 87 STP |
| Crested Butte | 08-051-0004 | FRM SLAMS | 2011 | 77 STP | 74 STP |
| Crested Butte | 08-051-0004 | FRM SLAMS | 2012 | 50 STP | 48 STP |
| Crested Butte | 08-051-0004 | FRM SLAMS | 2013 | 140 STP | 61 STP |
| Crested Butte | 08-051-0004 | FRM SLAMS | 2014 | 116 STP | 97 STP |
| Delta | 08-029-0004 | FRM SLAMS | 2008 | 92 STP | 64 STP |
| Delta | 08-029-0004 | FRM SLAMS | 2009 | 165 LC | 114 STP |
| Delta | 08-029-0004 | FRM SLAMS | 2010 | 125 STP | 115 STP |
| Delta | 08-029-0004 | FRM SLAMS | 2011 | 51 STP | 44 STP |
| Delta | 08-029-0004 | FRM SLAMS | 2012 | 65 STP | 58 STP |
| Delta | 08-029-0004 | FRM SLAMS | 2013 | 64 STP | 44 STP |

| Site | ID | Monitor Notes[1] | Year | 1st High $PM_{10}$ 24hr avg [µg/m³][2] | 2nd High $PM_{10}$ 24hr avg [µg/m³][2] |
|------|-----|------------------|------|-------------------------------|-------------------------------|
| Delta | 08-029-0004 | FRM SLAMS | 2014 | 108 STP | 49 STP |

TABLE NOTES:
[1] Monitor notes include information on whether or not the monitor is a Federal Reference Monitor (FRM), the owner, if other than CDPHE (e.g., National Park Service (NPS)), and the monitor type (e.g., state and local air monitoring stations (SLAMS), etc.).
[2] STP indicates standard temperature and pressure, LC indicates local conditions

The above table shows that more recent $PM_{10}$ background monitoring data collected closer to the development area than the monitor used to determine the background concentration in the MDP DEIS are higher than what was used in the MDP DEIS. In fact, all of the monitoring locations in the summary table have recorded second high $PM_{10}$ concentrations far greater than the value of 36 µg/m³ used in the MDP DEIS. Each location has a second high value greater than 99 µg/m³ with the highest second high value recorded in Mount Crested Butte in 2010 of 123 µg/m³, which is over three times higher than the background concentration used in the MDP DEIS and over 80% of the NAAQS of 150 µg/m³.

For $PM_{2.5}$, more information is needed in order to assess whether the background concentration of 14 µg/m³ from 'Williams Willow Creek' is representative of background concentrations in the study area (e.g., location of the monitor, Federal Reference Method status, monitor schedule, etc.). The only active Federal Reference Method $PM_{2.5}$ monitors in the study area are in Grand Junction and Rangely. The Rangely monitor recorded an exceedance of the 24-hour average $PM_{2.5}$ NAAQS of 35 µg/m³ in 2012 (maximum monitored concentration was 36 µg/m³; the 98th percentile concentration was 25 µg/m³). The monitor also has recorded high wintertime $PM_{2.5}$ concentrations (e.g., 29 µg/m³ in January 2013).[197] Monitoring data from Grand Junction also show recorded wintertime values that exceed the NAAQS with maximum monitored concentrations as high as 42 µg/m³ in January 2013 (and a 98th percentile average value of 40 µg/m³).[198] The same monitor has recorded values of 29 µg/m³ in January 2014 and 26 µg/m³ in January 2015.[199] All of these concentrations were observed in wintertime (January).

In addition to wintertime ozone, wintertime PM is a growing concern near oil and gas development. In oil and gas development areas in northeast Utah, air quality monitors have recorded very high wintertime values of 24-hour average $PM_{2.5}$. Speciation studies completed on samples collected in the Uinta Basin found that the sources that contribute to the high concentrations (organic and elemental carbon sources) are different than those seen in the urban areas of the Wasatch Front and Cache Valley (mostly ammonium nitrate from combustion sources ($NO_x$)) with the large fraction of carbon material found in the samples from the Uinta Basin (up to 80% of the $PM_{2.5}$ by mass) indicating a "likelihood of strong regional contributions of the oil and gas industry to the atmospheric hydrocarbon (VOC) burden of the Uinta Basin's airshed."[200] With maximum monitored 24-hour average $PM_{2.5}$ concentrations occurring primarily in winter in the monitors in the air quality study, it is important for the BLM to closely monitor wintertime $PM_{2.5}$ concentrations in the project area. BLM should establish monitoring requirements for the project

---

[197] EPA AirData http://www.epa.gov/airquality/airdata/
[198] Id.
[199] Id.
[200] Energy Dynamics Laboratory, Utah State University Research Foundation, Final Report: Uinta Basin Winter Ozone and Air Quality Study December 2010-March 2011, EDL/11-039, June 14, 2011, p. 71.

area to help manage $PM_{2.5}$ impacts.

The BLM must consider the higher background concentrations monitored in the air quality study area in winter as part of the MDP DEIS analysis. With the large amount of oil and gas development going on in the study area it is critical that the BLM use a background concentration that is reflective of nearby oil and gas sources. According to the EPA's Guideline on Air Quality models, "[b]ackground air quality includes pollutant concentrations due to: (1) Natural sources; (2) nearby sources other than the one(s) currently under consideration; and (3) unidentified sources." See 40 C.F.R. 51, Appendix W, Section 8.2.1.[201]

It is possible that the high concentrations of $PM_{2.5}$ recorded in the air quality study area are due, in part, to the secondary formation of $PM_{2.5}$ (*e.g.*, sulfates and nitrates), as opposed to directly emitted [primary] PM (*e.g.*, road dust and wood smoke). The high values occurred during the wintertime and could potentially be associated with inversions that limit dispersion and provide conditions (*e.g.*, high relative humidity) that contribute to the formation of secondary $PM_{2.5}$ in the atmosphere. Since it is possible that the monitored high values are due to gaseous pollutants that form fine particles after reacting with other compounds in the air during wintertime inversions then it would be very important for the BLM to consider these wintertime $PM_{2.5}$ background concentrations as representative background concentrations in its air quality impact assessment. The meteorological inversions observed in the North Fork Valley would also have the potential to contribute to elevated $PM_{2.5}$ concentrations from the formation of secondary $PM_{2.5}$ concentrations.

In 2006, EPA lowered the short-term $PM_{2.5}$ standard from 65 µg/m$^3$ to 35 µg/m$^3$ because scientific information showed that the pollutant is a health concern at levels lower than what the previous standard allowed.[202] $PM_{2.5}$ can become lodged deep in the lungs or can enter the blood stream, worsening the health of asthmatics and even causing premature death in people with heart and lung disease. $PM_{2.5}$ is also a major contributor to visibility impairment. See the EPA's staff paper on particulate matter (EPA-452/R-05-005a, December 2005) as well as the EPA's Air Quality Criteria Document for Particulate Matter (EPA/600/P-99/002aF and EPA/600/P-99/002bF, October 2004) for more detailed information on the health effects of $PM_{2.5}$.[203] Even $PM_{2.5}$ concentrations lower than the current NAAQS are a concern for human health. The CASAC, in their letter to the EPA on the revised $PM_{2.5}$ standard, unanimously recommended that the 24-hour $PM_{2.5}$ standard be lowered from 65 µg/m$^3$ to 30-35 µg/m$^3$ and that the annual standard be lowered from 15 µg/m$^3$ to 13-14 µg/m$^3$.[204] EPA set the standard on the high end of the CASAC recommended range for the short-term standard and chose not to lower the annual standard at all. In response, CASAC made it clear that their recommendations were based on "clear and convincing scientific evidence" and that the EPA's decision not to lower the annual standard does not provide for "an adequate margin of safety … requisite to protect the public health" as required by the CAA and, furthermore, that their recommendations were "consistent with the mainstream scientific advice that EPA received from virtually every major medical association and public health organization that provided their input to the Agency".[205] In 2013, EPA finalized a

---

[201] 70 FR 68218, November 9, 2005.
[202] 71 FR 61144, effective December 18, 2006.
[203] *See* http://www.epa.gov/ttn/naaqs/standards/pm/data/pmstaffpaper_20051221.pdf and http://cfpub2.epa.gov/ncea/cfm/recordisplay.cfm?deid=87903
[204] EPA-CASAC-LTR-06-003, Clean Air Scientific Advisory Committee Recommendations Concerning the Final National Ambient Air Quality Standards for Particulate Matter, September 29, 2006, http://yosemite.epa.gov/sab/SABPRODUCT.NSF/1C69E987731CB775852571FC00499A10/$File/casac-ltr-06-003.pdf
[205] *Id.*

strengthened PM$_{2.5}$ annual standard of 12 µg/m$^3$.[206] The BLM should consider that significant impacts can occur at 24-hour PM$_{2.5}$ concentrations as low as 30 µg/m$^3$. This strongly suggests that BLM should consider, in detail, an alternative in the MDP DEIS pursuant to NEPA that constrains 24-hour and annual PM$_{2.5}$ emissions within the ranges identified by the CASAC.

The BLM has an obligation, under NEPA, to evaluate all potential health effects from exposure to increased pollution under the various alternatives of this MDP DEIS. The fact that the EPA has set the PM$_{2.5}$ standards at levels that CASAC asserts is not adequate to protect human health should not limit the BLM to using only EPA's standards. The BLM must assure adequate protection of human health from exposure to PM$_{2.5}$ in the area and could certainly use the CASAC recommendations as a guide for achieving this protection.

Major sources of PM$_{2.5}$ from oil and gas development include products of combustion (*e.g.*, from compressor engines and drill rig engines used during natural gas development) as well as travel on unpaved roads and fugitive dust from construction activities during well development. The amount of growth allowed under the alternatives in the MDP DEIS is cause for concern with respect to the health effects of an increase in PM$_{2.5}$ levels in the impacted area unless the BLM can assure the public that there will be adequate mitigation of PM$_{2.5}$ emissions. The BLM's Proposed Action (B) estimates an additional 46 tons per year of PM$_{2.5}$ emissions and 66 tons per year of PM$_{10}$ emissions in the area.[207] The proposed development certainly has the potential to contribute to exceedances of the short-term and annual PM$_{2.5}$ NAAQS, depending on where and when the proposed growth in emissions occurs. It is important to note that individual projects, considered in isolation, can threaten compliance with the PM NAAQS. The cumulative impacts of oil and gas development projects anticipated in the Uncompahgre Field Office (UFO) planning area could certainly have an even greater impact on the area's compliance with the NAAQS, depending on where and when the various project emissions occur within the planning area. If the BLM is going to allow for continued growth in oil and gas development in the area it must also establish strict and enforceable measures to control PM emissions (and their precursors) from these sources so that the area will continue to be in attainment of all PM standards.

**IV.**

*Visibility and other Air Quality Related Values in Several Class I Areas Are Already Being Impacted by Growth of the Oil and Gas Industry in the Area*

Several recent modeling analyses performed by the BLM for project-specific EISs, Environmental Assessments (EA) and Resource Management Plans (RMPs) assessed visibility impacts in the Class I areas that are also of concern for the proposed development. Those analyses indicate that visibility in several Class I and sensitive Class II areas is threatened by ongoing development.

The BLM's recent Colorado River Valley Field Office RMP revision predicted significant cumulative visibility impacts at Arches National Park, Eagles Nest Wilderness Area, Flat Tops Wilderness Area, Maroon Bells-Snowmass Wilderness Area, Mount Zirkel Wilderness Area, West Elk Wilderness Area and at Colorado National Monument and Dinosaur National Monument, all of which are located within the air quality study area for the MDP DEIS.[208] And BLM's recent White River Field Office RMP revision also predicts direct and cumulative impacts at Arches National Park, Eagles Nest Wilderness Area, Flat Tops Wilderness Area, Maroon Bells-Snowmass Wilderness Area, Mount Zirkel Wilderness Area, and at Colorado National Monument and

---

[206] 78 FR 3086, January 15, 2013.
[207] BLM MDP DEIS at 4-50
[208] BLM CRVFO ARTSD (2011) at Table 4-18

Dinosaur National Monument.[209]

This MDP DEIS must fully consider these existing visibility concerns along with the impacts of the increases in air pollutants that contribute to visibility impairment (*e.g.*, sulfates, nitrates, dust, etc.) that will come from the proposed development.

In addition to visibility, other air quality related values (*e.g.*, sulfur and nitrogen deposition) are indicating that there are ecosystem impacts in Class I areas potentially impacted by the proposed development. The CRVFO RMP revision predicted significant impacts on nitrogen deposition at the Flat Tops Wilderness Area and the Maroon Bells-Snowmass Wilderness Area.[210] The WRFO RMP revision also predicted significant impacts on nitrogen deposition at the Flat Tops Wilderness Area, Eagles Nest Wilderness Area, the Maroon Bells-Snowmass Wilderness Area, Mount Zirkel Wilderness Area and at Dinosaur National Monument.[211] And, the Continental Divide-Creston DEIS predicted numerous significant direct and cumulative impacts on nitrogen deposition at Mount Zirkel Wilderness Area and Dinosaur National Monument.[212] All of these areas are in the air quality study area for the MDP DEIS.

All of these existing air quality concerns in the study area must be acknowledged and addressed in this MDP EIS. The BLM cannot proceed with approving further development in the area without ensuring the public that such development would not further exacerbate the NAAQS exceedances and the visibility impairment and ecosystem impacts in the area.

## The BLM's Analysis Predicts Significant Air Quality Impacts

### The BLM's Air Quality Modeling Analysis Predicts Significant Ozone Impacts

The BLM relies on its recently completed Colorado Air Resource Management Modeling Study (CARMMS)[213] modeling analysis to assess potential ozone impacts for the MDP DEIS.[214] The CARMMS analysis predicts significant ozone impacts throughout the air quality study area for the MDP DEIS based on future development scenarios. Specifically, the 4th highest 8-hour average daily maximum ozone concentration for the 2012 high development scenario in the general location of the Bull Mountain Unit exceeds 70 ppb.[215] Emissions from Federal oil and gas development in the UFO contribute to these high levels of ozone, with a maximum contribution to the 4th highest 8-hour average daily maximum ozone concentration of 0.8 ppb, occurring in the very northeastern corner of the UFO where the Bull Mountain Unit lies.[216] And even if, as called out in the MDP DEIS, the emissions modeled for the CARMMS include *all* planning area emissions for the UFO (*i.e.*, 612 tons per year of $NO_x$ and 620 tons per year of VOC) and therefore "the contribution to regional ozone from Bull Mountain project sources would likely be less," the project emissions do make up a significant portion of UFO emissions and do contribute to ozone concentrations predicted in the modeling analysis.[217]

---

[209] BLM WRFO DRMP (2012) Appendix F
[210] BLM CRVFO ARTSD (2011) at Table G-13
[211] BLM WRFO DRMP (2012) Appendix F, Table F-16
[212] BLM CD-C DEIS AQTSD (2012) Tables 4-80 and 4-84
[213] Colorado Air Resource Management Modeling Study, 2012 Modeling Results for the High, Low and Medium Development Scenarios, Final Report, 06-35841A, January 2015
[214] BLM MDP DEIS at 4-49
[215] BLM MDP DEIS Figure 4-11 at 4-52 and CARMMS Figure 5-5a at 196
[216] BLM MDP DEIS Figure 4-12 at 4-53 and CARMMS Table 5-40 at 195
[217] BLM MDP DEIS at 4-50

These ozone impacts are important to consider, even if direct project impacts contribute a small amount to predicted ozone concentrations. It is important to recognize that a large number of existing emissions sources in the region already contribute to elevated ozone concentrations, and that the potential direct impacts from individual projects are adding to existing impacts. Even though an analysis of individual projects may show small incremental impacts when considered alone, when the impacts from all the existing and proposed sources are added together, the effects on ozone levels in the region can be substantial.

Since NEPA and BLM's regulations require that the BLM provide for compliance with all Clean Air Act requirements the BLM must not authorize the proposed development if it will contribute to significant ozone impacts. This is necessary to meet BLM's obligation under NEPA to ensure the professional and scientific integrity of the DEIS. The BLM cannot allow for any increase in emissions that would contribute to unhealthy ozone levels at any location where significant cumulative impacts are predicted.

As provided for under the NEPA regulations, a cumulative impact includes "past, present, and reasonably foreseeable future actions" regardless of who undertakes it or precipitates it, and can include "collectively significant actions" taking place over time. 40 C.F.R. § 1508.7. Such impacts must be included in the scope of an EIS, considered as an element of significant impacts in the EIS, and fully considered as an indirect impact in the EIS due to the "induced changes" created by effects to air systems and ecosystems. *Id.* at §§ 1502.16(b), 1508.8(b), 1508.25(a)(2), (c), and 1508.27(b)(7).

*The BLM's Air Quality Modeling Analysis Predicts Significant Visibility and Ecosystem Impacts*

The BLM's far-field analysis at Class I and sensitive Class II areas show visibility impacts. Specifically, the BLM's far-field modeling indicates that impacts from the proposed action and existing sources will result in a maximum change in visibility of 0.5 deciview (dv) at Maroon Bells-Snowmass Wilderness Area (Class I).[218]

The deposition impact assessment shows significant nitrogen deposition from proposed action sources at Maroon Bells-Snowmass Wilderness Area (Class I) and Ragged Wilderness Area (Deep Creek Lake) (sensitive Class II).[219]

*The BLM's Air Quality Modeling Analysis Does Not Assure the Prevention of Significant Deterioration of Air Quality*

The BLM's modeling analysis predicted $NO_2$ concentrations from the proposed oil and gas development scenario (Alternative B) for field production activities that exceed the Class II annual PSD increment for $NO_2$. Specifically, annual $NO_2$ concentrations for the modeled assumptions result in concentrations of 38.6 $\mu g/m^3$ compared with the annual $NO_2$ PSD increment of 25 $\mu g/m^3$.[220]

The BLM has not properly analyzed whether the proposed plan will prevent significant deterioration (PSD) of air quality, as required by the Clean Air Act. The BLM must

---

[218] BLM MDP DEIS Air Quality TSD Table 4-6 at J-4-15
[219] BLM MDP DEIS Air Quality TSD Table 408 at J-4-17
[220] BLM MDP DEIS Table 4-15 at 4-40 and Air Quality TSD Table 3-4 at J-3-15

complete an analysis to determine how much of the incremental amount of air pollution allowed in clean air areas (*i.e.*, PSD increment) has already been consumed in the affected area and how much additional increment consumption will occur due to the proposed development. Without this analysis, the BLM is not adequately ensuring that air quality will not deteriorate more than allowed under the CAA. However, even without the proper analysis (one that looks at the impact of *all* increment consuming and increment expanding sources in the area in addition to the proposed action sources), the BLM's analysis shows that modeled concentrations from project sources alone exceed the allowable annual average $NO_2$ increment. This PSD increment will, therefore, also be exceeded when considering all other increment consuming sources in the area that impact the same area impacted by the project sources.

According to the MDP DEIS:

> All NEPA analysis comparisons with PSD Class I and II increments are intended to evaluate a threshold of concern and do not represent a regulatory PSD increment consumption analysis. The determination of PSD increment consumption is an air quality regulatory agency responsibility and only applies to major sources of air pollution. Such an analysis is not likely to be required for this project because the field is not considered a major source of air pollution.[221]

However, the BLM is required under NEPA to analyze and disclose all significant air quality impacts, regardless of whether another agency might address an adverse environmental impact in the future (*e.g.*, the State of Colorado). And BLM's regulations require *it* to "require compliance" with Clean Air Act standards. 43 C.F.R. § 2920.7(b)(3). BLM is required under NEPA to satisfy all Clean Air Act requirements, and thus the BLM cannot authorize an action unless it has ensured that the PSD increments will not be exceeded. The PSD increments are separate ambient air quality standards not to be exceeded, as set out in §163 of the Clean Air Act, that apply in addition to the national ambient air quality standards in clean air areas. Reliance on the State's permitting process cannot be substituted for the BLM's obligations under NEPA. BLM must consider the PSD increments as important and legally binding CAA requirements and it must provide for compliance with these requirements in the MDP DEIS. Since emissions from major stationary sources which commenced construction or modification after the applicable "major source baseline date" and emissions increases from minor, area and mobile sources that occurred after the relevant "minor source baseline date" affect the allowable increment, it is impossible to tell how much of the modeled cumulative concentrations consume increment.[222] The correct way to determine compliance with the PSD increments is to complete a modeling analysis of all increment consuming and increment expanding sources that impact the same area impacted by the proposed development. As mentioned above, FLPMA and related regulations specify that all CAA requirements be met in the development of land use plans and subsequent authorizations. The BLM is required to "provide for compliance with" all CAA requirements, and cannot authorize

---

[221] BLM MDP DEIS at 3-9

[222] The major source baseline dates are January 6, 1975 for $SO_2$ and $PM_{10}$ and February 8, 1988 for $NO_2$ (40 C.F.R. 52.21(b)(14)(i)).  The minor source baseline dates in Colorado differ by pollutant and by [baseline] area and were triggered on the date that a complete PSD permit application was received by the State (or by the EPA for sources proposing to locate in Indian Country). See definitions of "major source baseline date", "minor source baseline date" and "baseline area" in 40 C.F.R. 52.21(b)(14)(i), 52.21(b)(14)(ii) and 52.21(b)(15).

an action that would violate the PSD increments, which are a CAA requirement under Section 163.

*The BLM's Hazardous Air Pollutant Analysis Shows Significant Health Impacts*

The BLM has assessed impacts from emissions of BTEX, n-Hexane, and formaldehyde. The MDP DEIS presents unacceptable health risks associated with hazardous air pollutant (HAP) impacts from the proposed development. Specifically, maximum modeled formaldehyde concentrations from compression emissions are above the acute Reference Exposure Level (REL).[223] These risks are especially concerning considering that: (1) higher exposure levels could occur when new development or production activities occur in combination with existing wells; (2) secondary HAPs including secondary formaldehyde were not considered; and (3) important HAP impacts were ignored.

First, near-field HAP modeling scenarios should include project activities in combination with existing well production activities. Since the latter are not as well controlled as new production activities would be, consideration needs to be given to what the impacts would be if new wells are located in close proximity to existing ones. This is especially appropriate since the MDP DEIS acknowledges there are existing wells in the project area and therefore it is highly likely new wells be drilled in close proximity to existing wells.[224] This is especially true for HAP impacts since HAP emissions are much higher from existing wells.

Second, formaldehyde emissions are likely underestimated. Secondary production of formaldehyde from chemical reactions of precursor emissions should be considered in addition to the concentrations from primary formaldehyde emissions.

Finally, near-field modeling should be expanded to include the full suite of Mobile Source Air Toxics (MSAT), methanol, chlorinated solvents used on site, carbonyl compounds used in flares and diesel particulate matter and should include construction activities as well as production. The BLM has, in fact, completed a more comprehensive analysis of HAPs in other recent NEPA actions which resulted in significant impacts from HAPs that are not included in the MDP DEIS for Bull Mountain. Specifically, the Gasco EIS in Utah evaluated short-term and long-term impacts from numerous HAPs, including methanol, chlorinated solvents and acrolein.[225] The Gasco EIS analysis found elevated cancer risks for acetaldehyde, 1,3-butadiene[226], and ethylene dibromide, none of which are included in the MDP DEIS.[227] The Gasco EIS also reported acrolein emissions that exceeded the REL and the Reference Concentration for Chronic Inhalation (RfC).[228] Acrolein is also not included in the MDP DEIS assessment. BLM must include a more comprehensive analysis of HAP impacts and, in addition to the HAPs identified above, the BLM should also assess any HAP impacts associated with volatile emissions from hydraulic fracturing fluids.

## The BLM's Near-Field, Far-Field and Cumulative Analyses Likely Under-

---

[223] BLM MDP DEIS Table 4-16 at 4-41 and TSD Table 3-9 at J-3-17
[224] *See, e.g.,* BLM MDP DEIS TSD Figure 3-5 at J-3-10.
[225] *See* BLM Gasco Energy Project FEIS, Table 4-12, Table 4-19 and Appendix H. April 2010.
[226] 1,3 butadiene is recognized as a known human carcinogen and is a product of the combustion of gasoline and diesel oil, among other things. *See* U.S. EPA, Integrated Risk Information System, http://www.epa.gov/iris/subst/0139.htm and U.S. EPA, OAQPS, *Locating and Estimating Air Emissions from Sources of 1,3-Butadiene*, EPA-454/R-96-008, November 1996
[227] BLM Gasco FEIS Table 4-19
[228] BLM Gasco FEIS Appendix H p. H-45

**predict Air Quality Impacts**

The BLM's own modeling, as described in the previous section, shows adverse air quality impacts. However, the model inputs and the way in which the BLM performed the modeling analyses are not adequate to fully assess the potential impacts from the proposed development on an area already impacted by development. The result of the deficiencies in the modeling is that the adverse air quality impacts from the proposed development are almost certainly worse than what is disclosed in the MDP DEIS. The areas of greatest concern are discussed in more detail below.

*Background Concentrations are Not Representative of Air Quality Levels in the Impacted Area and Therefore Predicted Impacts Have the Potential to Exceed the NAAQS for $NO_2$ and PM*

The MDP DEIS presents a 1-hour average $NO_2$ background concentration of 21 µg/m$^3$ (11 ppb) from "Williams Willow Creek during 2012".[229] More data are needed in order to assess whether the background concentration presented from 'Williams Willow Creek' is representative of background concentrations in the study area and whether it would be considered the overall highest hourly representative background concentration, as required by EPA for NAAQS analyses.

EPA has issued recent guidance on combining modeled results and monitored background concentrations to determine compliance with the 1-hour $NO_2$ NAAQS and BLM must adhere to this guidance.[230] When determining compliance with the 1-hour $NO_2$ NAAQS, the BLM should add the overall highest hourly representative background concentration to the modeled design value that is based on the form of the standard (*i.e.*, the 98th percentile of the annual distribution of daily maximum 1-hour concentrations averaged across the number of years modeled). According to the EPA's Guideline on Air Quality models, "[b]ackground air quality includes pollutant concentrations due to: (1) Natural sources; (2) nearby sources other than the one(s) currently under consideration; and (3) unidentified sources." See 40 C.F.R. 51, Appendix W, Section 9.2.1. The background concentration is meant to represent natural sources, minor sources and distant major sources that contribute to the existing air quality in the area but that aren't included in the modeling.

There are no Federal Reference Method monitors collecting $NO_2$ data near the development project. However, the NPS monitor in Rangely – in the northwest portion of the air quality study area and near to oil and gas development – has measured maximum hourly $NO_2$ concentrations of 20, 32 and 25 ppb in recent years (2014, 2013 and 2012, respectively).[231] The BLM should provide more justification for the background concentration used and confirm that it represents maximum hourly concentrations (as opposed to 98th percentile concentrations).

A slightly higher background concentration – of 15 ppb – (which is lower than recent monitored data in Rangely) would result in total concentrations that exceed the NAAQS for both the production and development modeling scenarios.

Similarly, it is likely that the $PM_{2.5}$ and $PM_{10}$ background concentrations are not representative of background concentrations in the development area since, as discussed previously, several

---

[229] BLM MDP DEIS Table 3-3 at 3-8
[230] EPA MEMO, "Applicability of Appendix W Modeling Guidance for the 1-hour $NO_2$ National Ambient Air Quality Standard", June 28, 2010 at 18.
[231] EPA AirData http://www.epa.gov/airquality/airdata/

Bull Mountain Master Development Plan DEIS                                    117
DOI-BLM-UT-G010-2009-0217-EIS

monitors have recorded concentrations close to and exceeding the PM NAAQS in recent years. Daily average background concentrations of 65 $\mu g/m^3$ for $PM_{10}$ and 22 $\mu g/m^3$ for $PM_{2.5}$ (compared with 36 $\mu g/m^3$ for $PM_{10}$ and 14 $\mu g/m^3$ for $PM_{2.5}$) would result in total impacts from the Proposed Action in excess of the NAAQS.

*The Approach Used to Determine Short Term $NO_2$ Impacts is Flawed*

In determining 1-hour average $NO_2$ concentrations for comparison with the NAAQS, an average is taken over three years with drilling occurring in only one of them.[232]  According to the MDP DEIS:

> For 1-hour NO2 NAAQS compliance demonstrations, where the 1-hour NAAQS is defined as the 3-year average of the 98th percentile of the yearly distribution of 1-hour daily maximum concentrations, all modeled impacts presented represent the 3-year average of the eighth-highest daily maximum 1-hour concentrations. For scenarios where drilling operations were modeled, drilling operations were assumed to occur for a maximum of 1 year during the 3-year averaging period. Since drill rigs move to different locations during field development, it is unlikely that drilling would occur for 3 consecutive years in the same location.[233]

The three-year averaging period for nonattainment determinations is meant to avoid assigning nonattainment status based on unusual meteorology. Here, instead, averaging in two years with reduced emissions masks the actual implications of the activities, it is not a method that accounts for unusual meteorology. The 1-hour $NO_2$ standard is a short term standard, and high levels in any year would be a concern. The fact that drilling will not likely occur for three consecutive years at the same location, as indicated in the MDP DEIS, is irrelevant when determining short-term impacts. Maximum emission drilling scenarios should be modeled <u>for all three years of meteorological data</u> and the average of those modeled concentrations should be combined with the representative background concentration and compared with the standard. The details reported in the TSD indicate that the 8th highest daily maximum 1-hour $NO_2$ concentration would exceed the standard for the scenarios considered during Year 1, when drilling emissions were included in the modeling. Reported development impacts for Year 1 for the 8th highest daily maximum concentrations are as high as 282 $\mu g/m^3$, without factoring in background concentrations.[234] Adding in the BLM's background concentration of 21 $\mu g/m^3$ yields concentrations over 300 $\mu g/m^3$, which exceeds the standard (1-hour average NAAQS is 188 $\mu g/m^3$) by a large margin. It is only by inappropriately averaging in concentrations from two years without drilling that the predicted concentration falls below the level of the standard, as claimed in the MDP DEIS. The BLM must correct this flawed methodology for the final EIS and determine the short-term $NO_2$ impacts from drilling operations by including drilling emissions in each of the three years of meteorological data modeled.

In addition to incorrectly modeling development emissions, it appears BLM has also employed a method of pairing data in order to further reduce predicted impacts. While there is no discussion of the actual technique used to pair data in the MDP DEIS or underlying TSD, it is assumed that BLM is taking the highest concentration in one modeled year and averaging the highest concentration that occurred <u>at that same location</u> in the other two model years to arrive at a 3-year average concentration. The MDP DEIS presents modeled results labeled as "Paired in Location"

---

[232] BLM MDP DEIS at 4-41 and TSD Table 3-6 at J-3-16
[233] BLM MDP DEIS TSD J-3-15
[234] BLM MDP DEIS TSD Table 3-6 at J-3-16

and "Unpaired in Location" and the 3-year average concentrations used in the MDP DEIS for comparison with the NAAQS are based on data paired in location.[235] This method of pairing data likely underestimates impacts by ignoring other locations in the other two model years with potentially higher predicted concentrations. And, again, since using an average over three different years of meteorology data is meant to average out the meteorological variations there is no justification for only looking at one location over the three years of meteorological data used when determining compliance with a short-term standard. The MDP DEIS should be reporting what the short-term impacts are from emissions sources (regardless of where they occur) when considering a 3-year meteorological record, not what the impacts are over the course of three years of activity at one location. And, in fact, a 3-year average concentration based on the unpaired modeling results presented in the MDP DEIS is significantly higher – 282 μg/m$^3$ (unpaired Year 1) compared with 160 μg/m$^3$ (paired Year 1).

The MDP DEIS further states that, "[w]here drilling rigs are modeled, the maximum 1-year of concentrations are combined with the two years of field production concentrations." It makes no sense to predict impacts from development using concentrations from modeled emissions of production. The BLM must assess impacts from development activities based on maximum emission rates from development sources modeled over three years of meteorological data.

Fundamentally, the modeling for the MDP DEIS should be used as a tool to ensure that adverse impacts *will not occur in the future*, not simply to determine whether or not an adverse impact occurred over the period of time modeled. Therefore, the more protective approach would be to take the 3-year average of unpaired model results based on the maximum development emissions scenario modeled over a three year meteorology record. The BLM must revise the modeling analysis to reflect this type of *predictive* analysis for the final EIS.

*The MDP DEIS Under-predicts PM Concentrations*

The MDP DEIS reports impacts from well pad and access road construction that likely underestimate potential impacts from this source. The receptors for this analysis are placed at a location 100 meters from the source and therefore "maximum" concentrations reported in the MDP DEIS do not reflect impacts that occur within this 100-meter buffer, which would likely be greater.[236] The BLM cannot ignore predicted concentrations that occur within this arbitrarily defined 100-meter buffer if they occur in the "ambient air," that is air external to buildings to which the general public has access. *See* 40 C.F.R. §50.1(e). Typically, public access needs to be blocked such as by a fence in order for the air above that property to not be considered ambient air. The BLM must disclose maximum predicted impacts from construction activities, even if they occur within 100 meters of the sources. The BLM must propose enforceable mitigation measures to reduce emissions if impacts, when combined with representative background concentrations, are predicted to exceed the level of the NAAQS.

The modeling analysis for construction impacts also assumes a certain level of dust control. Specifically, the MDP DEIS states, "[t]hat scenario includes routine water / dust control application achieving approximately 50 percent dust control."[237] An enforceable requirement to cut fugitive dust emissions in half through watering or other treatment should clearly be specified as an enforcebale mitigation measure in the MDP DEIS – for all Alternatives – if the BLM plans to base

---

[235] *See* BLM MDP DEIS TSD Table 3-6 at J-3-16.
[236] *See* BLM MDP DEIS at 4-40 and TSD at J-3-8.
[237] BLM MDP DEIS at 4-59

decisions for resource development in the area on such an assumption. If the BLM is going to assume a certain control technique with a certain control efficiency for reducing fugitive dust then it must specify that level of control as an enforceable requirement in the MDP DEIS. The potential underestimation (*e.g.*, if the operators do not achieve 50% control of fugitive dust during construction, for example) is not reflected in the analysis for the MDP DEIS. It is unclear if the requirement for 50% control of dust would be a condition of approval for the Proposed Action (B) or just for the Modified Action (C). *See, e.g.,* Conditions of Approval for Alternative C at 2-52 of the MDP DEIS.

Any assumptions considered as mitigation from uncontrolled air emissions should be clearly detailed in the MDP DEIS for all Alternatives, so that government officials that will subsequently be authorizing actions under the MDP will incorporate those mitigations into permits and other requirements to make sure the mitigations actually occur. Implementation of these measures will not be assured otherwise.

The BLM appears to acknowledge significant impacts from construction activities in the MDP DEIS but then falls short of addressing those impacts for all Alternatives. The BLM states, "[i]t is not technically practicable to exclude PM impacts at all locations within 100 meters of the emissions source (i.e. well-pad and road construction activities) and for that reason, additional emissions control will be needed to reduce dust emissions." MDP DEIS at 4-59. The BLM also states, "[t]o ensure that dust impacts are acceptable at receptors near well-pad and access road construction / development phase activities (< 100 meters of source), additional dust mitigation will be required (see Mitigation Section for more details)." MDP DEIS at 4-40. It's not clear where the "Mitigation Section" is but the MDP DEIS includes the following additional mitigation measure at the end of the air quality section in Chapter 4:

> The BLM will place a Condition of Approval (COA) on each permit, requiring the operator to apply continuous (keep surface moist) watering during access road and wellpad construction activities, and during heavy traffic periods including drilling and completion phases of well development. The operator will be required to limit off-site transport by maintaining "no visible dust plume" operations. MDP DEIS at 4-60.

Without specifying a specific level of control efficiency and/or emission limit, this measure is not sufficient to ensure no significant impacts to air quality from construction activities at all locations. Additional dust mitigation measures are found as proposed conditions of approval under Alternative C, as follows:

> The operator would apply dust abatement to unpaved roads to achieve at least 50 percent control during all construction and development phases. The operator would also apply dust abatement (greater than or equal to 50 percent) to unpaved roads during the production phase when expected traffic rates exceed 2 trips to each well-pad within the Unit per day.[238]

It does not appear that the BLM has disclosed the maximum impact concentrations from construction activities and has not identified specific mitigation measures that would prevent adverse impacts for all Alternatives.

Finally, the BLM does not use the correct $PM_{2.5}$ modeled concentrations in evaluating total

---

[238] *See* BLM MDP DEIS at 2-52.

concentrations for comparison with the NAAQS. The MDP DEIS states that 24-hour average $PM_{2.5}$ values are the eighth-highest values.[239] According to recent guidance from EPA, demonstrating compliance with the 24-hour $PM_{2.5}$ NAAQS requires the 98th percentile monitored background value be added to the average of the 1st highest modeled 24-hour average concentration over the five meteorological years modeled.[240] Therefore, a three-year average of the 98th percentile 24-hour monitored concentrations, as presented in the MDP DEIS, underestimates modeled concentrations for $PM_{2.5}$. As a result, maximum and total concentrations for both development and production would be higher than what is presented in the MDP DEIS.

*The BLM Must Consider Secondary $PM_{2.5}$ Formation in its Modeling Analyses*

The $PM_{2.5}$ modeling conducted by the BLM for the MDP DEIS only considered primary $PM_{2.5}$ (directly emitted from combustion point sources and from fugitive sources). Emissions of $NO_x$, VOCs, $SO_2$ and ammonia can form, after emitted into the atmosphere, into $PM_{2.5}$ and this could potentially be a significant component of ambient $PM_{2.5}$ concentrations. Estimates of $PM_{2.5}$ formation from these precursors should also be included in the BLM's modeling analyses.

The fraction of $PM_{2.5}$ concentrations in the ambient air that is due to the secondary formation of $PM_{2.5}$ (*e.g.*, sulfates and nitrates), as opposed to directly emitted [primary] $PM_{2.5}$ (*e.g.*, as a product of combustion) is dependent on many factors. However, the presence of strong temperature inversions that limit dispersion and provide conditions that contribute to the formation of secondary $PM_{2.5}$ in the atmosphere can increase secondary $PM_{2.5}$ formation. Due to the potential for wintertime temperature inversions in the North Fork Valley, the BLM must seriously consider the contribution from secondary $PM_{2.5}$ to total $PM_{2.5}$ concentrations in the area. All of the sources of the primary pollutants that contribute to secondary $PM_{2.5}$ formation—*e.g.*, $NO_x$, $SO_x$, VOC and ammonia—from sources in the area should be accounted for in an assessment of $PM_{2.5}$ impacts.

The BLM must address how it will account for secondary $PM_{2.5}$ impacts from the proposed project development. EPA's Support Center for Regulatory Atmospheric Modeling (SCRAM) provides various resources for modeling the impacts of secondary $PM_{2.5}$. For example, EPA's recently-developed model based on the Community Multi-scale Air Quality (CMAQ) model in support of the development of the $PM_{2.5}$ NAAQS has been shown to "reproduce the results from an individual modeling simulation with little bias or error" and "provides a wide breadth of model outputs, which can be used to develop emissions control scenarios".[241] The Comprehensive Air quality Model with extensions (CAMx) is another tool available to assess secondary $PM_{2.5}$ formation. CAMx has source apportionment capabilities and can assess a wide variety of inert and chemically reactive pollutants, including inorganic and organic $PM_{2.5}$ and $PM_{10}$. The Regional Modeling System for Aerosols and Deposition (REMSAD) can also model concentrations of both inert and chemically reactive pollutants on a regional scale, "including those processes relevant to regional haze and particulate matter".[242] These are just some examples of current models, identified by EPA, with

---

[239] *See* BLM MDP DEIS Tables 4-14 and 4-15 at 4-39 and 4-40.
[240] *See* February 26, 2010 MEMO from Tyler Fox, EPA Air Quality Modeling Group to Erik Snyder, Lead Regional Modeler EPA Region 6, Regarding "Model Clearinghouse Review of Modeling Procedures for Demonstrating Compliance with $PM_{2.5}$ NAAQS", http://www.epa.gov/ttn/scram/guidance/mch/new_mch/MCmemo_Region6_PM25_NAAQS_Compliance.pdf

[241] *See* Technical Support Document for the Proposed PM NAAQS Rule (available at: http://www.epa.gov/scram001/reports/pmnaaqs_tsd_rsm_all_021606.pdf).
[242] *See* http://remsad.saintl.com/

Bull Mountain Master Development Plan DEIS                                        121
DOI-BLM-UT-G010-2009-0217-EIS

the capability to assess secondary PM$_{2.5}$ impacts. With adequate testing (using existing regional monitoring data to ensure accuracy) these models could be used in the NEPA context. An alternative to these grid models would be for BLM, in cooperation with EPA, to develop a screening point source model—like CALPUFF—to look at near-field PM$_{2.5}$ primary and secondary impacts.

It is important that the BLM use the available tools to fully assess the impact of emissions from the development project that contribute to secondary PM$_{2.5}$ formation. Resulting PM$_{2.5}$ concentrations will be higher when considering the additional impacts from secondary PM$_{2.5}$. Secondary PM$_{2.5}$ impacts are critical to understanding the best way to mitigate health impacts from fine particle pollution in the project area and throughout the impacted area.

*The Ozone Analysis for the MDP DEIS Underestimates Wintertime Ozone Levels*

The CARMMS performance evaluation concludes that the, "CARMMS CAMx Base Case simulation achieved EPA's ozone model performance goals, except in the winter months (Jan, Feb, Nov and Dec) when a 60 ppb observed ozone cut-off is used."[243] The evaluation also determined that, "[t]he highest winter ozone events in the CARMMS 4 km domain occur during the winter ozone
episodes in the Uinta Basin *under cold pool shallow inversion conditions* or stratospheric ozone intrusions events that the CARMMS modeling system was either *not configured to simulate* or has difficulty simulating, respectively."[244] [emphasis added] One could conclude, then, that the model likely also underestimates winter ozone episodes in the North Fork Valley under similar inversion conditions. Fundamentally, CAMx ozone modeling is not designed to be conservative (*i.e.*, not tending toward worst case assumptions) so any potential for underestimation is a concern with respect to the ability to predict the potential for future adverse impacts.

In addition to the model performance, ozone impacts may be underestimated due to underestimated emissions inputs. Based on findings from a recent study of VOC emissions from oil and gas sources in the Colorado Front Range, emission inventories may under-predict fugitive emissions from oil and gas sources.[245] The Colorado Front Range study concludes that fugitive emissions in Weld County in 2008 were likely underestimated by a factor of two.[246] It is also therefore likely that VOC emissions used in inventories during that same time period also underestimate emissions (since they are likely based on similar estimation techniques). The CARMMS study is based on a 2008 Base Case inventory. Therefore, the potential for underestimated fugitive VOC emissions in the analysis is possible since the ozone modeling was based on inventory data from a similar time period and, therefore, since the inventory data may significantly underestimate VOC emissions from that time period, the ozone concentrations predicted for the analysis likely also underestimate impacts.

Conclusions regarding ozone impacts presented in the MDP DEIS must be evaluated with care given the fact that: (1) the model performance evaluation shows underestimation bias in wintertime; (2) CAMx is not designed to be a conservative model; and (3) the model inventory may significantly underestimate fugitive VOC emissions from oil and gas sources. Given the

---

[243] CARMMS at 29
[244] *Id.*
[245] Pétron, G., et al. (2012), Hydrocarbon emissions characterization in the Colorado Front Range: A pilot study, J. Geophys. Res., 117, D04304, doi:10.1029/2011JD016360.

[246] *Id.* at 18

likelihood that modeled concentrations may underestimate ozone impacts, especially in winter, and the fact that monitored ozone concentrations already consistently exceed 60 ppb in the air quality study area, the MDP DEIS must contain enforceable VOC and $NO_x$ mitigation measures to ensure the proposed development will not contribute to adverse ozone impacts. And, as discussed earlier, since concentrations below the current and soon to be lowered NAAQS are known to pose health threats, the BLM should consider lower concentrations as potentially significant impacts. BLM has a basic obligation to "provide full and fair discussion of significant environmental impacts", where in evaluating the significance of the impact, the responsible official must consider "[t]he degree to which the proposed action affects public health or safety." See 40 C.F.R. §§ 1502.1 and 1508.27(b)(2), (b)(10).

*The MDP DEIS Does Not Include a Comprehensive Regional Inventory for Use in Determining Existing and Reasonably Foreseeable Cumulative Air Quality Impacts*

The MDP DEIS relies on the CARMMS to evaluate cumulative air quality impacts:

> The CARMMS 2021 high oil and gas development modeling analysis presented a scenario which included future year 2021 projected federal and non- federal oil and gas emissions throughout the 4-kilometer (2.5-mile) CARMMS domain plus mining on BLM-administered in Colorado. This scenario which includes future year oil and gas emissions from the 13 Colorado BLM planning area plus the Mancos Shale area in Northern New Mexico, and emissions from the Piceance Basin (CO) and Uinta Basin (UT), is presented herein to describe cumulative impacts for the Bull Mountain project. For the Bull Mountain project cumulative analysis these cumulative oil and gas emissions and mining emissions are considered reasonably foreseeable development (RFD) emissions.[247]

In addition to a comprehensive emissions inventory of the various development and operation sources anticipated under the proposed Bull Mountain Unit development, BLM must also consider a more comprehensive set of air pollution sources expected to impact the same area impacted by emissions from the proposed development. These sources must include any State- and Federal-permitted sources (*e.g.*, proposed major sources of air pollution, etc.). The BLM must include all emissions from NEPA projects and RMPs in other areas in Colorado and surrounding states (*e.g.*, Utah, Wyoming, New Mexico) that could be impacting the same area as the impacted area of the proposed development, including the remaining development in any NEPA-approved projects in the impacted area. The BLM must assume the worst-case impacts to air quality from the surrounding planning areas that have not yet finalized updates to their RMPs. For example, for field offices that had not finalized a specific Alternative prior to the release of the CARMMS results (*e.g.*, WRFO), BLM must evaluate impacts based on the Alternative that results in the worst-case air quality impacts, not the preferred Alternative.

The BLM must ensure that, in addition to direct impacts from coal mining operations, the cumulative impact assessment analyzes the potential $PM_{10}$, $PM_{2.5}$ and $NO_x$ impacts associated with the transport of the coal after it is mined.

The BLM must also ensure that all of the RMPs that were updated under the 2012 Final Programmatic EIS for oil shale and tar sands leasing and that impact the air quality study

---

[247] BLM MDP DEIS at 4-53

area for the Bull Mountain MDP DEIS are fully considered in the cumulative inventory.[248] This would include, for example, the additional electrical power needs for in-situ oil shale production. Under the 2012 PEIS, BLM assumed that a combination of construction of new power plants and expansion of existing power plants would occur and that future in-situ projects would require somewhere around 600 megawatts (MW) of additional electricity generation capacity when commercial production levels of 50,000 barrels of oil shale per day are reached.[249] The BLM must ensure that the air quality impacts from potential oil shale development in the region are fully considered in the cumulative impact analysis.

The BLM must account for industry estimates for reasonably foreseeable development potential from oil and gas. Specifically, industry estimates for the 2008 Glenwood Springs Field Office RFD inventory indicate the potential for over 16,000 new coalbed methane wells in the Mesaverde Gas Play alone. The 2008 RFD reports the following about the Mesaverde Gas Play:

> Most of the major oil and gas operators in the [Glenwood Springs Field Office] area are interested in this play. This play includes all production from the Mesaverde Group, including the Corcoran, Cozzette, and Rollins Sandstone Members of the Iles Formation and the Williams Fork Formation. The latter includes the Cameo coal zone. The large majority of the oil and gas reserves within the GSFO are in this play, which extends across all of the high potential area of the GSFO. It is assumed that this play will continue to be developed on 10-acre spacing using multi-well pads. *Industry input has predicted approximately 16,230 wells to be drilled in this play over the life of the Plan Revision.*[250] [*emphasis added*]

The BLM must include all reasonably foreseeable development in the area and must include the Mesaverde gas play along with the other plays identified by industry.[251]

Further, the cumulative inventory must include the most recent estimates for development potential for the Roan Plateau. Recent industry estimates include up to 3,200 wells atop the Roan Plateau.[252] The leases sold to date for the Roan Plateau do not limit drilling to a specific number of wells and, therefore, the RFD inventory must fully assess the 3,200 wells possible atop the

---

[248] In 2012, the BLM published a Final PEIS that amended 10 resource management plans in Utah, Colorado, and Wyoming to make approximately 677,000 acres of public lands potentially available for application for commercial oil shale leasing and development and 130,000 acres potentially available for tar sands leasing and development. These RMPs included the Colorado River Valley, Grand Junction and White River Field Offices in Colorado; the Monticello, Price, Richfield and Vernal Field Offices in Utah; and the Kemmerer, Rawlins and Rock Springs Field Offices in Wyoming.
[249] Final BLM Oil Shale and Tar Sands PEIS (2012) at 4-13 http://ostseis.anl.gov/documents/peis2012/chp/OSTS_Chapter_4.pdf.
[250] BLM, Reasonable Foreseeable Development: Oil and Gas in the Glenwood Springs Field Office (GSFO) Administrative Boundary Area, July 31, 2008 at 15.
[251] *E.g.,* additional plays identified by industry in the 2008 GSFO RFD inventory include the Wasatch gas play, Niobrara gas play, Coalbed Natural gas play (Williams Fork Formation coal zones), and gas plays east of the Grand Hogback. BLM, Reasonable Foreseeable Development: Oil and Gas in the Glenwood Springs Field Office (GSFO) Administrative Boundary Area, July 31, 2008 at 15-17.
[252] *See, e.g.,* Bill Barrett Corporation's statement to investors that there are up to 3,200 potential drilling sites on the Roan Plateau mesa. Reported in the Denver Post, September 2, 2009, Roan Plateau Wells Could Exceed 3,000, and in the Grand Junction Daily Sentinel, August 22, 2009, Barrett May Drill 3,200 Wells Atop Roan Plateau.

Plateau.

The BLM must be scrupulous in its cumulative impact analyses for this and future resource development in the area in order to ensure that the development is not improperly segmented. That is to say, the BLM must – for this EIS and for all future project-specific EISs in the area – perform a comprehensive cumulative impact assessment so as not to allow individual projects to proceed that would contribute to cumulative impacts in the area.

*The Far-Field Modeling Analysis Does Not Evaluate Impacts at All Class I and Sensitive Class II Areas that Could Be Affected by the Proposed Development*

The MDP DEIS assesses far-field impacts at the following Class I and sensitive Class II areas:

**Class I and Sensitive Class II Areas Considered in the MDP DEIS**

| Designated Area | Designation | FLM |
|---|---|---|
| Arches National Park | Class I | NPS |
| Black Canyon of the Gunnison National Park | Class I | NPS |
| Eagles Nest Wilderness Area | Class I | USFS |
| Flat Tops Wilderness Area | Class I | USFS |
| La Garita Wilderness Area | Class I | USFS |
| Maroon Bells-Snowmass Wilderness Area | Class I | USFS |
| Mount Zirkel Wilderness Area | Class I | USFS |
| Rocky Mountain National Park | Class I | NPS |
| Weminuche Wilderness Area | Class I | USFS |
| West Elk Wilderness Area | Class I | USFS |
| Dinosaur National Monument | Class II | NPS |
| Colorado National Monument | Class II | NPS |
| Raggeds Wilderness Area | Class II | USFS |

The MDP DEIS analysis leaves out some additional sensitive Class II areas that could be impacted by the proposed development and other reasonably foreseeable sources. Specifically, the MDP DEIS analyses should expand the far-field modeling to consider impacts on the following sensitive Class II areas:

**Additional Sensitive Class II Areas that Should Be Considered in the MDP DEIS**

| Designated Area | Designation | FLM |
|---|---|---|
| Curecanti National Recreation Area | Class II | NPS |
| Hunter-Fryingpan Wilderness Area | Class II | USFS |
| Holy Cross Wilderness Area | Class II | USFS |

Not only should these sensitive Class II areas been included in the analysis, but BLM should make sure the modeling domain captures all other sources of air pollution that are impacting these sensitive areas.

**The BLM Must Include Adequate Plans to Protect Air Quality in the Area as Part of This MDP EIS**

The BLM has not adequately evaluated the air quality impacts of the alternatives proposed in the MDP DEIS and has failed to propose enforceable mitigation measures to assure no adverse impacts on air quality will occur in the affected area from the proposed alternatives. The BLM must fulfill its obligations under NEPA and FLPMA to disclose whether the proposed development will cause significant impacts (*e.g.*, Clean Air Act violations), and to consider mitigation under NEPA to prevent any such significant impacts. (40 C.F.R. § 1502.14(f), 40 C.F.R. § 1502.16(h)).

The BLM proposes several "additional mitigation measures" under the Modified Action (C) in an effort to address significant modeled PM and $NO_x$ impacts from the proposed development and production. These additional measures would be implemented as a condition of approval during the permitting process and would include requirements for continuous watering, the use of Tier 2 engines for drilling and completion, specific annual and source-specific $NO_x$ emissions limits and triggers for additional analyses (*e.g.*, based on total horsepower at any one time during the development phase). These mitigations and emissions limits would need to be specific (*e.g.*, defined dust control efficiency) and enforceable permit requirements and would need to be revised based on the issues identified in this memo, particularly with regard to how $NO_x$ and PM emissions were modeled for the near-field analysis. However, the Proposed Action (B) does not include these measures and therefore does would not prevent significant impacts identified in the MDP DEIS.

A more cautious approach is critical given the increase in emissions from the proposed project in an area already experiencing air quality impacts. All of the Alternatives in the MDP DEIS must include a set of comprehensive and enforceable mitigation measures, based on revised modeling that takes into account all of the deficiencies noted in these comments, that ensure there will be no adverse impacts to air quality and air quality related values from the proposed development. And, it is inappropriate, and defeats informed agency and public participation in the NEPA process—two hallmark requirements of NEPA—to leave decision making to the FEIS or even record of decision stage, when there is no further opportunity for public comment and involvement in the NEPA process.

Concerns with short-term $NO_2$ impacts from drilling, failure to prevent significant deterioration of air quality, widespread elevated ozone concentrations, widespread elevated visibility impairment and excessive nitrogen deposition in sensitive wilderness areas near the project area indicate the need for additional $NO_x$ reductions. This could be achieved through field electrification, requirement of Tier 4 drill rigs and Tier 2 or better construction equipment, and centralization of well pad production facilities. Concerns with PM impacts from construction activities supports requirements for field electrification, steps to minimize traffic (*e.g.*, through centralization of well pad production facilities), and Tier 2 or better construction equipment. Concerns about elevated ozone levels and climate change warrant addressing fugitive VOC and methane emissions through implementation of all available cost-effective technologies and practices to reduce emissions. In particular, BLM should require advanced leak detection and repair protocols, the use of plunger lifts and "smart" well monitoring, high-efficiency (*i.e.*, minimum of 98% VOC destruction efficiency) flares coupled with auto-igniters and surveillance systems, the use of reduced emission completion practices that provide for the capture rather than combustion of saleable or otherwise usable gas, and the use of pump-down techniques during pipeline maintenance activities. Concern about elevated formaldehyde concentrations further necessitates the need to limit flare emissions and institute requirements that ensure proper operation of flares.

BLM has required other mitigation measures for other oil and gas development projects in other areas that should also be considered for this DEIS. The recent Tres Rios Field Office RMP revision includes the following mitigation measures: (1) reduced emissions completions and

recompletions (95% emissions reduction); (2) low-bleed/no-bleed pneumatic devices on new and existing wells; (3) dehydrator and storage tank emissions controls (95% emissions reduction); (4) engine optimization and $NO_x$ emission limits for engines; (5) collocation and centralization of facilities; and (6) electric compression.[253] The revised Colorado River Valley Field Office RMP laid out air quality management actions to control emissions from oil and gas sources in the project area under the proposed alternatives.[254] These management actions include the following additional air quality controls: (1) 94% reduction in fugitive dust from roads; (2) the use of Tier 4 engines for all new and existing drill rig engines and hydraulic fracturing pump engines; (3) twice daily watering during construction activities; and (4) electric compression at compressor stations.[255] In addition, BLM's Greater Natural Buttes FEIS in Utah requires the following mitigation measures for reducing VOC emissions that are not included in the MDP FEIS and should be: (1) catalysts on all natural gas-fired compressor engines to reduce VOCs; and (2) an inspection and maintenance program to reduce VOCs that includes performing inspections of thief hatch seals and Enardo pressure relief valves to ensure proper operation and reviewing gathering system pressures to evaluate any areas where gathering pressure may be reduced, resulting in lower flash losses from condensate storage tanks.[256]

The BLM should also include a reference to the new federal EPA NSPS Subpart OOOO requirements for the oil and gas sector and include a review of the associated federal control requirements that will be implemented over the course of the project.[257]

The BLM should also consider the latest mitigation information and recommendations from the Uinta Basin winter air quality study in Utah. Specifically, the interim findings suggest the use of targeted control strategies for ozone, as follows:

[T]he reactivity of the VOC mixture can affect the optimal ozone control strategy, and it may be possible to reduce ozone levels more effectively by identifying targeted control strategies for high reactivity VOC, such as aromatic, aldehyde and alkene species.[258]

And in addition to direct VOC control, the EPA's Natural Gas STAR Program has compiled detailed information from many Natural Gas STAR partners that have implemented various emission control technologies or practices and achieved cost effective methane reductions (that would also reduce VOC emissions as a co-benefit in many cases and would also help to address ozone). BLM's Best Management Practices (BMPs), California's Air Resources Board's Clearinghouse of Non-$CO_2$ Greenhouse Gas Emission Control Technologies and the Four Corners Air Quality Task Force Mitigation Measures for oil and gas are also good examples of mitigation strategies that should be considered in the MDP DEIS.[259]

In light of the aforementioned oil and gas emissions control measures, BLM should include a

---

[253] BLM /USFS Tres Rios Field Office and San Juan National Forest Land and Resource Management Plan FEIS at 373. September 2013
[254] BLM CRVFO DRMP TSD (2011) Table 2-3
[255] BLM CRVFO DRMP TSD (2011) Table 2-3
[256] BLM Greater Natural Buttes FEIS (March 2012) at 4-15
[257] 77 FR 49489, August 16, 2012.
[258] 2012 Uintah Basin Winter Ozone & Air Quality Study – Summary of Interim Findings, Ongoing Analyses, Additional Recommended Reasearch, and Possible Mitigation Strategies, Prepared by researchers and air quality managers at USU/EDL, Alpine Geophysics, ENVIRON, UDEQ and EPA, August 7, 2012.
[259] BLM, Air Resource BMPs, www.blm.gov/bmp, ARB, http://www.arb.ca.gov/cc/non-co2-clearinghouse/non-co2-clearinghouse.htm, and Four Corners Air Quality Task Force, http://www.nmenv.state.nm.us/aqb/4C/Docs/4CAQTF_Report_FINAL.pdf.

reference to Colorado's extensive new oil and gas regulations and include a review of the associated control requirements that will be implemented as a result of these rules.[260]

In addition, BLM should consider implementing an adaptive management strategy as part of this MDP DEIS. The BLM must establish a comprehensive set of mitigation measures for the MDP DEIS that ensures no significant air quality impacts from the proposed development would occur based on the best currently-available analysis tools *prior* to issuance of a ROD and should then use an enforceable adaptive management plan as a means to improve upon and update those measures, as needed, based on periodic and specific monitoring and modeling commitments. One key element to a successful adaptive management plan is a commitment by the BLM to work with the State and EPA to expand monitoring in the area. Establishment of a more comprehensive monitoring network will help serve as a backstop to track and ensure air quality protection throughout the impacted area and to help identify areas of concern with regard to air impacts. But to ensure resource protection, the adaptive management process must require frequent and specific actions are taken in order to *prevent* significant impacts from occurring (as opposed to taking corrective action after a significant impact is identified). The National Park Service has advocated for the establishment of specific monitored ozone "trigger points" set at levels *below* the NAAQS and tied to immediate implementation of enhanced mitigation measures, including phased development.[261]

Beyond that, the BLM should consider alternatives that would satisfy the CASAC recommendations for ozone and PM, and EPA's proposed revisions to the ozone NAAQS. The many additional mitigation measures in this section provide reasonable and technically feasible means of reducing emissions to achieve those recommendations.

Finally, BLM should consider implementing a self-certification program in order to enhance compliance assurance. Such a program could be modeled off of EPA's Title V permitting and NSPS compliance certification requirements and is warranted given the unique nature of the oil and gas industry with its extremely large number of affected sources spread across vast areas and remote locations. Such a program is also justified given the large amount of operator-reported data relied on for projecting impacts (*e.g.*, CARMMS). BLM should maximize compliance with the mitigation measures finalized in the ROD by including rigorous self-certification requirements. The BLM's regulatory obligation to "require compliance" with air quality standards gives it authority to require such a program as a requirement for engaging in development in the Bull Mountain Unit. 43 C.F.R. § 2920.7(b)(3).

---

[260] https://www.colorado.gov/pacific/cdphe/summary-oil-and-gas-emissions-requirements (2014)
[261] *See* BLM Greater Natural Buttes FEIS at P-68.

Bull Mountain Master Development Plan DEIS                                    128
DOI-BLM-UT-G010-2009-0217-EIS





















Stockholm Environment Institute, Working Paper 2016-02



# How would phasing out U.S. federal leases for fossil fuel extraction affect CO$_2$ emissions and 2°C goals?

Peter Erickson and Michael Lazarus

SEI - U.S. Seattle Office
1402 Third Avenue, Suite 900
Seattle, WA 98101
USA

Tel: +1 206 547 4000
Web: www.sei-international.org

Author contact:
Peter Erickson,
pete.erickson@sei-us.org

Director of Communications: Robert Watt
Editor: Marion Davis

Cover photo: Onboard the Maersk Developer, operating the Hadrian-5 well for
ExxonMobil in the KC-919 field in the Gulf of Mexico. Photo © Robert Seale – Maersk
Drilling / Flickr

This publication may be reproduced in whole or in part and in any form for educa-
tional or non-profit purposes, without special permission from the copyright holder(s)
provided acknowledgement of the source is made. No use of this publication may be
made for resale or other commercial purpose, without the written permission of the
copyright holder(s).

About SEI Working Papers:
The SEI working paper series aims to expand and accelerate the availability of our
research, stimulate discussion, and elicit feedback. SEI working papers are work in
progress and typically contain preliminary research, analysis, findings, and recom-
mendations. Many SEI working papers are drafts that will be subsequently revised
for a refereed journal or book. Other papers share timely and innovative knowledge
that we consider valuable and policy-relevant, but which may not be intended for
later publication.

Copyright © May 2016 by Stockholm Environment Institute



**STOCKHOLM ENVIRONMENT INSTITUTE**

**WORKING PAPER NO. 2016-02**

# How would phasing out U.S. federal leases for fossil fuel extraction affect $CO_2$ emissions and 2°C goals?

**Peter Erickson and Michael Lazarus**

Stockholm Environment Institute – U.S. Center

## ABSTRACT

Avoiding dangerous climate change will require a rapid transition away from fossil fuels. By some estimates, a phase-out of global fossil fuel consumption and production – particularly coal and oil – will need to be nearly complete within 50 years. Given the scale of such a transition, nations may need to consider a broad suite of policy approaches that aim not only to reduce fossil fuel demand – the current focus – but also constrain fossil fuel supply growth. In this paper, we examine the potential emissions implications of a supply-side measure under consideration in the U.S.: ceasing to issue new leases for fossil fuel extraction on federal lands and waters, and avoiding renewals of existing leases for resources that are not yet producing. Our analysis finds that under such a policy, U.S. coal production would steadily decline, moving closer to a pathway consistent with a global 2°C temperature limit. Oil and gas extraction would drop as well, but more gradually, as federal lands and waters represent a smaller fraction of national production, and these resources take longer to develop. Phasing out federal leases for fossil fuel extraction could reduce global $CO_2$ emissions by 100 million tonnes per year by 2030, and by greater amounts thereafter. The emissions impact would be comparable to that of other major climate policies under consideration by the Obama administration. Our findings suggest that policy-makers should give greater attention to measures that slow the expansion of fossil fuel supplies.

## CONTENTS

1. Introduction ...................................................................................................3
2. Recent trends and outlook for U.S. fossil fuel production ...........................6
3. U.S. fossil fuel production in a 2°C world..................................................9
4. The effect of federal leasing decisions on fossil fuel production ............................11
    4.1 Approach ...........................................................................................11
    4.2 Overall results ....................................................................................12
    4.3 Coal .................................................................................................13
    4.4 Gas .................................................................................................15
    4.5 Oil ..................................................................................................15
5. Reductions in CO₂ emissions from restricted leasing ...............................17
    5.1 Coal ................................................................................................18
    5.2 Oil ..................................................................................................23
    5.3 Summary and discussion....................................................................26
6. Conclusions ...............................................................................................31
Appendix A: Results for cases without the Clean Power Plan .....................................33
Appendix B: Additional sensitivity analyses ............................................................36
    Sensitivity analyses for global oil market .................................................36
    Sensitivity analyses for the domestic coal market ............................................37
    Sensitivity analyses for export coal market.......................................................39
References ......................................................................................................40

## ACKNOWLEDGEMENTS

The authors thank Jeff Archibald, Mike McCormick, John Larsen, Peter Marsters, Michael Mellish and Spencer Reeder for helpful discussions about data and methodology, Paul Ekins for providing a 2°C scenario for U.S. fossil fuel production, and Ben Schreiber and Marissa Knodel at Friends of the Earth US for supporting this research. Mark Haggerty of Headwaters Economics and Sivan Kartha of SEI-US reviewed this paper, and Adrian Down at SEI-US provided research support.

## 1. INTRODUCTION

Avoiding dangerous climate change will require a rapid transition away from fossil fuels. By some estimates, global consumption and production of fossil fuels – particularly coal and oil – will need to end almost entirely within 50 years (Rogelj, Schaeffer, et al. 2015). The Paris Agreement on climate change approved last December asserted world leaders' commitment to strong climate action and urged countries to step up their efforts. While many countries are taking measures to reduce fossil fuel demand – from pricing carbon to promoting low-carbon energy sources – these policies are not advancing at the pace needed.

The need for swifter progress has led to growing interest in adopting supply-side measures as well, measures that more directly aim to slow further investment and growth in fossil fuel production and thereby enable a smoother, more rapid transition to a low-carbon future. In the U.S., one option on the table is to reduce or end the issuance and renewal of U.S. government leases for fossil fuel exploration and extraction on federal lands and offshore. The Obama Administration is considering changes to its coal leasing program in light of concerns about "whether the leasing and production of large quantities of coal… is consistent the Nation's goals to reduce greenhouse gas emissions" (BLM 2016b). The Administration could similarly take climate implications into account in its decisions regarding further federal leases for exploration and extraction of oil and gas resources, a large share of which are offshore.

This paper aims to shed light on the climate implications of future leasing decisions by examining how ceasing further leases would affect coal, oil and gas production, consumption, and global carbon dioxide ($CO_2$) emissions relative to a reference case. It also explores how such decisions might affect progress towards the goal set in Paris of keeping warming "well below 2°C above pre-industrial levels and pursuing efforts to limit the increase to 1.5°C".[1]

The U.S. now produces more fossil fuels than ever. It ranks first in the world in oil and gas production, and second in coal production (BP 2015). Since 2010, U.S. fossil fuel production has grown by 20% in energy terms,[2] due in great part to technology advances in extracting oil and gas from tight and offshore resources (U.S. EIA 2015a). Increased production has helped natural gas eclipse coal as the top fuel for U.S. electricity production, slowing growth in $CO_2$ emissions (U.S. EIA 2015c). And despite current low oil prices, investment in fossil fuel extraction and trade infrastructure continues. For example, investments in new U.S. oil exploration and production infrastructure in 2015 amounted to $100 billion, which is down from an all-time high in 2014 but still among record levels, and is expected to be eclipsed again by 2018 (Rystad Energy 2015). Investments in capital-intensive, high-carbon fuel infrastructure can lock in long-term fuel supplies, while tying communities to fossil revenues, making it more difficult and expensive to later shift to a low-carbon pathway (Erickson et al. 2015).

About a quarter of all U.S. fossil fuels extraction (in energy terms), including two-fifths of all coal, occurs on federal lands and waters (U.S. EIA 2015a).[3] Producers obtain leases for these activities from the U.S. Department of the Interior (DOI) through bids and auctions, and pay fees, rents and royalties that are shared by the federal government and state and tribal governments (see Box 1).

---

[1] See http://unfccc.int/paris_agreement/items/9485.php.
[2] For ease of comparison, much of the analysis in this paper presents coal, oil and gas production in energy equivalent terms, as quadrillion British thermal units (QBtu).
[3] Hereafter we refer simply to "federal lands" to encompass both lands and offshore areas that are subject to federal leasing provisions.

**Box 1. Leasing and royalty practices for fossil fuels produced from U.S. federal lands and waters**

The DOI administers fossil fuel production from U.S. federal lands and waters, as well as from lands where the federal government owns the sub-surface mineral rights but another entity owns the surface rights. DOI authority for administering onshore fuels originates from the Mineral Lands Leasing Act of 1920 and its subsequent revisions. For offshore fuels (i.e. those in federal waters), DOI authority originates from the Outer Continental Shelf Lands Act of 1953.

For onshore resources, the process for determining when and where leases occur is generally "bottom-up": interested firms identify eligible parcels and express their interest to the Bureau of Land Management (BLM), the DOI's implementing agency. For oil and gas, the BLM responds to interest by firms by holding a public lease auction, starting at a minimum of $2 per acre. If no bids are received, the land is offered to the first qualified applicant, with no requirement for a competitive bid. Initial leases are for 10 years.

For coal, a similar process called "lease by application" has been used for all federal coal (including in the Powder River Basin) since 1990. Companies propose specific parcels for sale; the BLM determines fair market value and the maximum amount of coal economically recoverable, and solicits sealed bids. The lease is then awarded to the highest bidder that meets or exceeds fair market value, for at least $100 per acre. Most leases are for parcels adjacent to existing mines (wholly new coal mines are rare), and typically receive only one bid, from the existing mining company. Initial leases are for 20 years.

Offshore oil and gas development is more top-down. DOI creates a five-year leasing plan that outlines a schedule of sales, including size and location of the proposed activities. The DOI's Bureau of Ocean Energy Management (BOEM) then publishes an announcement regarding the lease areas, in consultation with governors and local government officials of affected jurisdictions. Bids are solicited, and the lease is generally awarded to the highest bidder. Initial leases are for 5 years in waters less than 800 meters deep, 7 years in waters 800 to 1,600 meters deep, and 10 years in water depths greater than 1,600 meters.

For all fuels, onshore or offshore, the DOI will extend lease terms as long as the leasing firm continues to produce. In addition to the annual rental payments specified in leases, firms are responsible for future royalty payments of 12.5% of the sale price for onshore oil, gas, and surface coal; 8% for underground coal; and 18.75% (increased from 12.5% in 2007) for offshore oil and gas. The ONRR and BLM have been considering updating the royalty rates (and other associated terms), with the support of President Obama, as expressed in his 2016 State of the Union address.

*Sources: Bureau of Land Management (BLM 2015); Congressional Research Service (Vann 2012; Vann 2014); Department of Interior (DOI 2012); Government Accountability Office (US GAO 2013); Office of Natural Resources Revenue (ONRR 2015b).*

These leasing systems have been in place for generations, and they are a significant source of government revenue, including for local communities. However, government and civil society organizations are beginning to rethink these practices in light of climate and other concerns (BLM 2016b; The White House 2014). In his 2016 State of the Union address, on the heels of the Paris Agreement, President Obama announced his intention "to change the way we manage our oil and coal resources, so that they better reflect the costs they impose on taxpayers and our planet" (Obama 2016). Just days later, the DOI announced its intention to prepare a Programmatic Environmental Impact Statement (PEIS) of the federal coal program to, among other goals, consider "adjustments to the scale and pace of leasing", including the possibility of a "declining schedule consistent with the United States' climate goals and commitments" (BLM 2016b). Legislation has also been introduced in Congress to stop all future leasing activity (Merkley et al. 2015; Huffman et al. 2016). In addition, royalty regimes are being re-

examined with an eye to eliminating apparent subsidies or possibly applying a carbon charge (Haggerty et al. 2015; Krupnick et al. 2015; BLM 2016a).

The debate about federal fossil fuel leases is complex, involving not only climate considerations, but also questions about broader environmental protection, government revenue, jobs, and the resilience of regional economies that now depend heavily on fossil fuel production (Haggerty 2014). Our analysis focuses on the climate implications, aiming to fill what we see as a critical knowledge gap.

Proposals to end or reform federal fossil fuel leases take what we call a *supply-side* approach to climate policy (Lazarus, Erickson, et al. 2015). Supply-side measures aim to complement demand-side measures, to ensure that energy and climate policies are more coherent and increase the likelihood of achieving climate goals. Yet the implications of supply-side policies remain poorly understood, as do their interactions with demand-side measures.[4] Until recently, few studies have assessed the $CO_2$ emissions impacts of supply-side policies – in stark contrast to the long history of demand-side analyses. Recent studies have examined the $CO_2$ emissions associated with past and current U.S. production (Stratus Consulting 2014) and with fossil fuel resources under federal jurisdiction (Mulvaney et al. 2015). Studies have also looked at the emission implications of specific infrastructure investments (e.g. coal export terminals) or of restricting or increasing production of specific resources (Power and Power 2013; Vulcan/ICF 2016).

Our paper builds on this growing literature, aiming to help answer key questions arising in the current debates over federal leasing. In particular, the paper:

- Reviews recent U.S. fossil fuel production and explores future trends (Section 2);
- Shows how future U.S. fossil fuel extraction might need to decline under a 2°C pathway, consistent with the Paris Agreement;
- Analyzes how fossil fuel production might be affected if the U.S. government stopped issuing new leases (Section 4);
- Estimates how a cessation of federal leasing might affect overall energy use and $CO_2$ emissions (Section 5), taking into account market responses; and
- Examines how a cessation of federal leasing would affect U.S. progress towards a 2°C pathway (Section 6).

This analysis may be useful to policy-makers who are considering how to manage the nations fossil fuel resources in a way that is, in Interior Secretary Sally Jewell's words, "consistent with our climate change objectives" (Jewell 2015; U.S. DOI 2016).

---

[4] For example, future federal coal leasing policy could complement or conflict with efforts to implement the CPP, as both will affect the pace and extent of a transition away from coal in the US power sector.

## 2. RECENT TRENDS AND OUTLOOK FOR U.S. FOSSIL FUEL PRODUCTION

U.S. fossil fuel production, which was relatively flat (in energy terms) for decades, has recently seen a substantial increase. Enabled by new technological developments for oil and gas extraction, especially hydraulic fracturing and horizontal drilling, production of these fuels has risen sharply in the last decade. The turnaround has been particularly dramatic for oil, which, after peaking in 1970, had been declining steadily until 2007. Since then, oil production has grown rapidly, overtaking the previous 1970 high (U.S. EIA 2015a). By contrast, coal production peaked around 2008 (U.S. EIA 2015a) and has since declined, due to global oversupply, slowing domestic and international demand, and competition from abundant, lower-cost natural gas supplies.

Table 1 displays fossil fuel production in the U.S. since 1990, by fuel, on federal and non-federal lands (see also Figure 1). The data show that, between 1990 and the mid-2000s, production on federal lands increased, while non-federal production decreased. Since then, however, these trends have reversed. Indeed, the vast majority of growth in U.S. fossil fuel production since 2005 has occurred on non-federal lands, with an increase of 20 QBtu (quadrillion Btu or "Quads"), while federal oil production grew by just 0.2 QBtu. (Federal gas production has declined by nearly 3 QBtu, and all coal production has declined.) As of 2014, an estimated 24% of all U.S. fossil fuels production occurred on federal lands and waters (U.S. EIA 2015a).

**Table 1: U.S. fossil fuel production, 1990-2014, in quadrillion BTU**

| Fossil fuel production | 1990 | 1995 | 2000 | 2005 | 2010 | 2014 |
|---|---|---|---|---|---|---|
| **Coal** | **22.5** | **22.0** | **22.6** | **23.0** | **21.9** | **20.2** |
| Federal | 6.1 | 8.0 | 9.3 | 9.1 | 9.2 | 8.1 |
| Non-federal | 16.3 | 14.0 | 13.3 | 13.9 | 12.7 | 12.1 |
| **Gas** | **18.3** | **19.1** | **19.7** | **18.6** | **23.4** | **26.6** |
| Federal | 6.6 | 6.8 | 7.3 | 6.2 | 5.2 | 3.6 |
| *Of which: offshore* | *5.2* | *4.8* | *4.8* | *3.2* | *2.3* | *1.2* |
| Non-federal | 11.7 | 12.3 | 12.3 | 12.3 | 18.2 | 22.9 |
| **Oil** | **17.7** | **16.3** | **15.0** | **13.3** | **14.4** | **22.5** |
| Federal | 3.0 | 3.6 | 4.4 | 4.4 | 5.2 | 4.6 |
| *Of which: offshore* | *2.1* | *2.7* | *3.6* | *3.1* | *3.6* | *3.2* |
| Non-federal | 14.7 | 12.7 | 10.6 | 8.9 | 9.2 | 17.9 |
| **Total** | **58.5** | **57.4** | **57.2** | **54.9** | **59.7** | **69.2** |
| Federal | 15.7 | 18.5 | 21.0 | 19.7 | 19.6 | 16.4 |
| Non-federal | 42.8 | 39.0 | 36.3 | 35.1 | 40.1 | 52.9 |

*Source: SEI analysis based on ONRR (2015) and U.S. EIA (2015a).*

In recent scenarios, the U.S. Department of Energy projects that U.S. oil and gas production will continue to increase, and coal production will continue to decline. Figure 1 displays both historical (as in Table 1) and future domestic fossil fuel energy production through 2040, as drawn from the U.S. Energy Information Administration's *Clean Power Plan* scenario (U.S. EIA 2015b). This scenario assumes implementation of the Clean Power Plan, which was

finalized in October 2015 (U.S. EPA 2015c), and is expected to lead to continued declines in coal use and production over the next decade, followed by a slow rise nearly to current levels.[5]

We use the EIA's Clean Power Plan scenario as the reference case for our analysis. We consider this scenario, among several the EIA developed for its Annual Energy Outlook (see Box 2), to be closest to a "business as usual" case, given finalization of the Clean Power Plan in October 2015, and the assumption of no further policy action or unforeseen technological advancement. (In Appendix A, we consider another reference case without the Clean Power Plan.)

We split the EIA's scenario into fractions extracted on federal vs. non-federal land by assuming that fuel- and region-specific shares of federal (vs. non-federal) production remain constant at recent (2014) levels.[6]

**Figure 1: Historical and future U.S. fossil fuel production, 1990–2040**



Source: SEI based on ONRR (2015) and U.S. EIA (2015a; 2015b), assuming implementation of the Clean Power Plan.

---

[5] At the time of this analysis, EIA had conducted an analysis of the draft Clean Power Plan, but not the final plan as placed into law. EIA staff told us in early 2016 that *Annual Energy Outlook 2016* will include the final Clean Power Plan in the reference case, but it was not available in time to inform our analysis. The EIA Clean Power Plan scenario does not extend CPP targets beyond 2030 (the last target date specified in the current plan) and thus emissions begin to rise thereafter. As several aspects of the final Clean Power Plan differ from the draft version, EIA's yet-to-be-released forecasts of fossil fuel production under the final rule could differ from those used here.

[6] We do this by dividing DOI data on federal production (ONRR 2015) by EIA data on total (federal and non-federal) production (U.S. EIA 2015a). We then apply these ratios to forecast region- and fuel-specific production estimates in the Clean Power Plan scenario of the EIA's Annual Energy Outlook (US EIA 2015b).

**Box 2: Alternate EIA scenarios of future U.S. fossil fuel production, 1990–2040**

The EIA has developed a number of scenarios to explore how U.S. fossil fuel production may evolve (U.S. EIA 2015b; U.S. EIA 2015c). The chart below shows the results of four of these other scenarios, chosen to reflect a wide range of possible outcomes. In addition to the Clean Power Plan case (our study's reference scenario), the scenarios include the lifting of the oil export ban (finalized in late 2015), the possibility of higher future oil and gas production than anticipated, and the possibility that the Clean Power Plan is not implemented (the rule had not yet been finalized at the time of the mid-2015 EIA analyses used here, and it is under legal challenge).

In the EIA assessment, the Clean Power Plan leads to a 20% decline in coal production in 2040 relative to the case without Clean Power Plan, and thus to a decline in overall fossil fuel production. Further advances in oil and gas extraction technology could also result in U.S. fossil fuel production being as much as 40% greater in 2040 than would otherwise be the case, due to even greater increases in oil (70%) and gas (50%) production that also lead to a drop in coal production (20%) due to greater competition from gas.



*Source: U.S. EIA (2015b; 2015c).*

## 3. U.S. FOSSIL FUEL PRODUCTION IN A 2°C WORLD

At the Copenhagen Climate Change Conference in 2009, which President Obama attended, world leaders embraced the long-term goal to keep global warming below 2°C above pre-industrial levels.[7] The Paris Agreement further raised ambition, with governments striving to keep warming "well below" 2°C, and agreeing "to pursue efforts to limit temperature increase to 1.5°C".[8] Even with large-scale deployment of bioenergy and carbon capture and storage technologies, scientific assessments show that limiting warming to 2°C, and avoiding dangerous climate tipping points, will require a rapid phase-out of fossil fuels around the world (Rogelj et al. 2011; IPCC 2014; Raupach et al. 2014).

The Paris Agreement makes no reference to fossil fuel *production*, nor is it reflected in the national commitments embedded in the agreement – but clearly, at a global level, producing more fossil fuels is not consistent with simultaneously trying to reduce their use. Yet it is also unclear how production should be phased down: Which countries should curtail production, of what fuels – coal, oil, or gas – and at what rate? For example, would only the most economically attractive resources be extracted, in keeping with emissions constraints and declining fossil fuel demand and prices? Or would political or equity considerations influence where remaining fossil fuel resources might be produced (Lazarus and Tempest 2014; Raupach et al. 2014)?

Though these questions are relatively unexplored, two studies provide scenarios of coal, oil and gas production in a 2°C world with enough detail to estimate how much of that production might occur in the United States. One, the International Energy Agency's *World Energy Outlook*, charts a 2°C ("450") scenario for regional fossil production through 2040 (IEA 2015). The other, published in the journal *Nature*, identifies a least-cost pathway for fossil fuel production under a 2°C scenario through 2050 (McGlade and Ekins 2015).

Each study has its merits and limitations for understanding U.S. fossil fuel production levels consistent with a 2°C goal. The *Nature* study uses a more stringent (and common) definition of a 2°C scenario – one that maintains a 66% chance of limiting warming to this level. It specifies fossil production for the U.S., but may underestimate it, since the study uses a data set from 2010 that misses much of the subsequent boom in U.S. oil and gas production capacity.[9] Accordingly, this scenario may represent a *low* scenario for U.S. fossil fuel production in a 2°C world, at least for oil and gas. (It also does not reflect global equity considerations that might suggest less-developed countries should be allowed to produce a greater share of the total.)

The IEA study starts with 2013 data, and thus better captures the U.S. boom in oil and gas production capacity. However, it uses a weaker definition of a 2°C scenario – a 50% chance of keeping warming below 2°C – and therefore does not curtail fossil fuel production and consumption as rapidly.[10] Together, these factors suggest that IEA's ("450") scenario may a *high* scenario for U.S. production in a 2°C world.

---

[7] See http://unfccc.int/meetings/copenhagen_dec_2009/meeting/6295.php.

[8] See http://unfccc.int/paris_agreement/items/9485.php.

[9] We thank Drs. McGlade and Ekins for providing the U.S. extraction pathway from their analysis.

[10] The IEA reports findings for U.S. fossil fuel production in its New Policies Scenario, but not in its 2°C 450 Scenario, for which it reports fossil fuel production only for OECD Americas, a grouping that includes Canada, Chile, Mexico and the U.S. To impute U.S. results for the 450 Scenario, we adjust the findings for OECD Americas according to the ratio of U.S. to OECD Americas production in the New Policies Scenario. For example, in the New Policies Scenario, U.S. fossil fuel production comprises 91% of OECD Americas coal production in 2040, 50% of oil production, and 71% of gas production, and so we approximate U.S. production in the 450 Scenario as these same fractions of OECD Americas production in IEA's 450 Scenario. Were the marginal source of U.S. resources

Figure 2 shows the projected levels of U.S. fossil fuel production out to 2040 from these two studies, compared with our reference scenario, the EIA's Clean Power Plan case. Between them, these studies suggest **that to be consistent with a 2°C goal, the U.S. would need to cut aggregate fossil fuel production by 40–60% from current levels by 2040**, instead of an anticipated increase of 11% under the Clean Power Plan scenario.

Although scientific understanding of 1.5°C pathways is limited, U.S. fossil fuel production in a 1.5°C world would almost certainly be lower than in the 2°C scenarios. Studies suggest that cumulative global fossil fuel consumption between now and 2050 must be about 40% lower to meet a 1.5°C vs. a 2°C goal (Rogelj, Luderer, et al. 2015; Baer et al. 2013).

**Figure 2: 2°C scenarios of U.S. fossil fuel production, 1990–2040**



Source: SEI analysis based on U.S. EIA (2015a; 2015b), IEA (2015), and McGlade and Ekins (2015).

---

to be more or less expensive than the respective marginal sources in other OECD America countries, this approximation could over- or under-estimate, respectively, the cost-efficient level of U.S. production.

## 4. THE EFFECT OF FEDERAL LEASING DECISIONS ON FOSSIL FUEL PRODUCTION

To bring U.S. fossil fuel production more closely in line with a 2°C production pathway, the DOI could phase out leasing and/or provide incentives to reduce fossil fuel production on public lands. The DOI intends to consider such measures, at least for coal, as parts of its upcoming review of its coal program (U.S. DOI 2016; BLM 2016b).

To inform these and related discussions, in this section we look at how fossil fuel production would be affected if the DOI stopped issuing new leases for fossil fuel extraction on federal lands and waters, and did not renew any leases on resources that are not yet producing when each lease comes up for renewal.[11]

We look at what such a lease phase-out policy might mean for fossil fuel production on federal lands, and consider how this compares with what might be required to meet the 2°C goal. Except for the restrictions on leasing, we assume that all other factors, such as broader economic trends and policy actions, proceed as in the EIA's Clean Power Plan scenario.

### 4.1 Approach

Before we can analyze the effect of leasing reform on future fossil fuel production, we need to understand trends in expected leasing activity in the absence of any changes to leasing policy. We start with our reference case projection of future fossil fuel production on federal lands and waters, as shown in Figure 1. We then further analyze it to estimate what fraction of production would come from new or renewed leases (that DOE could decide not to issue) instead of existing leases (which must be renewed as long as they are producing).

To estimate future leasing activity for oil and gas, we draw from an extensive database of U.S. oil and gas fields that estimates economics and production from each field over time (Rystad Energy 2015). From this database, we estimate the shares of fuel-, region- and year-specific U.S. production that would arise from existing (already producing), renewed (not yet producing), or new leases, and apply these ratios to our EIA-based reference scenario.[12]

For coal, we estimate future lease dynamics using industry data and guidelines. In particular, we assume that producers will seek new leases at a rate that maintains reserves at a level equal to 15 years of expected production.[13] This is roughly the ratio observed in recent years,[14] and is consistent with ranges, typically 10–20 years, reported by the U.S. Geological Survey (Pierce and Dennen 2009) and coal industry consultants (Miller and Bate 2011). Starting from estimates of existing reserves of federal coal (explained further below), we then assume that producers will seek new leases at rates that maintain reserves equivalent to the next 15 years of expected production (from federal lands) in our reference scenario. We further assume that producers do

---

[11] This closely resembles what seven U.S. Senators proposed in the Keep It in the Ground Act of 2015 (Merkley et al. 2015). It also resembles a permanent version, for all fuels, of the temporary moratorium on new coal leasing implemented by the DOI in early 2016 (U.S. DOI 2016). We assume that in all cases, the moratoria would not affect leases that are already producing fuels, as these leases would automatically continue.

[12] More specifically, we use shares of *Field*, *License* and *Open* asset designations in Rystad's Base scenario. For oil, we calculate and apply the ratios separately for each year of production for oil from lower 48 offshore deposits (which is strongly federal), in the Rocky Mountain and Dakota states (also strongly federal), natural gas liquids, and all other crude.

[13] Where expected production follows the reference scenario as in Figure 1.

[14] Based on analysis of production (ONRR 2015), reserves (Miller and Bate 2011) and lease (Headwaters Economics 2015) data.

not wait to begin mining their newly acquired leases, but extract the same fraction of these new stocks each year as they do of existing stocks.[15]

To estimate starting reserves for the Powder River Basin, we rely on a coal industry report that estimated year-end 2010 reserves of 5.8 billion short tons[16] (Miller and Bate 2011). Outside the Powder River Basin, we rely on a U.S. Government Accountability Office report that estimated year-end 2012 reserves of 0.9 billion short tons (U.S. GAO 2013). We then update these sources to 2015 by debiting the totals based on subsequent actual annual production (ONRR 2015) or incrementing them based on new lease inflow since (Headwaters Economics 2015). In total, this process yields an estimate of total federal coal reserves of 7.1 billion short tons as of the end of 2015.[17]

## 4.2 Overall results

In total, our analysis indicates that, of expected federal fossil fuel production in 2040 (20 QBtu), about two-thirds (13 QBtu) is either not yet under lease or is under lease but not yet producing.[18] Figure 3 shows historical and forecast U.S. fossil fuel production by status of federal lease.

Note especially that, under a 2°C pathway (red shading, just as in Figure 2), U.S. production will need to drop at some point to levels below what is expected on non-federal lands alone. This point comes sooner (after 2017) under McGlade and Ekins' (2015) 2°C scenario, and not until after 2025 under the IEA's less stringent pathway (IEA 2015). However, in either case these findings suggest that, at some point in the next two decades, there is potentially no need for federal fossil fuels in a 2°C pathway. This is not to suggest, however, that under a 2°C pathway, all U.S. fossil fuel production could, or should, shift wholly to non-federal lands; rather it simply illustrates a 2°C pathway will likely require a drop in production far exceeding what is expected from federal lands.

---

[15] Collectively, these assumptions imply that producers from federal lands do not draw down their existing stocks at faster than normal levels. If they did so, they could conceivably maintain production levels through 2035 (under a Clean Power Plan reference case), after which production from federal lands would cease entirely.

[16] Most U.S. coal production data are given in short tons, while $CO_2$ emissions are usually given in metric tons, or tonnes. For clarity, we consistently use "short tons" to refer to the U.S. weight measure, and "tonnes" or Mt (million tonnes) or Gt (gigatonnes, or billion tonnes) when referring to $CO_2$.

[17] This estimate is lower than that reported for 2012 by the GAO, 9.0 billion short tons, for two reasons. First, the GAO describes that its estimate for Wyoming, 8.0 billion short tons, is high by an unknown amount because it includes coal in mines that is not ultimately saleable, because it is along property boundaries or is left in place for structural mine support (U.S. GAO 2013). Second, the inflow of new coal leases since 2012 has been smaller than mine production (ONRR 2015; Headwaters Economics 2015).

[18] As explained in Box 1, the DOI will extend leases as long as the leasing firm continues to produce – but it can refuse to renew leases for resources that are not producing.

**Figure 3: Historical and forecast U.S. fossil fuel production, 1990–2040, in energy terms, by status of federal lease**



*Source: SEI analysis based on ONRR (2015), U.S. EIA (2015a; 2015b), assuming implementation of the Clean Power Plan.*

Of the prospective federal fossil fuels from areas not yet leased or producing (orange and dark blue areas in Figure 3), about half is coal. Cumulatively, an estimated 70 QBtu of coal extracted between 2016 and 2040 from federal lands has not yet been leased, whereas 40 QBtu of oil and 30 QBtu of gas has either not yet been leased or is in leases that are not yet producing and are subject to renewal.[19] Findings specific to each fuel follow below.

## 4.3 Coal

Figure 4(a) shows the significant role that coal from newly leased federal lands could play over the next 25 years. Most of the federal coal in already-leased reserves will be extracted by 2040, with the majority of federal coal coming from new leases by 2030.[20]

Cumulatively between 2016 and 2040, 4 billion short tons (70 QBtu) of federal coal will be extracted (mostly, but not exclusively, in the Powder River Basin) from lands not yet under lease. This represents an estimated 7 Gt $CO_2$ of emissions once the coal is combusted.

Under the reference case, total U.S. coal production drops sharply after 2020, then rebounds gradually such that, in 2030, the U.S. produces about 16 QBtu of coal. In a cost-efficient 2°C scenario, however, U.S. coal production would likely need to keep declining rapidly, by more

---

[19] We could not find data on lands leased for coal but not yet producing. Because the production on coal lands could be seen as trivial (i.e., very little infrastructure is needed to extract a minimal amount of saleable coal and therefore prove the lease), we assume that no coal extraction could be avoided by not renewing leases because leaseholders could easily prove production and avoid the non-renewal.

[20] This finding is based on the assumption that producers draw from existing and new leases at the same proportional rates.

than half: to 8 QBtu annually under IEA's 2°C scenario by 2030, or 1 QBtu under McGlade and Ekins's 2°C scenario. Compared with these 2°C scenarios, reference case U.S. production is on pace to substantially over-produce coal, such that both federal and non-federal coal supply would need to be reduced to attain a pathway consistent with 2°C.

**Figure 4: Future U.S. fossil fuel production in reference case (by status of federal lease) and under 2°C scenario, 1990–2040**







## 4.4 Gas

As shown in Figure 4, of all three fossil fuels, gas has the lowest fraction (less than one-fifth) produced from federal lands and waters. Roughly half of this gas is from lands in Rocky Mountain states, especially Wyoming and Colorado. About a third is from offshore deposits, almost all of which are in the Gulf of Mexico.

Gas (and oil) projects tend to have longer lead times than coal, as companies must first conduct exploratory drilling and put wells or offshore platforms in place. (By contrast, new federal coal leases are often next to existing mines and can be accessed readily with existing equipment.) Accordingly, changes to leasing practices for gas may take many years to affect production. In our analysis, new leases produce only a negligible quantity of gas before 2030. Existing (but not yet producing as of 2015) leases could produce slightly more gas in the near term (e.g. rising to 15% of production by 2030), but their importance diminishes in the longer term.

Between now and 2040, the reference case sees an estimated 30 trillion cubic feet (30 QBtu) of gas will be extracted from federal lands and waters not yet under lease or that are under lease but have not yet started producing. This represents 2 Gt $CO_2$ of emissions once the gas is burned. About two-thirds of this is likely to be from offshore deposits, indicating the growing role of offshore sources of gas. And although most of the offshore gas is still expected to come from Gulf sources through 2040, Pacific and Atlantic sources (notwithstanding the Obama administration's recently announced cancellation of mid-Atlantic lease sales) could take on increasing roles over time, making up 10% of offshore production in 2040 (up from 1% today, all in the Pacific). In the reference case, U.S overall (federal and non-federal) gas production rises gradually through 2040. By contrast, under the 2°C scenarios considered here, U.S. gas production would instead level off and peak in the next 10 years, then decline steadily to about 20 QBtu in 2040, indicating that the role of gas as a "bridge" fuel between coal and renewables in a 2°C world is short-lived. This finding is consistent with that of other studies (Lazarus, Tempest, et al. 2015; Davis and Shearer 2014).

## 4.5 Oil

Slightly more than one-fifth of current and expected U.S. oil extraction is from federal lands and waters. Thus, in contrast to coal, the impact of federal leasing through 2040 is more modest.

Leasing practices for offshore oil, especially in the Gulf of Mexico, could have the largest impact on federal oil extraction, since the Gulf is the source of about 70% of federal oil in the reference case. Most of the remaining oil comes from federal lands in Western states, including New Mexico, Wyoming and North Dakota.

As for gas, the longer lead times for oil projects – especially offshore oil – mean that new leases do not have much impact on oil production until after 2030. However, as production from existing fields declines more rapidly in later years, the importance of new leases grows.

Between 2016 and 2040, the reference case sees an estimated 7 billion barrels (40 QBtu) of oil will be extracted from federal lands and waters that were not under lease as of 2015, or had not yet started producing. This would equal 3 Gt $CO_2$ of emissions once the oil is burned (primarily as vehicle fuel). Over half of this oil is from offshore deposits in the Gulf of Mexico that are already under lease, which indicates that lease *renewal* rather than new leasing practices are likely to be the major determinant of federal oil production through 2040.

Overall, across both federal and non-federal lands and waters, U.S. oil production in the reference case peaks around 2020 at around 28 QBtu, then declines gradually to about 25 QBtu. By contrast, in the IEA 2°C scenario, U.S. oil production would peak at around 25 QBtu and

then decline more rapidly, to less than 20 QBtu by 2030; in McGlade and Ekins' 2°C scenario, U.S. oil production would begin declining immediately, to less than 15 QBtu in 2020.

Table 2 summarizes the findings of our analysis of coal, oil, and gas production scenarios, especially the amount of federal fossil fuel extraction that might be avoided by cessation of new leases and by not renewing existing, non-producing leases.

**Table 2: U.S. federal fossil fuel production in reference case and quantities avoided by ceasing new leases and not renewing non-producing leases, 1990–2040, in QBtu**

| Federal fossil fuel production | 2015 | 2020 | 2025 | 2030 | 2035 | 2040 |
|---|---|---|---|---|---|---|
| **Coal** | **7.3** | **6.2** | **5.6** | **5.9** | **6.1** | **6.3** |
| Avoided from non-renewals | – | – | – | – | – | – |
| Avoided from cessation of lease sales | – | (1.5) | (2.2) | (3.1) | (3.9) | (4.7) |
| Avoided (total) | – | (1.5) | (2.2) | (3.1) | (3.9) | (4.7) |
| Avoided, as % of reference case | | (24%) | (40%) | (53%) | (64%) | (74%) |
| **Gas** | **4.6** | **5.7** | **5.8** | **6.6** | **6.7** | **7.0** |
| Avoided from non-renewals | – | (0.0) | (0.3) | (1.0) | (1.1) | (0.8) |
| Avoided from cessation of lease sales | – | (0.0) | (0.1) | (0.3) | (1.6) | (3.3) |
| Avoided (total) | – | (0.0) | (0.4) | (1.3) | (2.7) | (4.1) |
| Avoided, as % of reference case | | (0%) | (6%) | (19%) | (40% | (59%) |
| **Oil** | **4.8** | **6.1** | **5.8** | **6.3** | **6.1** | **6.8** |
| Avoided from non-renewals | – | (0.0) | (0.6) | (1.4) | (1.9) | (1.4) |
| Avoided from cessation of lease sales | – | (0.0) | (0.1) | (0.3) | (1.2) | (3.0) |
| Avoided (total) | – | (0.0) | (0.7) | (1.6) | (3.1) | (4.4) |
| Avoided, as % of reference case | | (1%) | (12%) | (26%) | (51%) | (65%) |
| **Total** | **16.7** | **18.0** | **17.2** | **18.8** | **18.8** | **20.1** |
| Avoided from non-renewals | - | (0.0) | (0.9) | (2.4) | (3.0) | (2.2) |
| Avoided from cessation of lease sales | - | (1.5) | (2.4) | (3.6) | (6.7) | (10.9) |
| Avoided (total) | - | (1.6) | (3.3) | (6.0) | (9.7) | (13.2) |
| Avoided, as % of reference case | | (9%) | (19%) | (32%) | (52%) | (66%) |

*Source: SEI analysis based on sources described in prior charts.*

## 5. REDUCTIONS IN CO$_2$ EMISSIONS FROM RESTRICTED LEASING

The prior section examined how fossil fuel production would be affected by ceasing new leases and not renewing existing, non-producing leases. In this section, we assess what this reduction in fuel extraction might mean for energy use and global CO$_2$ emissions.

We characterize these impacts on a net basis, meaning that we estimate the change in global CO$_2$ emissions *after* taking into account how other fuels may substitute for the federal fuels no longer extracted. Accordingly, our analysis directly addresses the potential for carbon leakage, or the whack-a-mole" phenomenon, that has characterized much of the debate around limiting fossil fuel extraction (Roberts 2015; Lazarus, Erickson, et al. 2015). Specifically, we quantify how, in response to reduced supply of federal fossil fuels:

- **Other non-federal fuels of the same type could substitute,** such as if coal from private, tribal, or state lands replaces coal no longer extracted from federal portions of the Powder River Basin. In oil markets, other supplies could come either from non-federal domestic sources, or from other global oil producers.
- **Different fossil fuels could substitute,** such as if, in response to a drop in coal production, U.S. power systems instead used more natural gas for power generation.

We apply economic tools commonly used to assess fuel markets. In each case, these tools consider that a cut in production is a shift in the supply curve for the fuel. Other producers, and consumers, then respond by consuming more or less of different fuels based on the resulting changes in prices. This approach situates our analysis in the broader economic literature on supply and demand for energy, and allows for a relatively straightforward quantification of the potential CO$_2$ effects, since the carbon contents of each fuel (coal, gas, and oil) are well known.[21] However, these tools are incomplete, as they do not capture the potential broader political or economic implications of what would be a high-profile climate measure taken by a major world economy. For example, were the prospective leasing restrictions by DOI to lead other decision-makers or investors to similarly move away from expanding fossil fuel supply, the impacts could be far greater. We will return to this possibility later in the discussion.

We conduct our analysis for the two energy resources – coal and oil – for which reduced federal leasing is likely to have the greatest implication on global CO$_2$ emissions. We do not consider the net CO$_2$ impact of reduced federal leasing for gas: as described in Box 3, it is not clear that changing the availability of natural gas would have a significant impact on CO$_2$ (or total greenhouse gas) emissions, either positive or negative.

We focus on net CO$_2$ emissions impacts in a specific year, 2030, as it serves as a common reference year for future climate action and commitments in the UN climate negotiations, including the Paris Agreement.

In Section 4, we developed estimates of the impact of fossil fuel extraction from federal lands (Table 2) if the DOI were to cease issuing new leases for coal or oil extraction and stop renewing non-producing leases as they come due.[22]

---

[21] We do not conduct analysis of the change in CO$_2$ emissions associated with extracting, processing, or transporting each resource because these impacts are generally small compared to the emissions associated with combustion of the resulting fuel.

[22] As explained in Box 1, lease terms for oil are 10 years onshore or 5, 7, or 10 years for offshore (depending on water depth). It is possible that, should these leases (not producing as of 2015) start producing before the end of the lease term, they would be "held by production" and, by law, automatically renewed. In such a scenario, the estimates

**Box 3.  Changing the supply of gas has little impact on net $CO_2$ and GHG emissions**

The decision to use coal or gas in power generation depends on the relative price and availability of these fuels, as well as their non-fossil alternatives, such as renewable power. The $CO_2$ implications of changes to gas supply are highly dependent on these dynamics, as well as on economy-wide effects on energy prices and overall energy use.

A number of studies have looked at the relative balance of these effects in assessing the $CO_2$ implications of increased availability of gas in the U.S. (Lazarus et al. 2015). Some indicate a slight $CO_2$ benefit of increased gas availability (Newell and Raimi 2014; Shearer et al. 2014; US EIA 2014), especially if gas tends to displace coal power.  Other studies indicate a slight net increase in $CO_2$ emissions is possible, due increased energy use and displacement of low-carbon energy (Brown, Krupnick, and Walls 2009; US EIA 2014).[1]  A model comparison exercise by the Energy Modeling Forum suggests, on average, no significant $CO_2$ emissions impact over the next few decades, as the "scale" effect of increased overall energy use largely offsets the "substitution" effect of shifting away from coal (Energy Modeling Forum 2013).  Studies looking at gas supply internationally have come to similar conclusions (Lazarus et al. 2015; McJeon et al. 2014).

Given the findings of these studies, we do not ascribe a net $CO_2$ emissions impact to decreased leasing of federal natural gas resources, at least for the time scale we focus on here (through 2040). That said, the leasing decisions considered in this analysis would play out well beyond this time scale. Over the longer-term, natural gas is more likely to compete with low-carbon energy sources, especially if nations such as the U.S. and China continue to move away from coal. Thus, while reduced leasing of federal natural gas resources may have little effect on global $CO_2$ emissions over the next two decades, it could help in easing the longer-term transition to a low-carbon economy.

The effect of expanding natural gas supply on greenhouse emissions other than $CO_2$ will depend on other factors, namely, how much of methane ($CH_4$), a greenhouse gas many times more potent than $CO_2$, leaks to the atmosphere. Methane leakage can occur during fuel extraction (e.g. conventional or unconventional production, including fracking), transportation (e.g. via pipelines), or distribution (e.g. to homes and businesses via metal or plastic pipes.) At leakage rates most commonly suggested in the literature, methane leakage is unlikely to counteract the GHG emissions balance of natural gas relative to other fuels when that gas is used in most stationary energy applications, such as power generation or heat provision (Lazarus et al. 2015).[1] Some suggest that leakage rates and impacts could be much higher (Howarth 2015), especially for shale gas, though such estimates have yet to be widely accepted. We therefore consider that restricting leasing would not have a substantial net GHG emissions impact, just as we do not ascribe it a net $CO_2$-only impact, though we note that further efforts are needed to address methane leakage in natural gas production and distribution.[1]

## 5.1 Coal

U.S. coal markets are particularly complex, given the stock of coal power plants, many of which were built (or were substantially rebuilt) with boilers designed for a specific grade (or even supplier) of coal, thereby limiting the possibilities for substitution among coals from different suppliers (Joskow 1987; Haggerty et al. 2015). For example, a power plant built for the uniquely low-sulfur, sub-bituminous coal from the Powder River Basin may not be able to switch to other coal, at least not without major retrofits (e.g. to coal processing or pollution controls, or

---

of avoided production due to non-renewals in Table 2: could be too high and, accordingly, also the estimates of $CO_2$ impacts in this section. However, nearly all of the production expected from already-held (but not-yet-producing) leases is from offshore oil, and very little of this is expected to start producing before 2025 in Rystad Energy's assessment (Rystad Energy 2015). With a maximum lease term of 10 years, most of these leases would be expected to come up for renewal before 2025, and therefore be subject to non-renewal.

potentially, a complete rebuild of the boiler). A simple model of supply and demand, by treating each ton of coal as equivalent in a competitive market, could miss these dynamics and thus likely overestimate the tendency for other coal, with much different characteristics, to substitute for the drop in federal coal. For this reason, a model that represents the costs and fuel requirements of specific power plants and coal resources has distinct advantages that here outweigh the lack of transparency that a simpler model might provide.

Therefore, to assess the response of the U.S. power market to a drop in domestic coal supply, we look to a recent study (which we refer to as the "Vulcan study") that analyzed how changes to federal leasing practices would affect coal consumption and power-sector $CO_2$ emissions in the U.S. (Vulcan/ICF 2016). It is the most recent and comprehensive study we identified that looks at changes to U.S. coal supply, and it is also the most closely aligned with the focus here on coal from all federal lands.[23] It uses the Integrated Planning Model, IPM, a tool also used by the U.S. Environmental Protection Agency (EPA). Furthermore, it takes into account the impact of the Clean Power Plan as well as the specific, power-plant-level dynamics – such as coal grade requirements and the cost of pollution control technologies or other plant retrofits – that would constrain substitution of other coals for the drop in federal coal.[24]

We summarize the results of the Vulcan study in terms of net decrease (or increase) in fuel consumption per unit drop in coal production in the year 2030.[25] The study found that, under the Clean Power Plan, each QBtu of coal no longer supplied (due to lease restrictions) to domestic power markets would be replaced by 0.64 QBtu of other coal, for a net drop in national coal consumption of 0.36 QBtu. Electricity production would remain virtually unchanged, such that gas consumption would increase 0.23 QBtu to make up for the lost coal-based electricity. (Gas power generation is more efficient than coal, thus less gas would be needed to provide an equivalent amount of electricity).[26]

Were the Clean Power Plan not in place, the Vulcan scenario found a larger effect: a net drop in 0.69 QBtu coal for every federal QBtu cut (with gas increasing 0.35 QBtu).

Table 3 summarizes these market responses. The effect under the Clean Power Plan is smaller, as the Plan would already lead power producers who can replace coal with low-cost alternatives

---

[23] Other studies reviewed, including the "North Fork" study (USFS et al. 2015) and the Tongue River Railroad study (OEA 2015), looked at a particular coal going to a more limited market.

[24] As described in the EPA's documentation of the IPM Model, (U.S. EPA 2013), IPM aggregates existing actual power plants into a smaller number of "model plants" with similar characteristics, each of which is modeled individually. For example, IPM models about 759 coal-fired "model plants" to represent 1,003 actual existing coal-fired plants.

[25] The Vulcan study analyzed over a dozen cases that varied in terms of policy considered (royalty rate increases and leasing restrictions), whether and how the Clean Power Plan might be implemented (mass vs. rate basis), and base case assumptions regarding future resource costs (Base Case A vs. Base Case B). To characterize the reduced coal and increased gas consumption per unit of gross drop in coal production (as in Table 3), we looked at the impact of a phasing out coal production by increasing coal prices (by imposing the social cost of carbon on royalty rates), assuming: a) the Clean Power Plan is implemented using a "mass-based" approach in which each state pursues a fixed $CO_2$ emissions target but can trade emissions allowances with other states in regional trading programs; b) fuel and renewable cost projections consistent with the EPA's analysis of the final Clean Power Plan (Base Case B). The Vulcan study also modeled a simpler (and total) phase-out of federal fossil fuel production between 2028 and 2037 due to cessation of new lease issuance, but we do not consider that case here because it uses an older, "Base Case A" with higher renewables costs than forecast by EPA, and because it takes a more simplistic approach to lease phase-out.

[26] Given the much higher average efficiency of gas-fired electricity generation, this amount of gas is sufficient to nearly completely substitute for lost coal-based electricity (i.e. nearly all of the substitution is by gas not renewables), e.g. as shows in Exhibit 118 of the Vulcan study (Vulcan/ICF 2016)

to do so, leaving coal generation mostly in places where the relative cost of alternatives is high. As a result, in response to a drop in federal coal, these remaining coal-fired power systems would shift more heavily to other coal supplies, as from the Illinois Basin and Appalachia. (It is also possible that other, non-federal Powder River Basin coal could substitute, were large new mines to be developed on state, tribal, or private lands, though the Vulcan study does not appear to envision such projects being economic at scale to replace the forgone federal coal.)[27] Another reason that the effect under the Clean Power Plan is smaller in the Vulcan analysis is because of interactions between the leasing restrictions and provisions that states must meet specific emission rate goals. To the extent these goals – or more accurately, the policies and measures states put in place to achieve them – are "binding", and states allow for interstate trading of allowances and credits, further $CO_2$ emission reductions beyond those required by the Clean Power Plan may be more difficult to achieve. While increases in coal prices spurred by restricted leasing would lead to further decreases in coal-based generation and emissions, those decreases could be offset by increased gas-based generation and emissions. They could also be offset by reductions in renewable power or energy efficiency, due to the added "headroom" under the cap and associated decreases in allowance or credit prices within and across states (to the extent that state and regional trading is adopted).

**Table 3: Change in net consumption of coal and gas per 1 QBtu decrease in gross production of coal, QBtu basis**

|  | Clean Power Plan case (Reference scenario) | | No Clean Power Plan Case (Alternative reference scenario) | |
|---|---|---|---|---|
|  | Coal | Gas | Coal | Gas |
| Domestic market | -0.36 | 0.23 | -0.69 | 0.35 |
| Export market | -0.30 | 0.07 | -0.30 | 0.07 |

In principle, this effect could be so strong as to nearly eliminate any $CO_2$ emissions reductions from leasing restrictions under the Clean Power Plan. This could happen, for example, if the state emission rate goals assigned by EPA under the Clean Power Plan were "binding" for all states, fully determining power sector $CO_2$ emissions. A fully binding outcome for the Clean Power Plan is not foreseen in the Vulcan analysis used here. If future renewables or gas power costs were to be greater than currently foreseen by the EPA, then the likelihood of such an outcome would increase – a possibility we consider in the sensitivity analysis in Appendix b.

For exports, which are not described in detail in the Vulcan study, we develop and apply a simple model of supply and demand, similar to prior approaches (Power and Power 2013). The EIA expects exports of steam coal, including from federal lands in the Powder River Basin, to rise slowly but steadily over the next two decades. Producers in the Powder River Basin are particularly looking to emerging economies in East and Southeast Asia, especially Korea, where coal demand is still expected to increase (Considine 2015; Leaton et al. 2014; IEA 2015).

Information on the price elasticity of coal demand in Korea and Southeast Asia is sparse, however (Leaton et al. 2014). We assume that, in the long term, this market is roughly as price-

---

[27] For example, were the Otter Creek mine on state and private lands in Montana or the Big Metal Mine on Crow Reservation lands to be developed, the coal supply curve could "flatten", facilitating coal substitution beyond that foreseen in the Vulcan study, decreasing the net effect on coal consumption in Table 3.

responsive as Chinese power systems were during their period of rapid growth (Jiao et al. 2009), for an elasticity of demand of -1.12. We assume that the Pacific Coal market is highly competitive, with substantial low-cost supplies from Indonesia and Australia (Aldina 2013), for elasticity of supply of 2.6. Together these assumptions imply that each QBtu of U.S. coal no longer exported to Asian power markets would be replaced with 0.7 QBtu of other coal, for a drop in net coal consumption of 0.3 QBtu (Table 3).[28] Given the limited supply of gas in Asia to substitute, gas would not fully offset this net drop in coal. Based on a meta-analysis of fuel substitution research (Stern 2012), we find that natural gas in these markets would increase by 0.07 QBtu, only partially substituting for the drop in coal consumption.[29]

We now apply the ratios in Table 3 to the gross drop in coal production from cessation of lease issuance (Section 4) to yields estimates of net change in coal and gas consumption. First, however, we make two adjustments to our estimates of the gross drop in coal production.

The first adjustment is simply to exclude metallurgical coal, such as for use in iron and steel mills. Though this coal is much higher-value than coal for energy production (steam coal), it has smaller CO₂ emissions implications. This is because metallurgical coal has few, if any, readily available low-carbon alternatives, so reducing its supply would be unlikely to affect CO₂ emissions substantially. We assume that 7% of the coal extracted goes to metallurgical, not power, markets, based on national averages from the U.S. EIA (2015b).

The other adjustment involves additional deposits of coal that may be affected by leasing restrictions since in some instances cutting the availability of *federal* coal would also constrain the accessibility or profitability of mining adjacent *non-federal* coal. This could especially be the case in Wyoming, as hundreds of relatively small plots of state lands are entirely contained within federal parcels (Luppens and Scott 2015). These non-federal parcels may not be accessible or economic to extract if federal leasing were restricted (a similar situation may exist with some private lands). The Vulcan study, for example, estimates the associated reduction in non-federal coal to be as much as half the reduction in federal coal (Vulcan/ICF 2016), magnifying the effects of federal lease restrictions. Here, we assume, based on a review of U.S. EIA (2015a) and ONRR (2015) data, that non-federal coal makes up about one-sixth of federal production in Wyoming, and so we increase our estimates of the drop in coal supply from Wyoming by this fraction. (We do not adjust the drop in coal production from other states.)

Together, these adjustments result in an estimated cut in coal supply in 2030 of 2.9 QBtu to domestic markets and 0.3 QBtu to export markets relative to our Clean Power Plan reference scenario.

Applying the ratios in Table 3 to these totals yields estimates of the impacts on net consumption of coal and gas in energy terms (Table 4). Applying standard carbon contents for coal and gas

---

[28] We assume an elasticity of demand of -1.12 (Jiao et al. 2009) and an elasticity of supply of 2.6, as imputed from Wood Mackenzie's coal supply curve (Aldina 2013) at expected consumption levels. Together, and using the equation $E_d/(E_d-E_s)$ as from basic microeconomics (Perloff 2007) and prior studies (Power and Power 2013; Erickson and Lazarus 2014), suggests a net effect on consumption of 0.30. See the next section, on oil, for further discussion of this equation.

[29] We estimated the ratio of increased gas consumption to drop in coal supply by introducing two adjustments to the equation described in the prior footnote. The adjustments are the elasticity of substitution between coal and gas ($E_{cg}$) and the starting ratio of gas to coal consumption ($Q_g/Q_c$), and are applied as follows: $(E_d+E_{cg})/(E_d-E_s)*Q_g/Q_c$. We use Table 4 of Stern's (2012) meta-analysis to estimate $E_{cg}$ in Korea as 1.4. The IEA estimates that the ratio of gas to coal consumption in OECD Asian countries (such as Korea and Japan) in 2030 will be 0.9, and we use this as $Q_g/Q_c$. Were the consumers of exported U.S. coal instead countries with more coal and less gas, such as China or India, the ratio of gas to coal could be much lower and, therefore, also the extent of substitution of gas for coal.

(IPCC 2006) yields estimates of the emissions increases or decreases for each fuel in each market (also in Table 4).[30]

**Table 4: Change in net consumption of coal and gas in response to decreased coal production, 2030**

|  | Clean Power Plan Case | | No Clean Power Plan Case | |
|---|---|---|---|---|
|  | **Coal** | **Gas** | **Coal** | **Gas** |
| **Energy content (QBtu)** |  |  |  |  |
| Domestic market | (1.03) | 0.66 | (3.33) | 1.67 |
| Export market | (0.09) | 0.02 | (0.10) | 0.02 |
| Total | (1.12) | 0.68 | (3.43) | 1.69 |
| **Carbon content (Mt CO₂)** |  |  |  |  |
| Domestic market | (99) | 35 | (318) | 88 |
| Export market | (8) | 1 | (10) | 1 |
| Total | (107) | 36 | (328) | 90 |

In our reference case, assuming Clean Power Plan implementation (Table 4), we find that leasing restrictions would reduce $CO_2$ emissions in 2030 from coal by about 107 Mt $CO_2$, but increased use of gas would increase emissions by about 36 Mt $CO_2$, resulting in a net reduction of 71 Mt $CO_2$. Figure 5 illustrates the individual effects that add up to this net reduction. As shown in the chart, leasing restrictions lead to a drop in coal extracted in federal or adjacent lands in 2030 equivalent to 300 Mt $CO_2$. Increased production in the Illinois Basin and (to a lesser extent) Appalachia makes up for about 60% of the lost coal production from federal and adjacent lands. Increased coal prices also lead to some substitution by gas in domestic power systems. Substitution also occurs in export markets, by gas and other coal supplies from countries such as Australia and Indonesia. The net reduction in $CO_2$ emissions, after accounting for all of these effects is, as stated above, 71 Mt $CO_2$ in 2030

---

[30] We do not conduct analysis of the change in $CO_2$ emissions associated with extracting, processing, or transporting each resource because these impacts are generally small compared with the emissions associated with combustion of the resulting fuel.

**Figure 5: Impacts of decreased coal production on coal and gas markets, 2030, under the reference (Clean Power Plan) case, CO₂ basis**



## 5.2 Oil

Oil is used primarily in transport, with more than half of current and expected future global oil used as transport fuel, especially for cars and trucks. The remaining portion is split among the industry, buildings and power sectors, though uses in buildings and power are expected to decline (IEA 2015). The oil market is also highly global, with oil readily traded among countries, and substantial infrastructure in place to do so. The U.S. both imports and exports oil, and world and domestic oil prices very closely track each other (U.S. EIA 2016).

For this reason, we expect that changes in U.S. oil production would affect an integrated global oil market, an assumption also made by many other analysts that have looked at changes in U.S. oil supply (Bordoff and Houser 2015; Rajagopal and Plevin 2013; Allaire and Brown 2012; Metcalf 2007; IEc 2012). Though in the past the oil market could be strongly influenced by cartel behavior among a small number of producers, many analysts now see the market as more likely to behave competitively (The Economist 2016; U.S. EIA 2016), meaning that increases or decreases in supply do translate into shifts in prices and, in turn, consumption.[31]

Accordingly, we model the impact of federal leasing policy on the global market as a shift in the global supply curve, just as in our prior assessment of oil markets (Erickson and Lazarus 2014). Assuming the decline in supply is small relative to this global market, the resulting change in consumption can be modeled as a direct function of the change in production, using

---

[31] A shift in supply will only affect consumption if it is not offset by a shift by another large producer, such as a cartel in the Middle East.

elasticities of demand ($E_d$) and supply ($E_s$) (Erickson and Lazarus 2014) and from basic microeconomics (Perloff 2007), using the following equation:[32]

$$\Delta Consumption \cong \frac{E_d}{E_d - E_s} * \Delta Production$$

(1)

Consistent with our prior work, we use a mid-range estimate of the long-run elasticity of world crude oil demand of -0.2 based on a literature review (Hamilton 2009), and within the range, from -0.072 to -0.3, found by a more recent review (Bordoff and Houser 2015). For the elasticity of supply, we use a value of 0.25 from Rystad Energy's oil supply curve for the year 2030.[33]

Applying these elasticities to equation (1), we estimate that, for each unit of production cut, other oil supplies will substitute for 0.56 QBtu, and that net oil consumption will drop by 0.44 QBtu (Table 5). This result is unaffected by Clean Power Plan implementation, since the law has little impact on oil consumption.

**Table 5: Change in net consumption of oil and substitute fuels per unit decrease in gross production of oil, QBtu basis[34]**

|  | Oil | Substitutes (biofuels, gas and electricity) |
|---|---|---|
| Global market | (0.44) | 0.22 |

Some of this drop in oil consumption will be made up by alternative transport fuels, while some will represent a reduction in overall transportation energy use due to increased vehicle efficiency, transport mode shifts, or other measures. In the long term, other transport fuels (beside oil) may become viable alternatives at scale, including biofuels, compressed natural gas (CNG), or electricity. However, little information exists on the long-term elasticities of substitution between oil and these other transport fuels (Faehn et al. 2016). Furthermore, deployment of these other fuels and their corresponding vehicles will depend not only on fuel economics, but also on national policies (U.S. EIA 2013). Therefore, we look to the International Energy Agency's *World Energy Outlook 2015* (IEA 2015) to inform our estimates of substitution effects. A comparison of *World Energy Outlook 2015* scenarios suggests that, over the next few decades, the effect of price-induced decreases in oil consumption may be split roughly evenly between lower overall energy use and increased use of substitute fuels.[35] As

---

[32] This equation is the same one as that used to model the response to coal exports as described previously. We describe it here for oil in more detail since the flow of oil from U.S. public lands and waters to the global market is many times greater than the flow of coal from public lands to the Pacific coal market.

[33] We measure the slope of Rystad Energy's oil supply curve for 2030 at the expected equilibrium consumption level (99.5 mbpd), and use that to calculate the elasticity. In this range of the cost curve, offshore oil producers in Mexico and Malaysia, and tight oil producers in the U.S., are dominant, suggesting that these could be the marginal producers for oil supply in 2030.

[34] As described in the text, we assume 30% of the substitute fuel is biofuels (50% cut in GHG-intensity relative to oil), and the remainder is electricity and gas (same GHG-intensity as oil).

[35] We estimate this half-half split by looking at the response to oil and other fuel demand in IEA's Low Oil Price scenario relative to their New Policies Scenario. Figure 4.5 of *World Energy Outlook 2015* indicates that for each increase in oil consumption in the Low Oil Price scenario, about half is from higher demand and half is from less fuel switching away from oil (the substitution effect is slightly less than half in earlier years, slightly more in later

shown in Table 5, we apply this 50:50 ratio and estimate that for each 0.44 unit drop in oil consumption, the use of substitution fuels will increase by 0.22 units.

We further assume, again drawing from a comparison of *World Energy Outlook 2015* scenarios, that 30% of the fuels that substitute will be biofuels.[36] Though future production methods of biofuels remain in development, we assume that they will be half as GHG-intensive as petroleum-based fuels, on a life-cycle ("well to wheels") basis, and reflecting a higher penetration of second-generation and advanced biofuels in the future.[37]

Beside biofuels, the other fuels that substitute are natural gas (e.g. CNG in vehicles) and electricity (i.e. in electric vehicles). However, these fuels are not yet foreseen to offer, in aggregate across the globe through 2040, substantial GHG emission benefits for transportation uses relative to oil. This is because natural gas (methane) leakage during fueling erodes what would otherwise be a CO$_2$ benefit of gas (Alvarez et al. 2012). Electric vehicles, though they can bring substantial CO$_2$ benefits in regions adding low-carbon electricity, can increase net CO$_2$ emissions if the source of electricity is coal. On average, the IEA finds that, in its reference (New Policies) case, one effect does not clearly outweigh the other (IEA 2015), and so we assume, for simplicity, that *in aggregate,* there is no net CO$_2$ effect in substituting electric for petroleum-fueled vehicles.

Based on these assumptions about the GHG balance of biofuels, gas, and electricity, we estimate that the carbon-intensity of this alternative fuel mix is 85% of the carbon-intensity of oil-based fuels. Were the alternative fuels to be lower-carbon, such as renewable electricity or sustainable, second- or third-generation low-GHG biofuels, then the GHG benefits of reducing oil supply and, in turn, consumption, could be much greater, a possibility we explore further in the sensitivity analysis in Appendix B.

Applying the ratios in Table 3 to the gross oil production cuts from Table 2: (1.6 QBtu) yields estimates of the net increase or decrease in oil and its substitutes (Table ). Further applying standard carbon contents of oil (IPCC 2006) yields estimates of net changes in CO$_2$ emissions.

As shown in Table , cutting oil production from federal lands reduces global CO$_2$ emissions in 2030 from oil consumption by 54 Mt CO$_2$, and leads to an increase in CO$_2$ emissions from other fuels of 23 Mt CO$_2$, for a net emissions benefit of 31 Mt CO$_2$. (Again, Appendix B provides sensitivity analysis.)

**Table 6: Change in net consumption of fuels in response to lower oil production, 2030**

| | Oil | Substitutes (biofuels, gas, and electricity) |
|---|---|---|
| **Energy content (QBtu)** | | |
| Global market | (0.73) | 0.36 |
| **Carbon content (Mt CO$_2$)** | | |
| Global market | (54) | 23 |

---

years). For our analysis, we assume the same dynamic would apply for decreases (rather than increase) in oil consumption.

[36] We derive this by comparing changes in (non-bunker-fuel) global transport energy demand for 2030 in the New Policies Scenario versus the Current Policies Scenario in the *World Energy Outlook 2015* (IEA 2015)

[37] The most widely used biofuel in the U.S., ethanol from corn, offers only modest (if any) GHG emission reductions relative to petroleum fuels, but sugarcane and other cellulosic ethanol and advanced biofuels still under development could cut the CO$_2$-intensity of fuels substantially (U.S. EPA 2010).

Figure 6 shows the individual effects that result in this estimated reduction. Leasing restrictions lead to a drop in oil extracted from federal lands and waters in 2030 equivalent to 120 Mt $CO_2$, 85% of which is from offshore oil leases not renewed or issued. Increased production in other global supplies makes up for more than half the lost federal oil production. Increased oil prices also lead to some substitution by other fuels: electricity, CNG and biofuels. The net reduction in $CO_2$ emissions, after accounting for all of these effects is 31 Mt $CO_2$ in 2030, as noted above.

**Figure 6: Impacts of decreased oil production on oil and substitute fuel markets, 2030, under the reference (Clean Power Plan) case, $CO_2$ basis**



## 5.3 Summary and discussion

Table 7 summarizes the net $CO_2$ emissions impacts of the cuts in coal and oil production. In total, we find that, by ceasing to issue new and renewed leases for fossil fuel extraction from federal lands and waters, the DOI could reduce net $CO_2$ emissions by about 100 Mt per year by 2030. Annual emission reductions could well increase over time, as federal fossil fuel production becomes even more dependent after 2030 on yet-to-be issued leases. Furthermore, over time, consumers are likely to be more sensitive to increased fossil fuel prices (Bohi 2013).

**Table 7: Change in net consumption of fuels, 2030, in Mt CO$_2$**

|  | Clean Power Plan Case | | | No Clean Power Plan Case | | |
|---|---|---|---|---|---|---|
|  | Impact on same fuel | Impact on substitute fuel(s) | Net | Impact on same fuel | Impact on substitute fuel(s) | Net |
| **Coal** |  |  |  |  |  |  |
| Domestic market | (99) | 35 | (64) | (318) | 88 | (230) |
| Export market | (8) | 1 | (7) | (10) | 1 | (8) |
| Subtotal | (107) | 36 | (71) | (328) | 90 | (238) |
| **Oil** |  |  |  |  |  |  |
| Global market | (54) | 23 | (31) | (54) | 23 | (31) |
| **Total** | (160) | 58 | **-100** | (380) | 110 | **-270** |

*Note: Figures may not add to totals due to rounding.*

Our findings on the CO$_2$ emission savings that could result from leasing restrictions (100 Mt CO$_2$ per year in 2030 with the Clean Power Plan) are comparable to the savings from prominent policy initiatives of the Obama administration. As shown in Figure 7, the EPA's most recent proposed standards for light- and medium-/heavy-duty vehicles are expected to yield 200 Mt and 70 Mt in CO$_2$ savings, respectively, in 2030. The reduction from leasing restrictions is considerably greater than either the emission reductions that the EPA expects to achieve through regulation of the oil and gas industry's own (sector-wide) emissions, or what the BLM expects to achieve from methane restrictions on oil and gas operations on federal land.[38] Only the Clean Power Plan is expected to yield significantly greater emission benefits than potential federal leasing restrictions. In other words, cessation of new and renewed leases could make an important contribution to U.S. climate change mitigation efforts.

---

[38] In addition to the magnitude of greenhouse gas emissions reductions, planners may also consider cost-effectiveness as a criterion. From that perspective, one might prefer to phase out high-cost fossil resources first, which may or may not be federal resources. (For example, deepwater oil is often considered a high-cost oil resource; Powder River Basin coal, however, is generally considered lower-cost coal.)

**Figure 7: Comparison of the potential global GHG emissions impact of federal leasing reform and other U.S. government policies, 2030**



*Source: SEI analysis. Estimate of emission reductions other policies adapted from BLM (2016a) and U.S. EPA (2012; 2015a; 2015b).*

Several uncertainties underlie our analysis. We address an important one – the potential reversal of the Clean Power Plan – by conducting our analysis both with and without this policy in place. We find, in this case, that not issuing new leases for coal production could be an important complement to the Clean Power Plan, since ending leasing could phase down federal coal production and, should the Clean Power Plan not be implemented, reduce emissions by 270 Mt $CO_2$ in 2030. This amounts to nearly half of the 610 Mt in $CO_2$ savings that the EPA estimates the Clean Power Plan would achieve in that year.

Our findings are also particularly sensitive to the response of producers and consumers to changes in energy prices that would result from reductions in fossil fuel supply. For example, should coal producers on federal (or non-federal) lands respond to lease restrictions by more rapidly drawing down their reserves, perhaps in anticipation of broader and more ambitious efforts to address U.S. $CO_2$ emissions,[39] the impact in 2030 could be less than we estimate, though in later years, emission reductions could be greater.[40] On the other hand, should cessation of federal leasing send a market signal that leads to further tightening of finance for the coal industry, already in trouble, then coal production could decline even more rapidly. Similarly, should coal power plants be less able to substitute other sources of coal for the Powder River Basin and other federal resources, as at least one analysis has suggested (Haggerty et al. 2015), then the $CO_2$ emission reductions could be greater, as even more power systems would switch to lower-emissions resources such as gas or renewables.

Similar uncertainties affect our estimate of oil market impacts. This estimate is dependent on the responsiveness of other oil suppliers to lower U.S. federal supplies in global markets. Our analysis uses a relatively steeply sloping supply curve (from Rystad Energy) in 2030, with relatively high-cost producers on the margin, such as less-profitable tight oil and offshore-

---

[39] This would be a manifestation of what some have termed the "green paradox" (Sinn 2012).
[40] Vulcan/ICF's (2016) analysis would seem to indicate that this could occur, as producers of federal coal respond to lease restrictions by essentially maintaining (or slightly increase) production over the next decade, only to stop entirely by 2040.

producers. If oil production were to experience another surge of unexpected technological advancement, then the supply curve could "flatten" and reduce the impacts of lower federal oil production. Or if future oil production were constrained by unexpected resource declines (such as faster than expected decline rates from tight oil fields), slower technological progress, or other countries taking similar measures to slow future oil production, then the net $CO_2$ emissions impact could be even greater.

To understand the potential impact of these uncertainties, as described in detail in Appendix B, we conduct sensitivity analysis around several of the most important parameters in our analysis: the sensitivity of producers and consumers to shifts in supply and price. At one end of the spectrum, were fossil fuel markets and energy technologies to proceed unencumbered by climate policy, the world might see continued abundance of lower-cost fossil fuel supplies and slower development of low-carbon alternatives (such as renewable power or low-carbon vehicles). In a higher-carbon world, restrictions on federal fossil fuel supply could have less of an impact than we estimate here – as little as 4 Mt $CO_2$ in 2030 under our reference scenario. Restricting supply would have little impact on energy prices (due to higher supply elasticities), and fuel consumers would have fewer cost-competitive alternatives (as reflected in lower demand elasticities).

By contrast, in a lower-carbon world, where other countries take similar steps to limit fossil fuel supply and renewable power and alternative vehicles are even more available, the impacts of federal leasing policy could be greater. Fewer coal and oil producers would be able to step in to make up for the lower supply from U.S. federal lands (lower supply elasticities), and consumers would more readily respond to the price impacts by shifting to lower-carbon alternatives (higher demand elasticities). In such a case, the impact of U.S. leasing restrictions under the reference (Clean Power Plan) case could be twice as high as estimated – 210 Mt $CO_2$. Appendix B describes the assumptions that lead to these low- and high-end results.

Our analysis has thus far focused on overall $CO_2$ emissions impacts, without specifying the jurisdictions where these impacts would occur. The territorial emissions accounting system currently used under the UN climate regime only accounts for emission reductions that occur within each country's own boundaries, creating a political disincentive to adopt climate policies that would yield a large share of their benefits abroad (Erickson and Lazarus 2013).

In this context, it is notable that in our reference case, 30% of the estimated emissions benefit in 2030 of avoiding new federal fossil fuel leases and renewals would occur outside the U.S. Moreover, the majority of the emissions benefit of reduced U.S. oil production in particular would occur in other countries, due to the global nature of oil markets. If reductions in emissions are evenly spread, proportionate to projected oil consumption in 2030, then of the 31 Mt of $CO_2$ reductions, 5 Mt $CO_2$ in savings would occur in the U.S., and 26 Mt $CO_2$ in other countries.

In contrast, because domestic coal markets and prices are relatively distinct, and because most U.S. coal remains in the country, we project that nearly 90% of the emissions benefit of reduced coal supplies would occur within U.S. borders. Still, while the impact we calculate for export markets for 2030 is relatively small (reduction of 7 Mt $CO_2$), the long-term effect may be more significant if these countries are making enduring decisions regarding power infrastructure, and so U.S. leasing restrictions may also help avoid lock-in of long-lived coal-using infrastructure.

It is important to note that while the incremental emissions impact of reduced leasing over the next two decades is non-trivial, the broader, long-term implications with respect to global climate objectives would be more profound. As shown in Section 4, new leases begin to account for a majority of federal fossil fuel production only after 2030, as production from existing

leased areas begins to play out. Thus, the incremental emissions impact will be far greater in the longer run.

In addition, a cessation of new federal leases would send a strong signal to other countries, encouraging them to take similar steps. Based only on the straightforward economic tools used here, we estimate that in such a case, with global fossil fuel supply more constrained and low-carbon renewables more available, the impact could be at least twice as high: 210 Mt $CO_2$ in 2030 alone.

Taken together, reduced government licensing and support for fossil fuel production could also help avoid further carbon lock-in in terms of investment in both fossil fuel-using and -producing infrastructure. Phasing out of federal oil supply could help accelerate the development of low-carbon transport options (such as electric vehicles powered by low-carbon electricity). Leases for offshore oil production, estimated to supply as much as three-quarters of U.S. federal oil (chiefly from the Gulf of Mexico), may be especially important as offshore oil production, with its high capital costs, is a key contributor to carbon lock-in, increasing the cost of meeting climate goals and making it harder to transition away from oil later (Erickson et al. 2015).

Finally, by ceasing new leases, the U.S. government would put fossil fuel production on a path to ending completely sometime in the second half of this century. That would be consistent with a long-term goal adopted in the Paris Agreement to achieve net zero greenhouse gas emissions from human activities later in the century, consistent with having a likely chance of keeping warming below 2°C (or 1.5°C).[41]

---

[41] The agreement says "achieve a balance between anthropogenic emissions by sources and removals by sinks of greenhouse gases in the second half of this century, on the basis of equity, and in the context of sustainable development and efforts to eradicate poverty", which translates to net zero emissions.

## 6. CONCLUSIONS

Our analysis suggests that future leasing practices in federal lands and waters will play an important role in U.S. efforts to achieve its climate protection goals. Under a business-as-usual scenario, where federal leasing continues unabated, U.S. fossil fuel extraction will continue to rise through 2040, with 40% of coal and a quarter of overall fossil fuel production occurring in federal lands and waters. Should the Clean Power Plan survive legal and legislative challenges, overall coal production is likely to drop. Gas and oil production, however, (assuming a rebound in global oil prices) will likely continue upward, at least in the short term. By 2040, the U.S. could be producing 11% more fossil fuel energy and 7% more fossil fuel carbon than it does today.

At the Paris Climate Change Conference, the U.S. and other governments reaffirmed their commitment to keep warming within 2°C, further noting an intention to pursue a limit of 1.5°C. These goals would appear to call for a far different path for future U.S. fossil fuel production. As we illustrate in Section 3, **a cost-efficient pathway to meeting the 2°C commitment could require total U.S. fossil fuel energy production to decline by 40–60% from current levels by 2040**, and even more so for a 1.5°C goal. The percentage decline would be steeper for coal, and less so for gas, though production of all three fossil fuels would need to drop substantially over this period.

The U.S. has been a world leader in fossil fuel *consumption*, and the country has used this position to play a pivotal role in climate policies that seek to reduce fossil fuel *demand*. The U.S. is also a world leader in fossil fuel *production*, and could play a similar role for fossil fuel *supply*. By taking actions to curb investment in future fossil fuel supply infrastructure, federal policy-makers could limit carbon lock-in, limit the potential for asset stranding, and complement the policies needed to reduce fossil fuel use, such as the Clean Power Plan. In particular, modifying federal policies for leasing lands and waters for fossil fuel extraction – for example, by increasing royalties or removing lands or waters from future availability – could be an important element of a more comprehensive U.S. strategy aimed at fulfilling its long-term climate commitments.

In this paper, we have examined the potential energy and emissions implication of a decision to cease all new leases and non-producing lease renewals for fossil fuel production on federal lands and waters. Our main findings are that such an action could:

- **Send national coal production on a declining pathway**, potentially to levels more consistent with a 2°C pathway for U.S. coal extraction. Such an action could leave 4 billion short tons of federal coal in the ground that otherwise would be combusted between now and 2040, equivalent to about 7 Gt of $CO_2$ emissions.
- **Take longer to play out for oil and gas extraction**, as many oil and gas projects, especially offshore, have substantially longer lead times from lease approval to full production. Stopping leases for these fuels could leave an estimated 7 billion barrels of federal oil (3 Gt $CO_2$) and 30 trillion cubic feet of federal gas (2 Gt $CO_2$) undeveloped between now and 2040.
- **Yield a net $CO_2$ emissions reduction in 2030 of 100 Mt $CO_2$** (relative to reference case levels), substantially more than other U.S. policies under consideration focused on fossil fuel extraction and on par with flagship policies of President Obama's Climate Action Plan, such as fuel standards for cars and trucks. Roughly 70 Mt $CO_2$ of the impact in 2030 would be from reduced coal emissions (especially in the U.S.). We find that the effect of ceasing new coal leases could range from virtually none (were gas generation to increase even more strongly) to 140 Mt $CO_2$ (were other coal supplies to be more limited and renewables able to fully substitute for reduced coal). The

remaining decrease of 30 Mt $CO_2$ results from reduced global oil consumption resulting from an end to new leases and renewals (for non-producing areas) for oil production (largely off-shore), an effect that could similarly range from 4 Mt $CO_2$ to 64 Mt $CO_2$, depending on other policies put in place internationally. These emissions impacts would likely increase over time, as new, not-yet-issued federal leases comprise an even greater fraction of national fuel production after 2030.

Many nations are pursuing actions that reduce the demand for fossil fuels, including commitments ("intended nationally determined contributions") registered in the Paris Agreement and the policies that support them. Few nations, however, are pursuing actions to limit fossil fuel supply. Given the goal of limiting warming to 2°C (or 1.5°C) and the corresponding need to transition rapidly away from fossil fuels, many more policy measures need to be on the table than are currently considered. Our analysis here indicates that measures directed at fossil fuel supply – such as a phase-out of leasing federal lands and waters for fossil fuel extraction – could be an important complement to other measures designed to reduce fossil fuel consumption.

## APPENDIX A: RESULTS FOR CASES WITHOUT THE CLEAN POWER PLAN

In the main body of this paper, we consider the EIA's Clean Power Plan scenario as the reference case for our analysis of U.S. fossil fuel production. In this appendix, we instead present findings for a reference case without the Clean Power Plan.

**Figure A-1: Historical and forecast U.S. fossil fuel production, 1990–2040, case without the Clean Power Plan**



*Source: SEI analysis based on ONRR (2015) and U.S. EIA (2015a; 2015b), assuming the Clean Power Plan is not implemented.*

**Figure A-2: Historical and forecast U.S. fossil fuel production, by status of federal lease, 1990–2040, case without the Clean Power Plan**



**Table A-1: U.S. federal fossil fuel production in reference case (no Clean Power Plan case) and quantities avoided by cessation of new lease sales and non-renewals of non-producing leases, 1990–2040, in QBtu**

| Federal fossil fuel production | 2015 | 2020 | 2025 | 2030 | 2035 | 2040 |
|---|---|---|---|---|---|---|
| **Coal** | **7.3** | **7.9** | **8.4** | **8.3** | **8.0** | **7.9** |
| Avoided from non-renewals | – | – | – | – | – | – |
| Avoided from cessation of lease sales | – | (1.9) | (3.8) | (4.9) | (5.5) | (5.9) |
| Total avoided production | | (1.9) | (3.8) | (4.9) | (5.5) | (5.9) |
| % of reference case production | | (25%) | (45%) | (59%) | (69%) | (75%) |
| **Gas** | **4.6** | **5.5** | **5.8** | **6.7** | **6.7** | **7.1** |
| Avoided from non-renewals | – | (0.0) | (0.3) | (1.0) | (1.1) | (0.8) |
| Avoided from cessation of lease sales | – | (0.0) | (0.1) | (0.3) | (1.6) | (3.4) |
| Total avoided production | | (0.0) | (0.4) | (1.3) | (2.7) | (4.1) |
| % of reference case production | | (0%) | (6%) | (19%) | (40%) | (58%) |
| **Oil** | **4.8** | **6.1** | **5.8** | **6.3** | **6.1** | **6.6** |
| Avoided from non-renewals | – | (0.0) | (0.6) | (1.4) | (1.9) | (1.4) |
| Avoided from cessation of lease sales | – | (0.0) | (0.1) | (0.3) | (1.2) | (2.9) |
| Total avoided production | | (0.0) | (0.7) | (1.6) | (3.1) | (4.3) |
| % of reference case production | | (1%) | (12%) | (26%) | (51%) | (65%) |
| **Total** | **16.7** | **19.6** | **20.0** | **21.3** | **20.9** | **21.6** |
| Avoided from non-renewals | – | (0.0) | (0.8) | (2.4) | (3.0) | (2.2) |
| Avoided from cessation of lease sales | – | (2.0) | (3.9) | (5.4) | (8.3) | (12.1) |
| Total avoided production | | (2.0) | (4.8) | (7.8) | (11.3) | (14.3) |
| % of reference case production | | (10%) | (24%) | (37%) | (54%) | (66%) |

**Figure A-3: Impacts of decreased coal production on coal and gas markets under the case without the Clean Power Plan, CO₂ basis, 2030**



## APPENDIX B: ADDITIONAL SENSITIVITY ANALYSES

The analysis of market impacts and net $CO_2$ emissions impacts in Section 5 focuses on results of a central case, considered either with or without the Clean Power plan in place. That central case foresees coal and oil markets responding in ways consistent with current assessments by Rystad Energy, Wood Mackenzie, the International Energy Agency, and the U.S. Energy Information Administration. However, energy markets could also evolve in other directions, whether due to new policy developments (e.g. more or less-stringent climate policy) or other economic or technical developments (e.g. more or less-constrained fossil fuel resources.)

In this appendix, we look at how the net $CO_2$ impact might change were markets to evolve in different directions. We look especially at the prospective impact of U.S. federal fossil fuel leasing policy under cases where world leaders pursue either a lower-carbon or a higher-carbon world than the current pathway.

In the lower-carbon world, other countries also take similar measures to limit or otherwise move away from fossil fuel extraction, and to increase even further the availability of low-carbon power and other fossil-fuel demanding technologies. In this low-carbon world, coal and oil supply curves are steeper (lower elasticity of supplies), because fewer projects are brought online, not just in the U.S. but also in other major fossil-fuel producing countries poised for expansion (e.g. oil in Brazil, Russia, Canada, Nigeria, Norway). Demand curves are flatter (elasticities of demand are more strongly negative, and elasticities of substitution are higher) because consumers of oil, such as vehicle owners, can more readily purchase electric or other low-carbon-fueled vehicles, and power providers can more readily build and integrate renewable electricity.

By contrast, in the higher-carbon world, just the opposite conditions are present. Fossil fuel production from other U.S. and international resources can expand readily, and so the decline in federal coal (largely Powder River Basin) and federal oil could be made up by other producers with little impact on fuel prices. On the demand side, a high-carbon world would see consumers who are less sensitive to price, as higher-carbon power systems and lifestyles are "locked in", with low-carbon alternatives that are less available and more costly.

Below we explore the implications of these other energy market conditions for each of the energy markets analyzed in this report: the global oil market; the domestic coal market; and the export coal market.

### Sensitivity analyses for global oil market

Table B-1, below, displays sensitivity analysis for oil markets. These cases explore variation in the elasticity of supply from 0.1 to 1 and elasticity of demand from -0.072 to -0.3, both as in a recent literature review and analysis (Bordoff and Houser 2015). The cases also explore variation in the emissions intensity of the fuels that would substitute for oil, based on a higher-carbon fuel mix that is no better than petroleum-based fuels (whether that is petroleum, first generation biofuels, or fossil-powered EVs) and a lower-carbon fuel mix as seen in the IEA's 450 scenario.[42]

---

[42] Specifically, we define the lower-carbon fuel mix here based on the transport fuels that substitute for oil in the IEA's 450 scenario: 60% biofuels, 30% gas, and 10% EVs. At a GHG savings of 50%, 0%, and 100%, respectively, this leads to a fuel mix that is 40% better than petroleum fuels.

**Table B-1: Sensitivity in oil market analysis, 2030**

| | Drop in oil production (Qbtu) | Carbon content of crude, Mt CO2 / Qbtu | Elasticity of: Supply (Es) | Demand (Ed) | Change in net consumption of oil and substitute fuels per unit decrease in gross production of oil Oil: Ed/(Ed·Es) | Substitutes: (Half of drop in oil) | Emissions intensity of substitute fuel, expresses as ratio of oil-based fuel Higher-carbon: First gen biofuels, fossil-powered Evs | Base case: 30% second gen biofuels, two-thirds gas and EVs | Lower carbon: 60% second-gen biofuels, 30% gas, 10% renewable-powered Evs | Net CO₂ emissions impacts Higher-carbon fuel mix a*b* (c+d*e) | Base case fuel mix a*b* (c+d*f) | Lower-carbon fuel mix a*b* (c+d*g) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | (a) | (b) | (Es) | (Ed) | (c) | (d) | (e) | (f) | (g) | | | |
| Lower-carbon world | 1.6 | 74.5 | 0.1 | (0.3) | (0.75) | 0.38 | 1.00 | 0.85 | 0.60 | (46) | (52) | (64) |
| | 1.6 | 74.5 | 0.1 | (0.2) | (0.67) | 0.33 | 1.00 | 0.85 | 0.60 | (41) | (47) | (57) |
| | 1.6 | 74.5 | 0.1 | (0.072) | (0.42) | 0.21 | 1.00 | 0.85 | 0.60 | (25) | (29) | (36) |
| | 1.6 | 74.5 | 0.25 | (0.3) | (0.55) | 0.27 | 1.00 | 0.85 | 0.60 | (33) | (38) | (46) |
| Base case | 1.6 | 74.5 | 0.25 | (0.072) | (0.44) | 0.22 | 1.00 | 0.85 | 0.60 | (27) | (31) | (38) |
| | 1.6 | 74.5 | 0.25 | (0.072) | (0.22) | 0.11 | 1.00 | 0.85 | 0.60 | (14) | (16) | (19) |
| | 1.6 | 74.5 | 1 | (0.3) | (0.23) | 0.12 | 1.00 | 0.85 | 0.60 | (14) | (16) | (20) |
| | 1.6 | 74.5 | 1 | (0.2) | (0.17) | 0.08 | 1.00 | 0.85 | 0.60 | (10) | (12) | (14) |
| Higher-carbon world | 1.6 | 74.5 | 1 | (0.072) | (0.07) | 0.03 | 1.00 | 0.85 | 0.60 | (4) | (5) | (6) |

Our base-case estimate of the global emissions impact of restricted federal leasing for oil is 31 Mt CO₂, as described in the main text and shown in Table B-1. The sensitivity analysis indicates that, in a higher-carbon world with relatively unconstrained oil supplies and little demand response, the impact could be as little as 4 Mt CO₂. By contrast, in a low-carbon world where other countries take similar steps to limit oil supply and consumers are more price-sensitive with regard to fuel price, the emissions impact could be twice as high, 64 Mt CO₂.

**Sensitivity analyses for the domestic coal market**

Table B-2 displays sensitivity analysis for domestic coal markets under the case of the Clean Power Plan. For transparency and to better enable comparison to other studies, we conduct our sensitivity analysis here using a simple, elasticity-based approach, using the same equation (equation 1) used for the global oil market and the coal export market. (By contrast, our base case results for the domestic coal market were derived from a run of the IPM model of the U.S. power market.)

To first demonstrate the application of the elasticity-based model to the domestic coal market, we construct a "parameterized base case", using only elasticities, that mimics the results derived from the IPM model. For this case, we use the mid-range long-term elasticity of demand from a recent analysis of long-term markets for PRB coal (Fulton et al. 2015) of -1.5. We derive an elasticity of supply from the same coal supply curve, itself constructed by Wood Mackenzie, that the EPA uses in its version of the IPM model (U.S. EPA 2013), and assuming reference levels of domestic coal consumption. This value is 2.5. Lastly, we assume that gas substitutes fully for any lost coal-based electricity, as Vulcan's IPM-based study (Vulcan/ICF 2016), and that gas power plants operate at an efficiency 1.5 times that of coal-based power (IEA 2014). Using this parameterized model, we calculate net CO₂ impact of 65 Mt CO₂, essentially equal to the full model results (64 Mt CO₂) presented in Section 5 of the main report and repeated in Table B-2.

With this parameterized model faithfully matching the base case, we use it to examine a sensitivity case for a lower-carbon world. We characterize coal demand in a lower-carbon world based on the higher end of the demand-response, elasticity -2, estimated by the same recent analysis of long-term markets for PRB coal used for the parameterized base case (Fulton et al. 2015), and where lower-carbon fuels are much more available and where coal supply is more

constrained. Further, in a lower carbon world, the substitute fuels would be low-carbon renewables, not gas, and so we assume that no gas substitutes.[43] In the lower-carbon world, coal supplies would be even more constrained than under the Clean Power Plan (and not just from federal sources), and so we use a lower elasticity of supply of 2.

For the higher-carbon world, we take two approaches. One, as above, is to use an elasticity-based approach. Here, we use a much lower elasticity of demand, -0.13, derived from EIA's own assessment (U.S. EIA 2012). This value reflects the dynamics of the domestic power market in the previous decade (2005–2010), prior to the growth in domestic low-cost natural gas.[44] We use an elasticity of supply of 5 to reflect a more abundant domestic coal market characterized by a flatter supply curve.

The other approach assumes that the Clean Power Plan is fully "binding", meaning that it is the rule's state-specific targets (and corresponding compliance pathways established by the states) that reduce power-sector CO₂ emissions in each trading region to levels below what they would be in the absence of the rule. In such a case, any increase in coal prices resulting from leasing restrictions would have no effect on CO₂ emissions, since any further decreases in coal consumption would be met by equal (in CO₂ terms) increases in gas consumption, as spurred by increases in allowance prices (under mass-based trading) or credit prices (under rate-based trading), and which would also partially displace renewables.

The Clean Power Plan may be most likely to be fully binding if states adopt a national, rather than regional, trading system, since a national system would equalize the costs of compliance and eliminate the possibility that any one state or trading region exceeded its target. The national system would also need not to exceed the targets. The likelihood of this outcome could increase were renewables costs to be higher than currently expected (or gas costs lower). Were renewables costs to be lower, including due to extension of the federal renewable tax credits, this outcome could be less likely.

**Table B-2: Sensitivity in coal market analysis, Clean Power Plan case, 2030**

| | Drop in coal production (Qbtu) | Carbon contents, Mt CO₂/Qbtu | | Elasticity of: | | | Relative market shares | Change in net consumption of coal and gas per unit decrease in gross production of coal | | Net CO₂ emissions impacts |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | Coal | Gas | Supply (Es) | Demand (Ed) | Substi-tution | Starting ratio of gas to coal | Coal | Gas | |
| | (a) | (b) | (c) | | | | | (d) | (e) | a*(b*d+c*e) |
| Lower-carbon world | 2.87 | 95.5 | 53.0 | 2.0 | (2.0) | -- | -- | (0.50) | - | (140) |
| Base case | 2.87 | 95.5 | 53.0 | -- | -- | -- | -- | (0.36) | 0.23 | (64) |
| Parameterized "base case" | 2.87 | 95.5 | 53.0 | 2.50 | (1.5) | -- | -- | (0.38) | 0.25 | (65) |
| Higher-carbon world | 2.87 | 95.5 | 53.0 | 5 | (0.13) | 0.20 | 1.5 | (0.03) | 0.02 | (4) |
| Higher-carbon world (w/ CPP binding) | 2.87 | 95.5 | 53.0 | -- | -- | -- | -- | 0 | 0 | 0 |

---

[43] This is equivalent to assuming an elasticity of substitution equivalent to the opposite of the elasticity of demand, or 2, which is, like the elasticity of demand, at the upper end of that found by empirical studies (Stern 2012).

[44] EIA reports an average U.S.-wide elasticity of demand for coal of -0.11. Further, they report an average elasticity of substitution between gas and coal of 0.17. They report an "adjustment parameter" of 0.82 that they state can be used to construct long-term elasticities. We therefore use an adjusted elasticity of demand of -0.11/0.82= -0.13 and an adjusted elasticity of substitution of 0.20. We use the elasticity of substitution to estimate the response of

Together, these sensitivity cases display how the impact of restricting federal coal leasing could have much greater or much less impact than we estimate. For example, in a lower-carbon world where coal supply is more constrained and power systems are more sensitive to changes in coal prices (in part because renewable power is more readily available), the impact of restricting leasing could be more than twice as great: an estimated 140 Mt $CO_2$. By contrast, were other supplies of coal to be much less constrained, such as if non-federal coal in the Montana portion of the Powder River Basin (or Illinois Basin or Appalachian coal) were able to readily substitute for the lost federal coal, and if power systems are not very sensitive to coal price (as in the past decade), than the impact of restricted leasing could be very little – only 4 Mt $CO_2$. The impact could even be zero, were the Clean Power Plan to be fully binding.

**Sensitivity analyses for export coal market**

We estimate the emissions impact of restricting federal coal leasing on coal export markets is less, approximately 7 Mt $CO_2$, at least given export quantities as foreseen by EIA. As a result, we do not conduct a detailed quantitative sensitivity analysis here. Instead, we observe simply that in a high-carbon world, plentiful alternative coal supplies from either non-federal suppliers in the Powder River Basin (as above) or other coal exporters or own-markets (e.g. Australia, Indonesia, and China) would be available, and could relatively easily substitute for the lost federal PRB coal. Furthermore, with the constrained gas markets in rapidly expanding power markets in Southeast Asia, switching to alternate fuels may also be constrained, such that the impact of declining exports of federal coal could be less. By contrast, in a low-carbon world, other supplies would be constrained, and renewables more available, and the impact could be greater than 7 Mt $CO_2$.

# REFERENCES

Aldina, J. (2013). Canada's role as a global coal supplier. Coal Association of Canada 2013 Conference, Vancouver. http://www.woodmacresearch.com.

Allaire, M. and Brown, S. P. A. (2012). *U.S. Energy Subsidies: Effects on Energy Markets and Carbon Dioxide Emissions*. Prepared for the Pew Charitable Trusts. Resources for the Future, Washington, DC. http://www.pewtrusts.org/en/research-and-analysis/reports/2012/08/13/us-energy-subsidies-effects-on-energy-markets-and-carbon-dioxide-emissions.

Alvarez, R. A., Pacala, S. W., Winebrake, J. J., Chameides, W. L. and Hamburg, S. P. (2012). Greater focus needed on methane leakage from natural gas infrastructure. *Proceedings of the National Academy of Sciences*, 109(17). 6435–40. DOI:10.1073/pnas.1202407109.

Baer, P., Athanasiou, T. and Kartha, S. (2013). *The Three Salient Global Mitigation Pathways Assessed in Light of the IPCC Carbon Budgets*. SEI discussion brief. Stockholm Environment Institute, Somerville, MA, US. http://www.sei-international.org/publications?pid=2424.

BLM (2016a). *Regulatory Impact Analysis for: Revisions to 43 CFR 3100 (Onshore Oil and Gas Leasing) and 43 CFR 3600 (Onshore Oil and Gas Operations), Additions of 43 CFR 3178 (Royalty-Free Use of Lease Production) and 43 CFR 3179 (Waste Prevention and Resource Conservation)*. U.S. Department of the Interior, Bureau of Land Management, Washington, DC. http://www.blm.gov/style/medialib/blm/wo/Communications_Directorate/public_affairs/news_r elease_attachments.Par.11216.File.dat/VF%20Regulatory%20Impact%20Analysis.pdf.

BLM (2016b). *Notice of Intent to Prepare a Programmatic Environmental Impact Statement to Review the Federal Coal Program and to Conduct Public Scoping Meetings*. 81 FR 17720, Document No. 2016-07136. U.S. Department of the Interior, Bureau of Land Management, Washington, DC. https://federalregister.gov/a/2016-07138.

Bohi, D. R. (2013). *Analyzing Demand Behavior: A Study of Energy Elasticities*. Routledge, New York.

Bordoff, J. and Houser, T. (2015). *Navigating the U.S. Oil Export Debate*. Columbia University, Center on Global Energy Policy and Rhodium Group, New York. http://energypolicy.columbia.edu/.

BP (2015). *BP Statistical Review of World Energy June 2015*. London. http://bp.com/statisticalreview.

Considine, T. J. (2015). *A Significant Threat to Coal Exports from the Powder River Basin: The Proposed Default Provision for Federal Coal Royalties*. Conducted for Cloud Peak Energy, Laramie, Wyoming.

Davis, S. J. and Shearer, C. (2014). Climate change: A crack in the natural-gas bridge. *Nature*, 514(7523). 436–37. DOI:10.1038/nature13927.

Erickson, P. and Lazarus, M. (2013). *Accounting for Greenhouse Gas Emissions Associated with the Supply of Fossil Fuels*. SEI discussion brief. Stockholm Environment Institute, Seattle, WA, US. http://www.sei-international.org/publications?pid=2419.

Erickson, P. and Lazarus, M. (2014). Impact of the Keystone XL pipeline on global oil markets and greenhouse gas emissions. *Nature Climate Change*, 4(9). 778–81. DOI:10.1038/nclimate2335.

Erickson, P., Lazarus, M. and Tempest, K. (2015). *Carbon Lock-in from Fossil Fuel Supply Infrastructure*. SEI discussion brief. Stockholm Environment Institute, Seattle, WA, US. http://www.sei-international.org/publications?pid=2805.

Faehn, T., Hagem, C., Lindholt, L., Maeland, S. and Rosendahl, K. E. (2016). Climate policies in a fossil fuel producing country: Demand versus supply side policies. *The Energy Journal*, .

Fulton, M., Buckley, T., Koplow, D., Sussams, L. and Grant, A. (2015). *A Framework for Assessing Thermal Coal Production Subsidies*. Energy Transition Advisors, IEEFA, Earth Track, Carbon Tracker Initiative, London. http://www.carbontracker.org/wp-content/uploads/2015/09/Thermal-Coal-Prod-Subsidies-final-12-9.pdf.

Haggerty, M. (2014). *How States Return Revenue to Local Governments from Unconventional Oil Extraction*. Headwaters Economics, Bozeman, MT.

Haggerty, M., Lawson, M. and Pearcy, J. (2015). *Steam Coal at an Arm's Length: An Evaluation of Proposed Reform Options for US Coal Used in Power Generation*. ID 2627865. Social Science Research Network, Rochester, NY. http://papers.ssrn.com/abstract=2627865.

Hamilton, J. D. (2009). Understanding Crude Oil Prices. *The Energy Journal*, 30(2). 179–206. DOI:10.5547/ISSN0195-6574-EJ-Vol30-No2-9.

Headwaters Economics (2015). *Federal Coal Lease Database*. Bozeman, MT. http://headwaterseconomics.org/energy/coal/outcomes-higher-coal-naturalgas-royalties.

Huffman, J., Lieu, T., Honda, M., Lee, B., Johnson, H. C., et al. (2016). *Keep It in the Ground Act of 2016*. HR 4535.

IEA (2014). *World Energy Outlook 2014*. Organisation for Economic Co-operation and Development, Paris. http://www.oecd-ilibrary.org/content/book/weo-2014-en.

IEA (2015). *World Energy Outlook 2015*. Organisation for Economic Co-operation and Development, Paris. http://www.oecd-ilibrary.org/content/book/weo-2015-en.

IEc (2012). *Consumer Surplus and Energy Substitutes for OCS Oil and Gas Production: The Revised Market Simulation Model (MarketSim)*. OCS Study BOEM 2012-024. Industrial Economics Inc. for U.S. Department of the Interior, Bureau of Ocean Energy Management. http://www.boem.gov/uploadedFiles/BOEM/Oil_and_Gas_Energy_Program/Leasing/Five_Year_Program/2012-2017_Five_Year_Program/FinalMarketSim%20Model%20Documentation.pdf.

IPCC (2006). *2006 IPCC Guidelines for National Greenhouse Gas Inventories*. H. Eggleston, L. Buendia, K. Miwa, T. Ngara, and K. Tanabe (eds.). Report by the Task Force on National Greenhouse Gas Inventories of the Intergovernmental Panel on Climate Change. http://www.ipcc-nggip.iges.or.jp/public/2006gl/index.html.

IPCC (2014). Summary for Policymakers. In *Climate Change 2014: Mitigation of Climate Change. Contribution of Working Group III to the Fifth Assessment Report of the Intergovernmental Panel on Climate Change*. O. Edenhofer, R. Pichs-Madruga, Y. Sokona, E. Farahani, S. Kadner, et al. (eds.). Cambridge University Press, Cambridge, UK, and New York. https://www.ipcc.ch/report/ar5/wg3/.

Jewell, S. (2015). *Remarks at the Center for Strategic and International Studies*. Washington, DC. https://www.doi.gov/news/pressreleases/secretary-jewell-offers-vision-for-balanced-prosperous-energy-future.

Jiao, J.-L., Fan, Y. and Wei, Y.-M. (2009). The structural break and elasticity of coal demand in China: empirical findings from 1980-2006. *International Journal of Global Energy Issues*, 31(3). 331–44. DOI:10.1504/IJGEI.2009.027645.

Joskow, P. L. (1987). Contract Duration and Relationship-Specific Investments: Empirical Evidence from Coal Markets. *The American Economic Review*, 77(1). 168–85. http://www.jstor.org/stable/1806736.

Krupnick, A., Darmstadter, J., Richardson, N. and McLaughlin, K. (2015). *Putting a Carbon Charge on Federal Coal: Legal and Economic Issues*. Discussion Paper 15-13. Resources for the Future, Washington, DC. http://www.rff.org/research/publications/putting-carbon-charge-federal-coal-legal-and-economic-issues.

Lazarus, M., Erickson, P. and Tempest, K. (2015). *Supply-Side Climate Policy: The Road Less Taken*. 2015–13. Stockholm Environment Institute. http://www.sei-international.org/publications?pid=2835.

Lazarus, M. and Tempest, K. (2014). *Fossil Fuel Supply, Green Growth, and Unburnable Carbon*. SEI Discussion Brief. Stockholm Environment Institute, Seattle, WA, US. http://www.sei-international.org/publications?pid=2454.

Lazarus, M., Tempest, K., Klevnas, P. and Korsbakken, J. I. (2015). *Natural Gas: Guardrails for a Potential Climate Bridge*. Stockholm Environment Institute, Stockholm, Sweden and Seattle, WA, US. http://static.newclimateeconomy.report/wp-content/uploads/2015/05/NCE-SEI-2015-Natural-gas-guardrails-climate-bridge.pdf.

Leaton, J., Capalino, R., Sussams, L., Grant, A., Fulton, M., Henderson, C. and Buckley, T. (2014). *Carbon Supply Cost Curves – Evaluating Financial Risk to Coal Capital Expenditures*. Technical paper. Carbon Tracker Initiative and Energy Transition Advisors, London. http://www.carbontracker.org/wp-content/uploads/2014/09/Carbon-Supply-Coal-ETA.pdf.

Luppens, J. A. and Scott, D. C. (2015). *Coal Geology and Assessment of Coal Resources and Reserves in the Powder River Basin, Wyoming and Montana*. Professional Paper, 1809. U.S. Geological Survey, Reston, VA. http://pubs.er.usgs.gov/publication/pp1809.

McGlade, C. and Ekins, P. (2015). The geographical distribution of fossil fuels unused when limiting global warming to 2°C. *Nature*, 517(7533). 187–90. DOI:10.1038/nature14016.

Merkley, J., Cardin, B., Sanders, B., Boxer, B., Gillibrand, K., Leahy, P. and Warren, E. (2015). *Keep It In The Ground Act of 2015*. S. 2238.

Metcalf, G. E. (2007). Federal tax policy towards energy. In *Tax policy and the economy*. J. M. Poterba (ed.). Vol. 21. MIT Press, Cambridge, MA.

Miller, L. A. and Bate, R. L. (2011). *Powder River Basin Coal Resource and Cost Study: Campbell, Converse and Sheridan Counties, Wyoming Big Horn, Powder River, Rosebud and Treasure Counties, Montana*. Report No. 3155.001. Prepared for Xcel Energy by John T. Boyd Co. https://www.xcelenergy.com/staticfiles/xe/Regulatory/Regulatory%20PDFs/PSCo-ERP-2011/8-Roberts-Exhibit-No-MWR-1.pdf.

Mulvaney, D., Gershenson, A. and Toscher, B. (2015). *The Potential Greenhouse Gas Emissions of U.S. Federal Fossil Fuels*. Prepared by Ecoshift Consulting, for Center for Biological Diversity and Friends of the Earth. http://www.ecoshiftconsulting.com/wp-content/uploads/Potential-Greenhouse-Gas-Emissions-U-S-Federal-Fossil-Fuels.pdf.

Obama, B. (2016). *Remarks of President Barack Obama – State of the Union Address As Delivered*. The White House, Washington, DC. https://www.whitehouse.gov/sotu.

OEA (2015). *Tongue River Railroad Draft Environmental Impact Statement*. Surface Transportation Board Office of Environmental Analysis, Washington, D.C. http://www.tonguerivereis.com/draft_eis.html.

ONRR (2015). *Statistical Information*. Office of Natural Resources Revenue. http://statistics.onrr.gov/.

Perloff, J. M. (2007). *Microeconomics*. 4th ed. Pearson Higher Ed.

Pierce, B. S. and Dennen, K. O., eds. (2009). *The National Coal Resource Assessment Overview*. U.S. Geological Survey Professional Paper. United States Geological Survey, Reston, Virginia. http://pubs.usgs.gov/pp/1625f/.

Power, T. M. and Power, D. S. (2013). *The Impact of Powder River Basin Coal Exports on Global Greenhouse Gas Emissions*. Prepared for The Energy Foundation, Missoula, MT.

http://www.powereconconsulting.com/WP/wp-content/uploads/2013/05/GHG-Impact-PRB-Coal-Export-Power-Consulting-May-2013_Final.pdf.

Rajagopal, D. and Plevin, R. J. (2013). Implications of market-mediated emissions and uncertainty for biofuel policies. *Energy Policy*, 56. 75–82. DOI:10.1016/j.enpol.2012.09.076.

Raupach, M. R., Davis, S. J., Peters, G. P., Andrew, R. M., Canadell, J. G., et al. (2014). Sharing a quota on cumulative carbon emissions. *Nature Climate Change*, 4(10). 873–79. DOI:10.1038/nclimate2384.

Roberts, D. (2015). Obama keeps thousands of acres of public land open to coal mining. *Vox*, 5 June. http://www.vox.com/2015/5/29/8687659/public-land-coal-leases.

Rogelj, J., Hare, W., Lowe, J., van Vuuren, D. P., Riahi, K., Matthews, B., Hanaoka, T., Jiang, K. and Meinshausen, M. (2011). Emission pathways consistent with a 2 degree C global temperature limit. *Nature Climate Change*, 1(8). 413–18. DOI:10.1038/nclimate1258.

Rogelj, J., Luderer, G., Pietzcker, R. C., Kriegler, E., Schaeffer, M., Krey, V. and Riahi, K. (2015). Energy system transformations for limiting end-of-century warming to below 1.5 °C. *Nature Climate Change*, 5(6). 519–27. DOI:10.1038/nclimate2572.

Rogelj, J., Schaeffer, M., Meinshausen, M., Knutti, R., Alcamo, J., Riahi, K. and Hare, W. (2015). Zero emission targets as long-term global goals for climate protection. *Environmental Research Letters*, 10(10). 105007. DOI:10.1088/1748-9326/10/10/105007.

Rystad Energy (2015). *UCube, Version 1.18*. Oslo, Norway. http://www.rystadenergy.com/Databases/UCube.

Sinn, H.-W. (2012). *The Green Paradox: A Supply-Side Approach to Global Warming*. The MIT Press, Cambridge, MA, US. https://mitpress.mit.edu/books/green-paradox.

Stern, D. I. (2012). Interfuel Substitution: A Meta-Analysis. *Journal of Economic Surveys*, 26(2). 307–31. DOI:10.1111/j.1467-6419.2010.00646.x.

Stratus Consulting (2014). *Greenhouse Gas Emissions from Fossil Energy Extracted from Federal Lands and Waters: An Update*. Prepared for the Wilderness Society, Washington, DC. https://wilderness.org/sites/default/files/FINAL%20STRATUS%20REPORT.pdf.

The Economist (2016). The oil conundrum. *The Economist*, 23 January. http://www.economist.com/news/briefing/21688919-plunging-prices-have-neither-halted-oil-production-nor-stimulated-surge-global-growth.

The White House (2014). *Draft Guidance to Federal Agencies on Considering GHG Effects Under NEPA*. Council and Environmental Quality. http://www.whitehouse.gov/sites/default/files/docs/nepa_revised_draft_ghg_guidance.pdf.

U.S. DOI (2016). *Secretary Jewell Launches Comprehensive Review of Federal Coal Program*. U.S. Department of the Interior, Washington, DC. https://www.doi.gov/pressreleases/secretary-jewell-launches-comprehensive-review-federal-coal-program.

U.S. EIA (2012). *Fuel Competition in Power Generation and Elasticities of Substitution*. U.S. Energy Information Administration, Washington D.C.

U.S. EIA (2013). *International Energy Outlook 2013*. U.S. Energy Information Administration, Washington, DC. http://www.eia.gov/forecasts/ieo/.

U.S. EIA (2015a). *Monthly Energy Review, January 2015*. U.S. Energy Information Administration, Washington, DC. http://www.eia.gov/totalenergy/data/monthly/.

U.S. EIA (2015b). *Analysis of the Impacts of the Clean Power Plan*. U.S. Energy Information Administration, Washington, DC. http://www.eia.gov/forecasts/aeo/.

U.S. EIA (2015c). *U.S. Energy-Related Carbon Dioxide Emissions, 2014*. U.S. Energy Information Administration, Washington, DC. https://www.eia.gov/environment/emissions/carbon/.

U.S. EIA (2016). *What Drives Crude Oil Prices? An Analysis of 7 Factors That Influence Oil Markets, with Chart Data Updated Monthly and Quarterly*. U.S. Energy Information Administration, Washington, DC.

U.S. EPA (2010). *Regulatory Impact Analysis: Renewable Fuel Standard Program*. EPA-420-R-10-006. U.S. Environmental Protection Agency, Washington, DC. https://www.epa.gov/renewable-fuel-standard-program/renewable-fuel-standard-rfs2-final-rule-additional-resources.

U.S. EPA (2012). *Final Rulemaking for 2017-2025 Light-Duty Vehicle Greenhouse Gas Emission Standards and Corporate Average Fuel Economy Standards*. EPA-420-R-12-016. Assessment and Standards Division, Office of Transportation and Air Quality, U.S. Environmental Protection Agency, Washington, DC. https://www3.epa.gov/otaq/climate/regs-light-duty.htm.

U.S. EPA (2013). *Documentation for EPA Base Case v.5.13 Using the Integrated Planning Model*. Report No. 450R13002. U.S. Environmental Protection Agency, Washington, DC. http://www2.epa.gov/airmarkets/power-sector-modeling-platform-v513.

U.S. EPA (2015a). *Proposed Rulemaking for Greenhouse Gas Emission Standards and Fuel Efficiency Standards for Medium- and Heavy-Duty Engines and Vehicles – Phase 2*. Draft Regulatory Impact Analysis; EPA-420-D-15-900. Assessment and Standards Division, Office of Transportation and Air Quality, U.S. Environmental Protection Agency, and Office of International Policy, Fuel Economy, and Consumer Programs, National Highway Traffic Safety Administration, U.S. Department of Transportation, Washington, DC. https://www3.epa.gov/otaq/climate/documents/420d15900.pdf.

U.S. EPA (2015b). *Regulatory Impact Analysis of the Proposed Emission Standards for New and Modified Sources in the Oil and Natural Gas Sector*. EPA-452/R-15-002. Office of Air and Radiation, U.S. Environmental Protection Agency, Washington, DC. https://www3.epa.gov/airquality/oilandgas/pdfs/og_prop_ria_081815.pdf.

U.S. EPA (2015c). 40 CFR Part 60: Carbon Pollution Emission Guidelines for Existing Stationary Sources: Electric Utility Generating Units; Final Rule. *Federal Register*, 80(205). 64661–65120. http://www.gpo.gov/fdsys/pkg/FR-2015-10-23/pdf/2015-22842.pdf.

U.S. GAO (2013). *BLM Could Enhance Appraisal Process, More Explicitly Consider Coal Exports, and Provide More Public Information*. Report to Congressional Requesters; GAO-14-140. U.S. Government Accountability Office, Washington, DC.

USFS, BLM, CDNR and OSMRE (2015). *Rulemaking for Colorado Roadless Areas Supplemental Draft Environmental Impact Statement*. U.S. Forest Service (lead agency), Bureau of Land Management, Colorado Department of Natural Resources, Office of Surface Mining Reclamation and Enforcement, Denver, CO. http://www.fs.usda.gov/Internet/FSE_DOCUMENTS/fseprd485194.pdf.

Vulcan/ICF (2016). *Federal Coal Leasing Reform Options: Effects on CO2 Emissions and Energy Markets*. Final Report: Summary of Modeling Results. A Vulcan Philanthropy | Vulcan, Inc. report with analysis supported by ICF International, Fairfax, VA.

**SEI - Headquarters**
Stockholm
**Sweden**
Tel: +46 8 30 80 44
*Executive Director: Johan L. Kuylenstierna*
info@sei-international.org

*Visitors and packages:*
Linnégatan 87D
115 23 Stockholm, Sweden
*Letters:*
Box 24218
104 51 Stockholm, Sweden

**SEI - Africa**
World Agroforestry Centre
United Nations Avenue, Gigiri
P.O. Box 30677
Nairobi 00100
**Kenya**
Tel: +254 20 722 4886
*Centre Director: Stacey Noel*
info-Africa@sei-international.org

**SEI - Asia**
15th Floor
Witthyakit Building
254 Chulalongkorn University
Chulalongkorn Soi 64
Phyathai Road, Pathumwan
Bangkok 10330
**Thailand**
Tel: +(66) 2 251 4415
*Centre Director: Niall O'Connor*
info-Asia@sei-international.org

**SEI - Oxford**
Florence House
29 Grove Street
Summertown
Oxford, OX2 7JT
**UK**
Tel: +44 1865 42 6316
*Centre Director: Ruth Butterfield*
info-Oxford@sei-international.org

**SEI - Stockholm**
Linnégatan 87D, 115 23 Stockholm
*(See HQ, above, for mailing address)*
**Sweden**
Tel: +46 8 30 80 44
*Centre Director: Jakob Granit*
info-Stockholm@sei-international.org

**SEI - Tallinn**
Lai str 34
10133 Tallinn
**Estonia**
Tel: +372 627 6100
*Centre Director: Tea Nõmmann*
info-Tallinn@sei-international.org

**SEI - U.S.**
*Main Office*
11 Curtis Avenue
Somerville, MA 02144
**USA**
Tel: +1 617 627 3786

*Davis Office*
400 F Street
Davis, CA 95616
**USA**
Tel: +1 530 753 3035

*Seattle Office*
1402 Third Avenue, Suite 900
Seattle, WA 98101
**USA**
Tel: +1 206 547 4000

*Centre Director: Michael Lazarus*
info-US@sei-international.org

**SEI - York**
University of York
Heslington
York, YO10 5DD
**UK**
Tel: +44 1904 32 2897
*Centre Director: Lisa Emberson*
info-York@sei-international.org

# Stockholm Environment Institute

SEI is an independent, international research institute. It has been engaged in environment and development issues at local, national, regional and global policy levels for more than a quarter of a century. SEI supports decision making for sustainable development by bridging science and policy.

## sei-international.org

Twitter: @SEIresearch, @SEIclimate

# Technical Support Document: -
# Technical Update of the Social Cost of Carbon for Regulatory Impact Analysis -
# Under Executive Order 12866 -

**Interagency Working Group on Social Cost of Greenhouse Gases, United States Government**

**With participation by**

Council of Economic Advisers
Council on Environmental Quality
Department of Agriculture
Department of Commerce
Department of Energy
Department of the Interior
Department of Transportation
Department of the Treasury
Environmental Protection Agency
National Economic Council
Office of Management and Budget
Office of Science and Technology Policy

**August 2016**
**See Appendix B for Details on Revisions since May 2013**

## Preface

*The Interagency Working Group on the Social Cost of Greenhouse Gases (formerly the Interagency Working Group on the Social Cost of Carbon) has a longstanding commitment to ensure that the social cost of carbon estimates continue to reflect the best available science and methodologies. Given this commitment and public comments on issues of a deeply technical nature received by the Office of Management and Budget and federal agencies, the Interagency Working Group is seeking independent expert advice on technical opportunities to update the social cost of carbon estimates. The Interagency Working Group asked the National Academies of Sciences, Engineering, and Medicine in 2015 to review the latest research on modeling the economic aspects of climate change to inform future revisions to the social cost of carbon estimates presented in this technical support document. In January 2016, the Academies' Committee on the Social Cost of Carbon issued an interim report that recommended against a near-term update to the social cost of carbon estimates, but included recommendations for enhancing the presentation and discussion of uncertainty around the current estimates. This revision to the TSD responds to these recommendations in the presentation of the current estimates. It does not revisit the interagency group's 2010 methodological decisions or update the schedule of social cost of carbon estimates presented in the July 2015 revision. The Academies' final report (expected in early 2017) will provide longer term recommendations for a more comprehensive update.*

## Executive Summary

Executive Order 12866 requires agencies, to the extent permitted by law, "to assess both the costs and the benefits of the intended regulation and, recognizing that some costs and benefits are difficult to quantify, propose or adopt a regulation only upon a reasoned determination that the benefits of the intended regulation justify its costs." The purpose of the social cost of carbon (SC-CO$_2$)[1] estimates presented here is to allow agencies to incorporate the social benefits of reducing carbon dioxide (CO$_2$) emissions into cost-benefit analyses of regulatory actions. The SC-CO$_2$ is the monetized damages associated with an incremental increase in carbon emissions in a given year. It is intended to include (but is not limited to) changes in net agricultural productivity, human health, property damages from increased flood risk, and the value of ecosystem services due to climate change.

The interagency process that developed the original U.S. government SC-CO$_2$ estimates is described in the 2010 Technical Support Document on the Social Cost of Carbon (TSD) (Interagency Working Group on Social Cost of Carbon 2010). Through that process the Interagency Working Group (IWG) selected SC-CO$_2$ values for use in regulatory analyses. For each emissions year, four values are recommended. Three of these values are based on the average SC-CO$_2$ from three integrated assessment models (IAMs), at discount rates of 2.5, 3, and 5 percent. In addition, as discussed in the 2010 TSD, there is extensive evidence in the scientific and economic literature on the potential for lower-probability, but higher-impact outcomes from climate change, which would be particularly harmful to society and thus relevant to the public and policymakers. The fourth value is thus included to represent the marginal damages associated with these lower-probability, higher-impact outcomes. Accordingly, this fourth value is selected from further out in the tail of the distribution of SC-CO$_2$ estimates; specifically, the fourth value corresponds to the 95th percentile of the frequency distribution of SC-CO$_2$ estimates based on a 3 percent discount rate. Because the present value of economic damages associated with CO$_2$ emissions change over time, a separate set of estimates is presented for each emissions year through 2050, which is sufficient to cover the time frame addressed in most current regulatory impact analyses.

In May of 2013, the IWG provided an update of the SC-CO$_2$ estimates based on new versions of each IAM (DICE, PAGE, and FUND). The 2013 update did not revisit other IWG modeling decisions (e.g., the discount rate, reference case socioeconomic and emission scenarios, or equilibrium climate sensitivity). Improvements in the way damages are modeled were confined to those that had been incorporated into the latest versions of the models by the developers themselves in the peer-reviewed literature. The IWG subsequently provided additional minor technical revisions in November of 2013 and July of 2015, as described in Appendix B.

The purpose of this 2016 revision to the TSD is to enhance the presentation and discussion of quantified uncertainty around the current SC-CO$_2$ estimates, as a response to recommendations in the interim report by the National Academies of Sciences, Engineering, and Medicine. Included herein are an expanded

---

[1] Throughout this Technical Support Document (TSD) we refer to the estimates as "SC-CO$_2$ estimates" rather than the more simplified "SCC" abbreviation used in previous versions of the TSD.

graphical presentation of the SC-$CO_2$ estimates highlighting a symmetric range of uncertainty around estimates for each discount rate, new sections that provide a unified discussion of the methodology used to incorporate sources of uncertainty, and a detailed explanation of the uncertain parameters in both the FUND and PAGE models.

The distributions of SC-$CO_2$ estimates reflect uncertainty in key model parameters chosen by the IWG such as the sensitivity of the climate to increases in carbon dioxide concentrations, as well as uncertainty in default parameters set by the original model developers. This TSD maintains the same approach to estimating the SC-$CO_2$ and selecting four values for each emissions year that was used in earlier versions of the TSD. Table ES-1 summarizes the SC-$CO_2$ estimates for the years 2010 through 2050. These estimates are identical to those reported in the previous version of the TSD, released in July 2015. As explained in previous TSDs, the central value is the average of SC-$CO_2$ estimates based on the 3 percent discount rate. For purposes of capturing uncertainty around the SC-$CO_2$ estimates in regulatory impact analysis, the IWG emphasizes the importance of considering all four SC-$CO_2$ values.

**Table ES-1: Social Cost of $CO_2$, 2010 – 2050 (in 2007 dollars per metric ton of $CO_2$)**

| Year | 5% Average | **3% Average** | 2.5% Average | High Impact (95th Pct at 3%) |
|---|---|---|---|---|
| 2010 | 10 | **31** | 50 | 86 |
| 2015 | 11 | **36** | 56 | 105 |
| 2020 | 12 | **42** | 62 | 123 |
| 2025 | 14 | **46** | 68 | 138 |
| 2030 | 16 | **50** | 73 | 152 |
| 2035 | 18 | **55** | 78 | 168 |
| 2040 | 21 | **60** | 84 | 183 |
| 2045 | 23 | **64** | 89 | 197 |
| 2050 | 26 | **69** | 95 | 212 |

While point estimates are important for providing analysts with a tractable approach for regulatory analysis, they do not fully quantify uncertainty associated with the SC-$CO_2$ estimates. Figure ES-1 presents the quantified sources of uncertainty in the form of frequency distributions for the SC-$CO_2$ estimates for emissions in 2020. To highlight the difference between the impact of the discount rate on the SC-$CO_2$ and other quantified sources of uncertainty, the bars below the frequency distributions provide a symmetric representation of quantified variability in the SC-$CO_2$ estimates for each discount rate. When an agency determines that it is appropriate to conduct additional quantitative uncertainty analysis, it should follow best practices for probabilistic analysis.[2] The full set of information that underlies the frequency distributions in Figure ES-1, which have previously been available upon request, are now available on Office of Management and Budget's (OMB) website for easy public access.

---

[2] See e.g. OMB Circular A-4, section on *Treatment of Uncertainty*. Available at:
https://www.whitehouse.gov/omb/circulars_a004_a-4/#e.

**Figure ES-1: Frequency Distribution of SC-CO₂ Estimates for 2020[3]**



[3] Although the distributions in Figure ES-1 are based on the full set of model results (150,000 estimates for each discount rate), for display purposes the horizontal axis is truncated with 0.1 to 0.6 percent of the estimates lying below the lowest bin displayed and 0.2 to 3.7 percent of the estimates lying above the highest bin displayed, depending on the discount rate.

I.       **Purpose**

The purpose of this document is to present the current schedule of social cost of carbon (SC-CO$_2$) estimates, along with an enhanced presentation and discussion of quantified sources of uncertainty around the estimates to respond to recommendations in the interim report of the National Academies of Sciences, Engineering, and Medicine (National Academies 2016).[4] Because the last substantive update to the SC-CO$_2$ estimates occurred in May 2013, this document maintains much of the earlier technical discussion from the May 2013 TSD. The SC-CO$_2$ estimates themselves remain unchanged since the July 2015 revision.

E.O. 13563 commits the Administration to regulatory decision making "based on the best available science."[5] Additionally, the IWG recommended in 2010 that the SC-CO$_2$ estimates be revisited on a regular basis or as model updates that reflect the growing body of scientific and economic knowledge become available.[6] By early 2013, new versions of the three integrated assessment models (IAMs) used by the U.S. government to estimate the SC-CO$_2$ (DICE, FUND, and PAGE) were available and had been published in the peer-reviewed literature. While acknowledging the continued limitations of the approach taken by the IWG in 2010 (documented in the original 2010 TSD), the May 2013 TSD provided an update of the SC-CO$_2$ estimates based on the latest peer-reviewed version of the models, replacing model versions that were developed up to ten years earlier in a rapidly evolving field. It did not revisit other assumptions with regard to the discount rate, reference case socioeconomic and emission scenarios, or equilibrium climate sensitivity. Improvements in the way damages are modeled were confined to those that had been incorporated into the latest versions of the models by the developers themselves in the peer-reviewed literature. The agencies participating in the IWG continue to investigate potential improvements to the way in which economic damages associated with changes in CO$_2$ emissions are quantified.

Section II summarizes the major features of the IAMs used in this TSD that were updated in 2013 relative to the versions of the models used in the 2010 TSD. Section III presents the SC-CO$_2$ estimates for 2010 – 2050 based on these versions of the models. Section IV discusses the treatment of uncertainty in the analysis. Section V provides a discussion of other model limitations and research gaps.

II.      **Summary of Model Updates**

This section briefly reviews the features of the three IAMs used in this TSD (DICE 2010, FUND 3.8, and PAGE 2009) that were updated by the model developers relative to the versions of the models used by the IWG in 2010 (DICE 2007, FUND 3.5, and PAGE 2002). The focus here is on describing those model updates that are relevant to estimating the social cost of carbon, as summarized in Table 1. For example, both the DICE and PAGE models now include an explicit representation of sea level rise damages. Other

---

[4]  In this document, we present all social cost estimates per metric ton of CO$_2$ emissions. Alternatively, one could report the social cost per metric ton of carbon emissions. The multiplier for translating between mass of CO$_2$ and the mass of carbon is 3.67 (the molecular weight of CO$_2$ divided by the molecular weight of carbon = 44/12 = 3.67).

[5]  http://www.whitehouse.gov/sites/default/files/omb/inforeg/eo12866/eo13563_01182011.pdf

[6]  See p. 1, 3, 4, 29, and 33 (Interagency Working Group on Social Cost of Carbon 2010).

revisions to PAGE include: updated adaptation assumptions, revisions to ensure damages are constrained by GDP, updated regional scaling of damages, and a revised treatment of potentially abrupt shifts in climate damages. The DICE model's simple carbon cycle has been updated to be more consistent with a more complex climate model. The FUND model includes updated damage functions for sea level rise impacts, the agricultural sector, and reduced space heating requirements, as well as changes to the transient response of temperature to the buildup of GHG concentrations and the inclusion of indirect effects of methane emissions. Changes made to parts of the models that are superseded by the IWG's modeling assumptions—regarding equilibrium climate sensitivity, discounting, and socioeconomic variables—are not discussed here but can be found in the references provided in each section below.

**Table 1: Summary of Key Model Revisions Relevant to the IWG SC-CO$_2$ Estimates**

| IAM | Version used in 2010 IWG Analysis | Version Used since May 2013 | Key changes relevant to IWG SC-CO$_2$ |
|---|---|---|---|
| DICE | 2007 | 2010 | Updated calibration of the carbon cycle model and explicit representation of sea level rise (SLR) and associated damages. |
| FUND | 3.5 (2009) | 3.8 (2012) | Updated damage functions for space heating, SLR, agricultural impacts, changes to transient response of temperature to buildup of GHG concentrations, and inclusion of indirect climate effects of methane. |
| PAGE | 2002 | 2009 | Explicit representation of SLR damages, revisions to damage function to ensure damages do not exceed 100% of GDP, change in regional scaling of damages, revised treatment of potential abrupt damages, and updated adaptation assumptions. |

### A.  DICE

DICE 2010 includes a number of changes over the previous 2007 version used in the 2010 TSD. The model changes that are relevant for the SC-CO$_2$ estimates developed by the IWG include: 1) updated parameter values for the carbon cycle model, 2) an explicit representation of sea level dynamics, and 3) a re-calibrated damage function that includes an explicit representation of economic damages from sea level rise. Changes were also made to other parts of the DICE model—including the equilibrium climate sensitivity parameter, the rate of change of total factor productivity, and the elasticity of the marginal utility of consumption—but these components of DICE are superseded by the IWG's assumptions and so will not be discussed here. More details on DICE2007 can be found in Nordhaus (2008) and on DICE2010 in Nordhaus (2010). The DICE2010 model and documentation is also available for download from the homepage of William Nordhaus.

*Carbon Cycle Parameters*

DICE uses a three-box model of carbon stocks and flows to represent the accumulation and transfer of carbon among the atmosphere, the shallow ocean and terrestrial biosphere, and the deep ocean. These

parameters are "calibrated to match the carbon cycle in the Model for the Assessment of Greenhouse Gas Induced Climate Change (MAGICC)" (Nordhaus 2008, p. 44).[7] Carbon cycle transfer coefficient values in DICE2010 are based on re-calibration of the model to match the newer 2009 version of MAGICC (Nordhaus 2010, p. 2). For example, in DICE2010, in each decade 12 percent of the carbon in the atmosphere is transferred to the shallow ocean, 4.7 percent of the carbon in the shallow ocean is transferred to the atmosphere, 94.8 percent remains in the shallow ocean, and 0.5 percent is transferred to the deep ocean. For comparison, in DICE 2007, 18.9 percent of the carbon in the atmosphere is transferred to the shallow ocean each decade, 9.7 percent of the carbon in the shallow ocean is transferred to the atmosphere, 85.3 percent remains in the shallow ocean, and 5 percent is transferred to the deep ocean.

The implication of these changes for DICE2010 is in general a weakening of the ocean as a carbon sink and therefore a higher concentration of carbon in the atmosphere than in DICE2007 for a given path of emissions. All else equal, these changes will generally increase the level of warming and therefore the SC-$CO_2$ estimates in DICE2010 relative to those from DICE2007.

*Sea Level Dynamics*

A new feature of DICE2010 is an explicit representation of the dynamics of the global average sea level anomaly to be used in the updated damage function (discussed below). This section contains a brief description of the sea level rise (SLR) module; a more detailed description can be found on the model developer's website.[8] The average global sea level anomaly is modeled as the sum of four terms that represent contributions from: 1) thermal expansion of the oceans, 2) melting of glaciers and small ice caps, 3) melting of the Greenland ice sheet, and 4) melting of the Antarctic ice sheet.

The parameters of the four components of the SLR module are calibrated to match consensus results from the IPCC's Fourth Assessment Report (AR4).[9] The rise in sea level from thermal expansion in each time period (decade) is 2 percent of the difference between the sea level in the previous period and the long run equilibrium sea level, which is 0.5 meters per degree Celsius (°C) above the average global temperature in 1900. The rise in sea level from the melting of glaciers and small ice caps occurs at a rate of 0.008 meters per decade per °C above the average global temperature in 1900.

The contribution to sea level rise from melting of the Greenland ice sheet is more complex. The equilibrium contribution to SLR is 0 meters for temperature anomalies less than 1 °C and increases linearly from 0 meters to a maximum of 7.3 meters for temperature anomalies between 1 °C and 3.5 °C. The contribution to SLR in each period is proportional to the difference between the previous period's sea

---

[7] MAGICC is a simple climate model initially developed by the U.S. National Center for Atmospheric Research that has been used heavily by the Intergovernmental Panel on Climate Change (IPCC) to emulate projections from more sophisticated state of the art earth system simulation models (Randall et al. 2007).

[8] Documentation on the new sea level rise module of DICE is available on William Nordhaus' website at: http://nordhaus.econ.yale.edu/documents/SLR_021910.pdf.

[9] For a review of post-IPCC AR4 research on sea level rise, see Nicholls et al. (2011) and NAS (2011).

level anomaly and the equilibrium sea level anomaly, where the constant of proportionality increases with the temperature anomaly in the current period.

The contribution to SLR from the melting of the Antarctic ice sheet is -0.001 meters per decade when the temperature anomaly is below 3 °C and increases linearly between 3 °C and 6 °C to a maximum rate of 0.025 meters per decade at a temperature anomaly of 6 °C.

*Re-calibrated Damage Function*

Economic damages from climate change in the DICE model are represented by a fractional loss of gross economic output in each period. A portion of the remaining economic output in each period (net of climate change damages) is consumed and the remainder is invested in the physical capital stock to support future economic production, so each period's climate damages will reduce consumption in that period and in all future periods due to the lost investment. The fraction of output in each period that is lost due to climate change impacts is represented as a sigmoid, or "S"-shaped, function of the temperature anomaly in the period.[10] The loss function in DICE2010 has been expanded by including a quadratic sub-function of SLR. In DICE2010 the temperature anomaly coefficients have been recalibrated to avoid double-counting damages from sea level rise that were implicitly included in these parameters in DICE2007.

The aggregate damages in DICE2010 are illustrated by Nordhaus (2010, p. 3), who notes that "…damages in the uncontrolled (baseline) [i.e., reference] case … in 2095 are $12 trillion, or 2.8 percent of global output, for a global temperature increase of 3.4 °C above 1900 levels." This compares to a loss of 3.2 percent of global output at 3.4 °C in DICE2007. However, in DICE2010, annual damages are lower in most of the early periods of the modeling horizon but higher in later periods than would be calculated using the DICE2007 damage function. Specifically, the percent difference between damages in the base run of DICE2010 and those that would be calculated using the DICE2007 damage function starts at +7 percent in 2005, decreases to a low of -14 percent in 2065, then continuously increases to +20 percent by 2300 (the end of the IWG analysis time horizon), and to +160 percent by the end of the model time horizon in 2595. The large increases in the far future years of the time horizon are due to the permanence associated with damages from sea level rise, along with the assumption that the sea level is projected to continue to rise long after the global average temperature begins to decrease. The changes to the loss function generally decrease the IWG SC-CO₂ estimates slightly given that relative increases in damages in later periods are discounted more heavily, all else equal.

**B. FUND**

FUND version 3.8 includes a number of changes over the previous version 3.5 (Narita et al. 2010) used in the 2010 TSD. Documentation supporting FUND and the model's source code for all versions of the model

---

[10] The model and documentation, including formulas, are available on the author's webpage at http://www.econ.yale.edu/~nordhaus/homepage/RICEmodels.htm.

is available from the model authors.[11] Notable changes, due to their impact on the SC-$CO_2$ estimates, are adjustments to the space heating, agriculture, and sea level rise damage functions in addition to changes to the temperature response function and the inclusion of indirect effects from methane emissions.[12] Each of these is discussed in turn.

*Space Heating*

In FUND, the damages associated with the change in energy needs for space heating are based on the estimated impact due to one degree of warming. These baseline damages are scaled based on the forecasted temperature anomaly's deviation from the one degree benchmark and adjusted for changes in vulnerability due to economic and energy efficiency growth. In FUND 3.5, the function that scales the base year damages adjusted for vulnerability allows for the possibility that in some simulations the benefits associated with reduced heating needs may be an unbounded convex function of the temperature anomaly. In FUND 3.8, the form of the scaling has been modified to ensure that the function is everywhere concave and that there will exist an upper bound on the benefits a region may receive from reduced space heating needs. The new formulation approaches a value of two in the limit of large temperature anomalies, or in other words, assuming no decrease in vulnerability, the reduced expenditures on space heating at any level of warming will not exceed two times the reductions experienced at one degree of warming. Since the reduced need for space heating represents a benefit of climate change in the model, or a negative damage, this change will increase the estimated SC-$CO_2$. This update accounts for a significant portion of the difference in the expected SC-$CO_2$ estimates reported by the two versions of the model when run probabilistically.

*Sea Level Rise and Land Loss*

The FUND model explicitly includes damages associated with the inundation of dry land due to sea level rise. The amount of land lost within a region depends on the proportion of the coastline being protected by adequate sea walls and the amount of sea level rise. In FUND 3.5 the function defining the potential land lost in a given year due to sea level rise is linear in the rate of sea level rise for that year. This assumption implicitly assumes that all regions are well represented by a homogeneous coastline in length and a constant uniform slope moving inland. In FUND 3.8 the function defining the potential land lost has been changed to be a convex function of sea level rise, thereby assuming that the slope of the shore line

---

[11] http://www.fund-model.org/. This report uses version 3.8 of the FUND model, which represents a modest update to the most recent version of the model to appear in the literature (version 3.7) (Anthoff and Tol, 2013a, 2013b). For the purpose of computing the SC-$CO_2$, the relevant changes (between 3.7 to 3.8) are associated with improving consistency with IPCC AR4 by adjusting the atmospheric lifetimes of $CH_4$ and $N_2O$ and incorporating the indirect forcing effects of $CH_4$, along with making minor stability improvements in the sea wall construction algorithm.

[12] The other damage sectors (water resources, space cooling, land loss, migration, ecosystems, human health, and extreme weather) were not significantly updated.

10

increases moving inland. The effect of this change is to typically reduce the vulnerability of some regions to sea level rise based land loss, thereby lowering the expected SC-CO$_2$ estimate. [13]

---

[13] For stability purposes this report also uses an update to the model which assumes that regional coastal protection measures will be built to protect the most valuable land first, such that the marginal benefits of coastal protection is decreasing in the level of protection following Fankhauser (1995).

*Agriculture*

In FUND, the damages associated with the agricultural sector are measured as proportional to the sector's value. The fraction is bounded from above by one and is made up of three additive components that represent the effects from carbon fertilization, the rate of temperature change, and the level of the temperature anomaly. In both FUND 3.5 and FUND 3.8, the fraction of the sector's value lost due to the level of the temperature anomaly is modeled as a quadratic function with an intercept of zero. In FUND 3.5, the coefficients of this loss function are modeled as the ratio of two random normal variables. This specification had the potential for unintended extreme behavior as draws from the parameter in the denominator approached zero or went negative. In FUND 3.8, the coefficients are drawn directly from truncated normal distributions so that they remain in the range $[0,\infty)$ and $(-\infty,0]$, respectively, ensuring the correct sign and eliminating the potential for divide-by-zero errors. The means for the new distributions are set equal to the ratio of the means from the normal distributions used in the previous version. In general the impact of this change has been to decrease the range of the distribution while spreading out the distributions' mass over the remaining range relative to the previous version. The net effect of this change on the SC-$CO_2$ estimates is difficult to predict.

*Transient Temperature Response*

The temperature response model translates changes in global levels of radiative forcing into the current expected temperature anomaly. In FUND, a given year's increase in the temperature anomaly is based on a mean reverting function where the mean equals the equilibrium temperature anomaly that would eventually be reached if that year's level of radiative forcing were sustained. The rate of mean reversion defines the rate at which the transient temperature approaches the equilibrium. In FUND 3.5, the rate of temperature response is defined as a decreasing linear function of equilibrium climate sensitivity to capture the fact that the progressive heat uptake of the deep ocean causes the rate to slow at higher values of the equilibrium climate sensitivity. In FUND 3.8, the rate of temperature response has been updated to a quadratic function of the equilibrium climate sensitivity. This change reduces the sensitivity of the rate of temperature response to the level of the equilibrium climate sensitivity, a relationship first noted by Hansen et al. (1985) based on the heat uptake of the deep ocean. Therefore in FUND 3.8, the temperature response will typically be faster than in the previous version. The overall effect of this change is likely to increase estimates of the SC-$CO_2$ as higher temperatures are reached during the timeframe analyzed and as the same damages experienced in the previous version of the model are now experienced earlier and therefore discounted less.

*Methane*

The IPCC AR4 notes a series of indirect effects of methane emissions, and has developed methods for proxying such effects when computing the global warming potential of methane (Forster et al. 2007). FUND 3.8 now includes the same methods for incorporating the indirect effects of methane emissions. Specifically, the average atmospheric lifetime of methane has been set to 12 years to account for the feedback of methane emissions on its own lifetime. The radiative forcing associated with atmospheric methane has also been increased by 40% to account for its net impact on ozone production and

stratospheric water vapor. This update to the model is relevant for the SC-$CO_2$ because most of the damage functions are non-linear functions of the temperature anomaly, which represents the fact that as the climate system becomes more stressed an additional unit of warming will have a greater impact on damages. Accounting for the indirect effects of $CH_4$ emissions on temperature will therefore move the model further up the damage curves in the baseline, making a marginal change in emissions of $CO_2$ more impactful. All else equal, the effect of this increased radiative forcing will be to increase the estimated SC-$CO_2$ values, due to greater projected temperature anomaly.

### C.   PAGE

PAGE09 (Hope 2013) includes a number of changes from PAGE2002, the version used in the 2010 TSD. The changes that most directly affect the SC-$CO_2$ estimates include: explicitly modeling the impacts from sea level rise, revisions to the damage function to ensure damages are constrained by GDP, a change in the regional scaling of damages, a revised treatment for the probability of a discontinuity within the damage function, and revised assumptions on adaptation. The model also includes revisions to the carbon cycle feedback and the calculation of regional temperatures.[14] More details on PAGE09 can be found in Hope (2011a, 2011b, 2011c). A description of PAGE2002 can be found in Hope (2006).

*Sea Level Rise*

While PAGE2002 aggregates all damages into two categories—economic and non-economic impacts—PAGE09 adds a third explicit category: damages from sea level rise. In the previous version of the model, damages from sea level rise were subsumed by the other damage categories. In PAGE09 sea level damages increase less than linearly with sea level under the assumption that land, people, and GDP are more concentrated in low-lying shoreline areas. Damages from the economic and non-economic sectors were adjusted to account for the introduction of this new category.

*Revised Damage Function to Account for Saturation*

In PAGE09, small initial economic and non-economic benefits (negative damages) are modeled for small temperature increases, but all regions eventually experience economic damages from climate change, where damages are the sum of additively separable polynomial functions of temperature and sea level rise. Damages transition from this polynomial function to a logistic path once they exceed a certain proportion of remaining Gross Domestic Product (GDP) to ensure that damages do not exceed 100 percent of GDP. This differs from PAGE2002, which allowed Eastern Europe to potentially experience large benefits from temperature increases, and which also did not bound the possible damages that could be experienced.

---

[14] Because several changes in the PAGE model are structural (e.g., the addition of sea level rise and treatment of discontinuity), it is not possible to assess the direct impact of each change on the SC-$CO_2$ in isolation as done for the other two models above.

*Regional Scaling Factors*

As in the previous version of PAGE, the PAGE09 model calculates the damages for the European Union (EU) and then, assumes that damages for other regions are proportional based on a given scaling factor. The scaling factors in PAGE09 are based on the length of each region's coastline relative to the EU (Hope 2011b). Because of the long coastline in the EU, other regions are, on average, less vulnerable than the EU for the same sea level and temperature increase, but all regions have a positive scaling factor. PAGE2002 based its scaling factors on four studies reported in the IPCC's third assessment report, and allowed for benefits from temperature increases in Eastern Europe, smaller impacts in developed countries, and higher damages in developing countries.

*Probability of a Discontinuity*

In PAGE2002, the damages associated with a "discontinuity" (nonlinear extreme event) were modeled as an expected value. Specifically, a stochastic probability of a discontinuity was multiplied by the damages associated with a discontinuity to obtain an expected value, and this was added to the economic and non-economic impacts. That is, additional damages from an extreme event, such as extreme melting of the Greenland ice sheet, were multiplied by the probability of the event occurring and added to the damage estimate. In PAGE09, the probability of discontinuity is treated as a discrete event for each year in the model. The damages for each model run are estimated either with or without a discontinuity occurring, rather than as an expected value. A large-scale discontinuity becomes possible when the temperature rises beyond some threshold value between 2 and 4°C. The probability that a discontinuity will occur beyond this threshold then increases by between 10 and 30 percent for every 1°C rise in temperature beyond the threshold. If a discontinuity occurs, the EU loses an additional 5 to 25 percent of its GDP (drawn from a triangular distribution with a mean of 15 percent) in addition to other damages, and other regions lose an amount determined by their regional scaling factor. The threshold value for a possible discontinuity is lower than in PAGE2002, while the rate at which the probability of a discontinuity increases with the temperature anomaly and the damages that result from a discontinuity are both higher than in PAGE2002. The model assumes that only one discontinuity can occur and that the impact is phased in over a period of time, but once it occurs, its effect is permanent.

*Adaptation*

As in PAGE2002, adaptation is available to help mitigate any climate change impacts that occur. In PAGE this adaptation is the same regardless of the temperature change or sea level rise and is therefore akin to what is more commonly considered a reduction in vulnerability. It is modeled by reducing the damages by some percentage. PAGE09 assumes a smaller decrease in vulnerability than the previous version of the model and assumes that it will take longer for this change in vulnerability to be realized. In the aggregated economic sector, at the time of full implementation, this adaptation will mitigate all damages up to a temperature increase of 1°C, and for temperature anomalies between 1°C and 2°C, it will reduce damages by 15-30 percent (depending on the region). However, it takes 20 years to fully implement this adaptation. In PAGE2002, adaptation was assumed to reduce economic sector damages up to 2°C by 50-90 percent after 20 years. Beyond 2°C, no adaptation is assumed to be available to mitigate the impacts of climate

change. For the non-economic sector, in PAGE09 adaptation is available to reduce 15 percent of the damages due to a temperature increase between 0°C and 2°C and is assumed to take 40 years to fully implement, instead of 25 percent of the damages over 20 years assumed in PAGE2002. Similarly, adaptation is assumed to alleviate 25-50 percent of the damages from the first 0.20 to 0.25 meters of sea level rise but is assumed to be ineffective thereafter. Hope (2011c) estimates that the less optimistic assumptions regarding the ability to offset impacts of temperature and sea level rise via adaptation increase the SC-$CO_2$ by approximately 30 percent.

*Other Noteworthy Changes*

Two other changes in the model are worth noting. There is a change in the way the model accounts for decreased $CO_2$ absorption on land and in the ocean as temperature rises. PAGE09 introduces a linear feedback from global mean temperature to the percentage gain in the excess concentration of $CO_2$, capped at a maximum level. In PAGE2002, an additional amount was added to the $CO_2$ emissions each period to account for a decrease in ocean absorption and a loss of soil carbon. Also updated is the method by which the average global and annual temperature anomaly is downscaled to determine annual average regional temperature anomalies to be used in the regional damage functions. In PAGE2002, the scaling was determined solely based on regional difference in emissions of sulfate aerosols. In PAGE09, this regional temperature anomaly is further adjusted using an additive factor that is based on the average absolute latitude of a region relative to the area weighted average absolute latitude of the Earth's landmass, to capture relatively greater changes in temperature forecast to be experienced at higher latitudes.

## III.    SC-$CO_2$ Estimates

The three IAMs were run using the same methodology detailed in the 2010 TSD (Interagency Working Group on Social Cost of Carbon 2010). The approach, along with the inputs for the socioeconomic emissions scenarios, equilibrium climate sensitivity distribution, and discount rate remains the same. This includes the five reference scenarios based on the EMF-22 modeling exercise, the Roe and Baker equilibrium climate sensitivity distribution calibrated to the IPCC AR4, and three constant discount rates of 2.5, 3, and 5 percent.

As was previously the case, use of three models, three discount rates, and five scenarios produces 45 separate frequency distributions of SC-$CO_2$ estimates in a given year. The approach laid out in the 2010 TSD applied equal weight to each model and socioeconomic scenario in order to reduce the dimensionality down to three separate distributions, one for each of the three discount rates. The IWG selected four values from these distributions for use in regulatory analysis. Three values are based on the average SC-$CO_2$ across models and socioeconomic and emissions scenarios at the 2.5, 3, and 5 percent discount rates, respectively. The fourth value is included to provide information on the marginal damages associated with lower-probability, higher-impact outcomes that would be particularly harmful to society. As discussed in the 2010 TSD, there is extensive evidence in the scientific and economic literature of the potential for lower-probability, higher-impact outcomes from climate change, which would be particularly harmful to society and thus relevant to the public and policymakers. This points to the relevance of values above the

15

mean in right skewed distributions. Accordingly, this fourth value is selected from further out in the tails of the frequency distribution of SC-$CO_2$ estimates, and, in particular, is set to the 95th percentile of the frequency distribution of SC-$CO_2$ estimates based on a 3 percent discount rate. (A detailed set of percentiles by model and scenario combination and additional summary statistics for the 2020 values is available in Appendix A.)  As noted in the 2010 TSD, "the 3 percent discount rate is the central value, and so the central value that emerges is the average SC-$CO_2$ across models at the 3 percent discount rate" (Interagency Working Group on Social Cost of Carbon 2010, p. 25). However, for purposes of capturing the uncertainties involved in regulatory impact analysis, the IWG emphasizes the importance and value of including all four SC-$CO_2$ values.

Table 2 shows the four selected SC-$CO_2$ estimates in five year increments from 2010 to 2050. Values for 2010, 2020, 2030, 2040, and 2050 are calculated by first combining all outputs (10,000 estimates per model run) from all scenarios and models for a given discount rate. Values for the years in between are calculated using linear interpolation. The full set of revised annual SC-$CO_2$ estimates between 2010 and 2050 is reported in the Appendix and the full set of model results are available on the OMB website.[15]

**Table 2: Social Cost of $CO_2$, 2010 – 2050 (in 2007 dollars per metric ton of $CO_2$)**

| Year | 5% Average | 3% Average | 2.5% Average | High Impact (95th Pct at 3%) |
|------|------------|------------|--------------|------------------------------|
| 2010 | 10 | **31** | 50 | 86 |
| 2015 | 11 | **36** | 56 | 105 |
| 2020 | 12 | **42** | 62 | 123 |
| 2025 | 14 | **46** | 68 | 138 |
| 2030 | 16 | **50** | 73 | 152 |
| 2035 | 18 | **55** | 78 | 168 |
| 2040 | 21 | **60** | 84 | 183 |
| 2045 | 23 | **64** | 89 | 197 |
| 2050 | 26 | **69** | 95 | 212 |

As was the case in the 2010 TSD, the SC-$CO_2$ increases over time because future emissions are expected to produce larger incremental damages as physical and economic systems become more stressed in response to greater climatic change, and because GDP is growing over time and many damage categories are modeled as proportional to gross GDP. The approach taken by the IWG is to compute the cost of a marginal ton emitted in the future by running the models for a set of perturbation years out to 2050. Table 3 illustrates how the growth rate for these four SC-$CO_2$ estimates varies over time.

---

[15] https://www.whitehouse.gov/omb/oira/social-cost-of-carbon.

**Table 3: Average Annual Growth Rates of SC-CO$_2$ Estimates between 2010 and 2050**

| Average Annual Growth Rate (%) | 5.0% Avg | 3.0% Avg | 2.5% Avg | 3.0% 95th |
|---|---|---|---|---|
| 2010-2020 | 1.2% | 3.2% | 2.4% | 4.4% |
| 2020-2030 | 3.4% | 2.1% | 1.7% | 2.3% |
| 2030-2040 | 3.0% | 1.9% | 1.5% | 2.0% |
| 2040-2050 | 2.6% | 1.6% | 1.3% | 1.6% |

The future monetized value of emission reductions in each year (the SC-CO$_2$ in year $t$ multiplied by the change in emissions in year $t$) must be discounted to the present to determine its total net present value for use in regulatory analysis. As previously discussed in the 2010 TSD, damages from future emissions should be discounted at the same rate as that used to calculate the SC-CO$_2$ estimates themselves to ensure internal consistency—i.e., future damages from climate change, whether they result from emissions today or emissions in a later year, should be discounted to the base year of the analysis using the same rate.

Current guidance contained in OMB Circular A-4 indicates that analysis of economically significant proposed and final regulations from the domestic perspective is required, while analysis from the international perspective is optional. However, the IWG (including OMB) determined that a modified approach is more appropriate in this case because the climate change problem is highly unusual in a number of respects. First, it involves a global externality: emissions of most greenhouse gases contribute to damages around the world even when they are emitted in the United States—and conversely, greenhouse gases emitted elsewhere contribute to damages in the United States. Consequently, to address the global nature of the problem, the SC-CO$_2$ must incorporate the full (global) damages caused by GHG emissions. Second, climate change presents a problem that the United States alone cannot solve. Other countries will also need to take action to reduce emissions if significant changes in the global climate are to be avoided. Emphasizing the need for a global solution to a global problem, the United States has been actively involved in seeking international agreements to reduce emissions. For example, the United States joined over 170 other nations and signed the Paris Agreement on April 22, 2016, signaling worldwide commitment to reduce GHG emissions. The United States has been active in encouraging other nations, including emerging major economies, to take significant steps to reduce emissions. Using a global estimate of damages in U.S. regulatory analyses sends a strong signal to other nations that they too should base their emissions reductions strategies on a global perspective, thus supporting a cooperative and mutually beneficial approach to achieving needed reduction. Thirteen prominent academics noted that these "are compelling reasons to focus on a global [SC-CO$_2$]" in a recent article on the SC-CO$_2$ (Pizer et al. 2014). In addition, adverse impacts on other countries can have spillover effects on the United States, particularly in the areas of national security, international trade, public health, and humanitarian concerns. When these considerations are taken as a whole, the IWG concluded that a global measure of the benefits from reducing U.S. emissions is appropriate. For additional discussion, see the 2010 TSD.

**IV.      Treatment of Uncertainty**

Uncertainty about the value of the SC-$CO_2$ is in part inherent, as with any analysis that looks into the future, but it is also driven by current data gaps associated with the complex physical, economic, and behavioral processes that link GHG emissions to human health and well-being. Some sources of uncertainty pertain to aspects of the natural world, such as quantifying the physical effects of greenhouse gas emissions on Earth systems. Other sources of uncertainty are associated with current and future human behavior and well-being, such as population and economic growth, GHG emissions, the translation of Earth system changes to economic damages, and the role of adaptation. It is important to note that even in the presence of uncertainty, scientific and economic analysis can provide valuable information to the public and decision makers, though the uncertainty should be acknowledged and when possible taken into account in the analysis. This section summarizes the sources of uncertainty that the IWG was able to consider in a quantitative manner in estimating the SC-$CO_2$. Further discussion on sources of uncertainty that are active areas of research and have not yet been fully quantified in the SC-$CO_2$ estimates is provided in Section V and in the 2010 TSD.

In developing the SC-$CO_2$ estimates, the IWG considered various sources of uncertainty through a combination of a multi-model ensemble, probabilistic analysis, and scenario analysis. For example, the three IAMs used collectively span a wide range of Earth system and economic outcomes to help reflect the uncertainty in the literature and in the underlying dynamics being modeled. The use of an ensemble of three different models is also intended to, at least partially, address the fact that no single model includes all of the quantified economic damages. It also helps to reflect structural uncertainty across the models, which is uncertainty in the underlying relationships between GHG emissions, Earth systems, and economic damages that are included in the models. Bearing in mind the different limitations of each model (discussed in the 2010 TSD) and lacking an objective basis upon which to differentially weight the models, the three IAMs are given equal weight in the analysis.

The IWG used Monte Carlo techniques to run the IAMs a large number of times. In each simulation the uncertain parameters are represented by random draws from their defined probability distributions. In all three models the equilibrium climate sensitivity is treated probabilistically based on the probability distribution described in the 2010 TSD. The equilibrium climate sensitivity is a key parameter in this analysis because it helps define the strength of the climate response to increasing GHG concentrations in the atmosphere. In addition, the FUND and PAGE models define many of their parameters with probability distributions instead of point estimates. For these two models, the model developers' default probability distributions are maintained for all parameters other than those superseded by the IWG's harmonized inputs (i.e., equilibrium climate sensitivity, socioeconomic and emissions scenarios, and discount rates). More information on the uncertain parameters in PAGE and FUND is presented in Appendix C.

For the socioeconomic and emissions scenarios, uncertainty is included in the analysis by considering a range of scenarios, which are described in detail in the 2010 SC-$CO_2$ TSD. As noted in the 2010 TSD, while the IWG considered formally assigning probability weights to the different socioeconomic scenarios selected, it came to the conclusion that this could not be accomplished in an analytically rigorous way given the dearth of information on the likelihood of a full range of future socioeconomic pathways. Thus,

the IWG determined that, because no basis for assigning differential weights was available, the most transparent way to present a range of uncertainty was simply to weight each of the five scenarios equally for the consolidated estimates. To provide additional information as to how the results vary with the scenarios, summarized results for each scenario are presented separately in Appendix A. The results of each model run are available on the OMB website.

Finally, based on the review of the literature, the IWG chose discount rates that reflect reasonable judgements under both prescriptive and descriptive approaches to intergenerational discounting. As discussed in the 2010 TSD, in light of disagreement in the literature on the appropriate discount rate to use in this context and uncertainty about how rates may change over time, the IWG selected three certainty-equivalent constant discount rates to span a plausible range: 2.5, 3, and 5 percent per year. However, unlike the approach taken for consolidating results across models and socioeconomic and emissions scenarios, the SC-$CO_2$ estimates are not pooled across different discount rates because the range of discount rates reflects both uncertainty and, at least in part, different policy or value judgements.

The outcome of accounting for various sources of uncertainty using the approaches described above is a frequency distribution of the SC-$CO_2$ estimates for emissions occurring in a given year for each of the three discount rates. These frequency distributions reflect the uncertainty around the input parameters for which probability distributions were defined, as well as from the multi-model ensemble and socioeconomic and emissions scenarios where probabilities were implied by the equal weighting assumption. It is important to note that the set of SC-$CO_2$ estimates obtained from this analysis does not yield a probability distribution that fully characterizes uncertainty about the SC-$CO_2$ due to impact categories omitted from the models and sources of uncertainty that have not been fully characterized due to data limitations.

Figure 1 presents the frequency distribution of the SC-$CO_2$ estimates for emissions in 2020 for each of the three discount rates. Each of these distributions represents 150,000 estimates based on 10,000 simulations for each combination of the three models and five socioeconomic and emissions scenarios.[16] In general, the distributions are skewed to the right and have long right tails, which tend to be even longer for lower discount rates. To highlight the difference between the impact of the discount rate on the SC-$CO_2$ and other quantified sources of uncertainty, the bars below the frequency distributions provide a symmetric representation of quantified variability in the SC-$CO_2$ estimates conditioned on each discount rate. The full set of SC-$CO_2$ results through 2050 is available on OMB's website. This may be useful to analysts in situations that warrant additional quantitative uncertainty analysis (e.g., as recommended by OMB for rules that exceed $1 billion in annual benefits or costs). See OMB Circular A-4 for guidance and discussion of best practices in conducting uncertainty analysis in RIAs.

---

[16] Although the distributions in Figure 1 are based on the full set of model results (150,000 estimates for each discount rate), for display purposes the horizontal axis is truncated with 0.1 to 0.6 percent of the estimates lying below the lowest bin displayed and 0.2 to 3.7 percent of the estimates lying above the highest bin displayed, depending on the discount rate.

19

**Figure 1: Frequency Distribution of SC-CO$_2$ Estimates for 2020 (in 2007$ per metric ton CO$_2$)**



As previously described, the SC-CO$_2$ estimates produced by the IWG are based on a rigorous approach to accounting for quantifiable uncertainty using multiple analytical techniques. In addition, the scientific and economics literature has further explored known sources of uncertainty related to estimates of the SC-CO$_2$. For example, researchers have published papers that explore the sensitivity of IAMs and the resulting SC-CO$_2$ estimates to different assumptions embedded in the models (see, e.g., Hope (2013), Anthoff and Tol (2013a), and Nordhaus (2014)). However, there remain additional sources of uncertainty that have not been fully characterized and explored due to remaining data limitations. Additional research is needed in order to expand the quantification of various sources of uncertainty in estimates of the SC-CO$_2$ (e.g., developing explicit probability distributions for more inputs pertaining to climate impacts and their valuation). The IWG is actively following advances in the scientific and economic literature that could provide guidance on, or methodologies for, a more robust incorporation of uncertainty.

## V.      Other Model Limitations and Research Gaps

The 2010 SC-CO$_2$ TSD discusses a number of important limitations for which additional research is needed. In particular, the document highlights the need to improve the quantification of both non-catastrophic and catastrophic damages, the treatment of adaptation and technological change, and the way in which inter-regional and inter-sectoral linkages are modeled. While the more recent versions of the models discussed above offer some improvements in these areas, further research is still needed. Currently, IAMs do not include all of the important physical, ecological, and economic impacts of climate change

20

recognized in the climate change literature due to a lack of precise information on the nature of damages and because the science incorporated into these models understandably lags behind the most recent research.[17] These individual limitations do not all work in the same direction in terms of their influence on the SC-$CO_2$ estimates; however, it is the IWG's judgment that, taken together, these limitations suggest that the SC-$CO_2$ estimates are likely conservative. In particular, the IPCC Fourth Assessment Report (Meehl et al. 2007), which was the most current IPCC assessment available at the time of the IWG's 2009-2010 review, concluded that SC-$CO_2$ estimates "very likely...underestimate the damage costs" due to omitted impacts. Since then, the peer-reviewed literature has continued to support this conclusion, as noted in the IPCC Fifth Assessment report (Oppenheimer et al. 2014).

Another area of active research relates to intergenerational discounting, including the application of discount rates to regulations in which some costs and benefits accrue intra-generationally while others accrue inter-generationally. Some experts have argued that a declining discount rate would be appropriate to analyze impacts that occur far into the future (Arrow et al. 2013). However, additional research and analysis is still needed to develop a methodology for implementing a declining discount rate and to understand the implications of applying these theoretical lessons in practice.

The 2010 TSD also discusses the need to more carefully assess the implications of risk aversion for SC-$CO_2$ estimation as well as the substitution possibilities between climate and non-climate goods at higher temperature increases, both of which have implications for the discount rate used. EPA, DOE, and other agencies continue to engage in research on modeling and valuation of climate impacts that can potentially improve SC-$CO_2$ estimation in the future. See the 2010 SC-$CO_2$ TSD for the full discussion.

---

[17] See, for example, Howard (2014) and EPRI (2014) for recent discussions.

**References**

Anthoff, D. and Tol, R.S.J. 2013a. The uncertainty about the social cost of carbon: a decomposition analysis using FUND. *Climatic Change* 117: 515–530.

Anthoff, D. and Tol, R.S.J. 2013b. Erratum to: The uncertainty about the social cost of carbon: A decomposition analysis using FUND. *Climatic Change*. Advance online publication. doi: 10.1007/s10584-013-0959-1.

Arrow, K., M. Cropper, C. Gollier, B. Groom, G. Heal, R. Newell, W. Nordhaus, R. Pindyck, W. Pizer, P. Portney, T. Sterner, R.S.J. Tol, and M. Weitzman. 2013. Determining Benefits and Costs for Future Generations. Science 341: 349-350.

Electric Power Research Institute. 2014. Understanding the Social Cost of carbon: A Technical Assessment. www.epri.com.

Fankhauser, S. 1995. Valuing climate change: The economics of the greenhouse. London, England: Earthscan.

Forster, P., V. Ramaswamy, P. Artaxo, T. Berntsen, R. Betts, D.W. Fahey, J. Haywood, J. Lean, D.C. Lowe, G. Myhre, J. Nganga, R. Prinn, G. Raga, M. Schulz and R. Van Dorland. 2007. Changes in Atmospheric Constituents and in Radiative Forcing. In: *Climate Change 2007: The Physical Science Basis. Contribution of Working Group I to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change* [Solomon, S., D. Qin, M. Manning, Z. Chen, M. Marquis, K.B. Averyt, M.Tignor and H.L. Miller (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA.

Hansen, J., G. Russell, A. Lacis, I. Fung, D. Rind, and P. Stone. 1985. Climate Response Times: Dependence on climate sensitivity and ocean mixing. *Science* 229: 857–859.

Hope, Chris. 2006. "The Marginal Impact of $CO_2$ from PAGE2002: An Integrated Assessment Model Incorporating the IPCC's Five Reasons for Concern." *The Integrated Assessment Journal*. 6(1): 19–56.

Hope, Chris. 2011a. "The PAGE09 Integrated Assessment Model: A Technical Description" Cambridge Judge Business School Working Paper No. 4/2011 (April). Accessed November 23, 2011: http://www.jbs.cam.ac.uk/research/working_papers/2011/wp1104.pdf.

Hope, Chris. 2011b. "The Social Cost of $CO_2$ from the PAGE09 Model" Cambridge Judge Business School Working Paper No. 5/2011 (June). Accessed November 23, 2011: http://www.jbs.cam.ac.uk/research/working_papers/2011/wp1105.pdf.

Hope, Chris. 2011c. "New Insights from the PAGE09 Model: The Social Cost of $CO_2$" Cambridge Judge Business School Working Paper No. 8/2011 (July). Accessed November 23, 2011: http://www.jbs.cam.ac.uk/research/working_papers/2011/wp1108.pdf.

Hope, C. 2013. Critical issues for the calculation of the social cost of $CO_2$: why the estimates from PAGE09 are higher than those from PAGE2002. *Climatic Change* 117: 531–543.

22

Howard, Peter. 2014. Omitted Damages: What's Missing from the Social Cost of Carbon. http://costofcarbon.org/files/Omitted_Damages_Whats_Missing_From_the_Social_Cost_of_Carbon.pdf.

Interagency Working Group on Social Cost of Carbon. 2010. Technical Support Document: Social Cost of Carbon for Regulatory Impact Analysis under Executive Order 12866. February. United States Government.    http://www.whitehouse.gov/sites/default/files/omb/inforeg/for-agencies/Social-Cost-of-Carbon-for-RIA.pdf.

Meehl, G.A., T.F. Stocker, W.D. Collins, P. Friedlingstein, A.T. Gaye, J.M. Gregory, A. Kitoh, R. Knutti, J.M. Murphy, A. Noda, S.C.B. Raper, I.G. Watterson, A.J. Weaver and Z.-C. Zhao. 2007. Global Climate Projections. In: *Climate Change 2007: The Physical Science Basis. Contribution of Working Group I to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change* [Solomon, S., D. Qin, M. Manning, Z. Chen, M. Marquis, K.B. Averyt, M. Tignor and H.L. Miller (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA.

Narita, D., R. S. J. Tol and D. Anthoff. 2010. Economic costs of extratropical storms under climate change: an application of FUND. *Journal of Environmental Planning and Management* 53(3): 371-384.

National Academy of Sciences (NAS). 2011. *Climate Stabilization Targets: Emissions, Concentrations, and Impacts over Decades to Millennia.* Washington, DC: National Academies Press, Inc.

National Academies of Sciences, Engineering, and Medicine (National Academies). 2016. Assessment of Approaches to Updating the Social Cost of Carbon: Phase 1 Report on a Near-Term Update. Washington, D.C.:        National        Academies        Press.        Available        at: http://sites.nationalacademies.org/DBASSE/BECS/Social_Cost_of_Carbon_Near_Term_Update/index.htm.

Nicholls, R.J., N. Marinova, J.A. Lowe, S. Brown, P. Vellinga, D. de Gusmão, J. Hinkel and R.S.J. Tol. 2011. Sea-level rise and its possible impacts given a 'beyond 4°C world' in the twenty-first century. *Phil. Trans. R. Soc. A* 369(1934): 161-181.

Nordhaus, W. 2014. Estimates of the Social Cost of Carbon: Concepts and Results from the DICE-2013R Model and Alternative Approaches. *Journal of the Association of Environmental and Resource Economists* 1(1/2): 273-312.

Nordhaus, W. 2010. Economic aspects of global warming in a post-Copenhagen environment. *Proceedings of the National Academy of Sciences* 107(26): 11721-11726.

Nordhaus, W. 2008. A Question of Balance: Weighing the Options on Global Warming Policies. New Haven, CT: Yale University Press.

Oppenheimer, M., M. Campos, R.Warren, J. Birkmann, G. Luber, B. O'Neill, and K. Takahashi, 2014: Emergent risks and key vulnerabilities. In: *Climate Change 2014: Impacts, Adaptation, and Vulnerability. Part A: Global and Sectoral Aspects. Contribution of Working Group II to the Fifth Assessment Report of the Intergovernmental Panel on Climate Change* [Field, C.B., V.R. Barros, D.J. Dokken, K.J. Mach, M.D. Mastrandrea, T.E. Bilir, M. Chatterjee, K.L. Ebi, Y.O. Estrada, R.C. Genova, B. Girma, E.S. Kissel, A.N. Levy, S. MacCracken, P.R. Mastrandrea, and L.L.White (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, pp. 1039-1099.

Pizer, W., M. Adler, J. Aldy, D. Anthoff, M. Cropper, K. Gillingham, M. Greenstone, B. Murray, R. Newell, R. Richels, A. Rowell, S. Waldhoff, and J. Wiener. 2014. Using and Improving the Social Cost of Carbon. *Science* 346: 1181–82.

Randall, D.A., R.A. Wood, S. Bony, R. Colman, T. Fichefet, J. Fyfe, V. Kattsov, A. Pitman, J. Shukla, J. Srinivasan, R.J. Stouffer, A. Sumi and K.E. Taylor. 2007. Climate Models and Their Evaluation. In: *Climate Change 2007: The Physical Science Basis. Contribution of Working Group I to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change* [Solomon, S., D. Qin, M. Manning, Z. Chen, M. Marquis, K.B. Averyt, M.Tignor and H.L. Miller (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA.

**Appendix A**

**Table A1: Annual SC-$CO_2$ Values: 2010-2050 (2007\$/metric ton $CO_2$)**

| Year | 5% Average | **3% Average** | 2.5% Average | High Impact (95th Pct at 3%) |
|------|------------|----------------|--------------|-------------------------------|
| 2010 | 10 | **31** | 50 | 86 |
| 2011 | 11 | **32** | 51 | 90 |
| 2012 | 11 | **33** | 53 | 93 |
| 2013 | 11 | **34** | 54 | 97 |
| 2014 | 11 | **35** | 55 | 101 |
| 2015 | 11 | **36** | 56 | 105 |
| 2016 | 11 | **38** | 57 | 108 |
| 2017 | 11 | **39** | 59 | 112 |
| 2018 | 12 | **40** | 60 | 116 |
| 2019 | 12 | **41** | 61 | 120 |
| 2020 | 12 | **42** | 62 | 123 |
| 2021 | 12 | **42** | 63 | 126 |
| 2022 | 13 | **43** | 64 | 129 |
| 2023 | 13 | **44** | 65 | 132 |
| 2024 | 13 | **45** | 66 | 135 |
| 2025 | 14 | **46** | 68 | 138 |
| 2026 | 14 | **47** | 69 | 141 |
| 2027 | 15 | **48** | 70 | 143 |
| 2028 | 15 | **49** | 71 | 146 |
| 2029 | 15 | **49** | 72 | 149 |
| 2030 | 16 | **50** | 73 | 152 |
| 2031 | 16 | **51** | 74 | 155 |
| 2032 | 17 | **52** | 75 | 158 |
| 2033 | 17 | **53** | 76 | 161 |
| 2034 | 18 | **54** | 77 | 164 |
| 2035 | 18 | **55** | 78 | 168 |
| 2036 | 19 | **56** | 79 | 171 |
| 2037 | 19 | **57** | 81 | 174 |
| 2038 | 20 | **58** | 82 | 177 |
| 2039 | 20 | **59** | 83 | 180 |
| 2040 | 21 | **60** | 84 | 183 |
| 2041 | 21 | **61** | 85 | 186 |
| 2042 | 22 | **61** | 86 | 189 |
| 2043 | 22 | **62** | 87 | 192 |
| 2044 | 23 | **63** | 88 | 194 |
| 2045 | 23 | **64** | 89 | 197 |
| 2046 | 24 | **65** | 90 | 200 |
| 2047 | 24 | **66** | 92 | 203 |
| 2048 | 25 | **67** | 93 | 206 |
| 2049 | 25 | **68** | 94 | 209 |
| 2050 | 26 | **69** | 95 | 212 |

**Table A2: 2020 Global SC-CO$_2$ Estimates at 2.5 Percent Discount Rate (2007\$/metric ton CO$_2$)**

| Percentile | 1st | 5th | 10th | 25th | 50th | Avg | 75th | 90th | 95th | 99th |
|---|---|---|---|---|---|---|---|---|---|---|
| Scenario[18] | | | | | PAGE | | | | | |
| IMAGE | 6 | 10 | 15 | 26 | 55 | 123 | 133 | 313 | 493 | 949 |
| MERGE Optimistic | 4 | 6 | 8 | 15 | 32 | 75 | 79 | 188 | 304 | 621 |
| MESSAGE | 4 | 7 | 10 | 19 | 41 | 104 | 103 | 266 | 463 | 879 |
| MiniCAM Base | 5 | 8 | 12 | 21 | 45 | 102 | 108 | 255 | 412 | 835 |
| 5th Scenario | 2 | 4 | 6 | 11 | 24 | 81 | 66 | 192 | 371 | 915 |

| Scenario | | | | | DICE | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| IMAGE | 25 | 31 | 37 | 47 | 64 | 72 | 92 | 123 | 139 | 161 |
| MERGE Optimistic | 14 | 18 | 20 | 26 | 36 | 40 | 50 | 65 | 74 | 85 |
| MESSAGE | 20 | 24 | 28 | 37 | 51 | 58 | 71 | 95 | 109 | 221 |
| MiniCAM Base | 20 | 25 | 29 | 38 | 53 | 61 | 76 | 102 | 117 | 135 |
| 5th Scenario | 17 | 22 | 25 | 33 | 45 | 52 | 65 | 91 | 106 | 126 |

| Scenario | | | | | FUND | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| IMAGE | -14 | -2 | 4 | 15 | 31 | 39 | 55 | 86 | 107 | 157 |
| MERGE Optimistic | -6 | 1 | 6 | 14 | 27 | 35 | 46 | 70 | 87 | 141 |
| MESSAGE | -16 | -5 | 1 | 11 | 24 | 31 | 43 | 67 | 83 | 126 |
| MiniCAM Base | -7 | 2 | 7 | 16 | 32 | 39 | 55 | 83 | 103 | 158 |
| 5th Scenario | -29 | -13 | -6 | 4 | 16 | 21 | 32 | 53 | 69 | 103 |

**Table A3: 2020 Global SC-CO$_2$ Estimates at 3 Percent Discount Rate (2007\$/metric ton CO$_2$)**

| Percentile | 1st | 5th | 10th | 25th | 50th | Avg | 75th | 90th | 95th | 99th |
|---|---|---|---|---|---|---|---|---|---|---|
| Scenario | | | | | PAGE | | | | | |
| IMAGE | 4 | 7 | 9 | 17 | 36 | 87 | 91 | 228 | 369 | 696 |
| MERGE Optimistic | 2 | 4 | 6 | 10 | 22 | 54 | 55 | 136 | 222 | 461 |
| MESSAGE | 3 | 5 | 7 | 13 | 28 | 72 | 71 | 188 | 316 | 614 |
| MiniCAM Base | 3 | 5 | 7 | 13 | 29 | 70 | 72 | 177 | 288 | 597 |
| 5th Scenario | 1 | 3 | 4 | 7 | 16 | 55 | 46 | 130 | 252 | 632 |

| Scenario | | | | | DICE | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| IMAGE | 16 | 21 | 24 | 32 | 43 | 48 | 60 | 79 | 90 | 102 |
| MERGE Optimistic | 10 | 13 | 15 | 19 | 25 | 28 | 35 | 44 | 50 | 58 |
| MESSAGE | 14 | 18 | 20 | 26 | 35 | 40 | 49 | 64 | 73 | 83 |
| MiniCAM Base | 13 | 17 | 20 | 26 | 35 | 39 | 49 | 65 | 73 | 85 |
| 5th Scenario | 12 | 15 | 17 | 22 | 30 | 34 | 43 | 58 | 67 | 79 |

| Scenario | | | | | FUND | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| IMAGE | -13 | -4 | 0 | 8 | 18 | 23 | 33 | 51 | 65 | 99 |
| MERGE Optimistic | -7 | -1 | 2 | 8 | 17 | 21 | 29 | 45 | 57 | 95 |
| MESSAGE | -14 | -6 | -2 | 5 | 14 | 18 | 26 | 41 | 52 | 82 |
| MiniCAM Base | -7 | -1 | 3 | 9 | 19 | 23 | 33 | 50 | 63 | 101 |
| 5th Scenario | -22 | -11 | -6 | 1 | 8 | 11 | 18 | 31 | 40 | 62 |

---

[18] See 2010 TSD for a description of these scenarios.

**Table A4: 2020 Global SC-CO$_2$ Estimates at 5 Percent Discount Rate (2007\$/metric ton CO$_2$)**

| Percentile | 1st | 5th | 10th | 25th | 50th | Avg | 75th | 90th | 95th | 99th |
|---|---|---|---|---|---|---|---|---|---|---|
| Scenario | | | | | | PAGE | | | | |
| IMAGE | 1 | 2 | 2 | 4 | 10 | 27 | 26 | 68 | 118 | 234 |
| MERGE Optimistic | 1 | 1 | 2 | 3 | 6 | 17 | 17 | 43 | 72 | 146 |
| MESSAGE | 1 | 1 | 2 | 4 | 8 | 23 | 22 | 58 | 102 | 207 |
| MiniCAM Base | 1 | 1 | 2 | 3 | 8 | 20 | 20 | 52 | 90 | 182 |
| 5th Scenario | 0 | 1 | 1 | 2 | 5 | 17 | 14 | 39 | 75 | 199 |

| Scenario | | | | | | DICE | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| IMAGE | 6 | 8 | 9 | 11 | 14 | 15 | 18 | 22 | 25 | 27 |
| MERGE Optimistic | 4 | 5 | 6 | 7 | 9 | 10 | 12 | 15 | 16 | 18 |
| MESSAGE | 6 | 7 | 8 | 10 | 12 | 13 | 16 | 20 | 22 | 25 |
| MiniCAM Base | 5 | 6 | 7 | 8 | 11 | 12 | 14 | 18 | 20 | 22 |
| 5th Scenario | 5 | 6 | 6 | 8 | 10 | 11 | 14 | 17 | 19 | 21 |

| Scenario | | | | | | FUND | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| IMAGE | -9 | -5 | -4 | -1 | 2 | 3 | 6 | 10 | 14 | 24 |
| MERGE Optimistic | -6 | -4 | -2 | 0 | 3 | 4 | 6 | 11 | 15 | 26 |
| MESSAGE | -10 | -6 | -4 | -1 | 1 | 2 | 5 | 9 | 12 | 21 |
| MiniCAM Base | -7 | -4 | -2 | 0 | 3 | 4 | 6 | 11 | 14 | 25 |
| 5th Scenario | -11 | -7 | -5 | -3 | 0 | 0 | 3 | 5 | 7 | 13 |

**Table A5: Additional Summary Statistics of 2020 Global SC-$CO_2$ Estimates**

| Discount rate: | 5.0% | | | | 3.0% | | | | 2.5% | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Statistic: | Mean | Variance | Skewness | Kurtosis | Mean | Variance | Skewness | Kurtosis | Mean | Variance | Skewness | Kurtosis |
| DICE | 12 | 26 | 2 | 15 | 38 | 409 | 3 | 24 | 57 | 1097 | 3 | 30 |
| PAGE | 21 | 1481 | 5 | 32 | 68 | 13712 | 4 | 22 | 97 | 26878 | 4 | 23 |
| FUND | 3 | 41 | 5 | 179 | 19 | 1452 | -42 | 8727 | 33 | 6154 | -73 | 14931 |

28

**Appendix B**

The November 2013 revision of this TSD is based on two corrections to the runs based on the FUND model. First, the potential dry land loss in the algorithm that estimates regional coastal protections was misspecified in the model's computer code. This correction is covered in an erratum to Anthoff and Tol (2013a) published in the same journal (*Climatic Change*) in October 2013 (Anthoff and Tol (2013b)). Second, the equilibrium climate sensitivity distribution was inadvertently specified as a truncated Gamma distribution (the default in FUND) as opposed to the truncated Roe and Baker distribution as was intended. The truncated Gamma distribution used in the FUND runs had approximately the same mean and upper truncation point, but lower variance and faster decay of the upper tail, as compared to the intended specification based on the Roe and Baker distribution. The difference between the original estimates reported in the May 2013 version of this TSD and this revision are generally one dollar or less.

The July 2015 revision of this TSD is based on two corrections. First, the DICE model had been run up to 2300 rather than through 2300, as was intended, thereby leaving out the marginal damages in the last year of the time horizon. Second, due to an indexing error, the results from the PAGE model were in 2008 U.S. dollars rather than 2007 U.S. dollars, as was intended. In the current revision, all models have been run through 2300, and all estimates are in 2007 U.S. dollars. On average the revised $SC-CO_2$ estimates are one dollar less than the mean $SC-CO_2$ estimates reported in the November 2013 version of this TSD. The difference between the 95th percentile estimates with a 3% discount rate is slightly larger, as those estimates are heavily influenced by results from the PAGE model.

The July 2016 revision provides additional discussion of uncertainty in response to recommendations from the National Academy of Sciences, Engineering, and Medicine. It does not revisit the IWG's 2010 methodological decisions or update the schedule of $SC-CO_2$ estimates presented in the July 2015 revision. The IWG is currently seeking external expert advice from the National Academies on the technical merits and challenges of potential approaches to future updates of the $SC-CO_2$ estimates presented in this TSD. To date, the Academies' committee has issued an interim report that recommended against a near-term update to the $SC-CO_2$ estimates, but included recommendations for enhancing the presentation and discussion of uncertainty around the current estimates. This revision includes additional information that the IWG determined was appropriate to respond to these recommendations. Specifically, the executive summary presents more information about the range of quantified uncertainty in the $SC-CO_2$ estimates (including a graphical representation of symmetric high and low values from the frequency distribution of $SC-CO_2$ estimates conditional on each discount rate), and a new section has also been added that provides a unified discussion of the various sources of uncertainty and how they were handled in estimating the $SC-CO_2$. Efforts to make the sources of uncertainty clear have also been enhanced with the addition of a new appendix that describes in more detail the uncertain parameters in both the FUND and PAGE models (Appendix C). Furthermore, the full set of $SC-CO_2$ modeling results, which have previously been available upon request, are now provided on the OMB website for easy access. The Academies' final report (expected in early 2017) will provide longer term recommendations for a more comprehensive update. For more information on the status of the Academies' process, see: http://sites.nationalacademies.org/DBASSE/BECS/CurrentProjects/DBASSE_167526.

29

**Appendix C**

This appendix provides a general overview of the parameters that are treated probabilistically in each of the three integrated assessment models the IWG used to estimate the SC-CO₂. In the DICE model the only uncertain parameter considered was the equilibrium climate sensitivity as defined by the probability distribution harmonized across the three models. By default, all of the other parameters in the model are defined by point estimates and these definitions were maintained by the IWG. In the FUND and PAGE models many of the parameters, beyond the equilibrium climate sensitivity, are defined by probability distributions in the default versions of the models. The IWG maintained these default assumptions and allowed these parameters to vary in the Monte Carlo conducted with the FUND and PAGE models.

*Default Uncertainty Assumptions in FUND*

In the version of the FUND model used by the IWG (version 3.8.1) over 90 of the over 150 parameters in the model are defined by probability distributions instead of point estimates, and for 30 of those parameters the values vary across the model's 16 regions. This includes parameters related to the physical and economic components of the model. The default assumptions in the model include parameters whose probability distributions are based on the normal, Gamma, and triangular distributions. In most cases the distributions are truncated from above or below. The choice of distributions and parameterizations are based on the model developers' assessment of the scientific and economic literature. Complete information on the exact probability distributions specified for each uncertain parameter is provided through the model's documentation, input data, and source code, available at:  http://www.fund-model.org/home.

The physical components of the model map emissions to atmospheric concentrations, then map those concentrations to radiative forcing, which is then mapped to changes in global mean temperature. Changes in temperature are then used to estimate sea level rise. The parameters treated probabilistically in these relationships may be grouped into three main categories: atmospheric lifetimes, speed of temperature response, and sea level rise. First, atmospheric concentrations are determined by one box models, that capture a single representative sink, for each of the three non-CO₂ GHGs and a five box model for $CO_2$, that represents the multiple sinks in the carbon cycle that operate on different time frames. In each of these boxes, the lifetime of additions to the atmospheric concentration in the box are treated as uncertain. Second, parameters associated with speed at which the climate responds to changes in radiative forcing are treated as uncertain. In the FUND model radiative forcing, $R_t$, is mapped to changes in global mean temperature, $T_t$, through

$$T_t = T_{t-1} + \frac{1}{\theta_1 + \theta_2 ECS + \theta_3 ECS^2}\left(\frac{\psi ECS}{\ln(2)}R_t - T_{1-t}\right),$$

where the probability distribution for the equilibrium climate sensitivity, $ECS$, was harmonized across the models as discussed in the 2010 TSD. The parameters $\theta_i$ define the speed at which the temperature anomaly responds to changes in radiative forcing and are treated as uncertain in the model. Third, sea level rise is treated as a mean reverting function, where the mean is determined as proportional to the current global mean temperature anomaly. Both this proportionality parameter and the rate of mean reversion in this relationship are treated as uncertain in the model.

The economic components of the model map changes in the physical components to monetized damages. To place the uncertain parameters of the model associated with mapping physical endpoints to damages in context, it is useful to consider the general form of the damage functions in the model. Many of the damage functions in the model have forms that are roughly comparable to

$$D_{r,t} = \alpha_r Y_{r,t} \beta_{r,t} \left( \frac{y_{r,t}}{y_{r,b}} \right)^\gamma \left( \frac{N_{r,t}}{N_{r,b}} \right)^\phi T_t^\delta, \qquad (1)$$

where $\alpha_r$ is the damage at a 1 °C global mean temperature increase as a fraction of regional GDP, $Y_{r,t}$. The model considers numerous changes that may reduce a region's benchmark vulnerability to climate change. For example, $\gamma$ represents the elasticity of damages with respect to changes in the region's GDP per capita, $y_{r,t}$, relative to a benchmark value, $y_{r,b}$; $\phi$ represents the elasticity of damages with respect to changes in the region's population, $N_{r,t}$, relative to a benchmark value, $N_{r,b}$; and the projection $\beta_{r,t}$ provides for an exogenous reduction in vulnerability (e.g., forecast energy efficiency improvements the affect space cooling costs). Once the benchmark damages have been scaled due to changes in vulnerability they are adjusted based on a non-linear scaling of the level of climate change forecast, using a power function with the exponent, $\delta$.

Some damage categories have damage function specifications that differ from the example in (1). For example, agriculture and forestry damages take atmospheric concentrations of $CO_2$ and the rate of climate change into account in different forms, though the method by which they calculate the monetized impact in these cases is similar with respect to accounting for GDP growth and changes in vulnerability. In other cases the process by which damages are estimated is more complex. For example, in estimating damages from sea level rise the model considers explicit regional decision makers that choose levels of coastal protection in a given year based on a benefit-cost test. In estimating the damages from changes in cardiovascular mortality risk the model considers forecast changes in the proportion of the population over the age of 65 and deemed most vulnerable by the model developers. Other damage categories may also have functional forms that differ slightly from (1), but in general this form provides a useful framework for discussing the parameters for which the model developers have defined probability distributions as opposed to point estimates.

In many damage categories (e.g., sea level rise, water resources, biodiversity loss, agriculture and forestry, and space conditioning) the benchmark damages, $\alpha_r$, are treated as uncertain parameters in the model and in most case they are assumed to vary by region. The elasticity of damages with respect to changes in regional GDP per capita, $\gamma$, and the elasticity with respect to changes in regional population, $\phi$, are also treated as uncertain parameters in most damage functions in the model, though they are not assumed to vary across regions. In most cases the exponent, $\delta$, on the power function that scales damages based on the forecast level of climate change are also treated as uncertain parameters, though they are not assumed to vary across regions in most cases.

Figure C1 presents results of an analysis from the developers of the FUND model that examines the uncertain parameters that have the greatest influence on estimates of the SC-$CO_2$ based on the default version of the model. While some of the modeling inputs are different for the SC-$CO_2$ estimates calculated by the IWG these parameters are likely to remain highly influential in the FUND modeling results.



**Figure C1: Influence of Key Uncertain Parameters in Default FUND Model (Anthoff and Tol 2013a)[19]**

*Default Uncertainty Assumptions in PAGE*

In the version of the PAGE model used by the IWG (version PAGE09) there are over 40 parameters defined by probability distributions instead of point estimates.[20] The parameters can broadly be classified as related to climate science, damages, discontinuities, and adaptive and preventive costs. In the default version of the model, all of the parameters are modeled as triangular distributions except for the one variable related to the probability of a discontinuity occurring, with is represented by a uniform distribution. More detail on the model equations can be found in Hope (2006, 2011a) and the default minimum, mode, and maximum values for the parameters are provided in Appendix 2 of Hope (2011a). The calibration of these distributions is based on the developer's assessment of the IPCC's Fourth Assessment report and scientific articles referenced in Hope (2011a, 2011b, 2011c). The IWG added an uncertain parameter to the default model, specifically the equilibrium climate sensitivity parameter, which was harmonized across the models as discussed in the 2010 TSD.

In the climate component of the PAGE model, atmospheric $CO_2$ concentration is assumed to follow an initial rapid decay followed by an exponential decline to an equilibrium level. The parameters treated probabilistically in this decay are the proportion of the anthropogenic $CO_2$ emissions that enter the atmosphere, the half-life of the $CO_2$'s atmospheric residence, and the fraction of cumulative emissions that ultimately remains in the atmosphere. A carbon cycle feedback is included to represent the impact of increasing temperatures on the role of the terrestrial biosphere and oceans in the carbon cycle. This feedback is modeled with probabilistic parameters representing the percentage increase in the $CO_2$ concentration anomaly and with an uncertain upper bound on this percentage.

The negative radiative forcing effect from sulfates is modeled with probabilistic parameters for the direct linear effect due to backscattering and the indirect logarithmic effect assumed for cloud interactions. The radiative forcing from $CO_2$, all other greenhouse gases, and sulfates are combined in a one box model to estimate the global mean temperature. Uncertainty in the global mean temperature response to change in radiative forcing is based on the uncertain equilibrium climate sensitivity parameter and uncertainty in the half-life of the global response to an increase in radiative forcing, which defines the inertia of the climate system in the model. Temperature anomalies in the model vary geographically, with larger increases over land and the poles. Probabilistic parameters are used for the ratios of the temperature anomaly over land relative to the ocean and the ratio of the temperature anomaly over the poles relative to the equator. The PAGE model also includes an explicit sea level component, modelled as a lagged function of the global mean temperature anomaly. The elements of this component that are treated

---

[19] Based on a coefficients of standardized regression of parameter draws on the SC-$CO_2$ using FUND 3.8.1 under Ramsey discounting with a pure rate of time preference of one percent and rate of relative risk aversion of 1.5. The 90 percent confidence intervals around the regression coefficients are presented as error bars.

[20] This appendix focuses on the parameters in the PAGE model related to estimating the climate impacts and principle calculation of the monetized damages. There are over 60 additional parameters in the model related to abatement and adaptation, which may be highly relevant for purposes other than estimating the SC-$CO_2$, but are not discussed here.

probabilistically include: sea level rise from preindustrial levels to levels in the year 2000, the asymptotic sea level rise expected with no temperature change, the predicted sea level rise experience with a temperature change, and the half-life of the sea level rise.

In the economic impacts module, damages are estimated for four categories: sea level rise, economic damages, non-economic damages, and damages from a discontinuity. Each damage category is calculated as a loss proportional to GDP. The model first calculates damages for a "focus region" (set to the European Union) assuming the region's base year GDP per capita. Damages for other regions are assumed to be proportional to the focus region's damage, represented by a regional weighting factor.

Economic damages, non-economic damages, and damages from sea level rise are modeled as polynomial functions of the temperature or sea level impact, which are defined as the regional temperature or sea level rise above a regional tolerable level. These functions are calibrated to damages at some reference level (e.g., damages at 3°C or damages for a ½ meter sea level rise). The specification allows for the possibility of "initial benefits" from small increases in regional temperature. The variables represented by a probability distributions in this specification are: the regional weighting factors; the initial benefits; the calibration point; the damages at the calibration point; and the exponent on the damage functions.

The damages from a discontinuity are treated differently from other damages in PAGE because the event either occurs or it does not in a given model simulation. In the PAGE model, the probability of a discontinuity is treated as a discrete event, where if it occurs, additional damages would be borne and therefore added to the other estimates of climate damages. Uncertain parameters related to this discontinuity include the threshold global mean temperature beyond which a discontinuity becomes possible and the increase in the probability of a discontinuity as the temperature anomaly continues to increase beyond this threshold. If the global mean temperature has exceeded the threshold for any time period in a model run, then the probability of a discontinuity occurring is assigned, otherwise the probability is set to zero. For each time period a uniform random variable is drawn and compared to this probability to determine if a discontinuity event has occurred in that simulation. The additional loss if a discontinuity does occur in a simulation is represented by an uncertain parameter and is multiplied by the uncertain regional weighting factor to obtain the regional effects.

Damages for each category in each region are adjusted to account for the region's forecast GDP in a given model year to reflect differences in vulnerability based on the relative level of economic development. Specifically, the damage estimates are multiplied by a factor equal to the ratio of a region's actual GDP per capita to the base year GDP per capita, where the ratio exponentiated with a value less than or equal to zero. The exponents vary across damage categories and in each case are treated as uncertain parameters.

Finally, in each region damages for each category are calculated sequentially (sea level rise, economic, non-economic, and discontinuity, in that order) and are assessed to ensure that they do not create total damages that exceed 100 percent of GDP for that region. Damages transition from a polynomial function to a logistic path once they exceed a certain proportion of remaining GDP, and the proportion where this transition begins is treated as uncertain. An additional parameter labeled the "statistical value of

civilization," also treated as uncertain, caps total damages (including abatement and adaptation costs described below) at some maximum level.

Figure C2 presents results of an analysis from the developers of the PAGE model that examines the uncertain parameters that have the greatest influence on estimates of the $SC\text{-}CO_2$ based on the default version of the model. Although some of the modeling inputs are different for the $SC\text{-}CO_2$ estimates calculated by the IWG, these parameters are likely to remain highly influential in the PAGE modeling results.



**Figure C2: Influence of Key Uncertain Parameters in Default PAGE Model (Hope 2013)[21]**

---

[21] Based on a standardized regression of the parameters. The values give the predicted increase in the $SC\text{-}CO_2$ in 2010 based on a one standard deviation increase in the coefficient, using the default parameters for PAGE09 under Ramsey discounting with an uncertain pure rate of time preference and rate of relative risk aversion.

# Addendum to Technical Support Document on Social Cost of Carbon for Regulatory Impact Analysis under Executive Order 12866: Application of the Methodology to Estimate the Social Cost of Methane and the Social Cost of Nitrous Oxide

**Interagency Working Group on Social Cost of Greenhouse Gases, United States Government**

**With participation by**

Council of Economic Advisers
Council on Environmental Quality
Department of Agriculture
Department of Commerce
Department of Energy
Department of the Interior
Department of Transportation
Department of the Treasury
Environmental Protection Agency
National Economic Council
Office of Management and Budget
Office of Science and Technology Policy

**August 2016**

## Addendum:

## Valuing Methane and Nitrous Oxide Emission Changes in Regulatory Benefit-Cost Analysis

## I. Introduction

While carbon dioxide ($CO_2$) is the most prevalent greenhouse gas (GHG) emitted into the atmosphere, other GHGs are also important contributors: methane ($CH_4$), nitrous oxide ($N_2O$), hydrofluorocarbons, perfluorocarbons, and sulfur hexafluoride.[1] The potential of these gases to change the Earth's climate relative to $CO_2$ is commonly represented by their 100-year global warming potential (GWP). GWPs measure the contribution to warming of the Earth's atmosphere resulting from emissions of a given gas (i.e., radiative forcing per unit of mass) over a particular timeframe relative to $CO_2$. As such, GWPs are often used to convert emissions of non-$CO_2$ GHGs to $CO_2$-equivalents to facilitate comparison of policies and inventories involving different GHGs.

While GWPs allow for some useful comparisons across gases on a physical basis, using the social cost of carbon dioxide (SC-$CO_2$)[2] to value the damages associated with changes in $CO_2$-equivalent emissions is not optimal. This is because non-$CO_2$ GHGs differ not just in their potential to absorb infrared radiation over a given time frame, but also in the temporal pathway of their impact on radiative forcing, which is relevant for estimating their social cost but not reflected in the GWP. Physical impacts other than temperature change also vary across gases in ways that are not captured by GWP. For instance, $CO_2$ emissions, unlike $CH_4$ and other GHGs, contribute to ocean acidification. Likewise, damages from $CH_4$ emissions are not offset by any positive effect of $CO_2$ fertilization on agriculture. Thus, transforming gases into $CO_2$-equivalents using GWP, and then multiplying the $CO_2$-equivalents by the SC-$CO_2$, is not as accurate as a direct calculation of the social costs of non-$CO_2$ GHGs.[3]

In light of these limitations and the paucity of peer-reviewed estimates of the social cost of non-$CO_2$ gases in the literature, the 2010 SC-$CO_2$ Technical Support Document (TSD)[4] did not include an estimate of the social cost of non-$CO_2$ GHGs and did not endorse the use of GWP to approximate the value of non-$CO_2$ emission changes in regulatory analysis. Instead, the Interagency Working Group (IWG) noted that more work was needed to link non-$CO_2$ GHG emission changes to economic impacts.

Since that time, new estimates of the social cost of non-$CO_2$ GHG emissions have been developed in the scientific literature, and a recent study by Marten et al. (2015) provided the first set of published estimates

---

[1] See EPA Endangerment Finding: Endangerment and Cause or Contribute Findings for Greenhouse Gases under Section 202(a) of the Clean Air Act, 74 Fed. Reg. 66,496 (Dec. 15, 2009).

[2] Throughout this Addendum we refer to the estimates as "SC-$CO_2$ estimates" rather than the more simplified "SCC" abbreviation that was previously used by the IWG.

[3] For more detailed discussion of the limitations of using a GWP based approach to valuing non-$CO_2$ GHG emission changes, see, e.g., Marten et al. (2015) and recent EPA regulatory impact analyses (e.g., EPA 2016a).

[4] The 2010 SC-$CO_2$ TSD and subsequent updates are available at: https://www.whitehouse.gov/omb/oira/social-cost-of-carbon.

2

for the social cost of $CH_4$ and $N_2O$ emissions that are consistent with the methodology and modeling assumptions underlying the IWG $SC-CO_2$ estimates. Specifically, Marten et al. used the same set of three integrated assessment models (IAMs), five socioeconomic and emissions scenarios, equilibrium climate sensitivity distribution, three constant discount rates, and the aggregation approach used by the IWG to develop the $SC-CO_2$ estimates. This addendum summarizes the Marten et al. methodology and presents the $SC-CH_4$ and $SC-N_2O$ estimates from that study as a way for agencies to incorporate the social benefits of reducing $CH_4$ and $N_2O$ emissions into benefit-cost analyses of regulatory actions that have small, or "marginal," impacts on cumulative global emissions. As stated in the 2010 TSD, most federal regulatory actions can be expected to have impacts on global emissions that may be considered marginal in this context. In the future, this addendum may include values for the social cost of additional non-$CO_2$ greenhouse gases.

The $SC-CH_4$ and $SC-N_2O$ estimates presented in this addendum offer a method for improving the analyses of regulatory actions that are projected to influence $CH_4$ or $N_2O$ emissions in a manner consistent with how $CO_2$ emission changes are valued. The estimates are presented with an acknowledgement of the limitations and uncertainties involved and with a clear understanding that they should be updated over time to reflect increasing knowledge of the science and economics of climate impacts, just as the IWG has committed to do for $SC-CO_2$.

The methodology and estimates described in this addendum have undergone multiple stages of peer review and their use in regulatory analysis has been subject to public comment. With regard to peer review, the study by Marten et al. (2015) was subjected to a standard double-blind peer review process prior to journal publication. In addition, the application of these estimates to federal regulatory analysis was designated as Influential Scientific Information (ISI), and its external peer review was added to the EPA Peer Review Agenda for Fiscal Year 2015 in November 2014. The public was invited to provide comment on the peer review plan, though EPA did not receive any comments. The external peer reviewers agreed with EPA's interpretation of Marten et al.'s estimates; generally found the estimates to be consistent with the approach taken in the IWG $SC-CO_2$ estimates; and concurred with the limitations of the GWP approach, finding directly modeled estimates to be more appropriate. All documents pertaining to the external peer review, including a white paper summarizing the methodology, the charge questions, and each reviewer's full response is available on the EPA Science Inventory website.[5] For a discussion of public comments on the valuation of non-$CO_2$ GHG impacts in general and the use of the Marten et al. estimates for the $SC-CH_4$, see recent EPA regulations with $CH_4$ impacts (e.g., EPA 2012a, 2012b, 2016a, 2016b) and for the $SC-N_2O$, see recent EPA and DOT regulations with $N_2O$ impacts (e.g., EPA and DOT 2016). OMB has determined that the use of the Marten et al. estimates in regulatory analysis is consistent with the requirements of OMB's Information Quality Guidelines Bulletin for Peer Review and OMB Circular A-4.

## II. Overview of Methodology

---

[5] The complete record for this review is available on the EPA Science Inventory website at: http://cfpub.epa.gov/si/si_public_pra_view.cfm?dirEntryID=291976.

3

The social cost of non-$CO_2$ GHG emissions can be directly estimated using an IAM similar to the way in which the SC-$CO_2$ is estimated. As discussed at length in the 2010 SC-$CO_2$ TSD, IAMs couple simplified models of atmospheric gas cycles and climate systems with highly aggregated models of the global economy and human behavior to represent the impacts of GHG emissions on the climate and human welfare. Within IAMs, the equations that represent the influence of emissions on the climate are based on scientific assessments, while the equations that map climate impacts to human welfare are based on economic research that has studied the effects of climate on various market and non-market sectors. Estimating the social cost of emissions for a given GHG at the margin involves perturbing the emissions of that gas in a given year and forecasting the increase in monetized climate damages relative to the baseline. These incremental damages are then discounted back to the perturbation year to represent the marginal social cost of emissions of the specific GHG in that year.

Several researchers have directly estimated the social cost of non-$CO_2$ GHG emissions using IAMs. Among these published estimates there is considerable variation in the models and input assumptions. Fankhauser (1994) developed a simple IAM to estimate the average SC-$CH_4$ and SC-$N_2O$ for emissions in the 2010 and 2020 decades given a 100-year time horizon for climate change damages. Kandlikar (1995) and Hammitt et al. (1996) also developed simple models to estimate the social cost of $CH_4$, $N_2O$, and other gases for a single socio-economic-emissions scenario and using constant discount rates. Tol et al. (2003) and Hope (2005, 2006) developed estimates for the SC-$CH_4$ in 2000 using the FUND and PAGE models, respectively. Waldhoff et al. (2011) used a newer version of the FUND model to develop estimates of the social cost of marginal $CH_4$, $N_2O$, and sulfur hexafluoride ($SF_6$) emissions for the average year in the 2010-2019 decade. While they considered only a single emissions period, they conducted a wide range of sensitivity analyses including four socio-economic-emissions scenarios, in addition to the default FUND scenario.

These studies differ in the emission perturbation year, employ a wide range of constant and variable discount rate specifications, and consider a range of baseline socioeconomic and emissions scenarios that have been developed over the last 20 years. However, none of these published estimates of the SC-$CH_4$ and SC-$N_2O$ are consistent with the modeling assumptions underlying the IWG SC-$CO_2$ estimates, and most are likely underestimates due to changes in the underlying science since their publication. Therefore, Marten et al. (2015) provide the first set of direct estimates of the SC-$CH_4$ and SC-$N_2O$ that are consistent with the SC-$CO_2$ estimates currently used in federal regulatory analysis.

The estimation approach of Marten et al. (2015) used the same set of three IAMs, five socio-economic-emissions scenarios, equilibrium climate sensitivity distribution, and three constant discount rates used to develop the IWG SC-$CO_2$ estimates. Details on each of these inputs are provided in the 2010 SC-$CO_2$ TSD. Marten et al. also used the same aggregation method as the IWG to distill the 45 distributions of the SC-$CH_4$ and SC-$N_2O$ produced for each emissions year into four estimates for use in regulatory analysis. Three values are based on the average SC-$CH_4$ and the average SC-$N_2O$ from the three IAMs, at discount rates of 2.5, 3, and 5 percent. As discussed in the 2010 TSD, there is extensive evidence in the scientific and economic literature of the potential for lower-probability, but higher-impact outcomes from climate change, which would be particularly harmful to society and thus relevant to the public and policymakers. The fourth value is included to represent the marginal damages associated with these lower-probability,

4

higher-impact outcomes. Accordingly, this value is selected from further out in the tail of the distributions of SC-$CH_4$ and SC-$N_2O$ estimates; specifically, the fourth value corresponds to the 95th percentile of the frequency distributions of SC-$CH_4$ and SC-$N_2O$ estimates based on a 3 percent discount rate.

The IWG has determined that it is reasonable to use the same focus on global benefits for valuing emission reductions that was used to estimate the SC-$CO_2$. This is because anthropogenic climate change involves a global externality: emissions of most greenhouse gases (including $CH_4$ and $N_2O$) contribute to damages around the world even when they are emitted in the United States, and conversely, greenhouse gases emitted elsewhere contribute to damages in the United States. Consequently, to address the global nature of the problem, estimates of the social cost of $CH_4$ and $N_2O$ must incorporate the full (global) damages caused by emissions. In addition, climate change presents a problem that the United States alone cannot solve. Other countries will also need to take action to reduce GHG emissions if significant changes in the global climate are to be avoided. Furthermore, adverse impacts on other countries can have spillover effects on the United States, particularly in the areas of national security, international trade, public health, and humanitarian concerns. Thus, consistent with the approach for the SC-$CO_2$, the IWG concluded that a global measure of the benefits from reducing U.S. $CH_4$ and $N_2O$ emissions is preferable. Similarly, the IWG has determined that the range of discount rates used to estimate SC-$CO_2$ are appropriate for estimating SC-$CH_4$ and SC-$N_2O$ as well. The rationale put forth in the 2010 TSD to use this set of discount rates because of the intergenerational nature of $CO_2$ impacts also applies to $CH_4$ and $N_2O$. Although the atmospheric lifetime of $CH_4$ is notably shorter than that of $CO_2$, the impacts of changes in contemporary $CH_4$ emissions are also expected to occur over long time horizons that cover multiple generations, and the lifetime of $N_2O$ is almost 10 times as long as the lifetime of $CH_4$.[6] For additional discussion see the SC-$CO_2$ TSD.[7]

In order to develop SC-$CH_4$ and SC-$N_2O$ estimates consistent with the methodology underlying the SC-$CO_2$ estimates, Marten et al. (2015) needed to augment the IWG modeling framework in two respects: 1) augment the climate model of two of the IAMs to explicitly consider the path of additional radiative forcing from a $CH_4$ or $N_2O$ perturbation, and 2) add more specificity to the assumptions regarding post-2100 baseline $CH_4$ and $N_2O$ emissions.

Regarding the climate modeling, both the DICE and PAGE models as implemented by the IWG to estimate SC-$CO_2$ use an exogenous projection of aggregate non-$CO_2$ radiative forcing, which prevents one from introducing a direct perturbation of $CH_4$ or $N_2O$ emissions into the models and then observing its effects.[8]

---

[6] The IPCC Fifth Assessment Report (AR5) estimates a central tendency for the e-folding time of $CH_4$ in the atmosphere to be 12.4 years (Myhre et al. 2013). This means that it is expected to take over 40 years for the perturbation resulting from a unit of $CH_4$ emitted today to decay to less than one percent of its initial size. The IPCC AR5 estimate of the perturbation lifetime of $N_2O$ is 121 years. Impacts on temperature and other climatic variables will persist longer than the elevated concentrations due to the inertia of the climate system.

[7] See also the OMB Response to Comments on SC-$CO_2$, which elaborates on the use of global values (pp. 30-32) and the selection of discount rates (pp. 20-25), available at:
https://www.whitehouse.gov/sites/default/files/omb/inforeg/scc-response-to-comments-final-july-2015.pdf.

[8] The FUND model is the only one of the three IAMs that explicitly considers $CH_4$ and $N_2O$ using a one-box atmospheric gas cycle models for these gases, with geometric decay towards pre-industrial levels, based on the

Therefore, to estimate the SC-CH$_4$ and SC-N$_2$O, Marten et al. (2015) applied a one-box atmospheric gas cycle model to explicitly consider the path of additional radiative forcing from a CH$_4$ or N$_2$O perturbation, which is then added to the exogenous non-CO$_2$ radiative forcing projection to estimate the incremental damages compared to the baseline. The one-box atmospheric gas cycle model appended to DICE and PAGE used exponential decay functions to project atmospheric CH$_4$ and N$_2$O concentrations from the CH$_4$ and N$_2$O emissions projections, respectively, in the five socio-economic-emissions scenarios. They set the average lifetime of CH$_4$ and N$_2$O to 12 and 114 years, respectively, following the findings of the Intergovernmental Panel on Climate Change's (IPCC) Fourth Assessment Report (AR4) (Forster et al. 2007). The direct radiative forcing associated with the atmospheric CH$_4$ and N$_2$O concentration was estimated using the functional relationships for each of these gases presented in the IPCC's Third Assessment Report (TAR) (Ramaswamy et al. 2001) and used in AR4. To account for the indirect effects of CH$_4$ as a precursor for tropospheric ozone and stratospheric water vapor, Marten et al. followed the approach of the IPCC in AR4 of increasing the direct radiative forcing of CH$_4$ by 40 percent.

The second modeling modification was needed because the SC-CO$_2$ modeling exercise assumed that overall radiative forcing from non-CO$_2$ sources remains constant past 2100 without specifying the projections for individual GHGs that were implicit in that assumption. This broad assumption was sufficient for the purposes of estimating the SC-CO$_2$; however, estimating the SC-CH$_4$ and SC-N$_2$O requires explicit projections of baseline CH$_4$ and N$_2$O emissions to determine the atmospheric concentration and radiative forcing off of which to compare the perturbation. Marten et al. (2015) chose to interpret the SC-CO$_2$ assumption for non-CO$_2$ radiative forcing past 2100 as applying to each gas individually, such that the emissions of each gas fall to their respective rate of atmospheric decay. This has the effect of holding global mean radiative forcing due to atmospheric CH$_4$ or N$_2$O constant past 2100. Marten et al. showed that, due to the relatively short lifetime of CH$_4$, alternative methods for extrapolating CH$_4$ emissions past 2100 have only a negligible effect (less than 0.5 percent) on the SC-CH$_4$. For the longer-lived gas N$_2$O, Marten et al. found the difference in the SC-N$_2$O estimates across the alternative methods to be less than 1 percent, even for emissions as far out as 2045, and found the projections to be equivalent to two significant digits.

## III. Results

The SC-CH$_4$ and SC-N$_2$O estimates are presented in Table 1.[9] Following the same approach as with SC-CO$_2$, values for 2010, 2020, 2030, 2040, and 2050 are calculated by combining all outputs (10,000 estimates per model run) from all scenarios and models for a given discount rate. Values for the years in between

---

IPCC's Third Assessment Report (TAR) (Ramaswamy et al. 2001). FUND augments the TAR expression for the additional radiative forcing from CH$_4$ to account for the influences of stratospheric water vapor and tropospheric ozone changes.

[9] The Marten et al. (2015) estimates in this table and the remainder of the document have been adjusted to reflect the minor July 2015 technical corrections to the SC-CO$_2$ estimates. See Corrigendum to Marten et al. for more details, available at: http://www.tandfonline.com/doi/abs/10.1080/14693062.2015.1070550.

are calculated using linear interpolation. The full set of annual SC-$CH_4$ and SC-$N_2O$ estimates between 2010 and 2050, and a detailed set of percentiles by model and scenario combination and additional summary statistics for 2020, are reported in Appendix Add-A. The full set of model results are available on the OMB website.[10]

Although a direct comparison of the estimates in Table 1 with all of the other published estimates is difficult, given the differences in the models and socioeconomic and emissions scenarios, results from three relatively recent studies offer a better basis for comparison (Hope 2006, Marten and Newbold 2012, Waldhoff et al. 2014). In general, the SC-$CH_4$ and SC-$N_2O$ estimates in Table 1 are higher than previous estimates. The higher SC-$CH_4$ estimates are partially driven by the higher effective radiative forcing due to the inclusion of indirect effects from $CH_4$ emissions in the modeling. Similar to other recent studies, the directly modeled SC-$CH_4$ and SC-$N_2O$ estimates in Table 1 are higher than the GWP-weighted SC-$CO_2$ estimates. A more detailed discussion comparing recent estimates of the SC-$CH_4$ and SC-$N_2O$ can be found in Marten et al. (2015).

**Table 1: SC-$CH_4$ and SC-$N_2O$ Estimates (in 2007 dollars per metric ton)[11]**

| Year | SC-$CH_4$ | | | | SC-$N_2O$ | | | |
| | 5% Average | **3% Average** | 2.5% Average | High Impact (3% 95th) | 5% Average | **3% Average** | 2.5% Average | High Impact (3% 95th) |
|---|---|---|---|---|---|---|---|---|
| 2010 | 370 | **870** | 1,200 | 2,400 | 3,400 | **12,000** | 18,000 | 31,000 |
| 2015 | 450 | **1,000** | 1,400 | 2,800 | 4,000 | **13,000** | 20,000 | 35,000 |
| 2020 | 540 | **1,200** | 1,600 | 3,200 | 4,700 | **15,000** | 22,000 | 39,000 |
| 2025 | 650 | **1,400** | 1,800 | 3,700 | 5,500 | **17,000** | 24,000 | 44,000 |
| 2030 | 760 | **1,600** | 2,000 | 4,200 | 6,300 | **19,000** | 27,000 | 49,000 |
| 2035 | 900 | **1,800** | 2,300 | 4,900 | 7,400 | **21,000** | 29,000 | 55,000 |
| 2040 | 1,000 | **2,000** | 2,600 | 5,500 | 8,400 | **23,000** | 32,000 | 60,000 |
| 2045 | 1,200 | **2,300** | 2,800 | 6,100 | 9,500 | **25,000** | 34,000 | 66,000 |
| 2050 | 1,300 | **2,500** | 3,100 | 6,700 | 11,000 | **27,000** | 37,000 | 72,000 |

The estimates in Table 1 suggest the social cost of $CH_4$ emissions in 2020 is 26-46 times higher than for $CO_2$, with the larger difference occurring at higher discount rates.[12] For emissions in 2050 the SC-$CH_4$ is 31-52 times higher than the SC-$CO_2$. These ratios can be directly compared to the GWP, for which the IPCC

---

[10] https://www.whitehouse.gov/omb/oira/social-cost-of-carbon.
[11] To maintain consistency with the current SC-$CO_2$ TSD, values in this Addendum are presented in 2007 dollars. The SC-$CH_4$ estimates presented here are also rounded to two significant digits. The unrounded estimates (available on OMB's website) can be adjusted to current year dollars for use in RIAs using the GDP Implicit Price Deflator (available at http://www.bea.gov/iTable/index_nipa.cfm).
[12] This range of estimates of the global damage potential of $CH_4$ relative to $CO_2$ in 2020, and the same range for the $N_2O$ results below, is calculated by dividing the (unrounded) SC-$CH_4$ estimate for each discount rate by the corresponding (unrounded) estimate of SC-$CO_2$.

AR4 100-year GWP of $CH_4$ was 25[13], to see how the GWP-based approach discussed above will likely provide an underestimate of the value of $CH_4$ emission changes particularly for higher discount rates and future emissions years in this application. Similarly, the estimates in Table 1 suggest the social cost of $N_2O$ emissions in 2020 is 318-399 times higher than for $CO_2$, with the larger difference occurring at higher discount rates. For emissions in 2050 the SC-$N_2O$ is 339-416 times higher than the SC-$CO_2$. Similar to the case for $CH_4$, these ratios can be directly compared to the GWP, for which the IPCC AR4 100-year GWP of N2O was 298, to see how the GWP-based approach discussed above will likely provide an underestimate of the value of $N_2O$ emission changes particularly for higher discount rates and future emissions years in this application.

As was the case with SC-$CO_2$, the SC-$CH_4$ and SC-$N_2O$ increase over time because future emissions are expected to produce larger incremental damages as physical and economic systems become more stressed in response to greater climatic change, and because GDP is growing over time, and many damage categories are modeled as proportional to gross GDP. Table 2 illustrates how the growth rate for the SC-$CH_4$ and SC-$N_2O$ estimates varies over time.

**Table 2: Average Annual Growth Rates of SC-$CH_4$ and SC-$N_2O$ Estimates between 2010 and 2050**

| Average Annual Growth Rate (%) | SC-$CH_4$ | | | | SC-$N_2O$ | | | |
|---|---|---|---|---|---|---|---|---|
| | 5% Average | **3% Average** | 2.5% Average | High Impact (3% 95th) | 5% Average | **3% Average** | 2.5% Average | High Impact (3% 95th) |
| 2010-2020 | 4.6% | **3.8%** | 3.3% | 3.3% | 3.8% | **2.5%** | 2.2% | 2.6% |
| 2020-2030 | 4.1% | **3.3%** | 2.5% | 3.1% | 3.4% | **2.7%** | 2.3% | 2.6% |
| 2030-2040 | 3.2% | **2.5%** | 3.0% | 3.1% | 3.3% | **2.1%** | 1.9% | 2.2% |
| 2040-2050 | 3.0% | **2.5%** | 1.9% | 2.2% | 3.1% | **1.7%** | 1.6% | 2.0% |

The application of direct estimates of the SC-$CH_4$ and SC-$N_2O$ to benefit-cost analysis of a regulatory action is analogous to the use of the SC-$CO_2$ estimates. The future monetized value of emission reductions in each year (the SC-$CH_4$ or SC-$N_2O$ in year *t* multiplied by the change in emissions in year *t*) must be discounted to the present to determine its total net present value for use in regulatory analysis. As discussed in the SC-$CO_2$ TSD, damages from future emissions should be discounted to the base year of the analysis at the same rate as that used to calculate the SC-$CO_2$ estimates themselves to ensure internal consistency – i.e., future damages from climate change, whether they result from emissions today or emissions in a later year, should be discounted using the same rate. The SC-$CH_4$ and SC-$N_2O$ estimates would be applied in the same way to calculate climate-related costs of a rulemaking that leads to an increase in $CH_4$ or $N_2O$ emissions, respectively.

## IV. Treatment of Uncertainty

---

[13] The Marten et al. (2015) estimates are based on the conclusions presented in IPCC AR4 (Forster et al. 2007), which was the latest assessment available when they conducted their modeling and analysis, and therefore GWP estimates based on the same assumptions would provide the most consistent comparison.

Given the consistency with the SC-$CO_2$ methodology, the IWG considered various sources of uncertainty in the SC-$CH_4$ and SC-$N_2O$ through a combination of a multi-model ensemble, probabilistic analysis, and scenario analysis. The outcome of accounting for various sources of uncertainty using these approaches is a frequency distribution of the SC-$CH_4$ and SC-$N_2O$ estimates for emissions occurring in a given year for each of the three discount rates. These frequency distributions reflect the uncertainty around the input parameters for which probability distributions were defined, as well as from the multi-model ensemble and socioeconomic and emissions scenarios where probabilities were implied by the equal weighting assumption.

Figure 1 presents the frequency distribution of the SC-$CH_4$ estimates for emissions in 2020 for each of the three discount rates. [14] Figure 2 presents the frequency distribution of the SC-$N_2O$ estimates for emissions in 2020 for each of the three discount rates. [15] Each distribution in Figures 1 and 2 represents 150,000 estimates based on 10,000 simulations for each combination of the three models and five socioeconomic and emissions scenarios. As with the SC-$CO_2$, in general the distributions are skewed to the right and have long right tails, which tend to be even longer for lower discount rates. To highlight the difference between the impact of the discount rate on the estimates and other quantified sources of uncertainty, the bars below the frequency distributions provide a symmetric (5[th] to 95[th] percentile) representation of quantified variability in the SC-$CH_4$ and SC-$N_2O$ estimates conditioned on each discount rate. The full set of SC-$CH_4$ and SC-$N_2O$ results through 2050 is available on OMB's website. This may be useful to analysts in situations that warrant additional quantitative uncertainty analysis. See OMB Circular A-4 for guidance and discussion of best practices in conducting uncertainty analysis in RIAs.

**Figure 1: Frequency Distribution of SC-$CH_4$ Estimates for 2020 (in 2007$ per metric ton $CH_4$)**

---

[14] Although the distributions in Figure 1 are based on the full set of model results (150,000 estimates for each discount rate), for display purposes the limits of the horizontal axis are truncated, such that 0.02 to 0.11 percent of the SC-$CH_4$ frequency distribution lies below the lowest bin presented and 0.34 to 3.1 percent of the frequency distribution lies above the highest bin presented, depending on the discount rate.

[15] Although the distributions in Figure 2 are based on the full set of model results (150,000 estimates for each discount rate), for display purposes the limits of the horizontal axis are truncated, such that 0.03 to 0.10 percent of the SC-$N_2O$ frequency distribution lies below the lowest bin presented and 0.04 to 3.00 percent of the frequency distribution lies above the highest bin presented, depending on the discount rate.



**Figure 2: Frequency Distribution of SC-$N_2O$ Estimates for 2020 (in 2007$ per metric ton $N_2O$)**

## V. Limitations and Research Gaps

Given the consistency in underlying modeling methods and inputs, the SC-$CH_4$ and SC-$N_2O$ estimates presented above share many of the same uncertainties and limitations as the SC-$CO_2$ estimates. Thus, they are presented with a clear understanding that they should be updated over time to reflect increasing knowledge of the science and economics of climate impacts. A number of areas where additional research is needed are discussed in the SC-$CO_2$ TSD. Here we discuss a few additional limitations that are specific to the SC-$CH_4$ and SC-$N_2O$ estimates.

First, as discussed above, the one-box atmospheric gas cycle model used to explicitly consider the path of additional radiative forcing from $CH_4$ and $N_2O$ perturbations in DICE and PAGE followed the findings of IPCC AR4, which was the latest assessment report at the time of the study. Updating the approach to include new findings from the IPCC Fifth Assessment Report (AR5) is expected to increase the SC-$CH_4$ estimates, such that the relationship between the direct SC-CH4 estimates and the GWP-based approach, as discussed in Section 3, are expected to hold. Updating the approach for the SC-$N_2O$ is expected to either reduce the SC-$N_2O$ estimates or to leave them nearly unchanged, depending on which approach to including climate-carbon feedbacks is used. The AR5 update most relevant for the SC-$CH_4$ is the increase of the adjustment factor to account for tropospheric ozone and stratospheric water vapor from 40 to 65 percent. Additionally, AR5 updated the perturbation lifetime of $CH_4$ from 12 years to 12.4 years and also presented GWPs that included the $CO_2$ oxidation product of fossil-fuel derived $CH_4$. For $N_2O$, the AR5 analysis included the effects of a reduction in $CH_4$ of 0.36 molecules for every additional $N_2O$ molecule in the atmosphere because of $N_2O$ impacts on stratospheric ozone, UV fluxes, and hydroxyl radical levels, and updated the perturbation lifetime of $N_2O$ from 114 to 121 years. In addition, the AR5 assessment updated $CH_4$, $N_2O$, and $CO_2$ radiative efficiencies by less than 3 percent (due mainly to changes in background concentrations), presented an additional GWP that included an adjustment for climate-carbon feedbacks, and updated the impulse response function used for approximating $CO_2$ lifetimes. These updates led to GWPs for $CH_4$ presented by AR5 ranging from 28-36, compared to a GWP of 25 in AR4, and GWPs for $N_2O$ ranging from 265-298 compared to a GWP of 298 in AR4 (Myhre et al. 2013).

Second, the direct health and welfare effects of tropospheric ozone production resulting from $CH_4$ emissions are not captured in the IAM damage functions and, thus, are not included in the SC-$CH_4$ estimates presented above. The global monetized benefit of the health effects resulting from ozone reduction due to $CH_4$ mitigation have been estimated in several studies (e.g., Anenberg et al. 2012, Shindell et al. 2012). A recent paper published in the peer-reviewed scientific literature presented a range of estimates of the monetized ozone-related mortality benefits of reducing $CH_4$ emissions using a methodology consistent in some (but not all) aspects with the modeling underlying the SC-$CO_2$ and SC-$CH_4$ estimates discussed above (Sarofim et al. 2015). Similar to previous studies, under their base case assumptions using a 3 percent discount rate, Sarofim et al. find global ozone-related mortality benefits of $CH_4$ emissions reductions to be $790 per metric ton of $CH_4$ in 2020, with 10.6 percent, or $80, of this amount resulting from mortality reductions in the United States. Additional welfare impacts of ozone, not included in this estimate, stem from damage to plants, which can lead to reductions in both crop yield and carbon sequestration by natural systems (Felzer et al. 2005, Shindell et al. 2012). Both of these impacts would suggest additional damages associated with $CH_4$ emissions that are not included in the SC-$CH_4$ estimates.

Third, the SC-CH$_4$ estimates do not reflect that CH$_4$ emissions lead to a reduction in atmospheric oxidants such as hydroxyl radicals. These oxidants are important for the conversion of sulfur dioxide into sulfates. Therefore, CH$_4$ emissions can suppress sulfate formation, leading to an increase in radiative forcing but a decrease in particulate matter and resulting health impacts (Shindell et al. 2009, Fry et al. 2012). The net effect of these offsetting impacts is not clear.

Fourth, the SC-CH$_4$ estimates do not account for impacts associated with CO$_2$ produced from CH$_4$ oxidizing in the atmosphere (Boucher et al. 2009); the inclusion of these impacts would increase the SC-CH$_4$ estimates.

Finally, in addition to the climate impacts of N$_2$O on radiative forcing due to changes in CH$_4$ concentrations resulting from effects on stratospheric ozone, UV fluxes, and hydroxyl radical levels discussed above, these changes may also have effects on the atmospheric behavior of other pollutants as well as direct effects on human health. These effects are not currently included in the calculation of the SC-N$_2$O.

## VI. Concluding Remarks

As directed by Executive Orders 12866 and 13563, federal agencies must use the best available scientific, technical, economic, and other information to quantify the costs and benefits of regulatory actions. Rigorous evaluation of costs and benefits has been a core tenet of the rulemaking process for decades. The estimates presented in this addendum offer a tool for improving the analyses of regulatory actions that are projected to influence CH$_4$ or N$_2$O emissions without introducing inconsistency with the manner in which CO$_2$ emission changes are valued. These estimates can and should be updated if and when the modeling assumptions underlying the SC-CO$_2$ estimates are updated to reflect the conclusions of IPCC AR5 or other evolving scientific and economic knowledge.

# References

Anenberg S., Schwartz J., Shindell D., Amann M., Faluvegi G., Klimont Z., Janssens-Maenhout G., Pozzoli L., Van Dingenen R., Vignati E., Emberson L., Muller N., West J., Williams M., Demkine V., Hicks W., Kuylenstierna J., Raes F., and Ramanathan V. 2012. Global air quality and health co-benefits of mitigating near-term climate change through methane and black carbon emission controls. *Environmental Health Perspectives* 120(6): 831-839.

Boucher, O., P. Friedlingstein, B. Collins, and K. P. Shine. 2009. The indirect global warming potential and global temperature change potential due to methane oxidation. *Environmental Research Letters* 4, 044007.

Fankhauser, S. 1994. The social costs of greenhouse gas emissions: an expected value approach. *The Energy Journal* 15(2): 157–184.

Felzer B., J. Reilly, J. Melillo, D. Kicklighter, M. Sarofim, C. Wang, R. Prinn, and Q. Zhuang. 2005. Future effects of ozone on carbon sequestration and climate change policy using a global biogeochemical model. *Climatic Change* 73(3): 345-373.

Forster, P., V. Ramaswamy, P. Artaxo, T. Berntsen, R. Betts, D.W. Fahey, J. Haywood, J. Lean, D.C. Lowe, G. Myhre, J. Nganga, R. Prinn, G. Raga, M. Schulz and R. Van Dorland. 2007. Changes in Atmospheric Constituents and in Radiative Forcing. In: *Climate Change 2007: The Physical Science Basis. Contribution of Working Group I to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change* [Solomon, S., D. Qin, M. Manning, Z. Chen, M. Marquis, K.B. Averyt, M. Tignor and H.L. Miller (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA.

Fry, M., V. Naik, J.J. West, M.D. Schwarzkopf, A.M. Fiore, W.J. Collins, F.J. Dentener, D.T. Shindell, C. Atherton, D. Bergmann, B.N. Duncan, P. Hess, I.A. MacKenzie, E. Marmer, M.G. Schultz, S. Szopa, O. Wild, and G. Zeng. 2012. The influence of ozone precursor emissions from four world regions on tropospheric composition and radiative climate forcing. *Journal of Geophysical Research Atmospheres* 117, D07306.

Hammitt, J., Jain, A., Adams, J., and D. Wuebbles. 1996. A welfare-based index for assessing environmental effects of greenhouse-gas emissions. *Nature* 381: 301–303.

Hope, C. 2005. The climate change benefits of reducing methane emissions. *Climatic Change* 68: 21–39.

Hope, C. 2006. The marginal impacts of CO2, CH4 and SF6 emissions. *Climate Policy* 6: 537–44.

Kandlikar, M. 1995. The relative role of trace gas emissions in greenhouse abatement policies. *Energy Policy* 23: 879–883.

Marten, A.L., and S.C. Newbold. 2012. Estimating the social cost of non-CO2 GHG emissions: methane and nitrous oxide. *Energy Policy* 51: 957-972.

Marten, A.L., Kopits, E.A., Griffiths, C.W., Newbold, S.C., and A. Wolverton. 2015. Incremental CH₄ and N₂O Mitigation Benefits Consistent with the U.S. Government's SC-CO₂ Estimates. *Climate Policy*. 15(2): 272-298 (published online, 2014).

Myhre, G., D. Shindell, F.-M. Bréon, W. Collins, J. Fuglestvedt, J. Huang, D. Koch, J.-F. Lamarque, D. Lee, B. Mendoza, T. Nakajima, A. Robock, G. Stephens, T. Takemura and H. Zhang. 2013. Anthropogenic and Natural Radiative Forcing. In: *Climate Change 2013: The Physical Science Basis. Contribution of Working Group I to the Fifth Assessment Report of the Intergovernmental Panel on Climate Change* [Stocker, T. F., D. Qin, G.-K. Plattner, M. Tignor, S. K. Allen, J. Boschung, A. Nauels, Y. Xia, V. Bex and P. M. Midgley (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA.

Ramaswamy, V., Boucher, O., Haigh, J., Hauglustaine, D., Haywood, J., Myhre, G., . . . Betts, R. 2001. Radiative forcing of climate change. In J. T. Houghton, Y. Ding, D. J. Griggs, M. Noguer, P. J. van der Linden, X. Dai, . . .C. A. Johnson (Eds.), *Climate change 2001: The scientific basis. Contribution of Working Group I to the Third Assessment Report of the Intergovernmental Panel on Climate Change* (pp. 351–416). Cambridge: Cambridge University Press.

Sarofim, M.C., S.T. Waldhoff, and S.C. Anenberg. 2015. Valuing the Ozone-Related Health Benefits of Methane Emission Controls. *Environmental and Resource Economics* DOI: 10.1007/s10640-015-9937-6.

Shindell, D., G. Faluvegi, D. Koch, G. Schmidt, N. Unger, and S. Bauer. 2009. Improved Attribution of Climate Forcing to Emissions. *Science* 326: 716-718. http://science.sciencemag.org/content/sci/326/5953/716.full.pdf.

Shindell, D., J.C.I. Kuylenstierna, E. Vignati, R. van Dingenen, M. Amann, Z. Klimont, S.C. Anenberg, N. Muller, G. Janssens-Maenhout, F. Raes, J. Schwartz, G. Faluvegi, L. Pozzoli, K. Kupiainen, L. Hoglund-Isakson, L. Emberson, D. Streets, V. Ramanathan, K. Hicks, K. Oanh, G. Milly, M. Williams, V. Demkine, D. Fowler. 2012. Simultaneously mitigating near-term climate change and improving human health and food security. *Science* 335:183-189.

Tol, R., Heintz, R., and P. Lammers. 2003. Methane emission reduction: An application of FUND. *Climatic Change* 57: 71–98.

U.S. Environmental Protection Agency (EPA). 2012a. Regulatory Impact Analysis: Final New Source Performance Standards and Amendments to the National Emissions Standards for Hazardous Air Pollutants for the Oil and Natural Gas Industry. Office of Air Quality Planning and Standards, Health and Environmental Impacts Division. April. http://www.epa.gov/ttn/ecas/regdata/RIAs/oil_natural_gas_final_neshap_nsps_ria.pdf.

U.S. Environmental Protection Agency (EPA). 2012b. Regulatory Impact Analysis: Final Rulemaking for 2017-2025 Light-Duty Vehicle Greenhouse Gas Emission Standards and Corporate Average Fuel Economy Standards. EPA-420-R-12-016. Office of Transportation and Air Quality, Assessment and Standards Division. August. http://www.epa.gov/otaq/climate/documents/420r12016.pdf.

U.S. Environmental Protection Agency (EPA). 2016a. Regulatory Impact Analysis of the Final Oil and Natural Gas Sector: Emission Standards for New, Reconstructed, and Modified Sources. Office of Air Quality Planning and Standards. May. https://www3.epa.gov/airquality/oilandgas/may2016/nsps-ria.pdf.

U.S. Environmental Protection Agency (EPA). 2016b. Regulatory Impact Analysis for the Final Revisions to the Emission Guidelines for Existing Sources and the New Source Performance Standards in the Municipal Solid Waste Landfills Sector. Office of Air Quality Planning and Standards. July. https://www3.epa.gov/ttn/ecas/docs/ria/landfills_ria_final-eg-nsps_2016-07.pdf.

U.S. Environmental Protection Agency (EPA) and Department of Transportation (DOT). 2016. Regulatory Impact Analysis of the Final Rulemaking for Greenhouse Gas Emissions and Fuel Efficiency Standards for Medium- and Heavy-Duty Engines and Vehicles–Phase 2. EPA Office of Transportation and Air Quality, Assessment and Standards Division, and National Highway Traffic Safety Administration. August. https://www3.epa.gov/otaq/climate/documents/420r16900.pdf.

Waldhoff, S., Anthoff, D., Rose, S., and R.S.J. Tol. 2011. The marginal damage costs of different greenhouse gases: An application of FUND (Economics Discussion Paper No. 2011–43). Kiel: Kiel Institute for the World Economy.

Waldhoff, S., D. Anthoff, S. Rose, and R.S.J. Tol. 2014. The Marginal Damage Costs of Different Greenhouse Gases: An Application of FUND. *The Open-Access, Open Assessment E-Journal* 8(31): 1-33. http://dx.doi.org/10.5018/economics-ejournal.ja.2014-31.

## Appendix Add-A

### Table A1: Annual SC-CH₄ and SC-N₂O Values: 2010-2050 (2007\$/metric ton)

| Year | SC-CH₄ 5% Average | 3% Average | 2.5% Average | High Impact (3% 95th) | SC-N₂O 5% Average | 3% Average | 2.5% Average | High Impact (3% 95th) |
|---|---|---|---|---|---|---|---|---|
| 2010 | 370 | 870 | 1,200 | 2,400 | 3,400 | 12,000 | 18,000 | 31,000 |
| 2011 | 380 | 910 | 1,200 | 2,500 | 3,500 | 12,000 | 18,000 | 32,000 |
| 2012 | 400 | 940 | 1,300 | 2,600 | 3,700 | 12,000 | 19,000 | 33,000 |
| 2013 | 420 | 970 | 1,300 | 2,700 | 3,800 | 13,000 | 19,000 | 34,000 |
| 2014 | 440 | 1,000 | 1,300 | 2,700 | 3,900 | 13,000 | 20,000 | 34,000 |
| 2015 | 450 | 1,000 | 1,400 | 2,800 | 4,000 | 13,000 | 20,000 | 35,000 |
| 2016 | 470 | 1,100 | 1,400 | 2,900 | 4,200 | 14,000 | 20,000 | 36,000 |
| 2017 | 490 | 1,100 | 1,500 | 3,000 | 4,300 | 14,000 | 21,000 | 37,000 |
| 2018 | 510 | 1,100 | 1,500 | 3,000 | 4,400 | 14,000 | 21,000 | 38,000 |
| 2019 | 520 | 1,200 | 1,500 | 3,100 | 4,600 | 15,000 | 22,000 | 38,000 |
| 2020 | 540 | 1,200 | 1,600 | 3,200 | 4,700 | 15,000 | 22,000 | 39,000 |
| 2021 | 560 | 1,200 | 1,600 | 3,300 | 4,900 | 15,000 | 23,000 | 40,000 |
| 2022 | 590 | 1,300 | 1,700 | 3,400 | 5,000 | 16,000 | 23,000 | 41,000 |
| 2023 | 610 | 1,300 | 1,700 | 3,500 | 5,200 | 16,000 | 23,000 | 42,000 |
| 2024 | 630 | 1,400 | 1,800 | 3,600 | 5,400 | 16,000 | 24,000 | 43,000 |
| 2025 | 650 | 1,400 | 1,800 | 3,700 | 5,500 | 17,000 | 24,000 | 44,000 |
| 2026 | 670 | 1,400 | 1,900 | 3,800 | 5,700 | 17,000 | 25,000 | 45,000 |
| 2027 | 700 | 1,500 | 1,900 | 3,900 | 5,900 | 17,000 | 25,000 | 46,000 |
| 2028 | 720 | 1,500 | 2,000 | 4,000 | 6,000 | 18,000 | 26,000 | 47,000 |
| 2029 | 740 | 1,600 | 2,000 | 4,100 | 6,200 | 18,000 | 26,000 | 48,000 |
| 2030 | 760 | 1,600 | 2,000 | 4,200 | 6,300 | 19,000 | 27,000 | 49,000 |
| 2031 | 790 | 1,600 | 2,100 | 4,300 | 6,500 | 19,000 | 27,000 | 50,000 |
| 2032 | 820 | 1,700 | 2,100 | 4,500 | 6,800 | 19,000 | 28,000 | 51,000 |
| 2033 | 850 | 1,700 | 2,200 | 4,600 | 7,000 | 20,000 | 28,000 | 52,000 |
| 2034 | 880 | 1,800 | 2,200 | 4,700 | 7,200 | 20,000 | 29,000 | 54,000 |
| 2035 | 900 | 1,800 | 2,300 | 4,900 | 7,400 | 21,000 | 29,000 | 55,000 |
| 2036 | 930 | 1,900 | 2,400 | 5,000 | 7,600 | 21,000 | 30,000 | 56,000 |
| 2037 | 960 | 1,900 | 2,400 | 5,100 | 7,800 | 21,000 | 30,000 | 57,000 |
| 2038 | 990 | 2,000 | 2,500 | 5,200 | 8,000 | 22,000 | 31,000 | 58,000 |
| 2039 | 1,000 | 2,000 | 2,500 | 5,400 | 8,200 | 22,000 | 31,000 | 59,000 |
| 2040 | 1,000 | 2,000 | 2,600 | 5,500 | 8,400 | 23,000 | 32,000 | 60,000 |
| 2041 | 1,100 | 2,100 | 2,600 | 5,600 | 8,600 | 23,000 | 32,000 | 61,000 |
| 2042 | 1,100 | 2,100 | 2,700 | 5,700 | 8,800 | 23,000 | 33,000 | 62,000 |
| 2043 | 1,100 | 2,200 | 2,700 | 5,800 | 9,100 | 24,000 | 33,000 | 64,000 |
| 2044 | 1,200 | 2,200 | 2,800 | 5,900 | 9,300 | 24,000 | 34,000 | 65,000 |
| 2045 | 1,200 | 2,300 | 2,800 | 6,100 | 9,500 | 25,000 | 34,000 | 66,000 |
| 2046 | 1,200 | 2,300 | 2,900 | 6,200 | 9,800 | 25,000 | 35,000 | 67,000 |
| 2047 | 1,300 | 2,400 | 2,900 | 6,300 | 10,000 | 26,000 | 35,000 | 68,000 |
| 2048 | 1,300 | 2,400 | 3,000 | 6,400 | 10,000 | 26,000 | 36,000 | 69,000 |
| 2049 | 1,300 | 2,500 | 3,000 | 6,500 | 10,000 | 26,000 | 36,000 | 71,000 |
| 2050 | 1,300 | 2,500 | 3,100 | 6,700 | 11,000 | 27,000 | 37,000 | 72,000 |

16

**Table A2: 2020 Global SC-CH$_4$ Estimates at 2.5 Percent Discount Rate (2007$/metric ton CH$_4$)**

| Percentile | 1st | 5th | 10th | 25th | 50th | Avg | 75th | 90th | 95th | 99th |
|---|---|---|---|---|---|---|---|---|---|---|
| Scenario[16] | PAGE | | | | | | | | | |
| IMAGE | 120 | 220 | 300 | 520 | 1100 | 2200 | 2500 | 5500 | 8300 | 14000 |
| MERGE Optimistic | 90 | 160 | 220 | 380 | 790 | 1600 | 1900 | 4200 | 6400 | 11000 |
| MESSAGE | 110 | 190 | 260 | 450 | 940 | 2000 | 2200 | 5100 | 7900 | 14000 |
| MiniCAM Base | 100 | 190 | 260 | 450 | 940 | 1900 | 2200 | 4900 | 7300 | 13000 |
| 5th Scenario | 64 | 120 | 170 | 290 | 590 | 1400 | 1500 | 3600 | 5900 | 12000 |

| Scenario | DICE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| IMAGE | 460 | 580 | 670 | 880 | 1200 | 1400 | 1800 | 2600 | 3000 | 3500 |
| MERGE Optimistic | 330 | 420 | 490 | 640 | 890 | 1000 | 1300 | 1800 | 2100 | 2400 |
| MESSAGE | 420 | 540 | 630 | 820 | 1100 | 1300 | 1700 | 2300 | 2600 | 3100 |
| MiniCAM Base | 400 | 520 | 600 | 790 | 1100 | 1300 | 1700 | 2400 | 2800 | 3300 |
| 5th Scenario | 360 | 460 | 530 | 680 | 920 | 1100 | 1300 | 1900 | 2200 | 2600 |

| Scenario | FUND | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| IMAGE | 170 | 450 | 610 | 980 | 1600 | 1900 | 2400 | 3600 | 4400 | 6500 |
| MERGE Optimistic | 230 | 500 | 650 | 990 | 1500 | 1800 | 2300 | 3300 | 4100 | 6400 |
| MESSAGE | 180 | 430 | 580 | 920 | 1400 | 1700 | 2200 | 3100 | 3700 | 5500 |
| MiniCAM Base | 230 | 480 | 640 | 1000 | 1600 | 1800 | 2400 | 3500 | 4300 | 6500 |
| 5th Scenario | -10 | 260 | 390 | 670 | 1100 | 1300 | 1700 | 2400 | 3000 | 4400 |

**Table A3: 2020 Global SC-CH$_4$ Estimates at 3 Percent Discount Rate (2007$/metric ton CH$_4$)**

| Percentile | 1st | 5th | 10th | 25th | 50th | Avg | 75th | 90th | 95th | 99th |
|---|---|---|---|---|---|---|---|---|---|---|
| Scenario | PAGE | | | | | | | | | |
| IMAGE | 86 | 160 | 220 | 380 | 800 | 1700 | 1900 | 4200 | 6500 | 12000 |
| MERGE Optimistic | 64 | 120 | 160 | 280 | 590 | 1300 | 1400 | 3300 | 5100 | 8900 |
| MESSAGE | 77 | 140 | 200 | 350 | 720 | 1600 | 1700 | 4000 | 6300 | 12000 |
| MiniCAM Base | 74 | 140 | 190 | 330 | 690 | 1500 | 1600 | 3700 | 5700 | 10000 |
| 5th Scenario | 44 | 91 | 130 | 230 | 470 | 1100 | 1100 | 2800 | 4700 | 9400 |

| Scenario | DICE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| IMAGE | 360 | 460 | 530 | 690 | 940 | 1100 | 1400 | 1900 | 2100 | 2500 |
| MERGE Optimistic | 270 | 340 | 400 | 510 | 700 | 790 | 1000 | 1300 | 1500 | 1800 |
| MESSAGE | 350 | 440 | 510 | 660 | 900 | 1000 | 1300 | 1700 | 2000 | 2300 |
| MiniCAM Base | 310 | 400 | 460 | 600 | 830 | 960 | 1200 | 1700 | 2000 | 2300 |
| 5th Scenario | 290 | 370 | 420 | 540 | 720 | 820 | 1000 | 1400 | 1600 | 1900 |

| Scenario | FUND | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| IMAGE | 160 | 370 | 490 | 760 | 1200 | 1400 | 1800 | 2500 | 3100 | 4600 |
| MERGE Optimistic | 200 | 400 | 520 | 770 | 1200 | 1400 | 1700 | 2400 | 3000 | 4700 |
| MESSAGE | 160 | 370 | 470 | 720 | 1100 | 1300 | 1600 | 2200 | 2700 | 4000 |
| MiniCAM Base | 200 | 400 | 510 | 770 | 1200 | 1300 | 1700 | 2500 | 3000 | 4600 |
| 5th Scenario | 41 | 240 | 340 | 540 | 840 | 980 | 1200 | 1700 | 2100 | 3000 |

---

[16] See 2010 SC-CO$_2$ TSD for a description of these scenarios.

**Table A4: 2020 Global SC-CH$_4$ Estimates at 5 Percent Discount Rate (2007$/metric ton CH$_4$)**

| Percentile | 1st | 5th | 10th | 25th | 50th | Avg | 75th | 90th | 95th | 99th |
|---|---|---|---|---|---|---|---|---|---|---|
| Scenario | PAGE | | | | | | | | | |
| IMAGE | 26 | 58 | 85 | 160 | 330 | 770 | 810 | 2000 | 3100 | 6200 |
| MERGE Optimistic | 18 | 42 | 61 | 110 | 240 | 570 | 600 | 1400 | 2300 | 4600 |
| MESSAGE | 23 | 53 | 79 | 150 | 310 | 740 | 770 | 1900 | 3000 | 6100 |
| MiniCAM Base | 20 | 47 | 68 | 130 | 270 | 640 | 670 | 1600 | 2600 | 5100 |
| 5th Scenario | 11 | 34 | 53 | 100 | 220 | 560 | 550 | 1400 | 2300 | 4900 |
| Scenario | DICE | | | | | | | | | |
| IMAGE | 200 | 250 | 290 | 360 | 460 | 490 | 610 | 770 | 850 | 950 |
| MERGE Optimistic | 160 | 200 | 220 | 270 | 350 | 380 | 470 | 590 | 650 | 730 |
| MESSAGE | 210 | 260 | 290 | 360 | 460 | 500 | 610 | 760 | 840 | 940 |
| MiniCAM Base | 170 | 210 | 240 | 300 | 390 | 420 | 520 | 660 | 740 | 830 |
| 5th Scenario | 170 | 210 | 240 | 290 | 370 | 400 | 490 | 610 | 680 | 760 |
| Scenario | FUND | | | | | | | | | |
| IMAGE | 110 | 200 | 250 | 350 | 500 | 570 | 700 | 950 | 1100 | 1700 |
| MERGE Optimistic | 110 | 200 | 250 | 350 | 500 | 570 | 700 | 960 | 1200 | 1800 |
| MESSAGE | 110 | 200 | 240 | 340 | 490 | 550 | 680 | 910 | 1100 | 1600 |
| MiniCAM Base | 120 | 200 | 250 | 340 | 490 | 550 | 680 | 920 | 1100 | 1600 |
| 5th Scenario | 73 | 150 | 200 | 280 | 390 | 430 | 540 | 700 | 820 | 1100 |

**Table A5: 2020 Global SC-N$_2$O Estimates at 2.5 Percent Discount Rate (2007$/metric ton N$_2$O)**

| Percentile | 1st | 5th | 10th | 25th | 50th | Avg | 75th | 90th | 95th | 99th |
|---|---|---|---|---|---|---|---|---|---|---|
| Scenario | PAGE | | | | | | | | | |
| IMAGE | 2100 | 3900 | 5300 | 9300 | 20000 | 36000 | 44000 | 92000 | 130000 | 200000 |
| MERGE Optimistic | 1400 | 2500 | 3500 | 6100 | 13000 | 24000 | 30000 | 62000 | 91000 | 140000 |
| MESSAGE | 1400 | 2600 | 3600 | 6400 | 14000 | 28000 | 32000 | 71000 | 110000 | 180000 |
| MiniCAM Base | 1700 | 3100 | 4300 | 7600 | 16000 | 30000 | 37000 | 77000 | 110000 | 170000 |
| 5th Scenario | 650 | 1300 | 1900 | 3400 | 7500 | 18000 | 19000 | 47000 | 75000 | 150000 |
| Scenario | DICE | | | | | | | | | |
| IMAGE | 8900 | 11000 | 13000 | 17000 | 23000 | 26000 | 33000 | 43000 | 49000 | 56000 |
| MERGE Optimistic | 5600 | 7100 | 8100 | 10000 | 14000 | 15000 | 19000 | 25000 | 28000 | 32000 |
| MESSAGE | 6400 | 8000 | 9200 | 12000 | 16000 | 18000 | 23000 | 30000 | 34000 | 40000 |
| MiniCAM Base | 7500 | 9600 | 11000 | 14000 | 20000 | 22000 | 28000 | 38000 | 43000 | 49000 |
| 5th Scenario | 4800 | 6100 | 7000 | 8900 | 12000 | 14000 | 18000 | 25000 | 29000 | 34000 |
| Scenario | FUND | | | | | | | | | |
| IMAGE | 3300 | 6300 | 8200 | 13000 | 20000 | 24000 | 31000 | 44000 | 54000 | 75000 |
| MERGE Optimistic | 3600 | 6400 | 8200 | 12000 | 18000 | 21000 | 27000 | 37000 | 44000 | 65000 |
| MESSAGE | 2700 | 5500 | 7100 | 11000 | 16000 | 19000 | 24000 | 34000 | 40000 | 56000 |
| MiniCAM Base | 3500 | 6500 | 8200 | 12000 | 19000 | 22000 | 29000 | 41000 | 49000 | 71000 |
| 5th Scenario | 790 | 3300 | 4500 | 7300 | 12000 | 14000 | 18000 | 27000 | 32000 | 44000 |

**Table A6: 2020 Global SC-N$_2$O Estimates at 3 Percent Discount Rate (2007\$/metric ton N$_2$O)**

| Percentile | 1st | 5th | 10th | 25th | 50th | Avg | 75th | 90th | 95th | 99th |
|---|---|---|---|---|---|---|---|---|---|---|
| Scenario | PAGE | | | | | | | | | |
| IMAGE | 1400 | 2500 | 3500 | 6200 | 13000 | 25000 | 30000 | 65000 | 95000 | 150000 |
| MERGE Optimistic | 910 | 1700 | 2300 | 4100 | 8900 | 17000 | 21000 | 45000 | 67000 | 100000 |
| MESSAGE | 930 | 1800 | 2500 | 4400 | 9600 | 20000 | 23000 | 51000 | 78000 | 140000 |
| MiniCAM Base | 1100 | 2000 | 2800 | 4900 | 11000 | 21000 | 25000 | 54000 | 79000 | 130000 |
| 5th Scenario | 440 | 910 | 1300 | 2400 | 5400 | 13000 | 14000 | 34000 | 54000 | 110000 |

| Scenario | DICE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| IMAGE | 6000 | 7600 | 8700 | 11000 | 15000 | 17000 | 21000 | 28000 | 31000 | 35000 |
| MERGE Optimistic | 3900 | 5000 | 5600 | 7200 | 9500 | 10000 | 13000 | 17000 | 19000 | 21000 |
| MESSAGE | 4600 | 5700 | 6600 | 8400 | 11000 | 12000 | 16000 | 20000 | 23000 | 26000 |
| MiniCAM Base | 5000 | 6400 | 7300 | 9400 | 13000 | 14000 | 18000 | 24000 | 27000 | 30000 |
| 5th Scenario | 3400 | 4300 | 4900 | 6200 | 8300 | 9600 | 12000 | 16000 | 19000 | 22000 |

| Scenario | FUND | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| IMAGE | 2400 | 4500 | 5700 | 8400 | 13000 | 15000 | 19000 | 28000 | 33000 | 47000 |
| MERGE Optimistic | 2600 | 4500 | 5600 | 8100 | 12000 | 14000 | 17000 | 24000 | 29000 | 43000 |
| MESSAGE | 2000 | 4000 | 5000 | 7300 | 11000 | 13000 | 16000 | 22000 | 26000 | 37000 |
| MiniCAM Base | 2600 | 4500 | 5700 | 8300 | 12000 | 14000 | 18000 | 26000 | 31000 | 45000 |
| 5th Scenario | 790 | 2500 | 3300 | 5200 | 7900 | 9100 | 12000 | 17000 | 20000 | 28000 |

**Table A7: 2020 Global SC-N$_2$O Estimates at 5 Percent Discount Rate (2007\$/metric ton N$_2$O)**

| Percentile | 1st | 5th | 10th | 25th | 50th | Avg | 75th | 90th | 95th | 99th |
|---|---|---|---|---|---|---|---|---|---|---|
| Scenario | PAGE | | | | | | | | | |
| IMAGE | 330 | 680 | 950 | 1700 | 3800 | 8300 | 9200 | 21000 | 33000 | 61000 |
| MERGE Optimistic | 220 | 450 | 640 | 1200 | 2600 | 5700 | 6300 | 15000 | 23000 | 42000 |
| MESSAGE | 250 | 530 | 750 | 1400 | 3100 | 6900 | 7500 | 18000 | 28000 | 54000 |
| MiniCAM Base | 250 | 520 | 730 | 1300 | 3000 | 6500 | 7200 | 17000 | 26000 | 48000 |
| 5th Scenario | 110 | 290 | 440 | 830 | 1900 | 4700 | 4800 | 12000 | 20000 | 42000 |

| Scenario | DICE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| IMAGE | 2100 | 2600 | 2900 | 3600 | 4600 | 4900 | 6000 | 7500 | 8200 | 9200 |
| MERGE Optimistic | 1500 | 1800 | 2000 | 2500 | 3200 | 3400 | 4200 | 5100 | 5600 | 6200 |
| MESSAGE | 1800 | 2200 | 2500 | 3100 | 3900 | 4200 | 5100 | 6300 | 7000 | 7700 |
| MiniCAM Base | 1700 | 2100 | 2300 | 2900 | 3700 | 4000 | 4900 | 6100 | 6800 | 7500 |
| 5th Scenario | 1400 | 1700 | 1900 | 2300 | 2900 | 3200 | 3900 | 4900 | 5400 | 6100 |

| Scenario | FUND | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| IMAGE | 890 | 1500 | 1900 | 2600 | 3700 | 4200 | 5200 | 7000 | 8400 | 12000 |
| MERGE Optimistic | 900 | 1500 | 1800 | 2500 | 3500 | 4100 | 5000 | 6800 | 8200 | 12000 |
| MESSAGE | 830 | 1400 | 1800 | 2400 | 3400 | 3800 | 4700 | 6300 | 7500 | 11000 |
| MiniCAM Base | 980 | 1500 | 1800 | 2500 | 3500 | 3900 | 4800 | 6500 | 7800 | 12000 |
| 5th Scenario | 540 | 1100 | 1300 | 1800 | 2500 | 2800 | 3500 | 4600 | 5300 | 7200 |

**Table A8: Additional Summary Statistics of 2020 Global SC-CH$_4$ Estimates**

| Discount rate: | 5.0% | | | | 3.0% | | | | 2.5% | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Statistic: | Mean | Variance | Skewness | Kurtosis | Mean | Variance | Skewness | Kurtosis | Mean | Variance | Skewness | Kurtosis |
| DICE | 440 | 28000 | 1 | 0 | 930 | 210000 | 1 | 1 | 1200 | 420000 | 1 | 1 |
| PAGE | 650 | 1200000 | 4 | 26 | 1400 | 4400000 | 3 | 15 | 1800 | 6700000 | 3 | 13 |
| FUND | 530 | 160000 | 44 | 5900 | 1300 | 7800000 | 36 | 12000 | 1700 | 29000000 | -4 | 11000 |

**Table A9: Additional Summary Statistics of 2020 Global SC-N$_2$O Estimates**

| Discount rate: | 5.0% | | | | 3.0% | | | | 2.5% | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Statistic: | Mean | Variance | Skewness | Kurtosis | Mean | Variance | Skewness | Kurtosis | Mean | Variance | Skewness | Kurtosis |
| DICE | 3900 | 2300000 | 1 | 0 | 13000 | 40000000 | 2 | 13 | 19000 | 110000000 | 4 | 67 |
| PAGE | 6400 | 97000000 | 4 | 17 | 19000 | 690000000 | 3 | 9 | 27000 | 1300000000 | 3 | 8 |
| FUND | 3700 | 5400000 | -2 | 260 | 13000 | 120000000 | -1 | 360 | 20000 | 370000000 | -2 | 540 |



**COMPENDIUM OF SCIENTIFIC, MEDICAL, AND MEDIA FINDINGS
DEMONSTRATING RISKS AND HARMS OF FRACKING
(UNCONVENTIONAL GAS AND OIL EXTRACTION)**

**Third Edition**

**October 14, 2015**



## Foreword to the Third Edition

The *Compendium of Scientific, Medical, and Media Findings Demonstrating Risks and Harms of Fracking* (the Compendium) is a fully referenced compilation of the evidence outlining the risks and harms of fracking. Bringing together findings from the scientific and medical literature, government and industry reports, and journalistic investigation, it is a public, open-access document that is housed on the websites of Concerned Health Professionals of New York (www.concernedhealthny.org) and Physicians for Social Responsibility (www.psr.org).

Since its original release on July 9, 2014, by Concerned Health Professionals of New York, the Compendium has been used and referenced all over the world. It has been independently translated into Spanish and adopted for use in the European Union, South Africa, the United Kingdom, and Australia.

The release of the first edition of the Compendium coincided with a meteoric rise in the publication of new scientific studies about the risks and impacts of fracking. Hence, a second edition was released five months later, on December 11, 2014, and included dozens of new investigative reports and just-published research papers that further clarified, corroborated, and explicated the recurrent problems, data gaps, and ongoing uncertainties that natural gas and oil extraction via hydraulic fracturing brings with it.

Almost concurrently, on December 17, 2014, the New York State Department of Health (NYS DOH) released its own long-awaited review of the health impacts of fracking. This 186-page document served as the foundation for a statewide ban on high volume hydraulic fracturing, announced by New York Governor Andrew Cuomo on the same day. The conclusions of the NYS DOH public health review largely aligned with our own. In the words of New York State Health Commissioner Dr. Howard Zucker:

> [T]he overall weight of the evidence from the cumulative body of information contained in this Public Health Review demonstrates that there are significant uncertainties about the kinds of adverse health outcomes that may be associated with HVHF [high volume hydraulic fracturing], the likelihood of the occurrence of adverse health outcomes, and the effectiveness of some of the mitigation measures in reducing or preventing environmental impacts which could adversely affect public health…. [I]t is clear from the existing literature and experience that HVHF activity has resulted in environmental impacts that are potentially adverse to public health. Until the science provides sufficient information to determine the level of risk to public health from HVHF and whether the risks can be adequately managed, HVHF should not proceed in New York State. (See footnote 282.)

This third edition of the Compendium, which was created as a joint effort with Physicians for Social Responsibility, continues to exist in a moving stream of data. More than 100 new studies on the impacts of fracking have appeared in the peer-reviewed literature since public health

concerns so famously led to a ban on high volume fracking in New York—and since the second version of this document was released nine months ago.

Our knowledge base is very young. The study citation database maintained by PSE Healthy Energy shows that over half of the available studies on the adverse impacts of shale and tight gas development have been published since January 2014. In 2014, 192 peer-reviewed studies on these impacts were published. In the first six months of 2015, 103 studies appeared.[*] The vast majority of these studies reveal problems. Specifically, as demonstrated by PSE's statistical analysis, 69 percent of original research studies on water quality found potential for, or actual evidence of, water contamination; 88 percent of original research studies on air quality found elevated air pollutant emissions; and 84 percent of original research studies on human health risks found signs of harm or indication of potential harm.[**]

Since the release of our second edition, in addition to this surge of peer-reviewed papers, four multi-volume government reports on the impacts of fracking were issued in the United States: one from the U.S. Environmental Protection Agency that focuses on water; two from California that examine a wide array of impacts; and, from New York, the Department of Environmental Conservation's Findings Statement that—together with the final environmental impact statement on fracking—implements New York's ban and incorporates the NYS DOH public health review into a larger analysis of the environmental and economic impacts of fracking.

As a response to this proliferating evidence for the problems and harms of fracking—augmented by increasing concern about the many uncertainties remaining—various countries, states, and municipalities have instituted bans and moratoria, with many prohibitions announced this year.

Following New York's ban on high volume hydraulic fracturing in December 2014, Scotland became the first country in Great Britain to impose a formal moratorium on fracking, after an expert panel concluded that more study of fracking's risks is needed. Wales followed in February 2015 when its government declared a moratorium on fracking "until it is proven safe." The Canadian province of New Brunswick declared a moratorium for similar reasons in March. In May, the state of Maryland overwhelmingly passed a two-and-a-half-year moratorium, largely based on concerns about health impacts. In June, citing concerns about noise impacts and the industrialization of rural landscape, the county of Lancashire in northwest England halted plans for what would have been a major British fracking operation; the first and only two wells drilled around Lancashire years previously had suffered well integrity failures and caused earthquakes. In July, the Dutch government banned all shale gas fracking for five years on the grounds that "research shows that there is uncertainty" about impacts. Conversely, a fracking ban passed by the city of Denton, Texas in November, 2014 was invalidated in June 2015 by a new state law, pushed by the oil and gas industry that reasserts state control over fracking and prohibits Texas municipalities from passing local bans. In September, Northern Ireland and the Spanish region of Castile La Mancha both presumptively halted fracking via planning policies.

---

[*] PSE Healthy Energy. http://www.psehealthyenergy.org/site/view/1180
[**] Hays, J. and Shonkoff, S. B. C. (2015, June 16). Toward an understanding of the environmental and public health impacts of shale gas development: an analysis of the peer-reviewed scientific literature, 2009-2015, PSE Healthy Energy working paper, revised June 2015. Retrieved from http://www.psehealthyenergy.org/data/Database_Analysis_2015.6_.16_.pdf

# Introduction

Over the past decade, directional drilling has been combined with high volume hydraulic fracturing and clustered multi-well pads as novel technologies for extracting dispersed oil and natural gas, primarily from shale formations. As this unconventional extraction method (collectively known as "fracking") has pushed into more densely populated areas of the United States, as fracking operations have increased in frequency and intensity, and, as the transport of extracted materials has expanded, a significant body of evidence has emerged to demonstrate that these activities are dangerous to people and their communities in ways that are difficult—and may prove impossible—to mitigate. Risks include earthquakes and adverse impacts on water, air, agriculture, public health and safety, property values, climate stability, and economic vitality.

Researching these complex, large-scale industrialized activities—and the ancillary infrastructure that supports them—takes time and has been hindered by institutional secrecy. Nonetheless, research is gradually catching up to the last decade's surge in unconventional oil and gas extraction from shale. A growing body of peer-reviewed studies, accident reports, and investigative articles has detailed specific, quantifiable evidence of harm and has revealed fundamental problems with the entire life cycle of operations associated with unconventional drilling and fracking. Industry studies as well as independent analyses indicate inherent engineering problems including uncontrolled and unpredictable fracturing, induced seismicity, extensive methane leakage, and well casing and cement impairments that cannot be prevented with currently available materials and technologies.

Earlier scientific predictions and anecdotal evidence are now bolstered by empirical data, confirming that the public health risks from unconventional gas and oil extraction are real, the range of adverse impacts significant, and the negative economic consequences considerable. Our examination of the peer-reviewed medical and public health literature uncovered no evidence that fracking can be practiced in a manner that does not threaten human health.

Despite this emerging body of knowledge, industry secrecy and government inaction continue to thwart scientific inquiry, leaving many potential problems—especially cumulative, long-term risks—unidentified, unmonitored, and largely unexplored. This problem is compounded by non-disclosure agreements, sealed court records, and legal settlements that prevent families and their doctors from discussing injuries and illness. As a result, no quantitative and comprehensive inventory of human hazards yet exists.

The evidence to date indicates that fracking operations pose severe threats to health, both from water contamination and from air pollution. In the United States, more than two billion gallons of fluid are injected daily under high pressure into the earth with the purpose of enabling oil and gas extraction via fracking or, after the fracking is finished, to flush the extracted wastewater down any of the 187,570 disposal wells across the country that accept oil and gas waste. All of those two billion daily gallons of fluid are toxic, and it all passes through our nation's groundwater aquifers on its way to the deep geological strata below where it can demonstrably raise the risk for earthquakes. In the air above drilling and fracking operations and their attendant infrastructure, researchers have measured strikingly high levels of toxic pollutants, including the potent carcinogen benzene and the chemical precursors of smog. In some cases, concentrations

4

of fracking-related air pollution in communities where people live and work far exceed federal safety standards. Research shows that air emissions from fracking can drift and pollute the air hundreds of miles downwind. With more than 15 million Americans already living within a mile of a fracking well that has been drilled since 2000, and with more than 50,000 new wells fractured per year over the past 15 years, the potential for exposure and accompanying adverse impacts is significant.

## About this Report

The Compendium is a fully referenced compilation of the significant body of scientific, medical, and journalistic findings demonstrating risks and harms of fracking. Organized to be accessible to public officials, researchers, journalists, and the public at large, the Compendium succinctly summarizes key studies and other findings relevant to the ongoing public debate about unconventional methods of oil and gas extraction. The Compendium should be used by readers to grasp the scope of the information about both public health and safety concerns and the economic realities of fracking that frame these concerns. The reader who wants to delve deeper can consult the reviews, studies, and articles referenced. In addition, the Compendium is complemented by a fully searchable, near-exhaustive citation database of peer-reviewed journal articles pertaining to shale gas and oil extraction, housed at the PSE Healthy Energy scientific literature database.[*]

For this third edition of the Compendium, as before, we collected and compiled findings from three sources: articles from peer-reviewed medical or scientific journals; investigative reports by journalists; and reports from or commissioned by government agencies. Peer-reviewed articles were identified through databases such as PubMed and Web of Science, and from within the PSE Health Energy database. We included review articles when such reviews revealed new understanding of the evidence. Our entries briefly describe studies that documented harm or risk of harm associated with fracking, summarizing the principal findings. Entries do not include detailed results or a critique of the strengths and weaknesses of each study. Because much of medicine's early understanding of new diseases and previously unsuspected epidemiological correlations comes through assessment of case reports, we have included published case reports and anecdotal reports when they are data-based and verifiable.

We also provided, within entries, references to articles appearing in the popular press that described the findings of the corresponding peer-reviewed study. For this purpose, we sought out articles in the popular literature that expertly and plainly reported on studies that were highly technical, especially if those articles included comments by principal investigators on the significance of their findings. In such cases, footnotes for the peer-reviewed study and the matching popular article appear together in one entry. We hope these tandem references will make the findings more accessible to lay readers. Acronyms are spelled out the first time they appear in each section.

News articles appearing as individual entries signify investigative reports by journalists conducting original research. While advocacy organizations have compiled many useful reports

---

[*] PSE Healthy Energy. http://www.psehealthyenergy.org/site/view/1180

on the impacts of fracking, these generally do not appear in our Compendium. We also excluded papers that focused purely on methodologies or instrumentation. For some sources, cross-referenced footnotes are provided, as when wide-ranging government reports or peer-reviewed papers straddled two or more topics.

The pace at which new studies and information are emerging has rapidly accelerated in the past year and a half: in the first few months of 2014, more studies were published on the health effects of fracking than in 2011 and 2012 combined. Indeed, the number of peer-reviewed publications doubled between 2011 and 2012 and then doubled again between 2012 and 2013. More than 80 percent of the available studies on the impacts of shale gas development have been published since January 2013 and over 50 percent since January 2014. In 2014, 192 peer-reviewed studies on the impacts of fracking were published. In the first six months of 2015, 103 studies appeared.[*] In accordance, the Compendium is organized in reverse chronological order within sections, with the most recent information first.

In our review of the data, seventeen compelling themes emerged; these serve as the organizational structure of the Compendium. The document opens with sections on two of the most acute threats—air pollution and water contamination—and ends with medical and scientific calls for more study and transparency. Readers will notice the ongoing upsurge in reported problems and health impacts, making each section top-heavy with recent data. The Compendium focuses on topics most closely related to the public health and safety impacts of unconventional gas and oil drilling and fracking. Additional risks and harms arise from associated infrastructure and industrial activities that necessarily accompany drilling and fracking operations. These include pipelines, compressor stations, oil trains, sand mining operations, cryogenic and liquefaction facilities, processing and fractionation complexes, import/export terminals, and so forth. A detailed accounting of all these ancillary impacts is beyond the scope of this document, but, for the first time, we have included in this edition a section on infrastructure that focuses on compressor stations, pipelines, wastewater recycling facilities, and silica sand mining operations as emerging issues of concern.

Given the rapidly expanding body of evidence related to the harms and risks of unconventional oil and gas extraction, we plan to continue revising and updating the Compendium approximately every six months. It is a living document, housed on the websites of Concerned Health Professionals of New York and Physicians for Social Responsibility, which serves as an educational tool in important ongoing public and policy dialogues. The studies cited in this third edition are current through July 31, 2015.

The Compendium is not a funded project; it was written utilizing the benefit of the experience and expertise of numerous health professionals and scientists who have been involved in this issue for years.

---

[*] Hays, J. and Shonkoff, S. B. C. (2015, June 16). Toward an understanding of the environmental and public health impacts of shale gas development: an analysis of the peer-reviewed scientific literature, 2009-2015, PSE Healthy Energy working paper, revised June 2015. Retrieved from
http://www.psehealthyenergy.org/data/Database_Analysis_2015.6_.16_.pdf

We thank our readers from Physicians for Social Responsibility and PSE Healthy Energy: Barbara Gottlieb, Robert Gould, MD, Jake Hays, Anthony Ingraffea, PhD, PE, Pouné Saberi, MD, MPH, Casey Crandell, and Ryan Miller.

We welcome your feedback and comments.

<div align="right">

Sheila Bushkin-Bedient, MD, MPH
Concerned Health Professionals of New York

Larysa Dyrszka, MD
Concerned Health Professionals of New York, Physicians for Social Responsibility - New York

Yuri Gorby, PhD
Concerned Health Professionals of New York

Mary Menapace, RN
Concerned Health Professionals of New York

Kathleen Nolan, MD, MSL
Concerned Health Professionals of New York, Physicians for Social Responsibility - New York

Carmi Orenstein, MPH
Concerned Health Professionals of New York

Barton Schoenfeld, MD, FACC
Concerned Health Professionals of New York, Physicians for Social Responsibility - New York

Sandra Steingraber, PhD
Concerned Health Professionals of New York

</div>

**Suggested citation:** Concerned Health Professionals of New York & Physicians for Social Responsibility. (2015, October 14). Compendium of scientific, medical, and media findings demonstrating risks and harms of fracking (unconventional gas and oil extraction) (3rd ed.). http://concernedhealthny.org/compendium/

**Cover photos:** Les Stone

## About Concerned Health Professionals of New York

Concerned Health Professionals of New York (CHPNY) is an initiative by health professionals, scientists, and medical organizations for raising science-based concerns about the impacts of fracking on public health and safety. CHPNY provides educational resources and works to ensure that careful consideration of the science and health impacts are at the forefront of the fracking debate. http://concernedhealthny.org

## About Physicians for Social Responsibility

Working for more than 50 years to create a healthy, just, and peaceful world for both present and future generations, Physicians for Social Responsibility (PSR) uses medical and public health expertise to educate and advocate on urgent issues that threaten human health and survival, with the goals of reversing the trajectory towards climate change, protecting the public and the environment from toxic chemicals, and addressing the health consequences of fossil fuels. PSR was founded by physicians concerned about nuclear weapons, and the abolition of nuclear weapons remains part of its mission.

# Contents

Foreword to Third Edition................................................................ 2
Introduction................................................................................ 4
About this report........................................................................... 5
About Concerned Health Professionals of New York.............................. 7
About Physicians for Social Responsibility........................................ 8
Emerging trends.......................................................................... 9
Compilation of Studies & Findings.................................................. 14
    Air pollution.................................................................. 14
    Water contamination.......................................................... 26
    Inherent engineering problems that worsen with time..................... 52
    Radioactive releases.......................................................... 57
    Occupational health and safety hazards.................................... 62
    Public health effects, measured directly.................................... 71
    Noise pollution, light pollution, and stress................................. 78
    Earthquakes and seismic activity........................................... 81
    Abandoned and active oil and natural gas wells as pathways for gas and fluid migration.................................................................... 96
    Flood risks.................................................................... 101
    Threats to agriculture and soil quality..................................... 103
    Threats to the climate system............................................... 108
    Threats from fracking infrastructure....................................... 118
    Inaccurate jobs claims, increased crime rates, threats to property value and mortgages, and local government burden.............................. 125
    Inflated estimates of oil and gas reserves and profitability............... 136
    Disclosure of serious risks to investors.................................... 140
    Medical and scientific calls for more study and more transparency....... 142
Conclusion................................................................................ 151

*Note that for the purposes of this compendium, the terms "fracking" and "drilling and fracking" refer to the entire unconventional oil and gas extraction and distribution process, from well site preparation to transport, distribution, and waste disposal and all associated infrastructure, including pipelines and compressor stations. Not every aspect of this process is fully addressed in the Compendium.

# Emerging Trends

**1) Growing evidence shows that regulations are simply not capable of preventing harm.**
Studies reveal inherent problems in the natural gas extraction process, such as well integrity
failures caused by aging or the pressures of fracking itself. These issues can lead to
contamination, air pollution with carcinogens and other toxic chemicals, and a range of
environmental and other stressors wrought on communities. Some of fracking's many
component parts—which include the subterranean geological landscape itself—are simply not
controllable. Compounding the problem, the number of wells and their attendant infrastructure
continue to proliferate, creating burgeoning cumulative impacts.

As reported in studies published last March, the injection of extreme volumes of fluids—now
typically three to five million gallons or more per well—create significant deformations in the
shale that are translated upwards, a mile or more, to the surface. Along the way, these "pressure
bulbs" can impact in unpredictable ways faults and fissures in the overlying rock strata,
including strata that intersect fresh water aquifers. Such pressure waves may mobilize
contaminants left over from previous drilling and mining activities. (See footnotes 93 and 94.)
No set of regulations can obviate these potential impacts to groundwater. Furthermore, in July,
the state of California determined that fracking can have "significant and unavoidable" impacts
on air quality, including by driving pollutants above levels that violate air quality standards. (See
footnote 2.) According to the New York State Findings Statement, "Even with the
implementation of an extensive suite of mitigation measures…the significant adverse public
health and environmental impacts from allowing high-volume hydraulic fracturing to proceed
under any scenario cannot be adequately avoided or minimized to the maximum extent
practicable…." (See footnote 199.)

**2) Fracking threatens drinking water.** Cases of drinking water sources contaminated by
drilling and fracking activities, as well as associated waste disposal, are now proven. The U.S.
Environmental Protection Agency's (EPA) assessment of fracking's impacts on drinking water
resources confirmed specific instances of water contamination caused by drilling and fracking-
related activities and identified the various pathways by which this contamination has occurred.
According to the EPA, documented cases of drinking water contamination have resulted from
spills of fracking fluid and fracking wastewater; discharge of fracking waste into rivers and
streams; and underground migration of fracking chemicals, including gas, into drinking water
wells. Independently, researchers working in Texas found 19 different fracking-related
contaminants—including cancer-causing benzene—in hundreds of drinking water samples
collected from the aquifer above the heavily drilled Barnett Shale, thereby documenting
widespread water contamination. In Pennsylvania, a solvent used in fracking fluid was found in
drinking water wells near drilling and fracking operations known to have well casing problems.
In California, state regulators admitted that they had mistakenly allowed oil companies to inject
drilling wastewater into aquifers containing clean, potable water. (See footnotes 2, 79, 81, and
83.)

**3) Drilling and fracking emissions contribute to toxic air pollution and smog (ground-level
ozone) at levels known to have health impacts.** The New York State Department of
Environmental Conservation determined that fracking could increase ozone levels in downwind
areas of the state, potentially impacting the ability to maintain air quality that meets ozone

standards. (See footnote 199.) Air near gas wells in rural Ohio had levels of polycyclic aromatic hydrocarbons that surpassed those in downtown Chicago. They were also ten times higher than the levels found in rural areas without fracking operations, raising the lifetime risk of cancer for residents living near the well pads by 45 percent. (See footnote 8.) Two independent reports from California determined that fracking occurs disproportionately in areas already suffering from serious air quality problems and can drive ozone and other federally regulated air pollutants to levels that violate air quality standards. (See footnotes 1 and 2.) This increased air pollution and smog formation poses a serious risk to all those already suffering from respiratory issues, such as children with asthma. With an average of 203 high-ozone days a year, intensely fracked Kern County, California, is the fifth-most ozone-polluted county in the nation, according to the American Lung Association.

**4) Public health problems associated with drilling and fracking, including occupational health and safety problems, are increasingly well documented.** Among residents living near drilling and fracking operations, documented indicators variously include increased rates of hospitalization, self-reported respiratory problems and rashes, motor vehicle fatalities, trauma, drug abuse, and low birth weight among infants. As we go to press, a new study from Johns Hopkins University finds a 40 percent increase in the risk of preterm birth among infants born to mothers who live nearby active drilling and fracking sites in Pennsylvania.[*] Among workers, risks include both toxic exposures and accidents. Benzene has been detected in the urine of wellpad workers in Colorado and Wyoming. The National Institute for Occupational Safety and Health named oil and gas extraction industry workers among those at risk for silicosis, an incurable lung disease caused by exposure to silica dust, from the silica sand that is used extensively in fracking operations. Fatality rates among workers in the oil and gas extraction sector in North Dakota were seven times the national fatality rates in this industry, which itself has more deaths from fires and explosions than any other private industry. An increase in workplace deaths has accompanied the fracking boom in West Virginia. As we go to press, a new census from the Bureau of Labor Statistics finds that the number of fatal work injuries in oil and gas extraction industries rose 27 percent between 2013 and 2014.[**]

**5) Natural gas is a bigger threat to the climate than previously believed.** Methane is a much more potent greenhouse gas than formerly appreciated. The Intergovernmental Panel on Climate Change now estimates that, over a 20-year time frame, methane can, pound for pound, trap 86 times more heat than carbon dioxide.[***] Further, real-world leakage rates greatly exceed earlier estimates. In the heavily drilled Barnett Shale of northeastern Texas, methane emissions were shown to be 50 percent higher than the EPA had estimated. Fracking operations and associated infrastructure contribute 71 to 85 percent of the methane emissions in the region. Researchers discovered that much of these emissions originated not from accidental leaks but from losses that

---

[*] Casey, J. A., Savitz, D. A., Rasmussen, S. G., Ogburn, E. L., Pollak, J., Mercer, D. G., & Schwartz, B. S. (2015). Unconventional natural gas development and birth outcomes in Pennsylvania, USA. *Epidemiology.* Advance online publication. doi: 10.1097/EDE.0000000000000387

[**] U.S. Department of Labor, Bureau of Labor Statistics (2015, September 17). National census of fatal occupational injuries in 2014 (preliminary results). USDL-15-1789. Retrieved from http://www.bls.gov/news.release/pdf/cfoi.pdf

[***] IPCC. (2013). Climate Change 2013: The Physical Science Basis. Contribution of Working Group 1 to the Fifth Assessment Report of the Intergovernmental Panel on Climate Change [Stocker, T. F., D. Qin, G.-K. Plattner, M. Tignor, S. K. Allen, J. Boschung, A. Nauels, Y. Xia, V. Bex & P. M. Midgley (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA. Retrieved from http://www.ipcc.ch/report/ar5/wg1/

are inherent to the design of the machinery or to normal operating use and are therefore not possible to mitigate. Methane leakage at the levels now being documented (by multiple approaches in measurement and modeling) negates and outweighs previously hypothesized benefits from burning methane instead of coal in most existing power plants. As we go to press, a new study confirms that a commonly used instrument to quantify methane leakage has unreliable sensors and malfunctions in ways that vastly underreport emissions by factors of three to five. More than 40 percent of the compiled national methane inventory may be affected by this measurement failure, according to the author of this study.[*] At this writing, the implications of this discovery for our understanding of system-wide methane leakage rates from drilling and fracking operations are not known, but they do call into question the results of at least one major study of methane emissions that relied on this device for collecting data.

**6) Earthquakes are a consequence of drilling and fracking-related activities in many locations.** In the past few months, several major studies have confirmed a causal link between the injection of fracking wastewater in disposal wells and earthquake swarms. The evidence is strong enough that the Oklahoma Supreme Court ruled unanimously in June that homeowners can sue the oil and gas industry for injuries or property damage resulting from earthquakes. The number of earthquakes of magnitude 3.0 or higher has skyrocketed in Oklahoma since the advent of the fracking boom, with fewer than two per year before 2009 and more than 1,100 predicted to occur in 2015. (See footnote 321.) Evidence now also shows that the process of fracking itself can trigger small earthquakes, as several confirmed cases in Ohio, Oklahoma, Texas, the United Kingdom, and Canada demonstrate. (See footnote 199.)

**7) Fracking infrastructure poses serious potential exposure risks to those living near it.** Drilling and fracking activities are temporary operations, but compressor stations are semi-permanent facilities that pollute the air 24 hours a day as long as gas is flowing through the pipeline. As documented by a Pennsylvania study published in February 2015, day-to-day emissions from compressor stations are highly episodic and can create periods of potentially extreme exposures. (See footnote 515.) In the Upper Midwest, Wisconsin residents living near silica sand mining operations that service the fracking industry reported dust exposure and respiratory problems. Silica dust is a known cause of silicosis and lung cancer.

In May 2015, the Medical Society of the State of New York passed a resolution recognizing the potential health impacts of natural gas infrastructure and pledging support for a governmental assessment of the health and environmental risks associated with natural gas pipelines. In June 2015, the American Medical Association (AMA) adopted a similar resolution that supports legislation requiring all levels of government to seek a comprehensive Health Impact Assessment regarding the health and environmental risks associated with natural gas pipelines. As part of a related resolution, the AMA also called for full disclosure of all chemicals used during fracking operations.

**8) Drilling and fracking activities can bring naturally occurring radioactive materials to**

---

[*] Howard, T. (2015). University of Texas study underestimates national methane emissions at natural gas production sites due to instrument sensor failure. *Energy Science & Engineering*. Advance online publication. doi: 10.1002/ese3.81. This is the second of two recent studies that finds that the primary tool approved by the U.S. EPA for measuring and reporting emissions of methane fails to function properly when used as directed by the manufacturer. See also footnote 453.

11

**the surface.** Exposure to increased radiation levels from these materials is a risk both for workers and for residents. In Pennsylvania, radon levels in homes have been rising since the advent of the fracking boom, and buildings in heavily drilled areas have significantly higher radon readings than areas without well pads—a difference that did not exist before 2004. University of Iowa researchers documented a variety of radioactive substances including radium, thorium, and uranium in fracking wastewater and determined that their radioactivity increased over time; they warned that radioactive decay products can potentially contaminate recreational, agricultural, and residential areas. The New York State DEC's Findings Statement noted that naturally occurring radioactive materials (NORM) are brought to the surface "in the cuttings, flowback water and production brine....[T]he build-up of NORM in pipes and equipment has the potential to cause a significant adverse impact because it could expose workers handling pipes, for cleaning or maintenance, to increased radiation levels." (See footnote 199.)

**9) The risks posed by fracking in California are unique.** One in every eight Americans lives in California, and hydraulic fracturing in California is practiced differently than in other states, making its risks different, as well. California is the only state that allows fracking waste to be held in unlined, open pits, which creates risks for both air and groundwater contamination. Wells are more likely to be vertical rather than horizontal, and the oil-containing shale is shallower. Hence, much less water is used per well for fracking as compared to other states. However, the fracking fluid used is much more chemically concentrated, the fracking zones are located closer to overlying aquifers, and the risk of a fracture reaching groundwater is higher. Most new fracking operations in California take place in areas with a long history of oil extraction, most notably San Joaquin Valley within Kern County. A high density of old and abandoned wells in that area provides potential leakage pathways, should fractures intersect with them. And although fracking requires considerably less water per well in California, it takes place disproportionately in areas of severe water shortages and can compete with municipal and agricultural needs for freshwater. (See footnote 74.)

Fracking in California is concentrated in two areas, both of which face unique potential risks to human health. One, Kern County, serves as a top producer of the nation's food crops, yet it hosts the highest density of drilling and fracking operations in the state. These factors project fracking's impacts onto geographically distant populations. The other area where fracking is concentrated, the Los Angeles oil basin, is located directly under one of the most populous cities in the world. About 1.7 million people in Los Angeles live or work within one mile of an active oil or gas well. California does not currently limit how close drilling and fracking operations can be from residences or schools.

The recent admission by state regulators that companies had been wrongly allowed to inject fracking waste directly into freshwater aquifers for years has led to the closing of many disposal wells. The combination of ongoing drought and lack of disposal options has resulted in the diversion of fracking wastewater to farmers for irrigation of crops, raising concerns about contaminated water potentially affecting food crops and draining into groundwater. Chevron Corporation piped eight million gallons of treated fracking waste to farmers for crop irrigation last year. Tests showed the presence of several volatile organic compounds, including acetone. (See footnote 426.) Food is a very troubling possible exposure route to fracking chemicals about which little is known. (See footnotes 425-427, 433, 436-438, 444-447.)

**10) The economic instabilities of fracking further exacerbate public health risks.** Real-life challenges to the industry's arguments that fracking is good business are becoming more apparent. Independent economic analyses show that the promise of job creation has been greatly hyped, with many jobs going to out-of-area workers. With the arrival of drilling and fracking operations, communities have experienced steep increases in rates of crime, including sex trafficking, sexual assault, drunk driving, drug abuse, and violent victimization—all of which carry public health consequences, especially for women. Social costs include strain on law enforcement, municipal services, and road damage. Economic analyses have found that drilling and fracking threaten property values and can diminish tax revenues for local governments. Additionally, drilling and fracking pose an inherent conflict with mortgages and property insurance due to the hazardous materials used and the associated risks.

The shaky economic fundamentals of the industry as a whole also have consequences for public health and safety. The low price of oil and gas coupled with unexpectedly short-lived well production has led companies drilling shale to reduce the value of their assets by billions of dollars, creating shortfalls that are largely filled through asset sales and increasing debt load. Falling prices means that interest payments are consuming revenue of many smaller companies, raising questions about safety-cutting measures. Inflated and unreliable estimates of shale reserves and potential profitability continue to fuel the rush to drill new wells, cut regulatory corners, and press into densely populated communities. Thus, the fundamental economic uncertainties of shale gas and oil production further exacerbate the risks of fracking to public health and society.

13

# Compilation of Studies & Findings

## Air pollution

*Studies increasingly show that air pollution associated with drilling and fracking operations is a grave concern with a range of impacts. Researchers have documented dozens of air pollutants from drilling and fracking operations that pose serious health hazards. Areas with substantial drilling and fracking build-out show high levels of ozone, striking declines in air quality, and, in several cases, increased rates of health problems with known links to air pollution. Air sampling surveys find exceedingly high concentrations of volatile organic compounds, especially carcinogenic benzene and formaldehyde, both at the wellhead and at distances that exceed legal setback distances from wellhead to residence. In some cases, concentrations exceeded federal safety standards by several orders of magnitude.*

- July 9, 2015 – The California Council on Science and Technology, in collaboration with the Lawrence Berkeley National Laboratory, released the second and third volumes of an extensive, peer-reviewed assessment of fracking in California. Air quality impacts are the focus of volume 2, chapter 3. It finds that current inventory methods underestimate methane and volatile organic chemical emissions from oil and gas operations and that fracking occurs in areas of California—most notably in the San Joaquin and South Coast air basins—that already suffer from serious air quality problems. Further, no experimental studies of air emissions from drilling and fracking operations have ever been conducted in California. Although California has well-developed air quality inventory methods, they are "not designed to estimate well stimulation emissions directly, and it is not possible to determine well stimulation emissions from current inventory methods."[1]

- July 1, 2015 – In accordance with California Senate Bill No. 4, the California Division of Oil, Gas, and Geothermal Resources released a three-volume environmental impact report on oil and gas well stimulation treatments in the state (which, in California, include fracking along with acidizing and other unconventional extraction technologies that break up oil- or gas-containing rock). The Division determined that fracking and related operations can have "significant and unavoidable" impacts on air quality, including increasing ozone and other federally regulated pollutants to levels that violate air quality standards or that would make those violations worse.[2, 3]

---

[1] Brandt, A., Millstein, D., Jin, L., & Englander, J. (2015, July 9). Air quality impacts from well stimulation. In: California Council on Science and Technology, *An Independent Scientific Assessment of Well Stimulation in California*, volume 2, chapter 3. Retrieved from http://ccst.us/publications/2015/vol-II-chapter-3.pdf

[2] California Department of Conservation, Division of Oil, Gas, and Geothermal Resources (2015, July 1). *Analysis of Oil and Gas Well Stimulation Treatments in California, Volume II.* Retrieved from http://www.conservation.ca.gov/dog/SB4DEIR/Pages/SB4_DEIR_TOC.aspx

[3] Cart. J. (2015, July 1). State issues toughest-in-the-nation fracking rules. *Los Angeles Times.* Retrieved from http://www.latimes.com/local/lanow/la-me-ln-state-issues-fracking-rules-20150701-story.html

14

- April 21, 2015 – In a study funded by the electric power industry, a research team found that fracking had diminished air quality in rural areas downwind of gas sites in two heavily drilled Pennsylvania counties but that concentrations of volatile organic compounds were not as high as expected based on results in other states. Methane levels were higher than previous research had found.[4] The extent to which the results can be generalized to the Marcellus basin as a whole, the authors emphasized, remains uncertain.[5]

- April 15, 2015 – In a review of the literature, Colorado researchers demonstrated that four common chemical air pollutants from drilling and fracking operations—benzene, toluene, ethylbenzene, and xylene (BTEX)—are endocrine disruptors commonly found in ambient air that have the ability to interfere with human hormones at low exposure levels, including at concentrations well below EPA recommended exposure limits. Among the health conditions linked to ambient level exposures to the BTEX family of air pollutants: sperm abnormalities, reduced fetal growth, cardiovascular disease, respiratory dysfunction, and asthma.[6] "This review suggests that BTEX may…have endocrine disrupting properties at low concentrations, presenting an important line of inquiry for future research. BTEX are used globally in consumer products, and are released from motor vehicles and oil and natural gas operations that are increasingly in close proximity to homes, schools, and other places of human activity."[7]

- March 26, 2015 – Working with citizen volunteers, a team led by Oregon State University researchers installed passive air samplers in the backyard properties of residents living within three miles of fracking wells in rural Ohio. They found levels of polycyclic aromatic hydrocarbons that surpassed those measured in downtown Chicago, were ten times higher than those found in other rural areas without fracking operations, and exceeded the EPA's maximum acceptable risk level for cancer. Using standard EPA methodologies, researchers determined that the excess lifetime cancer risk for residents living nearest the wells was about 45 percent higher than for residents living farthest from them and three times higher than the EPA's acceptable risk level of 1 in 10,000.[8, 9] Public health researcher David O. Carpenter, MD, at University of Albany, who was not part of

---

[4] Phillips, S. (2015, May 19). Study: lower than expected air pollutants detected at Marcellus drilling sites. *State Impact Pennsylvania*. Retrieved from https://stateimpact.npr.org/pennsylvania/2015/05/19/study-lower-than-expected-air-pollutants-from-gas-drilling-sites/
[5] Goetz, J. D., Floerchinger, C., Fortner E. C., Wormhoudt, J., Massoli, P., Knighton, W. B., . . . DeCarlo, P.F. (2015). Atmospheric emission characterization of Marcellus Shale natural gas development sites. *Environmental Science & Technology, 49,* 7012-20. doi 10.1021/acs.est.5b00452
[6] Bienkowski, B. (2015, April 15). Scientists warn of hormone impacts from benzene, xylene, other common solvents. *Environmental Health News.* Retrieved from http://www.environmentalhealthnews.org/ehs/news/2015/apr/endocrine-disruption-hormones-benzene-solvents
[7] Bolden, A. L., Kwiatkowski, C. F., & Colborn, T. (2015). New look at BTEX: are ambient levels a problem? *Environmental Science & Technology, 49,* 5261-76. doi: 10.1021/es505316f
[8] Paulik, L. B., Donald C. E., Smith, B. W., Tidwell, L. G., Hobbie, K. A., Kind, L., Haynes, E. N., & Anderson, K. A. (2015, March 26). Impact of natural gas extraction on PAH levels in ambient air. *Environmental Science & Technology, 49,* 5203-10.
[9] Hasemyer, D. (2015, May 20). New study finds fracking releases cancer-causing chemicals into air many times higher than the EPA considers safe. *Inside Climate News.* Retrieved from http://insideclimatenews.org/news/19052015/heavily-fracked-ohio-county-unsafe-levels-toxic-air-pollutants-fracking-natural-gas-drilling

15

the research team, said the study supports growing evidence that fracking poses health risks to those living near well pads.[10]

- March 26, 2015 – Fracking can pollute air hundreds of miles downwind from the well pad, according to the results of a study from University of Maryland. Researchers took hourly measurements of ethane in the air over Maryland and the greater Washington, DC area, where fracking does not occur, and compared them to ethane data from areas of West Virginia, Pennsylvania, and Ohio where it does. They found month-to-month correlations, indicating that the ethane pollution in the air over Maryland appears to be coming from drilling and fracking operations in these other states. Ethane, a minor component of natural gas, rose 30 percent in the air over the Baltimore and Washington DC area since 2010, even as other air pollutants declined in concentration. By contrast, no increase in ethane levels were found in Atlanta, Georgia, which is not downwind of fracking operations.[11, 12] Given this evidence for widespread ethane leakage, the paper's lead author asked how much methane and other, more reactive emissions might be escaping from wells, noting that "a substantial amount of hydrocarbons" are emitted as a result of flowback procedures following the fracturing process.[13]

- March 3, 2015 – Working in Washington County, Pennsylvania, researchers with the Southwest Pennsylvania Environmental Health Project developed an air exposure screening model to determine ambient levels of volatile chemicals and fine particulate air pollutants and to calculate expected human exposures for a 14-month period. The study found fluctuating periods of extreme exposures, especially at night when air was still. "The periodicity of occurrence of extreme exposures is similar to the episodic nature of the health complaints reported in Washington County and in the literature. This study demonstrates the need to determine the aggregate quantitative impact on health when multiple facilities are placed near residences, schools, daycare centers and other locations where people are present. It shows that understanding the influence of air stability and wind direction is essential to exposure assessment at the residential level."[14]

- February 27, 2015 – A team of researchers from University of Texas, funded in part by the gas industry, examined ozone (smog) production resulting from natural gas extraction and use in Texas. Previous research by this team had found that the increased use of

[10] Lockwood, D. (2015, April 8). Fracking activities pollute nearby air with carcinogenic hydrocarbons. *Chemical & Engineering News*. Retrieved from http://cen.acs.org/articles/93/web/2015/04/Fracking-Activities-Pollute-Nearby-Air.html

[11] Vinciguerra, T. Yao, S., Dadzie, J., Chittmans, A., Deskins, T., Ehrman, S., & Dickerson, R. R. (2015). Regional air quality impacts of hydraulic fracturing and shale natural gas activities: evidence from ambient VOC observations. *Atmospheric Environment, 110*, 144-50. doi: 10.1016/j.atmosenv.2015.03.056

[12] Valentine, K. (2015, April 30). Fracking wells could pollute the air hundreds of miles away. *ClimateProgress*. Retrieved from http://thinkprogress.org/climate/2015/04/30/3653252/fracking-air-pollution-downwind/

[13] Levine, F. & Tune, L. (2015, April 30). Emissions from natural gas wells may travel far downwind. University of Maryland: UMD Right Now. Retrieved from http://www.umdrightnow.umd.edu/news/emissions-natural-gas-wells-may-travel-far-downwind

[14] Brown, D. R., Lewis, C., & Weinberger, B. 1. (2015). Human exposure to unconventional natural gas development: a public health demonstration of periodic high exposure to chemical mixtures in ambient air. *Journal of Environmental Science and Health, Part A: Toxic/Hazardous Substances and Environmental Engineering, 50*, 460-72. doi: 10.1080/10934529.2015.992663

16

natural gas for generating electricity, as a replacement for coal, contributed to overall reductions in daily maximum ozone concentrations in northeastern Texas. By contrast, the results of this study found an increase in ozone in the Eagle Ford Shale area of south Texas. The Eagle Ford Shale is upwind from both Austin and San Antonio.[15] A potent greenhouse gas, methane is also a precursor for ground-level ozone and hence a contributor to smog formation.

- January 16, 2015 – Researchers from a number of universities, including the University of New Hampshire and Appalachian State University, used a source apportionment model to estimate the contribution of natural gas extraction activities to overall air pollution, including ozone, in heavily drilled southwest Pennsylvania. This regional air sampling effort demonstrated significant changes in atmospheric chemistry from drilling and fracking operations there. The researchers found that drilling and fracking operations may affect compliance with ozone standards.[16]

- November 20, 2014 – The Texas Commission on Environmental Quality confirmed high levels of benzene emissions and other volatile organic compounds around an oil and gas facility in the Eagle Ford Shale. Symptoms reported by local residents were consistent with those known to be associated with exposure to such chemicals.[17]

- November 14, 2014 – A University of Colorado at Boulder research team found that residential areas in intensely drilled northeastern Colorado have high levels of fracking-related air pollutants, including benzene. In some cases, concentrations exceed those found in large urban centers and are within the range of exposures known to be linked to chronic health effects. According to the study, "High ozone levels are a significant health concern, as are potential health impacts from chronic exposure to primary emissions of non-methane hydrocarbons (NMHC) for residents living near wells." The study also noted that tighter regulations have not resulted in lower air pollution levels, "Even though the volume of emissions per well may be decreasing, the rapid and continuing increase in the number of wells may potentially negate any real improvements to the air quality situation."[18]

- October 30, 2014 – A research team assembled by University at Albany Institute for Health and the Environment identified eight highly toxic chemicals in air samples collected near fracking and associated infrastructure sites across five states: Arkansas,

[15] Pacsi, A. P., Kimura, Y., McGaughey, G., McDonald-Buller, E. C., & Allen, D. T., Regional ozone impacts of increased natural gas use in the Texas power sector and development in the Eagle Ford Shale. *Environmental Science & Technology, 49,* 3966-73. doi: 10.1021/es5055012

[16] Swarthout, R. F., Russo, R.S., Zhou, Y., Miller, B.M., Mitchell, B., Horsman, E., . . . Sive, B.C. (2015). Impact of Marcellus Shale natural gas development in southwest Pennsylvania on volatile organic compound emissions and regional air quality. *Environmental Science & Technology, 49,* 3175-84. doi: 10.1021/es504315f

[17] Davis, B.. (2014, November 20). TCEQ memo proves toxic chemicals are being released in the Eagle Ford Shale. KENS 5 Eyewitness News. Retrieved Nov. 25, 2014 from http://www.kens5.com/story/news/investigations/i-team/2014/11/20/benzene-oil-toxic-fumes/70020596/

[18] Thompson C. R., Hueber J., & Helmig D. (2014). Influence of oil and gas emissions on ambient atmospheric non-methane hydrocarbons in residential areas of Northeastern Colorado. *Elementa: Science of the Anthropocene, 2.* doi: 10.12952/journal.elementa.000035

Colorado, Pennsylvania, Ohio, and Wyoming. The most common airborne chemicals detected included two proven human carcinogens (benzene and formaldehyde) and two potent neurotoxicants (hexane and hydrogen sulfide). In 29 out of 76 samples, concentrations far exceeded federal health and safety standards, sometimes by several orders of magnitude. Further, high levels of pollutants were detected at distances exceeding legal setback distances from wellheads to homes. Highly elevated levels of formaldehyde, for example, were found up to a half-mile from a wellhead. In Arkansas, seven air samples contained formaldehyde at levels up to 60 times the level known to raise the risk for cancer.[19] "This is a significant public health risk," said lead author David O. Carpenter, MD, in an accompanying interview: "Cancer has a long latency, so you're not seeing an elevation in cancer in these communities. But five, 10, 15 years from now, elevation in cancer is almost certain to happen."[20]

- October 21, 2014 – Responding to health concerns by local residents, a research team from University of Cincinnati and Oregon State University found high levels of air pollution in heavily drilled areas of rural Carroll County, Ohio. Air monitors showed 32 different hydrocarbon-based air pollutants, including the carcinogens naphthalene and benzo[a]pyrene.[21] The researchers plan additional monitoring and analysis.

- October 21, 2014 – Using a mobile laboratory designed by the National Oceanic and Atmospheric Administration (NOAA), a research team from the University of Colorado at Boulder, the NOAA Earth System Research Laboratory, and the Karlsruhe Institute of Technology looked at air pollution from drilling and fracking operations in Utah's Uintah Basin. The researchers found that drilling and fracking emit prodigious amounts of volatile organic air pollutants, including benzene, toluene, and methane, all of which are precursors for ground-level ozone (smog). Multiple pieces of equipment on and off the well pad, including condensate tanks, compressors, dehydrators, and pumps, served as the sources of these emissions. This research shows that drilling and fracking activities are the cause of the extraordinarily high levels of winter smog in the remote Uintah basin—which regularly exceed air quality standards and rival that of downtown Los Angeles.[22]

- October 2, 2014 – A joint investigation by *InsideClimate News* and the Center for Public Integrity found that toxic air emissions wafting from fracking waste pits in Texas are

---

[19] Macey, G. P., Breech, R., Chernaik, M., Cox, C., Larson, D., Thomas, D., & Carpenter, D. O. (2014). Air concentrations of volatile compounds near oil and gas production: a community-based exploratory study. *Environmental Health, 13*(82). doi: 10.1186/1476-069X-13-82

[20] Neuhauser, A. (2014, October 30). Toxic chemicals, carcinogens skyrocket near fracking sites. *U.S. News and World Report*. Retrieved from http://www.usnews.com/news/articles/2014/10/30/toxic-chemicals-and-carcinogens-skyrocket-near-fracking-sites-study-says

[21] Environmental Health Sciences Center, Oregon State University. (2014). List of 62 PAH analyzed in Carroll County, OH. Retrieved from http://ehsc.oregonstate.edu/air/62PAH

[22] Warneke, C., Geiger, F., Edwards, P. M., Dube, W., Pétron, G., Kofler, J., . . . Roberts, J. M. (2014). Volatile organic compound emissions from the oil and natural gas industry in the Uintah Basin, Utah: oil and gas well pad emissions compared to ambient air composition. *Atmospheric Chemistry and Physics, 14*, 10977-10988. doi: 10.5194/acp-14-10977-2014

unmonitored and unregulated due to federal exemptions that classify oil and gas field waste as non-hazardous.[23]

- October 1, 2014 – In a major paper published in *Nature*, an international team led by the National Oceanic and Atmospheric Administration demonstrated that exceptionally high emissions of volatile organic compounds (VOCs) explain how drilling and fracking operations in Utah's Uintah Basin create extreme wintertime ozone events even in the absence of abundant ultraviolet light and water vapor, which are typically required to produce ground-level ozone (smog). Current air pollution trends in the United States are toward lower nitrogen oxides from urban sources and power generation, but increasing methane and VOCs from oil and gas extraction activities threaten to reverse decades of progress in attaining cleaner air. According to the study, the consequences for public health are "as yet unrecognized."[24]

- September 6, 2014 – As part of a comparative lifecycle analysis, a British team from the University of Manchester found that shale gas extracted via fracking in the United Kingdom would generate more smog than any other energy source evaluated (coal, conventional and liquefied gas, nuclear, wind, and solar). Leakage of vaporous organic compounds during the necessary removal of hydrogen sulfide gas, along with the venting of gas both during drilling and during the process of making the well ready for production, were major contributors. "In comparison to other technologies, shale gas has high [photochemical smog]. In the central case, it is worse than solar PV, offshore wind and nuclear power by factors of 3, 26 and 45, respectively. Even in the best case, wind and nuclear power are still preferable (by factors of 3.3 and 5.6 respectively)."[25]

- September 2014 – ShaleTest Environmental Testing conducted ambient air quality tests and gas-finder infrared video for several children's play areas in North Texas that are located in close proximity to shale gas development. The results showed a large number of compounds detected above the Method Reporting Limit (the minimum quantity of the compound that can be confidently determined by the laboratory). Air sampling found three known/suspected carcinogens, and a number of other compounds associated with significant health effects. Benzene results from Denton, Dish, and Fort Worth are particularly alarming since they exceeded the long-term ambient air limits set by the Texas Commission on Environmental Quality, and benzene is a known carcinogen. "Benzene was found at all but one sampling location …. This is particularly noteworthy as benzene is a known carcinogen (based on evidence from studies in both people and lab

---

[23] Hasemyer, D. & Hirji, Z. (2014, October 2). Open piles offer cheap disposal for fracking sludge, but health worries mount. InsideClimate News and the Center for Public Integrity. Retrieved from http://www.publicintegrity.org/2014/10/02/15826/open-pits-offer-cheap-disposal-fracking-sludge-health-worries-mount

[24] Edwards, P. M., Brown, S. S., Roberts, J. M., Ahmadov, R., Banta, R. M., deGouw, J.A., . . Zamora, R. (2014). High winter ozone pollution from carbonyl photolysis in an oil and gas basin. *Nature, 514*(7522), 351-354. doi: 10.1038/nature13767

[25] Stamford, L. & Azapagic, A. (2014). Life cycle environmental impacts of UK shale gas. *Applied Energy, 134*, 506-518. doi: 10.1016/j.apenergy.2014.08.063

animals), AND because it exceeds [levels above which effects have the potential to occur.]"[26]

- August 24, 2014 – A *Salt Lake City Tribune* investigation found that evaporation from 14 fracking waste pits in western Colorado has added tons of toxic chemicals to Utah's air in the last six years. Further, the company responsible operated with no permit, underreported its emissions and provided faulty data to regulators.[27]

- August 2014 – A four-part investigation by the *San Antonio Express-News* found that natural gas flaring in the Eagle Ford Shale in 2012 contributed more than 15,000 tons of volatile organic compounds and other contaminants to the air of southern Texas—which is roughly equivalent to the pollution that would be released annually by six oil refineries. No state or federal agency is tracking the emissions from individual flares.[28]

- June 26, 2014 – Public health professionals at the Southwest Pennsylvania Environmental Health Project reported significant recurrent spikes in the amount of particulate matter in the air inside of residential homes located near drilling and fracking operations. Captured by indoor air monitors, the spikes tend to occur at night when stable atmospheric conditions hold particulate matter low to the ground. Director Raina Ripple emphasized that spikes in airborne particulate matter are likely to cause acute health impacts in community members. She added, "What the long-term effects are going to be, we're not certain."[29] (See also footnote 281 for a related study on self-reported health effects by researchers from Yale and University of Washington.)

- May 8, 2014 – Researchers at the National Oceanic and Atmospheric Administration (NOAA) found high levels of methane leaks as well as benzene and smog-forming volatile organic compounds in the air over oil and gas drilling areas in Colorado. Researchers found methane emissions three times higher than previously estimated and benzene and volatile organic compound levels seven times higher than estimated by government agencies. The *Denver Post* noted that Colorado's Front Range has failed to meet federal ozone air quality standards for years.[30]

- April 26, 2014 – A Texas jury awarded a family $2.8 million because, according to the lawsuit, a fracking company operating on property nearby had "created a 'private nuisance' by producing harmful air pollution and exposing [members of the affected

---

[26] ShaleTest Environmental Testing. (2014, September). Project playground: Cleaner air for active kids. Retrieved from http://www.shaletest.org/wp-content/uploads/2014/09/ProjectPlaygoundPatagoniaReport-5-1.pdf
[27] Maffly, B. (2014, August 24). Utah grapples with toxic water from oil and gas industry. *Salt Lake City Tribune*. Retrieved from http://www.sltrib.com/sltrib/news/58298470-78/danish-flats-ponds-company.html
[28] Hiller, J. & Tedesco, J. (2014, August). Up in flames: Flare in Eagle Ford Shale wasting natural gas. *San Antonio Express News.* Retrieved from: http://www.expressnews.com/business/eagleford/item/Up-in-Flames-Day-1-Flares-in-Eagle-Ford-Shale-32626.php
[29] McMahon, J. (2014, June 26). Air pollution spikes in homes near fracking wells. *Forbes.* Retrieved from http://www.forbes.com/sites/jeffmcmahon/2014/06/26/air-pollution-spikes-in-homes-near-fracking-wells/
[30] Finley, B. (2014, May 8). Scientists flying over Colorado oil boom find worse air pollution. *The Denver Post.* Retrieved from http://www.denverpost.com/environment/ci_25719742/scientists-flying-over-colorado-oil-boom-find-worse

family] to harmful emissions of volatile organic compounds, toxic air pollutants and diesel exhaust." The family's 11-year-old daughter became ill, and family members suffered a range of symptoms, including "nosebleeds, vision problems, nausea, rashes, blood pressure issues."[31] Because drilling did not occur on their property, the family had initially been unaware that their symptoms were caused by activities around them.

- April 16, 2014 – Reviewing the peer-review literature to date of "direct pertinence to the environmental public health and environmental exposure pathways," a U.S. team of researchers concluded: "[a] number of studies suggest that shale gas development contributes to levels of ambient air concentrations known to be associated with increased risk of morbidity and mortality."[32]

  April 11, 2014 – A modeling study commissioned by the state of Texas made striking projections about worsening air quality in the Eagle Ford Shale. Findings included the possibility of a 281 percent increase in emissions of volatile organic compounds (VOCs). Some VOCs cause respiratory and neurological problems; others, like benzene, are also carcinogens. Another finding was that nitrogen oxides—which react with VOCs in sunlight to create ground-level ozone, the main component of smog—increased 69 percent during the peak ozone season.[33]

- March 29, 2014 – Scientists warn that current methods of collecting and analyzing emissions data do not accurately assess health risks. Researchers with the Southwest Pennsylvania Environmental Health Project showed that methods do not adequately measure the intensity, frequency, or durations of community exposure to the toxic chemicals routinely released from drilling and fracking activities. They found that exposures may be underestimated by an order of magnitude, mixtures of chemicals are not taken into account, and local weather conditions and vulnerable populations are ignored.[34]

- March 27, 2014 – University of Texas research pointed to "potentially false assurances" in response to community health concerns in shale gas development areas. Dramatic shortcomings in air pollution monitoring to date include no accounting for cumulative toxic emissions or children's exposures during critical developmental stages, and the

---

[31] Morris, J. (2014, April 26). Texas family plagued with ailments gets $3M in 1st-of-its-kind fracking judgment. *CNN*. Retrieved from http://www.cnn.com/2014/04/25/justice/texas-family-wins-fracking-lawsuit/
[32] Shonkoff, S. B., Hays, J., & Finkel, M. L. (2014). Environmental public health dimensions of shale and tight gas development. *Environmental Health Perspectives, 122,* 787–795. doi: 10.1289/ehp.1307866
[33] Morris, J., Song, L., & Hasemayer, D. (2014, April 11). Report: Air quality to worsen in Eagle Ford shale. *The Texas Tribune*. Retrieved from http://www.texastribune.org/2014/04/11/report-air-quality-worsen-eagle-ford-shale/
[34] Brown, D., Weinberger, B., Lewis, C., & Bonaparte, H. (2014). Understanding exposure from natural gas drilling puts current air standards to the test. *Reviews on Environmental Health, 29*(4), 277-92. doi: 10.1515/reveh-2014-0002

potential interactive effects of mixtures of chemicals. Chemical mixtures of concern include benzene, toluene, ethylbenzene, and xylenes.[35, 36]

- March 13, 2014 – Volatile organic compounds (VOCs) emitted in Utah's heavily drilled Uintah Basin led to 39 winter days exceeding the EPA's eight-hour National Ambient Air Quality Standards level for ozone pollutants the previous winter. "Levels above this threshold are considered to be harmful to human health, and high levels of ozone are known to cause respiratory distress and be responsible for an estimated 5,000 premature deaths in the U.S. per year," according to researchers at the University of Colorado. Their observations "reveal a strong causal link between oil and gas emissions, accumulation of air toxics, and significant production of ozone in the atmospheric surface layer."[37] Researchers estimated that total annual VOC emissions at the fracking sites are equivalent to those of about 100 million cars.[38]

- March 3, 2014 – In a report summarizing "the current understanding of local and regional air quality impacts of natural gas extraction, production, and use," a group of researchers from NOAA, Stanford, Duke, and other institutions described what is known and unknown with regard to air emissions including greenhouse gases, ozone precursors (volatile organic compounds and nitrogen oxides), air toxics, and particulates. Crystalline silica was also discussed, including as a concern for people living near well pads and production staging areas.[39]

- February 18, 2014 – An eight-month investigation by the *Weather Channel*, the *Center for Public Integrity,* and *InsideClimate News* into fracking in the Eagle Ford Shale in Texas revealed that fracking is "releasing a toxic soup of chemicals into the air." They noted very poor monitoring by the state of Texas and reported on hundreds of air complaints filed relating to air pollution associated with fracking.[40]

- December 18, 2013 – An interdisciplinary group of researchers in Texas collected air samples in residential areas near shale gas extraction and production, going beyond previous Barnett Shale studies by including emissions from the whole range of production equipment. They found that most areas had "atmospheric methane

[35] Rawlins, R. (2013). Planning for fracking on the Barnett shale: Urban air pollution, improving health based regulation, and the role of local governments. *Virginia Environmental Law Journal, 31*, 226-306. Retrieved from http://www.velj.org/uploads/1/2/7/0/12706894/2._rawlins_-_barnett_shale.pdf
[36] University of Texas at Austin. (2014, March 27). Air pollution and hydraulic fracturing: Better monitoring, planning and tracking of health effects needed in Texas. Retrieved from http://www.utexas.edu/news/2014/03/27/hydraulic-fracturing-texas/
[37] Helmig, D., Thompson, C. R., Evans, J., Boylan, P., Hueber, J., & Park, J. (2014). Highly elevated atmospheric levels of volatile organic compounds in the Uintah Basin, Utah [Abstract]. *Environmental Science & Technology, 48*(9), 4707-4715. doi: 10.1021/es405046r
[38] Lockwood, D. (2014, March 25). Harmful air pollutants build up near oil and gas fields. *Chemical & Engineering News.* Retrieved from http://cen.acs.org/articles/92/web/2014/03/Harmful-Air-Pollutants-Build-Near.html
[39] Moore, C. W., Zielinska, B., Petron, G., & Jackson, R. B. (2014). Air impacts of increased natural gas acquisition, processing, and use: A critical review. *Environmental Science & Technology.* doi: 10.1021/es4053472
[40] Morris, J., Song, L., & Hasemayer, D. (2014, February 18). Fracking the Eagle Ford Shale. *The Weather Channel.* Retrieved from http://stories.weather.com/fracking

concentrations considerably higher than reported urban background concentrations," and many toxic chemicals were "strongly associated" with compressor stations.[41]

- December 10, 2013 – Health department testing at fracking sites in West Virginia revealed dangerous levels of benzene in the air. Wheeling-Ohio County Health Department Administrator Howard Gamble stated, "The levels of benzene really pop out. The amounts they were seeing were at levels of concern. The concerns of the public are validated."[42]

- October 11, 2013 – Air sampling before, during, and after drilling and fracking of a new natural gas well pad in rural western Colorado documented the presence of the toxic solvent methylene chloride, along with several polycyclic aromatic hydrocarbons (PAHs) at "concentrations greater than those at which prenatally exposed children in urban studies had lower developmental and IQ scores."[43]

- September 19, 2013 – In Texas, air monitoring data in the Eagle Ford Shale area revealed potentially dangerous exposures of nearby residents to hazardous air pollutants, including cancer-causing benzene and the neurological toxicant, hydrogen sulfide.[44]

- September 13, 2013 – A study by researchers at the University of California at Irvine found dangerous levels of volatile organic compounds in Canada's "Industrial Heartland" where there are more than 40 oil, gas, and chemical facilities. The researchers noted high levels of hematopoietic cancers (leukemia and non-Hodgkin's lymphoma) in men who live closer to the facilities.[45]

- April 29, 2013 – Using American Lung Association data, researchers with the Environmental Defense Fund determined that air quality in rural areas with fracking was worse than air quality in urban areas.[46]

[41] Rich, A., Grover, J. P., & Sattler, M. L. (2014). An exploratory study of air emissions associated with shale gas development and production in the Barnett Shale. *Journal of the Air & Waste Management Association, 64*(1), 61-72. doi: 10.1080/10962247.2013.832713
[42] Junkins, C. (2013, December 10). Health dept. concerned about benzene emissions near local gas drilling sites. *The Intelligencer, Wheeling News-Register.* Retrieved from http://www.theintelligencer.net/page/content.detail/id/593209/Health-Dept--Concerned-About-Benzene-Emissions-Near-Local-Gas-Drilling-Sites.html?nav=510
[43] Colborn, T., Schultz, K., Herrick, L., & Kwiatkowski, C. (2014). An exploratory study of air quality near natural gas operations. *Human and Ecological Risk Assessment: An International Journal, 20*(1), 86-105. doi: 10.1080/10807039.2012.749447
[44] Wilson, S., Sumi, L., & Subra, W. (2013, September 19). Reckless endangerment while fracking the Eagle Ford shale. *Earthworks.* Retrieved from http://www.earthworksaction.org/library/detail/reckless_endangerment_in_the_eagle_ford_shale#.UkGi-4Y3uSo.
[45] Simpson, I. J., Marrero, J. E., Batterman, S. & Blake, D. R. (2013) Air quality in the Industrial Heartland of Alberta, Canada and potential impacts on human health. *Atmospheric Environment, 81,* 702-709. doi: 10.1016/j.atmosenv.2013.09.017
[46] Grossman, D. (2013, April 29). Clean air report card: CO, WY Counties get F's due to oil and gas pollution. *Environmental Defense Fund.* Retrieved from http://blogs.edf.org/energyexchange/2013/04/29/clean-air-report-card-co-wy-counties-get-fs-due-to-oil-and-gas-pollution/#sthash.FXRV6Nxi.dpuf

23

- March 2013 – A review of regional air quality damages in parts of Pennsylvania in 2012 from Marcellus Shale development found that air pollution was a significant concern, with regional damages ranging from $7.2 to $32 million in 2011.[47]

- February 27, 2013 – In a letter from Concerned Health Professionals of New York to Governor Andrew Cuomo, a coalition of hundreds of health organizations, scientists, medical experts, elected officials, and environmental organizations noted serious health concerns about the prospects of fracking in New York State, making specific note of air pollution.[48] Signatory organizations included the American Academy of Pediatrics of New York, the American Lung Association of New York, and Physicians for Social Responsibility. The New York State Medical Society, representing 30,000 medical professionals, has issued similar statements.[49]

- January 2, 2013 – A NOAA study identified emissions from oil and gas fields in Utah as a significant source of pollutants that contribute to ozone problems.[50] Exposure to elevated levels of ground-level ozone is known to worsen asthma and has been linked to respiratory illnesses and increased risk of stroke and heart attack.[51]

- December 3, 2012 – A study linked a single well pad in Colorado to more than 50 airborne chemicals, 44 of which have known health effects.[52]

- July 18, 2012 – A study by the Houston Advanced Research Center modeled ozone formation from a natural gas processing facility using accepted emissions estimates and showed that regular operations could significantly raise levels of ground-level ozone (smog) in the Barnett Shale in Texas and that gas flaring further contributed to ozone levels.[53]

---

[47] Litovitz, A., Curtright, A., Abramzon, S., Burger, N., & Samaras, C. (2013). Estimation of regional air-quality damages from Marcellus Shale natural gas extraction in Pennsylvania. *Environmental Research Letters, 8*(1). doi: 10.1088/1748-9326/8/1/014017

[48] Concerned Health Professionals of NY. (2013, February 27). Letter to Governor Cuomo. Retrieved from http://concernedhealthny.org/letters-to-governor-cuomo/

[49] Campbell, J. (2013, April 17). Fracking roundup: Gas prices up; Medical society wants moratorium. *Politics on the Hudson*. Retrieved from http://polhudson.lohudblogs.com/2013/04/17/fracking-roundup-gas-prices-up-medical-society-wants-moratorium/

[50] Tollefson, J. (2013). Methane leaks erode green credentials of natural gas. *Nature, 493*(7430), 12-12. doi: 10.1038/493012a

[51] American Lung Association. (2013). American Lung Association state of the air 2013 - Ozone pollution. Retrieved from http://www.stateoftheair.org/2013/health-risks/health-risks-ozone.html

[52] Colborn, T., Schultz, K., Herrick, L., & Kwiatkowski, C. (2014). An exploratory study of air quality near natural gas operations. *Human and Ecological Risk Assessment: An International Journal, 20*(1), 86-105. doi: 10.1080/10807039.2012.749447

[53] Olaguer, E. P. (2012). The potential near-source ozone impacts of upstream oil and gas industry emissions. *Journal of the Air & Waste Management Association, 62*(8), 966-977. doi: 10.1080/10962247.2012.688923

24

- March 19, 2012 – A Colorado School of Public Health study found air pollutants near fracking sites linked to neurological and respiratory problems and cancer.[54] [55] The study, based on three years of monitoring at Colorado sites, found a number of "potentially toxic petroleum hydrocarbons in the air near gas wells including benzene, ethylbenzene, toluene, and xylene." Lisa McKenzie, PhD, MPH, lead author of the study and research associate at the Colorado School of Public Health, said, "Our data show that it is important to include air pollution in the national dialogue on natural gas development that has focused largely on water exposures to hydraulic fracturing."[56]

- December 12, 2011 – Cancer specialists, cancer advocacy organizations, and health organizations summarized the cancer risks posed by all stages of the shale gas extraction process in a letter to New York Governor Andrew Cuomo.[57]

- October 5, 2011 – More than 250 medical experts and health organizations reviewed the multiple health risks from fracking in a letter sent to New York Governor Andrew Cuomo.[58]

- April 21, 2011 – *Environment & Energy (E&E)* reported that ozone levels exceeding federal health standards in Utah's Uintah Basin, as well as wintertime ozone problems in other parts of the Intermountain West, stem from oil and gas extraction. Levels reached nearly twice the federal standard, potentially dangerous even for healthy adults to breathe. Keith Guille, spokesman for the Wyoming Department of Environmental Quality, said, "We recognize that definitely the main contributor to the emissions that are out there is the oil and gas industry…."[59]

- March 8, 2011 – The Associated Press reported that gas drilling in some remote areas of Wyoming caused a decline of air quality from pristine mountain air to levels of smog and pollution worse than Los Angeles on its worst days, resulting in residents complaining of watery eyes, shortness of breath, and bloody noses.[60]

---

[54] Kelly, D. (2012, March 19). Study shows air emissions near fracking sites may pose health risk. *University of Colorado Denver*. Retrieved from http://www.ucdenver.edu/about/newsroom/newsreleases/Pages/health-impacts-of-fracking-emissions.aspx

[55] McKenzie, L. M., Witter, R. Z., Newman, L. S., & Adgate, J. L. (2012). Human health risk assessment of air emissions from development of unconventional natural gas resources. *Science of the Total Environment, 424*, 79-87. doi: 10.1016/j.scitotenv.2012.02.018

[56] Banerjee, N. (2012, March 20). Study: 'Fracking' may increase air pollution health risks. *Los Angeles Times*. Retrieved from http://articles.latimes.com/2012/mar/20/local/la-me-gs-fracking-increases-air-pollution-health-risks-to-residents-20120320

[57] Physicians, Scientists & Engineers for Healthy Energy. (2011, December 12). Appeal to Gov. Cuomo to consider cancer risks re: High volume hydraulic fracturing for natural gas [Letter to A. Cuomo].

[58] Physicians, Scientists & Engineers for Healthy Energy. (2011, October 5). Letter to Governor Cuomo [Letter to A. Cuomo].

[59] Streater, S. (2011, April 21). Air pollution: Winter ozone problem continues to mystify regulators, industry. *E&E Publishing, LLC*. Retrieved from http://www.eenews.net/stories/1059948108

[60] Gruver, M. (2011, March 8). Wyoming is beset by a big-city problem: Smog. *USA Today*. Retrieved from http://usatoday30.usatoday.com/money/industries/energy/2011-03-08-natural-gas-ozone-wyoming_N.htm

25

- November 18, 2010 – A study of air quality in the Haynesville Shale region of east Texas, northern Louisiana, and southwestern Arkansas found that shale oil and gas extraction activities contributed significantly to ground-level ozone (smog) via high emissions of ozone precursors, including volatile organic compounds and nitrogen oxides.[61] Ozone is a key risk factor for asthma and other respiratory and cardiovascular illnesses.[62, 63, 64, 65]

- September 2010 – A health assessment by the Colorado School of Public Health for gas development in Garfield County, Colorado determined that air pollution will likely "be high enough to cause short-term and long-term disease, especially for residents living near gas wells. Health effects may include respiratory disease, neurological problems, birth defects and cancer."[66, 67]

- January 27, 2010 – Of 94 drilling sites tested for benzene in air over the Barnett Shale, the Texas Commission on Environmental Quality discovered two well sites emitting what they determined to be "extremely high levels" and another 19 emitting elevated levels.[68]

## Water contamination

*Emerging science confirms that drilling and fracking inherently threaten groundwater and have contaminated drinking water sources. In Pennsylvania alone, more than 240 private drinking water wells have been contaminated or have dried up as the result of drilling and fracking operations over a seven-year period. A range of studies from across the United States*

[61] Kemball-Cook, S., Bar-Ilan, A., Grant, J., Parker, L., Jung, J., Santamaria, W., . . . Yarwood, G. (2010). Ozone impacts of natural gas development in the Haynesville Shale. *Environmental Science & Technology, 44*(24), 9357-9363. doi: 10.1021/es1021137

[62] U.S. Environmental Protection Agency. (2013). Integrated science assessment for ozone and related photochemical oxidants. Retrieved from http://www.epa.gov/ncea/isa/ozone.htm

[63] Shah, A. S., Lee, K. K., McAllister, D. A., Hunter, A., Nair, H., Whiteley, W., . . . Mills, N. L. (2015). Short term exposure to air pollution and stroke: systematic review and meta-analysis. *British Medical Journal, 24*(1295). doi: 10.1136/bmj.h1295

[64] Shah, A. S., Langrish, J. P., Nair, H., McAllister, D. A., Hunter, A., L., Donaldson, K., . . . Mills, N. L. (2013). Global association of air pollution and heart failure: a systematic review and meta-analysis. *The Lancet, 382*(9897), 1039-1048. doi: 10.1016/S0140-6736(13)60898-3.

[65] Myers, O., Flowers, H., Kang, H., Bedrick, E., Whorton, B., Cui, X., & Stidley, C. A. (2007). The association between ambient air quality ozone levels and medical visits for asthma in San Juan County. New Mexico Department of Health, Environmental Health Epidemiology Bureau Epidemiology and Response Division. Retrieved from http://www.nmenv.state.nm.us/aqb/4C/Documents/SanJuanAsthmaDocBW.pdf

[66] Witter, R., McKenzie, L., Towle, M., Stinson, K., Scott, K., Newman, L., & Adgate, J. (2010). Health impact assessment for Battlement Mesa, Garfield County Colorado. *Colorado School of Public Health*. Retrieved from http://www.garfield-county.com/public-health/documents/1%20%20%20Complete%20HIA%20without%20Appendix%20D.pdf

[67] Battlement Mesa HIA/EHMS. (2013, November 30). Retrieved from http://www.garfield-county.com/environmental-health/battlement-mesa-health-impact-assessment-draft2.aspx

[68] The Associated Press. (2010, January 27). Texas agency finds high benzene levels on Barnett Shale. Retrieved from http://www.nola.com/business/index.ssf/2010/01/texas_agency_finds_high_benzen.html

*presents irrefutable evidence that groundwater contamination occurs and is more likely to occur close to drilling sites. The nation's 187,570 injection wells for disposal of fracking waste also pose demonstrable threats to drinking water aquifers. Municipal sewage treatment plants are not capable of treating fracking waste; disposal of fracking waste through them can encourage the formation of carcinogenic byproducts during chlorination. The disposal of fracking wastewater remains a problem without a safe, viable solution. Overall, the number of well blowouts (unintentional releases of pressurized gases and fluids), spills, and cases of surface water contamination from waste pits and other sources has steadily grown. Meanwhile, the gas industry's use of "gag orders," non-disclosure agreements, and settlements impede scientific study and stifle public awareness of the extent of these problems.*

- July 30, 2015 – As reported by the *Los Angeles Times*, unlined waste pits and hillside spraying of oil-field wastewater have contaminated groundwater in Kern County, California. Five of six monitoring wells in the 94-acre waste site showed high levels of salt, boron, and chloride, but it is not known how far and fast the contaminated plume has traveled.[69]

- July 21, 2015 – By surveying records for 44,000 wells fracked between 2010 and 2013, researchers from Stanford University, Duke University, and Ohio State University attempted a first-ever assessment of the range of depths at which fracking occurs across the United States. They found that many wells are shallower than widely presumed.[70] As the authors noted, vertical fractures are able to propagate 2,000 feet upward, and hence, "shallow hydraulic fracturing often has greater potential risks of contamination than deeper hydraulic fracturing does." This study showed that drinking water sources may be more vulnerable from upward migration of fracking contaminants than previously presumed. Surprisingly, the researchers found no strong relationship between depth and the volume of water and chemicals used for fracking. Many wells were both shallow and water-intensive, with significant variation in water use from state to state.[71]

- July 9, 2015 – A multi-volume report from the California Council of Science and Technology (CCST) found threats to groundwater in California from several parts of the fracking lifecycle, most notably from toxic wastewater. First, wastewater from California fracking operations is sometimes used for crop irrigation, in which case contaminants may seep from the surface of agricultural areas into groundwater. Second, nearly 60 percent of fracking wastewater in California is disposed of in unlined, open-air pits, a practice that is banned in almost all other states. There are 900 such waste disposal pits in the state, most of which are located in Kern County. Third, for many years, fracking wastewater in California has been mistakenly sent, via injection wells, directly into

---

[69] Cart, J. (2015, July 30). Central valley wastewater disposal to continue despite contamination. *Los Angeles Times*. Retrieved from http://www.latimes.com/local/california/la-me-oil-waste-pits-20150731-story.html

[70] Jordon, R. (2015, July 21). Shallow fracking raises questions for water, new Stanford research shows, Stanford University press release. Retrieved from http://news.stanford.edu/news/2015/july/fracking_water-jackson-072115.html

[71] Jackson, R. B., Lowry, E. R., Pickle, A., Kang, M., DiGiullo, D., & Zhao, K. (2015). The depths of hydraulic fracturing and accompanying water use across the United States. *Environmental Science & Technology*, doi: 10.1021/acs.est.5b01228

protected aquifers containing clean freshwater.[72] California's Division of Oil, Gas and Geothermal Resources allowed fracking wastes to be injected into aquifers that it believed were exempt from the U.S. Safe Drinking Water Act. Conceding this mistake, the agency has shut down 23 injection wells for fracking waste disposal and established a two-year timetable for phasing out other wells injecting waste into aquifers that should have been protected.[73] Fracking also threatens California's groundwater resources through water consumption, according to the CCST study. While this volume of water represents a small percentage of overall annual water consumption in California, fracking-related water use is, the study notes, disproportionately concentrated in areas of the state already suffering from water shortages. Further drawdowns of these aquifers may interfere with agricultural and municipal water needs.[74] In addition, because the oil-containing rock layers in California are located closer to the surface than in other states, the state's groundwater is potentially vulnerable to chemical contamination through vertical faults and fissures and via old and abandoned wells. The absence of evidence for direct contamination of groundwater by fracking, the study concludes, reflects absence of investigation rather than evidence of safety.[75]

- June 30, 2015 – The U.S. Geological Survey (USGS) released the first nationwide map of water usage for hydraulic fracturing. It shows wide geographic and temporal variation in the amount of water used to frack a single well. In general, gas wells consume more water per well (5.1 million gallons on average) than oil wells (4 million gallons). Median annual water volumes needed to frack a single horizontal oil or gas well increased dramatically—by a factor of 25 or more—between 2000 and 2014. A typical gas or oil well that is horizontally fracked now requires between six and eight Olympic-sized swimming pools of water. In 2014, the majority (58 percent) of new hydraulically fracked oil and gas wells were horizontally drilled. The watersheds where the most water was consumed for hydraulic fracturing are mostly located in southern or southwestern states and correspond to the following shale formations: the Eagle Ford and Barnett Shales in Texas; the Haynesville-Bossier Shale in Texas and Louisiana; the Fayetteville Shale in Arkansas; the Tuscaloosa Shale in Louisiana and Mississippi; and the Woodford Shale in Oklahoma. The Marcellus and Utica Shales—which underlie watersheds in parts

---

[72] Shonkoff, S. B. C., Jordan, P., Hays, J., Stringfellow, W. T., Wettstein, Z. S., Harrison, R., Sandelin, W., & McKone, T. E. (2015, July 9). Volume II, Chapter 6: Potential impacts of well stimulation on human health in California. In: *An Independent Scientific Assessment of Well Stimulation in California.* California Council on Science and Technology, Sacramento, CA. Retrieved from http://ccst.us/publications/2015/vol-II-chapter-6.pdf
[73] Baker, D. R. (2015, July 16). U.S. likely to bar oil-waste dumping into 10 California aquifers. *San Francisco Chronicle.* Retrieved from http://www.sfchronicle.com/business/article/U-S-likely-to-bar-oil-waste-dumping-into-10-6389677.php
[74] Stringfellow, W. T., Cooley H., Varadharajan, C., Heberger, M., Reagan, M. T., Domen, J.K., . . . Houseworth, J. E. (2015, July 9). Volume II, Chapter 2: Impacts of well stimulation on water resources. In: *An Independent Scientific Assessment of Well Stimulation in California.* California Council on Science and Technology, Sacramento, CA. Retrieved from http://ccst.us/publications/2015/vol-II-chapter-2.pdf
[75] Long, J. C. S, Birkholzer, J. T., & Feinstein, L. C. (2015, July 9). Summary report. In: *An Independent Scientific Assessment of Well Stimulation in California.* California Council on Science and Technology, Sacramento, CA. Retrieved from: http://ccst.us/publications/2015/2015SB4summary.pdf

of Ohio, Pennsylvania, West Virginia, and New York—were also in the top seven water-consuming shale plays in the United States.[76]

- June 26, 2015 – A decade-long USGS study of 11,000 public drinking water wells in California—nearly all the groundwater used for public supply—found high levels of potentially toxic contaminants in about 20 percent of the wells, affecting about 18 percent of the state's population.[77] Although the study did not specifically investigate contaminants from oil and gas extraction, it does provide evidence for farm irrigation draining into groundwater, raising questions about the possible contamination of drinking water aquifers from the reuse of fracking wastewater for crop irrigation.[78]

- June 16, 2015 – A University of Texas research team documented widespread drinking water contamination throughout the heavily drilled Barnett Shale region in northern Texas. The study, which analyzed 550 water samples from public and private water wells, found elevated levels of 19 different hydrocarbon compounds associated with fracking (including the carcinogen benzene and the reproductive toxicant, toluene), detections of methanol and ethanol, and strikingly high levels of 10 different metals.[79] "In the abstract, we can't state that unconventional oil and gas techniques are responsible," the lead author, Zachariah Hildenbrand, said in a media interview. "But when you get into areas where drilling is happening, you find more instances of contamination. It's not coincidental. There are causes for concern."[80]

- June 5, 2015 – The U.S. Environmental Protection Agency's (EPA) long-awaited 600-page draft report on the potential impacts of fracking for drinking water resources confirmed specific instances of drinking water contamination linked to drilling and fracking activities. The report also identified potential mechanisms, both above and below ground, by which drinking water resources can be contaminated by fracking. In some cases, drinking water was contaminated by spills of fracking fluid and wastewater. In other cases, "[b]elow ground movement of fluids, including gas ... have contaminated drinking water resources." The EPA investigators documented 457 fracking-related spills over six years but acknowledged that they do not know how many more may have occurred. Of the total known spills, 300 reached an environmental receptor such as surface water or groundwater. The EPA also conceded that insufficient baseline drinking

[76] Gallegos, T. J., Varela, B. A., Haines, S. S., & Engle, M. A. (2015). Hydraulic fracturing water use variability in the United States and potential environmental implications. *Water Resources Research*. Accepted author manuscript. doi: 10.1002/2015WR017278

[77] Belitz, K., Fram, M. S., & Johnson, T. D. (2015). Metrics for assessing the quality of groundwater used for public supply, CA, USA: equivalent-population and area. *Environmental Science & Technology*. doi: 10.1021/acs.est.5b00265

[78] Knickmeyer E., & Smith, S. (2015, July 15). Study finds contaminants in California public-water supplies. *Associated Press*. Retrieved from http://abcnews.go.com/Health/wireStory/study-finds-contaminants-california-public-water-supplies-32476456

[79] Hildenbrand, Z. L., Carlton, D. D., Fontenot, B. E., Meik, J. M., Walton, J.L., Taylor, J. T., . . .Schug, K.A. (2015) A comprehensive analysis of groundwater quality in the Barnett Shale region. *Environmental Science & Technology, 49*(13), 8254-62. doi: 10.1021/acs.est.5b01526

[80] McPhate, C. (2015, June 18). New study reveals potential contamination. *Denton Record-Chronicle*. Retrieved from http://www.dentonrc.com/local-news/local-news-headlines/20150618-new-study-reveals-potential-contamination.ece

water data and a lack of long-term systematic studies limited the power of its findings. The EPA investigation confirmed a number of specific instances where these potential mechanisms did indeed lead to drinking water contamination. An assertion in the EPA's accompanying press release that it had not found "widespread, systemic impacts to drinking water resources" was quoted out of context by many media sources as proof that fracking poses little threat to drinking water. To the contrary, this report confirmed that drilling and fracking activities have contaminated drinking water in some cases and acknowledged that it cannot ascertain how widespread the problem was due to insufficient data.[81] EPA Science Advisor Thomas A. Burke later clarified that the report does not show that fracking is safe. Burke said, "That is not the message of this report. The message of this report is that we have identified vulnerabilities in the water system that are really important to know about and address to keep risks as low as possible."[82]

- May 19, 2015 – A Pennsylvania State University research team documented the presence of a fracking-related solvent, 2-n-Butoxyethanol, in the drinking water from three homes in Bradford County, Pennsylvania, as part of an investigation of private drinking water wells near drilling and fracking operations that contained methane and foam. This finding represents the first fully documented case of a commonly used fracking chemical entering a drinking water source. "The most likely explanation of the incident is that stray natural gas and drilling or [hydrofracking] compounds were driven ~1-3 km along shallow to intermediate depth fractures to the aquifer used as a potable water source."[83] In an accompanying *New York Times* story, lead author Susan Brantley described the geology in northern Pennsylvania "as being similar to a layer cake with numerous layers that extend down thousands of feet to the Marcellus Shale. The vertical fractures are like knife cuts through the layers. They can extend deep underground, and can act like superhighways for escaped gas and liquids from drill wells to travel along, for distances greater than a mile away."[84]

- May 15, 2015 – A research team from the University of Colorado Boulder and California State Polytechnic Institute developed a model for identifying which fracking fluid chemicals are most likely to contaminate drinking water. Of 996 fracking fluid compounds known to be in use, researchers screened 659 of them for their ability to persist, migrate, and reach groundwater aquifers over a short time scale. Of the fifteen compounds so identified, two were commonly used in fracking operations: naphthalene and 2-butoxyethanol. Both are ingredients in surfactants and corrosion inhibitors. The authors noted that 2-butoxyethanol has been detected in drinking water in a heavily

---

[81] U.S. EPA. (2015). *Assessment of the potential impacts of hydraulic fracturing for oil and gas on drinking water resources* (External review draft). U.S. Environmental Protection Agency, Washington, DC, EPA/600/R-15/047, 2015. Retrieved from http://cfpub.epa.gov/ncea/hfstudy/recordisplay.cfm?deid=244651

[82] Ward Jr., K. (2015, June 7). EPA says new study doesn't show fracking is safe. *Charleston Gazette*. Retrieved from: http://www.wvgazettemail.com/article/20150607/GZ01/150609432

[83] Llewellyn G. T., Dorman, F, Westland, J. L., Yoxtheimer, D., Grieve, P. Sowers, T., . . . Brantley, S. L. (2015). Evaluating a groundwater supply contamination incident attributed to Marcellus Shale gas development. *Proceedings of the National Academies of Science, 112,* 6325-30. doi: 10.1073/pnas.1420279112/-/DCSupplemental

[84] St. Fleur, N. (2015, May 4). Fracking chemicals detected in Pennsylvania drinking water. *The New York Times*. Retrieved from http://www.nytimes.com/2015/05/05/science/earth/fracking-chemicals-detected-in-pennsylvania-drinking-water.html?_r=0#addendums

fracked area of Pennsylvania. Exposure to 2-butoxyethanol has been linked to birth defects in animals. Naphthalene is a possible human carcinogen that is toxic to red blood cells and contributes to kidney and liver damage. Researchers did not consider the impact of mixtures, interactions between contaminants, or chemical transformations during the fracking or flowback process and noted, "the need for data on the degradation of many compounds used in fracturing fluids under conditions relevant for groundwater transport."[85]

- May 7, 2015 – A survey of streams in Arkansas, led by the University of Central Arkansas, found alterations in macroinvertebrate communities to be related to drilling and fracking operations in the Fayetteville Shale. Fracking activity near streams was associated with greater sediment and more chlorophyll. "This study suggests that land disturbance from gas development affected stream communities."[86]

- April 20, 2015 – A USGS team analyzed water brought to the surface during natural gas extraction at 13 fracked wells in northern Pennsylvania. They found large variability in the volatile organic compounds and microorganisms in the water samples from different wells. Organic chemical contaminants included benzene, toluene, and perchloroethylene, chloroform, and methylene chloride. The presence of microbes was associated with concentrations of benzene and acetate. Despite the addition of biocides during the fracking process, hydrogen sulfide-producing bacteria were present at culturable levels, along with methogenic and fermenting bacteria. The source of these microorganisms was not determined. "Therefore, we cannot exclude the possibility that these microorganisms are native to the shale formation and reactivated by [hydrofracking] activities, as their physiology does not indicate a terrestrial surficial source."[87]

- April 8, 2015 – A University of Colorado Boulder research team's analysis of the organic chemicals found in liquid waste that flowed out of gas wells in Colorado after they had been fracked revealed the presence of many fracking fluid additives, including biocides, which are potentially harmful if they leak into groundwater. According to the authors, treatment of fracking wastewater must include aeration, precipitation, disinfection, a biological treatment to remove dissolved organic matter, and reverse osmosis desalination in order for it to be appropriate for non-fracking uses, such as crop irrigation.[88]

---

[85] Rogers, J. D., Burke, T. L., Osborn, S. G., & Ryan, J. N. (2015). A framework for identifying organic compounds of concern in hydraulic fracturing fluids based on their mobility and persistence in groundwater. *Environmental Science & Technology Letters, 2,* 158-64.

[86] Johnson, E., Austin, B. J., Inlander, E., Gallipeau, C., Evans-White, M. A., & Entrekin, S. (2015). Stream macroinvertebrate communities across a gradient of natural gas development in the Fayetteville Shale. *Science of the Total Environment, 530-531,* 323-32. doi: 10.1016/j.scitotenv.2015.05.027

[87] Akob, D. M., Cozzarelli, I. M., Dunlap, D. S., Rowan, E. L., & Lorah, M. M. (2015). Organic and inorganic composition and microbiology of produced waters from Pennsylvania shale gas wells. *Applied Geochemistry,* in press, corrected proofs online April 20. doi: 10.1016/j.apgeochem.2015.04.011

[88] Lester, Y., Ferrer, I., Thurman, E. M., Sitterley, K. A., Korak, J. A., Aiken, G., & Linden, K. G. (2015). Characterization of hydraulic fracturing flowback water in Colorado: Implications for water treatment. *Science of the Total Environment, 512–513,* 637-44. doi: 10.1016/j.scitotenv.2015.01.043

31

- March 18, 2015 – Using a new stream-based monitoring method, a team of scientists with USGS, Pennsylvania State University, and University of Utah found elevated levels of methane in groundwater discharging into a stream near drilling and fracking operations in Pennsylvania. In this same area, several private water wells contained high levels of methane as a result of gas migration near a gas well with a defective casing. The monitoring technique used by the scientists allowed them to demonstrate that the source of the methane was shale gas from the Middle Devonian period, which is the kind of gas found in the Marcellus Shale.[89] Researcher Susan Brantley said, "I found it compelling that using this new method for a reconnaissance of just 15 streams in Pennsylvania, we discovered one instance of natural gas entering the stream, perhaps from a nearby leaking shale gas well."[90]

- March 12, 2015 – In contrast to the findings of earlier research (see footnotes 163 and 183), a team led by geologist Donald Siegel of Syracuse University found no relationship between methane levels in drinking water wells and proximity to oil or gas wells in a heavily fracked area of northeastern Pennsylvania.[91] However, Siegel failed to reveal in his paper — as is required by the journal — that he had received industry funding from the Chesapeake Energy Corporation. Subsequently, the journal published a lengthy correction that revealed that Chesapeake had not only privately funded the lead author but had provided the baseline groundwater data set. A second author was revealed to be a former employee of Chesapeake, and another had worked as a consultant in the energy sector.[92]

- March 3, 2015  – A Duquesne University study of private drinking water wells in an intensely drilled southwestern Pennsylvania community compared pre-drill and post-drill data on water quality and found changes in water chemistry that coincided with the advent of drilling and fracking activities. Levels of chloride, iron, barium, strontium, and manganese were elevated. In some cases, concentrations exceeded health-based maximum contaminant levels. Methane was detected in most houses tested. Surveys of residents revealed widespread complaints about changes in water quality that began after drilling and fracking operations commenced. Violation records from the Pennsylvania Department of Environmental Conservation uncovered possible pathways for water contamination. The researchers concluded that alterations of local hydrology caused by the injection of large volumes of hydraulic fracturing fluids may have mobilized

---

[89] Heilweil, V. M., Grieve, P. L., Hynek, S. A., Brantley, S. L., Solomon, D. K., & Risser, D. W. (2015). Stream measurements locate thermogenic methane fluxes in groundwater discharge in an area of shale-gas development. *Environmental Science & Technology, 49,* 4057-65. doi: 10.1021/es503882b

[90] U.S. Geological Survey. (2015, April 1). New stream monitoring method locates elevated groundwater methane in shale-gas development area. Retrieved from http://www.usgs.gov/newsroom/article.asp?ID=4176&from=rss&utm_source=dlvr.it&utm_medium=facebookhttp://www.readcube.com/articles/10.1002%2F2014WR016382?r3_referer=wol&tracking_action=preview_click&show_checkout=1&purchase_site_license=LICENSE_DENIED_NO_CUSTOMER#.VaPKNYsqdyA

[91] Siegel, D. I., Azzolina, N. A., Smith, B. J., Perry, A. E., & Bothun, R. L. (2015). Methane concentrations in water wells unrelated to proximity to existing oil and gas wells in northeastern Pennsylvania. *Environmental Science & Technology, 49,* 4106-12. doi: 10.1021/es505775c For earlier research, see footnotes 163 and 185.

[92] Siegel, D. I., Azzolina, N. A., Smith, B. J., Perry, A. E., & Bothun, R. L. (2015). Correction to Methane concentrations in water wells unrelated to proximity to existing oil and gas wells in northeastern Pennsylvania. *Environmental Science & Technology, 49,* 4106-12. doi: 10.1021/es505775c

contaminants left over from legacy oil, gas, and mining operations as well as opened pathways for the migration of fracking fluids themselves.[93]

- March 3, 2015 – A research team from Duquesne University reviewed the evidence for environmental impacts to air and water from activities related to shale gas extraction in Pennsylvania and explored potential mechanisms for contamination of air and water related to the drilling and fracking process itself. Among them: deformations of the shale bedrock caused by the injection of large volumes of fluid result in "pressure bulbs" that are translated through rock layers and can impact faults and fissures, so affecting groundwater.[94]

- February 23, 2015 – The arrival of drilling and fracking activities coincided with an increase in salinity in a creek that drains public land in a semi-arid region of Wyoming, determined a USGS study. The dissolved minerals associated with the rise in salinity matched those found in native soil salts, suggesting that disturbance of naturally salt-rich soils by ongoing oil and gas activities, including pipeline, road, and wellpad construction, was the culprit. "As [shale gas and oil] development continues to expand in semiarid lands worldwide, the potential for soil disturbance to increase stream salinity should be considered, particularly where soils host substantial quantities of native salts."[95]

- February 14, 2015 – A review by a *Dickinson Press* news reporter of disposal well files and more than 2,090 mechanical integrity tests revealed that North Dakota frack waste injection wells were often leaky and that state regulators continued to allow fluid injection into wells with documented structural problems even though the wells did not meet EPA guidelines for well bore integrity. Officials with the North Dakota Division of Oil and Gas said they had primary enforcement responsibilities and that EPA guidance did not apply to these wells. The investigation noted, "… a review of state and federal documents, as well as interviews with geologists, engineers, environmental policy experts and lawyers who have litigated under the Safe Drinking Water Act, suggests the agency is loosely interpreting guidance and protocols that are meant to maintain the multiple layers of protection that separate aquifers from the toxic saltwater." *The Dickinson Press* is the daily newspaper for Stark County in southwest North Dakota.[96]

- February 11, 2015 – The *Los Angeles Times* analyzed self-reported testing results on

---

[93] Alawattegama, S. K., Kondratyuk, T., Krynock, R., Bricker, M., Rutter, J. K., Bain, D. J., & Stolz, J. F. (2015). Well water contamination in a rural community in southwestern Pennsylvania near unconventional shale gas extraction. *Journal of Environmental Science and Health, Part A: Toxic/Hazardous Substances and Environmental Engineering, 50,* 516-528. doi: 10.1080/10934529.2015.992684

[94] Lampe, D. J. & Stolz, J. F. (2015). Current perspectives on unconventional shale gas extraction in the Appalachian Basin. *Journal of Environmental Science and Health, Part A: Toxic/Hazardous Substances and Environmental Engineering, 50*(5), 434-446. doi: 10.1080/10934529.2015.992653

[95] Bern, C. R., Clark, M. L., Schmidt, T. S., Nolloway, J. M., & McDougal, R. R. (2015). Soil disturbance as a driver of increased stream salinity in a semiarid watershed undergoing energy development. *Journal of Hydrology, 524,* 123-136. doi: 10.1016/j.jhydrol.2015.02.020

[96] Brown, A. (2015, February 14). Lacking integrity? State regulatory officials don't follow EPA guidance on saltwater disposal wells. *The Dickinson Press.* Retrieved from http://www.thedickinsonpress.com/energy/bakken/3679507-lacking-integrity-state-regulatory-officials-dont-follow-epa-guidance

fracking wastewater that California drillers were required to submit to the state. Samples of wastewater collected from 329 fracked oil wells found that virtually all—98 percent—contained benzene at levels that exceeded standards for permissible concentrations in drinking water. This finding likely underrepresents the extent of the problem, according to the newspaper investigation, because many operators failed to comply with reporting requirements. The discovery that fracking wastewater is high in benzene is particularly alarming in light of the admission by the state of California that it had inadvertently allowed frack waste disposal directly into aquifers containing clean water that could potentially be used for drinking. Those wells are now the subject of federal and state review.[97]

- February 1, 2015 – An investigation of the chemical make-up of fracking fluid found that the compositions of these mixtures vary widely according to region and company, making the process of identifying individual compounds difficult. Classes of hydrocarbon-based chemicals include solvents, gels, biocides, scale inhibitors, friction reducers, and surfactants. Chemical analysis identified around 25 percent of the organic compounds that are believed to be present in fracking fluid and that are necessary to test for in identifying groundwater and drinking water contamination.[98] Dr. Imma Ferrer, lead author, explained in a *Science Daily* article about her research that "[b]efore we can assess the environmental impact of the fluid, we have to know what to look for."[99]

- January 30, 2015 – A USGS review of national water quality databases found that insufficient data exist to understand the impact of fracking on drinking water.[100] In a media interview, lead author Zack Bowen said, "There are not enough data available to be able to assess the potential effects of oil and gas development over larger geographic areas."[101]

- January 21, 2015 – A team of researchers from the USGS and Virginia Tech University established that petroleum-based hydocarbons can break down underground in ways that promote the leaching of naturally occurring arsenic into groundwater. Arsenic is a known human carcinogen that causes bladder, lung, and skin cancer. Elevated levels of arsenic in

[97] Cart. J. (2015, February 11). High levels of benzene found in fracking waste water. *Los Angeles Times.* Retrieved from http://www.latimes.com/local/california/la-me-fracking-20150211-story.html#page=1
[98] Ferrer, I. & Thurman, E.M. (2015), Chemical constituents and analytical approaches for hydraulic fracturing waters. *Trends in Environmental Analytical Chemistry, 5,* 18-25, doi: 10.1016/j.teac.2015.01.003
[99] Elsevier. (2015 April 8). Fracking fluids contain potentially harmful compounds if leaked into groundwater. *ScienceDaily.* Retrieved from http://www.sciencedaily.com/releases/2015/04/150408090323.htm?utm_source=feedburner&utm_medium=email&utm_campaign=Feed%3A+sciencedaily%2Fearth_climate%2Frecycling_and_waste+%28Recycling+and+Waste+News+--
[100] Bowen, Z. H., Oeisner, G. P., Cade, B., Gallegos, T. J., Farag, A. M., Mott, D. N., . . . Varela, B. A. (2015). Assessment of surface water chloride and conductivity trends in areas of unconventional oil and gas development—why existing national data sets cannot tell us what we would like to know. *Water Resources Research, 51,* 704-15. doi: 10.1002/2014WR016382
[101] Phillips, S. (2015, March 3). USGS: fracking water quality data "scarce." *StateImpact Pennsylvania.* Retrieved from https://stateimpact.npr.org/pennsylvania/2015/03/03/usgs-fracking-water-quality-data-scarce/

34

drinking water represent a public health threat.[102] Researchers found that arsenic concentrations in a hydrocarbon plume can reach 23 times the current drinking water standard of 10 micrograms per liter. The authors of the study said that the metabolism of carbon-rich petroleum products by subterranean microbes is involved in a complex geochemical process that leads to mobilization of arsenic into aquifers.[103]

- January 14, 2015 – Researchers from Duke University, Dartmouth College, and Stanford University found high levels of iodide, bromide, and ammonium in samples of wastewater from fracking operations in both the Marcellus and Fayetteville Shales. These same chemicals were present when fracking wastewater was discharged into rivers and streams at three treatment sites in Pennsylvania and during an accidental spill in West Virginia. Iodide and bromide are known to create toxic disinfection byproducts when downstream water is subsequently chlorinated for drinking water. In water, ammonium can convert to ammonia, which is toxic to aquatic life. The authors noted that this is the first study to identify ammonium and iodide as widespread in fracking waste discharges.[104] In an interview with the *Pittsburgh Post-Gazette*, lead author Avner Vengosh said that the findings raise new concerns about the environmental and health impacts of wastewater from drilling and fracking operations.[105]

- November 27, 2014 – An interdisciplinary team of researchers found methane contamination in drinking water wells located in eight areas above the Marcellus Shale in Pennsylvania and the Barnett Shale in Texas, with evidence of declining water quality in the Barnett Shale area. By analyzing noble gases and their isotopes (helium, neon, argon), the investigators were able to isolate the origin of the fugitive methane in drinking water. The results implicate leaks through cement well casings as well as via naturally occurring cracks and fissures in the surrounding rock.[106] In a related editorial, one of the study's authors, Robert Jackson, called on the EPA to reopen its aborted investigation into drinking water contamination in heavily fracked areas of Texas. Jackson also emphasized that methane migration through unseen cracks in the rock surrounding the wellbore "raises the interesting possibility that a drilling company could follow procedures —

---

[102] U.S. Geological Survey (2015, January. 26). Natural breakdown of petroleum underground can lace arsenic into groundwater. Retrieved from http://www.usgs.gov/newsroom/article.asp?ID=4110&from=rss&utm_source=dlvr.it&utm_medium=facebook#.Vav GXIsqdyA

[103] Cozzarelli, I. M. Schreiber, M. D., Erickson, M. L., & Ziegler, B. A. (2015). Arsenic cycling in hydrocarbon plumes: secondary effects of natural attenuation. *Groundwater*. doi: 10.1111/gwat.12316

[104] Harkness, J. S., Dwyer, G. S., Warner, N. R., Parker, K. M., Mitch, W. A., & Vengosh, A. (2015). Iodide, bromide, and ammonium in hydraulic fracturing and oil and gas wastewaters: environmental implications. *Environmental Science & Technology, 49,* 1955-63. doi: 10.1021/es504654n

[105] Hopey, D. (2015, January 15). Study: high levels of pollutants from drilling waste found in Pa. rivers. *Pittsburgh Post-Gazette*. Retrieved from http://powersource.post-gazette.com/powersource/latest-oil-and-gas/2015/01/14/Study-High-levels-of-pollutants-from-drilling-waste-found-in-Pennsylvania-rivers-shale/stories/201501140143

[106] Darrah, T. H., Vengosh, A., Jackson, R. B., Warner, N. R., & Poreda, R. J. (2014). Noble gases identify the mechanisms of fugitive gas contamination in drinking-water wells overlying the Marcellus and Barnett Shales. *Proceedings of the National Academy of Sciences, 111* (39), 14076-14081. doi: 10.1073/pnas.1322107111

cementing and casing below the local aquifer — and still create a potential pathway for gas to migrate into drinking water."[107]

- November 26, 2014 – A critical review of biocides in fracking fluid by a Colorado State team found that the fate of these chemicals underground is not known and their toxicity not well understood. While many biocides are short-lived, some may transform into more toxic or persistent compounds. Among the most common chemical components of fracking fluid, biocides are used to inhibit the growth of deep-life microorganisms, including sulfate-reducing bacteria that contribute to corrosion of well casings and can form biofilms that prevent the upward flow of natural gas. Oxidizing biocides that are chlorine- or bromine-based can react with other fracking chemicals and may produce toxic halogenated byproducts. The authors noted biocides pose a unique risk for drinking water when fracking liquid waste is treated for discharge to surface water via sewage treatment plants. Sub-lethal concentrations may contribute to adaptation of surviving microorganisms and, hence, antibiotic resistance of pathogens. They cited particular concern over surface spills and well integrity issues associated with casing or cement failure.[108]

- November 3, 2014 – The West Virginia Department of Environmental Protection confirmed that three private drinking water wells were contaminated when Antero Resources mistakenly drilled into one of its own gas wells. Benzene, a human carcinogen, and toluene, a reproductive toxicant, were detected in the drinking water at concentrations four times the legal maximum limit. Additionally, a nearby abandoned gas well, a drinking water well, and an actively producing gas well were all pressurized as a result of the mishap and began exhibiting "artesian flow."[109]

- October 22, 2014 – A follow-up to the August 2014 Environmental Integrity Project report describes an even greater potential public health threat from a loophole in the Safe Drinking Water Act, wherein companies are allowed to inject other petroleum products (beyond diesel) without a permit, and many of these non-diesel drilling fluids contain even higher concentrations of the same toxins found in diesel. The authors recommend that "EPA should revisit its guidance and broaden the categories of diesel products that require Safe Drinking Water Act permits before they can be injected into oil and gas wells."[110]

---

[107] Jackson, R.  (2014, December 1). Reopen Barnett Shale water probe. *The Texas Tribune*. Retrieved from http://tribtalk.org/2014/12/01/reopen-barnett-shale-water-probe/

[108] Kahrilas, G. A. Blotevogel, J., Stewart, P. S., & Borch T. (2015). Biocides in hydraulic fracturing fluids: a critical review of their usage, mobility, degradation, and toxicity. *Environmental Science & Technology, 49*,16-32. doi: 10.1021/es503724k

[109] Board, G. (2014, November 3). September drilling accident contaminated water in Doddridge County. *West Virginia Public Broadcasting*. Retrieved from http://wvpublic.org/post/dep-september-drilling-accident-contaminated-water-doddridge-county

[110] Schaeffer, E. & Bernhardt, C. (2014, October 22). Fracking's toxic loophole. The Environmental Integrity Project. Retrieved from http://environmentalintegrity.org/wp-content/uploads/FRACKINGS-TOXIC-LOOPHOLE.pdf

- October 20, 2014 – While developing a technique to fingerprint and trace accidental releases of hydraulic fracturing fluids, researchers showed that liquid waste from shale gas fracking operations is chemically different than waste flowing out of conventional wells. The researchers hypothesized that the hydraulic fracturing process itself liberates elements from clay minerals in the shale formations, including boron and lithium, which then enter the liquid waste.[111]

- October 15, 2014 – Four thousand gallons of liquid fracking waste dumped into Waynesburg sewer system was discovered by sewage treatment plant workers in Greene County, Pennsylvania. The Department of Environmental Protection surmised that "someone removed a manhole cover in a remote location and dumped the fluid." The treatment plant discharges into a creek that feeds the Monongahela River, which provides drinking water to more than 800,000 people.[112]

- October 6, 2014 – A state investigation that found no fracking-related water contamination in a drinking water well in Pennsylvania's Washington County was invalidated by testimony presented to the state Environmental Hearing Board. Not all contaminants that were present in the water were reported, and the investigation relied on obsolete testing methods. More sophisticated testing revealed the presence of several chemical contaminants in the well water. The well is located 2,800 feet down gradient from a drilling site and fracking waste pit where multiple spills and leaks more than four years earlier had contaminated two springs.[113]

- September 23, 2014 – In a two-part audit of records, the U.S. Government Accountability Office (GAO) found that the EPA is failing to protect U.S. drinking water sources from fracking-related activities such as waste disposal via injection wells. Nationwide, 172,000 injection wells accept fracking waste; some are known to have contaminated drinking water. And yet, both short-term and long-term monitoring is lax, and record-keeping varies widely from state to state. The EPA neither mandates nor recommends a fixed list of chemicals for monitoring on the grounds that "injection fluids can vary widely in composition and contain different naturally occurring chemicals and fluids used in oil and gas production depending on the source of the injection fluid." [114] Disposal of oil and gas waste via injection wells is, in fact, subject to regulation under the Safe Drinking Water Act, but, in practice, no one knows exactly what the waste contains, and regulations are deficient. In the United States, at least two billion gallons of fluids are injected into the

[111] Warner, N. R., Darrah, T. H., Jackson, R. B., Millot, R., Kloppmann, W., & Vengosh, A. (2014). New tracers identify hydraulic fracturing fluids and accidental releases from oil and gas operations. *Environ. Sci. Technol.*, *48*(21), 12552–12560. doi: 10.1021/es5032135

[112] Hopey, D. (2014, October 15). Waynesburg officials investigate dumping of fracking wastewater. *Pittsburgh Post-Gazette*. Retrieved from http://powersource.post-gazette.com/news/environment/2014/10/15/Waynesburg-investigates-dumping-of-fracking-wastewater/stories/201410150056

[113] Hopey, D. (2014, October 6). Testimony: obsolete tests tainted shale analysis. *Pittsburgh Post-Gazette*. Retrieved from http://powersource.post-gazette.com/powersource/companies-powersource/2014/10/06/Testimony-Obsolete-tests-tainted-shale-analysis/stories/201410060075

[114] U.S. Government Accountability Office. (2014, September 23). Drinking water: characterization of injected fluids associated with oil and gas production. GAO-14-657R. Retrieved from http://www.gao.gov/products/GAO-14-857R.

ground *each day* to enable oil and gas extraction via fracking or to dispose of liquid waste from fracking operations.[115, 116]

- September 18, 2014 – Range Resources was fined a record $4.5 million by the Pennsylvania Department of Environmental Protection for contaminating groundwater. The culprits were six leaking pits in Washington County that each held millions of gallons of fracking wastewater.[117]

- September 12, 2014 – A Pennsylvania State ecosystems scientist, together with USGS scientists, reviewed the current knowledge of the effects of fracking and its associated operations on terrestrial and aquatic ecosystems in 20 shale plays in the U.S. Findings of species and habitats at highest risk include (in addition to land-based examples) vernal pond inhabitants and stream biota. The research builds on previous reviews identifying "three main potential stressors to surface waters: changes in water quantity (hydrology), sedimentation, and water quality." Researchers determined that there are no published data specifically on the effects of fracking on forest-dwelling amphibians, but "many species breed in vernal ponds which are negatively affected by changes in water quantity and quality and direct disturbance. Many amphibians are also highly sensitive to road salts." Given that the U.S. EPA recently found 55% of all rivers and streams to be in poor condition, these researchers warned, "Large-scale development of shale resources might increase these percentages." They expressed concern for the native range of brook trout by the cumulative effects of shale development, especially in Pennsylvania.[118]

- September 9, 2014 – A research team from Stanford and Duke Universities discovered that fracking wastewater processed by sewage treatment plants contributes to the formation of carcinogenic chemical byproducts. These raise public health risks when downstream surface water is used for drinking. Even when fracking wastewater was diluted by a factor of 10,000, the bromides and iodides in the waste reacted with organic matter to create highly toxic halogenated compounds—at troublingly high concentrations. These toxic compounds are not filterable by municipal wastewater treatment plants. Halogenated disinfection byproducts in drinking water are linked to both colon and bladder cancers.[119]

---

[115] Sadasivam N. (2014, July 29). Report criticizes EPA oversight of injection wells, *ProPublica*  Retrieved from http://www.propublica.org/article/report-criticizes-epa-oversight-of-injection-wells
[116] U.S. Government Accountability Office. (June 27, 2014). EPA program to protect underground sources from injection of fluids associated with oil and gas production needs improvement. GAO-14-555. Retrieved from http://www.gao.gov/products/GAO-14-555
[117] Hopey, D. (2014, September 18). Range resources to pay $4.15M penalty. *Pittsburgh Post-Gazette*. Retrieved from http://www.post-gazette.com/local/2014/09/18/DEP-orders-Range-Resources-to-pay-4-million-fine/stories/201409180293
[118] Brittingham, M. C., Maloney, K. O., Farag, A. M., Harper, D. D., & Bowen, Z. H. (2014). Ecological risks of shale oil and gas development to wildlife, aquatic resources and their habitats. *Environmental Science & Technology*, 48(19), 11034–11047. doi: dx.doi.org/10.1021/es5020482
[119] Parker, K. M., Zeng, T., Harkness, J., Vengosh, A., & Mitch, W. A. 2014. Enhanced formation of disinfection byproducts in shale gas wastewater-impacted drinking water supplies. *Environmental Science & Technology*, 48(19), 11161–11169. doi: 10.1021/es5028184

- August 29, 2014 – A review of Pennsylvania Department of Environmental Protection files on fracking-related damage to drinking water—which are kept on paper and stored in regional offices—revealed that 243 private water supplies in 22 counties had been contaminated or had lost flow and dried up as a result of nearby drilling and fracking operations in the past seven years. Pollutants included methane, metals, and salts as well as carbon-based compounds (ethylene glycol and 2-butoxyethanol) that are known to be constituents of fracking fluid. As reported by the *Pittsburgh Post-Gazette*, this tally—which came as a response to multiple lawsuits and open-records requests by media sources—was the first time the agency "explicitly linked a drilling operation to the presence of industrial chemicals in drinking water."[120, 121]

- August 13, 2014 – Over the last decade, drilling companies have repeatedly claimed they are no longer using diesel fuel in fracking, although a 2011 investigation by U.S. House Democrats concluded otherwise. The Environmental Integrity Project examined disclosure data submitted to FracFocus and identified at least 351 wells in 12 states that have been fracked over the last four years with one or more of the five prohibited products identified as diesel. EIP researchers also discovered numerous fracking fluids with high diesel content for sale online, including over a dozen products sold by Halliburton and advertised as additives, friction reducers, emulsifiers, etc.[122]

- August 13, 2014 – An international team of researchers found high levels of carbon-based compounds in liquid fracking waste. These impurities can react with chlorine and bromine to create toxic byproducts. This study suggests that chemical treatment of liquid fracking waste will magnify its toxic potency, as will reusing and recycling it.[123] The European Commission subsequently published a summary of these findings.[124]

- August 13, 2014 – A team from Lawrence Berkeley National Laboratory reported that scientific efforts to understand the hazards of fracking continue to be hampered by industry secrecy. A comprehensive examination of the chemical formulations of fracking fluid—whose precise ingredients are protected as proprietary business information—revealed that no publicly available toxicity or physical chemical information was

---

[120] Pennsylvania Department of Environmental Protection. (2014 August 29). Water supply determination letters. Retrieved from http://files.dep.state.pa.us/OilGas/BOGM/BOGMPortalFiles/OilGasReports/Determination_Letters/Regional_Determination_Letters.pdf

[121] Legere, L. (2014, September 9). DEP releases updated details on water contamination near drilling sites: some 240 private supplies damaged by drilling in the past 7 years. *Pittsburgh Post-Gazette*. Retrieved from http://powersource.post-gazette.com/powersource/policy-powersource/2014/09/09/DEP-releases-details-on-water-contamination/stories/201409090010

[122] Greene, M. (2014, August 13). Fracking beyond the law: Despite industry denials, investigation reveals continued use of diesel in hydraulic fracturing. The Environmental Integrity Project. Retrieved from http://environmentalintegrity.org/wp-content/uploads/Fracking-Beyond-the-Law.pdf

[123] Maguire-Boyle, S. J., & Barron, A. R. (2014). Organic compounds in produced waters from shale gas wells. *Environ. Sci.: Processes Impacts, 16*, 2237-2248. doi: 10.1039/C4EM00376D

[124] European Commission. (2015, February 19). Chemical composition of fracking wastewater. *Science for Environment Policy, 404*. Retrieved from http://ec.europa.eu/environment/integration/research/newsalert/pdf/chemical_composition_of_fracking_wastewater_404na4_en.pdf

available for one-third of all the fracking chemicals surveyed. Another ten percent of chemicals, including biocides and corrosion inhibitors, were known to be toxic to mammals.[125, 126]

- August 12, 2014 – A Stanford University research team working in the Pavillion gas basin in Wyoming documented that fracking in shallow layers of bedrock, including those that serve as drinking water aquifers, is not uncommon. This finding overturns the industry claim that oil and gas deposits targeted by fracking operations are located at much greater depths than underground drinking water sources and are isolated from them by hundreds of feet of impermeable rock. Because it is exempt from provisions of the Safe Drinking Water Act, fracking in drinking water aquifers is not prohibited by law.[127]

- August 3, 2014 – An investigation by the *Pittsburgh Post-Gazette* found that half of all fracking-related spills that resulted in violations and fines were not discovered by the gas companies themselves, even though Pennsylvania state law requires them to pro-actively seek and report such incidents. The newspaper's analysis of hundreds of thousands of state and company documents showed that self-regulation in the gas fields is a failure. One-third of all spills were discovered by state inspectors, while one-sixth were found by residents. Likely, much contamination is entirely undetected and unreported.[128]

- July 21, 2014 – An investigation by the *Columbus Dispatch* showed that Halliburton delayed disclosure to federal and state EPA agencies of the full list of chemicals that spilled into a creek following a fire on one of its well pad in Monroe County, Ohio. Although the creek is an important supply of drinking water for downstream communities and the spill precipitated a mass die-off of fish and other aquatic wildlife, five full days passed before EPA officials were provided a full inventory of chemicals used at Halliburton's operation. As a result, the public was denied knowledge of potential chemical exposures.[129]

- July 17, 2014 – A team of environmental scientists, biologists, and engineers, from institutions including the University of Michigan and McGill University, assessed the current state of understanding of the impact fracking and its associated activities have on the ecological health of surface waters. Though various approaches such as geographic

---

[125] Stringfellow, W. T., Domen, J. K., Carmarillo, M. K., Sandelin, W. L., Tinnacher, R., Jordan, P., . . . Birkholzer, J. (August 13, 2014). Characterizing compounds used in hydraulic fracturing: a necessary step for understanding environmental impacts. Presentation before the American Chemical Society conference, San Francisco. Abstract retrieved from http://abstracts.acs.org/chem/248nm/program/view.php?obj_id=262051&terms=

[126] Robinson, P. (2014, August 19). Fracking fluid survey shows missing information. *Scientific American*. Retrieved from http://www.scientificamerican.com/article/fracking-fluid-survey-shows-missing-information/

[127] Banerjee, N. (2014, August 12). Oil companies fracking into drinking water sources, new research finds. *Los Angeles Times*. Retrieved from http://www.latimes.com/nation/la-na-fracking-groundwater-pavillion-20140811-story.html#page=1

[128] Hamill, S. D. (2014, August 3). Drillers did not report half of spills that led to fines. *Pittsburgh Post-Gazette*. Retrieved from http://www.post-gazette.com/news/state/2014/08/03/Drillers-did-not-report-half-of-spills-that-led-to-fines/stories/201408020142

[129] Arenschield, L. (2014, July 21). Halliburton delayed releasing details on fracking chemicals after Monroe County spill. *The Columbus Dispatch*. Retrieved from http://www.dispatch.com/content/stories/local/2014/07/21/details-on-chemicals-trickle-in-after-spill.html

information systems and site monitoring provide insights into potential risks to aquatic ecosystems, the authors concluded that inadequate data currently exist. They identified possible outcomes such as, "erosion and sedimentation, increased risk to aquatic ecosystems from chemical spills or runoff, habitat fragmentation, loss of stream riparian zones, altered biogeochemical cycling, and reduction of available surface and hyporheic water volumes because of withdrawal-induced lowering of local groundwater levels."[130]

- July 7, 2014 – California Department of Gas, Oil, and Geothermal Resources ordered seven energy companies to stop injecting liquid fracking waste into aquifers. The ongoing drought that has compelled farmers to supplement irrigation with water drawn from groundwater sources prompted state officials to look at the status of aquifers previously considered too deep for use or too poor in quality. They discovered that at least seven injection wells were very likely pumping liquid fracking waste into protected groundwater supplies rather than aquifers that had been sacrificed for the purpose of waste disposal. Across the United States, more than 1000 aquifers are exempt from any type of pollution protection at all, and many of these are in California, according to a related *ProPublica* investigation.[131]

- June 25, 2014 – A study by Cornell University researchers found that fracking fluid and fracking wastewater mobilized previously deposited chemical contaminants in soil particles in ways that could potentially exacerbate the impacts of fracking fluid spills or leaks. The research team concluded that, by interfering with the ability of soil to bond to and sequester pollutants such as heavy metals, fracking fluids may release from soils an additional repository of contaminants that could migrate into groundwater.[132]

- June 23, 2014 – Building on earlier findings that water samples collected from sites with confirmed fracking spills in Garfield County, Colorado exhibited moderate to high levels of estrogen and androgen-disrupting activity, a University of Missouri team extended their investigation to other types of hormonal effects. As reported at a joint meeting of the International Society of Endocrinology and the Endocrine Society, their research documented that commonly used fracking chemicals can also block the receptors for thyroid hormone, progesterone, and glucocorticoids (a family of hormones involved in both fertility and immune functioning). Of 24 fracking chemicals tested, all 24 interfered with the activity of one or more important hormone receptors. There is no known safe level of exposure to hormone-disrupting chemicals.[133]

[130] Burton Jr., G. A., Basu, N., Ellis, B. R., Kapo, K. E., Entrekin, S. & Nadelhoffer, K. (2014). Hydraulic "fracking": are surface water impacts an ecological concern? *Environmental Toxicology and Chemistry, 33*(8), 1679-1689.
[131] Lustgarten, A. (2014, July 18). California halts injects of fracking waste, warning it may be contaminating aquifers. *ProPublica.* Retrieved from http://www.propublica.org/article/ca-halts-injection-fracking-waste-warning-may-be-contaminating-aquifers
[132] Sang, W., Stoof, C., Zhang, W., Morales, V., Gao, B., Kay, R., . . . Steenhuis, T. (2014). Effect of hydrofracking fluid on colloid transport in the unsaturated zone. *Environmental Science & Technology, 48*(14), 8266–8274. Retrieved from http://pubs.acs.org/doi/abs/10.1021/es501441e
[133] The Endocrine Society (2014). Hormone-disrupting activity of fracking chemicals worse than initially found. *Science Daily,* June 23, 2014 Retrieved from: http://www.sciencedaily.com/releases/2014/06/140623103939.htm?utm_source=feedburner&utm_medium=email&

41

- May 11, 2014 – According to the U.S. Government Accountability Office, the federal government is failing to inspect thousands of oil and gas wells located on public land, including those that pose special risks of water contamination or other environmental damage. An investigation by the Associated Press found that the Bureau of Land Management "had failed to conduct inspections on more than 2,100 of the 3,702 wells that it had specified as 'high priority' and drilled from 2009 through 2012. The agency considers a well 'high priority' based on a greater need to protect against possible water contamination and other environmental safety issues."[134]

- May 4, 2012 – A report for the Canadian Government, released under the Access to Information Act, reviewed the process, the regulatory framework globally, and the potential health hazards related to shale gas extraction. Additionally, the report evaluated mechanisms for potential impacts and summarized the data knowledge and data gaps. Regarding water contamination, the report determined, "Although quantitative data are lacking, the qualitative data available indicate that potential contamination of water related to the shale gas industry may present hazard to the public health, especially for local population." Regarding air contamination: "air emissions related to the shale gas industry present health hazards since the air pollutants originating from the vehicles and engines fuelled by diesel are toxic to the respiratory and cardiovascular systems and can cause premature mortality, volatile organic compounds have been associated to neurotoxicity and some of these compounds (e.g. benzene) as well as NORMs are known or possible human carcinogens." The report concluded, "Any step of shale gas exploration/exploitation may represent a potential source of drinking water and air contamination; Hydraulic fracturing and wastewater disposal were identified as the main potential sources of risk."[135]

- March 25, 2014 – An industry-funded study of oil and gas well integrity found that more than six percent of wells in a major shale exploration region in Pennsylvania showed evidence of leaking and conceded that this number is likely an underestimate. Researchers concluded that the percentage of wells with some form of well barrier or integrity failure is highly variable and could be as high as 75 percent. A separate analysis in the same study found 85 examples of cement or casing failures in Pennsylvania wells monitored between 2008 and 2011.[136]

- March 7, 2014 – In a comprehensive evaluation, Duke University scientists and colleagues reviewed the state of knowledge on possible effects of shale gas and hydraulic

---

utm_campaign=Feed%3A+sciencedaily%2Ftop_news%2Ftop_health+%28ScienceDaily%3A+Top+Health+News%29

[134] Yen, H. (2014, May 11). Fed govt failed to inspect higher risk oil wells. *Associated Press*. Retrieved from http://bigstory.ap.org/article/fed-govt-failed-inspect-higher-risk-oil-wells

[135] Louis, S. (2012, May 4). Potential health hazards from shale gas exploration and exploitation–Drinking water and ambient air. Presented to Health Canada by SANEXEN Environmental Services; 0/Ref.: RA11-410. Document released under the (Canadian) Access to Information Act.

[136] Davies, R. J., Almond, S., Ward, R. S., Jackson, R. B., Adams, C., Worrall, F., . . . Whitehead, M. A. (2014). Oil and gas wells and their integrity: Implications for shale and unconventional resource exploitation. *Marine and Petroleum Geology, 56*, 239-254. doi: 10.1016/j.marpetgeo.2014.03.001

42

fracturing on water resources in the United States and concluded, "Analysis of published data (through January 2014) reveals evidence for stray gas contamination, surface water impacts in areas of intensive shale gas development, and the accumulation of radium isotopes in some disposal and spill sites."[137]

- February 19, 2014 – A Pennsylvania court found a gas corporation guilty of contaminating a woman's drinking water well in Bradford County. Methane levels after fracking were 1,300 to 2,000 times higher than baseline, according to the court brief. Iron levels and turbidity had also increased. The brief stated, "In short, Jacqueline Place lived for ten months deprived totally of the use of her well, and even after its 'restoration,' has been burdened with a water supply with chronic contamination, requiring constant vigilance and ongoing monitoring."[138]

- January 16, 2014 – Data from the Colorado Oil and Gas Conservation Commission showed that fracking-related chemical spills in Colorado exceed an average rate of one spill per day. Of the 495 chemical spills that occurred in that state over a one-year period of time, nearly a quarter impacted ground or surface water. Sixty-three of the spills spread within 1,500 feet of pigs, sheep, and cows; 225 spread within 1,500 feet of buildings.[139]

- January 10, 2014 – Duke University water tests revealed ongoing water contamination in Parker County, Texas, providing evidence that the EPA had prematurely ended its prior investigation into the water contamination.[140] A letter sent to the EPA from more than 200 environmental organizations called on the agency to re-open its investigation.[141]

- January 5, 2014 – An Associated Press investigation into drinking water contamination from fracking in four states—Pennsylvania, Ohio, West Virginia, and Texas—found many cases of confirmed water contamination and hundreds more complaints. The Associated Press noted that their analysis "casts doubt on industry view that it rarely happens."[142]

[137] Vengosh, A., Jackson, R. B., Warner, N., Darrah, T. H., & Kondash, A. (2014). A critical review of the risks to water resources from unconventional shale development and hydraulic fracturing in the United States [Abstract]. *Environmental Science & Technology*. doi: 10.1021/es405118y

[138] Gibbons, B. (2014, February 19). Woman wins case against Chesapeake Jaqueline Place of Terry Township to receive compensation for well contamination. *Thedailyreview.com*. Retrieved from http://thedailyreview.com/news/woman-wins-case-against-chesapeake-jaqueline-place-of-terry-township-to-receive-compensation-for-well-contamination-1.1636832

[139] Tomasic, J. (2014, January 16). Colorado drilling data: More than a spill a day. *The Colorado Independent*. Retrieved from http://www.coloradoindependent.com/145629/colorado-drilling-data-more-than-a-spill-a-day

[140] Drajem, M. (2014, January 9). Duke fracking tests reveal dangers driller's data missed. *Bloomberg*. Retrieved from http://www.bloomberg.com/news/2014-01-10/epa-s-reliance-on-driller-data-for-water-irks-homeowners.html

[141] Drajem, M. (2014, January 27). EPA needs fracking review: 'Gasland' maker, environmentalists. *Bloomberg*. Retrieved from http://go.bloomberg.com/political-capital/2014-01-27/epa-needs-fracking-review-gasland-producer-environmentalists-say/.

[142] Begos, K. (2014, January 05). 4 states confirm water pollution from drilling. *USA Today*. Retrieved from http://www.usatoday.com/story/money/business/2014/01/05/some-states-confirm-water-pollution-from-drilling/4328859/

- December 24, 2013 – A report from the EPA Inspector General concluded that evidence of fracking-related water contamination in Parker County, Texas was sound and faulted the EPA for prematurely ending its investigation there, relying on faulty water testing data from the gas industry in doing so, and failure to intervene when affected residents' drinking water remained unsafe.[143] As reported by *Business Insider*, "The EPA Screwed Up When It Dropped This Fracking Investigation."[144]

- December 16, 2013 – Lead by Susan Nagel of the University of Missouri School of Medicine, researchers documented endocrine-disrupting properties in chemicals commonly used as ingredients of fracking fluid and found similar endocrine-disrupting activity in groundwater and surface water samples collected near drilling and fracking sites in Garfield County, Colorado. Endocrine disruptors are chemicals that interfere with the activity of hormones in the body and, at very low concentrations, can raise the risk of reproductive, metabolic, and neurological disorders, especially when exposures occur in early life.[145; 146, 147]

- December 7, 2013 – Reporting on the second gas leak at a single gas well in one month, the Fort Worth *Star-Telegram* uncovered another inherent risk of fracking for groundwater contamination: Silica sand, which is used as an ingredient in fracking fluid for its ability to prop open the shale fractures, can damage steel pipes as it flows back up the well along with the gas. According to Dan Hill, head of the petroleum engineering department at Texas A&M University, new wells are the most susceptible to sand erosion because "the amount of sand and gas rushing through valves and flow lines is at its greatest when a well first goes into production."[148]

- November 28, 2013 – An Associated Press investigation uncovered nearly 300 oil pipeline spills in North Dakota in the previous ten months, all with no public notification. These were among some 750 "oil field incidents" that had occurred in the state over the same time period, also without public notification. Until the AP inquiry, industry and state officials had kept quiet about one particular "massive spill" that had been accidentally discovered by a wheat farmer. Even small spills can contaminate water sources permanently and take cropland out of production.[149]

[143] Banjeree, N. (2013, December 24). EPA report on fracking in Texas raises new concerns. *Los Angeles Times.* Retrieved from http://www.latimes.com/nation/la-na-epa-fracking-20131225,0,6042944.story#ixzz2oVB9FXVY
[144] Miedema, D. (2013, December 25). The EPA screwed up when it dropped this fracking investigation. *Business Insider.* Retrieved from http://www.businessinsider.com/epa-criticized-for-dropping-fracking-investigation-2013-12
[145] Kassotis, C. D., Tillitt, D. E., Davis, J. W., Hormann, A. M., & Nagel, S. C. (2013). Estrogen and androgen receptor activities of hydraulic fracturing chemicals and surface and ground water in a drilling-dense region. *Endocrinology.* doi: 10.1210/en.2013-1697
[146] Banerjee, N. (2013, December 16). Hormone-disrupting chemicals found in water at fracking sites. *Los Angeles Times.* Retrieved from http://articles.latimes.com/2013/dec/16/science/la-sci-fracking-health-20131217
[147] Endocrine Society. (2013, December 16). Fracking chemicals disrupt hormone function. ScienceDaily. Retrieved from www.sciencedaily.com/releases/2013/12/131216140428.htm
[148] Hirst, C., & Fuquay, J. (2013, December 7). Second leak reported at east Fort Worth gas well site. *Star-Telegram.* Retrieved from http://www.star-telegram.com/2013/12/07/5399740/second-leak-reported-at-east-fort.html?rh=1
[149] MacPherson, J. (2013, October 28). Nearly 300 pipeline spills in North Dakota have gone unreported to the public since January 2012. *Huffington Post.* Retrieved from http://www.huffingtonpost.com/2013/10/28/pipeline-spills-north-dakota_n_4170133.html?ncid=edlinkusaolp00000003

- November 26, 2013 – A USGS report found serious impacts of fracking on watersheds and water quality throughout the Appalachian Basin, as well as issues with radiation and seismic events. As noted in the report, the knowledge of how extraction affects water resources has not kept pace with the technology.[150, 151] Meanwhile, clean fresh water is becoming an increasingly scant resource. A report prepared for the U.S. State Department forecasts a serious freshwater shortage by 2030, with global demand exceeding supply by 40 percent.[152]

- November 22, 2013 – A USGS study of pollution from oil production in North Dakota, where horizontal drilling and hydraulic fracturing are heavily used, identified two potential plumes of groundwater contamination covering 12 square miles. The cause was traced to a casing failure in a wastewater disposal well. Drilling companies had incorrectly assumed that, once injected underground, the wastewater would remain contained. According to *EnergyWire*, the development of the Bakken oil formation is "leaving behind an imprint on the land as distinct as the ones left by the receding ice sheets of the ice age."[153]

- September 10, 2013 – Pennsylvania Attorney General Kathleen Kane filed criminal charges against Exxon Mobil Corporation's subsidiary, XTO Energy Corporation, for a spill of 50,000 gallons of toxic drilling wastewater in 2010 that contaminated a spring and a tributary of the Susquehanna River. In July, XTO settled civil charges for the incident without admitting liability by agreeing to pay a $100,000 fine and improve its wastewater management.[154]

- September 10, 2013 – Out of concern for risks posed to drinking water in the nation's capital, George Hawkins, General Manager of DC Water, Washington, DC's local water provider, called for a prohibition on horizontal drilling and hydraulic fracturing in the George Washington National Forest until the process can be proven safe.[155] The Potomac River is the source of the District's water supply and has its headwaters in the George Washington National Forest, which sits atop the Marcellus Shale. The general managers

---

[150] Kappel, W. M., Williams, J. H., & Szabo, Z. (2013). Water resources and shale gas/oil production in the Appalachian Basin - Critical issues and evolving developments. *U.S. Geological Survey.* Retrieved from http://pubs.usgs.gov/of/2013/1137/ofr2013-1137.pdf

[151] Mall, A. (2013, November 26). New USGS analysis: Threats to water, wildlife, and health from oil and gas development in the Appalachian basin [Web log post]. Retrieved from http://switchboard.nrdc.org/blogs/amall/new_usgs_analysis.html

[152] National Intelligence Council. (2012, February 2). *Global Water Security: Intelligence Community Assessment,* (ICA 2012-08). Retrieved from http://www.dni.gov/files/documents/Special%20Report_ICA%20Global%20Water%20Security.pdf

[153] Vaidyanathan, G. (2013, November 22). Bakken shale: As oil production sets in, pollution starts to migrate -- scientists. *E&E Publishing, LLC.* Retrieved from http://www.eenews.net/stories/1059990892

[154] Maykuth, A. (2013, September 13). Shale criminal charges stun drilling industry. *Philly.com.* Retrieved from http://articles.philly.com/2013-09-13/news/42012429_1_xto-energy-inc-criminal-charges-attorney-general

[155] Letter from George Hawkins, General Manager, DC Water, to U.S. Secretary of Agriculture, Thomas Vilsack, (Sept. 10, 2013), http://www.washingtoncitypaper.com/blogs/housingcomplex/2013/09/20/dc-water-chief-urges-agriculture-secretary-not-to-allow-fracking-near-d-c/

of Fairfax Water, provider of drinking water for Fairfax County, Virginia, and the U.S. Army Corps of Engineers have called for a similar prohibition.[156]

- September 3, 2013 – The North Dakota Department of Mineral Resources voiced concern about an increasing number of fracking well blowouts (23 incidents in the past year) that result in spills and public safety threats.[157]

- August 28, 2013 – A joint USGS and U.S. Fish and Wildlife Service study documented a causal link between a fracking wastewater spill and the widespread death of fish in the Acorn Fork, a creek in Kentucky.[158]

- July 25, 2013 – A University of Texas at Arlington study of drinking water found elevated levels of arsenic and other heavy metals in some samples from private drinking water wells located within five kilometers of active natural gas wells in the Barnett Shale.[159]

- July 3, 2013 – *ProPublica* reported that the EPA was wrong to have halted its investigation of water contamination in Wyoming, Texas and Pennsylvania—where high levels of benzene, methane, arsenic, oil, methane, copper, vanadium, and other chemicals associated with fracking operations have been documented.[160] Although numerous organizations and health professionals around the country have since called on the agency to resume its investigation, no action has been taken.

- June 6, 2013 – Reviewing hundreds of regulatory and legal filings, *Bloomberg News* reported that drillers have offered out-of-court cash settlements and property buyouts to homeowners who claim that fracking ruined their water. These agreements typically come with gag orders and sealed records. This strategy, the investigation noted, allows the industry to continue claiming that no cases of water contamination due to fracking have ever been confirmed, impedes public health research, and shields data from regulators, policy makers, and the new media.[161] The EPA also long ago noted how non-disclosure agreements between oil and gas operators and landowners challenge scientific progress and keep examples of drilling harm secret from the public. In a 1987 report, the

[156] Wiener, A. (2013, September 20). DC Water Chief urges Agriculture Secretary not to allow fracking near D.C. *Washington City Paper*. Retrieved from http://www.washingtoncitypaper.com/blogs/housingcomplex/2013/09/20/dc-water-chief-urges-agriculture-secretary-not-to-allow-fracking-near-d-c/

[157] Sun Staff. (2013, September 3). More blowouts a concern for N.D. *The Jamestown Sun*. Retrieved from http://www.jamestownsun.com/content/more-blowouts-concern-nd

[158] Papoulias, D., & MacKenzie, T. (2013, August 28). Hydraulic fracturing fluids likely harmed threatened Kentucky fish species. *USGS Newsroom*. Retrieved from http://www.usgs.gov/newsroom/article.asp?ID=3677

[159] Fontenot, B. E., Hunt, L. R., Hildenbrand, Z. L., Carlton Jr., D. D., Oka, H., Walton, J. L., . . . Schug, K. A. (2013). An evaluation of water quality in private drinking water wells near natural gas extraction sites in the Barnett Shale formation. *Environmental Science & Technology, 47*(17), 10032-10040. doi: 10.1021/es4011724

[160] Lustgarten, A. (2013, July 3). EPA's abandoned Wyoming fracking study one retreat of many. *ProPublica*. Retrieved from http://www.propublica.org/article/epas-abandoned-wyoming-fracking-study-one-retreat-of-many

[161] Efstathiou, J., Jr., & Drajem, M. (2013, June 5). Drillers silence fracking claims with sealed settlements. *Bloomberg*. Retrieved from http://www.bloomberg.com/news/2013-06-06/drillers-silence-fracking-claims-with-sealed-settlements.html

EPA wrote, "In some cases, even the records of well-publicized damage incidents are
almost entirely unavailable for review. In addition to concealing the nature and size of
any settlement entered into between the parties, impoundment curtails access to scientific
and administrative documentation of the incident."[162]

- June 3, 2013 – A study by Duke University researchers linked fracking with elevated
levels of methane, ethane, and propane in nearby groundwater.[163] Published in
*Proceedings of the National Academy of Sciences*, the study included results from 141
northeastern Pennsylvania water wells. Methane levels were, on average, six times higher
in drinking water wells closer to drilling sites when compared with those farther away,
while ethane was 23 times higher.[164]

- May 19, 2013 – In Pennsylvania, the *Scranton Times-Tribune* released details of an
investigation that revealed at least 161 cases of water contamination from fracking
between 2008 and the fall of 2012, according to state Department of Environmental
Protection records.[165]

- April 2013 – Researchers analyzing publicly available Colorado data found 77 surface
spills impacting groundwater in Weld County alone. Samples of these spills often
exceeded drinking water maximum contaminant levels (MCLs) for benzene, toluene,
ethylbenzene and xylene; for benzene, a known carcinogen, 90% of the samples exceeded
the legal limit.[166]

- March 4, 2013 – Researchers at the University of Pittsburgh Graduate School of Public
Health analyzed samples of gas drilling wastewater discharged to surface water through
wastewater treatment plants. Barium, strontium, bromides, chlorides, and benzene all
exceeded levels known to cause human health impacts.[167]

- December 9, 2012 – State data in Colorado showed more than 350 instances of
groundwater contamination resulting from more than 2,000 spills from oil and gas
operations over the past five years. Further, as the *Denver Post* reported, "Contamination

---

[162] Environmental Protection Agency. (1987). *Report to Congress: Management of wastes from the exploration,
development, and production of crude oil, natural gas, and geothermal energy* (Rep.). 137-138. Washington, D.C.:
U.S. Environmental Protection Agency.
[163] Jackson, R. B., Vengosh, A., Darrah, T. H., Warner, N. R., Down, A., Poreda, R. J., . . . Karr, J. D. (2013).
Increased stray gas abundance in a subset of drinking water wells near Marcellus shale gas extraction. *Proceedings
of the National Academy of Sciences*, 110(28), 11250-11255. doi: 10.1073/pnas.1221635110
[164] CBS/AP. (2013, June 25). Methane found in Pa. drinking water near fracked wells. *CBS News*. Retrieved from
http://www.cbsnews.com/news/methane-found-in-pa-drinking-water-near-fracked-wells/
[165] Legere, L. (2013, May 19). Sunday Times review of DEP drilling records reveals water damage, murky testing
methods. *The Times-Tribune*. Retrieved from http://thetimes-tribune.com/news/sunday-times-review-of-dep-
drilling-records-reveals-water-damage-murky-testing-methods-1.1491547
[166] Gross, S. A., Avens, H. J., Banducci, A. M., Sahmel, J., Panko, J. M., & Tvermoes, B. E. (2013). Analysis of
BTEX groundwater concentrations from surface spills associated with hydraulic fracturing operations. *Journal of
the Air & Waste Management Association, 63*(4), 424-432. doi: 10.1080/10962247.2012.759166
[167] Ferrar, K. J., Michanowicz, D. R., Christen, C. L., Mulcahy, N., Malone, S. L., & Sharma, R. K. (2013).
Assessment of effluent contaminants from three facilities discharging Marcellus shale wastewater to surface waters
in Pennsylvania. *Environmental Science & Technology, 47*(7), 3472-3481. doi: 10.1021/es301411q

47

of groundwater—along with air emissions, truck traffic and changed landscapes—has spurred public concerns about drilling along Colorado's Front Range."[168]

- May 2012 – A report by researchers at Natural Resources Defense Council and Carnegie Mellon University found that the options available for dealing with fracking wastewater are inadequate to protect public health and the environment, resulting in increasing quantities of toxic wastewater as an ongoing problem without a good solution.[169]

- January 11, 2012 – The USGS reported that the Marcellus Shale is already highly fractured and that numerous fissures naturally occurring within the formation could potentially provide pathways for contaminants to migrate vertically into water supplies.[170]

- October 25, 2011 – After receiving new information from two companies, members of Congress updated their findings to show that "between 2005 and 2009, oil and gas service companies injected 32.7 million gallons of diesel fuel or hydraulic fracturing fluids containing diesel fuel in wells in 20 states."[171]

- October 17, 2011 – Thomas P. Jacobus, General Manager of the U.S. Army Corps of Engineers' Washington Aqueduct, called for a prohibition on horizontal hydraulic fracturing in the George Washington National Forest because of concern that fracking poses risks to drinking water. The Washington Aqueduct—which provides drinking water to Washington, DC, Arlington County, Virginia, and Falls Church, Virginia—is supplied by the Potomac River, which has its headwaters in the George Washington National Forest that sits atop the Marcellus Shale. Jacobus said, "Enough study on the technique [hydraulic fracturing] has been published to give us great cause for concern about the potential for degradation of the quality of our raw water supply…."[172]

- October 11, 2011 – Charles M. Murray, General Manager of Fairfax Water, called for a prohibition on horizontal hydraulic fracturing in the George Washington National Forest. "Natural gas development activities have the potential to impact the quantity and quality of Fairfax Water's source water," Murray wrote. "Downstream water users and

---

[168] Finley, B. (2012, December 9). Drilling spills reaching Colorado groundwater; state mulls test rules. *The Denver Post*. Retrieved from http://www.denverpost.com/environment/ci_22154751/drilling-spills-reaching-colorado-groundwater-state-mulls-test#ixzz2EihHU2fg

[169] Hammer, R. & VanBriesen, J. (2012, May). *In fracking's wake: New rules are needed to protect our health and environment from contaminated wastewater* (Rep.). Natural Resources Defense Council. Retrieved from http://www.nrdc.org/energy/files/fracking-wastewater-fullreport.pdf

[170] U.S. Geological Survey, New York Water Science Center. (2012, January 11). *Comments on the revised draft supplemental generic environmental impact statement*. (Rep.). Retrieved from http://www.ewg.org/sites/default/files/report/ReviseddraftSGEIS_USGScomments_Version3_0.pdf

[171] Waxman, H. A., Markey, E. J., & DeGette, D. (2011, October 25). *Committee on Energy & Commerce* (U.S.A., Congress, Committee on Energy & Commerce). Retrieved from http://democrats.energycommerce.house.gov/index.php?q=news/reps-waxman-markey-and-degette-report-updated-hydraulic-fracturing-statistics-to-epa

[172] Jacobus, T. P. (2012, April 25). Draft environmental impact statement for the George Washington National Forest [Letter written October 17, 2011 to K. Landgraf]. Retrieved, from http://www.fs.usda.gov/Internet/FSE_DOCUMENTS/stelprdb5366331.pdf

consumers will bear the economic burden if drinking water sources are contaminated or the quality of our source water supply is degraded."[173] Fairfax Water provides drinking water for Fairfax County in Virginia.

- September 7, 2011 – In its draft Supplemental Generic Environmental Impact Statement (SGEIS), the New York State Department of Environmental Conservation (NYS DEC) acknowledged that "there is questionable available capacity"[174] for New York's public sewage treatment plants to accept drilling wastewater, yet the agency said that it would allow those facilities to accept such waste if the plants meet permitting conditions.[175] The NYS DEC proposed underground injection as one alternative to sewage treatment procession of fracking waste. Although it is a common method of disposal for fracking wastewater,[176] the last significant government study of pollution risks from oil and gas wastewater injection wells occurred in 1989 and found multiple cases of costly groundwater contamination.[177] In subsequent years, studies have continued to link underground injection of drilling wastewater to pollution as well as earthquakes.[178]

- September 2011 – A team led by Theo Colburn of The Endocrine Disruptor Exchange found that 25 percent of chemicals known to be used in fracking fluids are implicated in cancer, 37 percent could disrupt the endocrine system, and 40 to 50 percent could cause nervous, immune and cardiovascular system problems. The research team also found that more than 75 percent could affect the skin, eyes, and respiratory system, resulting in various problems such as skin and eye irritation or flu-like symptoms.[179]

- August 4, 2011 – As reported by the *New York Times,* the EPA had alerted Congress in 1987 about a case of water contamination caused by fracking. Its report documented that

---

[173] Murray, C. M. (n.d.). Draft environmental impact statement for the George Washington National Forest [Letter written October 11, 2013 to K. Landgraf]. Retrieved from http://www.svnva.org/wp-content/uploads/fairfax-wash-aquaduct-gwnf-comments.pdf
[174] New York State Department of Environmental Conservation. (2011). *Supplemental generic environmental impact statement on the oil, gas and solution mining regulatory program, well permit issuance for horizontal drilling and high-volume hydraulic fracturing to develop the Marcellus shale and other low-permeability gas reservoirs* (6-62, Rep.).
[175] New York State Department of Environmental Conservation. (2011). *Supplemental generic environmental impact statement on the oil, gas and solution mining regulatory program, well permit issuance for horizontal drilling and high-volume hydraulic fracturing to develop the Marcellus shale and other low-permeability gas reservoirs* (6-57 through 6-63, Rep.).
[176] New York State Department of Environmental Conservation. (2011). *Supplemental generic environmental impact statement on the oil, gas and solution mining regulatory program, well permit issuance for horizontal drilling and high-volume hydraulic fracturing to develop the Marcellus shale and other low-permeability gas reservoirs* (6-64, Rep.).
[177] United States Government Accountability Office. (1989, July 5). Drinking water: Safeguards are not preventing contamination from injected oil and gas wastes. Retrieved from http://www.gao.gov/products/RCED-89-97
[178] Fountain, H. (2012, January 1). Disposal halted at well after new quake in Ohio. *The New York Times.* Retrieved from http://www.nytimes.com/2012/01/02/science/earth/youngstown-injection-well-stays-shut-after-earthquake.html
[179] Colborn, T., Kwiatkowski, C., Schultz, K., & Bachran, M. (2011). Natural gas operations from a public health perspective. *Human and Ecological Risk Assessment: An International Journal, 17*(5), 1039-1056. doi: 10.1080/10807039.2011.605662

a shale gas well hydraulically fractured at a depth of more than 4,200 feet contaminated a water supply only 400 feet from the surface.[180, 181, 182]

- May 17, 2011 – The state of Pennsylvania fined Chesapeake Energy Corporation $900,000 for an incident in which improper cementing and casing in one of the company's gas wells allowed methane to migrate underground and contaminate 16 private drinking water wells in Bradford County.[183]

- May 17, 2011 – A Duke University study documented "systematic evidence for methane contamination of drinking water associated with shale gas extraction."[184] The study showed that methane levels were 17 times higher in water wells near drilling sites than in water wells in areas without active drilling.[185]

- April 18, 2011 – As part of a year-long investigation into hydraulic fracturing and its potential impact on water quality, U.S. Representatives Henry Waxman (D-Calif.), Edward Markey (D-Mass.) and Diana DeGette (D-Colo.) released the second of two reports issued in 2011. Their analysis of hydraulic fracturing fluids used by the 14 leading oil and natural gas service companies between 2005 and 2009 found, among other things, that the companies used more than 650 different products that contained chemicals that are known or possible human carcinogens, regulated under the Safe Drinking Water Act, or listed as hazardous air pollutants under the Clean Air Act. The report also showed that "between 2005 and 2009, the companies used 94 million gallons of 279 products that contained at least one chemical or component that the manufacturers deemed proprietary or a trade secret … in most cases the companies stated that they did not have access to proprietary information about products they purchased 'off the shelf' from chemical suppliers. In these cases, the companies are injecting fluids containing chemicals that they themselves cannot identify."[186] These findings were reported in the *New York Times*.[187]

---

[180] Urbina, I. (2011, August 4). A tainted water well, and concern there may be more. Retrieved from http://www.nytimes.com/2011/08/04/us/04natgas.html
[181] U.S. Environmental Protection Agency. (1987). *Report to Congress: Management of wastes from the exploration, development, and production of crude oil, natural gas, and geothermal energy* (Rep.). 4-22, 4-23. Retrieved from http://nepis.epa.gov/Exe/ZyPDF.cgi?Dockey=20012D4P.PDF
[182] Horwitt, D. (2011, August 3). Cracks in the facade. *Environmental Working Group*. Retrieved from http://www.ewg.org/research/cracks-façade
[183] Levy, M. (2011, May 18). DEP fines Chesapeake $1 million. *Pressconnects.com*. Retrieved from http://www.pressconnects.com/viewart/20110517/NEWS01/105170345/DEP-fines-Chesapeake-1-million
[184] Osborn, S. G., Vengosh, A., Warner, N. R. & Jackson, R. B. (2011). Methane contamination of drinking water accompanying gas-well drilling and hydraulic fracturing. *Proceedings of the National Academy of Sciences, 108,* 8172-8176. doi: 10.1073/pnas.1100682108
[185] Duke University. (2011). Methane levels 17 times higher in water wells near hydrofracking sites, study finds. *ScienceDaily*. Retrieved from http://www.sciencedaily.com/releases/2011/05/110509151234.htm
[186] Waxman, H. A., Markey, E. J., & DeGette, D. (2011, April 18). Committee on Energy & Commerce (U.S.A., Congress, Committee on Energy & Commerce). Retrieved from http://democrats.energycommerce.house.gov/sites/default/files/documents/Hydraulic-Fracturing-Chemicals-2011-4-18.pdf
[187] Urbina, I. (2011, April 17). Chemicals Were Injected Into Wells, Report Says. *The New York Times*. Retrieved from http://www.nytimes.com/2011/04/17/science/earth/17gas.html

January 2011 – A team of scientists led by a University of Central Arkansas researcher called attention to the threat posed to surface waters by rapidly expanding shale gas development, noting a lack of data collection accompanying the rush to drill. "Gas wells are often close to surface waters that could be impacted by elevated sediment runoff from pipelines and roads, alteration of stream flow as a result of water extraction, and contamination from introduced chemicals or the resulting wastewater."[188]

- April 29, 2010 – In 2010, the Colorado Oil and Gas Conservation Commission fined Occidental Petroleum Corporation (OXY) USA a record $390,000 for an incident of pollution, discovered in 2008, when its drilling wastes leaked through an unlined pit, contaminated two springs with benzene, and polluted other nearby water sources. In addition, the regulators separately fined OXY USA $257,400 for a nearby case of pollution, also discovered in 2008, in which a torn liner in a pit caused drilling waste fluids to leak out and contaminate two springs with benzene.[189]

- April 22, 2011 – Describing one of many blowouts, the Associated Press reported on a shale gas well in Canton, Pennsylvania that spewed thousands of gallons of chemical-laced water on farmland and into a stream for two consecutive days before being brought under control.[190]

- January 31, 2011 – As part of a year-long investigation into hydraulic fracturing and its potential impact on water quality, U.S. Representatives Henry Waxman (D-Calif.), Edward Markey (D-Mass.) and Diana DeGette (D-Colo.) reported that "between 2005 and 2009, oil and gas service companies injected 32.2 million gallons of diesel fuel or hydraulic fracturing fluids containing diesel fuel in wells in 19 states." Furthermore, revealing apparent widespread violation of the Safe Drinking Water Act, the investigation found that no oil and gas service companies had sought—and no state or federal regulators had issued—permits for the use of diesel fuel in hydraulic fracturing.[191]

- June 5, 2009 – A leaking pipe carrying fracking waste in Washington County, Pennsylvania, polluted a tributary of Cross Creek Lake, killing fish, salamanders, crayfish, and aquatic insect life in approximately three-quarters of a mile of the stream.[192]

---

[188] Entrekin, S., Evans-White, M., Johnson, B., & Hagenbuch, E. (2011). Rapid expansion of natural gas development poses a threat to surface waters. *Frontiers in Ecology and the Environment, 9*(9), 503-511. doi: 10.1890/110053

[189] Webb, D. (2010, April 29). Record fine, second one against Oxy approved. *Grand Junction Sentinel*. Retrieved from http://www.gjsentinel.com/news/articles/record-fine-second-one-against-oxy-approved

[190] The Associated Press. (2011, April 22). Crews stop flow of drilling fluid from Pennsylvania well. *Syracuse.com*. Retrieved from http://www.syracuse.com/news/index.ssf/2011/04/crews_stop_flow_of_drilling_fl.html

[191] Waxman, H. A., Markey, E. J., & DeGette, D. (2011, January 31). *Committee on Energy & Commerce* (U.S.A., Congress, Committee on Energy & Commerce). Retrieved from http://democrats.energycommerce.house.gov/index.php?q=news/waxman-markey-and-degette-investigation-finds-continued-use-of-diesel-in-hydraulic-fracturing-f

[192] Pittsburgh Post-Gazette. (2009, June 5). Waste from Marcellus shale drilling in Cross Creek Park kills fish. *Pittsburgh Post-Gazette*. Retrieved, from http://www.post-gazette.com/washington/2009/06/05/Waste-from-Marcellus-shale-drilling-in-Cross-Creek-Park-kills-fish/stories/200906050136

- April 26, 2009 – Officials in three states linked water contamination and methane leaks to gas drilling. Incidents included a case in Ohio where a house exploded after gas seeped into its water well and multiple cases of exploding drinking water wells in Dimock, Pennsylvania.[193]

- November 13, 2008 – *ProPublica* reported more than 1,000 cases of drilling-related contamination documented by courts and state and local governments in Colorado, New Mexico, Alabama, Ohio, and Pennsylvania.[194]

- December 15, 2007 – In Bainbridge, Ohio, a gas well that was improperly cemented and subsequently fractured by Ohio Valley Energy Systems Corporation allowed natural gas to migrate outside of the well, causing a home to explode. In addition, 23 nearby water wells were contaminated, two of which were located more than 2,300 feet from the drilling site.[195, 196, 197]

## Inherent engineering problems that worsen with time

*Studies consistently show that oil and gas wells routinely leak, allowing for the migration of natural gas and potentially other substances into groundwater and/or the atmosphere. Recent research suggests that the act of fracking itself may induce pathways for leaks. Leakage from faulty wells is an issue that the industry has identified and for which it has no solution. According to Schlumberger, one of the world's largest companies specializing in fracking, about five percent of wells leak immediately, 50 percent leak after 15 years, and 60 percent leak after 30 years. Data from Pennsylvania's Department of Environmental Protection (DEP) for 2000-2012 show over nine percent of shale gas wells drilled in the state's northeastern counties leaking within the first five years. Leaks pose serious risks including potential loss of life or property from explosions and the migration of gas or other chemicals into drinking water supplies.*

*Leaks also allow methane to escape into the atmosphere, where it acts as a more powerful greenhouse gas than carbon dioxide. Indeed, over a 20-year time frame, methane is 86 times more potent a heat accumulator than carbon dioxide. There is no evidence to suggest that the*

---

[193] Lustgarten, A. (2009, April 26). Officials in three states pin water woes on gas drilling. *ProPublica*. Retrieved from http://www.propublica.org/article/officials-in-three-states-pin-water-woes-on-gas-drilling-426

[194] Lustgarten, A. (2008, November 13). Buried secrets: Is natural gas drilling endangering U.S. water supplies? *ProPublica*. Retrieved from http://www.propublica.org/article/buried-secrets-is-natural-gas-drilling-endangering-us-water-supplies-1113

[195] Ohio Department of Natural Resources Division of Mineral Resources Management. (2008, September 1). *Report on the investigation of the natural gas invasion of aquifers in Bainbridge Township of Geauga County, Ohio*. (Rep.). Retrieved from http://www.ohiodnr.com/mineral/bainbridge/tabid/20484/default.aspx

[196] Bair, E. S., Freeman, D. C., & Senko, J. M. (2010, June). *Expert panel technical report, subsurface gas invasion Bainbridge Township, Geauga County, Ohio* (Rep.). Retrieved from http://oilandgas.ohiodnr.gov/portals/oilgas/pdf/bainbridge/DMRM%200%20Title%20Page,%20Preface,%20Acknowledgements.pdf

[197] Ohio Department of Natural Resources, Order Number 2009-17 (Apr. 14, 2009) (see attachments A, B).

*problem of cement and well casing impairment is abating. Indeed, a 2014 analysis of more than 75,000 compliance reports for more than 41,000 wells in Pennsylvania found that newer wells have higher leakage rates and that unconventional shale gas wells leak more than conventional wells drilled within the same time period. Industry has no solution for rectifying the chronic problem of well casing/cement leakage.*

- July 9, 2015 – As part of a larger examination of the potential health and environmental impacts of fracking in California, the California Council on Science and Technology (CCST) documented cases of well failures triggered by underground movements that caused well casings to shear. Sheared well casings can allow gas and fluids from the fracking zone to migrate to overlying aquifers. The CCST team identified several mechanisms by which casing shears can occur in California as oil wells age: surface subsidence, heaving, reservoir compaction, and earthquakes. Prolonged drought can also damage the integrity of well casings: as groundwater levels fall, landforms can sink and contribute to casing shear.[198]

- June 30, 2015 – According to the New York State Department of Environmental Conservation (NYS DEC) Findings Statement, "there is a risk that well integrity can fail, especially over time, and questions have arisen about whether high-volume hydraulic fracturing can cause seismic changes which could potentially result in fracturing fluid migration through abandoned wells or existing fissures and faults. Thus, high-volume hydraulic fracturing could result in significant adverse impacts to water resources from well construction and fracturing fluid migration."[199]

- June 4, 2015 – As part of a draft assessment of fracking's impact on drinking water, the U.S. EPA examined cases of water contamination across the United States and concluded that "construction issues, sustained casing pressure, and the presence of natural faults and fractures can work together to create pathways for fluids to migrate toward drinking water resources." Fracking older wells poses additional risks, the draft study notes, because aging itself "can contribute to casing degradation, which can be accelerated by exposure to corrosive chemicals, such as hydrogen sulfide, carbonic acid, and brines" and because many older wells were never designed to withstand the high pressures and stress of fracking operations. The EPA estimates that 6 percent of the 23,000 U.S. oil and gas wells (= 1,380 wells) first fracked in 2009 or 2010 were drilled more than ten years earlier.[200]

---

[198] Stringfellow, W. T., Cooley H., Varadharajan, C., Heberger, M., Reagan, M. T., Domen, J.K., Sandelin, W. … Houseworth, J. E. (2015, July 9). Volume II, Chapter 2: Impacts of well stimulation on water resources. In: *An Independent Scientific Assessment of Well Stimulation in California.* California Council on Science and Technology, Sacramento, CA. Retrieved from http://ccst.us/publications/2015/vol-II-chapter-2.

[199] New York State Department of Environmental Conservation. (2015, June 30). Final supplemental generic environmental impact statement on the oil, gas and solution mining regulatory program: regulatory program for horizontal drilling and high-volume hydraulic fracturing to develop the Marcellus Shale and other low-permeability gas reservoirs, findings statement. Retrieved from http://www.dec.ny.gov/docs/materials_minerals_pdf/findingstatehvhf62015.pdf

[200] U.S. Environmental Protection Agency (2015, June 30). *Assessment of the Potential Impacts of Hydraulic Fracturing for Oil and Gas on Drinking Water Resources*, executive summary (draft). Retrieved from http://www2.epa.gov/sites/production/files/2015-06/documents/hf_es_erd_jun2015.pdf

- December 2, 2014 – Problems with structural integrity have been documented in a well at the only hydraulically fractured site in the United Kingdom. Email messages obtained under freedom of information laws reveal that problems with wellbore integrity emerged in April of 2014 and attempts were made to remediate the problem, although nothing was reported at that time to regulators. The drilling company, Cuadrilla Resources, continues to deny that any problems exist with the well, emphasizing that "no leak of fluids" occurred and that "the issue" was resolved during the abandonment process. Cuadrilla had previously been reprimanded for failing to disclose a more minor deformation in the well casing. The well was abandoned at the end of last year, following two earthquakes in 2011, which scientists determined to have been caused by fracking at the site.[201]

- August 11, 2014 – Researchers affiliated with multiple universities and with the Los Alamos National Laboratory summarized recent field observations of wellbore-integrity failure, concluding that, because at least some well failures are not identified, reported barrier failure rates of 1-10% of wells and reported rates of groundwater contamination of 0.01-0.1% of wells constitute a "lower bound" for possible environmental problems. Citing hydraulic fracturing, as well as temperature and pressure changes, as operations that can induce pathways for leaks, the authors point out that few studies have considered the very-long-term fate (">50 years") of wellbore systems. They include "whether unconventional resource development alters the frequency of well integrity failures" as a critical topic for future research.[202]

- July 30, 2014 – Based on records obtained from Pennsylvania's Department of Environmental Protection (PA-DEP), Scranton's *Times-Tribune* reported that five natural gas wells in Bradford County have leaked methane for years because of persistent casing and cement problems. In the most recent violation, a PA-DEP inspector found combustible gas flowing through vents connected to the cement between layers of pipe. The agency issued a notice of violation for each well, saying combustible gas outside the well's surface casing violates state regulations. Each of the wells has four layers of steel casing, but nothing prevents leaking (stray) methane from flowing into the atmosphere. No evidence of water contamination has yet been seen. None of the wells have produced any gas for sale.[203]

- June 30, 2014 – A study published in *Proceedings of the National Academy of Sciences* by a Cornell University research team projected that over 40 percent of shale gas wells in Northeastern Pennsylvania will leak methane into groundwater or the atmosphere over time. Analyzing more than 75,000 state inspections of more than 41,000 oil and gas wells in Pennsylvania since 2000, the researchers identified high occurrences of casing and

---

[201] Bryant, B. (2014, December 2). The only fracked site in the United Kingdom suffered structural failure. *Vice News*. Retrieved from https://news.vice.com/article/the-only-fracking-site-in-the-united-kingdom-suffered-structural-failure

[202] Jackson R. B., Vengosh, A., Carey, J. W., Davies, R. J., Darrah, T. H., O'Sullivan, F., & Pétron, G. (2014). The environmental costs and benefits of fracking. *Annual Review of Environment and Resources, 39*, 327–62. doi: 10.1146/annurev-environ-031113-144051

[203] Gibbons, B. (2014, July 30). Five gas wells leaked methane for years. *Times-Tribune*. Retrieved from http://thetimes-tribune.com/news/five-gas-wells-leaked-methane-for-years-1.1727537

54

cement impairments inside and outside the wells. A comparative analysis showed that newer, unconventional (horizontally fracked) shale gas wells were leaking at six times the rate of conventional (vertical) wells drilled over the same time period. The leak rate for unconventional wells drilled after 2009 was at least six percent, and rising with time. In the state's northeastern counties between 2000-2012, over nine percent of shale gas wells drilled leaked within the first five years.[204] The study also discovered that over 8,000 oil and gas wells drilled since 2000 had not received a facility-level inspection. This study helps explain the results of earlier studies that documented elevated levels of methane in drinking water aquifers located near drilling and fracking operations in Pennsylvania and points to compromised structural integrity of well casings and cement as a possible mechanism.

- May 22, 2014 – In a 69-page report, University of Waterloo researchers warned that natural gas seeping from 500,000 wellbores in Canada represents "a threat to environment and public safety" due to groundwater contamination, greenhouse gas emissions, and explosion risks wherever methane collects in unvented buildings and spaces. The report found that 10 percent of all active and suspended gas wells in British Columbia now leak methane. Additionally, the report found that some hydraulically fractured shale gas wells in that province have become "super methane emitters" that spew as much as 2,000 kilograms of methane a year.[205, 206]

- May 1, 2014 – Following a comprehensive review of evidence, the Council of Canadian Academies identified inherent problems with well integrity as one of its top concerns about unconventional drilling and fracking. According to one expert panel, "the greatest threat to groundwater is gas leakage from wells from which even existing best practices cannot assure long-term prevention."[207] Regarding their concerns related to well integrity and cement issues, the panel wrote:

> Two issues of particular concern to panel members are water resources, especially groundwater, and GHG emissions. Both related to well integrity…. Natural gas leakage from improperly formed, damaged, or deteriorated cement seals is a long-recognized yet unresolved problem …. Leaky wells due to improperly placed cement seals, damage from repeated fracturing treatments, or cement deterioration over time, have the potential to create pathways for contamination of groundwater resources and to increase GHG emissions.

[204] Ingraffea, A., Wells, M., Santoro, R., & Shonkoff, S. (2014). Assessment and risk analysis of casing and cement impairment in oil and gas wells in Pennsylvania, 2000–2012. *Proceedings of the National Academy of Sciences*. Retrieved from http://www.pnas.org/content/early/2014/06/25/1323422111.abstract
[205] Dusseault, M. B., Jackson, R. E., & MacDonal, D. (2014, May 22). *Towards a road map for mitigating the rates and occurrences of long-term wellbore leakage*. Geofirma. Retrieved from http://www.geofirma.com/Links/Wellbore_Leakage_Study%20compressed.pdf
[206] Nikiforuk, A. (2014, June 5). Canada's 500,000 leaky energy wells: 'Threat to public' *The Tyee*. Retrieved from http://www.thetyee.ca/News/2014/06/05/Canada-Leaky-Energy-Wells/
[207] Council of Canadian Academies. (2014, May 1). *Environmental Impacts of Shale Gas Extraction in Canada: the Expert Panel on Harnessing Science and Technology to Understand the Environmental Impacts of Shale Gas Extraction*. Retrieved from http://bit.ly/1nNicuf

They further explain:

> Cement may crack, shrink, or become deformed over time, thereby reducing the tightness of the seal around the well and allowing the fluids and gases … to escape into the annulus between casing and rock and thus to the surface…. The challenge of ensuring a tight cement seal [will] be greater for shale gas wells that are subjected to repeated pulses of high pressure during the hydraulic fracturing process than for conventional gas wells. This pressure stresses the casing and therefore the cement that isolates the well from surrounding formations repeatedly.

- January 8, 2013 – According to state inspections of all 6,000 wells drilled in Pennsylvania's Marcellus Shale before 2013, six to ten percent of them leaked natural gas, with the rate of leakage increasing over time. The rate was six percent in 2010 (97 well failures out of 1,609 wells drilled); 7.1 percent in 2011 (140 well failures out of 1,972 wells drilled); and 8.9 percent in 2012 (120 well failures out of 1,346 wells drilled).[208] These data include wells that were cited for leakage violations, and wells that were noted to be leaking by inspectors but which had not been given violations. The NYS DEC forecasts that 50,000 wells could be drilled over the life of the Marcellus Shale play. If they fail at the same rate as wells in Pennsylvania, 4,000 wells would fail and leak in New York almost immediately.[209]

- March 2009 – A study published by the Society of Petroleum Engineers of more than 315,000 oil, gas, and injection wells in Alberta, Canada, found that 4.5 percent of the wells had unintended gas flow to the surface. In one designated area, officials required testing for gas migration outside the well casings in addition to routine testing for gas leaks within the rings of steel casings (annuli). Within this special testing zone, 15.5 percent of wells (3,205 of 20,725) leaked gas, and the incidence of gas leaks was four times percent higher in horizontal or deviated wells than in vertical wells.[210]

- Autumn 2003 – Schlumberger, one of the world's largest companies specializing in hydraulic fracturing and other oilfield services, reported in its in-house publication, *Oilfield Review*, that more than 40 percent of approximately 15,500 wells in the outer continental shelf area in the Gulf of Mexico were leaking gas. These included actively producing wells, in addition to shut-in and temporarily abandoned wells. In many cases, the gas leaked through the spaces (annuli) between layers of steel casing that drilling companies had injected with cement precisely to prevent such gas leaks. Leakage rates

---

[208] Ingraffea, A. R. (2013). Some scientific failings within high volume hydraulic fracturing proposed regulations. Retrieved from
http://www.psehealthyenergy.org/data/NYS_DEC_Proposed_REGS_comments_Ingraffea_Jan_2013.pdf
[209] New York State Department of Environmental Conservation. (2011). *Supplemental generic environmental impact statement on the oil, gas and solution mining regulatory program, well permit issuance for horizontal drilling and high-volume hydraulic fracturing to develop the Marcellus shale and other low-permeability gas reservoirs* (2-1, Rep.).
[210] Watson, T. L., & Bachu, S. (2009). Evaluation of the potential for gas and CO2 leakage along wellbores, Society of Petroleum Engineers. *SPE Drilling & Completion*, *24*, 115-126. doi: 10.21.18/106817-PA

56

increased dramatically with age: about five percent of the wells leaked immediately; 50 percent were leaking after 15 years; and 60 percent were leaking after about 30 years.[211] Gas leaks pose serious risks including loss of life from explosions and migration of gas and associated contaminants into drinking water supplies. Leaks also allow the venting of raw methane into the atmosphere where it acts as a powerful greenhouse gas.

- November 2000 – Maurice Dusseault, a specialist in rock mechanics at the University of Waterloo in Ontario, and two co-authors presented a paper published by the Society of Petroleum Engineers, in which they reported that oil and natural gas wells routinely leak gas through cracks in their cement casings, likely caused by cement shrinkage over time and exacerbated by upward pressure from natural gas. According to their paper, in Alberta, it is common for wells to leak natural gas into aquifers. "Because of the nature of the mechanism, the problem is unlikely to attenuate," they wrote, "and the concentration of the gases in the shallow aquifers will increase with time."[212]

## Radioactive releases

*High levels of radiation documented in fracking wastewater from many shale formations raise special concerns in terms of impacts to groundwater and surface water. Measurements of radium in fracking wastewater in New York and Pennsylvania, from the particularly radioactive Marcellus Shale, have been as high as 3,600 times the United States Environmental Protection Agency's (EPA) limit for drinking water. One study found toxic levels of radiation in a Pennsylvania waterway even after fracking wastewater was disposed of through an industrial wastewater treatment plant. In addition, the disposal of radioactive drill cuttings is a concern. A recent study found high levels of radon in buildings specifically in heavily drilled areas of Pennsylvania, with levels of radon rising since the start of the fracking boom. Unsafe levels of radon and its decay products in natural gas produced from the Marcellus Shale may also contaminate pipelines and compressor stations, as well as pose risks to end-users when allowed to travel into homes.*

- April 9, 2015 – A Johns Hopkins Bloomberg School of Public Health study found that levels of radon in Pennsylvania homes—a region with some of the highest indoor radon concentrations in the US—have been rising since 2004, around the time the fracking industry arrived in the state.[213] Radon exposure is the second leading cause of lung cancer

---

[211] Brufatto, C. (2003). From mud to cement - Building gas wells. *Oilfield Review, 15*(3). Retrieved from http://www.slb.com/resources/publications/industry_articles/oilfield_review/2003/or2003aut06_building_gas_wells.aspx

[212] Dusseault, M. B., Gray, M. N., & Nawrocki, P. A. (2000). Why oil wells leak: Cement behavior and long-term consequences. *Society of Petroleum Engineers*. Retrieved from http://www.hydrorelief.com/frackdata/references/65704543-Casing-Leaks.pdf

[213] Casey, J. A., Ogburn, E. L., Rasmussen, S. G., Irving, J. K., Pollak, J., Locke, P. A., & Schwartz, B. S. (2015). Predictors of indoor radon concentrations in Pennsylvania, 1989-2013. *Environmental Health Perspectives*. Advance online publication: http://dx.doi.org/10.1289/ehp.1409014

worldwide, after cigarette smoking.[214] Researchers found that buildings in counties where the most fracking has taken place in the past decade have had significantly higher radon readings compared with those in low-fracking areas, a difference that did not exist before 2004. Use of well water was associated with 21 percent higher indoor radon concentrations than in buildings using public water sources. This study, the first to define and evaluate the predictors of indoor radon concentrations in Pennsylvania, concluded that radon's presence was related to geology, water sources, weather, and natural gas drilling.[215]

- April 2, 2015 – A team of toxicologists, geochemists, and radiation scientists led by the University of Iowa analyzed the contribution of various naturally occurring radioactive materials (NORM) to the total radioactivity of fracking waste fluids, finding evidence of long-lived, environmentally persistent radioactive decay products.[216] "NORM is emerging as a contaminant of concern in hydraulic fracturing/unconventional drilling wastes, yet the extent of the hazard is currently unknown." The study determined that previous testing and study methods likely underestimate radioactivity by focusing only on radium. The researchers developed a new method to accurately predict the concentrations of uranium, thorium, and radium and their alpha-emitting progeny, polonium and lead, in fracking wastewater. They found that, under certain conditions, radioactivity increased over time, due to ingrowth of alpha-emitting radioactive progeny of long-lived parent radionuclides such as radium. The authors warned that these decay products may potentially contaminate recreational, agricultural, and residential areas, and that a more detailed understanding is needed of how radionuclides accumulate in higher organisms. In an accompanying article in *Environmental Health Perspectives*, James Burch, a University of South Carolina epidemiologist who was not involved in the study, said that fracking activities and wastewater disposal, which often take place in close proximity to where people live and work, raise risks for human exposure. "The technology is vastly outpacing what we know about the health effects."[217]

- May 8, 2014 – A group of leading medical experts and the American Lung Association of the Northeast detailed research and growing concerns about potential health impacts of radon and radium associated with natural gas production and the Marcellus Shale, in particular. High levels of radiation in the Marcellus Shale could pose health threats if high concentrations of radon and its decay products travel with natural gas, a problem

---

[214] National Cancer Institute (2011, Dec. 6). Radon and cancer fact sheet. Retrieved from http://www.cancer.gov/about-cancer/causes-prevention/risk/substances/radon/radon-fact-sheet
[215] Hurdle, J. & Phillips, S. (2015, April 9). New study raises possible link between gas drilling and radon levels. *StateImpact Pennsylvania*. Retrieved from http://stateimpact.npr.org/pennsylvania/2015/04/09/new-study-raises-possible-link-between-gas-drilling-and-radon-levels/
[216] Nelson, A. W., Eitrheim, E. S., Knight, A. W., May, D., Mehrhoff, M. A., Shannon, R., . . . Schultz, M.K. (2015). Understanding the radioactive in growth and decay of naturally occurring radioactive materials in the environment: An analysis of produced fluids from the Marcellus Shale. *Environmental Health Perspectives, 123*(7). Retrieved from http://dx.doi.org/10.1289/ehp.1408855
[217] Konkel, L. (2015). What's NORMal for fracking? Estimating total radioactivity for produced fluids. *Environmental Health Perspectives, 123*(7). Retrieved from http://ehp.niehs.nih.gov/123-a186/

compounded by the short distance Marcellus gas could travel in pipelines to people's homes.[218]

- March 24, 2014 – A team led by toxicology researchers at the University of Iowa identified high levels of radioactivity in fracking wastewater as a significant concern and noted that the testing methods used and recommended by state regulators in the Marcellus Shale region can dramatically underestimate the amount of radioactivity—specifically radium—in fracking wastewater.[219] Results obtained using EPA-recommended protocols can be obscured by the presence of other contaminant mixtures. Regarding the use of EPA protocols with fracking wastewater or other highly saline solutions, Duke University geochemist Avner Vengosh noted, "People have to know that this EPA method is not updated."[220]

- February 2014 – The Marcellus Shale is known to have high uranium and radium content. According to Mark Engle, USGS geochemist, the concentration of radium-226 can exceed 10,000 picoCuries/Liter (pCi/L) in the shale. Radium-226 has a half-life of 1,600 years. Radium and other naturally occurring radioactive materials (NORM) can be released from shale rock during drilling and fracking and can emerge with flowback and produced waters. It can thus enter the ambient environment and become concentrated in the sludge that results from treatment of flowback water, and in river sediment around water treatment facilities. It can also be found in landfills in which sludge and sediment have been disposed. Some radium can be found in drinking water. Geochemist Avner Vengosh warned, "Once you have a release of fracking fluid into the environment, you end up with a radioactive legacy."[221]

- October 2, 2013 – A peer-reviewed study of the impacts of drilling wastewater treated and discharged into a creek by a wastewater facility in western Pennsylvania documented radium levels approximately 200 times greater in sediment samples near the discharge location than in sediment samples collected upstream of the plant or elsewhere in western Pennsylvania. "The absolute levels that we found are much higher than what you allow in the U.S. for any place to dump radioactive material," one of the authors told *Bloomberg News*. The pollution occurred despite the fact that the treatment plant removed a substantial amount of the radium from the drilling wastewater before discharging it. The

[218] Campbell, J. (2014, May 8). Fracking critics keep pushing for state-backed health study. *Politics on the Hudson*. Retrieved from http://polhudson.lohudblogs.com/2014/05/08/fracking-critics-keep-pushing-state-backed-health-study/
[219] Nelson, A. W., May, D., Knight, A. W., Eitrheim, E. S., Mehrhoff, M., Shannon, R., . . . Schultz, M. K. (2014). Matrix complications in the determination of radium levels in hydraulic fracturing flowback water from Marcellus shale. *Environmental Science & Technology, 1*(3), 204-208. doi: 10.1021/ez5000379
[220] Kelly, S. (2014, March 24). Research shows some test methods miss 99 percent of radium in fracking waste. *Desmogblog.com*. Retrieved from http://www.desmogblog.com/2014/03/23/some-testing-methods-can-miss-99-percent-radium-fracking-waste-new-research-reports
[221] Brown V. J. (Feb 2014). Radionuclides in fracking wastewater. *Environmental Health Perspectives 122*(2), A50-A55.

researchers wrote that the accumulation of radium in sludge removed from the wastewater "could pose significant exposure risks if not properly managed."[222, 223]

- February 2013 – In an analysis of fracking sludge samples from Pennsylvania, researchers "… confirmed the presence of alpha, beta, and gamma radiation in the soil and water in reserve pits located on agricultural land." Total beta radiation exceeded regulatory guideline values by more than 800 percent, and elevated levels of some of the radioactive constituents remained in a vacated pit that had been drained and leveled. It is imperative, the research team concluded, "that we obtain better knowledge of the quantity of radioactive material and the specific radioisotopes being brought to the earth's surface from these mining processes."[224]

- July 26, 2012 – Responding to concern about radon in natural gas produced from the Marcellus Shale, the USGS analyzed ten samples of gas collected near the wellheads of three Pennsylvania gas wells. The agency found radon levels ranging from 1 to 79 picocuries per liter, with an average of 36 and a median of 32. (The highest radon activity reported here would decay to 19.8 pCi/L in approximately a week; by comparison, the EPA's threshold for indoor air remediation is 4 pCi/L.) Asserting they knew of no previous published measurements of radon in natural gas from the Appalachian Basin, which contains the Marcellus Shale, agency scientists concluded that the number of samples "is too small to … yield statistically valid results" and urged "collection and interpretation of additional data."[225]

- January 11, 2012 – In its review of the New York State Department of Environmental Conservation's (NYS DEC) Supplemental Generic Environmental Impact Statement (SGEIS) on high volume fracturing, the EPA expressed concerns about the diffusion of responsibility for the ultimate disposal of radioactive wastes generated by treatment or pretreatment of drilling wastewater. The EPA also raised concerns about the lack of analysis of radon and other radiation exposure. "Who is responsible for addressing the potential health and safety issues and associated monitoring related to external radiation and the inhalation of radon and its decay products?" the EPA asked. "Such potential concerns need to be addressed."[226]

[222] Warner, N. R., Christie, C. A., Jackson, R. B., & Vengosh, A. (2013). Impacts of shale gas wastewater disposal on water quality in Western Pennsylvania. *Environmental Science & Technology, 47*(20), 11849-11857. doi: 10.1021/es402165b
[223] Efstathiou, J., Jr. (2013, October 2). Radiation in Pennsylvania creek seen as legacy of fracking. *Bloomberg*. Retrieved from http://www.bloomberg.com/news/2013-10-02/radiation-in-pennsylvania-creek-seen-as-legacy-of-frackin.html
[224] Rich, A. L., & Crosby, E. C. (2013). Analysis of reserve pit sludge from unconventional natural gas hydraulic fracturing and drilling operations for the presence of technologically enhanced naturally occurring radioactive material (TENORM). *NEW SOLUTIONS: A Journal of Environmental and Occupational Health Policy, 23*(1), 117-135. doi: 10.2190/NS.23.1.h
[225] Rowan, E. L., & Kraemer, T. F. (2012). *Radon - 222 content of natural gas samples from upper and middle Devonian sandstone and shale reservoirs in Pennsylvania: Preliminary data*. United States Geological Survey. (Rep.). Retrieved from http://pubs.usgs.gov/of/2012/1159/ofr2012-1159.pdf
[226] Environmental Protection Agency. (2012, January 11). *EPA comments on revised draft NYSDEC revised dSGEIS for horizontal drilling and high-volume hydraulic fracturing to develop the Marcellus shale and other low-*

- September 7, 2011 – The USGS reported that radium levels in wastewater from oil and gas wells in New York and Pennsylvania, including those in the Marcellus Shale, "have a distinctly higher median … than reported for other formations in the Appalachian Basin, and range to higher values than reported in other basins." The median level of radium found in Marcellus Shale wastewater in New York, 5,490 pCi/L, is almost 1,100 times the maximum contaminant level for drinking water, which is five pCi/L. In other words, if a million gallons of Marcellus Shale wastewater contaminated with the median level of radium found in New York were to spill into a waterway, 1.1 billion gallons of water would be required to dilute the radium to the maximum legal level.[227] (The EPA's health-based goal for radium in drinking water is zero.) Over time, radium naturally decays into radioactive radon gas. Thus, higher radium levels also suggest that higher levels of radon may also be present in natural gas produced from the Marcellus Shale.

- February 27, 2011 – The *New York Times* reported on the threat to New York's drinking water from Pennsylvania drilling waste due to the presence of chemical contaminants, including high levels of radioactivity. The investigation found that sewage treatment plants were neither testing for nor capable of removing that radioactivity, which was subsequently discharged into waterways that supply drinking water, and that, in some cases, wastewater contained radium levels that were hundreds of times higher than the drinking water standard. Drillers sent some of this waste to New York State for disposal even though, as the article noted, EPA scientists had warned the state about this very problem in a December 2009 letter that advised against sewage treatment plants accepting drilling waste with radium levels 12 or more times as high as the drinking water standard.[228]

- 2008-2009 – The New York State DEC found that wastewater from 11 of 13 vertical wells drilled in New York's Marcellus Shale in 2008 and 2009 contained radium levels ranging from 400 times to nearly 3,400 times EPA's safe levellimit for radium in drinking water. These figures later informed the 2011 study of radium in drilling wastewater conducted by the USGS.[229]

---

*permeability gas reservoirs* [Press release]. Retrieved from http://www.epa.gov/region2/newsevents/pdf/EPA%20R2%20Comments%20Revised%20dSGEIS%20Enclosure.pdf

[227] Rowan, E. L., Engle, M. A., Kirby, C. S., & Kraemer, T. F. (2011, September 7). *Radium content of oil- and gas-field produced waters in the northern Appalachian basin (USA): Summary and discussion of data*. (Rep United States Geological Survey. Retrieved from http://pubs.usgs.gov/sir/2011/5135/ http://water.epa.gov/drink/contaminants/basicinformation/radionuclides.cfm

[228] Urbina, I. (2011, February 26). Regulation lax as gas wells' tainted water hits rivers. *The New York Times*. Retrieved from http://www.nytimes.com/2011/02/27/us/27gas.html?pagewanted=all&_r=0

[229] New York State Department of Environmental Conservation. (2011). *Supplemental generic environmental impact statement on the oil, gas and solution mining regulatory program, well permit issuance for horizontal drilling and high-volume hydraulic fracturing to develop the Marcellus shale and other low-permeability gas reservoirs* (5-133, 5-141, 7-60, Appendix 12, Appendix 13, Rep.).

## Occupational health and safety hazards

*Drilling and fracking jobs are among the most dangerous jobs in the nation. Occupational hazards include head injuries, traffic accidents, blunt trauma, burns, toxic chemical exposures, heat exhaustion, dehydration, and sleep deprivation. An investigation of occupational exposures found high levels of benzene in the urine of wellpad workers, especially those in close proximity to flowback fluid coming up from wells following fracturing activities. Exposure to silica dust, which is definitively linked to silicosis and lung cancer, was singled out by the National Institute for Occupational Safety and Health (NIOSH) as a particular threat to workers in fracking operations where silica sand is used. At the same time, research shows that many gas field workers, despite these serious occupational hazards, are uninsured or underinsured and lack access to basic medical care.*

- June 29, 2015 – An investigation by the Center for Public Integrity (CPI) found that lung-damaging silica is not sufficiently regulated to prevent silicosis (which is incurable and has no effective treatment) or lung cancer in the workplace. Rules governing occupational exposure to silica dust are far outdated, and advocacy efforts to tighten them are four decades old. At particular risk, say the authors, are workers in oil and gas fields where silica sand is used in fracking operations. Citing research by NIOSH, the CPI team noted that nearly 80 percent of the air samples on the well pads were above the recommended exposure limit for silica dust.[230]

- June 15, 2015 – *EnergyWire* examined issues surrounding exposure to crystalline silica from frack sand mining, which is a health concern to those living near mines and to those working in the industry. Families living near industrial sand mining reported that their health has been compromised by sand mine development and are concerned that companies are not properly monitoring their extraction sites. The article noted that the Occupational Safety & Health Administration (OSHA) is working on a new exposure rule for workers that OSHA estimates would save nearly 700 lives and prevent 1,600 new cases of silicosis annually. The oil and gas industry is fighting the rule because of the cost associated with complying with a more stringent permissible exposure limit. Crispin Pierce, public health researcher at the University of Wisconsin in Eau Claire, is in the midst of a three-pronged research project to look at the industry's air effects. Among other findings, his project's air monitors around sand plants have found consistently finding higher readings than the Wisconsin Department of Natural Resources' reported regional values.[231]

- June 15, 2015 – In an update, NIOSH noted that silicosis death rates are rising again, reversing an earlier, decade-long decline. In the list of job tasks with known high silica exposures, the update named hydraulic fracturing of gas and oil wells. These results are

---

[230] Morris, J., Hopkins, J. S., & Jameel, M. (2015, June 30). Unequal risk: Slow-motion tragedy for American workers. *The Center for Public Integrity*. Retrieved from http://www.publicintegrity.org/2015/06/29/17518/slow-motion-tragedy-american-workers
[231] King, P. (2015, June 15). Frac sand towns question whether rules protect them against silica pollution. *EnergyWire*. Retrieved from http://www.eenews.net/stories/1060020192

particularly concerning in light of earlier research showing significant under-detection of silicosis among deceased workers with known exposure to silica dust.[232]

- June 13, 2015 – Reporting on North Dakota's fracking boom, the Center for Investigative Reporting found that the major oil companies have largely written the rules governing their own accountability for accidents. Deeply entrenched corporate practices and weak federal oversight, according to the report, have led to high injury and death rates and a shift of assigned responsibility to others. Using data from U.S. and Canadian regulators, the journalists verified 74 on-the-job deaths among workers in Bakken Shale drilling and fracking operations since 2006. The actual number of deaths is likely higher than currently reported because federal regulators do not have a systematic way to record oil- and gas-related deaths, and OSHA does not include certain fatalities, including those of independent contractors. The report concluded that there was too little oversight from OSHA, that laws to protect workers were outdated, and that there was a culture of self-regulation by the industry.[233]

- May 29, 2015 – The Centers for Disease Control and Prevention published statistics on work-related fatalities during the fracking boom. The occupational fatality rate among U.S. oil and gas industry extraction workers between 2003 and 2013 remained an average of seven times higher than among U.S. workers in general (25.1 versus 3.7 deaths per 100,000 workers per year). Within this 11-year period, the industry doubled the size of its workforce and increased drilling rigs by 71 percent. The number of occupational deaths increased 27.6 percent, with a total of 1,189 deaths, but it did not increase as much as the number of workers, resulting in an overall decrease in the fatality rate of 36.3 percent. Transportation accidents and contact with objects and equipment were the most frequent fatal events. Evidence suggests that the increased use of automated technologies on drilling rigs may be contributing to the decline in death rates.[234]

- April 22, 2015 – The AFL-CIO published data for job injuries, illnesses and deaths in a national and state-by-state profile of worker safety and health in the United States, presenting comparisons by state and industry. For the third year in a row, North Dakota had the highest on-the-job fatality rate in the nation: 14.9 deaths per 100,000 workers, a rate that is more than four times the national average, and which has more than doubled since 2007. The fatality rate in the mining and oil and gas extraction sector in North Dakota was 84.7 per 100,000, which is nearly seven times the national fatality rate of

---

[232] Mazurek, J. M. & Weissman, D. (2015, June 15). Silicosis update. *NIOSH Science Blog*. Retrieved from http://blogs.cdc.gov/niosh-science-blog/2015/06/15/silicosis-update/

[233] Gollan, J. (2015, June 13). In North Dakota's Bakken oil boom there will be blood. *Reveal; Center for Investigative Reporting*. Retrieved from https://www.revealnews.org/article/in-north-dakotas-bakken-oil-boom-there-will-be-blood/

[234] Mason, K. L., Retzer, K. D., Hill, R., & Lincoln, J. M. (2015, May 29). Occupational fatalities during the oil and gas boom—United States, 2003-2013. *Morbidity and Mortality Weekly Report, 64,* 551-554. Retrieved from http://www.cdc.gov/mmwr/preview/mmwrhtml/mm6420a4.htm

12.4 per 100,000 in this industry.[235, 236]

- April 10, 2015 – In a study that was that was inclusive of fracking-based extraction but not specific to it, NIOSH researchers updated their investigation into the sudden deaths of nine oil and gas extraction workers found near hatches where hydrocarbons were stored. All nine victims died between 2010 and 2014 and were unobserved or working alone at the time of their deaths. The first report attributed the fatalities to "inhalation of volatile petroleum hydrocarbons."[237] The update noted that when workers open hatches on production tanks, a plume of hydrocarbon gases and vapors can be rapidly released due to high internal pressure. Exposure to high concentrations of these low-molecular-weight hydrocarbons creates asphyxiation and explosive hazards and can have narcotic effects, resulting in disorientation, dizziness, and light-headedness. The authors cited reports of other sudden deaths following butane and propane inhalation, exposure to which can induce irregular heartbeat, insufficient oxygen supply, and respiratory depression.[238] As reported by the *Denver Post*, most of the death certificates listed natural causes or heart failure as the cause likely because medical examiners can easily miss signs of toxic inhalation during a routine autopsy. The nomadic nature of the industry presents obstacles to proper training in tank handling techniques.[239] NIOSH issued recommendations for worker protections, including respiratory protection training and engineering controls for remote gauging and venting.[240]

- February 15, 2015 – Burn injuries among North Dakota workers surged to more than 3,100 over the past five years as the area has become the epicenter of a massive drilling and fracking boom, as reported by the *Star Tribune*. Despite the flammability of Bakken crude oil and the danger of oil rig work, North Dakota has no burn centers, and burn victims must be transported out of state, typically to the Minneapolis-St. Paul area some 600 miles away. The article also covered the severe, debilitating, costly, and sometimes fatal aspects of these occupational injuries.[241]

[235] AFL-CIO Safety and Health Department, (2015, April 22). Death on the job: The toll of neglect. Retrieved from http://www.aflcio.org/Issues/Job-Safety/Death-on-the-Job-Report

[236] Kasperkevic, J. (2015, April 29). About 150 US workers are killed on the job every day – report. *The Guardian*. Retrieved from http://www.theguardian.com/us-news/2015/apr/29/north-dakota-deadliest-state-workers-third-year-running

[237] NIOSH. (2015, March 15). Suspected inhalation fatalities involving workers during manual tank gauging, sampling, and fluid transfer operations on oil and gas well sites, 2010-2014. *CDC Workplace Safety & Health Topics*. Retrieved from http://www.cdc.gov/niosh/topics/fog/data.html#_ftn1

[238] King, B., Esswein, E., Retzer, K., Snawder, J., Ridl, S., Breitenstein, M. Alexander-Scott, M., & Hill, R. (2015, April 10*). NIOSH Science Blog*, Centers for Disease Control. Retrieved from http://blogs.cdc.gov/niosh-science-blog/2015/04/10/flowback-3/

[239] Whaley, M. (2015, May 18). Toxic vapors suspected in deaths of three Colorado oil and gas workers. *The Denver Post*. Retrieved from http://www.denverpost.com/news/ci_28136543/colorado-oil-and-gas-workers-fell-victim-little

[240] Associated Press. (2015, May 18). 9 oil well deaths lead to warning about inhaling chemicals. *Times-Call*. Retrieved from http://www.timescall.com/news/nationworldnews/ci_28138297/9-oil-well-deaths-lead-warning-about-inhaling

[241] Rao, M. (2015, February 15). Twin Cities hospitals are front line in treating Bakken burn victims. StarTribune.com.  Retrieved from http://www.startribune.com/lifestyle/health/291967611.htmlpage=all&prepage=1&c=y#continue

- February 13, 2015 – NIOSH reported that while silicosis death rates declined between 2001 and 2010, silicosis deaths were still occurring among young persons aged 15 to 44 years old, indicating extremely high exposures to respirable silica dust. Among emerging new settings that put workers at risk for silicosis, the authors named oil and gas extraction industry workers.[242]

- January 14, 2015 – The *Charleston Gazette-Mail* reported that, due to an increase in workplace deaths that has accompanied the boom in natural gas drilling and production from the Marcellus Shale fields in Northern West Virginia, the Governor there has called for a study aimed at reversing that trend. "Between 2009 and 2013, as the industry boomed in the Marcellus region, 15 natural gas workers died on the job in West Virginia, according to the federal data. During the previous five-year period, from 2004 to 2008, three workers died in West Virginia's oil and gas industry, according to the [U.S. Bureau of Labor Statistics]."[243]

- January 12, 2015 – Oil and gas production employs less than one percent of the U.S. workforce, but in the past five years it has had more than ten percent of all workplace fatalities from fires and explosions. A review by *EnergyWire* of federal labor statistics last year found the industry had more deaths from fires and explosions than any other private industry. The only "industry" with more fire and explosion fatalities than oil and gas was firefighting, the report stated. These statistics are inclusive of deaths related to fracking operations but are not specific to them.[244]

- December 26, 2014 – A report in the *Houston Chronicle* illustrated the difficulties oil and gas workers encounter when injured on the job. In one case a worker fell from a rig, injuring his head. Supervisors did not record the accident. After he became too ill to work, he was shifted to other jobs and soon after, sent home. His daughter filed a Worker's Compensation claim, which was denied for "late reporting, no knowledge of injury by employer and no medical reports." The article noted that oilfield injuries are generally undercounted nationally. These include injuries related to drilling and fracking operations as well as those linked to other techniques of extraction.[245]

- December 4, 2014 – Benzene, a naturally occurring component of crude oil and natural gas, is a known carcinogen, with no known threshold of safety. Although the American Petroleum Institute in 1948 stated that "the only absolutely safe concentration … is zero," the organization since then undertook an intensive campaign to combat strict exposure

[242] Bang, K. M., Mazurek, J. M., Wood, J. M.. White, G. E., Hendricks, S. A., & Weston, A. (2015), Silicosis mortality trends and new exposures to respirable crystalline silica – United States, 2001-2010, *Morbidity and Mortality Weekly Report, 64*(05), 117-120. Retrieved from http://www.cdc.gov/mmwr/preview/mmwrhtml/mm6405a1.htm
[243] Ward, K. (2015, January 14). Tomblin calls for study of increased deaths from gas-drilling boom. *Charleston Gazette*. Retrieved from http://www.wvgazette.com/article/20150114/GZ01/150119573/1419
[244] Soraghan, M. (2015, January 12). At least 16 drilling industry workers died in fires, explosions last year. *EnergyWire*. Retrieved from http://www.eenews.net/stories/1060011452
[245] Olsen, L. (2014, December 16). Many oilfield injuries go unreported. *Houston Chronicle*. Retrieved from http://www.houstonchronicle.com/news/houston-texas/houston/article/Many-oilfield-injuries-go-unreported-5980350.php

limits. An investigation by the Center for Public Integrity found that, "[f]or decades, the petrochemical industry spent millions on science seeking to minimize the dangers of benzene. … Taken together, the documents—put in context by interviews with dozens of lawyers, scientists, academics, regulators and industry representatives—depict a 'research strategy' built on dubious motives, close corporate oversight and painstaking public relations."[246]

- December, 2014 – In a report intended to inform employers and workers about the known hazards that result from hydraulic fracturing and flowback operations, OSHA noted that there is no publicly available worker injury, illness, or fatality data specific for fracking or flowback operations. At the same time, more workers are exposed to fracking- and flowback-related hazards due to the huge increase in the numbers of these operations over the past ten years. "In light of this, OSHA has determined that additional information concerning hydraulic fracturing and flowback operations hazards should be provided to educate and protect workers."[247]

- November 11, 2014 – University of Wisconsin toxicologist Crispin Pierce documented super-fine dust drifting from facilities that process silica sand for fracking operations. Pierce and his team detected silica dust in ambient air near frac sand operations at levels that exceed EPA air quality standards by a factor of four. Occupational exposure to respirable crystalline silica is linked in adult workers to silicosis, lung cancer, and pulmonary tuberculosis. Health threats to the general public from frac sand-related air pollution have not yet been studied directly. One of the first investigations of silica dust levels in the community environment, the Wisconsin study will appear next year in the *National Journal of Environmental Health*.[248]

- November 11, 2014 – A high-pressure water line ruptured, killing one worker and seriously injuring two others during the hydraulic fracturing of an oil well in Weld County, Colorado.[249]

- October 6, 2014 – Toxicologist Peter Thorne, chair of University of Iowa's Department of Occupational and Environmental Health, warned the Winneshiek County Board of Supervisors about potential community impacts and cancer risks of silica exposure from sand used for fracking operations. Thorne's ongoing investigation, which involves air sampling, risk assessments, and inhalation toxicology studies, focuses on the public

[246] Lombardi, K. (2014, December 4). Benzene and worker cancers: 'An American tragedy.' The Center for Public Integrity. Retrieved from http://www.publicintegrity.org/2014/12/04/16320/benzene-and-worker-cancers-american-tragedy

[247] U.S. Department of Labor, Occupational Safety and Health Administration. (2014). Hydraulic fracturing and flowback hazards other than respirable silica. OSHA 3763-12 2014.

[248] Kremer, R. (2014, November 11). High levels of super-fine dust are detected around Wisconsin frac sand mines. *Wisconsin Public Radio*. Retrieved from http://www.wpr.org/high-levels-super-fine-dust-are-detected-around-wisconsin-frac-sand-mines?utm_content=buffer8947f&utm_medium=social&utm_source=facebook.com&utm_campaign=buffer

[249] Paul, J. (2014, November 11). Brighton man ID'd as victim in fatal Weld County fracking blast. *The Denver Post*. Retrieved from http://www.denverpost.com/news/ci_26937782/brighton-man-idd-victim-fatal-weld-county-fracking?source=pkg

health hazards of mining, processing, and storing sand. His team has documented spikes in silica particulate matter related to the transport of the silica sand by rail. The study aims to determine if mining poses an "unacceptable exposure" to the public and quantify the level of risk. For silica-exposed workers, NIOSH continues to identify needed heath protections. Thorne noted, "Workers handling materials should be using respirators, but most are not."[250]

- September 25, 2014 – The Civil Society Institute's Boston Action Research, in cooperation with Environmental Working Group and Midwest Environmental Advocates, issued a report on the hazards of silica mining. The report noted that frac sand mining is expanding rapidly in the United States and poses a little-understood threat to public health, the environment, and local economies. Given the pace of the drilling and fracking boom, silica extraction could spread to a dozen other states with untapped or largely untapped sand deposits, including Illinois, Maine, Massachusetts, Michigan, Missouri, New York, North Carolina, South Carolina, Pennsylvania, Tennessee, Vermont, and Virginia. The *International Business Times* published a summary of the findings.[251, 252]

- August 29, 2014 – In a peer-reviewed study, NIOSH partnered with oil and gas operators and service companies to evaluate worker exposures to, and internal uptake of, volatile organic chemicals at six sites in Colorado and Wyoming where wells were being prepared for production. The study found benzene in the urine of well pad workers. Benzene is "naturally present in flowback fluids and the time spent working around flowback and production tanks … appears to be the primary risk factor for inhalation exposures." In some cases, airborne concentrations of benzene exceeded the NIOSH Recommended Exposure Limit concentrations and, in a few instances, the American Conference of Governmental Industrial Hygienists' Threshold Limit Value, "when workers performed work tasks near a point source for benzene emissions."[253]

- July 29, 2014 – As part of an investigation into the health impacts of drilling and fracking on animal health, veterinarian Michelle Bamberger and Cornell biochemist Robert Oswald, published an interview with a twenty-year oil and gas industry worker about his experiences and worker safety. His account included injuries, 16-hour workdays, fatigue, exposure to chemicals, and inadequate health and safety training. "No one out there tells you about stuff that has latency. That is the last thing they are going to do is tell you that

---

[250] Strandberg, S. (2014, October 6). U of I researcher informs supervisors about frac-sand impact. *Decorah Newspapers*. Retrieved from http://www.decorahnewspapers.com/Content/Home/Home/Article/U-of-I-researcher-informs-supervisors-about-frac-sand-impact/-2/-2/35735

[251] Chapman, E., Hopkins, L., Jasset, A., Sheldon, S., & Smith, G. (2014, September 25). Communities at risk: Frac sand mining in the Upper Midwest--A report by Boston Action Research (a project of Civil Society Institute). Retrieved from http://216.30.191.148/fracsandmining/   and  www.bit.ly/fracsandmining

[252] Gallucci, M. (2014, September 25). US oil & gas fracking boom could drive silica sand mining operations in 12 more states, environmental groups say. *International Business Times*. Retrieved from http://www.ibtimes.us-oil-gas-fracking-boom-could-drive-silica-sand-mining-operations-12-more-states-1695246

[253] Esswein, E., Snawder, J., King, B., Breitenstein, M., Alexander-Scott, M., & Kiefer, M. (2014). Evaluation of some potential chemical risks during flowback operations in unconventional oil and gas extraction: Preliminary results. *Journal of Occupational and Environmental Hygiene, 11*, D174-0184.

something that you are handling will take you out in 20 years or 10 years or cause you some kind of ailment, or you can potentially drag this home to your family."[254]

- July 14, 2014 – As part of an analysis of safety and research needs associated with drilling and fracking, researchers at the Colorado School of Public Health and the College of Health Sciences at the University of Wyoming documented high injury and on-the-job mortality rates among gas and oilfield workers. The occupational fatality rate was 2.5 times higher than that of the construction industry and seven times higher than that of general industry. By contrast, injury rates were lower than the construction industry, suggesting that injuries are underreported. Researchers documented crystalline silica levels above occupational health standards and identified the existence of other hazards, including particulate matter, benzene, noise, and radiation. The team called for exposure assessments for both chemical hazards and physical hazards that lead to occupational illness (noise, radioactivity); screening and surveillance systems to assess incidence and prevalence of occupational illness; industry/academic collaboration to conduct occupational epidemiologic studies; and assessment of the effectiveness of industry interventions to reduce exposures.[255]

- July 2014 – The British labor journal *Hazards,* identified health concerns in the drilling and fracking industry: increased rate of death on the job, toxic releases, silica exposure, and exposure to hydrocarbons and endocrine disruptors. The union that organizes the construction, rig, and transport workers, on which fracking would rely, agreed at its July 2014 national conference to lobby for a moratorium on fracking because "[d]elegates want union members to be made aware of the dangers of fracking and be advised not to work on fracking sites."[256]

- June 29, 2014, and August 31, 2014 – An initial report and follow-up analysis in *The Columbus Dispatch* examined fire hazards at well pads. In one notable case, malfunctioning hydraulic tubing allowed a well pad fire in Monroe County, Ohio to spread rapidly, prompting evacuations. Local firefighters had neither the correct equipment nor did they know the chemicals they were trying to extinguish. One firefighter was treated for smoke inhalation.[257, 258]

- May 19, 2014 – Underscoring the dangerous nature of chemicals used in fracking operations, NIOSH reported that at least four gasfield workers have died since 2010 from

[254] Bamberger, M., & Oswald, R. (2014). The shale gas revolution from the viewpoint of a former industry insider. *NEW SOLUTIONS: A Journal of Environmental and Occupational Health Policy.* Early Online View. doi: 10.2190/NS.EOV.1
[255] Witter, R. Z., Tenney, L., Clark, S., & Newman, L. S. (2014). Occupational exposures in the oil and gas extraction industry: State of the science and research recommendations. *American Journal of Industrial Medicine, 57*(7), 847-856. Retrieved from http://onlinelibrary.wiley.com/doi/10.1002/ajim.22316/full
[256] O'Neill, R. (editor). (July 2014). Chemicals, dust and deaths and the new rush for oil and gas. *Hazards Magazine.* Special Online Report. Retrieved from http://www.hazards.org/oil/fracking.htm#top
[257] Richards, J. S. (2014, June 29). Glitch sparks smoky fire at gas well. *The Columbus Dispatch.* Retrieved from http://www.dispatch.com/content/stories/local/2014/06/29/glitchsparks-smoky-fire-at-gas-well.html
[258] Arenschield, L. (2014, August 31). Fracking fire points out failings. *The Columbus Dispatch* Retrieved from http://www.dispatch.com/content/stories/local/2014/06/29/glitchsparks-smoky-fire-at-gas-well.html

68

acute chemical exposures during flowback operations and warned that flowback operations can "result in elevated concentrations of volatile hydrocarbons in the work environment that could be acute exposure hazards." The agency further noted that such volatile hydrocarbons "can affect the eyes, breathing, and the nervous system and at high concentrations may also affect the heart causing abnormal rhythms."[259, 260]

- May 16, 2013 – A NIOSH study revealed that worker exposure to crystalline silica dust from sand used in fracking operations exceeded "relevant occupational health criteria" at all eleven tested sites, and the magnitude of some exposures exceeded NIOSH limits by a factor of 10 or more. "[P]ersonal respiratory protection alone is not sufficient to adequately protect against workplace exposures." Inhalation of crystalline silica can cause incurable silicosis, lung cancer, chronic obstructive pulmonary disease, kidney disease and autoimmune diseases.[261] Although community exposures distant from mines are possible, there are no federal or state standards for silica in ambient air. A first-ever study on public health risks from frac sand is now in progress.[262]

- May 8, 2014 – A report by the AFL-CIO found that the fracking boom has made North Dakota the most dangerous state for U.S. workers—with a fatality rate five times higher than the national average—and that North Dakota's fatality rate has doubled since 2007. The AFL-CIO called North Dakota "an exceptionally dangerous and deadly place to work." U.S. Secretary of Labor Thomas E. Perez called the rising rate of workplace deaths suffered in the oil and gas sector "unacceptable."[263]

- April 24, 2014 – A University of Texas San Antonio report commissioned by the Methodist Healthcare Ministries found that many oil and gas field workers in the Eagle Ford Shale are uninsured or underinsured and that "the most noticeable health impacts so far are work-related illnesses and injuries: heat exhaustion, dehydration, sleep deprivation, exposure to oil and gas spills and accidents." The study also noted that oil and gas production has put strain on healthcare facilities.[264]

- April 10, 2014 –West Virginia University researcher Michael McCawley reported that some of the nation's highest rates of silicosis are in heavily drilled areas within the

[259] Snawder, J., Esswein, E., King, B., Breitenstein, M., Alexander-Scott, M., Retzer, K., . . . Hill, R. (2014, May 19). Reports of worker fatalities during flowback operations [Web log post]. *NIOSH Science Blog*. Retrieved from http://blogs.cdc.gov/niosh-science-blog/2014/05/19/flowback/

[260] Iafolla, R. (2014, May 20). Four fatalities linked to used fracking fluid exposure during 'flowback,' NIOSH reports. *Bloomberg BNA*. Retrieved from http://www.bna.com/four-fatalities-linked-n17179890610/

[261] Esswein, E. J., Breitenstein, M., Snawder, J., Kiefer, M., & Sieber, W. K. (2013). Occupational exposures to respirable crystalline silica during hydraulic fracturing. *Journal of Occupational and Environmental Hygiene, 10*(7), 347-356. doi: 10.1080/15459624.2013.788352

[262] University of Iowa Environmental Health Sciences Research Center. (2012). Exposure assessment and outreach to engage the public on health risks from frac sand mining. Retrieved from http://cph.uiowa.edu/ehsrc/fracsand.html

[263] Picchi, A. (2014, May 8). The most dangerous U.S. state for workers. *CBS News*. Retrieved from http://www.cbsnews.com/news/the-most-dangerous-us-state-for-workers/

[264] Ghahremani, Y. (2014, April 24). Fractured Healthcare: Pumping Resources Back into the Eagle For Shale Communities/Executive Summary: Methodist Healthcare Ministries and Center for Community and Business Research at the University of Texas San Antonio. Retrieved from http://www.joomag.com/en/newsstand/fractured-healthcare-pumping-resources-back-into-the-eagle-ford-shale-communities-apr-2014/0368470001398347080

Northern Panhandle of West Virginia and southwestern Pennsylvania. A disease that hardens the lungs through inflammation and development of scar tissue, silicosis is entirely attributable to exposure to silica dust, a known occupational hazard at drilling and fracking operations. Two years earlier, OSHA and NIOSH issued a joint "Hazard Alert" to warn fracking workers of the health hazards of exposure to silica dust, including silicosis.[265]

- February 25, 2014 – A year-long investigation by the *Houston Chronicle* found that fracking jobs are deadly, with high fatality rates and high rates of serious injury. Within just one year in Texas, 65 oil and gas workers died, 79 lost limbs, 82 were crushed, 92 suffered burns and 675 broke bones. From 2007 to 2012, at least 664 U.S. workers were killed in oil and gas fields.[266, 267]

- December 27, 2013 –National Public Radio (NPR) reported spiking rates of fatalities related to oil and gas drilling operations, which had increased more than 100 percent since 2009. NPR noted that in the previous year, 138 workers were killed on the job, making the fatality rate among oil and gas workers nearly eight times higher than the average rate of 3.2 deaths for every 100,000 workers across all industries.[268]

- October 30, 2012 – In a policy statement, the American Public Health Association (APHA) asserted that, high volume horizontal hydraulic fracturing (HVHF) "poses potential risks to public health and the environment, including groundwater and surface water contamination, climate change, air pollution, and worker health." The statement also noted that the public health perspective has been inadequately represented in policy processes related to HVHF.[269] The policy statement added:

  > [H]ydraulic fracturing workers are potentially exposed to inhalation health hazards from dust containing silica. There may also be impacts on workers and communities affected by the vastly increased production and transport of sand for HVHF. Inhalation of fine dusts of respirable crystalline silica can cause silicosis. Crystalline silica has also been determined to be an occupational lung carcinogen.

- 2005 – A researcher at Stanford University examined hazards associated with oil and gas extraction from exposure to radiation and determined that inhalation of high levels of

---

[265] Hicks, I. (2014, April 10). Gas workers risk silica exposure. *The Intelligencer, Wheeling News-Register.* Retrieved from http://www.news-register.net/page/content.detail/id/598589/Gas-Workers-at-Risk-Of-Silica-Ex---.html

[266] Olsen, L. (2014, February 22). Houston Chronicle exclusive: Drilling boom, deadly legacy. Retrieved from http://www.houstonchronicle.com/news/special-reports/article/Houston-Chronicle-exclusive-Drilling-boom-5259311.php#/0

[267] Hsieh, S. (2014, February 25). Why are so many workers dying in oil fields? Retrieved from http://www.thenation.com/blog/178523/why-are-so-many-workers-dying-oil-fields

[268] Schneider, A., & Geewax, M. (2013, December 27). On-the-job deaths spiking as oil drilling quickly expands. Retrieved from http://www.npr.org/2013/12/27/250807226/on-the-job-deaths-spiking-as-oil-drilling-quickly-expands

[269] American Public Health Association. (2012, October 30). The environmental and occupational health impacts of high-volume hydraulic fracturing of unconventional gas reserves. Retrieved from http://www.apha.org/advocacy/policy/policysearch/default.htm?id=1439

radon gas is a serious concern to workers and those living nearby. Because the boiling point of radon lies between those of propane and ethane, gaseous radon (222Rn) will concentrate in ethane and propane fractions. "Elevated Rn activity concentration values have been measured at several processing plant sites.… It is well known that the radiological impact of the oil and gas-extracting and processing industry is not negligible."[270]

- May 9, 2003 – A New York Medical College study re-evaluated the chest X-rays of patients with exposure to silica who died from various respiratory problems and found that more than eight percent had undiagnosed silicosis. The study suggested that occupational lung disease may be undercounted in high-risk occupations. The authors of this study said that improved OSHA standards, with ongoing exposure monitoring and medical surveillance, would significantly improve the recognition of cases and justify more stringent preventive measures to reduce exposure. They further noted that practitioners need skills in taking an occupational exposure history. Although ten years have passed since this study was published, both recommendations have yet to be implemented.[271]

## Public Health Effects, Measured Directly

*By several measures, evidence for fracking-related health problems is emerging across the United States. In Pennsylvania, as the number of gas wells increase in a community, so do rates of hospitalization. Drilling and fracking operations are correlated with elevated motor vehicle fatalities (Texas), self-reported skin and respiratory problems (southwestern Pennsylvania), ambulance runs and emergency room visits (North Dakota), infant deaths (Utah), birth defects (Colorado), and low birthweight (multiple states). Benzene levels in ambient air surrounding drilling and fracking operations are sufficient to elevate risks for future cancers in both workers and nearby residents, according to studies.*

- July 15, 2015 – A study by University of Pennsylvania and Columbia University researchers found that drilling and fracking activity was associated with increased rates of hospitalization in Pennsylvania. During a period of dramatic increase in drilling and fracking activity between 2007 and 2011, inpatient prevalence rates surged for people living near shale gas wells. Cardiology inpatient prevalence rates were significantly associated with number of wells per zip code and their density, while neurology inpatient prevalence rates were significantly associated with density of wells. Hospitalizations for cancer, skin conditions, and urological problems also rose significantly. During the same time period, no such increase in health problems was observed in a control Pennsylvania county without any drilling and fracking activity. In communities with the most wells, the

---

[270] Steinhäusler, F. (2005). Radiological impact on man and the environment from the oil and gas industry: Risk assessment for the critical group. *Nato Science Series: IV: Earth and Environmental Sciences.* doi: 10.1007/1-4020-2378-2_19. http://rd.springer.com/chapter/10.1007/1-4020-2378-2_19
[271] Goodwin, S. S., Stanbury, M., Wang, M.-L., Silbergeld, E., & Parker, J. E. (2003). Previously undetected silicosis in New Jersey decedents. *American Journal of Industrial Medicine, 44,* 304-11. doi: 10.1002/ajim.10260

rate of cardiology hospitalizations was 27 percent higher than in control communities with no fracking. "While the clinical significance of the association remains to be shown, [fracking] has just begun in Pennsylvania, and thus observing a significant association over this short time is striking.… Our study also supports the concept that health care utilization should be factored into the value (costs and benefits) of hydraulic fracturing over time."[272] In a related *Newsweek* story, lead researcher Reynold Panettieri, Jr. said, "At this point, we suspect that residents are exposed to many toxicants, noise and social stressors due to hydraulic fracturing near their homes and this may add to the increased number of hospitalizations."[273]

- July 9, 2015 – As part of a scientific assessment of well stimulation treatments, including fracking, the California Council on Science and Technology studied the potential impacts of well stimulation on human health in California. The risk factors directly attributable to well stimulation stem largely from the use of a very large number and quantity of stimulation chemicals. The unknown number and toxicity of chemicals that are mixed together in well stimulation fluids made it difficult to fully quantify risk to the environment and to human health, but the study highlighted the potential health risks from exposure to fracking-related air pollution for the people of Los Angeles, 1.7 million of whom live or work within one mile of an active oil or gas well.[274] Jane Long, co-author, said, "officials should fully understand the toxicity and environmental profiles of all chemicals before allowing them to be used in California's oil operations," according to the *Los Angeles Times*.[275]

- June 22, 2015 – A longtime midwife reported her personal analysis of an ongoing spike in infant deaths, miscarriages, and placental abnormalities in Utah's Uintah Basin that has followed the advent of drilling and fracking activity there and appears linked to air pollution episodes.[276]

- June 3, 2015 – A University of Pittsburgh study linked fracking to low birthweight in three heavily drilled Pennsylvania counties. The more exposure a pregnant woman had to gas wells, the higher her risk for a smaller-than-normal baby. Exposure was determined as proximity and density of wells in relation to the residence of the pregnant woman. Compared to mothers whose homes had the fewest surrounding gas wells, mothers whose

[272] Jemielita T., Gerton G. L., Neidell M., Chillrud S., Yan B., Stute M., … Panettieri, Jr., R. A. (2015), Unconventional gas and oil drilling is associated with increased hospital utilization rates. *PLoS ONE* 10, e0131093. doi: 10.1371/journal.pone.0131093

[273] Schlanger, Z. (2015, July 15). Living near fracking wells linked to increased hospitalization rates. *Newsweek*. Retrieved from http://www.newsweek.com/living-near-fracking-wells-linked-increased-hospitalization-rates-354093

[274] Shonkoff, S. B. C., Maddalena, R. L., Hayes, J., Stringfellow, W., Wettstein, Z. S., Harrison, R., Sandelin W., & McKone, T. E. (2015, July 9). Potential impacts of well stimulation on human health in California, in California Council of Science and Technology and Lawrence Berkeley National Laboratory, *An Independent Scientific Assessment of Well stimulation in California, vol. 2: Potential Environmental Impacts of Hydraulic Fracturing and Acid Stimulations*. Retrieved from http://ccst.us/publications/2015/2015SB4-v2.pdf

[275] Cart, J. (2015, July 9). Water and wildlife may be at risk from fracking's toxic chemicals, panel finds. *Los Angeles Times*. Retrieved from http://www.latimes.com/local/lanow/la-me-california-science-panel-warns-that-fracking-poses-unknown-risk-20150709-story.html

[276] Solotaroff, P. (2015, June 22). What's killing the babies of Vernal, Utah? *Rolling Stone*. Retrieved from http://www.rollingstone.com/culture/features/fracking-whats-killing-the-babies-of-vernal-utah-20150622

homes were nearest to a high density of wells were 34 percent more likely to have babies
who were "small for gestational age," meaning they weighed significantly less than
expected for the number of weeks of pregnancy. Although the study did not investigate
mechanisms, researchers identified air as the likely route of exposure. They supported
this argument by referencing another study done in Western Pennsylvania where airborne
particulate pollution correlated with low birth weight and by noting that particulates are
established shale gas infrastructure emissions.[277, 278] Low birth weight is a leading cause
of infant mortality.

- March 3, 2015 – A follow-up study of 21 case studies from five states found that the
  distribution of symptoms in animals and humans affected by nearby fracking operations
  was, since 2012, unchanged for humans and companion animals. In food animals,
  reproductive problems decreased over time while respiratory problems and growth
  problems increased. "This longitudinal case study illustrates the importance of obtaining
  detailed epidemiological data on the long-term health effects of multiple chemical
  exposures and multiple routes of exposure that are characteristic of the environmental
  impacts of unconventional drilling operations."[279]

- March 3, 2015 – A cross-sectional study by Yale University School of Medicine
  researchers using companion animals as sentinels of human exposure to fracking-related
  chemicals investigated possible associations between reported health conditions of
  companion and backyard animals in Southwest Pennsylvania and household proximity to
  drilling and fracking operations. Among dogs living in households located less than one
  kilometer from a gas well, risks for health problems were elevated, especially for dermal
  conditions, compared to animals living more than two kilometers from a well.[280]

- January 1, 2015 – A Yale-led team studied the relationship between household proximity
  to drilling and fracking operations and reported health symptoms in Washington County,
  Pennsylvania where 624 gas wells were in active operation, most of which had been
  drilled in the past five to six years. Researchers found that health symptoms reported by
  residents increased in frequency as distance between household and gas wells decreased.
  Among persons living less than one kilometer from drilling and fracking operations,
  rashes and upper respiratory problems were more prevalent. The authors of this study, the
  largest to date on the link between reported symptoms and natural gas drilling activities,
  say that their findings are "… consistent with earlier reports of respiratory and dermal

[277] Shaina, L. S., Brink, L. L, Larkin, J. D., Sadovsky, Y, Goldstein, B. C., Pitt, B. R., & Talbott, E. O. (2015).
Perinatal outcomes and unconventional natural gas operations in southwest Pennsylvania. *PLoS One, 10,* e0126425.
doi: 10.1371/journal.pone.0126425

[278] Preidt, R. (2015, June 3). 'Fracking' linked to low birth weight babies, *WebMD*. Retrieved from
http://www.webmd.com/parenting/baby/news/20150603/fracking-linked-to-low-birth-weight-babies

[279] Bamberger, M. & Oswald, R. E. (2015). Long-term impacts of unconventional drilling operations on humans and
animal health. *Journal of Environmental Science and Health, Part A: Toxic/Hazardous Substances and
Environmental Engineering, 50,* 447-59. doi: 10.1080/10934529.2015.992655

[280] Slizovskiy, I. B., Conti, L. A., Trufan, S. J., Reif, J. S., Lamers, V. T., Stowe, M. H., Dziura, J., & Rabinowitz, P.
M. (2015). Reported health conditions in animals residing near natural gas wells in southwestern Pennsylvania,
*Journal of Environmental Science and Health, Part A: Toxic/Hazardous Substances and Environmental
Engineering, 50*(5), 473-481, doi: 10.1080/10934529.2015.992666

conditions in persons living near natural gas wells." They also cite literature demonstrating the biological plausibility of a link between oil and gas extraction activities and both categories of health effects reported.[281]

- December 17, 2014 – As part of a lengthy review that became the foundation for New York State's ban on high volume hydraulic fracturing, the New York State Department of Health (NYSDOH) identified environmental problems associated with fracking that could contribute to adverse public health impacts. Among them: air pollution (particulate matter, ozone, diesel exhaust, and volatile organic compounds) that could affect respiratory health; drinking water contamination from underground migration of methane and/or fracking chemicals associated with faulty well construction or seismic activity; drinking water contamination from inadequate water treatment of fracking waste or from surface spills of fracking chemicals or wastewater; earthquakes and the creation of fissures; increased vehicle traffic; increased noise; increased demand for housing and medical care; and public health problems related to climate change impacts from methane and other greenhouse gas emissions into the atmosphere. The NYSDOH Public Health Review also discussed findings from surveys of health symptoms among residents living near high volume hydraulic fracturing activities. These included skin rash, nausea or vomiting, abdominal pain, breathing difficulties, cough, nosebleed, anxiety, stress, headache, dizziness, eye irritation, and throat irritation in populations living near drilling and fracking operations. The NYSDOH Public Health Review noted that ongoing studies by both government agencies and several academic institutions were exploring the public health risks and impacts of fracking but that many of these studies were years from completion. The review concludes:

  > … significant gaps exist in the knowledge of potential public health impacts from [high volume hydraulic fracturing]…. The existing science investigating associations between [high volume hydraulic fracturing] activities and observable adverse health outcomes is very sparse and the studies that have been published have significant scientific limitations. Nevertheless, studies are suggestive of potential public health risks related to [high volume hydraulic fracturing] activity that warrant further careful evaluation.

  In an accompanying letter to the New York State Department of Environmental Conservation, Health Commissioner Howard Zucker, MD, concluded,

  > … the overall weight of the evidence from the cumulative body of information contained in this Public Health Review demonstrates that there are significant uncertainties about the kinds of adverse health outcomes that may be associated with [high volume hydraulic fracturing], the likelihood of the occurrence of adverse health outcomes and the effectiveness of some of the mitigation measures

---

[281] Rabinowitz, P. M. Slizovskiy, I. B, Lamers, V., Trufan, S. J., Holford, T. R., Dziura, J. D., … Stowe, M. H. (2015). Proximity to natural gas wells and reported health status: results of a household survey in Washington County, Pennsylvania. *Environmental Health Perspectives, 123*, 21-26. doi: 10.1289/ehp.1307732. See also footnote 29.

in reducing or preventing environmental impacts which could adversely affect
public health. Until the science provides sufficient information to determine the
level of risk to public health from [fracking] to all New Yorkers and whether the
risks can be adequately managed, DOH recommends that high volume hydraulic
fracturing should not proceed in NYS.[282]

- October 13, 2014 – According to the North Dakota Health Department, the number of
  HIV and AIDS cases in North Dakota more than doubled between 2012 and 2014, and
  cases were shifting to the state's western oil fields, where 35 to 40 percent of all new
  cases occurred. Previously, only 10 percent of cases were in that region.[283] This trend
  followed on the heels of an upsurge in sexually transmitted chlamydia cases in the same
  region. The North Dakota state director of disease control, Kirby Kruger, attributed the
  uptick in HIV cases to the drilling and fracking industry and attempted to spread HIV
  prevention messages at the "man camps" that house young male workers in the oil
  industry.[284] Human trafficking for purposes of prostitution accompanied the fracking
  boom, but there was a shortage of medical professionals to address this public health
  crisis, according to Kruger, who noted that it was difficult to hire nurses and medical staff
  who could live in the area on a public health wage.

- October 2, 2014 – According to researchers from the University of Pennsylvania's Center
  of Excellence in Environmental Toxicology, an increasing number of gas wells in
  Pennsylvania is significantly correlated with inpatient rates of hospitalization. The
  research team collected data from seven different insurance providers for three counties;
  the study's publication is forthcoming.[285]

- September 11, 2014 – In Texas, commercial vehicle accidents have increased more than
  50 percent since 2009 when the state's ongoing drilling and fracking boom began,
  according to an investigation by the *Houston Chronicle* and Houston Public Media News
  88.7. "For six decades, highway deaths have dropped steadily all across the United
  States…. But in Texas all motor vehicle fatalities – and accidents involving commercial
  trucks – have turned back upward since the state's oil drilling and fracking boom began
  in 2008." This rising motor vehicle death toll is especially felt in formerly rural counties
  in the Eagle Ford and Permian Basin, now places of heavy drilling and fracking. A new
  Department of Public Safety "Road Check" program finds annually, "… 27 to 30 percent
  of Texas' commercial trucks shouldn't be operating at all due to potentially life-

---

[282] New York State Department of Health. (2014, December 17). *A public health review of high volume hydraulic fracturing for shale gas development*. Retrieved from
http://www.health.ny.gov/press/reports/docs/high_volume_hydraulic_fracturing.pdf
[283] Associated Press. (2014, October 13). North Dakota HIV/AIDs rate rises with population growth. Retrieved from
http://billingsgazette.com/news/state-and-regional/montana/north-dakota-hiv-aids-rate-rises-with-population-growth/article_a939fed6-f737-5cfb-957f-ab800673f4d7.html
[284] Heitz, D. (2014, September 30). Oil Boom helps fuel surge in HIV in North Dakota. *HealthlineNews.* Retrieved from http://www.healthline.com/health-news/oil-boom-helps-fuel-hiv-surge-north-dakota-093014#1
[285] Skrapits, E. (2014, October 2). Study: More gas wells in area leads to more hospitalizations. *The Citizen's Voice.* Retrieved from http://citizensvoice.com/news/study-more-gas-wells-in-area-leads-to-more-hospitalizations-1.1763826

threatening safety problems like defective brakes, bald tires, inoperable safety lights and unqualified, unfit or intoxicated drivers."[286, 287]

- August 3, 2014 – Hospitals in the Bakken Shale region reported a sharp rise in ambulance calls and emergency room visits after 2006. "Mercy Medical Center in Williston and the Tioga Medical Center in neighboring Williams County saw their ambulance runs increase by more than 200 percent. Tioga's hospital saw a staggering leap in trauma patients by 1,125 percent. Mercy had a 373 percent increase." Drugs (including overdoses of prescription drugs, methamphetamine, and heroin) explain many of the cases, with oilfield related injuries such as "fingers crushed or cut off, extremity injuries, burns and pressure burns" accounting for 50% of the cases in one of the region's hospital emergency rooms.[288]

- May 21, 2014 – Raising questions about possible links to worsening air pollution from the Uintah Basin's 11,200 oil and gas wells, health professionals reported that infant deaths in Vernal, Utah, rose to six times the normal rate over the past three years. Physician Brian Moench said, "We know that pregnant women who breathe more air pollution have much higher rates of virtually every adverse pregnancy outcome that exists…. And we know that this particular town is the center of an oil and gas boom that's been going on for the past five or six years and has uniquely high particulate matter and high ozone."[289] Although it formerly had pristine air quality, Uintah County, Utah received a grade "F" for ozone in the American Lung Association's 2013 State of the Air Report.[290]

- January 28, 2014 – Congenital heart defects, and possibly neural tube defects in newborns, were associated with the density and proximity of natural gas wells within a 10-mile radius of mothers' residences in a study of almost 25,000 births from 1996-2009 in rural Colorado. The researchers note that natural gas development emits several chemicals known to increase risk of birth defects (teratogens).[291]

[286] Olsen, L. (2014, 11 September). Fatal truck accidents have spiked during Texas' ongoing fracking and drilling boom. *Houston Chronicle*. Retrieved from http://www.houstonchronicle.com/news/article/Fracking-and-hydraulic-drilling-have-brought-a-5747432.php?cmpid=email-premium&cmpid=email-premium&t=1a9ca10d49c3f0c8a9#/0

[287] Schneider, A. (2014, 12 October). In Texas, traffic deaths climb amid fracking boom. *National Public Radio*. Retrieved from http://www.npr.org/2014/10/02/352980756/in-texas-traffic-deaths-climb-amid-fracking-boom

[288] Bryan, K. J. (2014, August 3). Drugs, oilfield work, traffic pushing more people through doors of Watford City ER. *Bakken Today*. Retrieved from http://www.bakkentoday.com/event/article/id/37101/

[289] Schlanger, Z. (2014, May 21). In Utah boom town, a spike in infant deaths raises questions. *Newsweek*. Retrieved from http://www.newsweek.com/2014/05/30/utah-boom-town-spike-infant-deaths-raises-questions-251605.html

[290] American Lung Association. (2013). American Lung Association state of the air 2013. Retrieved from http://www.stateoftheair.org/2013/states/utah/uintah-49047.html

[291] McKenzie, L. M., Guo, R., Witter, R. Z., Savitz, D. A., Newman, L. S., & Adgate, J. L. (2014). Birth outcomes and maternal residential proximity to natural gas development in rural Colorado. *Environmental Health Perspectives, 122*, 412-417. doi: 10.1289/ehp.1306722

- January 4, 2014 – Preliminary data from researchers at Princeton University, Columbia University, and MIT showed elevated rates of low birthweight among infants born to mothers living near drilling and fracking operations during their pregnancies.[292]

- October 2013 – A preliminary study of the health impacts of oil and gas extraction on infant health in Colorado found that proximity to wells—linked with air pollutants from fracking operations—was associated with reductions in average birthweight and length of pregnancy as well as increased risk for low birthweight and premature birth.[293] A study by the same author, currently under review, which analyzed births to Pennsylvania mothers residing close to a shale gas well in Pennsylvania from 2003-2010, also identified increased risk of adverse effects. This includes low birth weight, as well as a 26 percent increase in APGAR scores under 8. (APGAR—or American Pediatric Gross Assessment Record—is a measure of newborn responsiveness. Scores of less than 8 predict an increase in the need for respiratory support.)[294]

- August 26, 2013 – Medical experts at a rural clinic in heavily-drilled Washington County, Pennsylvania reported case studies of 20 individuals with acute symptoms consistent with exposure to air contaminants known to be emitted from local fracking operations.[295, 296]

- May 2, 2013 – A community-based participatory research study in Pennsylvania tested air and water quality and surveyed self-reported health symptoms of more than 100 residents living near drilling and fracking operations. The team detected a total of 19 volatile organic compounds in ambient air sampled outside of homes.  The reported health symptoms closely matched the established effects of chemicals detected through air and water testing at those nearby sites. Moreover, those symptoms occurred at significantly higher rates in households closer to the gas facilities than those farther away.[297] Indicative of the growing prevalence of such health impacts in the state, a poll showed that two-thirds of Pennsylvanians support a moratorium on fracking because of concern about negative health impacts.[298]

---

[292] Whitehouse, M. (2014, January 4). Study shows fracking is bad for babies. *Bloomberg*. Retrieved from http://www.bloombergview.com/articles/2014-01-04/study-shows-fracking-is-bad-for-babies

[293] Hill, E. L. (2013, October). The impact of oil and gas extraction on infant health in Colorado. Retrieved from http://www.elainelhill.com/research

[294] Hill, E. L. (2013, December). Shale gas development and infant health: Evidence from Pennsylvania (under review). Retrieved from http://www.elainelhill.com/research.

[295] Abrams, L. (2013, August 26). Fracking's real health risk may be from air pollution. *Salon*. Retrieved from http://www.salon.com/2013/08/26/frackings_real_health_risk_may_be_from_air_pollution/

[296] Dyrszka, L., Nolan, K., & Steingraber, S. (2013, August 27). *Statement on preliminary findings from the Southwest Pennsylvania Environmental Health Project study* [*Press release*]. Concerned Health Professionals of NY. Retrieved from http://concernedhealthny.org/statement-on-preliminary-findings-from-the-southwest-pennsylvania-envir. . .

[297] Steinzor, N., Subra, W., & Sumi, L. (2013). Investigating links between shale gas development and health impacts through a community survey project in Pennsylvania. *NEW SOLUTIONS: A Journal of Environmental and Occupational Health Policy, 23*(1), 55-83. doi: 10.2190/NS.23.1.e

[298] Phillips, S. (2013, May 14). Poll shows support for a drilling moratorium in Pennsylvania. *StateImpact*. Retrieved from http://stateimpact.npr.org/pennsylvania/2013/05/14/poll-shows-support-for-a-drilling-moratorium-in-pennsylvania/

## Noise pollution, light pollution, and stress

*Drilling and fracking operations and ancillary infrastructure expose workers and nearby residents to continuous noise and light pollution that is sustained for periods lasting many months. Chronic exposure to light at night is linked to adverse health effects, including breast cancer. Sources of fracking-related noise pollution include blasting, drilling, flaring, generators, compressor stations, and truck traffic. Exposure to environmental noise pollution is linked to cardiovascular disease, cognitive impairment, and sleep disturbance. Workers and residents whose homes, schools, and workplaces are in close proximity to well sites are at risk from these exposures as well as from related stressors. A UK Health Impact Assessment (HIA) identified stress and anxiety resulting from drilling-related noise—as well as from a sense of uncertainty about the future and eroded public trust—as key public health risks related to fracking operations.*

- July 9, 2015 – As part of its assessment of potential health impacts, the California Council of Science and Technology looked at the impacts of noise and light pollution from oil and gas operations in California. The researchers noted that a number of activities associated with drilling and fracking generated noise levels greater than that considered dangerous to public health. Noise is a biological stressor that can aggravate or contribute to the development of hypertension and heart problems. In California, noise from well stimulation was associated with both sleep disturbance and cardiovascular disease in a dose-response relationship. Exposure to artificial light at night has been linked to breast cancer in women, although almost no research has been conducted on the public health implications of light pollution from oil and gas extraction specifically.[299]

- December 17, 2014 – The New York State Department of Health identified community impacts related to noise as a potential contributor to a variety of negative health impacts from drilling and fracking operations but noted that considerable scientific uncertainty remains on the issue of noise exposure per se as a risk factor. Noise, air pollution, traffic, vibration, odors, and nighttime lighting may all increase together as proximity to a drilling site decreases.[300]

- December 1, 2014 – Range Resources Corporation warned supervisors in Pennsylvania's Donegal Township that a "big burn" natural gas flare will continue for as long as a week and "will produce a continuous noise of as much as 95 decibels at the well pad. Sustained decibel levels between 90 and 95 can result in permanent hearing loss, but workers will be equipped with ear protection." Township supervisor Doug Teagarden expressed concern for residents, saying, "They told us the flare would be double the size of other

---

[299] Shonkoff, S. B. C., Jordan, P., Hays, J., Stringfellow, W. T., Wettstein, Z. S., Harrison, R., Sandelin, W., & McKone, T. E. (2015, July 9). Volume II, Chapter 6: Potential impacts of well stimulation on human health in California. In: *An Independent Scientific Assessment of Well Stimulation in California*. California Council on Science and Technology, Sacramento, CA. Retrieved from http://ccst.us/publications/2015/vol-II-chapter-6.pdf
[300] New York State Department of Health. (2014, December 17). *A public health review of high volume hydraulic fracturing for shale gas development.* Retrieved from http://www.health.ny.gov/press/reports/docs/high_volume_hydraulic_fracturing.pdf

78

well flares, and the noise will be like a siren on a firetruck.... There are houses within a couple of hundred yards of the well pad, and those folks are going to hear it."[301]

- November 6, 2014 – Sakthi Karunanithi, Director of Public Health in Lancashire, UK, reported on a Health Impact Assessment (HIA) of the two proposed shale gas exploration sites in Lancashire. Karunanithi's study determined that key risks to the health and well-being of the residents who live near the two proposed sites in Lancashire include stress and anxiety from uncertainty that could lead to "poor mental wellbeing," and noise-related health effects due to continuous drilling. The HIA also noted a lack of public trust and confidence.[302, 303]

- September 2014 – The Ohio Shale Country Listening Project, a collaborative effort to solicit, summarize, and share the perspectives and observations of those directly experiencing the shale gas build out in eastern Ohio, found that the more shale gas wells a community has, the less popular the oil and gas industry becomes. Many residents reported that they had not experienced the economic benefits promised by the oil and gas industry. They complained of increased rents and costs of gas and groceries, an influx of out-of-state workers, more vehicular accidents, road destruction from large trucks, and damaged landscape and cropland. Locals reported feeling less secure and more financially strapped.[304]

- June 20, 2014 – In its discussion of "Oil and Gas Drilling/Development Impacts," the U.S. Office of Indian Energy and Economic Development detailed noise pollution from bulldozers, drill rigs, diesel engines, vehicular traffic, blasting, and flaring of gas. "If noise-producing activities occur near a residential area, noise levels from blasting, drilling, and other activities could exceed the U.S. Environmental Protection Agency (EPA) guidelines. The movement of heavy vehicles and drilling could result in frequent-to-continuous noise.... Drilling noise would occur continuously for 24 hours per day for one to two months or more depending on the depth of the formation."[305] Exposure to chronic noise can be deadly. The World Health Organization has documented the connection between environmental noise and health effects, including cardiovascular disease, cognitive impairment, sleep disturbance, and tinnitus. At least one million

---

[301] Hopey, D. (2014, December 1). Gas flare to light up part of Washington County. *Pittsburgh Post Gazette*. Retrieved from http://powersource.post-gazette.com/powersource/companies-powersource/2014/12/01/Gas-flare-to-light-up-part-of-Washington-County/stories/201411250224

[302] Karunanithi, S. (2014, November 6). Potential health impacts of the proposed shale gas exploration sites in Lancashire. *Reported at a meeting of the Lancashire County Council Cabinet, Thursday, 6th November, 2014 at 2.00 pm in Cabinet Room 'B' - County Hall, Preston, Item 9 on the agenda(1-68)*. Retrieved from http://council.lancashire.gov.uk/documents/b11435/Potential%20Health%20Impacts%20of%20the%20Proposed%20Shale%20Gas%20Exploration%20Sites%20in%20Lancashire%2006th-Nov-2014%2014.pdf?T=9

[303] Dunkley, E. (2014, November 7). Fracking in Lancashire 'may affect mental health', report finds. *BBC NEWS Lancashire*. Retrieved from http://www.bbc.com/news/uk-england-lancashire-29944212

[304] Ohio Organizing Collaborative (OOC)'s Communities United for Responsible Energy (CURE), with support from the Ohio Environmental Council (OEC), FracTracker.org, and Laborers Local 809 of Steubenville. (2014, September). Ohio Shale Country Listening Project. Retrieved from http://carrollconcernedcitizens.org/uploads/2014_Shale_Report__small_.pdf

[305] Oil and Gas Drilling/Development Impacts. (n.d.). *Oil and gas drilling/development impacts*. Retrieved from http://teeic.indianaffairs.gov/er/oilgas/impact/drilldev/index.htm

"healthy life years" are lost every year from traffic-related noise in the western part of Europe.[306]

- February 24, 2014 – In a review of the health effects from unconventional gas extraction published in the journal *Environmental Science & Technology*, leading researchers noted, "Noise exposure is a significant hazard due to the presence of multiple sources, including heavy equipment, compressors, and diesel powered generators. Loud continuous noise has health effects in working populations. It is likely that exposure to noise is substantial for many workers, and this is potentially important for health because drilling and servicing operations are exempt from some sections of the Occupational Safety and Health Administration noise standard." They noted that research should investigate stressors such as noise and light in the context of drilling and fracking operations in order to understand the overall effect of chemical and physical stressors together.[307]

- May 30, 2014 – The *Denver Post* reported that in order to help meet Colorado's noise limits for fracking operations in suburban neighborhoods (and partially block the glare of floodlights), Encana Oil and Gas erected 4-inch-thick polyvinyl walls up to 32 feet high and 800 feet long. Residents said that the plastic walls do not completely solve the problem.[308]

- October 25, 2013 – An analysis of well location and census data by the *Wall Street Journal* revealed that at least 15.3 million Americans now live within a mile of a well that has been drilled since 2000. According to this investigation, the fracking boom has ushered in "unprecedented industrialization" of communities across wide swaths of the nation and, with it, "24/7" industrial noise, stadium lighting, earth-moving equipment, and truck traffic.[309]

- April 16, 2013 – In a presentation on oil field light pollution for a conference on "Sustainable Environment and Energy: Searching for Synergies," Roland Dechesne of the Royal Astronomical Society of Canada described problems of "light trespass," glare, and poorly-aimed fixtures in oil fields in Alberta. He described resulting "mass waterfowl mortality" linked to artificial illumination and other biochemical impacts of light pollution on wildlife, as well as the possibility of these effects on humans, including circadian disruption, melatonin suppression, and possible resulting hormonally-linked diseases.[310] Known to have ecological impacts, outdoor light pollution from drilling and

[306] Rodier, G. (2011, June 1). Burden of disease from environmental noise - Quantification of healthy life years lost in Europe. *WHO*. Retrieved from http://www.who.int/quantifying_ehimpacts/publications/e94888/en/
[307] Adgate, J. L., Goldstein, B. D., & McKenzie, L. M. (2014). Potential public health hazards, exposures and health effects from unconventional natural gas development [Abstract]. *Environmental Science & Technology*. doi: 10.1021/es404621d
[308] Finley, B. (2014, May 29). Oil and gas industry building giant walls to try to ease impact. *The Denver Post*. Retrieved from http://www.denverpost.com/ci_25859469/oil-and-gas-industry-building-giant-walls-try
[309] Gold, R. & McGinty, T. (2014, Oct. 25). Energy boom puts wells in America's backyards. *The Wall Street Journal*. Retrieved from http://online.wsj.com/news/articles/SB10001424052702303672404579149432365326304
[310] Dechesne, R. (2013). Limiting oil field light pollution for safety and the environment. Sustainable Environment and Energy CPANS 2013 Conference. Retrieved from http://www.cpans.org/assets/Uploads/Presentations/NewFolder/Session-46Roland-Dechesne.pdf

fracking operations may also be linked to artificial light-associated health effects documented in humans, including breast cancer.[311]

- April 2013 – Led by the University of Pittsburgh Graduate School of Public Health, a study of community members living in proximity to Marcellus Shale drilling in Pennsylvania found adverse impacts to mental health, with stress the most frequently reported symptom. At least half of all respondents in each set of interviews reported these specific stressors, including: being taken advantage of; health concerns; concerns/complaints ignored; corruption; denied information or provided with false information. Many also reported the desire to move or leave community, estrangement from community, and financial damages. Researchers noted that stress can result in direct health impacts.[312] Notably, mounting evidence indicates that chronic stress magnifies individuals' susceptibility to effects of pollution; for children, this interactive effect can begin during prenatal life.[313]

- September 7, 2011 – A study by researchers at Boise State University and Colorado State University at Fort Collins modeled the potential impacts of compressor station noise from oil and gas operations on Mesa Verde National Park in Colorado. The study found the sound of 64 compressors outside Mesa Verde elevated the sound level within the park by 34.8 decibels on average, and by 56.8 decibels on the side of the park located closest to the compressors. According to the EPA, 55 decibels is the highest "safe noise level" to avoid damage to the human ear.[314]

## Earthquakes and seismic activity

*A growing body of evidence from Ohio, Arkansas, Texas, Oklahoma, and Colorado links fracking wastewater injection (disposal) wells to earthquakes of magnitudes as high as 5.7, in addition to swarms of minor earthquakes and fault slipping. Many recent studies focus on the mechanical ability of pressurized fluids to trigger seismic activity. In some cases, the fracking process itself has been linked to earthquakes and seismic activity as significant as magnitude 4.4. The question of what to do with wastewater remains a problem with no viable, safe solution.*

- July 27, 2015 – During a seven-day period in late July, the state of Oklahoma experienced 40 earthquakes. According to the U.S. Geological Survey (USGS), three registered above magnitude 4.0, one of which was strong enough to be felt by 1.9 million

---

[311] Chepesiuk, R. (2009). Missing the dark: Health effects of light pollution. *Environmental Health Perspectives,117*(1), A20–A27.

[312] Ferrar, K. J., Kriesky, J., Christen, C. L., Marshall, L. P., Malone, S. L., Sharma, R. K., Michanowicz, D. R., & Goldstein, B.D. (2013). Assessment and longitudinal analysis of health impacts and stressors perceived to result from unconventional shale gas development in the Marcellus Shale region. *International Journal of Occupational & Environmental Health, 19*(2),104-112. doi: 10.1179/2049396713Y.0000000024

[313] Cooney, C.M. (2011). Stress–pollution interactions: An emerging issue in children's health research. *Environmental Health Perspectives, 119*, a430-a435. http://dx.doi.org/10.1289/ehp.119-a430

[314] Barber, J. R., Burdett, C.L., Reed, S. E., Warner, K.A., Formichella, C., Crooks, K.R., Theobald, D.M., &. Fristrup, K. M. (2011). Anthropogenic noise exposure in protected natural areas: estimating the scale of ecological consequences. *Landscape Ecology 26*(9),1281-1295.

people, including residents of several surrounding states.[315] In response, gas and oil operators voluntarily shut down two nearby wastewater injection wells and reduced operations by half at a third well.[316] According to the Oklahoma Geological Survey, the recent quakes are occurring along a fault line that extends north of Oklahoma City and signal greater potential for a larger earthquake.[317] Ten days before the voluntary shutdowns, the Oklahoma Corporation Commission, which regulates the oil and gas industry, put 211 wastewater disposal wells under extra review.[318] As we go to press, Oklahoma regulators, acknowledging that previous efforts have been unsuccessful in reducing seismic activity, asked operators of 23 injection wells to decrease the amount of wastewater injected by 38 percent and signaled that more sweeping regulatory actions may follow.[319]

- July 1, 2015 – Two researchers, from the USGS and the Geological Survey of Canada, offered a summary of the history, basic geology, and engineering of fracking fluid injection and induced seismicity. Noting that since 2001 Oklahoma had experienced two earthquakes of very large magnitude (5.0 and 5.3), the authors called for "a detailed understanding of the physical processes involved in inducing large magnitude events and a detailed understanding of the geology and hydrology at the site of the earthquakes." They also noted that many important parameters are either unknown or not easily constrained, making it "difficult to determine the wells that will induce earthquakes and those that will not."[320]

- June 30, 2015 – The Oklahoma Supreme Court ruled that homeowners who have sustained injuries or property damage that they believe is due to earthquakes caused by oil and gas operations can sue for damages in state trial courts. The number of earthquakes with magnitude 3.0 or higher has skyrocketed in Oklahoma, with 1,100 predicted to occur in 2015. Earlier this year, scientists at the state's geological survey reversed prior views and embraced the conclusion that the majority of the recent earthquakes in central and north-central Oklahoma were "very likely triggered" by underground wastewater disposal. Industry lawyers have complained that liability for such damages will be economically unsustainable. A separate class action lawsuit is

---

[315] U.S. Geological Survey, (2015, July 27).  M4.5 – 6 km NNE of Crescent, Oklahoma. Retrieved from http://earthquake.usgs.gov/earthquakes/eventpage/us200030gd#impact_pager
[316] Oklahoma Corporation Commission (2015, July 28). Media advisory: new actions taken in response to earthquake activity in the Crescent area. Retrieved from http://www.occeweb.com/News/Crescent%20wells.pdf
[317] Murphy, S. (2015, July 28). 2 injection wells shut down after Oklahoma quakes. *Associated Press*. Retrieved from http://www.santacruzsentinel.com/business/20150728/2-injection-wells-shut-down-after-oklahoma-quakes
[318] Oklahoma Corporation Commission (2015, July 17). OCC announces next step in continuing response to earthquake concerns, 200-plus more disposal wells added to action list, press release. Retrieved from http://www.occeweb.com/News/DIRECTIVE-2.pdf
[319] Wines, M. (2015, August 4). Oklahoma Acts to Limit Earthquake Risk at Oil and Gas Wells. *The New York Times*. Retrieved from http://www.nytimes.com/2015/08/05/us/oklahoma-acts-to-limit-earthquake-risk-at-oil-and-gas-wells.html?_r=0
[320] Rubenstein, J. L. & Mahani, A. B. (2015). Myths and facts on wastewater injection, hydraulic fracturing, enhanced oil recovery, and induced seismicity. *Seismological Research Letters, 86*(4), 1060-1067.

82

planned.[321]

- June 19, 2015 – By compiling a database of 187,570 injection wells in the central and eastern United States, University of Colorado Boulder and USGS researchers were able to test for associations between fracking waste disposal and earthquakes. Results showed far more injection wells were potentially related to earthquakes than had previously been realized, and active disposal-only wells were more than 1.5 times more likely than active oil extraction wells to be associated with an earthquake. In addition, high-rate injection wells, receiving more than 300,000 barrels of fluid per month, were much more likely than lower-rate wells to be associated with an earthquake, while other factors, including wellhead injection pressure, appeared unrelated to increased earthquake activity. The study called for managing injection rates as "a useful tool to minimize the likelihood of induced earthquakes." The researchers did not address the impact of hydrofracturing activities *per se* as a potential confounding variable.[322, 323]

- June 18, 2015 – Close examination of several areas in Oklahoma by Stanford University geophysicists revealed that dramatic increases in recent earthquake activity followed 5- to 10-fold increases in deep-well injection of briny "produced water," the highly salty fluid that rises to the surface from water-bearing oil reserves and requires disposal. The rate of earthquake occurrence, which began to increase in 2009, is now 600 times higher than it was before the onset of widespread fracking in the state. The disposal of this type of waste in Oklahoma mostly occurs via injection into geological formations that appear to be in hydraulic communication with potentially active faults in the crystalline basement. The study proposed that increasing pressure, spreading away from injection wells over time, could eventually trigger slips on critically stressed faults, resulting in earthquake activity. It is likely that, "even if injection from many wells were to stop immediately, seismicity would continue as pressure continues to spread out from past injection."[324]

- June 12, 2015 – Researchers in France uncovered an unexpected mechanism by which subsurface fluid injections, such as those used in high volume hydrofracturing, can cause earthquakes. They found that injection of pressurized water can cause fault lines to "creep" rather than slip suddenly as occurs during earthquakes. Earthquakes did follow this slow movement but took place in a portion of the fault outside the pressurized zone. This research demonstrated that subsurface injection of fluids under pressure can cause

---

[321] Oppel Jr., R.A. (2015, June 30). Oklahoma court rules homeowners can sue oil companies over quakes. *The New York Times*. Retrieved from http://www.nytimes.com/2015/07/01/us/oklahoma-court-rules-homeowners-can-sue-oil-companies-over-quakes.html?emc=edit_tnt_20150630&nlid=66402583&tntemail0=y&_r=0

[322] Weingarten, M. Ge, S., Godt, J. W., Bekins, B. A., & Rubinstein, J. L. (2015). High-rate injection is associated with the increase in U.S. mid-continent seismicity. *Science, 348*(6241), 1336-1340.

[323] Rosen, J. (2015). Pumped up to rumble: massive studies of wastewater injection wells show fast pumping raises earthquake risk. *Science, 368*(6241),1299.

[324] Wall, F.R. III & Zobakc, M.D. (2015). Oklahoma's recent earthquakes and saltwater disposal. Science Advances, 1(5), e1500195.

primary gradual slippage of fault planes leading to secondary sudden seismic activity.[325, 326]

- June 11, 2015 – As reported by the Vancouver news magazine *The Tyee,* seismic events of magnitude greater than 2.0 (but less than 4.0) in the Fox Creek area were reported in Alberta, Canada since the initiation in February of a novel "traffic light system" for responding to measured seismic activity. The system requires varying responses according to the magnitude of the event, ranging from no action up to ceasing operations and informing the Alberta Energy Regulator for events at magnitudes greater than 4.0. Experts noted that the system does not work well when the largest event in the sequence is the first event. Moreover, once a sequence of earthquakes is initiated, the sequence may continue, sometimes with larger earthquakes, long after potentially causally related drilling or injection activities have ceased.[327]

- June 1, 2015 – In a data-rich presentation, a team of researchers from St. Louis University, Colorado State University, and USGS concluded that "a fundamental change in the earthquake-triggering process has occurred" in central Oklahoma. Using advanced field monitoring and high-performance software, computer models illustrate active earthquake sequences associated with long fault structures "that might be capable of supporting large earthquakes (M 5 to 6)" and possibly cascades of earthquakes, which could occur near population centers and expensive infrastructure associated with the oil and gas industry, such as a large underground crude-oil storage facility.[328]

- May 11, 2015 – A series of directives from the Oklahoma Corporation Commission revealed a slowly evolving approach to the regulation of disposal well operations in that state, and the gradual tightening of a "traffic light system" introduced in 2013 to determine whether disposal wells for fracking waste should be permitted, permitted only with special restrictions and requirements, or not permitted, in light of the now-proven connection between the injection of liquid waste and the soaring frequency of earthquakes in Oklahoma. Since 2013, earthquake activity in Oklahoma has continued to increase in rate and intensity.[329, 330]

---

[325] Guglielmi, Y., Cappa, F., Avouac, J.-P., Henry, P., & Elsworth, D. (2015). Seismicity triggered by fluid injection–induced aseismic slip. *Science, 348*(6240), 1224-1226.

[326] Johnson, S. K. (2015, June 11). Making tiny earthquakes to understand fracking-driven quakes. *arstechnica.* Retrieved from http://arstechnica.com/science/2015/06/making-tiny-earthquakes-to-understand-fracking-driven-quakes/

[327] Nikiforuk, A. (2015, June 11). More industry linked earthquakes recorded in Alberta. *TheTyee.ca.* Retrieved from http://thetyee.ca/News/2015/06/11/More-Fracking-Earthquakes/

[328] McNamara, D. E., Rubinstein, J. L., Myers, E., Smoczyk, G., Benz, H. M., Williams, R. A., . . . Earle, P. (2015). Efforts to monitor and characterize the recent increasing seismicity in central Oklahoma. *The Leading Edge, 34*(6). doi: 10.1190/tle34060628.1

[329] Oklahoma Corporation Commission, Oil & Gas Conservation Division. (2015, May 11). Media advisory: Ongoing OCC earthquake response. Retrieved from http://www.occeweb.com/News/2015/ADVISORY%20-%20TRAFFIC%20LIGHT.pdf

[330] Oklahoma Corporation Commission. (n.d.) Seismic statement. Retrieved from http://www.occ.state.ok.us/SeismicStatementB.pdf

- April 23, 2015 – In a first-of-its-kind approach, the USGS is updating its National Seismic Hazard Model (NSHM) to address the rapidly increasing, highly variable, and difficult-to-predict hazards of induced earthquakes.[331] This initial report identified 17 areas within eight states (Alabama, Arkansas, Colorado, Kansas, New Mexico, Ohio, Oklahoma, and Texas) with increased rates of induced seismicity, including many areas experiencing earthquakes of large magnitude.[332] Two days before the release of this report, Oklahoma's state government acknowledged for the first time that wastewater disposal related to oil and gas drilling is "very likely" to blame for the huge surge of earthquakes in many areas of Oklahoma, the *New York Times* reported.[333] Several states have developed protocols to shut down existing wells and halt drilling of new disposal wells following an upsurge in earthquake activity.

- April 21, 2015 – Analyzing the unusual increase of seismicity in north Texas since 2008, researchers from Southern Methodist University, the USGS, and University of Texas at Austin concluded that observed earthquake swarms were associated both with extraction (of gas and brine formation waters) and injection (of fracking wastewater), via significant stress changes at earthquake depths. The research team noted that baseline pressure monitoring data, though easy to obtain and routinely collected by industry at well sites, were currently "neither required nor typically available for analysis." Greater transparency and cooperation in regional seismic monitoring is needed to generate more comprehensive data sets that are necessary for robust earthquake hazard analysis, they asserted.[334, 335]

- April 21, 2015 – In a statement reporting on an increase in earthquakes in Oklahoma of greater than magnitude 3.0 from less than two per year historically to over two per day in 2015, the Oklahoma Geological Society acknowledged that that the primary, suspected source of "triggered seismicity" is the injection and disposal of produced water associated with oil and gas production.[336]

[331] Petersen, M. D., Mueller, C. S., Moschetti, M.P ., Hoover, S. M., Rubinstein, J. L., Llenos, A. L., . . . Anderson, J. G. (2015). Incorporating induced seismicity in the 2014 United States National Seismic Hazard Model—Results of 2014 workshop and sensitivity studies: U.S. Geological Survey Open-File Report 2015–1070. Retrieved from http://dx.doi.org/10.3133/ofr20151070

[332] USGS. (2015, April 23). New insight on ground shaking from man-made earthquakes. *USGS Newsroom*. Retrieved from http://www.usgs.gov/newsroom/article_pf.asp?ID=4202

[333] Pérez-Peña, R. (2015, April 23). U.S. maps pinpoint earthquakes linked to quest for oil and gas. *The New York Times*. Retrieved from http://www.nytimes.com/2015/04/24/us/us-maps-areas-of-increased-earthquakes-from-human-activity.html?ref=us&_r=I

[334] Hornbach, M. J., DeShon, H. R., Ellsworth, W. L., Stump, B. W., Hayward, C., Frohlich, C., . . . Luetgert, J.H. (2015). Causal factors for seismicity near Azle, Texas. *Nature Communications, 6*(6728). doi: 10.1038/ncomms7728

[335] Richter, M. (2015, April 21). Small north Texas quakes likely linked to oil, gas operations – study. *Reuters*. Retrieved from http://www.reuters.com/article/2015/04/21/us-usa-texas-earthquake-idUSKBN0NC2DY20150421

[336] Andrews, R.D. & Holland, A. (2015, April 21). Statement on Oklahoma Seismicity. Retrieved from http://wichita.ogs.ou.edu/documents/OGS_Statement-Earthquakes-4-21-15.pdf

- March 30, 2015 – *Bloomberg Business* reported that Oklahoma state seismologists had received pressure from oil industry representatives to downplay the evidence linking fracking wastewater disposal to the soaring frequency of earthquakes in the state.[337]

- March 6, 2015 – A careful and detailed analysis of historical data coupled with onsite, real-time measurements of seismic activity in central Oklahoma via rapidly deployed seismic sensors revealed that reactivated ancient faults responsible for thousands of earthquakes in Oklahoma are capable of causing larger seismic events. Current hazard maps did not include induced seismicity and therefore underestimate earthquake hazard, the USGS reported. Until new hazard maps become available, providing information about the type, length, and location of these reactivated faults could provide guidance to the oil and gas industry and help inform public policy decisions.[338] In addition, noted lead author Dan McNamara, such information can "aid in adapting building codes to ensure that structures can withstand more damaging earthquakes.[339]

- February 20, 2015 – Scientists with the USGS reported in *Science* about grappling with an unexpected increase in injection-related seismic activity across the middle of North America. In 2014, the number of measured earthquakes with magnitude of 3 or greater in Oklahoma exceeded that in California, and observations increasingly suggested that the effects of fluid injection were not confined to the target formation but instead were communicated, sometimes to greater depths, along pre-existing faults. Making hazard modeling more difficult, "most of these faults are only detected when they are imaged by well-located induced earthquakes." Consequently, predicting and controlling such seismic activity may not be possible, leading to a recommendation that injection projects should be sited away from population centers.[340]

- February 5, 2015 – Citing an association between increased water use and fracking-induced seismic activity, a research scientist at the Geological Survey of Canada offered the quantity of water injected underground as his hypothesis for an observed increase in the frequency and magnitude of earthquake activity in areas near fracking wells. Although the Council of Canadian Academies in 2014 called for more monitoring and data collection, there are only ten monitoring stations in British Columbia, overseeing the operations of thousands of fracking wells, reported the *Vancouver Observer*.[341]

---

[337] Elgin, B. & Phillips, M. (2015, March 30). Big oil pressured scientists over fracking wastewater's link to quakes. *Bloomberg Business*. Retrieved from http://www.bloomberg.com/news/articles/2015-03-30/big-oil-pressured-scientists-over-fracking-wastewater-s-link-to-quakes

[338] McNamara, D. E., Benz, H. M., Herrmann, R. B., Bergman, E. A., Earle, P., Holland, A., Baldwin, R., & Gassner, A. (2015). Earthquake hypocenters and focal mechanisms in central Oklahoma reveal a complex system of reactivated subsurface strike-slip faulting. *Geophysical Research Letters, 42*(8), 2742–2749.

[339] Koontz, H. (2015, March 6). News release: Reawakened Oklahoma faults could produce larger future events. *USGS.gov*. Retrieved from http://www.usgs.gov/newsroom/article_pf.asp?ID=4144

[340] McGarr, A., Bekins, B., Burkardt, N., Dewey, J., Earle, P., Ellsworth, W., Ge, S., … Sheehan, A. (2015). Coping with earthquakes induced by fluid injection. *Science, 347*(6224), 830-831.

[341] Leahy, D. (2015, February 5). Fracking-induced earthquake puts B.C. gas bonanza on shaky ground. *Vancouver Observer*. Retrieved from http://www.vancouverobserver.com/news/fracking-induced-earthquake-puts-bc-gas-bonanza-shaky-ground

- January 29, 2015 – The industry-funded Alberta Energy Regulator confirmed that the location of an earthquake of magnitude 4.4 near Fox Creek, Alberta, was "consistent with being induced by hydraulic fracturing operations," making it the largest felt earthquake yet believed to be related to fracking. Despite claims from industry that tremors related to deep-level fracking could never reach magnitudes that would allow them to be felt on the surface, Gail Atkinson, who holds the Canada Research Chair in Induced Seismicity Hazards at Western University in Ontario, noted, "With fracking, the magnitudes have been increasing every year."[342]

- January 6, 2015 – Using a specialized program, Miami University researchers analyzed data from multiple seismic stations and determined that a cluster of 77 earthquakes in Poland Township, Ohio, which occurred over the course of a little more than a week, was related temporally and spatially to active hydraulic fracturing operations. When the fracturing operations were shut down, the rate of earthquake activity declined to only 6 events in the next 12 hours and only a single event over approximately the next two months. Among this cluster of seismic activity, an earthquake of magnitude 3.0 ranks as one of the largest earthquakes in the United States to be induced by hydraulic fracturing. The mechanism for these earthquakes appears to be induction of slip along a pre-existing fault or fracture zone. Because "no known fault or historical seismicity had been [previously] identified in the area," regulations prohibiting fracturing within three miles of a known fault would not have been protective.[343, 344]

- December 18, 2014 – In Canada, an investigation by the British Columbia Oil and Gas Commission found that induced seismicity in the Horn River Basin could be attributed both to wastewater disposal and to hydraulic fracturing operations. The Commission recommended mitigation of induced seismicity from wastewater disposal by "reducing injection rates, limiting the increase in [subsurface] reservoir pressure, and locating distal from faults," among other mitigation techniques.[345, 346]

- October 23, 2014 – Researchers from USGS and the Global Seismological Services in Golden, Colorado, linked a 2011 magnitude 5.3 earthquake in Colorado, which damaged the foundations of several homes, to underground disposal of fracking wastewater. The study determined that the earthquake ruptured an 8 to 10 kilometer-long segment of normal faults—an unexpectedly long length for a magnitude 5.3 earthquake—suggesting

[342] Nikiforuk, A. (2015, January 29). Did Alberta just break a fracking earthquake world record? *TheTyee.ca*. Retrieved from http://thetyee.ca/News/2015/01/29/Alberta-Fracking-Earthquake/?utm_source=fb-page-editor-post&utm_medium=fb-page&utm_campaign=fb-01-2015

[343] Skoumal, R. J., Brudzinski, M. R. & Currie, B. S. (2015). Earthquakes induced by hydraulic fracturing in Poland Township, Ohio. *Bulletin of the Seismological Society of America 105*(1). doi: 10.1785/0120140168

[344] Wines, M. (2015, January 10). New research links scores of earthquakes to fracking wells near a fault in Ohio. *The New York Times.* Retrieved from http://www.nytimes.com/2015/01/08/us/new-research-links-scores-of-earthquakes-to-fracking-wells-near-a-fault-in-ohio.html?hp&action=click&pgtype=Homepage&module=first-column-region&region=top-news&WT.nav=top-news&assetType=nyt_now&_r=0

[345] BC Oil & Gas Commission (2014). *Investigation of observed seismicity in the Montney Trend.* Retrieved from http://www.bcogc.ca/node/12291/download

[346] Nikiforuk, A. (2015, January 10). Fracking industry shakes up Northern BC with 231 tremors. *TheTyee.ca*. Retrieved from http://www.thetyee.ca/News/2015/01/10/Fracking_Industry_Shakes_Up_Northern_BC/

that wastewater disposal may have triggered a low stress drop.[347] Lead author Bill Barnhart, a USGS geophysicist, told *Reuters*, "We saw a big increase in seismicity starting in 2001, including magnitude 5 earthquakes, in many locations in the basin, and that coincided with a surge in gas production and injection of wastewater."[348]

- September 23, 2014 – Youngstown State University geologist Ray Beiersdorfer described increased seismic activity in Youngstown, Ohio in an essay that explores how fracking and fracking-related processes are causing "earthquake epidemics" across the United States.[349]

- September 15, 2014 – Researchers at the National Energy Technology Laboratory teamed up with researchers from industry and academia to publish data and analysis from a closely watched project that involved field monitoring of the induced fracturing of six horizontal Marcellus Shale gas wells in Greene County, Pennsylvania. Touted in earlier media reports as demonstrating that, during short-term follow-up, fracking chemicals injected into these six wells did not spread to overlying aquifers[350], the study's most notable finding is striking documentation of fractures from three of the six wells extending vertically to reach above an overlying rock layer previously thought to create an impenetrable "frac barrier" (that is, an upper barrier to fracture growth). In one case, a fracture extended vertically 1,900 feet, a surprisingly far distance. No pre-existing fault had been detected at this location, suggesting that small "pre-existing fractures or small-offset (sub-seismic) faults may have focused the energy of hydraulic fractures on certain areas…." Perhaps because of the extremely small sample size and a design focused primarily on monitoring for potential gas and fluid migration, the study's analysis includes no discussion of the seismic relevance of extremely long, vertical induced fractures.[351]

- September 15, 2014 – Scientists from USGS ascribed causality to wastewater injection wells from coal-bed methane production for increases in seismic activity in New Mexico and Colorado and, in particular, for an earthquake that measured magnitude 5.3 in

[347] Barnhart, W. D., Benz, H.M., Hayes, G.P., Rubinstein, J.L., & Bergman, E. (2014), Seismological and geodetic constraints on the 2011 Mw5.3 Trinidad, Colorado earthquake and induced deformation in the Raton Basin, *J. Geophys. Res. Solid Earth, 119,* 7923–7933, doi: 10.1002/2014JB011227. Retrieved from http://onlinelibrary.wiley.com/doi/10.1002/2014JB011227/abstract

[348] Zuckerman, L. (2014, October 29). Gas wastewater likely triggered 2011 quake in Colorado: USGS. *Reuters.* Retrieved from http://www.reuters.com/article/2014/10/29/us-usa-earthquake-colorado-idUSKBN0II2NP20141029

[349] Beiersdorfer, R. (2014, September 23). View: On fracking, earthquakes and Indian Point. *Journal Online.* Retrieved from http://www.lohud.com/story/opinion/contributors/2014/09/23/view-geologist-warns-fracking-ties-earthquakes/16100755/

[350] Begos, K. (2014, July 19). DOE study: Fracking chemicals didn't taint water. *Associated Press.* Retrieved from http://bigstory.ap.org/article/ap-study-finds-fracking-chemicals-didnt-spread

[351] Hammack, R., Harbert, W., Sharma, S., Stewart, B. W., Capo, R. C., Wall, A. J., . . . Veloski, G. (2014). An evaluation of fracture growth and gas/fluid migration as horizontal Marcellus Shale gas wells are hydraulically fractured in Greene County, Pennsylvania. *NETL-TRS-3-2014: EPAct Technical Report Series. US Dept of Energy, National Energy Technology Laboratory.* Pittsburgh PA. Retrieved from http://www.netl.doe.gov/File%20Library/Research/onsite%20research/publications/NETL-TRS-3-2014_Greene-County-Site_20140915_1_1.pdf

Colorado in 2011—the second largest earthquake to date for which there is clear
evidence that the earthquake sequence was induced by fluid injection.[352]

- September 6, 2014 – The Ohio Department of Natural Resources suspended operations at
two deep-injection wells for fracking wastewater near Warren in northeastern Ohio after
discovering evidence that the operation possibly caused a magnitude 2.1 earthquake. The
injection well operator, American Water Management Services, had recently received
permission to increase pressures at the site of the wells. In 2012, Governor John Kasich
had halted disposal of fracking wastewater surrounding a well site in the same region
after a series of earthquakes were tied to a deep-injection well. The company that ran that
well has disputed the link. The state placed seismic-monitoring devices in the Warren
area under protocols adopted after the series of earthquakes in nearby Youngstown.[353]

- September 1, 2014 – Explaining the need for increased seismic monitoring,
Andrew Beaton, Director of the Alberta Geological Survey (AGS), stated that over a long
period of time, stresses increase in and around an injection well bore. Seismic movement
can be caused if the rate of injection is too fast or if there is a geological feature, such as a
fault or fracture in nearby areas. Although Albertans in rural areas have been reporting
for years that they can feel tremors under their feet near oil and gas activity, especially
around areas of fracking, the Alberta Energy Regulator noted that deep well injections
have been shown to create more of an earthquake hazard than hydraulic fracturing.
Alberta experienced 819 earthquakes between 1918 and 2009. In comparison,
Saskatchewan recorded 13 in the same time period and British Columbia recorded more
than 1,200 earthquakes in 2007 alone. There are currently 24 seismic monitors in Alberta,
which are tied into other networks, such as those belonging to Environment
Canada, University of Calgary, and University of Alberta.[354]

- August 26, 2014 – In a first-of-its-kind lawsuit, a resident of Prague, Oklahoma, sued two
energy companies after rocks fell from her chimney and injured her leg during an
earthquake of greater than magnitude 5. The lawsuit claims that underground injection of
fracking wastewater conducted by New Dominion LLC and Spess Oil Company has
caused shifts in fault lines that have resulted in earthquakes.[355]

- July 31, 2014 – William Ellsworth, a research geophysicist at the U.S. Geological Survey
Earthquake Science Center, reported that USGS is developing a hazard model that takes

[352] Rubinstein, J. L., Ellsworth, W. L., McGarr, A. & Benz, H. M. (2014). The 2001-present induced earthquake
sequence in the Raton Basin of Northern New Mexico and Southern Colorado [abstract]. *Bulletin of the
Seismological Society of America*. Retrieved from http://www.bssaonline.org/content/104/5/2162.abstract?stoc
[353] Smyth, J. C. (2014, September 6). Ohio halts injections at two wells for fracking wastewater after quake.
*Associated Press*. Retrieved from http://www.dispatch.com/content/stories/local/2014/09/06/ohio-halts-2-wells-for-
fracking-wastewater-after-quake.html
[354] Maclean, R. (2014, September 1). Earthquake hazard linked with deep well injection in Alberta: Deep well
disposal of oilfield waste over time leads to increased earthquake risk. *CBC News*. Retrieved from
http://www.cbc.ca/news/canada/calgary/earthquake-hazard-linked-with-deep-well-injection-in-alberta-1.2751963
[355] Rangel, L. (2014, August 26). Prague resident files lawsuit against two Okla. energy companies
following earthquake injury. *Newschannel 4 (kfor.com)*. Retrieved from http://kfor.com/2014/08/26/prague-resident-
files-lawsuit-against-two-okla-energy-companies-following-earthquake-injury/

induced earthquakes into account. In addition, residents of Oklahoma, where a sharp spike in earthquake activity has been noted over the past decade, are showing an increased interest in obtaining earthquake insurance.[356]

- July 3, 2014 – Using data from the Oklahoma Corporation Commission, a team of researchers led by Cornell University geophysicist Katie Keranen found that a steep rise in earthquakes in Oklahoma can be explained by fluid migration from wastewater disposal wells. Moreover, injected fluids in high volume wells triggered earthquakes over 30 kilometers (over 18 miles) away. All of the wells analyzed were operated in compliance with existing regulations. Similar mechanisms may function in other states with high volumes of underground injection of wastewater from unconventional oil and gas production.[357] Reporting on the study and the increase in earthquakes across the United States and the link to fracking and wastewater disposal, the *Associated Press* noted that some states, including Ohio, Oklahoma, and California, have introduced new rules compelling drillers to measure the volumes and pressures of their injection wells as well as to monitor seismicity during fracking operations.[358]

- July 1, 2014 – Seismologists linked the emergence of a giant sinkhole that formed in August 2012 near Bayou Corne in southeast Louisiana to tremors (earthquakes) caused by high-pressure pulses of either natural gas or water charged with natural gas. The surges of natural gas that caused the explosive tremors (earthquakes) may have weakened an adjacent salt cavern and caused its collapse. Alternatively, part of the salt cavern may have collapsed, causing a nearby gas pocket to give off surges of gas, later followed by the complete collapse of the salt cavern. These findings help illuminate the role of pressurized fluids in triggering seismic events.[359]

- June 24, 2014 – Following two earthquakes within a one-month period, the Colorado Oil and Gas Conservation Commission directed High Sierra Water Services to stop disposing wastewater into one of its Weld County injection wells. Monitoring by a team of seismologists from the University of Colorado had picked up evidence of continuing low-level seismic activity near the injection site, including a magnitude 2.6 event less than a month following a magnitude 3.4 earthquake that shook the Greeley area on May 31, 2014.[360]

---

[356] Eaton, J. (2014, July 31). Oklahoma grapples with earthquake spike—and evidence of industry's role: Spike in seismic activity is linked with oil and gas wastewater disposal. *National Geographic*. Retrieved from http://news.nationalgeographic.com/energy/2014/07/140731-oklahoma-earthquake-spike-wastewater-injection/

[357] Keranen, K. M., Weingarten, M., Abers, G. A., Bekins, B. A., & Ge, S. (2014). Sharp increase in central Oklahoma seismicity since 2008 induced by massive wastewater injection. *Science*, *345*(6195), 448-451. doi: 10.1126/science.1255802

[358] Schmall, E. & Jouzapavicius, J. (2014, July 14). States with fracking see surge in earthquake activity. *Associated Press*. Retrieved from http://www.huffingtonpost.com/2014/07/14/fracking-earthquake_n_5585892.html

[359] Nayak, A. & Dreger, D. S. (2014). Moment tensor inversion of seismic events associated with the sinkhole at Napoleonville Salt Dome, Louisiana. *Bulletin of Seismological Society of America 104(4)*, 1763-1776. doi: 10.1785/0120130260

[360] Tomasic, J. (2014, June 24). Colorado drilling regulators halt injection-well activity in reaction to Greeley quake. *Colorado Independent*. Retrieved from http://www.coloradoindependent.com/147934/colorado-drilling-regulators-halt-injection-well-activity-in-reaction-to-greeley-quake (see also Baker, B. (2014, June 24). Colorado regulators

- May 2, 2014 – The USGS and Oklahoma Geological Survey (OGS) jointly issued an official earthquake warning for Oklahoma, pointing out that the number of earthquakes in the state has risen 50 percent since just October—when the two agencies had issued a prior warning. The advisory stated that this dramatic increase in the frequency of small earthquakes "significantly increases the chance for a damaging quake in central Oklahoma." Injection wells used for the disposal of liquid fracking waste have been implicated as the presumptive cause of the earthquake swarm. According to the OGS, about 80 percent of the state of Oklahoma is closer than ten miles from an injection well.[361] Since the joint earthquake advisory was released in May, the number of earthquakes in Oklahoma has continued to rise. During the first four months of 2014, Oklahoma had experienced 109 earthquakes of magnitude 3 or higher on the Richter scale. By mid-June, the number of earthquakes had topped 200, exceeding the frequency of earthquakes in California.[362]

- May 2, 2014 – At the annual meeting of the Seismological Society of America, leading geologists warned that the risks and impacts of earthquakes from fracking and injection wells are even more significant than previously thought, pointing out that such earthquakes could occur tens of miles away from wells themselves, including quakes greater than magnitude 5.0. Justin Rubinstein, a research geophysicist at the USGS said, "This demonstrates there is a significant hazard. We need to address ongoing seismicity."[363] Seismologist Gail Atkinson reported, "We don't know how to evaluate the likelihood that a [fracking or wastewater] operation will be a seismic source in advance."[364]

- April 11, 2014 – State geologists reported a link between fracking and a spate of earthquakes in Ohio, prompting the Ohio Department of Natural Resources to place a moratorium on drilling in certain areas and to require greater seismic monitoring.[365]

- April 3, 2014 – Researchers linked earthquakes in Mexico to fracking in the Eagle Ford Shale, which extends beneath both southern Texas and northern Mexico. They also noted a statistical correlation between seismic activity and fracking, particularly in the border

halt fracking wastewater injection operation after earthquake strikes area for second time in a month. *Ecowatch*. Retrieved from http://ecowatch.com/2014/06/24/colorado-wastewater-injection-earthquake/)

[361] Geological Survey Joint Statement. (2014, May 2). Record number of Oklahoma tremors raises possibility of damaging earthquakes. United States Geological Survey. Retrieved from http://earthquake.usgs.gov/regional/ceus/products/newsrelease_05022014.php

[362] Branson-Potts, H. (2014, June 17). Oklahoma coming to terms with unprecedented surge in earthquakes. *Los Angeles Times*. Retrieved from http://www.latimes.com/nation/la-na-oklahoma-earthquakes-20140618-story.html#page=1

[363] Walsh, B. (2014, May 1). The seismic link between fracking and earthquakes. *Time*. Retrieved June 9, 2014, from http://time.com/84225/fracking-and-earthquake-link/

[364] Kiger, P. J. (2014, May 2). Scientists warn of quake risk from fracking operations. *National Geographic*. Retrieved from http://news.nationalgeographic.com/news/energy/2014/05/140502-scientists-warn-of-quake-risk-from-fracking-operations/

[365] Dave, P. (2014, April 12). Ohio finds link between fracking and sudden burst of earthquakes. *Los Angeles Times*. Retrieved from http://www.latimes.com/nation/nationnow/la-na-nn-ohio-finds-link-fracking-earthquakes-20140411-story.html#axzz2yrnpHW1h

state of Nuevo Leon, which registered at least 31 quakes between magnitude 3.1 and 4.3.[366]

- April 2014 – Researchers from the University of Alberta and the Alberta Geological Survey published a study in the *Journal of Geophysical Research* that found wastewater injection in Alberta is highly correlated with spikes of seismic activity between October 2006 and March 2012.[367] On November 13, 2014, *CBC News* reported on a more recent increase in earthquakes, which may also be linked to injection wells.[368]

- March 7, 2014 – USGS researchers published a study confirming that Oklahoma's damaging magnitude 5.7 earthquake in 2011 was caused by fracking wastewater injection.[369] One of the authors of the study, seismologist Elizabeth Cochran, noted, "Even if wastewater injection only directly affects a low-hazard fault, those smaller events could trigger an event on a larger fault nearby."[370]

- January 30, 2014 – A USGS research team linked the rise in earthquakes in Colorado to fracking wastewater injection wells and announced that a study will be published in six to nine months.[371]

- December 12, 2013 – The *New York Times* detailed the growing link between fracking wastewater injection wells and earthquakes, as well as between fracking itself and earthquakes, with a focus on Oklahoma and a recent magnitude 4.5 earthquake there. As The *New York Times* noted, "Oklahoma has never been known as earthquake country, with a yearly average of about 50 tremors, almost all of them minor. But in the past three years, the state has had thousands of quakes. This year has been the most active, with more than 2,600 so far, including 87 last week…. State officials say they are concerned, and residents accustomed to tornadoes and hail are now talking about buying earthquake insurance."[372]

---

[366] Godoy, E. (2014, April 3). Fracking, seismic activity grow hand in hand in Mexico. *Inter Press Service*. Retrieved from http://www.ipsnews.net/2014/04/fracking-seismic-activity-grow-hand-hand-mexico/

[367] Schultz, R., Stern, V. & Gu, Y. J. (2014). An investigation of seismicity clustered near the Cordel Field, west central Alberta, and its relation to a nearby disposal well. *Journal of Geophysical Research: Solid Earth, 119*, 3410–3423, doi: 10.1002/2013JB010836

[368] Trynacity, K., & Siekierska, A. (2014, November 13). Fracking linked to Alberta earthquakes, study indicates. *CBC News*. Retrieved from http://www.cbc.ca/news/canada/edmonton/fracking-linked-to-alberta-earthquakes-study-indicates-1.2829484

[369] Sumy, D. F., Cochran, E. S., Keranen, K. M., Wei, M., & Abers, G. A. (2013). Observations of static Coulomb stress triggering of the November 2011 M5.7 Oklahoma earthquake sequence [Abstract]. *Journal of Geophysical Research: Solid Earth, 119*(3), 1904-1923. doi: 10.1002/2013JB010612

[370] Oskin, B. (2014, March 07). Wastewater injection triggered Oklahoma's earthquake cascade. *Live Science*. Retrieved from http://www.livescience.com/43953-wastewater-injection-earthquake-triggering.html

[371] McClurg, L. (2014, January 30). Earthquakes in southern Colorado linked to oil and gas production. *Colorado Public Radio*. Retrieved from http://www.cpr.org/news/story/earthquakes-southern-colorado-linked-oil-and-gas-production#sthash.UVvw0JWe.UQwWtYJS.dpuf

[372] Fountain, H. (2013, December 12). Experts eye oil and gas industry as quakes shake Oklahoma. *The New York Times*. Retrieved from http://www.nytimes.com/2013/12/13/science/earth/as-quakes-shake-oklahoma-scientists-eye-oil-and-gas-industry.html

- November 19, 2013 – *Reuters* reported that a series of Oklahoma earthquakes in September of 2013 damaged several homes, and that more scientists in a number of states are concerned about earthquakes related to oil and gas development. Seismologist Austin Holland with the University of Oklahoma said, "This is a dramatic new rate of seismicity."[373]

- July 19, 2013 – A study from the Lamont-Doherty Earth Observatory linked 109 earthquakes in Youngstown, Ohio to fracking wastewater disposal.[374, 375]

- July 11, 2013 – A study in *Science* by Columbia University's Lamont-Doherty Earth Observatory showed that deep-well injection of fracking waste can stress geological faults in ways that make them vulnerable to slipping. The research shows that distant natural earthquakes triggered swarms of smaller earthquakes on critically stressed faults. The researchers wrote, "The fluids [in wastewater injection wells] are driving the faults to their tipping point.... Areas with suspected anthropogenic earthquakes are more susceptible to earthquake-triggering from natural transient stresses generated by the seismic waves of large remote earthquakes."[376]

- April 2013 – A group of British researchers stated that hydraulic fracturing itself was the likely cause of at least three earthquakes powerful enough to be felt by human beings at the surface. The researchers proposed that increases in the fluid pressure in fault zones were the causal mechanism for these three known instances of "felt seismicity" in the United States, Canada, and the United Kingdom. The largest of these earthquakes was a magnitude 3.8 in the Horn River Basin, Canada.[377]

- March 26, 2013 – Scientists from the University of Oklahoma, Columbia University and USGS linked a 2011 swarm of earthquakes in Oklahoma to fracking waste disposal in that state.[378] This included a magnitude 5.7 earthquake—possibly the largest ever triggered by wastewater injection—that injured two people, destroyed 14 homes, and was felt across 17 states.[379] The research team concluded in a paper in the journal *Geology*

---

[373] Gillam, C. (2013, November 19). In Oklahoma, water, fracking - and a swarm of quakes. *Reuters*. Retrieved from http://www.reuters.com/article/2013/11/19/us-usa-earthquakes-fracking-oklahoma-idUSBRE9AI12W20131119

[374] Kim, W. (2013). Induced seismicity associated with fluid injection into a deep well in Youngstown, Ohio. *Journal of Geophysical Research: Solid Earth, 118*(7), 3506-3518. doi: 10.1002/jgrb.50247

[375] Chameides, B. (2013, September 5). Fracking waste wells linked to Ohio earthquakes. *Scientific American*. Retrieved from http://www.scientificamerican.com/article/fracking-waste-wells-linked-to-ohio-earthquakes/

[376] Begley, S. (2013, July 11). Study raises new concern about earthquakes and fracking fluids. *Reuters*. Retrieved from http://www.reuters.com/article/2013/07/11/us-science-fracking-earthquakes-idUSBRE96A0TZ20130711

[377] Davies, R., Foulger, G., Bindley, A., & Styles, P. (2013). Induced seismicity and hydraulic fracturing for the recovery of hydrocarbons. *Marine and Petroleum Geology, 45*, 171-185. doi: 10.1016/j.marpetgeo.2013.03.016

[378] Drajem, M., & Efstathiou, J., Jr. (2013, March 26). Quake tied to oil-drilling waste adds pressure for rules. *Bloomberg*. Retrieved from http://www.bloomberg.com/news/2013-03-26/oklahoma-earthquake-in-2011-tied-to-wastewater-wells-in-fracking.html

[379] Behar, M. (2013, March/April). Fracking's latest scandal? Earthquake swarms. *Mother Jones*. Retrieved from http://www.motherjones.com/environment/2013/03/does-fracking-cause-earthquakes-wastewater-dewatering?page=1

that their data called into question the previously predicted maximum size of injection-induced earthquakes.[380, 381]

- December 14, 2012 – At a 2012 American Geophysical Union meeting, scientists presented data and concluded that some U.S. states, including Oklahoma, Texas and Colorado, have experienced a significant rise in seismic activity coinciding with a boom in gas drilling, fracking and wastewater disposal. Scientists further found that Oklahoma has seen a significant increase in earthquakes linked to wastewater injection, that a 5.3 earthquake in New Mexico was linked to wastewater injection, and that earthquakes were increasingly common within two miles of injection wells in the Barnett Shale region of Texas. Art McGarr, a researcher at the U.S. Geological Survey Earthquake Science Center, concluded that, "The future probably holds a lot more in induced earthquakes as the gas boom expands."[382]

- November 30, 2012, January 11, 2012, December 22, 2009 – In three sets of comments on proposed fracking guidelines and regulations, citing scientific reports linking oil and gas infrastructure to seismic activity, the New York City Department of Environmental Protection (NYC DEP) raised serious concerns about the impacts of potential seismic activity from fracking-related activities on New York City's water supply infrastructure.[383, 384, 385] The NYC DEP has consistently raised concerns that seismic activity surrounding New York City's aquifers and watershed infrastructure could threaten the city's drinking water supply by triggering microseismic events and small induced earthquakes that could threaten the integrity of the aging, 100-mile-long aqueducts that carry drinking water from the Catskill Mountains into the New York City metropolitan area. The agency expressed specific concerns about the ability of hydraulic fracturing fluids to migrate underground and to intercept and reactivate faults miles away.

---

[380] Keranen, K. M., Savage, H. M., Abers, G. A. & Cochran, E.S. (2013). Potentially induced earthquakes in Oklahoma, USA: Links between wastewater injection and the 2011 Mw 5.7 earthquake sequence. *Geology*. doi: 10.1130/G34045.1

[381] Diep, F. (2013, March 28). Study: wastewater injection caused Oklahoma's largest-ever earthquake. *Popular Science*. Retrieved from http://www.popsci.com/science/article/2013-03/largest-earthquake-ever-linked-lightly-regulated-wastewater-wells

[382] Leber, J. (2012, December 14). Studies link earthquakes to wastewater from fracking. *MIT Technology Review*. Retrieved from http://www.technologyreview.com/news/508151/studies-link-earthquakes-to-wastewater-from-fracking/

[383] New York City Department of Environmental Protection. (2009, December 22). *New York City comments on: Draft supplemental generic environmental impact statement on the oil, gas and solution mining regulatory program - Well permit issuance for horizontal drilling and high-volume hydraulic fracturing to develop the Marcellus Shale and other low-permeability gas reservoirs* (Rep.). Retrieved from http://www.nyc.gov/html/dep/pdf/natural_gas_drilling/nycdep_comments_final_12-22-09.pdf

[384] New York City Department of Environmental Protection. (2012, January 11). *Comments on the revised draft supplemental generic environmental impact statement*. (Rep.). Retrieved from http://www.nyc.gov/html/dep/pdf/natural_gas_drilling/nycdep_comments_on_rdsgeis_for_hvhf_20120111.pdf

[385] New York City Department of Environmental Protection. (2012, November 30). *Comments on the revised high-volume hydraulic fracturing regulations* (Rep.). Retrieved from http://www.nyc.gov/html/dep/pdf/natural_gas_drilling/revised_high_volume_hydraulic_fracturing_regulations_comments_letter_010713.pdf

- September 6, 2012 – The British Columbia Oil and Gas Commission determined that fracking itself causes earthquakes, pointing to the results of a probe into 38 seismic events near fracking operations in the Horn River Basin. The report noted that no quakes had been recorded in the area prior to April 2009, before fracking activities began. The report recommended that the link between fracking and seismic activity be further examined.[386]

- March 29, 2012 – The USGS found that between 2001 and 2011, there was a six-fold increase in earthquakes greater than magnitude 3.0 in the middle of the United States that "are almost certainly manmade." The agency reported that the increase appears to be linked to oil and gas production and deep injection of drilling wastewater.[387, 388]

- July 31, 2011 – Numerous earthquakes in Arkansas motivated the Arkansas Oil and Gas Commission to shut down a disposal well and enact a permanent moratorium on future disposal wells in a nearly 1,200 square-mile area of the Fayetteville Shale.[389]

- March 10, 2010 – In Texas, a 2008-2009 swarm of earthquakes in the Dallas-Fort Worth area, where the Barnett Shale is being developed, was linked to produced water disposal wells.[390]

- June 12, 2009 – *The Wall Street Journal* reported that earthquakes shook Cleburne, Texas, a small town at the epicenter of fracking activity, including a number of earthquake clusters in the Dallas-Fort Worth area. The USGS noted that more earthquakes were detected during that period of fracking activity than in the previous 30 years combined.[391]

---

[386] The Canadian Press. (2012, September 6). Fracking causes minor earthquakes, B.C. regulator says. *CBC News*. Retrieved from http://www.cbc.ca/news/canada/british-columbia/fracking-causes-minor-earthquakes-b-c-regulator-says-1.1209063
[387] Ellsworth, W. (2011, April 18). Are seismicity rate changes in the midcontinent natural or manmade? Retrieved from http://www2.seismosoc.org/FMPro?-db=Abstract_Submission_12&-sortfield=PresDay&-sortorder=ascending&-sortfield=Special+Session+Name+Calc&-sortorder=ascending&-sortfield=PresTimeSort&-sortorder=ascending&-op=gt&PresStatus=0&-lop=and&-token.1=ShowSession&-token.2=ShowHeading&-recid=224&-format=%2Fmeetings%2F2012%2Fabstracts%2Fsessionabstractdetail.html&-lay=MtgList&-find
[388] Soraghan, M. (2012, March 29). 'Remarkable' spate of man-made quakes linked to drilling, USGS team says. *E&E Publishing, LLC*. Retrieved from http://www.eenews.net/stories/1059962190
[389] Zilk, C. (2011, July 31). Permanent disposal-well moratorium issued. *Arkansas Online*. Retrieved from http://www.arkansasonline.com/news/2011/jul/31/permanent-disposal-well-moratorium-issued-20110731/
[390] Frohlich, C., Hayward, C., Stump, B., & Potter, E. (2011). The Dallas-Fort Worth Earthquake Sequence: October 2008 through May 2009. *Bulletin of the Seismological Society of America, 101*(1), 327-340. doi: 10.1785/0120100131
[391] Casselman, B. (2009, June 12). Temblors rattle Texas town. *The Wall Street Journal*. Retrieved from http://online.wsj.com/news/articles/SB124476331270108225

## Abandoned and active oil and natural gas wells as pathways for gas and fluid migration

*Millions of abandoned and undocumented oil and gas wells exist across the United States, according to the U.S. Department of Energy. All serve as potential pathways for gas and fluid migration, heightening the risks of groundwater contamination and other problems. Vertical channels can be opened when fractures from new drilling and fracking operations intersect with old, abandoned wells. Research from Pennsylvania shows that, cumulatively, abandoned wells are a significant source of methane leakage into the atmosphere and may exceed cumulative total leakage from oil and gas wells currently in production. No state or federal agency routinely monitors methane leakage from abandoned wells. Industry experts, consultants and government agencies including the U.S. Environmental Protection Agency (EPA) the U.S. General Accounting Office (now the Government Accountability Office), Texas Department of Agriculture, New York State Department of Environmental Conservation (NYS DEC), Pennsylvania Department of Environmental Protection (DEP), Illinois Environmental Protection Agency, and the British Columbia Oil and Gas Commission have all warned about problems with abandoned wells due to the potential for pressurized fluids and gases to migrate through inactive and in some cases, active wells.*

- July 9, 2015 – As part of an extensive, peer-reviewed assessment of fracking in California, the California Council on Science and Technology identified leakage through failed, inactive wells as a known mechanism for fracking-related water contamination in other states, including Texas and Ohio, and said that it is not known whether abandoned wells in California likewise function as conduits for groundwater contamination and gas leakage. In California, there are more inactive than active wells. Of the state's nearly quarter million oil and gas wells, more than half (116,000) have been plugged and abandoned, while another 1,800 inactive wells are "buried" with only an approximate location known. The locations of another 338 old wells are entirely unknown. California also has 110 orphaned wells, that is, abandoned wells with no owners. Most of California's abandoned wells (53 percent) are located in Kern County.[392]

- May 11, 2015 – *CBC News* reported that falling gas and oil prices have prompted many smaller companies to abandon their operations in Alberta, Canada, leaving the provincial government to close down and dismantle their wells. In the past year alone, the number of orphaned wells in Alberta increased from 162 to 702. At the current rate of work, deconstructing the inventory of wells abandoned just in the past year alone will be a 20-year task.[393]

- April 27, 2015 – In a peer-reviewed study, researchers with the U.S. Fish and Wildlife Service documented 5,002 wells located on National Wildlife Refuge System units, in

---

[392] Stringfellow, W. T., Cooley H., Varadharajan, C., Heberger, M., Reagan, M. T., Domen, J.K., . . . Houseworth, J. E. (2015, July 9). Volume II, Chapter 2: Impacts of well stimulation on water resources. In: *An Independent Scientific Assessment of Well Stimulation in California.* California Council on Science and Technology, Sacramento, CA. Retrieved from http://ccst.us/publications/2015/vol-II-chapter-2.pdf

[393] Johnson, T. (2015, May 11). Alberta sees huge spike in abandoned oil and gas wells. *CBC News.* Retrieved from http://www.cbc.ca/news/canada/calgary/alberta-sees-huge-spike-in-abandoned-oil-and-gas-wells-1.3032434

96

addition to 1,339 miles of pipeline. Almost half of the wells were inactive, while one-third were active and the remainder either plugged and abandoned or with status unknown. Highlighting the impacts of leaks, spills, and routine operation and maintenance on wildlife conservation efforts, the authors called for regular on-site ecological assessments, improved efforts to plug inactive wells and restore inactive well sites, and a "consolidated and robust regulatory framework" to protect the public's interests.[394]

- December 8, 2014 – A Princeton University team found that abandoned oil and gas wells in Pennsylvania, left over from prior decades of conventional drilling, leak significantly more methane than previously thought. Between 300,000 and 500,000 abandoned oil and gas wells are located in Pennsylvania, and many go unchecked and unmonitored for leaks. Based on direct measurements of methane flow from 19 such wells, most of which were a half century old or older, the researchers estimated that the methane leaks from abandoned wells alone could account for between 4 and 7 percent of human-caused methane emissions in the state. Based on these measurements of positive methane flow from decades-old wells, the authors concluded that cumulative emissions from these abandoned wells "may be significantly larger than the cumulative leakage associated with oil and gas production, which has a shorter lifetime of operation." Further, methane flow rates from plugged wells measured in this study were not consistently lower than unplugged wells and indeed were sometimes higher, even though wells are plugged for the precise purpose of limiting the escape of gases. The authors noted that an estimated three million abandoned oil and gas wells are scattered across the United States and likely represent "the second largest potential contribution to total US methane emissions above US Environmental Protection Agency estimates." In the United States, no regulatory requirements for monitoring methane leaks from abandoned wells exist.[395, 396]

- December 1, 2013 – An analysis of reports from the NYS DEC found that three-quarters of the state's abandoned oil and gas wells were never plugged. New York State has approximately 48,000 such wells; many of their locations remain unknown.[397]

- Aug. 4, 2011 – A report from the EPA to Congress in 1987—and discovered by the *New York Times*—concluded that abandoned natural gas wells may have served as a pathway for hydraulic fracturing fluids to migrate underground from a shale gas well to a water well in West Virginia. In noting that the water well was polluted due to hydraulic fracturing and that such contamination was "illustrative" of contamination from oil and

[394] Ramirez Jr., P. & Mosley, S. B. (2015). Oil and gas wells and pipelines on U.S. wildlife refuges: Challenges for managers. *PLoS ONE, 10*(4). doi: 10.1371/journal.pone.0124085
[395] Kang, M., Kanno, C. M., Reid, M. C., Zhang, X., Mauzerall, D. L., Celia, M. A., Chen, Y., & Onstott, T. C. (2014, December 8). Direct measurements of methane emissions from abandoned oil and gas wells in Pennsylvania. *Proceedings of the Natural Academy of Sciences*, Advance online publication. doi: 10.1073/pnas.1408315111
[396] Magill, B. (2014, June 19). Derelict oil wells may be major methane emitters. Climate Central. Retrieved from http://www.climatecentral.org/news/abandoned-oil-wells-methane-emissions-17575
[397] Bishop, R. E. (2014). Historical analysis of oil and gas well plugging in New York: Is the regulatory system working? *NEW SOLUTIONS: A Journal of Environmental and Occupational Health Policy, 21*, 103-116. Retrieved from http://baywood.metapress.com/media/16ut607yqg1yrw9ydad3/contributions/b/0/4/7/b047j34r87552325.pdf

natural gas drilling, the report suggested that additional cases of groundwater contamination from hydraulic fracturing may exist.[398]

- April 4, 2011 – *ProPublica* reported that abandoned wells have caused problems across the nation including contamination of drinking water in Colorado, Kentucky, Michigan, New York, Texas, and other states. *ProPublica* also found that a draft report from the Pennsylvania DEP described a 2008 incident in Pennsylvania in which a person died in an explosion triggered by lighting a candle in a bathroom after natural gas had seeped into a septic system from an abandoned well. The same draft report documented at least two dozen additional cases in which gas leaked from old wells, and three in which gas from new wells migrated into old wells, seeping into water supplies and requiring the evacuation of homes.[399]

- May 20, 2010 – The British Columbia Oil and Gas Commission issued a safety advisory after hydraulic fracturing caused a large "kick," or unintentional entry of fluid or gas, into a nearby gas well. The commission reported that it knew of 18 incidents in British Columbia and one in Western Alberta in which hydraulic fractures had entered nearby gas wells. "Large kicks resulted in volumes up to 80 cubic meters [about 100 cubic yards] of fluids produced to surface. Invading fluids have included water, carbon dioxide, nitrogen, sand, drilling mud, other stimulation fluids and small amounts of gas." These cases occurred in horizontal wells with a distance between wellbores of up to 2,300 feet. The Commission wrote, "It is recommended that operators cooperate through notifications and monitoring of all drilling and completion operations where fracturing takes place within 1000m [3,280 feet] of well bores existing or currently being drilled." Such communication between active wells raises the potential that similar communication can occur between active wells and abandoned wells.[400]

- 2010 – The NYS DEC cautioned that "abandoned wells can leak oil, gas and/or brine; underground leaks may go undiscovered for years. These fluids can contaminate ground and surface water, kill vegetation, and cause public safety and health problems." As the agency reported, "DEC has at least partial records on 40,000 wells, but estimates that over 75,000 oil and gas wells have been drilled in the State since the 1820s. Most of the wells date from before New York established a regulatory program. Many of these old wells were never properly plugged or were plugged using older techniques that were less reliable and long-lasting than modern methods."[401] The agency published similar comments in 2008 and 2009.

- January 2009 – In a presentation before the Society of Petroleum Engineers, industry consultant Michael C. Vincent reported on evidence that fractures from hydraulically

---

[398] Urbina, I. (2011, August 4). A tainted water well, and concern there may be more. Retrieved from http://www.nytimes.com/2011/08/04/us/04natgas.html

[399] Kusnetz, N. (2011, April 4). Danger in honeycomb of old wells. *Pittsburgh Post-Gazette*. Retrieved from http://www.post-gazette.com/nation/2011/04/04/Danger-in-honeycomb-of-old-wells/stories/201104040149

[400] British Columbia Oil & Gas Commission. (2010, May 20). Safety advisory: communication during fracture stimulation. Retrieved from https://www.bcogc.ca/node/5806/download

[401] New York State Department of Environmental Conservation. (2010). New York oil, gas and mineral resources 2010. Retrieved from http://www.dec.ny.gov/docs/materials_minerals_pdf/10anrpt1.pdf

fractured wells can communicate with nearby oil and gas wells. In spite of numerous examples of fractures intersecting with adjacent wellbores, the industry is reluctant to publish reports documenting these cases because "such information could unnecessarily alarm regulators or adjacent leaseholders." Vincent added, "Although computing tools have improved, as an industry we remain incapable of fully describing the complexity of the fracture, reservoir, and fluid flow regimes." These findings raise the possibility that there could be similar communications between existing fracked wells that are fractured and abandoned wells and that operators cannot accurately predict how these will interact.[402]

- 2005 – M.K. Fisher, Vice President of Business Management at Pinnacle, a service of Halliburton that specializes in hydraulic fracturing, reported in an article published by the Society of Petroleum Engineers that a single fracture produced during a fracking operation in the Texas Barnett Shale had unexpectedly spread 2,500 feet laterally in two directions. He also described fractures in the Barnett Shale as "extremely complex."[403] These findings raise the possibility that well communication over very large distances could occur due to fractures that spread "unexpectedly."

- October 1999 – The U.S. Department of Energy reported that there were approximately 2.5 million abandoned oil and gas wells in the U.S.[404]

- Early 1990s – An underground waste disposal well in McKean County, Pennsylvania, contaminated groundwater when the wastewater traveled up a nearby abandoned, unmapped, and unplugged oil well. Owners of private water wells that were contaminated by the incident eventually had to be connected to a public water system.[405]

- July 1989 – In the past, the investigative agency for Congress, the U.S. General Accounting Office (now the Government Accountability Office—GAO) studied oil and natural gas underground injection disposal wells and found serious cases of contamination. The agency reported that, in several cases, wastewater from oil and natural gas operations had migrated up into abandoned oil and natural gas wells, contaminating underground water supplies. The GAO found that "if these abandoned wells are not properly plugged—that is, sealed off —and have cracked casings, they can serve as pathways for injected brines [waste fluids from natural gas and oil drilling] to enter drinking water.… Because groundwater moves very slowly, any contaminants that

[402] Vincent, M. C. (2009, January 19). Examining our assumptions – Have oversimplifications jeopardized our ability to design optimal fracture treatments? Lecture presented at Society of Petroleum Engineers hydraulic fracturing technology conference in The Woodlands, Texas. See http://www.spe.org/dl/docs/2010/MikeVincent.pdf
[403] Fisher, M., Wright, C., Davidson, B., Steinsberger, N., Buckler, W., Goodwin, A., & Fielder, E. (2005). Integrating fracture-mapping technologies to improve stimulations in the Barnett Shale. *SPE Production & Facilities, 20*(2). doi: 10.2118/77441-PA
[404] United States Department of Energy, Office of Fossil Energy. (1999, October 5). *Environmental benefits of advanced oil and gas exploration and production technology*. (Rep.). Retrieved from http://www.netl.doe.gov/kmd/cds/disk25/oilandgas.pdf
[405] Hopey, D. (2012, January 3). Wastewater disposal wells under scrutiny following Irvin leak. *Pittsburgh Post-Gazette*. Retrieved from http://www.post-gazette.com/news/environment/2012/01/03/Wastewater-disposal-wells-under-scrutiny-following-Irvin-leak.html

enter it will remain concentrated for long periods of time, and cleanup, if it is technically feasible, can be prohibitively costly."[406]

- December 1987 – The EPA submitted a report to Congress on oil and natural gas wastes in which the agency cautioned that abandoned wells must be plugged with cement in order to avoid "degradation" of ground and surface waters as a result of pressurized brine or injected waste from wastewater disposal wells migrating into to aquifers, rivers, or streams.[407] While the EPA did not address the potential for contamination through abandoned wells as a result of hydraulic fracturing, both hydraulic fracturing and underground injection disposal wells require underground injection of fluid under pressure, raising the potential that there is a similar risk of groundwater contamination when hydraulic fracturing occurs near abandoned wells.

- 1985 – In an investigation of 4,658 complaints due to oil and natural gas production, the Texas Department of Agriculture found that "when a water well is experiencing an oilfield pollution problem (typically, high chlorides), the pollution source is often difficult to track down. The source could be a leak in the casing of a disposal well, leakage behind the casing due to poor cement bond, old saltwater evaporation pits, or, most often, transport of contaminants through an *improperly plugged abandoned well*" (emphasis in original). The agency found more than a dozen confirmed or suspected cases in which pollutants had migrated up abandoned wells and contaminated groundwater. In one case, drilling wastewater migrated up an abandoned well a half mile away from where the wastewater was injected underground for disposal.[408]

- November 1978 – In a report later cited by the EPA in its 1987 report to Congress (cited above), the state of Illinois Environmental Protection Agency found that oil and natural gas wastes injected underground could migrate through abandoned oil and natural gas wells and contaminate groundwater. The agency wrote, "In old production areas, abandoned wells may pose a serious threat to ground water quality. Unplugged or improperly plugged wells provide possible vertical communication between saline and fresh water aquifers."[409]

---

[406] United States Government Accountability Office. (1989, July 5). Drinking water: Safeguards are not preventing contamination from injected oil and gas wastes. Retrieved from http://www.gao.gov/products/RCED-89-97. (2, 4, Rep.).

[407] U.S. Environmental Protection Agency. (1987). *Report to Congress: Management of wastes from the exploration, development, and production of crude oil, natural gas, and geothermal energy* (III-47, Rep.). Retrieved from http://nepis.epa.gov/Exe/ZyPDF.cgi?Dockey=20012D4P.pdf

[408] Texas Department of Agriculture, Department of Natural Resources. (1985). *Agricultural land and water contamination: From injection wells, disposal pits, and abandoned wells used in oil and gas production* (pp. 5, 12-15). Austin, TX: Dept. of Agriculture, Office of Natural Resources.

[409] Illinois Environmental Protection Agency, Water Quality Management Planning. (1978). *Illinois oil field brine disposal assessment* (pp. 44-45, Rep.).

## Flood risks

*Massive land clearing and forest fragmentation that necessarily accompany well site preparation increase erosion and risks for catastrophic flooding, as do access roads, pipeline easements, and other related infrastructure. Compared to an acre of forest or meadow, an acre of land subject to fracking construction activity releases 1,000 to 2,000 times more sediment during rainstorms. In addition, in some cases, operators choose to site well pads on flood-prone areas in order to have easy access to water for fracking, to abide by setback requirements intended to keep well pads away from inhabited buildings, or to avoid productive agricultural areas. In turn, flooding increases the dangers of unconventional gas extraction, heightening the risks of contamination of soils and water supplies, the overflow or breaching of containment ponds, and the escape of chemicals and hazardous materials.*

- June 12, 2015 – At the beginning of 2015, after a month of record-breaking rainfall, Fish and Wildlife Service officials at the Hagerman National Wildlife Refuge in Texas found that floodwaters flowing through oil production well pads in the refuge had inundated dozens of jackpumps, pipelines, and other oil and gas infrastructure, leaving bubbling, oily water and a gassy stench. In 1989, the Government Accountability Office called for "bold action" to address fossil fuel production activities incompatible with the mission of the refuge system. Subsequent reforms have been exceedingly slow, according to a report from *Greenwire*. In most cases, the Fish and Wildlife Service does not know how much fossil fuel is produced or spilled on refuges, and remediation efforts are inadequate. Severe weather events are expected to increase in frequency and severity as climate change progresses, amplifying flood related concerns.[410]

- June 20, 2014 – The *Coloradoan* reported that Noble Energy storage tanks damaged by spring flooding in Colorado dumped 7,500 gallons of crude oil, fracking chemicals, and fracking wastewater into the Cache la Poudre River, which is both a National Heritage area and a habitat for Colorado's only self-sustaining population of wild trout. Recent high river flows had undercut the bank where the oil tank was located, which caused the tank to drop and break a valve.[411]

- March 2014 – An extraordinary flood that struck the Front Range of Colorado killed ten people, forced the evacuation of 18,000 more, destroyed more than 1,850 homes, and damaged roads, bridges, and farmland throughout the state. More than 2,650 oil and gas wells and associated facilities were also affected, with 1,614 wells lying directly within the flood impact zone. Many of these storm-damaged facilities and storage tanks leaked uncontrollably. In a later accounting, Matt Lepore, Director of the Colorado Oil and Gas Conservation Commission, estimated the flooding had resulted in the release to the environment of 48,250 gallons of oil or condensate and 43,479 gallons of fracking wastewater from 50 different spill sites across the state. In Colorado, more than 20,850 oil and gas wells lie within 500 feet of a river, stream, or other drainage. According to

---

[410] Hiar, C. (2015, June 12). Wildlife refuges: Floods expose weakness in FWS's oil and gas oversight. *E&E Publishing*. Retrieved from http://www.eenews.net/stories/1060020169
[411] Handy, R. (2014, June 20). Crude oil spills into Poudre near Windsor. *Coloradoan*. Retrieved from http://www.coloradoan.com/story/news/local/2014/06/20/crude-oil-spills-poudre-near-windsor/11161379/

Director Lepore, setback requirements that keep drilling and fracking operations away from residential areas inadvertently encourage operators to drill in unoccupied floodplains. At the same time, oil and gas operators prefer locations close to supplies of water for use in fracking. These twin factors result in a clustering of drilling and fracking operations in low-lying areas prone to catastrophic flooding.[412]

- 2004-2013 – In at least six of the last ten years (2004, 2005, 2006, 2009, 2011, and 2013), several counties targeted for shale gas drilling in New York State have experienced serious flooding. These include the counties of Albany, Broome, Cattaraugus, Chautauqua, Chenango, Delaware, Erie, Greene, Madison, Orange, Otsego, Schoharie, Sullivan and Ulster. In at least five of the past 10 years (2004, 2005, 2006, 2009 and 20011), floods have exceeded 100-year levels in at least some of the counties.[413, 414, 415, 416, 417, 418, 419]

- February 7, 2013 – In its 2012 annual report to investors, oil and natural gas drilling company Noble Energy stated, "Our operations are subject to hazards and risks inherent in the drilling, production and transportation of crude oil and natural gas, including … flooding which could affect our operations in low-lying areas such as the Marcellus Shale."[420]

- September 7, 2011 – The New York State Department of Environmental Conservation's (NYS DEC) draft shale gas drilling plan recommended that drilling be prohibited within 100-year floodplains but acknowledged that many areas in the Delaware and Susquehanna River basins that were affected by flooding in 2004 and 2006 were located

---

[412] Lepore, M. (2014, March). "Lessons Learned" in the front range flood of September 2013: a staff report to the commissioners of the Colorado Oil and Gas Conservation Commission. Retrieved from the Colorado Oil and Gas Conservation Commission website:
http://cogcc.state.co.us/Announcements/Hot_Topics/Flood2013/FinalStaffReportLessonsLearned20140314.pdf
[413] Brooks, L. T. (2005). *Flood of September 18-19, 2004 in the upper Delaware River basin, New York* (Rep.). Retrieved from United States Geological Survey website: http://ny.water.usgs.gov/pubs/of/of051166/
[414] Suro, T. P., & Firda, G. D. (2006). *Flood of April 2–3, 2005, Neversink River basin, New York* (Rep.). Retrieved from United States Geological Survey website: http://pubs.usgs.gov/of/2006/1319/
[415] Suro, T. P., Firda, G. D., & Szabo, C. O. (2009). *Flood of June 26–29, 2006, Mohawk, Delaware and Susquehanna River basins, New York* (Rep.). Retrieved from United States Geological Survey website: http://pubs.usgs.gov/of/2009/1063/pdf/ofr2009-1063.pdf
[416] Szabo, C. O., Coon, W. F., & Niziol, T. A. (2010). *Flash floods of August 10, 2009, in the villages of Gowanda and Silver Creek, New York* (Rep.). Retrieved from United States Geological Survey website: http://pubs.usgs.gov/sir/2010/5259/pdf/SIR%202010-5259.pdf
[417] Szabo, L. (2011, September 8). *Remnants of Tropical Storm Lee cause record flooding in the Susquehanna River basin* (Rep.). Retrieved from United States Geological Survey website: http://ny.water.usgs.gov/leeindex.html
[418] Giordano, S. (2013, January 29). Several eastern counties in central New York under water after heavy flooding. *Syracuse Post-Standard*. Retrieved from http://www.syracuse.com/news/index.ssf/2013/06/several_eastern_counties_in_ce.html
[419] New York State Department of Environmental Conservation. (2011). *Supplemental generic environmental impact statement on the oil, gas and solution mining regulatory program, well permit issuance for horizontal drilling and high-volume hydraulic fracturing to develop the Marcellus shale and other low-permeability gas reservoirs* (2-32, 33, Rep.).
[420] Noble Energy, Annual Report (Form 10-K) (Feb. 7, 2013) at 42.

outside of officially designated flood zones.[421] In 2004, 2005, 2006, 2009, and 2011, flooding in New York exceeded 100-year levels in at least some of the counties where drilling and fracking may occur.

- 1992 – In its Generic Environmental Impact Statement (GEIS) for oil and natural gas drilling, which was predicated on conventional drilling, the NYS DEC raised concerns that storage tanks holding drilling wastewater, spent hydraulic fracturing fluid, or other contaminants could be damaged by flooding and leak. At the time, the GEIS called for at least some of these tanks to be properly secured.[422] Shale gas extraction via horizontal fracking would require many more storage tanks for fracking fluids and wastewater than conventional drilling operations anticipated in 1992 when the agency estimated that oil and gas wells in the state would each require 20,000 to 80,000 gallons of fracking fluid.[423] As of 2011, the agency anticipated that high volume, horizontally fracked shale gas wells in New York State would each require 2.4 to 7.8 million gallons of fluid— roughly 100 times the 1992 estimate.[424]

## Threats to agriculture and soil quality

*Drilling and fracking take agricultural land out of production and pose risks to the agricultural sector. In California, fracking wastewater illegally injected into aquifers has threatened crucial irrigation supplies to farmers in a time of severe drought. The reuse of fracking wastewater for irrigation in California's San Joaquin Valley raises questions about contamination of food crops via bioabsorption through roots. Studies and case reports from across the country have highlighted instances of deaths, neurological disorders, aborted pregnancies, and stillbirths in cattle and goats associated with livestock coming into contact with wastewater. Potential water and air contamination put soil quality as well as livestock health at risk. Additionally, farmers have expressed concern that nearby fracking operations can hurt the perception of agricultural quality and nullify value-added organic certification.*

- May 2, 2015 – The *Los Angeles Times* reported that farmers in Kern County, California purchased over 21 million gallons of treated oil field wastewater to use for crop irrigation.

---

[421] New York State Department of Environmental Conservation. (2011). *Supplemental generic environmental impact statement on the oil, gas and solution mining regulatory program, well permit issuance for horizontal drilling and high-volume hydraulic fracturing to develop the Marcellus shale and other low-permeability gas reservoirs* (ES-22, 2-32, 33, Rep.).

[422] New York State Department of Environmental Conservation. (2011). *Supplemental generic environmental impact statement on the oil, gas and solution mining regulatory program, well permit issuance for horizontal drilling and high-volume hydraulic fracturing to develop the Marcellus shale and other low-permeability gas reservoirs* (8-42, 8-43, 9-35, Rep.).

[423] New York State Department of Environmental Conservation. (1992). *Generic environmental impact statement on the oil, gas and solution mining regulatory program* (Rep.). Retrieved from http://www.dec.ny.gov/docs/materials_minerals_pdf/dgeisv1ch8.pdf

[424] New York State Department of Environmental Conservation. (2011). *Supplemental generic environmental impact statement on the oil, gas and solution mining regulatory program, well permit issuance for horizontal drilling and high-volume hydraulic fracturing to develop the Marcellus shale and other low-permeability gas reservoirs* (ES-8, Rep.).

The article identified lingering questions about chemicals remaining after treatment and their potential impact both on the crops and those who consume them. Independent testing identified chemicals including acetone and methylene chloride, along with oil, in the treated irrigation water.[425] Acetone and methylene chloride are powerful industrial solvents that are highly toxic to humans, and samples of the wastewater contained concentrations of both that were higher than those seen at oil spill disaster sites. (Chevron's own report confirmed the presence of acetone, benzene, and xylene, though in lesser concentrations; Chevron did not appear to test for methylene chloride.[426]) Broader testing requirements involving chemicals covered under California's new fracking disclosure regulations went into effect June 15, 2015.[427]

- April 24, 2015 – Unconventional technologies in gas and oil extraction facilitated the drilling of an average of 50,000 new fractured wells per year in North America over the past 15 years. An interdisciplinary study published in *Science* demonstrated that the accumulating land degradation has resulted in continent-wide impacts, as measured by the reduced amount of carbon absorbed by plants and accumulated as biomass. This is a robust metric of essential ecosystem services, such as food production, biodiversity, and wildlife habitat, and its loss "is likely long-lasting and potentially permanent." The land area occupied by well pads, roads, and storage facilities built during this period is approximately three million hectares, roughly the land area of three Yellowstone National Parks. The authors concluded that new approaches to land use planning and policy are "necessary to achieve energy policies that minimize ecosystem service losses."[428]

- January 26, 2015 – Two Colorado scientists performed a detailed analysis of vegetative patterns – followed chronologically – over a selected group of well pads in Colorado managed by the U.S. Bureau of Land Management, including two undisturbed reference sites. They documented the disturbance of plant and soil systems linked to contemporary oil and gas well pad construction, and found that none of the oil and gas well pads included in the study returned to pre-drilling condition, even after 20 to 50 years. Full restoration may require decades of intensive effort.[429]

- October 14, 2014 – State documents obtained by the Center for Biological Diversity show that almost three billion gallons of fracking wastewater have been illegally dumped into central California aquifers that supply drinking water and farming irrigation. The California Water Board confirmed that several oil companies used at least nine of 11

[425] Cart, J. (2015, May 2). Central Valley's growing concern: Crops raised with oil field water. *Los Angeles Times*. Retrieved from http://www.latimes.com/local/california/la-me-drought-oil-water-20150503-story.html#page=1
[426] Amec Foster Wheeler Environment & Infrastructure, Inc. (2015, June 15). Technical report: Reclaimed water impoundments sampling, Cawelo Water District Ponds, Kern River Oil Field, Kern County, California, Prepared for Chevron U.S.A. Inc. Retrieved from https://drive.google.com/file/d/0B1ccgD60cwq7dWE5Y0c2ZDh5WnM/view
[427] Ross, D. (2015, June 19). Has our food been contaminated by Chevron's wastewater? *Truthout*. Retrieved from http://www.truth-out.org/news/item/31470-has-our-food-been-contaminated-by-chevron-s-wastewater
[428] Allred, B. W., Kolby Smith, W., Tridwell, D., Haggerty, J. H., Running, S. W., Naugle, D. E., & Fuhlendorf, S. D. (2015). Ecosystem services lost to oil and gas in North America. *Science, 348* (6233), 401-402.
[429] Minnick, T. J. & Alward, R. D. (2015). Plant–soil feedbacks and the partial recovery of soil spatial patterns on abandoned well pads in a sagebrush shrubland. *Ecological Applications 25*(1), 3-10.

104

injection wells that connect with high-quality water sources for disposal of fracking wastewater, which included high levels of arsenic, thallium, and nitrates. The California Division of Oil, Gas and Geothermal Resources has shut down 11 oil field injection wells and is scrutinizing almost 100 others for posing a "danger to life, health, property, and natural resources." At least one farming company has sued oil producers in part for contaminating groundwater that farms use for irrigation.[430]

- September 6, 2014 – *Al Jazeera America* examined the challenges that North Dakota farmers are facing in light of wastewater spills from oil and gas development. Notably, in heavily drilled Bottineau County, some levels of chloride, from sites where an estimated 16,800 to 25,200 gallons of wastewater had seeped into the ground, were so high that they exceeded the levels measurable with the North Dakota Department of Health's test strips. State records, testimonies from oil workers and various residents, and the decades-long failure of contaminated fields to produce crops indicate that wastewater spills are a significant hazard in the current fracking boom.[431]

- August 6, 2014 – The Pennsylvania Department of Environmental Protection found that leaks of fracking wastewater from three impoundments contaminated soil and groundwater. The findings prompted the state to issue a violation and increase monitoring and testing.[432]

- August 5, 2014 – Michelle Bamberger, a veterinarian and researcher, and Robert Oswald, a professor of molecular medicine at Cornell University, published a book that describes their research into the impacts of drilling and fracking on agriculture and animal health. They detail results of 24 case studies from six gas drilling states, including follow-up on cases they previously published in the peer-reviewed literature, raising numerous concerns about the effects of drilling and fracking on agriculture and the health of animals.[433]

- August 1, 2014 – At least 19,000 gallons of hydrochloric acid spilled during completion of a fracking well on an alfalfa farm in Kingfisher County, Oklahoma. The Oklahoma Corporation Commission reported concerns about rain pushing chemical runoff into a nearby creek that flows into the town of Hennessey's water system. The responsible company, Blake Production, planned to pay for the alfalfa crop for six years. The

---

[430] Dechert, S. (2014, October 14). Fracking wastewater spoils California drinking, farm supplies. *Clean Technica*. Retrieved from http://cleantechnica.com/2014/10/14/fracking-wastewater-spoils-california-drinking-farm-supplies/
[431] Gottesdiener, L. (2014, September 6). In shadow of oil boom, North Dakota farmers fight contamination. *Al Jazeera America*. Retrieved from http://america.aljazeera.com/articles/2014/9/6/north-dakota-wastewaterlegacy.html
[432] Hopey, D. (2014, August 6). State: Fracking waste tainted groundwater, soil at three Washington County sites. *Pittsburgh Post-Gazette*. Retrieved from http://www.post-gazette.com/local/washington/2014/08/06/Pa-finds-tainted-water-soil-at-three-Washington-County-shale-sites/stories/201408050198
[433] Bamberger, M. & Oswald, R. (2014). The real cost of fracking: How America's shale gas boom is threatening our families, pets, and food. Boston: Beacon Press.

landowner and a neighbor were pursuing litigation.[434]

- May 4, 2014 – In an analysis of state data from Colorado, the *Denver Post* reported that fracking related to oil and gas drilling is putting soil quality and farmlands at risk due to significant amounts of toxic fluids penetrating the soil. According to report, 578 spills were reported in 2013, which means that, on average in the state, a gallon of toxic liquid penetrates the ground every eight minutes. Colorado State University soil scientist Eugene Kelly, said that the overall impact of the oil and gas boom "is like a death sentence for soil."[435]

- November 28, 2012 – In conjunction with the Food & Environment Reporting Network, *The Nation* reported that serious risks to agriculture caused by fracking are increasing across the country and linked these concerns to risks to human health.[436]

- January 2012 – A study of gas drilling's impacts on human and animal health concluded that the drilling process may lead to health problems. The study reported and analyzed a number of case studies, including dead and sick animals in several states that had been exposed to drilling or hydraulic fracturing fluids, wastewater, or contaminated ground or surface water.[437] The researchers cited 24 cases in six states where animals and their owners were potentially affected by gas drilling. In one case, a farmer separated 96 head of cattle into three areas, one along a creek where fracking wastewater was allegedly dumped and the remainder in fields without access to the contaminated creek; the farmer found that, of the 60 head exposed to the creek, 21 died and 16 failed to produce, whereas the unexposed cattle experienced no unusual health problems. In another case, a farmer reported that of 140 head of cattle that were exposed to fracking wastewater, about 70 died, and there was a high incidence of stillborn and stunted calves in the remaining cattle.[438]

- January 2011 – U.S. Forest Service researchers reported dramatic negative effects on vegetation caused by the drilling and fracking of a natural gas well in an experimental forest in northeastern West Virginia.[439] In June 2008, the researchers found browning of foliage near the well pad, a lack of ground foliage, and that many trees nearby had

---

[434] Passoth, K. (2014, August 1). Major oil field spill in Kingfisher Co. *KOCO.com Oklahoma City.* Retrieved from http://www.koco.com/news/major-oil-field-spill-in-kingfisher-county/27236612

[435] Finley, B. (2014, May 4). Colorado faces oil boom "death sentence" for soil, eyes microbe fix. *The Denver Post.* Retrieved from http://www.denverpost.com/environment/ci_25692049/colorado-faces-oil-boom-death-sentence-soil-eyes

[436] Royte, E. (2012, November 28). Fracking our food supply. *The Nation.* Retrieved from http://www.thenation.com/article/171504/fracking-our-food-supply

[437] Bamberger, M., & Oswald, R. E. (2012). Impacts of gas drilling on human and animal health. *NEW SOLUTIONS: A Journal of Environmental and Occupational Health Policy, 22*(1), 51-77. doi: 10.2190/NS.22.1.e

[438] Ramanujan, K. (2012, March 7). Study suggests hydrofracking is killing farm animals, pets. *Cornell Chronicle.* Retrieved from http://www.news.cornell.edu/stories/2012/03/reproductive-problems-death-animals-exposed-fracking

[439] Adams, M., Edwards, P. J., Ford, W. M., Johnson, J. B., Schuler, T. M., Thomas-Van Gundy, M., & Wood, F. (2011, January). *Effects of development of a natural gas well and associated pipeline on the natural and scientific resources of the Fernow experimental forest* (Rep.). Retrieved from United States Department of Agriculture website: http://www.fs.fed.us/nrs/pubs/gtr/gtr_nrs76.pdf. (1-4, Rep.).

dropped their foliage. They attributed these impacts to the loss of control of the wellbore on May 29, 2008, which caused an aerial release of materials from the well. Trees showed no apparent symptoms the following summer.[440] However, the researchers also found "dramatic impacts on vegetation" where drilling and fracking wastewater had been sprayed on the land as a disposal technique following completion of the well. Just after the spraying of approximately 60,000 gallons of wastewater at the first disposal site, the Forest Service researchers found 115 damaged trees and other evidence of harm. This figure grew to 147 trees almost a year later.[441] At a second site, where about 20,000 gallons of wastewater was sprayed, the damage was less dramatic, yet the researchers still found "considerable leaf browning and mortality of young northern red oak seedlings."[442] The researchers concluded that the spraying of the drilling fluids resulted in an "extreme" dose of chlorides to the forest.[443]

- May 2010 – Pennsylvania's Department of Agriculture quarantined 28 cows in Tioga County after the animals wandered through a spill of drilling wastewater and may have ingested some of it. The Department was concerned that beef eventually produced from the cows could be contaminated as a result of any exposure. In May 2011, only ten yearlings were still quarantined, but the farmer who owned the cows, Carol Johnson, told National Public Radio that of 17 calves born to the quarantined cows in the spring of 2011, only six survived, and many of the calves that were lost were stillborn. "They were born dead or extremely weak. It's highly unusual," she said, continuing, "I might lose one or two calves a year, but I don't lose eight out of eleven."[444]

- March 2010 – A Pennsylvania State Extension analysis of dairy farms in the state found a decline in the number of dairy cows in areas of the state where fracking was prevalent. Pennsylvania counties that had both more than 10,000 dairy cows and more than 150 Marcellus Shale wells experienced a 16-percent decline in dairy cows between 2007 and 2010.[445]

---

[440] Adams, M., Edwards, P. J., Ford, W. M., Johnson, J. B., Schuler, T. M., Thomas-Van Gundy, M., & Wood, F. (2011, January). *Effects of development of a natural gas well and associated pipeline on the natural and scientific resources of the Fernow experimental forest* (Rep.). Retrieved from United States Department of Agriculture website: http://www.fs.fed.us/nrs/pubs/gtr/gtr_nrs76.pdf. (10-11, Rep.).

[441] Adams, M., Edwards, P. J., Ford, W. M., Johnson, J. B., Schuler, T. M., Thomas-Van Gundy, M., & Wood, F. (2011, January). *Effects of development of a natural gas well and associated pipeline on the natural and scientific resources of the Fernow experimental forest* (Rep.). Retrieved from United States Department of Agriculture website: http://www.fs.fed.us/nrs/pubs/gtr/gtr_nrs76.pdf. (11-15, Rep.)

[442] Adams, M., Edwards, P. J., Ford, W. M., Johnson, J. B., Schuler, T. M., Thomas-Van Gundy, M., & Wood, F. (2011, January). *Effects of development of a natural gas well and associated pipeline on the natural and scientific resources of the Fernow experimental forest* (Rep.). Retrieved from United States Department of Agriculture website: http://www.fs.fed.us/nrs/pubs/gtr/gtr_nrs76.pdf. (15, Rep.).

[443] Adams, M., Edwards, P. J., Ford, W. M., Johnson, J. B., Schuler, T. M., Thomas-Van Gundy, M., & Wood, F. (2011, January). *Effects of development of a natural gas well and associated pipeline on the natural and scientific resources of the Fernow experimental forest* (Rep.). Retrieved from United States Department of Agriculture website: http://www.fs.fed.us/nrs/pubs/gtr/gtr_nrs76.pdf. (17, Rep.).

[444] Phillips, S. (2011, September 27). Burning questions: Quarantined cows give birth to dead calves. *StateImpact*. Retrieved from http://stateimpact.npr.org/pennsylvania/2011/09/27/burning-questions-quarantined-cows-give-birth-to-dead-calves/

[445] Penn State Extension. (2010, March). *Pennsylvania dairy farms and Marcellus shale, 2007–2010* (Rep.). Retrieved from

- April 28, 2009 – Seventeen cows in Caddo Parish, Louisiana died within one hour after apparently ingesting hydraulic fracturing fluids spilled at a well that was being fractured. "It seemed obvious the cattle had died acutely from an ingested toxin that had drained from the 'fracking' operation going on at the property," Mike Barrington, a state veterinarian said in a document obtained from the state Department of Environmental Quality by *The Times-Picayune*.[446, 447]

- August 1977 – A paper in the *Journal of Arboriculture* describes how natural gas leaks in soil can damage plants and crops. The paper notes that vegetation dies in the vicinity of natural gas leaks. Due to the oxidation of methane by methane-consuming bacteria, gas leaks drive down the oxygen concentration to extremely low levels and cause carbon dioxide concentration to rise. The resulting low oxygen concentration is the greatest contributing factor in the death of trees and other vegetation near natural gas leaks.[448]

## Threats to the climate system

*A range of studies has shown high levels of methane leaks from gas drilling, fracking, storage, and transportation, undermining the notion that natural gas is a climate solution or a transition fuel. Major studies have concluded that early work by the U.S. Environmental Protection Agency (EPA) greatly underestimated the impacts of methane and natural gas drilling on the climate. Drilling, fracking, and expanded use of natural gas threaten not only to exacerbate climate change but also to stifle investments in, and expansion of, renewable energy. Further, the widely touted claim that the U.S. fracking boom is helping to drive recent declines in carbon dioxide emissions in the United States has been upended by new research showing that almost all of the emission reductions between 2007 and 2009 were the result of economic recession rather than coal-to-gas fuel switching, as was previously presumed.*

- July 21, 2015 – An international team of researchers investigated the claim that the fracking boom, which has dramatically increased supplies of natural gas in the United States, is the main driver of the modest decline in carbon dioxide emissions since 2007. Conventional wisdom, as expressed by the Third National Climate Assessment of the U.S. Global Change Research Program, attributes the drop in emissions to a shift away from carbon dioxide-intensive coal and toward natural gas in power plants. But this team analyzed the sources of change in carbon dioxide emissions and, using a tool called input-output structural decomposition analysis, documented that the economic downturn, not fuel switching in the power sector, was the explanation for declining carbon dioxide

http://cce.cornell.edu/EnergyClimateChange/NaturalGasDev/Documents/PA%20Dairy%20Farms%20and%20Marc
ellus%202007%20to%202010.pdf
[446] Schleifstein, M. (2011, March 27). Haynesville natural gas field is the most productive in the U.S. *The Times-Picayune*. Retrieved from http://www.nola.com/politics/index.ssf/2011/03/haynesville_natural_gas_field.html
[447] KSLA. (2009, April 28). Cows in Caddo Parish fall dead near gas well. *KSLA News*. Retrieved from http://www.ksla.com/Global/story.asp?S=10268585
[448] Davis, S.H., Jr. (1977). The effect of natural gas on trees and other vegetation. *Journal of Arboriculture 3*(8),153-154.

emissions since 2007. The single biggest impact on U.S. emissions was changes in the volume of goods and services consumed. Between 2007 and 2013, driven by a huge drop in the volume of capital investment, emissions associated with capital formation decreased by almost 25 percent. During the same period, emissions related to household consumption decreased by 11 percent.[449]

- July 7, 2015 – A scientific opinion piece by Environmental Defense Fund researchers involved in a group of 11 studies on methane emissions in Texas' Barnett Shale provided an overview and orientation to new research that either measured or estimated methane emissions from oil and gas operations. Research from both top-down estimates (based on measuring atmospheric methane or related compounds at regional or larger scales) and bottom-up measurements (made directly from components or at ground level near studied sites) demonstrated that methane emissions from oil and gas operations in the Barnett Shale region exceeded the emissions expected from the EPA's greenhouse gas inventory, which relies on industry self-reporting and excludes many compressor stations. The new research detailed the importance of addressing high-emitting landfills and natural gas facilities ("super-emitters") and malfunctioning equipment in efforts to control ongoing methane emissions.[450]

- May 28, 2015 – A comprehensive working paper from the New Climate Economy initiative of the Global Commission on the Economy and Climate at Stockholm Environment Institute found that the experience in the United States of substituting natural gas for oil was unlikely to be replicated around the globe and probably will not provide climate benefits unless coupled with strict controls on methane leakage, limits on total energy use, and policies to prevent the displacement of non-fossil fuel energy by methane. Citing multiple studies of the net climate impact of "more abundant, cheaper natural gas supplies," the Commission concluded that "both globally and for the United States, the increase in emissions from the scale effect [from increased energy consumption boosted by cheap natural gas and loss of potentially more expensive lower carbon approaches] fully offsets the emission benefits from the substitution effect, net of methane leakage."[451, 452]

- March 24, 2015 – A University of Cincinnati researcher and independent engineers documented that the Bacharach Hi-Flow Sampler (BHFS)—one of the only tools approved by the EPA for measuring and reporting emissions of methane from natural gas

---

[449] Feng, K., Davis, S. J., Sun, L., & Hubacek, K. (2015). Drivers of the US $CO_2$ emissions 1997-2013. *Nature Communications, 6*. doi: 10.1038/ncomms8714

[450] Harriss, R., Alvarez, R.A., Lyon, D., Zavala-Araiza, D., Nelson, D. & Hamburg, S.P. (2015). Using multi-scale measurements to improve methane emission estimates from oil and gas operations in the Barnett Shale Region, Texas. *Environmental Science & Technology, 49*, 7524-7526. doi: 10.1021/acs.est.5b02305

[451] Lazarus, M., Tempest, K., Klevnäs, P., & Korsbakken, J. I. (2015) Natural gas: Guardrails for a potential climate bridge. Stockholm Environment Institute. Retrieved from http://www.sei-international.org/mediamanager/documents/Publications/Climate/NCE-SEI-2015-Natural-gas-guardrails-climate-bridge.pdf

[452] Evans, S. (2015, June 2). The climate benefits of a gas bridge are unlikely to be significant. *Climate Spectator*. Retrieved from http://www.businessspectator.com.au/article/2015/6/2/policy-politics/climate-benefits-gas-bridge-are-unlikely-be-significant

transmission, storage, and processing facilities—failed to function properly when used as indicated by the manufacturer. The BHFS, unless recalibrated daily and running revised software (or taking measurements in a nearly pure methane environment, which is exceedingly rare in the field), misreported high levels of natural gas by as much as an order of magnitude lower than actual concentration. A reanalysis of 2011 results from the City of Fort Worth Air Quality Study revealed at least seven instances for which the BHFS indicated sample concentrations at or below 5 percent when more reliable canister methane readings indicated concentrations that ranged from 6.1 percent to 90.4 percent. Inaccurate measurements like these can contribute to the discrepancy between "top-down" and "bottom-up" measurements of methane, with ground-level measurements from the BHFS potentially producing reports of falsely low emissions.[453] As we were going to press, this study was followed by another that further documented malfunctions in the BHFS device and called into question the results of a landmark 2013 survey of methane emissions at 190 drilling and fracking sites across the United States. That 2013 survey, from the University of Texas, relied on the BHFS device for collecting data and found very low leakage rates.[454, 455]

- March 9, 2015 – With specialized equipment in a mobile van, University of Colorado, the National Oceanic and Atmospheric Administration (NOAA), Environmental Defense Fund, and independent researchers continuously measured methane and ethane from public roads at sites downwind of potential emission sources, such as natural gas production wellheads, processing plants, and compressor stations. The sampling method and modeling allowed capture of multiple "accidental" plumes, acquired during long drives across the study region between planned measurements near large facilities. Sampling was not random but documented a large number of facilities with low methane emission rates (equal to or less than 10 kg/hr), with a smaller yet important number of facilities showing much higher emissions. Although the largest measured emission in this study (1,360 kg/hr) corresponded to approximately $1.2 million in lost revenue per year, the authors noted that, in this industry, the "leak fraction" or "proportional loss" levels they documented would generally translate into only a small proportion of lost revenue, probably not sufficient to prompt strong energy-sector self-regulation.[456]

- March 1, 2015 – Using a simulation model, the Federal Ministry for the Environment, Nature Conservation, Building and Nuclear Safety, writing for Germany's Federal Environmental Agency, found that shale gas was not a cheap option to reduce global

[453] Howard, T., Ferrara, T., & Townsend-Small, A. (2015). Sensor transition failure in the high flow sampler: Implications for methane emission inventories of natural gas infrastructure. *Journal of the Air & Waste Management Association, 65*(7), 856-862.

[454] Howard, T. (2015). University of Texas study underestimates national methane emissions at natural gas production sites due to instrument sensor failure. *Energy Science & Engineering.* Advance online publication. doi: 10.1002/ese3.81

[455] Allen, D. T., Torres, V. M., Thomas, J., Sullivan, D.W., Harrison, M., Hendler, A., . . . Seinfeld, J. H. (2013). Measurements of methane emissions at natural gas production sites in the United States. *Proceedings of the National Academy of Sciences,* 110,17768–17773. doi: 10.1073/pnas.1304880110

[456] Yacovitch, T. I., Herndon, S. C., Pétron, G., Kofler, J., Lyon, D., Zahniser, M. S., & Kolb, C. E. (2015). Mobile laboratory observations of methane emissions in the Barnett Shale Region. *Environmental Science & Technology, 49,* 7889−7895. doi: 10.1021/es506352j

greenhouse gas emissions. Multiple comparison simulations found that shale gas availability, especially in the short-term, tends to lead to higher emissions due to lower energy prices inducing higher use. The net result is higher costs to achieve compliance with climate targets. In this model, shale gas was also found to compete in an unhelpful way with renewable energy sources, resulting in reduced use of renewable energy sources and reduced investment in energy efficiency measures.[457]

- January 8, 2015 – Using a single integrated modeling program that incorporates detailed estimates of the world's reserves of oil, gas, and coal and is consistent with a wide variety of prior modeling approaches, University College London researchers demonstrated that, around the world, "a third of oil reserves, half of gas reserves and over 80 per cent of current coal reserves should remain unused from 2010 to 2050" in order to meet a target of less than or equal to a 2 degree Celsius rise in global temperature. In addition, "development of resources in the Arctic and any increase in unconventional oil production are incommensurate with efforts to limit average global warming" below the 2 degree threshold. Calling for a "stark transformation" of our understanding of fossil fuel availability, the authors noted that, in a climate-constrained world, fears of scarcity of fossil fuels must be superseded by a commitment to preventing overuse of existing resources and reserves.[458]

- November 26, 2014 – Stanford University and independent researchers compared coal and natural gas for power generation and concluded that the question of "whether natural gas plants are better than coal plants cannot be answered in the general case." During the period of plant operation, "natural gas plants can produce greater near-term warming than coal plants, with the same power output." They found that over time, natural gas plants can produce some reduction in near-term warming, but only if life cycle methane leakage rates are low and power plant efficiency is high. Relative to coal, there is the potential that "deployment of natural gas power plants could both produce excess near-term warming (if methane leakage rates are high) and produce excess long-term warming (if the deployment of natural gas plants today delays the transition to near-zero emission technologies)."[459]

- October 23, 2014 – Adding to the debate about natural gas and climate change, a multi-center, international research team used a sophisticated, integrated approach to the global energy-economy-climate systems question and found no climate benefit to natural gas over other fossil fuels. As summarized by the editor of *Nature*,

[457] Kersting, J., Duscha, V., Schleich, J., & Keramidas, K. (2015). The impact of shale gas on the costs of climate policy. Environmental Research of the Federal Ministry for the Environment, Nature Conservation, Building and Nuclear Safety. Retrieved from https://www.umweltbundesamt.de/sites/default/files/medien/378/publikationen/climate_change_03_2015_the_impact_of_shale_gas_1.pdf

[458] McGlade, C. & Ekins, P. (2015). The geographical distribution of fossil fuels unused when limiting global warming to 2°C. *Nature, 517,* 187-190.

[459] Zhang, X., Myhrvold, N. P., & Calideira, K. (2014). Key factors for assessing climate benefits of natural gas versus coal electricity generation. *Environmental Research Letters, 9.* doi: 10.1088/1748-9326/9/11/114022

The development of hydraulic fracturing technologies has led to rapid growth in the use of natural gas as an energy source. Some evidence has suggested that this growing adoption of natural gas might lead to a reduced greenhouse gas burden and consequent mitigation of climate change. This collaboration between five energy–climate modelling teams show that instead—under a scenario of abundant natural gas availability—increased consumption will have little or no impact on climate change." The authors concluded, "although market penetration of globally abundant gas may substantially change the future energy system, it is not necessarily an effective substitute for climate change mitigation policy.[460]

- October 6, 2014 – Utilizing satellite data for the Bakken and Eagle Ford formations, scientists from Germany, the United Kingdom, and the University of Maryland confirmed that higher "top-down" estimates of fugitive methane leaks from oil and gas fields (which are obtained via tall tower flask samples, aircraft measurements, and road surveys) are more accurate than lower "bottom-up" estimates (which are obtained by summing emissions from different types of known sources at sites provided by participating utility companies). According to "bottom-up" estimates, the average U.S. leakage rate ranges from 1.2 – 2.0 percent. But satellite data show much higher leakage rates: 10.1 percent (± 7.3 percent) and 9.1 percent (± 6.2 percent), for the Bakken and Eagle Ford formations, respectively. These higher estimates indicate that current inventories likely underestimate fugitive emissions and call into question any immediate climate benefit from switching from coal to natural gas. Similar results were seen for the Marcellus shale region, but as a result of technical and geographical limitations, the authors declined to quantify their results, pending future studies with enhanced equipment.[461]

- September 24, 2014 – According to a paper published by scientists from the University of California and Stanford University, "… without strong limits on [greenhouse gas] emissions or policies that explicitly encourage renewable electricity, abundant natural gas may actually slow the process of decarbonization, primarily by delaying deployment of renewable energy technologies." The study builds on previous research by examining natural gas in a range of supply curves, with a tested economic model, and across three different types and levels of climate policy. Researchers found that abundant natural gas, even with low rates of methane leakage, does little to reduce—and may increase—greenhouse gases. They conclude that delaying deployment of renewable energy technologies "may actually exacerbate the climate change problem in the long term."[462]

- September 2, 2014 – Analyzing the level of greenhouse gas emissions attributable to electricity from natural-gas-fired power plants and coal-fired power plants, economist

[460] McJeon, H., Edmonds, J., Bauer, N., Clarke, L., Fisher, B., Flannery, B., , … Tavoni, M. (2013). Limited impact on decadal-scale climate change from increased use of natural gas. *Nature, 514*, 482–485. doi: 10.1038/nature13837
[461] Schneising, O., Burrows, J. P., Dickerson, R. R., Buchwitz, M., Reuter, M., & Bovensmann, H. (2014). Remote sensing of fugitive methane emissions from oil and gas production in North American tight geologic formations. *Earth's Future 2*(10), 548–558. doi: 10.1002/2014EF000265
[462] Shearer, C., Bistline, J., Inman, M., & Davis, S. J. (2014). The effect of natural gas supply on US renewable energy and CO2 emissions. *Environmental Research Letters, 9.* doi: 10.1088/1748-9326/9/9/094008

112

Chris Busch and physicist Eric Gimon conclude that, over short time frames and at high rates of leakage, natural gas offers little benefit compared to coal and could exacerbate global warming. Although Busch and Gimon acknowledge that natural gas offers some reductions in greenhouse gas emissions over longer time frames, they point out that such reductions are not large enough for natural gas to play an expanded role in efforts to manage emissions. They conclude that under the best of circumstances, natural gas-fired electric power offers a modest benefit toward abating climate change, while if poorly developed (i.e., with extensive methane leaks, estimated by these authors to be on the order of 4 percent or higher), or if used to displace energy efficiency or renewable energy, natural gas could seriously contribute to increased greenhouse gas emissions.[463]

- August 5, 2014 – Reporting in *Scientific American,* the science news organization Climate Central outlined the natural gas-related factors that threaten any ability to achieve climate goals through President Obama's proposed Clean Power Plan. "No one has any idea how much methane is leaking from our sprawling and growing natural gas system. This is a major problem, because without a precise understanding of the leak rate natural gas could actually make climate change worse." Referring to an interactive Climate Central tool that runs various methane leakage scenarios, the article notes that, even given modest leak rates and an aggressive transition, "we could still end up with little or no climate benefits by 2030 after an enormous financial and political investment in natural gas."[464]

- July 25, 2014 – EPA's Office of Inspector General reports that the agency "has placed little focus and attention on reducing methane emissions from pipelines in the natural gas distribution sector." According to this report, the EPA acknowledged in 2012 that leaks from natural gas pipelines "accounted for more than 13 million metric tons of carbon dioxide equivalent emissions," are almost 100 percent methane, and represent more than 10 percent of total methane emissions from natural gas systems in the United States. Nevertheless, as report went on to note, the EPA does not have the partnerships in place to begin controlling methane leaks, such as with the Pipeline and Hazardous Materials Safety Administration, nor has it conducted a comprehensive analysis of emissions factors, relying instead on a 1996 study with a "high level of uncertainty."[465]

- May 15, 2014 – A recent review of existing data on life cycle emissions of methane from natural gas systems concluded that, as a strategy for addressing climate change, natural gas is a "bridge to nowhere." The review found that, over a 20-year time frame, natural gas is as bad as or worse than coal and oil as a driver of climate change.[466] Referencing this review and other recent studies, *Bloomberg Business News* reported that the EPA has

---

[463] Busch, C. & Gimon, E. (2014). Natural gas versus coal: Is natural gas better for the climate. *The Electricity Journal, 27*(7), 97-111.
[464] Climate Central. (2014, August 5). Methane leak rate proves key to climate change goals. *Scientific American.* Retrieved from http://www.scientificamerican.com/article/methane-leak-rate-proves-key-to-climate-change-goals/
[465] U.S. Environmental Protection Agency Office of Inspector General. (2014, July 25). Improvements needed in EPA efforts to address methane emissions from natural gas distribution pipelines. Report No. 14-P-0324. Retrieved from http://www.epa.gov/oig/reports/2014/20140725-14-P-0324.pdf
[466] Howarth, R. W. (2014). A bridge to nowhere: Methane emissions and the greenhouse gas footprint of natural gas [Abstract]. *Energy Science & Engineering.* doi: 10.1002/ese3.35

underestimated the impact of methane leakage resulting from the production, transmission, and distribution of natural gas and is using outdated estimates of methane's potency compared to more recent estimates from the Intergovernmental Panel on Climate Change (IPCC).[467]

- April 25, 2014 – A reassessment of the heat-trapping potential of greenhouse gases revealed that current methods of accounting underestimate the climate-damaging impact of methane pollution from all sources, including drilling and fracking operations.[468]

- April 14, 2014 – A study from researchers at Purdue University, NOAA, Cornell University, University of Colorado at Boulder, and Pennsylvania State University, published in *Proceedings of the National Academy of Sciences* found very high levels of methane emissions above many wells being drilled at fracking sites in Pennsylvania. Levels were 100 to 1,000 times above the estimates of federal regulators, who have always assumed very low methane emissions as wells are drilled.[469, 470]

- February 26, 2014 – The United Nations' top environmental official, Achim Steiner, argued that the shale gas rush is "a liability" in efforts to slow climate change and that a switch from coal to natural gas is delaying critical energy transition to renewables.[471]

- February 13, 2014 – A major study in *Science* by Stanford University, Massachusetts Institute of Technology, and the U.S. Department of Energy found that methane leaks negate any climate benefits of natural gas as a fuel for vehicles, and that the EPA is significantly underestimating methane in the atmosphere.[472] Lead author Adam R. Brandt told the *New York Times*, "Switching from diesel to natural gas, that's not a good policy from a climate perspective."[473] This study also concluded that the national methane leakage rate is likely between 3.6 and 7.2 percent of production.

---

[467] Childers, A. (2014, May 9). EPA underestimates fracking's impact on climate change. *Bloomberg*. Retrieved from http://www.bloomberg.com/news/2014-05-09/epa-underestimates-fracking-s-impact-on-climate-change.html

[468] Edwards, M. R. & Trancik, J. E. (2014). Climate impacts of energy technologies depend on emissions timing. *Nature Climate Change 4*, 348-352. doi: 10.1038/NCLIMATE2204

[469] Caulton, D. R., Shepson, P. B., Santoro, R. L., Sparks, J. P., Howarth, R. W., Ingraffea, A. R., . . . Miller, B. R. (2014). Toward a better understanding and quantification of methane emissions from shale gas development. *Proceedings of the National Academy of Sciences of the United States of America*. doi: 10.1073/pnas.1316546111

[470] Banjeree, N. (2014, April 14). EPA drastically underestimates methane released at drilling sites. *Los Angeles Times*. Retrieved from http://www.latimes.com/science/sciencenow/la-sci-sn-methane-emissions-natural-gas-fracking-20140414,0,2417418.story

[471] Goldenberg, S. (2014, February 26). Achim Steiner: Shale gas rush "a liability" in efforts slow climate change. *The Guardian*. Retrieved from http://www.theguardian.com/environment/2014/feb/26/achim-steiner-shale-gas-rush-climate-change-energy

[472] Brandt, A. R., Heath, G. A., Kort, E. A., O'Sullivan, F., Petron, G., Jordaan, S. M., . . . Harriss, R. (2014). Methane leaks from North American natural gas systems. *Energy and Environment, 343*(6172), 733-735. doi: 10.1126/science.1247045

[473] Davenport, C. (2014, February 13). Study finds methane leaks negate benefits of natural gas as a fuel for vehicles. *The New York Times*. Retrieved from http://www.nytimes.com/2014/02/14/us/study-finds-methane-leaks-negate-climate-benefits-of-natural-gas.html?smid=tw-share

- January 15, 2014 – As reported by the *Guardian*, a new study by BP concluded that shale gas "…will not cause a decline in greenhouse gases" and will do little to cut carbon emissions.[474]

- December 30, 2013 – An analysis of fracking-related truck transportation in the Susquehanna River Basin in Pennsylvania found that greenhouse gas emissions from frack water and waste hauling operations were 70–157 metric tons of $CO_2$ equivalent per gas well.[475]

- November 11, 2013 – In a letter to California Governor Jerry Brown, twenty of the nation's top climate scientists warned that pro-fracking policies will worsen climate disruption and harm California's efforts to be a leader in reducing greenhouse gas emissions. The letter called on Governor Brown to place a moratorium on fracking.[476] On November 21, 2013, a group of Governor Brown's former policy and campaign advisors made a similar request in light of concerns about the effects of fracking on climate change and water pollution.[477]

- October 18, 2013 – A team of researchers from multiple institutions including Harvard, the University of Michigan, and NOAA reported that methane emissions due to drilling activities in the south-central U.S. may be almost five times greater than reported by the world's most comprehensive methane inventory. "These results cast doubt on the US EPA's recent decision to downscale its estimate of national natural gas emissions by 25-30 percent," the authors wrote.[478] As the *New York Times* reported, "The analysis also said that methane discharges in Texas and Oklahoma, where oil and gas production was concentrated at the time, were 2.7 times greater than conventional estimates. Emissions from oil and gas activity alone could be five times greater than the prevailing estimate."[479]

- October 18, 2013 – A major study spearheaded by Stanford University's Energy Modeling Forum concluded that fracking and the shale gas revolution will have no long-

[474] Harvey, F., & Macalister, T. (2014, January 16). BP study predicts greenhouse emissions will rise by almost a third in 20 years. *The Guardian*. Retrieved from http://www.theguardian.com/business/2014/jan/15/bp-predicts-greenhouse-emissions-rise-third?CMP=twt_gu
[475] Gilmore, K. R., Hupp, R. L., & Glathar, J. (2014). Transport of Hydraulic Fracturing Water and Wastes in the Susquehanna River Basin, Pennsylvania. *Journal of Environmental Engineering, 140*. doi: 10.1061/(ASCE)EE.1943-7870.0000810
[476] Rogers, P. (2013, November 12). Top climate scientists call for fracking ban in letter to Gov. Jerry Brown. *San Jose Mercury News*. Retrieved from http://www.mercurynews.com/ci_24509392/top-climate-scientists-call-fracking-ban-letter-gov
[477] McNary, S. (2013, November 21). Former advisors to Gov. Brown request fracking ban. *Southern California Public Radio*. Retrieved from http://www.scpr.org/blogs/politics/2013/11/21/15248/former-advisors-to-gov-brown-request-fracking-ban/
[478] Miller, S. M., Wofsy, S. C., Michalak, A. M., Kort, E. A., Andrews, A. E., Biraud, S. C., . . . Sweeney, C. (2013). Anthropogenic emissions of methane in the United States. *Proceedings of the National Academy of Sciences, 110*(50), 20018-20022. doi: 10.1073/pnas.1314392110
[479] Wines, M. (2013, November 25). Emissions of methane in U.S. exceed estimates, study finds. *The New York Times*. Retrieved from http://www.nytimes.com/2013/11/26/us/emissions-of-methane-in-us-exceed-estimates-study-finds.html?_r=0

term climate benefit. The study brought together a working group of about 50 experts and advisors from companies, government agencies, and universities, and modeling teams from 14 organizations. The study also found that build-out of infrastructure for fracking and natural gas will discourage efforts to conserve energy and boost efficiency. The study did not examine methane leaks in order to weigh in on the short-term climate impacts of natural gas.[480]

- October 11, 2013 – As reported in the *Guardian*, key climate scientists argued that the growth in fracking across the United States is hurting the United States' credibility on climate change.[481]

- October 2, 2013 – Updated measurements from the IPCC determined that methane is even worse for the climate than previously thought. The IPCC determined that methane is 34 times more potent as a greenhouse gas in the atmosphere than CO2 over a 100-year timeframe, and 86 times more potent over a 20-year timeframe.[482]

- September 27, 2013 – The IPCC formally embraced an upper limit on greenhouse gases for the first time, warning that the world will exceed those levels and face irreversible climatic changes in a matter of decades unless steps are taken soon to reduce emissions. The IPCC reported that humanity faces a "carbon budget"—a limit on the amount of greenhouse gases that can be produced by industrial activity before irreversible, damaging consequences—of burning about a trillion metric tons of carbon. The world is on track to hit that by around 2040 at the current rate of energy consumption.[483]

- August 12, 2013 – A *New Scientist* review of the science on fracking and global warming concluded that fracking could accelerate climate change rather than slow it.[484]

- May 28, 2013 – A research team led by Jeff Peischl, an associate scientist at NOAA and the Cooperative Institute for Research in Environmental Sciences, estimated that the methane leak rate from Los Angeles-area oil and gas operations was about 17 percent.[485, 486]

---

[480] Huntington, H. (2013). Changing the game? Emissions and market implications of new natural gas supplies. *Energy Modeling Forum, 1*. Retrieved from https://emf.stanford.edu/publications/emf-26-changing-game-emissions-and-market-implications-new-natural-gas-supplies

[481] Magill, B. (2013, October 11). Fracking hurts US climate change credibility, say scientists. *The Guardian*. Retrieved from http://www.theguardian.com/environment/2013/oct/11/fracking-us-climate-credibility-shale-gas

[482] Romm, J. (2013, October 2). More bad news for fracking: IPCC warns methane traps much more heat than we thought. *Climate Progress*. Retrieved from http://thinkprogress.org/climate/2013/10/02/2708911/fracking-ipcc-methane/

[483] Gillis, J. (2013, September 27). U.N. climate panel endorses ceiling on global emissions. *The New York Times*. Retrieved from http://www.nytimes.com/2013/09/28/science/global-climate-change-report.html?pagewanted=all

[484] Pearce, F. (2013, August 12). Fracking could accelerate global warming. *New Scientist*. Retrieved from http://www.newscientist.com/article/dn24029-fracking-could-accelerate-global-warming.html#.UpEWqsQ3uSo

[485] Peischl, J., Ryerson, T. B., Brioude, J., Aikin, K. C., Andrews, A. E., Atlas, E., . . . Parrish, D. D. (2013). Quantifying sources of methane using light alkanes in the Los Angeles basin, California. *Journal of Geophysical Research: Atmospheres, 118*(10), 4974-4990. doi: 10.1002/jgrd.50413

[486] Ogburn, S. (2014, May 15). Solving the Case of California's Extra Methane. *Scientific American Global RSS*. Retrieved from http://www.scientificamerican.com/article/solving-the-case-of-californias-extra-machine/

- May 2013 – A group of scientists and journalists studying climate change, led by energy systems analyst Eric Larson of Princeton University and the news organization Climate Central, reported that the often-purported 50 percent climate advantage of natural gas over coal is unlikely to be achieved over the next three to four decades given methane leaks and other factors.[487] The 50 percent claim is based on the fact that natural gas produces half as much carbon dioxide when burned than coal, but it ignores the significant greenhouse gas impacts of methane leakage that occurs throughout the life cycle of natural gas production, transmission, and distribution.

- January 2, 2013 – A NOAA study found methane emissions from oil and gas fields in Utah to be as high as nine percent of production. These levels are considered extremely damaging to the climate.[488]

- November 2012 – A review by the United Nations Environment Programme found that emissions from fracking, as well as other unconventional natural gas extraction methods, could increase global warming in the short-term and be comparable to coal over a 100-year timeframe.[489]

- November 2012  – The International Energy Agency (IEA) found that a large natural gas boom—even with improvements in place to reduce leakage—would eventually lead to greenhouse gas concentrations of 650 parts per million and a global temperature rise of 3.5 degrees Celsius, far exceeding the 2 degree Celsius limit which is critical to avoid the most severe effects of climate change.[490]

- May 29, 2012 – The *Guardian* summarized a special report on natural gas by the IEA: "A 'golden age of gas' spurred by a tripling of shale gas from fracking and other sources of unconventional gas by 2035 will stop renewable energy in its tracks if governments do not take action."[491]

- February 2012 – A study published in *Environmental Research Letters* found that the carbon dioxide emitted from the burning of natural gas —even neglecting the impacts of methane leakage—contributes significantly to greenhouse gas emissions that are driving climate change.[492]

---

[487] Larson, E. D. (2013). Natural gas & climate change. *Climate Central*. Retrieved from http://assets.climatecentral.org/pdfs/NaturalGas-and-ClimateChange.pdf
[488] Tollefson, J. (2013). Methane leaks erode green credentials of natural gas. *Nature, 493*(7430), 12-12. doi: 10.1038/493012a
[489] Global Environmental Alert Service. (2012). Gas fracking: Can we safely squeeze the rocks? United Nations Environmental Programme. Retrieved from http://www.unep.org/pdf/UNEP-GEAS_NOV_2012.pdf
[490], World Energy Outlook 2012, (November 2012). *Golden Rules for a Golden Age of Natural Gas—World Energy Outlook Special Report on Unconventional Gas*, International Energy Agency. Retrieved from http://www.iea.org/publications/freepublications/publication/name,27408,en.html
[491] Harvey, F. (2012, May 29). 'Golden age of gas' threatens renewable energy, IEA warns. *The Guardian*. Retrieved from http://www.theguardian.com/environment/2012/may/29/gas-boom-renewables-agency-warns
[492] Myhrvold, N. P., & Caldeira, K. (2012). Greenhouse gases, climate change and the transition from coal to low-carbon electricity. *Environmental Research Letters, 7*(1). doi: 10.1088/1748-9326/7/1/014019

- February 7, 2012 – A NOAA study of Colorado gas fields measured methane emissions of about four percent, a significant percentage that could be very damaging to the climate.[493]

- December 29, 2011 – As reported by the *New York Times,* levels of methane in the atmosphere have been steadily rising since 2007—coinciding with the onset of the fracking boom and posing a serious threat to the Earth's climate.[494]

- October 2011 – A study from the National Center for Atmospheric Research concluded that substituting the use of natural gas for coal will increase, rather than decrease, the rate of global warming for many decades.[495]

- July 6, 2011 – According to the U.S. Energy Information Administration and other research, significant amounts of methane are leaking from aging gas pipelines and infrastructure.[496]

- April 2011 – A comprehensive analysis of the greenhouse gas footprint of natural gas from shale formations found that between 3.6 percent to 7.9 percent of the methane from natural gas production wells escapes into the atmosphere, rather than being combusted, thereby undermining any climate benefits of gas over coal as a source of energy.[497, 498]

## Threats from fracking infrastructure

*The infrastructure for drilling and fracking is complex and widespread. Beginning where silica sand is mined and processed and ending where gas is burned or liquefied for export, infrastructure includes pipelines, compressor stations, dehydrators, processing plants, rail tankers, flare stacks, and storage depots through which gas is moved, filtered, pressurized, stored, and vented. It also includes injection wells and recycling facilities that dispose and treat the prodigious amounts of liquid waste that fracking generates. Air pollution is produced at every stage of the process. Compressor stations and pipelines are major sources of air pollutants,*

---

[493] Tollefson, J. (2012, February 7). Air sampling reveals high emissions from gas field. *Nature.* Retrieved from http://www.nature.com/news/air-sampling-reveals-high-emissions-from-gas-field-1.9982
[494] Gillis, J. (2011, December 29). The puzzle of rising methane. *The New York Times.* Retrieved from http://green.blogs.nytimes.com/2011/12/29/the-puzzle-of-rising-methane/
[495] Wigley, T. M. (2011). Coal to gas: The influence of methane leakage. *Climatic Change, 108*(3), 601-608. doi: 10.1007/s10584-011-0217-3
[496] McKenna, P. (2011, July 6). Thousands of gas leaks under Boston and San Francisco. *New Scientist.* Retrieved from http://www.newscientist.com/article/mg21128203.800-thousands-of-gas-leaks-under-boston-and-san-francisco.html#.UpEbbMQ3uSp
[497] Howarth, R. W., Santoro, R., & Ingraffea, A. (2011). Methane and the greenhouse-gas footprint of natural gas from shale formations. *Climatic Change, 106*(4), 679-690. doi: 10.1007/s10584-011-0061-5
[498] Howarth, R. W., Santoro, R., & Ingraffea, A. (2012). Venting and leaking of methane from shale gas development: Response to Cathles et al. *Climatic Change, 113*(2), 537-549. doi: 10.1007/s10584-012-0401-0

*including benzene and formaldehyde, that raise potential health risks for those living nearby while offering no offsetting economic benefits—indeed, they are associated with loss of tax revenue and economic development for the communities where they are sited and traverse. The Medical Society of the State of New York and the American Medical Association have each called for comprehensive health impact assessments regarding the health risks associated with natural gas pipelines.*

*In the Upper Midwest, the boom in silica sand mining threatens both air and water quality, has transformed rural areas into industrial zones, and introduced complex public health risks that are not well understood. Wisconsin alone provides more than half the sand used in fracking operations in the United States. Silica dust is a known cause of both lung cancer and silicosis. Exposures to downwind communities—and attendant public health risks from living near frack sand mining and processing facilities—are unknown.*

Sand mining and processing

- June 30, 2015 – Because the amount of sand used per fracking well has increased, demand for silica sand by the oil and gas industry is still growing even though new drilling activity has taken a downturn. A global investment bank reported that fracking operations now require an average of 4.2 million pounds of sand per well. A few years ago, silica sand comprised 9.5 percent of fracking fluid but now is closer to 20 percent. Further "rising intensity" of sand use is expected.[499]

- June 15, 2015 – An investigative report by *EnergyWire* documented self-reported health impacts among residents of southwestern Wisconsin who live near silica sand mining operations that service the fracking industry. Exposure to silica dust is a proven cause of silicosis and lung cancer. [See further entries on silica sand exposure among workers in the section, "Occupational Health and Safety Hazards."] Residents near frack sand mine operations reported exposure to dust pollution and respiratory problems. Air monitoring data from the Wisconsin Department of Natural Resources (DNR) showed that none of the state's 63 active sand mines were in violation for particulate matter, but, as the author noted, the state measured particles only 10 micrometers in diameter or larger.[500] Below this diameter, crystalline silica particles are small enough to bypass the body's natural clearance mechanisms and are likely to lodge deep in the lungs where they can initiate scarring, autoimmune reactions, and tumor formation.[501] Crispin Pierce, public health researcher at the University of Wisconsin, Eau Claire, set up air monitors around frack sand mine operations and consistently found higher readings than the DNR's values. His results are forthcoming in the November 2015 issue of the *Journal of Environmental Health.*[502]

---

[499] Chapa, S. (2015, June 30). Demand for sand: frac sand use per well goes up amid low oil prices. *San Antonio Business Journal*. Retrieved from http://www.bizjournals.com/sanantonio/blog/eagle-ford-shale-insight/2015/06/demand-for-sand-frac-sand-use-per-well-goes-up.html
[500] King, P. (2015, June 15). Frac sand towns question whether rules protect them against silica pollution. *EnergyWire*. Retrieved from http://www.eenews.net/stories/1060020192
[501] U.S. Department of Labor, Occupational Safety and Health Administration. (n.d.) Dust and its control. Retrieved from https://www.osha.gov/dsg/topics/silicacrystalline/dust/chapter_1.html
[502] Pierce, C., Walters, K., Jacobson, J., & Kroening, Z. (in press). PM2.5 Airborne Particulates near frac sand operations. *Journal of Environmental Health*.

119

Wastewater treatment facilities

- March 31, 2015 – University of Wyoming researchers identified a wastewater treatment and recycling facility as an important contributor to high winter ozone levels in Wyoming's Green River Basin. The facility released a signature mixture of volatile hydrocarbons, including toluene and xylene, which are ozone precursors.[503] This study documented that recycling activities can transfer volatile pollutants from water into air when fracking wastewater is cleaned up for reuse and that water treatment emissions can serve as an important point source of air pollutants.[504]

Pipelines and compressor stations

- July 15, 2015 – Rensselaer County lawmakers passed a resolution asking the state of New York to freeze the approval process for the Northeast Energy Direct pipeline—which would carry fracked gas from Pennsylvania to Boston—until it conducts a comprehensive health impact assessment for natural gas pipelines.[505]

- July 8, 2015 – Researchers from West Virginia University completed leak and loss audits for methane emissions at three natural gas compressor stations and two natural gas storage facilities, with a "leak" defined as an unintended release of natural gas due to malfunction of a component, and a "loss" defined as an intended release of natural gas. In terms of frequency, most emissions were leaks, but on a mass basis, losses were the dominant source of methane emissions (88 percent). The top loss emitters were engine exhausts (accounting for nearly half), packing vents, and slop tanks. Emissions from compressor blowdowns were not included.[506] A related study by a University of Houston team found that emission rates from compressor stations in Texas' Barnett Shale were far higher than from well pads.[507, 508]

- July 7, 2015 – Seeking a method to bridge the gap between bottom-up and top-down methods of measuring methane emissions, Purdue University, University of Houston, the National Oceanic and Atmospheric Administration (NOAA), Environmental Defense

---

[503] Field, R. A., Soltis, J., McCarthy, M. C., Murphy, S., & Montague, D. C. (2015). Influence of oil and gas field operations on spatial and temporal distributions of atmospheric non-methane hydrocarbons and their effect on ozone formation in winter. *Atmospheric Chemistry and Physics, 15,* 3527-42. doi: 10.5194/acp-15-3527-2015

[504] Peterka, A. (2015, April 2). Study links Wyo. winter ozone to drillers' wastewater plant. *Greenwire.* Retrieved from http://www.eenews.net/stories/1060016205

[505] Nearing, B. (2015, July 15). County: put study before any permit. *Albany Times-Union.* Retrieved from http://www.timesunion.com/news/article/County-Put-study-before-any-permit-6387404.php

[506] Johnson, D. R., Covington, A. N., & Clark, N. N. (2015). Methane emissions from leak and loss audits of natural gas compressor stations and storage facilities. *Environmental Science & Technology, 49,* 8132-38. doi: 10.1021/es506163m

[507] Lan, X., Talbot, R., Laine, P., & Torres, A. (2015). Characterizing fugitive methane emissions in the Barnett Shale area using a mobile laboratory. *Environmental Science & Technology, 49,* 8139-46. doi: 10.1021/es5063055

[508] Song, L. & Hirji, Z. (2015, July 8). Methane emissions in Texas fracking region 50 percent higher than EPA estimates. *Inside Climate News.* Retrieved from http://insideclimatenews.org/news/08072015/methane-emissions-texas-fracking-region-50-higher-epa-estimates-oil-gas-drilling-barnett-shale-environmental-defense-fund

Fund, and independent researchers surveyed eight high-emitting point sources in the Barnett Shale using an aircraft-based "mass balance" approach. Results from four gas processing plants and one compressor station highlighted the importance of addressing methane "super-emitters" and confirmed that self-reports from the Greenhouse Gas Reporting Program underestimated actual emission rates by a factor of 3.8 or higher, due to "underestimated facility emissions, temporal variability of emissions, and the exclusion of nonreporting facility emissions."[509]

- July 7, 2015 – Using relatively easy-to-acquire and inexpensive stable isotopic and alkane ratio tracers, researchers are now able to distinguish methane arising from natural gas production and transport from agricultural and urban methane sources, and, in addition, to distinguish between methane released from shale gas as opposed to conventional wells. Initial research from the University of Cincinnati, University of California at Irvine, and the Environmental Defense Fund found that methane in the Barnett Shale hydraulic fracturing region near Fort Worth, Texas, represents a complex mixture of these sources. This new approach, used for ground-level measurements, can complement and extend top-down approaches, allowing for more accurate inventories of thermogenic and biogenic sources of methane emissions.[510]

- July 1, 2015 – In New York State, Schoharie County supervisors and medical professionals demanded comprehensive health impact assessments as a precondition for permitting natural gas pipelines and compressor stations.[511]

- June 12, 2015 – The Agency for Toxic Substances and Disease Registry investigated the health effects of ruptured gas pipelines in an analysis of data in a database on acute petroleum-related releases to which seven states contribute (Louisiana, New York, North Carolina, Oregon, Tennessee, Utah, and Wisconsin). From 2010-2012, there were 1,369 such incidents, which resulted in 259 injuries. More than three-quarters of these incidents were related to natural gas distribution. Equipment failure accounted for half of all incidents; human error accounted for 40 percent. The report noted the "continuing occurrence" of petroleum release incidents—including from natural gas pipeline ruptures—which have "the potential to cause mass casualties and environmental contamination."[512]

- June 9, 2015 – The American Medical Association (AMA) adopted a resolution, "Protecting Public Health from Natural Gas Infrastructure," that was based on a

[509] Lavoie, T. N., Shepson, P. B., Cambaliza, M. O. L., Stirm, B. H., Karion, A., Sweeney, C., . . . Lyon, D. (2015). Aircraft-based measurements of point source methane emissions in the Barnett Shale Basin. *Environmental Science & Technology, 49,* 7904−7913. doi: 10.1021/acs.est.5b00410

[510] Townsend-Small, A., Marrero, J. E., Lyon, D. R., Simpson, I. J., Meinardi, S., & Blake, D.R. (2015). Integrating source apportionment tracers into a bottom-up inventory of methane emissions in the Barnett Shale hydraulic fracturing region. *Environmental Science & Technology, 49,* 8175−8182. doi: 10.1021/acs.est.5b00057

[511] Adams, K. (2015, July 1). Schoharie County officials ask new studies on gas lines: Report say dangers are equivalent to fracking. *Daily Gazette*, Retrieved from http://www.dailygazette.com/news/2015/jul/01/0701_gasline/?print

[512] Anderson, A. R. (2015, June 12). Health effects of cut gas lines and other petroleum product release incidents—seven states. *Morbidity and Mortality Weekly Report, 64,* 601-605.

resolution adopted by the Medical Society of the State of New York. (See below.) The resolution states, "Our AMA recognizes the potential impact on human health associated with natural gas infrastructure and supports legislation that would require a comprehensive Health Impact Assessment regarding the health risks that may be associated with natural gas pipelines."[513]

- May 2, 2015 – The Medical Society of the State of New York adopted a resolution, "Protecting Public Health from Natural Gas Infrastructure," that recognizes the potential impact to human health and the environment of natural gas pipelines and calls for a governmental assessment of these risks.[514]

- March 3, 2015 – Researchers with the Southwest Pennsylvania Environmental Health Project measured ambient levels of particulate and volatile air pollutants from fracking-related operations and calculated expected human exposures in Washington County, Pennsylvania. Extremely high exposures peaked at night when air was still. These fluctuating exposure events mimic, in frequency and intensity, the episodic nature of health complaints among residents. Over a one-year period, compressor stations were responsible for more extreme exposure events (118) than well pads or gas processing plants. (See footnote 14.)

- February 24, 2015 – As part of a literature review on the health impacts of compressor stations, the Southwest Pennsylvania Environmental Health Project reported that peak emissions of fine particles tended to occur during construction time, that day-to-day emissions during operational time can fluctuate greatly, and that a compressor blowdown typically represented the single largest emission event during operations. Hence, documentation of these fluctuations cannot be captured by calculating yearly averages. A blowdown is an intentional or accidental release of gas through the blowdown valve that creates a 30- to 60-meter-high gas plume. Blowdowns, which are used to control pressure, can last as long as three hours. The authors noted that blowdowns result in times of high levels of contaminant release and that anecdotal accounts associate blowdowns with burning eyes and throat, skin irritation, and headache.[515] There is neither

---

[513] American Medical Association. (2015). H-135.930 Protecting public health from natural gas infrastructure, Resolution 519, A-15. Retrieved from https://www.ama-assn.org/ssl3/ecomm/PolicyFinderForm.pl?site=www.ama-assn.org&uri=/resources/html/PolicyFinder/policyfiles/HnE/H-135.930.HTM

[514] Medical Society of the State of New York. (2015). 2015 House of Delegates Actions: Public Health and Education. Retrieved from http://www.mssny.org/Documents/HOD/Actions/ActionPHE.pdf

[515] Southwest Pennsylvania Environmental Health Project (2015, February 24). Summary on compressor stations and health impacts. Retrieved from http://www.environmentalhealthproject.org/wp-content/uploads/2012/03/Compressor-station-emissions-and-health-impacts-02.24.2015.pdf. As we go to press, Southwest Pennsylvania Environmental Health Project released the first results from a pilot study of air quality near a compressor station in Minisink, New York, which has been in operation since 2013. The research team documented episodic spikes in air pollutants that corresponded with waxing and waning self-reported health symptoms among 35 residents in eight families who lives within a mile of the compressor. Six of 12 children suffered from nosebleeds. Southwest Pennsylvania Environmental Health Project (2015). Summary of Minisink monitoring results. Retrieved from http://www.environmentalhealthproject.org/wp-content/uploads/2015/06/Summary-of-Minisink-Results.Public.pdf. See also J. Cohen. (Fall 2015). Gas compressors and nose bleeds: a new study connects health issues with rural gas compressor pollution. *Utne Reader*. Retrieved from http://www.utne.com/environment/gas-compressors-and-nose-bleeds-zm0z15fzsau.aspx

a national or state inventory of compressor station accidents nor a body of peer-reviewed research on the public health impacts of compressor stations.[516]

- February 17, 2015 – A Boston study found that emissions from residential, end-use natural gas infrastructure was a significant source of atmospheric methane—two to three times larger than previously presumed—and accounted for 60 to 100 percent of methane, depending on the season. Of all the natural gas in the downstream component of the natural gas system, 2.7 percent was lost to the atmosphere.[517]

- February 10, 2015 – A team of engineers from Pennsylvania and Colorado examined methane emissions from natural gas compressor stations and found that vents, valves, engine exhaust, and equipment leaks were also major emissions sources. There was considerable variation in emissions among the 45 compressor stations measured. Surprisingly, substantial emissions were found even when compressors were not operating.[518]

- December 27, 2014 – A *Pittsburgh Tribune-Review* investigation found that the vast majority of natural gas "gathering lines"—pipelines that take natural gas from rural well pads to processing plants—were regulated by neither federal nor state pipeline safety laws. The United States has nearly 230,000 miles of natural gas gathering lines that are unregulated, operating without safety standards or inspection. These pipelines are among the largest and highest-pressure pipes in use and carry gas at nearly three times the pressure of transmission lines, which transport the gas from the processing plants to urban distribution networks.[519]

- November 11, 2014 – An analysis by a Carnegie Mellon University research team of 40,000 pipeline accidents from 1968 to 2009 found that comparatively few accidents accounted for a large share of total property damage, whereas a large share of fatalities and injuries were caused by numerous, small-scale accidents. There are 2.4 million miles

---

[516] There do exist some unpublished data gathered by citizen groups that measured pre- and post-compressor station methane emissions and have documented striking increases ambient methane after construction, including at the Hancock compressor station in Hancock, New York: Payne, B. F. & Ackley, R. (2014, September). Baseline methane emissions in Town of Hancock, Delaware County, New York. Retrieved from http://www.damascuscitizensforsustainability.org/wp-content/uploads/2014/12/Hancock4.pdf See also, Cohen, J. (2015, July 18). Concerns over Milford compressor station. *The River Reporter*. Retrieved from http://www.riverreporter.com/news/4302/2015/07/15/concerns-over-milford-compressor-station

[517] McKain, K., Down, A., Raciti, S. M., Budney, J., Hutyra, L. R., Floerchinger, C., . . . Wofsy, S.C. (2015). Methane emissions from natural gas infrastructure and use in the urban region of Boston, Massachusetts. *Proceedings of the National Academy of Sciences, 112,* 1941-46. doi: 10.1073/pnas.1416061112

[518] Subramanian, R., Williams, L. L., Vaughn, T. L., Zimmerle, D., Roscioli, J. R., Herndon, S. C., . . . Robinson, A.L. (2015). Methane emissions from natural gas compressor stations in the transmission and storage sector: measurements and comparisons with the EPA Greenhouse Gas Reporting Program protocol. *Environmental Science & Technology, 49,* 3252-61. doi: 10.1021/es5060258

[519] Wereschlagin, M. (2015, December 27). Rural gas gathering pipelines kindle concerns about safety laws. *Pittsburgh Review-Tribune*. Retrieved from http://triblive.com/news/editorspicks/7362085-74/lines-gas-safety#axzz3NAHfzYF8

of natural gas pipeline in the United States and 175,000 miles of hazardous liquid pipeline (which includes crude oil).[520]

- A research team led by David O. Carpenter at University at Albany found high levels of formaldehyde near 14 compressor stations in three states. In Arkansas, Pennsylvania, and Wyoming, formaldehyde levels near compressor stations exceeded health-based risk levels. The authors noted that compressor stations can produce formaldehyde through at least two routes: it is created as an incomplete combustion byproduct from the gas-fired engines used in compressor stations. It is also created when fugitive methane, which escapes from compressor stations, is in the presence of sunlight. Formaldehyde is a known human carcinogen. Other hazardous air pollutants detected near compressor stations in this study were benzene and hexane. One air sample collected near a compressor station in Arkansas contained 17 different volatile compounds. (See footnote 19.)

- October 15, 2014 – In comments to the Federal Energy Regulatory Commission, New York's Madison County Health Department reviewed the literature on compressor station emissions and expressed concerns about associated health impacts, including documented correlations between health problems and residential proximity to compressor stations. It also reviewed health outcomes associated with exposures to chemicals known to be released from compressor stations, including volatile organic compounds, carbonyls and aldehydes, aromatics, and particulate matter. In addition, gas from fracking operations transiting through compressor stations may carry gaseous radon. The Health Department noted a troubling lack of information on the intensity, frequency, and duration of emission peaks that occur during the blowdowns and large venting episodes that are a normal part of compressor operations.[521]

- September 16, 2014 – Noting the proximity of a proposed high-pressure pipeline to Indian Point Nuclear Facility, as well as the evidence linking compressor station emissions to negative health impacts, New York's Rockland County legislature adopted a resolution calling for a comprehensive Health Impact Assessment in regards to Spectra Energy's planned Algonquin Incremental Market (AIM) natural gas pipeline, compressor, and metering stations expansion project.[522] This resolution follows on the

---

[520] Siler-Evans, K., Hanson, A., Sunday, C., Leonard, N., & Tumminello, M. (2014). Analysis of pipeline accidents in the United States from 1968 to 2009. *International Journal of Critical Infrastructure Protection, 7,* 257-69. doi: 10.1016/j.ijcip.2014.09.002

[521] New York State Madison County Health Department (2014, October 15). Comments to the Federal Energy Regulatory Committee concerning docket no. CP14-497-000, Dominion Transmission, Inc. Retrieved from https://www.madisoncounty.ny.gov/sites/default/files/publicinformation/madison_county_doh_comments_-_docket_no._cp14-497-000.pdf

[522] Rockland County Legislature. (2014, September 16). *Resolution No. 404 of 2014 urging that health, safety and planning concerns be addressed and mitigated in the Environmental Review and all other review processes before project permissions be granted for Spectra Energy's Algonquin Incremental Market (AIM) Natural Gas Pipeline, Compressor and Metering Stations Expansion Project.* Retrieved from https://sape2016.files.wordpress.com/2014/05/rockland-aim-resolution.pdf

heels of similar resolutions expressing health concerns about the AIM project from both Westchester and Putnam County legislatures.[523, 524]

- July 13, 2011 – A Fort Worth air quality study assessed the impact of drilling and fracking operations, and ancillary infrastructure, on concentrations of toxic air pollutants in the city of Fort Worth, Texas. The study found that compressor stations were a significant source of fracking-related air pollution. The compressor engines were responsible for over 99 percent of the hazardous air pollutants emitted from compressor stations, of which 67 percent was formaldehyde.[525]

## Inaccurate jobs claims, increased crime rates, threats to property value and mortgages, and local government burden

*Experiences in various states and accompanying studies have shown that the oil and gas industry's promises of job creation from drilling for natural gas have been greatly exaggerated. Many of the jobs are short-lived, and many have gone to out-of-area workers. With the arrival of drilling and fracking operations, communities have experienced steep increases in rates of crime, including sex trafficking, sexual assault, drunk driving, drug abuse, and violent victimization, all of which carry public health consequences, especially for women. Social costs include strain on law enforcement, municipal services, and road damage. Economic analyses have found that drilling and fracking threaten property values and can diminish tax revenues for local governments. Additionally, drilling and fracking pose an inherent conflict with mortgages and property insurance due to the hazardous materials used and the associated risks.*

- July 1, 2015 – Britain's Department for Environment, Food & Rural Affairs released previously redacted sections of a report on the impacts of drilling and fracking. The report found that housing prices near fracking wells would likely fall up to seven percent for houses within a mile of wells. Furthermore, properties within one to five miles of fracking sites could incur additional insurance costs. The report warned of environmental damages, including from leakage of fracking waste fluids, and found that public health could be affected indirectly through consumption of contaminated wildlife, livestock, or

---

[523] Board of Legislators County of Westchester, State of New York. (2014, July 21). *Resolution RES-2014-80 Algonquin Incremental Marketing Project resolution.* Retrieved from https://sape2016.files.wordpress.com/2014/05/080414-wcbol-resolution-no-80-2014-requesting-due-diligence-on-environment-p.pdf

[524] Putnam County Legislature. (2014, May 9). *Resolution #104, Resolution regarding the Algonquin Incremental Market (AIM) Project.* Retrieved from https://sape2016.files.wordpress.com/2014/05/putnam-county-resolutions-104-163-and-182-1.pdf

[525] Eastern Research Group. (2011, July 13). City of Forth Worth natural gas air quality study, final report. Retrieved from http://www.shaledigest.com/documents/2011/Air%20Quality%20Studies/Ft%20Worth%20Natural%20Gas%20Air%20Quality%20Study%20Final%20Report%20ERG%20Research%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r.pdf. See also Energy Research Group. (2011, July 19). Forth Worth natural gas air quality study final report, pubic meeting presentation. Retrieved from http://fortworthtexas.gov/uploadedFiles/Gas_Wells/110719_ERG.pdf?v=110725

agricultural products. The report also found potential for some benefits, such as job growth.[526]

- July 2015 – A working paper by researchers with the National Bureau of Economic Research found that fracking resulted in an increase in male teen high school dropout rates. "Our estimates imply that, absent fracking, the male-female gap in high school dropout rates among 17- 18-year olds would have narrowed by about 11 percent between 2000 and 2013 instead of remaining unchanged." The authors explained that by increasing the demand for low-skilled labor, fracking could slow growth in educational attainment. They noted that the relative wage boost from fracking may be only temporary. Indeed, by the end of the sample period, the benefits had started to wane as the labor demand from fracking appeared to no longer favor dropouts. Thus, the fracking boom may be inhibiting educational achievement among young men who "would already be near the bottom of the skill distribution, with possible implications for future productivity and the social safety net."[527, 528]

- March 20, 2015 – The U.S. Attorney for Western New York linked a rise in production of methamphetamine to use among workers in the fracking fields of northern and western Pennsylvania. Surging demand for the drug, which allows users to stay awake for 48 to 72 hours, may be related to the extremely long working hours that employees in the gas industry must endure.[529]

- January 4, 2015 – A documentary by Forum News Service, "Trafficked Report," revealed that sex trafficking, including of children, in the Bakken oil fields of North Dakota was a significant problem.[530] The dynamics of the oil boom, with an influx of out-of-state and primarily male workers far from their families, created an increase in demand for prostitution.[531]

- December 28, 2014 – The *New York Times* profiled the impacts of oil drilling and fracking on the Fort Berthold Indian Reservation in North Dakota, finding corruption, crime, and negative environmental impacts. Aside from a significant rise in jobs, which often go to transient workers, many residents "see deterioration rather than improvement

---

[526] Vaughan, A. & Mason, R. (2015, July 1). Fracking could hurt house prices, health and environment, official report says. *The Guardian*. Retrieved from http://www.theguardian.com/environment/2015/jul/01/fracking-could-hurt-house-prices-health-and-environment-official-report-says
[527] Cascio, F. U., & Narayan, A. (2015, July). Who Needs a Fracking Education? The Educational Response to Low-Skill Biased Technological Change. National Bureau of Economic Research. Retrieved from http://www.nber.org/papers/w21359
[528] Chandra, S. (2015, July 14). Fracking jobs encouraged American teens to become high school dropouts. *Bloomberg Business*. Retrieved from: http://www.bloomberg.com/news/articles/2015-07-14/fracking-jobs-encouraged-american-teens-to-become-high-school-dropouts
[529] Newberg, R. (2015, March 20). Meth use tied to fracking workers in Pennsylvania. *WIVB 4*. Retrieved from http://wivb.com/2015/03/20/meth-use-tied-to-fracking-workers-in-pennsylvania/
[530] Dalrymple, A. & Lymn, K. (2015, January 4). Trafficked Report: Sex for sale in the Bakken. *Forum News Service*. Retrieved from http://www.traffickedreport.com/?p=15
[531] Gaines, J. (2015, March 9). The oil boom in North Dakota now has a serious sex-trafficking problem. *Business Insider*. Retrieved from http://www.businessinsider.com/north-dakota-sex-trafficking-prostitution-oil-boom-police-raid-2015-3

in their standard of living. They endure intense truck traffic, degraded roads, increased crime, strained services and the pollution from spills, flares and illegal dumping." According to the *Times*' calculation, the reservation had seen 850 oil-related environmental incidents from 2007 through mid-October 2014, which generally went unpunished.[532]

- December 26, 2014 – Examining Pennsylvania Department of Transportation data, Ohio's *Star Beacon* newspaper found that fracking poses a safety threat on rural roads. The paper found that Pennsylvania's five busiest drilling counties recorded 123 more heavy truck crashes in 2011 than before the gas boom began—a 107 percent increase. The paper noted the burden drilling and fracking placed on local communities and governments, including the strain on local emergency responders.[533]

- December 17, 2014 – Heavy drilling and fracking (defined as 400 or more wells drilled within a county over 5-8 years) was positively correlated with increased crime, sexually transmitted diseases, and traffic fatalities, according to a report by the Multi-State Shale Research Collaborative.[534] The report looked at the impacts in Pennsylvania, Ohio, and West Virginia, primarily finding statistically significant impacts in six heavily drilled counties in Pennsylvania. In those six counties, violent crime increased 17.7 percent—corresponding to about 130 more violent crimes in those counties in 2012—compared to a decrease in violent crime rates in both urban and rural non-drilling communities. Property crime increased 10.8 percent in those six counties, drug abuse rates rose 48 percent, and drunk-driving offenses rose 65 percent compared to 42 percent in rural areas with no drilling. The report found a statistically significant increase of 24 percent to 27 percent in rates of sexually transmitted diseases across drilling counties in all three states. Motor vehicle fatalities increased 27.8 percent in Pennsylvania's six high-drilling counties. The report found a modest increase in jobs, but noted that an influx of out-of-state workers at least partially explained the increases in traffic and crime.[535]

- December 15, 2014 – A report written in French by Quebec's Advisory Office of Environmental Hearings concluded that the environmental costs of fracking in the St. Lawrence Lowlands would outweigh the potential economic benefits. In a press release, the Advisory Office of Environmental Hearings concluded that fracking "would not be advantageous for Quebec because of the magnitude of the potential costs and externalities, compared to royalties that would be collected by Quebec. Other concerns

---

[532] Sontag, D. & McDonald B. (2014, December 28). In North Dakota, a tale of oil, corruption and death. *The New York Times*. Retrieved from http://www.nytimes.com/2014/12/29/us/in-north-dakota-where-oil-corruption-and-bodies-surface.html

[533] Finnerty, J. (2014, December 26). Fracking's biggest safety threat is on rural roads. *Star Beacon*. Retrieved from http://www.starbeacon.com/news/fracking-s-biggest-safety-threat-is-on-rural-roads/article_bc48687a-8caf-11e4-b4d9-6382c924a6f9.html

[534] Price, M., Herzenberg, S., Ward, S., Wazeter, E., & Basurto, L. E. (2014, December). *The Shale Tipping Point: The Relationship of Drilling to Crime, Traffic Fatalities, STDs, and Rents in Pennsylvania, West Virginia, and Ohio.* Retrieved from: http://www.multistateshale.org/shale-tipping-point

[535] McKelvey, W. (2014, December 17). Fracking brought spikes in crime, road deaths and STDs to Pa.: report. *The Patriot News*. Retrieved from http://www.pennlive.com/midstate/index.ssf/2014/12/fracking_brought_spikes_in_vio.html

also remain, including plans of social acceptability, legislation, and a lack of knowledge, particularly with respect to water resources."[536]

- September 28, 2014 – A *Washington Post* investigation reported on heroin and methamphetamine addiction—and associated violent crime—among Native American communities located within the Bakken Shale oil fields. According to a chief judge for the Mandan, Hidatsa, and Arikara Nation, "The drug problem that the oil boom has brought is destroying our reservation."[537]

- September 9, 2014 – A study by researchers at Colorado State University examined the political economy of harm and crime associated with the oil and gas industry in rural Colorado, particularly around the rise of fracking. The researchers looked at complaints that citizens filed with the state, and also conducted interviews and examined other data. They found 2,444 complaints between November 2001 and June 2013 covering a range of issues including water, environment, noise, air quality, land use, and more. They characterized citizen complaints as "extensive and complex" and concluded that, regardless of the nature of the harm, most were "persistent and omnipresent" rather than short-lived, isolated problems.[538]

- October 30, 2014 – The *New York Times* profiled the profound impact heavy drilling has had on Glasscock County, Texas, including its farming community. Farmers described increases in trash, traffic accidents, clashes around farmers selling groundwater to drillers, and economic detriment. In many cases, acres of farmland around a drill site "will probably never be suitable for fertile farming again," and farmers are "at the mercy" of what drillers want to pay for damages. The county itself receives revenue, but most of that additional money "is being used to repair roads damaged by oil field truck activity. Overall, the gains from drilling are not viewed as worth the drawbacks in a county long dominated by cotton farming."[539]

- September 11, 2014 – An editor for the *Washington Post* examined jobs and manufacturing data in Youngstown, Ohio, to demonstrate that drilling and fracking are not resulting in a revitalization of the Rust Belt as some proponents and a prominent *New York Times* story asserted. The *Post* determined that in Youngstown, Ohio, the manufacturing sector has lost jobs by the tens of thousands in the last twenty years and the oil and gas industry has created approximately two thousand jobs since the recession

[536] McCarthy, S. (2014, December 15). Fracking dealt another setback by Quebec report. *The Globe and Mail*. Retrieved from http://www.theglobeandmail.com/report-on-business/industry-news/energy-and-resources/bape-says-shale-gas-production-not-advantageous-for-quebec/article22096203/

[537] Horwitz, S. (2014, September 28). Dark side of the boom: North Dakota's oil rush brings cash and promise to reservation along with drug-fueled crime. *The Washington Post*. Retrieved from http://www.washingtonpost.com/sf/national/2014/09/28/dark-side-of-the-boom/

[538] Opsal, T. & Shelley T. O. (2014). Energy crime, harm, and problematic state response in Colorado: A case of the fox guarding the hen house? *Critical Criminology, 22* (4), 561-577.

[539] Batheja, A. (2014, October 30). A county resents oil drilling, despite the money it brings in. *The New York Times*. Retrieved from http://www.nytimes.com/2014/10/31/us/a-county-resents-oil-drilling-despite-the-money-it-brings-in.html?ref=earth&_r=1

ended. Six years prior, there were 13,000 more jobs in the Youngstown metro area than
there were in summer 2014.[540]

- September 6, 2014 – In Williams County, North Dakota, in the Bakken Shale, increases
in crime have corresponded with the flow of oil. The infusion of cash has attracted career
criminals who deal in drugs, violence, and human sex trafficking. The *Williston Herald*
portrayed, in a "reader's discretion advised" article, the rapid rise of "index crimes"—
"violent crimes that result in the immediate loss of an individual's property, health or
safety, such as murder, larceny and rape." With fewer than 100 law enforcement
personnel, crime in Williams County "has risen in kind with the county's population, but
funding, staffing and support training for law enforcement has not."[541]

- September 2014 – Reporting on the social, environmental, health and safety, and
economic burdens endured by localities from fracking, the magazine *Governing: The
States and Localities* found that "fracking, in many cases, negatively impacts property
values, which in turn depresses property tax revenue. For property owners who own the
rights to the oil and gas on their land, the effects of drilling can be offset by royalty
payments. But localities have no revenue offset if properties lose value."[542]

- August 26, 2014 – The U.S. Justice Department Office on Violence Against Women
awarded three million dollars to five rural and tribal communities to prosecute crimes of
violence against women and provide services to victims of sexual assault, domestic
violence, and stalking in the Bakken Region of North Dakota and Montana.[543] Rationale
documented by tribal leaders, law enforcement, and the FBI included, "rapid
development of trailer parks and modular housing developments often referred to as 'man
camps;' abrupt increase in cost of living, especially housing; rapid influx of people,
including transients, in a previously rural and stable community; constant fear and
perception of danger; and a lost way of life. Local and tribal officials and service
providers reported that these changes have been accompanied by a rise in crime,
including domestic and sexual violence."[544]

- May 27, 2014 – A *Bloomberg News* analysis of 61 shale-drilling companies found that
the economic picture of shale oil and gas is unstable. Shale debt has almost doubled over

---

[540] Tankersley, J. (2014, September 11). Fracking hasn't restored the Rust Belt's lost jobs. *The Washington Post*.
Retrieved from http://www.washingtonpost.com/news/storyline/wp/2014/09/11/fracking-hasnt-restored-the-rust-belts-lost-jobs/
[541] Bell, T. (2014, September 6). Modernized slavery. *Williston Herald.* Retrieved from
http://www.willistonherald.com/news/modernized-slavery/article_84e257d8-3615-11e4-a4f8-001a4bcf887a.html
[542] Shafroth, F. (2014, September). Fracking's financial losers: local governments. *Governing: The States and
Localities.* Retrieved from http://www.governing.com/columns/public-money/gov-frackings-financial-losers.html
[543] U.S. Department of Justice. (2014, August 26). Associate Attorney General West announces $3 million in grants
to address violence against women in rural and tribal communities in the Bakken Region. *Justice News.* Retrieved
from http://www.justice.gov/opa/pr/associate-attorney-general-west-announces-3-million-grants-address-violence-against-women
[544] U.S. Department of Justice. (2014). OVW Fiscal Year 2014 Violence Against Women Bakken Region Initiative:
Enhanced response to victims application guidelines. Retrieved from
http://www.justice.gov/sites/default/files/ovw/legacy/2014/04/25/fy2014-initative-for-the-bakken-region-enhanced-services-for-victims.pdf

129

the last four years while revenue has gained just 5.6 percent. For the 61 companies in their analysis, *Bloomberg News* reported: "In a measure of the shale industry's financial burden, debt hit $163.6 billion in the first quarter." Further, *Bloomberg* noted that drillers are caught in a bind because they must keep borrowing to pay for exploration needed to "offset steep production declines typical of shale wells…. For companies that can't afford to keep drilling, less oil coming out means less money coming in, accelerating the financial tailspin."[545]

- May 5, 2014 – An Associated Press analysis found that traffic fatalities have spiked in heavily drilled areas of six states, whereas most other roads in the nation have become safer even as population has grown. In North Dakota drilling counties, for instance, traffic fatalities have increased 350 percent.[546]

- April 16, 2014 – A comprehensive article in the *Albany Law Review* concluded that the risks inherent with fracking are not covered by homeowner's insurance, not fully insured by the oil and gas industry, and threaten mortgages and property value.[547]

- April 2014 – A report by the Multi-State Shale Research Collaborative, "Assessing the Impacts of Shale Drilling: Four Community Case Studies," documented economic, community, government, and human services impact of fracking on four rural communities. The study found that fracking led to a rapid influx of out-of-state workers and, although some new jobs were created, these were accompanied by additional costs for police, emergency services, road damage, and social services. In addition, increased rents, and a shortage of affordable housing accompanied the fracking boom. Unemployment rose after one county's boom ended; in another county, unemployment stayed above the state average throughout.[548]

- March 27, 2014 – A report by researchers at Rand Corporation determined that each shale gas well in Pennsylvania causes between $5,400 and $10,000 in damage to state roads. The report did not calculate damage to local roads, which is also significant. Researchers used estimates of truck trips that are significantly below the number

[545] Loder, A. (2014, May 27). Shakeout threatens shale patch as frackers go for broke. *Bloomberg*. Retrieved from http://www.bloomberg.com/news/2014-05-26/shakeout-threatens-shale-patch-as-frackers-go-for-broke.html
[546] Begos, K., & Fahey, J. (2014, May 5). AP impact: Deadly side effect to fracking boom. *Associated Press*. Retrieved from http://bigstory.ap.org/article/ap-impact-deadly-side-effect-fracking-boom-0
[547] Radow, E. L. (2014). At the intersection of Wall Street and Main: Impacts of hydraulic fracturing on residential property interests, risk allocation, and implications for the secondary mortgage market. *Albany Law Review, 77*(2), 673-704.
[548] Multi-State Shale Research Collaborative. (2014, April 10). *Assessing the impacts of shale drilling county case studies* (Rep.). Retrieved from https://docs.google.com/viewer?a=v&pid=sites&srcid=ZGVmYXVsdGRvbWFpbnxtdWx0aXN0YXRlc2hhbGV8Z3g6NGU4MjIyNWU5ZjFhZjM4Yg

130

estimated for New York by the New York State Department of Environmental Conservation.[549, 550]

- February 15, 2014 – The *Los Angeles Times* detailed steep increases in crime that have accompanied fracking in parts of the Eagle Ford Shale in Texas, including sexual assaults and thefts.[551]

- February 14, 2014 – Pennsylvania landowners with fracking leases rallied in Bradford County against gas companies for precipitous drops in royalty payments.[552]

- December 20, 2013 – The National Association of Realtors' *RealtorMag* summarized a growing body of research, including a University of Denver survey and a *Reuters* analysis, that shows threats property values from fracking and gas drilling.[553]

- December 12, 2013 – A *Reuters* analysis discussed how oil and gas drilling has made making some properties "unsellable" and researched the link between drilling and property value declines. The analysis highlighted a Duke University working paper that finds shale gas drilling near homes can decrease property values by an average of 16.7 percent if the house depends on well water.[554]

- December 10, 2013 – Pennsylvania's *The Daily Review* reported that more gas companies are shifting costs to leaseholders and that royalty payments are drastically shrinking. The story quoted Bradford County Commissioner Doug McLinko saying that some gas companies "are robbing our landowners" and that the problem of royalty payments being significantly reduced by deductions for post-production costs "is widespread throughout our county."[555]

- November 30, 2013 – The *New York Times* reported striking increases in crime in Montana and North Dakota where the oil and gas boom is prevalent, as well as challenges faced by local residents from the influx of out-of-area workers and the accompanying costs. The *New York Times* reported, "'It just feels like the modern-day Wild West,' said

[549] Cusick, M. (2014, March 27). Report finds each Marcellus gas well costs thousands in road damage. *StateImpact*. Retrieved from http://stateimpact.npr.org/pennsylvania/2014/03/27/report-finds-each-marcellus-gas-well-costs-thousands-in-road-damage/

[550] Abramzon, S., Samaras, C., Curtright, A., Litovitz, A., & Burger, N. (2014). Estimating the consumptive use costs of shale natural gas extraction on Pennsylvania roadways. *Journal of Infrastructure Systems*. Retrieved from http://ascelibrary.org/doi/abs/10.1061/%28ASCE%291S.1943-555X.0000203

[551] Hennessy-Fiske, M. (2014, February 15). Fracking brings oil boom to south Texas town, for a price. Retrieved from http://www.latimes.com/nation/la-na-texas-oil-boom-20140216%2C0%2C7621618.story#ixzz30Iw9FXoz.

[552] Marshall, J. (2014, February 14). Landowners rally for royalties from gas companies. Retrieved from http://www.wbng.com/news/local/Landowners-rally-for-245596511.html

[553] Daily Real Estate News. (2013, December 20). 'Fracking' sparks concern over nearby home values. *National Association of Realtors*. Retrieved, from http://realtormag.realtor.org/daily-news/2013/12/20/fracking-sparks-concern-over-nearby-home-values#.UrmdIlPmVu8.twitter

[554] Conlin, M. (2013, December 12). Gas drilling is killing property values for some Americans. *Reuters*. Retrieved from http://www.businessinsider.com/drilling-can-make-some-properties-unsellable-2013-12#ixzz2nMgFv8FU

[555] Loewenstein, J. (2013, December 10). Shrinking royalty checks. *Thedailyreview.com*. Retrieved from http://thedailyreview.com/news/shrinking-royalty-checks-1.1598195

Sgt. Kylan Klauzer, an investigator in Dickinson, in western North Dakota. The Dickinson police handled 41 violent crimes last year, up from seven only five years ago."[556]

- November 21, 2013 – The Multi-State Shale Research Collaborative released a six-state collaborative report demonstrating that the oil and gas industry has greatly exaggerated the number of jobs created by drilling and fracking in shale formations. The report found that far from the industry's claims of 31 direct jobs created per well, only four jobs are created for each well. It also demonstrated that almost all of the hundreds of thousands of 'ancillary' jobs that the drilling industry claims are related to shale drilling existed before such drilling occurred. As Frank Mauro, Executive Director Emeritus of the Fiscal Policy Institute put it, "Industry supporters have exaggerated the jobs impact in order to minimize or avoid altogether taxation, regulation, and even careful examination of shale drilling."[557]

- November 12, 2013 – *The American Banker* reported that the "Fracking Boom Gives Banks Mortgage Headaches," with a number of financial institutions refusing to make mortgages on land where oil and gas rights have been sold to an energy company. The article stated that the uniform New York state mortgage agreement used by Fannie Mae and Freddie Mac requires that homeowners not permit any hazardous materials to be used or located on their property. Fracking is therefore a problem because it is just such a hazardous activity with use of hazardous materials.[558]

- September 25, 2013 – A report found that fracking is linked to significant road damage, increased truck traffic, crime, and strain on municipal and social services. Data from the past ten years on the social costs of fracking including truck accidents, arrests, and higher rates of sexually transmitted diseases are all causes for alarm.[559]

- September 12, 2013 – In a feature titled "Pa. fracking boom goes bust," *The Philadelphia Inquirer* presented data from the independent Keystone Research Center detailing "flat at best" job growth and declines in production and royalty payments.[560]

---

[556] Healy, J. (2013, November 30). As oil floods plains towns, crime pours in. *The New York Times*. Retrieved from http://www.nytimes.com/2013/12/01/us/as-oil-floods-plains-towns-crime-pours-in.html?smid=tw-share&_r=0

[557] Campbell, J. (2013, November 21). Report: Industry-backed studies exaggerate fracking job estimates. *Politics on the Hudson*. Retrieved from http://polhudson.lohudblogs.com/2013/11/21/report-industry-backed-studies-exaggerate-fracking-job-estimates/

[558] Peters, A. (2013, November 12). Fracking boom gives banks mortgage headaches. *American Banker*. Retrieved from http://www.americanbanker.com/issues/178_218/fracking-boom-gives-banks-mortgage-headaches-1063561-1.html

[559] Gibbons, B. S. (2013, September 25). Environmental groups calculate social cost of natural gas boom. *The Times-Tribune*. Retrieved from http://thetimes-tribune.com/news/environmental-groups-calculate-social-cost-of-natural-gas-boom-1.1558186

[560] Bunch, W. (2013, September 12). Pa. fracking boom goes bust. *Philly.com*. Retrieved from http://articles.philly.com/2013-09-12/news/41974274_1_fracking-boom-penn-state-marcellus-center-marcellus-shale

- August 22, 2013 – A University of Denver study in the *Journal of Real Estate Literature* found a 5 to 15 percent reduction in bid value for homes near gas drilling sites.[561]

- August 21, 2013 – *The Atlantic Cities* and *MSN Money* reported that fracking operations may be damaging property values and may impair mortgages or the ability to obtain property insurance.[562, 563]

- August 13, 2013 – A *ProPublica* investigative analysis found that Chesapeake Energy is coping with its financial difficulties in Pennsylvania by shifting costs to landowners who are now receiving drastically reduced royalty payments.[564]

- August 4, 2013 – In a survey of West Virginia landowners with shale wells on their property, more than half reported problems including damage to the land, decline in property values, truck traffic, and lack of compensation by the oil and gas company.[565]

- May 24, 2013 – Pennsylvania Department of Transportation Secretary Allen D. Biuhler and Pennsylvania State Police Commissioner Frank Pawlowski said that gas drilling has led to increases in truck traffic, traffic violations, crime, demand for social services, and the number of miles of roads that are in need of repairs. They noted that drilling companies that committed to repairing roads have not kept pace with the roads they damage. Commissioner Pawlowski reported that 56 percent of 194 trucks checked were over the legal weight limit and 50 percent were also cited for safety violations.[566]

- May 4, 2013 – Pennsylvania's *Beaver County Times* asked, "What boom?" in pointing to Keystone Research Center data showing that the number of jobs numbers created by shale gas extraction do not add up to what the gas industry claims, noting that unemployment has increased and the state actually fell to 49th in the nation for job creation.[567]

---

[561] Downing, B. (2013, April 22). Survey says home values hurt by fracking at drill sites. *Ohio.com*. Retrieved from http://www.ohio.com/blogs/drilling/ohio-utica-shale-1.291290/survey-says-home-values-hurt-by-fracking-at-drill-sites-1.422838

[562] Drouin, R. (2013, August 19). How the fracking boom could lead to a housing bust. *Citylab*. Retrieved from http://www.theatlanticcities.com/politics/2013/08/how-fracking-boom-could-lead-housing-bust/6588/

[563] Notte, J. (2013, August 21). Fracking leaves property values tapped out. *MSN Money*. Retrieved from http://money.msn.com/now/post--fracking-leaves-property-values-tapped-out

[564] Lustgarten, A. (2013, August 13). Unfair share: How oil and gas drillers avoid paying royalties. *ProPublica*. Retrieved from http://www.propublica.org/article/unfair-share-how-oil-and-gas-drillers-avoid-paying-royalties

[565] Collins, A. R. & Nkansah, K. (2013, August 4). *Divided rights, expanded conflict: The impact of split estates in natural gas production* [Scholarly project]. Retrieved from http://ageconsearch.umn.edu/bitstream/150128/2/Collins_Nkahsah_Split%20estate.pdf

[566] PR Newswire. (2014, May 24). Increased gas drilling activities bringing new challenges to local governments in Pennsylvania. *PR Newswire*. Retrieved from http://www.prnewswire.com/news-releases/increased-gas-drilling-activities-bringing-new-challenges-to-local-governments-in-pennsylvania-94774764.html

[567] Morgan, R. (2013, May 4). Beaver County Times: What boom? Industry pundits claim thousands of jobs will be created, but numbers don't quite add up. *Keystone Research Center*. Retrieved from http://keystoneresearch.org/media-center/media-coverage/beaver-county-times-what-boom-industry-pundits-claim-thousands-jobs-will

- April 2, 2013 – The *New York Times* reported that manufacturing jobs resulting from an abundance of shale gas have not appeared. "The promised job gains, other than in the petrochemical industry, have been slow to materialize," The *New York Times* reported. The article suggested that increased automation has made it unlikely that manufacturers will add many jobs.[568]

- March 19, 2013 – The *Wall Street Journal* reported that the shale gas boom has not had a big impact on U.S. manufacturing because lower energy prices are only one factor in a company's decision on where to locate factories, and not always the most important factor. "Cheap energy flowing from the U.S. shale-gas boom is often touted as a 'game changer' for manufacturing," the *Journal* reported. "Despite the benefits of lower energy costs, however, the game hasn't changed for most American manufacturers."[569]

- February 2013 – A peer-reviewed analysis of industry-funded and independent studies on the economics of fracking found that it is unlikely that fracking will lead to long-term economic prosperity for communities. The analysis noted that shale gas development brings a number of negative externalities including the potential for water, air, and land contamination; negative impacts on public health; wear and tear on roads and other infrastructure; and costs to communities due to increased demand for services such as police, fire departments, emergency responders, and hospitals.[570]

- November 16, 2012 – A Duke University study showed a drop in home values near fracking for properties that rely on groundwater.[571]

- September 27, 2012 – The *New York Times* reported that the prospect of fracking has hindered home sales in the Catskills and raised concerns about drops in property values, according to real estate agents and would-be buyers.[572]

- August 17, 2012 – A study by the state agencies, the Montana All Threat Intelligence Center and the North Dakota State and Local Intelligence Center, found that crime rose by 32 percent since 2005 in communities at the center of the oil and gas boom.[573]

---

[568] Schwartz, N. D. (2013, April 01). Rumors of a cheap-energy jobs boom remain just that. *The New York Times*. Retrieved from http://www.nytimes.com/2013/04/02/business/economy/rumors-of-a-cheap-energy-jobs-boom-remain-just-that.html?_r=0

[569] Hagerty, J. R. (2013, March 19). Shale-gas boom alone won't propel U.S. industry. *The Wall Street Journal*. Retrieved from http://online.wsj.com/news/articles/SB10001424127887324392804578362781776519720

[570] Barth, J. M. (2013). The Economic Impact of Shale Gas Development on State and Local Economies: Benefits, Costs, and Uncertainties. *NEW SOLUTIONS: A Journal of Environmental and Occupational Health Policy, 23*(1), 85-101. doi: 10.2190/NS.23.1.f

[571] Muoio, D. (2012, November 16). Duke researchers show dip in home value caused by nearby fracking. *The Chronicle*. Retrieved from http://www.dukechronicle.com/articles/2012/11/16/duke-researchers-show-dip-home-value-caused-nearby-fracking

[572] Navarro, M. (2012, September 27). Gas drilling jitters unsettle Catskills sales. *The New York Times*. Retrieved from http://www.nytimes.com/2012/09/30/realestate/fracking-fears-hurt-second-home-sales-in-catskills.html?pagewanted=1

[573] Montana All Threat Intelligence Center, & North Dakota State and Local Intelligence Center. (2012, August 17). *Impact of population growth on law enforcement in the Williston Basin region* (Rep.). Retrieved from http://www.ag.nd.gov/reports/JOINTPRODUCTFINAL.pdf

- October 30, 2011 – A comprehensive article in the *New York State Bar Association Journal* concluded that the risks inherent with fracking threaten mortgages.[574]

- October 26, 2011 – The Associated Press reported that areas with significant fracking activity, including Pennsylvania, Wyoming North Dakota and Texas, are "seeing a sharp increase in drunken driving, bar fights and other hell-raising."[575]

- October 19, 2011 – A *New York Times* investigation found that fracking can create conflicts with mortgages, and that "bankers are concerned because many leases allow drillers to operate in ways that violate rules in landowners' mortgages," and further that "[f]earful of just such a possibility, some banks have become reluctant to grant mortgages on properties leased for gas drilling. At least eight local or national banks do not typically issue mortgages on such properties, lenders say."[576]

- September 7, 2011 – The NYS DEC estimated that 77 percent of the workforce on initial shale gas drilling projects would consist of transient workers from out of state. Not until the thirtieth year of shale gas development would 90 percent of the workforce be comprised of New York residents.[577]

- August 15, 2011 – The *Pittsburgh Post-Gazette* reported that increases in crime followed the Pennsylvania gas drilling boom, noting, for instance, that drunken driving arrests in Bradford County were up 60 percent, DUI arrests were up 50 percent in Towanda, and criminal sentencing was up 35 percent in 2010.[578]

- July 26, 2011 – A New York State Department of Transportation document estimated that fracking in New York could result in the need for road repairs and reconstruction costing $211 million to $378 million each year.[579]

---

[574] Radow, E. N. (2011). Homeowners and gas drilling leases: Boon or bust? *New York State Bar Association Journal, 83*(9). Retrieved from http://www.s-oacc.org/resources/NYSBA_Journal_nov-dec2011_lead_article_with_reprint_info.pdf

[575] Levy, M. (2011, October 26). Towns see crime, carousing surge amid gas boom. *Associated Press.* Retrieved from http://news.yahoo.com/towns-see-crime-carousing-surge-amid-gas-boom-135643480.html

[576] Urbina, 1. (2011, October 19). A rush to sign leases for gas runs into mortgage restriction. *The New York Times.* Retrieved from http://www.nytimes.com/2011/10/20/us/rush-to-drill-for-gas-creates-mortgage-conflicts.html?_r=2&hp&

[577] New York State Department of Environmental Conservation. (2011). *Supplemental generic environmental impact statement on the oil, gas and solution mining regulatory program, well permit issuance for horizontal drilling and high-volume hydraulic fracturing to develop the Marcellus shale and other low-permeability gas reservoirs* (6-233, 234, Rep.).

[578] Needles, Z. (2011, August 15). Must crime follow Pennsylvania's gas drilling boom? *Pittsburgh Post-Gazette.* Retrieved from http://www.post-gazette.com/stories/business/legal/must-crime-follow-pennsylvanias-gas-drilling-boom-310373/

[579] Reilly, S. (2011, July 26). Document estimates fracking's toll on N.Y. roads. *Pressconnects.com.* Retrieved from http://www.pressconnects.com/article/20110726/NEWS01/107260384/Document-estimates-fracking-s-toll-N-Y-roads

- June 20, 2011 – A Keystone Research Center study found that the gas industry's claim of 48,000 jobs created between 2007 and 2010 as a result of natural gas drilling in Pennsylvania is a far cry from the actual number of only 5,669 jobs—many of which were out-of-state hires.[580]

- May 9, 2011 – A study in the *Journal of Town & City Management* found that shale gas development can impose "significant short- and long-term costs" to local communities. The study noted that shale gas development creates a wide range of potential environmental hazards and stressors, all of which can adversely impact regional economies, including tourism and agriculture sectors.[581]

- November 30, 2010 – The *Dallas Morning News* featured a story, "Drilling Can Dig into Land Value," reporting that the Wise County Central Appraisal District Appraisal Review Board found that a drilling company had caused an "extraordinary reduction" in property value, by 75 percent.[582]

- November 28, 2010 – The Texas *Wise County Messenger* reported that some landowners near fracking operations experience excessive noise, exposure to diesel fumes, and problems with trespassing by workers.[583]

## Inflated estimates of oil and gas reserves and profitability

*Industry estimates of oil and gas reserves and profitability of drilling have proven unreliable, casting serious doubts on the bright economic prospects the industry has painted for the public, media, and investors. Increasingly, well production has been short-lived, which has led companies drilling shale to reduce the value of their assets by billions of dollars, creating shortfalls that are largely filled through asset sales and increasing debt load. The recent fall in oil and gas prices means that interest payments are consuming revenue of many smaller companies, raising questions about who becomes the custodian of wells and infrastructure when companies abandon operations. In Alberta, Canada, newly abandoned wells dot the landscape, leaving the provincial government to close down and dismantle them—a task estimated to require decades.*

- June 19, 2015 – A *Bloomberg Business* analysis of the 62 drilling companies in the Bloomberg Intelligence North America Independent Exploration and Production Index

[580] Herzenberg, S. (2011). Drilling deeper into job claims. Keystone Research Center. Retrieved from http://keystoneresearch.org/sites/keystoneresearch.org/files/Drilling-Deeper-into-Jobs-Claims-6-20-2011_0.pdf
[581] Christopherson, S. & Rightor, N. (2011). How shale gas extraction affects drilling localities: Lessons for regional and city policy makers. *Journal of Town & City Management, 2*(4), 1-20. Retrieved from http://www.greenchoices.cornell.edu/downloads/development/shale/Economic_Effects_on_Drilling_Localities.pdf
[582] Heinkel-Wolfe, P. (2010, September 18). Drilling can dig into land value. *Dallas News*. Retrieved from http://www.dallasnews.com/incoming/20100918-Drilling-can-dig-into-land-value-9345.ece
[583] Evans, B. (2010, November 28). Rising volume: 'Fracking' has bolstered economies, but noise still echoes around drilling. *WCMessenger.com*. Retrieved from http://www.wcmessenger.com/2010/news/rising-volume-fracking-has-bolstered-economies-but-noise-still-echoes-around-drilling/

found that the companies' debt continued to be a major problem. For 27 of the 62 companies, interest payments were consuming more than 10 percent of revenue. Drillers' debt rose to $235 billion at the end of the first quarter, a 16 percent increase over the year prior. *Bloomberg Business* expressed concern that shale drillers have "consistently spent money faster than they've made it, even when oil was $100 a barrel." S&P assigned speculative, or junk, ratings to 45 of the 62 companies in Bloomberg's index.[584]

- April 7, 2015 – A Moody's Investors Service analysis of Liquefied Natural Gas (LNG) prospects found that lower oil prices were causing suppliers to defer or cancel most proposed LNG projects. Moody's found that this was due in part to the drop in international oil prices relative to U.S. natural gas prices, thus removing the economic advantage of U.S. LNG projects. Moody's stated, "LNG is a capital-intensive infrastructure business prone to periodic construction cycles that lead to overcapacity, which we expect will continue for the rest of the decade."[585]

- March 20, 2015 – A study by the Energy Watch Group in Germany found that the costs of allowing fracking in Germany would outweigh the benefits, noting in part that natural gas trading in the United States has been declining since 2009. The study also noted the costs of infrastructure, environmental and health risks and pointed to the need to expand renewable energy.[586]

- December, 2014 – An International Energy Agency (IEA) report projected that U.S. domestic oil supplies, dominated by fracking, face challenges, and oil output from shale formations output, will level off and decline in the early 2020s.[587] IEA Chief Economist Fatih Birol said, "A well-supplied oil market in the short-term should not disguise the challenges that lie ahead."[588]

- August 29, 2014 – Andrew Nikiforuk, a Canadian energy analyst, reported on diminishing returns and the higher-cost, higher-risk nature of fossil fuel extraction by fracking. Nikiforuk wrote, "Most of the world's oil and gas firms are now pursuing extreme hydrocarbons because the cheap and easy stuff is gone…. That means industry will spend more good money chasing poor quality resources. They will inefficiently mine

---

[584] Loder, A. (2015, June 18). The shale industry could be swallowed by its own debt. *Bloomberg Business.* Retrieved from http://www.bloomberg.com/news/articles/2015-06-18/next-threat-to-u-s-shale-rising-interest-payments

[585] Moody's Investors Service. (2015, April 7). Lower oil prices cause suppliers of liquefied natural gas to nix projects. Retrieved from https://www.moodys.com/research/Moodys-Liquefied-natural-gas-projects-nixed-amid-lower-oil-prices---PR_322439

[586] Sagener, N. (2015, March 26). Fracking costs outweigh benefits for Germany and Europe, study says. *EurActiv.* Retrieved from http://www.euractiv.com/sections/energy/fracking-costs-outweigh-benefits-germany-and-europe-study-says-313087

[587] International Energy Agency. (2014, December). World Energy Outlook 2014 Executive Summary. Retrieved from http://www.iea.org/publications/freepublications/publication/WEO_2014_ES_English_WEB.pdf

[588] Dimick, D. (2014, December 19). How long can the U.S. oil boom last? *National Geographic.* Retrieved from http://news.nationalgeographic.com/news/2014/12/141219-fracking-oil-supply-price-reserves-profits-environment/

and frack ever larger land bases at higher environmental costs for lower energy returns."[589]

- July 29, 2014 – According to the U.S. Energy Information Administration, energy companies are incurring increasing debt and selling assets to continue drilling in shale. "Based on data compiled from quarterly reports, for the year ending March 31, 2014, cash from operations for 127 major oil and natural gas companies totaled $568 billion, and major uses of cash totaled $677 billion, a difference of almost $110 billion. This shortfall was filled through a $106 billion net increase in debt and $73 billion from sales of assets...."[590]

- July 2014 – Researchers at the Washington, DC-based Environmental Law Institute and Washington & Jefferson College in Pennsylvania collaborated to produce a report designed in part to help communities avoid the "boom and bust" cycles of extractive industries. Authors warned, "While resource extraction has long been regarded as an economic benefit, a body of academic literature suggests that long term growth based chiefly on resource extraction is rare." Confounding factors include transience of the workforce, localized inflation, widening disparities in royalties and impact fee disbursement, commodity price volatility, and communities overspending on infrastructure.[591]

- June 19, 2014 – Energy analyst Deborah Lawrence Rogers outlined the spiraling debt and severe deterioration of the assets of five major shale gas drillers over the last five years. She concluded, "This is not sustainable. It could be argued that it is not even moral. It is a failed business model of epic proportion. While companies could make the argument at one time that this was a short term downtrend, that no longer holds water because this pattern is long term."[592]

- April 10, 2014 – A report by a petroleum geologist and petroleum engineer concluded the 100-year supply of shale gas is a myth, distinguished between what is technically recoverable and economically recoverable shale gas, and asserted that at current prices, New York State has no economically recoverable shale gas.[593]

---

[589] Nikiforuk, A. (2014, August 29). A big summer story you missed: soaring oil debt returns diminish as energy companies resort to higher-cost, higher-risk hydrocarbons. *The Tyee*. Retrieved from http://thetyee.ca/Opinion/2014/08/29/Soaring-Oil-Debt-Summer/
[590] US Energy Information Administration. (2014, July 29). As cash flows flatten, major energy companies increase debt, sell assets. *Today in Energy*. Retrieved from http://www.eia.gov/todayinenergy/detail.cfm?id=17311
[591] Environmental Law Institute and Washington & Jefferson College. (2014, July). Getting the boom without the bust: Guiding Southwestern Pennsylvania through shale gas development. Retrieved from http://www.eli.org/sites/default/files/eli-pubs/getting-boom-final-paper-exec-summary-2014-07-28.pdf
[592] Rogers, D. L. (2014, June 19). Huge CAPEX = free cash flow? Not in shales. *Energy Policy Forum*. Retrieved from http://energypolicyforum.org/2013/06/19/huge-capex-free-cash-flow-not-in-shales/
[593] Labyrinth Consulting Services, Inc., Berman, A., and Pittinger, L. (2014). Resource Assessment of Potentially Producible Natural Gas Volumes From the Marcellus Shale, State of New York. Retrieved from: http://www.lwvny.org/

- February 28, 2014 – Maria van der Hoeven, Executive Director of the IEA, said in an interview with *The Christian Science Monitor* that there is only a decade left in the U.S. shale oil and gas boom, noting that her agency's analysis predicts that production will soon flatten out and, by 2025, begin to decline.[594]

- December 18, 2013 – A University of Texas study in *Proceedings of the National Academy of Sciences* found that fracking well production drops sharply with time, which undercuts the oil and gas industry's economic projections.[595] In an interview about the study with *StateImpact NPR* in Texas, Tad Patzek, Chair of the Department of Petroleum and Geosystems Engineering at University of Texas at Austin, noted that fracking "also interferes now more and more with daily lives of people. Drilling is coming to your neighborhood, and most people abhor the thought of having somebody drilling a well in their neighborhood."[596]

- August 18, 2013 – *Bloomberg News* reported that low gas prices and disappointing wells have led major companies to devalue oil and gas shale assets by billions of dollars.[597]

- October 21, 2012 – The *New York Times* reported that many gas drilling companies overproduced natural gas backed by creative financing and now "are committed to spending far more to produce gas than they can earn selling it." "We are all losing our shirts today," said Exxon CEO Rex Tillerson in the summer of 2012.[598]

- July 13, 2012 – *The Wall Street Journal* reported that ITG Investment Research, at the request of institutional investors, evaluated the reserves of Chesapeake Energy Corporation's shale gas reserves in the Barnett and Haynesville formations and found them to be only 70 percent of estimates by Chesapeake's engineering consultant for the company's 2011 annual report. Chesapeake and its consultant defended their figures.[599]

- August 23, 2011 – The U.S. Geological Survey (USGS) cut the government's estimates of natural gas in the Marcellus Shale from 410 trillion cubic feet to 84 trillion cubic feet, equivalent to a reduction from approximately 16 years of U.S. consumption at current levels of natural gas use, to approximately 3.3 years of consumption. The USGS's

[594] Unger, D. J. (2014, February 28). IEA chief: Only a decade left in US shale oil boom. *The Christian Science Monitor*. Retrieved from http://www.csmonitor.com/Environment/Energy-Voices/2014/0228/IEA-chief-Only-a-decade-left-in-US-shale-oil-boom

[595] Patzek, T. W., Male, F., & Marder, M. (2013). Gas production in the Barnett Shale obeys a simple scaling theory. *Proceedings of the National Academy of Sciences, 110*(49), 19731-19736. doi: 10.1073/pnas.1313380110

[596] Buchele, M. (2013, December 18). New study shows how gas production from "fracked" wells slows over time. *StateImpact*. Retrieved from http://stateimpact.npr.org/texas/2013/12/18/new-study-shows-how-gas-production-from-fracked-wells-slows-over-time/

[597] Monks, M., Penty, R., & De Vynck, G. (2013, August 18). Shale grab in U.S. stalls as falling values repel buyers. *Bloomberg*. Retrieved from http://www.bloomberg.com/news/2013-08-18/shale-grab-in-u-s-stalls-as-falling-values-repel-buyers.html

[598] Krauss, C., & Lipton, E. (2012, October 20). After the boom in natural gas. *The New York Times*. Retrieved from http://www.nytimes.com/2012/10/21/business/energy-environment/in-a-natural-gas-glut-big-winners-and-losers.html?pagewanted=all

[599] Wirz, M. (2013, July 13). Chesapeake reserve doubted. *The Wall Street Journal*. Retrieved from http://online.wsj.com/news/articles/SB10001424052702303644004577523411723501548

updated estimate was for natural gas that is technically recoverable, irrespective of economic considerations such as the price of natural gas or the cost of extracting it.[600]

- June 26-27, 2011 – As reported in two *New York Times* stories, hundreds of emails, internal documents, and analyses of data from thousands of wells from drilling industry employees, combined with documents from federal energy officials, raised concerns that shale gas companies were overstating the amount of gas in their reserves and the profitability of their operations.[601, 602, 603] The *New York Times'* public editor criticized the stories, but offered no evidence that the major findings were wrong.[604] The *New York Times'* news editors publicly defended both stories against the public editor's criticism.[605, 606]

## Disclosure of serious risks to investors

*A snapshot of the dangers posed by natural gas drilling and fracking can be found in the annual Forms 10-K that oil and natural gas companies are required to file with the U.S. Securities and Exchange Commission (SEC). The information so contained in these reports, which provide a comprehensive summary of a company's financial performance, provides a window into the harms and risks of fracking that are otherwise shielded from view by "gag order" clauses in court settlements, non-disclosure agreements between industry and landowners, and trade secret claims in regards to the chemical ingredients of fracking fluid. In this, the Form 10-K can serve as an imperfect surrogate for right-to-know data.*

Federal law requires that companies offering stock to the public disclose in their Form 10-K, among other things, the "most significant factors that make the offering speculative or risky."[607] In a review of Forms 10-K spanning the past decade available on the SEC's

---

[600] United States Geological Survey. (2011, August 23). USGS releases new assessment of gas resources in the Marcellus shale, Appalachian Basin. *USGS Newsroom*. Retrieved from http://www.usgs.gov/newsroom/article.asp?ID=2893&from=rss_home#.Uok0mGRO_GA.

[601] Urbina, I. (2011, June 25). Insiders sound an alarm amid a natural gas rush. *The New York Times*. Retrieved from http://www.nytimes.com/2011/06/26/us/26gas.html?pagewanted=all

[602] U.S. Energy Information Administration. (2014, May 30). U.S. Natural Gas Summary. Retrieved from http://www.eia.gov/dnav/ng/ng_sum_lsum_dcu_nus_a.htm

[603] Urbina, I. (2011, August 24). Geologists sharply cut estimate of shale gas. *The New York Times*. Retrieved from http://www.nytimes.com/2011/08/25/us/25gas.html

[604] Brisbane, A. S. (2011, July 16). Clashing views on the future of natural gas. *The New York Times*. Retrieved from http://www.nytimes.com/2011/07/17/opinion/sunday/17pubed.html?gwh=7D408242717755A0E06B0D265498E177&gwt=pay&assetType=opinion&_r=0

[605] Brisbane, A. S. (2011, July 17). Times editors respond to my shale gas column. *The New York Times*. Retrieved from http://publiceditor.blogs.nytimes.com/2011/07/17/times-editors-respond-to-my-shale-gas-column/

[606] Brisbane, A. S. (2011, July 30). Times editors respond to column on redactions. *The New York Times*. Retrieved from http://publiceditor.blogs.nytimes.com/2011/07/30/times-editors-respond-to-column-on-redactions/

[607] See 17 C.F.R. § 229.503(c) (companies must disclose the "most significant" risks); 17 C.F.R. § 230.405 ("the term material, when used to qualify a requirement for the furnishing of information as to any subject, limits the information required to those matters to which there is a substantial likelihood that a reasonable investor would attach importance in determining whether to purchase the security registered"); 17 C.F.R. § 240.10b-5 (it is illegal

140

website, oil and natural gas companies have routinely warned of drilling's serious risks. In the words of Exxon Mobil Corporation's subsidiary XTO Energy, "our operations are subject to hazards and risks inherent in drilling"[608]; or in the language of Range Resources Corporation, "development and exploratory drilling and production activities are subject to many risks."[609]

Such hazards and risks include leaks, spills, explosions, blowouts, environmental damage, property damage, injury, and death. Chesapeake Energy Corporation has stated that "horizontal and deep drilling activities involve greater risk of mechanical problems than vertical and shallow drilling operations."[610] Over the past 15 years, companies have combined horizontal drilling with hydraulic fracturing to tap natural gas and oil in shale formations.

The companies also routinely warn of inadequate insurance to cover drilling harms. According to XTO Energy, "we are not fully insured against all environmental risks, and no coverage is maintained with respect to any penalty or fine required to be paid by us."[611] Range Resources states that "we can provide no assurance that our coverage will adequately protect us against liability from all potential consequences, damages and losses."[612]

Houston-based Noble Energy provides a representative example of the risks that at least several drilling companies include in their annual reports. Noble states:

> Our operations are subject to hazards and risks inherent in the drilling, production and transportation of crude oil, natural gas and NGLs [natural gas liquids], including:
> - injuries and/or deaths of employees, supplier personnel, or other individuals;
> - pipeline ruptures and spills;
> - fires, explosions, blowouts and well cratering;
> - equipment malfunctions and/or mechanical failure on high-volume, high-impact wells;
> - leaks or spills occurring during the transfer of hydrocarbons from an FPSO [floating production storage and offloading vessels] to an oil tanker;
> - loss of product occurring as a result of transfer to a rail car or train derailments;
> - formations with abnormal pressures and basin subsidence which could result in leakage or loss of access to hydrocarbons;
> - release of pollutants;
> - surface spillage of, or contamination of groundwater by, fluids used in operations;
> - security breaches, cyber attacks, piracy, or terroristic acts;

---

"to make any untrue statement of a material fact or to omit to state a material fact . . . in connection with the purchase or sale of any security); 17 C.F.R. 249.310 (requiring Form 10-K, "for annual and transition reports pursuant to sections 13 or 15(d) of the Securities Exchange Act of 1934.")
[608] XTO Energy Corp., Annual Report (Form 10-K) (Feb. 25, 2010) at 25.
[609] Range Resources Corp., Annual Report (Form 10-K) (Feb. 24, 2015) at 22.
[610] Chesapeake Energy Corp., Annual Report (Form 10-K) (Feb. 27, 2015) at 18.
[611] XTO Energy Corp., Annual Report (Form 10-K) (Feb. 25, 2010) at 17.
[612] Range Resources Corp., Annual Report (Form 10-K) (Feb. 24, 2015) at 26.

- theft or vandalism of oilfield equipment and supplies, especially in areas of active onshore operations;
- hurricanes, cyclones, windstorms, or "superstorms," which could affect our operations in areas such as the Gulf Coast, deepwater Gulf of Mexico, Marcellus Shale or Eastern Mediterranean;
- winter storms and snow which could affect our operations in the DJ Basin [Denver-Julesburg Basin in Colorado] or Marcellus Shale;
- extremely high temperatures, which could affect third party gathering and processing facilities in the DJ Basin;
- volcanoes which could affect our operations offshore Equatorial Guinea;
- flooding which could affect our operations in low-lying areas;
- harsh weather and rough seas offshore the Falkland Islands, which could limit certain exploration activities; and
- pandemics and epidemics, such as the Ebola virus, which is ongoing in certain regions of West Africa and may adversely affect our business operations through travel or other restrictions.

Any of these can result in loss of hydrocarbons, environmental pollution and other damage to our properties or the properties of others.[613]

Noble has language similar to that found in other companies' annual reports about inadequate insurance and adds, "we do not have insurance for gradual pollution nor do we have coverage for penalties or fines that may be assessed by a governmental authority."[614]

The risks identified by these oil and gas companies are not just hypothetical. Many, if not all of these risks are reflected in the evidence compiled in other sections of this Compendium.

## Medical and scientific calls for more study and more transparency

*With increasing urgency, groups of medical professionals and scientists are issuing calls for comprehensive, long-term study of the full range of the potential health and ecosystem effects of drilling and fracking. These appeals underscore the accumulating evidence of harm, point to the major knowledge gaps that remain, and denounce the atmosphere of secrecy and intimidation that continues to impede the progress of scientific inquiry. Health professionals and scientists in the United States and around the world have urged tighter regulation of and, in some cases, suspension of unconventional gas and oil extraction activities in order to limit, mitigate, or eliminate its serious, adverse public health hazards.*

- June 9, 2015 – Information on individual exposures and local environmental conditions prior to the commencement of fracking in a given area is often "unavailable or hard to

---

[613] Noble Energy, Annual Report (Form 10-K) (Feb. 19, 2015) at 38.
[614] Noble Energy. Annual Report (Form 10-K) (Feb 19, 2015) at 79.

142

obtain. These and other data gaps have hindered the kind of large-scale epidemiological studies that can link exposures to actual health outcomes, with valid comparison groups," wrote public health journalist David Tuller in the journal *Health Affairs*.[615] In an interview with *Michigan Radio*, Tuller noted that, because well development happens quickly, there was generally a lack of pre-drilling baseline studies.[616]

- April 17, 2015 – Using sophisticated Geographic Information Systems (GIS) tools to examine distribution of fracking wells compared to distribution of vulnerable populations, Clark University researchers found consistent evidence that, in the Pennsylvania Marcellus Shale region, census tracts with potential exposure to pollution from fracking wells contained "significantly higher" percentages of poor people. They also found clusters of vulnerable populations concentrated near drilling and fracking in all three states they studied: Pennsylvania (for poverty and elderly population), West Virginia (for poverty, elderly population, and education level) and Ohio (for children). Researchers also reported difficulty in accessing high quality and consistent unconventional well data in all three states, demonstrating an "urgent need" for common data collection and reporting.[617] Another GIS-based study sought to begin to fill this gap in data on spatially distributed risks of fracking, identifying Pennsylvania populations at "very high" and "high" risk in over a dozen counties. The author called for more focus on those areas to understand the impacts of fracking.[618]

- March 30, 2015 – The UK medical organization Medact published a report, *Health & Fracking: The Impacts and Opportunity Costs*, which concluded that fracking poses significant risks to public health and called for an immediate moratorium to allow time for a full and comprehensive health and environmental impact assessment to be completed.[619] The report was supported by a letter published in the *British Medical Journal* calling for shale gas development to be put on hold, signed by the Climate and Health Council and over a dozen senior health professionals. The letter stated, "The arguments against fracking on public health and ecological grounds are overwhelming. There are clear grounds for adopting the precautionary principle and prohibiting fracking."[620]

- February 17, 2015 – Writing in the *Canadian Medical Association Journal*, a public health scientist and medical doctor briefly reviewed the human health risks of fracking documented to date and made the case for a health care worker role in insisting on improved understanding. They cited worker and community safety issues as the biggest

[615] Tuller, D. (2015). As fracking booms, dearth of health risk data remains. *Health Affairs, 34* (6), 903-906.
[616] Williams, R. (June 9, 2015). Why there are gaps in public health studies on fracking. *Michigan Radio.* Retrieved from http://michiganradio.org/post/why-there-are-gaps-public-health-studies-fracking#stream/0
[617] Ogneva-Himmelberger, Y. & Huang, L. (2015). Spatial distribution of unconventional gas wells and human populations in the Marcellus Shale in the United States: Vulnerability analysis. *Applied Geography, 60.* 165-174.
[618] Meng, Q. (2015). Spatial analysis of environment and population at risk of natural gas fracking in the state of Pennsylvania, USA. *Science of the Total Environment, 515-516.* 198-206.
[619] Medact. (2015). *Health & fracking: The impacts and opportunity costs.* London: McCoy, D. & Saunders, P.
[620] Stott, R., Atkinson, S., Montgomery, H., Rao, M., McKee, M., Gerada, C., . . . Popay, J. (2014). Public Health England's draft report on shale gas extraction. *BMJ, 348.* Retrieved from http://www.bmj.com/content/348/bmj.g2728/rr

short-term risks, but emphasized that more needs to be known "before health care providers can definitively respond to their patients' and communities' concerns.… Physicians may wish to advocate delaying new development activities until the potential health effects are better understood."[621]

- January 22, 2015 –The acting head of research at the Cancer Association of South Africa, Carl Albrecht, said that known carcinogenic chemicals used in fracking could lead to an epidemic of cancer in South Africa's Karoo desert. As South Africa was poised to publish draft regulations, Albrecht said that the effect of fracking on human health was ignored.[622]

- January 19, 2015 – In an article that reviewed research and research gaps, a team of British and U.S. medical and scientific professionals urged the United Kingdom and other nations to engage in science before engaging in fracking. They warned that even strong regulations may not effectively address air pollution from fracking, and that "permanent, adverse environmental, climatic, and population health impacts" may exist in some cases.[623]

- December 17, 2014 – In an editorial, Rutgers University environmental exposure expert Paul J. Lioy (now deceased) highlighted fracking as an area in which accurate exposure monitoring and risk assessment did not yet exist. Lioy emphasized that the relevant research was compartmentalized and fragmented and that exposures and health outcomes around unconventional natural gas development need to be systematically addressed through "well-defined exposure studies in communities and workplaces."[624]

- December 5, 2014 – A team of medical and scientific researchers, including from the Institute for Health and Environment at the State University of New York (SUNY) at Albany, reviewed the scientific evidence that both adult and early life—including prenatal—exposure to chemicals from fracking operations can result in adverse reproductive health and developmental effects. These include: endocrine-disrupting chemicals potentially increasing risk for reproductive problems, breast cancer, abnormal growth and developmental delays, and changes in immune function; benzene, toluene and xylene (BTX chemicals) increasing risk for impaired sperm quantity and quality in men and menstrual and fertility problems in women; and heavy metals increasing the risk of miscarriage and/or stillbirths. Potential exposures occur through both air and water. Based on their review, the authors concluded, "Taken together, there is an urgent need for the following: 1) biomonitoring of human, domestic and wild animals for these chemicals; and 2) systematic and comprehensive epidemiological studies to examine the

---

[621] Bharadwaj, L. & Goldstein, B. D. (2015). Shale gas development in Canada: What are the potential health effects? *CMAJ, 187* (3), E99-E100.
[622] Vecchiatto, P. (January 22, 2015). Chemicals used in fracking 'could cause cancer.' *Business Day BDlive*. Retrieved from http://www.bdlive.co.za/business/energy/2015/01/22/chemicals-used-in-fracking-could-cause-cancer
[623] Hays, J., Finkel, M. L., Depledge, M., Law, A., & Shonkoff, S. B. C. (2015). Considerations for the development of shale gas in the United Kingdom. *Science of the Total Environment, 512–513,* 36–42.avi
[624] Lioy, P.J. (2015). Exposure science and its places in environmental health sciences and risk assessment: why is its application still an ongoing struggle in 2014? *Journal of Exposure Science and Environmental Epidemiology, 25,* 1-3.

potential for human harm."[625] Lead author Susan Nagel said in an accompanying interview, "We desperately need biomonitoring data from these people. What are people actually exposed to? What are the blood levels of people living in these areas? What are the levels in the workers?"[626]

- November 12, 2014 – A team of Australian researchers reviewed the strength of evidence for environmental health impacts of fracking based on publications from 1995 to 2014. They noted that the rapid expansion of fracking had outstripped the pace of science and that most studies focused on short-term, rather than long-term, health. Hence, "very few studies examined health outcomes with longer latencies such as cancer or developmental outcomes." Noting that no evidence exists to rule out health impacts, the team called for direct and clear public health assessments before projects are approved, longitudinal studies that include baseline data, and government and industry transparency.[627]

- September 15, 2014 – Researchers led by University of Rochester's Environmental Health Sciences Center conducted interviews in New York, North Carolina, and Ohio to evaluate community health concerns about unconventional natural gas development. They identified many areas where more study is needed, including baseline measures of air quality, ongoing environmental monitoring, and health impact assessments. They noted that other areas where data are lacking involve the assessment of drilling and fracking impacts on vulnerable populations such as very young children, and the potential consequences of interactions between exposures resulting from shale gas extraction operations. Researchers suggested incorporating the input of potentially affected community members into the development of the research agenda.[628]

- July 21, 2014 – An independent assessment report by Scientists for Global Responsibility and the Chartered Institute of Environmental Health reviewed current evidence across a number of issues associated with shale gas extraction by hydraulic fracturing, including environmental and public health risks, drawing on academic research. Among the report's conclusions: there are major shortcomings in regulatory oversight regarding local environmental and public health risks; there is a large potential for UK shale gas exploitation to undermine national and international efforts to tackle climate change; the water-intensive nature of the fracking process which could cause water shortages in many areas; the complete lack of evidence behind claims that shale gas exploitation will bring

[625] Webb, E., Bushkin-Bedient, S., Cheng, A., Kassotis, C.D., Balise, V., & Nagel, S.C. (2014). Developmental and reproductive effects of chemicals associated with unconventional oil and natural gas operations. *Reviews on Environmental Health 29*(4), 307-318.
[626] Sample, I. (2014, December 5). Fracking chemicals could pose risks to reproductive health, say researchers. *The Guardian.* Retrieved from http://www.theguardian.com/environment/2014/dec/05/fracking-chemicals-could-pose-risks-to-reproductive-health-say-researchers
[627] Werner, A.K., Vink, S., Watt, K. & Jagals, P. (2015). Environmental health impacts of unconventional natural gas development: A review of the current strength of evidence. *Science of the Total Environment, 505*, 1127–1141.
[628] Korfmacher, K.S., Gray, K.M., & Haynes, E. (2014, September 15). Health impacts of unconventional natural gas development: A comparative assessment of community information needs in New York, North Carolina, and Ohio. *Project Report, UR-UNC-UC Supplement 2012-13.* Retrieved from http://www.urmc.rochester.edu/MediaLibraries/URMCMedia/environmental-health-sciences-center/COEC/documents/UNGD-information-needs-asssessment-Final-project-report-091514.pdf

down UK energy bills; and concerns that it will impact negatively on UK energy security. Despite claims to the contrary, the report noted that evidence of local environmental contamination from shale gas exploitation is well reported in the scientific literature. It emphasizes that, "[t]here are widespread concerns over the lack of evidence on fracking-related health impacts," and that there is a lack of "substantive epidemiological study for populations exposed to shale gas extraction."[629]

- July 18, 2014 – A working group of the Environmental Health Sciences Core Centers, supported by the National Institute of Environmental Health Sciences, reviewed the available literature on the potential health impacts of fracking for natural gas. They concluded that further research is urgently needed. Needs identified included: monitoring of air and water quality over the entire lifetime of wells; further epidemiologic research addressing health outcomes and water quality; and research addressing whether air pollution associated with fracking increases the risk of pulmonary and cardiovascular disease. The working group advocated for the participation of potentially affected communities in all areas of research.[630]

- July 12, 2014 – Eli Avila, Pennsylvania's former Secretary of Health, said that health officials need to be proactive in protecting the public from the health effects of unconventional shale gas extraction. In 2011, funding was approved for a Pennsylvania public health registry to track drilling related complaints and address concerns, but was cut at the last minute. Speaking to the problem posed by the dearth of information, Avila asked, "How can you keep the public safe if you're not collecting data?"[631]

- June 30, 2014 –, The immediate past chair of the Executive Committee of the Council on Environmental Health for the American Academy of Pediatrics, Jerome A. Paulson, MD, called for industry disclosure of all ingredients of fracking fluid; thorough study of all air contaminants released from drilling and fracking operations and their protected dispersal patterns; and study and disclosure of fracking-related water contamination and its mechanisms. In a letter to the Pennsylvania Department of Environmental Protection, Paulson said:

> In summary, neither the industry, nor government agencies, nor other researchers have ever documented that [unconventional gas extraction] can be performed in a manner that minimizes risks to human health. There is now some evidence that these risks that many have been concerned about for a number of years are real risks. There is also much data to indicate that there are a number of toxic chemicals used or derived from the process, known or plausible routes of

---

[629] Harrison, G., Parkinson, S., & McFarlane, G. (2014). Shale gas and fracking: examining the evidence. Published by Scientists for Global Responsibility (SGR) and the Chartered Institute of Environmental Health (CIEH). Retrieved from http://www.cieh.org/WorkArea/showcontent.aspx?id=53520

[630] Penning, T. M., Breysse, P.N., Gray, K., Howarth, M., & Yan, B. (2014). Environmental health research recommendations from the Inter-Environmental Health Sciences Core Center Working Group on Unconventional Natural Gas Drilling Operations. *Environmental Health Perspectives, 122*(11), 1155-1159. doi: 10.1289/ehp.1408207

[631] *The Associated Press*. (2014, July 12). Expert: Pa. didn't address fracking health impacts. *York Dispatch*. Retrieved from http://www.yorkdispatch.com/ci_26135724/expert-pa-didnt-address-fracking-health-impacts

exposure of those chemicals to humans; and therefore, reason to place extreme limits on [unconventional gas extraction].[632]

- June 20, 2014 – Highlighting preliminary studies in the United States that suggest an increased risk of adverse health problems among individuals living within ten miles of shale gas operations, a commentary in the British medical journal *The Lancet* called for a precautionary approach to gas drilling in the United Kingdom. According to the commentary, "It may be irresponsible to consider any further fracking in the UK (exploratory or otherwise) until these prospective studies have been completed and the health impacts of fracking have been determined."[633]

- June 20, 2014 – Led by an occupational and environmental medicine physician, a Pennsylvania-based medical and environmental science research team documented "… the substantial concern about adverse health effects of [unconventional natural gas development] among Pennsylvania Marcellus Shale residents, and that these concerns may not be adequately represented in medical records." The teams identified the continued need to pursue environmental, clinical, and epidemiological studies to better understand associations between fracking, medical outcomes, and residents' ongoing concerns.[634]

- June 17, 2014 – A discussion paper by the Nova Scotia Deputy Chief Medical Officer and a panel of experts identified potential economic benefits as well as public health concerns from unconventional oil and gas development. On the health impacts, they wrote, "uncertainties around long term environmental effects, particularly those related to climate change and its impact on the health of both current and future generations, are considerable and should inform government decision making." The report noted potential dangers including contamination of groundwater, air pollution, surface spills, increased truck traffic, noise pollution, occupational health hazards, and the generation of greenhouse gases. It also noted that proximity of potential fracking sites to human habitation should give regulators pause and called for a health impact assessment and study of long-term impacts.[635] Responding to the report, the Environmental Health Association of Nova Scotia applauded the go-slow approach and called for a 10-year moratorium on fracking.[636]

---

[632] Paulson, J.A. (2014, June 30). Retrieved from http://concernedhealthny.org/letter-from-dr-jerome-a-paulson-to-the-pennsylvania-department-of-environmental-protection/
[633] Hill, M. (2014, June 20). Shale gas regulation in the UK and health implications of fracking. *The Lancet*. Early Online Publication, doi: 10.1016/S0140-6736(14)60888-6
[634] Saberi, P., Propert, K.J., Powers, M. Emmett, E. & Green-McKenzie, J. (2014). Field survey of health perception and complaints of Pennsylvania residents in the Marcellus Shale region. *International Journal of Environmental Research and Public Health, 11*(6), 6517-6527.
[635] Atherton, F. (2014, June 17). Discussion paper: Hydraulic fracturing and public health in Nova Scotia . Nova Scotia Hydraulic Fracturing Independent Review and Public Engagement Process.
[636] Macdonald, M. (2014, June 17). Nova Scotia expert calls for go-slow approach for hydraulic fracturing. *The Canadian Press*. Retrieved from http://www.calgaryherald.com/health/Health+studies+needed+hydraulic+fracturing+approved+Nova+Scotia/9946368/story.html

- May 29, 2014 – In New York State, more than 250 medical organizations and health professionals released a letter detailing emerging trends in the data on fracking that show significant risk to public health, air quality, and water, as well as other impacts. With signatories including the American Academy of Pediatrics, District II, the American Lung Association in New York, Physicians for Social Responsibility, and many leading researchers examining the impacts of fracking, they wrote, "The totality of the science — which now encompasses hundreds of peer-reviewed studies and hundreds of additional reports and case examples—shows that permitting fracking in New York would pose significant threats to the air, water, health and safety of New Yorkers."[637, 638]

- May 9, 2014 – In a peer-reviewed analysis, leading toxicologists outlined some of the potential harm and uncertainty relating to the toxicity of the chemical and physical agents associated with fracking, individually and in combination. While acknowledging the need for more research and greater involvement of toxicologists, they noted the potential for surface and groundwater contamination from fracking, growing concerns about air pollution particularly in the aggregate, and occupational exposures that pose a series of potential hazards to worker health.[639, 640]

- May 1, 2014 – A 292-page report from a panel of top Canadian scientists urged caution on fracking, noting that it poses "the possibility of major adverse impacts on people and ecosystems" and that significantly more study is necessary to understand the full extent of the risks and impacts.[641] The *Financial Post* reported that the panel of experts "found significant uncertainty on the risks to the environment and human health, which include possible contamination of ground water as well as exposure to poorly understood combinations of chemicals."[642]

- April 30, 2014 – Medical professionals spoke out on the dearth of public health information collected and lack of long-term study five years into Pennsylvania's fracking boom. Walter Tsou, MD, MPH, past president of the American Public Health Association

---

[637] Concerned Health Professionals of NY. (2014, May 29). Letter to Governor Cuomo and acting Health Commissioner Zucker [Letter to Governor Andrew M. Cuomo & Acting Health Commissioner Howard A. Zucker]. New York City, New York.

[638] Hughes, K. (2014, May 29). NY fracking opponents call for moratorium of 3 to 5 years. *Daily Freeman*. Retrieved from http://www.dailyfreeman.com/general-news/20140529/ny-fracking-opponents-call-for-moratorium-of-3-to-5-years

[639] Society of Toxicology. (2014). Toxicologists outline key health and environmental concerns associated with hydraulic fracturing. *ScienceDaily*. Retrieved from http://www.sciencedaily.com/releases/2014/05/140509172545.htm

[640] Goldstein, B. D., Brooks, B. W., Cohen, S. D., Gates, A. E., Honeycutt, M. E., Morris, J. B., . . . Snawder, J. (2014). The role of toxicological science in meeting the challenges and opportunities of hydraulic fracturing [Abstract]. *Toxicological Sciences, 139*(2). doi: 10.1093/toxsci/kfu061

[641] The Expert Panel on Harnessing Science and Technology to Understand the Environmental Impacts of Shale Gas Extraction. (2014). Environmental impacts of Hurricane Mitch. *Council of Canadian Academies*. Retrieved from http://www.scienceadvice.ca/uploads/eng/assessments%20and%20publications%20and%20news%20releases/shale%20gas/shalegas_fullreporten.pdf

[642] Canadian Press. (2014, May 1). Top Canadian scientists urge cautious approach to fracking until more known of impact. *Financial Post*. Retrieved from http://business.financialpost.com/2014/05/01/top-canadian-scientists-urge-cautious-approach-to-fracking-until-more-known-of-impact/?__lsa=3b44-76a1

and former Health Commissioner of Philadelphia commented, "That kind of study from a rigorous scientific perspective has never been done." Other experts added, "There has been more health research involving fracking in recent years, but every study seems to consider a different aspect, and … there is no coordination."[643]

- April 17, 2014 – In the preeminent *British Medical Journal*, authors of a commentary, including an endocrinologist and a professor of clinical public health, wrote, "Rigorous, quantitative epidemiological research is needed to assess the risks to public health, and data are just starting to emerge. As investigations of shale gas extraction in the US have continually suggested, assurances of safety are no proxy for adequate protection."[644]

- April 15, 2014 – The *Canadian Medical Association Journal* reported on the increasing legitimacy of concerns about fracking on health: "While scientists and area residents have been sounding the alarm about the health impacts of shale gas drilling for years, recent studies, a legal decision and public health advocates are bringing greater legitimacy to concerns."[645]

- March 3, 2014 – In the *Medical Journal of Australia*, researchers and a physician published a strongly worded statement, "Harms unknown: health uncertainties cast doubt on the role of unconventional gas in Australia's energy future." They cited knowledge to date on air, water, and soil pollution, and expressed concern about "environmental, social and psychological factors that have more indirect effects on health, and important social justice implications" yet to be understood. They wrote in summary:

  > The uncertainties surrounding the health implications of unconventional gas, when considered together with doubts surrounding its greenhouse gas profile and cost, weigh heavily against proceeding with proposed future developments. While the health effects associated with fracturing chemicals have attracted considerable public attention, risks posed by wastewater, community disruption and the interaction between exposures are of also of concern.[646]

- March 1, 2014 – In the prestigious British medical journal *The Lancet*, researchers summarized workshops and research about the health impacts of fracking, noting that the scientific study on the health impacts of fracking is "in its infancy." Nevertheless, the existing evidence suggests, said these researchers, that health risks posed by fracking exceed those posed by conventional oil and gas wells due to the sheer number and

[643] Khan, N. (2014, April 30). Health impact of gas fracking left in the dark. *Pocono Record*. Retrieved from http://www.poconorecord.com/apps/pbcs.dll/article?AID=/20140430/NEWS90/404300301/-1/NEWS01
[644] Law, A., Hays, J., Shonkoff, S. B., & Finkel, M. L. (2014). Public Health England's draft report on shale gas extraction [Abstract]. *BMJ, 1840*. doi: http://dx.doi.org/10.1136/bmj.g2728
[645] Glauser, W. (2014). New legitimacy to concerns about fracking and health. *Canadian Medical Association Journal, 186*(8), E245-E246. doi: 10.1503/cmaj.109-4725
[646] Coram, A., Moss, J., & Blashki, G. (2014). Harms unknown: Health uncertainties cast doubt on the role of unconventional gas in Australia's energy future. *The Medical Journal of Australia, 200*(4), 210-213. doi: 10.5694/mja13.11023

density of well pads being developed, their proximity to densely populated areas, and the need to transport and store large volumes of materials.[647]

- February 24, 2014 – In a review of the health effects of unconventional natural gas extraction published in the journal *Environmental Science & Technology*, leading researchers identified a range of impacts and exposure pathways that can be detrimental to human health. Noting how fracking disrupts communities, the review states, "For communities near development and production sites the major stressors are air pollutants, ground and surface water contamination, truck traffic and noise pollution, accidents and malfunctions, and psychosocial stress associated with community change." They concluded, "Overall, the current scientific literature suggests that there are both substantial public concerns and major uncertainties to address."[648]

- August 30, 2013 – A summary of a 2012 workshop by the Institute of Medicine Roundtable on Environmental Health Sciences, Research, and Medicine featured various experts who discussed health and environmental concerns about fracking and the need for more research. The report in summary of the workshop stated, "The governmental public health system, which retains primary responsibility for health, was not an early participant in discussions about shale gas extraction; thus public health is lacking critical information about environmental health impacts of these technologies and is limited in its ability to address concerns raised by regulators at the federal and state levels, communities, and workers employed in the shale gas extraction industry."[649]

- June 2013 – A group of three nursing professors published a cautionary review questioning the rollout of new shale-based energy practices at a time when, "anecdotal reports make clear that the removal of fossil fuels from the earth directly affects human health." Although the results of longterm studies are not yet available, the authors point to emerging evidence for negative human and ecologic health effects of fracking. Furthermore, they continue, "sufficient evidence has been presented to the [American Nurses Association], the American Public Health Association, and the American Medical Association's Resident and Fellow Section to result in a call for a moratorium on the issuance of new fracking permits nationally." They urge nurses to contribute to keeping health issues "front and center as we address national energy needs and policies."[650]

- April 22, 2013 – In one of the first peer-reviewed nursing articles summarizing the known health and community risks of fracking, Professor Margaret Rafferty, Chair of the Department of Nursing at New York City College of Technology wrote, "Any initiation

---

[647] Kovats, S., Depledge, M., Haines, A., Fleming, L. E., Wilkinson, P., Shonkoff, S. B., & Scovronick, N. (2014). The health implications of fracking. *The Lancet, 383*(9919), 757-758. doi: 10.1016/S0140-6736(13)62700-2

[648] Adgate, J. L., Goldstein, B. D., & McKenzie, L. M. (2014). Potential public health hazards, exposures and health effects from unconventional natural gas development [Abstract]. *Environmental Science & Technology*. doi: 10.1021/es404621d

[649] Coussens, C., & Martinez, R. (2013). *Health impact assessment of shale gas extraction: workshop summary.* Washington: THE NATIONAL ACADEMIES PRESS. Retrieved from http://www.iom.edu/Reports/2013/Health-Impact-Assessment-of-Shale-Gas-Extraction.aspx

[650] McDermott-Levy, R., Kaktins, N., & Sattler, B. (2013). Fracking, the environment, and health: New energy practices may threaten public health. *American Journal of Nursing, 113*(6), 45-51.

or further expansion of unconventional gas drilling must be preceded by a comprehensive Health Impact Assessment (HIA)."[651]

- May 10, 2011 – In the *American Journal of Public Health*, two medical experts cautioned that fracking "poses a threat to the environment and to the public's health. There is evidence that many of the chemicals used in fracking can damage the lungs, liver, kidneys, blood, and brain." The authors urged that it would be prudent to invoke the precautionary principle in order to protect public health and the environment.[652]

## Conclusion

All together, findings to date from scientific, medical, and journalistic investigations combine to demonstrate that fracking poses significant threats to air, water, health, public safety, climate stability, seismic stability, community cohesion, and long-term economic vitality. Emerging data from a rapidly expanding body of evidence continue to reveal a plethora of recurring problems and harms that cannot be averted or cannot be sufficiently averted through regulatory frameworks. In the words of esteemed pediatrician Jerome Paulson, MD, there is "no evidence that…fracking can operate without risks to human health…. Any claims of safety are based on wishful thinking."[653]

---

[651] Rafferty, M. A., & Limonik, E. (2013). Is shale gas drilling an energy solution or public health crisis? *Public Health Nursing, 30*(5), 454-462. doi: 10.1111/phn.12036

[652] Finkel, M. L. & Law, A. (2011). The rush to drill for natural gas: A public health cautionary tale. *American Journal of Public Health, 101*(5), 784-785. Retrieved from http://www.ncbi.nlm.nih.gov/pmc/articles/PMC3076392/

[653] Paulson, J. (2015, August 23). Fracking near schools: DEP fails to keep drillers a healthy distance away from children. *Pittsburgh Post-Gazette.* Retrieved from http://www.post-gazette.com/opinion/Op-Ed/2015/08/24/Fracking-near-schools-DEP-fails-to-keep-drillers-a-healthy-distance-from-children/stories/201508240030

151



# ENVIRONMENTAL HEALTH PERSPECTIVES

http://www.ehponline.org

Associations between Unconventional Natural Gas Development and Nasal and Sinus, Migraine Headache, and Fatigue Symptoms in Pennsylvania

**Aaron W. Tustin, Annemarie G. Hirsch, Sara G. Rasmussen, Joan A. Casey, Karen Bandeen-Roche, and Brian S. Schwartz**

http://dx.doi.org/10.1289/EHP281

Received: 22 December 2015
Revised: 29 July 2016
Accepted: 31 July 2016
Published: 25 August 2016

**Note to readers with disabilities**: *EHP* will provide a 508-conformant version of this article upon final publication. If you require a 508-conformant version before then, please contact ehp508@niehs.nih.gov. Our staff will work with you to assess and meet your accessibility needs within 3 working days.



*Environ Health Perspect* DOI: 10.1289/EHP281
Advance Publication: Not Copyedited

# Associations between Unconventional Natural Gas Development and Nasal and Sinus, Migraine Headache, and Fatigue Symptoms in Pennsylvania

Aaron W. Tustin[1], Annemarie G. Hirsch[2], Sara G. Rasmussen[1], Joan A. Casey[3], Karen Bandeen-Roche[4], and Brian S. Schwartz[1,2,5]

[1]Department of Environmental Health Sciences, Johns Hopkins Bloomberg School of Public Health, Baltimore, Maryland, USA; [2]Center for Health Research, Geisinger Health System, Danville, Pennsylvania, USA; [3]Robert Wood Johnson Health and Society Scholars Program, University of California at San Francisco and Berkeley, USA; [4]Department of Biostatistics, Johns Hopkins Bloomberg School of Public Health, Baltimore, Maryland, USA; [5]Department of Medicine, Johns Hopkins School of Medicine, Baltimore, Maryland, USA

**Corresponding author**: Brian S. Schwartz, Johns Hopkins Bloomberg School of Public Health, 615 N. Wolfe Street, Room W7041, Baltimore, MD 21205. Telephone: (410) 955-4158. Fax: (410) 955-1811. E-mail: bschwar1@jhu.edu.

**Running title**: Fracking and sinusitis, migraine, and fatigue

**Acknowledgments**: This research was funded by National Institutes of Health U19 AI106683 (PI Robert Schleimer), R21 ES023675 (PI Brian Schwartz), and training grant ES07141 (Sara Rasmussen); the Robert Wood Johnson Foundation (Joan Casey); the Degenstein Foundation; and the National Science Foundation Integrative Graduate Education and Research Traineeship (Sara Rasmussen).

1

*Environ Health Perspect* DOI: 10.1289/EHP281
Advance Publication: Not Copyedited

**Competing Financial Interests**: Dr. Schwartz is a Fellow of the Post Carbon Institute (PCI),

serving as an informal advisor on climate, energy, and health issues. He receives no payment for

this role. His research is entirely independent of PCI, and is not motivated, reviewed, or funded

by PCI. The other authors declare they have no actual or potential competing financial interests.

*Environ Health Perspect* DOI: 10.1289/EHP281
Advance Publication: Not Copyedited

## ABSTRACT

**Background:** Unconventional natural gas development (UNGD) produces environmental

contaminants and psychosocial stressors. Despite these concerns, few studies have evaluated the

health effects of UNGD.

**Objectives:** We investigated associations between UNGD activity and symptoms in a cross-

sectional study in Pennsylvania.

**Methods:** We mailed a self-administered questionnaire to 23,700 adult patients of the Geisinger

Clinic. Using standardized and validated questionnaire items, we identified respondents with

chronic rhinosinusitis (CRS), migraine headache, and fatigue symptoms. We created a summary

UNGD activity metric that incorporated well phase, location, total depth, daily gas production

and inverse distance-squared to patient residences. We used logistic regression, weighted for

sampling and response rates, to assess associations between quartiles of UNGD activity and

outcomes, both alone and in combination.

**Results:** The response rate was 33%. Of 7,785 study participants, 1,850 (24%) had current CRS

symptoms, 1,765 (23%) had migraine headache, and 1,930 (25%) had higher levels of fatigue.

Among individuals who met criteria for two or more outcomes, adjusted odds ratios for the

highest quartile of UNGD activity compared to the lowest were [OR (95% CI)] 1.49 (0.78, 2.85)

for CRS plus migraine, 1.88 (1.08, 3.25) for CRS plus fatigue, 1.95 (1.18, 3.21) for migraine plus

fatigue, and 1.84 (1.08, 3.14) for all three outcomes together. Significant associations were also

present in some models of single outcomes.

**Conclusions:** This study provides evidence that UNGD is associated with nasal and sinus,

migraine headache, and fatigue symptoms in a general population representative sample.

*Environ Health Perspect* DOI: 10.1289/EHP281
Advance Publication: Not Copyedited

## INTRODUCTION

Unconventional natural gas development (UNGD), which includes the process of hydraulic fracturing, represents an expanding share of energy production worldwide. Shale gas extraction now comprises 40% of U.S. domestic natural gas production (Energy Information Administration 2015). In the past decade particularly rapid increases in UNGD have occurred in Pennsylvania, where more than 8,800 unconventional wells have been drilled.

There are concerns that UNGD could affect the environment via chemical pollutants such as diesel exhaust, volatile organic compounds, combustion products, fugitive emissions, and fracking chemicals (Werner et al. 2015). UNGD has been linked to contamination of air (Macey et al. 2014; Paulik et al. 2015), soil (Maloney and Yoxtheimer 2012), groundwater (Jackson et al. 2013; Drollette et al. 2015), and surface water (Kassotis et al. 2014). UNGD also creates contextual and psychosocial stressors including noise, truck traffic, influxes of non-local workers, and perceived negative impacts on quality of life and the built and social environments (Saberi et al. 2014; Powers et al. 2015; Adgate et al. 2014).

There have been few studies of the health effects of UNGD, despite increasing concern (Mitka 2012; Kovats et al. 2014). Prior studies have been limited by factors including small sample size and imprecise exposure assessment (Adgate et al. 2014). Because expansion of UNGD has outpaced scientific understanding of its potential health impacts, studies of self-reported outcomes have been advocated as a rapid means of generating hypotheses that could influence public policy. Furthermore, some illnesses with plausible links to UNGD, such as pain syndromes and fatigue, are defined solely by symptoms. Yet to date there have been only two epidemiologic studies, each with fewer than 500 participants, of symptoms in relation to UNGD (Steinzor et al. 2013; Rabinowitz et al. 2015).

*Environ Health Perspect* DOI: 10.1289/EHP281
Advance Publication: Not Copyedited

We used data from a large population-based cross-sectional survey of Pennsylvania adults to identify patients with nasal and sinus symptoms, migraine headache, and higher levels of fatigue. We selected these outcomes because of their high prevalence, large economic costs, and possible links to environmental risk factors through chemical toxicity, irritation, odors, or stress (Hastan et al. 2011; Bhattacharyya 2009; Shashy et al. 2004; Tan et al. 2013; Friedman and De ver Dye 2009; Sjostrand et al. 2010; Bell et al. 1998; Griffith and Zarrouf 2008; Ranjith 2005; Ricci et al. 2007). The purpose of this study was to test the null hypothesis that UNGD is not associated with these three outcomes. To do so, we conducted a case-control analysis in which we compared individuals with one or more of these health outcomes to selected participants with no or minimal evidence of these diseases.

## METHODS

*Study overview*

In early 2014, we performed a cross-sectional survey of primary care patients of the Geisinger Clinic. Information was gathered via a questionnaire designed to study general CRS epidemiology (for questionnaire see Supplemental Material, "Population Study of Nasal and Sinus Symptoms"). The questionnaire did not mention UNGD because that was not its primary purpose. We used residential addresses and information about Pennsylvania unconventional gas wells to create UNGD activity metrics for four time-varying well development phases. We evaluated the associations between UNGD activity and CRS, migraine headache, and fatigue symptoms. The study protocol was approved by the Institutional Review Board (IRB) of the Geisinger Health System with an IRB Authorization Agreement with the Johns Hopkins Bloomberg School of Public Health. Waivers of HIPAA authorization and written informed