Case No. 1:20-cv-02484-MSK   Document 96   filed 05/06/21   USDC Colorado   pg 1 of 340





FIG. 4. Observed and one example of simulated 1950–99 changes in (a) JFM $T_{min}$, (b) $T_{max}$, (c) FD, and (d) DD > 0 over the western United States. Trends have been computed from the UW and one PCM-ANTH1 realization (B06.28), using raw data (columns 1 and 3) and data in which observed or simulated PDO and ENSO are regressed out (columns 2 and 4). The color scale is chosen such that red indicates an increase in $T_{min}$ and $T_{max}$, an increase of DD > 0, and a decrease in FD.

Case No. 1:20-cv-02484-MSK Document 96 filed 05/06/21 USDC Colorado pg 2 of 340

50-yr change in DD>0
50-yr change in FD
50-yr change in Tmax
50-yr change in Tmin
-100 -75 -50 -25 0 25 50 75 100
-20 -15 -10 -5 0 5 10 15 20
-3 -2 -1 0 1 2 3
-3 -2 -1 0 1 2 3
UW OBS
PCM-ANTH1
PCM-ANTH2
MIROC-ANTH
PCM-NAT
Blue Mountains
CO Rockies
Great Basin
N Rockies
N Sierras
OR Cascades
S Sierras
WA Cascades
Wasatch

other five realizations show cooling or virtually no overall change in temperatures. Although significantly different from zero (Fig. 5), the trends estimated from the MIROC-ANTH ensemble mean are always smaller than those obtained from PCM-ANTH1 and PCM-ANTH2. This is likely due to the large negative forcing associated with the indirect effect of aerosols on clouds, which is included in the MIROC-ANTH forcings but ignored in the PCM-ANTH forcings (see, e.g., Fig. 5 in Santer et al. 2007). The large between-realization variability in both the PCM and MIROC ANTH results illustrates the difficulty of reliably estimating the response to external forcings in the presence of substantial low-frequency chaotic variability.

We use a Kolmogorov–Smirnov (KS) test to determine whether the trend distributions inferred from the ANTH and CTL experiments differ significantly (Press et al. 1992).[9] For each variable and region, we first compare the pooled distribution of 14 PCM-ANTH1 and MIROC-ANTH trends to the pooled distribution of 32 nonoverlapping PCM-CTL and CCSM3-CTL unforced trends (Table 3). In all cases except one, the distributions of anthropogenic and unforced trends are significantly different at the 5% level. When this test is repeated with the individual PCM and MIROC ANTH ensembles, the distribution of PCM-ANTH trends still differs significantly from the distribution of unforced trends, irrespective of the downscaling method, the region, and the variable under consideration. The MIROC-ANTH trend distributions also differ significantly from unforced trends distributions (except for DD > 0). KS tests conducted with the individual CCSM3-CTL and PCM-CTL distributions lead to simi-

lar conclusions.[10] Nonsignificant results primarily involve the combination of MIROC-ANTH and CCSM3-CTL distributions.

### d. Comparison of observed trends with anthropogenically forced and naturally forced trends

To assess whether the observed trends are consistent with the distribution of anthropogenically forced signals, we conducted a simple test of the significance of trend differences (Santer et al. 2000b).[11] In 158 out of 180 cases, the null hypothesis that the observed trend is drawn from the same distribution as the ANTH trends cannot be rejected (see Table 3, "UW observation" column); in other words, the observed trends are consistent with those expected because of anthropogenic forcing.

We also considered whether the observed trends for all regions and temperature indices are consistent with the simulated response to natural external forcing alone. The observed and PCM-NAT trends are of opposite sign (see Fig. 5), and the PCM-NAT trends are not significantly different from zero. Our results suggest that historical changes in volcanic aerosols and solar irradiance cannot explain observed changes in $T_{min}$, $T_{max}$, DD > 0, and FD.

Because downscaled data were available from only two PCM-NAT runs, we were not able to obtain a reliable estimate of the true response of western U.S. temperature indices to natural external forcings. To improve this estimate, we also analyzed changes in monthly-mean $T_{min}$ and $T_{max}$ data (spatially averaged

---

[9] The KS test compares the cumulative distribution A($x$) of the ANTH trends with the distribution $C(x)$ of the CTL unforced trends. Since we expect the $T_{min}$, $T_{max}$, and DD > 0 ANTH trends to exceed the unforced trends, we test the null hypothesis that $A(x) \geq C(x)$. For FD, the null hypothesis is that $A(x) \leq C(x)$. We compute the maximum distance between $C(x)$ and $A(x)$ and the associated one-tailed $p$ value.

[10] Using all possible model configurations for estimating the anthropogenic fingerprint and the noise ensures that fingerprint identification is robust to uncertainties in the applied forcings and to structural uncertainties in the models (related to differences in physics, parameterizations, resolution, etc.).

[11] The standard errors are computed from observed and ensemble mean time series, accounting for temporal autocorrelation of the regression residuals (Santer et al. 2000b).

---

←

FIG. 5. Changes in temperature indices over the period 1950–99 computed from observations (circle), from PCM-ANTH1, PCM-ANTH2, MIROC-ANTH ensemble means (squares), and PCM-NAT ensemble mean (triangle). Individual realizations are indicated by "x." The model-derived estimate of the two-tailed 95% confidence interval natural internal variability is represented by the shaded area, the limit of which is calculated as 1.96 × SE, where SE is the standard error of the sampling distribution of combined CCSM3-CTL and PCM-CTL 50-yr unforced trends. Vertical bars represent the 95% confidence interval for the 50-yr observed and ensemble mean trends (i.e., their standard error × 1.641 for a one-tailed t test). For most geophysical variables, there is a positive lag-1 correlation in the regression residuals, showing that samples are not totally independent. We account for the effect by reducing the sample size, which inflates the standard error estimate (Santer et al. 2000a). Sample sizes are, however, not corrected when autocorrelation in the regression residuals is negative.

TABLE 3. Results of KS test to determine whether the anthropogenic signal strengths are statistically different from the population of unforced trends. Tests are conducted using individual or combined runs (the "combined" case in the second column combines PCM-ANTH1 and MIROC-ANTH ensemble means). A cross indicates the anthropogenic and unforced trends are statistically different at the 5% significance level. A circle indicates the observed trend is consistent with the distribution of trends obtained with anthropogenic forcing (i.e., the null hypothesis that the observed trend can be drawn from the same distribution as the ANTH trends is not rejected at the 5% significance level, using a test of significance of the difference between two populations' means; see text for details).

| | | Combined CTL | | | | | | | | | FV-CTL | | | | | | | | | PCM-CTL | | | | | | | | | UW OBSERVATION | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | BM | CR | GB | NR | NS | OR | SS | WA | WH | BM | CR | GB | NR | NS | OR | SS | WA | WH | BM | CR | GB | NR | NS | OR | SS | WA | WH | BM | CR | GB | NR | NS | OR | SS | WA | WH |
| $T_{min}$ | Combined | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | PCM-ANTH1 | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | PCM-ANTH2 | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | MIROC-ANTH | × | | | | | | | | | | × | | | | | | | | | × | | | | | | | | × | ○ | ○ | ○ | ○ | ○ | ○ | ○ | | ○ |
| $T_{max}$ | Combined | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | ○ | ○ | ○ | ○ | ○ | ○ | | | ○ |
| | PCM-ANTH1 | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | PCM-ANTH2 | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | MIROC-ANTH | × | | | | | | | | | | × | | | | | | | | | × | | | | | | | | × | ○ | ○ | ○ | ○ | ○ | ○ | | | ○ |
| FD | Combined | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | ○ | ○ | ○ | ○ | ○ | ○ | | | ○ |
| | PCM-ANTH1 | × | × | × | × | × | × | × | × | × | × | × | | | | × | × | × | × | | × | × | × | × | × | × | × | × | ○ | ○ | ○ | ○ | ○ | ○ | | | ○ |
| | PCM-ANTH2 | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | ○ | ○ | ○ | ○ | ○ | ○ | | | ○ |
| | MIROC-ANTH | × | | | | | | | | | | × | × | | | | | | | | × | | | | | | | × | ○ | ○ | ○ | ○ | | ○ | | | ○ |
| DD > 0 | Combined | × | × | × | | | × | × | × | × | × | × | × | | | × | × | × | × | × | × | × | | | × | × | × | × | ○ | ○ | ○ | ○ | ○ | ○ | | | ○ |
| | PCM-ANTH1 | × | × | × | | | × | × | × | × | × | × | × | | | × | × | × | × | | × | × | | | × | × | × | × | ○ | ○ | ○ | ○ | ○ | ○ | | | ○ |
| | PCM-ANTH2 | × | × | × | | | × | × | × | × | × | × | × | | | × | × | × | × | × | × | × | | | × | × | × | × | ○ | ○ | ○ | ○ | ○ | ○ | | | ○ |
| | MIROC-ANTH | | | | | | × | × | | × | | | | | | × | | | × | | × | | | | | | | × | ○ | ○ | ○ | ○ | | ○ | | | ○ |
| DDx > 0 | Combined | × | × | × | × | × | × | × | × | × | × | × | × | | | × | × | × | × | × | × | × | | | × | × | × | × | ○ | ○ | ○ | ○ | ○ | ○ | | | ○ |
| | PCM-ANTH1 | × | × | × | × | × | × | × | × | × | × | × | × | | | × | × | × | × | | × | × | | | × | × | × | × | ○ | ○ | ○ | ○ | ○ | ○ | | | ○ |
| | PCM-ANTH2 | × | × | × | × | × | × | × | × | × | × | × | × | | | × | × | × | × | × | × | × | | | × | × | × | × | ○ | ○ | ○ | ○ | | ○ | | | ○ |
| | MIROC-ANTH | × | | | | | × | | × | | | | | | | × | | | | | × | | | | | | | × | ○ | ○ | ○ | | ○ | | | | ○ |

over the entire western United States) in 4 PCM-NAT runs and in 32 additional PCM-based estimates of "total" natural variability.

This procedure yields a total of 36 estimates[12] of the changes in $T_{min}$ and $T_{max}$ in response to natural external forcing. We then tested the null hypothesis that the observed trend is consistent with the model NAT results. We find that the null hypothesis is rejected at the 5%. These results show that natural external forcing alone is an inadequate explanation for the observed changes in $T_{min}$ and $T_{max}$ over the western United States. A similar comparison of simulated and observed trends (based on monthly-mean, spatially averaged temperature data) reveals that the observations *are* consistent with the PCM-ALL trends (Fig. 6).

### e. Reliability of the model-based noise estimates

The strength of the conclusions of the detection analysis depends on the ability of the models to simulate the observed climatological mean and internal climate variability. An evaluation of these statistics is conducted using JFM $T_{min}$ spatially averaged for the nine mountainous regions. The 50-yr climatological mean, the interannual variability, and the low-frequency variance are computed for UW, ANTH, NAT, and CTL (Fig. 7). CCSM3-CTL and PCM-CTL simulations are analyzed using their 17 and 15 nonoverlapping segments. UW, ANTH, and NAT time series are first detrended to compute the variability in an attempt to remove the slow-evolving signal from the records (retaining this trend would otherwise amplify the variability in UW, ANTH, and NAT and bias the comparison with CTL variability). While the models show biases in their simulation of the means in some regions, we find no evidence that the models systematically underestimate the observed high-frequency (not shown) and low-frequency variability (Fig. 7) for this temperature variable. Similar results are found with $T_{max}$, FD and DD > 0 (not shown). We conclude the models used here provide an adequate representation of natural internal climate variability for our detection and attribution work.

## 4. Detection and attribution analysis

### a. Methodology

The trend comparisons presented in section 3 strongly suggest that, in most of the regions examined here, observed changes in hydrologically related temperature variables are inconsistent with natural internal

---

[12] 4 PCM-NAT + 16 (S + V) + 16 (ALL-ANTH).





FIG. 6. Comparison of observed (solid line) and ANTH (dotted lines) trends with the sampling distributions of "NAT" and "ALL" trends. All trends are linearly fitted to JFM $T_{max}$ changes spatially averaged over the western United States for the period 1950–99. (a) The "NAT" distribution is obtained from 36 monthly-mean PCM-based estimates of "total" natural variability (where "total" includes the internally generated variability and the variability caused by natural external forcing). This ensemble is composed of 4 PCM realizations including both solar and volcanic forcings, of 16 additional estimates generated by adding temperature changes from each of 4 "solar only" and each of 4 "volcano only" realizations, and of 16 estimates obtained by subtracting each of 4 "ANTH" realizations from each of 4 "ALL" realizations (Santer and Wigley 2008). The resulting variability estimates in these 16 "S + V" and 16 "ALL − ANTH cases" are noisier than in the 4 PCM-NAT realizations. This is because the noise is amplified by the addition of S and V realizations (or the subtraction of ALL and ANTH realizations) with uncorrelated internal variability. (b) The "ALL" distribution is obtained from 20 monthly-mean PCM-based estimates of changes in temperature in response to all forcings (anthropogenic and natural). This ensemble is composed of 4 PCM realizations including all forcings and of 16 linear combinations of SV and ANTH realizations. Test of the significance of trend differences indicates that the observed temperature changes are consistent with the distributions of ALL trends at the 5% level but inconsistent with natural external forcing alone. Similar results are obtained with JFM $T_{min}$ changes.

Case No. 1:20-cv-02484-MSK   Document 96   filed 05/06/21   USDC Colorado   pg 6 of 340



FIG. 7. The 50-yr climatological mean vs the 5-yr variability in the time series of JFM $T_{min}$ from UW, ANTH, NAT, and CTL. For CCSM3-CTL and PCM-CTL, their 17 and 15 nonoverlapping segments are used. The time series from UW, ANTH, and NAT are first detrended to compute the variability to remove the slow-evolving signal from the records.

variability alone but are consistent with the response to anthropogenic forcings. These trend comparisons were performed for each of nine individual regions. In contrast, the formal D&A analysis presented in the following section (Santer et al. 1995, 2007) relies on the combined information from all nine regions. The D&A method applied follows Hasselmann (1979), in which the expected pattern of climate response to anthropogenic forcings (the "fingerprint") is searched for in the observations.[13] We determine the time at which this fingerprint is statistically identifiable in the UW temperature data.

Our D&A analysis requires three components: an ANTH ensemble (either PCM-ANTH1, PCM-ANTH2, or MIROC-ANTH) to estimate the fingerprint, the UW observational dataset which is projected onto the fingerprint, and a long control simulation (either CCSM3-CTL or PCM-CTL) for assessing the statistical significance of results. The input UW and ANTH data consist of 9 space points (one for each of the 9 regions) and 50 time samples (for the 1950–99 period). The control run data have either 750 or 850 time samples (for PCM and CCSM3, respectively). All data for individual regions are expressed in anomaly form with respect to climatological means calculated over the entire period. The fingerprint is defined as the leading EOF of the ANTH ensemble-mean anomalies, based on the $(9 \times 9)$ temporal covariance matrix.[14] Ensemble averaging and use of the leading EOF are both noise reduction techniques. The projections of the observational and CTL

[13] In Hasselmann's 1979 paper, the model-derived fingerprint is "optimized"—that is, it is rotated away from high noise directions in order to enhance S/N ratios and detection times. Here, no attempt is made to optimize the searched-for fingerprint.

[14] Note that our analysis focuses on the spatial structure of the fingerprint: we do not explicitly include information on its temporal evolution. An implicit assumption in our approach is that the *amplitude* of the fingerprint pattern changes over time, but its gross structure does not.

anomaly data onto the fingerprint yield the signal and noise time series $Z(t)$ and $N(t)$, respectively.

## b. Example of detection of changes in JFM $T_{min}$

In the following, we analyze the JFM $T_{min}$ case, using the mean of the PCM-ANTH1 ensemble to estimate the anthropogenic fingerprint, the CCSM3-CTL to assess the statistical significance, and the UW observations. In the baseline "no weighting" case, we assign each region unit weight despite differences in their spatial coverage.

The leading EOF of PCM-ANTH1 explains 89.5% of the overall space–time variance and has uniform sign in all regions (Fig. 8a). The projection of the observations onto this fingerprint, $Z(t)$, has a pronounced trend (not shown), suggesting that the fingerprint primarily captures slow secular warming common to all regions. The leading modes of the PCM and CCSM3-CTL simulations are structurally very similar to the PCM-ANTH1 fingerprint (Fig. 8a). This is because, in both the control and ANTH runs, the spatial coherence of temperature variability at interannual and longer time scales is large relative to the size of the study area.

We then project the CCSM3-CTL run data onto the PCM-ANTH1 fingerprint to obtain the noise time series $N(t)$. Least squares linear trends of increasing length $L$ ($L = 10, 11, 12, \dots 50$ yr) are fitted to $Z(t)$ and to nonoverlapping $L$-length segments of the $N(t)$ time series. The start date for the $Z(t)$ trends is fixed at 1950—the start date of the observations and ANTH experiments used here. This allows us to compare the signal trend over increasingly longer time periods (1950–59, 1950–60, 1950–61, . . . 1950–99) against the standard deviation of the sampling distribution of noise trends on the appropriate time scales (i.e., 10, 11, 12, . . . 50 yr). The resulting signal-to-noise ($S/N$) ratio is a function of the trend length $L$. In our formalism, we define the "detection time" as the time at which the $S/N$ ratio first exceeds (and then remains above) some stipulated significance threshold (typically 5% or 1%) and $S/N_{50}$ as the $S/N$ ratio for the 50-yr trend length. One underlying assumption is that the $L$-length distributions of trends in $N(t)$ are Gaussian.

In our specific example, the PCM-ANTH1 fingerprint is identifiable in the observed JFM $T_{min}$ data as early as 1986—that is, 36 yr after the beginning of the observational records used here (Fig. 9). The $S/N$ ratio shows an almost monotonic increase, with superimposed high-frequency noise. For the $T_{min}$ case, the detection time is not sensitive to the choice of model used to estimate the fingerprint (PCM or MIROC) or to the choice of statistical downscaling method for the PCM fingerprint (CA or BCSD).



FIG. 8. Comparison of the spatial structure of EOFs for four different variables. Results are for the PCM and CCSM3 control runs and the MIROC and PCM anthropogenic fingerprints; the latter are statistically downscaled using two different methods. All results are for the case of no area weighting of control run and ANTH temperature. The spatial structure is more pronounced for DD > 0 and FD than for $T_{min}$. Note that, for the purposes of EOF calculations, the ordering of the nine mountainous regions is arbitrary.



FIG. 9. Time-dependent $S/N$ ratios estimates for $T_{min}$, using CCSM3-CTL for statistical significance testing, and three different ensemble-means for estimating the ANTH fingerprint (unweighted case). Detection time (see arrow, estimated when $S/N$ exceeds and remains above the 5% significance level) is 1986, irrespective of the choice of model used to estimate the fingerprint. The $x$ axis represents the last year of L-length linear trend in the signal estimate (with 1950 as the first year).

### c. Sensitivity testing

In this section, we examine the sensitivity of our D&A results to a range of different processing choices. We find that the ANTH fingerprint can be positively identified in all four observed temperature indices, irrespective of the model used to estimate the fingerprint (two options) or the noise (two options), the method used to downscale the PCM fingerprint (two options), the end points values, and the applied areal weighting (two options; see Fig. 10). The weighting option, which has not been discussed previously, involves either unit weighting or appropriate areal weighting of the nine mountain regions.

In all 48 cases, the detection time for an anthropogenic fingerprint occurs as early as 1986 and no later than 1994. The $S/N_{50}$ results are sensitive to the noise configuration. In Fig. 10, all symbols are located to the right of the line of equal $S/N$ ratio, indicating that $S/N_{50}$ (as well as detection time) is always enhanced when the CCSM3-CTL run is used for assessing statistical significance. This systematic difference in $S/N_{50}$ ratios is due to the larger decadal variability in the PCM-CTL run (Pierce et al. 2008). The sensitivity of $S/N_{50}$ values to the choice of downscaling method and model used to estimate the fingerprint is much smaller than the sensitivity to the noise configuration (Fig. 10).

For the $T_{min}$ results with no areal weighting, the leading signal and noise modes show comparatively little spatial structure (Figs. 8a,b). Because of this, the $T_{min}$ $S/N_{50}$ results are relatively insensitive to the area-weighting option. In the FD and $DD > 0$ cases, however, the dominant signal and noise modes have more pronounced spatial structures (Figs. 8c,d), and hence $S/N_{50}$ values are more sensitive to the applied weighting (Fig. 10). Interestingly, $S/N_{50}$ values obtained for $T_{min}$ are higher than those obtained for $T_{max}$, irrespective of the various processing options. The results are consistent with the detection results obtained by Bonfils et al. (2008) over the domain of California.

We also considered whether our results were sensitive to the choice of later start dates (1955, 1960, and 1965). For a 1955 start date, anthropogenic effects on temperature are consistently identifiable, independent of processing choices (see Fig. 10b). For later start dates, however, consistent detection is not achieved. This is primarily because of an increase in noise and degradation in $S/N$ ratios when trends are calculated over shorter periods of time (see, e.g., Santer et al. 2007).

### 5. Discussion and conclusions

In this work we have assessed whether observed warming in the western United States over the period 1950–99 is both outside the range expected because of natural internal climate variability and consistent with the expected effects of anthropogenic climate forcing. This was done with a model-estimated anthropogenic "fingerprint" of warming that includes the effects of well-mixed greenhouse gases, ozone, and direct and



FIG. 10. Sensitivity of $S/N_{50}$ to the variable (color), the choice of the model used to estimate the fingerprint (symbol), the method to downscale the fingerprint (circle versus square), the areal-weighting option (size), and the start year: (a) 1950; (b) 1955. CCSM3-CTL (PCM-CTL) is used for assessing statistical significance in $x$ axis ($y$ axis).

some indirect aerosol effects. We examined variates of importance to the hydrological cycle in this generally arid region, including JFM $T_{min}$, the number of frost days, and the degree-days above freezing.

Overall, the anthropogenic fingerprint is robustly identifiable in all observed hydrologically related temperature records. Natural variability in the western climate system has been ruled out as the major cause of the changes. Solar variability and volcanic forcings are also ruled out by the analysis. Bonfils et al. (2008) found that late winter/early spring rise in $T_{min}$ and $T_{max}$ recently observed in California were too rapid to be explained by natural climate variability alone, and required one or more external forcing agents to be explained. We not only reach the same conclusion for the

mountainous regions of western United States in this study, we can also confidently attribute those changes to human activities.

The model-predicted anthropogenic fingerprints are statistically detectable in the DD > 0 observational field. Similar results are found using DDx > 0, another proxy of temperature-driven snowmelt (Fig. 3). These results are in agreement with the work of Pierce et al. (2008), which demonstrates that 1) observed reductions in SWE/P (over the same nine regions) cannot be fully explained by climate noise or natural forcings, 2) half the SWE/P reduction arises from human effects, and 3) the reduction in snowpack is driven by increasing temperature, not by decreasing precipitation. Therefore, historical changes in the atmospheric composition re-

sult in a human-induced warming over western U.S. mountainous regions, itself responsible for the observed reductions of snowpack (Pierce et al. 2008) and shifts in the timing of the streamflow (Hidalgo et al. 2008, manuscript submitted to *J. Climate*). Models of climate change unanimously project an acceleration of the warming in the western United States with temperature change projections of ~1°–3°C for 2050 and 2°–6°C by 2100 in California (Lobell et al. 2006). With such substantial warming, serious implications for water infrastructure and water supply sustainability can be expected over the western United States in the near future.

*Acknowledgments.* First, we thank our three anonymous reviewers for their thorough reading and their very helpful suggestions. This work was performed under the auspices of the U.S. Department of Energy by Lawrence Livermore National Laboratory under Contract DE-AC52-07NA27344. The MIROC data were generously supplied by National Institute for Environmental Studies Onogawa, Tsukuba, Ibaraki, Japan. The PCM simulation had been made available by the National Center for Atmospheric Research. Observed daily maximum and minimum temperature were obtained from the University of Washington Land Surface Hydrology Research group (http://www.hydro.washington.edu), and the network stations used to generate this dataset were kindly provided by Alan Hamlet. Scripps Institution of Oceanography (SIO) participants, GB and AM, as well as travel costs were supported by LLNL through LDRD grants. BS was supported by DOE-W-7405-ENG-48 to the Program of Climate Model Diagnoses and Intercomparison (PCMDI). Thanks also due to Department of Energy, which supported TPB as part of the International Detection and Attribution Group (IDAG). CB was mainly supported by the Distinguished Scientist Fellowship awarded to Benjamin Santer in 2005 by the U.S. Department of Energy, Office of Biological and Environmental Research. The California Energy Commission provided partial salary support for DP and HH at SIO.

## REFERENCES

Alexander, M., and Coauthors, 2006: Extratropical atmosphere–ocean variability in CCSM3. *J. Climate*, **19**, 2496–2525.

Andreadis, K. M., and D. P. Lettenmaier, 2006: Assimilating remotely sensed snow observations into a macroscale hydrology model. *Adv. Water Res.*, **29**, 872–886.

Bala, G., and Coauthors, 2008: Evaluation of a CCSM3 simulation with a finite volume dynamical core for the atmosphere at 1° latitude × 1.25° longitude resolution. *J. Climate*, **21**, 1467–1486.

Barnett, T. P., and Coauthors, 2008: Human-induced changes in the hydrology of the western United States. *Science*, **319**, 1080–1083.

Bonfils, C., and D. Lobell, 2007: Empirical evidence for a recent slowdown in irrigation-induced cooling. *Proc. Natl. Acad. Sci. USA*, **104**, 13 582–13 587.

——, P. Duffy, B. Santer, T. Wigley, D. B. Lobell, T. J. Phillips, and C. Doutriaux, 2008: Identification of external influences on temperatures in California. *Climatic Change*, **87**, 43–55.

Cayan, D. R., 1996: Interannual climate variability and snowpack in the western United States. *J. Climate*, **9**, 928–948.

—— K. T. Redmond, and L. G. Riddle, 1999: ENSO and hydrologic extremes in the western United States. *J. Climate*, **12**, 2881–2893.

——, S. A. Kammerdiener, M. D. Dettinger, J. M. Caprio, and D. H. Peterson, 2001: Changes in the onset of spring in the western United States. *Bull. Amer. Meteor. Soc.*, **82**, 399–415.

Cherkauer, K. A., and D. P. Lettenmaier, 2003: Simulation of spatial variability in snow and frozen soil. *J. Geophys. Res.*, **108**, 8858, doi:10.1029/2003JD003575.

Christidis, N., P. A. Stott, S. Brown, D. J. Karoly, and J. Caesar, 2007: Human contribution to the lengthening of the growing season during 1950–99. *J. Climate*, **20**, 5441–5454.

Collins, W. D., and Coauthors, 2006: The Community Climate System Model version 3 (CCSM3). *J. Climate*, **19**, 2122–2143.

DeGaetano, A. T., and R. J. Allen, 2002: Trends in 20th century temperature extremes across the United States. *J. Climate*, **15**, 3188–3205.

Dettinger, M. D., and D. R. Cayan, 1995: Large-scale atmospheric forcing of recent trends toward early snowmelt runoff in California. *J. Climate*, **8**, 606–623.

Gedney, N., P. M. Cox, R. A. Betts, O. Boucher, C. Huntingford, and P. A. Stott, 2006: Detection of a direct carbon dioxide effect in continental river runoff records. *Nature*, **439**, 835–838.

Gillett, N. P., and A. J. Weaver, 2004: Detecting the effect of climate change on Canadian forest fires. *Geophys. Res. Lett.*, **31**, L18211, doi:10.1029/2004GL020876.

——, R. J. Allan, and T. J. Ansell, 2005: Detection of external influence on sea level pressure with a multi-model ensemble. *Geophys. Res. Lett.*, **32**, L19714, doi:10.1029/2005GL023640.

Gleick, P. H., and Coauthors, 2000: Water: The potential consequences of climate variability and change for the water resources of the United States. The Report of the Water Sector Assessment Team of the National Assessment of the Potential Consequences of Climate Variability and Change, 160 pp.

Groisman, P. Ya., T. R. Karl, R. W. Knight, and G. L. Stenchikov, 1994: Changes of snow cover, temperature, and radiative heat balance over the Northern Hemisphere. *J. Climate*, **7**, 1633–1656.

Hamlet, A. F., and D. P. Lettenmaier, 2005: Production of temporally consistent gridded precipitation and temperature fields for the continental United States. *J. Hydrometeor.*, **6**, 330–336.

Hasselmann, K., 1979: On the signal-to-noise problem in atmospheric response studies. *Meteorology of Tropical Oceans*, D. B. Shaw, Ed., Royal Meteorological Society of London, 251–259.

Hayhoe, K., and Coauthors, 2004: Emissions pathways, climate change, and impacts on California. *Proc. Natl. Acad. Sci. USA*, **101**, 12 422–12 427.

Hidalgo, H. G., M. D. Dettinger, and D. R. Cayan, 2008: Downscaling with constructed analogues: Daily precipitation and

temperature fields over the United States. California Energy Commission Rep. CEC-500-2007-123, 62 pp.

——, and Coauthors, 2008: Detection and attribution of climate change in streamflow timing of the western United States. *J. Climate*, submitted.

K-1 model developers, 2004: K-1 Coupled GCM (MIROC) description. H. Hasumi and S. Emori, Eds., Center for Climate System Research, University of Tokyo, 38 pp.

Kalnay, E., and Coauthors, 1996: The NCEP/NCAR 40-Year Reanalysis Project. *Bull. Amer. Meteor. Soc.*, **77**, 437–471.

Karl, T. R., C. N. Williams Jr., P. J. Young, and W. M. Wendland, 1986: A model to estimate the time of observation bias associated with monthly mean maximum, minimum, and mean temperature for the United States. *J. Climate Appl. Meteor.*, **25**, 145–160.

——, F. T. Quinlan, and T. A. Boden, 1990: United States Historical Climatology Network (HCN) serial temperature and precipitation data. Environmental Science Division, Publication 3404, Carbon Dioxide Information and Analysis Center, Oak Ridge National Laboratory, Oak Ridge, TN, 389 pp.

Karoly, D. J., and Q. Wu, 2005: Detection of regional surface temperature trends. *J. Climate*, **18**, 4337–4343.

——, K. Braganza, P. A. Stott, J. M. Arblaster, G. A. Meehl, A. J. Broccoli, and K. W. Dixon, 2003: Detection of a human influence on North American climate. *Science*, **302**, 1200–1203.

Knowles, N., M. D. Dettinger, and D. R. Cayan, 2006: Trends in snowfall versus rainfall in the western United States. *J. Climate*, **19**, 4545–4559.

Lambert, F. H., N. P. Gillett, D. A. Stone, and C. Huntingford, 2005: Attribution studies of observed land precipitation changes with nine coupled models. *Geophys. Res. Lett.*, **32**, L18704, doi:10.1029/2005GL023654.

Liang, X., D. P. Lettenmaier, E. F. Wood, and S. J. Burges, 1994: A simple hydrologically based model of land surface water and energy fluxes for general circulation models. *J. Geophys. Res.*, **99**, 14 415–14 428.

Linsley, R. K., Jr., 1943: A simple procedure for the day-to-day forecasting of runoff from snowmelt. *Trans. Amer. Geophys. Union*, **24**, 719–736.

Lobell, D., C. Field, K. Nicholas-Cahill, and C. Bonfils, 2006: Impacts of future climate change on California perennial crop yields: Model projections with climate and crop uncertainties. *Agric. For. Meteor.*, **141**, 208–218.

Mantua, N. J., S. R. Hare, Y. Zhang, J. M. Wallace, and R. C. Francis, 1997: A Pacific interdecadal climate oscillation with impacts on salmon production. *Bull. Amer. Meteor. Soc.*, **78**, 1069–1079.

Maurer, E. P., and H. G. Hidalgo, 2007: Utility of daily vs. monthly large-scale climate data: An intercomparison of two statistical downscaling methods. *Hydrol. Earth Syst. Sci.*, **12**, 551–563.

——, I. T. Stewart, C. Bonfils, P. B. Duffy, and D. Cayan, 2007: Detection, attribution, and sensitivity of trends toward earlier streamflow in the Sierra Nevada. *J. Geophys. Res.*, **112**, D11118, doi:10.1029/2006JD008088.

Meehl, G. A., and A. Hu, 2006: Megadroughts in the Indian monsoon region and southwest North America and a mechanism for associated multidecadal Pacific sea surface temperature anomalies. *J. Climate*, **19**, 1605–1623.

——, and B. D. Santer, 2009: The mid-1970s climate shift in the Pacific and the relative roles of forced versus inherent decadal variability. *J. Climate*, in press.

Milly, P. C. D., J. Betancourt, M. Falkenmark, R. M. Hirsch, Z. W. Kundzewicz, D. P. Lettenmaier, and R. J. Stouffer, 2008: Stationarity is dead: Whither water management? *Science*, **319**, 573–574.

Mote, P. W., 2006: Climate-driven variability and trends in mountain snowpack in western North America. *J. Climate*, **19**, 6209–6220.

——, P. W., A. F. Hamlet, M. P. Clark, and D. P. Lettenmaier, 2005: Declining mountain snowpack in western North America. *Bull. Amer. Meteor. Soc.*, **86**, 39–49.

Nozawa, T., T. Nagashima, T. Ogura, T. Yokohara, N. Okada, and H. Shiogama, 2007: Climate change simulations with a coupled ocean–atmosphere GCM called the Model for Interdisciplinary Research on Climate: MIROC. CGER's Supercomputer Monograph Rep. Vol. 12, Center for Global Environmental Research, National Institute for Environmental Studies, Japan, 93 pp.

Pierce, D. W., and Coauthors, 2008: Attribution of declining western U.S. snowpack to human effects. *J. Climate*, **21**, 6425–6444.

Press, W. H., B. P. Flannery, S. A. Teukolsky, and W. T. Vetterling, 1992: Kolmogorov-Smirnov test. *Numerical Recipes in FORTRAN: The Art of Scientific Computing*. 2nd ed. Cambridge University Press, 617–620.

Santer, B. D., and T. M. L. Wigley, 2008: Progress in detection and attribution research. *Climatic Change Science and Policy*, S. H. Schneider, A. Rosencranz, and M. D. Mastrandrea, Eds., Island Press, in press.

——, U. Mikolajewicz, W. Brüggemann, U. Cubasch, K. Hasselmann, H. Höck, E. Maier-Reimer, and T. M. L. Wigley, 1995: Ocean variability and its influence on the detectability of greenhouse warming signals. *J. Geophys. Res.*, **100**, 10 693–10 725.

——, T. M. L. Wigley, J. S. Boyle, D. J. Gaffen, J. J. Hnilo, D. Nychka, D. E. Parker, and K. E. Taylor, 2000a: Statistical significance of trends and trend differences in layer-average atmospheric temperature time series. *J. Geophys. Res.*, **105**, 7337–7356.

——, and Coauthors, 2000b: Interpreting differential temperature trends at the surface and in the lower troposphere. *Science*, **287**, 1227–1232.

——, and Coauthors, 2007: Identification of human-induced changes in atmospheric moisture content. *Proc. Natl. Acad. Sci. USA*, **104**, 15 248–15 253.

Shindell, D. T., G. A. Schmidt, R. L. Miller, and D. Rind, 2001: Northern Hemisphere winter climate response to greenhouse gas, ozone, solar, and volcanic forcing. *J. Geophys. Res.*, **106**, 7193–7210.

Shiogama, H., M. Watanabe, M. Kimoto, and T. Nozawa, 2005: Anthropogenic and natural forcing impacts on ENSO-like decadal variability during the second half of the 20th century. *Geophys. Res. Lett.*, **32**, L21714, doi:10.1029/2005GL023871.

Smith, S. R., and J. J. O'Brien, 2001: Regional snowfall distributions associated with ENSO: Implications for seasonal forecasting. *Bull. Amer. Meteor. Soc.*, **82**, 1179–1191.

Stewart, I. T., D. R. Cayan, and M. D. Dettinger, 2005: Changes toward earlier streamflow timing across western North America. *J. Climate*, **18**, 1136–1155.

Stott, P. A., 2003: Attribution of regional-scale temperature changes to anthropogenic and natural causes. *Geophys. Res. Lett.*, **30**, 1728, doi:10.1029/2003GL017324.

Vose, R. S., C. N. Williams, Jr., T. C. Peterson, T. R. Karl, and

Case No. 1:20-cv-02484-MSK   Document 96   filed 05/06/21   USDC Colorado   pg 12 of 340

D. R. Easterling, 2003: An evaluation of the time of observation bias adjustment in the U.S. Historical Climatology Network. *Geophys. Res. Lett.,* **30,** 2046, doi:10.1029/2003GL018111.

Washington, W. M., and Coauthors, 2000: Parallel Climate Model (PCM) control and transient simulations. *Climate Dyn.,* **16,** 755–774.

Westerling, A. L., H. G. Hidalgo, D. R. Cayan, and T. W. Swetnam, 2006: Warming and earlier spring increase western U.S. forest wildfire activity. *Science,* **313,** 940–943.

Willett, K. M., N. P. Gillett, P. D. Jones, and P. W. Thorne, 2007: Attribution of observed surface humidity changes to human influence. *Nature,* **449,** 710–712.

Wood, A. W., L. R. Leung, V. Sridhar, and D. P. Lettenmaier, 2004: Hydrologic implications of dynamical and statistical approaches to downscaling climate model outputs. *Climatic Change,* **62,** 189–216.

Zhang, X., F. W. Zwiers, G. C. Hegerl, F. H. Lambert, N. P. Gillett, S. Solomon, P. A. Stott, and T. Nozawa, 2007: Detection of human influence on twentieth-century precipitation trends. *Nature,* **448,** 461–465.

Zwiers, F. W., and X. Zhang, 2003: Towards regional climate change detection. *J. Climate,* **16,** 793–797.

SPECIAL FEATURE

# Future dryness in the southwest US and the hydrology of the early 21st century drought

Daniel R. Cayan[a,b,1], Tapash Das[a], David W. Pierce[a], Tim P. Barnett[a], Mary Tyree[a], and Alexander Gershunov[a]

[a]Division of Climate, Atmospheric Science, and Physical Oceanography, Scripps Institution of Oceanography, La Jolla, CA 92093-0224; and [b]United States Geological Survey, La Jolla, CA 92093-0224

Edited by Glen M. MacDonald, University of California, Los Angeles, CA, and accepted by the Editorial Board March 18, 2010 (received for review October 26, 2009)

Recently the Southwest has experienced a spate of dryness, which presents a challenge to the sustainability of current water use by human and natural systems in the region. In the Colorado River Basin, the early 21st century drought has been the most extreme in over a century of Colorado River flows, and might occur in any given century with probability of even 60%. However, hydrological model runs from downscaled Intergovernmental Panel on Climate Change Fourth Assessment climate change simulations suggest that the region is likely to become drier and experience more severe droughts than this. In the latter half of the 21st century the models produced considerably greater drought activity, particularly in the Colorado River Basin, as judged from soil moisture anomalies and other hydrological measures. As in the historical record, most of the simulated extreme droughts build up and persist over many years. Durations of depleted soil moisture over the historical record ranged from 4 to 10 years, but in the 21st century simulations, some of the dry events persisted for 12 years or more. Summers during the observed early 21st century drought were remarkably warm, a feature also evident in many simulated droughts of the 21st century. These severe future droughts are aggravated by enhanced, globally warmed temperatures that reduce spring snowpack and late spring and summer soil moisture. As the climate continues to warm and soil moisture deficits accumulate beyond historical levels, the model simulations suggest that sustaining water supplies in parts of the Southwest will be a challenge.

climate change | regional modeling | sustainability | water resources

Persistent dry conditions have generally prevailed in the Southwest during the early years of the 21st century (1), after wetter than normal conditions in the preceding years. Such droughts have substantial impacts on the humans, animals, and plants inhabiting the Southwest, and call into question whether we can sustain the water resources that we have come to depend upon in the 20th century. This study uses high resolution (1/8° × 1/8°) hydrological model simulations, driven by observed and downscaled global climate model meteorological fields, to investigate the region's droughts. Our goals are to place the 21st century drought into the context of the 20th century, and determine how Southwest drought is likely to change from its 20th century patterns in the future.

The Southwest's hydrology is marked by strong variability on seasonal to multiannual time scales, reflecting its sensitivity to fluctuations in large scale atmospheric circulation patterns. Preinstrumental paleoclimate records indicate that periods of extreme dryness have occurred sporadically during the last millennium (2, 3), so the 21st century drought is far from unprecedented. Some of the most prominent of these prehistoric droughts occurred in the midst of anomalously warm conditions, perhaps in similar fashion to the recent early 21st century drought. A protracted period of such dry conditions is likely to make currently scheduled water deliveries from the Colorado River unsustainable in the future, and have other significant impacts on the Southwest's inhabitants (4, 5).

Although the recent drought may have significant contributions from natural variability, it is notable that hydrological changes in the region over the last 50 years cannot be fully explained by natural variability, and instead show the signature of anthropogenic climate change (6–9). GCM projections show reduced precipitation over many lower midlatitude continental regions, including the Southwest, as the climate warms from greenhouse gases (10–13). The obvious question is whether the 21st century drought is the harbinger of things to come.

Besides having enormous economic and societal consequences, drought has considerable effects upon ecosystems. An epidemic of conifer tree die-offs in western US forests has been provoked by severe dryness and insect infestation, evidently exacerbated by warmer temperatures in both the growing and cool seasons (14–16). An increase in the number and areal extent of wildfire in middle elevation forests (17) has been attributed to an advance in spring snowmelt and warmer spring and summer temperatures. Likely warming and possible drying of the climate in future decades is projected to increase the occurrence and impact of wildfires over much of the Southwest (18). All these applications motivate a detailed examination of Southwest droughts.

## Data and Models

We use observed temperature and precipitation to force the Variable Infiltration Capacity (VIC) hydrological model on a 1/8° × 1/8° grid across the western US. This allows us to analyze VIC's estimates of key hydrological fields, such as soil moisture, that are poorly observed over the historical time period. VIC has been shown to produce realistic simulations of the hydroclimate's mean and variability in this region (8, 19, 20). We will refer to these estimates as VIC-OBS. *SI Text* (sections S1 and S2) contains details on the hydrological modeling process.

We use twelve global climate models (GCMs) used in the Intergovernmental Panel on Climate Change (IPCC) Fourth Assessment Report (10, 11) to investigate effects of climate change on the Southwestern United States. The full list of models is given in *SI Text* (section S3). We further analyze the output of two of the twelve models, Geophysical Fluid Dynamics Laboratory (GFDL) CM2.1 and Centre National de Recherches Météorologiques (CNRM) CM3. These two models produce temperature and precipitation simulations falling within the larger ensemble of changes from the set of 12 GCMs, and were among the few models that provided the continuous daily output necessary to drive VIC. More information on the simulation quality of these models is given in *SI Text* (section S3). We statistically downscale the

Author contributions: D.R.C. and T.P.B. designed research; D.R.C., T.D., D.W.P., M.T., and A.G. performed research; T.D., D.W.P., M.T., and A.G. analyzed data; and D.R.C., T.D., and D.W.P. wrote the paper.

The authors declare no conflict of interest.

This article is a PNAS Direct Submission. G.M.M. is a guest editor invited by the Editorial Board.

[1]To whom correspondence should be addressed. E-mail: dcayan@ucsd.edu.

This article contains supporting information online at www.pnas.org/lookup/suppl/doi:10.1073/pnas.0912391107/-/DCSupplemental.

GFDL CM2.1 and CNRM CM3 meteorological output fields to the same $1/8° \times 1/8°$ grid as the observations, using the method of constructed analogues (8, 21). We apply the models' downscaled meteorological fields to VIC to produce gridded estimates of soil moisture and runoff, which we term VIC-MOD. This method provides a consistent treatment between the models and observations when analyzing the hydrological fields.

Warming in the CNRM and GFDL simulations ranges from about 2–4 °C by the latter half of the 21st century (Fig. S1A). Southwest precipitation changes little in the CNRM simulations, and declines in the GFDL simulations (Fig. S1B). These changes are representative of precipitation trends from the full set of IPCC models (10, 11), which show broad scale drying over lower midlatitude continental regions. The model simulation period used here is 1950–2100. We analyze in terms of water years, so, for example, "water year 2000" means October 1999 through September 2000. Projected 21st century hydrological conditions over the 21st century are evaluated with respect to historical and model simulated conditions within the 1951–1999 water year period. We used the IPCC Special Report on Emissions Scenarios (SRES) A2 and SRES B1 greenhouse gas emissions scenarios, representing medium high and moderately low emissions and associated global climate warming (10, 11).

We consider the Southwest to include the region from California to the eastern divide of the Rocky Mountains, and from the headwaters of the Colorado River in the central Rocky Mountains south to the Mexican border (Fig. 1). Although this region extends somewhat farther westward and northward than some traditional definitions of the Southwest, we included the California region together with the Great Basin and Colorado River basin because, to first order, the major arid portions of these three subregions have similar climate (22). They also have a moderate tendency for dry conditions to coincide (23; Table S1 and Fig. S2A). Finally, California and Nevada draw part of their water supply from the Colorado River, adding to the interdependency of resources across the three regions.

## Results

**Most Extreme Droughts, 1916–2008.** We use VIC-OBS to identify extreme droughts: water years when the area-averaged soil moisture falls below the 10th percentile of the 1951–1999 historical period. There are 11 such years over 1916–2008, both in the Southwest as a whole and within each of the three subregions. Area-averaged soil moisture in VIC-OBS is calculated as the total amount of moisture in the soil at a point divided by the maximum capacity at that point, averaged over the region. We also tried total (nonnormalized) moisture in the soil over the region, and found the list of dry years little different. Individual subregions

have their own list of extreme drought years—for example, California has the strongest dryness in the 1930s and Colorado in the 1950s (Table S2).

Three of the 11 extreme drought years we identified have occurred since the 21st century began: water years 2002, 2007, and 2008 (Table S2). The early 21st century drought started in water year 2000 with exceptionally warm temperatures across virtually the entire West, and precipitation in the 30th percentile or lower over most of the interior away from the Pacific coast. Even lower precipitation values were seen in the same general region in water year 2002, with a large swath from western Kansas through Colorado, Utah, Arizona, southern Nevada, and southern California receiving precipitation in the 20th percentile or below. Although temperatures peaked in water year 2000, they continued elevated almost every year through 2007, and were again warm in 2009. The last time water year averaged temperatures were >1 °C colder than usual across most of the western United States was in 1993, 16 years ago, although such cold years were experienced regularly before 1985.

For the Southwest as a whole, VIC-OBS estimated extreme drought years are clustered in the early 1930s, late 1950s and early 1960s, late 1980s and early 1990s, and in the late 2000s. The extreme dry years in the 20th century almost always have occurred in the midst of longer dry periods, in which droughts build up and subside over multiple years. The durations of these





**Fig. 2.** Duration of dry intervals associated with extreme drought, as simulated by the VIC hydrological model. (*A, Upper*) From VIC forced by observed temperature and precipitation (VIC-OBS), 1915–2008. (*B, Lower*) From VIC forced by the CNRM (*Light*) and GFDL (*Dark*) global models under the SRES A2 emissions scenario (VIC-MOD). Years advance upward. In some cases these intervals include two or more of the extreme drought years. Period before/after each drought extreme was defined by the end /beginning of the first 6 month consecutive spell having unbroken negative soil moisture anomalies. In some cases these intervals include two or more of the extreme drought years. The duration of the 2007 dry spell is a minimum estimate because it was still not broken at the end of the dataset in December 2008.



**Fig. 1.** The study area consists of three regions: California, Great Basin, and Colorado River Basin. Together these are called the "Southwest."

prominent historical dry spells, based upon the time when Southwest-averaged soil moisture dropped and stayed below average for at least six months as an indicator of dry conditions, are shown in Fig. 2A. The duration of dryness surrounding the spell's peak summer drought has ranged from 47 to 123 months.

The dry spells projected over the 21st century through the lens of the CNRM and GFDL simulations, calculated using VIC-MOD, are shown in Fig. 2B. The incidence of extreme drought during the first half of the 21st century is little changed in either model or SRES scenario. But by the second half of the 21st century, the number and duration of extreme dry events increases markedly, with most of the projected dry spells lasting longer than 5 years and in three cases exceeding 150 months—more than 12 years.

**Hydrological Characteristics of Southwest Droughts.** Fig. 3 shows composite anomalies of selected hydrological measures for the 11 extreme dry years, using an extended sequence of 48 months. The sequence begins 2 years before the extreme dry year and continues through 1 year after. On average, annual runoff aggregated over the Southwest dropped to 63% of its historical norm by the peak drought year. The composite also shows that 2 years and 1 year prior to the peak dry year, annual runoff averaged 85% and 81% of the 1951–1999 water year average, whereas the year after the extreme drought year, composite runoff had only recovered to 80% of average.

The most recent dry spell, with extreme dryness in 2007, is evaluated below specifically for the Colorado River flow at Lees Ferry. It is also shown for the Southwest as a whole in Fig. 3 as the brown line. Over the larger region the episode does not have an unusual precipitation deficit, which is close to the average during 2006 and turns dry during the 2007 water year. Runoff, however, is below average extreme dry levels. Notably, the warmth of the recent drought is exceptionally strong and consistent, with a spell of positive temperature anomalies that is nearly unbroken from 2005 through the end of 2008.



**Fig. 3.** Composite Southwest-area aggregated monthly anomaly of temperature, precipitation, snow water equivalent, runoff, and soil moisture beginning October, two years prior to the extreme drought year through September, and one year after the extreme drought year. Composites are average anomalies over the 11 historical drought cases. Composite anomalies (Circles) are calculated from 1951–1999 average monthly climatology, and those which are significant at the 95th percentile are colored. Vertical whiskers extend from the 5th percentile to the 95th percentile of the samples in the composite population. Anomalies that occurred before, during, and after the 2007 dry spell are shown by the solid brown line.

Fig. 3, a composite over the 11 extreme drought cases, shows that precipitation shortages often accumulate over many months in advance of the gravest drought conditions and persist over multiple years. Greatest precipitation shortfalls occur during the winter months when precipitation is normally at its maximum, but the composite shows that precipitation deficits may also occur during the fall and spring as the North Pacific storm season is transitioning from or to its summer inactive state. The below average precipitation gives rise to below average soil moisture; runoff responds directly to these conditions, with the composites showing largest reductions during the core drought year, but also negative anomalies during the prior buildup and subsequent persistence of low soil moisture conditions. Greatest soil moisture deficits occur in May and June, the period when soil moisture normally begins a rapid decline to low summer levels in the Southwest. Composited over the 11 extreme drought years, the aggregate Southwest precipitation was reduced to 77% of its 1951–1999 average, April 1 snow water equivalent was reduced to 50%, and runoff was reduced to 63%.

**Drier Soils and Warmer Summer Temperatures.** During drought events, warm summer temperature anomalies blanket the whole Southwest and spread over much of the conterminous United States (Fig. S2B). Monthly mean temperature anomalies in drought summers range from $+0.5\,°C$ to $+1\,°C$ (Fig. 3). Averaged over the water year during the extreme droughts, minimum temperatures (Tmin, usually nighttime) were $0.3\,°C$ above average whereas maximum temperatures (Tmax, usually daytime) over the Southwest were $0.8\,°C$ above the 1951–1999 average. The composite Tmin temperature anomaly approached 1 standard deviation whereas that for Tmax exceeded 1 standard deviation of the annual temperatures over the Southwest.

This linkage is also present with a strong degree of statistical confidence in the downscaled CNRM and GFDL simulations ($p < 0.05$), demonstrated when we stratify the years when VIC-MOD soil moisture or precipitation is below average vs. above average. It should be noted that CNRM was one of the models that registered the lowest degree of temperature change from wet to dry, although this model has demonstrated a strong degree of temperature response during dry continental high pressure regimes (24). The association of drier soils with warmer summer temperatures is found in most of the 12 GCM historical 20th century sequences and 21st century climate change simulations (Fig. S3).

**Amplified Droughts Under Climate Warming.** The Southwest becomes more arid over the 21st century in the CNRM and GFDL model simulations, as judged by changes in VIC-MOD's regional aggregate snow pack and soil moisture (Fig. 4 for CNRM only, and Fig. S4), with associated deficit precipitation and reductions in runoff.

The occurrence of years with April 1 snowpack low enough to qualify as being below the 10th percentile (based on the 1951–1999 historical period) changes little during the first half of the 21st century in VIC-MOD, but these very low snow years increase by 2.5–5 times during the last half of the 21st century, consistent with several previous regional climate change studies (25). Conversely, as climate warming advances, years with spring snowpack exceeding even the average historical value occur less and less often. Accompanying the loss of spring snowpack, years with extremely low early summer soil moisture occur more than twice as often during the second half of the 21st century (Fig. 4, Lower Panel).

The depletion of soil moisture during dry events in VIC-MOD is both prolonged and magnified during the second half of the 21st century (Fig. 2B and Fig. S4). Composites of soil moisture anomalies show progressive deficits in years both preceding and following peak drought years (Fig. S5). The number of extreme



**April 1 swe Southwest**
**VIC simulation from CNRM CM3**



**Southwest June soil moisture**
**VIC simulation from CNRM CM3**

**Fig. 4.** Southwest region April first snow water equivalent (mm) (*Upper*) and June soil moisture (% of 1951–1999 average annual values) (*Lower*) from VIC simulation of the CNRM CM3 GCM for 1950 to 2100. Climate change period (2000–2100) from scenarios SRES A2. Extremely dry years are indicated by red bars that mark years when April 1 SWE or June soil moisture is lower than the 10th percentile of the historical (1951–1999) period (18.0 mm).

drought years in the two models, determined using the same criteria as for the observed cases, showed no change or actually decreased during the 2000–2049 period, but increased from 5 events during the climatological period to 6 and 9 (SRES B1) and 9 and 13 (SRES A2) during 2050–2099 (Table 1). During the extreme droughts, the relative deficit in soil moisture grows larger, and also grows in comparison to the deficit in precipitation, as judged by standardized precipitation and soil moisture anomalies shown in Fig. 5A. Over the historical period, the annual precipitation anomalies during drought are about 1.3 standard deviations below their climatological mean, whereas VIC-OBS and VIC-MOD soil moisture anomalies for extreme droughts are approximately 1.5 standard deviations below their climatological mean. But by end of 21st century, the soil moisture deficits range from 1.7 to more than 2 standard deviations below the mean. Because average precipitation anomalies during a drought do not change as much for the late 21st century, we conclude that more of the water budget is being consumed by other processes, probably evapotranspiration, which results in

**Table 1. Southwest drought year counts from simulations. A drought year is defined when southwest aggregate soil moisture falls below its historical 1951–1999 10th percentile value. Climate change period soil moisture from VIC hydrologic simulations forced by results from GCMs CNRM CM3 and GFDL CM2.1. Climate change simulations from two global greenhouse gas scenarios SRES A2 and SRES B1.**

Counts of extreme droughts, climate simulations

| | | Historical 1951–1999 | Projected early period 2000–2049 | Projected late period 2050–2099 |
|---|---|---|---|---|
| *CNRMCM3* | SRESA2 | 5 | 3 | 9 |
| | SRESB1 | 5 | 2 | 6 |
| *GFDLCM2.1* | SRESA2 | 5 | 5 | 13 |
| | SRESB1 | 5 | 4 | 9 |

the amplified soil moisture deficit compared to precipitation deficit.

**Recent Drought in the Colorado Basin—Could it get Worse?** The increasing duration and severity of drought conditions we have described could have a particularly deleterious effect on Colorado River water supplies. Because the water in the river is already completely allocated, this leads to questions of whether those allocations are sustainable. Is the early 21st century drought on the Colorado River unusual or can we expect others like it in the future?

Some droughts are short and intense whereas others are less deep but persistent. From the point of view of a reservoir system, it is the total deficit in flow over some period that matters. With this drought indicator in mind, we used a stochastic Colorado River flow model to estimate flow conditions at Lees Ferry over 2000 realizations of the last 100 or so years. The realizations were generated by Fourier transforming the observed flow, randomizing the phases, and transforming back; the result shows good agreement with both historically observed flow and paleoclimate estimates from tree rings (26). The various realizations were then used to estimate the probability of observed drought sequences over the last 100 + years. Were any of them "unusual?"

From the 2000 realizations, we calculated the accumulated deficit in flow over $N$ years, taking $N$ from 1 to 10. The deficit is calculated relative to what the total flow would have been if the simple mean flow over the historical period had gone down the river each year. For example, if the mean flow is $18 \times 10^9$ m$^3$/year (billion cubic meters per year, or bcm/year) and the 5-year running mean in year 1960 is 14 bcm/year, then the accumulated deficit in 1960 for $N = 5$ years is $5^*(18 - 14) = 20$ bcm.

Fig. 5B shows the accumulated deficit in Colorado River flow as a function of $N$ for the historical period, 1906–2008. Each year is shown as a dot, plotted at the value of $N$ that gives the largest accumulated deficit. The observed early 21st century drought is highlighted in red. Gray shading indicates the region that will contain the worst drought of the century 2/3 of the time, calculated from the 2000 realizations. There is a 1/3 chance of a drought worse than shown (i.e., falling below the shading), but essentially no chance ($p < 0.005$) of the worst-in-century drought being better. The early 21st century drought falls squarely in this region ($p \sim 0.6$). Other details on the figure are given in *SI Text* (section S4).

An alternative explanation for the occurrence of this severe drought in recent times could be the initial impacts of global warming described above. Indeed, most studies predict a reduction Colorado River flow as warming impacts intensify (see ref. 5 for a list). The effects of this warming have been detected in the hydrological cycle of the western United States (6–9). The green hatched region in Fig. 5B shows ensemble-averaged estimates from VIC-MOD of where the worst drought of the century will likely fall, using the SRES A2 scenario and model-projected flow from 2050–2099. The models suggest the early 21st century drought will become commonplace in the future, and that the worst drought of the century will be much more severe than we have experienced since measurements began.

The climate model simulations indicate that there may be substantial differences in the amount of drying across the broad Southwest region. These differences are confirmed when this analysis is repeated for flow in the Sacramento River above Bend Bridge, whose watershed lies in the northernmost California portion of our domain. First, flows are not unusually low in the early 2000s, unlike the Colorado River result (Fig. S6). Second, the climate change shift is toward wetter conditions, not drier. Thus it appears that only certain core areas, such as the Colorado basin, could experience harsher droughts.

SPECIAL FEATURE

SUSTAINABILITY SCIENCE



**Fig. 5.** (*A, Left*) Composite of water year precipitation and water year soil moisture (*Red*) anomalies associated with extreme negative soil moisture anomalies for Southwest from historical observation and simulated climate input from CNRM CM3 and GFDL CM2.1 GCMs SRES A2 emission scenario—historical period 1951–1999, early 21st century 2000–2049 period, and late 21st century 2050–2099 period. In the figure, precipitation and soil moisture composites are shown side by side. For climate model simulation, composites from CNRM CM3 are shown first, and then from GFDL CM2.1, for each time epoch. (*B, Right*) Accumulated deficit in flow [10**9 m**3, or billions of cubic meters(bcm)] on the Colorado River at Lees Ferry, relative to the mean flow observed over the period 1906–2008. Deficit is calculated in N-year running means (X axis). The 21st century drought is shown in red; other years are shown as black dots. Gray shading indicates where, 2/3 of the time, the worst drought of the century should fall; the green hatched region shows the same thing for the end of this century, estimated from downscaled climate models. The right hand axis additionally shows values in millions of acre-feet (maf). See text for details. (For Sacramento at Bend Bridge, see Fig. S6).

At this point, it is not possible to say which mechanism (chance or warming) is responsible for the observed dryness in the Colorado basin during the first years of the 21st century. But whichever it is, the clear message is that a drought equally severe is quite likely to reoccur during the rest of the 21st century.

## Discussion

The early 21st century drought is an example of the kinds of droughts the Southwest United States is prone to. Such droughts have a tendency to take on large southwest footprints, although both observations and climate model simulations display different degrees of dryness in California, the Great Basin, and the Colorado basin. This is true for the early 21st century drought as well, which is more severe in the Colorado basin than in California. As quantified by the VIC hydrological model, the most extreme drought years throughout the instrumental record have tended to build up and finally abate over an extended multiyear period. Historically, and especially during the early 21st century, observed Southwest droughts have been exacerbated by anomalously warm summer temperatures. This tendency may continue—several different 21st century climate model simulations suggest that dry years will experience anomalously warm summer temperatures, even above and beyond the warming trend in the Southwest.

The recent drought in the Colorado basin has seen the lowest accumulated deficit in flows at Lees Ferry in over a century of measurements, and has only a 60% chance of occurring in a century. However, given the amount of natural variability in the region's runoff, the current drought is not outside the realm of droughts likely to be encountered due to natural variability. Downscaled climate model projections show longer and more intense future droughts in the Colorado basin, and a high likelihood of worst-in-century droughts with multiyear flow deficits that ex-

ceed any in the observational record by 60–70%. If these climate scenarios materialize, we will have to prepare for deeper and historically more unusual water shortages, and the sustainability of current water deliveries from the Colorado River will become problematical.

In summary, a view from a small, but representative selection of climate simulations downscaled to 1/8° × 1/8° and applied to a hydrological model suggests a future where drought becomes more extreme by the mid to late 21st century. Inevitably, there will be precipitation shortages, and during these times, the resulting hydrological drought is aggravated by a trend toward much less snowpack, warmer temperatures (especially in summer) and diminished runoff and soil moisture.

**ACKNOWLEDGMENTS.** We thank Andrew W. Wood, Edwin P. Maurer, Alan F. Hamlet, Dennis Lettenmaier, and Francisco Munoz-Arriola, for the VIC model, forcing, and parameters. We thank two anonymous reviewers and editor for important comments. Naturalized streamflow data for the Colorado River at Lees Ferry was obtained from James Prairie of the Bureau of Reclamation. Part of the downscaled data was developed by Hugo Hidalgo. Jennifer Johns provided illustrations and expert processing of the manuscript. We acknowledge the several international global climate modeling groups, and particularly at Centre National de Recherches Météorologiques (CNRM) and Geophysical Fluid Dynamics Laboratory (GFDL) for global climate model output. We thank the Program for Climate Model Diagnosis and Intercomparison and the World Climate Research Program (WCRP) Working Group on Coupled Modeling for the WCRP Coupled Model Intercomparison Project phase 3 (CMIP3) multimodel dataset. Support of this dataset is provided by the Office of Science, US Department of Energy.

Funding was provided by the California Energy Commission Public Interest Energy Research Program through the California Climate Change Center, by the National Oceanic and Atmospheric Administration Regional Integrated Sciences and Assessments Program through the California Applications Program. The CALFED Bay-Delta Program postdoctoral fellowship provided partial salary support for T.D.

1. MacDonald GM, et al. (2008) Climate warming and 21st century drought in southwestern North America. *Eos Transactions, American Geophysical Union* 89(9):82–83.
2. Cook ER, Woodhouse C, Eakin CM, Meko DM, Stahle DW (2004) Long-term aridity changes in the western United States. *Science* 306:1015–1018.
3. Woodhouse CA, Meko DM, MacDonald GM, Stahle DW, Cook ER (2010) A 1,200-year perspective of 21st century drought in southwestern North America. *Proc Natl Acad Sci USA* 107:21283–21288.
4. Gober PA, Kirkwood CW (2010) Vulnerability assessment of climate-induced water shortage in Phoenix. *Proc Natl Acad Sci USA* 107:21295–21299.
5. Barnett TP, Pierce DW (2009) Sustainable water deliveries from the Colorado River in a changing climate. *Proc Natl Acad Sci USA* 106:7334–7338.
6. Barnett TP, et al. (2008) Human-induced changes in the hydrology of the western US. *Science* doi:10.1126/science.1152538.

7. Pierce DW, et al. (2008) Attribution of declining western US snowpack to human effects. *J Climate* 21:6425–6444.
8. Hidalgo HG, et al. (2009) Detection and attribution of streamflow timing changes to climate change in the western United States. *J Climate* 22:3838–3855.
9. Das T, et al. (2009) Structure and origins of trends in hydrological measures over the western United States. *J Hydrometeorol* 10:871–892 doi:10.1175/2009JHM1095.1.
10. Intergovernmental Panel on Climate Change Solomon S, et al., ed. (2007) *Climate Change 2007: The Physical Science Basis. Contribution of Working Group I to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change* (Cambridge University Press, Cambridge, UK).
11. Intergovernmental Panel on Climate Change (2007) *Impacts, Adaptation, and Vulnerability: Contribution of Working Group II to the Intergovernmental Panel on Climate Change Fourth Assessment Report.*

12. Seager R, et al. (2007) Model projections of an imminent transition to a more arid climate in southwestern North America. *Science* 316:1181–1184.

13. Cook ER, et al. (2010) Megadroughts in North America: Placing IPCC projections of hydroclimatic change in a long-term palaeoclimate context. *J Quaternary Sci* 25:48–61.

14. Allen CD (2007) Cross-scale interactions among forest dieback, fire, and erosion in northern New Mexico landscapes. *Ecosystems* 10:797–808.

15. Yuhas AN, Scuderi LA (2009) MODIS-derived NDVI characterisation of drought-induced evergreen dieoff in western North America. *Geogr Res* 47:34–45 doi/10.1111/j.1745-5871.2008.00557.

16. Williams AP, et al. (2010) Forest responses to increasing aridity and warmth in the southwestern United States. *Proc Natl Acad Sci USA* 107:21289–21294.

17. Westerling AL, Hidalgo HG, Cayan DR, Swetnam TW (2006) Warming and earlier spring increase western US forest wildfire activity. *Science* 313:940–943.

18. Westerling AL, Bryant BP (2008) Climate change and wildfire in california. *Climatic Change* 87:231–249 doi: 10.1007/s10584-007-9363-z.

19. Liang X, Lettenmaier DP, Wood EF, Burges SJ (1994) A simple hydrologically based model of land surface water and energy fluxes for GSMs. *J Geophys Res* 99(D7): 14 415–14 428.

20. Maurer EP, Wood AW, Adam JC, Lettenmaier DP, Nijssen B (2002) A long-term hydrologically based dataset of land surface fluxes and states for the conterminous United States. *J Clim* 15:3237–3251.

21. Maurer EP, Hidalgo HG (2008) Utility of daily vs. monthly large-scale climate data: An intercomparison of two statistical downscaling methods. *Hydrol Earth Syst Sc* 12:551–563.

22. Diaz HF (2003) Biomes, river basins, and climate regions: Rational tools for water resource management. *Climate and Water: Transboundary Challenges in the Americas*, eds HF Diaz and BJ Morehouse  (Kluwer, Boston), pp 221–235.

23. Cayan DR, et al. (2003) The transboundary setting of California's water and hydro-power systems—Linkages between the Sierra Nevada, Columbia River, and Colorado River hydroclimates: Chapter 11. *Climate and Water—Transboundary challenges in the Americas*, eds HF Diaz and B Woodhouse (Kluwer, Boston), 16, pp 237–262.

24. Gershunov A, Douville H (2008) Extensive summer hot and cold extremes under current and possible future climatic conditions: Europe and North America. *Climate Extremes and Society*, eds H Diaz and R Murnane (Cambridge University Press, Cambridge, UK).

25. Christensen NS, Wood AW, Voisin N, Lettenmaier DP, Palmer RN (2004) Effects of climate change on the hydrology and water resources of the Colorado River basin. *Climatic Change* 62:337–363.

26. Barnett TP, Pierce DW (2008) When will Lake Mead go dry? *Water Resour Res* 44:W03201 doi:10.1029/2007WR006704.

Cayan et al.

# Supporting Information

## Cayan et al. 10.1073/pnas.0912391107

**SI Text**

**SI Data and Models.**

**S1. Observational Data.** Daily gridded meteorological observations of precipitation (P), maximum temperature (Tmax), minimum temperature (Tmin), and wind speed at 1/8 degree spatial resolution across the Southwestern Unites States were obtained from the Surface Water Modeling Group at the University of Washington (http://www.hydro.washington.edu; 1). The data are based on the National Weather Service cooperative network of weather observations stations, augmented by information from the higher quality Global Historical Climatology Network (GHCN) stations.

The dataset in ref. 1 is available for the period 1915 through 2003. To extend the dataset up to 2008, we used daily gridded meteorological fields for the period 2004 through 2008 produced by the same group (the Surface Water Modeling Group at the University of Washington) based on a reduced set of stations. This reduced set is available with near-real-time updates, because it is used operationally for a West-wide seasonal hydrologic forecast system (2).

**S2. The Variable Infiltration Capacity (VIC) hydrologic model.** To produce hydrologic variables during the 20th century and under 21st century climate change conditions, we used the VIC distributed macroscale hydrologic model (3). Defining characteristics of VIC are the probabilistic treatment of subgrid soil moisture capacity distribution, the parameterization of baseflow as a nonlinear recession from the lower soil layer, and the unsaturated hydraulic conductivity at each particular time step is treated as a function of the degree of soil saturation (3, 4). It uses a tiled representation of the land surface within each model grid cell, allowing subgrid variability in topography, infiltration, and land surface vegetation classes (3, 4).

The VIC model was run at a daily time step, with a 1-hour snow model time step in water balance mode, and using a 1/8 by 1/8 degree resolution grid across the Southwestern United States. Using the gridded observed meteorological forcing (described below), along with the physiographic characteristics of the catchment (for example, soil and vegetation), VIC calculates a suite of hydrologic variables, including runoff, baseflow, soil moisture, actual evapotranspiration and snow water equivalent in the snowpack. Derived variables such as radiation, humidity, and pressure are estimated internally based on the input P, Tmax, and Tmin (5, 6).

VIC has been used extensively in a variety of water resources applications; from studies of climate variability, forecasting and climate change studies (2, 4, 7–12). The model's soil moisture estimations produce reasonable agreement with the few point measurements available (4), and VIC-simulated streamflow validates well with observations when the model has been calibrated using streamflow data (4, 12).

VIC was forced using the observed gridded meteorology described above (1, 2), and with downscaled global climate model (GCM) data from 1950 to 2099 using two climate models: the Centre National de Recherches Météorologiques (CNRM) CM3 model, and the Geophysical Fluid Dynamics Laboratory (GFDL) CM2.1 model. We used both the SRES A2 and B1 emissions scenarios in this work. Daily precipitation (P) and maximum and minimum temperatures (Tmax, Tmin) from models were downscaled to 1/8 degree resolution using the constructed analogues (CA) statistical downscaling method (12, 13). For the future simulations, climatological wind speed (computed from the daily wind speed in ref. 4 for the period 1950–1999) was used. The downscaled climate fields are obtained by constructing linear combinations of previously observed weather patterns, including adjustments for model biases and loss of variance. Results with CA and those obtained with bias correction and spatial downscaling (BCSD), another statistical downscaling methodology, are qualitatively similar (13). An advantage of the CA method over the BCSD method is that CA can capture changes in the diurnal cycle of temperatures; the downside is that this requires daily data rather than monthly.

Our soil moisture indices were calculated as follows: (*I*) At each model time step, we combined the instantaneous moistures from VIC's three soil layers. (*ii*) At each point, we computed the maximum soil moisture possible at each point by combining the maximum soil moisture possible in each of the three soil layers. (The maximum soil moisture for each soil layer is equal to soil layer depth multiplied by its respective porosity.) (*iii*) At each model time step, the soil moisture fraction is equal to ratio of instantaneous moisture to the maximum possible moisture. Soil moisture was averaged across Southwest region. In the Southwest, the soil accumulates water from the beginning of the year until April, whereupon it dries until October.

**S3. GCM Simulations.** For the present study we selected simulations from 12 GCMs from the World Climate Research Program (WCRP) Coupled Model Intercomparison Project phase 3 (CMIP3) multimodel dataset: CNRM CM3, GFDL CM2.1, Center for Climate System Research (University of Tokyo) Model for Interdisciplinary Research On Climate (MIROC) 3.2 (medium resolution), European Center-Hamburg/Max Planck Institute ECHAM5/MPI OM, National Center for Atmospheric Research (NCAR) Community Climate System Model version 3 (CCSM3), NCAR Parallel Climate Model (PCM), Goddard space flight center Coupled General Circulation Model (CGCM) 3.1 (T47), Australian Commonwealth Scientific and Research Organization (CSIRO) Mk 3.0, Institut Pierre Simon Laplace (IPSL) CM4, United Kingdom Meteorological Office (UKMO) HadCM3, and UKMO HadGEM1. Documentation on the models can be found at http://www-pcmdi.llnl.gov/ipcc/model_documentation/pcc_model_documentation.php. These models were selected because they have been evaluated and used in previous investigations of climate change over the region (e.g., 14), so the results herein can be more easily compared to previously published results.

We selected CNRM CM3 and GFDL CM2.1 for detailed analysis because they provided the contiguous daily output of Tmin and Tmax necessary for the VIC hydrological model, and because their simulations lie within the range of temperature and precipitation projections produced by a set of several global climate model simulations of future climate over the Southwest (Fig. S1).

The performance of these two models in terms of their mean climate and variability of temperature and precipitation on seasonal, pentadal, and decadal timescales has been previously evaluated over the western United States (14). Also included in the evaluation was the models' ability to represent El Niño-Southern Oscillation (ENSO), the Pacific Decadal Oscillation (PDO), and the teconnected responses of temperature and precipitation to ENSO and PDO in our region of interest. Over the 42 metrics used, GFDL 2.1 was in the top third of models, whereas CNRM was in the bottom third. CNRM's performance

PNAS

was hampered by significant biases; however, it is worth pointing out that the downscaling we used removes these biases. In other aspects of its simulation, CNRM was nearer to the middle of the pack of the CMIP3 models.

Both models have an overly strong ENSO signal that extends too far to the west in the tropical Pacific, a common failing of the current generation of global climate models. CNRM also has an ENSO period that is closer to 3 years, while in nature it is more irregular and spreads toward longer timescales. GFDL 2.1 has a good simulation of ENSO's spectrum. Both models have a PDO that is overly trapped to the Kuroshio region off the coast of Japan, rather than having the maximum in the center of the North Pacific. The amplitude of CNRM's PDO is realistic, but GFDL's is too weak along the west coast of North America. GFDL 2.1 again has a spectrum of the PDO that is indistinguishable from observations given the considerable sampling uncertainties involved, while CNRM has an overly pronounced 10-year peak in the spectrum. These model limitations should be kept in mind when evaluating the downscaled results shown here.

We used simulations driven by two greenhouse gas emissions scenarios. The A2 emissions scenario represents a differentiated world in which economic growth is uneven and the income gap remains large between now-industrialized and developing parts of the world; people, ideas, and capital are less mobile so that technology diffuses more slowly. The B1 emissions scenario presents a future with a high level of environmental and social consciousness combined with a globally coherent approach to a more sustainable development. The A2 scenario has higher emissions than the B1 scenario.

**S4. Constructing Fig. 5B.** The observations used to construct Fig. 5B in the main text are taken from US Bureau of Reclamation estimates of naturalized flow of the Colorado River at Lees Ferry, updated as of September 16, 2009. Flow values should be considered provisional, especially for the most recent years.

Comparing model-estimated flows to observed flows requires dealing with model biases. Model flows were adjusted to have the same mean and standard deviation as observed over the period 1904–1999. Values for mean and standard deviation are: observations, (14.68,4.64) million acre-feet (maf); for the GFDL model, (17.65,6.18) maf; for CNRM, (16.30,3.99) maf.

Each year in the historical period, 1906–2008, is shown on Fig. 5B as a black or red dot. Each year will have an accumulated deficit for every value of the running mean window $N$ from 1 to 10 (shown on the X axis of the figure). However, the dot is only plotted at the X value that has the maximum accumulated deficit. For example, consider the $N$-year running mean ending in 1950. Perhaps the 1 year running mean deficit is $-2$, and the two year running mean deficit is $+3$, and the three year mean deficit is $-7$, etc., so that all the running mean deficits are $(-2, +3, -7, -5.1, 4.0, -2, -1.1)$. In this case a dot would be plotted at X = 3, because the three year running mean is the one with the greatest flow deficit. There are different numbers of dots in each vertical column partly by chance, and partly reflecting the typical length of droughts in the region.

1. Hamlet AF, Lettenmaier DP (2005) Production of temporally consistent gridded precipitation and temperature fields for the continental US. *J Hydrometeorol* 6:330–336.
2. Wood AW, Lettenmaier DP (2006) A testbed for new seasonal hydrologic forecasting approaches in the western US. *B Am Meteorol Soc* 87(12):1699–1712.
3. Liang X, Lettenmaier DP, Wood EF, Burges SJ (1994) A simple hydrologically based model of land surface water and energy fluxes for GSMs, *J Geophys Res* 99(D7):14415–14428.
4. Maurer EP, Wood AW, Adam JC, Lettenmaier DP, Nijssen B (2002) A long-term hydrologically based dataset of land surface fluxes and states for the conterminous United States. *J Climate* 15:3237–3251.
5. Kimball JS, Running SW, Nemani R (1997) An improved method for estimating surface humidity from daily minimum temperature. *Agricultural and Forest Meteorol.* 85:87–98.
6. Thornton PE, Running SW (1999) An improved algorithm for estimating incident daily solar radiation from measurements of temperature, humidity, and precipitation. *Agric. For. Meteorol.* 93:211–228.
7. Nijssen B, O'Donnell GM, Lettenmaier DP, Lohmann D, Wood EF (2001) Predicting the discharge of global rivers. *J Climate* 14:3307–3323.

8. Sheffield J, Wood EF (2007) Characteristics of global and regional drought, 1950–2000: Analysis of soil moisture data from off-line simulation of the terrestrial hydrologic cycle. *J Geophys Res* 112(D17115) doi:10.1029/2006JD008288.
9. Barnett TP, et al. (2008) Human-induced changes in the hydrology of the western US. *Science* doi:10.1126/science.1152538.
10. Wood AW, Leung LR, Sridhar V, Lettenmaier DP (2004) Hydrologic implications of dynamical and statistical approaches to downscaling climate model outputs. *Climatic Change* 62:189–216.
11. Das T, et al. (2009) Structure and origins of trends in hydrological measures over the western United States. *J Hydrometeorol* 10:871–892.
12. Hidalgo HG, et al. (2009) Detection and attribution of streamflow timing changes to climate change in the western United States. *J Climate* 22:3838–3855.
13. Maurer EP, Hidalgo HG (2008) Utility of daily vs. monthly large-scale climate data: an intercomparison of two statistical downscaling methods. *Hydrol Earth Syst Sc* 12:551–563.
14. Pierce DW, Barnett TP, Santer BD, Gleckler PJ (2009) Selecting global climate models for regional climate change studies. *Proc Natl Acad Sci* doi:10.1073/pnas.0900094106.



**Fig. S1.** Projected changes in annual temperature (*A, Upper*, °C) and precipitation (*B, Lower*, %) from the 12 CGMs used in this study. The 2 models analyzed in further detail (CNRM CM3 and GFDL CM2.1) are shown as outlined bars at the left of each row. Changes are relative to each model's historical period (1951–1999).



**Fig. S2.** (*A, Upper*) Composite precipitation rate (mm/day) over the water years of the extreme dry soil moisture years from National Center for Environmental Protection/National Center for Atmospheric Research (NCEP/NCAR) Reanalysis. Water years included are 1959, 1961, 1977, 1989, 1990, 2002, 2007, and 2008 (note that the reanalysis data starts in 1950). Water Year defined such that Water Year 2008 is October 2007–September 2008.). (*B, Lower*) Composite warm season (April–September) temperature anomalies (°C) during 11 extreme dry soil moisture years. These images are provided by the National Oceanic and Atmospheric Administration/Earth System Research Laboratory (NOAA/ESRL) Physical Sciences Division, Boulder Colorado from their Web site at http://www.psd.noaa.gov/ and use National Climatic Data Center (NCDC), 1994, Time Bias Corrected Divisional Temperature-Precipitation-Drought Index (TD-9640). Documentation for dataset TD-9640 is available from DBMB, NCDC, National Oceanic and Atmostpheric Administration.



**Fig. S3.** Difference in May through August mean temperature: During years whose prior October through April precipitation is below average minus temperature for years whose prior October through April precipitation is above average. Scenario IPCC Special Report on Emissions Scenarios (SRES) A2 (*Upper*) and SRES B1 (*Lower*) for 2001–2049 and for 2051–2099.



**Fig. S4.** Composite Southwest-area aggregated monthly anomaly of precipitation, snow water equivalent, runoff, and soil moisture beginning October, two years prior to the extreme drought year through September, one year after the extreme drought year. Composites are average anomalies over the drought cases identified from VIC simulations of CNRM CM3 and GFDL CM2.1 GCMs SRES A2 and SRES B1 emission scenarios, for the late 21st century 2050–2099 period. Composite anomalies (*Circles*) are calculated from 1951–1999 average monthly climatology, and those which are significant at the 95th percentile are colored. Vertical whiskers extend from the 5th percentile to the 95th percentile of the composite samples.



**Fig. S5.** Soil moisture anomalies composited on dry spells, for the historical period (1951–1999, *Lower Two Panels*), first half of the century, and second half of the century (*Upper Panel*). Values are from VIC driven by observations (*Lower*), and VIC driven by the downscaled CNRM CM3 and GFDL CM2.1 global models (*Other Panels*). Composite anomalies (*Circles*) are calculated from 1951–1999 average monthly climatology, and those which are significant at the 95th percentile are colored. Vertical whiskers extend from the 5th percentile to the 95th percentile of the composite samples.

**Fig. S6.** As Fig. 4B in the main text, but calculated for the Sacramento River at Bend Bridge (south of Redding, California).

**Table S1. Correlation among annual soil moisture (fraction of saturation) for different regions, in historical and climate change simulations**

Correlation of Soil Moisture among Different Regions

| | Southwest | Colorado | Great Basin | California |
|---|---|---|---|---|
| **1916–1962** (from observed historical VIC simulations) | | | | |
| Southwest | 1.00 | 0.76 | 0.75 | 0.75 |
| Colorado | 0.76 | 1.00 | 0.34 | 0.19 |
| Great Basin | 0.75 | 0.34 | 1.00 | 0.59 |
| California | 0.75 | 0.19 | 0.59 | 1.00 |
| **1963–2008** (from observed historical VIC simulations) | | | | |
| Southwest | 1.00 | 0.87 | 0.94 | 0.86 |
| Colorado | 0.87 | 1.00 | 0.74 | 0.52 |
| Great Basin | 0.94 | 0.74 | 1.00 | 0.83 |
| California | 0.86 | 0.52 | 0.83 | 1.00 |
| **2000–2049** (median of four climate change simulations) | | | | |
| Southwest | 1.00 | 0.85 | 0.90 | 0.88 |
| Colorado | 0.85 | 1.00 | 0.61 | 0.54 |
| Great Basin | 0.90 | 0.61 | 1.00 | 0.88 |
| California | 0.88 | 0.54 | 0.88 | 1.00 |
| **2050–2099** (median of four climate change simulations) | | | | |
| Southwest | 1.00 | 0.87 | 0.92 | 0.90 |
| Colorado | 0.87 | 1.00 | 0.67 | 0.55 |
| Great Basin | 0.92 | 0.67 | 1.00 | 0.90 |
| California | 0.89 | 0.55 | 0.90 | 1.00 |

Soil moisture was simulated using VIC as driven by historical observed meteorology and downscaled meteorology from CNRM CM3 and GFDL CM2.1 GCMs, SRES A2 and SRES B1 emissions scenarios. For the climate change period, the median of the four climate change simulations are shown.

Cayan et al.  www.pnas.org/cgi/doi/10.1073/pnas.0912391107

**Table S2. Historical drought years**

Historical Drought Years

| | Southwest precip (mm) | Southwest soil moisture (fraction) | Southwest runoff (mm) | | Great Basin precip (mm) | Great Basin soil moisture (fraction) | Great Basin runoff (mm) |
|---|---|---|---|---|---|---|---|
| 1934 | 301 | 0.32 | 71 | 1934 | 210 | 0.38 | 15 |
| 2002 | 296 | 0.32 | 91 | 1933 | 224 | 0.38 | 23 |
| 1977 | 297 | 0.33 | 55 | 1918 | 276 | 0.39 | 27 |
| 1990 | 340 | 0.33 | 71 | 1931 | 225 | 0.39 | 17 |
| 1933 | 324 | 0.33 | 82 | 1960 | 228 | 0.39 | 23 |
| 2007 | 304 | 0.33 | 73 | 2002 | 229 | 0.39 | 26 |
| 1931 | 319 | 0.33 | 65 | 1989 | 264 | 0.40 | 26 |
| 1989 | 338 | 0.34 | 87 | 2007 | 226 | 0.40 | 13 |
| 1959 | 332 | 0.34 | 84 | 1930 | 283 | 0.40 | 29 |
| 2008 | 310 | 0.34 | 79 | 1929 | 292 | 0.40 | 31 |
| 1961 | 372 | 0.34 | 87 | 1959 | 260 | 0.40 | 22 |
| Long Term Mean (1951–1999) | 419 | 0.36 | 121 | Long Term Mean (1951–1999) | 320 | 0.43 | 44 |

| | California precip (mm) | California soil moisture (fraction) | California runoff (mm) | | Colorado precip (mm) | Colorado soil moisture (fraction) | Colorado runoff (mm) |
|---|---|---|---|---|---|---|---|
| 1977 | 334 | 0.24 | 128 | 2002 | 217 | 0.31 | 25 |
| 1931 | 388 | 0.25 | 155 | 1956 | 248 | 0.32 | 35 |
| 1991 | 428 | 0.25 | 170 | 1934 | 265 | 0.33 | 25 |
| 1990 | 418 | 0.25 | 176 | 1951 | 302 | 0.33 | 37 |
| 1924 | 321 | 0.25 | 146 | 1990 | 334 | 0.33 | 32 |
| 2007 | 392 | 0.26 | 197 | 1957 | 366 | 0.33 | 48 |
| 1934 | 437 | 0.26 | 191 | 1977 | 287 | 0.34 | 27 |
| 2008 | 425 | 0.26 | 210 | 1954 | 327 | 0.34 | 32 |
| 1933 | 452 | 0.26 | 207 | 1959 | 293 | 0.34 | 31 |
| 1920 | 429 | 0.27 | 177 | 1955 | 303 | 0.34 | 32 |
| 1989 | 493 | 0.27 | 222 | 1974 | 275 | 0.34 | 39 |
| Long Term Mean (1951–1999) | 596 | 0.31 | 301 | Long Term Mean (1951–1999) | 359 | 0.36 | 48 |

A drought year is defined as a water year when the basin or regional aggregate, whole column soil moisture, averaged over the water year, falls below the 1951–1999 10th percentile value. Soil moisture was simulated using VIC as driven by historical observed meteorology. Using this criterion, a separate set of drought years is determined for the Southwest, Great Basin, California, and Colorado regions.

# THE EFFECTS OF CLIMATE CHANGE ON THE HYDROLOGY AND WATER RESOURCES OF THE COLORADO RIVER BASIN

NIKLAS S. CHRISTENSEN, ANDREW W. WOOD, NATHALIE VOISIN,
DENNIS P. LETTENMAIER⋆ and RICHARD N. PALMER

*Department of Civil and Environmental Engineering, 164 Wilcox Hall, P.O. Box 352700,
University of Washington, Seattle, WA 98195-2700, U.S.A.
E-mail: dennisl@u.washington.edu*

**Abstract.** The potential effects of climate change on the hydrology and water resources of the Colorado River basin are assessed by comparing simulated hydrologic and water resources scenarios derived from downscaled climate simulations of the U.S. Department of Energy/National Center for Atmospheric Research Parallel Climate Model (PCM) to scenarios driven by observed historical (1950–1999) climate. PCM climate scenarios include an ensemble of three 105-year future climate simulations based on projected 'business-as-usual' (BAU) greenhouse gas emissions and a control climate simulation based on static 1995 greenhouse gas concentrations. Downscaled transient temperature and precipitation sequences were extracted from PCM simulations, and were used to drive the Variable Infiltration Capacity (VIC) macroscale hydrology model to produce corresponding streamflow sequences. Results for the BAU scenarios were summarized into Periods 1, 2, and 3 (2010–2039, 2040–2069, 2070–2098). Average annual temperature changes for the Colorado River basin were 0.5 °C warmer for control climate, and 1.0, 1.7, and 2.4 °C warmer for Periods 1–3, respectively, relative to the historical climate. Basin-average annual precipitation for the control climate was slightly (1%) less than for observed historical climate, and 3, 6, and 3% less for future Periods 1–3, respectively. Annual runoff in the control run was about 10% lower than for simulated historical conditions, and 14, 18, and 17% less for Periods 1–3, respectively. Analysis of water management operations using a water management model driven by simulated streamflows showed that streamflows associated with control and future BAU climates would significantly degrade the performance of the water resources system relative to historical conditions, with average total basin storage reduced by 7% for the control climate and 36, 32 and 40% for Periods 1–3, respectively. Releases from Glen Canyon Dam to the Lower Basin (mandated by the Colorado River Compact) were met in 80% of years for the control climate simulation (versus 92% in the historical climate simulation), and only in 59–75% of years for the future climate runs. Annual hydropower output was also significantly reduced for the control and future climate simulations. The high sensitivity of reservoir system performance for future climate is a reflection of the fragile equilibrium that now exists in operation of the system, with system demands only slightly less than long-term mean annual inflow.

## 1. Introduction

The Colorado River heads in the Rocky Mountains and drains parts of seven states and Mexico (Figure 1), discharging to the Gulf of California. The river is regulated

⋆ Corresponding author.

*Climatic Change* **62:** 337–363, 2004.
© 2004 *Kluwer Academic Publishers. Printed in the Netherlands.*



*Figure 1.* Colorado River basin with ⅛-degree VIC routing network and major system reservoirs.

by 12 major reservoirs to provide water supply, flood control and hydropower to a large area of the U.S. Southwest. Much of the Colorado River basin (CORB) is arid, with naturalized annual streamflow (i.e., streamflow that would have occurred in the absence of water management) averaging only 40 mm/yr over the 630,000 km² drainage area. High elevation snow pack in the Rocky Mountains contributes about 70% of the annual runoff, and the seasonal runoff pattern throughout most of the basin is heavily dominated by winter snow accumulation and spring melt. On average, 90% of the annual streamflow is generated in the Upper Basin (above Lees Ferry, AZ). There is also considerable temporal variability in the naturalized flow of the Colorado River. Annual flow from 1906 through 2000 had a minimum of 6.5 billion cubic meters (BCM) or 5.3 million acre-feet (MAF), a maximum of 29.6 BCM (24.0 MAF), and an average of 18.6 BCM (15.1 MAF). Tree ring reconstructions dating to 1512 suggest that the long-term annual average flow may be closer to 16.7 BCM (13.5 MAF) (USDOI, 2000). Aggregated reservoir storage in the basin is 74.0 BCM (60.0 MAF), or about four times the naturalized mean



*Figure 2.* Annual, 10-year average, and running average of natural flow at Lees Ferry, AZ stream gage.

annual flow. Of the over 90 reservoirs on the river and its tributaries, by far the largest are Lake Mead (formed by Hoover Dam) and Lake Powell (formed by Glen Canyon Dam), which have a combined storage capacity of 64 BCM (51.9 MAF), or 85% of the basin total.

The Colorado River has the most complete allocation of its water resources of any river in the world and is also one of the most heavily regulated (USDOI, 2000). The Colorado River Compact of 1922 apportioned consumptive use of water between the Upper (Wyoming, Utah, Colorado and New Mexico) and Lower (California, Arizona and Nevada) basin states after measuring the discharge of the river during what turned out to be a period of abnormally high flow. From the estimated mean flow of 22 BCM (18 MAF), the Upper and Lower Basin were each apportioned 9.3 BCM (7.5 MAF) for annual consumptive use. The 1944 United States–Mexico treaty guarantees an annual flow of not less than 1.9 BCM (1.5 MAF) to Mexico, except in times of extreme shortage. 'Extreme shortage' was not well defined in the treaty, nor, incidentally, was the possibility that future flows might be different than those that had been observed prior to signing of the Treaty or Compact. Rarely since the signing of the Compact has the river had a 10-year average flow equal to the total of the Upper and Lower Basin and Mexico allocations (Figure 2).

Climate change is of particular concern in the CORB due both to the sensitivity of the snow accumulation processes that dominate runoff generation within the basin, and the basin's high water demand relative to supply (Loaiciga, 1996). General Circulation Models (GCMs) of the atmosphere predict increases in global mean annual air temperature between 1.4 and 5.8 °C over the next century (IPCC,

2001). Previous studies (McCabe and Wolock, 1999; Hamlet and Lettenmaier, 1999; Lettenmaier et al., 1992; Nash and Gleick, 1993; Gleick, 1987, 1985; Wilby et al., 1999; Wolock and McCabe, 1999) of hydrologic and water resources impacts of climate change, both in the Colorado basin and elsewhere, have been based on climate change scenarios that, while predicting increases in temperature, disagreed on the tendency and seasonality of precipitation changes, and on the size of the temperature increase for the next century. The temperature-related effects on streamflows shown in previous studies include an increased rain to snow ratio, an increase in winter runoff and a decrease in summer runoff, and earlier and faster snowmelt. Wolock and McCabe (1999) showed that Colorado River streamflows were highly sensitive to precipitation and temperature changes. Their study showed that for one GCM, a slight increase in precipitation combined with a general warming would result in decreasing streamflows, for another GCM that a large increase in precipitation along with increased temperature would result in substantially increased streamflows. Although a decrease in precipitation was not predicted by the GCM scenarios analyzed by Nash and Gleick (1991), decreases were evaluated via additional prescribed change experiments (e.g., 2 and 4 °C warming and 10 and 20% precipitation decrease) scenarios. Results of a 2° increase/10% precipitation decrease were a 20% reduction in runoff (Nash and Gleick, 1991), while the 4° increase/20% precipitation decrease produced a 30% runoff reduction (McCabe and Hay, 1995). Although the Nash and Gleick (1993) scenarios disagree on precipitation changes (increases and decreases), results suggest that precipitation increases would be offset by increased evapotranspiration, with the net effect being a reduction in runoff ranging from 8 to 20%. The diversity of scenarios considered by the assortment of climate change studies reflects considerable uncertainty in the magnitude of projected climate warming, and in both the magnitude and direction of precipitation change.

Precipitation decreases would compound the temperature-related effects (e.g., increased evapotranspiration, lower runoff) on the managed water resources of the Colorado River. Nash and Gleick (1993), for example, found a high sensitivity of reservoir system storage to changes in runoff, which suggests that the system is currently in a rather fragile balance. Their work also showed that violations of the Compact would potentially occur if runoff dropped by only 5%. Although the high storage to runoff ratio of the system may negate some of the effects of the timing shift associated with earlier runoff in a warmer climate, the basin is especially susceptible to reduced streamflow volumes due to the almost complete allocation of streamflow (on average) to consumptive uses.

This study used an ensemble of three future simulations for the 21st century (1995–2099) from the DOE/NCAR coupled land-atmosphere-ocean Parallel Climate Model (PCM) (Washington et al., 2000; Dai et al., 2004; Pierce et al., 2004) and one control climate simulation based on a static 1995 climate. The precipitation and temperature signals from PCM were statistically downscaled using methods outlined in Wood et al. (2002) and Wood et al. (2004), and used to drive the Vari-

able Infiltration Capacity (VIC) macroscale hydrologic model (Liang et al., 1994, 1996) to create continuous daily sequences of streamflows. These streamflows were then analyzed with a simplified version of the Colorado River Simulation System (USDOI, 1985) to assess the sensitivity of the reservoir system (flood control, water supply, hydropower, etc.) to the projected climate changes. We compare the hydrologic and water resource system results from the control and future climate scenarios to historical hydrologic and water resources simulations driven by 1950–1999 observed temperature and precipitation. The following sections describe the climate scenarios, downscaling approach and models used in the analysis (Section 2), results (Section 3), and discussion and conclusions (Section 4).

## 2.  Approach

### 2.1.  CLIMATE SCENARIOS

PCM (Washington et al., 2000; Dai et al., 2004; and Pierce et al., 2004) is a coupled atmosphere, land, ocean, and sea ice system operating on T42 resolution (a horizontal spatial resolution of 2.8°, ∼300 km). The PCM climate scenarios used for hydrologic and water management analysis include:

- Three future climate ensembles (1995–2098) based on 'business as usual' (BAU) emission scenarios (see Dai et al., 2004, for details).
- One 50 year 1995 'control' climate (based on 1995 atmospheric greenhouse gas concentrations) scenario.

These are the same runs that are described in companion papers by Payne et al. (2004) for the Columbia River basin and VanRheenen et al. (2004) for the Sacramento-San Joaquin River basin. A 50 year segment (1950–1999) of a longer PCM historical climate scenario (1870–2000) was also used to derive statistics for adjusting climate model bias (see Section 3.1), but was not used directly in the hydrologic and water resources simulations. Instead, the baseline for comparison was the observed historical climate (temperature and precipitation from 1950–99), and associated simulations of hydrology and water resources system performance. As in Payne et al. (2004) and VanRheenen et al. (2004), results were summarized into three periods, denoted Periods 1–3: 2010–2039, 2040–2069 and 2070–2098.

   The reader is referred to Wood et al. (2002) and Payne et al. (2004) for details of the method used to translate the climate signal from the ensemble runs into daily forcing input into the hydrologic model. In brief, though, the method maps monthly observed and simulated temperature and precipitation probabilities at the PCM spatial scale (about 3° latitude by longitude) to the ⅛-degree resolution of the hydrology model by mapping from probability distributions of the climate model output to equivalent climatological probability distributions. The application of the bias correction method in the CORB differs slightly from the methods

utilized by Payne et al. (2004) and VanRheenen et al. (2004), however: for the CORB, the mean temperature difference between each BAU scenario and the PCM historical scenario (50 year period) was removed before, and replaced after, bias-correction, whereas for the other studies this difference was taken with respect to the PCM control climate. The hydrologically significant warming of the control climate would have compromised the bias-correction step, were the BAU-control climate differences used. Hence, the downscaling method projects BAU and control climate changes relative to observed historical climate (rather than BAU changes relative to control climate, as was the case for the Payne et al. and VanRheenen et al. studies) onto the finer hydrological model grid. The monthly climate model sequences were then temporally disaggregated to create a daily forcing time series for the hydrology model. This method facilitates investigation of the implications of the transient (i.e., temporally continuous) nature of climate warming, as opposed to more common methods in which one or two-decade average temperature and precipitation changes are applied to historical climate to give a step-wise evolution of climate change (e.g., Hamlet and Lettenmaier, 1999).

## 2.2. APPLICATION OF THE VIC MODEL TO THE COLORADO RIVER BASIN

The VIC hydrology model (Liang et al., 1994, 1996) is grid cell-based and typically run at spatial resolutions ranging from ⅛ to 2 degrees latitude by longitude (∼13 to ∼210 km). The VIC model is driven by gridded precipitation, temperature and wind time series, all of which have been archived at the ⅛-degree spatial resolution and sub-daily temporal resolution over the continental U.S. by Maurer et al. (2002). The model simulates snow accumulation and melt, soil moisture dynamics and evapotranspiration, as well as surface runoff and baseflow, which are subsequently routed through a grid-based flow network to simulate streamflow at selected points within the basin. Details and examples of VIC model applications, calibration approach, and streamflow routing can be found in Nijssen et al. (1997), Maurer et al. (2001), Nijssen et al. (2001), and Hamlet and Lettenmaier (1999).

For this study, VIC was run at a daily time step. At ⅛-degree spatial resolution, the Colorado River basin is represented by 4518 cells totaling 630,000 $km^2$. Runoff generated by VIC was routed to all modeled reservoirs within the basin as well as three gauging only stations (Figure 1). Model calibration was performed by adjusting parameters that govern infiltration and baseflow recession to match simulated streamflows with naturalized streamflows (effects of water management removed) obtained from the U.S. Bureau of Reclamation (2000) at selected control points for the same period of record (Figure 3). The overlapping period of record between VIC historical simulations and observed naturalized flows was 1950–1989. During this period, VIC cumulative streamflow at Imperial Dam was 768 BCM (623 MAF) while observed naturalized flow was 776 BCM (630 MAF). This represents a negligible (1%) bias in VIC towards slightly under-predicting streamflow. The



*Figure 3.* VIC simulated and naturalized historic observed streamflows at Green River, UT, Cisco, UT, and Imperial, AZ for 1970–1980.

relative biases at Green River and Colorado River near Cisco were slightly larger (3 and –9%, respectively).

## 2.3. COLORADO RIVER RESERVOIR MODEL

For this study, we developed the Colorado River Reservoir Model (CRRM). CRRM is a simplified version of the USBR Colorado River Simulation System (CRSS) (Schuster, 1987; USDOI, 1985) that represents the major physical water management structures and operating policies of the system. Both models simulate the movement and distribution of water within the basin on a monthly time step, using naturalized (unimpaired) streamflow time series at the inflow points shown in Figure 1 as input. The models use specified operating policies to simulate reservoir levels, releases, hydropower production and diversions. Reservoir evaporation is modeled as a function of reservoir surface area and mean monthly temperature. Evaporative losses are removed from system storage before other potential storage reductions, such as water deliveries, are considered.

The Colorado River is among the most heavily regulated in the world. Since 1922 there have been over 50 court decisions, state statutes, interstate compacts,

344                              NIKLAS S. CHRISTENSEN ET AL.

and international treaties that now comprise what is known as the *Law of the River*. The main regulation affecting operation of the basin reservoirs is a mandatory release of 10.2 BCM (8.23 MAF) per year from Glen Canyon Dam for consumptive use in the Lower Basin states (Arizona, Nevada and California) and one half of Mexico's allotment, and an annual release from Imperial Dam into Mexico of 1.9 BCM (1.5 MAF) (USDOI, 2000). Like CRSS, CRRM requires Glen Canyon dam to make releases regardless of the reservoir level relative to its minimum power pool (i.e., the minimum water storage at which power is generated) of 1201 m (US-DOI, 1985). Only when the reservoir is at its dead storage volume (storage below which withdrawals are not possible) are releases to the Lower Basin curtailed. Lake Powell has never been drawn this low and the actual operating procedures if this level were to be approached are a matter of contention. Compact deliveries from the Lower Basin into Mexico are met completely unless Lake Mead is drawn to its minimum power pool elevation of 330 m. At this elevation, the Metropolitan Water District (Los Angeles) and Mexico's demands are constrained, while restrictions already imposed on the Central Arizona Project and Southern Nevada Water Authority (at the elevation of 343 m) are increased. Although these depletions can be eliminated in CRRM, actual operations in the basin are unlikely to do so. CRRM, like CRSS, does not impose shortages on the Upper Basin but rather passes them on to the Lower Basin, even though this could be ruled a violation of the Colorado River Compact (Hundley, 1975). Model operating policies that recognize the Upper Basin has present perfected water rights (water rights obtained before June 25, 1929 and given highest priority) to only 2.5 BCM/yr (2 MAF/yr) would not impose the same shortages upon the Lower Basin and Mexico.

Because a large part of the total system storage volume is in Lakes Powell and Mead, not all the physical or operational complexities of the river system need to be represented in CRRM to enable assessment of climate change implications for reservoir system performance. The actual reservoir system is abstracted into four equivalent reservoirs: Flaming Gorge, Navajo, Lake Powell, and Lake Mead. Of these, the modeled characteristics of Lake Powell and Navajo Reservoir are essentially equivalent to those of the true reservoirs, whereas the equivalent Flaming Gorge includes Fontenelle's storage capacity and Lake Mead includes the storage volumes of downstream reservoirs that are not explicitly represented. Hydropower is simulated at three of the four reservoirs (Navajo has no hydropower production, and hydropower at upstream reservoirs is insignificant) as well as at run-of-the-river reservoirs at Parker and Davis.

Although water demand may well increase as climate change evolves and population expands, most results in this study are based on the Multi Species Conservation Program (MSCP) (USDOI, 2000) baseline demand for 2000, so as not to confound interpretation of climate change effects with transient demand effects. In Section 3.4.6, however, we examine system sensitivity to increased Upper Basin demands. In both demand scenarios (fixed and increasing), Lower Basin demands are the full entitlement of 9.2 BCM/yr (7.5 MAF/yr). Upper Basin demands for

runs using the 2000 baseline are fixed at 5.2 BCM/yr (4.2 MAF/yr). Runs that utilize increasing demands begin with Upper Basin demands of 5.2 BCM/yr (4.2 MAF/yr) and increase to 6.7 BCM/yr (5.4 MAF/yr) in 2060, with demand constant thereafter. The MSCP provides the USBR's best estimate of projected withdrawals and consumptive uses of Colorado River water.

CRRM uses individual monthly return ratios for each of the 11 aggregated withdrawal points to represent return flows to the river. If there is insufficient water within a river reach or reservoir to meet a demand, the upstream reservoir will make a supplemental release to attempt to fulfill the withdrawal. The next reservoir upstream is also allowed to make releases to meet this shortfall.

Present perfected water rights are not explicitly modeled in CRRM. Instead priority is given to upstream users except in the case of Lower Basin shortages. As specified in the *Law of the River*, when Lake Mead is at or below an elevation of 343 m, level one shortages are imposed and deliveries to Central Arizona Project (CAP) are reduced from 1.7 BCM/yr (1.4 MAF/yr) to 1.2 BCM/yr (1 MAF/yr) and annual deliveries to the Southern Nevada Water Authority (SNWA) are reduced from 0.35 BCM (0.28 MAF) to 0.32 BCM (0.26 MAF). Level two shortages are imposed at a Lake Mead elevation of 330 m and deliveries to CAP, SNWA, MWD, and Mexico are reduced proportionally, to zero if need be, in an attempt to keep Lake Mead at or above its minimum power pool. If Lake Powell has a greater active storage volume than Lake Mead, CRRM equalizes the two as specified by the Criteria for Coordinated Long-Range Operations of Colorado River Reservoirs (USDOI, 1985). CRRM requires the evacuation of 6.6 BCM (5.4 MAF) of flood control space in the system by January of every year. We do not explicitly evaluate the effects of shifts in the seasonality of demands or the overall potential of mitigating climate change effects via altered reservoir management, although in Section 4 we do note that both the effects of seasonal changes in demand and the potential for mitigation via altered operation are minimal, for reasons having to do with the large ratio of reservoir system active storage to mean annual reservoir inflow in the CORB.

Validation of CRRM was performed by comparing observed reservoir conditions and operations from 1970–1990 with CRRM simulations driven by historic naturalized inflows for the same period. This period was chosen because Glen Canyon Dam came on line in the 1960s and naturalized inflows do not exist for the period after 1990. Note that this 21-year validation run is not the simulated historical climate analysis used for comparison to the control and future climates; the latter run spans the period 1950–99.

Figure 4a shows that CRRM reproduces observed historical aggregated reservoir storage despite its simplifications; while Figure 4b shows total basin monthly hydropower production. CRRM simulates well the storage capacity with a –1% monthly error and 0% accumulated error relative to observed historical for the period 1970–1990. The mid 1980s brought abnormally high flows in the basin and full reservoir storages. CRRM does not have a capability to utilize inflow forecast-



*Figure 4.* (a) CRRM simulated and observed total basin storage for 1970–90; (b) CRRM simulated and observed total basin monthly hydropower production for 1970–90.

ing and therefore does not simulate monthly variations in hydropower production very well under high inflow conditions (21% relative error on a monthly scale). However, because observed and simulated historical annual values are comparable (12% accumulated error over the period 1970–1990, relative to observed historical), and because the control and BAU climate scenarios used in this study do not lead to full reservoir levels, CRRM arguably represents hydropower production adequately for the purposes of this study.

## 3.  Results

Downscaled PCM climate scenario results were compared to a 1950–99 baseline of observations – daily precipitation and temperature time series – included in the $\frac{1}{8}$-degree gridded hydroclimatic analysis of Maurer et al. (2002), from which averages and other statistics were calculated. The hydrologic results for the downscaled PCM scenarios (control and BAU) were compared to the hydrologic variables (snow water equivalent and runoff, primarily, but also evaporation) simulated by VIC when driven at a daily time step by the gridded observed precipitation and temperature. This historical baseline hydrologic simulation and the averages derived from it span 1950–99, matching the observed historical climate baseline.

## 3.1.  DOWNSCALED CLIMATE CHANGES

Figures 5a,b show the basin-average annual temperature and precipitation time series for the individual BAU ensemble members, as well as the long-term observed (1950–99) and control climate averages. The control run represents a static 1995 climate and has a temperature approximately 0.5 °C warmer than the mean of the historical observations, which arguably reflects warming that has occurred in the last 50 years. Most of the control run warming occurs in the late winter and spring (Figure 5c). Average temperature for the BAU ensemble members is 1.0, 1.7 and 2.4 °C warmer than average observed climate during Periods 1, 2, and 3, respectively. There is considerable inter-annual and inter-decadal variability in temperature.

Control climate basin-wide annual average precipitation is 1% (3.2 mm/yr) less than the observed historical (1950–99) average. Precipitation in Periods 1–3 is 3% (10 mm/yr), 6% (20 mm/yr), and 3% (10 mm/yr) lower than the observed, respectively. Period 2 has the lowest precipitation due to the fact that decades 2040 and 2060 are relatively dry (Figure 5b). The control climate seasonal distribution of precipitation is very similar to the observed (Figure 5d), and the same general pattern is true of the BAU ensembles, although precipitation amounts are less for all three periods during the winter and Period 3 has an average late summer peak that is greater than in both the observed and control climates.

The results presented above are basin averages, but regional variations exist: the future climate change scenarios predict a 0–10% increase of precipitation in the Rocky Mountain headwaters of the Colorado, which is consistent with previous studies (Nash and Gleick, 1991; McCabe and Hay, 1995), but a 10–15% precipitation decrease in northwestern Arizona. Averaged over the entire basin, the precipitation generally decreases for the future climate scenarios, although as shown in Section 3.3 the regional differences can have important implications for projected streamflow changes.

## 3.2.  SNOWPACK CHANGES

Snowpack is reported as snow water equivalent (SWE), the depth (mm) of water the snowpack would produce if melted. Figure 6 shows average April 1 SWE for simulated historical (1950–1999) conditions, for the control climate and for future climate Periods 1–3. The simulated basin-average SWE for the control run is 86% of the historical SWE, while BAU Periods 1, 2, and 3 have 76, 71, and 70%, respectively, of historical April 1 SWE. The reduced control climate SWE relative to historical SWE is due mostly to higher spring temperatures, while the reduced SWE in the BAU ensembles is attributable to both higher temperatures and reduced winter and/or spring precipitation (Figure 5). The parts of the domain with relatively high April 1 SWE in the historical run all show SWE reductions in the control and future climate scenarios, and the greatest reductions are in southern Colorado, and in Periods 2 and 3. April 1 snow covered area, on the other hand,



*Figure 5.* (a) Downscaled Colorado River basin average annual temperature for BAU ensemble climate simulations (Period 1, 2010–2039; Period 2, 2040–2069, Period 3, 2070–2098), with simulated historic and control means shown for reference; (b) same for precipitation; (c) mean annual cycle of basin-average temperature for simulated historic, control, and BAU Periods 1–3 (mean of 3 ensembles); (d) same for precipitation.

remains mostly unchanged in the high elevation Rockies but is reduced in the high plains of western Colorado where snow cover is generally thin. These results are consistent with Brown et al. (2000), Wilby et al. (1999), McCabe and Wolock (1999) and Nash and Gleick (1993).

### 3.3. RUNOFF AND STREAMFLOW CHANGES

Figure 6 shows annual average changes in runoff for the control climate and for Periods 1–3 (Period 1, 2010–2039; Period 2, 2040–2069, Period 3, 2070–2098) relative to simulated historical runoff. The runoff ratio for the Colorado River is low, which is typical of semi-arid watersheds. Historical basin average annual

THE EFFECTS OF CLIMATE CHANGE ON THE COLORADO RIVER BASIN     349



*Figure 6.* Simulated April 1 snow water equivalent for simulated historical, control, and Periods 1–3 (the mean of 3 ensembles: 2010–2039, 2040–2069, 2070–2098).

NIKLAS S. CHRISTENSEN ET AL.

Table I

Annual average precipitation, evapotranspiration, and runoff for historic (HIST), control (CTRL), and future Periods 1–3 (in mm/yr)

|  | Precipitation, mm (% relative to HIST) | Evaporation, mm (% relative to HIST) | Runoff, mm (% relative to HIST) | Runoff ratio (%) |
|---|---|---|---|---|
| HIST | 354 (n/a) | 310 (n/a) | 45 (n/a) | 12.7 |
| CTRL | 351 (99) | 311 (100) | 41 (90) | 11.6 |
| Period 1 | 344 (97) | 305 (98) | 39 (86) | 11.3 |
| Period 2 | 334 (94) | 298 (96) | 37 (82) | 11.1 |
| Period 3 | 344 (97) | 306 (99) | 37 (83) | 10.8 |

precipitation is 355 mm, of which 310 mm evaporates, leaving 45 mm to runoff, for a runoff ratio of about 13%. The average annual precipitation in the control run is 351 mm, with 310 mm of evapotranspiration, leaving 41 mm to runoff. Annual average basin precipitation, evapotranspiration, and runoff for all periods are given in Table I, which shows that the temperature-driven increases in evapotranspiration result in a progressive decline in runoff ratio from the historical climate to the control and BAU climates.

Although the difference in runoff of 4 mm might appear insignificant, it represents a reduction of almost 10% in the mean annual flow, which we will show has major implications for reservoir system performance. Reductions in precipitation and increases in temperature in Periods 1, 2, and 3 lead to reductions in annual runoff of 14, 18, and 17%, respectively, relative to simulated historical runoff. This impact is about double that shown by Nash and Gleick (1991, 1993) who predicted a more or less proportionate response of streamflow to precipitation changes. However, a variety of water balance studies (e.g., Schaake, 1990; Sankarasubramanian and Vogel, 2001) have shown that particularly in arid and semi-arid climates, there is an amplification of changes in precipitation into runoff changes, because evaporation is more or less extracted 'from the top'. For instance, considered as an elasticity (percent change in runoff divided by percent change in precipitation), the multiplier for the southwestern U.S. as shown by Sankarasubramanian and Vogel (2001) was typically in the range 2–4, which is consistent with our results. Furthermore, an analysis of spatial patterns in our simulation results showed that in the high elevation headwaters that are the source of a disproportionate fraction of the total runoff, earlier snowmelt lead to considerable enhancement in the modeled evapotranspiration, further reducing the runoff ratio locally.

In addition to changes in runoff volume, streamflow timing is shifted as a result of earlier spring snowmelt in the BAU ensembles, as shown in Figure 7b. Earlier



*Figure 7.* (a) Spatial distribution of predicted changes in mean annual runoff for control and BAU Periods 1–3 (averaged over 3 ensembles) relative to simulated historic, and (b) mean monthly hydrograph for the Green River at Green River, UT, Colorado River near Cisco, UT, and the Colorado River below Imperial, AZ for simulated historic, control, and BAU Period 1–3 simulations (BAU results averaged over 3 ensembles).

spring freshet for Periods 1–3 and the control climate is due to higher spring temperatures, which results in precipitation falling as rain instead of snow and an earlier snowmelt of a lighter snow pack. In the Upper Basin, the historical climate streamflows peak in June, whereas streamflow for the control climate has roughly equivalent flows in May and June, and BAU climate streamflows peak in May. Control and BAU climate streamflows all show significant summer volume reductions. In the Lower Basin (at Imperial, AZ), the progressive shift in peak is not as distinct, although the volume reductions are similar. This might be due to a larger temperature difference in the Upper Basin between BAU climate averages and the control and historical climates. In Period 2 the lowest peak seasonal flows and fall/early winter flows are generally lower than in the other periods, partly due to low precipitation (Figure 5d). These results are qualitatively similar to those of previous studies based both on GCM-derived and prescribed change scenarios (Nash and Gleick, 1991, 1993; Wilby et al., 1999; Wolock and McCabe, 1999).

3.4. WATER RESOURCE SYSTEM EFFECTS

The reliability of the Colorado River water resource system is extremely sensitive to reductions in annual inflow volume because the historical streamflow is almost fully allocated. 20.3 BCM (16.5 MAF) have been allocated for consumptive use while the average historical inflow from 1906–1990 is only 20.5 BCM (16.6 MAF). This consumptive use does not account for reservoir evaporation, which takes up to an additional 2 BCM out of the system annually. The system has been able to operate reliably in the past because the Upper Basin has not utilized its full entitlement. In the results below, Upper Basin consumptive use is fixed at the year 2000 amount of 5.2 BCM (4.2 MAF) which results in a total system demand of about 18.0 BCM (including reservoir evaporation), or about 90% of the mean historical flows. Results presented later (Section 3.4.6) evaluate system performance with Upper Basin demands increasing to 6.7 BCM (5.4 MAF) in year 2060, for a total system demand, including reservoir evaporation, of 19.2 BCM.

In this section we show selected results for reservoir storage, *Law of the River* compliance, water deliveries, hydropower production, and probability of uncontrolled spills. Although these results are consistent with previous climate change studies of the basin (Nash and Gleick, 1993), they should not be taken as predictions as to how the system will operate in the future, but rather as general sensitivities to possible future inflows. However, it should also be recognized that among the various GCM scenarios prepared for the 2001 Intergovernmental Panel on Climate Change (IPCC) report, PCM projects changes in temperature and precipitation that tend to be near the low end of the range.

The PCM scenario (control and BAU average climate) results are compared to a baseline historical water resources system simulation (CRRM driven by VIC simulated historical streamflows, spanning 1950–99). Results presented for Periods 1–3 are the BAU averages of each scenario's minimum, average and maximum. Results for CRRM simulations with current operating policies and fixed year 2000 demands are presented in Sections 3.4.1 to 3.4.5; results for the increased demand scenario are presented in Section 3.4.6 and initial condition sensitivity analysis is reported in Section 3.4.7.

3.4.1. *Storage*

Figure 8 shows the January 1 annual storage for the control run, the three CRRM climate change simulations, the average of the three simulations, and the 1950–90 CRRM historical storage average, minimum and maximum. Initial reservoir levels in each run correspond to the actual state of the system in January of 1970 (total system storage of 35.5 BCM (28.8 MAF)). The initial reservoir levels at the beginning of Periods 1, 2 and 3 (respectively 2010–2039; 2040–2069; 2070–2098) are the values simulated by CRRM and vary considerably due to the particular sequences of inflows and releases leading up to the respective periods.

THE EFFECTS OF CLIMATE CHANGE ON THE COLORADO RIVER BASIN     353



*Figure 8.* Simulated total January 1 storage. Historical and control period mean annual minimum, average and maximum are shown, with monthly time series from the BAU simulation ensembles and BAU ensemble average. BAU ensemble mean storage values for Periods 1–3 are 24.1, 26.3 and 22.8 BCM/yr, respectively.

When CRRM was forced with VIC simulated historic streamflow from 1950–1999, current operating policies, and year 2000 demands, average January 1 reservoir storage was 39.9 BCM (32.4 MAF) with a minimum and maximum of 19.3 BCM (15.7 MAF) and 64.4 BCM (52.2 MAF), respectively. For the control climate, average storage was 7% less relative to simulated historical, and was respectively 36, 32 and 40% less for Periods 1, 2, and 3. These results show that the relatively modest changes in streamflow (10–18%) result in much larger changes in reservoir storage. Decreases are quite drastic but are to be expected given the fact that system demands under historical conditions only barely exceed system inflows, and for changes in streamflow of greater than about 10%, system inflow is less than demand which is certain, given enough time, to result in reservoir system failures. Similar results were found by Nash and Gleick (1993); specifically they found using CRSS that a 10–20% reduction in natural runoff would cause mean annual reductions in storage of 30 to 60%.

The control run and Periods 1 and 2 have a large variability in the storage relative to simulated historic. Although Period 1 had the highest natural flow, Period 2 had the highest average storage. This is because one of the ensemble sequences was relatively wet in Period 1, resulting in initial Period 2 average reservoir levels that were about 5.0 BCM (4.1 MAF) and 8.0 BCM (6.5 MAF) higher than Periods 1 and 3, respectively. Period 3 has less storage variability between the maximum and minimum storages relative to simulated historical and also has the lowest reservoir levels. This is due primarily to having the lowest average initial reservoir storage coupled with inflows lower than those in Period 1. Minimum storage was 30% of capacity for the historical climate and 24% for control. For future Periods 1–3, minima were all in the range of 12–15 BCM (9–12 MAF) or 15–20%, which is about equal to the inactive capacity of Lake Mead and the dead pool of Lake Powell – i.e., the system effectively fails at least once in each of the future climate ensembles.

354                                NIKLAS S. CHRISTENSEN ET AL.



*Figure 9.* Simulated average annual release from Glen Canyon Dam to the Lower Basin and proba-
bility that release targets are met for simulated historical, control, and BAU Period 1–3 simulations
(BAU results averaged over 3 ensembles).

### 3.4.2. *Compact Compliance*

The main operating objectives set forth in the *Law of the River* are a mandatory
moving 10-year average release of 10.1 BCM/yr (8.23 MAF/yr) from Lake Powell
into the Lower Basin and 1.9 BCM/yr (1.52 MAF/yr) released to Mexico from
Imperial Dam (USDOI, 1985). CRRM imposes delivery shortages (for both Up-
per and Lower Basin deliveries in this section and Central Arizona Project and
Metropolitan Water District withdrawals in the next section) in its historic simu-
lation even though the need for such reductions has never actually occurred in the
basin to date. It does so for two main reasons: (1) CRRM models Central Arizona
Project withdrawals (1.8 BCM/yr) during the entire period, not just from the date
(1985) when Central Arizona Project actually came online. This includes the 1953–
1964 period which the USBR considers the most critical drought of record. (2) The
entire simulation uses year 2000 demands, which exceed the actual demands during
much of the historical period. Figures 9 and 10 show average releases to the Lower
Basin and to Mexico, respectively, as well as the percentage of years in which the
compact requirements were met or exceeded.

The average Lake Powell release for the historical period was 11.5 BCM/yr (9.3
MAF/yr), with 92% of years having releases greater than or equal to the Compact
requirement. The simulated historical average annual release to Mexico was 2.3
BCM/yr (1.9 MAF/yr) with 72% of years meeting or exceeding the Compact re-
quirement. The control run had an average release from the Upper Basin of 10.4
BCM/yr (8.4 MAF/yr), with 80% of the years satisfying the Compact requirement.
The average release into Mexico was 1.4 BCM/yr (1.1 MAF/yr) (less than the Com-
pact requirement), with violations occurring in 32% of the years. Average annual
releases from Lake Powell were reduced to about 9.7 BCM/yr (7.9 MAF/yr) during
Periods 1–3. The percent of years in which releases exceed the Compact minimum

THE EFFECTS OF CLIMATE CHANGE ON THE COLORADO RIVER BASIN       355



*Figure 10.* Simulated average annual release from Imperial Dam to Mexico and probability that release targets are met for simulated historical, control, and BAU Period 1–3 simulations (BAU results averaged over 3 ensembles).



*Figure 11.* Probability of a delivery shortage to Central Arizona Project and Metropolitan Water District; and average amount of shortages for simulated historical, control, and BAU Period 1–3 simulations (BAU results averaged over 3 ensembles).

were 59, 73, and 77 for Periods 1, 2, and 3, respectively. Average reliability for Period 1 was low due to one of the three ensembles being dry during this period and having compact violations 70% of the time while Period 3 reliabilities were quite good, relatively speaking, because one ensemble was quite wet during this period and had no compact violations. The reliability of releases to Mexico was also significantly reduced during all future periods. Average deliveries to Mexico in Periods 1, 2, and 3 were 0.9 BCM/yr (0.8 MAF/yr), 1.2 BCM/yr (1.0 MAF/yr), and 1.1 BCM/yr (0.9 MAF/yr), respectively. The percent of years in which full releases were made dropped to 24, 46, and 25 for Periods 1, 2, and 3, respectively.

356                                    NIKLAS S. CHRISTENSEN ET AL.



*Figure 12.* Simulated total energy production. Historical and control period mean annual minimum, average and maximum are shown, with monthly time series from the BAU simulation ensembles and BAU ensemble average. BAU ensemble mean hydropower for Periods 1–3 are 3909, 4191 and 2913 GWhr/yr, respectively.

### 3.4.3.  *Central Arizona Project (CAP), Southern Nevada Water Authority (SNWA), and Metropolitan Water District (MWD) Deliveries*

Simulations using simulated 1950–99 streamflows along with year 2000 demands resulted in 60% of the years having Level 1 shortages (imposed upon CAP and SNWA when Lake Mead drops below 343 m). During the historical simulation, Lake Mead dropped to 330 m, resulting in Level 2 shortages 28% of the time (Figure 12). The first half of the control run was wet with high storage volumes and no shortages. The second half was considerably drier resulting in imposition of Level 1 shortage restrictions 50% of the time and Level 2 shortages 32% of the time. However, as shown in Figure 12, even though the probability of Level 1 and Level 2 shortfalls was similar for the simulated historical and control simulations, the magnitude of shortfalls was generally larger in the control than in the historical simulation. In Periods 1, 2, and 3, Level 1 shortages occurred in almost all years (92%, 89%, and 100%, respectively). Level 2 restrictions were also frequent (77%, 54%, and 75% in Periods 1, 2, and 3, respectively). Although Period 2 inflow was the lowest, its average CAP, SNWA and MWD reliability was the highest because of both its high initial storage and because two of the three ensemble members were relatively wet and reliable during this period. This agrees once again with Nash and Gleick (1993), who concluded that if runoff drops 5% (ours is 10–18%), full scheduled deliveries would be met in only 25% of the years and that in half of the years, only minimum levels would be delivered.

We note that CRRM has prescribed seasonality of demands that does not change with evolving climate. It is quite likely that the pattern of demands would respond somewhat to climate change. However, such changes are likely to have minimal effect on reservoir system performance, because the total system storage is much larger (a factor of about four) than the mean annual inflow, and therefore reservoir system performance responds effectively only to multi-year variability in inflows.

### 3.4.4. *Hydropower*

Hydropower production is a function of both reservoir elevation (head) and stream-flow volume. Because of Lake Mead's relatively high inactive storage (amount of storage that cannot be withdrawn for hydropower) of 12.3 BCM (10.0 MAF), the basin's hydropower production is very sensitive to reduced streamflow and storage. While Lakes Mead and Powell were drawn down below their minimum power pool and therefore produced no electricity in some simulations, Flaming Gorge remained relatively full throughout all simulations. Davis and Parker are run of the river dams with relatively fixed head.

The historical simulation produced an average annual hydropower output of 8,100 GW-hr/yr while minimum annual generation was 3,300 GW-hr/yr and maximum was 17,000 GW-hr/yr (Figure 12). The control run had an average output of 6800 GW-hr/yr, i.e., a reduction of 16% relative to simulated historical, a minimum of 1100 GW-hr/yr, and maximum of 10,200 GW-hr/yr. Periods 1–3 had average outputs of 4400, 5500 and 4700 GW-hr/yr, respectively, which is a decrease of 56, 45 and 53% relative to simulated historical. The simulated historical minimum, average, and maximum values were considerably higher due to the fact that neither Lake Mead nor Powell dropped below its minimum power pool elevation in the historical simulation. The control and BAU simulations had similar annual minimum productions corresponding to years in which both Glen Canyon and Hoover were below minimum power pool. Period 2 (2040–2069) had the highest average annual hydropower production of the three future periods as a result of its relatively high average total basin storage. For comparison, Nash and Gleick (1993) found that a 2° increase in temperature with a small increase in precipitation resulted in reductions in power generation of 60%, which is an even more drastic reduction than we found.

### 3.4.5. *Spills*

Due to lower inflow volumes and greater storage space available, the system is less likely to have uncontrolled spills (releases that do not generate hydropower) in the future (Figure 13). In the historic run, 18% of years had one or more months with a spill while the control run had only 14% of years with a spill. Spill probability was reduced to 7, 7, and 2% for Periods 1, 2, and 3, respectively.

### 3.4.6. *Sensitivity to Increased Upper Basin Demands*

The previous results are for Upper Basin demands fixed at the MSCP year 2000 values of 5.2 BCM/yr (4.2 MAF/yr). A subset of the simulations reported above were run with a linear increase in these demands over time to 6.7 BCM/yr (5.4 MAF/yr) in 2060, after which they were held constant. Annual demands in the Lower Basin and Mexico remained fixed at 9.2 BCM/yr (7.5 MAF/yr) and 1.9 BCM/yr (1.5 MAF/yr), respectively.

Under the increasing Upper Basin demand scenario, average storage dropped by 1.7 BCM (1.4 MAF) in Period 1 and by 4.8 BCM (3.9 MAF) in Periods 2



*Figure 13.* Probability a given year will have an uncontrolled spill (release that does not generate hydropower) and average amount of spill for simulated historical, control, and BAU Period 1–3 simulations (BAU results averaged over 3 ensembles).

Table II

Summary of changes in reservoir system performance for Periods 1–3, with increasing Upper Basin demands, relative to the year 2000 fixed demand CRRM simulations

|  | Change in average basin storage (BCM/yr) | Change in Glen Canyon mean release (BCM/yr) | Change in Glen Canyon release reliability | Change in Mexico delivery reliability | Change in MWD delivery |
|---|---|---|---|---|---|
| Period 1 | −1.7 | −0.33 | −0.08 | −0.03 | −0.05 |
| Period 2 | −4.8 | −0.67 | −0.14 | −0.19 | −0.20 |
| Period 3 | −4.8 | −0.75 | −0.30 | −0.18 | −0.19 |

and 3 (Table II) relative to the previous year 2000 fixed demand simulations. This represents reductions ranging from 7 to 20%. Releases from Glen Canyon to the Lower Basin were reduced by 0.33 BCM/yr (0.27 MAF/yr) on average for Period 1, 0.67 BCM/yr (0.54 MAF/yr) for Period 2, and by 0.75 BCM/yr (0.61 MAF/yr) for Period 3. Reliability of releases to Mexico decreased by 3% in Period 1 and 19% in Periods 2 and 3. Annual delivery volumes to Mexico were reduced by 0.14 BCM/yr (0.11 MAF/yr), 0.23 BCM/yr (0.19 MAF/yr), and 0.38 BCM/yr (0.31 MAF/yr) for Periods 1–3, respectively. The reliability of deliveries to Central Arizona Project, Southern Nevada Water Authority, and Metropolitan Water District were also reduced by 5 to 20%.

Table III

Annual average precipitation, evapotranspiration, and runoff for historic (HIST), control (CTRL), and future climate periods

|  | Temp. change, °C | Precip. | Evap. | Runoff | Storage | Hydropower | Probability of spills/ years |
|---|---|---|---|---|---|---|---|
| HIST | n/a | 354 mm/yr | 310 mm/yr | 45 mm/yr | 39.9 BCM/yr | 8.123 GW-hr/yr | 18%/yr |
| CTRL | +0.5 | −1% | 0% | −10% | −7% | −16% | 12% |
| Period 1 | +1.0 | −3% | −2% | −14% | −36% | −56% | 7% |
| Period 2 | +1.7 | −6% | −4% | −18% | −32% | −45% | 7% |
| Period 3 | +2.0 | −3% | −1% | −17% | −40% | −53% | 6% |

### 3.4.7.  *Sensitivity of Results to Initial Reservoir Storage*

In all results presented to this point, CRRM's initial total basin storage volume was set to 35.5 BCM. This amount corresponds to the actual January 1, 1970 storage in the basin (Navajo Reservoir: 1.3 BCM, Flaming Gorge Reservoir: 1.9 BCM, Lake Powell: 11.5 BCM, and Lake Mead: 20.8 BCM). For this reason, the initial storage in Periods 1, 2, and 3 (which are 13, 43, and 73 years, respectively, after the initial year of the future runs) differ from each other. This in turn affects the simulated performance of the reservoir system. The rationale for prescribing initial reservoir storage in this way is that it reflects the evolution of climate over the 21st century as simulated by PCM in each of the three ensembles. However, this results in the initial storage 'inheriting' characteristics of flows before the period of interest, and may complicate interpretation of the results, especially given that the Colorado River system has a large storage to runoff ratio, which increases the importance of initial storage. Therefore, a subset of runs was performed in which reservoir levels were reset to 35.5 BCM at the beginning of each period. Tables II and III summarize changes in simulated total basin storage and hydropower production associated with the changes in initial storage. In general, the changes are modest, especially in Period 1. Percent changes in minimum and maximum values of storage and hydropower are dominated by extremes in the individual ensemble members and when averaged do not duplicate the same trend as the change in average initial storage. However, average storage and hydropower production increase and decrease corresponding to respective increases and decreases in average initial storage values.

## 4. Discussion and Conclusions

For the Colorado River basin, our results show that climate change over the next century as predicted by PCM would lead to a situation where total system demand (water deliveries plus reservoir evaporation) would exceed (decreasing) reservoir inflows, bringing about a substantial degradation in system performance. A large body of literature (now some years old; see Burges and Linsley, 1971 for a review), not to speak of basic physical reasoning, shows that no reservoir system can deliver, over the long term, water demands that exceed the mean inflows, and that the reliability of a reservoir system decreases rapidly as demands approach the mean inflow. The high sensitivity of the Colorado River reservoir system quite simply results from the fact that the current demands are not much less than the mean inflows, and so decreasing the mean inflow slightly results in substantial degradation of system performance. The situation would be further exacerbated by increasing the demands, e.g., as the Upper Basin states move toward their full entitlements.

The Colorado River basin represents one of the endpoints among the three Accelerated Climate Prediction Initiative (ACPI) water resources studies reported in this volume. The Columbia River basin (Payne et al., this volume) has relatively high runoff per unit area and low reservoir storage relative to the mean annual inflow. Its performance is therefore quite sensitive to changes in the seasonal distribution in inflows that would be associated with earlier snowmelt in a warmer climate. The Sacramento–San Joaquin River system, investigated by VanRheenen et al. (this volume), has intermediate runoff per unit area and reservoir storage relative to its mean inflows. The Colorado River reservoir system, by contrast, is highly insensitive to the seasonal pattern of reservoir inflows, and by implication, changes in the seasonal distribution of runoff associated with a warmer climate – reservoir system performance depends much more critically on the total annual inflows. Furthermore, although not investigated in this study, Maurer et al. (2003) have shown that the relative worth of reservoir system inflow forecasts generally decreases as the reservoir storage capacity relative to the mean inflow increases, hence performance of the system is not expected to be very sensitive to the quality of reservoir inflow forecasts (as a side note, CRRM effectively assumes perfect inflow forecasts). In general, because of the (relative) size of the reservoir system, it is unlikely that changes in reservoir operating policies can adequately mitigate the effects of climate change and associated hydrologic changes in the basin.

Given the relatively high sensitivity of system inflows to temperature change, and the minimal possibilities for mitigation of system performance degradations associated with reduced inflows, demand reductions would almost certainly be required were the PCM climate predictions to prove accurate. The need for such action cannot itself be taken as a prediction; it is only indicated as the sensitivity to the particular set of climate predictions associated with PCM as run with the BAU emissions scenario. As noted in studies referenced above for the Colorado

Case No. 1:20-cv-02484-MSK   Document 96   filed 05/06/21   USDC Colorado   pg 50 of 340

River basin, and by IPCC (2001) for global land areas, climate models essentially all predict warming over the next century. However, predictions of precipitation change, especially over the interior of the continents (e.g., Colorado River basin), span the entire range from substantial (greater than 20% on annual average) decreases to substantial increases. PCM, by way of comparison, predicts modest decreases in precipitation, and modest increases in temperature. By implication, the predicted streamflow changes and associated reservoir storages over the Colorado basin from this study should, very roughly, be slightly to the low end (i.e., modest streamflow decreases) of the spectrum of sensitivities over all GCMs. We hasten to add, though, that this is an inference rather than a direct result, and furthermore we must caution that all GCMs should not be weighted equally. We do, however, think it is reasonable to consider the results as a plausible indication of the future, and one to which water resources planning over the next century should be capable of responding.

## Acknowledgements

This research was funded by the U.S. Department of Energy's Office of Science (BER) Accelerated Climate Prediction Initiative under Grant No. 354967-AQO. This publication was also supported by the Joint Institute for the study of the Atmosphere and Ocean (JISAO) under NOAA Cooperative Agreement #NA17RJ1232, Contribution #992. Hydrosphere Resource Consultants graciously provided access to their Colorado River reservoir model (CORN) source code, from which some of the reservoir operating information used in CRRM was extracted.

## References

Brown, R. D.: 2000, 'Northern Hemisphere Snow Cover Variability and Change, 1915–97', *J. Climate* **13** (13), 2339–2355.

Burges, S. J. and Linsley, R. K.: 1971, 'Some Factors Influencing Required Reservoir Storage', *J. Hydraulics Division*, ASCE, Vol. 97, No. HY7, 977–991.

Dai, A., Washington, W. M., Meehl, G. A., Bettge T. W., and Strand, W. G.: 2004, 'The ACPI Climate Change Simulations', *Clim. Change* **62**, 29–43.

Gleick, P. H.: 1985, 'Regional Hydrologic Impacts of Global Climate Changes', International Research and Development Conference; Arid Lands: Today and Tomorrow, Tucson, AZ, Office of Arid Land Studies, University of Arizona.

Gleick, P. H.: 1987, 'Regional Hydrologic Consequences of increases in Atmospheric Carbon Dioxide and other Trace Gases', *Clim. Change* **10** (2), 137–161.

Hamlet, A. F. and Lettenmaier, D. P.: 1999, 'Effects of Climate Change on Hydrology and Water Resources of the Columbia River Basin', *J. Amer. Water Resour. Assoc.* **35**, 1597–1623.

Hundley, N. Jr.: 1975, *Water in the West*, University of California Press, Berkeley, CA.

IPCC: 2001: *Climate Change 2001: The Scientific Bias*, in Houghton, J. T. and Ding, Y. (eds.), Cambridge, Cambridge UP.

362                                    NIKLAS S. CHRISTENSEN ET AL.

Lettenmaier, D. P., Brettman, K. L., Vail, L. W., Yabusaki, S. B., and Scott, M. J.: 1992, 'Sensitivity of Pacific Northwest Water Resources to Global Warming', *Northwest Environmental Journal* **8**(2), 265–283.

Liang, X., Lettenmaier, D. P., Wood, E. F., and Burges, S. J.: 1994, 'A Simple Hydrologically Based Model of Land Surface Water and Energy Fluxes for General Circulation Models', *J. Geophys. Res.* **99** (D7), 14415–14428.

Liang, X., Wood, E. F., and Lettenmaier, D. P.: 1996, 'Surface Soil Moisture Parameterization of the VIC-2L Model: Evaluation and Modifications', *Glob. Plan. Change* **13**, 195–206.

Loaiciga, H. A., Valdes, J. B., Vogel, R., Garvey, J., and Schwarz, H.: 1996, 'Global Warming and the Hydrologic Cycle', *J. Hydrology* **174**, 83–127.

Maurer, E. P., Lettenmaier, D. P., and Roads, J. O.: 1999, 'Water Balance of the Mississippi River Basin from a Macroscale Hydrology Model and NCEP/NCAR reanalysis', *EOS, Transactions of the American Geophysical Union* **80**, F409–410.

Maurer, E. P., O'Donnell, G. M., Lettenmaier, D. P., and Roads, J. O.: 2001, 'Evaluation of the Land Surface Water Budget in NCEP/NCAR and NCEP/DOE Reanalyses Using an Off-Line Hydrologic Model', *J. Geophys. Res.* **106** (D16), 17841–17862.

Maurer, E. P., Wood, A. W., Adam, J. C., Lettenmaier, D. P., and Nijssen, B.: 2002, 'A Long-Term Hydrologically-Based Data Set of Land Surface Fluxes and States for the Conterminous United States', *J. Climate* **15**, 3237–3251.

McCabe, G. J. and Hay, L. E.: 1995, 'Hydrological Effects of Hypothetical Climate Change in the East River Basin, Colorado, U.S.A.', *Hydrological Sciences* **40**, 303–317.

McCabe, G. J. and Wolock, D. M.: 1999, 'General Circulation Model Simulations of Future Snowpack in the Western United States', *J. Amer. Water Resour. Assoc.* **35**, 1473–1484.

Nash, L. L. and Gleick, P.: 1991, 'The Sensitivity of Streamflow in the Colorado Basin to Climatic Changes', *J. Hydrology* **125**, 221–241.

Nash, L. L. and Gleick, P.: 1993, The Colorado River Basin and Climate Change: The Sensitivity of Streamflow and Water Supply to Variations in Temperature and Precipitation, EPA, Policy, Planning and Evaluation. EPA 230-R-93–009 December 1993.

Nijssen, B., O'Donnell, G. M., Hamlet, A. F., and Lettenmaier, D. P.: 2001, 'Hydrologic Sensitivities of Global Rivers to Climate Change', *Clim. Change* **50**, 143–175.

Nijssen, B., Lettenmaier, D. P., Liang, X., Wetzel, S. W., and Wood, E. F.: 1997, 'Streamflow Simulations for Continental-Scale River Basins', *J. Amer. Water Resour. Assoc.* **36**, 399–420.

Payne, J. T., Wood, A. W., Palmer, R. N., and Lettenmaier, D. P.: 2004, 'Mitigating the Effects of Climate Change on the Water Resources of the Columbia River Basin', *Clim. Change* **62**, 233–256.

Schuster, R. J.: 1987, *Colorado River System: System Overview*, U.S. Bureau of Reclamation, Denver, CO.

Shaake, J. C.: 1990, 'From Climate to Flow, in Climate Change and U.S. Water Resources', in Waggoner, P. E. (ed.), Chapter 8, John Wiley, New York, pp. 177–206.

U.S. Department of Interior (USDOI), Bureau of Reclamation: 1985, *Colorado River Simulation System: System Overview*, USDOI Publication.

U.S. Department of Interior (USDOI), Bureau of Reclamation: 2000, Colorado River Interim Surplus Criteria; Final Environmental Impact Statement, Vol. 1, USDOI Publication.

Sankarasubramanian, A. and Vogel, R. M.: 2001, 'Climate Elasticity of Streamflow in the United States', *Water Resour. Res.* **37**, 1771–1781.

VanRheenen, N. T., Wood, A. W., Palmer, R. N., and Lettenmaier, D. P.: 2004, 'Potential Implications of PCM Climate Change Scenarios for Sacramento-San Joaquin River Basin Hydrology and Water Resources', *Clim. Change* **62**, 257–281.

Washington, W. M., Weatherly, J. W., Meehl, G. A., Semtner, A. J., Bettge, T. W., Craig, A. P., Strand, W. G., Arblaster, J., Wayland, V. B., James, R., and Zhang, Y.: 2000: 'Parallel Climate Model (PCM) Control and Transient Simulations', *Clim. Dyn.* **16**, 755–774.

Wilby, R. L, Hay, L. E., and Leavesley, G. H.: 1999, 'A Comparison Downscaled and Raw GCM Output: Implications for Climate Change Scenarios in the San Juan River Basin, Colorado', *J. Hydrology* **225**, 67–91.

Wolock, D. M. and McCabe, G. J.: 1999, 'Estimates of Runoff Using Water-Balance and Atmospheric General Circulation Models', *J. Amer. Water Resour. Assoc.* **35**, 1341–1350.

Wood, A. W., Leung, L. R., Sridhar V., and Lettenmaier, D. P.: 2004, 'Hydrologic Implications of Dynamical and Statistical Approaches to Downscaling Climate Outputs', *Clim. Change* **62**, 189–216.

Wood, A. W., Maurer, E. P., Kumar, A., and Lettenmaier, D. P.: 2002, 'Long Range Experimental Hydrologic Forecasting for the Eastern U.S.', *J. Geophys. Res.* **107** (D20), 4429.

(Received 8 October 2002; in revised form 13 August 2003)

Case No. 1:20-cv-02484-MSK   Document 96   filed 05/06/21   USDC Colorado   pg 53 of 340

Hydrol. Earth Syst. Sci., 11, 1417–1434, 2007
www.hydrol-earth-syst-sci.net/11/1417/2007/
© Author(s) 2007. This work is licensed
under a Creative Commons License.



**Hydrology and
Earth System
Sciences**

# A multimodel ensemble approach to assessment of climate change impacts on the hydrology and water resources of the Colorado River Basin

N. S. Christensen and D. P. Lettenmaier

Department of Civil and Environmental Engineering Box 352700, University of Washington, Seattle WA 98195, USA

Received: 16 November 2006 – Published in Hydrol. Earth Syst. Sci. Discuss.: 13 December 2006
Revised: 27 April 2007 – Accepted: 5 June 2007 – Published: 9 July 2007

**Abstract.** Implications of 21st century climate change on the hydrology and water resources of the Colorado River Basin were assessed using a multimodel ensemble approach in which downscaled and bias corrected output from 11 General Circulation Models (GCMs) was used to drive macroscale hydrology and water resources models. Downscaled climate scenarios (ensembles) were used as forcings to the Variable Infiltration Capacity (VIC) macroscale hydrology model, which in turn forced the Colorado River Reservoir Model (CRMM). Ensembles of downscaled precipitation and temperature, and derived streamflows and reservoir system performance were assessed through comparison with current climate simulations for the 1950–1999 historical period. For each of the 11 GCMs, two emissions scenarios (IPCC SRES A2 and B1, corresponding to relatively unconstrained growth in emissions, and elimination of global emissions increases by 2100) were represented. Results for the A2 and B1 climate scenarios were divided into three periods: 2010–2039, 2040–2069, and 2070–2099. The mean temperature change averaged over the 11 ensembles for the Colorado basin for the A2 emission scenario ranged from 1.2 to 4.4°C for periods 1–3, and for the B1 scenario from 1.3 to 2.7°C. Precipitation changes were modest, with ensemble mean changes ranging from $-1$ to $-2$% for the A2 scenario, and from $+1$ to $-1$% for the B1 scenario. An analysis of seasonal precipitation patterns showed that most GCMs had modest reductions in summer precipitation and increases in winter precipitation. Derived April 1 snow water equivalent declined for all ensemble members and time periods, with maximum (ensemble mean) reductions of 38% for the A2 scenario in period 3. Runoff changes were mostly the result of a dominance of increased evapotranspiration over the seasonal precipitation shifts, with ensemble mean runoff changes of $-1$, $-6$, and $-11$% for the A2 ensembles, and 0, $-7$, and $-8$% for the B1 ensembles. These hydrological changes were reflected in reservoir system performance. Average total basin reservoir storage and average hydropower production generally declined, however there was a large range across the ensembles. Releases from Glen Canyon Dam to the Lower Basin were reduced for all periods and both emissions scenarios in the ensemble mean. The fraction of years in which shortages occurred increased by approximately 20% by period 3 for both emissions scenarios.

## 1   Introduction

The Colorado River Basin (CRB) includes parts of seven U.S. states and Mexico (Fig. 1). The headwaters lie in the Rocky Mountains of Wyoming and Colorado, from which the river flows some 1400 km to the Gulf of California. It drains a mostly semi-arid region, with an average of only 40 cm/year of precipitation over the 630 000 km² basin. 70% of the Colorado's flow originates as snowmelt, with the annual hydrograph dominated by winter accumulation and spring melt. 85% of streamflow is generated from 15% of the area, while the lower basin (below Lees Ferry, AZ) contributes only 8% of the annual streamflow. The Colorado River also has considerable temporal variability, with a coefficient of variation for annual streamflow of .33 (by comparison, the coefficient of variation for the Columbia River is less than 0.2). From 1906–2003, annual streamflow had a minimum, maximum, and mean of 6.5, 29.6 and 18.6 billion cubic meters (BCM) at Lees Ferry. A recent 500-year reconstruction of Colorado River discharge using tree ring data (Woodhouse et al., 2006) suggests that the long term average annual flow is somewhat lower than for the 1906–2003 reference period – in the range 17.7–18.1 BCM.

Correspondence to: D. P. Lettenmaier
(dennisl@u.washington.edu)

Published by Copernicus Publications on behalf of the European Geosciences Union.

Case No. 1:20-cv-02484-MSK   Document 96   filed 05/06/21   USDC Colorado   pg 54 of 340



Fig. 1. Colorado River Basin with 1/8 degree VIC routing network and major system reservoirs.



Fig. 2. Annual, 10 year average and running average of natural flow at Imperial Dam, AZ.

The Colorado River is often described as the most regulated and over allocated river in the world (USDOI, 2000). It has an aggregate reservoir capacity of 74.0 BCM, four times its mean annual flow. 85% of basin storage capacity lies in Lakes Powell (formed by Glen Canyon Dam) and Mead (formed by Hoover Dam). The Law of the River which governs management of the river consists of 12 major and many minor federal and state laws, treaties, court decisions, and compacts and divides the basin's water between the Upper Basin states (Wyoming, Utah, Colorado, and New Mexico), Lower Basin states (Arizona, Nevada, California), and Mexico. The first document of the Law of the River is the Colorado Compact of 1922 which after gauging the river during a period of abnormally high flow apportioned 9.3 BCM/yr to both the Upper and Lower Basin. Another element of the Law of the River is the U.S.-Mexico Treaty of 1944 which stipulates that Mexico will receive 1.9 BCM/yr on average at the U.S. – Mexico border. During most of the period since the signing of the compact the 10 year average flow has been below the 20.5 BCM that has been allocated (see Fig. 2) – a situation that is further exacerbated by the estimated 1–2 BCM of annual reservoir evaporation. On the other hand, the Compact allocation to the upper basin states has to date not been fully utilized, and for this reason the Law of the River has been able to function notwithstanding the apparent overallocation of the river's water.

The hydrologic implications of climate change are a global concern (Milly et al., 2005), but the CRB is especially vulnerable due to the sensitivity of discharge to precipitation and temperature changes (both of which affect snow accumulation and melt patterns as well as evapotranspiration), effects which are exacerbated by the semi-arid nature of the

basin (Loaiciga, 1996). Global General Circulation Models (GCMs) of the coupled land-ocean-atmosphere system project an increase in global mean surface air temperature between 1.8°C and 5.4°C between 1990 and 2100 yet disagree upon the tendency and seasonality of precipitation changes (IPCC, 2001) and their spatial distribution regionally. In general, increases in temperature within the CRB will increase the rain to snow ratio, move runoff peaks earlier in the spring, increase evapotranspiration, and decrease annual streamflow, whereas precipitation changes will primarily affect annual streamflow volume (Christensen et al., 2004). The seasonality of precipitation changes, however, contribute to runoff changes as well: a greater percentage of winter precipitation generates runoff than in summer (due to lower evaporative demand).

A previous study of potential climate change in the CRB (Christensen et al., 2004) used the U.S. Department of Energy/National Center for Atmospheric Research Parallel Climate Model (PCM) with a business-as-usual (BAU) global emission scenario (the most recent GCM runs performed for IPCC (2007) no longer use a BAU scenario, however the A2 scenario used in the results we report here is the closest to BAU of those considered). In Christensen et al (2004), average temperature changes of 1.0, 1.7, and 2.4°C and precipitation changes of $-3$, $-6$, and $-3$% were predicted for the CRB for periods 2010–2039 (period 1), 2040–2069 (period 2), and 2070–2099 (period 3), respectively, relative to 1950–1999 means. These temperature and precipitation changes led to reductions of April 1 snow water equivalent (SWE) of 24, 29, and 30% and runoff reductions of 14, 18, and 17% for periods 1–3. Other studies (Gleick, 1987; Lettenmaier et al., 1992; Nash and Gleick, 1991, 1993; Hamlet and Lettenmaier, 1999; McCabe and Hay, 1995; McCabe and Wolock, 1999; Wilby et al., 1999; Wolock and McCabe, 1999) of climate change impacts on hydrology and water resources of western U.S. river basins have used both climate signals from

N. S. Christensen and D. P. Lettenmaier: Colorado River Basin climate change impacts          1419

GCMs as well as prescribed temperature and precipitation changes. All studies have assumed or predicted increasing temperatures, but have disagreed upon both the magnitude and direction of precipitation changes. Aside from Christensen et al. (2004), only one of these studies (Nash and Gleick, 1991, 1993) has been specific to the CRB. Nash and Gleick assessed the impacts of a doubling of $CO_2$ concentrations (at the time of their study, so-called transient GCM output was not widely available). In addition, Nash and Gleick (1991) evaluated prescribed changes of +2°C and +4°C coupled with precipitation reductions of −10% and −20%. The 2°C increase/10% precipitation decrease resulted in a 20% streamflow reduction while the 4°C increase/20% precipitation decrease resulted in a 30% runoff decrease. A related study by Nash and Gleick (1993) which analyzed scenarios with both increases and decreases in precipitation suggested that slight increases in precipitation would be offset by increased evapotranspiration, with the net result being reductions in streamflow ranging from 8 to 20%. Wolock and McCabe (1999) utilized climate output from GCMs to drive a hydrology model and concluded that a slight increase in precipitation with modest temperature increase would result in decreased streamflow, while for another GCM a significant increase in precipitation coupled with a larger temperature increase would result in increased streamflow. The diversity of scenarios considered by the assortment of climate change studies reflects the considerable uncertainty in the expected amount of warming and in the magnitude and direction of potential precipitation changes.

The managed water resources of the CRB are highly sensitive to runoff reductions due to the almost complete allocation of streamflow to consumptive uses. The past studies suggest that increased temperature alone, unless offset by increases in precipitation, will stress the water resources of the CRB, while any precipitation decrease will exacerbate these stresses. Nash and Gleick (1993) found reservoir system storage was highly sensitive to changes in runoff, suggesting that the system is currently in a rather fragile balance. Christensen et al. (2004) found that runoff reductions of 14–18% resulted in system storage reductions of 30–40% and target releases from Glen Canyon Dam being met 17–32% less often than in the reference (1950–1999) historic period. Nash and Gleick (1993) found that violations of the Compact would occur if average runoff dropped by only 5%. On the one hand, the large storage to runoff ratio of the basin mitigates the effects of seasonal shifts in runoff timing associated with a warmer climate; even though the large storage capacity will have little effect on long term reliability of water deliveries if average flows decline.

The present study utilizes 11 GCMs under IPCC Special Report on Emission Scenarios (IPCC, 2000) emission scenarios A2 and B1, where A2 corresponds to relatively unconstrained growth in global emissions, and B2 corresponds to elimination of global emissions increases by 2100. Each GCM's historical simulation was used to bias correct and

downscale the temperature and precipitation signals from the A2 and B1 scenarios using methods outlined in Wood et al. (2002) and Wood et al. (2004). The bias corrected and downscaled temperature and precipitation signals were then used to drive the Variable Infiltration Capacity (VIC) macroscale hydrology model (Liang et al., 1994; Nijssen et al., 1997) at a daily time step. Monthly aggregates of VIC-simulated streamflow at selected reservoir inflow points (Fig. 1) were used to force the CRRM. CRRM, described in more detail in Christensen et al. (2004) is a simplified version of the Colorado River Simulation System (USDOI, 1985). It predicts storage in the main CRB reservoirs, and deliveries of water to major water users, as well as hydropower generation. We summarize results of both the VIC and CRRM simulations for period 1 (2010–2039), period 2 (2040–2069, and period 3 (2070–2099), and compare them with a "historical" simulation driven by 1950–1999 observations.

## 2   Approach

### 2.1   General circulation models and emission scenarios

The 11 GCMs which produced the climate scenarios used in this study are summarized in Table 1, which includes references to the details of each model. Although many other GCM runs were prepared for the IPCC Fourth Assessment Report (AR4; IPCC, 2007), these 11 model runs are the most consistent in terms of the future simulation period (all were run for at least the period 2000–2100), and the emissions scenarios used. These GCMs represent the major global modeling centers and provide the basis for the most thorough climate study of the CRB to date. In that respect, we note that our approach here is a generalization of Christensen et al. (2004), who ran one model and emissions scenario for the CRB using essentially the same methods as were used in this study, and Maurer (2007), who ran 10 of the same 11 models we use, and the same emissions scenarios for California.

For its Fourth Assessment Report, the IPCC created six plausible global greenhouse gas emissions scenarios; A1F, A1B, A1T, A2, B1, and B2. With respect to global emissions of greenhouse gases (and hence, in general, global average temperature increases) from warmest to coolest are scenarios A1FI, A2, A1B, B2, A1T, and B1. The A2 and B1 scenarios were chosen for this study because they are the most widely simulated over all models (not all modeling groups have archived runs for all emissions scenarios), and because they represent a plausible range of conditions over the next century.

In the A2 scenario, global average $CO_2$ concentrations reach 850 ppm by 2100, while in the B1 scenario $CO_2$ concentrations initially increase at nearly the same rate as in the A2 scenario, but then level off around mid-century and end at 550 ppm by 2100 (IPCC, 2000). Christensen et al. (2004) used Parallel Climate Model (PCM) runs with the BAU

Table 1. General Circulation Models used to produce scenarios assessed in this study.

| Abbreviation | Modeling Group/Country | IPCC Model ID | Reference |
|---|---|---|---|
| CNRM | Centre National de Recherches Météoroliques, France | CNRM-CM3 | Salas-Mélia et al. (2006) |
| CSIRO | CSIRO Atmospheric Research, Australia | CSIRO-Mk3.0 | Gordon, H. B. et al. (2002) |
| GFDL | Geophysical Fluid Dynamics Laboratory, USA | GFDL-CM2.0 | Delworth et al. (2006) |
| GISS | Goddard Institute for Space Studies, USA | GISS-ER | Russell et al. (1995, 2000) |
| HADCM3 | Hadley Center for Climate and Prediction and Research, UK | UKMO-HadCM3 | Gordon et al. (2002) |
| INMCM | Institute for Numerical Mathematics, Russia | INM-CM3.0 | Diansky and Volodin (2002) |
| IPSL | Institut Pierre Simon Laplace, France | IPSL-CM4 | IPSL (2005) |
| MIROC | Center for Climate Systems Research, Japan | MIROC3.2 | K-1 model developers (2004) |
| MPI | Max Planck Institute for Meteorology, Germany | ECHAM5/MPI-OM | Jungclaus et al. (2006) |
| MRI | Meteorological Research Institute, Japan | MRI-CGCM2.3.2 | Yukimoto et al. (2001) |
| PCM | U.S. Department of Energy/ National Center for Atmospheric Research, USA | PCM | Washington et al. (2000) |

emissions scenario which as noted above is most comparable to A2 of the emissions scenarios used in IPCC AR4.

Details of the bias correction and downscaling approach used to translate GCM output into VIC input are reported in Wood et al. (2002, 2004) and Maurer (2007). In brief, the method downscales monthly simulated and observed temperature and precipitation probabilities at the GCM spatial scale (regridded to a common 2 degrees latitude by longitude spatial resolution) to the 1/8 degree resolution at which the VIC hydrology model was applied through use of a probability mapping procedure that is "trained" to monthly empirical probability distributions of the climate model output for current climate conditions to equivalent space-time aggregates of the gridded (one-eighth degree spatial resolution) observation set of Maurer et al. (2002). The climate model signal was then temporally and spatially disaggregated through use of a resampling approach to create a daily forcing time series for the hydrology model at the same one-eighth degree spatial resolution. This method facilitates investigation of the implications of the true transient nature of climate warming as opposed to the more common methods employed where decadal temperature and precipitation shifts are averaged to give a step-wise evolution of climate (e.g. Hamlet and Lettenmaier, 1999). It should be noted that the bias correction and downscaling technique that we used by construct reproduce observed climatologies in the special case where the GCM runs have no precipitation and temperature change.

## 2.2   VIC model application to the CRB

Liang et al. (1994) and Nijssen et al. (1997) provide details of the VIC model and its application to continental river basins, while Christensen et al. (2004) provide details of its application to the CRB, hence our description here is highly condensed. VIC is a grid cell based macroscale hydrology model that typically runs at spatial resolutions ranging from one-eighth to two degrees latitude by longitude. The VIC model is forced by gridded temperature, precipitation, and

wind time series, as well as other surface radiative and meteorological variables that are derived from daily mean temperature and temperature minima/maxima following methods outlined by Maurer et al. (2002). The VIC model can be run either at a sub-daily time step which facilitates a full energy balance, or (as was used in this study) at daily time step in water balance mode. The model simulates soil moisture dynamics, snow accumulation and melt, evapotranspiration, and generates surface runoff and baseflow which are subsequently routed through a grid based river network to simulate streamflow at selected points within the basin.

As in Christensen et al. (2004), VIC grid cell runoff was routed to locations representing the inflow to seven major reservoirs and three inflow-only locations used in the reservoir simulation model (Fig. 1). VIC was calibrated by forcing the model with historic climate observations and adjusting parameters that govern infiltration and base flow recession to match simulated streamflow with naturalized observed obtained from the U.S. Bureau of Reclamation (2000) at selected points for the same period of record. The overlapping period of record between the Maurer et al. (2002) data set (and therefore historic simulated streamflow) and observed naturalized streamflow was 1950–1999, during which VIC cumulative simulated streamflow was 768 BCM and observed naturalized streamflow was 776 BCM. This represents a VIC bias to slightly underpredict streamflow (by about one percent). The relative biases at Green River, UT and the Colorado River near Cisco, UT, were slightly larger (3 and −9%, respectively). The additional step of first bias correcting these streamflows before driving CRRM with them was added; this is a step that was not included in the Christensen et al. (2004) study. Snover et al. (2003) provide details, but this step essentially maps between simulated and observed probability distributions at each CRRM inflow point in each calendar month during the overlapping 1950–1999 period. This same relationship is then applied to the future GCM runs, therefore eliminating any systematic spatial bias.

## 2.3   CRRM implementation

CRRM is a simplified version of the U.S. Bureau of Reclamation's (USBR) Colorado River Simulation System (CRSS) (Schuster, 1987; USDOI, 1985) developed by Christensen et al. (2004) for assessment of the affects of altered streamflow regimes on performance of the Colorado River reservoir system. CRRM is driven by naturalized streamflow (VIC output) at the inflow points shown in Fig. 1. It represents all major physical water management structures in the CRB. Pre-specified operating policies are used to simulate reservoir levels and releases, hydropower production, and diversions on a monthly time step.

Because of the large fraction of total CRB reservoir storage in Lakes Powell and Mead, not all of the physical or operational complexities of the river system need to be represented in CRRM to enable the assessment of climate change implications of reservoir system performance. CRRM therefore represents the CRB reservoir system with four storage and three run-of-the-river reservoirs. The storage reservoirs are Flaming Gorge, Navajo, Lake Powell, and Lake Mead, of which only Lakes Powell and Navajo are essentially equivalent to the true reservoirs. Flaming Gorge includes the storage capacity of Fontenelle and Lake Mead includes the storage capacity of the downstream reservoirs that are treated as run-of-the-river in CRRM. Hydropower is simulated at all reservoirs except Navajo and Imperial.

As noted above, the operating policies of the CRB reservoir system are dictated by the Law of the River. In CRRM, like CRSS, these laws have been simplified so that the main regulations affecting operations are a mandatory release of 10.2 BCM per year from Glen Canyon Dam (for the Lower Basin's 9.2 BCM/yr entitlement and one-half of Mexico's 1.9 BCM/yr) and an annual release from the Lower Basin to Mexico of 1.9 BCM. CRRM, again like CRSS, requires the release from Lake Powell regardless of the reservoir level relative to its minimum power pool; only when it is not physically possible to release water (dead storage) are releases to the Lower Basin curtailed. CRRM shortage delivery operations were updated in CRRM relative to the version of the model used in Christensen et al. (2004) to reflect the "basin states alternative" (BSA) which is likely to be adopted as the basis for water deliveries in the future. The BSA has three different shortage levels (494, 617, and 740 MCM/yr that are imposed at Lake Mead elevations of 327.66, 320.05, and 312.42 m, respectively. The BSA also stipulates a hard protect of the Southern Nevada's Water Authority (SNWA) intake at an elevation of 304.80 m. At this elevation deliveries to the lower basin will be reduced, to zero if need be, to ensure no further reduction of elevation. The first three reductions are weighted 79% to CAP, 17% to Mexico, and 4% to SNWA. The BSA does not stipulate how shortages are allocated after the 740 MCM/yr level; however CRRM follows the Law of the River  and recognizes CAP's allocation to be junior to the MWD, which in turn is junior to the Im-

perial Irrigation District (IID). CRRM, like CRSS, does not impose shortages on the Upper Basin but rather passes them onto the Lower Basin even though this could be considered a violation of the Law of the River  (Hundley, 1975).

Water demands in this study were based on the USBR's Multi-Species Conservation Program (MSCP) (USDOI, 2000) baseline demands for year 2000. Upper Basin demands were fixed at 5.2 BCM/yr and Lower Basin at their full entitlement of 9.2 BCM/yr. Although demands will likely increase as population increases in the basin, holding demands steady allows us to isolate the effects climate change from the confounding effects of transient demand increase. CRRM represents withdrawals from the river at 11 diversion points, each of which has a unique monthly return ratio (fraction of water diverted that is returned to the river). If there is insufficient water within a river reach or reservoir to meet a demand, the two upstream reservoirs are allowed to make releases to fulfill the demand. Present perfected water rights are not explicitly modeled in CRRM, instead priority is given to upstream users except in the case of Lower Basin shortages.

Christensen et al. (2004) provide validation plots of CRRM during the period 1970–1990, in which it had a 1% monthly storage error and a 0% accumulated error over the 20 year period. During this period it had a 12% accumulated hydropower error, but the error was largely due to the high reservoir levels in the mid-80s coupled with CRRM's lack of inflow forecasting. Given results reported in the following section, it appears unlikely that these high reservoir levels will be reached in the future, so CRRM arguably represents hydropower production adequately for the purpose of this study.

## 3   Results

In this section we analyze downscaled and bias corrected GCM climate scenarios (using the method of Wood et al, 2004) which we compare to 1950–1999 gridded historical observations of daily temperature and precipitation from Maurer et al. (2002). Hydroclimatic variables (runoff, SWE, evaporation) simulated by VIC for the GCM scenarios are compared to VIC simulations driven by the 1950–1999 climate observations. Baseline statistics for the 1950–1999 period are termed "historical", while GCM results are divided into period 1 (2010–2039), period 2 (2040–2069), and period 3 (2070–2099). We discuss in this section ensemble means and quartiles (which, taken together, give an idea of the range of the resuls), whereas more detailed results for individual GCMs and emission scenarios are reported in Appendix A.



Fig. 3. Basin averaged temperature change for SRES A2 and B1 emission scenarios.

## 3.1  Downscaled climate change scenarios

Figure 3 shows the transient basin average temperature for each of the 11 GCMs throughout the 21st century under both the A2 and B1 emission scenarios. Although there is considerable spread within each scenario, it is apparent that by the second half of the century there is significantly more warming associated with the A2 than the B1 scenario. By period 2, all the climate models with the exception of PCM simulate warmer temperatures for the A2 scenario, and by period 3 all GCMs simulate warmer A2 temperatures (average warming of 2.7°C in B1 vs. warming of 4.4°C in the A2 scenario). Table 2 summarizes ensemble average changes while Tables A1 and A2 report results for individual ensemble members.

Figure 4 shows the shift in annual distribution of temperature and precipitation, and resulting runoff for periods 1–3 relative to the 1950–1999 historic simulation. Results are presented for the ensemble average and 1st and 3rd quartiles. As expected (because A2 and B1 emission scenarios are similar for the first part of the century) there is little difference in warming between the two scenarios during period 1. The ensemble average B1 period 1 warming is 1.28°C (1st and 3rd quartiles 1.02 and 1.67°C) while A2 is 1.23°C (0.95, 1.49°C). By period 2 the B1 scenario has a mean shift of 2.05°C (1.64, 2.48°C). In the same period, the mean A2 shift is 2.56°C (1.94, 2.83°C). By period 3, scenario A2 is 1.7°C warmer than B1. B1 has a mean shift of 2.74°C (1.89, 3.23°C) while A2 is 4.35°C (3.32, 5.38°C). The ensemble averages for all scenarios and time periods have more warming from mid-summer to early fall, which may be attributable to fact that there is less moisture during these months than in the historical simulation, and therefore more energy going to sensible than to latent heating.



Fig. 4. Changes in annual average temperature, precipitation, and runoff for periods 1, 2, and 3 for SRES scenarios A2 and B1.

Averaged over all GCMs ("ensemble average"), changes in average annual precipitation are −1 (−6, +3), −2 (−7, +7), and −2 (−8, +5)% for the A2 scenario, and +1 (−3, +6), −1 (−6, +4), and −1 (−8, +2)% for the B1 emission scenario for periods 1–3, respectively (Fig. 5). Although the trend is for very slight decreases in the ensemble mean precipitation, and hence runoff decreases are driven primarily by increased evapotranspiration, there are ensemble members where increased precipitation offsets increased evaporative losses resulting in increased runoff. The number of ensemble members with this character in general decreases with time for both emissions scenarios (see Appendix A for individual ensemble member results). Also, although annual precipitation decreases very slightly in the annual mean, ensemble average winter precipitation increases (Fig. 4b). The increase in winter (October–March) precipitation is 5, 1, and 2% for the B1 scenario, and 6, 5, and 4% for the A2 scenario for periods 1–3, respectfully. Upstream of Lees Ferry (where a larger percentage of precipitation results in runoff), the B1 scenario has a 7% winter precipitation increase in period 1 and 6 and 8% increases in periods 2 and 3. In the A2 scenario, the increase in winter precipitation upstream of Lees Ferry is 8, 10, and 14% in periods 1–3, respectively. In section 3.4 we perform a separate sensitivity analysis of the implications of these changes, but in short, a shift towards winter precipitation results in more runoff for a given precipitation amount. These increases in winter precipitation



Fig. 5. Annual average precipitation changes for periods 1–3 relative to 1950–1999 historic simulation.



Fig. 6. (a) Spatial distribution of predicted (ensemble mean) changes in mean annual runoff for periods 1–3 relative to simulated historic, and, (b) mean monthly hydrograph for the Green River at Green River, UT, Colorado River near Cisco, UT, and Colorado River below Imperial, AZ for simulated historic discharge, and ensemble means for Periods 1–3.

amounts are opposite to the projections by the earlier version of PCM utilized in Christensen et al. (2004). The ensemble averages in that study had winter precipitation decreases of 4, 6, and 4% for periods 1–3, respectfully, which drove much larger reductions in (annual) streamflow than projected in this study (see below).

Figure 5 shows the spatial distribution of predicted changes in annual precipitation. Increases are predominantly in the high elevation areas of the Rockies in Colorado, Wyoming and Utah while decreases are greatest in the desert portions of the southeast basin in Arizona and New Mexico. It should be noted that the fine spatial resolution of the predicted precipitation changes in Fig. 5 is in fact driven by the coarse spatial resolution of the GCM output. The regions in Fig. 5 that show the greatest precipitation increases are in general the areas that have high precipitation in the same months for which the GCMs predict increases. The mountainous headwaters regions, for example, receive a preponderance of their precipitation in the winter, and because the GCMs on average have winter precipitation increases, the mountain headwaters have the greatest annual average precipitation increases. The converse holds for summer; decreases in basin wide summer precipitation cause the greatest annual (volume) reductions to occur in the southeast since this region receives most of its rainfall during the summer months.

### 3.2 Runoff changes

Figure 6a shows spatial changes in the ensemble average mean annual runoff for periods 1–3 relative to simulated historic, and Fig. 6b shows the mean monthly hydrograph for three streamflow locations in the basin. 1950–1999 basin average annual precipitation is 354 mm, of which 310 mm evaporates, leaving 45 mm to runoff. This constitutes a runoff ratio of around 13% which is typical of semi-arid wa-

tersheds (Nash and Gleick, 1991). Runoff stays essentially unchanged in period 1 for both SRES scenarios, decreases by 7 (−15, 0) and 6 (−14, +8)% in period 2 for the B1 and A2 scenarios, respectively, and by 8 (−18, −1) and 11 (−16, −1)% in period 3 for the B1 and A2 scenario. Table 2 shows average annual precipitation, evaporation, and runoff in mm/year, and runoff ratio and basin average annual temperature. Although precipitation changes are modest (+1–−2%), changes (mostly decreases) in runoff ratio are larger. The runoff ratio reductions are driven both by temperature (the higher the temperature, the lower the runoff ratio) as well as by shifts in the seasonality of precipitation (see Sect. 3.4). For individual GCM ensemble members in which there are comparable temperature and precipitation changes, the runs that have larger shifts towards winter precipitation have higher runoff ratios. In Christensen et al. (2004) we utilized an earlier version of PCM which projected slightly greater precipitation decreases, smaller temperature increases, and from which substantially larger runoff decreases were inferred. For period 3 annual average temperature increases of 2.4°C and precipitation decreases of 3% drove a runoff decrease of 17%. As noted above, this

1424                                    N. S. Christensen and D. P. Lettenmaier: Colorado River Basin climate change impacts



Fig. 7. Changes in annual average snow water equivalent "present" by elevation for periods 1–3 relative to simulated historical.

large runoff decrease for the modest temperature and precipitation change (relative to the ensemble means in this study) is a result in large part of the earlier PCM's shift away from winter precipitation.

Although a reduction of 5 mm/year of runoff may seem modest, it represents a reduction of 11% which has major implications on a system whose water is already over-allocated.

### 3.3 Snowpack changes

Basin average April 1 snow water equivalent (SWE), the depth of water that the snowpack would produce if melted, declines by 13 (25, 6), 21 (29, 16), and 38 (48, 19)% in scenario A2, and by 15 (24, 11), 25 (31, 18), and 29 (33, 19)% in scenario B1 in periods 1–3, respectively. Winter precipitation is greater for all ensemble means relative to the historical period, leading to the conclusion that the reductions in SWE are directly attributable to higher winter temperatures and the resulting decrease in the ratio of precipitation falling as snow vs. rain. Reductions in SWE present are greatest in the low to mid elevation transitional zone (Fig. 7). The metric "snow present" is a function of both SWE depth and the amount of time the SWE is present. If an equivalent amount of snow falls, but melts twice as fast, it is considered 50% of historical. These results are consistent with Nash and Gleick (2003), Wilby et al. (1999), McCabe and Wolock (1999), Brown et al. (2000), and Christensen et al. (2004).

### 3.4 Sensitivity of runoff to seasonality of precipitation

A separate analysis was performed to better understand the effect that a seasonal shift in precipitation would have on runoff generation. To do this we compared runoff generated by a base run to simulations in which winter (October–March) and summer (April–September) precipitation was individually increased and decreased by 10% (Table 3). The results show, as expected, that a higher percentage of winter vs. summer precipitation results in runoff. Comparison of

Tables 2 and 3 suggests that 38% of the increase in winter precipitation results in runoff, while only 23% of the summer precipitation increase contributes to streamflow. The same trend holds for precipitation decreases, with comparable decreases in precipitation leading to almost twice as much runoff decrease in winter than summer. This analysis confirms that the slight shift towards increased winter precipitation in the ensemble means helps offset some of the effects of increased temperature on evapotranspiration.

### 3.5 Reservoir system performance

The managed water resources of the CRB are extremely sensitive to changes in the mean annual flow of the river due to its almost complete allocation of streamflow to consumptive uses. As noted above, the Colorado River Compact of 1922 was based on abnormally high flow years in which the average streamflow of the river was around 22.2 BCM/yr, of which 20.4 BCM/yr was allocated to consumptive use. The results we report are based on consumptive use of 17.5 BCM/yr (Mexico and the Lower Basin utilizing their full allocation, and the Upper Basin fixed at their actual year 2000 consumptive use of 6.4 BCM/yr). Annual reservoir evaporation is a function of storage (i.e. surface area), however it is on average greater than one BCM per year, making total consumptive losses (use + evaporation) over 18.8 BCM/yr.

The 1906–1999 average discharge of the river at its mouth (without regulation) would be 20.4 BCM/yr, with 10-year average flows as low as 16.3 BCM/yr, however the system has been able to operate reliably in the past due to Upper Basin demand being lower than current levels. Any reduction in streamflow will exacerbate the stress of increasing Upper Basin demands and reduce system reliability. In 32 of the 66 ensemble members (2 SRES scenarios, 3 time periods, 11 climate models), average streamflow is below the current consumptive use (domestic depletions plus reservoir evaporation plus Mexico release) of 18.8 BCM/yr. In only eight of the B1 ensembles and six of the A2 ensembles (none in 2070–2099) are there no delivery shortages.

We assess changes in reservoir system performance associated with the future climate ensembles through the next century by comparing CRRM output for simulations driven by future VIC streamflow sequences with CRRM simulations driven by VIC 1950–1999 historical simulations. We show results in this section for total basin storage, water delivery reliability, Law of the River compliance, and hydropower production.

It should be noted that the historic reservoir simulation has lower average storage and hydropower generation than ensembles that have essentially the same average streamflow. This is a result of the early part of the 1950–1999 record having low inflow, and therefore starting with low storage (head in the case of hydropower). In these simulations, initial reservoir storage was iterated so that the starting value

Table 2. Annual average precipitation, evaporation, and runoff (in mm/year), runoff ratio, and basin average temperature (°C).

| Scenario, Per | Precip. (% change relative to historic) | Evap. (% change relative to historic) | Runoff (% change relative to historic) | Runoff Ratio (% change relative to historic) | Temp (°C relative to historic) |
|---|---|---|---|---|---|
| HISTORIC | 354 mm/yr. | 309 mm/yr. | 45.2 mm/yr. | 12.8% | 10.5°C |
| B1/PER 1 | 360 (+1%) | 315 (+2%) | 45.0 (0%) | 12.5 (−2%) | 11.8 (+1.3°C) |
| B1/PER 2 | 351 (−1%) | 310 (0%) | 41.8 (−7%) | 11.9 (−7%) | 12.6 (+2.1°C) |
| B1/PER 3 | 351 (−1%) | 309 (0%) | 41.6 (−8%) | 11.8 (−8%) | 13.2 (+2.7°C) |
| A2/PER 1 | 351 (−1%) | 307 (−1%) | 44.6 (−1%) | 12.7 (−1%) | 11.8 (+1.2°C) |
| A2/PER 2 | 348 (−2%) | 305 (−1%) | 42.7 (−6%) | 12.2 (−5%) | 13.1 (+2.6°C) |
| A2/PER 3 | 347 (−2%) | 306 (−1%) | 40.3 (−11%) | 11.6 (−10%) | 14.9 (+4.4°C) |

Table 3. Percentage of annual precipitation, evaporation, runoff, and runoff ratio for simulations in which winter (Oct–March) and summer (April–Sep) precipitation was alternately increased and decreased by 10% relative to the unperturbed base run.

| Change | Precipitation | Evaporation | Runoff | Runoff Ratio |
|---|---|---|---|---|
| Winter +10% | 105.0% | 103.7% | 115.0% | 109.4% |
| Winter −10% | 94.8% | 96.0% | 87.2% | 92.2% |
| Summer +10% | 104.7% | 104.3% | 108.5% | 103.1% |
| Summer −10% | 95.0% | 95.0% | 93.0% | 97.7% |

was the same as the average over the 50-year base period. This contrasts with Christensen et al. (2004) who used initial storage equal to the 1970 historic (actual) level.

### 3.5.1   Storage

Figure 8 shows average January 1 storage as a function of streamflow for each streamflow ensemble by period and scenario, as well as the streamflow and storage from Christensen et al. (2004), and storage-streamflow combinations from runs in which the base run streamflows were altered in increments of 10% from −50% to +50%. The black dotted line shows that for a given streamflow sequence an increase or decrease of 10% in average streamflow is magnified into an increase or decrease of about 20% in average basin storage, and that a 20% change in streamflow results in roughly a 40% storage change. Results for each of the ensembles generated for this study follow this general pattern, although the sensitivities when averaged across ensembles are somewhat different than implied by the dashed line. Again, this is primarily a result of the base run having low average storage relative to its average streamflow (because of the low flows early in the sequence).

Although average streamflow in period 1 for both SRES scenarios is less than the base run, CRRM simulates slight ensemble average reservoir level increases of 4 (−20, 23) and 1 (−13, 15)% for A2 and B1, respectively (Table 4). In period 2, streamflow changes of −6 (−14, 8) and −7 (−15, 0)% drive January 1 storage changes of −1 (−40, 22) and



Fig. 8. Average January 1 total basin storage by period for A2 (triangles), B1 (circles), previous ACPI study (stars), and perturbation of base run (black dotted line).

−5 (−42, 32)% for the A2 and B1 scenarios, respectively, while period 3 changes in streamflow of −11 (−16, −1) and −8 (−18, −1)% drive storage changes of −13 (−39, +9) and −10 (−46, +20)% for A2 and B1, respectively (Tables A.3 and A.4 provide results for individual ensemble members). It should be noted that there are many nonlinearities in the relationship between reservoir performance and inflows (and in fact, the clustering of the points in Fig. 8 around the dashed line is somewhat tighter than one might expect for this reason). For example, in Fig. 8, the B1 period 3 simulation (IPSL) in which 90% of base streamflow drives



Fig. 9. Average shortfall per year, percentage of years with no shortfall and percentage of years with a level 3 shortage for the base run and SRES A2 and B1 scenarios.

reservoir storage of 120% of base is a function of very high initial reservoir levels (>56 BCM) and very high early period streamflow and low late period streamflow. Another outlier in Fig. 8 is the B1, period 1 simulation (MRI) in which 110% of base streamflow drives a storage reduction. This is a result of MRI having very low streamflow prior to 2010 and a result, total initial reservoir storage of only 17 BCM.

Although these results seem inconsistent with the greater storage reductions predicted by Christensen et al. (2004), they are within the same range of sensitivity. Christensen et al. (2004) predicted streamflow reductions at the high end of those simulated for individual ensemble members for this study, and as can be seen in Fig. 8, storage reductions in these ensemble members match those of the 2004 study.

### 3.5.2  Delivery compliance

Water deliveries are dependent on the storage in Lake Mead; level one shortages are imposed (see Sect. 2.3 for amounts and to which users) when Lake Mead drops below an elevation of 327.66 m, level two shortages are imposed at an elevation of 320.04 m, and level three at 312.42 m. If need be, deliveries are decreased further to ensure that the elevation of Lake Mead does not drop below the SNWA's intake at 304.80 m elevation.

Figure 9 shows the average shortage per year, the percentage of years with no shortages, and the percentage of years with level three shortages for the 1950–1999 "base" run and for the SRES A2 and B1 ensemble averages for periods 1–3. The base run has delivery shortages in 26% of years. In reality, there have not yet been shortages, but they are simulated in the base run here because we force CRRM with 1950–1999 streamflow and year 2000 demands. Shortages are simulated in the base run between the late 50s and mid 70s, while in real operations upper basin demands were lower and there were no shortages. The A2 and B1 scenarios both have shortages in 21 (A2; 1, 41, B1; 4, 26)% of years in period 1, 31

(0, 80) and 35 (0, 63)% of years in period 2, and 38 (6, 86) and 42 (6, 71)% in period 3.

Level three shortages beginning at 740 MCM/yr are initially imposed when Lake Mead drops below 312.42 m, but are allowed to increase up to the entirety of the Lower Basin and Mexico's demand to protect a Lake Mead elevation of 304.80 m. The probability of these shortages, along with the average shortage amount (Fig. 9), are not influenced much by the nuances of the reservoir model (initial storage, streamflow sequence, etc.). They are also likely to have considerable socio-economic effect within the basin. Level three shortages are imposed in the base run in 5% of years, and in 11 (0, 30) and 10 (0, 15)% in period one, 24 (0, 45) and 27 (0, 45)% in period two, and 27 (4, 27) and 26 (0, 33)% in period three for the SRES A2 and B1 ensemble averages, respectively.

The shortfall per year (BCM/yr) is derived by dividing the total shortfall in each period by the number of years in which any shortage delivery is imposed. It is a somewhat redundant metric because it is related to the number of level three shortages, however it is important to differentiate between long modest shortfalls and short intense ones. The average shortage in the base run was 0.73 BCM, and 2.1 (0.6, 2.2) and 2.0 (0.6, 2.4) BCM/yr in period one for the A2 and B1 scenario, respectively. Average shortfalls in period two were 4.2 (0, 3.5) and 2.1 (0, 2.4) BCM/yr, and 3.7 (0.6, 3.9) and 2.8 (0.7, 3.8) BCM in period three for A2 and B1, respectively. Although there seems to be a lack of correlation between streamflow and average shortage (e.g. SRES A2, period 2 has greater streamflow than B2 period 3, yet higher average shortage), this is entirely an artifact of averaging across ensembles. Tables A.3 and A.4 summarize individual GCM run results.

### 3.5.3  Hydropower generation

Hydropower generation is a function of head (height of water surface above tailwater elevation) and discharge (volume per unit time) passing through a turbine. Because of the sequencing of the base run streamflow and its bias towards lower storage (i.e. head) for a given inflow, it generates less hydropower than the period one A2 and B1 scenarios. The average energy generated in the base run is 8480 GW-h/yr, while in period one the A2 scenario average generates 8600 (10 100, 6470) GW-h/yr and in the B2 scenario average 8530 (9670, 8220) GW-h/yr. In period two, the A2 average is 7630 (10 800, 4470), and the B1 average is 7560 (10 330, 4650) GW-h/yr, while in period three A2 is 6900 (8960, 4560) and B1 is 7130 (8840, 4670) GW-h/yr. The reduction of hydropower production from period 1 to period 3 is 20% in the A2 scenario and 16% in the B1 scenario, both of which are about twice the corresponding streamflow reduction percentages.

Table 4. Streamflow at Imperial Dam, AZ (BCM/yr), average January 1 total basin storage (BCM), release from Glen Canyon Dam (BCM/yr), annual energy production (GW-h/yr), percentage of years with no delivery shortages, average annual delivery shortage (BCM/yr), average annual CAP delivery shortage (BCM/yr), and annual average MWD delivery shortage (BCM/yr).

| BASE | Imperial Naturalized Flow | Avg. Storage. | G.C. Rls. | Avg. Energy | % Full Deliveries | Avg. Annual Shortage | Avg. Annual CAP Shortage | Avg. Annual MWD Shortage |
|---|---|---|---|---|---|---|---|---|
| 1950–1999 | 19.7 | 41.8 | 11.8 | 8478.4 | 73.7 | 0.19 | 0.14 | 0.00 |
| A2 | | | | | | | | |
| 2010–2039 | 19.4 | 43.3 | 11.8 | 8596.9 | 78.9 | 0.43 | 0.17 | 0.04 |
| 2040–2069 | 18.5 | 41.6 | 10.9 | 7630.1 | 69.1 | 1.30 | 0.37 | 0.11 |
| 2070–2099 | 17.6 | 36.6 | 10.4 | 6904.8 | 62.3 | 1.39 | 0.41 | 0.12 |
| B1 | | | | | | | | |
| 2010–2039 | 19.4 | 42.2 | 11.7 | 8532.6 | 78.9 | 0.41 | 0.16 | 0.04 |
| 2040–2069 | 18.4 | 39.9 | 11.0 | 7559.9 | 65.0 | 0.75 | 0.30 | 0.06 |
| 2070–2099 | 18.3 | 37.6 | 10.9 | 7127.6 | 58.4 | 1.16 | 0.39 | 0.10 |

### 3.5.4   Glen Canyon Dam and Mexico release

The Colorado River Compact mandates a 10 year moving average release of 10.2 BCM/yr from the Upper Basin to the Lower Basin and an annual release of 1.9 BCM (1.5 MAF) from the United States to Mexico. Figure 10 and Table 4 report the detailed results, but in general releases from Glen Canyon Dam are 1 (A2: +1, −1, B1: +6, −6)% less (both B1 and A2) in period one than in the historical run and 7 (+6, −21) and 8 (+10, −21)% lower in period 2 for B1 and A2, respectively. Period 3 has an 8 (+2, −22)% reduction in Glen Canyon releases in the B1 scenario, and a 12 (−4, −30)% reduction in A2. Although the compact requires the 10.2 BCM/yr release to be made on a 10 year moving average, current basin operations dictate that this release is made annually. The Glen Canyon release drops below 10.2 BCM in 24% of years in the base run, and 28, 35, and 35% of years for the B1 scenario in periods 1–3, respectfully. The Glen Canyon release drops below 10.2 BCM/yr in 28, 34, and 44% of years in the A2 scenario for periods 1–3, respectfully.

Mexico is allocated 17% of the level one through three shortage amount, so the amount of years in which the Lower Basin delivery to Mexico drops below 1.9 BCM is essentially the same as the percentage of years in which any shortages are imposed (see Sect. 3.5.2). The average delivery to Mexico in the base run is 1.8 BCM/yr, while the B1 scenario average annual deliveries drop to 1.78 (1.75, 1.83), 1.72 (1.65, 1.81), 1.65 (1.40, 1.81) BCM for periods 1–3 respectfully. In periods 1–3 of the A2 scenario, average annual deliveries are 1.78 (1.72, 1.89), 1.63 (1.45, 1.87), 1.62 (1.48, 1.80) BCM, respectfully.



Fig. 10. Average hydropower production (KGW-h/yr), average annual release from Glen Canyon Dam (BCM/yr), and average annual release to Mexico (BCM/yr) for the base run and period 1–3 for the SRES A2 and B1 scenarios.

## 4   Conclusions

As compared with earlier studies of climate sensitivity of CRB water resources to climate change, we have assessed in detail the implications of eleven downscaled IPCC climate model scenarios and two emissions scenarios, each one of which constitutes an ensemble member. Therefore, we are able to evaluate the range of possible consequences as represented by the different models and emissions scenarios, including "consensus" (mean) results, and measures of variability, in particular, the lower and upper quartiles. In this respect, this study is the most comprehensive to date of the implications of climate change on the Colorado River reservoir system.

As in essentially all previous studies, average annual temperatures over the CRB increase with time, not only in the ensemble mean, but for all individual climate models and time period. With the exception of the early part of the century when the A2 and B1 emission scenarios are similar and

natural variability can dominate the emissions signal, temperatures are greater for the A2 emission scenario than for B1. Average temperature increases for the period 2070–2099 are 2.75°C (with a range of +/−1.0°C) for the B1 scenario and 4.35°C (+/−1.5°C) for the A2 scenario.

While all models agree with respect to the direction of temperature changes, there is considerable variability in the magnitude, direction, and seasonality of projected precipitation changes. Averaged over models, annual precipitation changes are quite small – a maximum change (decrease) of 2% for period 2 and 3 for the A2 emissions scenario. The variability across models is, in general, much larger than the annual change. More apparent in the ensemble means are shifts in seasonality of precipitation, which, in the ensemble mean, all show a shift towards more winter and less summer precipitation. Because winter precipitation (especially in the upper basin) contributes proportionately more to runoff than does summer precipitation, these shifts tend to counteract reductions in annual runoff that otherwise would result from increased temperatures (hence evapotranspiration) This shift toward winter precipitation is prevalent in the ensemble average for all periods and scenarios and is most pronounced for the basin upstream of Lees Ferry. Nonetheless, while this shift reduces the effect of increased temperatures on runoff, it does not reverse them, and in the ensemble mean streamflow decreases for all periods on both emissions scenarios.

Runoff changes are driven by combined effects of temperature and precipitation changes and their seasonality. In the ensemble means, runoff declines for all periods and both emissions scenarios, with the greatest changes occurring in period 3 for the A2 emissions scenario. Most (ensemble mean) changes in annual streamflow at Lees Ferry are in the single digit percentages, ranging up to an 11% streamflow reduction for emissions scenario A2 in period 3. The range of changes across ensembles is quite large, however, for instance for emissions scenario A2 in period 3 the range is from −37 to +11%.

The runoff changes we project are considerably less in the ensemble mean than those inferred for the U.S. Southwest in recent studies by Milly et al. (2005) and Seager et al. (2007). Both these studies use IPCC AR4 ensembles, but are based on runoff (or equivalently, atmospheric convergence) simulated directly by GCMs over the region. Aside from differences in the specific locale and the GCMs analyzed (which we do not believe account for the bulk of the differences), the smaller runoff sensitivity to climate changes in this study appears to be traceable to the sensitivity of annual evapotranspiration to seasonal shifts in runoff and evapotranspiration timing. In the ensemble mean, we find that projected annual precipitation changes are small, hence runoff reductions should be attributable mostly to differences in evapotranspiration. Our hydrological model operates at considerably higher spatial resolution than the native resolution of the GCMs, hence is better able to resolve the interactions of elevation with seasonally varying evaporative demands. In short, there is a negative feedback between increased temperature, which shifts snowmelt timing, and hence soil moisture, earlier in the year, when evaporative demands are lower, and in turn reduces runoff and ET sensitivity to increased temperature. This effect is especially important over the relatively small high elevation headwaters area where most of the CRB's runoff is generated. The GCMs are not able to resolve this effect well as their coarse spatial resolution precludes their representing high elevation headwater areas. However, understanding of the nature of this feedback, and the extent to which it explains differences in sensitivities between this study, and Milly et al. (2005) and Seager et al. (2007) is a topic of both scientific and practical importance that deserves further attention.

Due to the fragile equilibrium of the managed water resources of the system, any decrease in streamflow results in storage and hydropower decreases, compact violations, and delivery reductions. There are many nonlinearities in the reservoir system response to streamflow, which in general are reflected in amplifications of the range of responses across the ensemble members (models). In general, changes in total basin storage amplify changes in streamflow, and very roughly, for modest (e.g. single digit) percentage changes in streamflow, the storage changes (also expressed as percentages) are about double.

Although our results show somewhat smaller (ensemble mean) reductions in runoff over the next century than in previous studies (Christensen et al, 2004 in particular), the reservoir system simulations show nonetheless that supply may be reduced below current demand which in turn will cause considerable degradation of system performance. Reductions in total basin storage, Compact mandated deliveries, and hydropower production increase throughout the century, and are larger in the A2 than the B1 scenario. Although not analyzed explicitly in this paper (see Christensen (2004) for details) increasing Upper Basin demands towards their full entitlement will further exacerbate these reservoir performance issues.

Due to the already large storage to inflow ratio of the CRB, neither increases in reservoir capacity nor changes in operating policies are likely to mitigate these stresses substantially. Clearly depletions (including reservoir evaporation) cannot exceed supply in the long term. Furthermore, due to the high coefficient of variation of annual streamflows in the CRB, and notwithstanding the system's large reservoir storage, the system is likely to become more susceptible to long term sustained droughts if the excess of supply over demand is reduced, as is suggested by the ensemble means in our study.

N. S. Christensen and D. P. Lettenmaier: Colorado River Basin climate change impacts          1429

Appendix A

Detailed downscaled GCM results and derived (VIC hydrologic model) variables

Table A1. a) 1950–1999 "base" mean annual precipitation, evaporation, runoff, temperature, soil moisture, SWE, and runoff ratio in mm/yr and mm; b), c), d) Period 1–3 SRES A2 mean annual precipitation, evaporation, runoff, temperature, soil moisture, snow water equivalent (SWE), and runoff ratio (ROR) (all as percentages of 1950–1999 base, except temperature which is in °C change relative to base).

| a) | 1950–1999 | | | | | | |
|---|---|---|---|---|---|---|---|
| | PRECIP (mm/yr) | EVAP (mm/yr) | RUNOFF (mm/yr) | TEMPERATURE (°C) | SOIL MOISTURE (mm) | SWE (mm/yr) | ROR (%) |
| BASE | 354.4 | 309.0 | 45.2 | 10.5 | 286.1 | 11.1 | 12.8 |
| b) | A2 2010–2039 | | | | | | |
| | % PRECIP | % EVAP | % RUNOFF | Δ TEMPERATURE | % SOIL MOISTURE | % SWE | % ROR |
| CNRM | 97.86 | 98.63 | 97.82 | 1.07 | 99.22 | 93.13 | 99.96 |
| CSIRO | 101.37 | 101.22 | 98.49 | 0.94 | 98.81 | 86.13 | 97.15 |
| GFDL | 92.16 | 92.92 | 91.22 | 1.45 | 97.86 | 94.96 | 98.98 |
| GISS | 102.99 | 101.43 | 107.03 | 0.95 | 102.16 | 92.82 | 103.92 |
| HADCM3 | 100.78 | 101.55 | 93.69 | 1.41 | 98.36 | 73.78 | 92.97 |
| INMCM | 105.16 | 104.81 | 107.59 | 1.70 | 102.41 | 91.58 | 102.31 |
| IPSL | 101.29 | 100.75 | 104.56 | 1.49 | 99.63 | 90.05 | 103.23 |
| MIROC | 93.61 | 94.96 | 85.62 | 1.82 | 94.59 | 63.65 | 91.47 |
| MPI | 90.65 | 91.73 | 83.53 | 1.24 | 94.80 | 75.29 | 92.14 |
| MRI | 96.71 | 96.89 | 101.54 | 0.84 | 100.15 | 100.99 | 104.99 |
| PCM | 107.01 | 106.48 | 114.48 | 0.63 | 103.01 | 93.96 | 106.98 |
| AVG | 99.054 | 99.213 | 98.688 | 1.230 | 99.181 | 86.939 | 99.464 |
| c) | A2 2040–2069 | | | | | | |
| | % PRECIP | % EVAP | % RUNOFF | Δ TEMPERATURE | % SOIL MOISTURE | % SWE | % ROR |
| CNRM | 79.16 | 82.03 | 60.74 | 2.35 | 89.07 | 72.01 | 76.73 |
| CSIRO | 97.65 | 98.64 | 97.29 | 1.87 | 97.58 | 82.96 | 99.63 |
| GFDL | 93.43 | 93.78 | 86.87 | 3.18 | 95.23 | 71.38 | 92.98 |
| GISS | 106.66 | 107.02 | 113.24 | 1.75 | 104.37 | 106.13 | 106.16 |
| HADCM3 | 108.94 | 108.95 | 107.90 | 2.83 | 102.78 | 83.89 | 99.05 |
| INMCM | 113.39 | 112.66 | 118.25 | 3.14 | 104.01 | 80.24 | 104.29 |
| IPSL | 97.75 | 97.76 | 101.03 | 3.27 | 98.37 | 81.36 | 103.36 |
| MIROC | 82.40 | 85.00 | 65.57 | 3.65 | 87.81 | 48.12 | 79.57 |
| MPI | 95.38 | 96.62 | 86.18 | 2.59 | 96.45 | 66.72 | 90.36 |
| MRI | 98.57 | 99.05 | 96.05 | 1.94 | 98.44 | 92.04 | 97.44 |
| PCM | 105.66 | 104.92 | 104.91 | 1.61 | 102.03 | 83.22 | 99.29 |
| AVG | 98.090 | 98.767 | 94.367 | 2.561 | 97.829 | 78.917 | 95.351 |
| d) | A2 2070–2099 | | | | | | |
| | % PRECIP | % EVAP | % RUNOFF | Δ TEMPERATURE | % SOIL MOISTURE | % SWE | % ROR |
| CNRM | 91.98 | 93.48 | 69.60 | 4.40 | 91.50 | 58.08 | 75.67 |
| CSIRO | 97.96 | 99.17 | 90.82 | 3.32 | 95.71 | 69.07 | 92.72 |
| GFDL | 93.75 | 95.56 | 84.19 | 5.38 | 95.11 | 52.46 | 89.80 |
| GISS | 88.34 | 88.88 | 85.76 | 3.33 | 96.31 | 84.84 | 97.07 |
| HADCM3 | 112.84 | 114.48 | 100.24 | 4.88 | 103.88 | 52.84 | 88.83 |
| INMCM | 101.88 | 103.30 | 92.07 | 4.53 | 97.33 | 59.77 | 90.37 |
| IPSL | 93.45 | 94.20 | 90.32 | 5.63 | 94.98 | 44.94 | 96.64 |
| MIROC | 84.35 | 87.54 | 62.76 | 6.06 | 87.51 | 33.52 | 74.40 |
| MPI | 104.52 | 104.57 | 98.75 | 4.51 | 99.15 | 58.29 | 94.48 |
| MRI | 98.71 | 98.30 | 94.14 | 3.05 | 96.39 | 83.36 | 95.37 |
| PCM | 110.71 | 111.03 | 110.77 | 2.77 | 102.73 | 81.13 | 100.05 |
| AVG | 98.046 | 99.136 | 89.038 | 4.350 | 96.419 | 61.663 | 90.492 |

Table A2. a) 1950–1999 (base) mean annual precipitation, evaporation, runoff, temperature, soil moisture, snow water equivalent (SWE), and runoff ratio (ROR) in mm/yr and mm (°C for temperature). b, c, d) Period 1–3 SRES B1 precipitation, evaporation, runoff, temperature, soil moisture, SWE, and runoff ratio as percentage of 1950–1999 base.

| a) | 1950–1999 | | | | | | |
|---|---|---|---|---|---|---|---|
| | PRECIP (mm/yr) | EVAP (mm/yr) | RUNOFF (mm/yr) | TEMPERATURE (°C) | SOIL MOISTURE (mm) | SWE (mm/yr) | ROR (%) |
| | 354.36 | 309 | 45.24 | 10.53 | 286.08 | 11.07 | 12.76668 |
| b) | B1 2010–2039 | | | | | | |
| | % PRECIP | % EVAP | % RUNOFF | Δ TEMPERATURE | % SOIL MOISTURE | % SWE | % ROR |
| CNRM | 102.03 | 102.64 | 99.18 | 1.33 | 100.64 | 89.32 | 97.21 |
| CSIRO | 101.23 | 100.83 | 105.68 | 0.58 | 100.30 | 100.07 | 104.39 |
| GFDL | 97.12 | 97.41 | 94.64 | 1.26 | 98.19 | 81.94 | 97.45 |
| GISS | 98.39 | 99.53 | 97.56 | 1.04 | 99.97 | 97.68 | 99.15 |
| HADCM3 | 111.27 | 110.17 | 116.58 | 1.40 | 104.41 | 86.22 | 104.77 |
| INMCM | 105.20 | 105.68 | 101.03 | 1.67 | 99.46 | 82.56 | 96.04 |
| IPSL | 101.91 | 102.14 | 100.80 | 1.42 | 98.75 | 88.06 | 98.91 |
| MIROC | 91.51 | 93.68 | 77.32 | 1.79 | 93.23 | 58.59 | 84.49 |
| MPI | 95.55 | 96.25 | 91.51 | 1.02 | 96.63 | 76.31 | 95.77 |
| MRI | 105.73 | 104.45 | 109.52 | 0.76 | 102.30 | 98.27 | 103.58 |
| PCM | 106.39 | 107.08 | 100.77 | 1.83 | 99.94 | 71.44 | 94.72 |
| AVG | 101.485 | 101.805 | 99.508 | 1.282 | 99.439 | 84.588 | 97.863 |
| c) | B1 2040–2069 | | | | | | |
| | % PRECIP | % EVAP | % RUNOFF | Δ TEMPERATURE | % SOIL MOISTURE | % SWE | % ROR |
| CNRM | 97.07 | 98.89 | 86.21 | 1.71 | 97.86 | 78.05 | 88.81 |
| CSIRO | 100.19 | 101.31 | 91.27 | 1.13 | 98.25 | 72.94 | 91.10 |
| GFDL | 94.31 | 96.10 | 81.91 | 2.37 | 94.76 | 62.67 | 86.85 |
| GISS | 92.90 | 93.78 | 85.36 | 1.33 | 96.45 | 79.61 | 91.89 |
| HADCM3 | 105.35 | 106.88 | 98.94 | 2.48 | 101.61 | 72.44 | 93.91 |
| INMCM | 104.04 | 105.25 | 97.14 | 2.28 | 99.82 | 70.31 | 93.37 |
| IPSL | 100.63 | 101.12 | 99.95 | 2.59 | 98.19 | 81.55 | 99.32 |
| MIROC | 89.02 | 91.04 | 72.60 | 2.99 | 91.13 | 51.98 | 81.55 |
| MPI | 95.57 | 96.70 | 88.36 | 2.33 | 96.75 | 69.38 | 92.45 |
| MRI | 101.56 | 101.55 | 102.60 | 1.64 | 100.63 | 99.09 | 101.02 |
| PCM | 109.36 | 109.42 | 111.78 | 1.73 | 103.10 | 86.08 | 102.21 |
| AVG | 99.091 | 100.185 | 92.373 | 2.052 | 98.050 | 74.917 | 92.953 |
| d) | B1 2070–2099 | | | | | | |
| | % PRECIP | % EVAP | % RUNOFF | Δ TEMPERATURE | % SOIL MOISTURE | % SWE | % ROR |
| CNRM | 88.58 | 90.90 | 69.66 | 2.35 | 92.67 | 67.16 | 78.64 |
| CSIRO | 101.29 | 102.24 | 94.30 | 1.77 | 98.06 | 77.33 | 93.10 |
| GFDL | 92.64 | 92.87 | 91.03 | 2.96 | 94.67 | 68.78 | 98.27 |
| GISS | 91.96 | 92.97 | 81.59 | 1.85 | 96.18 | 79.27 | 88.72 |
| HADCM3 | 102.34 | 103.37 | 90.74 | 3.30 | 98.38 | 68.29 | 88.67 |
| INMCM | 119.18 | 118.05 | 128.86 | 2.96 | 105.63 | 81.00 | 108.12 |
| IPSL | 97.26 | 97.95 | 88.57 | 3.73 | 96.10 | 59.69 | 91.06 |
| MIROC | 91.90 | 95.36 | 74.69 | 3.91 | 90.98 | 47.47 | 81.28 |
| MPI | 98.71 | 100.23 | 87.67 | 3.23 | 96.33 | 68.02 | 88.81 |
| MRI | 99.01 | 99.22 | 98.73 | 2.25 | 98.44 | 82.28 | 99.71 |
| PCM | 107.31 | 107.55 | 105.70 | 1.89 | 101.56 | 80.85 | 98.50 |
| AVG | 99.108 | 100.066 | 91.958 | 2.745 | 97.181 | 70.922 | 92.262 |

N. S. Christensen and D. P. Lettenmaier: Colorado River Basin climate change impacts                     1431

Table A3. Average annual naturalized flow at Imperial Dam (BCM/yr), average total simulated basin storage (BCM), annual release from Glen Canyon Dam (BCM/yr), average annual energy production (GW-h/yr), percent of years with full deliveries (%), average annual delivery shortfall (BCM/yr), average annual CAP shortfall (BCM/yr), and average annual MWD shortfall (BCM/yr) for a) 1950–1999 base run and b), c), d) for SRES A2 scenario for Periods 1–3.

**a)** 1950–1999

|  | Imperial Naturalized Flow (BCM/yr) | Avg. Storage. (BCM) | G.C. Rls. (BCM/yr) | Avg. Energy (GW-h/yr) | % Full Deliveries (%) | Avg. Annual Shortage (BCM/yr) | Avg. Annual CAP Shortage (BCM/yr) | Avg. Annual MWD Shortage (BCM/yr) |
|---|---|---|---|---|---|---|---|---|
|  | 19.7 | 41.8 | 11.8 | 8478 | 73.7 | 0.19 | 0.14 | 0 |

**b)** A2 2010–2039

|  | Imperial Naturalized Flow (BCM/yr) | Avg. Storage (BCM) | G.C. Rls. (BCM/yr) | Avg. Energy (GW-h/yr) | % Full Deliveries (%) | Avg. Annual Shortage (BCM/yr) | Avg. Annual CAP Shortage (BCM/yr) | Avg. Annual MWD Shortage (BCM/yr) |
|---|---|---|---|---|---|---|---|---|
| cnrm | 19.2 | 48.7 | 12.0 | 9812 | 99.2 | 0.00 | 0.00 | 0.00 |
| cisro | 19.3 | 41.0 | 11.4 | 8204 | 81.7 | 0.11 | 0.09 | 0.00 |
| gfdl | 17.9 | 35.8 | 10.7 | 7865 | 82.5 | 0.10 | 0.08 | 0.00 |
| giss | 20.9 | 49.3 | 13.0 | 9909 | 88.6 | 0.16 | 0.08 | 0.01 |
| hadcm3 | 17.7 | 29.8 | 10.2 | 5483 | 41.4 | 1.36 | 0.54 | 0.12 |
| inmcm | 21.2 | 55.5 | 13.4 | 10716 | 95.8 | 0.02 | 0.02 | 0.00 |
| ipsl | 20.6 | 50.5 | 12.4 | 9823 | 99.7 | 0.00 | 0.00 | 0.00 |
| miroc | 17.2 | 33.5 | 10.2 | 6468 | 58.3 | 1.30 | 0.42 | 0.11 |
| mpi | 16.4 | 24.9 | 9.4 | 4658 | 20.3 | 1.72 | 0.69 | 0.15 |
| mri | 20.5 | 51.6 | 12.5 | 10139 | 100.0 | 0.00 | 0.00 | 0.00 |
| pcm | 22.3 | 56.5 | 14.4 | 11489 | 100.0 | 0.00 | 0.00 | 0.00 |
| AVG | 19.4 | 43.4 | 11.8 | 8597 | 78.9 | 0.43 | 0.17 | 0.04 |

**c)** A2 2040–2069

|  | Imperial Naturalized Flow (BCM/yr) | Avg. Storage (BCM) | G.C. Rls. (BCM/yr) | Avg. Energy (GW-h/yr) | % Full Deliveries (%) | Avg. Annual Shortage (BCM/yr) | Avg. Annual CAP Shortage (BCM/yr) | Avg. Annual MWD Shortage (BCM/yr) |
|---|---|---|---|---|---|---|---|---|
| cnrm | 11.8 | 17.3 | 5.5 | 1319 | 0.0 | 5.95 | 1.46 | 0.52 |
| cisro | 19.1 | 51.0 | 11.6 | 9503 | 99.2 | 0.00 | 0.00 | 0.00 |
| gfdl | 16.7 | 25.1 | 9.3 | 4467 | 28.9 | 1.98 | 0.67 | 0.15 |
| giss | 22.0 | 57.7 | 13.4 | 10871 | 99.7 | 0.00 | 0.00 | 0.00 |
| hadcm3 | 20.5 | 49.7 | 11.9 | 9432 | 100.0 | 0.00 | 0.00 | 0.00 |
| inmcm | 23.1 | 58.8 | 14.2 | 11649 | 100.0 | 0.00 | 0.00 | 0.00 |
| ipsl | 20.6 | 55.9 | 13.0 | 10798 | 100.0 | 0.00 | 0.00 | 0.00 |
| miroc | 13.2 | 20.4 | 6.8 | 2436 | 12.2 | 4.85 | 1.28 | 0.46 |
| mpi | 16.8 | 27.4 | 9.9 | 5465 | 36.9 | 1.08 | 0.48 | 0.08 |
| mri | 19.0 | 43.5 | 11.2 | 8236 | 82.8 | 0.38 | 0.14 | 0.03 |
| pcm | 20.1 | 51.2 | 12.0 | 9754 | 100.0 | 0.00 | 0.00 | 0.00 |
| AVG | 18.5 | 41.6 | 10.8 | 7630 | 69.1 | 1.30 | 0.37 | 0.11 |

**d)** A2 2070–2099

|  | Imperial Naturalized Flow (BCM/yr) | Avg. Storage (BCM) | G.C. Rls. (BCM/yr) | Avg. Energy (GW-h/yr) | % Full Deliveries (%) | Avg. Annual Shortage (BCM/yr) | Avg. Annual CAP Shortage (BCM/yr) | Avg. Annual MWD Shortage (BCM/yr) |
|---|---|---|---|---|---|---|---|---|
| cnrm | 13.5 | 19.3 | 6.5 | 2318 | 9.7 | 4.66 | 1.20 | 0.42 |
| cisro | 18.3 | 32.1 | 10.7 | 6491 | 60.3 | 0.82 | 0.35 | 0.07 |
| gfdl | 16.4 | 25.4 | 9.4 | 4559 | 28.9 | 1.76 | 0.66 | 0.15 |
| giss | 16.9 | 34.2 | 10.4 | 7322 | 67.8 | 0.49 | 0.20 | 0.03 |
| hadcm3 | 19.2 | 46.7 | 11.4 | 9041 | 95.6 | 0.02 | 0.02 | 0.00 |
| inmcm | 18.2 | 43.7 | 11.1 | 8529 | 94.4 | 0.03 | 0.03 | 0.00 |
| ipsl | 18.5 | 41.2 | 11.0 | 8105 | 80.3 | 0.45 | 0.15 | 0.03 |
| miroc | 12.6 | 18.6 | 6.4 | 1782 | 0.0 | 5.49 | 1.38 | 0.48 |
| mpi | 19.8 | 41.5 | 11.7 | 7586 | 61.1 | 1.50 | 0.46 | 0.13 |
| mri | 19.1 | 45.6 | 11.4 | 8961 | 88.1 | 0.12 | 0.08 | 0.01 |
| pcm | 21.5 | 54.1 | 14.0 | 11259 | 98.9 | 0.01 | 0.00 | 0.00 |
| AVG | 17.6 | 36.6 | 10.4 | 6905 | 62.3 | 1.40 | 0.41 | 0.12 |

N. S. Christensen and D. P. Lettenmaier: Colorado River Basin climate change impacts

Table A4. Average annual naturalized flow at Imperial Dam (BCM/yr), average total simulated basin storage (BCM), annual release from Glen Canyon Dam (BCM/yr), average annual energy production (GW-h/yr), percent of years with full deliveries (%), average annual delivery shortfall (BCM/yr), average annual CAP shortfall (BCM/yr), and average annual MWD shortfall (BCM/yr) for a) 1950–1999 base run and b), c), d) for SRES B1 scenario for Periods 1–3.

a) | 1950–1999 | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Imperial Naturalized Flow (BCM/yr) | Avg. Storage (BCM) | G.C. Rls. (BCM/yr) | Avg. Energy (GW-h/yr) | % Full Deliveries (%) | Avg. Annual Shortage (BCM/yr) | Avg. Annual CAP Shortage (BCM/yr) | Avg. Annual MWD Shortage (BCM/yr) |
| | 19.7 | 41.8 | 11.8 | 8478 | 73.7 | 0.19 | 0.14 | 0 |

b) B1 2010–2039

| | Imperial Naturalized Flow (BCM/yr) | Avg. Storage (BCM) | G.C. Rls. (BCM/yr) | Avg. Energy (GW-h/yr) | % Full Deliveries (%) | Avg. Annual Shortage (BCM/yr) | Avg. Annual CAP Shortage (BCM/yr) | Avg. Annual MWD Shortage (BCM/yr) |
|---|---|---|---|---|---|---|---|---|
| cnrm | 19.7 | 39.5 | 11.6 | 8215 | 89.4 | 0.22 | 0.10 | 0.02 |
| cisro | 20.5 | 46.6 | 12.7 | 8989 | 69.4 | 0.35 | 0.19 | 0.02 |
| gfdl | 18.3 | 36.2 | 11.1 | 7979 | 81.7 | 0.10 | 0.08 | 0.00 |
| giss | 18.9 | 48.0 | 12.1 | 9670 | 95.8 | 0.02 | 0.02 | 0.00 |
| hadcm3 | 21.5 | 55.9 | 13.2 | 10791 | 100.0 | 0.00 | 0.00 | 0.00 |
| inmcm | 19.7 | 43.0 | 11.6 | 8159 | 73.1 | 0.39 | 0.18 | 0.02 |
| ipsl | 20.0 | 44.9 | 12.5 | 9484 | 89.2 | 0.06 | 0.05 | 0.00 |
| miroc | 15.4 | 24.2 | 9.0 | 4290 | 20.6 | 2.30 | 0.76 | 0.20 |
| mpi | 17.9 | 34.2 | 10.8 | 7691 | 74.7 | 0.14 | 0.11 | 0.00 |
| mri | 21.2 | 41.0 | 12.6 | 8771 | 74.4 | 0.92 | 0.28 | 0.08 |
| pcm | 20.0 | 50.7 | 12.2 | 9820 | 100.0 | 0.00 | 0.00 | 0.00 |
| AVG | 19.4 | 42.2 | 11.7 | 8533 | 78.9 | 0.41 | 0.16 | 0.03 |

c) B1 2040–2069

| | Imperial Naturalized Flow (BCM/yr) | Avg. Storage (BCM) | G.C. Rls. (BCM/yr) | Avg. Energy (GW-h/yr) | % Full Deliveries (%) | Avg. Annual Shortage (BCM/yr) | Avg. Annual CAP Shortage (BCM/yr) | Avg. Annual MWD Shortage (BCM/yr) |
|---|---|---|---|---|---|---|---|---|
| cnrm | 17.4 | 38.2 | 10.3 | 7565 | 78.1 | 0.33 | 0.15 | 0.02 |
| cisro | 18.2 | 42.1 | 10.9 | 8589 | 97.8 | 0.01 | 0.01 | 0.00 |
| gfdl | 16.5 | 24.4 | 9.9 | 4646 | 14.7 | 1.38 | 0.63 | 0.11 |
| giss | 16.9 | 29.3 | 9.9 | 5607 | 42.2 | 1.47 | 0.52 | 0.12 |
| hadcm3 | 19.1 | 47.9 | 11.3 | 9085 | 91.1 | 0.05 | 0.04 | 0.00 |
| inmcm | 18.5 | 39.4 | 10.7 | 7430 | 69.4 | 0.36 | 0.20 | 0.02 |
| ipsl | 20.2 | 55.1 | 12.6 | 10330 | 100.0 | 0.00 | 0.00 | 0.00 |
| miroc | 14.8 | 20.7 | 8.4 | 2902 | 2.2 | 3.08 | 1.07 | 0.30 |
| mpi | 16.8 | 23.7 | 9.4 | 4335 | 19.7 | 1.54 | 0.66 | 0.13 |
| mri | 20.4 | 58.0 | 12.6 | 10580 | 100.0 | 0.00 | 0.00 | 0.00 |
| pcm | 22.7 | 59.8 | 14.8 | 12091 | 100.0 | 0.00 | 0.00 | 0.00 |
| AVG | 18.3 | 39.9 | 11.0 | 7560 | 65.0 | 0.75 | 0.30 | 0.06 |

d) B1 2070—2099

| | Imperial Naturalized Flow (BCM/yr) | Avg. Storage (BCM) | G.C. Rls. (BCM/yr) | Avg. Energy (GW-h/yr) | % Full Deliveries (%) | Avg. Annual Shortage (BCM/yr) | Avg. Annual CAP Shortage (BCM/yr) | Avg. Annual MWD Shortage (BCM/yr) |
|---|---|---|---|---|---|---|---|---|
| cnrm | 13.4 | 18.4 | 6.4 | 1877 | 0.0 | 4.70 | 1.28 | 0.43 |
| cisro | 18.9 | 39.8 | 11.3 | 7947 | 75.0 | 0.15 | 0.12 | 0.00 |
| gfdl | 18.4 | 34.7 | 11.1 | 6911 | 52.5 | 0.78 | 0.35 | 0.06 |
| giss | 16.4 | 23.3 | 9.2 | 4074 | 13.9 | 2.15 | 0.81 | 0.19 |
| hadcm3 | 18.1 | 39.7 | 10.8 | 7084 | 65.8 | 1.01 | 0.35 | 0.08 |
| inmcm | 24.3 | 56.5 | 14.8 | 11978 | 100.0 | 0.00 | 0.00 | 0.00 |
| ipsl | 17.6 | 50.1 | 10.5 | 8813 | 94.2 | 0.23 | 0.06 | 0.02 |
| miroc | 15.3 | 21.8 | 8.7 | 3464 | 8.9 | 2.99 | 0.96 | 0.26 |
| mpi | 17.7 | 29.4 | 10.7 | 6533 | 50.3 | 0.65 | 0.32 | 0.04 |
| mri | 19.7 | 42.3 | 12.1 | 8869 | 81.7 | 0.12 | 0.09 | 0.00 |
| pcm | 21.0 | 57.5 | 13.2 | 10853 | 100.0 | 0.00 | 0.00 | 0.00 |
| AVG | 18.3 | 37.6 | 10.8 | 7128 | 58.4 | 1.16 | 0.40 | 0.10 |

Case No. 1:20-cv-02484-MSK   Document 96   filed 05/06/21   USDC Colorado   pg 69 of 340

Edited by: A. Bronstert

# References

Brown, R. D.: Northern hemisphere snow cover variability and change, 1915–97, J. Climate, 13, 2339–2355, 2000.

Christensen, N. S., Wood, A. W., Voisin, N., Lettenmaier, D. P., and Palmer, R. N.: Effects of climate change on the hydrology and water resources of the Colorado River Basin, Climatic Change, 62, 337–363, 2004.

Delworth, T. L., Broccoli, A. J., Rosati, A., Stouffer, R. J., Balaji, V., Beesley, J. A., Cooke, W. F., Dixon, K. W., Dunne, J., Dunne, K. A., Durachta, J. W., Findell, K. L., Ginoux, P., Gnanadesikan, A., Gordon, C. T., Griffies, S. M., Gudgel, R., Harrison, M. J., Held, I. M., Hemler, R. S., Horowitz, L. W., Klein, S. A., Knutson, T. R., Kushner, P. J., Langenhorst, A. R., Lee, H. C., Lin, S. J., Lu, J., Malyshev, S. L., Milly, P. C. D., Ramaswamy, V., Russell, J., Schwarzkopf, M. D., Shevliakova, E., Sirutis, J. J., Spelman, M. J., Stern, W. F., Winton, M., Wittenberg, A. T., Wyman, B., Zeng, F., and Zhang, R.: GFDL's CM2 global coupled climate models. Part I: Formulation and simulation characteristics, J. Climate, 19, 643–674, 2006.

Diansky, N. A. and Volodin, E. M.: Simulation of present-day climate with a coupled Atmosphere-ocean general circulation model, Izv. Atmos. Ocean. Phys. (Engl. Transl.), 38, 732–747, 2002.

Gleick, P. H.: Regional hydrologic consequences of increases in atmospheric carbon dioxide and other trace gases, Climatic Change, 10, 10 137–10 161, 1987.

Gordon, C., Cooper, C., Senior, C. A., Banks, H. T., Gregory, J. M., Johns, T. C., Mitchell, J. F. B., and Wood, R. A.: The simulation of SST, sea ice extents and ocean heat transports in a version of the Hadley Centre coupled model without flux adjustments, Clim. Dynam., 16, 147–168, 2000.

Gordon, H. B., Rotstayn, L. D., McGregor, J. L., Dix, M. R., Kowalczyk, E. A., O'Farrell, S. P., Waterman, L. J., Hirst, A. C., Wilson, S. G., Collier, M. A., Watterson, I. G., and Elliott, T. I.: The CSIRO Mk3 Climate System Model, CSIRO Atmospheric Research Technical Paper No. 60, CSIRO. Division of Atmospheric Research, Victoria, Australia, 130 pp., 2002.

Hamlet, A. F. and Lettenmaier, D. P.: Effects of climate change on hydrology and water resources of the Columbia River Basin, J. Amer. W. Resourc. Assn., 35, 1597–1623, 1999.

Hundley jr., N.: Water in the West, University of California Press, Berkeley, CA, 1975.

Intergovernmental Panel on Climate Change (IPCC): Climate Change 2001: The Scientific Bias, edited by: Houghton, J. T. and Ding, Y., Cambridge, Cambridge UP, 2001.

Intergovernmental Panel on Climate Change (IPCC): Special report on emission scenarios, Cambridge University Press, New York, 2000.

Intergovernmental Panel on Climate Change (IPCC): Climate change 2007: Impacts, adaptation, and vulnerability: Working Group II contribution to the Intergovernmental Panel on Climate Change Fourth Assessment Report, Summary for Policymakers, IPCC Secretariat, Geneva, 22 p., 2007.

IPSL: The new IPSL climate system model: IPSL-CM4', Institut Pierre Simon Laplace des Sciences de l'Environnement Global, Paris, France, 73 pp., 2005.

Jungclaus, J. H., Botzet, M., Haak, H., Keenlyside, N., Luo, J-J., Latif, M., Marotzke, J., Mikolajewicz, U., and Roeckner, E.: Ocean circulation and tropical variability in the AOGCM ECHAM5/MPI-OM, J. Climate 19, 3952–3972, 2006.

K-1 model developers: K-1 coupled model (MIROC) description, K-1 technical report, 1, edited by: Hasumi, H. and Emori, S., Center for Climate System Research, University of Tokyo, 34 pp., 2004.

Lettenmaier, D. P., Brettman, K. L., Vail, L. W., Yabusaki, S. B., and Scott, M. J.: Sensitivity of Pacific Northwest water resources to global warming" Northwest Environ. J., 8, 265–283, 1992.

Liang, X., Lettenmaier, D. P., Wood, E. F., and Burges, S. J.: A simple hydrologically based model of land surface water and energy fluxes for general circulation models, J. Geophys. Res., 99(D7), 14 415–14 428, 1994.

Loaiciga, H. A., Valdes, J. B., Vogel, R., Garvey, J., and Schwarz, H.: Global warming and the hydrologic cycle, J. Hydrol., 174, 83–127, 1996.

Maurer, E. P., Lettenmaier, D. P., and Roads, J. O.: Water balance of the Mississippi River Basin from a macroscale hydrology model and NCEP/NCAR reanalysis, EOS, Transactions of the American Geophysical Union, 80(46), F409–410, 1999.

Maurer, E. P., Wood, A. W., Adam, J. C., Lettenmaier, D. P., and Nijssen, B.: A long-term hydrologically-based data set of land surface fluxes and states for the conterminous United States, J. Climate, 15, 3237–3251, 2002.

Maurer, E. P.: Uncertainty in hydrologic impacts of climate change in the Sierra Nevada, California under two emissions scenarios, Climatic Change, 82, 309–325, 2007.

McCabe, G. J and Wolock, D. M.: General circulation model simulations of future snowpack in the western United States, J. Amer. Water. Resourc. Assn., 35, 1473–1484, 1999.

McCabe, G. J and Hay, L. E.: Hydrological effects of hypothetical climate change in the East River Basin, Colorado, USA, Hydrol. Sci., 40, 303–317, 1995.

Milly, P. C. D., Dunne, K. A., and Vecchia, A. V.: Global patterns of trends in streamflow and water availability in a changing climate, Nature, 438, 347–350, 2005.

Nash, L. L. and Gleick, P.: The sensitivity of streamflow in the Colorado basin to climatic changes, J. Hydrol., 125, 221–241, 1991.

Nash, L. L. and Gleick, P.: The Colorado River Basin and climate change: The sensitivity of streamflow and water supply to variations in temperature and precipitation, EPA, Policy, Planning and Evaluation, EPA 230-R-93-009, December 1993.

Nijssen, B., Lettenmaier, D. P., Liang, X., Wetzel, S. W., and Wood, E. F.: Streamflow simulation for continental-scale river basins, Water Resour. Res., 33, 711–724, 1997.

Russell, G. L., Miller, J. R., and Rind, D.: A coupled atmosphere-ocean model for transient climate change studies, Atmos. Ocean, 33, 683–730, 1995.

Russell, G. L., Miller, J. R., Rind, D., Ruedy, R. A., Schmidt, G. A., and Sheth, S.: Comparison of model and observed regional temperature changes during the past 40 years, J. Geophys. Res., 105, 14 891–14 898, 2000.

Salas-Mélia, D., Chauvin, F., Déqué, M., Douville, H., Gueremy, J. F., Marquet, P., Planton, S., Royer J. F., and Tyteca, S.: Description and validation of the CNRM-CM3 global coupled model, CNRM working note 103, available at: http://www.cnrm.meteo.fr/scenario2004/paper_cm3.pdf, 2005.

Schuster, R. J.: Colorado River System: System overview, U.S. Bureau of Reclamation, Denver, Colo, 1987.

Seager, R., Ting, M., Held, I., Kushnir, Y., Lu, J., Vecchi, G., Huang, H.-P., Harnik, N., Leetmaa A., Lau, N.-C., Li, C., Velez, J., and Naik, N.: Model projections of an imminent transition to a more arid climate in southwestern North America, Science Express, 316, 1181–1184, doi:10.1126/science.1139601, 2007.

Snover, A. K., Hamlet, A. F., and Lettenmaier, D. P.: Climate change scenarios for water planning studies, B. Am. Meteorol. Soc., 84, 1513–1518, 2003.

U.S. Department of Interior (USDOI), Bureau of Reclamation: Colorado River Simulation System: System Overview. USDOI Publication, 1985.

U.S. Department of Interior (USDOI), Bureau of Reclamation: Colorado River Interim Surplus Criteria; Final Environmental Impact Statement, Volume 1. USDOI Publication, 2000.

Washington, W. M., Weatherly, J. W., Meehl, G. A., Semtner, A. J., Bettge, T. W., Craig, A. P., Strand, W. G., Arblaster, J., Wayland, V. B., James, R., and Zhang, Y.: Parallel climate model (PCM) control and transient simulations, Clim. Dynam., 16, 755–774, 2000.

Wilby, R. L., Hay, L. E., and Leavesley, G. H.: A comparison of downscaled and raw GCM output: implications for climate change scenarios in the San Juan River basin, Colorado, J. Hydrol., 225, 67–91, 1999.

Wolock, D. M. and McCabe, G. J.: Estimates of runoff using water-balance and atmospheric General Circulation Models, J. Am. Water Resour. As., 35, 1341–1350, 1999.

Wood, A. W., Leung, L. R., Sridhar, V., and Lettenmaier, D. P.: Hydrologic implications of dynamical and statistical approaches to downscaling climate model outputs, Climatic Change, 62, 189–216, 2004.

Woodhouse, C. A., Gray, S. T., and Meko, D. M.: Updated streamflow reconstructions for the Upper Colorado River Basin, Water Resour. Res., 42, W05415, doi:10.1029/2005WR004455, 2006.

Yukimoto, S., Noda, A., Kitoh A., Sugi, M., Kitamura, Y., Hosaka, M., Shibata, K., Maeda, S., and Uchiyama, T.: The New Meteorological Research Institute Coupled GCM (MRI-CGCM2), Model climate and variability, Pap. Meteorol. Geophys., 51, 47–88, 2001.

*A publication of the Colorado River Research Group*
*"An independent, scientific voice for the future of the Colorado River"*

# CLIMATE CHANGE AND THE COLORADO RIVER:
# WHAT WE ALREADY KNOW

(OCTOBER, 2016)

The climate models used to predict future temperature and precipitation trends are among the most data and processor intensive computer programs in existence—a staggeringly complex amalgam of facts, theories, and assumptions. By comparing how well they explain past climatic trends for which we have real data—including paleoclimatic data about climate periods and events occurring long before the modern era—it's possible to get a good idea of what we can predict, and at what level of certainty. Perhaps more importantly, it's also possible to identify what we cannot accurately predict, and to establish the range of variability within which our infrastructure and management regimes should be designed to function. None of the climate models should be described as offering the "right answer" about what future temperatures, snowpack volumes, or runoff levels will be. That model doesn't exist, and it's foolish and futile to think that such a perfect model will ever be developed. But the existing models do have proven strengths, and Colorado River stakeholders should take heed. A key lesson from climate physics and one well evident in the models is that climate change is water change. The two are inextricably linked.

Yogi Berra had it right: "It's tough to make predictions, especially about the future."  Translating the scientific knowledge gained from climate research into insights that can inform and aid individuals charged with making management decisions can be maddeningly difficult. Few topics generate as many questions, misunderstandings, and arguments as does climate change. Nonetheless, many points of clarity have already emerged, and perhaps more importantly, many "knowns" about climate change have been identified that have immediate value for those decision-makers with the difficult job of improving Colorado River management. In this paper, we highlight 4 findings that we believe every Colorado River stakeholder should understand.[1]

> *"A key lesson from climate physics and one well evident in the models is that **climate change is water change**. The two are inextricably linked."*

## (1) It's Hot, and It's Getter Hotter

The one finding that is unequivocal is that the world has gotten warmer in the past century—by roughly 2°F in the Colorado River Basin. Furthermore, this increase in temperature will persist and intensify, marching in step with increasing greenhouse gas concentrations in the atmosphere. The concentration

---

[1] Since this is not intended to as a scientific paper for an academic audience, we have made no effort to include citations to the many statistics presented herein, nor to dwell on the specific assumptions and "error bars" associated with these numbers. Rather, we have selected values based on our careful synthesis of the leading studies, and have done so with the notion that it is the direction of change—rather than the magnitude—that is ultimately the key finding to be gleaned from the statistics. For those wanting more details, CRRG members (particularly Brad Udall and Jonathan Overpeck) are happy to provide such information.

of these heat-trapping greenhouse gases (GHG) has increased dramatically in recent centuries, and because heating lags GHG concentrations by several tens of years, additional decades of warming are "locked in" regardless of any behavioral changes that may or may not be implemented by the world's governments. By 2050, this is likely to roughly translate to an additional 5°F of warming in the basin. Beyond that date, estimates of future warming levels are driven largely by assumptions about global emissions in coming years to decades—something that is highly uncertain. Depending on the climate model and the GHG emissions scenario used, the range of additional warming likely falls within the 6 to 10°F range by 2100. Whatever temperature is finally reached, that temperature will persist for millennia as natural processes take centuries to remove the excess GHGs and temperature from the climate system.

This is powerful information. Virtually every element of the hydrologic cycle and water management regimes respond to temperature changes. From a hydrologic standpoint, this includes the ratio of snow to rain, the location of storm tracks, the frequency and intensity of extreme events, the timing of snowmelt, and the rate of evaporation, among others. Likewise, from a water management perspective, temperature increases modify the start/end of the irrigation season, the scheduled operations of reservoirs balancing multiple benefits (and risks), the probability of shortages/floods, and many other salient factors, including most importantly the demand for water for all uses and by all users, including plant life. Inevitably, higher temperatures taken alone mean less supply and more demand.

## (2) Precipitation is a Wildcard

Whereas the models and recent monitoring are clear in showing a clear warming trend, no obvious trend exists regarding precipitation. Compared to the 20th century, the 21st century has indeed been dryer, but only by about 2.5 percent. Whether or not this is the leading edge of a trend, or merely a part of normal variability, is unknown. Looking ahead, the climate models generate widely varied projections of future precipitation trends, with more than half showing a slight increase in total precipitation. Tremendous uncertainty surrounds these projections, however. Perhaps the only clear finding is that snowstorms will increasingly be transformed into rain events, a function of a warming atmosphere.

> "Virtually every element of the hydrologic cycle and water management regimes respond to temperature changes. … Inevitably, higher temperatures taken alone mean less supply and more demand."

## (3) Significant Declines in Runoff are Likely

Ultimately, the question of greatest interest to most water managers is how will runoff values change in the future? While the difficulty of combining known temperature-induced losses with unknown precipitation changes makes this a difficult question, it is increasingly evident that the strong warming trend is likely to overwhelm any modest changes in precipitation. The climate change scenarios utilized in some of the Bureau of Reclamation's Basin Study analyses suggest an average streamflow decline of roughly 9 percent by 2060. This value was compiled from a suite of 112 projections derived from 16 climate models driven by 3 greenhouse gas emissions scenarios (high, medium and low). Utilizing climate change hydrology in the Basin Study's scenario planning was a major advance for Reclamation, and an invaluable first step in understanding the challenges of water management in an era of climate change. More recent, but not necessarily more accurate, climate models suggest the possibility of small

increases in flow. However, with 16 years of the 21st century already passed, there is now considerable evidence that a 9 percent decline is likely an optimistic scenario. Streamflows thus far in the 21st century are already down roughly 15% from the previous century, significantly more than the median decline projected in the Basin Study for 2060. Reductions in precipitation do not fully explain these losses, leaving higher temperatures as the likely culprit behind the remaining declines. With far warmer temperatures expected as the century unfolds, this does not bode well for future runoff.

> *"Streamflows thus far in the 21st century are already down roughly 15% from the previous century, significantly more than the median decline projected in the Basin Study for 2060."*

If there is a point of widespread agreement regarding future runoff volumes, it is that it is dangerous to focus too heavily on a mean estimate of flow changes—9 percent or otherwise; it is the range of plausible flow scenarios that is critically important. Likewise, the enhanced probability for extreme events, such as decades-long megadroughts, associated with a warming planet must be considered jointly along with any changes in the overall trajectory of runoff.

## *(4) Climate Adaptation and Climate Mitigation are Both Part of the Solution*

In the language of climate change policy, *adaptation* describes those actions that can be taken to deal with the known and expected impacts of a changing climate; *mitigation* refers to those actions that can be taken to deal with the root cause of the problem. Adaptation efforts in the basin take many forms, including the Interim Guidelines, the System Conservation Program, and many other emerging efforts, such as the drought contingency planning efforts underway in both the Upper and Lower Basins. This is where the majority of action is occurring, and for good reason. In this modern era of non-stationarity—that is, an era where historic patterns of weather and climate can no longer be assumed to repeat—adapting to climate change and variability is now a core task for every water manager. But the issue of mitigation deserves greater consideration.

The science community is united in its belief that global warming is primarily a result of human behavior—namely, activities that lead to enhanced atmospheric concentrations of carbon dioxide and other greenhouse gases. Efforts to mitigate climate change, therefore, hinge on reducing global emissions of greenhouse gases, a challenge that far exceeds the reach of even the most influential individual Colorado River decision-maker. Nonetheless, carbon emissions in the basin contribute to the global problem, and solving the global problem will benefit the basin. All stakeholders in the Colorado River Basin have much to gain from effective climate change mitigation, as even a modest 10 percent reduction in flow has potential economic impacts in the billions. And there are increasingly reasons to think that global mitigation is possible, including a recent persistent drop in U.S. emissions, the rise of inexpensive and reliable renewable energy systems (many being deployed in the basin states), and the latest global agreement emerging from the Paris talks. Climate mitigation is neither an easy nor short-term solution, but it is a lasting solution that deserves the support of the Colorado River community. After all, the rate of global greenhouse gas emissions translates directly into the rate of Colorado River flow reductions.

## Conclusion:  Acting on What We Already Know

Based on this assessment of what is known and unknown, several policy lessons are immediately apparent. Some of the most important include:

➢ The science of climate change needs to be a central element of virtually all conversations and planning efforts regarding the river—and increasingly, this is already the reality. The Bureau of Reclamation has been a leader in this regard, although politics and the physical limits of the Colorado River Simulation System (CRSS) model can limit progress. To ensure further progress, the research and water management communities need to improve efforts in coordination and mutual understanding, bringing political leaders into the loop to speed the implementation of solutions that are beyond the capability of scientists and managers alone.

> *"Climate mitigation is neither an easy nor short-term solution, but it is a lasting solution that deserves the support of the Colorado River community."*

➢ Assuming the current drought will end, and that the supply/demand problems in the basin will thus fade away, is both naïve and dangerous. A return to "normal" (i.e., 20th century) precipitation patterns would be unlikely to result in a return to normal levels of runoff, as steady warming will continue to erode streamflows. The "new normal" is variability and change, likely in directions that further stress the basin's water resources. A risk management philosophy that assumes continued climate variability and change is the correct way forward, rather than an approach that views current conditions as something calling for a temporary coping strategy until normal conditions resume.

➢ The research community will continue to make strides forward in understanding climate change. However, it is unlikely that any "breakthrough" is on the near-term horizon that will dramatically enhance our current understanding, or that will reduce the wisdom associated with integrating climate considerations into risk-based water planning and management. To the extent that breakthroughs are possible, they most likely involve novel ways to better apply scientific findings that already exist.

---

Find more Colorado River Research Group publications, member biographies and activities, and contact information at www.coloradoriverresearchgroup.org

For more info on this topic, contact Brad Udall (bradley.udall@colostate.edu) or Jonathan Overpeck (jto@email.arizona.edu).

RESEARCH ARTICLE

CLIMATOLOGY

# Unprecedented 21st century drought risk in the American Southwest and Central Plains

2015 © The Authors, some rights reserved; exclusive licensee American Association for the Advancement of Science. Distributed under a Creative Commons Attribution Non-Commercial License 4.0 (CC BY-NC). 10.1126/sciadv.1400082

Benjamin I. Cook,[1,2]* Toby R. Ault,[3] Jason E. Smerdon[2]

In the Southwest and Central Plains of Western North America, climate change is expected to increase drought severity in the coming decades. These regions nevertheless experienced extended Medieval-era droughts that were more persistent than any historical event, providing crucial targets in the paleoclimate record for benchmarking the severity of future drought risks. We use an empirical drought reconstruction and three soil moisture metrics from 17 state-of-the-art general circulation models to show that these models project significantly drier conditions in the later half of the 21st century compared to the 20th century and earlier paleoclimatic intervals. This desiccation is consistent across most of the models and moisture balance variables, indicating a coherent and robust drying response to warming despite the diversity of models and metrics analyzed. Notably, future drought risk will likely exceed even the driest centuries of the Medieval Climate Anomaly (1100–1300 CE) in both moderate (RCP 4.5) and high (RCP 8.5) future emissions scenarios, leading to unprecedented drought conditions during the last millennium.

Downloaded from http://advances.sciencemag.org/ on March 11, 2016

## INTRODUCTION

Millennial-length hydroclimate reconstructions over Western North America (1–4) feature notable periods of extensive and persistent Medieval-era droughts. Such "megadrought" events exceeded the duration of any drought observed during the historical record and had profound impacts on regional societies and ecosystems (2, 5, 6). These past droughts illustrate the relatively narrow view of hydroclimate variability captured by the observational record, even as recent extreme events (7–9) highlighted concerns that global warming may be contributing to contemporary droughts (10, 11) and will amplify drought severity in the future (11–15). A comprehensive understanding of global warming and 21st century drought therefore requires placing projected hydroclimate trends within the context of drought variability over much longer time scales (16, 17). This would also allow us to establish the potential risk (that is, likelihood of occurrence) of future conditions matching or exceeding the severest droughts of the last millennium.

Quantitatively comparing 21st century drought projections from general circulation models (GCMs) to the paleo-record is nevertheless a significant technical challenge. Most GCMs provide soil moisture diagnostics, but their land surface models often vary widely in terms of parameterizations and complexity (for example, soil layering and vegetation). There are few large-scale soil moisture measurements that can be easily compared to modeled soil moisture, and none for intervals longer than the satellite record. Instead, drought is typically monitored in the real world using offline models or indices that can be estimated from more widely measured data, such as temperature and precipitation.

One common metric is the Palmer Drought Severity Index (PDSI) (18), widely used for drought monitoring and as a target variable for proxy-based reconstructions (1, 2). PDSI is a locally normalized index of soil moisture availability, calculated from the balance of moisture supply (precipitation) and demand (evapotranspiration). Because PDSI is normalized on the basis of local average moisture conditions, it can be used to compare variability and trends in drought across regions. Average moisture conditions (relative to a defined baseline) are denoted by PDSI = 0; negative PDSI values indicate drier than average conditions (droughts), and positive PDSI values indicate wetter than normal conditions (pluvials). PDSI is easily calculated from GCMs using variables from the atmosphere portion of the model (for example, precipitation, temperature, and humidity) and can be compared directly to observations. However, whereas recent work has demonstrated that PDSI is able to accurately reflect the surface moisture balance in GCMs (19), other studies have highlighted concerns that PDSI may overestimate 21st century drying because of its relatively simple soil moisture accounting and lack of direct CO2 effects that are expected to reduce evaporative losses (12, 20, 21). We circumvent these concerns by using a more physically based version of PDSI (13) (based on the Penman-Monteith potential evapotranspiration formulation) in conjunction with soil moisture from the GCMs to demonstrate robust drought responses to climate change in the Central Plains (105°W–92°W, 32°N–46°N) and the Southwest (125°W–105°W, 32°N–41°N) regions of Western North America.

## RESULTS

We calculate summer season [June-July-August (JJA)] PDSI and integrated soil moisture from the surface to ~30-cm (SM-30cm) and ~2- to 3-m (SM-2m) depths from 17 GCMs (tables S1 and S2) in phase 5 of the Coupled Model Intercomparison Project (CMIP5) database (22). We focus our analyses and presentation on the RCP 8.5 "business-as-usual" high emissions scenario, designed to yield an approximate top-of-atmosphere radiative imbalance of +8.5 W m$^{-2}$ by 2100. We also conduct the same analyses for a more moderate emissions scenario (RCP 4.5).

Over the calibration interval (1931–1990), the PDSI distributions from the models are statistically indistinguishable from the North American Drought Atlas (NADA) (two-sided Kolmogorov-Smirnov test, $p \geq 0.05$), although there are some significant deviations in some models during other historical intervals. North American drought variability during the historical period in both models and observations is driven primarily by ocean-atmosphere teleconnections,

[1]NASA Goddard Institute for Space Studies, 2880 Broadway, New York, NY 10025, USA. [2]Ocean and Climate Physics, Lamont-Doherty Earth Observatory of Columbia University, 61 Route 9W, Palisades, NY 10964, USA. [3]Earth and Atmospheric Sciences, Cornell University, Ithaca, NY 14853, USA.
*Corresponding author. E-mail: benjamin.i.cook@nasa.gov

RESEARCH ARTICLE

internal variability in the climate system that is likely to not be either consistent across models or congruent in time between the observations and models, and so such disagreements are unsurprising. In the multimodel mean, all three moisture balance metrics show markedly consistent drying during the later half of the 21st century (2050–2099) (Fig. 1; see figs. S1 to S4 for individual models). Drying in the Southwest is more severe (RCP 8.5: PDSI = −2.31, SM-30cm = −2.08,  SM-2m = −2.98) than that over the Central Plains (RCP 8.5: PDSI = −1.89, SM-30cm = −1.20, SM-2m = −1.17). In both regions, the consistent cross-model drying trends are driven primarily by the forced response to increased greenhouse gas concentrations (*13*), rather than

by any fundamental shift in ocean-atmosphere dynamics [indeed, there is a wide disparity across models regarding the strength and fidelity of the simulated teleconnections over North America (*23*)]. In the Southwest, this forcing manifests as both a reduction in cold season precipitation (*24*) and an increase in potential evapotranspiration (that is, evaporative demand increases in a warmer atmosphere) (*13*, *25*) acting in concert to reduce soil moisture. Even though cold season precipitation is actually expected to increase over parts of California in our Southwest region (*24*, *26*), the increase in evaporative demand is still sufficient to drive a net reduction in soil moisture. Over the Central Plains, precipitation responses during the spring and summer seasons (the main



## CMIP5 Drought Projections (RCP 8.5, 2050-2099 CE)

**Fig. 1. Top: Multimodel mean summer (JJA) PDSI and standardized soil moisture (SM-30cm and SM-2m) over North America for 2050–2099 from 17 CMIP5 model projections using the RCP 8.5 emissions scenario.** SM-30cm and SM-2m are standardized to the same mean and variance as the model PDSI over the calibration interval from the associated historical scenario (1931–1990). Dashed boxes represent the regions of interest: the Central Plains (105°W–92°W, 32°N–46°N) and the Southwest

(125°W–105°W, 32°N–41°N). Bottom: Regional average time series of the summer season moisture balance metrics from the NADA and CMIP5 models. The observational NADA PDSI series (brown) is smoothed using a 50-year loess spline to emphasize the low-frequency variability in the paleo-record. Model time series (PDSI, SM-30cm, and SM-2m) are the multimodel means averaged across the 17 CMIP5 models, and the gray shaded area is the multimodel interquartile range for model PDSI.

Downloaded from http://advances.sciencemag.org/ on March 11, 2016

RESEARCH ARTICLE

seasons of moisture supply) are less consistent across models, and the drying is driven primarily by the increased evaporative demand. Indeed, this increase in potential evapotranspiration is one of the dominant drivers of global drought trends in the late 21st century, and previous work with the CMIP5 archive demonstrated that the increased evaporative demand is likely to be sufficient to overcome precipitation increases in many regions (*13*). In the more moderate emissions scenario (RCP 4.5), both the Southwest (RCP 4.5: PDSI = −1.49, SM-30cm = −1.63, SM-2m = −2.39) and Central Plains (RCP 4.5: PDSI = −1.21, SM-30cm = −0.89, SM-2m = −1.17) still experience significant, although more modest, drying into the future, as expected (fig. S5).

In both regions, the model-derived PDSI closely tracks the two soil moisture metrics (figs. S6 and S7), correlating significantly for most models and model intervals (figs. S8 and S9). Over the historical simulation, average model correlations (Pearson's r) between PDSI and SM-30cm are +0.86 and +0.85 for the Central Plains and Southwest, respectively. Correlations weaken very slightly for PDSI and SM-2m: +0.84 (Central Plains) and +0.83 (Southwest). The correlations

remain strong into the 21st century, even as PDSI and the soil moisture variables occasionally diverge in terms of long-term trends. There is no evidence, however, for systematic differences between the PDSI and modeled soil moisture across the model ensemble. For example, whereas the PDSI trends are drier than the soil moisture condition over the Southwest in the ACCESS1-0 model, PDSI is actually less dry than the soil moisture in the MIROC-ESM and NorESM1-M simulations over the same region (fig. S7). These outlier observations, showing no consistent bias, in conjunction with the fact that the overall comparison between PDSI and modeled soil moisture is markedly consistent, provide mutually consistent support for the characterization of surface moisture balance by these metrics in the model projections.

For estimates of observed drought variability over the last millennium (1000–2005), we use data from the NADA, a tree-ring based reconstruction of JJA PDSI. Comparisons between the NADA and model moisture are shown in the bottom panels of Fig. 1. In the NADA, both the Central Plains (Fig. 2) and Southwest (Fig. 3) are drier during the Medieval megadrought interval (1100–1300 CE) than either the Little



**Fig. 2. Interquartile range of PDSI and soil moisture from the NADA and CMIP5 GCMs, calculated over various time intervals for the Central Plains.** The groups of three stacked bars at the top of each column are from the NADA PDSI: 1100–1300 (the time of the Medieval-era megadroughts, brown), 1501–1849 (the Little Ice Age, blue), and 1850–2005 (the historical period, green). Purple and red bars are for the modeled historical period (1850–2005) and late 21st century (2050–2099) period, respectively. Red dots indicate model 21st century drought projections that are significantly drier than the model simulated historical periods. Gray dots indicate model 21st century drought projections that are significantly drier than the Medieval-era megadrought period in the NADA.

Downloaded from http://advances.sciencemag.org/ on March 11, 2016

RESEARCH ARTICLE

Ice Age (1501–1849) or historical periods (1850–2005). For nearly all models, the 21st century projections under the RCP 8.5 scenario reveal dramatic shifts toward drier conditions. Most models (indicated with a red dot) are significantly drier (one-sided Kolmogorov-Smirnov test, $p \leq 0.05$) in the latter part of the 21st century (2050–2099) than during their modeled historical intervals (1850–2005). Strikingly, shifts in projected drying are similarly significant in most models when measured against the driest and most extreme megadrought period of the NADA from 1100 to 1300 CE (gray dots). Results are similar for the more moderate RCP 4.5 emissions scenario (figs. S10 and S11), which still indicates widespread drying, albeit at a reduced magnitude for many models. Although there is some spread across the models and metrics, only two models project wetter conditions in RCP 8.5. In the Central Plains, SM-2m is wetter in ACCESS1-3, with little change in SM-30cm and slightly wetter conditions in PDSI. In the Southwest, CanESM2 projects markedly wetter SM-2m conditions; PDSI in the same model is slightly wetter, whereas SM-30cm is significantly drier.

When the RCP 8.5 multimodel ensemble is pooled together (Fig. 4), projected changes in the Central Plains and Southwest (2050–2099 CE) for all three moisture balance metrics are significantly drier compared to both the modern model interval (1850–2005 CE) and 1100–1300 CE in the NADA (one-sided Kolmogorov-Smirnov test, $p \leq 0.05$). In the case of SM-2m in the Southwest, the density function is somewhat

flattened, with an elongated right (wet) tail. This distortion arises from the disproportionate contribution to the density function from the wetting in the five CanESM2 ensemble members. Even with this contribution, however, the SM-2m drying in the multimodel ensemble is still significant. Results are nearly identical for the pooled RCP 4.5 multimodel ensemble (fig. S12), which still indicates a significantly drier late 21st century compared to either the historical interval or Medieval megadrought period.

With this shift in the full hydroclimate distribution, the risk of decadal or multidecadal drought occurrences increases substantially. We calculated the risk (17) of decadal or multidecadal drought occurrences for two periods in our multimodel ensemble: 1950–2000 and 2050–2099 (Fig. 5). During the historical period, the risk of a multidecadal megadrought is quite small: <12% for both regions and all moisture metrics. Under RCP 8.5, however, there is ≥80% chance of a multidecadal drought during 2050–2099 for PDSI and SM-30cm in the Central Plains and for all three moisture metrics in the Southwest. Drought risk is reduced slightly in RCP 4.5 (fig. S13), with largest reductions in multidecadal drought risk over the Central Plains. Ultimately, the consistency of our results suggests an exceptionally high risk of a multidecadal megadrought occurring over the Central Plains and Southwest regions during the late 21st century, a level of aridity exceeding even the persistent megadroughts that characterized the Medieval era.



Fig. 3.  Same as Fig. 2, but for the Southwest.

Downloaded from http://advances.sciencemag.org/ on March 11, 2016

RESEARCH ARTICLE

## DISCUSSION

Within the body of literature investigating North American hydro-climate, analyses of drought variability in the historical and paleoclimate records are often separate from discussions of global warming–induced changes in future hydroclimate. This disconnection has traditionally made it difficult to place future drought projections within the context of observed and reconstructed natural hydroclimate variability. Here,



Downloaded from http://advances.sciencemag.org/ on March 11, 2016

**Fig. 4. Kernel density functions of PDSI, SM-30cm, and SM-2m for the Central Plains and Southwest, calculated from the NADA and the GCMs.** The NADA distribution (brown shading) is from 1100–1300 CE, the timing of the medieval megadroughts. Blue lines represent model distributions calculated from all years from all models pooled over the historical scenario (1850–2005 CE). Red lines are for all model years pooled from the RCP 8.5 scenario (2050–2099 CE).

## RESEARCH ARTICLE



**Fig. 5. Risk (percent chance of occurrence) of decadal (11-year) and multidecadal (35-year) drought, calculated from the multimodel ensemble for PDSI, SM-30cm, and SM-2m.** Risk calculations are conducted for two separate model intervals: 1950–2000 (historical scenario) and 2050–2099 (RCP 8.5). Results for the Central Plains are in the top row, and those for the Southwest are in the bottom row.

we have demonstrated that the mean state of drought in the late 21st century over the Central Plains and Southwest will likely exceed even the most severe megadrought periods of the Medieval era in both high and moderate future emissions scenarios, representing an unprecedented fundamental climate shift with respect to the last millennium. Notably, the drying in our assessment is robust across models and moisture balance metrics. Our analysis thus contrasts sharply with the recent emphasis on uncertainty about drought projections for these regions (21, 27), including the most recent Intergovernmental Panel on Climate Change assessment report (28).

Our results point to a remarkably drier future that falls far outside the contemporary experience of natural and human systems in Western North America, conditions that may present a substantial challenge to adaptation. Human populations in this region, and their associated water resources demands, have been increasing rapidly in recent decades, and these trends are expected to continue for years to come (29). Future droughts will occur in a significantly warmer world with higher temperatures than recent historical events, conditions that are likely to be a major added stress on both natural ecosystems (30) and agriculture (31). And, perhaps most importantly for adaptation, recent years have witnessed the widespread depletion of nonrenewable groundwater reservoirs (32, 33), resources that have allowed people to mitigate the impacts of naturally occurring droughts. In some cases, these losses have even exceeded the capacity of Lake Mead and Lake Powell, the two major surface reservoirs in the region (34, 35). Combined with the likelihood of a much drier future and increased demand, the loss of groundwater and higher temperatures will likely exacerbate the impacts of future droughts, presenting a major adaptation challenge for managing ecological and anthropogenic water needs in the region.

## MATERIALS AND METHODS

Estimates of drought variability over the historical period and the last millennium used the latest version of the NADA (1), a tree ring–based reconstruction of summer season (JJA) PDSI. All statistics were based on regional PDSI averages over the Central Plains (105°W–92°W, 32°N–46°N) and the Southwest (125°W–105°W, 32°N–41°N). We restricted our analysis to 1000–2005 CE; before 1000 CE, the quality of the reconstruction in these regions declines.

The 21st century drought projections used output from GCM simulations in the CMIP5 database (22) (table S1). All models represent one or more continuous ensemble members from the historical (1850–2005 CE) and RCP 4.5 (15 models available) and 8.5 (17 models available) emissions scenarios (2006–2099 CE). We used the same methodology as in (13) to calculate model PDSI for the full interval (1850–2099 CE), using the Penman-Monteith formulation of potential evapotranspiration. The baseline period for calibrating and standardizing the model PDSI anomalies was 1931–1990 CE, the same baseline period as the NADA PDSI. Negative model PDSI values therefore indicate drier conditions than the average for 1931–1990.

To augment the model PDSI calculations and comparisons with observed drought variability in the NADA, we also calculated standardized soil moisture metrics from the GCMs for two depths: ~30 cm (SM-30cm) and ~2 to 3 m (SM-2m) (table S2). For these soil moisture metrics, the total soil moisture from the surface was integrated to these depths and averaged over JJA. At each grid cell, we then standardized SM-30cm and SM-2m to match the same mean and interannual SD for the model PDSI over 1931–1990. This allows for direct comparison of variability and trends between model PDSI and model soil moisture and between the model metrics (PDSI, SM-30cm, and SM-2m) and the NADA (PDSI) while still independently preserving any low-frequency variability or trends in the soil moisture that may be distinct from the PDSI calculation. The soil moisture standardization does not impose any artificial constraints that would force the three metrics to agree in terms of variability or future trends, allowing SM-30cm and SM-2m to be used as indicators of drought largely independent of PDSI.

Risk of decadal and multidecadal megadrought occurrence in the multimodel ensemble is estimated from 1000 Monte Carlo realizations of each moisture balance metric (PDSI, SM-30cm, and SM-2m), as in (17). This method entails estimating the mean and SD of a given drought index (for example, PDSI or soil moisture) over a reference period (1901–2000), then subtracting that mean and SD from the full record (1850–2100) to produce a modified z score. The differences between the reference mean and SD are then used to conduct (white noise) Monte Carlo simulations of the future (2050–2100) to emulate the statistics of that era. The fraction of Monte Carlo realizations exhibiting a decadal or multidecadal drought are then calculated from each Monte Carlo simulation of each experiment in both regions considered here. Finally, these risks from each model are averaged together to yield the overall risk estimates reported here. Additional details on the methodology can be found in (17).

Downloaded from http://advances.sciencemag.org/ on March 11, 2016

# RESEARCH ARTICLE

## SUPPLEMENTARY MATERIALS

Supplementary material for this article is available at http://advances.sciencemag.org

Fig. S1. For the individual models, ensemble mean soil moisture balance (PDSI, SM-30cm, and SM-2m) for 2050–2099: ACCESS1.0, ACCESS1.3, BCC-CSM1.1, and CanESM2.

Fig. S2. Same as fig. S1, but for CCSM4, CESM1-BGC, CESM-CAM5, and CNRM-CM5.

Fig. S3. Same as fig. S1, but for GFDL-CM3, GFDL-ESM2G, GFDL-ESM2M, and GISS-E2-R.

Fig. S4. Same as fig. S1, but for INMCM4.0,MIROC-ESM, MIROC-ESM-CHEM, NorESM1-M, and NorESM1-ME models.

Fig. S5. Same as Fig. 1, but for the RCP 4.5 scenario.

Fig. S6. Regional average moisture balance time series (historical + RCP 8.5) from the first ensemble member of each model over the Central Plains.

Fig. S7. Same as fig. S6, but for the Southwest.

Fig. S8. Pearson's correlation coefficients for three time intervals from the models over the Central Plains: PDSI versus SM-30cm, PDSI versus SM-2m, and SM-30cm versus SM-2m.

Fig. S9. Same as fig. S8, but for the Southwest.

Fig. S10. Same as Fig. 2, but for the RCP 4.5 scenario.

Fig. S11. Same as Fig. 3, but for the RCP 4.5 scenario.

Fig. S12. Same as Fig.4, but for the RCP 4.5 scenario.

Fig. S13. Same as Fig. 5, but for the RCP 4.5 scenario.

Table S1. Continuous model estimates from the CMIP5 experiments (1850–2099, historical + RCP8.5 scenario) used in this analysis, including the modeling center or group that supplied the output, the number of ensemble members, and the approximate spatial resolution.

Table S2. The number of soil layers integrated for our CMIP5 soil moisture metrics (SM-30cm and SM-2m), and the approximate depth of the bottom soil layer.

## REFERENCES AND NOTES

1. E. R. Cook, R. Seager, M. A. Cane, D. W. Stahle, North American drought: Reconstructions, causes, and consequences. *Earth Sci. Rev.* **81**, 93–134 (2007).

2. E. R. Cook, R. Seager, R. R. Heim Jr., R. S. Vose, C. Herweijer, C. Woodhouse, Megadroughts in North America: Placing IPCC projections of hydroclimatic change in a long-term palaeoclimate context. *J. Quat. Sci.* **25**, 48–61 (2010).

3. D. M. Meko, C. A. Woodhouse, C. A. Baisan, T. Knight, J. J. Lukas, M. K. Hughes, M. W. Salzer, Medieval drought in the upper Colorado River Basin. *Geophys. Res. Lett.* **34**, 10705 (2007).

4. C. A. Woxodhouse, D. M. Meko, G. M. MacDonald, D. W. Stahle, E. R. Cook, A 1,200-year perspective of 21st century drought in Southwester North America. *Proc. Natl. Acad. Sci. U.S.A.* **107**, 21283–21288 (2010).

5. S. Stine, Extreme and persistent drought in California and Patagonia during mediaeval time. *Nature* **369**, 546–549 (1994).

6. C. A. Woodhouse, J. T. Overpeck, 2000 years of drought variability in the Central United States. *Bull. Am. Meteorol. Soc.* **79**, 2693–2714 (1998).

7. M. Hoerling, J. Eischeid, A. Kumar, R. Leung, A. Mariotti, K. Mo, S. Schubert, R. Seager, Causes and predictability of the 2012 Great Plains drought. *Bull. Am. Meteorol. Soc.* **95**, 269–282 (2014).

8. R. Seager, L. Goddard, J. Nakamura, N. Henderson, D. E. Lee, Dynamical causes of the 2010/11 Texas–Northern Mexico drought. *J. Hydrometeor.* **15**, 39–68 (2014).

9. H. Wang, S. Schubert, R. Koster, Y.-G. Ham, M. Suarez, On the role of SST forcing in the 2011 and 2012 extreme U.S. heat and drought: A study in contrasts. *J. Hydrometeor.* **15**, 1255–1273 (2014).

10. D. Griffin, K. J. Anchukaitis, How unusual is the 2012–2014 California drought? *Geophys. Res. Lett.* **41**, 2014GL062433 (2014).

11. R. Seager, M. Hoerling, Atmosphere and ocean origins of North American droughts. *J. Clim.* **27**, 4581–4606 (2014).

12. E. J. Burke, Understanding the sensitivity of different drought metrics to the drivers of drought under increased atmospheric CO$_2$. *J. Hydrometeor.* **12**, 1378–1394 (2011).

13. B. I. Cook, J. E. Smerdon, R. Seager, S. Coats, Global warming and 21st century drying. *Clim. Dyn.* **43**, 2607–2627 (2014).

14. A. Dai, Drought under global warming: A review. *WIREs Clim. Change* **2**, 45–65 (2011).

15. A. Dai, Increasing drought under global warming in observations and models. *Nat. Clim. Change* **3**, 52–58 (2013).

16. T. R. Ault, J. E. Cole, J. T. Overpeck, G. T. Pederson, S. St. George, B. Otto-Bliesner, C. A. Woodhouse, C. Deser, The continuum of hydroclimate variability in Western North America during the last millennium. *J. Clim.* **26**, 5863–5878 (2013).

17. T. R. Ault, J. E. Cole, J. T. Overpeck, G. T. Pederson, D. M. Meko, Assessing the risk of persistent drought using climate model simulations and paleoclimate data. *J. Clim.* **27**, 7529–7549 (2014).

18. W. C. Palmer, Meteorological Drought (U.S. Weather Bureau, Washington, DC, 1965).

19. J. E. Smerdon, B. I. Cook, E. R. Cook, R. Seager, J. Clim., in press.

20. E. J. Burke, S. J. Brown, Evaluating uncertainties in the projection of future drought. *J. Hydrometeor.* **9**, 292–299 (2008).

21. M. P. Hoerling, J. K. Eischeid, X.-W. Quan, H. F. Diaz, R. S. Webb, R. M. Dole, D. R. Easterling, Is a transition to semipermanent drought conditions imminent in the U.S. Great Plains? *J. Clim.* **25**, 8380–8386 (2012).

22. K. E. Taylor, R. J. Stouffer, G. A. Meehl, An overview of CMIP5 and the experiment design. *Bull. Am. Meteorol. Soc.* **93**, 485–498 (2012).

23. S. Coats, J. E. Smerdon, B. I. Cook, R. Seager, Stationarity of the tropical pacific teleconnection to North America in CMIP5/PMIP3 model simulations. *Geophys. Res. Lett.* **40**, 4927–4932 (2013).

24. R. Seager, D. Neelin, I. Simpson, H. Liu, N. Henderson, T. Shaw, Y. Kushnir, M. Ting, B. Cook, Dynamical and thermodynamical causes of large-scale changes in the hydrological cycle over North America in response to global warming. *J. Clim.* **27**, 7921–7948 (2014).

25. J. Scheff, D. M. W. Frierson, Scaling potential evapotranspiration with greenhouse warming. *J. Clim.* **27**, 1539–1558 (2013).

26. J. D. Neelin, B. Langenbrunner, J. E. Meyerson, A. Hall, N. Berg, California winter precipitation change under global warming in the Coupled Model Intercomparison Project phase 5 ensemble. *J. Clim.* **26**, 6238–6256 (2013).

27. J. Sheffield, E. F. Wood, M. L. Roderick, Little change in global drought over the past 60 years. *Nature* **491**, 435–438 (2012).

28. B. Kirtman, S. B. Power, G. J. Adedoyin, R. Boer, I. Bojariu, F. J. Camilloni, A. M. Doblas-Reyes, A. M. Fiore, M. Kimoto, G. A. Meehl, M. Prather, A. Sarr, C. Schar, R. Sutton, G. J. van Oldenborgh, G. Vecchi, H. J. Wang, Climate Change 2013: The Physical Science Basis. Contribution of Working Group I to the Fifth Assessment Report of the Intergovernmental Panel on Climate Change (Cambridge University Press, Cambridge, UK, and New York, NY, USA, 2013), chap. Near-term Climate Change: Projections and Predictability.

29. G. M. MacDonald, Water, climate change, and sustainability in the southwest. *Proc. Natl. Acad. Sci. U.S.A.* **107**, 21256–21262 (2010).

30. A. P. Williams, C. D. Allen, A. K. Macalady, D. Griffin, C. A. Woodhouse, D. M. Meko, T. W. Swetnam, S. A. Rauscher, R. Seager, H. D. Grissino-Mayer, J. S. Dean, Ed. R. Cook, C. Gangodagamage, M. Cai, N. G. McDowell, Temperature as a potent driver of regional forest drought stress and tree mortality. *Nat. Clim. Change* **3**, 292–297 (2013).

31. D. B. Lobell, M. J. Roberts, W. Schlenker, N. Braun, B.B. Little, R. M. Rejesus, G. L. Hammer, Greater sensitivity to drought accompanies maize yield increase in the U.S. midwest. *Science* **344**, 516–519 (2014).

32. D. Long, B. R. Scanlon, L. Longuevergne, A. Y. Sun, D. N. Fernando, H. Save, GRACE satellite monitoring of large depletion in water storage in response to the 2011 drought in Texas. *Geophys. Res. Lett.* **40**, 3395–3401 (2013).

33. B. R. Scanlon, C. C. Faunt, L. Longuevergne, R. C. Reedy, W. M. Alley, V. L. Mcguire, P. B. McMahon, Groundwater depletion and sustainability of irrigation in the US high plains and Central Valley. *Proc. Natl. Acad. Sci. U.S.A.* **109**, 9320–9325 (2012).

34. S. L. Castle, B. F. Thomas, J. T. Reager, M. Rodell, S. C. Swenson, J. S. Famiglietti, Groundwater depletion during drought threatens future water security of the Colorado River Basin. *Geophys. Res. Lett.* **41**, 5904–5911 (2014).

35. J. S. Famiglietti, M. Lo, S. L. Ho, J. Bethune, K. J. Anderson, T. H. Syed, S. C. Swenson, C. R. de Linage, M. Rodell, Satellites measure recent rates of groundwater depletion in California's Central Valley. *Geophys. Res. Lett.* **38**, L03403 (2011).

**Acknowledgments:** We thank H. Liu and N. Henderson for invaluable computing support at Lamont-Doherty Earth Observatory and E. Cook for providing the NADA data. All model data are freely available on the CMIP5 archive. Finally, we thank two anonymous reviewers who provided comments that greatly improved the manuscript. Lamont contribution #7865. **Funding:** Funding for B.I.C for this work was provided by the NASA Modeling, Analysis, and Prediction Program and NASA Strategic Science. Support for J.E.S. came from NSF Awards AGS-1243204 ("Collaborative Research: EaSM2–Linking Near Term Future Changes in Weather and Hydroclimate in Western North America to Adaptation for Ecosystem and Water Management") and AGS-1401400 ("P2C2: Continental Scale Droughts in North America: Their Frequency, Character and Causes Over the Past Millenium and Near Term Future"), and NOAA Award NAOR4310137 ("Global Decadal Hydroclimate Variability, Predictability and Change: A Data-Enriched Modeling Study"). Funding for T.R.A. was provided by startup funds from Cornell University's College of Agriculture and Life Sciences (CALS). **Author contributions:** B.I.C., T.R.A., and J.E.S. conceived of the study. B.I.C. conducted all the analyses except the risk calculations and wrote the paper. T.R.A. conducted the risk calculations. T.R.A. and J.E.S. contributed feedback to the analyses and writing.

Submitted 17 November 2014
Accepted 15 January 2015
Published 12 February 2015
10.1126/sciadv.1400082

**Citation:** B. I. Cook, T. R. Ault, J. E. Smerdon, Unprecedented 21st century drought risk in the American Southwest and Central Plains. *Sci. Adv.* **1**, e1400082 (2015).

Downloaded from http://advances.sciencemag.org/ on March 11, 2016

# Science Advances

Unprecedented 21st century drought risk in the American Southwest and Central Plains
Benjamin I. Cook, Toby R. Ault and Jason E. Smerdon (February 12, 2015)
Sci Adv 2015, 1:.
doi: 10.1126/sciadv.1400082

This article is publisher under a Creative Commons license. The specific license under which this article is published is noted on the first page.

For articles published under CC BY licenses, you may freely distribute, adapt, or reuse the article, including for commercial purposes, provided you give proper attribution.

For articles published under CC BY-NC licenses, you may distribute, adapt, or reuse the article for non-commerical purposes. Commercial use requires prior permission from the American Association for the Advancement of Science (AAAS). You may request permission by clicking here.

The following resources related to this article are available online at http://advances.sciencemag.org. (This information is current as of March 11, 2016):

Updated information and services, including high-resolution figures, can be found in the online version of this article at:
http://advances.sciencemag.org/content/1/1/e1400082.full

Supporting Online Material can be found at:
http://advances.sciencemag.org/content/suppl/2015/02/11/1.1.e1400082.DC1

This article cites 32 articles,4 of which you can be accessed free:
http://advances.sciencemag.org/content/1/1/e1400082#BIBL

Downloaded from http://advances.sciencemag.org/ on March 11, 2016

Science Advances (ISSN 2375-2548) publishes new articles weekly. The journal is published by the American Association for the Advancement of Science (AAAS), 1200 New York Avenue NW, Washington, DC 20005. Copyright is held by the Authors unless stated otherwise. AAAS is the exclusive licensee. The title Science Advances is a registered trademark of AAAS

# Structure and Detectability of Trends in Hydrological Measures over the Western United States

T. Das,* H. G. Hidalgo,*,[+] M. D. Dettinger,[#],* D. R. Cayan,*,[#] D. W. Pierce,*
C. Bonfils,[@] T. P. Barnett,* G. Bala,[@],[&] and A. Mirin[@]

*Scripps Institution of Oceanography, La Jolla, California
[#] U.S. Geological Survey, La Jolla, California
[@] Lawrence Livermore National Laboratory, Livermore, California

(Manuscript received 12 September 2008, in final form 3 March 2009)

ABSTRACT

This study examines the geographic structure of observed trends in key hydrologically relevant variables across the western United States at $1/8°$ spatial resolution during the period 1950–99. Geographical regions, latitude bands, and elevation classes where these trends are statistically significantly different from trends associated with natural climate variations are identified. Variables analyzed include late-winter and spring temperature, winter-total snowy days as a fraction of winter-total wet days, 1 April snow water equivalent (SWE) as a fraction of October–March (ONDJFM) precipitation total [precip(ONDJFM)], and seasonal [JFM] accumulated runoff as a fraction of water-year accumulated runoff. Observed changes were compared to natural internal climate variability simulated by an 850-yr control run of the finite volume version of the Community Climate System Model, version 3 (CCSM3-FV), statistically downscaled to a $1/8°$ grid using the method of constructed analogs. Both observed and downscaled model temperature and precipitation data were then used to drive the Variable Infiltration Capacity (VIC) hydrological model to obtain the hydrological variables analyzed in this study. Large trends (magnitudes found less than 5% of the time in the long control run) are common in the observations and occupy a substantial part (37%–42%) of the mountainous western United States. These trends are strongly related to the large-scale warming that appears over 89% of the domain. The strongest changes in the hydrologic variables, unlikely to be associated with natural variability alone, have occurred at medium elevations [750–2500 m for JFM runoff fractions and 500–3000 m for SWE/Precip(ONDJFM)] where warming has pushed temperatures from slightly below to slightly above freezing. Further analysis using the data on selected catchments indicates that hydroclimatic variables must have changed significantly (at 95% confidence level) over at least 45% of the total catchment area to achieve a detectable trend in measures accumulated to the catchment scale.

---

## 1. Introduction

A growing number of studies have investigated recent trends in the observed (and simulated) hydrometeorological variables across the western United States. The main changes observed in this region include a large

[+] Current affiliation: Universidad de Costa Rica, San José, Costa Rica.
[&] Current affiliation: Centre for Atmospheric and Oceanic Sciences, Indian Institute of Science, Bangalore, India.

Corresponding author address: Tapash Das, Scripps Institution of Oceanography, UCSD, 9500 Gilman Drive–0224, La Jolla, CA 92093.
E-mail: tadas@ucsd.edu

DOI: 10.1175/2009JHM1095.1

© 2009 American Meteorological Society

increase of winter and spring temperatures (Dettinger and Cayan 1995; Karoly et al. 2003; Bonfils et al. 2008a,b), a substantial decline in the volume of snowpack in low and middle altitudes (Lettenmaier and Gan 1990; Dettinger et al. 2004; Knowles and Cayan 2004; Hamlet et al. 2005), a significant decline in 1 April snow water equivalent (SWE; Mote 2003; Mote et al. 2005; Mote 2006; Mote et al. 2008; Pierce et al. 2008), and a reduction in March snow cover extent (Groisman et al. 2004). A reduction of the proportion of precipitation falling as snow instead of rain has also been observed (Knowles et al. 2006), as well as an earlier streamflow from snow-dominated basins (Dettinger and Cayan 1995; Cayan et al. 2001; Stewart et al. 2005; Regonda et al. 2005), and a sizeable increase of winter streamflow fraction (Dettinger and Cayan 1995; Stewart et al. 2005).

These changes are likely to have important effects on western U.S. water resources management and distribution if they continue into future decades, as is projected for greenhouse-forced warming there (Barnett et al. 2004; Christensen et al. 2004; Christensen and Lettenmaier 2007; Cayan et al. 2008a,b). This is because much of the water in the western United States is stored as snow in winter, which starts to melt during late spring and early summer. An earlier snowmelt and more precipitation falling as liquid instead of stored as snow could provide new stresses on the existing water resources management structures in the western United States in coming decades.

Some of these studies have indicated that such changes are partially linked with rising greenhouse gas (GHG) concentrations, which alter temperature and thus affect the snowpack distribution in the western United States, and partly from natural climatic decadal fluctuations over the North Pacific Ocean (Dettinger and Cayan 1995). Pacific decadal oscillation (PDO; Mantua et al. 1997) fluctuations, the dominant decadal natural variability in this region, however, can only partially explain the magnitude of the recent changes in snowfall fractions (Knowles et al. 2006), spring snowpack (Mote et al. 2005), and center timing from snow-dominated basins (Stewart et al. 2005). Knowles et al. (2006), Mote et al. (2005), and Stewart et al. (2005) argued that the remaining parts of the variability might be due to large-scale anthropogenic warming.

Only recently have formal efforts been undertaken (Knutson et al. 1999; Karoly et al. 2003; Maurer et al. 2007; Bonfils et al. 2008a) to distinguish whether the recent changes occurred because of internal natural variations of the climate system or because of human influence, using rigorous detection-and-attribution procedures (Hegerl et al. 1996, 1997; Barnett et al. 2001; Zwiers and Zhang 2003; The International Ad Hoc Detection and Attribution Group 2005; Zhang et al. 2007; Santer et al. 2007). Detection is the determination that a particular climate change or sequence is unlikely to have occurred solely because of natural causes. In the present study, climate from a long model control run is used to characterize the long-term variations that can arise solely from the internal fluctuations of the global climate system. Other external but natural forcings of the climate system, such as solar-irradiance changes and volcanic emissions, were not tested here. [Barnett et al. (2008) tested hydroclimatic trends from a simulation with climate forced only by historical solar and volcanic influences and found that observed trends could not be attributed to those influences.] Attribution (not undertaken here) is a later step in which the particular causes of the "unnatural" parts of observed trends are rigor-

ously identified. Detection studies are important because if the recent changes are found to be due to internal natural variations alone, one can reasonably anticipate that the climate system will return to its past states after some time has passed.

Karoly et al. (2003) carried out a comparison of temperature trends in observations and three model simulations at the scale of North America. They found that the temperature changes from 1950 to 1999 were unlikely to be due to natural climate variation alone, whereas most of the observed warming from 1900 to 1949 was naturally driven. Accounting for uncertainties in the observational datasets, Bonfils et al. (2008a) observed increases in California-averaged annual mean temperature for the time periods 1915–2000 and 1950–99. They found these warmings are too large and too prolonged to have likely been caused by natural variations alone. In their study, natural variations were characterized using multiple control simulations (no change in greenhouse-gas concentrations) by multiple global climate models to develop multimodel 86- and 50-yr trend distributions. The authors also indicated that the recent warming in California is particularly fast in winter and spring and is likely associated with human-induced changes in the large-scale atmospheric circulation pattern occurring over the North Pacific Ocean. The hypothesis that human activities have influenced the circulation over the North Pacific Ocean is strengthened by a recent study (Meehl et al. 2009) that has identified an anthropogenic component in the phase shifts of the PDO mode.

More recently, a series of three formal fingerprint-based detection and attribution studies have been performed for the western U.S. region. The first study focused on hydrologically relevant temperature variables from late winter to early spring (Bonfils et al. 2008b). The second study examined SWE as a fraction of precipitation (SWE/$P$) over nine mountainous regions in the western United States (Pierce et al. 2008). The third study analyzed center timing of streamflow (CT; defined as the day when half of the water-year flow has passed a given point) in three major tributaries areas of the western United States (the California region was represented by the Sacramento and San Joaquin Rivers, Colorado River at the Lees Ferry, and Columbia River at The Dalles; Hidalgo et al. 2009). Bonfils et al. (2008b) showed that the changes in the observed temperature-based indices across the mountainous regions are unlikely, at a high statistical confidence, to have occurred because of natural variations. They concluded that changes in the climate as the result of anthropogenic GHG, ozone, and aerosols are causing part of the recent changes. Similarly, Pierce et al. (2008) and Hidalgo et al. (2009) showed that the observed changes in SWE/$P$ and

Case No. 1:20-cv-02484-MSK   Document 96   filed 05/06/21   USDC Colorado   pg 85 of 340

in CT are unlikely to have arisen exclusively from natural internal climate variability. Barnett et al. (2008) performed a multiple variable detection and attribution study and showed how the changes in minimum temperature ($T_{min}$), SWE/$P$, and CT for the period 1950–99 covary. They concluded, with a high statistical significance, that up to 60% of the climatic trends in those variables are human related.

In regions with complex topography such as the western United States, there are strong gradients in temperature and associated hydrologic structure. These gradients motivate investigating responses to climate variability and climate change at high resolution (e.g., ~12 km), scales that are much finer than are provided by global climate models. However, the detection of climate change at fine scales is challenging because less spatial averaging means "weather noise" increases with deceasing scale (Karoly and Wu 2005). On the other hand, when a variety of elevational settings are lumped together, the response to warming may be diluted because of the strong variations that are mixed together. For example, although Hidalgo et al. (2009) were able to detect changes in CT that were different from background natural variability at a high level of confidence in the Columbia basin, changes aggregated over the California Sierra Nevada and in the Colorado basins were only marginally significant or not at all. Maurer et al. (2007) examined whether the decreases in CT at four river points in the Sierra Nevada are statistically significantly different from changes associated with internal natural variability, and they concluded that the recent observed trends are still within simulated natural variations. This suggests that, in settings that contain strong topographic variation, climate responses can usefully be evaluated at finer, rather than coarser, spatial units despite the increase in weather noise and the amount of uncertainty in the forcing data and modeling.

The present study investigates the hypothesis that there are detectable climate changes that can be delineated over a complex topographic setting using a high-resolution $\frac{1}{8}°$ (~12 km) spatial network over the western United States. (Fig. 1a). Because of the increased noise-to-signal issues that plague evaluations at this scale, we do not attempt to formally attribute the causes of the unnatural trends at every grid cell. Rather, we use fine-resolution simulations to investigate the spatial structure of detectable trends across the snow-dominated western United States. Our objective is to find the fraction of the regions of the western United States where we should expect to see detectably unnatural trends. We focus on several indices that are hydrologically relevant in the area of interest, including late-winter and spring temperature, total number of wintertime snowy days as a

fraction of all wet winter days, 1 April SWE as a fraction of October–March (ONDJFM) precipitation total [SWE/Precip(ONDJFM)], and January–March runoff as fraction of water-year total. We also extend the analysis to consider how the detectability of trends over a whole catchment depends upon the fraction of individual grid cells within the catchment that exhibit detectable changes. This dependence provides useful rules of thumb for use in designing monitoring networks or helping to decide whether detectable trends in a catchment of interest should even be expected.

Following the Intergovernmental Panel on Climate Change (IPCC) Fourth Assessment Report, there is a nuanced definition of a two step "joint attribution" that begins by distinguishing between detecting a change relative to the variability in an observed record and a change that exceeds natural variability (Rosenzweig et al. 2007). The latter conclusion implies that some external forcing must be at work, although not attributing it to specific causes, and is the first step in joint attribution. The next step is to demonstrate that the changes are best (and only) explained by a specific forcing. In this study we carried out the first step of the joint attribution by showing that hydrological measures in the period 1950–99 trended within the historical variability and then determining whether those trends were consistent with natural variability as represented by a long control run of the combination of a climate model and a hydrologic model.

Section 2 presents the datasets and models used in our study. A description of the methodology and definitions of various climate indices analyzed in this study are given in section 3. Section 4 presents results we obtained for the different indices analyzed. The relationship between total significant area and detectability at the catchment scale is also presented in section 4. A summary and conclusions are given in section 5.

## 2. Datasets and models

### a. Observed data and global climate model results

Gridded meteorological observations were used to characterize observed climate changes across the western United States during the period 1950–99. Daily $P$, $T_{min}$, maximum temperature ($T_{max}$), and wind speed at $\frac{1}{8}°$ spatial resolution were obtained from the Surface Water Modeling Group at the University of Washington (available online at http://www.hydro.washington.edu; Hamlet and Lettenmaier 2005). We also repeated the analyses using a different meteorology, the Maurer et al. (2002) dataset, to determine the extent to which our results depended on the inputs. The Maurer et al. (2002)

874

JOURNAL OF HYDROMETEOROLOGY

VOLUME 10



FIG. 1. (a) Simulation domain showing four major basins/region in the western United States: Columbia River basin (CL), Colorado River basin (CO), Great Basin (GB), and California region [mostly the Sacramento and San Joaquin River basins (CA)]. Dots represent the outlet of selected catchments. (b) Selected tributaries areas in the western United States: Columbia at the Dalles (DL), Colorado at the Lees Ferry (LF), Sacramento at Bend Bridge and San Joaquin tributaries (SN). (c) Elevation (m MSL).

and Hamlet and Lettenmaier (2005) datasets are closely related in that both used the same station data, although the Hamlet and Lettenmaier (2005) dataset focused much more on the Historical Climatology Network (Easterling et al. 1996) subset of stations, which are chosen and corrected to eliminate most temporal inhomogeneities, whereas the Maurer et al. (2002) dataset treated all stations more or less equally. The datasets also share a reliance on monthly Precipitation-elevation Regressions on Independent Slopes Model (PRISM) data fields (Daly et al. 1994) to adjust for elevation effects on precipitation and temperature. Such corrections are necessary because topography in the study region strongly determines not only spatial patterns of precipitation (and temperature) but also basin scale–to–regional scale totals of precipitation. In particular, Pan et al. (2003) found, in comparisons of North American Land Data Assimilation System (NLDAS; Mitchell et al. 1999) fields with snowpack telemetry (SNOTEL) data, that snow accumulation was underestimated by as much as half when no PRISM-like adjustments were included. We have used wind speed data from the Surface Water Modeling Group at the University of Washington [which Maurer et al. (2002) obtained from the National Centers for Environmental Prediction/ National Center for Atmospheric Research (NCEP– NCAR) reanalysis (Kalnay et al. 1996)], which are obviously very low resolution (at T62 Gaussian grid, approximately 1.9°) and are likely erroneous for complex topography and might have an effect on the results (e.g., sublimation). The results that follow did not depend sensitively on the choice between these two ad-

mittedly closely related meteorological datasets. In the following sections, only the results using the Hamlet and Lettenmaier (2005) dataset are presented, because this dataset was produced with attention to accounting for station and instrument changes that would otherwise add nonclimatic noise to the long-term trend signals (Hamlet and Lettenmaier 2005).

Internal climate variability in the western United States in the absence of any anthropogenic effects is characterized using precipitation and temperature data from an 850-yr preindustrial control simulation of the NCAR/Department of Energy (DOE) Community Climate System Model, version 3 (CCSM3; Collins et al. 2006). The simulation was performed at Lawrence Livermore National Laboratory and used the finite volume (FV) dynamical methods for the atmospheric transport (CCSM3-FV; Bala et al. 2008a,b). The horizontal spatial resolution of the atmospheric model was $1° \times 1.25°$ with 26 vertical levels. This preindustrial control simulation used constant 1870-level atmospheric composition to force the model. Bala et al. (2008a) have evaluated the fidelity of a 400-yr present-day control climate simulation that used this FV configuration for CCSM3. They found significant improvement in the simulation of surface wind stress, sea surface temperature, and sea ice when compared to a spectral version of CCSM3.

### b. Downscaling of the control run

Daily $P$ total, daily $T_{max}$, and daily $T_{min}$ from the CCSM3-FV model were downscaled to $\frac{1}{8}°$ resolution using the constructed analogs (CANA; Hidalgo et al.

2008) statistical downscaling method. The CANA procedure starts with a simple variance correction to ensure the same variability of the GCM data as observations. Then, the bias-corrected global model fields are downscaled using a linear combination of previously observed patterns[1] (Maurer and Hidalgo 2008; Hidalgo et al. 2008). The 30 most similar previously observed patterns are used in a linear regression to obtain an estimate that best matches, on the coarse grid, the GCM pattern to be downscaled. The downscaled values of precipitation and temperatures are obtained by applying the linear regression coefficients to the finescale versions of the previously observed patterns. Results using CANA and those obtained with another statistical downscaling methodology (bias correction and spatial downscaling; Wood et al. 2004) are qualitatively similar (Maurer and Hidalgo 2008). An advantage of the CANA method over the bias correction and spatial downscaling method is that CANA can capture changes in the diurnal cycle of temperatures; the disadvantage is that to do this it requires daily rather than monthly data. Details of the CANA method can be found in Hidalgo et al. (2008).

### c. Hydrological model

Runoff and SWE, major variables of interest to hydrological studies, have not been readily observed at the temporal and spatial scales required for this study. Likewise, they cannot be obtained by downscaling global model results because no library of observed fine-resolution daily fields exists to be used in the downscaling scheme. Accordingly, to produce both the "observed" and climate model–driven SWE and runoff fields on the fine spatial scale, we use the Variable Infiltration Capacity (VIC; Liang et al. 1994, 1996) model (version 4.0.5 beta release 1). To estimate the observed trends, we drove VIC with observed daily $P$, $T_{min}$, $T_{max}$, and wind speed fields on the $\frac{1}{8}°$ grid; to estimate the downscaled climate model trends, we drove VIC with the downscaled model daily $P$, $T_{min}$, and $T_{max}$, along with climatological wind speed fields, on the $\frac{1}{8}°$ grid. Derived variables such as radiation, humidity and pressure are estimated within the model based on the input $P$, $T_{max}$, and $T_{min}$ values using the algorithms of Kimball et al. (1997) and Thornton and Running (1999). How well the algorithms used to estimate these variables will apply in the future is uncertain and could not be addressed here. VIC uses a tiled representation of

the land surface within each model grid cell and allows subgrid variability in topography, infiltration, and land surface vegetation classes (Maurer et al. 2002). The subsurfaces are modeled using three soil layers with different thicknesses. Surface runoff uses an infiltration formulation based on the Xinanjiang model (Wood et al. 1992), whereas baseflow follows the Arno model (Liang et al. 1994). Subgrid variability in soil moisture storage capacity is represented through the use of a spatial probability distribution function, and a nonlinear function is used to model the baseflow component from the lowest soil layer (Liang et al. 1994; Sheffield et al. 2004). VIC has been successfully applied at spatial scales ranging from regional to global (Hamlet and Lettenmaier 1999; Nijssen et al. 2001; Maurer et al. 2002; Christensen et al. 2004; Wood et al. 2004; Christensen and Lettenmaier 2007; Hamlet et al. 2007; Maurer et al. 2007; Sheffield and Wood 2007; Barnett et al. 2008; Pierce et al. 2008; Hidalgo et al. 2009).

The calibrated soil parameters for VIC were obtained from Andrew W. Wood at the University of Washington, presently at 3TIER in Seattle. The vegetation cover was obtained from the NLDAS and was held static through all the simulations. In particular, leaf area index (LAI) values were specified from average values during the period 1981–94 of Myneni et al.'s (1997) monthly global LAI database. Realistically, the land cover probably changed in many areas, but these changes were not explored here. In this study we did not include a frozen soils component because of the large computational costs that would have been required in the very long control simulations made here. The VIC model was run at a daily time step, with a 1-h snow model time step and five snow elevation bands. The first nine months of the simulations were used for model initializations and not considered for further analysis, as suggested by Hamlet et al. (2007). The VIC model uses the gridded observed and model control run meteorologies, along with the physiographic characteristics of the catchment (e.g., soil and vegetation), to calculate runoff, baseflow, soil moisture at three soil layers, and SWE. The ability of the model to simulate monthly streamflow at some of the calibration points across the study domain is satisfactory when compared with the naturalized streamflow (Maurer et al. 2002; Hamlet et al. 2007; see Fig. 3 of Hidalgo et al. 2009). Additionally, Mote et al. (2005) found reasonable agreement between the spatial pattern of observed SWE and the VIC simulated values.

### d. Definition of climate variables

Our study focused on five hydrologically relevant detection variables:

---

[1] The coarsened gridded meteorological observations of Maurer et al. (2002) from the period 1950–76 and their corresponding high-resolution patterns were used as the library.

- Monthly and seasonal precipitation as a fraction of total precipitation over the water year (October through September)
- Monthly and seasonally averaged temperatures
- Seasonal (January–March) accumulated runoff (as simulated by VIC), calculated as the fraction of accumulated runoff over the water year
- 1 April SWE as a fraction of October through March precipitation total (SWE/Precip(ONDJFM)), chosen to reduce the influence of precipitation on snowpack and produce a snow-based climate index that is more directly sensitive to temperature changes (Pierce et al. 2008)
- The number of winter days with precipitation occurring as snow divided by the total number of winter days with precipitation. A given wet day (precipitation >0.1 mm), in the period November through March, was classified as a snowy day if the amount of snowfall ($S$) was greater than 0.1-mm water equivalent. Here, $S$ was calculated using the same equation as VIC:

$$S = \begin{cases} 0 & \text{for} \quad T \geq T_{\text{rain}} \\ P \cdot \left( \dfrac{T - T_{\text{rain}}}{T_{\text{snow}} - T_{\text{rain}}} \right) & \text{for} \quad T_{\text{snow}} < T < T_{\text{rain}}, \quad \text{and} \\ P & \text{for} \quad T \leq T_{\text{snow}}, \end{cases}$$
(1)

where $T$ is the daily average temperature, $T_{\text{snow}}$ is the maximum temperature at which snow can fall, and $T_{\text{rain}}$ is the minimum temperature at which rain can fall. Default values of $-0.5°C$ and $+0.5°C$ for $T_{\text{snow}}$ and $T_{\text{rain}}$, respectively, were used in our VIC model simulations, as well as in calculations of whether a given wet day is snowy or rainy.

### e. Natural variability in the control run

The strength of the conclusions of any detection analysis rely on the ability of the control model to represent the strength and key features of the natural internal climate variability in the absence of anthropogenic effects. In particular, the ability to simulate decadal variability is crucial for the identification of slow-evolving climate responses to slow-evolving external forcings. To compare the low-frequency variability in the model control run simulation to observations, we computed standard deviations in each grid cell for each index after the application of a 5-yr low-pass filter. The observations were linearly detrended before the calculation in an attempt to remove the linear part of possible anthropogenic influence. The low-frequency variability in the control simulation is reasonably well represented with no evidence that the model systematically underestimates or overestimates the observed variability for

all climate indices (Fig. 2). Thus, we conclude that the CCSM3-FV model used here provides an adequate representation of natural internal climate variability for our detection work. Barnett et al. (2008), Pierce et al. (2008), and Bonfils et al. (2008b) have also addressed this issue using the CCSM3-FV data (i.e., Barnett et al. 2008, their Fig. S3) and reached similar conclusions.

## 3. Methodology

At each grid cell and for each variable, the linear trend over 50-yr segments (with the start of each segment offset by 10 yr from the previous segment's start) was calculated from the 850-yr control run. This produced 80 partially overlapping estimates of what the 50-yr trend could be in the absence of anthropogenic forcing. An Anderson–Darling test[2] (Anderson and Darling 1952) showed that the distribution of control run trends was Gaussian in the great majority of the grid cells, except for only some grid cells of the JFM runoff fractions. Specifically, the percentage of grid cells in which the distributions were non-Gaussian was about 7% for JFM average temperature, snowy days as a fraction of wet days, and SWE/Precip(ONDJFM). For JFM runoff fractions, the percentage of grid cells that were non-Gaussian was as large as about 20% of the region of interest. Nonetheless, we included the non-Gaussian cells in the subsequent analysis because we wanted to maintain the same spatial domain for all of the variables analyzed. In addition, to maintain consistency among analyses, we used the mean and standard deviation from the control run to fit a Gaussian distribution at all grid cells.

We evaluated the observed trends mainly over water years 1950–99 and later over different starting and ending years within this period. The probability of finding the observed trend in the estimated Gaussian distribution of unforced trends is computed using a two-tailed test. We used a two-tailed test because we did not make any a priori assumption on the direction of the trends of the indices analyzed because we wanted to evaluate, for example, a significant lack of negative temperature trends as well as a significant surplus of positive temperature trends. Figure 3 shows the schematic

---

[2] The Anderson–Darling test is a modification of the Kolmogorov–Smirnov test in which a test statistic ($p$) was calculated to assess whether the distribution of the trends in the climate indexes computed using the control run data were drawn from a population with a normal distribution. The null hypothesis that the data (trends in the climate indexes computed using the control run) came from a normal distribution was rejected when the calculated $p$ value was less than a chosen alpha (0.05).

Case No. 1:20-cv-02484-MSK   Document 96   filed 05/06/21   USDC Colorado   pg 89 of 340



FIG. 2. Std devs of 5-yr low-pass-filtered climate indices obtained using downscaled CCSM3-FV run and gridded observation for snow-affected regions, where VIC grid cells contain at least 50-mm mean value of SWE on 1 April. The observations were linearly detrended before the calculation of std dev to remove that part of the possible anthropogenic influence. (a) JFM total precipitation as a fraction of water-year total precipitation, (b) JFM average temperature, (c) Snowy days as a fraction of wet days, (d) SWE/Precip(ONDJFM), and (e) JFM total runoff as a fraction of water-year total runoff.



FIG. 3. Schematic showing method used to calculate the probability of the JFM average temperature trend being exceeded in the control run. Bars show the distribution of the trends from the control run, and the arrow indicates the observed trend. Note that if the trend from observation falls within the shaded region, then it indicates that the observed trend can be found from the control run simulation at only 5% of the time.

diagram of the methodology we employed to compute the probability. The bars represent the distribution of the 50-yr unforced trends in the model control run. If an observed trend (short vertical line) falls within the shaded region (showing the two-tailed $p = 0.05$ level), which indicates the amplitude of naturally driven trends that occur only 5% of the time, then we can conclude that this trend is unlikely to be the result of internal natural variations. Probability maps for each variable were obtained by applying this procedure to all grid cells across the western United States.

We also examined the effect of spatial coherence on our results using a Monte Carlo simulation as in Livezey and Chen (1983) and Karoly and Wu (2005). Because there is a high spatial coherence of the hydrometeorological variables, this can lead to spurious detection, as described in those references. The Monte Carlo approach we used accounts for the effects of this spatial coherence: We analyzed all 800 possible 50-yr segments (i.e., moving 50-yr windows with 1-yr shifts) from the 850-yr control run to compute probabilities (based on 50-yr means and standard deviations) at each grid cell for each of the hydrometeorological variables. This resulted in 800 probability maps for each variable. The fraction of grid cells exhibiting apparent trends that rose above the higher-frequency natural variations in each 50-yr segment (at 95% confidence level) was counted in each probability map, giving us 800 values with which to estimate the distribution of the fractions of grid cells that might, by chance or natural variability, appear to

yield seemingly detectable trends in a 50-yr segment. Although this number would be 5% *on average* over the 850-yr control run if all grid cells varied independently of each other, the lack of independence between nearby grid cells means that, in any particular 50-yr segment, considerably more or less grid cells can show seemingly significant trends. Consequently, the 95th percentile of the distribution of possible "trends" arising from natural variations is considerably broader than 5% of the grid cells, as will be shown in section 4b. The number of grid cells in the observational data with trends was then compared to the distribution of trending grid cells from the control run to decide whether observed trends can be explained by natural variability.

Because our main focus is to investigate the changes in hydrology, we begin by focusing our analysis on the mountainous western United States, where warming-related effects are particularly important (Mote et al. 2005) and for which hydrological changes may have large implications for the water supply, ecology, or likelihood of wildfire in the region. As in Hamlet et al. (2007), we include locations where long term (1950–99) mean 1 April SWE simulated by VIC is greater than 50 mm.

In the last section, we extended the analysis using the data on the selected catchments across the western United States to identify relationships, for each of the climate variables, between the fraction of catchment area within which significant changes have occurred and the significance of detectability at the whole-catchment scale. Such information can be of practical use to resource managers trying to understand local climate changes. Trends in 66 catchments across the western United States were analyzed (Fig. 1a). The areas of the catchments range between 720 and 679 250 km², with a median value of 19 000 km². The average elevations of the catchments range between 360 and 2900 m, with a median value of 1765 m. The catchment-average spring [March–May (MAM)] temperatures range between $-2°$ and 14°C, with a median value of 3°C.

## 4. Results and discussion

### a. Spatial pattern of observed trends

We analyzed observed monthly precipitation (for January through March) as a fraction of water-year total precipitation, and monthly average temperatures, for the period 1950–99. We found trends in monthly precipitation fraction that were well within the distribution of natural variability as estimated from the control model run (not shown). This agrees with the results of Barnett et al. (2008), who also found that natural variability could account for changes in water-year total

precipitation for the mountainous western United States during this period.

Observations show warming temperatures since 1950 over the western United States during the months of January–March (Fig. 4a). Among these months, March average temperature shows the strongest and most widespread upward trends, with larger warming in the interior west than along the coast. Notable warming in January is concentrated along the coast of California region and the Columbia River basin, and February average temperature shows widespread but only mild warming trends; see Knowles et al. (2006) for more detail on these patterns.

In view of the considerable warming trends for the study domain during January and March, we investigated changes in observed JFM average temperature. A linear trend calculation using the JFM average temperature shows a considerable upward trend across most parts of the snow-dominated western United States, with notably larger warming trends across the high mountains of the Columbia River basin (Fig. 5a).

A chain of hydrologic responses to warming is evident in the trends. Reductions in observed winter-total snowy days as a fraction of winter-total days with precipitation (indicating a decrease in days with snowfall) are also common across many parts of the snow-dominated region in the observations, except in regions in the northern Rockies that show no trend (Fig. 5b). There are widespread downward trends in observed SWE/Precip(ONDJFM) across most parts of the snow-dominated western United States, with stronger downward trends in the northern Rockies of the Columbia River basin along with some upward trends in the southern Sierra Nevada and part of the northern Rockies (Fig. 5c). These findings are in agreement with those of Pierce et al. (2008), who described declining fractional SWE/*P* from snow course data across the nine mountainous regions of the western United States. These trend patterns are also consistent with the results in Mote et al. (2005), who analyzed 1 April SWE from 824 snow stations for the period 1950–97, and in Hamlet et al. (2005), who analyzed VIC-simulated 1 April SWE. Using regression analyses, those two studies attributed the widespread downward trend in SWE to a warming trend and a more regional upward trend in SWE in the southern Sierra Nevada (in the California region) to an increase of precipitation over the period. Changes in snowmelt initiation and changes in the snow-to-rain ratio should concur with large changes in runoff. Indeed, upward trends in JFM runoff fractions predominate across the snow-dominated western United States, except for some weaker trends in the Canadian part of the Columbia River basin and Colorado Rockies and

some weaker downward trends in the southern Sierra Nevada (Fig. 5d).

### b. Comparison of observed trends with model control run trends distribution at the grid scale

Figures 4b and 6 illustrate the probability of the observed trends in Figs. 4a and 5 arising in absence of any external forcings. There are considerable regions over which the observed trends in January and March average temperature are unlikely to have arisen from internal natural variability alone, at 95% significance level (Fig. 4b). By contrast, the mild warming trends in February are not detectably different from internal natural variability (Fig. 4b).

The observed trends toward warmer JFM average temperature across nearly all (89%) of the snow-dominated regions of the western United States cannot be explained (at 95% confidence level) by internal natural variability alone, except for relatively small areas of the southern Sierra (California region) and southern Rockies (lower Colorado River basin; Fig. 6a). The downward trends of the snow day fraction of wet days (Fig. 6b) also exhibit detectable signals for 42% of the grid cells over the mountainous western United States. The decline in SWE/Precip(ONDJFM) found in the observations, at 40% of the snow-dominated grid points, is also unlikely to be associated with natural variations alone in many regions (Fig. 6c). However, opposite changes in regions containing upward trends in SWE/Precip(ONDJFM) (e.g., southern Sierra Nevada and Utah) cannot be confidently distinguished from natural internal variability. Consistent with the warming and reduction in fraction of snowy days and SWE/Precip(ONDJFM), increases in JFM runoff fraction exceed those expected from natural variations alone over broad mountainous regions, at some 37% of the snow-dominated grid points, especially in the Columbia River basin (Fig. 6d). Changes in regions such as the southern Sierra Nevada (California region) and southern Rockies (Colorado River basin) cannot be distinguished confidently from natural variability. Notably, when we analyzed water-year runoff totals, historical trends were well within the distribution of natural variability as estimated from the control model run (not shown), so that the changes in JFM runoff fractions reflect seasonal timing shifts rather than overall increases in runoff. We have presented the results for JFM accumulated runoff as a fraction of water-year runoff here because JFM is the season in which there is the strongest temperature trend (Dettinger and Cayan 1995; Bonfils et al. 2008b). We also analyzed April–June (AMJ) runoff as a fraction of water-year runoff because AMJ runoff is important to water resources in the western United States. Widespread reductions of AMJ runoff

Case No. 1:20-cv-02484-MSK   Document 96   filed 05/06/21   USDC Colorado   pg 92 of 340



FIG. 4. (a) Observed trends in monthly average temperature, and (b) probabilities of observed trends in monthly average temperature being exceeded in control run trend distribution, for snow-affected regions.

fractions were found (not shown). However, there is more fraction-runoff variability in the spring season, and the changes found are not yet distinguishable from natural variability for the most part, except in scattered locales.

There is high spatial coherence in the meteorological and hydrological variables, which may overstate how widespread the statistically significant trends are (Livezey and Chen 1983) in Fig. 6. To estimate the sampling distribution of the percentage of the grid cells that could simultaneously show a statistically significant trend in the model control run, taking the observed spatial coherence into account, we have performed a Monte Carlo experiment based on resampling from the model control run, as described previously. The Monte Carlo–

derived value is noted for each hydroclimatic variable in parenthesis in the panel titles of Fig. 6. The 95th percentile limits are still much less than the observed fractions of grid cells exhibiting significant trends for each variable, indicating that more grid cells contain significant trends than would be expected by chance, even taking the spatial coherence into account (Fig. 6).

An important property of the changes depicted in Fig. 6 is that they depend on elevation. To illustrate the dependence of the changes on elevation, we computed the total number of observed grid cells showing significant trends for each elevation class. Results are shown in Fig. 7, where the gray regions indicate results not significantly different from the control run at the 95%



FIG. 5. Observational trends for the period 1950–99. (a) JFM average temperature, (b) snowy days as a fraction of wet days, (c) SWE/Precip(ONDJFM), and (d) JFM accumulated runoff as a fraction of water-year-accumulated runoff, for snow-affected regions.

level, based the Monte Carlo resampling. The gray regions include zero; the wideness of the sampling distribution, noted above, means that even finding *no* grid cells with a significant trend does not indicate a statistically significant *lack* of trends. For example, finding no grid points at all with a statistically significant *decrease* in temperature is still consistent with the control run. Consequently, all significant results presented here arise from a surfeit of trends, not a deficit of trends.

In Fig. 7, the solid triangles in the left-hand panel show the numbers of positive trends, and the solid squares in the right-hand panel show the number of negative trends. The JFM warming (Fig. 7b, left) is detectable at all elevations, but the very small number of downward trends is not inconsistent with natural variability (Fig. 7b, right). The fraction of cells exhibiting significant upward trends decreases monotonically with elevation. The decline of the snowy days as a



FIG. 6. As in Fig. 5, but for the probabilities of the observational trends (as shown in Fig. 5) being exceeded by trends from the model control run. Percentages are fractions of VIC grid cells significantly different from the control run at 95% confidence level, and percentages in parenthesis are what could occur as a result of randomness (obtained from the Monte Carlo resampling). (a) JFM average temperature, (b) snowy days as a fraction of wet days, (c) SWE/Precip(ONDJFM), and (d) JFM total runoff as a fraction of water-year total runoff, for snow-affected regions.

fraction of wet days from elevations near sea level up to 3000 m also exhibits a high tendency of being statistically significantly different from the distribution of trends from natural variations alone (Fig. 7c, right). Conversely, the grid cells with increasing trends—which show up mostly in small patches in the Rocky Mountains (e.g., see also Knowles et al. 2006)—are not inconsistent with natural variability (Fig. 7c, left). The

reduction in SWE/Precip(ONDJFM) is particularly detectable at the lower elevations, but it is also detectable at medium altitudes (below 3000 m; Fig. 7d, right). The grid cells with positive trends (Fig. 7d, left) for all elevation classes, and the highest grid cells with negative trends (higher than 3000 m), exhibit trends in numbers that could be expected because of natural variability. The upward trends in the JFM runoff fractions in the



FIG. 7. Accumulated number of grid cells as a fraction of total grid cells in each elevation class for snow-affected regions. (left) Solid triangles show the results with positive trends. (right) Solid squares show the results with negative trends. Solid circles show the total number of grid cells for each elevation class. Shaded regions indicate that results not significant from the control run at the 95% level (using the Monte Carlo resampling method). (a) JFM total precipitation as a fraction of water-year total precipitation, (b) JFM average temperature, (c) snowy days as a fraction of wet days, (d) SWE/Precip(ONDJFM), and (e) JFM total runoff as a fraction of water-year total runoff.

regions with elevation ranging between approximately 750 and 2500 m tend to be statistically significantly more common than the model-estimated natural trends (Fig. 7e, right); however, the downward trends for all elevation classes and the upward trends at lower altitudes (below 750 m), and higher altitudes (above 2750 m) are not statistically significant in numbers than those that would occur because of natural variability (Fig. 7e).

To parse the geographical distribution of trends still further, we divided the study domain into latitudinal bands 6.25° wide. We performed the same analysis as shown in Fig. 7, but for each latitudinal band. In general, the majority of significant trends are north of 36°, except for JFM average temperature and snowy days as a fraction of wet days (Fig. 8), which are present across the entire latitudinal range. Significant trends in SWE/Precip(ONDJFM) are only found north of 36°, and in that range, are present mostly at low and medium altitudes. Most of the significant JFM runoff fraction trends were found north of 42° and at altitudes between 500 and 2750 m (Fig. 8).

Figure 9 demonstrates another aspect of the hydrological changes—the number of grid cells that show significant trends, stratified by 1950–99 climatological spring average temperature classes (instead of elevation classes). In general, the results in terms of temperature should be opposite of the results in terms of elevation (as shown in Fig. 7) because temperatures decrease with altitude at the resolutions considered here. Nonetheless, we evaluated the trends in terms of temperature because temperatures also generally decrease with increasing latitude, so that neither altitudes nor latitudes alone could describe the complete relationships. Significant trends were nearly all found in locations having mean temperatures above $-4°C$. Interestingly, the changes for snowy days, SWE/Precip(ONDJFM), and runoff fractions are consistent with natural variability for cells where spring temperatures are below $-4°C$. The results support the findings of Knowles et al. (2006) that showed that regions at low-to-medium elevations with temperature near freezing are more likely to have a decrease in the fraction of precipitation falling as snow, and are also consistent with Mote et al. (2005), who found these elevations to have incurred unusual reductions in spring snowpack. JFM runoff fraction has trended most significantly at middle elevations—high enough to have significant snowmelt contributions but low enough so that temperatures are close to freezing during critical times. As noted above, decreasing trends in temperature and runoff, as well as the rare increasing trends in snowy days and SWE/Precip (ONDJFM), cannot be shown to be different from natural variability with this dataset. Also, we did not find precipitation

trends to be distinguishable from natural variability, except around 1500-m elevation and winter temperatures around $-4°C$ (Figs. 7a and 9a).

Thus hydrological trends driven by temperatures are the trends most distinguishable from natural variability. Figures 7 and 9 also show that changes in the sense a priori expected from warming conditions (e.g., a decrease of days with snowfall) are more prevalent than those in the opposite sense. Again, the changes in the JFM precipitation fraction at different temperature ranges are not beyond what could be expected because of internal natural variability, except in temperature class $-4°C$. Previous detection and attribution studies of regionally averaged variables (Barnett et al. 2008; Bonfils et al. 2008b; Pierce et al. 2008; Hidalgo et al. 2009) have successfully attributed the temperature trends and associated hydrologic responses, that we detect here at finescales, to forcing from greenhouse gases.

We also investigated the sensitivity of these results to the period analyzed. For example, the results from the JFM average temperature are shown in Fig. 10a. In this experiment we used three different analysis periods, all starting in 1950, to compute the observed trends: 30 yr (1950–79), 40 yr (1950–89) and 50 yr (1950–99). The results show that the longer periods contain more grid cells exhibiting a detectable warming trend (Fig. 10a, left). This is different from what is expected for natural variability in an equilibrated climate system, where the period of averaging will make no systematic difference to the fraction of grid cells deemed to have significant trends. Interestingly, the grid cells located at higher elevations (above approximately 1500 m) exhibit more detectable trends as the period increases in length. Also, the changes at the grid cells located at high elevations are not inconsistent with natural variability for the shorter period (1959–79; Fig. 10a, left). Two potential reasons can explain these results: increases in noise when trends are calculated over shorter periods, or the strength of the trend becomes stronger at the end of the period (which can occur if the climate responds to the slow-evolving anthropogenic forcing).

To investigate these possibilities, we reanalyzed the trends using a fixed period length of 30 yr but with three different starting years: 1950, 1960, and 1970 (Fig. 10, right). Starting in 1950, cells with warming that is greater than would be expected locally from the natural variability are all below 750-m elevation. Starting in 1960, grid cells with locally detectable warming are above 2250-m elevation, but the Monte Carlo resampling suggests that the numbers of trends seemingly distinguishable from natural variability are not, yet, any larger than might be expected from the spatially

FIG. 8. Grid cells, zoned according to latitude ($\theta$). (a) JFM average temperature, (b) snowy days as a fraction of wet days, (c) SWE/Precip(ONDJFM), and (d) JFM total runoff as a fraction of water year total runoff. The results for JFM average temperature and JFM runoff fractions are shown with significant (at 95% confidence level) positive trends (solid triangles). The results for snowy days as a fraction of wet days and SWE/Precip(ONDJFM) are shown with significant negative trends. Plus symbols depict trends that were not significant from those generated from control run using the Monte Carlo resampling method.



Fig. 9. Grid cells are categorized by MAM temperature for snow-affected regions. Solid circles show the total number of grid cells for each temperature class. Shaded regions indicate that results not significant from the control run at the 95% level (using the Monte Carlo resampling method). (a)–(e) Same as Fig. 7.





FIG. 10. Grid cells, by elevation, for different time intervals. Results for (left) three periods starting in 1950 with lengths of 30, 40, and 50 yr, and (right) three different 30-yr periods with starting years of 1950, 1960, and 1970. (a) JFM average temperature, (b) SWE/Precip(ONDJFM), and (c) JFM total runoff as a fraction of water-year total runoff. As before the magnitude of the observed trends are compared to those from an ensemble of segments of the control run having the same record length. The results for JFM average temperature and JFM runoff fractions are shown with significant (at 95% confidence level) positive trends, and the results for SWE/Precip(ONDJFM) are shown with significant negative trends. Unfilled symbols depict trends that were not significant from the control run using the Monte Carlo resampling method.

coherent natural-variability fields. Starting in 1970, though, cells above 2250-m elevation experienced a detectable warming (Fig. 10a, right). Thus the warming trends appear to have begun at lower elevations earlier than at higher elevations. Longer observational records also contributed to our growing ability to detect the long-term trends. Similar patterns were also found in the hydrological variables analyzed in this paper [SWE/

Precip(ONDJFM) and JFM runoff fractions; Figs. 10b and 10c], indicating the crucial role of the length of the time series in analyses such as this.

### c. Detection at catchment scale

In the real world, the hydroclimatic trends evaluated here are more likely to be addressed or observed at watershed-to-catchment scales than on the 12-km grid

used here. For example, runoff is measured and managed primarily as streamflow accumulated to the catchment scale rather than as a distributed runoff pattern. In light of the strong elevation dependence of the detectability of trends discussed above, it is natural to ask, How much of a catchment must lie within the critical elevation bands and yield runoff with detectable trends before the observations from the catchment as a whole are likely to show detectable trends? To address this question and in an attempt to develop some rules of thumb for where to expect detectability of unnatural trends thus far, in this section we analyze the relations between fractions of catchment areas with detectable trends and corresponding detectability of trends at the whole-catchment scale.

Trends in 66 catchments across the simulation domain of the western United States were analyzed (Fig. 1a). Hydroclimatic variables from all grid cells within a given catchment were averaged for the observed (or simulated using the observed meteorology) and control run data. The probabilities of any resulting trends of the catchment-averaged observed time series were then computed using the same procedure previously applied at the gridcell scale (described in section 3). The detectability of unnatural trends within each catchment-averaged series was then compared to the fractions of grid cells within that catchment that were locally detectably distinguishable from the control-run natural variability.

This analysis indicates that approximately 25% of the catchment area must have trended significantly (at 95% confidence level) before there are detectable changes (at 95% confidence level) in the catchment level for snowy days as a fraction of wet days and SWE/Precip (ONDJFM). Approximately 45% of the catchment area must have trended significantly before there are detectable trends in JFM runoff fractions at the catchment scale (Fig. 11). We believe that the reason for the higher threshold for catchment-scale detectability for runoff is that runoff fractions are noisier and that the most significant runoff trends are more restricted in space (at least as reflected by elevation bands, Fig. 7), so that catchment-scale significance may be challenged from both the higher and lower parts of catchment (unlike the other hydrological variables considered here).

Because we have found that certain elevation zones or average spring temperature bands are most likely to yield detectable trends (thus far), it would be useful to know whether the (known) fraction of a catchment area within these ranges dictates detectability at the catchment scale better than the area with locally "detectable" trends, which generally is not known a priori. Unfortunately, no clearly preferred mean spring temperature ranges or elevation ranges that characterize the

significant catchment were found, except with respect to JFM runoff fractions. Catchments with significant trends in JFM runoff fractions all have catchment-average spring temperatures between $-2°$ and $6°C$, and those catchments are located at the medium-elevation range (ranging approximately between 1400 and 2500 m). Fractions of catchment areas within such ranges, rather than catchment-average values, did not relate usefully to whole-catchment detectability.

## 5. Summary and conclusions

This study has used a finescale ($1/8°$ latitude $\times$ $1/8°$ longitude) analysis of meteorological and hydrological variables to investigate the structure of observed trends from 1950–99 in some key hydrologically relevant measures across the western United States. Combined with estimates of natural variability from an 850-yr GCM control simulation, observations were evaluated to determine which elevations and locations have experienced trends that are unlikely to be derived entirely from internal natural climatic variations. The VIC hydrologic model was used to simulate the surface hydrological variables, both during the observational period (when driven by observed meteorology) and from the global climate models (when driven by downscaled model fields). Using key hydrologic measures—including JFM temperature, fraction of days with snow, SWE/Precip(ONDJFM), and JFM runoff fractions—we find that the observed winter temperature and each of the hydrologic measures have undergone significant trends over considerable parts (37%–89%) of the snow-dominated western United States (Fig. 6). These trends are not likely to have resulted from natural variability alone, as gauged from the distribution of trends produced from the long control simulation. In a relatively large portion of the Columbia River and to a lesser extend in the California Sierra Nevada and in the Colorado River basin, trends in snow accumulation and runoff timing across many middle altitudes are unlikely to have been caused by natural variations alone (Fig. 7). These trends are caused by the warming of regions with mean spring temperature close to freezing. The majority of the significant trends for SWE/Precip(ONDJFM) and JFM runoff as a fraction of water-year runoff occur north of 36°.

In all cases, the significant changes occurred in a direction consistent with the sign of the changes associated with warming, for example, JFM average temperature increases, days with snowfall decreases, snowpack decreases, and JFM runoff increases. Reinforcing this result is that trends that occurred in the opposite direction are no more frequent than would be expected from spatially coherent natural variability.



FIG. 11. Effect of areal size of signal in revealing a significant trend over the entire catchment. Ordinate, aggregate over a catchment, the probability that observed trends are different from those from the control run. Abscissa, the percentage of grid points within a catchment having observed trends significantly (at 95% confidence level) greater than those from control run trends. (a) JFM average temperature, (b) snowy days as a fraction of wet days, (c) SWE/Precip(ONDJFM), and (d) JFM total runoff as a fraction of water-year total runoff. Squares, triangles, and circles show the results for the catchments located in CL, CO, and CA (as shown in Fig. 1a), respectively. Symbols within shaded region indicate that the observed trends (at the catchment scale) are different from the model control run trends distribution at the 95% confidence level.

For SWE and JFM runoff fractions that we have evaluated here, good observational datasets do not exist for the spatial scales we considered. We have used the VIC hydrologic model forced by observed meteorological conditions to simulate these variables, a limitation of this study that should be kept in mind. Though the VIC model performance has been evaluated for the domain of interest for a number of variables (Maurer et al. 2002; Mote et al. 2005), there could be uncertainties arising from several factors, including the lack of ability to simulate accurate observed trend or uncertainties in the preparation of the gridded forcing dataset (particularly in the mountains as a result of fewer stations available for the interpolation); that is, there may be some biases due to specific stations used to construct the gridded meteorological dataset.

Experiments that considered different start and end points of the 1950–99 interval suggest that significant warming and associated hydrological trends, not explained by natural variations, have begun earlier at lower elevations than at higher elevations. Longer observational records contribute a growing ability to detect the trends.

We also analyzed the finescale data in snow-influenced catchments across the western United States. To find a detectable trend (at 95% confidence level) at the catchment scale, at least 25% of the total catchment area must have trended significantly for snowy days as a fraction of wet days and SWE/Precip(ONDJFM) but at least 45% of the area for JFM runoff fractions (Fig. 11). These thresholds provide a context to understand the behavior observed in the major tributaries of the

TABLE 1. Areas with significant changes (at 95% confidence level) as a percentage of total area in three major tributaries areas of the western United States (as shown in Fig. 1b) for four climate variables.

| | DL | LF | SN |
|---|---|---|---|
| JFM average temperature | 88.7 | 85.3 | 63.3 |
| Snowy days as a fraction of wet days | 35.6 | 48.1 | 22.3 |
| SWE/Precip(ONDJFM) | 24.8 | 8.5 | 15.2 |
| JFM runoff total as a fraction of water-year runoff total | 25.6 | 2.9 | 5.5 |

western United States, Columbia at The Dalles, Colorado at the Lees Ferry and the California Sierra Nevada (used in Barnett et al. 2008; Hidalgo et al. 2009), as well as many smaller river basins. Among the three major tributaries analyzed there, the Columbia contains the largest percentage area with significant decreasing trends for 1 April SWE/Precip(ONDJFM) and for the increasing fraction of annual runoff in JFM, as shown in Table 1. Although the portion of the Sierra Nevada and Colorado with significant trends in these measures is 15%, or less, those in the Columbia exceed 25%. Stronger signatures observed in the Columbia basin are quite clearly a reflection of the greater proportion of low-to-middle elevations and, in association, a preponderance of late-winter and early-spring temperatures in the sensitive $-2°C$ to $+4°C$ category. Lower-to-middle altitudes (near sea level to nearly 3000 m) of California showed the second highest percentage area exhibiting significant trends, but these signals are diluted by the much larger number of grid cells that are located in an elevational environment where warming has not been great enough to produce a significant effect. Warming of a few degrees in the higher altitudes, above 3000 m, where the temperature is currently much below the freezing point in winter is not sufficient yet to produce detectable changes.

In addition to conducting climate detection on a very fine scale the present study differs from most previous trend significance studies, in which a more traditional significance test (parametric or nonparametric) is performed to assess whether or not an observed trend is significantly different from zero. Naturally occurring climate phenomena, such as the Pacific decadal oscillation, can give statistically significant trends over long periods, so the presence of nonzero trends is not necessarily inconsistent with the hypothesis that the trends are caused by natural variability. Instead we used long model control simulations to quantify the trends in our variables likely to arise from natural internal climate variability and compared the observed trends to those.

The present study describes hydrologic changes over the last five decades (1950–99), at fine scales (~12 km)

over the western United States, that rise above the level expected if these changes resulted solely from natural variability. Although this study establishes the detectability of these changes, we did not conduct experiments to attribute these changes to particular external forcings; that is, we have performed the first step of the "joint attribution" as outlined in the IPCC Fourth Assessment Report (Rosenzweig et al. 2007). However, given the conclusions of Barnett et al. (2008), Bonfils et al. (2008b), Pierce et al. (2008), and Hidalgo et al. (2009) using the same domain but at a much larger spatial scale (nine regions over the western United States), we can reasonably predict that the origin of a substantial portion of the trends is anthropogenic warming. If this warming continues into future decades as projected by climate models, there will be serious implications for the hydrological cycle and water supplies of the western United States. The present results usefully bring the results of regional-scale detection and attribution down to scales needed for water management, studies of ecosystem diversity, and anticipation of wildfires.

*Acknowledgments.* We thank two anonymous reviewers and Guido Salvucci, editor for the *Journal of Hydrometeorology*, for their constructive suggestions. This work was supported by the Lawrence Livermore National Laboratory through a LDRD grant to the Scripps Institution of Oceanography (SIO) via the San Diego Supercomputer Center for the LUCiD project. The USGS provided salary support for MD and DC. The Scripps Institution of Oceanography and the California Energy Change Center, provided partial salary support for DC, DP, and HH. The NOAA RISA Program provided partial salary support for DC, Mary Tyree, and Jennifer Johns at SIO. The Program for Climate Model Diagnosis and Intercomparison (PCMDI) supported CB and GB (the former via a DOE Distinguished Scientist Fellowship awarded to B. Santer). TD was partially supported by a CALFED Bay-Delta Program–funded postdoctoral fellowship grant. We thank Andrew W. Wood, Alan Hamlet, Dennis Lettenmaier at the University of Washington, and Edwin P. Maurer at Santa Clara University for sharing VIC and VIC input data. The authors thank Mary Tyree for her support in processing some of the data. We thank Jennifer Johns for her comments on the initial version of the manuscript.

REFERENCES

Anderson, T. W., and D. A. Darling, 1952: Asymptotic theory of certain 'goodness-of-fit' criteria based on stochastic processes. *Ann. Math. Stat.,* **23,** 193–212.

Bala, G., and Coauthors, 2008a: Evaluation of a CCSM3 simulation with a finite volume dynamical core for the atmosphere at 1° latitude × 1.25° longitude resolution. *J. Climate,* **21,** 1467–1486.

——, R. B. Rood, D. Bader, A. Mirin, D. Ivanova, and C. Drui, 2008b: Simulated climate near steep topography: Sensitivity to numerical methods for atmospheric transport. *Geophys. Res. Lett.,* **35,** L14807, doi:10.1029/2008GL033204.

Barnett, T. P., D. W. Pierce, and R. Schnur, 2001: Detection of anthropogenic climate change in the world's oceans. *Science,* **292,** 270–274.

——, R. Malone, W. Pennell, D. Stammer, A. Semtner, and W. Washington, 2004: The effects of climate change on water resources in the west: Introduction and overview. *Climatic Change,* **62,** 1–11.

——, and Coauthors, 2008: Human-induced changes in the hydrology of the western United States. *Science,* **319,** 1080–1083, doi:10.1126/science.1152538.

Bonfils, P., Duffy, B. Santer, T. Wigley, D. B. Lobell, T. J. Phillips, and C. Doutriaux, 2008a: Identification of external influences on temperatures in California. *Climatic Change,* **87,** 43–55.

——, and Coauthors, 2008b: Detection and attribution of temperature changes in the mountainous western United States. *J. Climate,* **21,** 6404–6424.

Cayan, D. R., S. A. Kammerdiener, M. D. Dettinger. J. M. Caprio, and D. H. Peterson, 2001: Changes in the onset of spring in the western United States. *Bull. Amer. Meteor. Soc.,* **82,** 399–415.

——, A. L. Luers, G. Franco, M. Hanemann, B. Croes, and E. Vine, 2008a: Overview of the California climate change scenarios project. *Climatic Change,* **87** (Suppl. 1), 1–6, doi:10.1007/s10584-007-9352-2.

——, E. P. Maurer, M. D. Dettinger, M. Tyree, and K. Hayhoe, 2008b: Climate change scenarios for the California region. *Climatic Change,* **87** (Suppl. 1), 21–42, doi:10.1007/s10584-007-9377-6.

Christensen, N. S., and D. P. Lettenmaier, 2007: A multimodel ensemble approach to assessment of climate change impacts on the hydrology and water resources of the Colorado River Basin. *Hydrol. Earth Syst. Sci.,* **11,** 1417–1434.

——, A. W. Wood, N. Voisin, D. P. Lettenmaier, and R. N. Palmer, 2004: The effects of climate change on the hydrology and water resources of the Colorado River basin. *Climatic Change,* **62,** 337–363.

Collins, W. D., and Coauthors, 2006: The Community Climate System Model Version 3 (CCSM3). *J. Climate,* **19,** 2122–2143.

Daly, C., R. P. Neilson, and D. L. Phillips, 1994: A statistical-topographic model for mapping climatological precipitation over mountainous terrain. *J. Appl. Meteor.,* **33,** 140–158.

Dettinger, M. D., and D. R. Cayan, 1995: Large-scale atmospheric forcing of recent trends toward early snowmelt runoff in California. *J. Climate,* **8,** 606–623.

——, ——, M. K. Meyer, and A. E. Jeton, 2004: Simulated hydrologic responses to climate variations and change in the Merced, Carson, and American River basins, Sierra Nevada, California, 1900–2099. *Climatic Change,* **62,** 283–317.

Easterling, D. R., T. R. Karl, E. H. Mason, P. Y. Hughes, D. P. Bowman, R. C. Daniels, and T. A. Boden, 1996: United States Historical Climatology Network (U.S. HCN) monthly temperature and precipitation data. ORNL/CDIAC-87, NDP-019/R3, Carbon Dioxide Information Analysis Center, 280 pp.

Groisman, P. Ya., R. W. Knight, T. R. Karl, D. R. Easterling, B. Sun, and J. H. Lawrimore, 2004: Contemporary changes of the hydrological cycle over the contiguous United States: Trends derived from in situ observations. *J. Hydrometeor.,* **5,** 64–85.

Hamlet, A. F., and D. P. Lettenmaier, 1999: Effects of climate change on hydrology and water resources in the Columbia River basin. *J. Amer. Water Resour. Assoc.,* **35,** 1597–1623.

——, and ——, 2005: Production of temporally consistent gridded precipitation and temperature fields for the continental United States. *J. Hydrometeor.,* **6,** 330–336.

——, P. W. Mote, M. P. Clark, and D. P. Lettenmaier, 2005: Effects of temperature and precipitation variability on snowpack trends in the western United States. *J. Climate,* **18,** 4545–4561.

——, ——, ——, and ——, 2007: Twentieth-century trends in runoff, evapotranspiration, and soil moisture in the western United States. *J. Climate,* **20,** 1468–1486.

Hegerl, G. C., H. von Storch, K. Hasselmann, B. D. Santer, U. Cubasch, and P. D. Jones, 1996: Detecting greenhouse-gas-induced climate change with an optimal fingerprint method. *J. Climate,* **9,** 2281–2306.

——, K. Hasselmann, U. Cubasch, J. F. B. Mitchell, E. Roeckner, R. Voss, and J. Waszkewitz, 1997: Multi-fingerprint detection and attribution of greenhouse-gas and aerosol-forced climate change. *Climate Dyn.,* **13,** 613–634.

Hidalgo, H. G., M. D. Dettinger, and D. R. Cayan, 2008: Downscaling with constructed analogues: Daily precipitation and temperature fields over the United States. California Energy Commission, CEC-500-2007-123, 62 pp. [Available online at http://www.energy.ca.gov/2007publications/CEC-500-2007-123/CEC-500-2007-123.PDF.]

——, and Coauthors, 2009: Detection and attribution of streamflow timing changes to climate change in the western United States. *J. Climate,* **22,** 3838–3855.

Kalnay, E., and Coauthors, 1996: The NCEP/NCAR 40-Year Reanalysis Project. *Bull. Amer. Meteor. Soc.,* **77,** 437–471.

Karoly, D. J., and Q. Wu, 2005: Detection of regional surface temperature trends. *J. Climate,* **18,** 4337–4343.

——, K. Braganza, P. A. Stott, J. M. Arblaster, G. A. Meehl, A. J. Broccoli, and D. W. Dixon, 2003: Detection of a human influence on North American climate. *Science,* **302,** 1200–1203.

Kimball, J. S., S. W. Running, and R. Nemani, 1997: An improved method for estimating surface humidity from daily minimum temperature. *Agric. For. Meteor.,* **85,** 87–98.

Knowles, N., and D. R. Cayan, 2004: Elevational dependence of projected hydrologic changes in the San Francisco Estuary and Watershed. *Climatic Change,* **62,** 319–336.

——, M. D. Dettinger, and D. R. Cayan, 2006: Trends in snowfall versus rainfall for the western United States. *J. Climate,* **19,** 4545–4559.

Knutson, T. R., T. L. Delworth, K. W. Dixon, and R. J. Stouffer, 1999: Model assessment of regional surface temperature trends (1949–1997). *J. Geophys. Res.,* **104** (D24), 30 981–30 996.

Lettenmaier, D. P., and T. Y. Gan, 1990: Hydrologic sensitivities of the Sacramento–San Joaquin River Basin, California, to global warming. *Water Resour. Res.,* **26,** 69–86.

Liang, X., D. P. Lettenmaier, E. F. Wood, and S. J. Burges, 1994: A simple hydrologically based model of land surface water and energy fluxes for GSMs. *J. Geophys. Res.,* **99** (D7), 14 415–14 428.

——, E. F. Wood, and D. P. Lettenmaier, 1996: Surface soil moisture parameterization of the VIC-2L model: Evaluation and modification. *Global Planet. Change,* **13,** 195–206.

Livezey, R. E., and W. Y. Chen, 1983: Statistical field significance and its determination by Monte Carlo techniques. *Mon. Wea. Rev.,* **111,** 46–59.

Mantua, N. J., S. R. Hare, Y. Zhang, J. M. Wallace, and R. C. Francis, 1997: A Pacific decadal climate oscillation with impacts on salmon. *Bull. Amer. Meteor. Soc.,* **78,** 1069–1079.

Maurer, E. P., and H. G. Hidalgo, 2008: Utility of daily vs. monthly large-scale climate data: An intercomparison of two statistical downscaling methods. *Hydrol. Earth Syst. Sci.,* **12,** 551–563.

——, A. W. Wood, J. C. Adam, D. P. Lettenmaier, and B. Nijssen, 2002: A long-term hydrologically based data set of land surface fluxes and states for the conterminous United States. *J. Climate,* **15,** 3237–3251.

——, I. T. Stewart, C. Bonfils, P. B. Duffy, and D. R. Cayan, 2007: Detection, attribution, and sensitivity of trends toward earlier streamflow in the Sierra Nevada. *J. Geophys. Res.,* **112,** D11118, doi:10.1029/2006JD008088.

Meehl, G. A., A. Hu, and B. D. Santer, 2009: The mid-1970s climate shift in the Pacific and the relative roles of forced versus inherent decadal variability. *J. Climate,* **22,** 780–792.

Mitchell, K. E., and Coauthors, 1999: GCIP Land Data Assimilation (LDAS) project now underway. *GEWEX Newsletter,* Vol. 9, No. 4, International GEWEX Project Office, Silver Spring, MD, 3–6.

Mote, P. W., 2003: Trends in snow water equivalent in the Pacific Northwest and their climatic causes. *Geophys. Res. Lett.,* **30,** 1601, doi:10.1029/2003GL017258.

——, 2006: Climate-driven variability and trends in mountain snowpack in western North America. *J. Climate,* **19,** 6209–6220.

——, A. F. Hamlet, M. P. Clark, and D. P. Lettenmaier, 2005: Declining mountain snowpack in western North America. *Bull. Amer. Meteor. Soc.,* **86,** 39–49.

——, and E. Salathé, 2008: Has spring snowpack declined in the Washington Cascades? *Hydrol. Earth Syst. Sci.,* **12,** 193–206.

Myneni, R. B., R. R. Nemani, and S. W. Running, 1997: Estimation of global leaf area index and absorbed PAR using radiative transfer models. *IEEE Trans. Geosci. Remote Sens.,* **35,** 1380–1393.

Nijssen, B., G. M. O'Donnell, D. P. Lettenmaier, D. Lohmann, and E. F. Wood, 2001: Predicting the discharge of global rivers. *J. Climate,* **14,** 3307–3323.

Pan, M., and Coauthors, 2003: Snow process modeling in the North American Land Data Assimilation System (NLDAS): 2. Evaluation of model simulated snow water equivalent. *J. Geophys. Res.,* **108** (D22), 8850, doi:10.1029/2003JD003994.

Pierce, D. W., and Coauthors, 2008: Attribution of declining western U.S. snowpack to human effects. *J. Climate,* **21,** 6425–6444.

Regonda, S. K., B. Rajagopalan, M. Clark, and J. Pitlick, 2005: Seasonal cycle shifts in hydroclimatology over the western United States. *J. Climate,* **18,** 372–384.

Rosenzweig, C., and Coauthors, 2007: Assessment of observed changes and responses in natural and managed systems. *Climate Change 2007: Impacts, Adaptation, and Vulnerability,* M. L. Parry et al., Eds., Cambridge University Press, 79–131

Santer, B. D., and Coauthors, 2007: Identification of human-induced changes in atmospheric moisture content. *Proc. Natl. Acad. Sci.,* **104,** 15 248–15 253.

Sheffield, J., and E. F. Wood, 2007: Characteristics of global and regional drought, 1950–2000: Analysis of soil moisture data from off-line simulation of the terrestrial hydrologic cycle. *J. Geophys. Res.,* **112,** D17115, doi:10.1029/2006JD008288.

——, G. Goteti, F. Wen, and E. F. Wood, 2004: A simulated soil moisture based drought analysis for the United States. *J. Geophys. Res.,* **109** (D24), D24108, doi:10.1029/2004JD005182.

Stewart, I. T., D. R. Cayan, and M. D. Dettinger, 2005: Changes toward earlier streamflow timing across western North America. *J. Climate,* **18,** 1136–1155.

The International Ad Hoc Detection and Attribution Group, 2005: Detecting and attributing external influences on the climate system: A review of recent advances. *J. Climate,* **18,** 1291–1314.

Thornton, P. E., and S. W. Running, 1999: An improved algorithm for estimating incident daily solar radiation from measurements of temperature, humidity, and precipitation. *Agric. For. Meteor.,* **93,** 211–228.

Wood, A. W., L. R. Leung, V. Sridhar, and D. P. Lettenmaier, 2004: Hydrologic implications of dynamical and statistical approaches to downscaling climate model outputs. *Climatic Change,* **62,** 189–216.

Wood, E. F., D. P. Lettenmaier, and V. G. Zartarian, 1992: A land-surface hydrology parameterization with subgrid variability for general circulation models. *J. Geophys. Res.,* **97,** 2717–2728.

Zhang, X. B., F. W. Zwiers, G. C. Hegerl, F. H. Lambert, N. P. Gillett, S. Solomon, P. A. Stott, and T. Nozawa, 2007: Detection of human influence on twentieth-century precipitation trends. *Nature,* **448,** 461–465.

Zwiers, F. W., and X. Zhang, 2003: Toward regional-scale climate change detection. *J. Climate,* **16,** 793–797.

Case No. 1:20-cv-02484-MSK   Document 96   filed 05/06/21   USDC Colorado   pg 105 of 340

GEOPHYSICAL RESEARCH LETTERS, VOL. 38, L23403, doi:10.1029/2011GL049660, 2011

# The importance of warm season warming to western U.S. streamflow changes

Tapash Das,[1,2] David W. Pierce,[1] Daniel R. Cayan,[1,3] Julie A. Vano,[4] and Dennis P. Lettenmaier[4]

Received 15 September 2011; revised 1 November 2011; accepted 2 November 2011; published 15 December 2011.

[1]   Warm season climate warming will be a key driver of annual streamflow changes in four major river basins of the western U.S., as shown by hydrological model simulations using fixed precipitation and idealized seasonal temperature changes based on climate projections with SRES A2 forcing. Warm season (April–September) warming reduces streamflow throughout the year; streamflow declines both immediately and in the subsequent cool season. Cool season (October–March) warming, by contrast, increases streamflow immediately, partially compensating for streamflow reductions during the subsequent warm season. A uniform warm season warming of 3°C drives a wide range of annual flow declines across the basins: 13.3%, 7.2%, 1.8%, and 3.6% in the Colorado, Columbia, Northern and Southern Sierra basins, respectively. The same warming applied during the cool season gives annual declines of only 3.5%, 1.7%, 2.1%, and 3.1%, respectively. **Citation:** Das, T., D. W. Pierce, D. R. Cayan, J. A. Vano, and D. P. Lettenmaier (2011), The importance of warm season warming to western U.S. streamflow changes, *Geophys. Res. Lett.*, 38, L23403, doi:10.1029/2011GL049660.

## 1.   Introduction

[2]   Much of the western U.S. is dependent on mountain runoff as a primary supply of water for agriculture, industry, and growing urban populations. Streamflow is likely to decline over much of the region, especially the Southwest, due to anthropogenic climate change [*Milly et al.*, 2005; *Seager et al.*, 2007; *Christensen and Lettenmaier*, 2007; *Cayan et al.*, 2010]. In some of the region, one mechanism driving this prospective decline is a projected reduction in precipitation due to altered atmospheric circulation. The other major impact arises through the response of land surface processes to climate warming, in particular through changes in evapotranspiration (ET) and sublimation from snow. Land surface processes are the focus of this work.

[3]   Previous authors have documented declining annual streamflow in the Pacific Northwest [*Luce and Holden*, 2009] and a shift towards earlier runoff in the western U.S. in observations and climate change simulations [e.g., *Hayhoe et al.*, 2004; *Stewart et al.*, 2005; *Hidalgo et al.*, 2009; *Kim*

*and Jain*, 2010]. Those studies have generally used combined changes in temperature ($T$) and precipitation ($P$), which complicates identification of the seasonal response in the $T$-driven signal. The effects of $T$ and $P$ trends on snowpack were considered separately by *Hamlet et al.* [2005], but they did not examine winter vs. summer changes. Additionally, these earlier works have explored how streamflow changes with realistic year-round warming, but have not determined the response of the land surface to warming in different seasons.

[4]   If precipitation is fixed and changes in local storage are small, only changes in evaporation or transpiration from plants can change yearly-averaged streamflow. Increased evaporation can drive increased local or regional precipitation that partially mitigates the drying effects of the evaporation, an effect often called "recycling". Traditional estimates of recycling suggest only 3–10% of the precipitation over the western U.S. originates as local evaporation [*Trenberth*, 1998], but moisture budgets suggest higher values [*Anderson et al.*, 2009]. We do not consider moisture recycling, so our results are an upper limit to changes in runoff (see also section 4).

[5]   Runoff depends on interacting processes that vary with season, such as snow accumulation in winter, melting in spring, and high evaporative demand in summer. Most water in the western U.S. is delivered to stream channels during the cool season. However, our results show that summer warming affects annual streamflow the most: there is a seasonal asymmetry in the response of streamflow to warming. This asymmetry could be of practical importance, since most global climate models project more summer than winter warming in the western U.S. [e.g., *Hayhoe et al.*, 2004].

## 2.   Methods

### 2.1.   Study Area and Data

[6]   The study area consists of four regionally important river basins: a) the Upper Colorado; b) the Columbia; c) California's Northern Sierra Nevada; d) California's Southern Sierra Nevada (Figure S1 in Text S1 in the auxiliary material).[1] Geographical and climatic conditions of the basins are shown in Table S1 in Text S1.

[7]   Daily gridded observations of precipitation, maximum daily temperature ($Tmax$), minimum temperature ($Tmin$), and wind speed over the period 1915–2003 at 1/8 degree latitude by longitude spatial resolution across the western U.S. [*Hamlet and Lettenmaier*, 2005] were used to drive the Variable Infiltration Capacity (VIC) hydrological model

---

[1]Division of Climate, Atmospheric Sciences, and Physical Oceanography, Scripps Institution of Oceanography, University of California San Diego, La Jolla, California, USA.
[2]Now at CH2MHILL, San Diego, California, USA.
[3]U.S. Geological Survey, La Jolla, California, USA.
[4]Department of Civil Engineering, University of Washington, Seattle, Washington, USA.

Copyright 2011 by the American Geophysical Union.
0094-8276/11/2011GL049660

[1]Auxiliary materials are available in the HTML. doi:10.1029/2011GL049660.



**Figure 1.** (a) Change in annual streamflow (%) obtained when the temperature in the indicated month is increased by 1°C. (b) Monthly temperature change (2050–2099 average minus 1950–1999 average) projected by an ensemble of 16 global climate models using the SRES A2 climate change scenario and statistical downscaling [*Maurer et al.*, 2007]. Values are averaged over the Colorado, Columbia, North and South Sierra basins.

[*Liang et al.*, 1994; *Cherkauer et al.*, 2003]. Details of the forcing are given in section S2 of Text S1. Humidity and downward solar and longwave radiation are estimated using the algorithms of *Kimball et al.* [1997] and *Thornton and Running* [1999], which are based on the daily temperature range and daily average temperature, respectively, as described by *Maurer et al.* [2002].

[8] Future temperature changes across the western U.S. are based on the average of 16 statistically downscaled global climate model projections using the SRES A2 emissions scenario, obtained from http://www.engr.scu.edu/~emaurer/data.shtml [*Maurer et al.*, 2007].

### 2.2. Models and Analysis

[9] The VIC model was applied over the four basins on a 1/8 × 1/8 degree grid [*Barnett et al.*, 2008]. Up to 11 different vegetation classes were allowed in each cell. We assumed that movement of the tree line will lag climate warming by some decades, and so kept vegetation geographically fixed (although parameters such as the leaf area index vary monthly). A sensitivity experiment showed that future streamflow declines are greater when the tree line is allowed to migrate to higher elevations with warming, in which case the increased tree cover leads to greater transpiration losses. Runoff is routed [*Lohmann et al.*, 1996] to simulate streamflow in the four river basins. Further model details are given in section S3 of Text S1.

[10] Different land-surface models produce different runoff given the same forcing [e.g., *Henderson-Sellers et al.*, 1993]. Also, different parameterizations of potential evapotranspiration (PET; the ET that would arise with no water limitations) respond differently to warming [*Kingston et al.*, 2009]. Because of this, results from any one model are uncertain. However, we use VIC because 1) it is computationally efficient; 2) it reproduces observed streamflow over

the western U.S. quite well when driven by observed meteorological forcing [e.g., *Hidalgo et al.*, 2009; *Hamlet et al.*, 2005]; 3) it uses the Penman-Montieth formulation of PET, a physically based method well-suited to a range of climates [*Allen et al.*, 1998]; 4) it represents the vapor pressure feedback (closing plant stomata under dry conditions), which is important for the land surface water balance [*Koster and Milly*, 1997].

[11] When forced with observed $P$, $T_{max}$ and $T_{min}$ over the period 1915–2002, VIC simulated flow compares well with observations, reproducing the strong seasonality (Figure S3 in Text S1), runoff efficiency (Figure S4 in Text S1), and substantial interannual-decadal variability observed in each basin. The difference between modeled and observed (naturalized) mean annual flow is 0.2%, 3.0%, 12%, and −1.2% in the Colorado, Columbia, northern and southern Sierra, respectively, while the correlation between the annual time series of simulated and observed flow is 0.93, 0.87, 0.91, and 0.97 in the same basins. The RMS error in the annual-mean time series, expressed as a percent of the observed mean annual flow, is 11%, 9.5%, 19.5%, and 12.2%, respectively. In sum, VIC provides both a credible first look at the problem and a benchmark for later studies using other models.

[12] In our warming experiments we offset daily temperatures by a constant, leaving downward solar radiation unchanged. This allows us to isolate the effects of warming while imposing daily $P$ and $T$ sequences that are reasonably realistic. VIC determines the form of $P$ (rain or snow) based on $T$, so the appropriate phase is always applied.

## 3. Results

[13] To examine the sensitivity of streamflow to warming at different times of the year, we performed 12 experiments where $T_{min}$ and $T_{max}$ were increased 1°C in just one month of the year (Jan, Feb, ..., Dec). Water storage in the soil and snowpack impart memory to the system, so we calculated changes in annual streamflow even though the temperature perturbations are confined to one month.

[14] Annual streamflow decreases for a single month's warming are shown in Figure 1a as a function of the month warming is applied. Three of the four basins are more sensitive to warm season warming than to cool season warming. The Colorado River is especially sensitive, with annual streamflow declines in response to a single summer month's 1°C warming of 1.2%, vs. 0.1% for a winter month's 1°C warming. The Northern and Southern Sierra Nevada are the least sensitive (peak streamflow decreases of 0.3%) and show less asymmetry in response to summer vs. winter warming. The Columbia River falls between, with declines in annual streamflow of about 0.6% for a summer month's warming, and near zero for winter warming.

[15] Figure 2 shows the simulated monthly changes in actual (as contrasted with potential) evapotranspiration (AET), runoff, and soil moisture from experiments with 1°C warming applied in January (top row of Figure 2), April, July, and October (bottom row). For brevity, only the Colorado River results are shown. The time evolution of the anomalies depends greatly on which month the warming is applied. In some cases, for example AET and runoff with July and October warming, there is a delayed response the following summer. This shows there is "memory" in the



**Figure 2.** (a) Climatological change in actual evapotranspiration (AET, mm/day), (b) runoff (mm/day), and (c) soil moisture (mm) over the 12-month period following a single month of 1°C warming applied uniformly over the Colorado River basin in the month indicated.

system that resides primarily in the soil moisture (Figure 2c); January warming increases soil moisture as snow melts and precipitation shifts to rain, but the effects drop nearly to zero after two months. Summer warming, in contrast, results in an immediate increase in AET which imparts a soil moisture deficit that persists through the winter into the following summer. In such a case there has been a net loss of water from the land surface, which becomes more arid as a result, despite the fact that $P$ is held constant.

### 3.1. Year-Round Warming

[16] The single-month warming experiments are useful in diagnosing the response of the hydrological system, but anthropogenic climate warming will almost certainly be experienced in all months. Figure 1b shows that the yearly averaged warming is likely to be at least 3° C in all the basins examined here by late in the current century. We consider the yearly-averaged warming case first, then explore the additional effects of the greater summer than winter warming in section 3.3.

[17] An asymmetry in seasonal streamflow response is still present when a 3°C uniform year-round warming is applied (Figure 3a). All basins exhibit a comparable reduction in warm season streamflow: −14.6%, −11.8%, −11.0%, and −14.3% in the Colorado, Columbia, northern and southern Sierra, respectively. Yet annual streamflow reductions vary by a factor of four: −16.1%, −8.4%, −3.9%, and −6.4% in the same basins. Thus, inter-basin differences in annual response must be determined largely by the disparity in cool season streamflow changes, which range from −1.5% (Colorado) to +7.9% (southern Sierra).

[18] Even with fixed precipitation, warming increases the liquid water input (LWI, the sum of rainfall and snow melt) to the surface during the cool season by changing the rain/snow mix and causing earlier snow melt. The difference in both the quantity and disposition of extra LWI accounts for the differences in cool season streamflow, and hence annual streamflow between basins. The difference in quantity between basins is well understood; 1 degree of warming in the higher, colder basins results in less transition from snow to rain and less snowpack crossing the melting point. However the disposition of that extra LWI also matters, and varies widely across basins. In the Northern Sierra, 41% of

the extra LWI in winter due to warming runs off that same winter, largely offsetting the severe warm season drying in the annual average. The comparable figures for the Southern Sierra and Columbia basins are 25% and 16%, respectively. In the Colorado basin, systematically more arid conditions, even during winter, lead to only 2% of the extra LWI input during winter running off that same winter; the severe summer declines in streamflow are little compensated by increased winter streamflow, and the annual average decline in streamflow is greatest of the four basins.



**Figure 3.** Changes in streamflow (%) in the annual, warm (April–September), and cool (October–March) season averages, for: (a) uniform 3°C year-round warming; (b) 3°C warming in the warm season only; (c) 3°C of warming in the cool season only. All values are given as percent of the annually averaged flow in the historical climate control run, so that the annual change is the sum of the warm and cool season changes. X axis tic interval is 5%.

## 3.2. Warm Versus Cool-Season Warming

[19] The different behavior by season is even more clearly seen when 3°C of warming is applied only during the warm or cool season, an idealized experiment that probes the hydrological effects of warming. Consider the response to either warm-only or cool-only season warming in the annual mean streamflow (black bars of Figures 3b and 3c). Warm-season warming reduces annual streamflow far more in the Colorado and Columbia Rivers than does cool season warming.

[20] Figure 3 also shows a profound difference between the seasonal contributions to the annual flow reduction. For warm season-only warming (Figure 3b), streamflow is reduced in both the season the warming is applied and in the subsequent cool season. The annual streamflow reduction is therefore larger than in either season separately. By contrast, with cool season-only warming (Figure 3c), streamflow increases during the cool season, but decreases during the subsequent warm season. The contemporaneous increase in streamflow and the subsequent decrease in streamflow partially compensate. The response to year-round warming (Figure 3a) is approximately the sum of the responses to warm-only and cool-only season warming applied separately (Figures 3b and 3c).

## 3.3. Projections of Future Warming

[21] Downscaled projections from 16 climate models using SRES A2 forcing [*Maurer et al.*, 2007] consistently exhibit more summer warming than winter in this region (Figure 1b). The greatest summer/winter asymmetry is found in the Columbia basin, with about 3°C warming in winter averaged over models but nearly 5°C in summer. The other basins show a pronounced seasonal asymmetry as well. Although the experiments described above with constant year-round warming of 3°C are reasonably consistent with the climate model projections, the climate model results can be more closely approximated by applying more warming in the warm season than in the cool season. To see what effect this has, we compare a "uniform experiment" (with 3°C year-round warming) to an "asymmetric experiment" with 2°C of cool season warming and 4°C of warm season warming (yielding the same annual warming). We find that Colorado River streamflow declines 16.0% in the uniform experiment compared to 18.6% in the asymmetric experiment. Columbia River streamflow has a 8.4% decline for uniform warming compared to a 9.8% decline for asymmetric warming. The expectation of more summer than winter warming combines with the greater sensitivity of streamflow to summer than winter warming to further reduce streamflow in these basins.

## 4. Discussion and Conclusions

[22] Within the major river basins of the western U.S., VIC simulations show a substantial decrease in annual streamflow in response to warm season (April through September) warming: −13.3%, −7.2%, −1.8%, and −3.6% for a 3°C warming in the Colorado, Columbia, northern and southern Sierra basins, respectively. Cool season warming, by contrast, gives annual changes that are mostly much smaller: −3.5%, −1.7%, −2.1%, and −3.1% respectively. Cool season warming stimulates greater streamflow immediately, which partly compensates for a subsequent decrease

in summer streamflow that happens because less water is available. Summer warming stimulates greater evapotranspiration and diminished soil moisture immediately, with no process during the following winter that can generate a compensating streamflow increase.

[23] The net response to year-round warming arises from the interplay of these seasonal responses, and varies greatly between basins. When 3°C year-round warming is applied to the Northern Sierra Nevada, increased cool season streamflow nearly compensates for the decreased warm season streamflow, yielding a net annual change of only −3.9%. At the opposite extreme, the Colorado River basin is dry enough that additional liquid water input to the system during the winter generates almost no additional streamflow immediately. Instead, the water is stored in the soil and becomes available for later loss via ET, so the net annual streamflow decline is highest of the four basins studied: −16.1% for 3°C of year-round warming. Such a reduction would likely result in water shortages on the Colorado River [*Barnett and Pierce*, 2009]. The Colorado River basin receives the highest warm season precipitation of the four basins, and 80% of the warm season precipitation is consumed by evapotranspiration, compared to 50% in the Columbia and Sierra Nevada (Figure S4 in Text S1).

[24] In contrast to the substantial variability between the basins' annual streamflow response to a uniform year-round climate warming, the reduction in warm-season flow is much more consistent: −14.6%, −11.8%, −11.0%, and −14.3% in the Colorado, Columbia, northern and southern Sierra, respectively. This has important implications for a built water system that depends on melting snow to deliver water in the warm season [*Barnett et al.*, 2005]. Streamflow decreases during the season it is needed most will be substantial, and can only be compensated for by increased storage or decreased demand. A strong reduction of summer streamflow might also have significant impacts on the western U.S. ecology. For example, higher moisture deficits in summer might increase forest fire frequency [*Westerling et al.*, 2006].

[25] Previous work has generally focused, implicitly or explicitly, on the effects of winter/spring warming and associated shifts in runoff timing, because the immediate manifestations of warming in those seasons are large. However, these results emphasize the key role of future warm season warming in determining annual streamflow changes. Climate model projections generally show higher warming in the warm than in the cool season over the western U.S., typically by 1.5-2°C by 2100 under SRES A2 forcing scenarios [*Maurer et al.*, 2007]. This could accentuate the reductions that are indicated here, especially in the Colorado, which exhibits a high sensitivity to warming in the warm season. In river beds where warming leads to increased winter streamflow, flooding could become a greater problem [*Dettinger et al.*, 2004; *Lundquist et al.*, 2008; *Das et al.*, 2011]. The interplay of these seasonal responses is crucial to understanding how western U.S. rivers will respond to climate warming, and must be considered in adapting to climate change's effects there.

[26] Our analysis does not consider precipitation recycling, so our results likely represent an upper bound to changes in runoff, although not necessarily to the seasonal asymmetry in warming's effect on runoff. However the size of this effect, estimated from our simulated changes in

evaporation combined with recycling values from *Anderson et al.* 2009, suggest that our overall conclusion of the importance of warm season warming to reducing annual runoff is robust. Evaporation increases are greatest in spring, but moisture recycling peaks in summer, when all the basins (except the Columbia) have decreased evaporation, and hence less local recycling. Incremental precipitation also tends to be less efficient at generating runoff during the warm season, when generally the soil is drier and evaporative demand higher.

[27] The results presented here were obtained from one widely applied and well-documented macroscale hydrology model, VIC. Future work no doubt will investigate similar predictions using other land surface models. Also, our experimental design does not examine joint precipitation and temperature changes, or changes in the daily sequencing of $P$ and $T$, both of which merit future investigation since climate change will likely alter both.

[28] **Acknowledgments.** We thank several anonymous reviewers whose comments improved this manuscript, and suggestions from Michael D. Dettinger of SIO/USGS. The Program for Climate Model Diagnosis and Intercomparison (PCMDI) and the World Climate Research Program (WCRP) Working Group on Coupled Modeling for the WCRP Coupled Model Intercomparison Project phase 3 (CMIP3) were the source of the climate model output. Support of this dataset is provided by the Office of Science, US Department of Energy (DOE). Bias-corrected and spatially downscaled climate projections are derived from CMIP3 data are served at: http://gdo-dcp.ucllnl.org/downscaled_cmip3_projections/. Funding was provided by the California Energy Commission Public Interest Energy Research Program through the California Climate Change Center, and by NOAA's Regional Integrated Scientific Assessment (RISA) program to the California Applications Program at the Scripps Institution of Oceanography and to the Climate Impacts Group at the University of Washington. DWP and DRC were also supported in part by DOE grant DOE DE-SC0002000.

[29] The Editor thanks the two anonymous reviewers for their assistance in evaluating this paper.

# References

Allen, R. G., L. S. Pereira, D. Raes, and M. Smith (1998), Crop evapotranspiration—Guidelines for computing crop water requirements, *FAO Irrig. Drain. Pap. 56*, Food and Agric. Organ. of the U. N., Rome.

Anderson, B. T., A. C. Ruane, J. O. Roads, and M. Kanamitsu (2009), Estimating the influence of evaporation and moisture-flux convergence upon seasonal precipitation rates. Part II: An analysis for North America based upon the NCEP-DOE reanalysis II model, *J. Hydrometeorol.*, *10*, 893–911, doi:10.1175/2009JHM1063.1.

Barnett, T. P., and D. W. Pierce (2009), Sustainable water deliveries from the Colorado River in a changing climate, *Proc. Natl. Acad. Sci. U. S. A.*, *106*, 7334–7338, doi:10.1073/pnas.0812762106.

Barnett, T. P., J. C. Adam, and D. P. Lettenmaier (2005), Potential impacts of a warming climate on water availability in snow-dominated regions, *Nature*, *438*, 303–309, doi:10.1038/nature04141.

Barnett, T. P., et al. (2008), Human-induced changes in the hydrology of the western United States, *Science*, *319*, 1080–1083, doi:10.1126/science.1152538.

Cayan, D. R., T. Das, D. W. Pierce, T. P. Barnett, M. Tyree, and A. Gershunov (2010), Future dryness in the southwest US and the hydrology of the early 21st century drought, *Proc. Natl. Acad. Sci. U. S. A.*, *107*, 21,271–21,276, doi:10.1073/pnas.0912391107.

Cherkauer, K. A., L. C. Bowling, and D. P. Lettenmaier (2003), Variable infiltration capacity cold land process model updates, *Global Planet. Change*, *38*, 151–159, doi:10.1016/S0921-8181(03)00025-0.

Christensen, N. S., and D. P. Lettenmaier (2007), A multimodel ensemble approach to assessment of climate change impacts on the hydrology and water resources of the Colorado River Basin, *Hydrol. Earth Syst. Sci.*, *11*, 1417–1434, doi:10.5194/hess-11-1417-2007.

Das, T., M. D. Dettinger, D. R. Cayan, and H. G. Hidalgo (2011), Potential increase in floods in California's Sierra Nevada under future climate projections, *Clim. Change*, doi:10.1007/s10584-011-0298-z, in press.

Dettinger, M. D., D. R. Cayan, M. K. Meyer, and A. E. Jeton (2004), Simulated hydrologic responses to climate variations and change in the Merced, Carson, and American River basins, Sierra Nevada, California, 1900–2099, *Clim. Change*, *62*, 283–317, doi:10.1023/B:CLIM.0000013683.13346.4f.

Hamlet, A. F., and D. P. Lettenmaier (2005), Production of temporally consistent gridded precipitation and temperature fields for the continental U.S., *J. Hydrometeorol.*, *6*, 330–336, doi:10.1175/JHM420.1.

Hamlet, A. F., P. W. Mote, M. P. Clark, and D. P. Lettenmaier (2005), Effects of temperature and precipitation variability on snowpack trends in the western United States, *J. Clim.*, *18*, 4545–4561, doi:10.1175/JCLI3538.1.

Hayhoe, K., et al. (2004), Emissions pathways, climate change, and impacts on California, *Proc. Natl. Acad. Sci. U. S. A.*, *101*, 12,422–12,427, doi:10.1073/pnas.0404500101.

Henderson-Sellers, A., Z.-L. Yang, and R. E. Dickinson (1993), The Project for Intercomparison of Land-surface Parameterization Schemes, *Bull. Am. Meteorol. Soc.*, *74*, 1335–1349, doi:10.1175/1520-0477(1993)074<1335:TPFIOL>2.0.CO;2.

Hidalgo, H. G., et al. (2009), Detection and attribution of climate change in streamflow timing of the western United States, *J. Clim.*, *22*, 3838–3855, doi:10.1175/2009JCLI2470.1.

Kim, J., and S. Jain (2010), High-resolution streamflow trend analysis applicable to annual decision calendars: A western United States case study, *Clim. Change*, *102*, 699–707, doi:10.1007/s10584-010-9933-3.

Kimball, J. S., S. W. Running, and R. Nemani (1997), An improved method for estimating surface humidity from daily minimum temperature, *Agric. For. Meteorol.*, *85*, 87–98, doi:10.1016/S0168-1923(96)02366-0.

Kingston, D. G., M. C. Todd, R. G. Taylor, J. R. Thompson, and N. W. Arnell (2009), Uncertainty in the estimation of potential evaporation under climate change, *Geophys. Res. Lett.*, *36*, L20403, doi:10.1029/2009GL040267.

Koster, R. D., and P. C. D. Milly (1997), The Interplay between transpiration and runoff formulations in land surface schemes used with atmospheric models, *J. Clim.*, *10*, 1578–1591, doi:10.1175/1520-0442(1997)010<1578:TIBTAR>2.0.CO;2.

Liang, X., D. P. Lettenmaier, E. F. Wood, and S. J. Burges (1994), A simple hydrologically based model of land surface water and energy fluxes for GSMs, *J. Geophys. Res.*, *99*, 14,415–14,428, doi:10.1029/94JD00483.

Lohmann, D., R. Nolte-Holube, and E. Raschke (1996), A large scale horizontal routing model to be coupled to land surface parameterization schemes, *Tellus, Ser. A*, *48*, 708–721, doi:10.1034/j.1600-0870.1996.t01-3-00009.x.

Luce, C. H., and Z. A. Holden (2009), Declining annual streamflow distributions in the Pacific Northwest United States, 1948–2006, *Geophys. Res. Lett.*, *36*, L16401, doi:10.1029/2009GL039407.

Lundquist, J. D., P. J. Neiman, B. Martner, A. B. White, D. J. Gottas, and F. M. Ralph (2008), Rain versus snow in the Sierra Nevada, California: Comparing radar and surface observations of melting level, *J. Hydrometeorol.*, *9*, 194–211, doi:10.1175/2007JHM853.1.

Maurer, E. P., A. W. Wood, J. C. Adam, D. P. Lettenmaier, and B. Nijssen (2002), A long-term hydrologically based dataset of land surface fluxes and states for the conterminous United States, *J. Clim.*, *15*, 3237–3251, doi:10.1175/1520-0442(2002)015<3237:ALTHBD>2.0.CO;2.

Maurer, E. P., L. Brekke, T. Pruitt, and P. B. Duffy (2007), Fine-resolution climate projections enhance regional climate change impact studies, *Eos Trans. AGU*, *88*(47), 504, doi:10.1029/2007EO470006.

Milly, P., K. Dunne, and A. Vecchia (2005), Global pattern of trends in streamflow and water availability in a changing climate, *Nature*, *438*, 347–350, doi:10.1038/nature04312.

Seager, R., et al. (2007), Model projections of an imminent transition to a more arid climate in southwestern North, *Am. Sci.*, *316*, 1181–1184.

Stewart, I. T., D. R. Cayan, and M. D. Dettinger (2005), Changes towards earlier streamflow timing across western North America, *J. Clim.*, *18*, 1136–1155, doi:10.1175/JCLI3321.1.

Thornton, P. E., and S. W. Running (1999), An improved algorithm for estimating incident daily solar radiation from measurements of temperature, humidity, and precipitation, *Agric. For. Meteorol.*, *93*, 211–228, doi:10.1016/S0168-1923(98)00126-9.

Trenberth, K. E. (1998), Atmospheric moisture residence times and cycling: Implications for rainfall rates and climate change, *Clim. Change*, *39*, 667–694, doi:10.1023/A:1005319109110.

Westerling, A. L., H. G. Hidalgo, D. R. Cayan, and T. W. Swetnam (2006), Warming and earlier spring increase western US forest wildfire activity, *Science*, *313*, 940–943, doi:10.1126/science.1128834.

D. R. Cayan and D. W. Pierce, Division of Climate, Atmospheric Sciences, and Physical Oceanography, Scripps Institution of Oceanography, University of California San Diego, M/S 0224, La Jolla, CA 92093–0224, USA. (dcayan@ucsd.edu)

T. Das, CH2MHILL, 402 W. Broadway, Ste. 1450, San Diego, CA 92101, USA.

D. P. Lettenmaier and J. A. Vano, Department of Civil Engineering, University of Washington, Box 352700, Seattle, WA 98195–2700, USA.

# ESA CENTENNIAL PAPER

*Ecological Applications*, 25(8), 2015, pp. 2069–2093
© 2015 by the Ecological Society of America

# Western water and climate change

Michael Dettinger,[1,4] Bradley Udall,[2] and Aris Georgakakos[3]

[1]*U.S. Geological Survey, Scripps Institution of Oceanography, La Jolla, California 92037 USA*
[2]*Colorado Water Institute, Colorado State University, Boulder, Colorado 80523 USA*
[3]*Georgia Water Resources Institute, Georgia Institute of Technology, Atlanta, Georgia 30332 USA*

*Abstract.* The western United States is a region long defined by water challenges. Climate change adds to those historical challenges, but does not, for the most part, introduce entirely new challenges; rather climate change is likely to stress water supplies and resources already in many cases stretched to, or beyond, natural limits. Projections are for continued and, likely, increased warming trends across the region, with a near certainty of continuing changes in seasonality of snowmelt and streamflows, and a strong potential for attendant increases in evaporative demands. Projections of future precipitation are less conclusive, although likely the northern-most West will see precipitation increases while the southernmost West sees declines. However, most of the region lies in a broad area where some climate models project precipitation increases while others project declines, so that only increases in precipitation uncertainties can be projected with any confidence. Changes in annual and seasonal hydrographs are likely to challenge water managers, users, and attempts to protect or restore environmental flows, even where annual volumes change little. Other impacts from climate change (e.g., floods and water-quality changes) are poorly understood and will likely be location dependent.

In this context, four iconic river basins offer glimpses into specific challenges that climate change may bring to the West. The Colorado River is a system in which overuse and growing demands are projected to be even more challenging than climate-change-induced flow reductions. The Rio Grande offers the best example of how climate-change-induced flow declines might sink a major system into permanent drought. The Klamath is currently projected to face the more benign precipitation future, but fisheries and irrigation management may face dire straits due to warming air temperatures, rising irrigation demands, and warming waters in a basin already hobbled by tensions between endangered fisheries and agricultural demands. Finally, California's Bay-Delta system is a remarkably localized and severe weakness at the heart of the region's trillion-dollar economy. It is threatened by the full range of potential climate-change impacts expected across the West, along with major vulnerabilities to increased flooding and rising sea levels.

*Key words: Centennial Paper; climate change; Colorado River; Klamath River; Rio Grande; Sacramento–San Joaquin Bay Delta; water resources; western United States.*

*If climate change is the shark, then water is its teeth.*
—Paul Dickinson, CEO of Carbon Disclosure Project

## Introduction

The western United States has always been a nexus of great opportunity and great challenge for the Nation. The region is notable for burgeoning human settlements

Manuscript received 21 May 2015; accepted 26 May 2015. Corresponding Editor: D. S. Schimel.

**Editors' Note:** This paper was commissioned by the journal editors to commemorate the ESA Centennial celebration. A virtual Table of Contents with links to all the Centennial Papers will be available on the journals web site (esajournals.org) in late 2015.

[4] E-mail: mddettin@usgs.gov

and its "wide open spaces"; for its anthropogenic land disturbances and native landscapes; for its complex terrains and diverse climates; and for its abundant resources and its scarce ones. Water has always played a pivotal role in its development, so that, to an extent unmatched elsewhere, water has been a limiting factor in where agriculture was undertaken, in where and how large its settlements have grown, and in the character and survival of many of its natural landscapes. And now, like so much of the Earth, social and natural conditions in the western United States are changing rapidly due to a variety of influences, including its long history of recurrent and severe droughts, floods, water-quality contamination, environmental degradation and endangered species, strong competition for the often limited water supplies that exist among a diverse set of

MICHAEL DETTINGER ET AL.

Ecological Applications
Vol. 25, No. 8

water users, and growing changing populations and economies.

The western United States includes hundreds of rivers and catchments but, at the largest scale, a half dozen major basins drain about 66% of the area and constitute important touchstones for thinking about the future of water in the West. These drainages include the Colorado River basin, the Sacramento-San Joaquin drainages in California, the Klamath River basin, and the Rio Grande basin, which will be discussed as examples of the challenges facing western water managers later in this review. The remaining areas comprise large numbers of drainages, some interconnected but mostly not. The region and its drainages are remarkable for their diversity, ranging from the moist and abundantly flowing Columbia River system to the much drier and more tenuous hydrology of the Lower Colorado and Rio Grande catchments, with the fragmented and lonely Great Basin drainages standing in stark contrast to the well-connected and generally more populous and developed larger rivers. Given this diversity, it is difficult to provide a single vision of the future of western water, especially in its details, but on the whole, the region and its waters are notable for the challenges they will face. Western water, whether it is in rivers, soils, or aquifers, is essentially everywhere faced with a continuation of its long history of high demands even as its supplies are negatively impacted by hydroclimatic changes and fluctuations.

All told, climate change threatens water resources in the western United States to a degree that is probably unmatched anywhere else in the country. A "water supply stress index" for the United States, based on current conditions, is mapped in Fig. 1, showing widespread stress in much of the Southwest, western Great Plains, and parts of the Northwest relative to the rest of the country. In this figure, the stress indices are ratios of annual water demands to annual surface- and groundwater water supplies for each watershed, and watersheds are considered stressed (higher index values) when water demands for agriculture, power plants, and municipalities exceed 40% of available supplies. These stresses often cause conflict for water resources among sectors. In other contexts, basins can experience critical stresses even when demands are far below this threshold (Averyt et al. 2013).

Since the onset of American settlement of the West, when John Wesley Powell wrote his *Report on the Arid Regions of the United States* (Stegner 1953) 140 years ago, it has been understood that the West is a region where water will be a crucial, limiting determinant of where, when, and how humans can survive and prosper. Thus much of the history of the West has been about dividing the waters there, managing them, and building some of the most ambitious infrastructures around to store and move waters long and short distances across the landscape to ensure that water is available when and where needed, to the extents practicable.

Now, almost a century and a half later, we are in a time of adjustment in the West and some of the established methods and arrangements for water management are in states of flux. Looking forward, the western states will be confronted with many water-management challenges and tradeoffs including many from climate change, but the good news is that few of them are likely to be totally new: The West has already grappled with most of the problems that will face it in the future, however inadequately in some cases and however transformed some will be by larger trends in the future. The task confronting the West now is to resolve problems that it has long acknowledged but left partly or completely unresolved and to prepare for changes that will surely come. Drought, contamination, floods, environmental degradation, and difficult resource competitions are all part of the history of the region and lie at the core of most of its most pressing future challenges. Unfortunately, in recent decades, society within the region and globally has initiated changes aggravating these perennial issues, while adding a few more, with climate change being an increasingly pressing and threatening source of such "aggravations."

This paper is a distillation of findings regarding western water and climate change, from the Water Resources chapter in the 2014 National Climate Assessment (Georgakakos et al. 2014), coupled with several vignettes of issues developing in iconic western rivers to add specificity to those findings and to illustrate the diversity of conditions facing the region.

## CLIMATE-CHANGE IMPACTS ON THE WESTERN WATER

In this section, observed changes and projections of future changes in the western water cycle are summarized. However, notably, natural climate variations occur on essentially all time scales from days to millennia, and the water cycle reflects these variations. Observations of recent changes in the water cycle in the West thus inevitably include natural hydroclimatic variations as well as local human influences (like dam building or land-use changes) in combination with whatever global climate changes are underway. Recent studies have begun to rigorously attribute a limited number of specific long-term and temperature-driven changes in the western water cycle to human-induced climate change (for example, Barnett et al. 2008). Although observed changes for many of the other water-cycle variables addressed in this section are consistent with projected human-induced climate changes, research to formally attribute these responses to global causes is still needed.

### Warming

Much of the western United States has warmed in recent decades by about 1.5°C compared to the historical norms from 1901–1960 (e.g., Walsh et al. 2014), with greatest warming in summers and springs, and in nighttime temperatures (Hoerling et al. 2013).



Fig. 1. Current surface-water-supply stress index of Averyt et al. (2013); see *Introduction* for definition of index.

The warming of minimum temperatures in the region has been confidently attributed to the influences of increasing greenhouse gases in the global atmosphere (Bonfils et al. 2008). Averages of many recent projections of future temperatures have the western United States warming by between about 2.5°C and 5°C by end of century (although some projections yield even warmer outcomes), depending most strongly on future rates of greenhouse-gas emissions (Walsh et al. 2014). Observed frost-free seasons have increased in length by between about 15% and 20%, a trend that is projected to continue well into the future, increasing by as much as 60–70% in many mountainous areas of the west (Walsh et al. 2014). On the whole, warming is projected to be largest in the continental interior and somewhat ameliorated as the Pacific coast is approached.

These warming trends reflect increasing greenhouse-gas concentrations in the atmosphere (Bonfils et al. 2008), and affect water in the West through a variety of processes. Warming is already directly affecting snow and ice processes (Pierce et al. 2008, Hidalgo et al. 2009), is lengthening growing seasons (Cayan et al. 2001), and thus potentially may be affecting evapotranspiration totals, and is increasing water temperatures and reducing mixing in some lakes. Warming, and its effects in the west, will continue in any event but at rates that

will directly reflect future rates of greenhouse-gas emissions.

### Rain, snow, evapotranspiration, and runoff

In recent decades, annual average precipitation has increased across the Great Plains, California, the Pacific Northwest, and Alaska, while decreases have been observed in Hawaii and parts of the Southwest (Walsh et al. 2014). Annual average precipitation totals are projected to increase across the northern states, and decrease to the south, especially in the Southwest (Orlowsky and Seneviratne 2012, Cayan et al. 2013, Walsh et al. 2014: Figs. 2.12 and 2.13). Thus far, the correspondences between observed and projected precipitation changes are weak, suggesting that natural fluctuations are contributing significantly to the observed "changes." Furthermore, the most recent generation of climate-change projections (for the IPCC Fifth Assessments; IPCC 2013) have shown approximately the same pattern of precipitation change across the western states (growing wetter along the northern tier of states and drying along the southern tier) as previous projections, albeit with a southward shift of the transition zone between those two broad realms such that in the most recent projections, taken as an ensemble, increasing precipitation reaches farther south than in previous projections. The result is that newer

MICHAEL DETTINGER ET AL. Ecological Applications
Vol. 25, No. 8



FIG. 2.   Projected changes in snow (snow water equivalent, SWE), runoff, and soil moisture, as percent change in 2041–2070 from 1971–2000 conditions, under continued increases in greenhouse-gas emissions (A2 scenario; Cayan et al. 2013).

of climate-change projections and the previous one should be interpreted as improved estimates of future precipitation remains to be determined, because the shift is rather subtle at the resolution of the climate models making the projections.

On the other hand, changes in precipitation extremes have been, and are projected to be, greater than changes in means. The number and intensity of very heavy precipitation events (defined as the heaviest 1% of all daily events from 1901 to 2012) have been increasing significantly across most of the United States. The amount of precipitation accumulated from those heaviest daily events has also increased in most areas of the United States (Georgakakos et al. 2014). Very heavy precipitation events are projected to increase everywhere in the western United States (Kharin et al. 2013, Polade et al. 2014, Walsh et al. 2014). Heavy precipitation events that historically occurred once in 20 years are projected to occur as frequently as every 12 years by late this century in the Southwest and every 15 years in the Northwest (Wang and Zhang 2008). Dry spells are also projected to lengthen in most regions, especially across the southern and northwestern parts of the contiguous United States (Walsh et al. 2014), with the most consistently projected increases being for the numbers of dry days in the southwest and up the west coast (Polade et al. 2014). Thus, although projected changes in total average annual precipitation are generally small in many areas, both wet and dry extremes are projected to increase substantially almost everywhere.

Snowpacks and snowmelt-fed rivers in much of the western United States have trended toward earlier melts and flows since the middle of the last century, including the past decade (Hamlet et al. 2005, Fritze et al. 2011, Hoerling et al. 2013, Walsh et al. 2014). These trends are related to declines in spring snowpack, earlier snowmelt, and larger percentages of precipitation falling as rain instead of snow. These changes have taken place in the midst of considerable year-to-year variability and long-term natural fluctuations of the western U.S. climate, as well as other influences, such as the effects of tree deaths from warming-liberated pest infestations (Pugh and Small 2012) and from dust and soot on snowpacks, as well as differences between the trends in the colder interior mountain catchments and the warmer maritime mountains of the Pacific Coast states (Hamlet et al. 2005, Stewart et al. 2005, Hodgkins 2009, Painter et al. 2010, Stoelinga et al. 2010, Fritze et al. 2011, Creamean et al. 2013). There are thus both natural and human influences on the observed trends (Barnett et al. 2008, Bonfils et al. 2008, Pierce et al. 2008, Das et al. 2009, Hidalgo et al. 2009), but studies specifically designed to differentiate between natural and human-induced causes have shown that up to 60% of these changes are attributable to human-induced climate warming (Barnett et al. 2008). Notably, not all snowpack variables have changed detectably, or should be expected to have changed yet (Pierce and Cayan 2013).

projections yield precipitation increases that extend into parts of the Upper Colorado River Basin and northern California that, in previous projections, received little change or even decreases in overall precipitation. The extent to which these differences between this generation



Fig. 3.   (a) Influences of hypothetical +2°C warming (imposed uniformly on gridded daily temperature and precipitation, 1950–1999 (Maurer et al. 2002) on snow vs. rain fractions of total precipitation, as the historical fraction of precipitation that fell on days in the temperature range −2°C to 0°C; (b) fractions of overall precipitation, west of 100° W, falling historically on days with minimum temperature ($T_{min}$) less than freezing under various imposed warmings; and (c) fractions of the area of the western United States that would experience various degrees of snow–rain transition under various degrees of warming.

Snowpack and snow fed hydrologic conditions in the West are projected to continue to change, with major losses in the 1 April water content of the snowpack that feeds western rivers (snow water equivalent, or SWE; Fig. 2a); significant reductions in April to July runoff in California, Arizona, and the central Rocky Mountains (Fig. 2b); and reductions in warm-season soil moisture (Fig. 2c). A simple analysis of the historical record of daily precipitation and temperatures since 1948 helps to put the projected snow-system changes in the West into a national context: Fig. 3a illustrates the percentages of precipitation that have historically fallen on days in the temperature range between −2°C and freezing (Dettinger and Culberson 2008), as a proxy for the fraction of precipitation that might change from snowfall to rainfall under a modest +2°C warming. This simple consideration suggests that snowpacks are most vulnerable in the

western United States (Klos et al. 2014), and indeed the western United States is where the largest changes have already been witnessed (Knowles et al. 2006, Feng and Hu 2007).

The possible rain–snow changes suggested in Fig. 2a are summarized for the western United States as a whole across a wider range of temperature changes in Fig. 3b and c. Fig. 3b shows a steady decline in the fraction of the regional-total precipitation that might transition from subzero to above-zero temperatures, indicating that about 4% more of the total precipitation would convert from snow to rain per °C warming, all other things being equal. This way of aggregating the snow-to-rain fractions gives, at the regional scale, a sense of the vulnerability of the overall water supply. However, only a fraction of the western land area is actually directly contact with water in lakes and streams, with about 10%

of the area of Colorado River Basin (as a proxy for western conditions more generally) lying within 60 m of open water, lakes, or streams (Batker et al. 2014). Across the broader dry-land areas of the West, changes from snow-dominated conditions to rain-dominated conditions are likely to impact winter and spring snow cover, length of snow seasons, soil freezing, and ultimately a variety of vegetation and ecosystem functions and services (such as potable water, flood risk reduction, water filtration, wildlife habitat, soil-erosion reduction, soil formation, raw materials, food, recreation, air quality, and aesthetic value; Batker et al. 2014). Ultimately these impacts may also result in changes in water supply yields (e.g., Goulden and Bales 2014, Painter et al. 2010) and carbon sequestration (e.g., Arnold et al. 2014). Fig. 3c, in contrast to Fig. 3b, summarizes areas (rather than precipitation totals) that might be making various levels of snow–rain transition as a function of warming. This metric has a somewhat less linear response to warming than that in Fig. 3b. Thus, for landscape managers, the snow–rain transition may entail an even more nuanced evaluation of impacts than for water managers.

Evapotranspiration (ET) is the second largest component of the western water cycle after precipitation and marks the divide between "green water" (that nourishes plants and landscapes and is quantified by ET) vs. "blue water" (that runs off or recharges groundwater, and is thus more often the subject of diversion and management for water supplies; Falkenmark and Rockstrom 2004). In snowy settings, sublimation of snow and ice can increase these returns of water to the atmosphere, sometimes in significant amounts (Strasser et al. 2008, Reba et al. 2012). Globally, land ET rates increased between 1982 and 1997 but then stopped increasing, or have decreased, since about 1998 (Jung et al. 2010), reflecting the so-called "hiatus" in atmospheric warming in this latter period (e.g., Trenberth and Fasullo 2013). The same ET decline has been witnessed in many areas of the western United States. Factors contributing to the land ET rate changes may include declining winds (Vautard et al. 2010, McVicar et al. 2012), declining solar insolation (Roderick and Farquhar 2002), increasing humidity (McVicar et al. 2012), and declining soil moisture (Jung et al. 2010).

Projections of actual ET rates vary by region (Hay et al. 2011, Wehner et al. 2011, Dai 2012, Hoerling 2012, Sheffield et al. 2012), but the atmospheric potential for ET is expected to increase globally and across the entire western United States region with warming. In the West, actual ET rates and totals will likely be affected by local soil moisture changes and by changing lengths of snow-covered and growing seasons. Changing vegetation and land uses in response to land developments and climate change also are likely to affect ET totals (Pugh and Gordon 2012, Goulden and Bales 2014). Much more research is needed to confidently understand the historical trends and to make confident projections of future ET rates and totals (Milly and Dunne 2011).

Runoff and streamflow at regional scales declined during the last half-century in the Northwest (Luce and Holden 2009), with no clear trends in much of the rest of the western United States (McCabe and Wolock 2011), although a declining trend may be emerging in annual runoff in the Colorado River Basin (USBR 2011). Historical fluctuations of streamflow have been dominated more by fluctuations in precipitation than by temperature (Karl and Riebsame 1989). Nevertheless, as warming proceeds and impacts ET and soil moisture, the amount of runoff generated by a given amount of precipitation is generally expected to decline (McCabe and Wolock 2011). Broadly speaking, in response to the combination of projected precipitation and temperature changes, annual streamflow is projected to decline in the Southwest (Milly et al. 2008, USBR 2011), and to increase in Alaska and the Northwest (Solomon et al. 2007, Milly et al. 2008, Elsner et al. 2010, USBR 2011, Markstrom et al. 2012), mirroring projected precipitation patterns (Strzepek et al. 2010). Annual and seasonal projected changes in runoff for eight basins in the Northwest, northern Great Plains, and Southwest are illustrated in Fig. 4 (USBR 2011, Georgakakos et al. 2014). Basins in the southwestern United States and southern Rockies are projected to experience gradual annual runoff declines, with basins in the Northwest to northcentral United States projected to experience little annual change through the midcentury, and increases by late century. Even though annual changes may be minimal, projected seasonal changes are greater in many areas, with cool season runoff increasing over the west coast basins from California to Washington and over the north-central United States. Basins in the southwestern United States and southern Rockies are projected to see little change to slight decreases in the winter months (USBR 2011). Warm season runoff is projected to decline substantially over a region spanning southern Oregon, the southwestern United States, and southern Rockies, and change little or increase slightly north of this region (USBR 2011).

Changes in annual hydrographs are likely to challenge water managers and users, even where annual volumes do not change. Higher flows in early spring will favor what have been junior and infrequently used storage rights, and senior rights may find less flow on the descending limb of the hydrograph through the summer and fall. In fact, the changing hydrograph will mean that some diversions thought in the 20th century to have reliable senior water rights may be without water during the hottest and driest periods of summer. The economic value of these once-prized rights would be vastly reduced (Stratus Consulting 2009). Environmental water will also be in short supply in this season, adding to overall stress.



Fig. 4. Streamflow projections based on combinations of scenarios with substantial global-emissions reductions, some reductions from current emission trends toward the end of this century, and continuations of current rising emissions trends, for eight river basins in the western United States (USBR 2011), as percent change in average runoff for three future decades (2020s, 2050s, and 2070s) relative to the 1990s. Stars indicate four major river basins that are discussed in detail in this paper (the Colorado River basin is shown as Upper and Lower Colorado).

### Drought

Droughts occur on time scales ranging from season-to-season to multiple years and even multiple decades. There has been no universal trend in the overall extent of drought across the continental United States since 1900. However, in the Southwest, widespread drought in the past decade has reflected both precipitation deficits and higher temperatures (Hoerling et al. 2013), in ways that resemble projected changes (Cayan et al. 2010). Except in the few areas where increases in summer precipitation compensate, summer droughts (Walsh et al. 2014) are expected to intensify almost everywhere in the continental U.S. (Trenberth et al. 2004) due to longer periods of dry weather and more extreme heat, leading to more moisture loss from plants and earlier soil moisture depletion in basins where snowmelt shifts to earlier in the year (Scibek et al. 2007, Huntington and Niswonger 2012). Basins watered by glacial melt in the Sierra Nevada, Rockies, and Alaska may experience increased summer river flow in the short term, until the amounts of glacial ice become too small to contribute significant river flow (Hall and Fagre 2003, Basagic and Fountain 2011), at which time flows may decline precipitously.

### Flood

Fig. 5 shows statistically significant historical trends in flood magnitudes at only about 27% nationally of long-term gauges analyzed, and that floods have been decreasing in parts of the Southwest (see also Karl and Knight 1998, Gutowski et al. 2008, Villarini et al. 2009). With heavy rainfall events projected to increase, though, the potential for flash flooding is expected to increase in many settings. Land cover, flow and water-supply management, soil moisture, and channel conditions are also important influences on flood generation (Poff et al. 2006) and must be included in projections of future flood risks. Region-specific storm mechanisms and seasonality also affect flood peaks (Villarini et al. 2009). Because of this, and our limited ability to project future very heavy

MICHAEL DETTINGER ET AL. Ecological Applications
Vol. 25, No. 8

Significant annual flood magnitude trends



Fig. 5. Streamflow-gage locations (with >85 years of record) where the relationship between historical annual flood magnitudes and global atmospheric carbon dioxide concentrations has been statistically significant ($P < 0.05$; modified from Hirsch and Ryberg [2012]). Blue triangles indicate increasing annual flood magnitude trends, red triangles indicate decreasing trends, and white circles indicate trends that have not been statistically significant ($P > 0.05$).

events with precision, evaluations of the relative changes in various storm mechanisms may be useful (Villarini et al. 2009, Dettinger 2011). Warming is likely to directly affect flooding in mountain settings, as catchment areas receive increasingly more precipitation as rain rather than snow, and more rain on remaining snowpacks (Mote 2003, 2006, Knowles et al. 2006, McCabe et al. 2007, Nayak et al. 2012) In some such settings, flooding may increase as a result, even where precipitation and overall river flows decline (Raff et al. 2009, Das et al. 2013, Georgakakos et al. 2014).

*Groundwater*

Groundwater is the only perennial source of fresh water in many western regions and is commonly used as a buffer against climate extremes. As such, it is essential to water supplies, food security, and ecosystems. In regions of Nevada, Utah, and the southern Great Plains, groundwater is a primary water supply. Groundwater aquifers in these areas, and even in the rest of the western United States where surface water provides large fractions of overall supplies (Fig. 6), are susceptible to the combined stresses of climate and water-use changes. For example, during the 2006–2009 California drought, when groundwater was drawn upon to augment for flagging surface-water supplies for much irrigation in California's Central Valley, groundwater storage declined dramatically (Famiglietti et al. 2011). The current California drought has sparked enough groundwater development and pumpage so that the State has undertaken significant changes in how groundwater will be managed. Even in the Colorado River

basin, where surface water provides large fractions of most water supplies (Fig. 6), sustained dry conditions during the past decade have resulted in massive groundwater depletions (Castle et al. 2014).

Climate change impacts on groundwater storage are expected to vary from place to place and aquifer to aquifer. Although precise responses of groundwater storage and flow to climate change are not yet well understood nor readily generalizable, recent and ongoing studies (Earman and Dettinger 2011, Taylor et al. 2012, Crosbie et al. 2013) identify key risk factors: (1) precipitation is the key driver of aquifer recharge in the widespread water-limited environments of the West (Hidalgo et al. 2008) while ET is the key driver in energy-limited environments (like swamps or marshlands) and (2) climate change impacts on recharge depend on several factors, including basin geology, frequency and intensity of high-rainfall periods that drive recharge, seasonal timing of precipitation, and strength of groundwater–surface water interactions. In many mountainous areas of the United States, groundwater recharge is disproportionately generated from snowmelt infiltration, suggesting that the loss of snowpack to warming may affect recharge rates and patterns (Earman et al. 2006, Scibek et al. 2007, Earman and Dettinger 2011, Huntington and Niswonger 2012).

Generally, though, impacts of changing demands on groundwater systems, whether due directly to climate changes or indirectly through changes in land use or surface-water availability and management, are likely to cause more immediate changes in groundwater availability (Taylor et al. 2012, Sheng 2013). Changes in



Fig. 6.   Groundwater withdrawals as a percentage of total withdrawals (from all surface and groundwater sources) by county (Kenny et al. 2009, Georgakakos et al. 2014).

recharge and resulting changes in storage may be more subtle and take longer to emerge.

*Water quality*

Projected changes in air and water temperatures, precipitation intensity, and droughts will likely affect water quality in the West's rivers and lakes. Increasing water temperatures and intensifying droughts can inhibit lake mixing, reduce oxygen in bottom waters, and increase the time pollutants remain in water bodies. More intense runoff and precipitation can increase river sediment, nitrogen, and pollutant loads. Lower flows can concentrate pollutants, increase stream temperatures, and reduce dissolved oxygen. Unfortunately, our understanding of the specific of how quality will change remains limited.

Water temperature has been increasing in many rivers globally (Kaushal et al. 2010). Changes in streamflow temperature and flow regimes can affect aquatic ecosystem structure and function (Groffman et al. 2014). Water temperature directly regulates the physiology, metabolism, and energy of individual aquatic organisms, as well as entire ecosystems. Streamflow quantity influences the extent of available aquatic habitats, and streamflow variability regulates species abundance and persistence. Flow also influences water temperature, sediment, and nutrient concentrations (Maurer et al. 2010).

Other factors being equal, the length of the season that lakes and reservoirs are thermally stratified is increasing with increased air and water temperatures (Schneider and Hook 2010, Sahoo et al. 2012) and mixing may be inhibited or even eliminated in many

lakes. For example, in Lake Tahoe—one of the deepest lakes in the world—the length of the season in which differences in lake temperatures with depth cause stratification (separate density layers) has been increasing since the 1960s (Fig. 7) in response to increasing air and surface water temperatures (Coats et al. 2006). Because of its large size (relative to inflow) and long water-residence times, other influences on stratification have been largely overwhelmed and warming air and water temperatures have caused progressive declines in near-surface density, leading to longer stratification seasons (by an average of 20 days), decreasing the opportunities for deep lake mixing, reducing oxygen levels, and potentially impacting many species and numerous aspects of aquatic ecosystems (UC Davis Tahoe Environmental Research Center 2012). Increasing stratification reduces deep mixing in the lake, which in turn is projected to lead to decreasing dissolved oxygen in the deep water and bottom sediments (Sahoo et al. 2012). These conditions are expected to encourage the release of nutrients (nitrogen and phosphorous; Baron et al. 2013), heavy metals (such as mercury), and other toxins into lake waters (Schneider and Hook 2010, Sahoo et al. 2012).

*Water withdrawals and demands*

Total U.S. freshwater withdrawals (including water that is withdrawn and consumed as well as water that returns to a source) and consumptive uses have leveled off and even declined nationally since 1980 (Maupin et al. 2014). Western water withdrawals have followed suit despite more than a 50% increase in the region's population (Fig. 8; Brown et al. 2013*b*). This leveling



Fig. 7. Observed changes in lake-stratification season length for Lake Tahoe. The black line is a linear trend fitted to the season lengths, by linear regression ($r = 0.39$, $P < 0.01$), indicating increases in season length of about 5 days per decade since 1968.

reflects demand management, including switching from flood irrigation to more efficient methods in many parts of the western United States (Brown 2000, Foti et al. 2012), enhanced water use efficiencies in response to environmental pollution legislation (in the industrial and commercial sector); new plumbing codes, water efficient appliances, efficiency improvement programs, and pricing strategies (Groves et al. 2008, Jeffcoat et al. 2009, Rockaway et al. 2011) in the municipal sector; changes from water-intensive manufacturing and other heavy industrial activities to service-oriented businesses (David 1990); and replacement of older once-through-cooling electric power plants by plants that recycle their cooling water (in the thermoelectric sector). At the national level, irrigation and all electric power plant cooling withdrawals account for ~77% of total withdrawals but most of the power-plant usage is in the eastern states. In most of the West, though, irrigation is the dominant water use (Fig. 9d). Comparatively few of the farms thereby serviced are the small family farms of yesteryear (Fig. 9b). In the West, about 81% of the irrigation waters are consumed by evapotranspiration and plant growth.

Water demand is projected to increase as population grows, but is projected to increase substantially more as a result of climate change. In the absence of climate change but in response to a projected population increase of 80% and a 245% increase in total personal income from 2005 to 2060, simulations indicate that total water demand in the United States could increase by 3% (Brown et al. 2013b). Under these conditions, approximately one-half of the western United States would experience an overall decrease in water demand, while the other half would experience an increase (Fig. 10a). Recent projections of western water consumption between 2010 and 2030 suggest that, while irrigation uses may not increase much (neglecting, for the moment,

climate change), increased uses for municipal and industrial sectors are expected (Tidwell et al. 2014). If, however, climate change is also factored in, the total water demand is projected to rise by an average of 26% over the same period (Fig. 10b; Brown et al. 2013b). When climate change is included, 90% of the country and 100% of the West is projected to experience a total demand increase, although—using a different methodology—Averyt et al. (2013) found some areas in the far Northwest and deepest Southwest escaping the increases. By 2090, total water demand is projected to increase by 42% under the A1B scenario and 82% under a higher-emissions A2 scenario. Crop irrigation and landscape watering needs are directly affected by climate change, especially by projected changes in temperature, potential ET, and soil moisture. Consequently, the projected increases in water demand are larger in the western states, where irrigation dominates total water withdrawals. Thus the impacts of projected population, socioeconomic, and climate changes may combine to amplify water demand in the West.

*Instream water uses*

Hydropower contributes 7% of electricity generation nationwide, but provides up to 70% in the Northwest and 20% in California, and Alaska (USEIA 2013). Climate change is expected to affect hydropower directly through changes in runoff (average, extremes, and seasonality), and indirectly through increased competition with other water demands. Based on runoff projections, hydropower production is expected to decline in the Southwest (EPRI 2011), unless offset by new hydropower operations and technologies.

Changing climate is also projected to affect water and wastewater treatment and disposal in ways that depend on system-specific and interacting attributes. For example, elevated stream temperatures, combined with lower flows, may require wastewater facilities to increase treatment to meet stream water quality standards (USEPA 2011). More intense precipitation and floods, combined with escalating urbanization and associated increasing impermeable surfaces, may increase contaminated overland flows or combined sewer overflows (USEPA 2008). Moderate precipitation increases, however, could result in increased stream flows, improving capacity to absorb wastewater in some regions. Sea level rise and more frequent coastal flooding could damage wastewater utility infrastructure and reduce treatment efficiency (Flood and Cahoon 2011, Moser et al. 2014).

The projected increases in water withdrawals and uses (Fig. 10) threaten to deepen and widen ecosystem impairments, especially in the Southwest where drier conditions are projected (Groffman et al. 2014). These impairments include too much and too little sediment, hydrographs out of alignment with fish and habitat needs, water temperatures below dams too cold in summer and too warm in winter, and dams that impair



Fig. 8.   Western U.S. freshwater withdrawals from groundwater and surface water sources (bars; left-hand $y$-axis), with fractions of withdrawals from groundwater (red curve; inner right-hand $y$-axis) and population trend (green curve; outer right-hand $y$-axis) overlain. States included in data are Arizona, California, Colorado, Idaho, Montana, Nevada, Oregon, Utah, Washington, and Wyoming. Primary data are available at http://water.usgs.gov/watuse.

upstream and downstream fish movements (Poff and Mathews 2013).

### Western Water and Climate Change: Four Iconic Rivers

Water strategies and solutions to meet western population growth have spanned a broad range from increasing supplies to decreasing demands. Many of these could also be used to adapt or prepare for climate change adaptation. Examples of these strategies include new dams (being considered in California and Colorado), desalination (San Diego), basin imports via pipeline (St. George, Utah and the Front Range of Colorado), municipal conservation, permanent transfers from agriculture (Colorado Springs), water markets, land fallowing (Los Angeles), canal lining (San Diego), retirement of grass lawns by purchase (Las Vegas), groundwater banking (Arizona), reuse (Orange County and Aurora, Colorado), new rate structures, consumer education, municipal conservation, indoor fixture rebates (Denver), new landscape design, water loss management from leaky mains, and aquifer storage and recovery (Arizona) (Western Resource Advocates 2005). On the whole, given the uncertainties about the precise forms that climate-change will take, it may be that solutions that engage whole portfolios of differing supply and demand options, with differing climate vulnerabilities, may be the most robust in the future. However, detailed analyses of future water-supply reliabilities in the Inland Empire area of southern California under a wide range of highly uncertain future climates (Groves et al. 2008) showed that (1) strategies in which adaptions and plans are continually revisited and rethought, as additional information emerges, are the least expensive options that agencies can pursue and (2) the next most effective and cost-efficient strategies are demand reductions. In this context, the good news is

that per capita demand has declined in recent years in many Southwestern cities through active demand management programs (Gleick 2010, Cohen 2011).

Both tools and barriers confront those who intend to prepare and adapt western water systems for climate change. A quick overview of the situations in four iconic western river basins (Fig. 4) provides a sense of the challenges that confront the region.

#### The Colorado River basin

The Colorado River drains parts of seven states and two nations in the American Southwest (Fig. 4). Its waters irrigate over 20 000 km$^2$ of land inside and outside of the basin, and serve 40 million Americans in every major southwestern city (USBR 2011). The river's waters were originally allocated under the 1922 Compact that split the river into a Lower Basin (California, Nevada, and Arizona) and an Upper Basin (Colorado, Utah, New Mexico, Wyoming). A 1944 international treaty set aside 1.85 km$^3$ annually for Mexico. Agriculture consumes over 80% of the total water use in the basin (USBR 2011, Cohen et al. 2013). Additional laws, agreements under NEPA, international treaties, and Supreme Court Decrees have added to the original agreements (Meyers 1966, Getches 1984, Verburg 2011), and constitute what is called "The Law of the River." Upper Basin agriculture is mainly alfalfa production and pasture for cattle. The Upper Basin climate, with few exceptions, does not support other crops due to the relatively short growing season. Notably, alfalfa is highly consumptive of water (Glennon 2012, Robbins 2014). Lower Basin agriculture is extremely varied and includes cotton, wheat, and many winter vegetables, in addition to large amounts of alfalfa (Cohen et al. 2013). Reflecting the aridity of the region, most of the cities served are either beyond the basin's boundaries (Los Angeles, San Diego, Denver, Salt Lake, Albuquerque)

MICHAEL DETTINGER ET AL. Ecological Applications
Vol. 25, No. 8

a

Total withdrawals per square mile (thousands of gallons per day)

| 0–2 | 4–8 | 16–32 | 64–128 | 256–512 |
| 2–4 | 8–16 | 32–64 | 128–256 | >512 |

c

Thermoelectric withdrawals as a percentage of total withdrawals

| 0–10 | 20–30 | 40–50 | 60–70 | 80–90 |
| 10–20 | 30–40 | 50–60 | 70–80 | 90–100 |

Fig. 9. Geographical distribution of 2005 U.S. water withdrawals by sector and source (Kenny et al. 2009, Georgakakos et al. 2014): (a) total withdrawals (surface and groundwater) in thousands of gallons per day per square mile (about 10 m$^3$·d$^{-1}$·km$^{-2}$); (b) fraction of farms operated by family or individual, by county as a percentage of total (U.S. Department of Agriculture 2012); (c) thermoelectric plant cooling withdrawals as percentage of total withdrawals; and (d) irrigation, livestock, and aquaculture withdrawal, as percentage of total withdrawals. Ranges are inclusive at the upper end (i.e., 0–10, 10.01–20, etc.).

or significantly uphill from their supply points (Las Vegas, Phoenix, Tucson).

The river is fed primarily by winter snowpack from the Rocky Mountains, with roughly 15% of the total basin area (mostly in the Upper Basin) generating 85% of the flow. The 20th-century mean annual flow at Lees Ferry, the dividing line between Upper and Lower Basins, was approximately 18.5 km$^3$. Half of this volume

was allocated to the Lower Basin and half to the Upper Basin in the original Compact. (A small but important part of the basin's runoff (1.1 km$^3$) enters the river below Lees Ferry in the Grand Canyon.) Unfortunately, the 20th century is now known to have been anomalously wet, especially at the time of the compact negotiations, and megadroughts substantially more severe than those in the 20th century have occurred many times during the



Fig. 9.   Continued.

past several thousand years (Woodhouse et al. 2006, Meko et al. 2007). Climate change is now expected to exacerbate droughts and likely lower the mean flow (Ault et al. 2014).

Recent climate-change projections over the basin have consistently indicated that the southern parts of the basin are likely to face precipitation declines and enhanced droughts, in contrast to the northernmost parts of the basin that may experience smaller precipitation declines or even increases (Gao et al. 2011, Cayan et al. 2013, Polade et al. 2014, Walsh et al. 2014). Most of the basin lies in the area between these two trends, so that projected future precipitation amounts are quite climate-model dependent and uncertain. Temperatures are of course projected to warm throughout the basin, and evaporative (and transpiration) demands are thus generally expected to increase. Thus less runoff and recharge may result from any given amount of precipitation, however much precipitation does or does not change in the basin. Nonetheless, precipitation projections remain quite uncertain and variable (from place to place and model to model), so that the precise

2082            MICHAEL DETTINGER ET AL.           Ecological Applications
Vol. 25, No. 8

effects of climate change on water supply in the basin as a whole remain uncertain.

Furthermore, dust on snow from the southwestern deserts has been shown to advance runoff timing by three weeks and decrease water quantity by 5% by darkening snowpack and thus absorbing more solar energy. Much of this blowing dust results from land use disturbances such as construction, grazing, and off road vehicles in the region. Under climate change, another loss of as much as 1% and a significant additional three-week timing advance might occur (Painter et al. 2010, Deems et al. 2013).

Despite this supply-side uncertainty, the Colorado River basin almost certainly faces major future water-resource shortages because it is already overallocated and demands upon the river continue to grow (see Plate 1). Under the continuous onslaught of built-in deficits and (likely) reductions in its flows relative to the allocations of its waters and, especially, continued growth of water demands on the system, even the basins abundant storage options provide only short-term respites. The river system is restricted and managed by over 100 reservoirs. Bureau of Reclamation reservoirs provide the majority of storage in the system. Hoover Dam, completed in 1935, and Glen Canyon Dam, completed in 1963, provides over 62 km$^3$ of storage in the nation's two largest reservoirs, Lakes Mead and Powell. An additional 12 km$^3$ is stored in Upper Basin reservoirs (USBR 1981). Total reservoir storage is four times the annual flow, a very large amount of storage relative to most other comparable rivers in the world. Recent studies have explored the chances that the major reservoirs will dry out under the combined influences of climate change and heavy demands; all reach the conclusion that this is a very likely outcome under current management practices sometime before 2050 and perhaps as soon as 2020 (Barnett and Pierce 2008, 2009, Rajagopalan et al. 2009).

There are two distinct but related water quantity problems in the Colorado River Basin, one in the Upper Basin, and one in the Lower Basin. In the Lower Basin, the passage of the 1968 Colorado River Basin Project Act created a long-term built-in deficit, defined as an imbalance between the water legally available to the Lower Basin and the amount used by its three states. This act authorized the construction of the Central Arizona Project (CAP), an annual 2-km$^3$ diversion from the Colorado River to Phoenix, Tucson, and agricultural areas in Arizona. Of this amount, availability of 1.5 km$^3$ per year is dependent on the Upper Basin not using their full allocation. It was known that over time this "extra" Upper Basin water would decline due to increasing population and use in the Upper Basin (Tipton and Kalmbach 1965, Johnson 1977). The only unknown was when the Upper Basin would use their full allocation, thereby depriving CAP of its supply. Also, the 1968 Act did not account for the growth of Las Vegas from approximately 275 000 residents to the

current 2 million people with 90% of their supply coming from Lake Mead. Climate-change reductions in flow will only speed the day of reckoning due to these gaps and could make the built-in deficit worse, especially if flow declines were to occur to the limited but critical aforementioned inflows below Lees Ferry.

The drought of the past 15 years in the Southwest has made the built-in deficit obvious, and by 2007 the Basin states agreed to new operational rules for reservoirs and Lower Basin deliveries in times of shortage (U.S. Department of Interior 2007). Only one-half of the 1.5-km$^3$ built-in deficit was covered by the agreement, however. With continuing drought conditions, in 2010 and again in 2014, Lake Mead dropped to within 3 m of the first trigger point established in the 2007 rules. The Lower Basin states are reportedly in negotiations to solve this difficult problem, which will likely require that California share in shortages (Wines 2014a, b).

The Upper Basin faces a different, but related, problem. Under the terms of the 1922 compact, they agreed to not deplete the flows at Lees Ferry below 93 km$^3$ in any given 10-year period. This arrangement was reached as an imperfect way to limit Upper Basin consumptive use (Colorado River Commission 1922). When the compact was negotiated, it was never anticipated that this limit would be reached, because the supply was thought to greatly exceed the amount allocated. The flows, however, have proven to be less than originally thought, thus providing the Upper Basin with an allocation to an uncertain, continually varying amount of water, which makes planning for future Upper Basin development difficult. The most immediate examples of this difficulty and uncertainty is provided by the current drought, which has yielded flows that have been approximately 20% below the long-term mean and has reduced reservoir storage by 60%. If the drought continues apace for even a few more years, the Compact could require the Upper Basin to curtail its uses to meet its 93-km$^3$ obligation.

In the midst of these large-scale built-in and developing challenges, significant tribal rights need to be addressed. A number of Indian tribes inhabit the basin on federally created reservations. Under the Winters Doctrine, these tribes are entitled to reserved water rights (Royster 1994, Shurts 2000). Only some of these tribal rights have been fully quantified, with most other tribes who are still seeking to finalize rights residing in Arizona. One of the more uncomfortable aspects of this situation is that supplies for tribal rights come from the states in which they live, despite the federal nature of the obligation (Royster 1994). Arizona has by now allocated all of its most senior CAP water right for tribes, and remaining settlements will have to come from its lower priority CAP supplies, supplies that are most likely to be curtailed by the 1968 agreement (Weldon and McKnight 2007).

A number of environmental concerns also challenge the basin (Pitt et al. 2000, Pitt 2001, Adler 2007). Dams



Fig. 10.   Projected 2005–2060 changes in water withdrawals (Brown et al. 2013b) (a) incorporating projections of economic and population growth and (b) also including climate change projected by three climate models under a middle-of-the-road A1B greenhouse-gas emissions scenario (increasing emissions through the end of this century, with reductions in the rate of increase after 2070). Ranges are inclusive at the upper end (i.e., 0–10, 10.01–25, etc.).

and other infrastructure on the river have blocked fish movements, restricted sediment transport, and changed the timing and temperature of flows. In addition, introduced nonnative fishes threaten endemic fishes. In the Upper Basin, there are federally listed endangered fish in multiple tributaries including the San Juan, Gunnison, Colorado main stem and Green. There are Recovery Programs under the Endangered Species Act (ESA) in place (Adler 2007), but these programs are funded from hydropower sales that have been reduced during the drought. In the Lower Basin in 2005 a basin-wide Habitat Conservation Program was finalized, the Multi-Species Habitat Conservation Program. It provides for over US$650 million over 50 years to conserve 26 species; 6 threatened and/or endangered and 20 non-federally listed species (Adler 2007). The river also has not reliably reached its terminus in the Sea of Cortez for almost 50 years. New international agreements are in place to provide environmental flows in the lowest river reaches and, in 2014, the first of these flows was released.

*The Rio Grande*

The Rio Grande drains a bi-national basin that flows through Colorado and New Mexico before reaching Texas at El Paso, from whence it continues south and east to form a 2000-km U.S.–Mexico international border (Hill 1974). The river's headwaters in Colorado's eastern San Juan Mountains drain a small area compared to the Colorado, and consequently those headwaters produce a comparatively small amount of flow, about 1.2 km$^3$ per year from snowpack. Flows are also highly variable from year to year (Gutzler 2011). Near these headwaters, the Rio Chama is the largest U.S. tributary to the Rio Grande, contributing another approximately 0.5 km$^3$ per year from a drainage that also drains part of Colorado's San Juan Mountains (Thomson 2011). The present discussion will only extend as far south as Fort Quitman, Texas, a bit south of El Paso and Cuidad Juarez, Mexico. (The river is often dry

at Fort Quitman due to upstream extractions and only regains flow at its confluence with Mexico's Rio Conchos [Schmandt 2002].) The Rio Grande upstream from Fort Quitman (the Upper Rio Grande) comprises three distinct agricultural segments: Colorado's San Luis Valley; the Middle Rio Grande, in New Mexico, from near Cochiti Reservoir to Elephant Butte Reservoir; and the Paso del Norte region from Elephant Butte Reservoir to Fort Quitman, also mostly in New Mexico.

Water in the river is derived predominantly from snow, although New Mexico in some years has a pronounced summer monsoon that can provide signifi-cant if unpredictable water in the Middle and Paso del Norte reaches. At least two studies have investigated future flows of the Rio Grande under the influence of climate change (Hurd and Coonrod 2012, Llewellyn et al 2013). Llewellyn et al.'s 2013 study indicated that, by 2100, flows available for irrigation uses in Colorado's San Luis Valley could decline by 25%. Divertible flows in the Middle Rio Grande were projected to decline by 35%, in large part because the compact allows Colorado to use more flow at lower flow levels so that it could deliver less to New Mexico. Below Elephant Butte, flows could decline by 50%. These declines are Reclamation's worst modeled flow outcomes from climate change in the entire United States, and reflect the small size of the basin, the small size of its primary runoff-generating snow-covered areas, and its position far enough south so that it is projected (by nearly every climate model) to lie within the zone where climate change is most likely to entail significant precipitation declines.

The river is governed by a 1906 international treaty and a three-state compact signed in 1939. The compact was designed to protect senior agricultural water rights in both Colorado and near El Paso. Under the compact, the upper two sections have annual (and occasionally year-to-year) delivery requirements to river sections downstream that vary nonlinearly according to input flows The compact has been the source of much

interstate litigation between the three signatory states (Paddock 2001), and the most recent ongoing litigation involves the consequences of groundwater pumping on a large scale, something not envisioned in the compact. The 1906 treaty requires a small 0.074-km$^3$ delivery to Mexico near El Paso.

Two aspects of water management of the Rio Grande are not present elsewhere in the West. Acequias are communal water systems that share in maintenance and shortages, unlike the predominate western legal doctrine of prior appropriation. These rights are typically tied to the land and cannot be transferred to new uses. New Mexico's 12 Pueblos were established before the United States existed, and hence have unquantified but "time immemorial" water rights that predate even the Spanish Law once utilized in the region. Pueblo rights have been the subject of some of the longest-running Supreme Court cases. Both of these rights complicate and add uncertainty to water management.

Three large cities, Albuquerque, population 555 000, El Paso, population 672 000, and Ciudad Juarez, population 1.3 million, rely on the river for large fractions of their supplies, along with heavy groundwater pumping (which involved significant aquifer overdrafts in the past, that in recent years have been stabilized). However, as with other regions around the West, agriculture is a dominant water use. The Bureau of Reclamation constructed four federal projects in the basin. The Rio Grande project was approved in 1905, and its primary reservoir, the 2.5-km$^3$ Elephant Butte, was completed in 1916 to service project lands (Littlefield 2008) in the Paso del Norte region and beyond. Water from this reservoir is delivered by Elephant Butte Irrigation District and El Paso County Water Improvement District #1 to farmers in New Mexico and Texas. The Rio Grande Project services 728 km$^2$ of U.S. land and another 100 km$^2$ in Mexico (USBR 1981). Major irrigated crops are cotton, alfalfa, pecans, vegetables, and grain. The Bureau of Reclamation's Middle Rio Grande Project was approved in 1950s and involved rehabilitation of an existing regional irrigation system, the Middle Rio Grande Conservancy District. Reclamation channelized the Rio Grande in this river section creating a number of environmental problems. Approximately 400 km$^2$ are irrigated by the project. Alfalfa, barley, wheat, oats, corn, fruits, and vegetables are the principal crops grown (USBR 1981). Still farther upstream, in the San Luis Valley, agriculture and irrigation developed prior to federal involvement (USBR 1981). The Closed Basin Project there was completed in the 1970s to provide agriculture with extra supplies not subject to the compact. The fourth Bureau of Reclamation project is the San Juan–Chama built in the 1970s to move Colorado River water into the Rio Grande, thereby providing an additional 0.1 km$^3$ per year for the Rio Grande. This project provides municipal supplies for Albuquerque and Santa Fe, irrigation supplies for the Middle Rio Grande Conservancy District, and is also used for a federal reserved rights settlement with the Jicaralla Apache Tribe. In recent drought years, this water has been critical for environmental, municipal and irrigation interests. This water, however, is subject to New Mexico's Colorado River Compact allocation and could be curtailed by drought and climate change.

The river has been heavily modified by human activities, including changes in sediment loading and capture, changes in the seasonal hydrograph, increases in salinity, channelization, and on-stream reservoir construction (Llewellyn et al 2013). In 1994, the Rio Grande Silvery minnow was listed as federally endangered. The fish was found only in the reach between Cochiti and Elephant Butte dams, 5% of its historic range from the mountains to the ocean. Severe habitat loss, channelization, blockage of fish movement, too much and too little sediment, and increased salinity have all contributed (Cowley et al. 2006). A severe drought began in 1996 and that same year the diversion of the entire river brought about a large minnow kill. The Bureau of Reclamation began using stored water from up its San Juan–Chama (SJC) Project near the headwaters of the river against the protests of the SJC contractors to benefit the minnow. Beginning in 1999, a number of complicated legal disputes ensued over a proposed recovery plan, critical habitat designation, biological opinions, and the legality of the using SJC water for the minnow (Katz 2007, Kelly and McKean 2011, DuMars 2012). Proposed solutions for minnow recovery include removal of Cochiti Dam, thus providing a riverine environment that never historically dried, more water in the river, sediment control in river uplands, "naturalize" irrigation drains to mimic habitat, set levees further back to allow ecosystem services to occur, and enactment of strict water conservation (Cowley 2006).

Thus, the Rio Grande is another western basin that is using its water to the maximum, and even more so than in the Colorado, current projections of climate change suggest that the flows that are currently being disputed and wrangled in the Rio Grande are likely to be less and less available for any use as the century wears on. On the whole, the Rio Grande is facing the largest climate-change water-supply deficits (relative to historical record) among the four basins considered here.

### The Klamath

The Klamath River is volumetrically the third largest river on the West Coast, with approximately 480 m$^3$/s in average discharge. The basin is smaller than the others considered here, with the river traveling about 425 km from headwaters in southern Oregon to discharge in the Pacific Ocean in California. The Klamath is an "upside down" basin: it is relatively flat in its headwaters (the Upper Basin) and its 300-km lower canyon is relatively steep and narrow (the Lower Basin). Above its discharge point, the Klamath is joined by the Trinity River in



PLATE 1.   Climate change is projected to exacerbate extreme climatic events, like drought and its impacts on western water supplies. This photo shows Lake Mead and Boulder Dam, on the Colorado River (USA) in February 2015, with a stark white "bathtub ring" of dry slopes exposed below normal water levels as a result of current drought conditions over much of the Southwest United States. Photo credit: Kelly Redmond.

California. Also unusual is that the Upper Basin generates a relatively small fraction of the total flow (12%) while lower tributaries, the Salmon, Shasta, Scott, and Trinity, generate the remainder (Powers et al. 2005). The Bureau of Reclamation's Klamath Project in the Upper Basin was authorized in 1905 and water deliveries from it began in 1907 (USBR 1981, Powers 1999). The Project includes seven dams and four major natural but enlarged lakes, and many irrigation canals and pumping facilities. Upper Basin lakes are large (0.6 km$^3$) but are very shallow. These reservoirs provide negligible carry-over storage from year to year. Approximately 900 km$^2$ are irrigated in the Upper Basin producing wheat, malt barley, alfalfa, onions, and potatoes. Cattle are grazed on irrigated pasture. About 250 000 people inhabit the basin. Four private hydroelectric dams were installed in the early 20th century just below the Upper Basin. These dams block coho, chinook, and steelhead migrations into the Upper Basin, where the fish were historically present (Hamilton and Curtis 2005). The Federal Energy Regulatory Commission (FERC) license for the dams expired in 2004 and long-term relicensing has been delayed pending resolution of the basin's problems.

Under natural conditions, the Klamath River was the third most productive salmon river on the West Coast, after the Columbia and Sacramento Rivers. Barriers to fish passage, eutrophication, and warmer water temperatures now impact migrating salmon, especially during droughts. Irrigation along the upper Klamath, along with the almost-total diversion of the Trinity River, have reduced flows, impacting migrations of salmon in both

spring (outward migrations) and fall (upstream migrations; Hamilton and Curtis 2005, National Research Council 2008). The Upper Basin contains six national wildlife refuges encompassing almost 800 km$^2$ of freshwater marsh, open water, croplands, meadows, and some old growth forest. Two of the refuges utilize Klamath Project water, thus competing with farmers. The refuges provide habitat for waterfowl, water birds, wintering bald eagles, and other animals. The Lost River and shortnose suckers that inhabit the upper basin were listed as endangered in 1988. Water quality conditions in the (Upper) Klamath Basin lakes have been a concern with respect to sucker mortality, with the lakes subject to warming and eutrophication with concomitant loss of dissolved oxygen (Kann and Welch 2005). Low levels of dissolved oxygen have been associated with fish mortality (Martin and Saiki 1999).

The lower Klamath River is affected by Reclamation's Shasta/Trinity River Division project, a very large transbasin diversion of up to 90% of the Trinity's flows into the Upper Sacramento River for use by the Bureau of Reclamation's Central Valley Project (McBain and Trush 1997). Low flow levels and high water temperatures in the Lower Basin are also of concern to salmon species (once present throughout the basin and now restricted to the Lower Basin), such that, in 1997, coho salmon were listed as threatened.

All told, the Klamath fisheries and flows have been much impacted by agricultural development and heavy management of its waters (including those of the Trinity), and the basin is well known as a setting for

some of the most contentious and near-violent confrontations between various water-use communities. In 2001, Reclamation issued a biological assessment of the endangered suckers. In response, biological opinions from the U.S. Fish and Wildlife Service (USFWS) for suckers and National Marine Fisheries Service (NMFS) for coho were released later that year. Both the USFWS and NMFS called for higher reservoir levels and higher mainstem flows to protect the fish. Also, in 2001, Reclamation announced that due to severe drought no water would be released to farms in order to minimize stress to the three fish species, the first time such a ruling had been made in the history of the project. Some water was ultimately released later in the year. The announcement was met with strong opposition by the community. In 2002 warm water temperatures and low flows led to a large Chinook salmon kill near the mouth of the Klamath (Levy 2003). In 2002, a National Research Council committee was convened to investigate the soundness of the governing biological opinions, and found that scientific support was lacking for requirements of higher water levels in Upper Klamath Lake and for higher minimum stream flows in the upper Klamath River proposed in the 2000 USFWS and NMFS biological opinions. The NRC Report was highly controversial (Cooperman and Markle 2003, Lewis 2003). The USFWS and NMFS subsequently released modified biological opinions in 2003, and over the next six years the NRC released two additional reports, one on the causes of the declines and strategies for recovery (National Research Council and Committee on Endangered and Threatened Fishes in the Klamath River Basin 2004), and one on hydrology, ecology, and fishes (National Research Council 2008). The USFWS and NMFS subsequently released revised opinions in 2008 and 2013, respectively. In 2011, some Klamath Basin tribes (including Klamath, Modoc, and Yahooskin tribes) finally received a quantified water right by Oregon, although not all have been federally recognized. Tribal interests are not always aligned, with lower basin tribes having different viewpoints than upper basin interests.

In 2010, 45 separate federal, state, and local entities signed to two agreements for resolution of at least some of the problems facing the basin. The Klamath Basin Restoration Agreement (KBRA) attempts to restore native fish production, establish water and power supplies to support agriculture, communities, and the refuges, and contribute to the public welfare and sustainability for all Klamath Basin communities (Stern et al. 2013). The price tag for the KBRA has been estimated at US$1 billion. The Klamath Hydroelectric Settlement Agreement (KHSA) provides for the removal of the four private hydroelectric dams, primarily to improve fish habitat. It mandates a number of studies pertaining to dam removal feasibility and impacts (some of which have been concluded), limits costs to some participants, and contains a number of implementation details including a removal schedule. The KRBA and the KHSA are cross linked, each requiring Congressional approval of the other settlement (Stern et al. 2013). The agreements failed to pass Congress in 2014 and are set to expire in 2015 if no action is taken. Some parties, notably some of the Lower Basin Tribes, some environmental groups, and some local governments, actively oppose the agreements. The tribes oppose the agreements because they do not include the Trinity River, the environmental groups believe not enough water for environmental flows will be present during drought years, and local governments oppose the dam removal.

The Trinity now has its own restoration project that has increased Trinity flows and reduced the out-of-basin diversions to the Central Valley Project, with the Bureau of Reclamation electing to use some of this water to provide additional fish flows in the Lower Klamath rather than divert the water into the Sacramento basin. This action has been opposed in federal court by irrigators in California's Central Valley, who otherwise would benefit from this water.

The Klamath basin has a small enough area and population so that, in principle, a basin-wide perspective for solutions to these many challenges is still possible, especially if discussions are expanded to include interests on the Trinity River. The basin is far enough north so that the majority of climate models project gradual increases in precipitation this century (Cayan et al. 2013, Polade et al. 2014), which, combined with rising temperatures and evaporative demand, may yield modest flow declines overall (but significant declines in summer streamflow; Fig. 2; Cayan et al. 2013). The declining flows (from climate change and increased irrigation demands) coupled with warmer air temperatures threaten the basin most directly through rising water temperatures and further water quality declines, that may place many of the agricultural and ecological interests in this contentious basin at risk in coming decades.

### The Sacramento–San Joaquin Bay Delta

The stabilization of the Sacramento–San Joaquin Bay-Delta is the most critical single water problem in California and arguably the most pressing water issue in the United States. The Bay-Delta is the largest estuary on the West Coast and is central to California's trillion-dollar water economy and many of its ecosystems. The 163 000-km$^2$ watershed that feeds freshwater to the Bay-Delta is bounded by the Sierra Nevada, southernmost Cascade Mountains, and California's Coastal Ranges, providing freshwater flows of the Sacramento and San Joaquin Rivers that merge in the Bay-Delta (California Department of Water Resources 1993). An average of 40% of annual runoff to the river network is produced from snowmelt (Knowles 2000) and flows into and through the Bay-Delta estuary. Pacific Ocean tides propagate through the Golden Gate to the Delta, and

the extent of salinity intrusion into northern San Francisco Bay is determined by the highly variable standoff between sea-level height and river inflows. The Delta's contributing hydrology has followed the climate-driven trends already observed across the western United States and attributed to human-induced warming (Barnett et al. 2008), including trends of increasing winter and spring air temperatures and lengthened growing seasons (Cayan et al. 2001), declining contributions of snow to annual precipitation (Knowles et al. 2006), and hastening of spring snowmelt by 5 to 30 days (Stewart et al. 2005). Mean sea level at the entrance to San Francisco Bay has increased ~2.2 cm per decade since the 1930s, and the frequency of extreme tides has increased 20-fold since 1915 (Cayan et al. 2008).

The Delta itself encompasses 3000 km$^2$ of tidal to freshwater wetlands, agricultural lands, and river/estuarine channels at the confluence of the Sacramento and San Joaquin rivers. The Bay-Delta is a critical element in the state-scale water-conveyance systems that contribute drinking water supplies for two-thirds of the state's population (22 million people) and irrigation supplies for at least US$27 billion in agricultural production (45% of the nation's produce), and are thus a primary water source for California's trillion-dollar economy (Healey et al. 2008). About 6 km$^3$ of freshwater are pumped from the Delta by the federal Central Valley Project and the State Water Project each year to supply municipal and agricultural water demands in southern and central California (Healey et al. 2008). Salinities fluctuate seasonally and from year to year within both the Bay and Delta (Peterson et al. 1996). These salinity variations are managed by upstream reservoir releases with the dual purposes of preserving uncontaminated freshwater supplies and ensuring healthy ecosystems in and around the estuary, ecosystems that historically have supported at least 750 known plant and animal species (Healey et al. 2008).

Mount et al. (2006) have identified five primary drivers of future risk and adverse change in the Delta: land subsidence, invasive species, population growth and urbanization, seismicity, and climate change with sea-level rise. Both the ecosystems and the freshwater supplies associated with the Delta are in jeopardy. Freshwater diversions have altered the water balance and water quality of the estuary in ways that threaten the ecosystems. In 1993, two fish species in the Delta were listed under the Endangered Species Act (ESA). Within the Delta, approximately 60 islands sit below or near sea level, protected by >1800 km of aging levees. The levees continually risk failure due to combined pressures from sea-level rise, island subsidence, freshwater flooding, poor levee maintenance, and earthquakes (Mount and Twiss 2005). Major failure among the Delta levees could draw a massive influx of sea water from the San Francisco Bay into the freshwater parts of the Delta, which could render it unusable as a central link in the State's major freshwater-conveyance systems. Disruption of these conveyances could cost upward of US$30 billion and require many years to fix (Benjamin and Assoc. 2005). Both the State Water Project and the federal Central Valley Project are at risk (California Department of Water Resources 2009, Lund et al. 2010). Besides its vulnerable water infrastructure, the Delta is traversed by other key infrastructure including major north-south and east-west highways, electrical power lines, gas lines, and rail lines, all of which are threatened by flooding from the two rivers and by sea-level rise (Lund et al. 2010, Suddeth et al. 2010).

The listing of two fish species in 1993 under the ESA precipitated a crisis that led to the development of the CALFED Bay-Delta Program (Morandi 1998), which has recently been replaced by the Delta Stewardship Council. The express goal of these programs has been improving both ecological health and water management in the San Francisco Bay-Delta and its watershed. The program was envisioned as a multi-decade attempt through inter-agency coordination and decision-making to improve deteriorating ecosystems (Luoma et al. 2008), stressed water supply reliability, threatened water quality, and precarious levee systems in the Bay and Delta (National Research Council 2010). Over the last 15 years, federal, state, municipal, agricultural, and environmental interests have engaged in a variety of occasionally contentious and always complex and expensive initiatives in an attempt to create solutions acceptable to all parties (Isenberg et al. 2007, 2008, Owen 2007, National Research Council 2011). Hanneman and Dyckman (2009) have argued using game theory that, with current lines of authority, all participants have little incentive to agree as long as they can await a better solution; issues in the Colorado River basin, by contrast, have been more readily resolved because of the strong authorities that the Secretary of the Interior and Water Master wield. Nonetheless, this fall, the voters of California approved a massive US$7.5 billion bond issue to, once again, try to put many different water-supply systems around California on firmer footing, including crucial elements in the Delta.

Climate change threatens the Bay-Delta in many ways (Cloern et al. 2011), but California is an exceptionally well "plumbed" state (Lund 2006) and has an economy that can support as large an array of investments to address the problems in the Delta as any other system on earth (even if one current estimate indicates that an additional 7.4 km$^3$ of storage could be used; Lund et al. 2010). The large variety of canals, diversions, markets, and reservoirs (including groundwater reservoirs) presumably offer many opportunities for responding to and ultimately reducing many of those climate-change challenges. Indeed, Harou et al. (2010) have applied a hydroeconomic model of the state's water supply systems to conclude that even a multidecade-long "megadrought" could be weathered, albeit with high costs and many losers. Water temperatures in the Delta are expected to rise, causing difficulties for fisheries there

MICHAEL DETTINGER ET AL.
Ecological Applications
Vol. 25, No. 8

that are already in peril (Brown et al. 2013*a*). In this overall context, among the many climate-change challenges that the state faces, some of the most pressing for the Bay-Delta will be the combined influences of sea-level rise (Cayan et al. 2008) and projected increases in flood flows and frequencies (Das et al. 2013). California has somewhat more than one year's worth of reservoir storage space at its disposal to meet dry-year water demands, and only about one-third of that space is typically available for flood protection. Storage management is currently based on historical climate responses, but adaptive management would be a more effective alternative in the face of climate and demand changes (Georgakakos et al. 2012). As has been noted, floods and sea-level rise combine to threaten the aging levees at the heart of California's water system, and the consequences of widespread levee failures could be essentially crippling to the state's economy (e.g., Porter et al. 2011). The Delta is a localized and extreme weakness at the heart of California's water systems unlike any found in the other basins considered here, and unlike any others around the West. California is blessed with a forward looking population as regards climate-change matters and this will likely be a very important asset, perhaps the most important asset as it comes to terms with the challenges (not just floods and levees) to come.

## Conclusions

The western United States is a region that is defined by the water challenges that it faces and that it has accommodated throughout its history. Climate change adds to those historical challenges, but does not, for the most part, introduce entirely new challenges; rather it is likely to stress water supplies and resources that are already in many cases stretched to, or beyond, their limits. Current projections are for continued and, likely, increased warming trends across the region, with a strong potential for attendant increases in evaporative demands. Projections of future precipitation in the region are less conclusive, but it seems likely that the northernmost West will see precipitation increases while the southernmost West will see precipitation declines. However, most of the region lies in a broad area where some climate models project precipitation increases and others project precipitation declines, so that only increased precipitation uncertainties can be projected with any confidence. Even with the precipitation uncertainties, the net effect of the projections of evaporative changes and the precipitation changes is an expectation that, nearly everywhere, the amount of runoff and recharge yielded by each increment of precipitation will fall, with increased likelihoods and persistence of droughts becoming the new norm. Changes in the annual hydrograph are likely to challenge water managers, users and attempts to protect or restore environmental flows, even with similar annual volumes. Other kinds of impacts from climate change

(e.g., floods and water quality changes) are poorly understood and will likely be very location dependent.

In this context, the four iconic river basins surveyed here offer a glimpse into specific challenges that climate change may bring to the West. At risk of oversimplifying, the Colorado River is a system in which overuse and the growth of demands is projected (by the U.S. Bureau of Reclamation) to be even more challenging than climate-change induced flow reductions. With or without large climate-change flow reductions, in the next few decades, the region faces the prospect of reservoir drying with water and power supplies for 40 million people placed at risk. The Rio Grande offers the best example of how climate-change induced flow declines might sink an admittedly smaller, multistate, water system into permanent drought. The Klamath may be in best shape, if current precipitation-change projections hold, in terms of volumes of runoff, but the fisheries (and by extension, irrigation management) may be placed into dire straits by warming temperatures, rising irrigation demands, and especially warming waters in a basin that is hobbled by the tensions between endangered fisheries and agricultural demands. Unlike the other basins, some promising initial solutions are at hand, albeit with a very large price tag. Finally, the Bay-Delta system is the remarkably localized and severe weakness at the heart of California's trillion dollar economy. It is threatened by the full range of potential climate-change impacts seen elsewhere in the West, along with unique and major vulnerabilities to increased flooding and rising sea levels.

All told, western water and projected climate change is a precarious mix. Nineteenth-century water law, twentieth-century infrastructure, and twenty-first-century population growth and climate change are on a collision course throughout the West. The sooner and more comprehensively we can address the historical water difficulties that define the region, the more likely we will be able to meet and accommodate the new challenges that climate change will bring.

## Literature Cited

Adler, R. W. 2007. Restoring Colorado River ecosystems: a troubled sense of immensity. Island Press, Washington, D.C., USA.

Arnold, C., T. A. Ghezzehei, and A. A. Berhe. 2014. Early spring, severe frost events, and drought induce rapid carbon loss in high elevation meadows. PLoS ONE 9:e106058.

Ault, T. R., J. E. Cole, J. T. Overpeck, G. T. Pederson, and D. M. Meko. 2014. Assessing the risk of persistent drought using climate model simulations and paleoclimate data. Journal of Climate 27:7529–7549.

Averyt, K., J. Meldrum, P. Caldwell, G. Sun, S. McNulty, A. Hubert-Lee, and N. Madden. 2013. Sectoral contributions to surface water stress in the coterminous United States. Environmental Research Letters 8:035046.

Barnett, T. P., and D. W. Pierce. 2008. When will Lake Mead go dry? Water Resources Research 44:W03201.

Barnett, T. P., and D. W. Pierce. 2009. Sustainable water deliveries from the Colorado River in a changing climate. Proceedings of the National Academy of Sciences USA 106:7334–7338.

Barnett, T. P., et al. 2008. Human-induced changes in the hydrology of the western United States. Science 319:1080–1083.

Baron, J. S., E. K. Hall, B. T. Nolan, J. C. Finlay, E. S. Bernhardt, J. A. Harrison, F. Chan, and E. W. Boyer. 2013. The interactive effects of human-derived nitrogen loading and climate change on aquatic ecosystems of the United States. Biogeochemistry 114:71–92.

Basagic, H. J., and A. G. Fountain. 2011. Quantifying 20th century glacier change in the Sierra Nevada, California. Arctic, Antarctic, and Alpine Research 43:317–330.

Batker, D., Z. Christin, C. Cooley, W. Graf, K. B. Jones, J. Loomis, and J. Pittman. 2014. Nature's value in the Colorado River Basin. Earth Economics, Tacoma, Washington, USA.

Benjamin, Jack R., and Associates. 2005. Preliminary seismic risk analysis associated with levee failures in the Sacramento–San Joaquin Delta. http://www.water.ca.gov/floodmgmt/dsmo/sab/drmsp/docs/Delta_Seismic_Risk_Report.pdf

Bonfils, C., et al. 2008. Detection and attribution of temperature changes in the mountainous western United States. Journal of Climate 21:6404–6424.

Brown, L. R., W. A. Bennett, W. Wagner, T. Morgan, N. Knowles, F. Feyrer, D. Schoellhamer, M. Stacey, and M. Dettinger. 2013a. Implications for future survival of deltas smelt from four climate-change scenarios for the Sacramento-San Joaquin Delta, California. Estuaries and Coasts 36:754–774.

Brown, T. C. 2000. Projecting US freshwater withdrawals. Journal of Water Resources Research 36:769–780.

Brown, T. C., R. Foti, and J. A. Ramirez. 2013b. Projecting fresh water withdrawals in the United States under a changing climate. Water Resources Research 49:1259–1276.

California Department of Water Resources. 1993. Sacramento-San Joaquin Delta Atlas. The Resources Agency, Sacramento, California, USA.

California Department of Water Resources. 2009. Sacramento-San Joaquin River Delta. In California Water Plan update 2009: integrated water management. Volume 3. California Department of Water Resources Bulletin 160-09. http://www.waterplan.water.ca.gov/cwpu2009/index.cfm

Castle, S. L., B. F. Thomas, J. T. Reager, M. Rodell, S. C. Swenson, and J. S. Famiglietti. 2014. Groundwater depletion during drought threatens future water security of the Colorado River Basin. Geophysical Research Letters 41. http://dx.doi.org/10.1002/2014GL061055

Cayan, D. R., P. D. Bromirski, K. Hayhoe, M. Tyree, M. D. Dettinger, and R. Flick. 2008. Climate change projections of sea level extremes along the California coast. Climatic Change 87:57–73.

Cayan, D. R., T. Das, D. W. Pierce, T. P. Barnett, M. Tyree, and A. Gershunov. 2010. Future dryness in the southwest US and the hydrology of the early 21st century drought. Proceedings of the National Academy of Sciences USA 107:21271–21276.

Cayan, D. R., S. A. Kammerdiener, M. D. Dettinger, J. M. Caprio, and D. H. Peterson. 2001. Changes in the onset of spring in the western United States. Bulletin of the American Meteorological Society 82:399–415.

Cayan, D., et al. 2013. Future climate: projected average. Pages 101–125 in G. Garfin, A. Jardine, R. Merideth, M. Black, and S. LeRoy, editors. Assessment of climate change in the southwest United States: a report prepared for the National Climate Assessment. A report by the Southwest Climate Alliance. Island Press, Washington, D.C., USA.

Cloern, J. E., et al. 2011. Projected evolution of California's San Francisco Bay-Delta-River system in a century of climate change. PLoS ONE 6:e24465.

Coats, R., J. Perez-Losada, G. Schladow, R. Richards, and C. Goldman. 2006. The warming of Lake Tahoe. Climatic Change 76:121–148.

Cohen, M., J. Christian-Smith, and J. Berggren. 2013. Water to supply the land. http://www.pacinst.org/wp-content/uploads/2013/05/pacinst-crb-ag.pdf

Cohen, M. J. 2011. Municipal deliveries of Colorado River Basin water. Pacific Institute, Berkeley, California, USA.

Colorado River Commission. 1922. Minutes of the first meeting. Colorado River Commission, Washington, D.C., USA.

Cooperman, M. S., and D. F. Markle. 2003. The Endangered Species Act and the National Research Council's interim judgment in Klamath Basin. Fisheries 28:10–19.

Cowley, D. E. 2006. Strategies for ecological restoration of the Middle Rio Grande in New Mexico and recovery of the endangered Rio Grande silvery minnow. Reviews in Fisheries Science 14:169–186.

Cowley, D. E., P. D. Shirey, and M. D. Hatch. 2006. Ecology of the Rio Grande silvery minnow (Cyprinidae: Hybognathus amarus) inferred from specimens collected in 1874. Reviews in Fisheries Science 14:111–125.

Creameran, J. M., et al. 2013. Dust and biological aerosols from the Sahara and Asia influence precipitation in the western U.S. Science 339:1572–1578.

Crosbie, R. S., B. R. Scanlon, F. S. Mpelasoka, R. C. Reedy, J. B. Gates, and L. Zhang. 2013. Potential climate change effects on groundwater recharge in the High Plains Aquifer, USA. Water Resources Research 7:3936–3951.

Dai, A. 2012. Increasing drought under global warming in observations and models. Nature Climate Change 3:52–58.

Das, T., H. G. Hidalgo, D. W. Pierce, T. P. Barnett, M. D. Dettinger, D. R. Cayan, C. Bonfils, G. Bala, and A. Mirin. 2009. Structure and detectability of trends in hydrological measures over the western United States. Journal of Hydrometeorology 10:871–892.

Das, T., E. P. Maurer, D. W. Pierce, M. D. Dettinger, and D. R. Cayan. 2013. Increases flood magnitudes in California under warming climates. Journal of Hydrology 501:101–110.

David, E. L. 1990. Manufacturing and mining water use in the United States, 1954–83. National Water Summary 1987—hydrologic events and water supply and use. United States Geological Survey Water-Supply Paper 2350:81–92.

Deems, J. S., T. H. Painter, J. J. Barsugli, J. Belnap, and B. Udall. 2013. Combined impacts of current and future dust deposition and regional warming on Colorado River Basin snow dynamics and hydrology. Hydrologic and Earth Systems Science 17:4401–4413.

Dettinger, M. 2011. Climate change, atmospheric rivers, and floods in California—a multimodel analysis of storm frequency and magnitude changes. Journal of the American Water Resources Association 47:514–523.

Dettinger, M. D., and S. Culberson. 2008. Internalizing climate change—scientific resource management and the climate change challenges. San Francisco Estuary and Watershed Science. http://repositories.cdlib.org/jmie/sfews/vol6/iss2/art6

DuMars, C. 2012. The Middle Rio Grande minnow wars. Pages 123–140 in C. T. Ortega Klett, editor. One hundred years of water wars in New Mexico 1912–2012. Sunstone Press, Santa Fe, New Mexico, USA.

Earman, S., A. R. Campbell, F. M. Phillips, and B. D. Newman. 2006. Isotopic exchange between snow and atmospheric water vapor: estimation of the snowmelt component of groundwater recharge in the southwestern United States. Journal of Geophysical Research 111. http://dx.doi.org/10.1029/2005JD006470

Earman, S., and M. Dettinger. 2011. Potential impacts of climate change on groundwater resources—a global review. Journal of Water and Climate Change 2:213–229.

Elsner, M. M., L. Cuo, N. Voisin, J. S. Deems, A. F. Hamlet, J. A. Vano, K. E. B. Mickelson, S. Y. Lee, and D. P. Lettenmaier. 2010. Implications of 21st century climate

change for the hydrology of Washington State. Climatic Change 102:225–260.

EPRI. 2011. Water use for electricity generation and other sectors: recent changes (1985–2005) and future projections (2005–2030). 2011 Technical Report. Electric Power Research Institute, Palo Alto, California, USA.

Falkenmark, M., and J. Rockstrom. 2004. Balancing water for humans and nature—the new approach to ecohydrology. EarthScan, London, UK.

Famiglietti, J., M. Lo, S. L. Ho, J. Bethune, K. J. Anderson, T. H. Syed, S. C. Swenson, C. R. de Linage, and M. Rodell. 2011. Satellites measure recent rates of groundwater depletion in California's Central Valley. Geophysical Research Letters 38:L03403.

Feng, S., and Q. Hu. 2007. Changes in winter snowfall/precipitation ratio in the contiguous United States. Journal of Geophysical Research 112:D15109.

Flood, J. F., and L. B. Cahoon. 2011. Risks to coastal wastewater collection systems from sea-level rise and climate change. Journal of Coastal Research 27:652–660.

Foti, R., J. A. Ramirez, and T. C. Brown. 2012. Vulnerability of U.S. water supply to shortage: a technical document supporting the Forest Service 2010 RPA Assessment. RMRS-GTR-295. U.S. Forest Service, Washington, D.C., USA.

Fritze, H., I. T. Stewart, and E. J. Pebesma. 2011. Shifts in western North American snowmelt runoff regimes for the recent warm decades. Journal of Hydrometeorology 12:989–1006.

Gao, Y., J. A. Vano, C. Zhu, and D. P. Lettenmaier. 2011. Evaluating climate change over the Colorado River basin using regional climate models. Journal of Geophysical Research: Atmospheres 116:D13104.

Georgakakos, A., P. Fleming, M. Dettinger, C. Peters-Lidard, T. C. Richmond, K. Reckhow, K. White, and D. Yates. 2014. Water resources. Pages 69–112 in J. M. Melillo, T. C. Richmond, and G. W. Yohe, editors. Climate change impacts in the United States: the third National Climate Assessment. U.S. Global Change Research Program, Washington, D.C., USA.

Georgakakos, A. P., H. Yao, M. Kistenmacher, K. P. Georgakakos, N. H. Graham, F.-Y. Cheng, C. Spencer, and E. Shamir. 2012. Value of adaptive water resources management in Northern California under climatic variability and change: reservoir management. Journal of Hydrology 412–413:34–46.

Getches, D. H. 1984. Competing demands for the Colorado River. University of Colorado Law Review 56:413.

Gleick, P. H. 2010. Roadmap for sustainable water resources in southwestern North America. Proceedings of the National Academy of Sciences USA 107:21300–21305.

Glennon, P. C. A. R. 2012. Parched in the west but shipping water to China, bale by bale. Wall Street Journal, 5 October 2012. http://online.wsj.com/news/articles/SB10000872396390444517304577653432417208116

Goulden, M. L., and R. C. Bales. 2014. Mountain runoff vulnerability to increased evapotranspiration with vegetation expansion. Proceedings National Academy of Sciences USA 111. http://dx.doi.org/10.1073/pnas.1319316111

Groffman, P. M., P. Kareiva, S. Carter, N. B. Grimm, J. Lawler, M. Mack, V. Matzek, and H. Tallis. 2014. Ecosystems, biodiversity, and ecosystems services. Pages 195–219 in J. M. Melillo, T. C. Richmond, and G. W. Yohe, editors. Climate Change Impacts in the United States: The Third National Climate Assessment. U.S. Global Change Research Program, Washington, D.C., USA.

Groves, D. G., R. J. Lempert, D. Knopman, and S. H. Berry. 2008. Preparing for an uncertain future climate in the Inland Empire. RAND Corporation, Santa Monica, California, USA.

Gutowski, W. J., G. C. Hegerl, G. J. Holland, T. R. Knutson, L. O. Mearns, R. J. Stouffer, P. J. Webster, M. F. Wehner, and F. W. Zwiers. 2008. Causes of observed changes in extremes and projections of future changes. Pages 81–116 in T. R. Karl, G. A. Meehl, C. D. Miller, S. J. Hassol, A. M. Waple, and W. L. Murray, editors. Weather and climate extremes in a changing climate. Regions of focus: North America, Hawaii, Caribbean, and US Pacific Islands. U.S. Climate Change Science Program and the Subcommittee on Global Change Research, Washington, D.C., USA.

Gutzler, D. S. 2011. Climate and drought in New Mexico. In D. Brookshire, H. Gupta, and O. P. Matthews, editors. Water Policy in New Mexico. RFF Press, Washington, D.C., USA.

Hall, M. H. P., and D. B. Fagre. 2003. Modeled climate-induced glacier change in Glacier National Park, 1850–2100. BioScience 53:131–140.

Hamilton, J. B., and G. L. Curtis. 2005. Distribution of anadromous fishes in the Upper Klamath River Watershed prior to hydropower dams—a synthesis of the historical evidence. Fisheries 30:10–20.

Hamlet, A. F., P. W. Mote, M. P. Clark, and D. P. Lettenmaier. 2005. Effects of temperature and precipitation variability on snowpack trends in the western United States. Journal of Climate 18:4545–4561.

Hanneman, M., and C. Dyckman. 2009. The San Francisco Bay-Delta: a failure of decision-making capacity. Environmental Science and Policy 12(6):710–725.

Harou, J. J., J. Medellin-Azuara, T. Zhu, S. K. Tanaka, J. R. Lund, S. Stine, M. A. Olivares, and M. W. Jenkins. 2010. Economic consequences of optimized water management for a prolonged, severe drought in California. Water Resources Research 46. http://dx.doi.org/10.1029/2008WR007681

Hay, L. E., S. L. Markstrom, and C. Ward-Garrison. 2011. Watershed-scale response to climate change through the twenty-first century for selected basins across the United States. Earth Interactions 15:1–37.

Healey, M., M. Dettinger, and R. Norgaard, editors. 2008. The state of Bay-Delta science, 2008. CALFED Science Program. http://science.calwater.ca.gov/publications/sbds.html

Hidalgo, H. G., et al. 2009. Detection and attribution of streamflow timing changes to climate change in the western United States. Journal of Climate 22:3838–3855.

Hidalgo, H., M. Dettinger, and D. Cayan. 2008. Aridity changes in the western United States. Pages 54–59 in J. Jones, editor. California drought—update 2008. California Department of Water Resources, Sacramento, California, USA.

Hill, R. A. 1974. Development of the Rio Grande Compact of 1938. Natural Resources Journal 14:163.

Hirsch, R. M., and K. R. Ryberg. 2012. Has the magnitude of floods across the USA changed with global $CO_2$ levels? Hydrological Sciences Journal 57:1–9.

Hodgkins, G. A. 2009. Streamflow changes in Alaska between the cool phase (1947–1976) and the warm phase (1977–2006) of the Pacific Decadal Oscillation: the influence of glaciers. Water Resources Research 45:W06502.

Hoerling, M. P., M. Dettinger, K. Wolter, J. Lukas, J. Eischeid, R. Nemani, B. Liebmann, and K. E. Kunkel. 2013. Evolving weather and climate conditions of the Southwest United States. Pages 74–100 in G. Garfin, A. Jardine, M. Black, R. Merideth, J. Overpeck, and A. Ray, editors. Assessment of climate change in the Southwest United States: a report prepared for the National Climate Assessment. Island Press, Washington, D.C., USA.

Hoerling, M. P., J. K. Eischeid, X.-W. Quan, H. F. Diaz, R. S. Webb, and R. Easterling. 2012. Is a transition to semi-permanent drought conditions imminent in the Great Plains? Journal of Climate 25:8380–8386.

Huntington, J. L., and R. G. Niswonger. 2012. Role of surface-water and groundwater interactions on projected summer-time streamflow in snow dominated regions: an integrated modeling approach. Water Resources Research 48:W11524.

Hurd, B., and J. Coonrod. 2012. Hydro-economic consequences of climate change in the upper Rio Grande. Climate Research 53:103–118.

IPCC. 2013. Summary for policymakers. Climate change 2013: the physical science basis. Contribution of Working Group I to the Fifth Assessment Report of the Intergovernmental Panel on Climate Change. Cambridge University Press, Cambridge, UK.

Isenberg, P., M. Florian, R. M. Frank, T. McKernan, S. W. McPeak, W. K. Reilly, and R. Seed. 2007. Our vision for the California Delta. State of California Resources Agency, Governor's Delta Vision Blue Ribbon Task Force. http://deltavision.ca.gov/BlueRibbonTaskForce/FinalVision/Delta_Vision_Final.pdf

Isenberg, P., M. Florian, R. M. Frank, T. McKernan, S. W. McPeak, W. K. Reilly, and R. Seed. 2008. Delta Vision strategic plan. State of California Resources Agency, Governor's Delta Vision Blue Ribbon Task Force. http://deltavision.ca.gov/strategicplanningprocess/staffdraft/delta_vision_strategic_plan_standard_resolution.pdf

Jeffcoat, S., D. Baughman, and P. M. Thomas. 2009. Total water management strategies for utility master planning. Journal American Water Works Association 101:56–64.

Johnson, R. 1977. The central Arizona project, 1918–1968. University of Arizona Press, Tucson, Arizona, USA.

Jung, M., et al. 2010. Recent decline in the global land evapotranspiration trend due to limited moisture supply. Nature 467:951–954.

Kann, J., and E. B. Welch. 2005. Wind control on water quality in shallow, hypereutrophic Upper Klamath Lake, Oregon. Lake and Reservoir Management 21:149–158.

Karl, T. R., and R. W. Knight. 1998. Secular trends of precipitation amount, frequency, and intensity in the United States. Bulletin of the American Meteorological Society 79:231–241.

Karl, T. R., and W. Riebsame. 1989. The impact of decadal fluctuations in mean precipitation and temperature on runoff: a sensitivity study over the United States. Climatic Change 15:423–447.

Katz, L. 2007. History of the Minnow Litigation and its implications for the future of reservoir operations on the Rio Grande. Natural Resources Journal 47:675.

Kaushal, S. S., G. E. Likens, N. A. Jaworski, M. L. Pace, A. M. Sides, D. Seekell, K. T. Belt, D. H. Secor, and R. L. Wingate. 2010. Rising stream and river temperatures in the United States. Frontiers in Ecology and the Environment 8:461–466.

Kelly, S., and S. McKean. 2011. The Rio Grande silvery minnow: eleven years of litigation. Water Matters 8. http://uttoncenter.unm.edu/pdfs/Silvery_Minnow_litigation.pdf

Kenny, J. F., N. L. Barber, S. S. Hutson, K. S. Linsey, J. K. Lovelace, and M. A. Maupin. 2009. Estimated use of water in the United States in 2005. U.S. Geological Survey Circular 1344. U.S. Geological Survey, Reston, Virginia, USA.

Kharin, V. V., F. W. Zwiers, X. Zhang, and M. Wehner. 2013. Changes in temperature and precipitation extremes in the CMIP5 ensemble. Climatic Change 119:345–357.

Klos, P. Z., T. E. Link, and J. T. Abatzoglou. 2014. Extent of the rain-snow transition zone in the western U.S. under historic and projected climate. Geophysical Research Letters 41. httpp://dx.doi.org/10.1002/2014GL060500

Knowles, N. 2000. Modeling the hydroclimate of the San Francisco Bay-Delta Estuary and Watershed. Dissertation. Scripps Institution of Oceanography, University of California–San Diego, La Jolla, California, USA.

Knowles, N., M. D. Dettinger, and D. R. Cayan. 2006. Trends in snowfall versus rainfall in the western United States. Journal of Climate 19:4545–4559.

Levy, S. 2003. Turbulence in the Klamath River basin. BioScience 53:315–320.

Lewis, W. M. 2003. Klamath Basin fishes: argument is no substitute for evidence. Fisheries 28:20–25.

Littlefield, D. R. 2008. Conflict on the Rio Grande: water and the law, 1879–1939. University of Oklahoma Press, Norman, Oklahoma, USA.

Llewellyn, D., S. Vaddey, J. Roach, and A. Pinson. 2013. West-wide climate risk assessment: U.S. Bureau of Reclamation Upper Rio Grande Impact Assessment. Executive Summary. USBR, Washington, D.C., USA.

Luce, C. H., and Z. A. Holden. 2009. Declining annual streamflow distributions in the Pacific Northwest United States, 1948–2006. Geophysical Research Letters 36. http://dx.doi.org/10.1029/2009GL039407

Lund, J. R. 2006. Most excellent integrated water management from California. Pages 196–204 in D. Zimbelman and W. C. Loehlein, editors. Operating reservoirs in changing conditions. American Society of Civil Engineers, Reston, Virginia, USA.

Lund, J. R., E. Hanak, W. E. Fleenor, W. A. Bennett, R. E. Howitt, J. F. Mount, and P. B. Moyle. 2010. Comparing futures for the Sacramento-San Joaquin Delta. University of California Press, Oakland, California, USA.

Luoma, S., M. Healey, S. Culbertson, R. Shlemon, and M. Roos. 2008. Integration among issues of water and environmental management. Pages 139–154 in M. Healey, M. Dettinger, and R. Norgaard, editors. The state of Bay-Delta Science 2008. CALFED Science Program, Sacramento, California, USA.

Markstrom, S. L., et al. 2012. Integrated watershed-scale response to climate change for selected basins across the United States. U.S. Geological Survey Scientific Investigations Report 2011–5077. U.S. Geological Survey, Reston, Virginia, USA.

Martin, B. A., and M. K. Saiki. 1999. Effects of ambient water quality on the endangered lost river sucker in Upper Klamath Lake, Oregon. Transactions of the American Fisheries Society 128:953–961.

Maupin, M. A., J. F. Kenny, S. S. Hutson, J. K. Lovelace, N. L. Barber, and K. S. Linsey. 2014. Estimated use of water in the United States in 2010. U.S. Geological Survey Circular 1405. U.S. Geological Survey, Reston, Virginia, USA.

Maurer, E. P., H. G. Hidalgo, T. Das, M. D. Dettinger, and D. R. Cayan. 2010. The utility of daily large-scale climate data in the assessment of climate change impacts on daily streamflow in California. Hydrology and Earth System Sciences 14:1125–1138.

Maurer, E. P., A. W. Wood, J. C. Adam D. P. Lettenmaier, and B. Nijssen. 2002. A long-term hydrologically-based data set of land surface fluxes and states for the conterminous United States. Journal of Climate 1:3237–3251.

McBain and Trush. 1997. Trinity maintenance flow study final report. McBain and Trush, Arcata, California, USA.

McCabe, G. J., M. P. Clark, and L. E. Hay. 2007. Rain-on-snow events in the western United States. Bulletin of the American Meteorological Society 88:319–324.

McCabe, G. J., and D. M. Wolock. 2011. Independent effects of temperature and precipitation on modeled runoff in the conterminous United States. Water Resources Research 47:W11522.

McVicar, T. R., et al. 2012. Global review and synthesis of trends in observed terrestrial near-surface wind speeds: Implications for evaporation. Journal of Hydrology 416–417:182–205.

Meko, D. M., C. A. Woodhouse, C. A. Baisan, T. Knight, J. J. Lukas, M. K. Hughes, and M. W. Salzer. 2007. Medieval drought in the upper Colorado River Basin. Geophysical Research Letters 34:L10705.

Meyers, C. J. 1966. The Colorado River. Stanford Law Review 19(1):1–75.

Milly, P. C. D., J. Betancourt, M. Falkenmark, R. M. Hirsch, Z. W. Kundzewicz, D. P. Lettenmaier, and R. J. Stouffer. 2008. Stationarity is dead—whither water management. Science 319:573–574.

Milly, P. C. D., and K. A. Dunne. 2011. On the hydrologic adjustment of climate-model projections: the potential pitfall of potential evapotranspiration. Earth Interactions 15:1–14.

Morandi, L. 1998. Water table—negotiating the Bay-Delta Accord. National Conference of State Legislatures, Denver, Colorado, USA.

Moser, S. C., M. A. Davidson, P. Kirshen, P. Mulvaney, J. F. Murley, J. E. Neumann, L. Petes, and D. Reed. 2014. Coastal zone development and ecosystems. Pages 579–618 *in* J. M. Melillo, T. C. Richmond, and G. W. Yohe, editors. Climate change impacts in the United States: The Third National Climate Assessment. U.S. Global Change Research Program, Washington, D.C., USA.

Mote, P. W. 2003. Trends in snow water equivalent in the Pacific Northwest and their climatic causes. Geophysical Research Letters 30:L1601.

Mote, P. W. 2006. Climate-driven variability and trends in mountain snowpack in Western North America. Journal of Climate 19:6209–6220.

Mount, J., and R. Twiss. 2005. Subsidence, sea level rise, and seismicity in the Sacramento-San Joaquin Delta. San Francisco Estuary and Watershed Science 3(1):Article 5.

Mount, J., R. Twiss, and R. M. Adams. 2006. The role of science in the Delta visioning process: a report of the Delta Science Panel of the CALFED Science Program. State of California, CALFED Bay-Delta Program, Sacramento, California, USA.

National Research Council. 2008. Hydrology, ecology, and fishes of the Klamath River Basin. National Academies Press, Washington, D.C., USA.

National Research Council. 2010. A scientific assessment of alternatives for reducing water management effects on threatened and endangered fishes in California's Bay Delta. National Academies Press, Washington, D.C., USA.

National Research Council. 2011. A review of the use of science and adaptive management in California's Draft Bay Delta conservation plan. National Academies Press, Washington, D.C., USA.

National Research Council and Committee on Endangered and Threatened Fishes in the Klamath River Basin. 2004. Endangered and threatened fishes in the Klamath River Basin causes of decline and strategies for recovery. National Academies Press, Washington, D.C., USA.

Nayak, A., D. Marks, D. Chandler, and A. Winstral. 2012. Modeling interannual variability in snow-cover development and melt for a semiarid mountain catchment. Journal of Hydrologic Engineering 17:74–84.

Orlowsky, B., and S. I. Seneviratne. 2012. Global changes in extreme events: regional and seasonal dimension. Climatic Change 10:669–696.

Owen, D. 2007. Law, environmental dynamism, reliability: the rise and fall of CALFED. Environmental Law Journal 37:1145.

Paddock, W. A. 2001. Rio Grande Compact of 1938. University of Denver Water Law Review 5:1.

Painter, T. H., J. S. Deems, J. Belnap, A. F. Hamlet, C. C. Landry, and B. Udall. 2010. Response of Colorado River runoff to dust radiative forcing in snow. Proceedings of the National Academy of Sciences USA 107:17125–17130.

Peterson, D. H., D. R. Cayan, M. D. Dettinger, M. A. Noble, L. G. Riddle, L. E. Schemel, R. E. Smith, R. J. Uncles, and R. A. Walters. 1996. San Francisco Bay salinity: observations, numerical simulations, and statistical models. Pages 9–34 *in* J. T. Hollibaugh, editor. San Francisco Bay: the ecosystem. AAAS Monograph, San Francisco, California, USA.

Pierce, D. W., et al. 2008. Attribution of declining western US snowpack to human effects. Journal of Climate 21:6425–6444.

Pierce, D. W., and D. R. Cayan. 2013. The uneven response of different snow measures to human-induced climate warming. Journal of Climate 26:4148–4167.

Pitt, J. 2001. Can we restore the Colorado River delta? Journal of Arid Environments 49:211–220.

Pitt, J., D. F. Luecke, M. J. Cohen, and E. P. Glenn. 2000. Two nations, one river: managing ecosystem conservation in the Colorado River Delta. Natural Resources Journal 40:819.

Poff, N. L., B. P. Bledsoe, and C. O. Cuhaciyan. 2006. Hydrologic variation with land use across the contiguous United States: geomorphic and ecological consequences for stream ecosystems. Geomorphology 79:264–285.

Poff, N. L., and J. H. Mathews. 2013. Environmental flows in the Anthropocene—past progress and future prospects. Current Opinion in Environmental Sustainability 5:667–675.

Polade, S. D., D. W. Pierce, D. R. Cayan, A. Gershunov, and M. D. Dettinger. 2014. The key role of dry days in changing regional climate and precipitation regimes. Nature Scientific Reports 4:4364.

Porter, K., et al. 2011. Overview of the ARkStorm scenario. U.S. Geological Survey Open-File Report 2010-1312. U.S. Geological Survey, Reston, Virginia, USA.

Powers, K., P. Baldwin, E. H. Buck, and B. A. Cody. 2005. Klamath River basin issues and activities: an overview. Report for Congress No. RL33098. Library of Congress, Congressional Research Service, Washington, D.C., USA.

Powers, L. W. 1999. A river never the same: a history of water in the Klamath Basin. Shaw Historical Library, Klamath Falls, Oregon, USA.

Pugh, E., and E. Gordon. 2012. A conceptual model of water yield effects from beetle-induced tree death in snow-dominated lodgepole pine forests. Hydrologic Processes. http://dx.doi.org/10.1002/ hyp.9312

Pugh, E., and E. Small. 2012. The impact of pine beetle infestation on snow accumulation and melt in the headwaters of the Colorado River. Ecohydrology 5:467–477.

Raff, D. A., T. Pruitt, and L. D. Brekke. 2009. A framework for assessing flood frequency based on climate projection information. Hydrology and Earth System Sciences 13:2119–2136.

Rajagopalan, B., K. Nowak, J. Prairie, M. Hoerling, B. Harding, J. Barsugli, A. Ray, and B. Udall. 2009. Water supply risk on the Colorado River: can management mitigate? Water Resources Research 45:W08201.

Reba, M. L., J. Pomeroy, D. Marks, and T. E. Link. 2012. Estimating surface sublimation losses from snowpacks in a mountain catchment using eddy covariance and turbulent transfer calculations. Hydrological Processes 26:3699–3711.

Robbins, T. 2014. In time of drought, U.S. West's alfalfa exports are criticized. National Public Radio, Washington, D.C., USA. http://www.npr.org/2014/08/12/339753108/in-time-of-drought-arizona-s-alpha-exports-criticized

Rockaway, T. D., P. A. Coomes, J. Rivard, and B. Kornstein. 2011. Residential water use trends in North America. Journal of the American Waterworks Association 103:76–89.

Roderick, M. L., and G. D. Farquhar. 2002. The cause of decreased pan evaporation over the past 50 years. Science 298:1410–1411.

Royster, J. V. 1994. Primer on Indian water rights: more questions than answers. Tulsa Law Review 30:61.

Sahoo, G. B., S. G. Schladow, J. E. Reuter, R. Coats, M. Dettinger, J. Riverson, B. Wolfe, and M. Costa-Cabral. 2012. The response of Lake Tahoe to climate change. Climatic Change 116:71–95.

Schmandt, J. 2002. Bi-national water issues in the Rio Grande/ Rio Bravo basin. Water Policy 4:137–155.

Schneider, P., and S. J. Hook. 2010. Space observations of inland water bodies show rapid surface warming since 1985. Geophysical Research Letters 37. http://dx.doi.org/10.1029/ 2010GL045059

Scibek, J., D. M. Allen, A. J. Cannon, and P. H. Whitfield. 2007. Groundwater–surface water interaction under scenarios of climate change using a high-resolution transient groundwater model. Journal of Hydrology 333:165–181.

Sheffield, J., E. F. Wood, and M. L. Roderick. 2012. Little change in global drought over the past 60 years. Nature 491:435–438.

Sheng, Z. 2013. Impacts of groundwater pumping and climate variability on groundwater availability in the Rio Grande Basin. Ecosphere 4:1–25.

Shurts, J. 2000. Indian reserved water rights: the Winters Doctrine in its social and legal context. University of Oklahoma Press, Norman, Oklahoma, USA.

Solomon, S., D. Qin, M. Manning, Z. Chen, M. Marquis, K. B. Averyt, M. Tignor, and H. L. Miller, editors. 2007. Summary for policymakers. Climate change 2007: the physical science basis. Contribution of Working Group I to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change. Cambridge University Press, Cambridge, UK.

Stegner, W. 1953. Beyond the hundredth meridian—John Wesley Powell and the second opening of the West. Penguin Books, New York, New York, USA.

Stern, C., H. F. Upton, C. Brougher, and B. A. Cody. 2013. Klamath Basin settlement agreements: issues in brief. Congressional Research Service, Library of Congress, Washington, D.C., USA.

Stewart, I. T., D. R. Cayan, and M. D. Dettinger. 2005. Changes toward earlier streamflow timing across western North America. Journal of Climate 18:1136–1155.

Stoelinga, M. T., M. D. Albright, and C. F. Mass. 2010. A new look at snowpack trends in the Cascade Mountains. Journal of Climate 23:2473–2491.

Strasser, U., M. Bernhardt, M. Weber, G. E. Liston, and W. Mauser. 2008. Is snow sublimation important in the alpine water balance? Cryosphere 2:53–66.

Stratus Consulting. 2009. The potential consequences of climate change for Boulder Colorado's water supplies. http://treeflow.info/docs/boulder_climatechange_report_2009.pdf

Strzepek, K., G. Yohe, J. Neumann, and B. Boehlert. 2010. Characterizing changes in drought risk for the United States from climate change. Environmental Research Letters 5:L044012.

Suddeth, R. J., J. Mount, and J. R. Lund. 2010. Levee decisions and sustainability for the Sacramento-San Joaquin Delta. San Francisco Estuary and Watershed Science 8(2):1–23.

Taylor, R. G., et al. 2012. Ground water and climate change. Nature Climate Change 3:322–329.

Thomson, B. 2011. Water resources in New Mexico. Pages 25–55 in D. Brookshire, H. Gupta, and O. P. Matthews, editors. Water policy in New Mexico. RFF Press.

Tidwell, V. C., et al. 2014. Mapping water availability, projected use and cost in the western United States. Environmental Research Letters 9:064009.

Tipton and Kalmbach. 1965. Water supplies of the Colorado River. Upper Colorado River Commission, Denver, Colorado, USA.

Trenberth, K. E., and J. T. Fasullo. 2013. An apparent hiatus in global warming? Earth's Future 1:19–325.

Trenberth, K. E., J. T. Overpeck, and S. Solomon. 2004. Exploring drought and its implications for the future. Eos, Transactions American Geophysical Union 85:27.

UC Davis Tahoe Environmental Research Center. 2012. Tahoe—state of the lake report. California Tahoe Conservancy, UC Davis Tahoe Environmental Research Center, Davis, California, USA.

USBR. 1981. Project data. U.S. Department of the Interior, U.S. Bureau of Reclamation, Washington, D.C., USA.

USBR. 2011. Reclamation managing water in the West: Interim Report No. 1, Colorado River Basin water supply and demand study, status report. U.S Department of the Interior, U.S. Bureau of Reclamation, Denver, Colorado, USA.

U.S. Department of Agriculture. 2012. 2012 census of agriculture. USDA Report AC-12-A-51. U.S. Department of Agriculture, Washington, D.C., USA.

U.S. Department of Interior. 2007. Record of decision Colorado River interim guidelines for lower basin shortages and the coordinated operations for Lake Powell and Lake Mead. U.S. Department of the Interior, Washington, D.C., USA.

USEIA. 2013. Electric power monthly with data for December 2012. U.S. Department of Energy, U.S. Energy Information Administration, Washington, D.C., USA.

USEPA. 2008. A screening assessment of the potential impacts of climate change on combined sewer overflow (CSO) mitigation in the Great Lakes and New England regions. EPA/600/R-07/033F. U.S. Environmental Protection Agency, Washington, D.C., USA.

USEPA. 2011. Climate change vulnerability assessments: four case studies of water utility practices. U.S. Environmental Protection Agency, Washington, D.C., USA.

Vautard, R., J. Cattiaux, P. Yiou, J. N. Thépaut, and P. Ciais. 2010. Northern Hemisphere atmospheric stilling partly attributed to an increase in surface roughness. Nature Geoscience 3:756–761.

Verburg, K. O., and U.S. Bureau of Reclamation. 2011. Colorado River documents 2008. U.S. Bureau of Reclamation, Denver, Colorado, USA.

Villarini, G., F. Serinaldi, J. A. Smith, and W. F. Krajewski. 2009. On the stationarity of annual flood peaks in the continental United States during the 20th century. Water Resources Research 45:W08417.

Walsh, J., et al. 2014. Our changing climate. Pages 19–67 in J. M. Melillo, T. C. Richmond, and G. W. Yohe, editors. Climate change impacts in the United States: the Third National Climate Assessment. U.S. Global Change Research Program, Washington, D.C., USA.

Wang, J., and X. Zhang. 2008. Downscaling and projection of winter extreme daily precipitation over North America. Journal of Climate 21:923–937.

Wehner, M., D. R. Easterling, J. H. Lawrimore, R. R. Heim, Jr., R. S. Vose, and B. D. Santer. 2011. Projections of future drought in the continental United States and Mexico. Journal of Hydrometeorology 12:1359–1377.

Weldon, J. B., Jr., and L. M. McKnight. 2007. Future Indian water settlements in Arizona: the race to the bottom of the waterhole. Arizona Law Review 49:441.

Western Resource Advocates. 2005. Smart water: a comparative study of urban water use efficiency across the Southwest. Western Resource Advocates, Boulder, Colorado, USA.

Wines, M. 2014a. Colorado River Drought forces a painful reckoning for states. New York Times, 5 January 2014. http://www.nytimes.com/2014/01/06/us/colorado-river-drought-forces-a-painful-reckoning-for-states.html

Wines, M. 2014b. Arizona cities could face cutbacks in water from Colorado River, officials say. New York Times 17 June 2014. http://www.nytimes.com/2014/06/18/us/arizona-cities-could-face-cutbacks-in-water-from-colorado-river-officials-say.html

Woodhouse, C. A., S. T. Gray, and D. M. Meko. 2006. Updated streamflow reconstructions for the Upper Colorado River Basin. Water Resources Research 42. http://dx.doi.org/10.1029/2005WR004455



NATIONAL CLIMATE ASSESSMENT REGIONAL TECHNICAL INPUT REPORT SERIES

# ASSESSMENT OF CLIMATE CHANGE IN THE SOUTHWEST UNITED STATES

*A Report Prepared for the National Climate Assessment*

**Edited by:**

**Gregg Garfin**

**Angela Jardine**

**Robert Merideth**

**Mary Black**

**Sarah LeRoy**













# About Island Press

Since 1984, the nonprofit Island Press has been stimulating, shaping, and communicating the ideas that are essential for solving environmental problems worldwide. With more than 800 titles in print and some 40 new releases each year, we are the nation's leading publisher on environmental issues. We identify innovative thinkers and emerging trends in the environmental field. We work with world-renowned experts and authors to develop cross-disciplinary solutions to environmental challenges.

Island Press designs and implements coordinated book publication campaigns in order to communicate our critical messages in print, in person, and online using the latest technologies, programs, and the media. Our goal: to reach targeted audiences—scientists, policymakers, environmental advocates, the media, and concerned citizens—who can and will take action to protect the plants and animals that enrich our world, the ecosystems we need to survive, the water we drink, and the air we breathe.

Island Press gratefully acknowledges the support of its work by the Agua Fund, Inc., The Margaret A. Cargill Foundation, Betsy and Jesse Fink Foundation, The William and Flora Hewlett Foundation, The Kresge Foundation, The Forrest and Frances Lattner Foundation, The Andrew W. Mellon Foundation, The Curtis and Edith Munson Foundation, The Overbrook Foundation, The David and Lucile Packard Foundation, The Summit Foundation, Trust for Architectural Easements, The Winslow Foundation, and other generous donors.

The opinions expressed in this book are those of the author(s) and do not necessarily reflect the views of our donors.

# Assessment of Climate Change in the Southwest United States

A Report Prepared for the
National Climate Assessment

© 2013 Institute of the Environment

All rights reserved under International and Pan-American Copyright Conventions. Reproduction of this report by electronic means for personal and noncommercial purposes is permitted as long as proper acknowledgement is included. Users are restricted from photocopying or mechanical reproduction as well as creating derivative works for commercial purposes without the prior written permission of the publisher.

ISLAND PRESS is a trademark of the Center for Resource Economics.

Printed on recycled, acid-free paper

Manufactured in the United States of America

**Citation:** Garfin, G., A. Jardine, R. Merideth, M. Black, and S. LeRoy, eds. 2013. *Assessment of Climate Change in the Southwest United States: A Report Prepared for the National Climate Assessment.* A report by the Southwest Climate Alliance. Washington, DC: Island Press.

**Keywords:** Adaptation, agriculture, air quality, assessment, atmospheric river, biodiversity, climate change, climate impacts, climate modeling, climate variability, coastal, Colorado River, decision making, drought, electric power generation, extreme events, flooding, forest mortality, Great Basin, heat related illness, heat wave, land-use change, mitigation, Native American tribes, natural resource management, ocean acidification, phenology, public health, ranching, Rio Grande, Sacramento-San Joaquin, sea-level rise, social vulnerability, Southwest, stationarity, uncertainty, urban metabolism, U.S.Mexico border, vector-borne disease, water resources, wildfire

This technical input document in its current form does not represent a Federal document of any kind and should not be interpreted as the position or policy of any Federal, State, Local, or Tribal Government or Non-governmental entity.

**Front Cover Images:** Eagle Dancers courtesy of the New Mexico Tourism Department. All other images courtesy of iStock.

# About This Series

This report is published as one of a series of technical inputs to the National Climate Assessment (NCA) 2013 report. The NCA is being conducted under the auspices of the Global Change Research Act of 1990, which requires a report to the President and Congress every four years on the status of climate change science and impacts. The NCA informs the nation about already observed changes, the current status of the climate, and anticipated trends for the future. The NCA report process integrates scientific information from multiple sources and sectors to highlight key findings and significant gaps in our knowledge. Findings from the NCA provide input to federal science priorities and are used by U.S. citizens, communities and businesses as they create more sustainable and environmentally sound plans for the nation's future.

In fall of 2011, the NCA requested technical input from a broad range of experts in academia, private industry, state and local governments, non-governmental organizations, professional societies, and impacted communities, with the intent of producing a better informed and more useful report in 2013. In particular, the eight NCA regions, as well as the Coastal and the Ocean biogeographical regions, were asked to contribute technical input reports highlighting past climate trends, projected climate change, and impacts to specific sectors in their regions. Each region established its own process for developing this technical input. The lead authors for related chapters in the 2013 NCA report, which will include a much shorter synthesis of climate change for each region, are using these technical input reports as important source material. By publishing this series of regional technical input reports, Island Press hopes to make this rich collection of information more widely available.

This series includes the following reports:

*Climate Change and Pacific Islands: Indicators and Impacts*
*Coastal Impacts, Adaptation, and Vulnerabilities*
*Great Plains Regional Technical Input Report*
*Climate Change in the Midwest: A Synthesis Report for the National Climate Assessment*
*Climate Change in the Northeast: A Sourcebook*
*Climate Change in the Northwest: Implications for Our Landscapes, Waters, and Communities*
*Oceans and Marine Resources in a Changing Climate*
*Climate of the Southeast United States: Variability, Change, Impacts, and Vulnerability*
*Assessment of Climate Change in the Southwest United States*

Electronic copies of all reports can be accessed on the Climate Adaptation Knowledge Exchange (CAKE) website at *www.cakex.org/NCAreports*. Printed copies are available for sale on the Island Press website at *www.islandpress.org/NCAreports.*

# Assessment of Climate Change in the Southwest United States

A Report Prepared for the
National Climate Assessment

**EXECUTIVE EDITOR**

Gregg Garfin (University of Arizona)

**ASSOCIATE EDITOR**

Angela Jardine (University of Arizona)

**CONTRIBUTING EDITORS**

Robert Merideth (University of Arizona)

Mary Black (University of Arizona)

Sarah LeRoy (University of Arizona)



**ISLAND**PRESS

Washington | Covelo | London

# Acknowledgements

The authors thank the members of the Southwest Climate Alliance Executive Committee, who developed the original Expression of Interest for this technical report. Members included: David Busch (USGS), Dan Cayan (Scripps Institution of Oceanography/UCSD), Michael Dettinger (USGS), Erica Fleishman (University of California, Davis), Gregg Garfin (University of Arizona), Alexander Sasha Gershunov (Scripps Institution of Oceanography/UCSD), Glen MacDonald (UCLA), Jonathan Overpeck (University of Arizona), Kelly Redmond (Desert Research Institute), Mark Schwartz (University of California, Davis), William Travis (University of Colorado), and Brad Udall (University of Colorado). We acknowledge the contributions of the three NOAA Regional Integrated Sciences and Assessments (RISA) projects in the region, and their program managers, through the generous donation of staff time and assessment advice: California-Nevada Applications Program (CNAP; Dan Cayan), Climate Assessment for the Southwest (CLIMAS; Dan Ferguson), and Western Water Assessment (WWA; Brad Udall). We also acknowledge the contributions of the Southwest Climate Science Center (SWCSC). The NOAA Climate Program Office and the USGS provided funding and development support.

For guidance and input in writing this report, we thank the National Climate Assessment staff: Emily Cloyd, Katharine Jacobs, Fred Lipschultz, Sheila O'Brien, and Anne Waple. We thank the National Climate Assessment Development and Advisory Committee for guidance and input in writing this report. This includes the following people: Jim Buizer (University of Arizona), Guido Franco (California Energy Commission), Nancy Grimm (Arizona State University), Diana Liverman (University of Arizona), Susanne Moser (Susanne Moser Research and Consulting, Stanford University), Richard Moss (Pacific Northwest National Laboratory), and Gary Yohe (Wesleyan University).

The authors are grateful to Jaimie Galayda (University of Arizona) for exceptional assistance in organizing the August 2011 prospective authors' workshop. Eric Gordon (University of Colorado), Sarah Guthrie (CIRES), William Travis (University of Colorado), and Suzanne van Drunick (CIRES) hosted the 2011 workshop, providing rooms, technical support, and hospitality. Mary Floyd (Zantech IT Services) assisted with travel arrangements for some of the workshop participants. Tamara Wall (Desert Research Institute) also provided assistance. Jennifer Paolini (Scripps Institution of Oceanography) provided exceptional logistical support and hospitality for our August workshop and our January 2012 Coordinating Lead Authors' workshop. Lesa Langan DuBerry (University of Arizona) and Anh Le (University of Arizona) provided logistical support for both workshops.

The *Assessment of Climate Change in the Southwest United States* was developed with the benefit of a scientifically rigorous first draft expert review and we thank the review editors and expert reviewers. We also thank everyone who contributed in the public review, as well as the decision makers, resource managers, citizens, and experts who provided feedback on the content of the report, in addition to valuable insights about the form of the report and ancillary materials.

We acknowledge the modeling groups, the Program for Climate Model Diagnosis and Intercomparison (PCMDI) and the World Climate Research Programme (WCRP) Working Group on Coupled Modeling (WGCM) for their roles in making available the WCRP CMIP3 multi-model dataset. Support of this dataset is provided by the Office of Science, U.S. Department of Energy. The GCM projections from the CMIP3 dataset are part of the World Climate Research Programme's (WCRP's) Coupled Model Intercomparison Project phase 3 (CMIP3) multi-model dataset. Bias Corrected and Downscaled (BCSD) and VIC hydrological model projections were obtained from the http://gdo-dcp.ucllnl.org/downscaled_cmip3_projections/ archive provided by the U.S. Bureau of Reclamation and partners (see Reclamation, 2011, "West-Wide Climate Risk Assessments: Bias-Corrected and Spatially Downscaled Surface Water Projections," Technical Memorandum No. 86-68210-2011-01, prepared by the U.S. Department of the Interior, Bureau of Reclamation, Technical Services Center, Denver, Colorado, 138pp.). We also thank the North American Regional Climate Change Assessment Program (NARCCAP) for providing climate change projection data used in several analyses presented in this report.

We would like to extend our greatest appreciations to the members of the report technical support team. Betsy Woodhouse (University of Arizona) advised us throughout the creation of this report. The University of Colorado (CIRES) members (Eric Gordon, Jeff Lukas, and Bill Travis) provided guidance and editing expertise throughout this report both in text and graphics. Andrea Ray (NOAA Earth System Research Laboratory) provided valuable graphic and figure caption edits. The University of Arizona Institute of the Environment communications team members provided support in numerous ways (Matt Price and Rey Granillo developed the review and report websites; Melissa Kerr created the SW Climate Summit draft of chapter 1; Stephanie Doster provided editing assistance; and Gigi Owen created video media). Melissa Espindola's attention to detail in assembling various lists and ancillary materials was also essential. Annisa Tangreen, Jaimie Galayda, Sarah LeRoy, Katherine Waser, and Gretel Hakanson spent countless hours ensuring report-wide standardization and formatting, and checking bibliographic citations and information related to figures and tables. Special thanks to Jaimie Galayda and Sarah LeRoy for overseeing the manuscript coordination. Lastly, words cannot express our gratitude to Ami Nacu-Schmidt (CIRES, University of Colorado) for creating the majority of the imagery, which she wove into a consistent graphical story throughout this report.

# Abbreviations and Acronyms

AR – atmospheric river

BAFC – Border Area Fire Council

BTU - British thermal unit (a measure of energy consumption)

BCCA – bias correction and constructed analogues downscaling method

BCDC – San Francisco Bay Conservation and Development Commission

BCSD – bias correction and spatial downscaling method

BIA – Bureau of Indian Affairs of the U.S. Dept. of the Interior

CAFE – corporate average fuel economy

CAM – crassulacean acid metabolism; a type of plant metabolism

CARB – California Air Resources Board

CCAWWG – Climate Change and Western Water Group

CIAT – Center for International Earth Science Information Network

CICESE – Centro de Investigación Científica de Educación Superior de Ensenada

CICS – Cooperative Institute for Climate and Satellites, North Carolina State University

CIESIN – Center for International Earth Science Information

CILA – Comisión Internacional de Límites y Agua, the Mexican counterpart to IBWC

CIMIS – California Irrigation Management Information System (of the California Dept. of Water Resources)

CIRES – Cooperative Institute for Research in Environmental Sciences

CLIMAS – Climate Assessment for the Southwest

CMIP3 – phase 3 of the World Climate Research Programme's Coupled Model Inter-comparison Project

CNAP – California-Nevada Applications Program

$CO_2$ – carbon dioxide

COLEF – El Colegio de la Frontera Norte

CONAGUA – Comisión Nacional del Agua, the Mexican National Water Commission

COOP – National Weather Service Cooperative Observing Network

CRJCP – Colorado River Joint Cooperative Process

CSC – Climate Science Center

CSI – cold spell index

CSP – concentrated solar power

CWCB – Colorado Water Conservation Board

DWP – Los Angeles Department of Water and Power

EC – eddy covariance

EERS – Energy Efficiency Resource Standard

EIA – U.S. Energy Information Agency

ENSO – El Niño-Southern Oscillation

ET – evapotranspiration

FEMA – Federal Emergency Management Agency

GCM – global climate model

GCRA – Global Change Research Act of 1990

GDP – gross domestic product

GNEB – Good Neighbor Environmental Board

GHG – greenhouse gas

Gt – gigaton

HWI – heat wave index

IBWC – International Boundary and Water Commission, the U.S. counterpart to CILA

ICLEI – Local Governments for Sustainability (originally founded in 1990 as "International Council for Local Environmental Initiatives")

IPCC – Intergovernmental Panel on Climate Change

LCC – Landscape Conservation Cooperatives (of the Dept. of the Interior)

LCP – local coastal plan

LFP – Livestock Forage Disaster Program

mac – million acres

maf – million acre-feet

MARAD – Maritime Administration

MCA – Medieval Climate Anomaly

MJO – Madden–Julian Oscillation

MMT – million metric tons

MRGCD – Middle Rio Grande Conservancy District

MWh – megawatt hours

NAAQS – National Ambient Air Quality Standards (of the EPA)

NADB – North American Development Bank

NALC – Native American Land Conservancy

NAM – North American monsoon

NARCCAP – North American Regional Climate Change Assessment Program

NAS – National Academy of Sciences

NCA – National Climate Assessment

NCADAC – National Climate Assessment and Development Advisory Committee (of NOAA)

NCDC – NOAA's National Climate Data Center

NETL – National Energy Technology Laboratory

NFIP – National Flood Insurance Program (of FEMA)

NGO – non-governmental organization

NIDIS – National Integrated Drought Information System

NOAA – National Oceanic and Atmospheric Administration

NOEP – National Ocean Economic Program

NPS – National Park Service

NRC – National Research Council (of the National Academies)

NREL – National Renewable Energy Laboratory

PDF – probability density function

PDO –Pacific Decadal Oscillation

PDSI – Palmer Drought Severity Index

PEAC-BC – State of Baja California Climate Action Plan

PIA – practicably irrigable acreage

PLPT – Pyramid Lake Paiute Tribe

PM – particulate matter

POT – peaks over threshhold

ppm – parts per million

PV – photovoltaic

QDO – Pacific Quasi-Decadal Oscillation

RCM – regional climate model

Reclamation – U.S. Bureau of Reclamation

RISA – Regional Integrated Sciences and Assessments (a NOAA Climate Program)

RPS – renewable portfolio standards

RTEP – Regional Transmission Expansion Project

SECURE – Science and Engineering to Comprehensively Understand and Responsibly Enhance

SFTP – Supplemental Federal Test Procedure (of the EPA)

SIP – state implementation plan

SRES – Special Report on Emissions Scenarios (of the IPCC Fourth Assessment Report)

SURE – Supplemental Revenue Assistance Payments Program

SWCA – Southwest Climate Alliance

SWCSC – Southwest Climate Science Center

SWE – snow-water equivalent

TAAP – Transboundary Aquifer Assessment Program, a U.S.-Mexico program that assesses shared aquifers

Tmax – maximum daily temperature

Tmin – minimum daily temperature

TRNERR – Tijuana River National Estuarine Research Reserve

UABC – Universidad Autónoma de Baja California

UBEES – Utah Building Energy Efficiency Strategies

USFS – U.S. Forest Service (Department of Agriculture)

USFWS – U.S. Fish and Wildlife Service (Dept. of the Interior)

USGCRP – U.S. Global Change Research Program

USGS – U.S. Geological Survey

VMT – vehicle miles travelled

WestFAST – Western Federal Agency Support Team

WGA – Western Governors' Association

WHO – World Health Organization

W/m$^2$ – watts per square meter

WNV – West Nile virus

WRF – Weather Research and Forecasting model

WSWC – Western States Water Council  of the Western Governors Association

WUCA – Water Utility Climate Alliance

WWA – Western Water Assessment

# Contents

*Acknowledgements*                                                                    ix
*Abbreviations and Acronyms*                                                           xi

**CHAPTER 1: SUMMARY FOR DECISION MAKERS**                                             1

1.1 Introduction                                                                       1
1.2 Observed Recent Climatic Change in the Southwest                                   3
1.3 Projected Future Climatic Change in the Southwest                                  5
1.4 Recent and Future Effects of Climatic Change in the Southwest                      6
    Terrestrial and freshwater ecosystems                          6
    Coastal systems                                                10
    Water                                                          12
    Human health                                                   14
    Additional effects of climate change                           14
1.5 Choices for Adjusting to Climate and Climate Change                               15
1.6 Key Unknowns                                                                       19
References                                                                            19

**CONTEXT**

**CHAPTER 2: OVERVIEW**                                                               21

2.1 Introduction                                                                       21
    What is an assessment?                                         22
2.2 Context and Scope                                                                  23
2.3 Other Southwest Region Climate Assessments                                        25
2.4 Sponsors and Authors of this Report                                               27
2.5 Characterizing and Communicating Uncertainty                                      29
2.6 Accountability and Review                                                          30
2.7 Organization of This Report                                                        31
References                                                                            34

**CHAPTER 3: THE CHANGING SOUTHWEST**                                                 37

3.1 Lay of the Land: Geographical Themes and Features                                 38
    Natural features                                               38
    Human geography                                                41
    Public lands                                                   42
    Population                                                     43
    Natural resource economy                                       45
3.2 Land Use and Land Cover                                                            46
    Trends for urban and exurban development                       49
References                                                                            53
Appendix                                                                              53

# WEATHER AND CLIMATE OF THE SOUTHWEST

CHAPTER 4: PRESENT WEATHER AND CLIMATE:
AVERAGE CONDITIONS                                          56

4.1  Introduction                                           57
4.2  General Climate Characteristics                        58
     Surface-air temperature                                58
     Precipitation                                          60
     Snowfall, snowpack, and water resources               62
4.3  Major Climate and Weather Events                       62
     Drought                                                62
     Winter storms                                          63
     Floods                                                 64
     Thunderstorms                                          65
     Temperature extremes                                   66
     Air quality                                            66
4.4  Climate Variability                                    67
     References                                             68

CHAPTER 5: PRESENT WEATHER AND CLIMATE:
EVOLVING CONDITIONS                                         74

5.1  Introduction                                           75
5.2  Climate of the First Decade of the Twenty-first Century  76
5.3  Climate Trends for 1901–2010                           79
5.4  Extreme Weather Variability During 1901–2010           79
5.5  Summertime Drought During 1901–2010                    82
5.6  Hydroclimatic Variability During 1901–2010             84
5.7  Paleoclimate of the Southwest United States            88
     Paleotemperature                                       88
     Paleodrought                                           89
     Paleostreamflow                                        91
5.8  Future Monitoring and Science Needs                    91
     References                                             92
     Appendix                                               97

CHAPTER 6: FUTURE CLIMATE: PROJECTED AVERAGE             101

6.1  Global Climate Models: Statistical and Dynamical Downscaling  102
6.2  Climate Scenarios                                     103
6.3  Data Sources                                          104
6.4  Temperature Projections                               104
6.5  Projections of Other Temperature Variables            107
6.6  Precipitation Projections                             110
6.7  Atmospheric Circulation Changes                       114
6.8  North American Monsoon                                115
6.9  Changes in Precipitation-related Measures             117
     References                                             120

CHAPTER 7: FUTURE CLIMATE: PROJECTED EXTREMES                 126

7.1  Introduction                                                                128
7.2.  Heat Waves                                                                 129
       Heat wave index                                                           130
       Projections                                                               130
7.3  Wintertime Cold Outbreaks                                                   132
7.4  Precipitation                                                               133
       General results and key uncertainties                                     133
       North American monsoon (NAM)                                              134
       Atmospheric rivers                                                        135
       Hail on the Colorado Front Range                                          136
7.5  Surface Hydrology                                                           137
       Flooding                                                                  137
       Drought                                                                   137
7.6  Fire Weather                                                                138
       Santa Ana winds                                                           139
7.7  Discussion and Key Uncertainties                                            141
       Irreversible changes and tipping points                                   142
References                                                                       143

### EFFECTS OF CLIMATE CHANGE IN THE SOUTHWEST

CHAPTER 8: NATURAL ECOSYSTEMS                                  148

8.1  Introduction: Climate, Climate Change, and Ecosystems of the Southwest   149
8.2  Phenology and Species Interactions                                          152
       Phenology and interactions among species in terrestrial systems           152
       Interactions in freshwater systems                                        153
8.3  Southwestern Deserts                                                        154
8.4  Southwestern Forests                                                        156
       Temperature, precipitation, and pests and pathogens                       156
       Fire                                                                       157
References                                                                       160

CHAPTER 9: COASTAL ISSUES                                      168

9.1  Coastal Assets                                                              170
9.2  Observed Threats                                                            170
       Overview                                                                  170
       Threats to the physical environment                                       170
       Threats to the built environment                                          174
9.3  Ocean and Coastal Impacts to Ecosystems                                     174
       Overview                                                                  174
       Sea-level rise                                                            174
       Changes in ocean temperature and dynamics                                 177
       Ocean acidification                                                       179
9.4  Coastal Impacts to Communities                                              179
       Overview                                                                  179

Airport infrastructure                                                          182
Vehicular transportation infrastructure                                         182
Economy, culture, and identity                                                  183
9.5 Managing Coastal Climate Risks                                              183
Overview                                                                        183
Adaptation options                                                              185
Level of preparedness and engagement in adaptation planning                     186
Barriers to adaptation                                                          188
References                                                                      189
Appendix                                                                        194

## CHAPTER 10: WATER: IMPACTS, RISKS, AND ADAPTATION                            197

10.1 Introduction                                                               198
10.2 Physical Changes to the Water Cycle                                        199
10.3 Human and Natural Systems Impacts, Risks and Vulnerabilities               200
10.4 Water Sector Adaptation Activities                                         205
10.5 Planning Techniques and Stationarity                                       206
10.6 Potential Supply and Demand Strategies and Solutions                       206
10.7 Barriers to Climate Change Adaptation                                      207
10.8 Federal Adaptation Initiatives                                             207
10.9 SECURE Water Act Overview                                                  208
10.10 Western States Federal Agency Support Team (WestFAST)                      210
10.11 Climate Change and Water Working Group (CCAWWG)                            210
10.12 State Adaptation Efforts                                                   210
10.13 Regional and Municipal Adaptation Efforts                                 211
References                                                                      212

## CHAPTER 11: AGRICULTURE AND RANCHING                                         218

11.1 Distinctive Features of Southwestern Agriculture                           220
11.2 Implications for Specialty Crops                                           222
11.3 On-farm Water Management                                                   223
11.4 System-wide Water Management: Lessons from Programming Models
of Water Allocation                                                             227
Sustained drought in California                                                 227
Water availability and crop yields in California                               227
Effects of adaptation measures in California                                   228
Economic and land-use projections in California                                228
Agriculture in Nevada's Great Basin                                            229
Water transfers in Rio Grande Basin                                            229
Severe drought in Rio Grande Basin                                             230
Drought and Arizona's agriculture                                             230
Reduced water supplies across the Southwest                                    230
Lessons from simulation studies                                                231
11.5 Ranching Adaptations to Multi-year Drought                                231
11.6 Disaster Relief Programs and Climate Adaptation                           233
References                                                                      235

## CHAPTER 12: ENERGY: SUPPLY, DEMAND, AND IMPACTS          240

12.1  Introduction          241
12.2  Energy in the Southwest: Past and Present          241
12.3  Potential Climate Impacts on Energy          245
          Climate-induced impacts to peak and annual electricity demand          246
          Vulnerability of electricity generation to climate impacts          246
          Vulnerability of electricity distribution to climate impacts          251
          Vulnerability of infrastructure to indirect climate impacts          252
          Climate impacts on renewable source intensity          255
          Evolution of the energy sector          257
          Climate impacts on primary energy production          259
          Cost of climate change          260
References          261

## CHAPTER 13: URBAN AREAS          267

13.1  Cities in the Southwest          269
          Observed changes in climatic trends in major cities in the Southwest          270
          Urban processes that contribute to climate change          273
          Government characteristics of large metropolitan regions in
          the Southwest          278
          Southwest cities as distinctive federal creations          278
13.2  Pathways Through which Climate Change Will Affect Cities in
the Southwest          282
          Fire hazards          282
          The built environment          283
          Climate change and urban water          286
13.3  Critical Missing Data and Monitoring in Cities          290
References          291

## CHAPTER 14: TRANSPORTATION          297

14.1  Introduction          298
14.2  Passenger Transportation Trends in the Southwest          299
14.3  Freight Movement in the Southwest          299
14.4  Impacts of Climate Change          301
          Direct impacts          301
          Indirect impacts          304
14.5  Major Vulnerabilities and Uncertainties          306
          Disruptions to the transportation system          307
References          309

## CHAPTER 15: HUMAN HEALTH          312

15.1  Introduction          313
15.2  Current Climate-Related Health Concerns in the Southwest          314
          Air quality          314
          Heat extremes          316

Wildfires                                                                    317
Permissive ecology                                                          317
15.3  Climate Change and Potential Health Implications                       317
Emissions and air pollution                                                 318
Increases in extreme events                                                 318
Long-term warming trend                                                     322
15.4  Observed and Predicted Effects on Health from Climate Change           323
Air quality                                                                 324
Heat-related mortality and morbidity                                        324
Vector-borne disease                                                        325
15.5  Uncertainties                                                          328
Availability of high-quality health data                                    328
Climate data                                                                328
Disease complexity                                                          328
New disease introduction                                                    329
15.6  Public Health Planning for Climate Change                              329
Adaptation                                                                  330
Co-benefits                                                                 331
References                                                                      331

CHAPTER 16: CLIMATE CHANGE AND U.S.-MEXICO BORDER
COMMUNITIES                                                                     340

16.1  Introduction                                                           341
16.2  Definition of the Border Region                                        342
16.3  Border Region Climate Variability, Climate Change, and Impacts         344
Temperature                                                                 345
Precipitation                                                               347
Drought                                                                     348
16.4  Understanding Vulnerability, Risk, and Adaptive Capacity in the
Border Region                                                                   348
Definitions and concepts                                                    348
Key drivers of border vulnerability                                         351
Socioeconomic drivers                                                       355
Urbanization, infrastructure, and economy                                   356
Institutional and governance drivers                                        358
Drivers of biophysical changes and their impacts                            361
16.5  Sectoral Analysis of Border Vulnerability                              363
Water supply and sectoral vulnerability                                     363
Agriculture and ranching                                                    369
Wildfire                                                                    371
References                                                                      372

CHAPTER 17: UNIQUE CHALLENGES FACING
SOUTHWESTERN TRIBES                                                             385

17.1  Introduction                                                           386

17.2 The Effects of Marginal Living Conditions and Extreme Climatic
Environments                                                              389
17.3 Current Impacts on Native lands                                     389
17.4 Potential Rangeland Impacts                                         392
    Sand and dust storms                             392
17.5 Adaptation Strategies and Adaptation Planning                       394
    Floods and disaster planning                     394
    Droughts and drought mitigation planning         395
17.6 Challenges for Adaptation Planning                                  396
17.7 Vulnerability from Economic, Political, and Legal Stresses          396
    Vulnerability and adaptive capacity              396
    Water rights                                     397
17.8 Climate Change Mitigation Strategies                                398
References                                                               400

## OPTIONS AND RESEARCH NEEDS

CHAPTER 18: CLIMATE CHOICES FOR A SUSTAINABLE
SOUTHWEST                                                                405
18.1 Introduction                                                        407
18.2 Defining a Sustainable Approach to Climate Change in the Southwest  408
18.3 Making a Sustainable Living in the Southwest: Lessons from History  408
18.4 Limiting Emissions in the Southwest                                 411
18.5 Adaptation Options in the Southwest                                 414
18.6 Linking Mitigation and Adaptation                                   419
18.7 Barriers to Planning for and Implementing Climate Solutions         421
18.8 Coping with the Risks of Rapid Climate Changes                      425
18.9 Research Gaps                                                        426
References                                                               430

CHAPTER 19: MOVING FORWARD WITH IMPERFECT
INFORMATION                                                              436
19.1 Introduction                                                        437
19.2 Uncertainty Typologies                                              438
    Scenario uncertainties                          438
    Model uncertainties                             438
    Communication uncertainties                     445
19.3 Confidence and Uncertainty                                          445
19.4 What Is Known and Not Known About Climate in the Southwest          446
19.5 Moving Forward                                                      458
References                                                               459

CHAPTER 20: RESEARCH STRATEGIES FOR ADDRESSING
UNCERTAINTIES                                                            462
20.1 Introduction                                                        463

20.2  Developing Research Strategies from Information Needs                    464
20.3  Research Strategies Derived from the Southwest Climate Assessment        466
20.4.  Research Strategies from Southwestern Ecoregional Initiatives           473
20.5.  Strategies to Improve Characterization in Climate and Hydrology         474
20.6.  Strategies to Improve Characterization of Impacts and Vulnerabilities   476
References                                                                    478

GLOSSARY                                                                       483
AUTHOR AND REVIEW EDITORS                                                      501
REVIEWERS                                                                      506

# Chapter 1

# Summary for Decision Makers

## COORDINATING LEAD AUTHOR

Jonathan Overpeck (University of Arizona)

## LEAD AUTHORS

Gregg Garfin (University of Arizona), Angela Jardine (University of Arizona), David E. Busch (U.S. Geological Survey), Dan Cayan (Scripps Institution of Oceanography), Michael Dettinger (U.S. Geological Survey), Erica Fleishman (University of California, Davis), Alexander Gershunov (Scripps Institution of Oceanography), Glen MacDonald (University of California, Los Angeles), Kelly T. Redmond (Western Regional Climate Center and Desert Research Institute), William R. Travis (University of Colorado), Bradley Udall (University of Colorado)

With contributions from the authors of this assessment report

## 1.1 Introduction

Natural climate variability is a prominent factor that affects many aspects of life, livelihoods, landscapes, and decision-making across the Southwestern U.S. (Arizona, California, Colorado, Nevada, New Mexico, and Utah; included are the adjacent United States-Mexico border and Southwest Native Nations land). These natural fluctuations have caused droughts, floods, heat waves, cold snaps, heavy snow falls, severe winds, intense storms, the battering of coastal areas, and acute air-quality conditions. And as a region that has experienced—within the relatively short time span of several decades—rapid increases in human population (Figure 1.1), significant alterations in land use and land cover, limits on the supplies of water, long-term drought, and other climatic

**Chapter citation:** Overpeck, J., G. Garfin, A. Jardine, D. E. Busch, D. Cayan, M. Dettinger, E. Fleishman, A. Gershunov, G. MacDonald, K. T. Redmond, W. R. Travis, and B. Udall. 2013. "Summary for Decision Makers." In *Assessment of Climate Change in the Southwest United States: A Report Prepared for the National Climate Assessment*, edited by G. Garfin, A. Jardine, R. Merideth, M. Black, and S. LeRoy, 1–20. A report by the Southwest Climate Alliance. Washington, DC: Island Press.

changes, the Southwest can be considered to be one of the most "climate-challenged" regions of North America. This document summarizes current understanding of climate variability, climate change, climate impacts, and possible solution choices for the climate challenge, all issues that are covered in greater depth in *Assessment of Climate Change in the Southwest United States*.[i]



**Figure 1.1 Rapid population growth in the Southwest is expected to continue.** The current (2010) population is 56 million, and an additional 19 million people are projected to be living in the region by 2030. Source: US Department of Commerce, Bureau of Economic Analysis http://www.bea.gov/regional/index.htm. [Chapter 3]

The juxtaposition of the Southwest's many landscapes—mountains, valleys, plateaus, canyons, and plains—affect both the region's climate and its response to climate change. Whether human and natural systems are able to adapt to changes in climate will be influenced by many factors, including the complex topographic pattern of land ownership and the associated policies and management goals. Moreover, the human population in the region will likely grow, primarily in urban areas, from a population of about 56 million in 2010 to an estimated 94 million by 2050 (Figure 1.1). [Chapter 3]

The Southwest climate is highly variable across space and over time related to such factors as ocean-land contrasts, mountains and valleys, the position of jet streams, the North American monsoon, and proximity to the Pacific Ocean, Gulf of California, and

Gulf of Mexico. The Mojave and Sonoran Deserts of Southern California, Nevada, and Arizona are the hottest (based on July maximum temperatures), driest regions of the contiguous United States. Coastal zones of California and northwestern Mexico have large temperature gradients and other properties from the shore to inland. Mountain regions are much cooler and usually much wetter regions of the Southwest, with the Sierra Nevada and mountains of Utah and Colorado receiving nearly half of their annual precipitation in the form of snow. The resulting mountain snowpack provides much of the surface water for the region, in the form of spring runoff. [Chapter 4]

There is mounting scientific evidence that climate is changing and will continue to change. There is also considerable agreement—at varying levels of confidence sufficient to support decision making—regarding why the climate is changing, or will change [Chapter 19]. Readers of this summary may wish to review all or parts of the complete report, *Assessment of Climate Change in the Southwest United States*, to learn more about the region's climate, and its likely changes and effects.

## 1.2  Observed Recent Climatic Change in the Southwest

The climate of the Southwest is already changing in ways that can be attributed to human-caused emissions of greenhouse gases, or that are outcomes or expressions consistent with such emissions—with these notable observations:

- *The Southwest is warming*. Average daily temperatures for the 2001–2010 decade were the highest (Figure 1.2) in the Southwest from 1901 through 2010. Fewer cold waves and more heat waves occurred over the Southwest during 2001–2010 compared to average decadal occurrences in the twentieth century. The period since 1950 has been warmer than any period of comparable length in at least 600 years, as estimated on the basis of paleoclimatic tree-ring reconstructions of past temperatures. [Chapter 5]

- *Recent drought has been unusually severe relative to droughts of the last century, but some droughts in the paleoclimate record were much more severe*. The areal extent of drought over the Southwest during 2001–2010 was the second largest observed for any decade from 1901 to 2010. However, the most severe and sustained droughts during 1901–2010 were exceeded in severity and duration by multiple drought events in the preceding 2,000 years (Figure 1.3). [Chapter 5]

- *Recent flows in the four major drainage basins of the Southwest have been lower than their twentieth century averages*. Streamflow totals in the Sacramento-San Joaquin Rivers, Upper Colorado, Rio Grande, and Great Basin were 5% to 37% lower during 2001–2010 than their twentieth century average flows. Moreover, streamflow and snowmelt in many snowmelt-fed streams of the Southwest tended to arrive earlier in the year during the late twentieth century than earlier in the twentieth century, and up to 60% of the change in arrival time has been attributed to increasing greenhouse-gas concentrations in the atmosphere (Figure 1.4). [Chapter 5]



**Figure 1.2 Temperature trends in the twentieth century.** The 1901–2010 trends in annually averaged daily maximum temperature (TMAX, top) and daily minimum temperature (TMIN, bottom). Units are the change in °C/110yrs. Trends computed from 251 stations for precipitation analysis and 180 stations for temperature analysis using GHCN V3 data. Source: Menne and Williams (2009). [Chapter 5]



**Figure 1.3 History of drought in the West.** Percent area affected by drought (PDSI<−1) across the western United States, as reconstructed from tree-ring data. Modified from Cook et al. (2004), reprinted with permission from the American Association for the Advancement of Science. [Chapter 5]



**Figure 1.4 Changing streamflow timing 2001–2010 compared to 1950–2000.** Differences between 2001–2010 and 1950–2000 average date when half of the annual streamflow has been discharged (center of mass) for snowmelt-dominated streams (Stewart, Cayan and Dettinger 2005). [Chapter 5]

## 1.3 Projected Future Climatic Change in the Southwest

Climate scientists have high confidence that the climate of the Southwest will continue to change through the twenty-first century and beyond, in response to human-generated greenhouse gas emissions, and will continue to vary in ways that can be observed in historic and paleoclimate records (Table 1.1). However, not all aspects of the climate change or variation can be projected with equal confidence.[ii] The highest confidence is associated with projections that are consistent among climate models and with observed changes, such as those described in the previous section. The magnitude and duration of future change depends most on the amount of greenhouse gases emitted to the atmosphere, particularly carbon dioxide emitted by the burning of coal, oil, and natural gas. Much of the future change will be irreversible for centuries after substantial anthropogenic carbon dioxide emissions have ceased.

- *Warming will continue, with longer and hotter heat waves in summer.* Surface temperatures in the Southwest will continue to increase substantially over the twenty-first century (high confidence), with more warming in summer and fall

than winter and spring (medium-high confidence) (Figures 1.5 and 1.6). Summer heat waves will become longer and hotter (high confidence). Winter cold snaps will become less frequent but not necessarily less severe (medium-high confidence). [Chapter 6 and 7]

- *Average precipitation will decrease in the southern Southwest and perhaps increase in northern Southwest.* Precipitation will decline in the southern portion of the Southwest region, and change little or increase in the northern portion (medium-low confidence) (Figure 1.6). [Chapter 6]

- *Precipitation extremes in winter will become more frequent and more intense (i.e., more precipitation per hour)* (medium-high confidence). Precipitation extremes in summer have not been adequately studied. [Chapter 7]

- *Late-season snowpack will continue to decrease.* Late winter-spring mountain snowpack in the Southwest will continue to decline over the twenty-first century, mostly because temperature will increase (high confidence) (Figure 1.7). [Chapter 6]

- *Declines in river flow and soil moisture will continue.* Substantial portions of the Southwest will experience reductions in runoff, streamflow, and soil moisture in the mid- to late-twenty-first century (medium-high confidence) (Figure 1.7). [Chapter 6]

- *Flooding will become more frequent and intense in some seasons and some parts of the Southwest, and less frequent and intense in other seasons and locations.* More frequent and intense flooding in winter is projected for the western slopes of the Sierra Nevada (medium-high confidence), whereas snowmelt-driven spring and summer flooding could diminish in that mountain range (high confidence). [Chapter 7]

- *Droughts in parts of the Southwest will become hotter, more severe, and more frequent* (high confidence). Drought, as defined by Colorado River flow amount, is projected to become more frequent, more intense, and more prolonged, resulting in water deficits in excess of those during the last 110 years (high confidence). However, northern Sierra Nevada watersheds may become wetter with climate change (low confidence). [Chapter 7]

## 1.4 Recent and Future Effects of Climatic Change in the Southwest

### Terrestrial and freshwater ecosystems

Natural ecosystems are being affected by climate change in noticeable ways, which may lead to their inhabitants needing to adapt, change, or move:

- *The distributions of plant and animal species will be affected by climate change.* Observed changes in climate are associated strongly with some observed changes in geographic distributions of species in the Southwest (high confidence). [Chapter 8]

**Table 1.1** Current and predicted climate phenomena trends discussed in this report

| Projected Change Parameter | Direction of Change | Is it Occurring? | Remarks | Confidence | Chapter |
|---|---|---|---|---|---|
| Average annual temperature | Increase | Yes. Southwest temperatures increased 1.6°F +/- 0.5°F, between 1901-2010. | Depending on the emissions scenario, model projections show average annual temperature increases of 1-4°F in the period 2021-2050, 1-6°F in 2041-2070, and 2-9°F in 2070-2099. Changes along the coastal zone are smaller than inland areas. | High | 5; 6 |
| Seasonal temperatures | Increase | Yes, in all seasons. Studies conclusively demonstrate partial human causation of winter/spring minimum temperature increases. | Model projections show the largest increases in summer and fall. The largest projected increases range from 3.5°F in the period 2021-2050 to 9.9°F in 2070-2099. | High | 5; 6 |
| Freeze-free season length | Increase | Yes, the freeze-free season for the Southwest increased about 7% (17 days) during 2001–2010 compared to the average season length for 1901–2000. | Model projections using a high emissions scenario (A2) show that by 2041–2070, most of the region exhibits increases of at least 17 freeze-free days, with some parts of the interior showing 38-day increases. | High | 5; 6 |
| Heat waves | Increase | Yes. More heat waves occurred over the Southwest during 2001–2010 compared to average occurrences in the twentieth century. | Model projections show an increase in summer heat wave frequency and intensity. | High | 5; 7 |
| Cold snaps | Decrease | Fewer cold waves occurred over the Southwest during 2001–2010 compared to average occurrences in the twentieth century. | Winter time cold snaps are projected to diminish their frequency but not necessarily their intensity into late century. Interannual and decadal variability will modulate occurrences across the region. | Medium-high | 5; 7 |

**Table 1.1** Current and predicted climate phenomena trends discussed in this report (Continued)

| Projected Change Parameter | Direction of Change | Is it Occurring? | Remarks | Confidence | Chapter |
|---|---|---|---|---|---|
| Average annual precipitation | Decrease | Not yet detectable. During 1901–2010 there was little regional change in annual precipitation. | For all periods and both scenarios, model simulations show both increases and decreases in precipitation. For the region as a whole, most of the median values are negative, but not by much, whereas the range of changes, among different models, is high. Annual precipitation projections generally show decreases in the southern part of the region and increases in the northern part. | Medium-low | 6 |
| Spring precipitation | Decrease | Not yet detectable. | By mid-century, all but one model projects spring regional precipitation decreases. By 2070-2099, the median projected decrease is 9-29%, depending on the emissions scenario. | Medium-high | 6 |
| Extreme daily precipitation | Increase | Maybe. Studies indicate the frequency of extreme daily precipitation events over the Southwest during 1901–2010 had little regional change in extreme daily precipitation events. | Models project more intense atmospheric river precipitation; some studies project more frequent intense precipitation during the last half of the twenty-first century, especially in the northern part of the region. | Medium-low | 5; 7 |
| Mountain snowpack | Decrease | Yes, in parts of the Southwest. | Model projections from this report and other studies project a reduction of late winter-spring mountain snowpack in the Southwest over the twenty-first century, mostly because of the effects of warmer temperature. | High | 6 |

**Table 1.1** Current and predicted climate phenomena trends discussed in this report (Continued)

| Projected Change Parameter | Direction of Change | Is it Occurring? | Remarks | Confidence | Chapter |
|---|---|---|---|---|---|
| Snowmelt and stream-flow timing | Earlier | Yes, snowmelt and snowmelt-fed stream-flow in many streams of the Southwest trended towards earlier arrivals in the late-twentieth century and early twenty-first century. | Not analyzed in this report, but implied by projections of diminished April 1 snow water equivalent in most Southwest river basins. | High | 5, 6 |
| Flooding | Increase | No. Annual peak streamflow rates declined from 1901 to 2008 in the Southwest. | More frequent and intense flooding in winter is projected for the western slopes of the Sierra Nevada range; Colorado Front Range flooding in summer is projected to increase. | Low | 5; 7 |
| Drought severity | Increase | Yes. During the period 1901-2010. However, the most severe and sustained droughts during 1901–2010 were exceeded in severity and duration by drought events in the preceding 2000 years. | Observed Southwest droughts have been exacerbated by anomalously warm summer temperatures. Model projections of increased summer temperatures would exacerbate future droughts. Model projections show depletion of June 1 soil moisture and lower total streamflow. | Medium-high | 5; 6 |

- *Ecosystem function and the functional roles of resident species will be affected.* Observed changes in climate are associated strongly with some observed changes in the timing of seasonal events in the life cycles of species in the region (high confidence). [Chapter 8]
- *Changes in land cover will be substantial.* Observed changes in climate are affecting vegetation and ecosystem disturbance (Figure 1.8). Among those disturbances are increases in wildfire and outbreak of forest pests and disease. Death of plants in some areas of the Southwest also is associated with increases in temperature and decreases in precipitation (high confidence). [Chapter 8]
- *Climate change will affect ecosystems on the U.S.-Mexico border.* Potential changes to ecosystems that transect the international border are often not explicitly considered in the public policy exposing these sensitive ecosystems to climate change impacts (high confidence). [Chapter 16]



**Figure 1.5 Projected temperature changes for the high (A2) and low (B1) GHG emission scenario models.** Annual temperature change (°F) from historical (1971–2000) for early- (2021–2050; top), mid- (2041–2070; middle) and late- (2070–2099; bottom) twenty-first century periods. Results are the average of the sixteen statistically downscaled CMIP3 climate models. Source: Nakićenović and Swart (2000), Mearns et al. (2009). [Chapter 6]

*Coastal systems*

Coastal California is already being affected by climate change, and future climate-related change will become more notable if greenhouse-gas emissions are not substantially reduced:

- *Coastal hazards, including coastal erosion, flooding, storm surges and other changes to the shoreline will increase in magnitude as sea level continues to rise* (high confidence). Sea levels along the California coast have risen less than a foot since 1900, but could rise another two feet (high confidence), three feet (medium-high confidence), or possibly more (medium-low confidence) by the end of the twenty-first century (Figure 1.9). [Chapter 9]

- *Effects of coastal storms will increase*. Increased intensity (medium-low confidence) and frequency (medium-low confidence) of storm events will further change shorelines, near-shore ecosystems, and runoff. In many regions along the



**Figure 1.6 Projected change in average seasonal temperatures (°F, left) and precipitation (% change, right) for the Southwest region for the high-emissions (A2) scenario.** A fifteen-model average of mean seasonal temperature and precipitation changes for early-, mid-, and late-twenty-first century with respect to the simulations' reference period of 1971–2000. Changes in precipitation also show the averaged 2041–2070 NARCCAP four global climate model simulations. The seasons are December–February (winter), March–May (spring), June–August (summer), and September–November (fall). Plus signs are projected values for each individual model and circles depict overall means. Source: Mearns et al. (2009). [Chapter 6]

coast, storms coupled with rising sea levels will increase the exposure to waves and storm surges (medium-high confidence). [Chapter 9]

- *Economic effects of coastal climate change will be large.* Between 2050 and 2100, or when sea levels are approximately 14–16 inches higher than in 2000, the combined effects of sea-level rise and large waves will result in property damage, erosion, and economic losses far greater than currently experienced (high confidence). [Chapter 9]

- *Coastal ecosystems and their benefits to society will be affected.* Ocean warming, reduced oxygen content, and sea-level rise will affect marine ecosystems, abundances of fishes, wetlands, and coastal communities (medium-high confidence). However, there is uncertainty in how and by how much coastal ecosystems will be affected. [Chapter 9]

- *Ocean acidification is taking place.* Many marine ecosystems will be negatively affected by ocean acidification that is driven by increased levels of atmospheric carbon dioxide (high confidence). But there is substantial uncertainty about the effects of acidification on specific coastal fisheries and marine food webs. [Chapter 9]

12    ASSESSMENT OF CLIMATE CHANGE IN THE SOUTHWEST UNITED STATES



**Figure 1.7  Predicted changes in the water cycle.** Mid-century (2041–2070) percent changes from the simulated historical median values from 1971–2000 for April 1 snow water equivalent (SWE, top), April–July runoff (middle) and June 1 soil moisture content (bottom), as obtained from median of sixteen VIC simulations under the high-emissions (A2) scenario. Source: Bias Corrected and Downscaled World Climate Research Programme's CMIP3 Climate Projections archive at http://gdo-dcp.ucllnl.org/downscaled_cmip3_projections/#Projections:%20Complete%20Archives. [Chapter 6]

*Water*

Water is the limiting resource in the Southwest, and climate variability and change will continue to have substantial effects on water across much of the region. Reduction in water supplies can lead to undesirable changes in almost all human and natural systems including agriculture, energy, industry, forestry, and recreation. In particular:

- *Climate change could further limit water availability in much of the Southwest.* A large portion of the Southwest, including most of the region's major river systems (e.g., Rio Grande, Colorado, and San Joaquin), is expected to experience reductions in streamflows and other limitations on water availability in the twenty-first century (medium-high confidence) (Figure 1.7). [Chapters 5, 6, 7, and 10]



**Figure 1.8 Areas of the western United States burned in large (> 1000 acres [400 ha]) fires, 1984–2011.** Dark shading shows fires in areas classified as forest or woodland at 98-feet (30-meter) resolution by the LANDFIRE project (http://www.landfire.gov/). Fire data from 1984–2007 are from the Monitoring Trends in Burn Severity project (http://www.mtbs.gov/) and fire data from 2008–2011 are from the Geospatial Multi-Agency Coordination Group (http://www.geomac.gov/). [Chapter 8]



**Figure 1.9 Past, present, and future sea-level rise.** Geologic and recent sea-level histories (from tide gauges and satellite altimetry) are combined with projections to 2100 based on climate models and empirical data. Modified with permission from Russell and Griggs (2012), Figure 2.1. [Chapter 9]

- *Water availability could be decreased even more by unusually warm, decades-long periods of drought*. Much of the Southwest, including major river systems such as the Colorado and Rio Grande, has experienced decades-long drought repeatedly over the last 1,000 to 2,000 years. Similar exceptional droughts could occur in the future, but temperatures are expected to be substantially hotter than in the past (high confidence) (Figure 1.3). [Chapters 5, 6, 7, and 10]

- *The past will no longer provide an adequate guide to project the future*. Twentieth-century water management has traditionally been based in part on the principle of "stationarity," which assumes that future climate variations are similar to past variations. As climate changes, temperature will increase substantially and some areas of the Southwest will become more arid than in the past (high confidence). [Chapters 6 and 10]

- *Surface water quality will be affected by climate change*. In some areas, surface water quality will be affected by scarcity of water, higher rates of evaporation, higher runoff due to increased precipitation intensity, flooding, and wildfire (high confidence). [Chapter 10]

### Human health

The Southwest's highly complex and often extreme geography and climate increase the probability that climate change will affect public health. Several potential drivers of increased health risk exist only or primarily in the Southwest, and there is substantial variation in the sensitivity, exposure, and adaptive capacity of individuals and groups of people within the Southwest to climate change-related increases in health risks:

- *Climate change will drive a wide range of changes in illness and mortality*. In particular, climate change will exacerbate heat-related human morbidity and mortality, and lead to increased concentrations of airborne particulates and pollutants from wildfires and dust storms. Climate change may affect the extent to which organisms such as mosquitoes and rodents can carry pathogens (e.g., bacteria and viruses) and transmit disease from one host to another (medium-high confidence). [Chapter 15]

- *Allergies and asthma will increase in some areas*. On the basis of data showing earlier and longer spring flower bloom, allergies and asthma may worsen for individual sufferers or become more widespread through the human population as temperature increases (medium-low confidence). [Chapter 15]

- *Disadvantaged populations will probably suffer most*. The health of individuals who are elderly, infirm, or economically disadvantaged is expected to decrease disproportionately to that of the general population (high confidence), due to their increased exposure to extreme heat and other climate hazards. [Chapter 15]

### Additional effects of climate change

Climate change has the potential to affect many other sectors and populations within the Southwest. For example:

- *Agriculture will be affected by climate change*. Effects of climate change and

associated variability on production of both crops and livestock could be long-lasting, with short-term reductions in profitability (medium-low confidence). [Chapter 11]

- *Energy supplies will become less reliable as climate changes and climate change will drive increasing energy demand in some areas.* Delivery of electricity may become more vulnerable to disruption due to extreme heat and drought events that increase demand for home and commercial cooling, reduce thermal power plant efficiency or ability to operate, reduce hydropower production, or reduce or disrupt transmission of energy (medium-high confidence) (Figure 1.10). [Chapter 12]

- *Climate change will affect urban areas in differing ways depending on their locations and on their response or adaptive capacities.* Climate change will affect cities in the Southwest in different ways depending on their geographic locations. Local capacity to address effects of climate change will also vary depending on governmental, institutional, and fiscal factors. Incidences of air pollution related to increased heat are likely to increase, and water supplies will become less reliable (medium-high confidence). [Chapter 13]

- *Reliability of transportation systems will decrease.* Climate change will affect transportation systems in different ways depending on their geographic location (e.g., changing sea level and storm surge affect coastal roads and airports), potentially impeding the movement of passengers and goods (medium-high confidence). [Chapter 14]

- *Climate change may disproportionately affect human populations along the U.S.-Mexico border.* Climate changes will stress on already severely limited water systems, reducing the reliability of energy infrastructure, agricultural production, food security, and ability to maintain traditional ways of life in the border region (medium-high confidence). [Chapter 16]

- *Native American lands, people, and culture are likely to be disproportionately affected by climate change.* Effects of climate change on the lands and people of Southwestern Native nations are likely to be greater than elsewhere because of endangered cultural practices, limited water rights, and social, economic, and political marginalization, all of which are relatively common among indigenous people (high confidence). [Chapter 17]

## 1.5 Choices for Adjusting to Climate and Climate Change

A century of economic and population growth in the Southwest has already placed pressures on water resources, energy supplies, and ecosystems. Yet the Southwest also has a long legacy of human adaptation to climate variability that has enabled society to live within environmental constraints and to support multiple-use management and conservation across large parts of the region. Governments, for-profit and non-profit organizations, and individuals in the Southwest have already taken a variety of steps to respond to climate change. A wide range of options are available for entities and individuals choosing to reduce greenhouse gas emissions or to prepare and adapt to climate



**Figure 1.10  Compounding impacts of drought on energy.** [Chapter 12]

variability and change (Table 1.2). Others who have not yet begun to respond to climate change directly are choosing to reduce energy and water use for immediate economic benefit or as ways of enhancing the sustainability of water supply, energy, and food production [Chapter 18]. Many options for responding to climate change in the Southwest have been, or are being, investigated, and are assessed in the full report, *Assessment of Climate Change in the Southwest United States.* Notable examples include:

- *Reducing greenhouse gas emissions.* Governments, for-profit and non-profit organizations, and individuals are already taking many steps to reduce the causes of climate change in the Southwest, and there are lessons to learn from the successes and failures of these early efforts, such as the first U.S. implementation of cap-and-trade legislation in California. There have been few systematic studies, however, that evaluate the effectiveness of the choices made in the Southwest to reduce greenhouse gas emissions (medium-low confidence). California has established targets and the National Research Council has recommended targets for reduction in emissions of greenhouse gases. Meeting these targets will be challenging. However, there are many low-cost or revenue-generating opportunities for emissions reductions in the Southwest, especially those related to energy efficiency and to the development of renewable sources of energy (medium-high confidence). [Chapter 18]

**Table 1.2** Adaptation options relevant for the Southwest [Chapter 18]

| Sector | Adaptation Strategies |
| --- | --- |
| Agriculture | Improved seeds and stock for new and varying climates (and pests, diseases), increase water use efficiency, no-till agriculture for carbon and water conservation, flood management, improved pest and weed management, create cooler livestock environments, adjust stocking densities, insurance, diversify or change production. |
| Coasts | Plan for sea level rise—infrastructure, planned retreat, natural buffers, land use control. Build resilience to coastal storms—building standards, evacuation plans. Conserve and manage for alterations in coastal ecosystems and fisheries. |
| Conservation | Information and research to identify risks and vulnerabilities, secure water rights, protect migration corridors and buffer zones, facilitate natural adaptations, manage relocation of species, reduce other stresses (e.g., invasives) |
| Energy | Increase energy supplies (especially for cooling) through new supplies and efficiency. Use sustainable urban design, including buildings for warmer and variable climate. Reduce water use. Climate-proof or relocate infrastructure. |
| Fire management | Use improved climate information in planning. Manage urban-wild land interface. |
| Forestry | Plan for shifts in varieties, altered fire regimes, protection of watersheds and species. |
| Health and emergencies | Include climate in monitoring and warning systems for air pollution, allergies, heat waves, disease vectors, fires. Improve disaster management. Cooling, insulation for human comfort. Manage landscape to reduce disease vectors (e.g. mosquitos), Public health education and training of professionals. |
| Transport | Adjust or relocate infrastructure (coastal and flood protection, urban runoff), plan for higher temperatures and extremes. |
| Urban | Urban redesign and retrofit for shade, energy, and water savings. Adjust infrastructure for extreme events, sea-level rise. |
| Water management | Enhance supplies through storage, transfers, watershed protection, efficiencies and reuse, incentives or regulation to reduce demand and protect quality, reform or trade water allocations, drought plans, floodplain management. Use climate information and maintain monitoring networks, desalinate. Manage flexibly for new climates not stationarity. |

Source: Smith, Horrocks et al. (2011); Smith, Vogel et al. (2011).

- *Planning and implementing adaptation programs.* There is a wide range of options in most sectors for adapting to climate variability and extreme events, including many that have ecological, economic, or social benefits (medium-high confidence). [Chapter 18]

- *Lowering or removing barriers to optimize capacity for adaptation.* A number of relatively low-cost and easily implemented options for adapting to climate variability and change are available in the Southwest, including some "no-regrets" options with immediate benefits that could foster economic growth. Lowering or removing financial, institutional, informational, and attitudinal barriers will increase society's ability to prepare for and respond to climate change (medium-high confidence). [Chapter 18]

- *Connecting adaption and mitigation efforts.* Many options exist to implement both adaptation and mitigation, i.e. options that reduce some of the causes of climate change while also increasing the readiness and resilience of different sectors to reduce the impacts of climate change (high confidence). The significant probability of severe and sustained drought in the drought-prone Southwest makes some adaptation options applicable even in the absence of significant climate change (high confidence). [Chapters 5, 7, 10 and 18]

- *Planning in coastal areas.* Coastal communities are increasingly interested in and have begun planning for adaptation. There are opportunities to increase use of policy and management tools and to implement adaptive policies (high confidence). [Chapter 9]

- *Changing water management.* Considerable resources are now being allocated by the water-management sector to understand how to adapt to a changing water cycle. A full range of options involving both supplies and demands are being examined. Large utilities have been more active in assessing such options than relatively small utilities (high confidence). [Chapter 10]

- *The large amounts of water currently used for irrigated agriculture can buffer urban supplies.* Assuming water allocations to agriculture remain substantial, short-term agricultural-urban water transfers can greatly reduce the total cost of water shortages and limit effects on urban water users during climate- or weather-induced water shortages (medium-high confidence). [Chapter 11]

- *Changing energy policy.* A shift from the traditional fossil fuel economy to one rich in renewable energy will have substantial effects on water use, land use, air quality, national security, and the economy. The reliability of the energy supply in the Southwest as climate changes depends on how the energy system evolves over this century (medium-high confidence). [Chapter 12]

- *Adaptation and mitigation on federal and tribal land.* The Southwest has the highest proportion of federal and tribal land in the nation (Figure 1.11). Native nations are taking action to address climate change by actively seeking additional resources for adaptation, and by initiating climate-change mitigation (medium-low confidence). Federal land and resource management agencies are beginning to plan with the assumption that climate is changing, although efforts are not consistent across agencies (high confidence). [Chapters 17 and 18]



**Figure 1.11 Extensive federal lands in the Southwest: A legacy for the future.** This map illustrates the legacy of federal land ownership in the Southwest, covering nearly 30 percent of the entire United States. Protected habitat and ecosystem services ensure sustainable management of resources and may be the greatest insurance policy against losses in the future, because natural resource use and biological species can more easily adapt to rapidly changing climatic conditions. Modified from *The National Atlas of the United States of America* (http://www.nationalatlas.gov; see also http://nationalatlas.gov/printable/images/pdf/fedlands/fedlands3.pdf; accessed October 8, 2012). [Chapter 18]

## 1.6 Key Unknowns

Although there has been a substantial increase in the understanding of how Southwest climate is changing and will change and how this change will affect the human and natural systems of the region, much remains to be learned. The full report, *Assessment of Climate Change in the Southwest United States*, identifies many key unknowns, and assesses the data, monitoring, modeling, and other types of research needed to increase knowledge [Chapters 19 and 20]. Yet, current knowledge and experience is sufficient to support climate change adaptation and mitigation actions, such as reducing greenhouse gas emissions or adapting to the changes that cannot be avoided, minimized, or mitigated. Many of these potential actions represent "no-regrets" options that are already either cost-effective in the immediate or short-term. [Chapter 18]

## References

Cook, E. R., C. Woodhouse, C. M. Eakin, D. M. Meko, and D. W. Stahle. 2004. Long-term aridity changes in the western United States. *Science* 306:1015–1018.

Mearns, L. O., W. Gutowski, R. Jones, R. Leung, S. McGinnis, A. Nunes, and Y. Qian. 2009. A regional climate change assessment program for North America. *Eos Transactions AGU* 90:311.

Menne, M. J., and C. N. Williams, Jr. 2009. Homogenization of temperature series via pairwise comparisons. *Journal of Climate* 22:1700–1717, doi:10.1175/2008JCLI2263.1.

Nakićenović, N., and R. Swart, eds. 2000. *Special report on emissions scenarios: A special report of Working Group III of the Intergovernmental Panel on Climate Change.* Cambridge: Cambridge University Press.

Russell, N. L., and G. B. Griggs. 2012. *Adapting to sea-level rise: A guide for California's coastal communities.* Sacramento: California Energy Commission, Public Interest Environmental Research Program.

Smith, M. S., L. Horrocks, A. Harvey, and C. Hamilton. 2011. Rethinking adaptation for a 4°C world. Philosophical Transactions of the Royal Society A 369:196–216.

Smith, J., Vogel, J., Carney, K. and C. Donovan. 2011. Adaptation case studies in the western United States: Intersection of federal and state authority for conserving the greater sage grouse and the Colorado River water supply. Washington, DC: Georgetown Climate Center.

Stewart, I., D. Cayan, and M. Dettinger. 2005. Changes towards earlier streamflow timing across western North America. *Journal of Climate* 18:1136–1155.

## Endnotes

i    Much of the text in this summary is taken directly, or with minor modification, from the full report, *Assessment of Climate Change in the Southwest United States,* and where this is the case, chapter citations appear in brackets at the end of each paragraph or bullet.

ii   Confidence estimates cited in this document (high, medium-high, medium-low, or low) are explained in more detail in the main report. Confidence was assessed by authors of the main report on the basis of the quality of the evidence and the level of agreement among experts with relevant knowledge and experience. [Chapters 2 and 19]

# Chapter 2

# Overview

**COORDINATING LEAD AUTHOR**

Gregg Garfin (University of Arizona)

**LEAD AUTHOR**

Angela Jardine (University of Arizona)

**EXPERT REVIEW EDITOR**

David L. Feldman (University of California, Irvine)

## 2.1 Introduction

The first comprehensive analysis of the implications of climate variability and change[i] stated that, "the influence of climate permeates life throughout the United States" (Sprigg and Hinkley 2000, 2).

Since the report was issued, the scientific evidence, the concerns of decision makers, and demonstrated temperature trends and multi-year and decadal variability show that *climate change* also permeates life throughout the Southwestern United States. Since 2000, the region has experienced episodes of severe and sustained drought, declines in water supplies, notable floods, the widespread die-off of conifer trees, increasing temperatures, and severe wildland fires of record extent. These occurrences are related in part to climate change. They also are related to the ways in which climate interacts with other drivers (or forces) of change across the region, such as population growth, economic development, urban expansion, food production, and the extraction and consumption of natural resources, including water, timber, minerals, and energy fuels. Therefore, regular assessment of the state of climate knowledge—and of the climate-related vulnerabilities and risks to citizens and the economy—is vital to clearly define choices available to those who make decisions about the quality of human life

**Chapter citation:** Garfin, G. and A. Jardine. 2013. "Overview." In *Assessment of Climate Change in the Southwest United States: A Report Prepared for the National Climate Assessment*, edited by G. Garfin, A. Jardine, R. Merideth, M. Black, and S. LeRoy, 21–36. A report by the Southwest Climate Alliance. Washington, DC: Island Press.

and livelihoods, the well-being of communities, or the management of resources and landscapes across the Southwest.

The *Assessment of Climate Change in the Southwest United States* is a summary and synthesis of the past, present, and projected future of the region's climate, examining what this means for the health and well-being of human populations and the environment throughout the six Southwestern states—Arizona, California, Colorado, Nevada, New Mexico, and Utah—an area of about 700,000 square miles that includes vast stretches of coastline, an international border, and the jurisdictions of 182 federally recognized Native American tribes.

The report looks at climate and its effects on scales ranging from states to watersheds and across ecosystems and regions; at links between climate and resource supply and demand; at effects on sectors—such as water, agriculture, energy, and transportation—that are critical to the well-being of the region's inhabitants; the vulnerabilities to climate changes of all facets of the region, and the responses, or adaptations, that society may choose to make.

### What is an assessment?[ii]

This report is an *assessment* of climate change for the Southwest region of the United States and as such is *not* a research project, review paper, or advocacy piece. We define scientific assessment as a critical evaluation of information for purposes of guiding decisions on a complex issue: climate change and its interactions with other aspects of natural systems and society. Stakeholders, who are typically decision makers, have been actively engaged in defining the scope of this report and in reviewing the document. This assessment is intended to be relevant to public policy and resource management, but our findings, judgments, and recommendations are not prescriptive; we do not present findings as "must-do's," but as options. We have summarized complexity by synthesizing and sorting what is known and widely accepted from what is not known (or not agreed upon). Written chiefly during late 2011, with revisions through mid-2012, this assessment provides a snapshot of the current state of climate change information and knowledge related to the region.

We have synthesized, through evaluation and judgment, information from a range of sources, including data sets of observations, simulations and projections from computer modeling, peer-reviewed scientific papers, case studies, and other sources. This assessment represents the consensus findings of nearly 200 authors and reviewers. In this assessment, experts and decision makers representing a variety of disciplines have discussed and made judgments about the importance and quality of information and about ways to characterize uncertainty and confidence.

Data evaluated in this assessment were collected previously (in some cases by the authors of this report) and are publicly available. Some new understanding results from synthesis. Part of our charge was to identify important gaps in knowledge about climate change and the type of research that would reduce or better define areas of uncertainty. This report focuses on the implications of the science results for management and policy and so is not limited to previously published ideas. Thus, we have clearly labeled and consistently judged the importance of information and our level of confidence in its accuracy or validity. This report is evidence-based as verified by multiple reviews.

## 2.2 Context and Scope

The U.S. National Climate Assessment (NCA; http://www.globalchange.gov/what-we-do/assessment; see Box 2.1) for 2013, a national report on climate change and impacts, provided the motivation to produce this regional report.

Previously, the first National Climate Assessment (National Assessment Synthesis Team 2000) received technical input from multiple geographic regions in the United States. That assessment's sixty-page Southwest region report (Sprigg and Hinkley 2000) examined the effects of climate variability and change (including projections of the future) on water resources, ranching, natural ecosystems, extractive industries (oil, gas, mining), human health, urban areas, energy, and planning for the future. The 2000 report emphasized observed climate trends and phenomena and identified potential vulnerabilities related to climate, yet gave relatively little attention to adaptation planning and risk management.

The second National Climate Assessment in 2009 (Karl, Melillo, and Peterson 2009) was summarized from twenty-one synthesis and assessment products produced by the U.S. Climate Change Science Program (CCSP). The CCSP did not solicit technical input from regions, instead focusing on key sectors (e.g., transportation, agriculture, and water resources) and problems (e.g., strengths and limitations of climate models, temperature trends, model reliability, and adaptation options for ecosystems). The five-page Southwest section of the 2009 National Climate Assessment gave increased attention to projected climate changes, impacts to vulnerable water and ecosystem resources and, to a lesser degree, agriculture and urban areas. For these topics, the second assessment built a strong foundation for this report.

The present *Assessment of Climate Change in the Southwest United States*, part of the third National Climate Assessment, emphasizes new information and understandings since publication of the 2009 National Climate Assessment and expands the scope of previous regional assessments by analyzing the effects of climate change on Native American lands and the U.S.-Mexico border area, by presenting key uncertainties associated with each topic discussed in the report, and by providing a compendium of research needed to address these uncertainties. With its regional perspective, this report also provides the basis for similar assessments to be made at state, watershed, municipal, tribal, or other local levels for decision making at finer scales.

The report uses the established Intergovernmental Panel on Climate Change (IPCC) greenhouse gas (GHG) emissions scenarios, A2 (high) and B1 (low).[iii] These scenarios were used as inputs into global climate models to project climate changes in the IPCC Fourth Assessment Report and are fully described in the Special Report on Emissions Scenarios (Nakićenović and Swart 2000). Increases in the accumulation of GHGs in the atmosphere are thought to be the main cause of twenty-first century climate change stemming from human economic development choices. While GHGs are not the only influence on climate change considered by the IPCC, estimating the amount of GHGs in the future atmosphere is probably the largest uncertainty in projecting future climate. The estimation depends on predicting such factors as the state of the future global economy, global population growth, public policies and regulations, and the rate of adoption of technologies that reduce GHG emissions. While it is unrealistic to expect to know with certainty the future variations in these factors, scientists are able to use plausible

scenarios to project likely ranges of future GHG emissions. Other published scenarios and approaches are also incorporated in this report.

The report is guided, in part, by issues identified by stakeholders[iv] within the region, solicited through a workshop convened in June 2011, three teleconferences conducted during the second half of 2011, and review of reports from other climate change workshops and needs assessments. Early in the process, regional stakeholders mentioned that they would have little incentive to read a long report. Thus, we have limited the length of the report and have provided brief summaries online (http://www.swcarr.arizona.edu), which stakeholders suggested would be useful.

---

**Box 2.1**

## *National Climate Assessment*

The National Climate Assessment (NCA) is being conducted under the auspices of the Global Change Research Act of 1990 (GCRA). The GCRA requires a report to the President and Congress every four years that analyzes the effects of global change on the natural environment, agriculture, energy production and use, land and water resources, transportation, human health and welfare, human social systems, and biological diversity. The report examines current trends in global change (both human-induced and natural) and projects major trends for the next 25 to 100 years.

National climate assessments serve as status reports on climate change and its impacts. The assessments rely on observations made across the country and compare these observations to projections from climate-system models. As with previous assessments, the third NCA (2013) evaluates the current state of scientific knowledge relative to climate impacts and trends. But it additionally evaluates the effectiveness of U.S. activities to mitigate and adapt to climate change and identify economic opportunities and challenges that arise as the climate changes.

The objectives of the NCA are to provide information and reports in the context of a continuing, inclusive national process that will:

- synthesize relevant science and information;
- increase understanding of what is known and not known;
- identify needs for information related to preparing for climate variability and change and reducing climate impacts and vulnerability;
- evaluate progress of adaptation and mitigation activities;
- inform science priorities;
- build assessment capacity in regions and sectors;
- build societal understanding and skilled use of assessment findings; and
- recognize the global and international context of climate trends and connections between climate risk and impacts in the United States and elsewhere.

The 2013 NCA differs from previous climate assessments in that it: (1) is a continuing effort rather than a periodic report-writing activity; (2) fosters partnerships with non-governmental entities; and (3) provides web-based data and information. For a list of the U.S. assessments, see http://globalchange.gov/publications/reports.

## 2.3 Other Southwest Region Climate Assessments

Many other climate-change reports and assessments have been produced by federal and state agencies, non-governmental organizations, and municipalities. These documents (some of which are listed in Table 2.1) relate in whole or in part to the Southwest region. For instance, the U.S. Forest Service assessed the state of knowledge about climate-change trends and associated impacts on U.S. forests (Joyce and Birdsey 2000). The report focused on plant productivity in response to elevated atmospheric carbon dioxide levels, and the authors turned to models to explore potential changes to ecosystem succession and forest productivity. The Southwest is included, implicitly, in maps and text on changes to forest ecosystems. In a more recent federal effort, the U.S. Bureau of Reclamation (2011) examined climate variability and trends and used projections of future climate and hydrology to assess risks to water resources in the Western United States. The assessment reported on selected river basins in the Southwest: Sacramento-San Joaquin, Truckee-Carson, Colorado, and Upper Rio Grande.

**Table 2.1** Selected climate change assessments and reports pertaining to the Southwest region

| Year | Institution | Report Name |
|------|-------------|-------------|
| 2000 | USDA-Forest Service | The Impact of Climate Change on America's Forests: A Technical Document Supporting the 2000 USDA Forest Service RPA Assessment (Joyce and Birdsey 2000) |
| | | http://www.fs.fed.us/rm/pubs/rmrs_gtr059.pdf |
| 2006 | The Nature Conservancy | Ecoregion-Based Conservation Assessments of the Southwestern United States and Northwestern Mexico (Marshall, List, and Enquist 2006) |
| | | http://azconservation.org/dl/TNCAZ_Ecoregions_SW_Ecoregional_Summary.pdf |
| 2007 | National Academy of Sciences | Colorado River Basin Water Management: Evaluating and Adjusting to Hydroclimatic Variability (NRC 2007) |
| | | http://www.nap.edu/catalog.php?record_id=11857 |
| 2007 | City of Denver | City of Denver Climate Action Plan (Mayor's Greenprint Denver Advisory Council 2007) |
| | | http://www.greenprintdenver.org/about/climate-action-plan-reports/ |
| 2008 | Colorado Water Conservation Board | Climate Change in Colorado: A Synthesis to Support Water Resource Management and Adaptation (Ray et al. 2008) |
| | | http://cwcb.state.co.us/public-information/publications/Documents/ReportsStudies/ClimateChangeReportFull.pdf |

**Table 2.1** Selected climate change assessments and reports pertaining to the Southwest region (Continued)

| Year | Institution | Report Name |
|------|-------------|-------------|
| 2009 | National Audubon Society | Birds and Climate Change: Ecological Disruption in Motion (National Audubon Society 2009) |
| | | http://birds.audubon.org/sites/default/files/documents/birds_and_climate_report.pdf |
| 2010 | EPA | Climate Change Indicators in the United States (EPA 2010) |
| | | http://www.epa.gov/climatechange/indicators/pdfs/ClimateIndicators_full.pdf |
| 2010 | State of California | 2010 Climate Action Team Report to Governor Schwarzenegger and the California Legislature (California Climate Action Team 2010) |
| | | http://www.energy.ca.gov/2010publications/CAT-1000-2010-005/CAT-1000-2010-005.PDF |
| 2011 | NOAA | State of the Climate in 2010 (Blunden, Arndt, and Beringer 2011) |
| | | http://www.ncdc.noaa.gov/bams-state-of-the-climate/2010.php |
| 2011 | Bureau of Reclamation | SECURE Water Act Section 9503(c) - Reclamation Climate Change and Water 2011 (Reclamation 2011) |
| | | http://www.usbr.gov/climate/SECURE/docs/SECUREWaterReport.pdf |
| 2011 | National Wildlife Federation | Scanning the Conservation Horizon: A Guide to Climate Change Vulnerability Assessment (Glick, Stein, and Edelson 2011) |
| | | http://www.nwf.org/~/media/PDFs/Global-Warming/Climate-Smart-Conservation/NWFScanningtheConservationHorizonFINAL92311.ashx |

States and cities have also produced climate change assessments for parts of the Southwest. A landmark executive order in California triggered a series of assessments and Climate Action Team reports to the governor (http://www.climatechange.ca.gov/climate_action_team/reports/#2010), beginning in 2006. This extensive series of reports formed the basis for numerous implementation plans. Colorado's Water Conservation Board commissioned a study (Ray et al. 2008) to determine the state of knowledge about Colorado's climate and the implications of projected future variations on the state's water resources. Several Colorado cities and municipalities inventoried GHG emissions and existing programs for emissions reduction as a foundation for climate-change planning (e.g., Mayor's Greenprint Denver Advisory Council 2007). Such assessments provide valuable local data and assessment at levels of analysis that regional and national reports cannot encompass.

Finally, non-governmental organizations have produced assessment reports for the region. Many of these assess a combination of peer-reviewed materials, new and

existing data, and internal reports. For example, The Nature Conservancy aggregated and standardized data across multiple ecoregions (large areas of land and water that are characterized by plant and animal communities and other environmental factors) and assessed the status and condition of native species, ecological systems, and natural resources such as water (Marshall, List, and Enquist 2006).

## 2.4 Sponsors and Authors of this Report

In July 2011, the Southwest Climate Alliance (SWCA)[v] submitted an expression of interest (EOI)[vi] to produce this regional technical input report for the NCA.[vii] The SWCA institutions and their partners have individually contributed to previous national assessments and to state-level assessments for California and Colorado. They also recently convened a Colorado River Basin workshop to assess regional capacity to perform ongoing assessments.

The SWCA team obtained funding from the National Oceanic and Atmospheric Administration (NOAA) and the Department of the Interior to convene a workshop for potential regional assessment authors and hire temporary staff to coordinate production of the report. Experts in the report subject areas were recruited to serve as assessment chapter lead authors. Report authors are primarily from university and federal research labs, with some contributors from state agencies, non-governmental organizations, and the private sector (see Table 2.2 and Figure 2.1). They have donated their time to write this report.

**Table 2.2** Author affiliations for *Assessment of Climate Change in the Southwest United States*

| Sector | Total Number | Number of Unique Institutions |
|--------|--------------|-------------------------------|
| Federal | 23 | 13 |
| State | 5 | 5 |
| University | 86[**] | 25 |
| NGO | 3 | 2 |
| Private | 3 | 3 |
| Tribal[*] | 1 | 1 |
| **TOTAL** | **121** | **49** |

 * Authors with only tribal affiliation. Some federal and university authors also have tribal affiliations.

 ** Some authors with university affiliations also have affiliations with federal agencies.

ASSESSMENT OF CLIMATE CHANGE IN THE SOUTHWEST UNITED STATES

## Participating Institutions

**1** Lawrence Berkeley National Laboratory
The Nature Conservancy
NOAA Coastal Services Center
University of California, Berkeley

**2** NASA Ames Research Center
Stanford University
Susanne Moser Research & Consulting
U.S. Geological Survey

**3** California Coastal Commission
University of California, Santa Cruz

**4** Lawrence Livermore National Laboratory

**5** California Air Resources Board
California Dept. of Water Resources
California Energy Commission
California Office of Env. Health Hazard Assessment
University of California, Davis

**6** University of California, Merced

**7** NASA Jet Propulsion Laboratory
University of California, Los Angeles
University of Southern California

**8** Nessaman, Inc.

**9** San Diego State University
Scripps Institution of Oceanography
U.S. Geological Survey

**10** Colegio de la Frontera Norte

**11** Centro de Investigación Científica y de
Educación Superior de Ensenada

**12** Desert Research Institute

**13** Arizona State University

**14** Northern Arizona University
U.S. Geological Survey

**15** National Phenology Network
U.S. Geological Survey
University of Arizona

**16** University of Utah

**17** Utah State University

**18** University of Wyoming

**19** Colorado State University
National Park Service
U.S. Geological Survey

**20** National Center for Atmospheric Research
NOAA Earth System Research Laboratory
University of Colorado

**21** Bureau of Land Management
Bureau of Reclamation
Colorado Governor's Energy Office
Denver Water

**22** Zuni Tribe Water Resources Program

**23** Sandia National Laboratories

**24** University of Washington

**25** Bureau of Land Management

**26** University of Illinois, Chicago

**27** NOAA Cooperative Institute for Climate and Satellites

**28** Woods Hole Research Center

**29** Universidad Nacional Autónoma de México





**Figure 2.1 Locations of authors and their institutions contributing to this report.** A total of 121 authors volunteered their time to writing this report. Map by Christine Albano.

## 2.5 Characterizing and Communicating Uncertainty

While climate changes have effects on human populations, human activities likewise affect the atmosphere and climate. As mentioned earlier, predicting the effects of future climate changes on the environment and society will always require estimating a range of social realities, such as population growth, economic development, new technology development, and enactment of new laws and regulations. These and other factors ultimately impact GHG concentrations in the atmosphere, for example, which in turn affect climate.

We also are limited by our present incomplete understanding of some biophysical processes that feed into global climate models to project an outcome. Consequently, these processes must be expressed mathematically in computer models and statistically in terms of *ranges*, with commentary on the confidence of the estimates. We refer to evaluation of the ranges of estimates of possible future climate and impacts—accounting for the scenarios used to drive the climate models, the information used to construct the models, and the interpretation and use of the models' data for planning and decision making—as characterization of *uncertainty*. Scientific research and assessments can provide information and characterize uncertainty in a way that facilitates choices that are *risk-based* (see Box 2.2).

In this report, we have adopted guidance from the National Climate Assessment (http://www.globalchange.gov/images/NCA/Draft-Uncertainty-Guidance_2011-11-9.pdf) to characterize and communicate uncertainty[viii]. We have attempted to frame questions or problems to allow appraisal of the level of knowledge or understanding in the context of the question or problem. We review the range of scientific information for each question and describe the information used, the standards of evidence applied, and the confidence of the authors in their results. In reporting key findings, we have followed these steps to communicate our level of confidence in key conclusions:

1. We framed a manageable number (three or four) of key questions or issues that address the most important information needs of stakeholders.
2. We evaluated the available information, considering the type, amount, quality, and consistency of evidence, summarizing the level of evidence as strong, fair, or weak.
3. We formulated well-posed conclusions that can be confirmed or falsified.
4. We identified key uncertainties and briefly describe what monitoring, research, or other work is needed to improve the information base.
5. We assessed the levels of confidence (high, medium-high, medium-low, or low) by considering (a) the quality of the evidence and (b) the level of agreement among experts with relevant knowledge and experience. Confidence is a subjective judgment, but it is based on systematic evaluation of the type, amount, quality, and consistency of evidence, and the degree of agreement among experts (Table 2.3).
6. Especially for findings that identify potential high-consequence outcomes, we estimated uncertainty probabilistically (i.e., provided a likelihood that the outcome could occur under a stipulated scenario or conditions). Likelihoods can be based on quantitative methods, such as model results or statistical sampling, or on expert judgment. Some authors may use standardized ranges (<5% likely, <33% likely, 33–66% likely, >66% likely, or >95% likely).

7. To ensure transparency in reporting uncertainty and confidence, we prepared brief traceable accounts that describe the main factors that contributed to a particular conclusion and level of confidence.[ix]

---

**Box 2.2**

### *Risk-based Framing*[x]

The National Climate Assessment and the *Assessment of Climate Change in the Southwest United States* use a risk-based management approach to describe statements about key vulnerabilities to climate change and how they may change over time. A key vulnerability has:

- a large magnitude;
- early onset of impacts;
- a high degree of persistence and irreversibility;
- a wide distribution (e.g., across levels of society, or spatially);
- a high likelihood of occurrence; or
- great importance (based on perceptions).

The motivation for using this risk-based approach is based on research (IPCC 2007; NRC 2010a, 2010b) and interaction with climate information user communities, such as the Department of Defense.

Risk is defined as the product of likelihood of occurrence of an event or condition and the consequence of that occurrence, where:

- consequence ("importance") can be assessed using metrics ranging from physical impacts to vulnerability;
- vulnerability depends on exposure to a climate phenomenon or stimulus, sensitivity (the degree to which a vulnerable system responds to the climate phenomenon or stimulus), and adaptive capacity, or ability to adapt, respond, or rebound to the climate phenomenon or stimulus;
- likelihood depends on sensitivity to the climate phenomenon or stimulus, and the associated climate variability.

Risk management can be based on either quantitative or qualitative representations of likelihood and consequence. For qualitative information, the report authors use rigorous methods to describe likelihood and consequence. The authors have submitted traceable accounts of the sources used and the rationale behind the quantitative and qualitative judgments regarding risk. Qualitative techniques are useful in circumstances in which there may be a range of future likelihoods or consequences. This report focuses attention on highly likely impacts and vulnerabilities, but also on lower likelihood impacts and vulnerabilities that carry high consequences. The latter is in recognition of stakeholder concerns about climate extremes and rare events that may have significant impacts on infrastructure and investments.

---

## 2.6 Accountability and Review

To ensure transparency in developing this regional report's conclusions and key findings, we also have cited all sources of information, as is common peer-review practice, and sources of data for all graphics and tables.

For the key findings in each chapter's Executive Summary, the respective authors have submitted traceable accounts, as suggested in guidance from the National

Climate Assessment (http://www.globalchange.gov/what-we-do/assessment/nca-activities/guidance).

In addition, the report received two independent reviews. The first review was by three experts, who were nominated in late 2011 by the chapter lead authors and the report editors. The second was at an open review in spring 2012. For both, independent review editors evaluated the review comments to ensure that authors adequately addressed the review comments.

**Table 2.3** Factors contributing to assessment confidence associated with key findings

| Confidence Level | Examples of Combinations of Factors that Could Contribute to this Confidence Evaluation |
| --- | --- |
| High | Strong evidence (established theory, multiple sources, consistent results, well documented and accepted methods, etc.), high consensus |
| Medium-High | Moderate evidence (several sources, some consistency, methods vary and/or documentation limited, etc.), medium consensus |
| Medium-Low | Suggestive evidence (a few sources, limited consistency, models incomplete, methods emerging, etc.), competing schools of thought |
| Low | Inconclusive evidence (limited sources, extrapolations, inconsistent findings, poor documentation and/or methods not tested, etc.), disagreement or lack of opinions among experts |

Source: Moss and Yohe (2011).

## 2.7 Organization of This Report

The report comprises twenty chapters:

**Chapter 1: Summary for Decision Makers** describes the key issues found in Chapters 3–20.

**Chapter 2: Overview** describes the basis for, and methods used to create, this report.

**Chapter 3: The Changing Southwest** describes the important characteristics that affect exposure and sensitivity of the Southwest to climate change. Chapter 3 examines general socio-economic and land-use patterns and trends for the region. These include a brief examination of the physical context, human demographics and population trends, key laws relevant to resource management, and institutions conducting climate-assessment or policy initiatives.

**Chapter 4: Present Weather and Climate: Average Conditions** describes baseline characteristics of current climate and hydrologic parameters, such as temperature,

precipitation, and snowpack, as well as the factors that contribute to the unique climates of the region. Chapter 4 discusses the main factors contributing to regional climate variability, and describes important climate hazards and impacts, such as droughts, floods, wildland fires, air quality and extreme temperatures.

**Chapter 5: Present Weather and Climate: Evolving Conditions** assesses weather and climate variability and trends in the Southwest, using observed climate and paleoclimate records. Chapter 5 analyzes the last 100 years of climate variability in comparison to the last 1,000 years, and links the important features of evolving climate conditions to river flow variability in four of the region's major drainage basins. The chapter closes with an assessment of the monitoring and scientific research needed to increase confidence in understanding when climate episodes, events, and phenomena are attributable to human-caused climate change.

**Chapter 6: Future Climate: Projected Average** presents climate-model projections of future temperature, precipitation, and atmospheric circulation (long-term weather patterns) for the Southwest. Chapter 6 also examines projections of hydrologic parameters, such as snow water equivalent, soil moisture, and runoff for a subset of basins in the region, including the Colorado River Basin.

**Chapter 7: Future Climate: Projected Extremes** summarizes current scientific understanding about how specific weather and climate extremes are expected to change in the Southwest as global and regional temperatures increase. Chapter 7 examines heat waves, cold snaps, drought, floods, and weather related to wildland fires. The chapter also examines possible changes in weather patterns associated with climate extremes, such as atmospheric rivers and Santa Ana winds.

**Chapter 8: Natural Ecosystems** addresses the observed changes in climate that are associated strongly with observed changes in geographic distributions and phenology (recurring phenomena of biological species such as timing of blossoms or migrations of birds) in Southwestern ecosystems. Chapter 8 also examines disturbances such as wildfires and outbreaks of forest pathogens and discusses issues associated with how carbon is stored and released in Southwestern ecosystems, in relation to climate-change threats.

**Chapter 9: Coastal Issues** examines climate-change threats to coastal ecosystems and human habitats, as well as available management and adaptation options such as insurance incentives. The chapter describes and evaluates key climate-induced impacts, including sea-level rise, erosion, storm surges, and oceanographic factors, including nutrient upwelling, ocean acidification, and oxygen-depleted zones. Chapter 9 also describes interactions between existing vulnerabilities (such as human development in coastal ecosystems).

**Chapter 10: Water: Impacts, Risks, and Adaptation** focuses on societal vulnerabilities to impacts from changes in sources, timing, quantity, and quality of the Southwest's water supply. The chapter addresses both vulnerabilities related to environmental factors (such as wildfire risk and increased stream temperatures) and issues related to water management (such as water and energy demand, and reservoir operation). Chapter 10 describes water management strategies for the coming century, including federal, regional, state, and municipal adaptation initiatives. (Note: Surface hydrology is addressed in Chapters 4–7.)

**Chapter 11: Agriculture and Ranching** reviews the climate factors that influence crop production and agricultural water use. The chapter discusses modeling studies that use climate-change model projections to examine effects on agricultural water allocation and scenario studies that investigate economic impacts and the potential for using adaptation strategies to accommodate changing water supplies, crop yields, and pricing. Chapter 11 concludes with sections on ranching and drought and on disaster-relief programs.

**Chapter 12: Energy: Supply, Demand, and Impacts** describes the potential effects of climate change on the production, demand, and delivery of energy. Chapter 12 describes climate effects on peak energy production and examines the vulnerability of infrastructure to climate change. The chapter describes direct and indirect climate effects on the generation of electricity, with analyses of different methods of generation, such as natural gas turbines, hydropower, and thermoelectric. The chapter concludes with an assessment of the evolution of fuel mixes for energy generation and transportation, and offers mitigation strategies for the present and future.

**Chapter 13: Urban Areas** describes the unique characteristics of Southwest cities and the ways they will be affected by and contribute to future climate changes. The chapter draws particular attention to six large urban areas: Albuquerque, Denver, Las Vegas, Los Angeles, Phoenix, and Salt Lake City. Chapter 13 addresses ways in which cities may contribute to climate change through their urban metabolisms—flows of water, energy, materials, nutrients, air, water, and soil impacts. The chapter also examines key pathways through which cities will be affected, including fire, water resources, flooding, urban infrastructure, and sea-level rise.

**Chapter 14: Transportation** examines climate change issues across a broad range of transportation sectors in the Southwest, including land transportation (passenger and freight), marine transportation, and air transportation, beginning with current trends. Chapter 14 analyzes possible direct and indirect impacts to transportation infrastructure and to the economy. The chapter concludes by examining vulnerabilities and uncertainties with respect to potential disruptions to the transportation system.

**Chapter 15: Human Health** reviews the state of knowledge with regard to climate-related public health threats, including those related to extreme heat, air quality (including respiratory ailments, dust, and fire-related particulate matter), and changes to disease vectors (such as mosquito populations). Chapter 15 examines factors that interact with and complicate disease transmission and risk. The chapter concludes by discussing public health planning and adaptation planning.

**Chapter 16: Climate Change and U.S.-Mexico Border Communities** evaluates some factors unique to the U.S.-Mexico border that affect the vulnerability of human populations to climate change, including border demographic changes, urban expansion, and socio-economic issues. Chapter 16 also addresses border climate and ecosystem issues, such as climate extremes, wildfires, and potential climate effects on the Colorado River estuary. The chapter includes a discussion of border adaptation measures, with an emphasis on the role of cross-border collaboration.

**Chapter 17: Unique Challenges Facing Southwestern Tribes** evaluates observed climate effects on Native American lands, and discusses the intersection of climate and the unique cultural, socioeconomic, legal and governance contexts for addressing these

issues in Indian Country. Chapter 17 highlights some preparedness-, mitigation-, and adaptation-planning initiatives currently underway in the Southwest.

**Chapter 18: Climate Choices for a Sustainable Southwest** describes challenges to implementing mitigation and adaptation plans, given specific governance issues related to states, municipalities, and regional institutions. The chapter discusses new environmental management initiatives in the region, and gives examples of current climate-change mitigation and adaptation initiatives and successes. Chapter 18 analyzes the barriers to implementing solutions, and highlights the practical opportunities afforded through maximizing the co-benefits of mitigation and adaptation, and minimizing costs and environmental and social harms.

**Chapter 19: Moving Forward with Imperfect Information** builds on information from previous chapters, focusing on uncertainties, monitoring deficiencies, and data challenges. Chapter 19 summarizes the scope of what we do and do not know about climate in the Southwestern United States, and outlines those uncertainties that hamper scientific understanding of the climate system and potentially impede successful adaptation to the impacts of climate change. The chapter emphasizes issues related to climate and impact models, and scenarios of the future.

**Chapter 20: Research Strategies for Addressing Uncertainties** builds on descriptions of research and research needs articulated in earlier chapters. The chapter describes current research efforts and the challenges and opportunities for reducing uncertainties. It explores strategies to improve characterization of changes in climate and hydrology, and emphasizes the application of research strategies to decisions, including methods such as scenario planning.

## References

Blunden, J., D. S. Arndt, and M. O. Baringer. 2011. State of the climate in 2010. *Bulletin of the American Meteorological Society* 92: S1–S236, doi:10.1175/1520-0477-92.6.S1. http://www.ncdc.noaa.gov/bams-state-of-the-climate/2010.php.

California Climate Action Team (CCAT). 2010. *2010 Climate Action Team report to Governor Schwarzenegger and the California Legislature.* N.p.: CCAT. http://www.energy.ca.gov/2010publications/CAT-1000-2010-005/CAT-1000-2010-005.PDF.

Cayan, D. R., A. L. Luers, G. Franco, M. Hanemann, B. Croes, and E. Vine. 2008. Overview of the California climate change scenarios project. *Climatic Change* 87 (Suppl. 1): S1–S6, doi:10.1007/s10584-007-9352-2.

Glick, P., B. A. Stein, and N. A. Edelson, eds. 2011. *Scanning the conservation horizon: A guide to climate change vulnerability assessment.* Washington, DC: National Wildlife Federation. http://www.nwf.org/~/media/PDFs/Global-Warming/Climate-Smart-Conservation/NWFScanningtheConservationHorizonFINAL92331.ashx.

Hayhoe, K., D. Cayan, C. B. Field, P. C. Frumhoff, E. P. Maurer, N. L. Miller, S. C. Moser, et al. 2004. Emissions pathways, climate change, and impacts on California. *Proceedings of the National Academy of Sciences* 101:12422–12427.

Intergovernmental Panel on Climate Change (IPCC). 2007. *Climate change 2007: Synthesis report. Contribution of Working Groups I, II and III to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change,* eds. R. K. Pachauri and A. Reisinger. Geneva: IPCC. http://www.ipcc.ch/pdf/assessment-report/ar4/syr/ar4_syr.pdf.

Joyce, L. A., and R. Birdsey, eds. 2000. *The impact of climate change on America's forests: A Technical Document supporting the 2000 USDA Forest Service RPA Assessment.* Gen. Tech. Rep. RMRS-GTR-59. Fort Collins, CO: U.S. Forest Service, Rocky Mountain Research Station. http://www.fs.fed.us/rm/pubs/rmrs_gtr059.pdf.

Karl, T. R., J. M. Melillo, and T. C. Peterson, eds. 2009. *Global climate change impacts in the United States.* Cambridge: Cambridge University Press. http://downloads.globalchange.gov/usimpacts/pdfs/climate-impacts-report.pdf.

Marshall, R., M. List, and C. Enquist. 2006. *Ecoregion-based conservation assessments of the southwestern United States and northwestern Mexico: A geodatabase for six ecoregions, including the Apache Highlands, Arizona-New Mexico mountains, Colorado Plateau, Mojave Desert, Sonoran Desert, and southern Rocky Mountains.* Tucson, AZ: The Nature Conservancy. http://azconservation.org/dl/TNCAZ_Ecoregions_SW_Ecoregional_Summary.pdf.

Mayor's Greenprint Denver Advisory Council. 2007. *City of Denver Climate Action Plan: Final recommendations to Mayor Hickenlooper.* Denver, CO: City of Denver. http://www.greenprint-denver.org/about/climate-action-plan-reports/.

Moss, R. H., and G. Yohe. 2011. Assessing and communicating confidence levels and uncertainties in the main conclusions of the NCA 2013 Report: Guidance for authors and contributors. N.p.: National Climate Assessment Development and Advisory Committee (NCADAC). http://www.globalchange.gov/images/NCA/Draft-Uncertainty-Guidance_2011-11-9.pdf.

Nakićenović, N., and R. Swart, eds. 2000. *Special report on emissions scenarios: A special report of Working Group III of the Intergovernmental Panel on Climate Change.* Cambridge: Cambridge University Press.

National Assessment Synthesis Team. 2000. *Climate change impacts on the United States: The potential consequences of climate variability and change.* Report for the U.S. Global Change Research Program. Cambridge: Cambridge University Press.

National Audubon Society. 2009. Birds and climate change: Ecological disruption in motion. http://birds.audubon.org/sites/default/files/documents/birds_and_climate_report.pdf.

National Research Council (NRC). 2007. *Colorado River Basin water management: Evaluating and adjusting to hydroclimatic variability.* Washington, DC: National Academies Press.

—. 2010a. *Adapting to the impacts of climate change.* Washington, DC: National Academies Press.

—. 2010b. *Informing an effective response to climate change.* Washington, DC: National Academies Press.

Ray, A., J. Barsugli, K. Averyt, K. Wolter, M. Hoerling, N. Doesken, B. Udall, and R. S. Webb. 2008. *Climate change in Colorado: A synthesis to support water resources management and adaptation.* Boulder, CO: Western Water Assessment. http://cwcb.state.co.us/public-information/publications/Documents/ReportsStudies/ClimateChangeReportFull.pdf.

Sprigg, W. A., and T. Hinkley, eds. 2000. *Preparing for a changing climate: The potential consequences of climate variability and change, Southwest.* A report of the Southwest Regional Assessment Group for the U.S. Global Change Research Program. Tucson, AZ: Institute for the Study of Planet Earth.

U.S. Bureau of Reclamation (Reclamation). 2011. *SECURE Water Act Section 9503(c) – Reclamation Climate Change and Water, Report to Congress.* Denver: U.S. Bureau of Reclamation. http://www.usbr.gov/climate/SECURE/docs/SECUREWaterReport.pdf.

U.S. Environmental Protection Agency (EPA). 2010. *Climate change indicators in the United States.* http://epa.gov/climatechange/science/indicators/download.html.

## Endnotes

i    The phrase "climate variability and change" is used many times in this document. Climate variability refers to the inherent variability of climate, for instance, from year to year or decade to decade; climate change refers to ways in which systematic trends in some climate factors, such as increases in heat-trapping gases in the atmosphere (greenhouse gases) and associated increases in temperature, alter the climate system and its variations.

ii   This section is based, in part, on remarks from Dr. David Stephenson (University of Exeter, UK) and text from the National Climate Assessment.

iii  Taken together, the A2 and B1 scenarios provide reasonable estimates of what "high" and "low" global GHG emissions might be throughout the remainder of the twenty-first century. For example, scenario A2 (referred to in this report as the "high-emissions scenario") assumes a future with a high global population growth rate, slow global economic development rate, slow global technological change, and global fossil fuels use at rates slightly lower than observed in historical records. This combination of conditions would result in relatively high GHG emissions that continue to rise throughout the twenty-first century at an increasing rate (to a concentration of approximately 900 parts per million (ppm) in 2100, and substantially increased global temperatures. In contrast, scenario B1 (referred to in this report as the "low-emissions scenario") assumes a future in which global population peaks in the year 2050 and economies shift rapidly toward the introduction of clean and resource-efficient technologies, with an emphasis on global solutions to economic, social, and environmental sustainability. In the B1 scenario, greenhouse gas (GHG) emissions reach a peak in the mid-twenty-first century and then decline, resulting in carbon dioxide ($CO_2$) concentration of approximately 540 ppm in 2100, and smaller increases in global temperatures than those resulting from the A2 scenario. As has been emphasized in the IPCC study results and in prior regional climate change assessments, the outcomes of different mitigation strategies (as expressed by the A2 and B1 scenarios), in terms of the cumulative GHG concentrations and resultant climate changes, do not become very clear until after the middle of the twenty-first century, when the warming and other impacts from the B1 low-emissions scenario begin to be clearly exceeded by those of the A2 (and other) high-emissions scenarios (Nakićenović and Swart 2000; Hayhoe et al. 2004; IPCC 2007; Cayan et al. 2008).

iv   Stakeholders are natural resource managers whose decision making relies in part on understanding how climate related variables impact their domains.

v    The Southwest Climate Alliance consists chiefly of three NOAA-funded Regional Integrated Sciences and Assessments projects (California-Nevada Applications Program [http://meteora.ucsd.edu/cap/], Climate Assessment for the Southwest [http://www.climas.arizona.edu/], and Western Water Assessment [http://wwa.colorado.edu/]) and the Department of the Interior-funded Southwest Climate Science Center (http://www.doi.gov/csc/southwest/index.cfm), as well as a number of partner universities and federal research laboratories.

vi   Federal Register / Vol. 76, No. 134 / Wednesday, July 13, 2011 / Notices http://www.gpo.gov/fdsys/pkg/FR-2011-07-13/pdf/2011-17379.pdf.

vii  This technical report is only one of several for which EOIs were submitted. As far as the editors of this report know, this was the only EOI intending to produce a comprehensive regional report.

viii These were the October 27, 2011, NCA pre-decisional draft guidelines, which were the guidelines available to the authors of this report during the report draft and review periods.

ix   Traceable accounts consist of (1) the reasoning behind the conclusion, (2) the sources of data and information contributing to the conclusion, (3) an assessment of the amount of evidence and degree of agreement among sources of evidence, (4) an assessment of confidence in the finding, and (5) an assessment of uncertainty associated with the finding.

x    Many of the remarks here are drawn from National Climate Assessment guidance documents and insights from National Climate Assessment and Development Advisory Committee co-chair, Gary Yohe.

# Chapter 3

# The Changing Southwest

## COORDINATING LEAD AUTHOR

David M. Theobald (National Park Service)

## LEAD AUTHORS

William R. Travis (University of Colorado), Mark A. Drummond (U.S. Geological Survey), Eric S. Gordon (University of Colorado)

## EXPERT REVIEW EDITOR

Michele Betsill (Colorado State University)

## Executive Summary

This chapter describes important geographical and socio-economic characteristics and trends in the Southwest—such as population and economic growth and changes in land ownership, land use, and land cover—that provide the context for how climate change will likely affect the Southwest. The chapter also describes key laws and institutions relevant to adaptive management of resources.

- The Southwest is home to a variety of unique, natural landscapes—mountains, valleys, plateaus, canyons, and plains—that are both important to the region's climate and respond uniquely to changes in climate. Potential adaptation of human and natural systems will face challenges due to a complex pattern of land ownership, which crosses political and management jurisdictions and transverses significant elevational gradients. This decreases the adaptive capacity of the region because it makes it more difficult to coordinate decision making across landscapes. (medium-low confidence)

**Chapter citation:** Theobald, D. M., W. R. Travis, M. A. Drummond, and E. S. Gordon. 2013. "The Changing Southwest." In *Assessment of Climate Change in the Southwest United States: A Report Prepared for the National Climate Assessment*, edited by G. Garfin, A. Jardine, R. Merideth, M. Black, and S. LeRoy, 37–55. A report by the Southwest Climate Alliance. Washington, DC: Island Press.

- The Southwest has experienced rapid population increases and urban expansion for the past 150 years or so, and rapid population growth will likely continue to be an enduring feature, especially in urban areas. Indeed, the region will likely grow by an additional 19 million people by 2030 (from 2010). These changes will make it more difficult to manage natural resources because of the additional demand for and reliance on natural resources (e.g., water supply). (medium-high confidence)

- The coordination of climate-change adaptation strategies will be challenging because environmental management decisions will be made at many geographic scales, over different time frames, and by multiple agencies pursuing numerous associated policies and management goals. Adaptive capacity may be bolstered through lessons learned from emerging assessment projects (see Chapter 18). (medium-high confidence)

## 3.1 Lay of the Land: Geographical Themes and Features

Regions can be defined in many ways, but an important lesson from decades of geographical research is that the definition depends on the theme or topic being studied, the manner in which it is being studied, and the intended outcome of such a study. An assemblage of states provides the National Climate Assessment a way to divide assessment activities regionally. The "Southwest"—defined as the six contiguous states of Arizona, California, Colorado, Nevada, New Mexico, and Utah—rests on the certain logic of proximity and on the fact that states are important governmental units that must respond to the effects of climate variation and change. Beyond this basic political geography are several "critical zones" that are important to highlight because of their vulnerability to climate change, such as the coastal zone (see Chapter 9), the wildland-urban interface (see Chapter 13), the U.S.-Mexico borderlands (see Chapter 16), and the lands of Native nations (see Chapter 17).

### Natural features

Two common geographical features tie the six states together. First, the states collectively span the most extensive arid and semi-arid climates and lands in the United States. Each state also touches and makes use of the waters of the Colorado River Basin. On the other hand, the six-state region, covering nearly 700,000 square miles, encompasses a variety of topography and landscapes, from the highest mountains in the conterminous United States (Mt. Whitney at 14,505 feet in California and Mt. Elbert at 14,440 feet in Colorado) to the lowest terrestrial point in the western hemisphere (Bad Water Basin in Death Valley at 282 feet below sea level). Significant physiographic and hydrologic features (Figure 3.1) include: a 3,400-mile shoreline along the Pacific Ocean that varies from cliff and rocky headlands to low-gradient coastal and brackish marshlands; the Central Valley of California; the Sierra Nevada; a southern reach of the Cascade Range; the extensive Basin and Range province; the Colorado Plateau; the Southern Rocky Mountains; and the western Great Plains (or "high plains") that skirt the region's eastern edge in Colorado and New Mexico (Hunt 1974). This natural landscape is also broken into hydrological basins, most notably the Sacramento-San Joaquin, Colorado, and Rio Grande, as well as

a large (260,000-square-mile) interior drainage—the Great Basin—which covers nearly one-fifth of the six-state region.



**Figure 3.1 Important physiographic and ecoregional features of the Southwest.** Water basin names are in upper-case, ecoregional names in lower-case. Source: ESRI ArcDate v10.

The juxtaposition of mountains, valleys, plateaus, canyons, and plains increases the degree to which the region will be affected by climate change. For example, the higher elevations produce the net annual runoff that provides water resources to the drier valleys, piedmonts, and plains where most of the region's human settlements are located. As a result, important sources of water for many urban areas are often quite far away (Southern California partially relies on water from the Colorado River, for example). As a result, potential feedbacks in the water resources system (in this case between the water users and their water sources) may be fairly weak or even "decoupled." Also, at a local scale the topographic variability of the Southwest is important because it may provide a buffer to climate change by conserving biodiversity (Ackerly et al. 2010). Yet many public and private land ownership boundaries occur in areas of steep elevational changes (Travis 2007), coinciding with boundaries between ecological systems (i.e., ecotones).

The land covers (Figures 3.2 and 3.3, and Table A3.1) draped on this topography are principally grassland and shrubland (55.3% of the region's land cover), marked by California chaparral and Great Plains grasslands as well as by extensive sagebrush and desert shrub and cacti mixes (such as found in the Sonoran and Mojave Deserts). Nearly one-quarter of the Southwest is covered by forests in a diverse array of mountain and high-plateau settings, including: extensive lodgepole pine in the Southern Rockies (notable for experiencing a significant die-off in recent years; see Bentz et al. 2010); topographically controlled forest islands in otherwise desert landscapes (the "Sky Islands" of southern New Mexico and Arizona); moist coastal and redwood and inland sequoia forests in California; park-like forests of ponderosa pine skirting the southern Colorado Plateau and eastern slopes of the Southern Rockies; and extensive pinyon-juniper at middle elevations in the Colorado Plateau and Great Basin (with pinyon also experiencing a significant die-off early this century; see Chapter 8). At the highest elevations are mountain peaks and alpine tundra (0.7%). About 6.6% of the Southwest has been converted to cropland agriculture, and another 2.3% has been developed as urban areas.



**Figure 3.2 Land cover types in the Southwest.** See Appendix Table A3.1 for classifications. Source: USGS (2010).



**Figure 3.3 The proportion of land cover types found in the Southwest.** See Appendix Table A3.1 for classifications. Source: USGS (2010).

*Human geography*

The human landscape of the Southwest is marked by a few large cities, some comprising sprawling metropolitan swaths, embedded in a predominantly rural landscape and in some places wilderness (Theobald 2001; Lang and Nelson 2007). The most notable metropolitan footprints include the Southern California conurbation around Los Angeles and San Diego; the San Francisco Bay Area; the string of cities marking California's Central Valley (from Redding to Bakersfield); Phoenix to Tucson; the Wasatch Front (anchored in Salt Lake City); and the Colorado Front Range centered on Denver. Smaller urban-suburban footprints in the region include Las Vegas, Reno, and Albuquerque. All told, there are thirty-nine metropolitan planning organizations centered on urban areas in the Southwest (these are described more fully in Chapter 13). Nearly all of these urban areas have grown significantly in the last few decades in both population and extent (Theobald 2001; Theobald 2005; Travis 2007) and many are surrounded by exurban development, much of which can be described as the "wildland-urban interface" (Radeloff et al. 2005; Theobald and Romme 2007). Beyond the exurban fringe, the region's rural landscapes include areas of dryland and irrigated agriculture, extensive rangelands (see Chapter 11), and isolated small towns and resorts. Although infrastructure is rather thinly dispersed across this rural landscape, areas of intense energy development and pockets of earth-transforming hard-rock mining also mark the landscapes.

A dominant feature of the region's rural geography is its extensive public lands, mostly federal, that encompass fully 59% of the six-state region's land surface (Figures 3.4 and 18.1). The federal lands are divided among agencies with different management mandates and goals, chiefly the Bureau of Land Management (BLM), Forest Service

(USFS), National Park Service (NPS), and Fish and Wildlife Service (USFWS). Each agency has efforts underway to plan for and adapt to climate change (Smith and Travis 2010). The lands of Native nations occupy another 7% of the region. Nearly five million acres of privately owned lands have been conserved in the past decade through land trust conservation (a 65% increase over that period). Especially relevant to climate vulnerability and adaptation in the Southwest is the mixture of ownership that occurs along the elevational gradients (Figure 3.4), which hints at the complexities of managing and cooperating for possible latitudinal and upward shifts of climates and migration of species. (For further discussion about the potential responses of plant and animal species to climate change, see Chapter 8).



**Figure 3.4 Spatial patterns of ownership and land cover types, arrayed along elevation gradients, are two critical aspects that hint at the complexities of coordinating adaptation strategies in the Southwest.** All data up to 2010 taken from the US Census Bureau, with state specific projections from: AZ Dept. of Economic Security, CA Dept. of Finance, CO State Demographer's Office, NV State Demographer's Office, NM Bureau of Business and Economic Research, UT Governor's Office of Planning and Budget, and UT State Demographer's Office.

### Public lands

The federal lands in the Southwest comprise 22 national parks, 74 national wildlife refuges, nearly 66 million acres of national forests, and 120 million acres under the jurisdiction of the BLM (see Figure 18.2). A patchwork of federal laws governs resource management policies on these lands (Table 3.1). For example, BLM policies are set under the Federal Land Policy and Management Act of 1976, which codified public ownership of BLM-managed lands and prescribed "multiple-use" management intended to direct resource use to "best meet the present and future needs of the American people" (Public Law 94-579). BLM lands are often managed for grazing, mineral and hydrocarbon extraction, and recreation, among other uses. The Department of Agriculture's USFS oversees National Forests through policies developed in accordance with the 1976 National Forest Management Act. This law requires National Forest System managers to develop integrated management plans intended to balance multiple intended uses while

maintaining forest resources for future generations. Primary uses of National Forests include timber harvesting, grazing, mineral extraction, and recreation. National Wildlife Refuges are administered by the USFWS, under the Department of the Interior. Refuges are managed under the National Wildlife Refuge System Administration Act of 1966 with the stated goal of establishing a network of lands for conservation, management, and restoration of fish and wildlife resources. Although primarily managed for species conservation and restoration, refuges may also host extractive industries and recreation, including hunting and fishing. The NPS was created under the 1916 National Park Service Act, which instructed NPS to manage scenery and natural and historic resources "unimpaired for the enjoyment of future generations." Individual units are managed under the terms of specific laws establishing each park.

A number of federal laws prescribe policies relevant to federal and other lands. The Wilderness Act of 1964, the Antiquities Act of 1906, and the National Landscape Conservation System Act of 2009 all provide additional legal authority to protect public lands. The National Environmental Policy Act of 1969 requires agencies to review environmental impacts of major environmental actions, while the Endangered Species Act of 1973 prohibits government and private actors from destroying habitat critical to the survival of threatened and endangered species.

Extractive resource use on federal lands is further guided by a number of laws, including the Surface Mining Control and Reclamation Act of 1977 (regarding coal extraction), the General Mining Act of 1872 (regarding hardrock mining), the Mineral Leasing Act of 1920 (regarding oil and gas resources) and the Taylor Grazing Act of 1934 (regarding sheep and cattle grazing).

A central difficulty of the patchwork of laws, policies, and regulatory agencies is that it poses a significant challenge to coordinate adaptation to climate change (although Landscape Conservation Cooperatives have recently been developed to address this issue under the auspices of the USFWS). The problem is further compounded by the relatively high levels of uncertainty associated with climate model predictions. A key is to develop proactive strategies to anticipate change and to adaptively manage resources throughout changing circumstances.

## Population

The Southwest hosted a permanent resident population of 56.2 million in 2010 (Table 3.2). It has been the fastest-growing region of the nation for several decades as part of the so-called Sun-Belt Migration that began in earnest in the 1970s. The Interior West topped the national charts of population growth over the last two decades (1990–2010), with Nevada, Arizona, Utah, and Colorado comprising the four fastest-growing states in the country. The Southwest grew by 37%, from 41.2 to 56.2 million residents, during 1990–2010, compared to a national growth rate of 24% (1.2% annualized).

Growth in the region is concentrated in the metropolitan areas, and several Southwestern cities (most notably Las Vegas and Phoenix) have been among the fastest growing in the United States over the past two decades. The region is slightly more urbanized than much of the nation, with 82% of the population residing in urban areas compared to a national average of 78%. (See further discussion of the Southwest's urban areas in Chapter 13.)

**Table 3.1** Federal laws and policies relevant to federal and other lands in the Southwest

| Federal Law (Year Enacted) | Land Base or Resource Covered | Relevant Agency | Overarching Goal |
|---|---|---|---|
| **POLICIES GUIDING FEDERAL LAND MANAGEMENT AGENCIES** | | | |
| National Park Service Organic Act (1916) | National Parks and other park units | NPS | "Conserve the scenery and natural and historic objects and wild life … unimpaired for the enjoyment of future generations" |
| National Wildlife Refuge System Administration Act (1966) | National Wildlife Refuges | USFWS (on-shore resources); NOAA (offshore resources) | Conservation, management, and restoration of species |
| Federal Land Policy and Land Management Act (1976) | BLM Lands | BLM | Multiple use to best meet the present and future needs of the American people |
| National Forest Management Act (1976) | National Forests | USFS | Integrated planning for sustained multiple uses of renewable resources |
| **ADDITIONAL LAWS PROTECTING PUBLIC LANDS** | | | |
| Antiquities Act (1906) | National Monuments | Primarily NPS, also including USFS and BLM | Preservation of resources of "historic or scientific interest" |
| Wilderness Act (1964) | Specified federal public lands | Primarily USFS, BLM, and NPS | Preservation of lands with wilderness characteristics |
| National Landscape Conservation System Act (2009) | Specified federal public lands | NPS, USFS, and BLM | Conservation, protection, and restoration of nationally significant western public lands with outstanding natural, cultural, or scientific values |
| **LAWS PROTECTING WILDLIFE AND RESOURCE MANAGEMENT POLICIES** | | | |
| National Environmental Policy Act (1969) | Any major federal action | All federal agencies | Requires review of environmental impacts resulting from any major federal action |
| Endangered Species Act (1973) | Threatened and endangered species | USFWS, although applies to all federal agencies | Conservation, protection, and recovery of threatened and endangered species |

**Table 3.1** Federal laws and policies relevant to federal and other lands in the Southwest (Continued)

| Federal Law (Year Enacted) | Land Base or Resource Covered | Relevant Agency | Overarching Goal |
|---|---|---|---|
| **LAWS GOVERNING RESOURCE EXTRACTION AND GRAZING** | | | |
| General Mining Act (1872) | Minerals found on federal lands | All federal land management agencies | Set policies for the discovery, claim, and recovery of hardrock resources under federal lands |
| Mineral Leasing Act (1920) | Oil and gas extraction | All federal land management agencies | Set policies for the extraction of oil, gas, phosphate, sodium, and coal on federal lands |
| Taylor Grazing Act (1934) | Rangeland | Federal agencies that manage grazing (primarily BLM and USFS) | Prevent overgrazing and provide for the permitting of grazing on public lands |
| Surface Mining Control and Reclamation Act (1977) | Coal on federal lands | All federal land management agencies | Ensure appropriate regulation of mining and reclamation on federal lands |

Most analysts expect the West, and especially the Southwest, to continue growing in population faster than the nation as a whole for the foreseeable future (Travis 2007). This prediction is based on positive trends in all of the demographic components of population change: natural growth (births over deaths), domestic net in-migration, and international net in-migration. The Census Bureau's population projections to 2030 (Table 3.2) reflect this scenario. Arizona and Utah likely will grow by about 50% of their 2010 populations, and Colorado and New Mexico are expected to add another third to their populations (Figure 3.5). Even California, building on a large base (37.2 million in 2010), is projected to grow by nearly a third. In all, some 18.8 million more people likely will live in the West by 2030 than did in 2010. Most states extend their projections even further in time; linear extrapolation to each state's extended population projection suggests a regional population in 2050 of around 94.8 million, a 69% (1.37% annualized) increase over the 2010 census.

### Natural resource economy

Two trends are clear with respect to the Southwest's natural resource-based economy (Figure 3.6). First, the iconic Western economies of agriculture, ranching, fishing, hunting, and mining have lost ground, and now contribute only a small fraction of the overall gross domestic product or GDP of the region, averaging around 4.5% for the past three decades and never reaching higher than 7% per year during that period. Second,

**Table 3.2** Trends in population growth in the Southwest (in thousands of people)

| State | 1990 | 2000 | 2010 | Total Growth 1990–2010 | % Growth 1990-2010 | Projected Pop. 2030 | % Growth 2010–2030 | Total Growth 2010–2030 |
|---|---|---|---|---|---|---|---|---|
| Arizona | 3,665 | 5,130 | 6,392 | 2,726 | 74 | 9,480 | 48 | 3,088 |
| California | 29,760 | 33,871 | 37,253 | 7,493 | 25 | 48,380 | 30 | 11,127 |
| Colorado | 3,294 | 4,301 | 5,029 | 1,734 | 53 | 6,564 | 31 | 1,535 |
| Nevada | 1,201 | 1,998 | 2,700 | 1,498 | 125 | 3,363 | 25 | 663 |
| New Mexico | 1,515 | 1,819 | 2,059 | 544 | 36 | 2,825 | 37 | 767 |
| Utah | 1,722 | 2,233 | 2,763 | 1,041 | 60 | 4,394 | 59 | 1,631 |
| **TOTAL** | **41,159** | **49,353** | **56,198** | **15,039** | **37** | **75,010** | **33** | **18,811** |

Sources: U.S. Census sources [for pre-2010] and state demographer's projections [for 2010 and beyond].

after a period of relative stability or small increases from the 1970s to the mid-1980s (averaging 5.4% over that 15-year period), the contribution of these natural resource sectors has declined by a third in the past 15 years (now averaging 2.9% per year). Finance, professional services, and the like now contribute a large majority of GDP, followed by construction and manufacturing.

## 3.2  Land Use and Land Cover

The pace and types of land-use and land-cover change (from one type of land use or land cover to another) from 1973 to 2000 varied across the Southwestern states (Figure 3.7, and Table A3.2). The average annual rate of the combined changes ranged from <0.1% of the total area of Nevada to 0.4% of neighboring California. Annual rates of change were consistently higher in Colorado and California, although the amount of change in New Mexico tripled beginning in the mid-1980s. Numerous factors contributed to the state-by-state variability, including the mix of land ownership, population changes, government policies and regulations, and climate variability.

The arid states with extensive public lands that limit land use options—Arizona, Utah, and Nevada—have some of the lowest rates of land-use and land-cover change in the nation. These states and other areas of warm deserts (i.e., the Chihuahuan, Sonoran, and Mojave) also lack the large extent of agricultural land cover fluctuation (such as occurs in the Great Plains of eastern Colorado, New Mexico, and California's Central Valley) and intensive forest harvesting that contribute to higher rates of land-use and

The Changing Southwest    47



**Figure 3.5  Rapid population growth in the Southwest is expected to continue.** The current (2010) population is 56 million, and an additional 19 million people are projected to be living in the region by 2030. Source: US Department of Commerce, Bureau of Economic Analysis (http://www.bea.gov/regional/index.htm).

land-cover changes in other U.S. regions. However, lower rates of land-use change do not preclude important change-related effects, such as irreversible or slow recovery of disturbed lands. For example, in Nevada, although low rates of change occurred, disturbed forested areas were slow to recover and grasslands/shrublands converted for urban development and mining contributed to the net decline of natural cover types.

Other trends between 1973 and 2000 are notable. The extent of urban development, mining, fire, and other natural land disturbance increased across all Southwestern states. Urban land cover increased by an estimated 45%, affecting 0.5% of the total area. Most of the growth in urban and other developed lands occurred on grassland/shrubland (56%), although more than one-third of the expansion was at the expense of cropland agriculture and maintained pasture (34%). Nearly 90% of the agricultural land converted to urban areas was in California and Colorado. The loss of agriculture to development and other causes in California's Central Valley is offset by expansion of new cultivated areas; however, other types of conversions cumulatively resulted in a small net loss of agricultural land cover in the state. California's developed lands increased overall by an estimated 40% between 1973 and 2000. This increased land-use conversion and development in the Southwest generates increased pressure and need for a coordinated land management approach for successful adaptation to climate change.



**Figure 3.6 The Southwestern economy grew rapidly from the 1970s through 2008, with a decline commencing with the recession.** The strongest economic sectors were finance, insurance, real estate, and services, followed by construction and manufacturing, trade, and government. The more traditional natural resource economies remain important but provide only a small portion of the GDP of the region (shown in millions of dollars). Note that previous to 1998 income by industry were defined using the Standard Industrial Classification, and in 1998 and after were defined using the North American Industry Classification System. This definitional change resulted in a slight down-tick in Construction and manufacturing, Agriculture, forestry, and fishing, and Transportation and public utilities, and the up-tick in Finance, insurance, real estate, and services. Longer-term trends (>5-10 years) remain robust to this definitional change. Source: U.S. Department of Commerce, Bureau of Economic Analysis (http://www.bea.gov/regional/index.htm).

Forest cover declined in all states by a combined 2.2% (0.5% of the region) due primarily to mechanical disturbance (e.g., timber harvest) and fire, although some of the decrease occurred on land with potential for eventual tree regrowth following fire or post-harvest replanting. The extent of mechanical disturbance was highest in the mountains and foothills of California, central Arizona, and New Mexico. However, Colorado and other states may see an increase in timber harvest related to insect-related forest die-off exacerbated by changing climatic conditions.



**Figure 3.7 Percent of total state area affected by net change in land use and land cover types from 1973 to 2000 for the six Southwestern states.** See Appendix Table A3.2 for class descriptions. Source: USGS land cover trends project (http://landcovertrends.usgs.gov); Loveland et al. (2002).

Changes in agricultural land cover, which declined by 3.5% (0.2% of the region), often show a reciprocal relationship with grassland/shrubland changes (0.6% decline, 0.4% of the region), although the extent of exchange between the two types of cover is often uneven. Conversions from grassland and shrubland to agriculture were more extensive in Colorado, Arizona, and Nevada, resulting in small net increases in agriculture. A substantial net decline in agricultural land cover occurred in New Mexico, where a significant amount of cropland was returned to grassland cover in response to incentives of the Conservation Reserve Program to set aside environmentally sensitive land. The overall decline in grassland/shrubland (except in New Mexico) is tied to agricultural expansion, as well as to urban growth and development, expansion of mining, and other disturbance.

*Trends for urban and exurban development*

Associated with rapid population growth in the Southwest, the extent of urban land (housing density greater than one unit per 2.5 acres) and exurban land (one unit per 2.5–40 acres) will continue to increase (Figure 3.8; Table 3.3). The extent of urban land is forecast to double (from 4.1 to 8.1–9.3 million acres) by 2050, while lower-density exurban lands will expand by 33% to 41% (from 13.6 to 18.2–19.1 million acres) (Bierwagen et al. 2010).





**Figure 3.8 The pattern of urban, exurban, and rural residential development for 2000 and forecast for 2050.** Source: Bierwagen et al. (2010).

Both the rapid pace and patterns of population growth and ensuing land use change provide both challenges and opportunities for adapting to climate change. A near-doubling of population from 2000 to 2050 will increase already stressed water resources in particular. Although most of the population in the Southwest lives in urban areas, the footprint of these areas is likely to more than double, from about 4 million acres to 8–9 million acres. An additional 10–11 million acres of low-density (exurban) housing density (see Table 3.3) is likely to contribute significantly to the number of miles travelled in vehicles.

**Table 3.3**  Historical, current, and forecasted expansion of urban and exurban lands in the Southwest (data expressed as thousands of acres [kac])

| Geography | Historical (1950) | | Current (~2000) | | Forecast (~2050) | |
|---|---|---|---|---|---|---|
| | Urban developed (kac) | Exurban developed (kac) | Urban developed (kac) | Exurban developed (kac) | Urban developed (kac) | Exurban developed (kac) |
| **STATES** | | | | | | |
| Arizona | 30 | 224 | 544 | 1,441 | 1,255 | 1,967 |
| | | | | | 1,448 | 1,818 |
| | | | | | 1,054 | 1,928 |
| | | | | | 1,163 | 1,884 |
| California | 597 | 2,334 | 2,516 | 7,962 | 4,995 | 11,727 |
| | | | | | 5,349 | 11,374 |
| | | | | | 4,874 | 10,555 |
| | | | | | 5,058 | 10,384 |
| Colorado | 68 | 355 | 402 | 1,690 | 1,024 | 2,204 |
| | | | | | 1,003 | 2,202 |
| | | | | | 785 | 2,311 |
| | | | | | 766 | 2,333 |
| New Mexico | 24 | 237 | 191 | 1,328 | 324 | 1,730 |
| | | | | | 348 | 1,812 |
| | | | | | 277 | 1,841 |
| | | | | | 287 | 1,925 |
| Nevada | 8 | 65 | 179 | 428 | 562 | 510 |
| | | | | | 500 | 521 |
| | | | | | 463 | 516 |
| | | | | | 419 | 521 |
| Utah | 33 | 235 | 224 | 655 | 696 | 863 |
| | | | | | 580 | 965 |
| | | | | | 599 | 938 |
| | | | | | 485 | 1058 |
| **Southwest** | 767 | 3,477 | 4,083 | 13,563 | 8,894 | 19,074 |
| | | | | | 9,270 | 18,762 |
| | | | | | 8,092 | 18,158 |
| | | | | | 8,218 | 18,174 |
| **WATER RESOURCE REGIONS** | | | | | | |
| Rio Grande | 21 | 208 | 161 | 1,035 | 291 | 1,361 |
| | | | | | 314 | 1,386 |
| | | | | | 241 | 1,407 |
| | | | | | 250 | 1,456 |

**Table 3.3**   Historical, current, and forecasted expansion of urban and exurban lands in the Southwest (data expressed as thousands of acres [kac])   (Continued)

| Geography | Historical (1950) | | Current (~2000) | | Forecast (~2050) | |
|---|---|---|---|---|---|---|
| | Urban developed (kac) | Exurban developed (kac) | Urban developed (kac) | Exurban developed (kac) | Urban developed (kac) | Exurban developed (kac) |
| Upper Colorado | 7 | 112 | 79 | 889 | 150 | 1,118 |
| | | | | | 144 | 1,146 |
| | | | | | 118 | 1,183 |
| | | | | | 114 | 1,198 |
| Lower Colorado | 34 | 269 | 677 | 1,665 | 1,691 | 2,161 |
| | | | | | 1,879 | 2,006 |
| | | | | | 1,393 | 2,182 |
| | | | | | 1,496 | 2,144 |
| Great Basin | 37 | 259 | 283 | 835 | 899 | 1,199 |
| | | | | | 738 | 1,306 |
| | | | | | 769 | 1,222 |
| | | | | | 629 | 1,335 |
| California | 596 | 2311 | 2495 | 7874 | 4908 | 11,582 |
| | | | | | 5250 | 11,248 |
| | | | | | 4818 | 10,413 |
| | | | | | 4991 | 10,254 |

Source: Bierwagen et al. (2010).

Note: These reflect the storylines used in the IPCC's Special Report on Emissions Scenarios (Nakićenović and Swart 2000): A1, A2, B1, and B2, from top to bottom.

A remaining question of importance for this region is how well emerging "green design" strategies will be able to diminish or reduce resource demands for energy and water. Much of the development of alternative resources such as wind and solar energy has occurred remotely from the urban areas to be served, as has water-supply infrastructure. This geographical decoupling can be useful in some settings, but further removes social systems from natural system feedbacks. This can be a positive thing, but also can hinder the development of adaptive strategies because of a perceived lack of need to change behavior.

With environmental management decisions taking place at many geographic scales, over different time frames, and by multiple agencies, the coordination of climate change adaptation strategies will be a particular challenge.

## References

Ackerly, D. D., S. R. Loarie, W. K. Cornwell, S. B. Weiss, H. Hamilton, R. Branciforte, and N. J. B. Kraft. 2010. The geography of climate change: Implications for conservation biogeography. *Diversity and Distributions* 16:476–487.

Bentz, B. J., J. Régnière, C. J. Fettig, E. M. Hansen, J. L. Hayes, J. A. Hicke, R. G. Kelsey, J. F. Negrón, and S. J. Seybold. 2010. Climate change and bark beetles of the western United States and Canada: Direct and indirect effects. *BioScience* 60:602–613.

Bierwagen, B. G., D. M. Theobald, C. R. Pyke, A. Choate, P. Groth, J. V. Thomas, and P. More-field. 2010. National housing and impervious surface scenarios for integrated climate impact assessments. *Proceedings of the National Academy of Sciences* 107:20887–20892.

Hunt, C. B. 1974. *Natural regions of the United States and Canada*. New York: W. H. Freeman.

Lang, R. E., and A. C. Nelson. 2007. The rise of the megapolitans. *Planning* 73 (1): 7–12.

Loveland, T. R., T. L. Sohl, S. V. Stehman, A. L. Gallant, K. L. Sayler, and D. E. Napton. 2002. A strategy for estimating the rates of recent United States land-cover changes. *Photogrammetric Engineering and Remote Sensing* 68:1091–1099.

Nakićenović, N., and R. Swart, eds. 2000. *Special report on emissions scenarios: A special report of Working Group III of the Intergovernmental Panel on Climate Change*. Cambridge: Cambridge University Press.

Radeloff, V. C., R. B. Hammer, S. I. Stewart, J. S. Fried, S. S. Holcomb, and J. F. McKeefry. 2005. The wildland-urban interface in the United States. *Ecological Applications* 15:799–805.

Smith, J. B., and W. R. Travis. 2010. *Adaptation to climate change in public lands management*. Issue Brief 10-04. Washington, DC: Resources for the Future. http://www.rff.org/RFF/Documents/RFF-IB-10-04.pdf.

Theobald, D. M. 2001. Land use dynamics beyond the American urban fringe. *Geographical Review* 91:544–564.

Theobald, D. M. 2005. Landscape patterns of exurban growth in the USA from 1980 to 2020. *Ecology and Society* 10 (1): 32. http://www.ecologyandsociety.org/vol10/iss1/art32/.

Theobald, D. M., and W. H. Romme. 2007. Expansion of the US wildland-urban interface. *Land-scape and Urban Planning* 83:340–354.

Travis, W. R. 2007. *New geographies of the American west: Land use and the changing patterns of place*. Washington, DC: Island Press.

U.S. Geological Survey (USGS), National Gap Analysis Program. 2010. *National land cover: Version 1*.

## Appendix

See following page.

**Table A3.1** List of ecological systems and groups, modified from USGS Southwest region

| Group (L1) | Ecological systems |
| --- | --- |
| Alpine | Alpine sparse/barren<br>Alpine grassland |
| Cliff-canyon-talus | Cliff, canyon and talus |
| Developed | Urban/built-up<br>Cropland |
| Disturbed | Mining<br>Recently burned<br>Introduced vegetation<br>Other disturbed or modified |
| Forest | Deciduous-dominated forest and woodland<br>Mixed deciduous/coniferous forest and woodland<br>Conifer-dominated forest and woodland |
| Grassland | Montane grassland<br>Lowland grassland and prairie<br>Sand prairie, coastal grasslands and lomas<br>Wet meadow or prairie |
| Shrubland | Scrub shrubland<br>Steppe<br>Chaparral<br>Deciduous-dominated savanna and glade<br>Conifer-dominated savanna<br>Sagebrush-dominated shrubland<br>Deciduous-dominated shrubland |
| Sparse-barren | Beach, shore and sand<br>Bluff and badland<br>Other sparse and barren |
| Water | Rivers, lakes, reservoirs |
| Wetland-riparian | Playa, wash, and mudflat<br>Salt, brackish & estuary wetland<br>Freshwater herbaceous marsh<br>Freshwater forested marsh or swamp<br>Bog or fen<br>Depressional wetland<br>Floodplain and riparian |

Source: USGS (2010).

**Table A3.2** List of USGS land cover trends class descriptions

| Land Cover Class | Description |
| --- | --- |
| Agriculture (cropland and pasture) | Land in either a vegetated or unvegetated state used for the production of food and fiber, including cultivated and uncultivated croplands, hay lands, pasture, orchards, vineyards, and confined livestock operations. Forest plantations are considered forests regardless of their use for wood products. |
| Barren | Land comprised of soils, sand, or rocks where <10% of the area is vegetated. Does not include land in transition recently cleared by disturbance. |
| Developed (urban and built-up) | Intensive use where much of the land is covered by structures or human-made impervious surfaces (residential, commercial, industrial, roads, etc.) and less-intensive use where the land-cover matrix includes both vegetation and structures (low-density residential, recreational facilities, cemeteries, utility corridors, etc.), and including any land functionally related to urban or built-up environments (parks, golf courses, etc.). |
| Forest and Woodland | Non-developed land where the tree-cover density is >10%. Note cleared forest land (i.e. clear-cuts) is mapped according to current cover (e.g. mechanically disturbed or grassland/shrubland). |
| Grassland/Shrubland (including rangeland) | Non-developed land where cover by grasses, forbs, or shrubs is >10%. |
| Mechanically Disturbed | Land in an altered, often unvegetated transitional state caused by disturbance from mechanical means, including forest clear-cutting, earthmoving, scraping, chaining, reservoir drawdown, and other human-induced clearance. |
| Mines and Quarries | Extractive mining activities with surface expression, including mining buildings, quarry pits, overburden, leach, evaporative features, and tailings. |
| Non-mechanically Disturbed | Land in an altered, often unvegetated transitional state caused by disturbance from non-mechanical means, including fire, wind, flood, and animals. |
| Open Water | Persistently covered with water, including streams, canals, lakes, reservoirs, bays, and ocean |
| Wetland | Land where water saturation is the determining factor in soil characteristics, vegetation types, and animal communities. Wetlands can contain both water and vegetated cover. |

Source: USGS (2010).

# Chapter 4

# Present Weather and Climate: Average Conditions

## COORDINATING LEAD AUTHOR

W. James Steenburgh (University of Utah)

## LEAD AUTHORS

Kelly T. Redmond (Western Regional Climate Center and Desert Research Institute), Kenneth E. Kunkel (NOAA Cooperative Institute for Climate and Satellites, North Carolina State University and National Climate Data Center), Nolan Doesken (Colorado State University), Robert R. Gillies (Utah State University), John D. Horel (University of Utah)

## CONTRIBUTING AUTHORS

Martin P. Hoerling (NOAA Earth System Research Laboratory), Thomas H. Painter (Jet Propulsion Laboratory)

## EXPERT REVIEW EDITOR

Roy Rasmussen (National Center for Atmospheric Research)

## Executive Summary

This chapter describes the weather and climate of the Southwest, which straddles the mid- and subtropical latitudes and includes the greatest range of topographic relief in the contiguous United States. The key findings are as follows:

**Chapter citation:** Steenburgh, W. J., K. T. Redmond, K. E. Kunkel, N. Doesken, R. R. Gillies, J. D. Horel, M. P. Hoerling, and T. H. Painter. 2013. "Present Weather and Climate: Average Conditions." In *Assessment of Climate Change in the Southwest United States: A Report Prepared for the National Climate Assessment*, edited by G. Garfin, A. Jardine, R. Merideth, M. Black, and S. LeRoy, 56–73. A report by the Southwest Climate Alliance. Washington, DC: Island Press.

- The climate of the Southwest United States is highly varied and strongly influenced by topographic and land-surface contrasts, the mid-latitude storm track, the North American monsoon, and proximity to the Pacific Ocean, Gulf of California, and Gulf of Mexico. (high confidence)

- The low-elevation Mojave and Sonoran Deserts of Southern California, Nevada, and Arizona are the hottest (based on July maximum temperatures), driest regions of the contiguous United States. The mountain and upper-elevation regions of the Southwest are much cooler, with the Sierra Nevada and mountains of Utah and Colorado receiving more than 60% of their annual precipitation in the form of snow. (high confidence)

- Storms originating over the Pacific Ocean produce most of the cool-season (November to April) precipitation, generating a mountain snowpack that provides much of the surface-water resources for the region as spring runoff. (high confidence)

- Persistent cold pools, also known as inversions, form in valleys and basins during quiescent wintertime weather periods, leading to a buildup of pollution in some areas. (high confidence)

- The North American monsoon is important during the warm season and is most prominent in Arizona and New Mexico where it produces up to half of the average annual precipitation from July to September. (high confidence)

- The Madden-Julian Oscillation (MJO), El Niño-Southern Oscillation (ENSO), Pacific Quasi-Decadal Oscillation (QDO), and Pacific Decadal Oscillation (PDO) contribute to but do not fully explain month-to-month, year-to-year, and decade-to-decade climate variability within the region. (medium-high confidence)

## 4.1 Introduction

The Southwest straddles the mid- and subtropical latitudes, with mountains, land-surface contrasts, and proximity to the Pacific Ocean, Gulf of California, and Gulf of Mexico having substantial impacts on climatic conditions (Sheppard et al. 2002). Much of California has a Mediterranean-like climate characterized by hot, dry summers and mild winters with episodic, but occasionally intense rainstorms. The interior, southern, low-elevation portion of the region, which includes the Mojave and Sonoran Deserts (see Chapter 3 for a geographic overview of the Southwest), contains the hottest (based on summertime maximum temperatures) and driest locations in the United States, a result of persistent subtropical high pressure and topographic effects. Interior northern and eastern portions of the Southwest have lower mean annual temperatures and see a larger seasonal temperature range, greater weather variability, and more frequent intrusions of cold air from the higher latitudes due to increased elevation and distance from the Pacific Ocean and Gulf of Mexico.

During winter, the mid-latitude storm track influences the region (Hoskins and Hodges 2002; Lareau and Horel 2012). Average cool-season precipitation is greatest in the coastal ranges and Sierra Nevada of California by virtue of their position as the first mountain barriers in the path of Pacific storms. Interior ranges receive less precipitation

on average, but seasonal snow accumulations can still be quite large and are an essential source of water for the region. During the summer, a notable feature of the climate of the interior Southwest is a peak in precipitation caused by the North American monsoon, a shift in the large-scale atmospheric circulation that brings moisture originating from the Gulf of Mexico, Gulf of California, and Pacific Ocean into the Southwest (Adams and Comrie 1997; Higgins, Yao, and Wang 1997). The influence of the North American monsoon is strongest in Arizona and New Mexico, where up to 50% of the average annual precipitation falls from July to September (Douglas et al. 1993).

## 4.2  General Climate Characteristics

### Surface-air temperature

The surface-air temperature (hereafter temperature) climatology of the Southwest varies with latitude, distance from large bodies of water, and altitude. The average annual temperature is highest (greater than 70°F) in the Mojave and Sonoran Deserts of southwestern Arizona, southeastern California, and extreme southern Nevada, including Death Valley and the lower Colorado River valley, and greater than 55°F in a swath extending from central California to southern New Mexico (Figure 4.1a). The highest average annual temperatures in the interior Southwest (greater than 50°F) occur in lower altitude regions of southern and western Nevada, the Great Salt Lake Basin, the Colorado Plateau, and the high plains of Colorado and New Mexico. Throughout the Southwest, the average annual temperature decreases with altitude and is lowest (less than 32°F) over the upper elevations of the Uinta Mountains of Utah and the Rocky Mountains of Colorado. The total spatial range in average annual temperature is very large and exceeds 40°F, which contributes to large ecosystem variations (see Chapter 8).

During July, climatologically the warmest month of the year across most of the region, average maximum temperatures exceed 100°F in the low basins and valleys of southeastern California, southern Nevada, and southern and western Arizona and exceed 85°F in lower altitude valleys, basins, and plains throughout the Southwest region (Figure 4.1b). Much lower average maximum temperatures are found along and near the California coast due to the influence of the Pacific Ocean, and at the upper elevations.

During January—climatologically the coldest month of the year across most of the region—average minimum temperatures are highest and above freezing (greater than 32°F) across lower-altitude regions of California, including the Pacific coast and Central Valley, southern Nevada, southern and western Arizona, and southern New Mexico (Figure 4.1c). Elsewhere, January minimum temperatures are below freezing. Although there is a tendency for temperature to decrease with increasing altitude, this relationship is weaker in the winter than in summer because of the tendency of cold-air pools to develop and persist over mountain valleys and basins (Wolyn and McKee 1989; Whiteman, Bian, and Zhong 1999; Reeves and Stensrud 2009). For example, the average minimum temperatures in the Uinta Basin of northeast Utah and the San Luis Valley of Colorado and New Mexico are comparable to those found in the surrounding higher terrain. Similar cold-air pools occur in valleys and basins throughout the Southwest region.

The difference between the average July maximum temperature and average January minimum temperature is smallest (less than 40°F) along and near the Pacific coast

and generally smaller over much of California than the interior Southwest due to the moderating influence of the Pacific Ocean (Figure 4.1d). The largest annual temperature ranges are found in the interior mountain valleys and basins of Utah and Colorado that are prone to wintertime cold pools. Throughout the region, including California, the annual temperature range is generally larger in valleys and basins than in the surrounding higher topography.



**Figure 4.1 Temperature climatology of the Southwest (°F, 1971–2000).** Source: PRISM Climate Group, Oregon State University (http://prism.oregonstate.edu).



**Figure 4.2 Annual average precipitation in the Southwest, 1971–2000 (in inches).** Source: PRISM Climate Group, Oregon State University (http://prism.oregonstate.edu).

*Precipitation*

Average annual precipitation varies from less than 5 inches in the lower valleys and basins of southwestern Arizona, southeastern California, and extreme southern and western Nevada to more than 90 inches in portions of the coastal mountains, southern Cascade Mountains, and northern Sierra Nevada of Northern California (Figure 4.2). Large variations in precipitation exist throughout the region due to the influence of topography (Daly, Neilson, and Phillips 1994).

The seasonality of precipitation varies substantially across the Southwest depending on exposure to the mid-latitude westerly storm track during the cool season, the monsoon circulation during the warm season, and elevation. Most of California and portions of Nevada, Utah, and Colorado are strongly influenced by the mid-latitude storm track, with most precipitation falling during the cool season when the mid-latitude storm track is most active (Figure 4.3a). Monsoon precipitation in these areas is less abundant. Most of Arizona, western New Mexico, and portions of extreme southeast California, southern Nevada, southern Utah, and southwest Colorado observe a pronounced peak in precipitation in late summer due to the influence of the monsoon (Figure 4.3b). Since monsoon precipitation is produced primarily by thunderstorms, large spatial contrasts in seasonal precipitation can be found within these areas during individual summers. The high plains and tablelands of New Mexico and Colorado also observe a summer maximum, but with a broader peak due to frequent spring storms prior to the development of the

monsoon (Figure 4.3c). This region also receives less wintertime precipitation due to the predominant westerly flow and drying influence of upstream mountain ranges. In central Nevada, Utah, and western Colorado, the seasonal cycle of precipitation is not as pronounced, but generally peaks from March to May (Figure 4.3d). Areas not identified in Figure 4.3 do not have strong seasonal precipitation variations.



**Figure 4.3 Major spatial patterns of monthly varying precipitation over the Southwest, 1901–2010.** Source: PRISM Climate Group, Oregon State University (http://prism.oregonstate.edu).

*Snowfall, snowpack, and water resources*

A large fraction of the precipitation in the upper-elevations of the Southwest falls as snow, which serves as the primary source of water for the region and enables a winter tourism economy involving skiing, snowboarding, snowmobiling, and other recreational activities. In the Sierra Nevada and mountains of Utah and Colorado, more than 60% of the annual precipitation falls as snow (Serreze et al. 1999). Snowier locations in the Sierra Nevada, Wasatch Mountains, and Colorado Rockies average over thirty feet of snow annually, with lesser amounts in other ranges of the Southwest (Steenburgh and Alcott 2008). Snowfall provides a smaller fraction of the annual precipitation in the mountains of Arizona and southern New Mexico where winter storms are less frequent and the monsoon dominates in the summer (Serreze et al. 1999; Stewart, Cayan, and Dettinger 2004).

The mountain snowpack that develops during the winter serves as a natural water reservoir for the western United States. Snowmelt and runoff during the spring and summer provide most of the surface water resources for the region, with 50% to 90% of the total runoff occurring during the April to July snowmelt runoff season in most Southwest drainage basins (Serreze et al. 1999; Stewart, Cayan, and Dettinger 2004, 2005).

## 4.3 Major Climate and Weather Events

The Southwest is susceptible to hazardous and costly weather and climate events. The greatest social and environmental impacts come from drought, winter storms, floods, thunderstorms, temperature extremes, and air pollution.

*Drought*

The Southwest is susceptible to periods of dryness that can span months to years. The most significant and severe droughts persist for multiple years and result from a diminished frequency or intensity of winter storms (Cayan et al. 2010; Woodhouse et al. 2010). Although water storage and delivery infrastructure (such as dams, reservoirs, canals, and pipelines) helps stabilize municipal water supplies during these droughts, rural, agricultural, and recreational impacts are still sometimes substantial. Seasonal and multiyear droughts also affect wildfire severity (Westerling et al. 2003). Parts of the Southwest experienced relatively wet conditions during the 1980s and 1990s followed by reduced precipitation beginning around 2000 (Cayan et al. 2010). This, in combination with wildfire suppression and land management practices (Allen et al. 2002), contributed to wildfires of unprecedented size, with five states (Arizona in 2002 and 2011; Colorado in 2002; Utah in 2007; California in 2003; and New Mexico in 2011 and 2012) experiencing their largest fires on record at least once during the last decade. Past climatic conditions, reconstructed from tree rings, suggest that droughts lasting up to several decades have occurred in the Colorado River Basin approximately once or twice per century during the last 500 to 1,000 years (Figure 4.5) (Grissino-Mayer and Swetnam 2000; Woodhouse 2003; Meko et al. 2007; Woodhouse et al. 2010).

Drought characteristics vary across the Southwest. For example, Colorado, which has multiple sources of precipitation throughout the year, is less prone to lengthy droughts (Redmond 2003). Droughts in Arizona and New Mexico tend to be strongly related to

**Box 4.1**

*Dust and Snow*

How dust affects the timing and intensity of snow-melt and runoff in the Southwest is an area of emerging understanding. During the winter and spring, wind-blown dust from lowland regions can accumulate in the mountain snowpack (Figure 4.4) (Painter et al. 2007; Steenburgh, Massey, and Painter 2012). Because dust is darker than snow, this increases the amount of sunlight absorbed by the snow, leading to an earlier, more rapid snowmelt. Studies in Colorado's San Juan Mountains, for example, indicate that the duration of snowcover in the spring and summer can be shortened by several weeks in years with large dust accumulations (Painter et al. 2007; Painter et al. 2012; Skiles et al. 2012). Modeling studies suggest that this results in a runoff with a more rapid increase, earlier peak, and reduced volume in the upper Colorado River Basin (Painter et al. 2010).

Efforts to better understand the spatial and year-to-year variations in dust accumulation and characteristics in the mountains of the Southwest are ongoing. Better understanding of these variations will help improve the prediction of spring runoff timing and volume, as well as projections of the impacts of climate change on mountain snowpack and ecosystems.



**Figure 4.4 Dust-covered snow in the Dolores River headwaters, San Juan Mountains, Colorado, 19 May 2009.** Photo courtesy of T. H. Painter, Snow Optics Laboratory, JPL/Caltech.

large-scale shifts in the atmospheric circulation associated with the El Niño-Southern Oscillation (ENSO). ENSO refers collectively to episodes of warming and cooling of the equatorial Pacific Ocean and their related atmospheric circulation changes. Warm and cool ENSO episodes are known as El Niño and La Niña, respectively. La Niña years are associated with reduced cool-season precipitation over southern portions of the Southwest region (Redmond and Koch 1991; Cayan, Redmond, and Riddle 1999).

*Winter storms*

Winter storms in the Southwest can produce heavy snowfall, heavy rainfall, flooding, high winds, and large, abrupt temperature drops (Marwitz 1986; Marwitz and Toth 1993; Poulos et al. 2002; Schultz et al. 2002; Steenburgh 2003; White et al. 2003; Neiman et al. 2008; Shafer and Steenburgh 2008). With their close proximity to the Pacific Ocean,



**Figure 4.5 25-year running mean of reconstructed (thin line) and observed (thick line) flows at Lees Ferry, Arizona.** Adapted from Meko et al. (2007) with permission from the American Geophysical Union.

the coastal ranges and the Sierra Nevada of California experience episodes of heavy precipitation as impressive as any in the United States (Dettinger, Ralph, Das et al. 2011). Narrow corridors of moisture known as atmospheric rivers, which are typically found near or ahead of cold fronts, contribute to many of these episodes (Neiman et al. 2008). Mountains throughout the Southwest, as well as lowlands in the Southwest interior, can experience large, multiday snowstorms that produce hazardous travel and avalanche conditions and play an important role in the regional precipitation, runoff, and water balance (Poulos et al. 2002; Steenburgh 2003). Arctic outbreaks can produce large snow accumulations and blizzard conditions over the high plains and Front Range of eastern Colorado and New Mexico (Marwitz and Toth 1993; Rasmussen et al. 1995; Poulos et al. 2002).

Strong winds, which in some areas are enhanced by coastal and topographic effects, also occur throughout the region. Severe downslope winds occur along several mountain ranges in the Southwest including the Sierra Nevada, Wasatch Mountains, and Front Range of Colorado. These events can produce severe aircraft turbulence and surface wind gusts that exceed 100 miles per hour (Lilly and Zipser 1972; Clark et al. 2000; Grubišić et al. 2008). In Southern California, the Santa Ana winds can produce extreme wildfire behavior and have played important roles in recent megafires in the region (Keeley et al. 2009).

### Floods

Several mechanisms contribute to flooding in the Southwest (Hirschboeck 1988; Michaud, Hirshboeck, and Winchell 2001). During the winter, heavy precipitation associated with landfalling mid-latitude cyclones and concomitant atmospheric rivers can

produce widespread flooding in California, Arizona, Nevada, Utah, and New Mexico. Because of its proximity to the Pacific Ocean, proclivity for slow moving, multi-day storms that tap into moisture from the tropics and subtropics, and high mountains with extensive cool-season snow cover, California is especially vulnerable to this type of flooding (Ralph et al. 2006; Dettinger 2011; Dettinger, Ralph, Das et al. 2011).

Climatologists have recently recognized that gigantic cool-season flooding events such as the California Flood of 1861–62 (Null and Hubert 2007; Porter et al. 2011) can be identified in paleoclimate evidence (such as tree rings and sediment layers), with an approximate average recurrence interval of about 300 years. California was sparsely populated during the 1861–62 winter, but recent exercises by the emergency response community suggest that damages and expenses from such a several-week sequence of major storms could today reach $0.5 trillion to $1.0 trillion (Dettinger, Ralph, Hughes et al. 2011; Porter et al. 2011).

Flooding can also occur during the spring runoff, especially in years in which the snowpack persists into the late spring and is followed by an early summer heat wave or rain-on-snow event. Such flooding occurred in Utah during the spring and summer of 2011 (FEMA 2011).

Flash floods associated with thunderstorms occur throughout the Southwest, many during the months of the North American monsoon (Hirschboeck 1987; Maddox, Canova, and Hoxit 1980). In some instances, moisture associated with the remnants of decaying tropical cyclones from the eastern Pacific contributes to the flooding (Ritchie et al. 2011). Because of heavy precipitation rates, topographic channeling, and the impervious nature of the land surface in some urban and desert areas, the flooding produced by these thunderstorms can be abrupt and severe. Along the Colorado Front Range, extensive complexes of nearly stationary heavy thunderstorms have produced very destructive flash floods, including the 1976 Big Thompson Flood that killed more than 125 people and the 1997 Fort Collins Flood that produced more than $250 million in property damage (Maddox et al. 1978; Caracena et al. 1979; Weaver, Gruntfest, and Levy 2000). Given the localized nature of the rainfall produced by these thunderstorms, however, flooding is rarely severe in larger drainage basins.

### Thunderstorms

Hazardous weather produced by thunderstorms does occur in the Southwest. Lightning, a primary concern for public safety, killed 49 people in the Southwest from 2001–2010, including 26 in Colorado (NWS 2012). Lightning also ignites wildfires and contributes to the regional wildfire climatology (Swetnam and Betancourt 1998). Although damaging hail is rare in most of the Southwest, the hail intensity in eastern Colorado and New Mexico is among the highest in North America (Changnon 1977). In Colorado, the Rocky Mountain Insurance Information Association reported $3 billion in hail damage during the past 10 years (RMIIA 2012). Strong winds can also accompany thunderstorms and, in some instances, generate severe dust storms (Brazel and Nickling 1986), known as haboobs in Arizona. The dry, low-level environment commonly found over the Southwest during thunderstorms can contribute to the development of microbursts, localized areas of sinking air that generate strong straight-line winds at the surface and are a concern for public safety and aviation. Tornadoes are rare in California, Nevada, Utah, and

Arizona, but have been reported in all four states (NCDC 2012). The frequency of days with tornadoes is, however, much higher in eastern Colorado and New Mexico, which lie on the western edge of "Tornado Alley." In particular, the frequency of tornado days in northeast Colorado is among the highest in the United States (Brooks, Doswell, and Kay 2003).

### Temperature extremes

Cold and heat waves occur in the Southwest (Golden et al. 2008; Grotjahn and Faure 2008; Gershunov, Cayan, and Iacobellis 2009). Much of California and portions of southern Nevada, southwest Utah, southern Arizona, and southern New Mexico experience generally mild winters, but are susceptible to hard freezes when the storm track plunges far to the south of its average position. Hard freezes damage agricultural crops, ornamental plants, and (through frozen pipes) public and household utilities. Hard freezes causing in excess of $1 billion in damages and losses in California occurred in December 1990, December 1997, and January 2006 (NCDC 2011). Although net losses are not as great as those in California, early growing-season freezes can also produce agricultural damage in interior regions of the Southwest.

The Southwest also experiences episodes of extended high temperatures that affect ecosystems, hydrology, agriculture and livestock, and human comfort, health, and mortality (Gershunov, Cayan, and Iacobellis 2009; see also Chapter 15). For example, a 2006 California heat wave contributed to more than 140 deaths, 16,000 excess emergency department visits, and 1,000 excess hospitalizations (Knowlton et al. 2009). Such human health impacts are greatly exacerbated by high humidity and high nighttime temperatures (Golden et al. 2008; Gershunov, Cayan, and Iacobellis 2009). (See also the discussions of past and projected extreme climate events in the Southwest in Chapters 5 and 7.)

### Air quality

As of August 2011, the Environmental Protection Agency had designated at least one county in each Southwest state as being in nonattainment for the National Ambient Air Quality Standards for one or more pollutants (Figure 4.6; see also EPA 2012). During the cool season, persistent cold-air pools that form in mountain valleys and basins can trap emissions (from motor vehicles, wood-burning stoves, industry, etc.) that lead to the formation of secondary particulate matter. During multi-day events, elevated particulate matter levels can develop in large urban areas (such as Salt Lake City, Utah). Even smaller cities in relatively confined valleys (such as Logan, Utah) may experience elevated particulate levels from urban and agricultural emissions (Malek et al. 2006; Silva et al. 2007; Gillies, Wang, and Booth 2010).

Elevated wintertime ozone levels have also been reported during intense temperature inversions in the vicinity of rural natural gas fields (Schnell et al. 2009). In the warm season, quiescent weather conditions, high temperatures, and intense solar radiation can lead to elevated ozone levels. In portions of coastal California, pollutants are often trapped beneath the marine inversion, which is a climatological feature over the eastern Pacific Ocean. Emissions from wildfires can also contribute to particulate matter or ozone production and wind-blown dust can produce elevated particulate matter levels in some areas (Pheleria et al. 2005; Steenburgh, Massey, and Painter 2012).



**Figure 4.6 Counties designated by the Environmental Protection Agency as nonattainment areas for National Ambient Air Quality Standards in April 2010.** Source: EPA (n.d.).

## 4.4 Climate Variability

The general climate characteristics of the Southwest described in section 4.2 reflect averages over a period of roughly 30 years. There is, however, considerable variability in the climate of the Southwest that occurs from month-to-month (intraseasonal), year-to-year (interannual), and decade-to-decade (interdecadal). In portions of the region, especially California, Nevada, and Arizona, this variability leads to the largest fluctuations relative to the mean in annual precipitation and streamflow in the contiguous United States, posing challenges for water-resource management and drought and flood mitigation (Dettinger, Ralph, Das et al. 2011).

Interannual and interdecadal climate variations in the Southwest are demonstrably related to fluctuations in Pacific sea-surface temperatures (SST) over periods of years to decades, such as the 2- to 7-year ENSO (Dettinger et al. 1998; Higgins and Shi 2001), the Pacific Quasi-Decadal Oscillation (QDO) (Tourre et al. 2001; Wang et al. 2009, 2010), and the Pacific Decadal Oscillation (PDO) (Mantua et al. 1997; Zhang, Wallace, and Battisti 1997). The occurrence and transition from long-lasting droughts to periods of above

normal rainfall have been linked to these very slow changes in the Pacific Ocean (Sangoyomi 1993; Gershunov and Barnett 1998; Brown and Comrie 2004; Zhang and Mann 2005; Wang et al. 2010).

The impact of ENSO on precipitation and drought anomalies over western North America has been studied extensively. It is now well established that ENSO tends to produce the so-called North American dipole, a situation in which relative conditions of precipitation and temperature (high vs. low) occur in opposition simultaneously for the Pacific Northwest and for the Southern California-Arizona-New Mexico area (Dettinger at al. 1998), with marginal influence on conditions for areas in between (Rajagopalan and Lall 1998). This yields a tendency for above-average precipitation and temperatures over the southern Southwest during El Niño winters and below-average precipitation during La Niña winters. Despite these shifts relative to average, extreme episodic precipitation events can occur in either El Niño and La Niña winters (Feldl and Roe 2010, 2011).

Intraseasonal (that is, time scales beyond a few days and shorter than a season) variations in precipitation have been examined for the summer North American monsoon and winter season precipitation (Mo 1999, 2000; Higgins and Shi 2001; Mo and Nogues-Paegle 2005; Becker, Berbery, and Higgins 2011). Over California during winter, these variations have been linked to the Madden-Julian Oscillation (MJO), an atmospheric phenomenon that contributes to cyclical outbreaks of convection near the equator that in turn affect atmospheric circulations over the midlatitude Pacific Ocean (Mo 1999; Becker, Berbery, and Higgins 2011; Guan et al. 2012).

## References

Adams, D. K., and A. C. Comrie. 1997. The North American monsoon. *Bulletin of the American Meteorological Society* 78:2197–2213.

Allen, C. D., M. Savage, D. A. Falk, K. F. Suckling, T. W. Swetnam, T. Shulke, P. B. Stacey, P. Morgan, M. Hoffman, and J. T. Klingel. 2002. Ecological restoration of southwestern ponderosa pine ecosystems: A broad perspective. *Ecological Applications* 12:1418–1433.

Becker, E. J., E. H. Berbery, and R. W. Higgins. 2011. Modulation of cold-season U.S. daily precipitation by the Madden–Julian Oscillation. *Journal of Climate* 24:5157–5166.

Brazel, A. J., and W. G. Nickling. 1986. The relationship of weather types to dust storm generation in Arizona (1965–1980). *International Journal of Climatology* 6:255–275.

Brooks, H. E., C. A. Doswell III, and M. P. Kay. 2003. Climatological estimates of local daily tornado probability for the United States. *Weather and Forecasting* 18:626–640.

Brown, D. P., and A. C. Comrie. 2004. A winter precipitation "dipole" in the western United States associated with multidecadal ENSO variability. *Geophysical Research Letters* 31: L09203.

Caracena, F., R. A. Maddox, L. R. Hoxit, and C. F. Chappell. 1979. Mesoanalysis of the Big Thompson Storm. *Monthly Weather Review* 107:1–17.

Cayan, D. R., T. Das, D. W. Pierce, T. P. Barnett, M. Tyree, and A. Gershunov. 2010. Future dryness in the southwest US and the hydrology of the early 21st century drought. *Proceedings of the National Academy of Sciences* 107:21271–21276.

Cayan, D. R., K. T. Redmond, and L. G. Riddle. 1999. ENSO and hydrologic extremes in the western United States. *Journal of Climate* 12:2881–2893.

Changnon, Jr., S. A. 1977. The scales of hail. Journal of Applied Meteorology and Climatology 16:626–648.

Clark, T. L., W. D. Hall, R. M. Kerr, D. Middleton, L. Radke, F. M. Ralph, P. J. Neiman, and D. Levinson. 2000. Origins of aircraft-damaging clear-air turbulence during the 9 December 1992 Colorado downslope windstorm: Numerical simulations and comparison with observations. *Journal of the Atmospheric Sciences* 57:1105–1131.

Daly, C., R. P. Neilson, and D. L. Phillips. 1994. A statistical–topographic model for mapping climatological precipitation over mountainous terrain. *Journal of Applied Meteorology and Climatology* 33:140–158.

Dettinger, M. D. 2011. Climate change, atmospheric rivers, and floods in California – A multimodel analysis of storm frequency and magnitude changes. *Journal of the American Water Resources Association* 47:514–523.

Dettinger, M. D., D. R. Cayan, H. F. Diaz, and D. M. Meko. 1998. North–south precipitation patterns in western North America on interannual-to-decadal timescales. *Journal of Climate* 11:3095–3111.

Dettinger, M. D., F. M. Ralph, T. Das, P. J. Neiman, and D. R. Cayan. 2011. Atmospheric rivers, floods, and the water resources of California. *Water* 3:445–478.

Dettinger, M. D., F. M. Ralph, M. Hughes, T. Das, P. Neiman, D. Cox, G. Estes, et al. 2011. Design and quantification of an extreme winter storm scenario for emergency preparedness and planning exercises in California. *Natural Hazards* 60:1085–1111, doi:10.1007/s1 1069-011-9894-5.

Douglas, M. W., R. A. Maddox, K. Howard, and S. Reyes. 1993. The Mexican monsoon. *Journal of Climate* 6:1665–1677.

Feldl, N., and G. H. Roe. 2010. Synoptic weather patterns associated with intense ENSO rainfall in the southwest United States. *Geophysical Research Letters* 37: L23803.

—. 2011. Climate variability and the shape of daily precipitation: A case study of ENSO and the American West. *Journal of Climate* 24:2483–2499.

Federal Emergency Management Agency (FEMA). 2011. President declares a major disaster for Utah. News release, August 8, 2011. http://www.fema.gov/news-release/ president-declares-major-disaster-utah-0.

Gershunov, A., and T. P. Barnett. 1998. Interdecadal modulation of ENSO teleconnections. *Bulletin of the American Meteorological Society* 79:2715–2725.

Gershunov, A., D. R. Cayan, and S. F. Iacobellis. 2009. The great 2006 heat wave over California and Nevada: Signal of an increasing trend. *Journal of Climate* 22:6181–6203.

Gillies, R. R., S-Y. Wang, and M. R. Booth. 2010. Atmospheric scale interaction on wintertime Intermountain West low-level inversions. *Weather and Forecasting* 25:1196–1210.

Golden, J. S., D. Hartz, A. Brazel, G. Luber, and P. Phelan. 2008. A biometeorology study of climate and heat-related morbidity in Phoenix from 2001 to 2006. *International Journal of Biometeorology* 52:471–480.

Grissino-Mayer, H. D., and T.W. Swetnam. 2000. Century-scale climate forcing of fire regimes in the American Southwest. *Holocene* 10:213–220.

Grotjahn, R., and G. Faure. 2008. Composite predictor maps of extraordinary weather events in the Sacramento, California, region. *Weather and Forecasting* 23:313–335.

Grubišić, V., J. D. Doyle, J. Kuettner, R. Dirks, S. A. Cohn, L. L. Pan, S. Mobbs, et al. 2008. The terrain-induced rotor experiment. *Bulletin of the American Meteorological Society* 89:1513–1533.

Guan, B., D. E. Waliser, N. P. Molotock, E. J. Fetzer, and P. J. Neiman. 2012. Does the Madden–Julian Oscillation influence wintertime atmospheric rivers and snowpack in the Sierra Nevada? *Monthly Weather Review* 140:325–342.

Higgins, R. W., and W. Shi. 2001. Intercomparison of the principal modes of interannual and intraseasonal variability of the North American Monsoon System. *Journal of Climate* 14:403–417.

Higgins, R. W., Y. Yao, and X. L. Wang. 1997. Influence of the North American Monsoon System on the U.S. summer precipitation regime. *Journal of Climate* 10:2600–2622.

Hirshboeck, K. K. 1987. Hydroclimatically-defined mixed distributions in partial duration flood series. In *Hydrologic frequency modeling*, ed. V. P. Singh, 199–212. Dordrecht: D. Reidel.

—. 1988. Flood hydroclimatology. In *Flood geomorphology*, ed. V. R. Baker, R. C. Kochel, and P. C. Patton, 27–49. Hoboken, NJ: John Wiley and Sons.

Hoskins, B. J., and K. I. Hodges. 2002. New perspectives on the Northern Hemisphere winter storm tracks. *Journal of the Atmospheric Sciences* 59:1041–1061.

Keeley, J. E., H. Safford, C. J. Fotheringham, J. Franklin, and M. Moritz. 2009. The 2007 Southern California wildfires: Lessons in complexity. *Journal of Forestry* 107:287–296.

Knowlton, K., M. Rotkin-Ellman, G. King, H. G. Margolis, D. Smith, G. Solomon, R. Trent, and P. English. 2009. The 2006 California heat wave: Impacts on hospitalizations and emergency department visits. *Environmentl Health Perspectives* 117:61–67.

Lareau, N., and J. D. Horel. 2012. The climatology of synoptic-scale ascent over western North America: A perspective on storm tracks. *Monthly Weather Review* 140:1761–1778.

Lilly, D. K., and E. J. Zipser. 1972. The Front Range windstorm of January 11, 1972: A meteorological narrative. *Weatherwise* 25:56–63.

Maddox, R. A., F. Canova, and L. R. Hoxit. 1980. Meteorological characteristics of flash flood events over the western United States. *Monthly Weather Review* 108:1866–1877.

Maddox, R. A., L. R. Hoxit, C. F. Chappell, and F. Caracena. 1978. Comparison of meteorological aspects of the Big Thompson and Rapid City flash floods. *Monthly Weather Review* 106:375–389.

Malek, E., T. Davis, R. S. Martin, and P. J. Silva. 2006. Meteorological and environmental aspects of one of the worst national air pollution episodes (January, 2004) in Logan, Cache Valley, Utah, USA. *Atmospheric Research* 79:108–122.

Mantua, N. J., S. R. Hare, Y. Zhang, J. M. Wallace, and R. C. Francis. 1997. A Pacific decadal climate oscillation with impacts on salmon. *Bulletin of the American Meteorological Society* 78:1069–1079.

Marwitz, J. D. 1986. A comparison of winter orographic storms over the San Juan Mountains and Sierra Nevada. In *Precipitation enhancement: A scientific challenge*, ed. R. R. Braham, Jr., 109–113. Meteorological Monograph No. 43. Boston: American Meteorological Society.

Marwitz, J., and J. Toth. 1993. The Front Range blizzard of 1990. Part I: Synoptic and mesoscale structure. *Monthly Weather Review* 121:402–415.

Meko, D. M., C. A. Woodhouse, C. A. Baisan, T. Knight, J. J. Lukas, M. K. Hughes, and M. W. Salzer. 2007. Medieval drought in the upper Colorado River Basin. *Geophysical Research Letters* 34: L10705, doi:10.1029/2007GL029988.

Michaud, J. D., K. K. Hirschboeck, and M. Winchell. 2001. Regional variations in small-basin floods in the United States. *Water Resources Research* 37:1405–1416.

Mo, K. C. 1999. Alternating wet and dry episodes over California and intraseasonal oscillations. *Monthly Weather Review* 127:2759–2776.

—. 2000. Intraseasonal modulation of summer precipitation over North America. *Monthly Weather Review* 128:1490–1505.

Mo, K. C., and J. Nogues-Paegle. 2005. Pan-America. In *Intraseasonal variability in the atmosphere-ocean climate system*, ed. K. M. Lau and D. E. Waliser, 95–121. New York: Springer.

National Climatic Data Center (NCDC). 2011. Billion dollar U.S. weather/climate disasters, 1980–2011. http://www.ncdc.noaa.gov/img/reports/billion/billionz-2011.pdf.

—. 2012. U.S. tornado climatology. http://www.ncdc.noaa.gov/oa/climate/severeweather/tornadoes.html (accessed January 23, 2012).

National Weather Service (NWS). n.d. Natural hazard statistics. http://www.nws.noaa.gov/om/hazstats.shtml (accessed January 23, 2012).

Neiman, P. J., F. M. Ralph, G. A. Wick, J. D. Lundquist, and M. D. Dettinger. 2008. Meteorological characteristics and overland precipitation impacts of atmospheric rivers affecting the West Coast of North America based on eight years of SSM/I satellite observations. *Journal of Hydrometeorology* 9:22–47.

Null, J., and J. Hulbert. 2007. California washed away: The great flood of 1862. *Weatherwise* 60 (1): 27–30.

Painter, T. H., A. P. Barrett, C. C. Landry, J. C. Neff, M. P. Cassidy, C. R. Lawrence, K. E. McBride, and G. L. Farmer. 2007. Impact of disturbed desert soils on duration of mountain snow cover. *Geophysical Research Letters* 34: L12502, doi:10.1029/2007GL030284.

Painter, T. H., J. S. Deems, J. Belnap, A. F. Hamlet, C. C. Landry, and B. Udall. 2010. Response of Colorado River runoff to dust radiative forcing in snow. *Proceedings of the National Academy of Sciences* 107:17125–17130.

Painter, T. H., S. M. Skiles, J. S. Deems, A. C. Bryant, and C. C. Landry. 2012. Dust radiative forcing in snow of the Upper Colorado River Basin. Part I: A 6-year record of energy balance, radiation, and dust concentrations. *Water Resources Research* 48. W07521, doi:10.1029/2012WR011985.

Pheleria, H. C., P. M. Fine, Y. Zhu, and C. Sioutas. 2005. Air quality impacts of the October 2003 southern California wildfires. *Journal of Geophysical Research* 110: D07S20.

Porter, K., A. Wein, C. Alpers, A. Baez, P. Barnard, J. Carter, A. Corsi, et al. 2011. *Overview of the ARkStorm scenario.* U.S. Geological Survey Open-File Report 2010-1312. http://pubs.usgs.gov/of/2010/1312/.

Poulos, G. S., D. A. Wesley, J. S. Snook, and M. P. Meyers. 2002. A Rocky Mountain storm. Part I: The blizzard—Kinematic evolution and the potential for high-resolution numerical forecasting of snowfall. *Weather and Forecasting* 17:955–970.

Ralph, F. M., P. J. Neiman, G. A. Wick, S. I. Gutman, M. D. Dettinger, D. R. Cayan, and A. B. White. 2006. Flooding on California's Russian River: Role of atmospheric rivers. *Geophysical Research Letters* 33: L13801, doi:10.1029/2006GL026689.

Rajagopalan, B., and U. Lall, 1998. Interannual variability in western US precipitation. *Journal of Hydrology* 210:51–67.

Rasmussen, R. M., B. C. Bernstein, M. Murakami, G. Stossmeister, and J. Reisner. 1995. The 1990 Valentine's Day Arctic outbreak. Part I: Mesoscale and microscale structure and evolution of a Colorado Front Range shallow upslope cloud. *Journal of Applied Meteorology and Climatology* 34:1481–1511.

Redmond, K. T. 2003. Climate variability in the intermontane West: Complex spatial structure associated with topography, and observational issues. In *Water and climate in the western United States*, ed. W. M. Lewis, 29–48. Boulder, CO: University Press of Colorado.

Redmond, K. T., and R. W. Koch.1991. Surface climate and streamflow variability in the western United States and their relationship to large scale circulation indices. *Water Resources Research* 27:2381–2399.

Reeves, H. D., and D. J. Stensrud, 2009. Synoptic-scale flow and valley cold-pool evolution in the western United States. *Weather and Forecasting* 24:1625–1643.

Ritchie, E. A., K. M. Wood, D. S. Gutzler, and S. R. White. 2011. The influence of eastern Pacific tropical cyclone remnants on the southwestern United States. *Monthly Weather Review* 139:192–210.

Rocky Mountain Insurance Information Association (RMIIA). 2012. Hail. http://www.rmiia.org/Catastrophes_and_Statistics/Hail.asp.

Sangoyomi, T. B. 1993. Climatic variability and dynamics of Great Salt Lake hydrology. Ph.D. dissertation, Utah State University.

Schnell, R. C., S. J. Oltmans, R. R. Neely, M. S. Endres, J. V. Molenar, and A. B. White. 2009. Rapid photochemical production of ozone at high concentrations in a rural site during winter. *Nature Geoscience* 2:120–122.

Schultz, D. M., W. J. Steenburgh, R. J. Trapp, J. Horel, D. E. Kingsmill, L. B. Dunn, W. D. Rust, et al. 2002. Understanding Utah winter storms: The Intermountain precipitation experiment. *Bulletin of the American Meteorological Society* 83:189–210.

Serreze, M. C., M. P. Clark, R. L. Armstrong, D. A. McGinnis, and R. S. Pulwarty. 1999. Characteristics of the western United States snowpack from snowpack telemetry (SNOTEL) data. *Water Resources Research* 35:2145–2160.

Shafer, J. C., and W. J. Steenburgh. 2008. Climatology of strong Intermountain cold fronts. *Monthly Weather Review* 136:784–807.

Sheppard, P. R., A. C. Comrie, G. D. Packin, K. Angersbach, and M. K. Hughes. 2002. The climate of the US Southwest. *Climate Research* 21:219–238.

Silva, P. J., E. L. Vawdrey, M. Corbett, and M. Erupe. 2007. Fine particle concentrations and composition during wintertime inversions in Logan, Utah, USA. *Atmospheric Environment* 26:5410–5422.

Skiles, S. M., T. H. Painter, J. S. Deems, A. C. Bryant, and C. C. Landry. 2012. Dust radiative forcing in snow of the Upper Colorado River Basin. Part II: Interannual variability in radiative forcing and snowmelt rates. *Water Resources Research* 48. W07522, doi:10.1029/2012WR011986.

Steenburgh, W. J. 2003. One hundred inches in one hundred hours: Evolution of a Wasatch Mountain winter storm cycle. *Weather and Forecasting* 18:1018–1036.

Steenburgh, W. J., and T. I. Alcott. 2008. Secrets of the greatest snow on Earth. *Bulletin of the American Meteorological Society* 89:1285–1293.

Steenburgh, W. J., J. D. Massey, and T. H. Painter. Forthcoming. Episodic dust events along Utah's Wasatch Front. *Journal of Applied Meteorology and Climatology* 51.

Stewart, I. T., D. R. Cayan, and M. D. Dettinger, 2004. Changes in snowmelt runoff timing in western North America under a 'business as usual' climate change scenario. *Climatic Change* 62:217–232.

—. 2005. Changes toward earlier streamflow timing across western North America. *Journal of Climate* 18:1136–1155.

Swetnam, T. W., and J. L. Betancourt. 1998. Mesoscale disturbance and ecological response to decadal climatic variability in the American Southwest. *Journal of Climate* 11:3128–3147.

Tourre, Y., B. Rajagopalan, Y. Kushnir, M. Barlow, and W. White. 2001. Patterns of coherent decadal and interdecadal climate signals in the Pacific Basin during the 20th century. *Geophysical Research Letters* 28:2069–2072.

U.S. Environmental Protection Agency (EPA). n.d. Green book: Currently designated nonattainment areas for all criteria pollutants, as of July 20, 2012. http://epa.gov/oaqps001/greenbk/ancl3.html (last updated on July 20, 2012).

Wang, S.-Y., R. R. Gillies, J. Jin, and L. E. Hipps. 2009. Recent rainfall cycle in the Intermountain region as a quadrature amplitude modulation from the Pacific decadal oscillation. *Geophysical Research Letters* 36: L02705.

—. 2010. Coherence between the Great Salt Lake level and the Pacific quasi-decadal oscillation. *Journal of Climate* 23:2161–2177.

Weaver, J. F., E. Gruntfest, and G. M. Levy. 2000. Two floods in Fort Collins, Colorado: Learning from a natural disaster. *Bulletin of the American Meteorological Society* 81:2359–2366.

Westerling, A. L., A. Gershunov, T. J. Brown, D. R. Cayan, and M. D. Dettinger. 2003. Climate and wildfire in the western United States. *Bulletin of the American Meteorological Society* 84:595–604.

White, A. B., P. J. Neiman, F. M. Ralph, D. E. Kingsmill, and P. O. G. Persson. 2003. Coastal orographic rainfall processes observed by radar during the California Land-Falling Jets Experiment. *Journal of Hydrometeorology* 4:264–282.

Whiteman, C. D., X. Bian, and S. Zhong. 1999. Wintertime evolution of the temperature inversion in the Colorado Plateau Basin. *Journal of Applied Meteorology and Climatology* 38:1103–1117.

Wolyn, P. G., and T. B. McKee. 1989. Deep stable layers in the Intermountain western United States. *Monthly Weather Review* 117:461–472.

Woodhouse, C.A. 2003. A 431-year reconstruction of western Colorado snowpack from tree rings. *Journal of Climate* 16:1551–1561.

Woodhouse, C. A., D. M. Meko, G. M. MacDonald, D. W. Stahle, and E. R. Cook. 2010. A 1,200-year perspective of 21st century drought in southwestern North America. *Proceedings of the National Academy of Sciences* 107:21283-21288.

Zhang, Y., J. M. Wallace, and D. S. Battisti. 1997. ENSO-like interdecadal variability: 1900–93. *Journal of Climate* 10:1004–1020.

Zhang, Z., and M. E. Mann. 2005. Coupled patterns of spatiotemporal variability in Northern Hemisphere sea level pressure and conterminous U.S. drought. *Journal of Geophysical Research* 110: D03108.

# Chapter 5

# Present Weather and Climate: Evolving Conditions

## COORDINATING LEAD AUTHOR

Martin P. Hoerling (NOAA, Earth System Research Laboratory)

## LEAD AUTHORS

Michael Dettinger (U.S. Geological Survey and Scripps Institution of Oceanography), Klaus Wolter (University of Colorado, CIRES), Jeff Lukas (University of Colorado, CIRES), Jon Eischeid (University of Colorado, CIRES), Rama Nemani (NASA, Ames), Brant Liebmann (University of Colorado, CIRES), Kenneth E. Kunkel (NOAA Cooperative Institute for Climate and Satellites, North Carolina State University, and National Climate Data Center)

## EXPERT REVIEW EDITOR

Arun Kumar (NOAA)

## Executive Summary

This chapter assesses weather and climate variability and trends in the Southwest, using observed climate and paleoclimate records. It analyzes the last 100 years of climate variability in comparison to the last 1,000 years, and links the important features of evolving climate conditions to river flow variability in four of the region's major drainage basins. The chapter closes with an assessment of the monitoring and scientific research needed to increase confidence in understanding when climate episodes, events, and phenomena are attributable to human-caused climate change.

---

**Chapter citation:** Hoerling, M. P., M. Dettinger, K. Wolter, J. Lukas, J. Eischeid, R. Nemani, B. Liebmann, and K. E. Kunkel. 2013. "Present Weather and Climate: Evolving Conditions." In *Assessment of Climate Change in the Southwest United States: A Report Prepared for the National Climate Assessment*, edited by G. Garfin, A. Jardine, R. Merideth, M. Black, and S. LeRoy, 74–100. A report by the Southwest Climate Alliance. Washington, DC: Island Press.

- The decade 2001–2010 was the warmest and the fourth driest in the Southwest of all decades from 1901 to 2010. (high confidence)
- Average annual temperature increased 1.6°F (+/- 0.5°F) over the Southwest during 1901–2010, while annual precipitation experienced little change. (high confidence)
- Fewer cold waves and more heat waves occurred over the Southwest during 2001–2010 compared to their average occurrences in the twentieth century. (high confidence)
- The growing season for the Southwest increased about 7% (seventeen days) during 2001–2010 compared to the average season length for the twentieth century. (high confidence)
- The frequency of extreme daily precipitation events over the Southwest during 2001–2010 showed little change compared to the twentieth-century average. (medium-high confidence)
- The areal extent of drought over the Southwest during 2001–2010 was the second largest observed for any decade from 1901 to 2010. (medium-high confidence)
- Streamflow totals in the four major drainage basins of the Southwest were 5% to 37% lower during 2001–2010 than their average flows in the twentieth century. (medium-high confidence)
- Streamflow and snowmelt in many snowmelt-fed streams of the Southwest trended towards earlier arrivals from 1950–1999, and climate science has attributed up to 60% of these trends to the influence of increasing greenhouse gas concentrations in the atmosphere. (high confidence)
- Streamflow and snowmelt in many of those same streams continued these earlier arrivals during 2001–2010, likely in response to warm temperatures. (high confidence)
- The period since 1950 has been warmer in the Southwest than any comparable period in at least 600 years, based on paleoclimatic reconstructions of past temperatures. (medium-high confidence)
- The most severe and sustained droughts during 1901–2010 were exceeded in severity and duration by several drought events in the preceding 2,000 years, based on paleoclimatic reconstructions of past droughts. (high confidence)

## 5.1 Introduction

Wallace Stegner (1987) expressed a sentiment held by many familiar with the Southwest: "If there is such a thing as being conditioned by climate and geography, and I think there is, it is the West that has conditioned me."

As the twenty-first century unfolds, two principal concerns make it important to take stock of the region's climate. One concern is that the annual demand for water in the Southwest—especially from the Colorado River, which supplies water to each of the region's states—has risen to an amount that nearly matches the natural annual flow in the Colorado River. With only a small margin between supply and demand—both of

which are sensitive to climate variability and change—the importance of reservoirs in the Colorado River Basin increases (Barnett and Pierce 2008, 2009; Rajagopalan et al. 2009). Droughts, whose periodic occurrences in the Southwest have tested the resilience of the region's indigenous populations (Liverman and Merideth 2002), have increasingly significant effects. In particular, excess (unconsumed) water supply capacity has been diminishing, virtually vanishing, as was especially evident during the region's drought that began in 2000 (Fulp 2005). The second concern is the expectation, based on a growing body of scientific evidence, that climate change in the Southwest will most likely reduce water resources, including a decline in the annual flow of the Colorado River (Milly, Dunne, and Vecchia 2005; Christensen and Lettenmaier 2007; McCabe and Wolock 2008; see also the discussion of the effects of climate change on the water supplies of the Southwest in Chapter 10.)

This chapter reviews the nature of weather and climate variability in the Southwestern United States based on recorded observations and measurements that span the last century. The chapter links how changing climate conditions affect the variability of river flows specifically in four of the region's major drainage basins: Sacramento-San Joaquin, Humboldt (in the Great Basin), Upper Colorado, and Rio Grande. To place current climatic conditions in a longer-term context, the chapter looks at the indirect evidence (*paleoclimatic reconstruction,* as from tree rings, pollen, sediment layers, and so on) of climatic conditions over the last thousand years, showing the variations that occurred before humans substantially increased emissions of greenhouse gases. The chapter concludes by appraising the data gaps and needs for monitoring the evolving climate and hydrological conditions in the Southwest.

## 5.2 Climate of the First Decade of the Twenty-first Century

"Exceptionally warm" aptly describes temperatures in the Southwest during the first decade of the twenty-first century. Annual temperatures for 2001–2010 were warmer than during any prior decade of the twentieth century, both for the Southwest as a whole and for each state in the region (Table 5.1).[i] Annual averaged temperatures for 2001–2010 were 1.4°F (0.8°C) warmer than the 1901–2000 average. The intensity of warming is related to changes in temperatures at particular times of the day and in particular seasons. For example, greater warming has occurred due to increases in daily minimum temperatures than to increases in daily maximum temperatures, though the reasons for this difference are not well-known and may be related to local effects and to adjustments applied to station data (as discussed further below; see also Fall et al. 2011). The key features of a warming Southwest appear robustly across various data sets and methods of analysis, as shown further in Appendix Table A5.1.

With respect to the seasons, when looking at average seasonal temperatures for the period 2001–2010 versus those for the twentieth century, greater warming (i.e., larger differences) occurred during the spring and summer than occurred during the other seasons, especially winter. Based on results of a rigorous detection and attribution study, the recent rapid increase in late winter/early spring minimum temperatures are *very unlikely* due to natural variability alone, but are consistent with a regional sensitivity to increased greenhouse gases and aerosols (Bonfils et al. 2008). During winter, maximum

**Table 5.1** Comparison of Southwest annual and seasonal surface temperatures averaged for 2001–2010

### AVERAGE TEMPERATURE

| Season | 1901–2000 6-State Avg. | | 2001–2010 Decadal | | Rank | AZ | CA | CO | NV | NM | UT |
| | Mean °F (°C) | Std.Dev. °F (°C) | Mean °F (°C) | Anom °F (°C) | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DJF | 35.1 (1.7) | 0.7 (0.4) | 36 (2.2) | +0.9 (0.5) | 2 | 3 | 2 | 3 | 2 | 3 | 2 |
| MAM | 50.0 (10.0) | 0.9 (0.5) | 51.8 (11) | +1.8 (1.0) | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| JJA | 70.0 (21.1) | 0.9 (0.5) | 72 (22.2) | +2.0 (1.1) | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| SON | 53.2 (11.8) | 0.7 (0.4) | 54.7 (12.6) | +1.4 (0.8) | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Annual | 52.2 (11.2) | 0.7 (0.4) | 53.6 (12) | +1.4 (0.8) | 1 | 1 | 1 | 1 | 1 | 1 | 1 |

### MAXIMUM TEMPERATURE

| Season | 1901–2000 6-State Avg. | | 2001–2010 Decadal | | Rank | AZ | CA | CO | NV | NM | UT |
| | Mean °F (°C) | Std.Dev. °F (°C) | Mean °F (°C) | Anom °F (°C) | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DJF | 47.7 (8.7) | 0.7 (0.4) | 47.8 (8.8) | +0.2 (0.1) | 5 | 4 | 3 | 8 | 6 | 3 | 4 |
| MAM | 64.6 (18.1) | 0.9 (0.5) | 66.2 (19) | +1.6 (0.9) | 1 | 1 | 2 | 1 | 2 | 1 | 1 |
| JJA | 86.0 (30.0) | 0.7 (0.4) | 87.4 (30.8) | +1.4 (0.8) | 1 | 1 | 1 | 2 | 1 | 2 | 1 |
| SON | 68.2 (20.1) | 0.7 (0.4) | 68.9 (20.5) | +0.7 (0.4) | 3 | 2 | 3 | 5 | 3 | 2 | 4 |
| Annual | 66.6 (19.2) | 0.7 (0.4) | 67.6 (19.8) | +1.1 (0.6) | 1 | 1 | 1 | 2 | 1 | 1 | 1 |

### MINIMUM TEMPERATURE

| Season | 1901–2000 6-State Avg. | | 2001–2010 Decadal | | Rank | AZ | CA | CO | NV | NM | UT |
| | Mean °F (°C) | Std.Dev. °F (°C) | Mean °F (°C) | Anom °F (°C) | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DJF | 22.5 (-5.3) | 0.9 (0.5) | 24.1 (-4.4) | +1.6 (0.9) | 2 | 2 | 2 | 2 | 1 | 2 | 2 |
| MAM | 35.6 (2.0) | 0.9 (0.5) | 37.4 (3.0) | +1.8 (1.0) | 1 | 1 | 2 | 1 | 1 | 1 | 1 |
| JJA | 54.1 (12.3) | 0.9 (0.5) | 56.5 (13.6) | +2.3 (1.3) | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| SON | 38.3 (3.5) | 0.9 (0.5) | 40.6 (4.8) | +2.3 (1.3) | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Annual | 37.6 (3.1) | 0.9 (0.5) | 39.7 (4.3) | +2.2 (1.2) | 1 | 1 | 1 | 1 | 1 | 1 | 1 |

Note: Comparison of annual and seasonal surface temperatures for the six Southwestern states, averaged for 2001–2010 versus 1901–2000, and a ranking of the 2001–2010 decadal averages relative to the ten individual decades of the twentieth century. Results shown for daily averaged, maximum, and minimum temperatures.

Source: PRISM monthly gridded analysis for 1901–2010 (PRISM Climate Group, Oregon State University, http://prism.oregonstate.edu).

temperature changes have been muted, being only 0.2°F (0.1°C) above the twentieth-century average for the Southwest. These data further indicate that the winter maximum temperatures for 2001–2010 averaged over Colorado were actually colder than during the majority of decades in the twentieth century.

"Unusually dry" best describes Southwest moisture conditions during the first decade of the twenty-first century (Table 5.2). Annual precipitation, averaged across the entire Southwest, ranked 2001–2010 the fourth driest of all decades since 1901, a condition that is found to be robust across various data sets (see Appendix Table A5.2). The departure of -0.59 inches (-15 mm) represents a reduction of 4% of the twentieth-century average annual total. Much of the deficit was accumulated in the early half of the decade in association with one of the most severe droughts on (instrumental) record (Hoerling and Kumar 2003; Pielke et al. 2005). It is *likely* that most of recent dryness over the Southwest is associated with a natural, decadal coolness in tropical Pacific sea-surface temperatures, and is mostly unrelated to influences of increased greenhouse gases and aerosols (Hoerling, Eischeid, and Perlwitz 2010). The strongest percentage declines occurred during spring and summer, which were 11% and 8% below normal,[ii] respectively. The winter season, when the bulk of the region's precipitation is delivered, actually experienced a small increase relative to twentieth-century averages. Precipitation conditions during 2001–2010 varied considerably among the six Southwestern states, with Arizona experiencing its driest decade since 1901 and Utah experiencing one of its wetter decades.

**Table 5.2** Comparison of Southwest annual and seasonal precipitation totals averaged for 2001–2010

**PRECIPITATION**

| | 1901–2000 6-State Avg. | | 2001–2010 Decadal | | | | | | | | |
|--------|------------------------|--------------------------|------------------------|------------------------|------|----|----|----|----|----|----|
| Season | Mean inches (mm) | Std.Dev. inches (mm) | Mean inches (mm) | Anom inches (mm) | Rank | AZ | CA | CO | NV | NM | UT |
| DJF    | 5.1 (129.3)  | 0.38 (9.6)  | 5.2 (133.3)  | +0.16 (4.0)  | 5  | 7  | 5 | 2  | 4  | 2 | 3 |
| MAM    | 3.8 (96.6)   | 0.32 (8.2)  | 3.4 (86.8)   | -0.39 (9.8)  | 10 | 11 | 9 | 10 | 5  | 7 | 9 |
| JJA    | 3.3 (83.4)   | 0.26 (6.7)  | 3.0 (77.1)   | -0.25 (6.3)  | 9  | 10 | 9 | 7  | 10 | 6 | 9 |
| SON    | 3.4 (85.3)   | 0.39 (9.9)  | 3.2 (82.3)   | -0.12 (3.0)  | 6  | 11 | 7 | 3  | 5  | 7 | 3 |
| Annual | 15.5 (394.6) | 0.8 (20.2)  | 15.0 (381.0) | -0.60 (15.1) | 8  | 11 | 7 | 6  | 5  | 5 | 3 |

Note: Comparison of annual and seasonal precipitation totals for the six Southwestern states, averaged for 2001–2010 versus 1901–2000, and a ranking of the 2001–2010 decadal averages relative to the ten individual decades of the twentieth century.

Source: PRISM monthly gridded analysis for 1901–2010 (PRISM Climate Group, Oregon State University, http://prism.oregonstate.edu).

## 5.3 Climate Trends for 1901–2010

The trend in surface temperature during 1901–2010 was upward over all of the stations in the Southwest that have long-term climate records (Figure 5.1, upper panel). Average annual temperature increased 1.6°F (0.9°C) over the Southwest during 1901–2010, with a range of magnitudes from 1.4°F to 2.0°F (+0.8°C to +1.1°C) based on analyses conducted with other data sets (see Appendix). The 95% confidence interval for the linear trend is +/- 0.5°F (0.3°C).

The linear warming trend continued in the first decade of the twenty-first century, the warmest over the region during the 110-year period of record (see Table 5.1). Increases have been more than 1.8°F (1°C) in many parts of the Southwest over the last 110 years, with isolated 3.6°F (2°C) increases occurring in southwestern portions of the region. Both daytime high temperatures (Figure 5.1, second panel) and nighttime low temperatures (Figure 5.1, third panel) have exhibited widespread warming trends. In this data set, which has been homogenized, minimum temperatures are found to increase at about the same rate as the maximum temperatures for the Southwest as a whole, though there is considerable variability from one station to another. Note that the trends in unadjusted raw data show somewhat higher minimum temperatures (Figure A5.1).

In light of the warming over the Southwest in all seasons, it is not surprising that the growing season duration has increased over the last century. Figure 5.2 shows the growing season departures for each year during 1901–2010, based on a 32°F (0°C) threshold, for some sixty Southwest stations that form part of the National Weather Service Cooperative Observing Network (COOP) (see Kunkel et al. 2004). The average growing season over the Southwest during 2001–2010 was seventeen days longer (about 7% longer) than the twentieth-century average and one month longer than that of the first decade of the twentieth century.[iii]

The trend in annual precipitation during 1901–2010 (expressed as percent of annual precipitation climatology) is shown for individual stations in Figure 5.1 (bottom panel). Plotted atop the regional map of precipitation trend are outlines of four major drainage basins in the Southwest (clockwise from upper left: Sacramento-San Joaquin, Great Basin, Upper Colorado, and the Rio Grande). A summary of the climate conditions and river runoff characteristics for these hydrologic regions will be subsequently provided.

Although the decade 2001–2010 has been relatively dry for the Southwest as a whole (Table 5.1), the trend in annual precipitation computed for the entire 1901–2010 period reveals little change over the 110-year period (Figure 5.1, bottom panel). Some significant local trends (filled colored circles) can be discerned, however, including wet trends at select stations in the Great Basin. It should be noted that the bulk of the region's precipitation falls at high elevations, areas not well observed. Although water supplies for the region's major drainage basins are especially dependent on the precipitation falling in these remote areas, the long-term trends in such resources are not well known.

## 5.4 Extreme Weather Variability During 1901–2010

Further indicators of a warming Southwest climate are provided by indices for occurrences of cold waves and heat waves, shown in Figure 5.3. Cold waves (defined as four-day periods colder than the threshold of a one-in-five-year frequency) have been



**Figure 5.1  Trends in temperature and precipitation, 1901–2010.** Shown in the first three (upper) panels are the pattern and intensity of 110-year trends in the Southwest in annually averaged daily temperature (TAVG), and daily maximum temperature (TMAX) and daily minimum temperature (TMIN), respectively, as estimated from station data for which there are at least 90 years of available data during the period. The magnitude of trends is indicated by a station circle's size, with warming (cooling) trends denoted by red (blue) shades. Bottom panel shows trend in annual averaged precipitation for 1901-2010, showing data for individual stations plotted with outlines of four major basins in the Southwest (Sacramento-San Joaquin, Great Basin, Upper Colorado, and Rio Grande). Units are the total change expressed as percent of annual climatology, and positive (negative) trends are shown in green (orange). Larger circle sizes denote greater magnitude trends. Filled stations denote statistically significant trends at 95% confidence based on a parametric t-statistic. Stations with temperature (precipitation) changes less than 0.5°C (5%) are denoted with a + symbol. The figure uses so-called "homogenized" data, in which adjustments to remove artificial temperature changes at a station are made by using the method of pairwise difference comparisons between monthly temperatures from a network of reporting stations. The trends calculated from the raw data that preserve various inhomogeneities in the original time series are provided in Appendix Figure A5.1. Results from both the raw and the homogenized data show substantial warming. Source: Menne and Williams (2009).



**Figure 5.2 Growing season anomalies for 1900 to 2010.** Departure from the normal number of days in the growing season are shown as number of days per year. Length of the growing season is defined as the period between the last freeze in spring and the first freeze in the subsequent fall. Source: NOAA National Climatic Data Center for the Cooperative Observer Network (http://www.ncdc. noaa.gov/land-based-station-data/cooperative-observer-network-coop).

especially rare since about 1990, while the frequency of heat waves (defined similarly to cold waves) increased.[iv] Heat-wave frequency during 2001–2010, however, is not appreciably different from that occurring during the 1930s. Both periods were characterized by drought, and the feedback from dry soils and clear skies likely enhanced the severity of summertime heat during both decades. The increase in heat waves in tandem with a decrease in cold waves is consistent with other research findings that showed an increase in record high maximum temperatures relative to record low minimum temperatures over the entire United States since 1950 (Meehl et al. 2009).

COOP station data have also been used to derive an extreme precipitation index (Kunkel et al. 2003); Figure 5.4 shows an index time series of five-day rainfall extremes (events wetter than a threshold for a one-in-five year-frequency). There is no discernible trend in this statistic of heavy precipitation events, with the time series characterized by appreciable decadal variability. Nor is there evidence for trends in precipitation extremes using other indices such as for extreme daily precipitation totals (not shown). Bonnin, Maitaria, and Yekta (2011) diagnosed trends in rainfall exceedences (exceeding precipitation thresholds over multiple timescales as defined in the NOAA Atlas 14) for the semiarid Southwest encompassing much of our six-state region but excluding Colorado and central and Northern California. For their 1908–2007 period of analysis, they found negative trends in rainfall exceedences for the semi-arid Southwest for all multiday durations, though only the one-day duration negative trends were statistically



**Figure 5.3  Occurrence of cold waves and heat waves, 1901–2010.** Cold waves (top) are defined as four-day periods that are colder than the threshold of a one-in-five-year occurrence; heat waves (bottom) are four-day periods warmer than the same threshold. The thresholds are computed for the entire 1901–2010 period. Source: NOAA National Climatic Data Center for the Cooperative Observer Network (http://www.ncdc.noaa.gov/land-based-station-data/cooperative-observer-network-coop).



significant. This means that in recent years there were fewer events exceeding high precipitation thresholds for multi-day episodes than during earlier in the period of analysis. The Southwest is thus unlike some other areas of the United States, such as the Great Lakes and Ohio Valley regions, where significant upward trends in very heavy daily precipitation (during 1908–2000) have been noted (Groisman et al. 2004).

## 5.5  Summertime Drought During 1901–2010

To quantify variability in drought across the region, the Palmer Drought Severity Index (PDSI) was used, based on data from the NOAA National Climate Data Center (NCDC). The PDSI is a widely used indicator of dryness, representing the balance of water inputs



**Figure 5.4 Occurrence of extreme precipitation events, 1900–2010.** Extreme precipitation events are defined as five-day totals that are wetter than the threshold of a one-in-five-year occurrence. Source: NOAA National Climatic Data Center for the Cooperative Observer Network (http://www.ncdc. noaa.gov/land-based-station-data/cooperative-observer-network-coop).

to the soil (based on observed monthly precipitation) and water losses from the soil (based on observed monthly temperature). This soil-moisture balance calculation incorporates the water-holding ability of soil, and thus PDSI for a given month or season actually reflects the previous nine to twelve months of weather conditions (Palmer 1965; Alley 1984). Thus, while summer PDSI captures moisture anomalies that peak during three months of summer, it also incorporates conditions from the previous fall, winter, and spring. For this assessment, the divisional monthly data were averaged by area across the six Southwest states, then summer (June, July, August) PDSI was averaged to represent drought conditions during the height of the growing season.

Figure 5.5 shows variations in the areal extent of drought[v] in the Southwest from 1901 to 2010. Over that period, there is a trend towards increasing drought extent, in large part due to widespread drought during the 2001–2010 decade, which had the second-largest area affected by drought (after 1951–1960) and the most severe average drought conditions (average summer PDSI = -1.3) of any decade. The severity of drought in 2001–2010 reflects both the decade's low precipitation and high temperatures, since both affect the surface water balance that enter into the calculation of PDSI (see Table 5.2). An analysis of PDSI trends over the globe by Dai (2011) indicates that the warmer temperatures across the Southwest in recent decades are at least partly responsible for the increasing drought coverage. Widespread and severe drought also occurred in the Southwest from 1950 to 1956, whereas the Dust Bowl conditions of the 1930s (though having a severe impact on the eastern portions of the region and the rest of the Great Plains) did not extend significantly into the Southwest except in 1934.



**Figure 5.5 Areal coverage of drought in the Southwest United States, 1900–2010.** Data is for drought during summer (June through August). Graph based on the Palmer Drought Severity Index (PDSI) and monthly data from the NOAA National Climatic Data Center for 1901–2010.

PDSI is a useful indicator of local-to-regional meteorological drought (low precipitation) and agricultural drought (low soil moisture). It is less useful for indicating hydrologic drought (low water supply), especially if the PDSI measurements do not adequately capture the specific locations where the water supply for a given area originates—often in mountain headwaters remote from the point of use. Also, while PDSI can be closely correlated with annual streamflow in basins where runoff is mainly from the melting of the winter snowpack, this is not the case in basins where streamflow mainly derives from infrequent large rainfall events or from groundwater discharge. The most consistently useful indicator of hydrologic drought across the Southwest is streamflow itself, which is the subject of the next section.

## 5.6  Hydroclimatic Variability During 1901–2010

The water resources of the Southwest, and especially its rivers, reflect variations of precipitation, evaporation, and transpiration (the uptake of water by plants) over the region, with evaporation and transpiration strongly modulated by temperature. They also reflect human interventions into the hydrologic system—dams, diversions, and water uses such as irrigation. The climatic conditions of the 2001–2010 period described previously thus resulted in significant deviations of the flows of rivers in the region from twentieth-century norms. Here we will focus on naturalized or near-natural flows in four major hydrologic basins—the Sacramento-San Joaquin system, central Great Basin (represented by the Humboldt River at Palisade), Upper Colorado River, and Rio Grande (see Figure 5.1, bottom panel)—to represent recent hydrologic variations. Naturalized flows are best estimates of the total streamflow that would have reached the

outlet of the river system in the absence of human actions and are based on historic measured flows, corrected for human influences including diversions and other uses.

As noted earlier, the 2001–2010 period was unusually warm in the Southwest, with many areas also drier than normal (Table 5.2). The four river systems analyzed here all responded to those climatic conditions with lower-than-normal measured flows (and, where available, lower-than-normal naturalized flows) (Table 5.3). Naturalized flows in the Sacramento-San Joaquin Rivers system reflected drier than normal conditions, with a 2001–2010 average daily flow of 6.8 million acre-feet/year compared to the 1931–2000 average flow of 10.8 million acre-feet/year. This 37% overall deficit ranked 2001–2010 as the lowest-flow decade since 1931 in the Sacramento-San Joaquin system. Flows in the Humboldt River at Palisade during 2001–2010 averaged 134,000 acre-feet/year during the 2001–2010 period, or 5% below the 141,000 acre-feet/year average of the 1921–2000 period, ranking that decade as the sixth driest in nine decades of record. Warm temperatures and dry conditions reduced average naturalized flows in the Colorado River (measured at Lees Ferry) to 12.6 million acre-feet/year, compared to the 1901–2000 average of 15.0 million acre-feet/year (Cayan et al. 2010). This 16% decadal deficit (Table 5.3) made 2001–2010 the second-lowest-flow decade at Lees Ferry (among eleven) since 1901. Observed flows for 2001–2010 in the Rio Grande at El Paso (where the river leaves the Southwest region) were about 23% lower than the period from 1941 to 2000, even though overall precipitation in the basin was 3% above normal.

Overall, then, the 2001–2010 climatic conditions contributed to unusually low annual flows in major drainage systems across the Southwest (Table 5.3). The low flows resulted from less precipitation, warm temperatures, and, to some extent, water-management impacts that have not been completely accounted for in the naturalized records. The influences of these various factors are known to differ from basin to basin. The extent to which the warmth and dryness of the decade might be attributable to greenhouse-gas-fueled climate change is not currently known, as no formal detection-and-attribution study has been conducted for temperature, precipitation, or runoff of this most recent decade, nor for individual basins. Generally, though, these lower flows for the decade are beyond what would be expected from the reduced precipitation; they could be symptomatic of the Southwest hydroclimates that are projected for the latter decades of this century under scenarios of continued warming (Cayan et al. 2010). Annual peak streamflow rates declined from 1901 to 2008 in the interior Southwest, the only region in the continental U.S. that has experienced a regional-scale significant decline (Hirsch and Rhyberg 2011).

Various other hydrologic changes in the Southwest symptomatic of a warmer climate occurred between 1950 and 1999 (Barnett et al. 2008). These include declines in the late-winter snowpack in the northern Sierra Nevada (Roos 1991), trends toward earlier snowmelt runoff in California and across the West (Dettinger and Cayan 1995; Stewart, Cayan, and Dettinger 2005), earlier spring onset in the western United States as indicated by changes in the timing of plant blooms and spring snowmelt-runoff pulses (Cayan et al. 2001), declines in mountain snowpack over Western North America (Mote et al. 2005), general shifts in western hydroclimatic seasons (Regonda et al. 2005), and trends toward more precipitation falling as rain instead of snow over the West (Knowles, Dettinger, and Cayan 2006).

**Table 5.3** Differences between 2001–2010 and twentieth-century averages of basin-mean precipitation, average temperature, and streamflow for four major hydrologic basins in the Southwest

| River Basin | Periods Compared | Precipitation Difference | Temperature Difference | Streamflow Difference |
|---|---|---|---|---|
| Colorado River at Lees Ferry (naturalized) | 2001–2010 vs 1901–2000 | -4% | +0.7°C | -16% |
| Sacramento-San Joaquin Rivers (naturalized) | 2001–2010 vs 1931–2000 | -7% | +0.7°C | -37% |
| Humboldt River at Palisade, NV | 2001–2010 vs 1921–2000 | -3% | +0.7°C | -5% |
| Rio Grande at El Paso | 2001–2010 vs 1941–2000 | +3% | +0.6°C | -23% |

Note: Different baselines reflect different periods of streamflow record.
Source: PRISM monthly gridded analysis for 1901–2010 (PRISM Climate Group, Oregon State University, http://prism.oregonstate.edu).

These various indicators have recently been studied in an integrated program of hydroclimatic trends assessment for the period 1950–1999. The research findings for a region of the Western United States[vi] demonstrated that during this period human-induced greenhouse gases began to impact: (a) wintertime minimum temperatures (Bonfils et al. 2008); (b) April 1 snowpack water content as a fraction of total precipitation (Pierce et al. 2008); (c) snow-fed streamflow timing (Hidalgo et al. 2009), and (d) a combination of (a), (b), and (c) (Barnett et al. 2008). These evaluations also indicated, with high levels of statistical confidence, that as much as 60% of the climate-related trends in these indicators were human-induced and that the changes—all of which reflect temperature influences more than precipitation effects—first rose to levels that allowed confident detection in the mid-1980s.

Analyses of differences between the average ratios of rain-to-snow in precipitation, snowpack water contents, and snowmelt-fed streamflow-timing indicators in the 2001–2010 period and available twentieth-century baselines indicate that the anomalous conditions in these indicators seen at the end of the twentieth century (Barnett et al. 2008) have persisted through the first decade of the present century. Differences between the averages of the central date of water-year hydrographs in snowmelt-fed rivers (i.e., the date when half of the annual streamflow has occurred) in the 2001–2010 period compared to twentieth-century baselines at 130 stream gauges across the Western states are shown in Figure 5.6, which corroborates recent findings of Fritze, Stewart, and Pebesma (2011). The pattern that has emerged (see Figure 5.6) is that snow-fed streamflows arrived five to twenty days earlier in the recent decade compared to twentieth-century

averages across broad areas of the West. These most recent changes in snowmelt timing cannot yet be formally attributed to climate change because the necessary formal detection-and-attribution studies have not been extended to the most recent decade.



**Figure 5.6  Changing streamflow timing 2001–2010 compared to 1950–2000.** Differences between 2001–2010 and 1950–2000 average date when half of the annual streamflow has been discharged (center of mass) for snowmelt-dominated streams (Stewart, Cayan and Dettinger 2005).

Earlier timing ............... Later timing

-30   -20   -10   -5   0   5   10   20   30

Number of days change in streamflow timing

◯  Timing significantly different at 95% confidence level

◇  Timing significantly different at 90% confidence level

+  Timing not statistically different

Indeed, we must consider how temperature and precipitation have naturally varied over the region, since an important change in an apparently natural climate pattern bracketed the 2001–2010 period. There was a decisive switch from the negative to the positive PDO phase (more El Niño-like conditions) in the mid-1970s that may have favored subsequent wet and warm conditions in parts of the Southwest in the 1980s and 1990s (Gershunov and Barnett 1998). Yet, there was a transition back to negative PDO (more La Niña-like) conditions just prior to the turn of the century, which in turn might

have favored a drier and cooler Southwest in 2001–2010 (Ropelewski and Halpert 1986; Yarnal and Diaz 1986; Redmond and Koch 1991; Kahya and Dracup 1993). These interannual and decadal variations in oceanic conditions to which Southwest precipitation, snowpack, and hydrology are quite sensitive are mainly the result of the natural variability in the climate system (see also Hoerling, Eischeid, and Perlwitz 2010). These natural variations could readily explain the dryness of the past decade, but its exceptional warmth would seem, for now, to run counter to the temperature changes that might be expected from the natural variations alone.

Thus far, the temperature-driven changes in snowpack volumes and streamflow timing in the Southwest have not risen to levels that have disrupted water supplies; however, continuation of such trends—to be expected if recent warming in the region continues or accelerates—would eventually challenge water-resource systems that have historically relied on the (now) delicate pairing of manmade structures for storage of runoff with seasonal storage of water in natural snowpacks to meet warm-season water demands (Rajagopalan et al. 2009).

## 5.7 Paleoclimate of the Southwest United States

Since the relatively brief instrumental climate records in the Southwest (covering about 100 years) are unlikely to capture the full range of natural hydroclimatic variability, environmental proxies are used to reconstruct the pre-instrumental climate, or *paleoclimate*. The most broadly useful proxies for reconstructing the past one-to-two millennia of climate in the Southwest are tree rings, which can record either temperature or moisture variability, depending on the species, elevation, and location. Many other proxies—ice cores, glacier size and movement, sand dunes, lake sediments, cave speleothems (e.g., stalactites)—provide information that complements the tree-ring data. We assess here the evidence of past Southwest hydroclimate from these paleorecords.

### Paleotemperature

There are far fewer high-resolution paleotemperature records for the past 1,000 to 2,000 years for the Southwest than paleodrought records (described below). But there are sufficient data, mainly from tree rings, to broadly describe the long-term variability in regional temperature, and place the observed temperatures in the Southwest since 1900 into a much longer context (Figure 5.7).

All paleotemperature records for the region indicate that the modern period (since about 1950) has been warmer than at any time in the past 600 years. Most of these records agree that the modern period was also warmer than the Medieval Climate Anomaly (MCA, a period of warm climate in the Northern Hemisphere from ca. AD 900–1350) or any other period in the past 2,000 years (Salzer and Kipfmueller 2005; Ababneh 2008; Salzer et al. 2009). Results of global climate model (GCM) experiments using estimates of past solar variability and volcanic activity also suggest that recent warmth in the Southwest exceeds MCA conditions (Stevens, González-Rouco, and Beltrami 2008; Woodhouse et al. 2010). However, other studies point to warmer conditions in the Southwest during some (Graumlich 1993) or all (Millar et al. 2006) of the MCA compared to the past fifty years.



**Figure 5.7 Proxy and modeled data for the past 2000 years.** (A) Solar variability (solar irradiance) shown in watts per square meter (Bard et al. 2000), (B) Multi-proxy reconstructions of Northern Hemisphere temperatures, two estimates (Mann et al. 2008), (C) ECHO-G GCM simulations of temperatures for the U.S. Southwest-Intermountain region (Stevens, Gonzalez-Ruico and Beltrani 2008), (D) Temperature reconstruction for the Colorado Plateau from tree rings (Salzer and Kipfmueller 2005). The lighter shading indicates the period of the Medieval Climate Anomaly and the darker shading indicates the mid-12th century megadrought in the Colorado River Basin. Adapted from Woodhouse et al. (2010).

Regardless of how warm the MCA was, it is clear that the reconstructed warmest periods during the MCA were associated with widespread severe drought in the Southwest (MacDonald et al. 2008; Woodhouse et al. 2010; Woodhouse, Pederson, and Gray 2011), as indicated by the paleodrought records described below. More generally, the paleorecord indicates that warmer periods of the past 2,000 years have often been associated with increased aridity (Woodhouse, Pederson, and Gray 2011).

### Paleodrought

The Southwest contains one of the greatest concentrations in the world of yearly paleodrought records, in the form of hundreds of highly moisture-sensitive tree-ring records. These site-level tree-ring data have been calibrated with observed records at regional to sub-regional scales to reconstruct summer and winter PDSI (see Figure 5.8; Woodhouse

and Brown 2001; Cook et al. 2004; Cook et al. 2009; MacDonald 2007; MacDonald and Tingstad 2007), seasonal and annual precipitation (Grissino-Mayer 1996; Ni et al. 2002; Touchan et al. 2010), April 1 snow-water equivalent (Woodhouse 2003; Tingstad and MacDonald 2010; Pederson et al. 2011), as well as annual streamflow in many basins (see below). All of these reconstructions extend back at least 350 years, and some up to 2,200 years. The annual paleodrought information from tree rings is complemented by coarser-resolution information derived from oxygen isotopes in lake sediments (Benson 1999; Anderson 2011), renewed movement of sand-dune fields (Muhs et al. 1997), low stands of lakes (Stine 1994), and speleothems (Asmerom et al. 2007).



**Figure 5.8 History of drought in the West.** Percent area affected by drought (PDSI <−1) across the western United States, as reconstructed from tree-ring data. Modified from Cook et al. (2004), reprinted with permission from the American Association for the Advancement of Science.

Collectively, these paleodrought records for the Southwest provide unequivocal evidence that the most severe multi-year droughts observed during the past 110 years in the Southwest, such as in the 1950s and the early 2000s, were exceeded in severity and duration multiple times by droughts during the preceding 2,000 years. The most severe and sustained paleodroughts (sometimes called "megadroughts") occurred during the MCA from AD 900–1350, were associated with high temperatures in the Southwest, and were

likely caused by persistently cool La Niña-like conditions in the tropical Pacific Ocean (MacDonald 2007; MacDonald et al. 2008; Seager et al. 2008). Severe paleodroughts also occurred during other times, most prominently the late 1500s megadrought (Stahle et al. 2000) and the early second-century drought (Routson, Woodhouse, and Overpeck 2011). The Southwest paleorecords also clearly indicate that overall the twentieth century experienced less drought than most of the preceding four to twenty centuries (Barnett and Pierce 2009). The reconstructed Drought Area Index (DAI) for the Western United States since AD 800 (Cook et al 2004; Figure 5.8) nicely illustrates the conclusions drawn from the broader set of paleodrought records.[vi]

### Paleostreamflow

Information recorded in the growth rings of moisture-sensitive trees has been used to reconstruct annual streamflows in three of the four major Southwest river basins described in section 5.6: the Sacramento-San Joaquin (since AD 901; Meko 2001; Meko and Woodhouse 2005; MacDonald, Kremenetski, and Hidalgo 2008), the Colorado (since AD 762; Meko et al. 2007; MacDonald, Kremenetski, and Hidalgo 2008), and the Rio Grande (since AD 1450; Meko 2008). As with the other records of paleodrought, all of these streamflow reconstructions indicate periods of hydrologic drought prior to 1900 that were more severe and sustained than any since 1900. During the regional droughts in the mid-1100s and in the late 1500s, the Sacramento-San Joaquin basin experienced sustained drought simultaneously with the Colorado and Rio Grande basins. This simultaneity apparently did not occur again until the regional drought that began in 1999–2000.

## 5.8 Future Monitoring and Science Needs

This chapter offered an account of how weather, climate, and hydrology varied over the Southwestern United States during the last century and in the paleoclimate record. The chapter focused on conditions during the first decade of the new millennium and compared those to conditions of the twentieth century. Emphasis was also given to climate-hydrology links in recognition that growing human populations in the Southwest are placing greater demands on water resources, demands that may create new vulnerabilities in the face of a varying climate. This hydroclimate assessment is also cognizant of concerns regarding human-induced climate change. Human-induced climate change for some variables (especially temperature) has already been detected on global to continental scales, and a human-induced change appears to now be emerging in the Southwest for some hydrology-sensitive variables (such as late wintertime elevated minimum temperatures, which accelerate runoff timing). Human-induced climate change since 1950 has also been detected at a regional scale over the greater western United States. These include detectable effects on hydrology as a consequence of warmer temperatures, reduced spring snowpack, and earlier runoff for a region that includes the Colorado Rocky Mountains and Sierra Nevada, but also the Cascades, Blue Mountains of Oregon, and the northern Rockies of Idaho and Montana. However, a scientific study, using advanced methods of detection and attribution, focused directly on the particular six-state Southwest region of this report, and including data updated through 2010, has not yet been conducted.

This assessment offers a reliable broad-scale view of meteorological and hydrological conditions over the Southwest as a whole, but the reader should be aware that confidence is considerably lower with respect to how local conditions have varied. This is a consequence of sparse observational networks (in time and space), poor monitoring of some key physical processes that connect climate and hydrology (such as high-elevation conditions, soil-moisture conditions, and groundwater variation), and a limited understanding of how weather, climate, and hydrology link at such scales.

If increasing confidence in quantifying how local conditions have varied is desirable, then there is a need for enhanced and especially more abundant observations to better monitor these processes at scales that are informative with respect to terrain. Enhanced monitoring is needed throughout the Southwest, particularly with respect to the water cycle. Augmented capabilities would address the occurrence of heavy precipitation during winter storms and summer convection (thunderstorms), precipitation falling as rain versus snow, rain-on-snow events, snowpack formation and melt off, and basin-scale runoff efficiency (the ratio of precipitation that infiltrates as groundwater as compared to runoff).

In addition to such enhanced data collection efforts, ongoing scientific assessments are needed that connect these data through physically based attribution studies. These would require improved climate and hydrological modeling at scales consistent with resolving the effects of terrain on weather and climate patterns throughout the Southwest. They would also require improved representation of physical processes such as atmospheric convection, evapotranspiration, snowpack formation, and runoff production. Efforts to improve monitoring must be complemented by improvements in our ability to detect and attribute changes in climate conditions and hydrology throughout the Southwest for years to decades. Attention to variations and changes in the region's water cycle, informed by these more precise and extensive science, modeling, and monitoring efforts, will allow us to create better early warning systems for the region and to also identify effective adaptation and mitigation strategies to address climate-change impacts (e.g. Ralph et al. 2011).

## References

Ababneh, L. 2008. Bristlecone pine paleoclimatic model for archeological patterns in the White Mountain of California. *Quaternary International* 188:9–78.

Alley, W. 1984. The Palmer Drought Severity Index: Limitations and assumptions. *Journal of Climatology and Applied Meteorology* 23:1100–1109.

Anderson, L. 2011. Holocene record of precipitation seasonality from lake calcite [18]O in the central Rocky Mountains, United States. *Geology* 39:211–214.

Asmerom, Y., V. Polyak, S. Burns, and J. Rassmussen. 2007. Solar forcing of Holocene climate: New insights from a speleothem record, southwestern United States. *Geology* 35:1–4.

Bard, E., G. Raisbeck, F. Yiou, and J. Jouzel. 2000. Solar irradiance during the last millennium based on cosmogenic nucleides. *Tellus* 52B: 985–992.

Barnett, T. P., and D. W. Pierce. 2008. When will Lake Mead go dry? *Water Resources Research* 44: W03201, doi:10.1029/2007WR006704.

—. 2009. Sustainable water deliveries from the Colorado River in a changing climate. *Proceedings of the National Academy of Sciences* 106:7334–7338.

Barnett, T. P., D. W. Pierce, H. Hidalgo, C. Bonfils, B. Santer, T. Das, G. Bala, et al. 2008. Human-induced changes in the hydrology of the western United States. *Science* 319:1080–1083, doi:10.1073/pnas.0812762106

Benson, L.V., 1999. Records of millennial-scale climate change from the Great Basin of the western United States. In *Mechanisms of global climate change at millennial time scales*, ed. P. Clark, R. Webb, and L. Keigwin, 203–225. Geophysical Monograph Series 112. Washington, DC: American Geophysical Union.

Bonfils, C., B. D. Santer, D. W. Pierce, H. G. Hidalgo, G. Bala, T. Das, T.P. Barnett, et al. 2008. Detection and attribution of temperature changes in the mountainous western United States. *Journal of Climate* 21:6404–6424.

Bonnin, G. M., K. Maitaria, and M. Yekta. 2011. Trends in rainfall exceedances in the observed record in selected areas of the United States. *Journal of the American Water Resources Association* 46:344–353, doi:10.1111/j.1752-1688.2011.00603.x.

Cayan, D. R., S. A. Kammerdiener, M. D. Dettinger, J. M. Caprio, and D. H. Peterson. 2001. Changes in the onset of spring in the western United States. *Bulletin of the American Meteorological Society* 82:399–415.

Cayan, D. R., T. Das, D. W. Pierce, T. P. Barnett, M. Tyree, and A. Gershunov. 2010. Future dryness in the southwest US and the hydrology of the early 21st century drought. *Proceedings of the National Academy of Sciences* 107:21271-21276, doi:10.1073/pnas.0912391107.

Christensen, N. S., and D. P. Lettenmaier. 2007. A multimodel ensemble approach to assessment of climate change impacts on the hydrology and water resources of the Colorado River Basin. *Hydrology and Earth System Sciences* 11:1417–1434.

Cook, E. R., C. Woodhouse, C. M. Eakin, D. M. Meko, and D. W. Stahle. 2004. Long-term aridity changes in the western United States. *Science* 306:1015–1018.

Cook, E. R., R. Seager, R. R. Heim, R. S. Vose, C. Herweijer, and C. Woodhouse. 2009. Mega-droughts in North America: Placing IPCC projections of hydroclimatic change in a long-term paleoclimate context. *Journal of Quaternary Science* 25:48–61, doi: 10.1002/jqs.1303.

Dai, A. 2011. Characteristics and trends in various forms of the Palmer Drought Severity Index (PDSI) during 1900-2008. *Journal of Geophysical Research* 116: D12115, doi:10.1029/2010JD015541.

Daly, C. 2006. Guidelines for assessing the suitability of spatial climate data sets. *International Journal of Climatology* 26:707–721.

Daly, C., M. Halbleib, J. I. Smith, W. P. Gibson, M. K. Doggett, G. H. Taylor, J. Curtis, and P. A. Pasteris. 2008. Physiographically-sensitive mapping of temperature and precipitation across the conterminous United States. *International Journal of Climatology* 28:2031–2064.

Dettinger, M. D., and D. R. Cayan. 1995. Large-scale atmospheric forcing of recent trends toward early snowmelt runoff in California. *Journal of Climate* 8:606–623.

Fall, S., A. Watts, J. N. Gammon, E. Jones, D. Niyogi, J. Christy, and R. Pielke Sr. 2011. Analysis of the impacts of station exposure on the U.S. Historical Climatology Network temperatures and temperature trends. *Journal of Geophysical Research* 116: D14120.

Fritze, H., I. T. Stewart, and E. Pebesma. 2011. Shifts in western North American runoff regimes for the recent warm decades. *Journal of Hydrometeorology* 12:989–1006.

Fulp, T. 2005. How low can it go? *Southwest Hydrology* 4 (2):16–17, 28.

Gershunov, A., and T. P. Barnett. 1998. Interdecadal modulation of ENSO teleconnections. *Bulletin of the American Meteorological Society* 79:2715–2725.

Graumlich, L. J. 1993. A 1000-year record of temperature and precipitation in the Sierra Nevada. *Quaternary Research* 39:249–255.

Grissino-Mayer, H., 1996. A 2129-year reconstruction of precipitation for northwestern New

Mexico, U.S.A. In *Tree Rings, environment and humanity: Proceedings of the international conference, Tucson, Arizona, 17-21 May 1994*, ed. J. S. Dean, D. M. Meko, and T. W. Swetnam, 191-204. Tucson, AZ: Radiocarbon, Dept. of Geosciences, University of Arizona.

Groisman, P. V., R. W. Knight, T. R. Karl, D. R. Easterling, B. Sun, and J. H. Lawrimore. 2004. Contemporary changes of the hydrological cycle over the contiguous United States: Trends derived from in situ observations. *Journal of Hydrometeorology* 5:64–85, doi: 10.1175/1525–7541.

Hidalgo, H. G., T. Das, M. D. Dettinger, D. R. Cayan, D. W. Pierce, T. P. Barnett, G. Bala, et al. 2009. Detection and attribution of stream flow timing changes to climate change in the western United States. *Journal of Climate* 22:3838–3855, doi:10.1175/2009JCLI2470.1.

Hirsch, R. M., and K. R. Ryberg. 2011. Has the magnitude of floods across the USA changed with global $CO_2$ levels? *Hydrological Sciences Journal* 57:1–9, doi:10.1080/02626667.2011.621895.

Hoerling, M., J. Eischeid, and J. Perlwitz. 2010. Regional precipitation trends: Distinguishing natural variability from anthropogenic forcing. *Journal of Climate* 23:2131–2145.

Hoerling, M. P., and A. Kumar. 2003. The perfect ocean for drought. *Science* 299:691–694.

Kahya, E., and J. A. Dracup. 1993. U.S. streamflow patterns in relation to the El Niño/Southern Oscillation. *Water Resources Research* 29:2491–2503.

Knowles, N., M. D. Dettinger, and D. R. Cayan, 2006. Trends in snowfall versus rainfall in the western United States. *Journal of Climate* 19:4545–4559.

Kunkel, K. E., D. R. Easterling, K. Hubbard, and K. Redmond. 2004. Temporal variations in frost-free season in the United States: 1895–2000. *Geophysical Research Letters* 31: L03201, doi:10.1029/2003GL018624.

Kunkel, K. E., D. R. Easterling, K. Redmond, and K. Hubbard. 2003. Temporal variations of extreme precipitation events in the United States: 1895–2000. *Geophysical Research Letters* 30:1900-1903, doi:10.1029/2003GL018052.

Liverman, D. M., and R. W. Merideth, Jr. 2002. Climate and society in the U.S. Southwest: The context for a regional assessment. *Climate Research* 21:199–218.

MacDonald, G. M. 2007. Severe and sustained drought in Southern California and the West: Present conditions and insights from the past on causes and impacts. *Quaternary International* 173/174:87–100, doi:10.1016/j.quaint.2007.03.012.

MacDonald, G. M., and A. M. Tingstad. 2007. Multicentennial precipitation variability and drought occurrence in the Uinta Mountains region, Utah. *Arctic, Antarctic and Alpine Research* 39:549–555.

MacDonald, G.M., K. V. Kremenetski, and H. Hidalgo. 2008. Southern California and the perfect drought: Simultaneous prolonged drought in Southern California and the Sacramento and Colorado River systems. *Quaternary International* 188:11–23, doi:10.1016/j.quaint.2007.06.027.

MacDonald, G. M., D. W. Stahle, J. Villanueva Diaz, N. Beer, S. J. Busby, J. Cerano-Paredes, J. E. Cole, et al. 2008. Climate warming and twenty-first century drought in southwestern North America. *EOS Transactions AGU* 89:82.

Mann, M. E., Z. Zhang, M. K. Hughes, R. S. Bradley, S. K. Miller, S. Rutherford, and F. Ni. 2008. Proxy-based reconstructions of hemispheric and global surface temperature variations over the past two millennia. *Proceedings of the National Academy of Sciences* 105:13252-13257, doi:10.1073/pnas.0805721105.

McCabe, G. J., and D. M. Wolock. 2007. Warming may create substantial water supply shortages in the Colorado River Basin. *Geophysical Research Letters* 34: L22708, doi:10.1029/2007GL031764.

Meehl, G., C. Tibaldi, G. Walton, D. Easterling, and L. McDaniel. 2009. Relative increase of record high maximum temperature compared to record low minimum temperature in the US. *Geophysical Research Letters* 36: L23701, doi:10.1029/2009GL040736.

Meko, D. M. 2001. Reconstructed Sacramento River system runoff from tree rings. Report prepared for the California Department of Water Resources, July 2001.

—. 2008. Streamflow reconstruction, Rio Grande River at Otowi Ridge, 1450-2002. Prepared for the Rio Grande Basin Workshop, 30 May 2008, New Mexico State University Extension, Albuquerque, New Mexico. http://treeflow.info/riogr/riograndeotowinatural.txt.

Meko, D. M., and C. A. Woodhouse. 2005. Tree-ring footprint of joint hydrologic drought in Sacramento and Upper Colorado River Basins, western USA. *Journal of Hydrology* 308:196–213.

Meko, D. M., C. A. Woodhouse, C. A. Baisan, T. Knight, J. J. Lukas, M. K. Hughes, and M. W. Salzer. 2007. Medieval drought in the Upper Colorado River Basin. *Geophysical Research Letters* 34: L10705.

Menne, M. J., and C. N. Williams, Jr. 2009. Homogenization of temperature series via pairwise comparisons. *Journal of Climate* 22:1700–1717, doi:10.1175/2008JCLI2263.1.

Millar, C. I., J. C. King, R. D. Westfall, H. A. Alden, and D. L. Delany. 2006. Late Holocene forest dynamics, volcanism, and climate change at Whitewing Mountain and San Joaquin Ridge, Mono County, Sierra Nevada, CA, USA. *Quaternary Research* 66:273–287.

Milly, P. C. D., K. A. Dunne, and A. V. Vecchia. 2005. Global pattern of trends in streamflow and water availability in a changing climate. *Nature* 438:347–350.

Mote, P. W., A. F. Hamlet, M. P. Clark, and D. P. Lettenmaier. 2005. Declining mountain snowpack in western North America. *Bulletin of the American Meteorological Society* 86:39–49.

Muhs, D. R., T. W. Stafford, J. B. Swinehart, S. D. Cowherd, S. A. Mahan, C. A. Bush, R. F. Madole, and P. B. Maat. 1997. Late Holocene eolian activity in the mineralogically mature Nebraska Sand Hills. *Quaternary Research* 48:162–176.

Ni, F., T. Cavazos, M. K. Hughes, A. C. Comrie, and G. Funkhouser, 2002. Cool-season precipitation in the southwestern USA since AD 1000: Comparison of linear and nonlinear techniques for reconstruction. *International Journal of Climatology* 22:1645–1662.

Palmer, W. C. 1965. *Meteorological drought.* Research Paper No. 45. Washington, DC: U.S. Weather Bureau.

Pederson, G. T., S. T. Gray, C. A. Woodhouse, J. L. Betancourt, D. B. Fagre, J. S. Littell, E. Watson, B. H. Luckman, and L. J. Graumlich. 2011. The unusual nature of recent snowpack declines in the North American Cordillera. *Science* 333:332–335, doi: 10.1126/science.1201570.

Pielke, R. Sr., N. Doesken, O. Bliss, T. Green, C. Chaffin, J. Salas, C. Woodhouse, J. Lukas, and K. Wolter. 2005. Drought 2002 in Colorado: An unprecedented drought or a routine drought? *Pure and Applied Geophysics* 162:1455–1479.

Pierce, D., T. Barnett, H. Hidalgo, T. Das, C. Bonfils, B. Santer, G. Bala, et al. 2008. Attribution of declining western US snowpack to human effects. *Journal of Climate* 21:6425–6444, doi:10.1175/2008JCLI2405.1.

Rajagopalan, B., K. Nowak, J. Prairie, M. Hoerling, B. Harding, J. Barsugli, A. Ray, and B. Udall. 2009. Water supply risk on the Colorado River: Can management mitigate? *Water Resources Research* 45: W08201, doi:10.1029/2008WR007652.

Ralph, F. M., M. D. Dettinger, A. White, D. Reynolds, D. Cayan, T. Schneider, R. Cifelli, et al. 2011. A vision of future observations for western US extreme precipitation events and flooding: Monitoring, prediction and climate. Report to the Western States Water Council, Idaho Falls.

Redmond, K. T., and R. W. Koch. 1991. Surface climate and streamflow variability in the western United States and their relationship to large scale circulation indices. *Water Resources Research* 27:2381–2399, doi:10.1029/91WR00690.

Regonda, S. K., B. Rajagopalan, M. Clark, and J. Pitlick. 2005. Seasonal cycle shifts in hydroclimatology over the western United States. *Journal of Climate* 18:372–384.

Roos, M. 1991. A trend of decreasing snowmelt runoff in Northern California. In *Proceedings of the 59th Western Snow Conference, April 12-15, 1991, Juneau, Alaska*, 29–36. Juneau, AK: Western Snow Conference.

Ropelewski, C. F., and M. S. Halpert. 1986. North American precipitation and temperature patterns associated with the El Niño/Southern Oscillation (ENSO). *Monthly Weather Review* 114:2352–2362.

Routson, C. C., C. Woodhouse, and J. T. Overpeck. 2011. Second century megadrought in the Rio Grande headwaters, Colorado: How unusual was medieval drought? *Geophysical Research Letters* 38: L22703, doi:10.1029/2011GL050015.

Salzer, M. W., and K. F. Kipfmueller. 2005. Reconstructed temperature and precipitation on a millennial timescale from tree rings in the southern Colorado Plateau, USA. *Climatic Change* 70:465–487.

Salzer, M., M. Hughes, A. Bunn, and K. Kipfmueller. 2009. Recent unprecedented tree-ring growth in bristlecone pine at the highest elevations and possible causes. *Proceedings of the National Academy of Sciences* 106:20348–20353.

Seager, R., R. Burgman, Y. Kushnir, A. Clement, E. R. Cook, N. Naik, and J. Miller. 2008. Tropical Pacific forcing of North American medieval megadroughts: Testing the concept with an atmosphere model forced by coral reconstructed SSTs. *Journal of Climate* 21:6175–6190.

Stahle, D. W., E. R. Cook, M. K. Cleaveland, M. D. Therrell, D. M. Meko, H. D. Grissino-Mayer, E. Watson, and B. H. Luckman. 2000. Tree-ring data document 16th century megadrought over North America. *EOS Transactions AGU* 81:121, doi:10.1029/00EO00076.

Stegner, W. 1987. *The American West as living space*. Ann Arbor: University of Michigan Press.

Stevens, M. B., J. F. González-Rouco, and H. Beltrami. 2008. North American climate of the last millennium: Underground temperatures and model comparison. *Journal of Geophysical Research* 113: F01008, doi: 10.1029/2006JF000705.

Stewart, I., D. Cayan, and M. Dettinger. 2005. Changes towards earlier streamflow timing across western North America. *Journal of Climate* 18:1136–1155.

Stine, S. 1994. Extreme and persistent drought in California and Patagonia during mediaeval time. *Nature* 369:546–549.

Tingstad, A. H., and G. M. MacDonald. 2010. Long-term relationships between ocean variability and water resources in northeastern Utah. *Journal of the American Water Resources Association* 46:987–1002.

Touchan, R., C. Woodhouse, D. Meko, and C. Allen. 2010. Millennial precipitation reconstruction for the Jemez Mountains, New Mexico, reveals changing drought signal. *International Journal of Climatology* 31:896–906.

Woodhouse, C.A., and P. M. Brown. 2001. Tree-ring evidence for Great Plains drought. *Tree-Ring Research* 57:89–103.

Woodhouse, C. A., 2003. A 431-year reconstruction of western Colorado snowpack. *Journal of Climate* 16:1551–1561.

Woodhouse, C. A., D. M. Meko, G. M. MacDonald, D. W. Stahle, and E. R. Cook. 2010. A 1,200-year perspective of 21st century drought in southwestern North America. *Proceedings of the National Academy of Sciences* 107:21283–21288, doi:10.1073/pnas.0911197107.

Woodhouse, C. A., G. T. Pederson, and S. T. Gray. 2011. An 1800-year record of decadal-scale hydroclimatic variability in the Upper Arkansas River Basin from bristlecone pine. *Quaternary Research* 75:483–490, doi:10.1016/j.yqres.2010.12.007.

Yarnal, B., and H. F. Diaz. 1986. Relationships between extremes of the Southern Oscillation and the winter climate of the Anglo-American Pacific Coast. *Journal of Climate* 6:197–219.

## Appendix

**Table A5.1** Comparison of annual surface temperatures in the Southwest

### NCDC AVERAGE TEMPERATURE

| | 1901–2000 6-State Avg. | | 2001–2010 Decadal | | |
|---|---|---|---|---|---|
| Season | Mean °F (°C) | Std.Dev. °F (°C) | Mean °F (°C) | Anom °F (°C) | Rank |
| DJF | 36.0 (2.2) | 0.7 (0.4) | 36.7 (2.6) | +0.7 (0.4) | 2 |
| MAM | 51.3 (10.7) | 0.9 (0.5) | 52.9 (11.6) | +1.6 (0.9) | 1 |
| JJA | 70.9 (21.6) | 0.7 (0.4) | 72.9 (22.7) | +2.0 (1.1) | 1 |
| SON | 54.1 (12.3) | 0.5 (0.3) | 55.4 (13.0) | +1.3 (0.7) | 1 |
| Annual | 53.0 (11.7) | 0.7 (0.4) | 54.5 (12.5) | +1.4 (0.8) | 1 |

### STATION-ADJUSTED AVERAGE TEMPERATURE

| | 1901–2000 6-State Avg. | | 2001–2010 Decadal | | |
|---|---|---|---|---|---|
| Season | Mean °F (°C) | Std.Dev. °F (°C) | Mean °F (°C) | Anom °F (°C) | Rank |
| DJF | 36.7 (2.6) | 0.7 (0.4) | 37.2 (2.9) | +0.5 (0.3) | 2 |
| MAM | 52.2 (11.2) | 0.9 (0.5) | 53.6 (12) | +1.4 (0.8) | 1 |
| JJA | 71.2 (21.8) | 0.7 (0.4) | 72.7 (22.6) | +1.4 (0.8) | 1 |
| SON | 55.0 (12.8) | 0.5 (0.3) | 55.9 (13.3) | +0.9 (0.5) | 1 |
| Annual | 53.8 (12.1) | 0.5 (0.3) | 54.9 (12.7) | +1.1 (0.6) | 2 |

### STATION-UNADJUSTED AVERAGE TEMPERATURE

| | 1901–2000 6-State Avg. | | 2001–2010 Decadal | | |
|---|---|---|---|---|---|
| Season | Mean °F (°C) | Std.Dev. °F (°C) | Mean °F (°C) | Anom °F (°C) | Rank |
| DJF | 37.2 (2.9) | 0.5 (0.3) | 37.4 (3) | +0.2 (0.1) | 4 |
| MAM | 52.9 (11.6) | 0.7 (0.4) | 54.0 (12.2) | +1.1 (0.6) | 1 |
| JJA | 71.8 (22.1) | 0.7 (0.4) | 73.0 (22.8) | +1.3 (0.7) | 1 |
| SON | 55.6 (13.1) | 0.4 (0.2) | 56.3 (13.5) | +0.7 (0.4) | 1 |
| Annual | 54.3 (12.4) | 0.5 (0.3) | 55.2 (12.9) | +0.9 (0.5) | 2 |

Note: Temperatures are averaged for the decade 2001–2010 versus 1901–2000; there is also a ranking of the 2001–2010 decadal averages relative to the ten individual decades of the twentieth century. The Southwest is comprised of Arizona, California, Colorado, Nevada, New Mexico, and Utah.

Sources: National Climatic Data Center, climate division, station-based adjusted, and station-based unadjusted data (http://www.ncdc.noaa.gov/oa/ncdc.html).

**Table A5.2** Comparison of annual precipitation in the Southwest

### PRISM PRECIPITATION

| | 1901–2000 6-State Avg. | | 2001–2010 Decadal | | |
|---|---|---|---|---|---|
| Season | Mean inches (mm) | Std.Dev.inches (mm) | Mean inches (mm) | Anom inches (mm) | Rank |
| DJF | 5.1 (129) | 0.4 (10) | 5.2 (133) | +0.2 (4) | 5 |
| MAM | 3.8 (97) | 0.3 (8) | 3.4 (87) | -0.4 (10) | 10 |
| JJA | 3.3 (83) | 0.3 (7) | 3.0 (77) | -0.2 (6) | 9 |
| SON | 3.3 (85) | 0.4 (10) | 3.2 (82) | -0.1 (3) | 6 |
| Annual | 15.6 (395) | 0.8 (20) | 15.0 (380) | -0.6 (15) | 8 |

### NCDC CLIMATE DIVISION PRECIPITATION

| | 1901–2000 6-State Avg. | | 2001–2010 Decadal | | |
|---|---|---|---|---|---|
| Season | Mean inches (mm) | Std.Dev.inches (mm) | Mean inches (mm) | Anom inches (mm) | Rank |
| DJF | 4.7 (120) | 0.4 (11) | 4.8 (122) | +0.04 (1) | 5 |
| MAM | 3.5 (90) | 0.3(8) | 3.0 (77) | -0.5 (13) | 10 |
| JJA | 3.3 (85) | 0.3 (7) | 3.0 (77) | -0.3 (8) | 9 |
| SON | 3.2 (82) | 0.4 (10) | 3.0 (76) | -0.2 (6) | 9 |
| Annual | 14.8 (377) | 0.8 (21) | 14.1 (359) | -0.7 (18) | 10 |

### NCDC STATION PRECIPITATION

| | 1901–2000 6-State Avg. | | 2001–2010 Decadal | | |
|---|---|---|---|---|---|
| Season | Mean inches (mm) | Std.Dev.inches (mm) | Mean inches (mm) | Anom inches (mm) | Rank |
| DJF | 6.0 (153) | 0.5 (13) | 6.1 (154) | +0.04 (1) | 6 |
| MAM | 4.1 (104) | 0.4 (9) | 3.6 (91) | -0.6 (14) | 10 |
| JJA | 3.3 (85) | 0.4 (9) | 3.0 (76) | -0.4 (9) | 8 |
| SON | 3.5 (90) | 0.5 (12) | 3.3 (84) | -0.2 (6) | 8 |
| Annual | 16.9 (429) | 0.8 (20) | 16.4 (417) | -0.5 (13) | 7 |

Note: Precipitation is averaged for the decade 2001–2010 versus 1901–2000 along with a ranking of the 2001–2010 decadal averages relative to the ten individual decades of the twentieth century.
Sources: PRISM (PRISM Climate Group, Oregon State University, http://prism.oregonstate.edu); National Climatic Data Center (NCDC), climate division, and station-based data (http://www.ncdc.noaa.gov/oa/ncdc.html).



**Figure A5.1** The 1901–2010 trends in annual averaged daily temperature (TAVG, top), daily maximum temperature (TMAX, second panel), and daily minimum temperature (TMIN, third panel). Units are the change in °C/110yrs, and stronger positive (negative) trends shown in red (blue). Bottom panel is the 1901–2010 trend in annual averaged precipitation. Units are the total change expressed as percent of annual climatology, and positive (negative) trends are shown in green (orange). Larger circle sizes denote greater magnitude trends. Trends are computed at station locations using the GHCN (Version 3) raw monthly (unadjusted) data.  Results are shown only for locations having at least 90 years of available data. Filled stations denote statistically significant trends at 95% confidence based on a parametric t-statistic. Stations with temperature (precipitation) changes less than 0.5°C (5%) are denoted with a + symbol. The fraction of stations with significant trends is 61%, 40%, and 63% for TAVG, TMAX, and TMIN respectively. The fraction of stations with significant trends in precipitation is 16%. Source: Menne and Williams (2009).

## Endnotes

i    Tables 5.1 and 5.2 present temperature and precipitation conditions for the first decade of the twenty-first century, respectively, and compare those conditions against 100-year averages of the previous century. Shown also are the rankings of the recent decadal conditions relative to the ten decades of the twentieth century, both for the Southwest as a whole and for the six individual states comprising the region. The tables assess average temperature, maximum temperature, minimum temperature, and precipitation. The data are based on the monthly PRISM analysis (Daly 2006) which incorporates physiographic features (e.g., complex topography and coastal zones) in the process of generating climate grids from available in situ data, the consequence of which is to substantially improve analyses in the Western United States relative to other climate analyses (Daly et al. 2008).

ii    Data used in Tables 5.1 and 5.2 are based on 2.5 mile (4km) resolution PRISM analyses (data available at: http://www.prism.oregonstate.edu/products/matrix.phtml?view=data). For purposes of long period trend estimates, we present diagnoses conducted at station locations, rather than from gridded data, and examine those sites that possess historical observations spanning most of the 1901–2010 period.

iii    The trends were calculated at station locations based on Global Historical Climate Network (GHCN) Version 3 (Menne and Williams 2009; data available at http://www.ncdc.noaa.gov/ghcnm/v3.php).

iv    Another measure of heat and cold waves is discussed in Chapter 7, Sections 7.2 and 7.3.

v    Drought is defined here as having at least a -1 (or lower) PDSI intensity.

vi    These included the Southwest as well as drainage basins in the Cascades, Blue Mountains of Oregon, and the northern Rockies of Idaho and Montana.

vii    Analysis of a subset of the Cook et al. dataset, covering only the Southwest region, shows DAI variability across the Southwest over the last 1,200 years to be very similar to that across the larger area depicted in Figure 5.7.

# Chapter 6

# Future Climate: Projected Average

## COORDINATING LEAD AUTHOR

Daniel R. Cayan (Scripps Institution of Oceanography, University of California, San Diego and U.S. Geological Survey)

## LEAD AUTHORS

Mary Tyree (Scripps Institution of Oceanography, University of California, San Diego), Kenneth E. Kunkel (NOAA Cooperative Institute for Climate and Satellites, North Carolina State University and National Climate Data Center), Chris Castro (University of Arizona), Alexander Gershunov (Scripps Institution of Oceanography, University of California, San Diego), Joseph Barsugli (University of Colorado, Boulder, CIRES), Andrea J. Ray (NOAA), Jonathan Overpeck (University of Arizona), Michael Anderson (California Department of Water Resources), Joellen Russell (University of Arizona), Balaji Rajagopalan (University of Colorado), Imtiaz Rangwala (University Corporation for Atmospheric Research), Phil Duffy (Lawrence Livermore National Laboratory)

## EXPERT REVIEW EDITOR

Mathew Barlow (University of Massachusetts, Lowell)

## Executive Summary

This chapter describes possible climate changes projected to evolve during the twenty-first century for the Southwest United States, as compared to recent historical climate. It focuses on how climate change might affect longer-term aspects of the climate in the

---

**Chapter citation:** Cayan, D., M. Tyree, K. E. Kunkel, C. Castro, A. Gershunov, J. Barsugli, A. J. Ray, J. Overpeck, M. Anderson, J. Russell, B. Rajagopalan, I. Rangwala, and P. Duffy. 2013. "Future Climate: Projected Average." In *Assessment of Climate Change in the Southwest United States: A Report Prepared for the National Climate Assessment*, edited by G. Garfin, A. Jardine, R. Merideth, M. Black, and S. LeRoy, 101–125. A report by the Southwest Climate Alliance. Washington, DC: Island Press.

Southwest and is closely related to Chapter 7, which is concerned with the implications of climate change on shorter period phenomena, especially extreme events. The projections derive from the outcomes of several global climate models, and associated "downscaled" regional climate simulations, using two emissions scenarios ("A2" or "high-emissions," and "B1" or "low-emissions") developed by the Intergovernmental Panel on Climate Change (IPCC) *Special Report on Emissions Scenarios* (SRES; Nakićenović and Swart 2000). The key findings are:

- Temperatures at the earth's surface in the Southwest will rise substantially (by more than 3°F [1.7°C] over recent historical averages) over the twenty-first century from 2001–2100. (high confidence)

- The amount of temperature rise at the earth's surface in the Southwest will be higher in summer and fall than winter and spring. (medium-high confidence)

- Climate variations of temperature and precipitation over short periods (year-to-year and decade-to-decade) will continue to be a prominent feature of the Southwest climate. (high confidence)

- There will be lower precipitation in the southern portion of the Southwest region and little change or increasing precipitation in the northern portion. (medium-low confidence)

- There will be a reduction of Southwest mountain snowpack during February through May from 2001 through 2100, mostly because of the effects of warmer temperature. (high confidence)

- Substantial parts of the Southwest region will experience reductions in runoff and streamflow from the middle to the end of the twenty-first century. (medium-high confidence)

## 6.1 Global Climate Models: Statistical and Dynamical Downscaling

Global climate models (GCMs) are the fundamental drivers of regional climate-change projections (IPCC 2007). GCMs allow us to characterize changes in atmospheric circulation associated with human causes at global and continental scales. However, because of the planetary scope of the GCMs, their resolution, or level of detail, is somewhat coarse. A typical GCM grid spacing is about 62 miles (100 km) or greater, which is inadequate for creating projections and evaluating impacts of climate change at a regional scale. Thus, a "downscaling" procedure is needed to provide finer spatial detail of the model results.

   Downscaling is done in two ways—statistical (or empirical) downscaling and dynamical downscaling—each with its inherent strengths and weaknesses. Statistical downscaling relates historical observations of local variables to large-scale measures. For climate modeling, this means taking the observed relationship of atmospheric circulation and regional-scale surface data of interest (temperature and precipitation) and applying those empirical relationships to GCM data for some future period (Wilby et al. 2004; Maurer et al. 2010). Many of the results shown here, involving projected temperature and precipitation, are based upon a "bias correction and spatial downscaling"

(BCSD) method (Maurer et al. 2010).[i] "Bias" is a statistical term reflecting systematic error. The main advantage of statistical downscaling is that it is computationally simple, so a relatively large number of GCMs and greenhouse gas emission scenarios may be considered for a more robust characterization of statistical uncertainty (Maurer et al. 2010).[ii]

In contrast, dynamical downscaling produces climate information by use of a limited-area, regional climate model (RCM) driven by the output from a global climate model (Mearns et al. 2003; Laprise et al. 2008). Dynamical RCMs, similar to GCMs, are numerical representations of the governing set of equations that describe the climate system and its evolution through time over a particular region. Though use of a physically based process model at a grid spacing of tens (rather than hundreds) of kilometers is substantially more computationally expensive, the method has two advantages over statistical downscaling. Climate stationarity (the concept that past climatic patterns are a reasonable representation of those in the future) is not assumed and the influence of complex terrain on the climate of the western United States is better represented (Mearns et al. 2003), improving the simulation of precipitation from winter storms (Ikeda et al. 2010) and thunderstorms during the summer monsoon (Gutzler et al. 2005). However, because of their cost, long runs (lengthy computer processing) of regional climate simulations generally are not undertaken. In addition, each regional model contains some degree of bias, so statistical adjustments are almost always required. In other words, regardless of whether statistical or dynamical downscaling is pursued, bias-correction of GCM or GCM-RCM output is a necessary part of the process.

In this chapter, we use the "variable infiltration capacity" (VIC) model (Liang et al. 1994) to derive land-surface hydrological variables that are consistent with the downscaled forcing data.[iii] The VIC model has been applied in many studies of hydrologic impacts of climate variability and change (e.g. Wood et al. 2004; Das et al. 2009).

## 6.2 Climate Scenarios

Following the lead of the U.S. National Climate Assessment, the *Special Report on Emissions Scenarios* A2 ("high emissions") and B1 ("low emissions") scenarios (IPCC 2007) are employed here (see endnote iii in Chapter 2).

The choice of the high (A2) and low (B1) emissions scenarios was also guided by the need to span a range of GHG emissions and the availability of a reasonably large number of GCM simulations. GCMs, to varying degrees, capture average recent historical climate and a statistical representation of its variability over the Southwest (Ruff, Kushnir, and Seager 2012) and to some extent key regions such as the tropical Pacific that are known to drive important climate variations in the Southwest region (Dai 2006; IPCC 2007; Cayan et al. 2009). Many applications employ multiple model simulations, made for one or more GHG emissions scenario using one or more GCMs, which are generally referred to as an ensemble. Beyond this, however, it has been shown (Pierce et al. 2009; Santer et al. 2009) that a model's performance in simulating characteristics of observed climate is not a very useful measure of how well it will simulate future climate under climate change. Because of this, it is better to draw upon a number of simulations to construct a possible distribution of climate change; i.e., it is important to consider results from several climate models rather than to rely on just a few.

## 6.3 Data Sources

Projected climate for the *Assessment of Climate Change in the Southwest United States* is based on a series of GCM and downscaled projection data sets. A set of CMIP3[iv] GCM outputs, from fifteen GCMs (used in an initial set of experiments) and sixteen GCMs (used in later experiments) that were identified in the 2009 NCA report, provided a core set of thirty and thirty-two climate simulations, respectively. Each GCM simulated one high- and one low-emissions scenario. Only one simulation for each individual GCM-emissions scenario pairing was included. The GCMs provide historical simulations in addition to projected twenty-first-century climate simulations based on the high- and low-emissions scenarios.

Statistical downscaled monthly temperature and precipitation data from the sixteen GCMs using the BCSD method were employed. These data are at a horizontal resolution of 1/8° (roughly 7.5-mile [12-km] resolution), covering the period of 1950–2099 (Maurer, Brekke et al. 2007; Gangopadhyay et al. 2011).

Dynamical downscaled simulations from the multi-institutional North American Regional Climate Change Assessment Program (NARCCAP; Mearns et al. 2009) were used. At this time, there are nine high-emissions simulations available using different combinations of a regional climate model driven by a global climate model. Each simulation includes the periods of 1971–2000 and 2041–2070 for the high-emissions scenario only, and is at a horizontal resolution of approximately 31 miles (50 km).

Peer-reviewed and publicly available hydrologic projections (Gangopadhyay et al. 2011) are associated with the same BCSD CMIP3 climate projections that are supporting evaluations in this chapter. Hydrologic simulations using the VIC model from each of the sixteen historical BCSD simulations, sixteen high-emissions BCSD simulations, and sixteen low-emissions BCSD simulations were employed.

## 6.4 Temperature Projections

There is high confidence that climate will warm substantially over the twenty-first century, as all of the projected GCM and associated downscaled simulations exhibit progressive warming over the Southwest United States. Within the modeled historical simulations, the model warming begins to become distinguished from the range of natural variability in the 1970s; similar warming is also found in observed records and appears, partially, to be a response to the effects of GHG increases (Barnett et al. 2008; Bonfils et al. 2008). Concerning the projected climate, in the early part of the twenty-first century, the warming produced by the high-emissions scenario is not much greater than that of the low-emissions scenario; there is considerable overlap between the high- and low-emissions scenario results. But by the mid-2000s, as GHG concentrations under the high-emissions scenario become considerably higher than those in the low-emissions scenario, warming in the high-emissions simulations becomes increasingly greater than those from the low-emissions scenario. The projected rate of warming is substantially greater than the historical rates estimated from observed temperature records in California (Bonfils et al. 2008).

Maps showing the sixteen CMIP3 ensemble mean annual temperature changes for three future time periods (2035, 2055, 2085) and two emissions scenarios (high and low)

are shown in Figure 6.1. The three periods show successively higher temperatures than the model-simulated historical mean for 1971–2000. Spatial variations are relatively small, especially for the low-emissions scenario. Changes along the coastal zone are noticeably smaller than inland areas (see also Cayan et al. 2009; Pierce et al. 2012). Also, the warming tends to be slightly greater in the north, especially in the states of Nevada, Utah, and Colorado. Warming increases over time, and also increases between the high- and low-emissions scenarios for each respective period as shown in the thirty-year early-, mid-, and late-twenty-first century plots in Figure 6.2 for the aggregated six-state region that defines the Southwest. Figure 6.3 shows the mean seasonal changes for each future time period for the high-emissions scenario, averaged over the entire Southwest region for fifteen CMIP3 models. For the low-emissions scenario, the amount of annual warming ranges between 1°F and 3°F (0.6°C to 1.7°C) for the period, 2021–2050; over 1°F



**High-emissions scenario**     **Low-emissions scenario**

2021–2050     2021–2050

2041–2070     2041–2070

2070–2099     2070–2099

**Figure 6.1 Projected temperature changes for the high (A2) and low (B1) GHG emission scenario models.** Annual temperature change (°F) from historical (1971–2000) for early- (2021–2050; top), mid- (2041–2070; middle) and late- (2070–2099; bottom) twenty-first century periods. Results are the average of the sixteen statistically downscaled CMIP3 climate models. Source: Nakićenović and Swart (2000), Mearns et al. (2009).

0     4     8

Amount of warming (°F)

to 4°F (0.6°C to 2.2°C) for 2041–2070; and 2°F to 6°F (1.1°C to 3.3°C) for 2070–2099. For the high-emissions scenario, values range slightly higher, from about 2°F to 4°F (1.1°C to 2.2°C) for 2021–2050; 2°F to 6°F (1.1°C to 3.3°C) for 2041–2070; and are much higher, a 5°F to 9°F (2.8°C to 5°C) range, by 2070–2099. For 2055, the average temperature change simulated by the NARCCAP models (4.5°F, or 2.5°C) is close to the mean of the CMIP3 GCMs for the high-emissions scenario.



**Figure 6.2 Mean annual temperature changes (°F; left) and precipitation changes (%; right) for early-, mid- and late-twenty-first-century time periods.** Temperature changes and precipitation changes are with respect to the simulations' reference period of 1971–2000 for 15 CMIP3 models, averaged over the entire Southwest region for the high (A2) and low (B1) emissions scenarios. Also shown are results for the NARCCAP simulations for 2041–2070 and the four GCMs used in the NARCCAP experiment (A2 only). The small plus signs are values for each individual model and the circles depict the overall means. Source: Nakicenovic and Swart (2000), Mearns et al. (2009).

The warming, as it emerges from the variability within and across model simulations, is shown for each of three subregions in the Southwest by the ensemble time series in Figure 6.4. Temperature increases are largest in summer, with means around 3.5°F (1.9°C) in 2021–2050, 5.5°F (3.1°C) in 2041–2070, and 9°F (5°C) in 2070–2099. The least warming is in winter, starting at 2.5°F (1.4°C) in 2021–2050 and building to almost 7°F (3.9°C) in 2070–2099. However, it is important to note that differences between individual model temperature changes are relatively large. Within a given emissions scenario, differences in the resultant mean temperature of the simulations can be attributed to differences in the models (for example, the way they represent and calculate key physical processes) and from differences across simulations resulting from the inherent



**Figure 6.3  Projected change in average seasonal temperatures (°F, left) and precipitation (% change, right) for the Southwest region for the high-emissions (A2) scenario.** A fifteen-model average of mean seasonal temperature and precipitation changes for early-, mid-, and late-twenty-first century with respect to the simulations' reference period of 1971–2000. Changes in precipitation also show the averaged 2041–2070 NARCCAP four global climate model simulations. The seasons are December–February (winter), March–May (spring), June–August (summer), and September–November (fall). Plus signs are projected values for each individual model and circles depict overall means. Source: Mearns et al. (2009).

variability of shorter-period climate fluctuations (Hawkins and Sutton 2009). The magnitude of the differences between models using the same emissions scenario is large compared to the difference in the change between seasons and to the difference between high- and low-emissions scenarios, and is comparable to that of the mean differences between the projections for the early- and late-twenty-first century.

## 6.5  Projections of Other Temperature Variables

The projected length of the annual freeze-free season increases across the region, which historically has exhibited a freeze-free season ranging from 50 to 300 days, depending on location (Figure 6.5, top). By the mid-twenty-first century (Figure 6.5, bottom, from NARCCAP simulations), the entire region exhibits increases of at least 17 additional freeze-free days, excepting parts of the California coast, which show increases of 10 to 17 days. The largest increases, more than 38 days, are in the interior far West. The freeze-free season in eastern parts of Colorado and New Mexico increases by 17 to 24 days, while in some areas along the Rocky Mountains it increases up to 30 days.



Case No. 1:20-cv-02484-MSK Document 96 filed 05/06/21 USDC Colorado pg 265 of 340

**Figure 6.4 January (left) and July (right) BCSD average temperature for California (top), the Great Basin (middle), and Colorado (bottom).** The maps show the three regions over which the temperatures were averaged. Source: Bias Corrected and Downscaled World Climate Research Programme's CMIP3 Climate Projections archive at http://gdo-dcp.ucllnl.org/downscaled_cmip3_projections/#Projections:%20Complete%20Archives.





**Figure 6.5  NARCCAP multi-model mean change in the length of the freeze-free season between 2041–2070 and 1971–2000 (top) and simulated NARCCAP climatology of the length of the freeze-free season (bottom).** Source: Mearns et al. (2009).

Heating degree days (a measurement that reflects the amount of energy needed to heat a home or structure) decrease substantially. In general, by the mid-twenty-first century as gauged from the mean of NARCCAP simulations, the entire region is projected to experience a decrease of at least 500 heating degree days per year, using a heating degree day baseline of 65°F.[v] The largest changes occur in higher-elevation areas, where the decreases are up to 1,900 heating degree days. Areas along the coast, along with southern Arizona, are projected to experience the smallest decreases in heating degree days per year.

On the other hand, cooling degree days increase over the entire Southwest region, with the warmest areas showing the largest increases and vice versa for the coolest areas. The hottest areas, such as Southern California and southern Arizona, are simulated to have the largest increase of cooling degree days per year, up to 1,000, using a 65°F

baseline. Areas east of the Rocky Mountains, as well as the California coast, show increases of 400 to 800 cooling degree days per year. Areas with the highest elevations, including the Rocky Mountains and the Sierra Nevada, have the smallest simulated increases, around 200 days or fewer. Cooling and heating requirements become acute during extreme conditions that fall into the tail of the temperature distribution—heat waves and cool outbreaks—whose future occurrences and intensity are affected by the underlying changes in the center of the distribution as described in Chapter 7.

## 6.6 Precipitation Projections

The precipitation climatology in the Southwest is marked by a large amount of spatial and temporal variability. Observed variability over time in parts of the Southwest, as scaled by mean precipitation, is greater than that in other regions of the United States (Dettinger et al. 2011), from few-day events (see Chapter 7) to scales of months, years, and decades (Cook et al. 2004; Woodhouse et al. 2010). The climate-model-projected simulations indicate that a high degree of variability of annual precipitation will continue during the coming century, as illustrated by the ensemble time series of annual total precipitation in inches shown in Figure 6.6. This suggests that the Southwest will remain susceptible to unusually wet spells and, on the other hand, will remain prone to occasional drought episodes.

To some degree, the model simulations also contain trends over the twenty-first century, as presented in Table 6.1. It is emphasized that these results have medium-low confidence, however, because the trends are generally small in comparison to the high level of shorter-period variability and the considerable variability that occurs among model simulations. As with the temperature projections, the difference in mean precipitation over a given epoch between simulations is due to internal variability, differences between model formations, and between emissions scenarios (Hawkins and Sutton 2009). The distribution of the CMIP3 multi-model median changes in annual precipitation, as a fraction of the modeled historical (1971–2000) annual mean, is shown in Figure 6.7 for the three future periods: 2021–2050 (referred to as "2035"), 2041–2070 (or "2055"), and 2070–2099 (or "2085") and for the low-emissions and high-emissions scenarios. Generally, the median changes shift from drier conditions (than historical climatology) in the south to somewhat wetter in the north. In the high-emissions simulations these changes increase in magnitude through the twenty-first century, but in the low-emissions scenario the differences over time are not as great and peak near the mid-twenty-first century, as seen in Figure 6.7 and at the right in Figure 6.2. The largest north-south percentage differences are for the high-emissions scenario in 2085, varying from an increase of 2% in the far north of the Southwest region to a decrease of 12% in the far south of the Southwest. The smallest difference occurs for the high-emissions scenario in 2035, with increases of 2% in the Nevada-Utah area, and a decrease of about 4% to 6% in areas such as Colorado, New Mexico, and California. However, in the high-emissions scenario in the late twenty-first century, weak increases are found in median precipitation in southeastern California and southern Nevada.

Figure 6.2, right panel, shows the mean annual changes in precipitation for each future time period and both emissions scenarios, averaged over the entire Southwest region for fifteen CMIP3 models. In addition, averages for the nine NARCCAP simulations and







**Figure 6.6 Water year precipitation (in inches) averaged over California (top), Great Basin (middle) and Colorado (bottom).** Source: Bias Corrected and Down-scaled World Climate Research Programme's CMIP3 Climate Projections archive at http://gdo-dcp.uclInl.org/downscaled_cmip3_projections/#Projections:%20Complete%20Archives.



**Figure 6.7 Annual precipitation change (in inches) from the historical simulation for the low-emissions scenario (left), the high-emissions scenario (middle), and percentage of historical simulation compared to the high-emissions scenario (right).** Early- (2021–2050), mid- (2041–2070) and late- (2070–2099) twenty-first century periods shown in top, middle and bottom panels. Values shown are the median of sixteen simulations downscaled via BCSD. Source: Bias Corrected and Downscaled World Climate Research Programme's CMIP3 Climate Projections archive at http://gdo-dcp.ucllnl.org/downscaled_cmip3_projections/#Projections:%20Complete%20Archives.

the four GCMs used in the NARCCAP experiment are shown for 2055 (high-emissions scenario only). All the mean changes are negative, although the values are rather small overall. For the high-emissions scenario, the CMIP3 models project average decreases of around 2% in 2035, 4% by 2055, and about 5% by 2085. The decreases for the low-emissions scenario are only slightly smaller; in 2085 the decrease is 2%, compared to 5% for high-emissions. The mean of the NARCCAP simulations is more negative than the mean of the CMIP3 GCMs or the mean of the four GCMs used in the NARCCAP experiment, although the differences are small. The range of individual model changes is large compared to the differences in the ensemble means, as also illustrated by the spread of

changes shown in Table 6.1. In fact, for all three future periods and for the two scenarios, the individual model range is larger than the differences in the CMIP3 ensemble mean changes, relative to the historical mean precipitation.

The distribution of changes in the Southwest region's mean annual precipitation for each future time period and both emissions scenarios across the fifteen CMIP3 models is shown in Figure 6.2, right panel, and in Table 6.1, which also shows the distribution of the NARCCAP simulations (for 2055, high-emissions scenario only) for comparison. For all periods and both scenarios, the CMIP3 model simulations include both increases and decreases in precipitation. For the region as a whole, most of the median values are negative, but not by much, with change values having magnitudes of 3.1% or less. The range of changes is between 15% and 30%. For example, in the high-emissions scenario, the precipitation change for 2055 varies from a low of -17% to a high of +7%. The NARC-CAP range of changes varies from -13% to -2%.

**Table 6.1** Distribution of changes in mean annual precipitation (%) for the Southwest region for the 15 CMIP3 models

| Scenario | Period | Low | 25%ile | Median | 75%ile | High |
|---|---|---|---|---|---|---|
| A2 | 2021-2050 | -10 | -3 | -2 | 2 | 5 |
| | 2041-2070 | -17 | -6 | -3 | 1 | 7 |
| | 2070-2099 | -20 | -10 | -3 | 3 | 8 |
| | NARCCAP | -13 | -7 | -3 | -3 | -2 |
| B1 | 2021-2050 | -10 | -2 | 1 | 2 | 6 |
| | 2041-2070 | -10 | -3 | -2 | 0 | 3 |
| | 2070-2099 | -10 | -5 | -1 | 1 | 10 |

Annual precipitation changes over individual regions are stronger or weaker than the aggregate Southwest, as exhibited by the median of the ensemble high-emissions and low-emissions simulations for California, the Great Basin, and the Colorado Basin regions in Figure 6.6. These reinforce the evidence from the mapped median changes in Figure 6.7, showing that the California region exhibits the greatest reduction in precipitation, while the Colorado Basin remains nearly the same as historical levels. The ensemble swarms in Figure 6.6 emphasize the importance of individual wet years in affecting longer term climatological values; at least for a few models, the wettest years grow wetter during the last half of the twenty-first century.

Considering the Southwest as a whole, a majority of the models contain different levels and even directions of change in different seasons, as shown in Table 6.2 and Figure 6.3, right panel. These include increases in winter precipitation, while for the other three seasons, most of the models simulate decreases. In the spring, all but one model

simulate decreases. In both the summer and fall, a few models produced sizeable increases in precipitation. In the low-emissions scenario, the range of changes is generally smaller, with a tendency toward somewhat wetter conditions. For example, a majority of the low-emissions models simulate wetter conditions, as compared to the drier majority for the high-emissions scenario. A central feature of the results shown in Table 6.2 is the tendency for greatest precipitation reductions in spring months, albeit with large uncertainty in the seasonal changes (as expressed by the range of results across the ensemble of model simulations).

**Table 6.2** Distribution of changes in mean seasonal precipitation (%) for the Southwest region for the 15 CMIP3 models

| Scenario | Period | Season | Low | 25%ile | Median | 75%ile | High |
|---|---|---|---|---|---|---|---|
| A2 | 2070-2099 | DJF | -19 | -8 | 3 | 8 | 30 |
| | | MAM | -36 | -29 | -12 | -10 | 2 |
| | | JJA | -44 | -13 | -9 | 3 | 20 |
| | | SON | -21 | -8 | -1 | 0 | 38 |
| B1 | 2070-2099 | DJF | -12 | -6 | 2 | 5 | 17 |
| | | MAM | -27 | -9 | -7 | -1 | 11 |
| | | JJA | -16 | -7 | 0 | 3 | 18 |
| | | SON | -24 | -4 | -1 | 6 | 13 |

## 6.7 Atmospheric Circulation Changes

Climate changes in the Southwest are governed overwhelmingly by global influences. The IPCC Fourth Assessment Report indicated that several climate models project that the mid-latitude storm tracks in both the Southern and Northern Hemispheres will migrate poleward over the twenty-first century (e.g. Meehl et al. 2007). This result was reinforced by analyses by Salathé (2006) and Cayan et al. (2009), who showed a northward shift in the North Pacific winter storm track over the mid- and late-twenty-first century. This result is consistent with the findings of Favre and Gershunov (2009), who examined paths of mid-latitude cyclones and anticyclones[vi] in the North Pacific impinging on the North American West Coast in observations and in the CNRM-CM3 model[vii] high-emissions projection. Wintertime statistics of these trajectories indicate that the flow pattern will become less stormy in the Gulf of Alaska, with more northerly flow along the West Coast of North America. This projected trend is on par with interannual variability in this region and indicates future conditions somewhat reminiscent of today's La Niña phase of the El Niño-Southern Oscillation (ENSO) and negative-phase

Pacific Decadal Oscillation (PDO) winters. These projected circulation changes would result in less frequent winter precipitation in the Southwest United States and north-western Mexico, and more frequent, albeit less intense, cold outbreaks moderating average wintertime warming, especially in California's low-lying valleys and east of the Front Range of the Rocky Mountains (see Chapter 7).

The shift of the mid-latitude northeastern Pacific storm track poleward may be a result of uneven warming over the earth's surface. Warming is projected to be lower at the low latitudes than the high latitudes, causing a diminished gradient of temperature from the equator to the North and South Poles (Lambert 1995; Lambert and Fyfe 2006; IPCC 2007). In a warming atmosphere, the models also predict increasing humidity. Enhanced evaporation from the ocean's surface and the resulting heating of the atmosphere from condensation of water vapor aloft could reinforce the deepest cyclones, making deep low pressure systems (cyclonic storms) more numerous while moderate events decline in frequency (Lambert 1995; Lambert and Fyfe 2006).

The storm track displacement is also consistent with the projected enhancement and poleward extension of the large descending limb of the tropical atmospheric circulation—the Hadley Cell, which impels the trade winds and jet stream in the tropics and subtropics (see, for example, Lu, Vecchi, and Reichler 2007). The enhancement and broadening of subsiding air in the subtropics and low middle latitudes of the eastern North Pacific could also result in an increase and seasonal expansion of the low-level coastal clouds, the "marine layer" along the California coast, especially in spring and summer. This important potential impact on coastal climate has so far not been investigated.

## 6.8  North American Monsoon

Representing the North American monsoon (see Chapter 4) in an atmospheric model is extremely challenging because it is governed by multiple factors at different spatial and temporal scales (Douglas and Englehart 2007; Bieda et al. 2009). Most important, the initiation of convection over mountains during the day and thunderstorm organization and growth must be appropriately addressed (Janowiak et al. 2007; Lang et al. 2007; Nesbitt, Gochis, and Lang 2008). GCMs cannot resolve the North American monsoon as a distinct climatological feature because they cannot resolve several key regional processes (Liang et al. 2008; Dominguez, Cañon, and Valdes 2009). Dynamical downscaling using RCMs (at a grid spacing of tens of kilometers) has simulated well at least the start of the convective process over mountains and improved the climatology of monsoon precipitation (Gutzler et al. 2005; Castro, Pielke, and Adegoke 2007). Very high resolution (1.2 mile, or 2-km grid spacing or less) is required to simulate the *evolution* of organized convection so that individual thunderstorms can be explicitly represented (Gao, Li, and Sorooshian 2007). Interannual variability of monsoon precipitation in the Southwest United States is related in part to ENSO and PDO variability (Dominguez, Kumar, and Vivoni 2008). How this natural variability may potentially change in the future is not clear in the GCMs and is a source of large uncertainty (Castro et al. 2007). The evolving pattern of sea-surface temperature is generally important for models to properly simulate key changes in surface temperature and precipitation on a regional scale (Barsugli, Shin, and Sardeshmukh 2006). Moreover, enhanced subsidence of air

in the subtropical region (as described in Lu, Vecchi, and Reichler 2007) can potentially impact convection and therefore moderate the monsoon, but this possible mechanism of monsoonal change has so far been unexplored. In general, future expectations of the North American monsoon suffer from uncertainties currently common to monsoon systems around the world.

Figure 6.8 shows the simulated changes in warm-season (June through September) temperature and precipitation in the NARCCAP high-emissions simulations, shaded according to the level of model agreement. The ensemble mean change in model temperatures shows summer warming that ranges between +2°F and +6°F throughout most of the western United States by the middle of the twenty-first century (2041–2069), with the largest temperature increases in the central Rocky Mountains. Precipitation is projected to decrease overall in the Southwest by about 10% to 20%, consistent with an overall drying trend in subtropical regions. This projected precipitation decrease is relatively smaller in eastern Arizona and western New Mexico, with relatively weaker agreement among the individual models. Though NARCCAP models strongly agree as to the amount of warming during the warm season, the weak level of consensus about changes in the monsoon circulation reflects the enormous challenges of representing the monsoon in an atmospheric model. In summary, how monsoon precipitation may change is not yet clear, especially in those areas where monsoon precipitation accounts for a greater proportion of total annual precipitation.



**Figure 6.8 NARCCAP precipitation and temperature difference, June–September, 2041–2069 relative to simulated historical means 1971-1999.** The degree of change is indicated by the color, whereas the degree of agreement among the nine RCMs is indicated by the intensity of the color. For precipitation (left), the color intensity shows the agreement among the RCMs on the direction of change (i.e., positive or negative percent change in future precipitation); for temperature (right), the color intensity shows agreement among the RCMs on areas where future temperature is projected to be at least 2°C (3.6°F) higher than the 1971-1999 average. Source: Mearns et al. (2009).

## 6.9 Changes in Precipitation-related Measures

The escalating effect of warming, coupled with a tendency in parts of the Southwest toward annual precipitation decreases, would amplify recent observed trends of lower spring snowpack across much of the western United States (Mote et al. 2005; Knowles, Dettinger, and Cayan 2006; Pierce et al. 2008). Additionally, the Southwest straddles both a region to the north where precipitation is projected to increase and a region to the south where precipitation is projected to decrease—as shown by a consensus of global model simulations (IPCC 2007; Seager and Vecchi 2010). The GCM projections, downscaled and run through the VIC hydrological model, show changes in hydrological measures that are consistent with the warming trend. They indicate a marked reduction in spring snow accumulation in mountain watersheds across the Southwestern United States (Figure 6.9 top panel) that becomes more pronounced over the decades of the twenty-first century. The relatively gradual decline for the California, Colorado, and Rio Grande basins shown in Figure 6.10 (top row) is consistent with several other studies (e.g. Knowles and Cayan 2002; Christensen and Lettenmaier 2007; Ray et al. 2008; Cayan et al. 2009; Das et al. 2009; Wi et al. 2012). More rain and less snow, earlier snowmelt, and, to some extent, drying tendencies cause a reduction in late-spring and summer runoff (Figure 6.9, middle panel, and 6.10, middle row). Together these effects, along with increases in evaporation, result in lower soil moisture by early summer (Figure 6.9, bottom panel, and 6.10, bottom row).

Recent studies have projected Colorado River flows to show possible reductions from climate-change impacts, ranging from about -5% to about -20% by mid-century (Hoerling and Eischeid 2007; Das et al. 2011; Reclamation 2011a; Vano, Das, and Lettenmaier 2012). Changes in streamflow are driven by changes in precipitation and also by increases in temperature. Recent estimates, from several hydrological models, suggest reductions in annual Colorado River flow at Lees Ferry, Arizona, which is the location established by the Colorado River Compact in 1922 as the dividing point between the Upper Colorado River Basin and the Lower Colorado River Basin. Estimates of the reductions in Colorado River flow range from approximately 3% to 16% decrease per 1°F (0.6°C) warming and a reduction of 1% to 2% of flow per 1% reduction of precipitation (Hoerling et al. 2009; Reclamation 2011b; Vano, Das, and Lettenmaier 2012). As estimated by the VIC hydrological model, runoff and streamflow are more sensitive to warming in the Colorado Basin than in the Columbia River watershed and are much greater than in the northern and southern drainages of the Sierra Nevada in California (Das et al. 2011). Figure 6.11, based on the ensemble of sixteen VIC simulations under the high-emissions scenario, shows the median tendency for reductions in total annual runoff over the Southwest in the mid-twenty-first century. Over the Colorado Basin, the composite of simulations from the VIC simulations exhibits reductions of runoff of approximately 5% to 18% by the middle portion of the twenty-first century, consistent with the estimates described above.

The early twenty-first-century drought in the Southwest (see Chapters 4 and 5) underscores that the Southwest climate is prone to dry spells. Such droughts have a tendency to take on large areal footprints, although both observations and climate model simulations indicate different degrees of dryness in California, the Great Basin, and the Colorado Basin. As quantified by the VIC hydrological model, the most extreme drought

**Figure 6.9 Predicted changes in the water cycle.** Mid-century (2041–2070) percent changes from the simulated historical median values from 1971-2000 for April 1 snow water equivalent (SWE, top), April–July runoff (middle) and June 1 soil moisture content (bottom), as obtained from median of sixteen VIC simulations under the high-emissions (A2) scenario. Source: Bias Corrected and Downscaled World Climate Research Programme's CMIP3 Climate Projections archive at http://gdo-dcp.ucllnl.org/downscaled_cmip3_projections/#Projections:%20Complete%20Archives.

years throughout the instrumental record have tended to build up and finally abate over an extended multiyear period. Historically, and especially during the early twenty-first century, Southwestern droughts have been exacerbated by unusually warm summer temperatures. This tendency could worsen in future decades: several twenty-first-century climate model simulations suggest that dry years will include anomalously warm summer temperatures even above and beyond the warming trend in the Southwest (Cayan et al. 2010). During extreme droughts, the deficit in soil moisture grows larger, and also grows in comparison to the deficit in precipitation. Although projected precipitation anomalies during dry spells do not change markedly from observed past conditions, other hydrologic measures—including soil moisture—become more depleted.

Human-induced climate change impacts on temperature, snowpack, and the timing of streamflow over the western United States have already been detected (Maurer, Stewart et al. 2007; Barnett et al. 2008; Bonfils et al. 2008; Pierce et al. 2008; Hidalgo et al. 2009),



**Figure 6.10 Spatially averaged values (in inches) for April 1 snow water equivalent (top), April–July runoff (middle) and June 1 soil moisture content (bottom).** Averages are shown for California (left), Colorado (middle) and Rio Grande (right). Source: Bias Corrected and Downscaled World Climate Research Programme's CMIP3 Climate Projections archive at http://gdo-dcp.ucllnl.org/downscaled_cmip3_projections/#Projections:%20Complete%20Archives.

and as climate continues to warm there will be serious impacts on the hydrological cycle and water resources of the Southwest United States (Barnett et al. 2004; Seager et al. 2007). Water resource implications are described in Chapter 10. Downscaled temperature, precipitation, and modeled hydrologic measures already provide sufficient spatial detail to assess hydroclimatic effects that will be critical in planning for risks to water resources and ecosystems, risk of wildfire, and other key issues in the Southwest. A strong consensus among the model projections across the Southwest for substantially lower spring snowpack, lower spring-summer runoff, and drier summers underscores that traditional planning practices can no longer be supported (see Milly et al. 2008) or that the past can be assumed to be a reasonable representation of the future. Thus, past hydrological observations cannot sufficiently frame the risks of unfavorable future outcomes, such as an inability to meet demands for water.



## High-emissions scenario

**Figure 6.11 High-emissions scenario mid-century (2041–2070) percent change from the historical period (1971–2000) for annual runoff.** Data obtained from median of sixteen VIC simulations. Source: Bias Corrected and Downscaled World Climate Research Programme's CMIP3 Climate Projections archive at http://gdo-dcp.ucllnl.org/downscaled_cmip3_projections/#Projections:%20Complete%20Archives.

## References

Barnett, T., R. Malone, W. Pennell, D. Stammer, B. Semtner, and W. Washington. 2004. The effects of climate change on water resources in the west: Introduction and overview. *Climate Change* 62:1–11, doi:10.1023/B:CLIM.0000013695.21726.b8.

Barnett, T. P., D. W. Pierce, H. Hidalgo, C. Bonfils, B. Santer, T. Das, G. Bala, et al. 2008. Human-induced changes in the hydrology of the western United States. *Science* 316:1080–1083.

Barsugli, J. J., S-I. Shin, and P. D. Sardeshmukh. 2006. Sensitivity of global warming to the pattern of tropical ocean warming. *Climate Dynamics* 27:483–492, doi:10.1007/s00382-006-0143-7.

Bieda, S.W. III, C. L. Castro, S. L. Mullen, A. Comrie, and E. Pytlak. 2009. The relationship of transient upper-level troughs to variability of the North American monsoon system. *Journal of Climate* 22:4213–4227.

Bonfils, C., B. D. Santer, D. W. Pierce, H. G. Hidalgo, G. Bala, T. Das, T. P. Barnett, et al. 2008. Detection and attribution of temperature changes in the mountainous western United States. *Journal of Climate* 21:6404–6424, doi:10.1175/2008JCL12397.1.

Castro, C. L., R. A. Pielke, Sr., and J. O. Adegoke. 2007. Investigation of the summer climate of the contiguous U.S. and Mexico using the Regional Atmospheric Modeling System (RAMS). Part I: Model climatology (1950-2002). *Journal of Climate* **20**:3844–3865.

Castro, C. L., R. A. Pielke, Sr., J. O. Adegoke, S. D. Schubert, and P. J. Pegion. 2007. Investigation of the summer climate of the contiguous U.S. and Mexico using the Regional Atmospheric Modeling System (RAMS). Part II: Model climate variability. *Journal of Climate* 20:3866–3887.

Cayan, D. R., T. Das, D. W. Pierce, T. P. Barnett, M. Tyree and A. Gershunov. 2010. Future dryness in the southwest US and the hydrology of the early 21st century drought. *Proceedings of the National Academy of Sciences* 107:21271–21276.

Cayan, D., M. Tyree, M. Dettinger, H. Hidalgo, T. Das, E. Maurer, P. Bromirski, N. Graham and R. Flick. 2009. *Climate change scenarios and sea level rise estimates for the California 2009 climate change scenarios assessment*. Final paper CEC-500-2009-014-F. Np: California Climate Change Center. http://www.energy.ca.gov/2009publications/CEC-500-2009-014/CEC-500-2009-014-F.PDF.

Christensen, N., and D. P. Lettenmaier. 2007. A multimodel ensemble approach to assessment of climate change impacts on the hydrology and water resources of the Colorado River Basin. *Hydrology and Earth System Science*s 11:1417–1434.

Cook, E. R., C. Woodhouse, C. M. Eakin, D. M. Meko, and D. W. Stahle. 2004. Long-term aridity changes in the western United States. *Science* 306:1015–1018.

Dai, A. 2006. Precipitation characteristics in eighteen coupled climate models. *Journal of Climate* 19:4605–4630.

Das, T., H. Hidalgo, D. Cayan, M. Dettinger, D. Pierce, C. Bonfils, T.P. Barnett, G. Bala and A. Mirin. 2009. Structure and detectability of trends in hydrological measures over the western United States. *Journal of Hydrometeorology* 10:871–892, doi:10.1175/2009JHM1095.1.

Das, T., D. W. Pierce, D. R. Cayan, J. A. Vano, and D. P. P. Lettenmaier. 2011. The importance of warm season warming to western U.S. streamflow changes. *Geophysical Research Letters* 38: L23403, doi:10.1029/2011GL049660.

Dettinger, M. D., F. M. Ralph, T. Das, P. J. Neiman, and D. R. Cayan. 2011. Atmospheric rivers, floods and the water resources of California. *Water* 3:445–478.

Dominguez, F., J. Cañon, and J. Valdes. 2009. IPCC-AR4 climate simulations for the southwestern U.S.: The importance of future ENSO projections. *Climatic Change* 99:499–514, doi:10.1007/s10584-009-9672-5.

Dominguez, F., P. Kumar, and E. R. Vivoni. 2008. Precipitation recycling variability and ecoclimatological stability—A study using NARR data. Part II: North American monsoon region. *Journal of Climate* 21:5187–5203.

Douglas, A. V., and P. J. Englehart. 2007. A climatological perspective of transient synoptic features during NAME 2004. *Journal of Climate* 20:1947–1954.

Favre, A., and A. Gershunov. 2009. North Pacific cyclonic and anticyclonic transients in a global warming context: Possible consequences for western North American daily precipitation and temperature extremes. *Climate Dynamics* 32:969–987.

Gangopadhyay, S., T. Pruitt, L. Brekke, and D. Raff. 2011. Hydrologic projections for the  western United States. *Eos Transactions AGU* 92:441, doi:10.1029/2011EO480001.

Gao, X., J. Li, and S. Sorooshian. 2007. Modeling intraseasonal features of 2004 North American monsoon precipitation. *Journal of Climate* 20:1882–1896.

Gutzler, D. S., H-K. Kim, R. W. Higgins, H-M. H. Juang, M. Kanamitsu, K. Mitchell, K. Mo, et al. 2005. The North American monsoon Model Assessment Project: Integrating numerical modeling into a field-based process study. *Bulletin of the American Meteorological Society* 86:1423–1429.

Hawkins, E., and R. T. Sutton. 2009. The potential to narrow uncertainty in regional climate predictions. *Bulletin of the American Meteorological Society* 90:1095–1107.

Hidalgo, H. G., T. Das, M. D. Dettinger, D. R. Cayan, D. W. Pierce, T. P. Barnett, G. Bala, et al. 2009. Detection and attribution of stream flow timing changes to climate change in the western United States. *Journal of Climate* 22:3838–3855, doi:10.1175/2009JCLI2470.1.

Hoerling, M., and J. Eischeid. 2007. Past peak water in the Southwest. *Southwest Hydrology* 6 (1): 18–35.

Hoerling, M., D. Lettenmaier, D. Cayan, and B. Udall. 2009. Reconciling projections of Colorado River streamflow. *Southwest Hydrology* 8 (3): 20–21, 31.

Ikeda, K., R. Rasmussen, C. Liu, D. Gochis, D. Yates, F. Chen, M. Tewari, et al. 2010. Simulation of seasonal snowfall over Colorado. *Atmospheric Research* 97:462–477, doi:10.1016/j.atmosres.2010.04.010.

Intergovernmental Panel on Climate Change (IPCC). 2007. *Climate change 2007: The physical science basis. Contribution of Working Group I to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change,* ed. S. Solomon, D. Qin, M. Manning, Z. Chen, M. Marquis, K. B. Averyt, M. Tignor, and H.L. Miller. Cambridge: Cambridge University Press. http://www.ipcc.ch/ipccreports/ar4-wg1.htm.

Janowiak, J. E., V. J. Dagostaro, V. E. Kousky, and R. J. Joyce. 2007. An examination of precipitation in observations and model forecasts during NAME with emphasis on the diurnal cycle. *Journal of Climate* 20:1680–1692.

Knowles, N., and D. R. Cayan. 2002. Potential effects of global warming on the Sacramento/San Joaquin watershed and the San Francisco estuary. *Geophysical Research Letters* 29:1891, doi:10.1029/2001GL014339.

Knowles, N., M. D. Dettinger, and D. R. Cayan. 2006. Trends in snowfall versus rainfall in the western United States. *Journal of Climate* 19:4545–4559.

Lambert, S. J. 1995. The effect of enhanced greenhouse warming on winter cyclone frequencies and strengths. *Journal of Climate* 8:1447–14452.

Lambert, S. J., and J. C. Fyfe. 2006. Changes in winter cyclone frequencies and strengths simulated in enhanced greenhouse warming experiments: Results from the models participating in the IPCC diagnostic exercise. *Climate Dynamics* 26:713–728.

Lang, T. J., D. A. Ahijevych, S. W. Nesbitt, R. E. Carbone, S. A. Rutledge, and R. Cifelli. 2007. Radar-observed characteristics of precipitating systems during NAME 2004. *Journal of Climate* 20:1713–1733.

Laprise, R., R. de Elía, D. Caya, S. Biner, P. Lucas-Pincher, E. Diaconescu, M. Leduc, A.

Alexandru, and L. Separovic. 2008. Challenging some tenets of regional climate modelling. *Meteorology and Atmospheric Physics* 100:3–22, doi:10.1007/s00703-0080292-9.

Liang, X., D. P. Lettenmaier, E. Wood, and S. J. Burges. 1994. A simple hydrologically based model of land surface water and energy fluxes for General Circulation Models. *Journal of Geophysical Research* 99:14415–14428.

Liang, X-L., J. Zhu, K. E. Kunkel, M. Ting, and J. X. L. Wang. 2008. Do CGCMs simulate the North American monsoon precipitation seasonal-interannual variability? *Journal of Climate* 21:4424–4448.

Lu, J., G. A. Vecchi, and T. Reichler. 2007. Expansion of the Hadley cell under global warming. *Geophysical Research Letters* 34: L06805, doi:10.1029/2006GL028443.

Maurer, E. P., L. Brekke, T. Pruitt, and P. B. Duffy. 2007. Fine-resolution climate projections enhance regional climate change impact studies. *EOS Transactions AGU* 88:504.

Maurer, E. P., H. G. Hidalgo, T. Das, M. D. Dettinger, and D. R. Cayan. 2010. The utility of daily large-scale climate data in the assessment of climate change impacts on daily streamflow in California. *Hydrology and Earth System Sciences* 14:1125–1138.

Maurer, E. P., I. T. Stewart, C. Bonfils, P. B. Duffy, and D. Cayan. 2007. Detection, attribution, and sensitivity of trends toward earlier streamflow in the Sierra Nevada. *Journal of Geophysical Research* 112: D11118, doi:10.1029/2006JD008088.

Mearns, L. O., F. Giorgi, P. Whetton, D. Pabon, M. Hulme, and M. Lal, 2003. *Guidelines for use of climate scenarios developed from Regional Climate Model experiments.* N.p.: Data Distribution Centre of the Intergovernmental Panel on Climate Change. http://www.ipcc-data.org/guidelines/RCM6.Guidelines.October03.pdf.

Mearns, L. O., W. Gutowski, R. Jones, R. Leung, S. McGinnis, A. Nunes, and Y. Qian. 2009. A regional climate change assessment program for North America. *Eos Transactions AGU* 90:311.

Meehl, G. A., T. F. Stocker, W. D. Collins, P. Friedlingstein, A. T. Gaye, J. M. Gregory, A. Kitoh, et al. 2007. Global climate projections. In *Climate change 2007: The physical science basis. Contribution of Working Group I to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change*, ed. S. Solomon, D. Qin, M. Manning, Z. Chen, M. Marquis, K.B. Averyt, M. Tignor and H.L. Miller, SM.10-1 – SM.10-8. Cambridge: Cambridge University Press. http://www.ipcc.ch/pdf/assessment-report/ar4/wg1/ar4-wg1-chapter10-supp-material.pdf.

Milly, P. C. D., J. Betancourt, M. Falkenmark, R. M. Hirsch, Z. W. Kundzewicz, D. P. Lettenmaier, and R. J. Stouffer. 2008. Stationarity is dead: Whither water management? *Science* 319:573–574.

Mote, P. W., A. F. Hamlet, M. P. Clark, and D. P. Lettenmaier. 2005. Declining mountain snowpack in western North America. *Bulletin of the American Meteorological Society* 86:39–49.

Nakićenović, N., and R. Swart, eds. 2000. *Special report on emissions scenarios: A special report of Working Group III of the Intergovernmental Panel on Climate Change*. Cambridge: Cambridge University Press.

Nesbitt, S. W., D. J. Gochis, and T. J. Lang. 2008. The diurnal cycle of clouds and precipitation along the Sierra Madre Occidental observed during NAME-2004: Implications for warm season precipitation estimation in complex terrain. *Journal of Hydrometeorology* 9:728–743.

Pierce, D. W., T. P. Barnett, H. G. Hidalgo, T. Das, C. Bonfils, B. D. Santer, G. Bala, et al. 2008. Attribution of declining western U.S. snowpack to human effects. *Journal of Climate* 21:6425–6444, doi:10.1175/2008JCLI2405.1.

Pierce, D. W., T. P. Barnett, B. D. Santer, and P. J. Gleckler. 2009. Selecting global climate models for regional climate change studies. *Proceedings of the National Academy of Sciences* 106:8441–8446, doi:10.1073/pnas.0900094106.

Pierce, D. W., T. Das, D. R. Cayan, E. P. Maurer, N. L. Miller, Y. Bao, M. Kanamitsu, et al. 2012. Probabilistic estimates of future changes in California temperature and precipitation using statistical and dynamical downscaling. *Climate Dynamics* 39, published online, doi: 10.1007/s00382-012-1337-9.

Ray, A. J., J. J. Barsugli, K. B. Averyt, K. Wolter, M. Hoerling, N. Doesken, B. Udall, and R. S. Webb. 2008. *Climate change in Colorado: A synthesis to support water resources management and adaptation*. Boulder, CO: Western Water Assessment. http://cwcb.state.co.us/public-information/publications/Documents/ReportsStudies/ClimateChangeReportFull.pdf.

Ruff, T. W., Y. Kushnir, and R. Seager. 2012. Comparing 20th and 21st century patterns of inter-annual precipitation variability over the western United States and northern Mexico. *Journal of Hydrometeorology* 13:366–378.

Salathé, E. P. Jr. 2006. Influences of a shift in North Pacific storm tracks on western North American precipitation under global warming. *Geophysical Research Letters* 33: L19820, doi:10.1029/2006GL026882.

Santer, B. D., K. E. Taylor, P. J. Gleckler, C. Bonfils, T. P. Barnett, D. W. Pierce, T. M. L. Wigley, et al. 2009. Incorporating model quality information in climate change detection and attribution studies. *Proceedings of the National Academy of Sciences* 106:14778–14783, doi:10.1073/pnas.0901736106.

Seager, R., M. Ting, I. Held, Y. Kushnir, J. Lu, G. Vecchi, H-P. Huang, et al. 2007. Model projections of an imminent transition to a more arid climate in southwestern North America. *Science* 316:1181–1184.

Seager, R., and G. A. Vecchi. 2010. Greenhouse warming and the 21st century hydroclimate of southwestern North America. *Proceedings of the National Academy of Sciences* 107:21277–21282.

U.S. Bureau of Reclamation (Reclamation). 2011a. *Literature synthesis on climate change* implications for water and environmental resources, 2nd ed. Technical Memorandum 86-68210-2010-03. Denver: Reclamation, Research and Development Office. http://www.usbr.gov/research/docs/climatechangelitsynthesis.pdf.

— . 2011b. *West-wide climate risk assessments: Bias-corrected and spatially downscaled surface water projections.* Technical Memorandum 86-68210-2011-01. Denver: Reclamation, Technical Service Center.

Vano, J. A., T. Das, and D. P. Lettenmaier. 2012. Hydrologic sensitivities of Colorado River runoff to changes in precipitation and temperature. *Journal of Hydrometeorology* 13:932–949.

Wi, S., F. Dominguez, M. Durcik, J. Valdes, H. Diaz, and C. L. Castro. 2012. Climate change projections of snowfall in the Colorado River Basin using dynamical downscaling. *Water Resources Research* 48: W05504.

Wilby, R. L., S. P. Charles, E. Zorita, P. Whetton, and L. O. Mearns. 2004. *Guidelines for use of climate scenarios developed from statistical downscaling methods.* N.p.: IPCC Data Distribution Center. http://www.ipcc-data.org/guidelines/dgm_no2_v1_09_2004.pdf.

Wood, A. W., L. R. Leung, V. Sridhar, and D. P. Lettenmaier. 2004. Hydrologic implications of dynamical and statistical approaches to downscaling climate model outputs. *Climatic Change* 62:189–216.

Woodhouse, C. A., D. M. Meko, G. M. MacDonald, D. W. Stahle, and E. R. Cook. 2010. A 1,200-year perspective of 21st century drought in southwestern North America. *Proceedings of the National Academy of Sciences* 107:21283–21288.

## Endnotes

i       The BCSD method removes bias in the climate model output by mapping from the probability distribution of a current climate simulation to the probability distribution of observations on a monthly basis.

ii      For downscaling simulated surface temperature from the GCMs, the BCSD methodology preserves GCM (large-scale) trends by removing them initially and adding them back after the downscaling is implemented. For downscaling simulated precipitation, no explicit step is included in BCSD to preserve the GCM trends, because trends are not so obviously present. Other inherent weaknesses of the BCSD approach are the assumption of climate "stationarity"—the idea that statistical relationships developed in a historical period are applicable to a future period—and the underestimation of variability (Wilby et al. 2004; Milly et al. 2008).

iii     VIC is a macroscale, distributed, physically based hydrologic model that balances both surface energy and water over a grid mesh. For this report, VIC simulations, run from BCSD downscaled precipitation and temperature data, were employed.

iv      CMIP3 is phase 3 of the World Climate Research Programme's Coupled Model Intercomparison Project.

v       With a baseline of 65°F, heating degree days are the sum of the temperature differences of the daily mean temperature subtracted from 65°F, for all days when the mean temperature is less than 65°F. Cooling degree days are calculated similarly, but for when the mean temperature exceeds 65°F.

vi    Cyclones are the rapid circulation of winds around a low pressure center, traveling counter-clockwise in the Northern Hemisphere and clockwise in the Southern Hemisphere. Anticyclones spiral out from a high pressure area and travel clockwise in the Northern Hemisphere and counterclockwise in the Southern Hemisphere.

vii   CNRM-C3 is the third version of a global ocean-atmosphere model originally developed at the Centre National de Recherches Meteorologiques, France.

# Chapter 7

# Future Climate: Projected Extremes

## COORDINATING LEAD AUTHOR

Alexander Gershunov (Scripps Institution of Oceanography, University of California, San Diego)

## LEAD AUTHORS

Balaji Rajagopalan (University of Colorado), Jonathan Overpeck (University of Arizona), Kristen Guirguis (Scripps Institution of Oceanography), Dan Cayan (Scripps Institution of Oceanography), Mimi Hughes (National Oceanographic and Atmospheric Administration [NOAA]), Michael Dettinger (U.S. Geological Survey), Chris Castro (University of Arizona), Rachel E. Schwartz (Scripps Institution of Oceanography), Michael Anderson (California State Climate Office), Andrea J. Ray (NOAA), Joe Barsugli (University of Colorado/Cooperative Institute for Research in Environmental Sciences), Tereza Cavazos (Centro de Investigación Científica y de Educación Superior de Ensenada), and Michael Alexander (NOAA)

## REVIEW EDITOR

Francina Dominguez (University of Arizona)

## Executive Summary

This chapter summarizes the current understanding about how and why specific weather and climate extremes are expected to change in the Southwest with climate warming over the course of the current century.

Summertime heat waves and wintertime cold snaps are among the extremes most directly affected by climate change as well as the ones with the greatest impacts.

**Chapter citation:** Gershunov, A., B. Rajagopalan, J. Overpeck, K. Guirguis, D. Cayan, M. Hughes, M. Dettinger, C. Castro, R. E. Schwartz, M. Anderson, A. J. Ray, J. Barsugli, T. Cavazos, and M. Alexander. 2013. "Future Climate: Projected Extremes." In *Assessment of Climate Change in the Southwest United States: A Report Prepared for the National Climate Assessment*, edited by G. Garfin, A. Jardine, R. Merideth, M. Black, and S. LeRoy, 126–147. A report by the Southwest Climate Alliance. Washington, DC: Island Press.

- Heat waves, as defined relative to current climate, are projected to increase in frequency, intensity, duration, and spatial extent. (high confidence)
- Heat waves are projected to become more humid and therefore expressed relatively more strongly in nighttime rather than daytime temperatures, with associated stronger impacts on public health, agriculture, ecosystems, and the energy sector. (medium-low confidence)
- Wintertime cold snaps are projected to diminish in their frequency, but not necessarily in their intensity, into the late twenty-first century. (medium-high confidence)

Precipitation extremes are projected to become more frequent and more intense in the wintertime. Summertime precipitation extremes have not been adequately studied.

- Enhanced precipitation extremes are generally expected due to greater moisture availability in a warming atmosphere, even if average precipitation declines. (medium-low confidence).
- Enhanced precipitation specifically associated with atmospheric rivers, a wintertime phenomenon typically yielding extreme precipitation, is projected by most current climate models. (medium-low confidence)

Flooding is expected to change in timing, frequency, and intensity, depending on season, flood type, and location.

- Floods from winter storms on the western slopes of the Sierra Nevada have been projected to increase in intensity in winter by all climate models that have been analyzed thus far, including models that otherwise project drier conditions. (medium-high confidence)
- Snowmelt-driven spring and summertime floods are expected to diminish in both frequency and intensity. (high confidence)
- Transition from hail to rain on the Front Range of the Rocky Mountains is expected to result in higher flash-flood risk specifically in eastern Colorado. (medium-low confidence)

Drought is generally expected to intensify in a warming climate, but some variation across basins can be expected, although few basins have been analyzed.

- Drought, as expressed in Colorado River flow, is projected to become more frequent, more intense, and longer-lasting, resulting in water deficits not seen during the instrumental record. (high confidence)
- Northern Sierra Nevada watersheds may become wetter, and in terms of flow, somewhat less drought-prone with climate change. (medium-low confidence)
- In terms of soil moisture, drought is expected to generally intensify in the dry season due to warming. (high confidence)

Extreme fire weather can be associated with a combination of factors, none of which need be particularly extreme. For example, dry and commonly warm Santa Ana winds

(which are not necessarily themselves extreme) are frequently associated with extreme fire potential in Southern California.

- Santa Ana winds are expected to diminish in frequency, but at the same time become drier and hotter. (medium-low confidence) However, the combined effect of decreased winds and increased temperatures and dryness on Southern California's fire risk is not clear.

Beyond these projections, the region is fraught with important uncertainties regarding future extremes, as many have yet to be projected.

## 7.1 Introduction

Extreme events can be defined in many ways. Typical definitions of weather and climate extremes consider either the maximum value during a specified time interval (such as season or year) or exceedance of a threshold (the "peaks-over-threshold" [POT] approach), in which universal rather than local thresholds are frequently applied. For example, temperatures above 95°F (35°C) are often considered extreme in most locations across the United States, except in areas such as the low-lying deserts of Arizona and California, where such temperatures are typical in the summer. Temperatures at these levels are obviously extreme for living organisms from a non-adapted, physiological perspective, and technological adaptation for humans is required for day-to-day functioning in such temperatures. But such temperatures are not necessarily extreme from the statistical or local climate perspectives. In statistics, extremes are considered low-probability events that differ greatly from typical occurrences. The IPCC defines extremes as 1% to 10% of the largest or smallest values of a distribution (Trenberth et al. 2007). Studies over large or complex regions marked by significant climatic variation require definitions that are relevant to local climate. Across the Southwest, location-specific definitions of extreme temperature, precipitation, humidity, and wind are required if a meaningful region-wide perspective is desired.

In spite of common claims that climate change will result in past extremes becoming more commonplace, only a few scientific studies have actually considered future projections of extremes (e.g., Meehl et al. 2000; Tebaldi, Hayhoe, and Arblaster 2006; Parry et al. 2007; Trenberth et al. 2007). Even fewer have focused on regional extremes, usually in response to specific events such as the European heat wave of 2003. Studies examining projections of temperature, precipitation, and hydrological extremes typically resolve the Southwest as part of a much larger spatial domain. Hydrological drought research is the exception, as it naturally focuses on river basins. Drought in the Colorado River Basin, which encompasses a large swath of the Southwest and channels a large part of its water supply, was the focus of a recent drought projection study (Cayan et al. 2010). As a state, California has probably been the focus of more climate-change research than any other in the United States—research that has translated to state policy action. Not surprisingly, some of the first regional extreme climate projections in the nation have been carried out for some of California's weather and climate extremes (e.g. Das et al. 2011; Mastrandrea et al. 2011; Gershunov and Guirguis 2012). Results of these and other relevant studies are described in the Southwestern context below.

For climate science to inform impact assessment and policy research, it is important to define the most relevant impact-based indices of environmental extremes. This impact-driven (or "bottom-up") approach represents the current thrust of climate science striving to be relevant to society. To accomplish this goal, close collaborations among science and the public-private policy sectors must be initiated and maintained. This process is perhaps further along in the Southwest than in other regions of the nation; but even for the Southwest, the necessary cross-sector relationships are still in their infancy. One of the future goals of the Southwest Climate Alliance (SWCA) is to define extremes by first understanding their impacts in key sectors. But for now, while keeping mindful of their impacts, we define extremes based solely on climate records and models.

For meaningful projections of extremes, models must be validated with respect to the mechanisms (such as heat waves or atmospheric rivers) that produce specific extremes. Without careful validation, a multi-model approach can introduce more uncertainties into projection of extremes than when multi-model projections are averaged to study mean climate trends, an approach that is typically assumed to increase certainty. In contrast to average climate, changes in extremes cannot be assumed to be more adequately diagnosed from averaging across a set of models, or ensemble members. The rare nature of extremes demands that they be carefully analyzed in each realization of modeled climate.

## 7.2 Heat Waves

Background climate warming can be expected to result in increased heat wave activity as long as the thresholds used to define heat waves remain unchanged. Multi-model and downscaled projections are clear on this, globally and specifically for the Southwest United States (see, for example, Diffenbaugh and Ashfaq 2010).

Gershunov, Cayan, and Iacobellis (2009) showed that heat waves over California and Nevada are not simply increasing in frequency and intensity but are also changing their character: they are becoming more humid and therefore are expressed more strongly in nighttime rather than daytime temperatures (i.e., in minimum [Tmin] rather than maximum [Tmax] daily temperatures). These changes started in the 1980s and appear to have accelerated since 2000. Moreover, the seasonal average humidity levels have not increased; rather, rare synoptic circulations (regional pressure patterns and their associated surface winds) that bring hot air to the extreme Southwest tend to also bring increased humidity. The trend in humid heat waves was shown to be due to the warming of the Pacific Ocean surface west of Baja California, a regionally intensified part of the global ocean warming trend. Following up on these observational results, Gershunov and Guirguis (2012) first identified a global climate model (GCM) from which daily data were available and which was able to simulate both the synoptic causes of California heat waves (i.e., the observed pressure and humidity patterns associated with regional heat waves) as well as the observed trend in the flavor of regional heat waves disproportionately intensifying at night compared to the daytime. They then considered downscaled projections[i] over California and its subregions. Given the lack of heat wave projections studies for the entire Southwest and the potentially disproportionate impacts of humid heat on a region where life is acclimatized to dry heat, in the section below we expand the observational diagnosis of Gershunov, Cayan, and Iacobillis (2009)

and then follow the approach of Gershunov and Guirguis (2012), extending their heat wave projections to the entire Southwest.

### Heat wave index

Heat waves are hereby defined locally, but are described over the entire Southwest as a period lasting at least one day when daily temperature exceeds the 95th percentile of the local daily May-to-September climatology of maximum or minimum temperatures for 1971–2000. In other words, a local heat wave is registered when temperature rises to the level of the hottest 5% of summer days or nights.[ii] The local magnitude of the heat wave (the heat wave index, or HWI) is the difference between the actual Tmax or Tmin and its corresponding 95th percentile threshold, summed over the consecutive days of the heat wave, or over the entire season if a measure of *summertime* heat wave activity is desired. This measure is similar to the familiar *degree days*, except that the threshold temperature is defined relative to local climatology, as opposed to an absolute threshold, making the HWI consistent and comparable for all locations representing a region. The regional HWI is then constructed by taking the regional average of the local values. HWI reflects the frequency, intensity, duration, and spatial extent of heat waves across the Southwest (Figure 7.1).

### Projections

Observations and modeling indicate that Southwestern heat wave activity is increasing as expected with climate change, however as in California, it is increasing disproportionately relative to minimum versus maximum temperatures (Figure 7.1). The Tmin trend is clearly visible during the historical period and it is comparable to the modeled trend (inset on panel B), in contrast, the historical modeled Tmax trend has not yet been observed. For the future, heat waves are projected to increase at an accelerating rate, with nighttime heat waves projected to increase at a faster rate than daytime heat waves. Much of the projected increase in Southwestern heat wave activity is to be expected simply from average seasonal warming driving temperatures to exceed the stationary local 95th percentile thresholds—by larger margins, more often, for more consecutive days, and over larger parts of the Southwest—driving this cumulative heat wave index dramatically upward.

Mastrandrea and others (2011) adopted a multi-model view on California heat waves to examine 100-year events.[iii] Their results also suggested higher minimum temperatures are projected to increase more than maximum temperatures, but their modeling results were not as clear on this point as those from the well-validated CNRM-CM3 model or from observations. The main result from multi-model heat wave projections is that observed 100-year return period heat waves become heat waves with a 10-year or even shorter return period during the last half of the twenty-first century.

The disproportionate increase in nighttime versus daytime projected heat wave occurrence is consistent with observations and is indicative of enhanced future impacts on health (of humans, animals, and ecosystems), agriculture, and energy infrastructure, due to the elevated humidity and diminished nighttime respite from heat. The intensifying heat thus becomes more difficult for the biota of the Southwest to tolerate, acclimatized as they are to dry daytime heat and cool nights. Given the high correspondence of

a) Observed and projected daytime Heat Wave Index



b) Observed and projected nighttime Heat Wave Index



**Figure 7.1  The summertime (May–September) Heat Wave Index (HWI) for Tmax (a) and Tmin (b) for the Southwest region.** Solid line is the 5-year running mean. HWI values show °C above the local 95th historical percentile. Inset shows the same data on a scale appropriate for the historical period (1950-1999). Historical observed and modeled data as well as twenty-first century projections (according to the SRES-A2 "high-emissions" scenario) are shown from observations as well as from a GCM (CNRM-CM3) historical simulation and projection averaged over the Southwest. Adapted for the Southwest based on the work of Gershunov and Guirguis (2012) for California. Data source: Salas-Mélia et al. (2005); see also http://www.ipcc-data.org/ar4/model-CNRM-CM3-change.html.

observed and modeled trends, we consider this to be a medium-low confidence result. Agreement from additional models, if validated to produce realistic heat waves, will likely increase the confidence of this conclusion into the "high-confidence" category.

Sub-regional variation of heat wave trends is possible. For example, working with BCCA-downscaled data for California, Gershunov and Guirguis (2012) found intriguing patterns of change in the magnitude of coastal heat waves relative to median summertime warming of coastal regions. Although average warming is projected to be weaker at the coast than over inland areas in summer (see Chapter 6), a trend in heat waves of progressively enhanced magnitude through the twenty-first century is projected along the

coast—the most highly populated and least heat-adapted of all California sub-regions. This trend is already observed over coastal Northern California.

## 7.3 Wintertime Cold Outbreaks

A diminishing trend in cold spell frequency and intensity has been observed over the Northern Hemisphere and its continental sub-regions (Guirguis et al. 2011). Within regions, cold outbreaks are most intense in low-lying topography that channels the cold dense air. Their frequency also responds to changes in atmospheric circulation patterns, in particular to transient high pressure systems that cause cold air outbreaks. As the subtropical high-pressure zones intensify and expand poleward (Lu, Vecchi, and Reichler 2007; Lu, Deser, and Reichler 2009) and the storm track contracts towards the pole (IPCC 2007), fewer cyclones and more anticyclones are expected to reach the Southwest United States and northwestern Mexico, resulting in less-frequent precipitation but increased frequency of atmospheric circulation conditions leading to cold outbreaks (Favre and Gershunov 2009; Chapter 6). Considered with regional seasonal warming trends, this change may affect the frequency of future cold extremes. However, because of the topographic complexity of the Southwestern United States (Chapter 3, Section 3.1), this would apply only to cold extremes in coastal low-lying valleys west of the Sierra Nevada. Winter cold outbreaks in much of the rest of the mountainous Southwest are not affected by transient anticyclones arriving from the North Pacific (see Favre and Gershunov 2009, Figure 14).

Following the heat wave index definition provided above and the approach of Guirguis and others (2011), cold outbreaks are here defined as the coldest five percent of the wintertime daily temperature distribution, aggregating degree days below the local 5th percentile thresholds over the cold season (November–March), and averaging over the region. In other words, cold outbreaks occur when temperature drops below the local levels defining the coldest 5% of winter days or nights, and are measured by how far they drop below those levels over the entire region.[iv] The resulting cold spell index (CSI), derived from observations and the CNRM-CM3 model, is presented in Figure 7.2. It reflects frequency, intensity, duration, and spatial extent of wintertime cold spells over the entire Southwest. Cold spells are clearly projected to diminish in both maximum and minimum temperatures. The trend is not projected to be steady, as the influence of natural interannual and interdecadal variability on the occurrence of cold extremes is projected to continue to strongly modulate cold outbreaks in the future. Kodra, Steinhauser, and Ganguly (2011) project that occasional extreme cold events are likely to persist across each continent under twenty-first century warming scenarios, however, and this agrees with recent results for California using multi-model downscaled projections (Pierce et al. 2012). In the states of California and Northern Baja California, the more frequent occurrence of mid-latitude anticyclones that produce the cold snaps (Favre and Gershunov 2009) may be elevating the probability that some of the future cold snaps will be nearly as cold as those in the past. However, as warming continues into the late twenty-first century while the local thresholds used to define cold extremes remain static, this probability should diminish over the entire Southwest, leading to generally less frequent if not always less severe cold outbreaks by the end of the century.





**Figure 7.2 The wintertime (November–March) Cold Spell Index (CSI) for Tmax (a) and Tmin (b) for the Southwest region.** Explanation of lines, values, and insets as in Figure 7.1. Adapted for the Southwest based on the work of Gershunov and Guirguis (2012) for California. Data source: Salas-Mélia et al. (2005); see also http://www.ipcc-data.org/ar4/model-CNRM-CM3-change.html.

## 7.4 Precipitation

### General results and key uncertainties

Models project that there will be augmented extreme precipitation events even in regions where total precipitation is generally expected to decrease (Groisman et al. 2005; Wang and Zhang 2008), such as in the southern portion of the Southwest in winter (see Chapter 6). The reason for this expectation is that warmer air holds more moisture at saturation (100% relative humidity) and therefore "extreme" storms should be able to produce more precipitation than similar events in the past. Global climate models are notoriously deficient at simulating high frequency precipitation, especially its extreme values, but they generally agree on this result (Groisman et al. 2005; Kharin et al. 2007).

To circumvent these deficiencies in simulating precipitation and to rely more on model strengths, Wang and Zhang (2008) used statistical downscaling to relate large-scale atmospheric circulation and humidity to locally observed precipitation and then applied this downscaling scheme to a global climate model projection. By doing this, the effects of changes in circulation and humidity could be evaluated separately, and changes in the daily extreme values of winter precipitation could be diagnosed. They found that over much of North America during the last half of the current century, extreme precipitation events that currently occur on average once in a twenty-year period are projected to occur up to twice as frequently, even in regions that are projected to have decreased precipitation due to circulation changes. In other words, increased specific humidity in a warming atmosphere is expected to dominate future trends in extreme precipitation.

Dynamically downscaled GCM projections support this result. Multi-model dynamically downscaled simulations project a significant increase (of 13% to14% on average by mid-century) in the intensity of wintertime extremes with 20- and 50-year return periods under the high-emissions scenario (Dominguez et al. 2012), even though the same simulations project average precipitation to decrease over the Southwest. Increased water vapor content in a warming atmosphere seems a key element in such projections, and statistical downscaling schemes that do not include explicit accounting for this increasing moisture content do not necessarily support these findings. Mastrandrea and others (2011), for example, used a precipitation downscaling scheme that did not use atmospheric humidity as a predictor. When applied in a multi-model context over California, this approach did not yield clear or significant changes in precipitation extremes.

Such studies are not directly comparable due to different choices of global climate models, downscaling schemes, and definitions of extreme precipitation. However, simple physical reasoning suggests that in a warming and moistening atmosphere, greater precipitation extremes can co-evolve with generally drier conditions. This argument is consistent with observations and modeling over many of the world's regions (Groisman et al. 2004; Groisman et al. 2005), especially in summer, but increasing extreme precipitation trends have not yet been observed over the Southwest. This is in spite of the fact that the Southwest has been at the forefront of warming among regions of the contiguous United States. Although different projection results are not yet perfectly congruent and more research is clearly needed, modeling schemes that explicitly resolve increasing moisture content in a warming atmosphere consistently result in more frequent and larger future precipitation extremes over the otherwise drying Southwest and their results should be regarded with more confidence.

Next, we examine precipitation extremes due to specific storm systems and physical processes.

### North American monsoon (NAM)

The North American monsoon (NAM) is the source of summertime precipitation for much of the Southwest, particularly Arizona and New Mexico. The core region of NAM is along the Sierra Madre Occidental in northwestern Mexico (Cavazos, Turrent, and Lettenmaier 2008; Arriaga-Ramírez and Cavazos 2010). These studies examined observed trends in extreme summertime rainfall, but did not find any significant precipitation trends related specifically to NAM.[v] The northern tip of NAM penetrates into

the Southwestern United States. Monsoonal precipitation modeling and projections present many uncertainties (see Chapter 6), which translate to key uncertainties for the extremes. Projections of extremes have not been specifically evaluated for NAM rainfall; however, in a new study, Cavazos and Arriaga-Ramirez (2012), found that model scenarios of increased greenhouse gases (A2 "high-emissions" scenario) in conjunction with statistical downscaling, show a weakening of the monsoon rainfall due to longer and more frequent dry periods in the monsoon region by the end of this century. However, as explained in Chapter 6, the North American monsoon system is also influenced by large-scale patterns of natural variability. Great challenges in monsoon modeling prevent confident conclusions about the future of NAM, especially its extremes. Chou and Lan (2011) show a negative trend in the annual total maximum precipitation in the monsoon region during the twenty-first century associated with increased subtropical subsidence induced by global warming. Projected increase in subtropical subsidence (as discussed in Chapter 6 and in Lu, Vecchi, and Reichler 2007) could negatively impact NAM precipitation; however, its potential impact on NAM extremes is, even intuitively, less clear. The low confidence in projected decreased total NAM precipitation and the lack of understanding about its extremes make NAM an important topic for ongoing research. Future research should consider NAM in its entirety on both sides of the U.S.-Mexico border.

*Atmospheric rivers*

Much of the Southwest is within reach of an important class of Pacific storms that are often referred to as "atmospheric rivers" (ARs). ARs are storms in which enormous amounts of water vapor are delivered to the region from over the Pacific Ocean in corridors that are low-level (less than about 6,600 feet [2000 m] above sea level), long (greater than 1,200 miles [2000 km]), and narrow (less than about 300 miles [500 km] wide) (Ralph and Dettinger 2011). So far, atmospheric rivers have been the only extreme-precipitation-producing systems in the Southwest that are large enough to be adequately modeled by GCMs even without downscaling and that have received recent careful attention in the context of climate change.

When these ARs encounter the mountains of the Southwest—most often in California, but occasionally penetrating as far inland as Utah and New Mexico (Figure 7.3)—they produce many of the most intense precipitation events that define the storm and flood climatology of the region (Ralph et al. 2006; Ralph et al. 2011). These storms are present in climate-change simulations by the coupled atmosphere-ocean global climate models included in the IPCC Fourth Assessment Report (e.g., Bao et al. 2006; Dettinger 2011; Dettinger, Ralph, Das et al. 2011; Dettinger, Ralph, Hughes et al. 2011), and presumably will be better represented in the generally better-resolved models of the Fifth Assessment Report. A preliminary study of their occurrences and intensities in the Fourth Assessment Report projections of climate changes in response to the SRES A2 "high-emissions" scenario by seven GCMs (Dettinger 2011) indicates that in a warmer climate, ARs making landfall on the California coast will carry more water vapor in general. By the mid-twenty-first century, ARs are projected to increase by an average of about 30% per year and about twice as many years are projected to have many more than historical numbers of ARs. Also, all seven models yielded occasional twenty-first century ARs

that were considerably more intense than any simulated (or observed) in the historical period. Together these results suggest that the risks of storm and flood hazards in the Southwest from AR storms may increase under the changing climate of the twenty-first century; however the analyses and even our understanding of historical ARs (Dettinger 2011; Ralph and Dettinger 2011) are still preliminary and warrant further investigation.



**Figure 7.3 Key weather phenomena that cause extreme precipitation in the Southwest.** Schematic illustration of regional patterns of the primary weather phenomena that lead to extreme precipitation and flooding, while also contributing to water supplies (Guan et al. 2010; Dettinger et al. 2011), across the western United States. Modified from Ralph et al. (2011); see http://www.westgov.org/wswc/167%20council%20meeting%20-%20id/167%20council%20mtg%20-%20oct2011.html.

### Hail on the Colorado Front Range

Parts of the Southwest are prone to precipitation from intense summertime thunderstorms that fall as hail rather than heavy rain. Although it can inflict significant damage on property and agriculture, hail may help prevent or delay flash flooding. The most active region in terms of hailstorm intensity, frequency, and duration in the United

States is the leeward (eastern) side of the Rocky Mountains, especially eastern Colorado. Mahoney et al. (2012) used a dynamical downscaling framework to compare past (1971–2000) and future (2041–2070) warm-season convective storm characteristics, with a focus on hail, in the Colorado Front Range and Rocky Mountain regions.[vi] The authors found that surface hail in the 2041–2070 time period was projected to be nearly eliminated, despite an increase in in-cloud hail, due to a higher altitude level of melting (32°F [0°C] isotherm). The initial level of melting increased from about 16,400 feet (5,000 m) above sea level to about 18,000 feet (5,500 m) over the study region over time. The model simulations suggest this deeper vertical layer of above-freezing temperatures will be sufficient to melt the hailstones before they reach the surface. Additionally, across most elevations in the region, the future simulations produced greater total maximum precipitation and surface runoff. The combination of decreased surface hail and increased rainfall as well as overall precipitation intensity, implies flash flooding may become more likely in mountainous regions that currently experience hail, especially where the surfaces are relatively impervious.[vii]

## 7.5 Surface Hydrology

### Flooding

Changes due to warming in the type of intense precipitation received will affect flooding. Just as the change of summertime precipitation on the Rockies' Front Range from hail to rain will increase the risk of flash flooding, so too will the change from wintertime snow to rain for areas of the Southwest. Projected changes in winter storms, including both intensities and temperatures, are expected and projected (Das et al. 2011) to yield increased winter floods, especially in the Sierra Nevada, where winter storms are typically warmer than those farther inland. Even in global climate model scenarios with decreased total regional precipitation, flood magnitudes are projected to increase (Das et al. 2011). More frequent and/or intense precipitation extremes are an important cause of increased flooding, but warming also plays an important role as it results in wintertime precipitation falling more as rain rather than snow. The projected late-century increase in flooding generated in the Sierra Nevada watersheds is therefore due to wintertime storm-driven runoff, while spring and early summer snowmelt-driven floods are expected to wane.

Future changes in flooding elsewhere in the Southwest will depend on the future of the storm mechanisms partially summarized in Figure 7.3. For example, where enhanced ARs drive extreme precipitation, wintertime flooding may be expected to increase, although probably not as much as on the western slopes of the Sierra Nevada, where much moisture is squeezed from these systems. In other regions and seasons (e.g. the monsoon region in the summertime), uncertainties about future changes in precipitation extremes translate directly into uncertainties about future flooding.

### Drought

Global models suggest more dry days and drier soils in the future for the southern part of the Southwest (Field et al. 2011). Along with projected warming and increased

evapotranspiration, this can only mean that droughts will become more severe. The crucial importance of water resources and their natural volatility in the arid, thirsty, and growing Southwest has motivated numerous hydrological studies over the decades. The Colorado River—which provides at least partial water supply to all Southwestern states—has been the natural focus of many of these studies. Recent research was motivated by a prolonged drought that afflicted the Southwest, and particularly the Colorado River, for much of the first decade of the twenty-first century (MacDonald 2008).

This contemporary drought was examined in the context of past records and future projections utilizing a hierarchy of GCM projections, statistical downscaling, and hydrologic modeling to focus on Southwestern drought and describe it in the context of past and likely future conditions (Cayan et al. 2010). The results are summarized here.

The recent drought is a perfect example of droughts that the Southwest has been prone to experience about once per century. The analysis of Cayan and others (2010), based on the high emissions scenario, suggests that the current 100-year drought will become commonplace in the second half of this century and that future droughts will be much more severe than those previously recorded. This possibility should not be surprising given the magnitude of megadroughts on the paleorecord (Cook at al. 2004; Cook et al. 2009; Chapter 5), but importantly, climate change is slowly tipping the balance in favor of more frequent, longer, and more intense droughts. Figure 7.4 shows the difference in the Colorado River flow deficit accumulated over consecutive years of observed versus projected 100-year drought. This projection of intensified drought conditions on the Colorado River is not due to changes in precipitation, but rather due directly to warming and its effect on reducing soil moisture (Figure 7.5) by reducing snowpack and increasing evapotranspiration. The projected longer, more intense droughts in the Colorado Basin will pose challenges to sustaining water supplies of the already over-allocated Colorado River (Chapter 10). Increased drought may not be expected for all river basins of the Southwest, however; the Sacramento River Basin, for example, is projected to become slightly wetter (Cayan et al. 2010).

## 7.6 Fire Weather

Fire weather is persistent in the Southwest most of the year and actual outbreaks of fire in the region are significantly affected by human factors such as ignition and arson, fire management, and fire suppression practices that might (in the long run) provoke stronger wild fires (Westerling et al. 2003). Hot, gusty, dry winds can greatly exacerbate the risk of extremely large wildfires if they occur when the fuels are dry and plentiful and especially where the wind itself can influence the risk of a spark (e.g., when it contacts power lines). The topographically complex Southwest is home to several regional downslope winds of the rain-shadow-type (such as the Colorado Front Range chinook) or the gravity-driven type (such as the Santa Ana winds of Southern California). The Santa Ana winds, accelerating down the west slopes of Southern California's coastal ranges, are particularly notorious for spreading uncontrollable fires, since the beginning of the Santa Ana season in the fall coincides with the end of the long dry warm season (e.g. Westerling et al. 2004).



**Figure 7.4  Drought associated anomalies in Colorado River streamflow.** Accumulated deficit in flow (10^9 m^3, or billions of cubic meters) on the Colorado River at Lees Ferry relative to the mean flow observed over the period 1906–2008 (Y axis), as a function of drought duration in years (X axis). The twenty-first-century drought is shown in red; other years are shown as black dots. For example, the red 2007 indicates an eight-year drought (2000–2007), with an accumulated deficit of around 40 billion cubic meters (around 30 million acre-feet). Grey shading indicates where, two-thirds of the time, the worst drought (accumulated streamflow deficit) of the century should fall; the blue hatched region shows where the worst drought should fall for the end of this century, estimated from downscaled climate models. The twenty-first-century drought was consistent with the expected 100-year event, given the observed climate, whereas future 100-year droughts are expected to be much more severe in terms of accumulated flow deficit. Modified from Cayan et al. (2010).

### Santa Ana winds

The cool, relatively moist fall and winter climate of Southern California is often disrupted by dry, hot days with strong winds known as the Santa Anas that blow out of the desert. The Santa Ana winds are a dominant feature of the cool-season climate of this region (Conil and Hall 2006; Hughes and Hall 2010), and they have important ecological impacts. The most familiar is their influence on wildfires: following the hot, dry Southern California summer, the extremely low relative humidities and strong, gusty winds associated with Santa Anas introduce extreme fire risk, often culminating in wildfires with large economic loss (Westerling et al. 2004; Moritz et al. 2010).



**Figure 7.5 Drought-associated anomalies in precipitation and soil moisture.** Composite average of water-year precipitation (blue) and water-year soil moisture (red) anomalies associated with extreme negative soil moisture anomalies for the Southwest estimated from observations and simulated climate input from CNRM CM3 and GFDL CM2.1 GCMs SRES A2 emission scenario, for 1951–1999, 2000–2049, and 2050–2099. Modified from Cayan et al. (2010).

Hughes, Hall, and Kim (2011) recently documented the potential impacts of human-generated climate change on the frequency of the Santa Anas and associated meteorological conditions with a high-resolution dynamical downscaling of a Fourth Assessment Report (NCAR CCSM3) model. They project that the number of Santa Ana days per winter season would be approximately 20% fewer in the mid twenty-first century compared to the late-twentieth century.

In addition to the change in Santa Anas' frequency, Hughes, Hall, and Kim (2011) also investigated changes during Santa Anas in two other meteorological variables known to be relevant to fire weather conditions—relative humidity and temperature—and found a decrease in the relative humidity and an increase in temperature. Both of these changes would favor fire, while the reduction in Santa Ana wind events would reduce fire risk. More work is necessary to ensure these results are robust across different climate models and emission scenarios, and to quantify the impact of these changes on fire weather. Santa Ana winds are treated as weather extremes in this report because they cause extreme fire danger conditions. However, Santa Ana winds are rather commonplace and not extreme in and of themselves. The extremes of Santa Ana winds have not been studied either in the observed or projected climate. This is an important topic for future research.

## 7.7 Discussion of Key Uncertainties

Large-scale climate drivers such as El Niño-Southern Oscillation (ENSO) and the Pacific Decadal Oscillation (PDO) in particular, play an important role in the winter and spring precipitation extremes (and consequently floods) over the Southwest and West. A rich body of literature shows the Southwestern hydroclimate—in particular the daily precipitation extremes—to be very sensitive to natural interannual and decadal variability (Gershunov and Barnett 1998; Cayan et al. 1999; Gershunov and Cayan 2003). Thus, flood risk can be affected by changes to moisture delivery processes (see, for example, Dettinger et al. 1998; Gershunov and Barnett 1998; Cayan, Redmond and Riddle 1999; Rajagopalan et al. 2000), temperature, and land surface conditions. An important uncertainty for the Southwest therefore is how the relevant modes of natural variability in the Pacific sector (ENSO and PDO) and their combined influences on Southwestern climate may be affected by climate change. The most predictable climate regime in the Southwest is the dry winter associated with La Niña and the negative phase of the PDO. For the first time in over a century, in spring 2011 this combination of natural forcing did not result in a dry winter; instead, great snow accumulations ended the early twenty-first century drought.[viii] The influence of climate change on the stability of teleconnections[ix] and the reliability of traditional seasonal climate forecasts should be investigated in future research.

Flooding is a result of complex interactions between the type and characteristics of moisture delivery, water catchment attributes, and land surface features. In a broad sense, the common mechanisms of moisture delivery—heavy winter rainfall, runoff, heavy winter snow followed by spring melt, rain-on-snow events, and summer convection connected with the North American monsoon system—operate in conjunction with temperature regimes and catchment and land surface features. The key to flooding outcomes are the *processes* that deliver moisture to this region: an intricate choreography of large-scale, ocean-atmospheric climate drivers and orography (the physical geography of mountains).[x]

Significant changes to flood risks during the twentieth century were observed over the entire Western United States as a result of general warming (Hamlet and Lettenmaier 2007). Winter temperature changes modify the precipitation patterns; most significantly, higher temperatures increase winter rainfall at the expense of snowfall, thus reducing spring flooding while potentially increasing winter flooding. Warm and cold phases of ENSO and PDO also strongly modulate flooding risk. For example, cold ENSO and PDO phases reduce overall precipitation in the Colorado River Basin, thereby reducing flood risk. These insights provide a template for flood-risk changes under a warmer climate in the twenty-first century, assuming climate change does not affect the nature or stability of the teleconnections climate forecasters have come to trust. This is an assumption that needs to be verified.

Floods that cause severe property damage and loss of life in populous regions are predominantly caused by severe precipitation events on already saturated soils. As discussed above, the Southwest is likely to experience increased flood risk from short-duration extreme atmospheric river precipitation events. The future role of rain-on-snow events in twenty-first-century flood regimes remains highly uncertain (Dettinger et al. 2009).

The ability of climate models to reproduce extreme high-frequency precipitation is a key uncertainty in projections. Dynamical models typically overestimate the frequency of precipitation and underestimate precipitation intensity (e.g. Gershunov et al. 2000). Given the known modeling precipitation biases, how certain are projected trends in precipitation extremes?

Behavior of co-occurring high-impact extremes such as drought and heat waves is a key uncertainty that has not so far been adequately addressed. It is likely that soil moisture anomalies predetermine a region's capacity for extreme heat waves, while heat waves, in turn, deplete soil moisture. Decadal drought cycles can therefore modify the clearly projected trends in heat-wave activity. Research on the interactions between drought cycles and heat wave activity is needed to understand possible decadal variation of heat waves in a warming Southwest projected to experience deeper and longer droughts (Cayan et al. 2010).

Coastal climate is characterized by persistent low-level clouds in summer, to which coastal ecosystems and society are adapted. This "marine layer" responds to a host of natural weather and climate influences on global and local scales. The marine layer is particularly sensitive to inland temperatures and can respond to heat waves in different ways depending on regional to large-scale atmospheric circulation, coastal upwelling of cold nutrient-rich ocean water, and the state of the PDO. It typically protects the highly populated and sparsely air-conditioned coast from heat waves, but its absence during a heat wave (such as in July 2006 along the California coast) can severely impact public health (see Chapter 15), agriculture (Chapter 11), and the energy sector (Chapter 12). Marine-layer dynamics are not well understood or modeled. Future behavior of the marine layer in general and specifically in conjunction with extreme heat is unknown.

The Southwest is demarcated by an international border that transforms the region but fails to confine the impacts of extreme weather and climate. With its core region in northwestern Mexico, the North American monsoon is an excellent example of a climate phenomenon straddling both sides of the border. Although the region experiences the same extremes on either side of the U.S.-Mexico border, the impacts of these extremes—and the ability to observe and mitigate them—are not equally shared because of socioeconomic and sociopolitical disparities (see also Chapter 16 for an extensive discussion of climate change effects and adaptation in the U.S.-Mexico border region).

### Irreversible changes and tipping points

In addition to these and numerous other uncertainties, the possibilities for abrupt or irreversible changes and tipping points exist, particularly in the impacts of climate change on biological and social systems. These issues, however, are highly speculative and uncertain and we only briefly list a few considerations here.

- Warmer winters and drought can and have led to bark beetle infestations that threaten the pine forests and influence wildfire risk (see Chapter 8, Section 8.4).
- The Southwest appears prone to abrupt shifts in climate regimes as evidenced by the paleorecord (e.g., historic megadroughts, see Chapter 5) that, coupled with enhanced heat wave activity, could lead to irreversible impacts on ecology as well as human adaptation, and may reduce the productive capacity of resources such as soils and rangelands.

- Impacts that promote devastating wildfires can result in irreversible land-cover and ecological changes.
- A declining snowpack has the capacity to irreversibly change the hydrologic regime.
- Change in the atmospheric vertical temperature profile can influence atmospheric stability and precipitation.
- A shift in the jet stream, although gradual, could have irreversible consequences on human time scales.
- The massive changes in the Arctic may be impacting the Southwest in ways currently unknown.
- Asian dust and aerosols may have a lasting influence on precipitation.

These and other uncertainties, coupled with the region's unique diversity and compounding vulnerabilities, create a highly volatile landscape for climate to write its story upon, employing an evolving lexicon and extreme punctuation marks.

## References

Arriaga-Ramírez, S., and T. Cavazos. 2010. Regional trends of daily precipitation indices in northwest Mexico and southwest United States. *Journal of Geophysical Research* 115: D14111, doi:10.1029/2009JD013248.

Bao, J. W., S. A. Michelson, P. J. Neiman, F. M. Ralph, and J. M. Wilczak. 2006. Interpretation of enhanced integrated water vapor bands associated with extratropical cyclones: Their formation and connection to tropical moisture. *Monthly Weather Review* 134:1063–1080.

Barlow, M. 2011. Influence of hurricane-related activity on North American extreme precipitation. *Geophysical Research Letters* 38: L04705, doi:10.1029/2010GL046258.

Cavazos, T., and S. Arriaga-Ramírez. 2012. Downscaled climate change scenarios for Baja California and the North American monsoon during the 21st century. *Journal of Climate* 25:5904–5915.

Cavazos, T., C. Turrent, and D. P. Lettenmaier. 2008. Extreme precipitation trends associated with tropical cyclones in the core of the North American Monsoon. *Geophysical Research Letters* 35: L21703, doi:10.1029/2008GL035832.

Cayan, D. R., T. Das, D. W. Pierce, T. P. Barnett, M. Tyree, and A. Gershunov. 2010. Future dryness in the southwest US and the hydrology of the early 21st century drought. *Proceedings of the National Academy of Sciences* 107:21271–21276, doi:10.1073/pnas.0912391107.

Cayan, D. R., K. T. Redmond, and L. G. Riddle. 1999. ENSO and hydrologic extremes in the western United States. *Journal of Climate* 12:2881–2893.

Chou, C., and C-W. Lan. 2011. Changes in the annual range of precipitation under global warming. *Journal of Climate* 25:222–235.

Conil, S., and A. Hall. 2006. Local regimes of atmospheric variability: A case study of southern California. *Journal of Climate* 19:4308–4325.

Cook, E. R., R. Seager, R. R. Heim, R. S. Vose, C. Herweijer, and C. Woodhouse. 2009. Megadroughts in North America: Placing IPCC projections of hydroclimatic change in a long-term paleoclimate context. *Journal of Quaternary Science* 25:48–61, doi: 10.1002/jqs.1303. http://www.ldeo.columbia.edu/res/div/ocp/pub/cook/2009_Cook_IPCC_paleo-drought.pdf

Cook, E. R., C. Woodhouse, C. M. Eakin, D. M. Meko, and D. W. Stahle. 2004. Long-term aridity changes in the western United States. *Science* 306:1015–1018.

Das, T., M. D. Dettinger, D. R. Cayan, and H. G. Hidalgo. 2011. Potential increase in floods in California's Sierra Nevada under future climate projections. *Climatic Change* 109 (Suppl. 1): S71–S94, doi:10.1007/s10584-011-0298-z.

Dettinger, M. D. 2011. Climate change, atmospheric rivers and floods in California – A multi-model analysis of storm frequency and magnitude changes. *Journal of the American Water Resources Association* 47:514–523.

Dettinger, M. D., D. R. Cayan, H. F. Diaz, and D. M. Meko. 1998. North–south precipitation patterns in western North America on interannual-to-decadal timescales. *Journal of Climate* 11:3095–3111.

Dettinger, M. D., H. Hidalgo, T. Das, D. Cayan, and N. Knowles. 2009. *Projections of potential flood regime changes in California*. Final Paper CEC-500-2009-050. Sacramento: California Climate Change Center. http://www.energy.ca.gov/2009publications/CEC-500-2009-050/CEC-500-2009-050-F.PDF.

Dettinger, M. D., F. M. Ralph, T. Das, P. J. Neiman, and D. Cayan. 2011. Atmospheric rivers, floods, and the water resources of California. *Water* 3:455-478. http://www.mdpi.com/2073-4441/3/2/445/.

Dettinger, M. D., F. M. Ralph, M. Hughes, T. Das, P. Neiman, D. Cox, G. Estes, et al. 2011. Design and quantification of an extreme winter storm scenario for emergency preparedness and planning exercises in California. *Natural Hazards* 60:1085–1111, doi:10.1007/s11069-011-9894-5.

Diffenbaugh, N. S., and M. Ashfaq. 2010. Intensification of hot extremes in the United States. *Geophysical Research Letters* 37: L15701, doi:10.1029/2010GL043888.

Dominguez, F., E. Rivera, D. P. Lettenmaier, and C.L. Castro. 2012. Changes in winter precipitation extremes for the western United States under a warmer climate as simulated by regional climate models. *Geophysical Research Letters* 39: L05803, doi: 10.1029/2011GL050762.

Favre, A., and A. Gershunov. 2009. North Pacific cyclonic and anticyclonic transients in a global warming context: Possible consequences for western North American daily precipitation and temperature extremes. *Climate Dynamics* 32:969–987.

Field, C. B., V. Barros, T. Stocker, and Q. Dahe, eds. 2011. *Managing the risks of extreme events and disasters to advance climate change adaptation: Special report of the Intergovernmental Panel on Climate Change*. Cambridge: Cambridge University Press. http://ipcc-wg2.gov/SREX/report/.

Gershunov, A., and T. P. Barnett. 1998. ENSO influence on intraseasonal extreme rainfall and temperature frequencies in the contiguous United States: Observations and model results. *Journal of Climate* 11:1575–1586.

Gershunov, A., T. Barnett, D. Cayan, T. Tubbs, and L Goddard. 2000. Predicting and downscaling ENSO impacts on intraseasonal precipitation statistics in California: The 1997–1998 event. *Journal of Hydrometeorology* 1:201–209.

Gershunov, A., and D. R. Cayan. 2003. Heavy daily precipitation frequency over the contiguous United States: Sources of climate variability and seasonal predictability. *Journal of Climate* 16:2752–2765.

Gershunov, A., D. Cayan, and S. Iacobellis. 2009. The great 2006 heat wave over California and Nevada: Signal of an increasing trend. *Journal of Climate* 22:6181–6203.

Gershunov, A., and K. Guirguis. 2012. California heat waves in the present and future. *Geophysical Research Letters* 39: L18710, doi:10.1029/2012/GL052979.

Groisman, P. V., R. W. Knight, T. R. Karl, D. R. Easterling, B. Sun, and J. H. Lawrimore. 2004. Contemporary changes of the hydrological cycle over the contiguous United States: Trends derived from in situ observations. *Journal of Hydrometeorology* 5:64–85, doi:10.1175/1525–7541.

Groisman, P. Y., R. W. Knight, D. R. Easterling, T. R. Karl, G. C. Hegerl, and V. N. Razuvaev. 2005. Trends in intense precipitation in the climate record. *Journal of Climate* 18:1326–1350.

Guan, B., N. P. Molotch, D. E. Waliser, E. J. Fetzer, and P. J. Neiman. 2010. Extreme snowfall events linked to atmospheric rivers and surface air temperature via satellite measurements. *Geophysical Research Letters* 37: L20401, doi:10.1029/2010GL044696.

Guirguis, K., A. Gershunov, R. Schwartz and S. Bennett. 2011. Recent warm and cold daily winter temperature extremes in the Northern Hemisphere. *Geophysical Research Letters* 38: L17701, doi:10.1029/2011GL048762.

Hamlet, A. F., and D. P. Lettenmaier. 2007. Effects of 20th century warming and climate variability on flood risk in the western U.S. *Water Resources Research* 43: W06427, doi:10.1029/2006WR005099.

Hirschboeck, K. K. 1991. Climate and floods. In *National water summary 1988-89: Hydrologic events and floods and droughts*, comp. R. W. Paulson, E. B. Chase, R. S. Roberts, and D. W. Moody, 99–104. U.S. Geological Survey Water-Supply Paper 2375. Washington, DC: U.S. Government Printing Office.

Hughes, M., and A. Hall. 2010. Local and synoptic mechanisms causing Southern California's Santa Ana winds. *Climate Dynamics* 34:847–857.

Hughes M., A. Hall, and J. Kim. 2011. Human-induced changes in wind, temperature and relative humidity during Santa Ana events. *Climatic Change* 109 (Suppl. 1): S119–S132, doi:10.1007/s10584-011-0300-9.

Intergovernmental Panel on Climate Change (IPCC). 2007. Summary for policymakers. In *Climate change 2007: The physical science basis. Contribution of Working Group I to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change*, ed. S. Solomon, D. Qin, M. Manning, Z. Chen, M. Marquis, K. B. Averyt, M. Tignor, and H. L. Miller. Cambridge: Cambridge University Press.

Kharin, V. V., F. W. Zwiers, X. Zhang, and G. Hegerl. 2007. Changes in temperature and precipitation extremes in the IPCC ensemble of global coupled model simulations. *Journal of Climate* 20:1419–1444.

Kodra, E., K. Steinhauser, and A. R. Ganguly. 2011. Persisting cold extremes under 21st-century warming scenarios. *Geophysical Research Letters* 38: L08705. doi:10.1029/2011GL047103.

Lu, J., C. Deser, and T. Reichler. 2009. The cause for the widening of the tropical belt since 1958. *Geophysical Research Letters* 36: L03803, doi: 10.1029/GL036076.

Lu, J., G. A. Vecchi, and T. Reichler. 2007. Expansion of the Hadley cell under global warming. *Geophysical Research Letters* 34: L06805, doi:10.1029/2006GL028443.

Mahoney, K., M. A. Alexander, G. Thompson, J. J. Barsugli, and J. D. Scott. 2012. Changes in hail and flood risk in high-resolution simulations over the Colorado Mountains. *Nature Climate Change* 2:125–131, doi:10.1038/nclimate1344.

Mastrandrea, M. D., C. Tebaldi, C. W. Snyder, and S. H. Schneider. 2011. Current and future impacts of extreme events in California. *Climatic Change* 109 (Suppl. 1): S43–S70, doi 10.1007/s10584-011-0311-6.

Maurer, E. P., and H. G. Hidalgo. 2008. Utility of daily vs. monthly large-scale climate data: An intercomparison of two statistical downscaling methods. *Hydrology and Earth System Sciences* 12:551–563.

MacDonald, G. M., D. W. Stahle, J. Villanueva Diaz, N. Beer, S. J. Busby, J. Cerano-Paredes, J. E. Cole, et al. 2008. Climate warming and twenty-first century drought in southwestern North America. *Eos Transactions AGU* 89:82.

Meehl, G. A., T. Karl, D. R. Easterling, S. Changnon, R. Pielke, D. Changnon, J. Evans, et al. 2000. An introduction to trends in extreme weather and climate events: Observations, socioeconomic impacts, terrestrial ecological impacts, and model projections. *Bulletin of the American Meteorological Society* 81:413–416.

Moritz, M., T. Moody, M. Krawchuk, M. Hughes, and A. Hall. 2010. Spatial variation in extreme

winds predicts large wildfire locations in chaparral ecosystems. *Geophysical Research Letters* 37: L04801.

Nakićenović, N., and R. Swart, eds. 2000. *Special report on emissions scenarios: A special report of Working Group III of the Intergovernmental Panel on Climate Change.* Cambridge: Cambridge University Press.

Pierce, D. W., T. Das, D. R. Cayan, E. P. Maurer, N. Miller, Y. Bao, M. Kanamitsu, et al. 2012. Probabilistic estimates of future changes in California temperature and precipitation using statistical and dynamical downscaling. *Climate Dynamics* published online, doi:10.1007/s00382-012-1337-9.

Rajagopalan, B., E. Cook, U. Lall, and B. Ray. 2000. Spatiotemporal variability of ENSO and SST teleconnections to summer drought over the United States during the twentieth century. *Journal of Climate* 13:4244–4255.

Ralph, F. M., and M. D. Dettinger. 2011. Storms, floods and the science of atmospheric rivers. *Eos Transactions AGU* 92:265–266.

Ralph, F. M., M. D. Dettinger, A. White, D. Reynolds, D. Cayan, T. Schneider, R. Cifelli, et al. 2011. A vision of future observations for western US extreme precipitation events and flooding: Monitoring, prediction and climate. Report to the Western States Water Council, Idaho Falls.

Ralph, F. M., P. J. Neiman, G. A. Wick, S. I. Gutman, M. D. Dettinger, D. R. Cayan, and A. B. White. 2006. Flooding on California's Russian River: Role of atmospheric rivers. *Geophysical Research Letters* 33: L13801, doi:10.1029/2006GL026689.

Salas-Mélia, D., F. Chauvin, M. Déqué, H. Douville, J. F. Guérémy, P. Marquet, S. Planton, J. F. Royer, and S. Tyteca. 2005. Description and validation of the CNRM-CM3 global coupled model. CNRM Working Note 53. Toulouse, France: Centre National de Recherches Météorologiques. http://www.cnrm.meteo.fr/scenario2004/paper_cm3.pdf.

Sheppard, P. R., A. C. Comrie, G. D. Packin, K. Angersbach, and M. K. Hughes. 2002. The climate of the US Southwest. *Climate Research* 21:219–238.

Tebaldi, C., K. Hayhoe, and J. M. Arblaster. 2006. Going to the extremes: An intercomparison of model-simulated historical and future changes in extreme events. *Climatic Change* 79:185–211.

Trenberth, K. E., P. D. Jones, P. Ambenje, R. Bojariu, D. R. Easterling, A. K. Tank, D. Parker, et al. 2007. Observations: Surface and atmospheric climate change. In *Climate change 2007: The physical science basis. Contribution of Working Group I to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change*, ed. S. Solomon, D. Qin, M. Manning, Z. Chen, M. Marquis, K.B. Averyt, M. Tignor and H.L. Miller, 235–336. Cambridge: Cambridge University Press.

Wang, J., and X. Zhang. 2008. Downscaling and projection of winter extreme daily precipitation over North America. *Journal of Climate* 21:923–937.

Westerling, A. L., D. R. Cayan, T. J. Brown, B. L. Hall, and L. G. Riddle. 2004. Climate, Santa Ana winds and autumn wildfires in Southern California. *Eos Transactions AGU* 85:289, 296.

Westerling, A. L., A. Gershunov, T. Brown, D. Cayan, and M. Dettinger. 2003. Climate and wildfire in the western United States. *Bulletin of the American Meteorological Society* 84:595–604.

### Endnotes

i     Downscaled using the Bias Corrected Constructed Analogue (BCCA) statistical downscaling method of Maurer and Hidalgo (2008).

ii    Another measure of heat waves is discussed in Chapter 5, Section 5.4.

iii    Events with a probability of occurrence of 1% in any given year or 100% in 100 years.

iv    Another measure of cold waves is discussed in Chapter 5, Section 5.4.

v    They detected tropical cyclone-related trends in the core NAM region. However, because this is in Mexico and since Barlow (2011) showed that hurricane-related activity contributes only 1% of Southwestern precipitation extremes, we did not consider hurricanes and tropical storms in this chapter.

vi    Mahoney et al. (2012) used a multi-tiered downscaling approach where first a GCM (GFDL) was downscaled to 31 mile (50-km) grid as a part of North American Regional Climate Change Assessment Program (NARCCAP), using the high-emissions scenario (Nakicenovic and Swart 2000). Then extreme precipitation events in NARCCAP were further downscaled using the Weather Research and Forecasting (WRF) model. High-resolution WRF simulations (up to 0.8 mile [1.3 km] horizontal grid), initialized using composite future and past conditions were produced.

vii    Potential sensitivities of model microphysical parameterization (especially hail size distribution to melting hail) merits further investigation. Nevertheless, although based on one GCM projection only, Mahoney and colleagues (2012) claim their results are robust due to consistency with different initialized climate projections, and different WRF methodologies (event and composite).

viii    In winter 2011–2012, at the time of this writing, similar forcings are producing more than expected dryness, however.

ix    *Teleconnections* are persistent large-scale patterns of atmospheric circulation that reflect changes in the jet stream or atmospheric waves over very large areas. They can derive from internal atmospheric dynamics or from changes in sea-surface temperatures and convection, as in the tropical Pacific ENSO cycle resulting in, for example, anomalous precipitation patterns in the Southwest.

x    These are described in detail in Hirschboeck (1991) and Sheppard et al. (2002).

# Chapter 8

# Natural Ecosystems

## COORDINATING LEAD AUTHOR

Erica Fleishman (University of California, Davis)

## LEAD AUTHORS

Jayne Belnap (U.S. Geological Survey), Neil Cobb (Northern Arizona University), Carolyn A.F. Enquist (USA National Phenology Network/The Wildlife Society), Karl Ford (Bureau of Land Management), Glen MacDonald (University of California, Los Angeles), Mike Pellant (Bureau of Land Management), Tania Schoennagel (University of Colorado), Lara M. Schmit (Northern Arizona University), Mark Schwartz (University of California, Davis), Suzanne van Drunick (University of Colorado), Anthony LeRoy Westerling (University of California, Merced)

## CONTRIBUTING AUTHORS

Alisa Keyser (University of California, Merced), Ryan Lucas (University of California, Merced)

## EXPERT REVIEW EDITOR

John Sabo (Arizona State University)

## Executive Summary

Existing relations among land cover, species distributions, ecosystem processes (such as the flow of water and decomposition of organic matter), and human land use are the basis for projecting ranges of ecological responses to different scenarios of climate change.

**Chapter citation:** Fleishman, E., J. Belnap, N. Cobb, C. A. F. Enquist, K. Ford, G. MacDonald, M. Pellant, T. Schoennagel, L. M. Schmit, M. Schwartz, S. van Drunick, A. L. Westerling, A. Keyser, and R. Lucas. 2013. "Natural Ecosystems." In *Assessment of Climate Change in the Southwest United States: A Report Prepared for the National Climate Assessment*, edited by G. Garfin, A. Jardine, R. Merideth, M. Black, and S. LeRoy, 148–167. A report by the Southwest Climate Alliance. Washington, DC: Island Press.

However, because such relations evolve, projections based on current relations are likely to be inaccurate. Additionally, changes in climate, land use, species distributions, and disturbance regimes (such as fire and outbreaks of disease) will affect the ability of ecosystems to provide habitat for animals and plants that society values, to maintain ecosystem processes, and to serve as reservoirs of carbon. There is reliable evidence for the following key findings, which are true of the Southwest and many other regions.

- Observed changes in climate are associated strongly with some changes in geographic distributions of species that have been observed since the 1970s. The extent of these observed changes in geographic distribution varies considerably among species. (high confidence)
- Observed changes in climate are associated strongly with some observed changes in the timing of seasonal events in the life cycles of species. The magnitude of these changes in timing of seasonal events varies considerably among species. (high confidence)
- Some disturbance processes that result in mortality or decreases in the viability of native plants are associated strongly with observed changes in climate. Among those disturbances are wildfires and outbreaks of forest pests and pathogens. Mortality of some species of plants and of plants in some regions also is associated directly with higher temperatures and decreases in precipitation. (high confidence)
- The probability that a species will occupy and reproduce in a specified geographic area for a selected number of years may increase if the physiology or behavior of individuals of the species is able to change in response to environmental change. These changes, which often have a genetic basis, may increase probabilities of persistence (the likelihood that a species will occupy and reproduce in a certain geographic area for a certain number of years) beyond what might be expected on the basis of current associations between species and climatic variables. (high confidence)

## 8.1 Introduction: Climate, Climate Change, and Ecosystems of the Southwest

The Southwest's high species richness of diverse groups of plants and animals (Kier et al. 2009) in part reflects the considerable geographic and seasonal variation in climate within the region (see Figure 4.1). For example, the difference in absolute minimum and maximum temperatures at a given location within a year can be as much as 113°F (45°C) in the interior of the Southwest and as little as 59°F (15°C) near the coast. High elevations in the Sierra Nevada and Rocky Mountains receive 39 inches to 79 inches (100 cm to 200 cm) of precipitation annually, whereas low elevations receive less than 4 inches (10 cm). 

Climatic variation in the Southwest, as in any region, also is reflected by variations in land cover and land use (see Chapter 3). Within the Southwest, the U.S. Gap Analysis Project (USGS 2004) mapped 209 ecological systems,[i] which are defined as groups of plant community types that tend to co-occur within landscapes with similar ecological processes, geology, soils, or ranges of environmental attributes such as elevation and

precipitation (Comer et al. 2003), and twenty additional classes of land that has been disturbed or modified by humans.

Climatic variables such as actual evapotranspiration (the amount of water delivered to the atmosphere by evaporation and plant transpiration), soil water deficit (the amount of available water removed from the soil within the active root depth of plants), average temperatures of the coldest and warmest months, and different measures of precipitation are highly correlated with the geographic distributions of individual species and ecological systems (e.g., Rehfeldt et al. 2006; Parra and Monahan 2008; Franklin et al. 2009). Increasing temperatures and aridity (MacDonald 2010) and earlier snowmelt and peak streamflow (Bonfils et al. 2008) also have been linked to changes in the geographic distributions of species (e.g., Kelly and Goulden 2008; Moritz et al. 2008; Forister et al. 2010). Changes in climate have been associated with changes in phenology (the timing of seasonal events in the life cycle of plants and animals) (e.g., Bradley and Mustard 2008; Kimball et al. 2009; Miller-Rushing and Inouye 2009) and changes in the frequency, extent, duration, and severity of fires and outbreaks of forest pathogens (e.g., Westerling et al. 2006; Bentz 2008).

Projections suggest that by 2100, average annual temperatures in the Southwest may increase by 2°F to 9°F (1°C to 5°C), which will increase rates of evaporation and transpiration of surface water and soil water to the atmosphere. Annual runoff across much of the region is projected to decrease 10% to 40% by 2100, and the severity and length of droughts and soil-moisture depletion are expected to increase substantially (IPCC 2007; Cayan et al. 2010; Seager and Vecchi 2010; see also Chapters 6 and 7). Extremes in high temperatures are anticipated to increase, whereas extreme cold events are expected to become less severe and shorter in duration. Changes in temperature and water deficits in soils and plants are projected to be greatest in interior regions and least near the Pacific Coast (Pan et al. 2010).

Computer models that associate climate with the distribution of species suggest that by 2100, the locations occupied by individual species may change substantially in response to projected changes in temperature and precipitation (Lenihan et al. 2003; Archer and Predick 2008; Loarie et al. 2008). For example, increases in water temperature in rivers and streams may cause mortality of some native fish species and some of the invertebrates on which they prey, and increase the likelihood that non-native salmonid fishes (which spawn in freshwater but may spend a portion of their life in the ocean) will colonize these rivers and streams. Abundances of some native fishes may decrease and the probability of breeding among native and non-native fishes may increase. For example, the amount of habitat for a native cutthroat trout (*Oncorhynchus clarkia*) is projected to decrease as much as 58% in response to increases in temperature and competition with other species (Wenger et al. 2011).

Existing plant and animal species or their recent ancestors have persisted through substantial climatic changes. However, the anticipated rate of widespread climate change from 2010 to 2100 generally exceeds that documented in paleoenvironmental records from the recent geologic past (around 2 million years). Additionally, human land uses such as urbanization and agriculture have reduced the quantity and quality of habitat for some species and created barriers to dispersal of some species (Willis and MacDonald 2011). Patterns of human settlement and other land uses vary considerably

across the Southwest. For example, human population density across most of the Great Basin is relatively low, and there is comparatively little human infrastructure that might impede dispersal of native species. By contrast, coastal Southern California is densely populated by humans and the little remaining natural land cover is highly fragmented by human activity.

Despite the clear relation of the distributions of some species to climate, the relation between changes in climate and recent changes in the geographic distribution of species is highly uncertain. Additionally, there is considerable uncertainty about how species and the communities and ecosystems they form will respond to projected changes in climate. Some shifts in species' ranges observed in the late 1900s and early 2000s likely reflect not only changes in climate but changes in land use (e.g., Thorne, Morgan, and Kennedy 2008; Forister et al. 2010). For example, local extinction and changes in the distribution of the butterfly species *Euphydryas editha* were represented as a response to climate change (Parmesan 1996). But that study did not account for geographic variation in diet of the species. Nor did it account for geographic differences in the extent of nonnative plant species or urbanization, both of which affect the probability of local extinctions and changes in the butterfly's distribution (Fleishman and Murphy 2012).

Most climate-based projections of species' distributions are based on their current climatic niches (e.g., Rehfeldt et al. 2006; Parra and Monahan 2008; Franklin et al. 2009), which are assumed to be unchanging over time and uniform in space. These projections may overestimate the size of species' ranges and consequently overestimate the probability of persistence (occupancy and reproduction at a level that will not lead to local extinction) of populations that are adapted to a comparatively narrow range of climatic conditions or resources (Reed, Schindler, and Waples 2011). The projections also may underestimate ranges and probabilities of persistence of species that can adapt to changes in the living and nonliving attributes of their environment (Visser 2008; Chevin, Lande, and Mace 2010; Nicotra and Davidson 2010). Both natural environmental changes and management interventions (even those intended to mimic natural processes) may accelerate the process of evolution (Hellman and Pfrender 2011). Recent and prehistoric (Willis and MacDonald 2011) data on terrestrial and aquatic vertebrates, invertebrates, and plants demonstrate these responses may be rapid, on the order of years or decades. Moreover, temperatures and the amount of precipitation projected by 2100 may fall outside the current ranges for the region (Williams and Jackson 2007). When values of a variable used in building a predictive model (such as temperature) do not include the full range of values for which projections are being made, the uncertainty of the model's projections increases, and the accuracy of the model's projections may decrease.

In the following sections, we examine how some species, communities, and ecosystems of the Southwest may respond to changes in climate. These sections are not comprehensive treatments, but they illustrate potential responses across the Southwest. First, we explore how changes in climate may be reflected in changes in phenology of species (seasonal phenomena such as development of leaves, blooms of flowers, spawning of fish, and migrations of birds) and the resulting interactions among species. Second, we investigate how changes in precipitation and temperature may affect soils, vegetation, and carbon storage in arid regions. The response of plants and animals to increases in atmospheric concentrations of carbon dioxide and associated changes in climate also may

affect the way non-native invasive species compete with native species and are distributed (Thuiller, Richardson, and Midgley 2007; Hellmann et al. 2008; Bradley et al. 2010). Third, we highlight potential changes in tree mortality and fire across the extensive forests and woodlands of the Southwest. Each of these examples highlights the uncertainty of projected ecological responses to changes in climate.

## 8.2 Phenology and Species Interactions

Variability in weather, climate, and hydrology largely drive phenology (Walther et al. 2002). The timing of these seasonal events in turn directly affects interactions among species and the environment (Parmesan and Yohe 2003; Cleland et al. 2007; IPCC 2007) and is likely to be a major force in shaping ecological responses to climate change. Interactions among species that shape the structure and function of ecosystems include competition, predation, consumption of plants by animals, parasitism, disease, and mutually beneficial relations (Yang and Rudolf 2010).

Organisms may adapt phenologically to environmental change through evolution or phenotypic plasticity (the ability of individuals to consciously or unconsciously increase their probability of survival and reproduction by responding to environmental cues). For example, earlier spring thaws can induce earlier opening of buds either through natural selection or through a direct physiological response of individual plants. However, recent environmental changes have led to both earlier and later timing of these phenological events and have exceeded the ability of some species to adapt to such changes. Differences in phenological responses of different species can disrupt interactions among species (Parmesan 2006; Both et al. 2009). The differences in phenological responses among interacting species in response to changing climate may increase the probability of changes in abundance, population growth rate, and local persistence of individual species (Parmesan 2007; Miller-Rushing et al. 2010; Thackeray et al. 2010). For example, in the Netherlands the peak abundance of caterpillars that feed on oak leaves has become earlier than the peak abundance of migratory birds that feed on the caterpillars, resulting in a decrease in abundance of the birds (Both et al. 2009). Species that are more capable of adapting to environmental change (such as many non-native invasive species and species with general food requirements) may have a higher probability of persisting as climate changes than species with more fixed phenotypes (such as many endemic species—species that occur only in a particular location—and species with restricted diets) (Møller, Rubolini, and Lehikoinen 2008; Willis et al. 2008; Kellermann et al. 2009). Knowing more about how the phenology of non-native invasive plants is affected by climate change may allow more effective timing of actions to eradicate these plants or minimize their spread (Marushia, Cadotte, and Holt 2010; Wolkovich and Cleland 2010).

### Phenology and interactions among species in terrestrial systems

The average timing of developmental events of plants, such as bud formation and flowering, is occurring one day earlier per decade across the Northern Hemisphere and 1.5 days earlier per decade in western North America in correlation with increases in winter and spring temperatures (Schwartz, Ahas, and Aasa 2006; Ault et al. 2011). In the Southwestern United States, changes in the phenology of bird species corresponding

to climate change have been documented for over a decade. These include earlier egg-laying by Mexican jays (*Aphelocoma ultramarina*) (Brown, Li, and Bhagabati 1999), earlier appearance of American robins (*Turdus migratorius*) at a given elevation (Inouye et al. 2000), and earlier arrival of migratory birds to their breeding range (MacMynowski et al. 2007). Earlier emergence of adult butterflies in some areas of the Southwest also has been attributed to climate change (Forister and Shapiro 2003).

Data from a high-elevation research station in the Rocky Mountains,[ii] where air temperatures are increasing, demonstrated that from 1976 through 2008, yellow-bellied marmots (*Marmota flaviventris*) weaned their young approximately 0.17 days earlier each year (Ozgul et al. 2010). Earlier emergence from hibernation (Inouye et al. 2000), giving birth earlier in the season, changes in weaning time, and extended duration of growing seasons were associated with larger animals at the start of hibernation and increases in abundance of the animals (Ozgul et al. 2010). These apparent responses to higher temperatures may be short-term, especially if long, dry summers become more frequent, and may decrease growth rates and increase mortality rates. In the same geographic area, higher temperatures and less precipitation have been associated with a change in flowering phenology across meadows. Blooming of some forbs is occurring earlier, which increases the probability of mortality from a late frost (Inouye 2008). Abundance of flowers in the middle of the growing season has decreased, which may reduce probabilities of persistence of insects that feed on and pollinate the flowers throughout the summer (Aldridge et al. 2011).

There is less evidence of changes in phenology in apparent response to climatic changes in the arid lowlands of the Southwest than in moister, higher-elevation regions such as the Rocky Mountains. Nevertheless, examination of twenty-six years of data on flowering phenology along an elevational gradient in the Catalina Mountains of south-central Arizona suggests the onset of summer flowering is strongly associated with the amount and timing of July precipitation (Crimmins, Crimmins, and Bertelsen 2011). In deserts, soil moisture can have a greater effect on phenology than does temperature (Kimball et al. 2009), and plants at higher elevations, which typically receive more precipitation than lower elevations, may have a greater probability of becoming moisture-stressed than those at lower elevations (Bradley and Mustard 2008; Crimmins, Crimmins, and Bertelsen 2011).

### Interactions in freshwater systems

Documented changes in hydrology associated with increases in air temperature in the Southwest and throughout the western United States include earlier spring runoff and peak flows, increases in evapotranspiration, and decreases in summer flows (Stewart, Cayan, and Dettinger 2005; Knowles, Dettinger, and Cayan 2006; Painter et al. 2007). However, most research on how freshwater species respond to climate change has focused on physiological responses to temperature and flow rather than on interactions among species. Changes in frequency of flooding or changes in the seasonal pattern of high flows may change the timing of species interactions (Wenger et al. 2011). For example, changes in flooding and flow patterns can affect the timing of fish spawning, increase the probability that eggs will be scoured from gravel nests, wash away newly emerged fry, and change which fish species are present in streams where fall- and

spring-spawning salmonids both live or where there may be a high probability of colonization by a given invasive species (Warren, Ernst, and Baldigo 2009).

Higher air temperatures also may lead to changes in food quantity for coldwater fishes. For example, metamorphosis of a mayfly *(Baetis bicaudatus)* that is common in high-elevation streams and is an important prey item is triggered by increased water temperature (Harper and Peckarsky 2006). Mayflies emerge when peak flows subside and protruding rocks become available for egg-laying. Mayflies emerging in years with relatively low streamflow were smaller on average than in years with higher streamflow, when emergence of adults was delayed and the period of feeding by larvae extended (Peckarsky, Encalada, and McIntosh 2011).

## 8.3 Southwestern Deserts

Changes in the magnitude, frequency, or timing of precipitation and increases in temperature and atmospheric concentrations of carbon dioxide likely will affect soil organisms, vegetation composition, and ecosystem processes in Southwestern deserts, which are defined here as areas with less than 10 inches (around 250 mm) of mean annual precipitation. Frequent but low-volume summer rains increase mortality of organisms in the soil crust that otherwise maintain soil fertility and stability (Belnap, Phillips, and Miller 2004; Reed et al. 2012). In Southwestern deserts—unlike in regions with more precipitation—low concentrations of soil carbon limit the abundance and activity of soil biota and thus their ability to retain nutrients (Kaye et al. 2011). Therefore, nutrients in surface soils are easily absorbed by plants in wet years, especially if the preceding years were dry and nutrient-rich dust accumulated on the soil surface (Hall et al. 2011; Thomey et al. 2011). More plant growth results in higher nutrient retention by plants in wet years, but low retention in dry years, increasing the probability that nutrients will be lost from the ecosystem (Evans et al. 2001; Hall et al. 2011). These phenomena are especially pronounced in areas dominated by invasive non-native annual grasses because in wet years the amount of vegetation in these areas generally is higher than in communities of native perennial plants. Thus, highly variable precipitation can result in large fluctuations of nutrients in soils and plants. In addition, changes in the species of plants that are present in a given location affect soil biota and nutrient cycling (Belnap and Phillips 2001).

Precipitation patterns affect which species of plants are present in a given location. In some desert shrubs, primary production—the amount of energy from the sun that is converted to chemical energy (organic compounds) by an ecosystem's photosynthetic plants during a given time period—is positively correlated with winter or summer precipitation, but not autumn or spring precipitation (Schwinning et al. 2002). For example, long-term primary production in creosote bush *(Larrea tridentata),* a dominant shrub in hot Southwestern deserts (D'Odorico et al. 2010), is thought to increase as the number of years with relatively abundant summer rainfall increases. Shrubs with green stems, such as Mormon tea *(Ephedra),* can photosynthesize in winter and thus take advantage of high soil moisture. In some regions, native grasses require multiple consecutive wet years to persist. The probability of multiple consecutive wet years is projected to decrease as climate changes (Peters et al. 2011). Primary production by annual plants, by contrast,

can increase quickly in wet years, but because germination of these plants is limited in dry years, their abundance and distribution is expected to fluctuate widely in the future. High annual biomass can increase the probability of fires. Fires often result in mortality of the perennial plants, further changing which species of plants are present (Brooks and Pyke 2001). The Southwest currently has a pronounced cycle of fire in regions dominated by invasive non-native grasses (D'Antonio and Vitousek 1992; Brooks et al. 2004), and climate change is likely to increase the number and intensity of such fires (Abatzoglou and Kolden 2011).

How plants respond to increasing temperatures and decreasing precipitation is expected to vary among plant species in Southwestern deserts as a function of both direct thermal effects and associated decreases in soil moisture (Munson et al. 2012). Photosynthetic pathway, or type of metabolism, can affect the response of plants to temperature. For example, plants with crassulacean acid metabolism (CAM; plants that store carbon dioxide at night and thus minimize water loss during the day) use water more efficiently than plants with C4 metabolism, which lose little water during the day. Both CAM and C4 plants use water more efficiently than plants with C3 metabolism, which grow and lose water during the day (Collins et al. 2010; Morgan et al. 2011). Thus, increases in temperature and concomitant decreases in soil moisture are expected to increase the competitive advantage of CAM plants relative to C4 plants and of both CAM and C4 plants relative to C3 plants. Changes in biomass of both CAM and C4 plants in response to increases in temperature may be minimal, but there are exceptions (Munson, Belnap, and Okin 2011; Throop et al. 2012). Season of activity also may affect how plants respond to changes in temperature: plants that are dormant in winter (e.g., saltbush [*Atriplex*]) may lose biomass during relatively high-temperature years, whereas those that are active year-round (such as blackbrush [*Coleogyne*] and juniper [*Juniperus*]) may increase in biomass during those years (Munson, Belnap, and Okin 2011).

In contrast to predictions that increases in temperature will negatively affect C3 plants, higher nighttime temperatures increased establishment and survival of creosote bush (*Larrea tridentata*), a perennial C3 shrub (D'Odorico et al. 2010). The presence of the shrub raised ground temperatures, which was associated with increases in the plant's abundance. Thus, as shrubs expand throughout the Southwest, regional temperatures or temperatures in microhabitats of some species may increase to a greater extent than projected by climate models.

There is no clear evidence that non-native invasive plants will be more likely to survive and reproduce than native plants as climate changes, given that responses to climate change will vary by species. However, if changes in climate increase the probability of non-native plant invasion, then their generally high reproductive capacity and dispersal rates, rapid growth, and ability to adapt to short-term environmental variability may increase the probability they will become established and persist, in some cases quite rapidly (Pysek and Richardson 2007; Willis et al. 2010).

Increasing concentrations of atmospheric carbon dioxide may offset the effects of changes in other climatic variables, increasing the difficulty of accurately projecting responses to environmental change. For instance, although increases in temperature and decreases in soil moisture likely will benefit C4 plants more than C3 plants, increases in carbon dioxide likely will benefit C3 plants more than C4 plants (Morgan et al. 2011).

Increases in carbon dioxide also may increase the biomass of annual non-native grasses (Ziska, Reeves, and Blank 2005) and generally benefit invasive plants more than native plants (Bradley et al. 2010).

Changes in climate will affect how much carbon is contained in the vegetation and soils of deserts of the Southwest. The amount of above-ground plant biomass decreased as temperature increased and precipitation decreased in central New Mexico (Anderson-Teixeira et al. 2011). On the Colorado Plateau, drought was associated with a substantial decrease in photosynthetic production of organic compounds, with summer rains rarely resulting in net increase in biomass (Bowling et al. 2010). Spring uptake of carbon was associated with deep soil moisture, which required relatively high precipitation in the prior autumn and winter; projections suggest such precipitation is less likely to occur in the future. In more-arid grasslands of the warm deserts, establishment of non-native annual grasses can increase soil carbon due to increases in primary productivity relative to that in communities where non-natives are absent (Ziska, Reeves, and Blank 2005). Nevertheless, increases in soil carbon often are transient, and the conversion of sagebrush (*Artemisia* spp.) steppe to cheatgrass (*Bromus tectorum*) can result in long-term depletion of soil organic matter (Norton et al. 2004) and reduction of above-ground carbon sequestration (Bradley et al. 2006). In addition, the presence of non-native species generally increases fire frequency, leading to substantial declines in soil carbon and nutrients (Brooks and Pyke 2001).

## 8.4 Southwestern Forests

### Temperature, precipitation, and pests and pathogens

Geographically widespread and rapid increases in rates of mortality of coniferous trees believed by scientists to result from drought and higher temperatures have been documented for old forests throughout the western United States (van Mantgem et al. 2009). Annual mortality throughout the region has at least doubled since 1995, with mortality rates increasing over time (van Mantgem et al. 2009). Mortality rates of all major genera of trees have increased, suggesting that relatively predictable changes in the proportion of species with different characteristics, such as life history traits (e.g., shade intolerance), size, forest stand density or forest fragmentation, are unlikely to be the primary cause of the mortality (van Mantgem et al. 2009).

Tree mortality in forests and woodlands from outbreaks of bark beetles and fire has been attributed to changes in climate, particularly higher temperatures and lower precipitation (Swetnam and Betancourt 1998; Breshears et al. 2005; Westerling et al. 2006; Allen et al. 2010). Williams and colleagues (2010) estimated that since 1980, levels of tree mortality have been higher and more spatially extensive than during the 90-year record, including those during a period of drought in the 1950s (Breshears et al. 2005).

At a number of sites across the Southwest, rapid and nearly complete mortality of pinyon pine (*Pinus edulis*), a dominant, widespread species, was attributed to drought accompanied by unusually high temperatures from 2000 to 2003. Mortality approaching 90% was documented for trees at high-elevation sites in Colorado and Arizona that are near the upper elevational limit of pinyon pine and where precipitation and water

availability are relatively high compared to other locations where the species occurs (Breshears et al. 2005). Most of the mortality occurred in response to outbreaks of bark beetle (*Ips confusus*), which have been correlated with shifts in temperature and precipitation. For example, higher temperatures lead to water stress that can greatly increase the probability that pinyon pine will die in response to bark beetles (Bentz et al. 2010). Even droughts of relatively short duration may be sufficient to cause widespread die-off of pinyon pine if temperatures increase (Adams et al. 2009). Extensive tree mortality caused by bark beetles was estimated to have occurred across at least 12% of Southwestern forests and woodlands between 1997 and 2008 (Breshears et al. 2005; Williams et al. 2010). As of 2010, bark beetles were estimated to have affected more than twice the forest area burned by wildfires in Arizona and New Mexico in recent decades (USFS 2007; Williams et al. 2010).

As both summer and winter temperatures increase, beetles have erupted in high-elevation stands of white pine (*Pinus albicaulis*) in the Rocky Mountains where only intermittent attacks occurred during the past century (Raffa et al. 2008). Population sizes of two bark beetle species that have caused extensive mortality in Southwestern forests—the mountain pine beetle (*Dendroctonus ponderosae*) and spruce beetle (*Dendroctonus rufipennis*)—are expected to increase as temperature and the incidence of drought increases, albeit with considerable variability over time and geographic area (Bentz et al. 2010).

Rapid mortality of mature aspen (*Populus tremuloides*), known as sudden aspen decline, also has been reported throughout the Southwest and other regions within the United States and Canada (Frey et al. 2004; Fairweather, Geils, and Manthei 2007; Worrall et al. 2008). The decline is characterized by dieback within two to six years in apparently healthy stands of mature aspen and poor generation of suckers. Drought was identified as a major cause of recent diebacks (Hogg, Brandt, and Kochtubajda 2005; Fairweather, Geils, and Manthei 2007; Hogg, Brandt, and Michaelian 2008; Worrall et al. 2008; Rehfeldt, Ferguson, and Crookston 2009). Mortality resulted from various combinations of insects and pathogens, including *Cytospora* canker, usually caused by poplar borers (*Valsa sordida*) and bark beetles (Worrall et al. 2008). In documented cases of sudden aspen decline in both Colorado and Arizona, mortality generally decreased as elevation increased. Average mortality of aspen in dry sites below around 7,500 feet (2,300 meters) was greater than 95% from 2000 to 2007 (Fairweather, Geils, and Manthei 2007). The area with climate currently suitable for aspen growth and survival (that is, not accounting for potential evolutionary adaptation to climate change) is projected to decrease by 10% to 40% by 2030 (Rehfeldt, Ferguson, and Crookston 2009).

### Fire

Climate affects both fuel availability and flammability, and the relative role of each in causing wildfires varies across ecosystem types (Littell et al. 2009; Westerling 2010). In dense forests that typically have infrequent but severe fires, fuel flammability is closely related to climate during the peak fire season. In comparison, moisture availability affects the amount of fine surface fuels in forests with more frequent, but lower-severity fires (Westerling et al. 2003; Swetnam and Betancourt 1998; Littell et al. 2009; Westerling 2010). However, regional incidence of forest wildfires is generally associated with

drought—and higher temperatures and an earlier spring are expected to exacerbate drought and its effects on the extent of forest wildfires (Brown et al. 2008; Littell et al 2009; Westerling 2010; Schoennagel, Sherriff, and Veblen 2011).

The area of forest and woodland burned in the western United States by wildfires that actively were suppressed was more than five times larger during the period 1987–2003 than during 1970–1986, and was associated with increases in temperature and earlier spring snowmelt (Figure 8.1) (Westerling et al. 2006). This increase primarily was due to lightning-ignited wildfires. Forests and woodlands in the six Southwestern states accounted for a third of the increase in fires that exceeded 494 acres (200 hectares) in the western United States. The area burned in the Southwest increased more than 300% relative to the area burned during the 1970s and early 1980s (Figure 8.2, data updated from Westerling et al. 2006).



**Figure 8.1 Areas of the western United States burned in large (> 1000 acres [400 ha]) fires, 1984–2011.** Dark shading shows fires in areas classified as forest or woodland at 98-feet (30-meter) resolution by the LANDFIRE project (http://www.landfire.gov/). Fire data from 1984–2007 are from the Monitoring Trends in Burn Severity project (http://www.mtbs.gov/) and fire data from 2008–2011 are from the Geospatial Multi-Agency Coordination Group (http://www.geomac.gov/).

If fuels are available, the area of forest burned may increase substantially as temperature and evapotranspiration increase. The National Research Council (2011) projected that if temperature increases by 1.8°F (1°C), there will be a 312% increase in area burned in the Sierra Nevada, southern Cascades, and Coast Ranges of California; a 380%



**Figure 8.2 Area of large (>1,000 acre [400 ha]) wildfires that burned lands dominated by forest and woodland and managed by the U.S. Bureau of Indian Affairs, U.S. National Park Service, and U.S. Forest Service in Arizona, California, Nevada, New Mexico, and Utah.** Data from Westerling, Turner, Smithwick et al. (2011 online supplement); U.S. Department of the Interior (2008 fire data); and U.S. Department of Agriculture (https://fam.nwcg.gov/fam-web/kcfast/mnmenu.htm).

increase in the mountains of Arizona and New Mexico; a 470% increase on the Colorado Plateau; and a 656% increase in the southern Rocky Mountains. Using finer spatial and temporal resolutions, allowing for nonlinear relations between variables, and examining a broad range of climate scenarios, Westerling and Bryant (2008) and Westerling, Bryant, and others (2011) similarly projected increases in the probability of large fires (100% to 400%) and burned area (100% to more than 300%) for much of Northern California's forests across a range of scenarios of climate, population growth, and development footprints. The greatest increases in burned area (at least 300%) were projected in models that were based on an emissions scenario associated with relatively dry conditions in which increases in temperature were greater than 5.4°F (3°C). Spracklen and others (2009) projected increases in burned area by 2050 ranging from 43% in Arizona and New Mexico to 78% in Northern California and 175% in the Rocky Mountains, given temperature increases of 2.7° to 3.6°F (1.5°C to 2°C). Mid-twenty-first-century increases in area burned in Northern California projected by Spracklen and others (2009) were comparable to those projected by Westerling, Bryant, and others (2011).

All of the studies cited in this section employed statistical models that assume interactions among climate, vegetation, and wildfire are similar to those in currently managed ecosystems and incorporate scenarios of future climate. As fuel characteristics are altered by the cumulative effects of climate and disturbance, however, these interactions may change. Also, the range of climate variability in recent decades for which comprehensive fire histories exist is small compared to what is projected under many scenarios

that assume current rates of increase in greenhouse gas emissions. Accordingly, the accuracy of projections from the statistical models may decrease as changes in climate exceed the historical record. Furthermore, the resources and strategies applied to managing fire and other ecosystem processes may change in the future, with unknown effects. For example, Stephens, Martin, and Clinton (2007) estimated that fire suppression played a role in reducing the annual area burned in California during the 1900s to a tenth of prehistoric levels. Such reductions in area burned are widely thought to have contributed to increases in fuel densities and fire severity in forests throughout the Southwest that had frequent, low-severity surface fires in prehistoric times (e.g., Fulé, Covington, and Moore 1997; Miller et al. 2009; Allen et al. 2010).

Species in the Southwest are known or hypothesized to be responding directly or indirectly to changes in climate via changes in geographic distributions, phenology, and interspecific interactions. In some cases, responses at the level of individual plants and animals, populations, or species lead to changes in ecosystem structure and function, including disturbances such as fire. If past and current relations between species and environmental variables are well understood and can be described mathematically, then the responses of ecosystems and their component plants and animals can be projected given different scenarios of future climate. However, the accuracy of the projections depends in part on the accuracy with which climate variables can be projected, the similarity of future to past and current values of climate variables, and the extent to which species adapt to environmental change through evolution or short-term changes in physiology and behavior.

## References

Abatzoglou, J. T., and C. A. Kolden. 2011. Climate change in western US deserts: Potential for increased wildfire and invasive annual grasses. *Rangeland Ecology and Management* 64:471–478, doi:10.2111/REM-D-09-00151.1

Adams, H. D., M. Guardiola-Claramonte, G. A. Barron-Gafford, J. Camilo Villegas, D. D. Breshears, C. B. Zou, P. A. Troch, and T. E. Huxman. 2009. Temperature sensitivity of drought-induced tree mortality portends increased regional die-off under global-change-type drought. *Proceedings of the National Academy of Sciences* 106:7063–7066.

Aldridge, G., D. W. Inouye, J. R. K. Forrest, W. A. Barr, and A. J. Miller-Rushing. 2011. Emergence of a mid-season period of low floral resources in a montane meadow ecosystem associated with climate change. *Journal of Ecology* 99:905–913.

Allen, C. D., A. K. Macalady, H. Chenchouni, D. Bachelet, N. McDowell, M. Vennetier, T. Kitzberger, et al. 2010. A global overview of drought and heat-induced tree mortality reveals emerging climate change risks for forests. *Forest Ecology and Management* 259:660–684.

Anderson-Teixeira, K. J., J. P. DeLong, A. M. Fox, D. A. Brese, and M. E. Litvak. 2011. Differential responses of production and respiration to temperature and moisture drive the carbon balance across a climatic gradient in New Mexico. *Global Change Biology* 17:410–424.

Archer, S. R., and K. I. Predick. 2008. Climate change and ecosystems of the southwestern United States. *Rangelands* 30:23–28.

Ault, T. R., A. K. Macalady, G. T. Pederson, J. L. Betancourt, and M.D. Schwartz. 2011. Northern hemisphere modes of variability and the timing of spring in western North America. *Journal of Climate* 24:4003–4014, doi:10.1175/2011JCLI4069.1.

Belnap, J., and S. L. Phillips. 2001. Soil biota in an ungrazed grassland: Response to annual grass (*Bromus tectorum*) invasion. *Ecological Applications* 11:1261–1275.

Belnap, J., S. L. Phillips, and M. E. Miller. 2004. Response of desert biological soil crusts to alterations in precipitation frequency. *Oecologia* 141:306–316.

Bentz, B. 2008. Western U.S. bark beetles and climate change. N.p.: U.S. Forest Service, Climate Change Resource Center. http://www.fs.fed.us/ccrc/topics/bark-beetles.shtml.

Bentz, B. J., J. Régnière, C. J. Fettig, E. M. Hansen, J. L. Hayes, J. A. Hicke, R. G. Kelsey, J. F. Negrón, and S. J. Seybold. 2010. Climate change and bark beetles of the western United States and Canada: Direct and indirect effects. *BioScience* 60:602–613.

Bonfils, C., B. D. Santer, D. W. Pierce, H. G. Hidalgo, G. Bala, T. Das, T. P. Barnett, et al. 2008. Detection and attribution of temperature changes in the mountainous western United States. *Journal of Climate* 21:6404–6424.

Both, C., M. van Asch, R. B. Bijlsma, A. B. van den Burg, and M. E. Visser. 2009. Climate change and unequal phenological changes across four trophic levels: Constraints or adaptations? *Journal of Animal Ecology* 78:73–83.

Bowling, D. R., S. Bethers-Marchetti, C. K. Lunch, E. E. Grote, and J. Belnap. 2010. Carbon, water, and energy fluxes in a semiarid cold desert grassland during and following multiyear drought. *Journal of Geophysical Research* 115: G04026, doi:10.1029/2010JG001322.

Bradley, B. A., D. M. Blumenthal, D. S. Wilcove, and L. H. Ziska. 2010. Predicting plant invasions in an era of global change. *Trends in Ecology and Evolution* 25:310–318.

Bradley, B. A., R. A. Houghton, J. F. Mustard, and S. P. Hamburg. 2006. Invasive grass reduces aboveground carbon stocks in shrublands of the western U.S. *Global Change Biology* 12:1815–1822.

Bradley, B. A. and J. F. Mustard. 2008. Comparison of phenology trends by land cover class: A case study in the Great Basin, USA. *Global Change Biology* 14:334–346.

Breshears, D. D., N. S. Cobb, P. M. Rich, K. P. Price, C. D. Allen, R. G. Balice, W. H. Romme, et al. 2005. Regional vegetation die-off in response to global-change-type drought. *Proceedings of the National Academy of Sciences* 102:15144–15148.

Brooks, M. L., C. M. D'Antonio, D. M. Richardson, J. B. Grace, J. E. Keeley, J. M. DiTomaso, R. J. Hobbs, M. Pellant, and D. Pyke. 2004. Effects of invasive alien plants on fire regimes. *Bioscience* 54:677–688.

Brooks, M. L., and D. A. Pyke. 2001. Invasive plants and fire in the deserts of North America. In *Proceedings of the invasive species workshop: The role of fire in the control and spread of invasive species*, ed. K. E. M. Galley and T. P. Wilson, 1-14. Misc. Pub. No. 11. Tallahassee, FL: Tall Timbers Research Station.

Brown, J. L., S. H. Li, and N. Bhagabati. 1999. Long-term trend toward earlier breeding in an American bird: A response to global warming? *Proceedings of the National Academy of Sciences* 96:5565–5569.

Brown, P. M., E. K. Heyerdahl, S. G. Kitchen, and M. H. Weber. 2008. Climate effects on historical fires (1630–1900) in Utah. *International Journal of Wildland Fire* 17:28–39.

Cayan, D. R., T. Das, D. W. Pierce, T. P. Barnett, M. Tyree, and A. Gershunov. 2010. Future dryness in the southwest US and the hydrology of the early 21st century drought. *Proceedings of the National Academy of Sciences* 107:21271–21276.

Chevin, L.-M., R. Lande, and G. M. Mace. 2010. Adaptation, plasticity, and extinction in a changing environment: Towards a predictive theory. *PLoS Biology* 8 (4): e1000357, doi:10.1371/journal.pbio.1000357.

Cleland, E. E., I. Chuine, A. Menzel, H. A. Mooney, and M. D. Schwartz. 2007. Shifting plant phenology in response to global change. *Trends in Ecology and Evolution* 22:357–365.

Collins, S. L., J. E. Fargione, C. L. Crenshaw, E. Nonaka, J. T. Elliott, Y. Xia, and W. T. Pockman. 2010. Rapid plant community responses during the summer monsoon to nighttime warming in a northern Chihuahuan Desert grassland. *Journal of Arid Environments* 74:611–617.

Comer, P., D. Faber-Langendoen, R. Evans, S. Gawler, C. Josse, G. Kittel, S. Menard, et al. 2003. Ecological systems of the United States: A working classification of U.S. terrestrial systems. Arlington, VA: NatureServe.

Crimmins, T. M., M. A. Crimmins, and C. D. Bertelsen. 2011. Onset of summer flowering in a "Sky Island" is driven by monsoon moisture. *New Phytologist* 191:468–479.

D'Antonio, C., and P. Vitousek. 1992. Biological invasions by exotic grasses, the grass-fire cycle and global change. *Annual Review of Ecology and Systematics* 23:63–88.

D'Odorico, P., J. D. Fuentes, W. T. Pockman, S. L. Collins, Y. He, J. S. Medeiros, S. DeWekker, and M.E. Litvak. 2010. Positive feedback between microclimate and shrub encroachment in the northern Chihuahuan Desert. *Ecosphere* 1: Article 17, doi:10.1890/ES10-00073.1.

Evans, R. D., R. Rimer, L. Sperry, and J. Belnap. 2001. Exotic plant invasion alters nitrogen dynamics in an arid grassland. *Ecological Applications* 11:1301–1310.

Fairweather, M. L., B. W. Geils, and M. Manthei. 2007. Aspen decline on the Coconino National Forest. In *Proceedings of the 55th Annual Western International Forest Disease Work Conference*, comp. N. McWilliams and P. Palacios, 53–62. Salem: Oregon Department of Forestry.

Fleishman, E., and D. D. Murphy. 2012. Minimizing uncertainty in interpreting responses of butterflies to climate change. In *Ecological Consequences of Climate Change: Mechanisms, Conservation, and Management*, ed. J. Belant and E. Beever, 55–66. London: Taylor and Francis.

Forister, M. L., A. C. McCall, N. J. Sanders, J. A. Fordyce, J. H. Thorne, J. O'Brien, D. P. Waetjen, and A. M. Shapiro. 2010. Compounded effects of climate change and habitat shift patterns of butterfly diversity. *Proceedings of the National Academy of Sciences* 107:2088–2092.

Forister, M. L., and A. M. Shapiro. 2003. Climatic trends and advancing spring flight of butterflies in lowland California. *Global Change Biology* 9:1130–1135.

Franklin, J., K. E. Wejnert, S. A. Hathaway, C. J. Rochester, and R. N. Fisher. 2009. Effect of species rarity on the accuracy of species distribution models for reptiles and amphibians in Southern California. *Diversity and Distributions* 15:167–177.

Frey, B. R., V. J. Lieffers, E. H. Hogg, and S. M. Landhäusser. 2004. Predicting landscape patterns of aspen dieback: Mechanisms and knowledge gaps. *Canadian Journal of Forest Research* 34:1379–1390.

Fulé, P. Z., W. W. Covington, and M. M. Moore. 1997. Determining reference conditions for ecosystem management of southwestern ponderosa pine forests. *Ecological Applications* 7:895–908.

Hall, S. J., R. A. Sponseller, N. B. Grimm, D. Huber, J. P. Kaye, C. Clark, and S. Collins. 2011. Ecosystem response to nutrient enrichment across an urban airshed in the Sonoran Desert. *Ecological Applications* 21:640–660.

Harper, M. P., and B. L. Peckarsky. 2006. Emergence cues of a mayfly in high-altitude stream systems: Potential response to climate change. *Ecological Applications* 16:612–621.

Hellmann, J. J., J. E. Byers, B. G. Bierwagen, and J. S. Dukes. 2008. Five potential consequences of climate change for invasive species. *Conservation Biology* 22:534–543.

Hellmann, J. J., and M. E. Pfrender. 2011. Future human intervention in ecosystems and the critical role for evolutionary biology. *Conservation Biology* 25:1143–1147.

Hogg, E. H., J. P. Brandt, and B. Kochtubajda. 2005. Factors affecting interannual variation in growth of western Canadian aspen forests during 1951–2000. *Canadian Journal of Forest Research* 35:610–622.

Hogg, E. H., J. P. Brandt, and M. Michaelian. 2008. Impacts of a regional drought on the productivity, dieback, and biomass of western Canadian aspen forests. *Canadian Journal of Forest Research* 38:1373–1384.

Inouye, D. W. 2008. Effects of climate change on phenology, frost damage, and floral abundance of montane wildflowers. *Ecology* 89:353–362.

Inouye, D. W., B. Barr, K. B. Armitage, and B. D. Inouye. 2000. Climate change is affecting altitudinal migrants and hibernating species. *Proceedings of the National Academy of Sciences* 97:1630–1633.

Intergovernmental Panel on Climate Change (IPCC). 2007. *Climate change 2007: Impacts, adaptation and vulnerability. Contribution of Working Group II to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change*, ed. M. L. Parry, O. F. Canziani, J. P. Palutikof, P. J. van der Linden, and C. E. Hanson. Cambridge: Cambridge University Press.

Kaye, J. P., S. E. Eckert, D. A. Gonzalez, J. O. Allen, S. J. Hall, R. A. Sponseller, and N. B. Grimm. 2011. Decomposition of urban atmospheric carbon in Sonoran Desert soils. *Urban Ecosystems* 14:737–754, doi:10.1007/s11252-011-0173-8.

Kellermann, V., B. V. Heerwaarden, C. M. Sgro, and A. A. Hoffmann. 2009. Fundamental evolutionary limits in ecological traits drive *Drosophila* species distributions. *Science* 325:1244–1246.

Kelly, A. E., and M. L. Goulden. 2008. Rapid shifts in plant distribution with recent climate change. *Proceedings of the National Academy of Sciences* 105:11823–11826.

Kier, G., H. Kreft, T. M. Lee, W. Jetz, P. L. Ibisch, C. Nowicki, J. Mutke, and W. Barthlott. 2009. A global assessment of endemism and species richness across island and mainland regions. *Proceedings of the National Academy of Sciences* 106:9322–9327.

Kimball, S., A. L. Angert, T. E. Huxman, and D. L. Venable. 2009. Contemporary climate change in the Sonoran Desert favors cold-adapted species. *Global Change Biology* 16:1555–1565.

Knowles, N., M. D. Dettinger, and D. R. Cayan. 2006. Trends in snowfall versus rainfall in the western United States. *Journal of Climate* 19:4545-4559.

Lenihan, J. M., R. Drapek, D. Bachelet, and R. P. Neilson. 2003. Climate change effect on vegetation distribution, carbon, and fire in California. *Ecological Applications* 13:1667–1681.

Littell, J. S., D. McKenzie, D. L. Peterson, and A. L. Westerling. 2009. Climate and wildfire area burned in western U.S. ecoprovinces, 1916–2003. *Ecological Applications* 19:1003–1021.

Loarie, S. R., B. E. Carter, K. Hayhoe, S. McMahon, R. Moe, C. A. Knight, and D. D. Ackerly. 2008. Climate change and the future of California's endemic flora. *PLoS One* 3: e2502.

MacDonald, G. M. 2010. Climate change and water in southwestern North America. *Proceedings of the National Academy of Sciences* 107:21256–21262.

MacMynowski, D., T. Root, G. Ballard, and G. Geupel. 2007. Changes in spring arrival of Nearctic-Neotropical migrants attributed to multiscalar climate. *Global Change Biology* 13:2239–2251.

Marushia, R. G., M. W. Cadotte, and J. S. Holt. 2010. Phenology as a basis of management of exotic annual plants in desert invasions. *Journal of Applied Ecology* 47:1290–1299.

Miller, J. D., H. D. Safford, M. Crimmins, and A. E. Thode. 2009. Quantitative evidence for increasing forest fire severity in the Sierra Nevada and southern Cascade Mountains, California and Nevada, USA. *Ecosystems* 12:16–32.

Miller-Rushing, A. J., T. T. Høye, D. W. Inouye, and E. Post. 2010. The effects of phenological mismatches on demography. *Philosophical Transactions of the Royal Society B* 365:3177–3186.

Miller-Rushing, A. J., and D. W. Inouye. 2009. Variation in the impact of climate change on flowering phenology and abundance: An examination of two pairs of closely related wildflower species. *American Journal of Botany* 96:1821–1829.

Møller, A. P., D. Rubolini, and E. Lehikoinen. 2008. Populations of migratory bird species that did not show a phenological response to climate change are declining. *Proceedings of the National Academy of Sciences* 105:16195–16200.

Morgan, J. A., D. R. LeCain, E. Pendall, D. M. Blumenthal, B. A. Kimball, Y. Carrillo, D. G. Williams, J. Heisler-White, F. A. Dijkstra, and M. West. 2011. C4 grasses prosper as carbon dioxide eliminates desiccation in warmed semi-arid grassland. *Nature* 476:202–206.

Moritz, C., J. L. Patton, C. J. Conroy, J. L. Parra, G. C. White, and S. R. Beissinger. 2008. Impact of a century of climate change on small mammal communities in Yosemite National Park, USA. *Science* 322:261–264.

Munson, S. M., J. Belnap, and G. S. Okin. 2011. Responses of wind erosion to climate-induced vegetation changes on the Colorado Plateau. *Proceedings of the National Academy of Sciences* 108:3854–3859.

Munson, S. M., R. H. Webb, J. Belnap, J. A. Hubbard, D. E. Swan, and S. Rutman. 2012. Forecasting climate change impacts to plant community composition in the Sonoran Desert region. *Global Change Biology* 18:1083–1095.

National Research Council. 2011. *Climate stabilization targets: Emissions, concentrations, and impacts over decades to millennia*. Washington, DC: National Academies Press.

Nicotra, A. B., and A. M. Davidson. 2010. Adaptive phenotypic plasticity and plant water use. *Functional Plant Biology* 37:117–127.

Norton, J. B., T. A. Monaco, J. M. Norton, D. A. Johnson, and T. A. Jones. 2004. Soil morphology and organic matter dynamics under cheatgrass and sagebrush-steppe plant communities. *Journal of Arid Environments* 57:445–466.

Ozgul, A., D. Z. Childs, M. K. Oli, K. B. Armitage, D. T. Blumstein, L. E. Olson, S. Tuljapurkar, and T. Coulson. 2010. Coupled dynamics of body mass and population growth in response to environmental change. *Nature* 466:482–485.

Painter, T. H., A. P. Barrett, C. C. Landry, J. C. Neff, M. P. Cassidy, C. R. Lawrence, K. E. McBride, and G. L. Farmer. 2007. Impact of disturbed desert soils on duration of mountain snow cover. *Geophysical Research Letters* 34: L12502, doi:10.1029/2007GL030284.

Pan, L., S. Chen, D. Cayan, M. Lin, Q. Hart, M. Zhang, Y. Liu, and J. Wang. 2010. Influences of climate change on California and Nevada regions revealed by a high-resolution dynamical downscaling study. *Climate Dynamics* 37:2005-2020, doi 10.1007/s00382-010-0961-5.

Parmesan, C. 1996. Climate effects on species range. *Nature* 382:765–766.

—. 2006. Ecological and evolutionary responses to recent climate change. *Annual Review of Ecology and Systematics* 2006:637–669.

—. 2007. Influences of species, latitudes and methodologies on estimates of phenological response to global warming. *Global Change Biology* 13:1860–1872.

Parmesan, C., and G. Yohe. 2003. A globally coherent fingerprint of climate change impacts across natural systems. *Nature* 421:37–42.

Parra, J. L., and W. B. Monahan. 2008. Variability in 20th century climate change reconstructions and its consequences for predicting geographic responses of California mammals. *Global Change Biology* 14:2215–2231.

Peckarsky, B. L., A. C. Encalada, and A. R. McIntosh. 2011. Why do vulnerable mayflies thrive in trout streams? *American Entomologist* 57:152–164.

Peters, D. P. C., J. Yao, O. E. Sala, and J. Anderson. 2011. Directional climate change and potential reversal of desertification in arid and semiarid ecosystems. *Global Change Biology* 18:151-163, doi:10.1111/j.1365-2486.2011.02498.x.

Pysek, P. and D. M. Richardson. 2007. Traits associated with invasiveness in alien plants: Where do we stand? In *Biological invasions*, ed. P. Pysek and D. M. Richardson, 97-126. Berlin: Springer.

Raffa, K. F., B. H. Aukema, B. J. Bentz, A. L. Carroll, J. A. Hicke, M. G. Turner, and W. H. Romme. 2008. Cross-scale drivers of natural disturbances prone to anthropogenic amplifications: The dynamics of bark beetle eruptions. *BioScience* 58:501–517.

Reed, S. C., K. K. Coe, J. P. Sparks, D. C. Housman, T. J. Zelikova, and J. Belnap. 2012. Changes to dryland rainfall results in rapid moss mortality and altered soil fertility. *Nature Climate Change* 2:752-755, doi:10.1038/nclimate1596.

Reed, T. E., D. E. Schindler, and R. S. Waples. 2011. Interacting effects of phenotypic plasticity and evolution on population persistence in a changing climate. *Conservation Biology* 25:56–63.

Rehfeldt, G. E., N. L. Crookston, M. V. Warwell, and J. S. Evans. 2006. Empirical analyses of plant-climate relationships for the western United States. *International Journal of Plant Sciences* 167:1123–1150.

Rehfeldt, G. E., D. S. Ferguson, and N. L. Crookston. 2009. Aspen, climate, and sudden decline in western USA. *Forest Ecology and Management* 258:2352–2364.

Schoennagel, T., R. L. Sherriff, and T. T. Veblen. 2011. Fire history and tree recruitment in the upper montane zone of the Colorado Front Range: Implications for forest restoration. *Ecological Applications* 21:2210–2222.

Schwartz, M. D., R. Ahas, and A. Aasa. 2006. Onset of spring starting earlier across the Northern Hemisphere. *Global Change Biology* 12:343–351.

Schwinning, S., K. Davis, L. Richardson, and J. R. Ehleringer. 2002. Deuterium enriched irrigation indicates different forms of rain use in shrub/grass species of the Colorado Plateau. *Oecologia* 130:345–355.

Seager, R., and G. A. Vecchi. 2010. Greenhouse warming and the 21st century hydroclimate of southwestern North America. *Proceedings of the National Academy of Sciences* 107:21277–21282.

Spracklen, D. V., L. J. Mickley, J. A. Logan, R. C. Hudman, R. Yevich, M. D. Flannigan, and A. L. Westerling. 2009. Impacts of climate change from 2000 to 2050 on wildfire activity and carbonaceous aerosol concentrations in the western United States. *Journal of Geophysical Research* 114: D20301.

Stephens, S. L., R. E. Martin, and N. E. Clinton. 2007. Prehistoric fire area and emissions from California's forests, woodlands, shrublands, and grasslands. *Forest Ecology and Management* 251:205–216.

Stewart, I. T., D. R. Cayan, and M. D. Dettinger. 2005. Changes toward earlier streamflow timing across western North America. *Journal of Climate* 18:1136–1155.

Swetnam, T. W., and J. L. Betancourt. 1998. Mesoscale disturbance and ecological response to decadal climatic variability in the American Southwest. *Journal of Climate* 11:3128–3147.

Thackeray, S. J., T. H. Sparks, M. Frederiksen, S. Burthe, P. J. Bacon, J. R. Bell, M. S. Botham, et al. 2010. Trophic level asynchrony in rates of phenological change for marine, freshwater and terrestrial environments. *Global Change Biology* 16:3304–3313.

Thomey, M. L., S. L. Collins, R. Vargas, J. E. Johnson, R. F. Brown, D. O. Natvig, and M. T. Friggens. 2011. Effect of precipitation variability on net primary production and soil respiration in a Chihuahuan Desert grassland. *Global Change Biology* 17:1505–1515.

Thorne, J. H., B. J. Morgan, and J. A. Kennedy. 2008. Vegetation change over sixty years in the central Sierra Nevada, California, USA. *Madroño* 55:223–237.

Throop, H. L., L. G. Reichman, O. E. Sala, and S. R. Archer. 2012. Response of dominant grass and shrub species to water manipulation: An ecophysiological basis for shrub invasion in a Chihuahuan Desert grassland. *Oecologia* 169:373–383, doi:10.1007/s00442-011-2217-4.

Thuiller, W., D. M. Richardson, and G. F. Midgley. 2007. Will climate change promote alien plant invasions? *Ecological Studies* 193:197–211.

U.S. Forest Service (USFS). 2007. Forest insect and disease conditions in the Southwestern Region, 2006. USFS Publication PR-R3-16-2. Albuquerque: U.S. Forest Service, Southwestern Region, Forestry and Forest Health.

U.S. Geological Survey (USGS). National Gap Analysis Program. 2004. Provisional digital land cover map for the southwestern United States. Version 1.0. Logan: Utah State University, College of Natural Resources, RS/GIS Laboratory.

van Mantgem, P. J., N. J. Stephenson, J. C. Byrne, L. D. Daniels, J. F. Franklin, P. Z. Fulé, M. E. Harmon, et al. 2009. Widespread increase of tree mortality rates in western United States. *Science* 323:521–524.

Visser, M. E. 2008. Keeping up with a warming world: Assessing the rate of adaptation to climate change. *Proceedings of the Royal Society of London Series B* 275:649–659.

Walther, G., E. Post, P. Convey, A. Menzel, C. Parmesan, T. J. C. Beebee, J.-M. Fromentin, O. Hoegh-Guldberg, and F. Bairlein. 2002. Ecological responses to recent climate change. *Nature* 416:389–395.

Warren, D. R., A. G. Ernst, and B. P. Baldigo. 2009. Influence of spring floods on year-class strength of fall- and spring-spawning salmonids in Catskill mountain streams. *Transactions of the American Fisheries Society* 138:200–210.

Wenger, S. J., D. J. Isaak, C. H. Luce, H. M. Neville, K. D. Fausch, J. B. Dunham, D. C. Dauwalter, et al. 2011. Flow regime, temperature, and biotic interactions drive differential declines of trout species under climate change. *Proceedings of the National Academy of Sciences* 34:14175–14180.

Westerling, A. L. 2010. Wildfires. In *Climate change science and policy*, ed. S. Schneider, A. Rosen-cranz, M. Mastrandrea, and K. Kuntz-Duriseti, 92–103. Washington, DC: Island Press.

Westerling, A. L., T. J. Brown, A. Gershunov, D. R. Cayan, and M. D. Dettinger. 2003. Climate and wildfire in the western United States. *Bulletin of the American Meteorological Society* 84:595–604.

Westerling, A. L., and B. P. Bryant. 2008. Climate change and wildfire in California. *Climatic Change* 87 (Suppl. 1): S231–S249.

Westerling, A. L., B. P. Bryant, H. K. Preisler, T. P. Holmes, H. G. Hidalgo, T. Das, and S. Shrestha. 2011. Climate change and growth scenarios for California wildfire. *Climatic Change* 109 (Suppl. 1): S445–S463.

Westerling, A. L., H. G. Hidalgo, D. R. Cayan, and T. W. Swetnam. 2006. Warming and earlier spring increases western U.S. forest wildfire activity. *Science* 313:940–943.

Westerling, A. L., M. G. Turner, E. H. Smithwick, W. H. Romme, and M. G. Ryan. 2011. Continued warming could transform Greater Yellowstone fire regimes by mid-21st century. *Proceedings of the National Academy of Sciences* 108:13165–13170.

Williams, A. P., C. D. Allen, C. I. Millar, T. W. Swetnam, J. Michaelsen, C. J. Still, and S. W. Leavitt. 2010. Forest responses to increasing aridity and warmth in the southwestern United States. *Proceedings of the National Academy of Sciences* 107:21289–21294.

Williams, J. W., and S. T. Jackson. 2007. Novel climates, no-analog communities, and ecological surprises. *Frontiers in Ecology and the Environment* 5:475–482.

Willis, C. G., B. Ruhfel, R. B. Primack, A. J. Miller-Rushing, and C. C. Davis. 2008. Phylogenetic patterns of species loss in Thoreau's woods are driven by climate change. *Proceedings of the National Academy of Sciences* 105:17029–17033.

Willis, C. G., B. R. Ruhfel, R. B. Primack, A. J. Miller-Rushing, J. B. Losos, and C. C. Davis. 2010. Favorable climate change response explains non-native species' success in Thoreau's woods. *PLoS One* 5: e8878, doi:10.1371/journal.pone.0008878.

Willis, K. J., and G. M. MacDonald. 2011. Long-term ecological records and their relevance to climate change predictions for a warmer world. *Annual Review of Ecology, Evolution, and Systematics* 42:267-287, doi:10.1146/annurev-ecolsys-102209-144704.

Wolkovich, E. M., and E. E. Cleland. 2010. The phenology of plant invasions: A community ecology perspective. *Frontiers of Ecology and the Environment* 9:287–294.

Worrall, J. J., L. Egeland, T. Eager, R. A. Mask, E. W. Johnson, P. A. Kemp, and W. D. Shepherd. 2008. Rapid mortality of *Populus tremuloides* in southwestern Colorado, USA. *Forest Ecology and Management* 255:686–696.

Yang, L. H., and V. H. W. Rudolf. 2010. Phenology, ontogeny and the effects of climate change on the timing of species interactions. *Ecology Letters* 13:1–10.

Ziska, L. H., J. B. Reeves III, and B. Blank. 2005. The impact of recent increases in atmospheric $CO_2$ on biomass production and vegetative retention of cheatgrass (*Bromus tectorum*): Implications for fire disturbance. *Global Change Biology* 11:1325–1332.

## Endnotes

i      The ecological systems were grouped into nine land-cover classes (alpine tundra; wetland, riparian, or playa; shrubland; sparsely vegetated or barren; forest; grassland or prairie; open water; developed or agriculture; and disturbed land).

ii     Located near Gothic, Colorado, at an elevation of around 9,500 feet (2,900 meters).

# Chapter 9

# Coastal Issues

### COORDINATING LEAD AUTHORS

Margaret R. Caldwell (Stanford Woods Institute for the Environment, Stanford Law School), Eric H. Hartge (Stanford Woods Institute for the Environment)

### LEAD AUTHORS

Lesley C. Ewing (California Coastal Commission), Gary Griggs (University of California, Santa Cruz), Ryan P. Kelly (Stanford Woods Institute for the Environment), Susanne C. Moser (Susanne Moser Research and Consulting, Stanford University), Sarah G. Newkirk (The Nature Conservancy, California), Rebecca A. Smyth (NOAA, Coastal Services Center), C. Brock Woodson (Stanford Woods Institute for the Environment))

### EXPERT REVIEW EDITOR

Rebecca Lunde (NOAA)

## Executive Summary

The California coast is constantly changing due to human development and physical forces. With the increase in climate impacts—including sea-level rise, ocean warming, ocean acidification, and increased storm events—effects of these physical forces will be more significant and will present substantial risks to coastal areas in the future. Natural ecosystems, coastal development, economic interests, and even cultural attachment to the coast will be at risk. Given the high concentration of coastal development, population, infrastructure, and economic activity in coastal counties, continued and growing pressure to protect these assets and activities from rising sea levels is expected.

**Chapter citation:** Caldwell, M. R., E. H. Hartge, L. C. Ewing, G. Griggs, R. P. Kelly, S. C. Moser, S. G. Newkirk, R. A. Smyth, and C. B. Woodson. 2013. "Coastal Issues." In *Assessment of Climate Change in the Southwest United States: A Report Prepared for the National Climate Assessment*, edited by G. Garfin, A. Jardine, R. Merideth, M. Black, and S. LeRoy, 168–196. A report by the Southwest Climate Alliance. Washington, DC: Island Press.

We have identified the following seven key messages that highlight major climate issues facing the California coast:

- The future severity of coastal erosion, flooding, inundation, and other coastal hazards will increase due to sea-level rise and continued coastal development. (high confidence). Any increased intensity and/or increased frequency of storm events will further aggravate the expected impacts. (medium confidence)

- The implications of global sea-level rise for coastal areas cannot be understood in isolation from other, shorter-term sea-level variability related to El Niño-Southern Oscillation (ENSO) events, storms, or tides. The highest probability and most damaging events through the year 2050 will be large ENSO events when elevated sea levels occur simultaneously with high tides and large waves. Between 2050 and 2100, or when sea levels approach ~14–16 inches above the 2000 baseline, the effects of sea-level rise (flooding and inundation) and combined effects of sea-level rise and large waves will result in property damage, erosion, and flood losses far greater than experienced now or in the past. (high confidence)

- Ocean warming affects a range of ecosystem processes, from changes in species distribution to reduced oxygen content and sea-level rise. (medium-high confidence)  However, there is considerable uncertainty about how changes in species distributions and lower oxygen content of ocean waters will impact marine ecosystems, fisheries, and coastal communities.

- Ocean acidification is a significant threat to calcium-carbonate-dependent species and marine ecosystems. (high confidence)  There is substantial uncertainty about acidification's precise impacts on coastal fisheries and marine food webs along the West Coast.

- Coastal development and other land uses create impediments to the natural migration of coastal wetlands through "hardening" of the coastline (e.g., seawalls, revetments, bulkheads) and by the occupation and protection of space into which wetlands might otherwise migrate. (high confidence)  In developing their land-use and other plans, communities need to take into account that an increase in coastal development and other hardening may result in medium- to long-term loss of coastal wetlands and the numerous benefits these habitats provide. (high confidence)

- Critical infrastructure, such as highways and railroads (see Chapter 14), power plants and transmission lines (see Chapter 12), wastewater treatment plants, and pumping stations, have been located along the coast where they are already exposed to damage from erosion or flooding. With rising sea level, risks to vital public infrastructure will increase and more infrastructure will be exposed to future damage from erosion and flooding. (high confidence)  Much of the U.S. infrastructure is in need of repair or replacement and the California coast is no exception; impacts from climate change will add to the stress on communities to maintain functionality. (high confidence)

- Coastal communities have a variety of options and tools at hand to prepare for climate change impacts and to minimize the severity of now-unavoidable

consequences of climate warming and disruption. While many coastal communities are increasingly interested in and have begun planning for adaptation, the use of these tools as well as development and implementation of adaptive policies are still insufficient compared with the magnitude of the expected harm. (high confidence)

## 9.1 Coastal Assets

People are drawn to the coast for its moderate climate, scenic beauty, cultural and ecological richness, rural expanses, abundant recreational opportunities, vibrant economic activity, and diverse urban communities.[i] More than 70% of California residents live and work in coastal counties (U.S. Census Bureau n.d.). Over the last thirty-eight years, the California coastal county population has grown 64%, from about 16.8 million in 1970 to 27.6 million in 2008 (NOEP 2012). Almost 86% of California's total gross domestic product comes from coastal counties (NOEP 2010).

Population density, along with the presence of critical infrastructure and valuable real estate along the coast, accentuates the importance of the coast to the region's economy. California has the nation's largest ocean-based economy, valued at approximately $46 billion annually, with over 90% of this value coming from (1) tourism and recreation, and (2) ports and harbors (Kildow and Colgan 2005).

In addition, the state's natural coastal systems perform a variety of economically valuable functions, including water quality protection, commercial and recreational fish production, plant and wildlife habitat, flood mitigation, recreation, carbon storage, sediment and nutrient transport, and storm buffering. The non-market value of coastal recreation in California alone exceeds $30 billion annually (Pendleton 2009). These benefits, provided at almost no cost, would be impossible to replicate with human-engineered solutions.

## 9.2 Observed Threats

### Overview

Human development and physical forces are constantly changing the coast. Just as growth in coastal populations and economic development have reshaped the coastline with new homes, roads, and infrastructure, so too have physical forces and processes—including waves, tides, currents, wind, storms, rain, and runoff—combined to accrete (build up), erode, and continually reshape the coastline and modify coastal ecosystems. With the increase in the rate of sea-level rise and warmer ocean temperatures related to global climate change, the effects of these physical forces will grow more significant and harmful to coastal areas over time.

### Threats to the physical environment

The physical forces and processes that take place in the coastal environment occur across different spatial and temporal scales. The Pacific Basin, including the ocean off California, oscillates between warm and cool phases of the Pacific Decadal Oscillation (PDO), which is associated with differences in atmospheric pressure over the Pacific

Ocean. Ultimately, wind patterns and storm tracks are affected. El Niño-Southern Oscillation (ENSO) events tend to have stronger effects during warm phases of the PDO and are typified by warmer ocean water and higher sea levels, more rainfall and flooding, and more frequent and vigorous coastal storms, which result in greater beach and bluff erosion (Storlazzi and Griggs 2000). These conditions also affect relative abundance of important coastal forage fisheries, such as sardines and anchovies (Chavez et al. 2003).

Sea level along the coast of California has risen gradually over the past century (by about 8 inches [20 cm]), a rate that will accelerate in the future (see Figure 9.1). Sea-level rise alone, however, will have far less impact on the shoreline, infrastructure, or habitat over the next 30 or 40 years than will the combination of elevated sea level, high tides, and storm waves associated with large ENSO events. Moreover, the effects of less severe ENSO events will be magnified by progressively higher sea levels; as a result, coastal communities can expect more severe losses from these events than they have experienced in the past (see Figure 9.2).



**Figure 9.1 Past, present, and future sea-level rise.** Geologic and recent sea-level histories (from tide gauges and satellite altimetry) are combined with projections to 2100 based on climate models and empirical data. Modified with permission from Russell and Griggs (2012, Figure 2.1).

Furthermore, changes in global climate cycles, such as the PDO, may soon become an imminent and significant factor in accelerating regional sea-level rise. While over the past century there has been a gradual increase in global sea levels, since about 1993, California tide gauges have recorded very little long-term change in sea level. This "flat" sea level condition had been out of sync with the prevailing global rise in sea level and the historic trends in sea-level rise along the West Coast. The PDO causes differences in sea-surface elevation across the Pacific. Sea levels have been higher in the Western Pacific and lower along the California coast over the past two decades, coinciding with a warm phase of the PDO (see Box 9.1). This recent warm phase appears to have been

related to a dramatic change in wind stress (the dragging force of air moving over a surface) (Bromirski et al. 2011). The predominant wind stress regime along the U.S. West Coast served to mitigate the trend of rising sea level, suppressing regional sea-level rise below the global rate. A change in wind stress patterns over the entire North Pacific may result in a resumption of sea-level rise along the West Coast approaching or exceeding the global mean sea-level rise rate (Bromirski et al. 2011).



**Figure 9.2 Sea-level rise and El Niño events.** The implications of sea-level rise for coastal California cannot be understood in isolation from other, shorter-term sea-level variability related to El Niño events, storms, or extreme tides that affect the coast. As historical experience has shown, the greatest damage to coastal areas has occurred during large El Niño events (for example in 1940–41, 1982–83, and 1997–98) when short-term sea-level increases occurred simultaneously with high tides and large waves. If sea level were still at the same elevation in 2005 as it was in 1900, a major El Niño event like that in 1997–98 would fall within the "noise" of today's interannual variability. As sea level is continuing to rise, the impacts of future large ENSO events will be greater than those historic events of similar magnitude, exposing coastal areas to the combined effects of sea-level rise, elevated sea levels from El Niño events, and large waves. Source: Pacific Decadal Oscillation monthly values index (http://jisao.washington.edu/pdo/), NOAA Earth System Research Laboratory Multivariate ENSO Index (http://www.esrl.noaa.gov/psd/enso/mei/#ref_wt3), Wolter and Timlin (2011).

**Box 9.1**

## *Coastal Development During Cool PDO Phase*

**Comparison of periods of coastal development.** In the graph below (a), red corresponds to periods with positive or warm PDO conditions and blue corresponds to negative or cool PDO conditions. The vertical axis is a dimensionless PDO index based on North Pacific sea surface temperature variability.

The maps show the increase in housing density [difference in housing units per km$^2$] along the Southern California Bight that occurred (b) during the extended cool PDO period from about 1950 to 1980 and (c) during the extended warm PDO period from about 1980 to 2010.





**Figure 9.3 Monthly value for the Pacific Decadal Oscillation.** The period from about 1945 to 1978 was a cool PDO period marked by an overall calm or benign coastal climate, but also was a period of intensive growth and development along the California coast. The vertical axis is a dimensionless PDO index based on North Pacific sea-surface temperature variability. 9.3(a) adapted from Pacific Decadal Oscillation monthly values index, http://jisao.washington.edu/pdo/; data in 9.3(b) and (c) from http://silvis.forest.wisc.edu/old/Library/HousingDataDownload.php?state=California&abrev=CA; see also Hammer et al. (2004)..

*Threats to the built environment*

The nature of most human development is increasingly in conflict with the physical and climatic forces that occur along the coast. Efforts to protect development through shoreline armoring and beach nourishment are very costly and often negatively impact coastal ecosystems (Caldwell and Segal 2007). Armoring the coast with hard structures may inhibit natural sediment movement, and thus prevent accretion to and landward migration of beach and other coastal ecosystems. Armoring can also increase vulnerability by encouraging development in erosion or flood-prone areas and giving people who live behind coastal armoring installations a false sense of security (Dugan et al. 2008).

Increasing demand for freshwater resources in coastal areas for domestic, agricultural, and industrial uses adds stress to the provision of surface water and ground water supplies. Increased withdrawals from rivers and streams damage the habitats of anadromous fish (species that spend most of their lives in the ocean but hatch and spawn in freshwater). The overdraft of coastal aquifers increases seawater intrusion, which requires water wells in these areas to be either deepened or abandoned, or water supplies to be imported (Hanson, Martin, and Koczot 2003). Terrestrial runoff and wastewater discharges can be harmful to coastal areas. Their effects are exacerbated when heavy rainfall washes large amounts of fertilizers and other pollutants from the land or causes wastewater systems to overflow and send untreated or inadequately treated wastes into streams, estuaries, and the ocean (Ho Ahn et al. 2005). Finally, the loss of wetlands due to increasing urbanization and development will reduce the resiliency of these coastal ecosystems (CNRA 2010).

## 9.3  Ocean and Coastal Impacts to Ecosystems

*Overview*

The global ocean—in particular the Pacific Ocean for the U.S. West Coast—plays a significant role in shaping coastal ecosystem processes. As climate and ocean chemistry continue to change, significant alterations in the composition, structure, and function of coastal ecosystems are anticipated. These changes will manifest most clearly as a result of rising sea levels, changing ocean temperatures, and increasing acidity of coastal waters—each of which is discussed below. The relationship between humanity and the coastal environment will inevitably shift in response to dynamic ocean and coastal ecosystems, and each of the changes enumerated above is likely to intensify threats to human development in coastal regions.

*Sea-level rise*

As sea levels rise, tidal wetlands and beaches will accrete vertically to keep up, become inundated, or "migrate" landward. Their fate depends on whether there is adequate sediment from nearby watersheds to increase wetland elevation as the sea rises and on the availability of space into which wetlands can migrate (CNRA 2010). Coastal development affects this by altering sediment availability (through, for instance, reduction of sand discharge from streams through the construction of dams and debris basins, and by eliminating bluff erosion through coastal armoring) and by occupying or protecting

space into which wetlands might otherwise migrate. The loss of coastal wetlands causes the loss of the numerous benefits they provide, including flood protection, water treatment, recreation, carbon sequestration, biodiversity, and wildlife habitat (see Box 9.2) (King, McGregor, and Whittet 2011). Specifically, with a rise in sea level projected to be as high as 4.6 feet (1.4 meters) by 2100, approximately 97,000 acres of coastal wetlands in California will potentially be inundated. Nearly 55% of these wetland areas may be able to migrate inland successfully with no loss of function; however, about 45% could lose either their habitat functions or their ability to migrate (see Figure 9.4) (Heberger et al. 2009).



**Figure 9.4 Estuary wetland migration area by land-cover type in the Monterey Bay region.** Different land-use types will have different capacities to accommodate wetland migration, ranging from urban areas (which are unlikely to accommodate migration at all) to public natural areas (which will likely accommodate migration completely). Between these extremes are agricultural areas and privately owned natural areas, both of which could accommodate migration if landowners choose not to prevent it, such as by not fortifying or armoring their lands. Adapted from Gleason et al. (2011, 23); Heberger et al. (2009).

**Box 9.2**

### *Adaptation to Climate Change in the Marine Environment: The Gulf of Farallones and Cordell Bank National Marine Sanctuaries*

In 2010, a joint advisory committee for the Gulf of Farallones and Cordell Bank National Marine Sanctuaries, located off the central California coast, published a report on climate change impacts (Largier, Cheng, and Higgason 2010). The study determined that climate change will affect the region's marine waters and ecosystems through a combination of physical changes—including sea-level rise, coastal erosion and flooding, changes in precipitation and runoff, ocean-atmosphere circulation, and ocean water properties (such as acidification due to absorption of atmospheric $CO_2$)—and biological changes, including changes in species' physiology, phenology, and population connectivity, as well as species range shifts. With this foundational document in hand, sanctuary managers held a series of workshops aimed at developing an adaptation framework that involved both the sanctuaries and their partners onshore and in the marine environment. From those efforts and underlying studies, they determined that the success of adaptation strategies for the marine environment will depend not only on the magnitude and nature of climatic changes, but also on the pressures that already exist in marine environments, including the watershed drainage to the sanctuaries. For example, an adaptation strategy for estuaries and near-shore waters that addresses the changing timing and amount of water from spring snowmelt or more frequent winter storms will also require knowledge about whether the watershed is urbanized, agricultural, or relatively undeveloped. Efforts to foster marine ecosystem adaptation to climate change will require both stringent measures that reduce the global concentration of $CO_2$ in the atmosphere and the reduction of additional pressures on the regional marine environment (e.g. air pollution, runoff from land into the ocean, waste disposal, and the loss of the filtering and land stabilization services of coastal wetlands) (Kelly et al. 2011).

In 2010, the California Ocean Protection Council issued interim guidance for state and local agencies to use for project planning and development in response to projected sea-level rise (see Table 9.1; CCAT 2010). The same year, the state governments of California, Oregon, and Washington, along with federal agencies—the National Oceanic and Atmospheric Administration, the U.S. Geological Survey, and the Army Corps of Engineers—initiated a study with the National Research Council (NRC) to develop regional West Coast estimates of future sea-level rise to better inform state and local planning and agency decisions (Schwarzenegger 2008). The NRC report was released in June 2012.

Changes or trends for other coastal environmental conditions, such as atmospheric temperatures, precipitation patterns, river runoff and flooding, wave heights and run-up (waves reaching landward), storm frequency and intensity, and fog persistence, are less well understood, often to the point of uncertainty about the direction of change, much less its extent for a specific region. In addition, there will be other changes from rising sea level. For example, "extreme events"—such as the contemporary understanding of 100-year floods—will occur more frequently as a result of both higher coastal

| | | Static sea-level rise projections (without considering storm events) using the year 2000 as the baseline sea level (California Climate Action Team Sea-Level Rise Interim Guidance Document) | |
|---|---|---|---|

**Table 9.1** Static sea-level rise projections (without considering storm events) using the year 2000 as the baseline sea level (California Climate Action Team Sea-Level Rise Interim Guidance Document)

| Year | Scenario | Average of Models | Range of Models |
|---|---|---|---|
| 2030 | | 7 in (18cm) | 5–8 in (13–21 cm) |
| 2050 | | 14 in (36 cm) | 10–17 in (26–43 cm) |
| 2070 | Low | 23 in (59 cm) | 17–27 in (43–70 cm) |
| | Medium | 24 in (62 cm) | 18–29 in (46–74 cm) |
| | High | 27 in (69 cm) | 20–32 in (51–81 cm) |
| 2100 | Low | 40 in (101 cm) | 31–50 in (78–128 cm) |
| | Medium | 47 in (121 cm) | 37–60 in (95–152 cm) |
| | High | 55 in (140 cm) | 43–69 in (110–176 cm) |

Note: For dates after 2050, three different values for sea-level rise are included, based on the IPCC 2007 low, medium, and high GHG emission scenarios as follows: B1 for low projections, A2 for the medium projections, and A1FI for the high projections.

In contrast to the Sea-Level Rise Interim Guidance Document, in this assessment report we refer to the B1 emissions scenario as "low emissions" and the A2 emissions scenario as "high emissions."

Sources: Vermeer and Rahmstorf (2009), IPCC (2007).

storm surges due to sea-level rise and from inland runoff due to extreme rainfall events (see Chapter 7). In addition, tides will extend farther inland in coastal streams and rivers, and saltwater will penetrate farther into coastal aquifers (Loaiciga, Pingel, and Garcia 2012).

*Changes in ocean temperature and dynamics*

Direct climate change impacts, such as warming sea surface temperatures and ocean acidification, are expected to accelerate or exacerbate the impacts of *present* threats to coastal ecosystems, including pollution, habitat destruction, and over-fishing (Scavia et al. 2002). Warming atmospheric temperatures have already led to an increase in surface-water temperatures and a decrease in the oxygen content of deeper waters (Bograd et al. 2008; Deutsch et al. 2011). Elevated surface temperatures and higher nutrient runoff have led to increased harmful algal blooms and increases in hypoxia in the coastal ocean (Kudela, Seeyave, and Cochlan 2010; Ryan, McManus, and Sullivan 2010). As oceans warm, species adapted to these conditions may be able to expand their native ranges and migrate into ("invade") new regions (see Figure 9.5). For example, Humboldt squid have recently invaded central and Northern California waters, preying on species of commercial importance such as Pacific hake (Zeidberg and Robison 2007). In addition,

warmer waters lead to habitat loss for species that are adapted to very specific temperature ranges (Stachowicz et al. 2002). Along with range expansion, the number of invasive species, the rate of invasion, and resulting impacts will increase as coastal ocean waters warm (Stachowicz et al. 2002).



**Figure 9.5 Impacts of climate change on marine species distributions and habitat.** Many marine species are confined to particular habitats based on water temperature, salinity, or depth. In panel (a) Humboldt squid are confined at their northern edge by temperature. In 2003, the northern edge reached the mouth of the San Francisco Bay, but has recently expanded as far north as Alaska. In panel (b) some fish have limited habitat due to temperature levels of shallower waters above and oxygen or acidity levels of deeper waters below. As surface waters warm and oxygen minimum zones expand or acidity increases, the available habitat for these species is compressed. This leads to lower available resources and potentially increased predation. Source: Bograd et al. (2010), Stramma et al. (2011).

Changes in climate will alter the wind fields that drive coastal upwelling (Bakun 1990; Checkley and Barth 2009; Young, Zieger, and Babanin 2011). It is not clear, however, if changing wind patterns will increase or decrease coastal upwelling or whether each may occur in different locations. Warming surface waters are expected to increase stratification (rate of change in density over depth) and may deepen the thermocline (an abrupt temperature gradient extending from a depth of about 300 feet to 3,000 feet [100m to 1000m]), resulting in a decrease in the amount of nutrients that are delivered to the surface. The timing of seasonal upwelling—during which cold, nutrient-rich water rises to the surface—may shift. Such a mismatch between physical and ecological processes can lead to significant ecosystem consequences (Pierce et al 2006; Barth et al. 2007; Bakun et al. 2010). It is generally accepted that upwelling will be affected by climate change; however, experts differ over what specific changes will occur (Bakun 1990;

Checkley and Barth 2009; Young, Zieger, and Babanin 2011). Hypoxic events—the occurrence of dangerously low oxygen levels that can lead to widespread die-offs of fish or other organisms—will increase as stratification and coastal agricultural runoff increase (Chan et al. 2008). Moreover, as waters warm, they become less able to hold oxygen, resulting in long-term reductions in ocean oxygen content (Bograd et al. 2008; Deutsch et al. 2011). Because warmer coastal waters already are closer to hypoxic thresholds, weaker phytoplankton blooms and smaller nutrient inputs could initiate hypoxia, possibly leading to more frequent, larger, or longer-lasting events, even in regions that have not previously experienced hypoxia.

### Ocean acidification

Increased atmospheric $CO_2$ continues to dissolve in the ocean, making the ocean significantly more acidic than during the preindustrial age (Feely, Doney, and Cooley 2009). Lower pH (more acidic) seas will alter marine ecosystems in ways we do not fully understand, but several predictions are clear: (1) there will be ecological winners and losers as species respond differently to a changing environment (Kleypas et al. 2006; Fabry et al. 2008; Ries et al. 2009; Kroeker et al. 2010); (2) areas of coastal upwelling and increased nutrient runoff will be the most affected (see Figure 9.6) (Kleypas et al. 2006; Feely et al. 2008; Cai et al. 2011; Kelly et al. 2011); and (3) an increase in the variance of pH in near-shore waters may be more biologically important than the changing global average pH, as high frequency peaks in the amount of $CO_2$ dissolved in water can push marine species beyond their physiological tolerance limits (Thomsen et al. 2010; Hofmann et al. 2011).

Marine food webs are shifting in the already-acidified ocean. Higher $CO_2$ increases algal growth while hindering the development of shells and other hard parts in mollusks, corals, and other marine animals. These changes are already having direct economic effects: upwelling-intensified acidification has severely harmed several years of hatchery-bred oyster larvae, sending reverberations throughout the industry (Welch 2010; Barton et al. 2012). While the oyster fishery is a relatively small segment of the U.S. seafood industry, about 75% ($3 billion) of the overall industry directly or indirectly depends upon calcium carbonate (the component of shell material that dissolves in lower pH waters). An acidified ocean may change which species the industry targets for cultivation (Cooley and Doney 2009; Langston 2011). Beyond these ecological and economic impacts, ocean acidification is also anticipated to pose direct threats to human health by increasing the number and intensity of harmful algal blooms, which can result in amnesic shellfish poisoning (a disease in humans caused by ingestion of toxins that concentrate in shellfish (Sun et al. 2011; Tatters, Fu, and Hutchins 2012). Existing policy tools to combat the effects of ocean acidification include improved coastal management and more stringent pollution controls under the U.S. Clean Water Act, but addressing the root cause will require reducing atmospheric $CO_2$ globally (Kelly et al. 2011).

## 9.4 Coastal Impacts to Communities

### Overview

Development along coasts often places residences, coastal tourism development, community resources, and public infrastructure at risk from floods and/or ongoing coastal



**Figure 9.6 Coastal impacts of ocean acidification.** This image depicts the aragonite saturation depth on the continental shelf of western North America; warmer colors indicate shallower depths. Aragonite is one of the two most common forms of calcium carbonate, which forms naturally in almost all mollusk shells. Below this depth, it becomes difficult for mollusks and other species to precipitate the calcium carbonate necessary to make shell material. Corrosive waters—those that begin to dissolve calcium carbonate—now occur at shallower depths than in the past because the ocean is absorbing increasing amounts of $CO_2$ from the atmosphere. Note that in transect 5, corrosive water reaches the ocean surface north of Eureka and Arcata, California. Modified from Feely et al. (2008), reprinted with permission from the American Association for the Advancement of Science.

erosion (see also sections below and Chapter 14 [for more on transportation infrastructure] and Chapter 12 [for more on power plants and energy infrastructure]). Sea-level rise will expand the areas at risk from flooding, accelerate erosion of coastal bluffs and dunes, and, as discussed earlier, permanently inundate large areas of coastal wetlands (Heberger et al. 2009; Revell et al. 2012). Table 9.2 shows some of the current and future vulnerabilities to both flooding and erosion related to increased exposure of the coastal bluff base to expected rise in sea level of 4.6 feet (1.4-meters) by 2100 with no additional development along the coast beyond what existed in 2000 (Revell et al. 2012). In addition, based on a methodology that correlates bluff erosion with increased frequency of exposure to wave attack, erosion could claim as much as nearly 9,000 acres of dunes and 17,000 acres of coastal bluffs from the open ocean coast between the California-Oregon border and Santa Barbara County (Revell et al. 2012).

**Table 9.2** Estimated flood and erosion losses for California associated with future sea-level rise on the ocean and bay shoreline

| Asset or Concern | Risk [a] | Number or Dollar Amount at Risk in 2000 | Number or Dollar Amount at Risk in 2100 (with 55 Inches of Rise in Sea Level) | Dominant Location of Risk [b] (2000/2100) |
|---|---|---|---|---|
| People | 100-year Flood | 260,000 | 410,000 | SF Bay/SF Bay |
| Replacement value of buildings | 100-year Flood | $50 billion | $109 billion | Both/SF Bay |
| People | Erosion [c] | | 14,000 | ND/Ocean |
| Number of land parcels lost | Erosion [c] | | 10,000 | ND/Ocean |
| Value of property loss | Erosion [c] | | $14 billion | ND/Ocean |
| Schools | 100-year Flood | 65 | 137 | Both/SF Bay |
| Healthcare facilities | 100-year Flood | 20 | 55 | SF Bay/SF Bay |
| Police, fire and training areas | 100-year Flood | 17 | 34 | SF Bay/SF Bay |
| Hazardous waste sites | 100-year Flood | 134 | 332 | ND/ND |
| Highway and (road) miles | 100-year Flood | 222 (1,660) | 430 (3,100) | Ocean/Ocean |
| Power plants number and (megawatt capacity) | 100-year Flood | | 30 (10,000) | ND/Ocean |
| Waste treatment plants number and (millions of gallons/day capacity) | 100-year Flood | | 29 (530) | ND/SF Bay |

Note:
(a) Flood risks and erosion risks are not mutually exclusive; many of the same assets will be at risk from both flood and erosion.
(b) ND is no data – often since the analysis looked at change from the current conditions.
(c) Erosion impacts were only examined for the open ocean coast from Del Norte County through Santa Barbara. Estimates for erosion losses do not include Ventura, Los Angeles, Orange, or San Diego counties. Nor do estimates include San Francisco Bay, since, "In San Francisco, however, the erosion-related risk is small." (Heberger et al. 2009)
Source: Heberger et al. (2009).

*Airport infrastructure*

Several of California's key transportation facilities are situated in coastal areas and will be affected by rising sea level. For example, the runways at both the San Francisco (SFO) and Oakland (OAK) International Airports will begin to flood with a 16-inch (40-cm) sea-level rise (within the 2050 sea-level rise scenarios in Table 9.1) (see Figure 9.7). This change would severely impact not only airlines and passengers internationally, but also air cargo, as SFO is the largest air cargo handler in the region and expects to double cargo throughput in the next thirty years. Given the importance of these airports to the local and regional economy, an increase in runway elevation, floodwalls, or the development of some alternative response strategies will be required to avoid these debilitating impacts (Metropolitan Transportation Commission 2004).



**Figure 9.7  Impacts to San Francisco and Oakland International Airports.** The impacts to San Francisco and Oakland airports will require planning and resources to ensure that these major economic drivers for the San Francisco Bay Area can continue to operate in the future. Modified from Siegel and Bachand (2002), Knowles (2008); see also http://www.bcdc.ca.gov/planning/climate_change/index_map.shtml, Central Bay West Shore map 16 & 55, Central Bay East Shore map 16 & 55.

*Vehicular transportation infrastructure*

The rise in sea level and increased frequency and intensity of storm events will lead to a combination of increased shoreline inundation and landslides induced by rainfall or wave erosion. With even small sections of roadways disrupted due to these processes, the greater transportation network will be at risk. As a result, the California Department of Transportation prepared guidance on incorporating sea-level rise into project programming and design (Caltrans 2011) (see Box 9.3). (For further discussion of climate impacts on transportation systems, see Chapter 14.)

---

**Box 9.3**

### *The Role of Adaptation in California Ports*

California's three major ports—Los Angeles, Long Beach, and Oakland—had a combined throughput of over $350 billion[7] in cargo in 2009, equivalent to 13% of the GDP of the six Southwest states. With such noted economic importance, port authorities are starting to address issues related to sea-level rise. While the greater water depth that will accompany rising sea level will help deeper draft ships, many landside changes will be needed (see Chapter 14). The Port of Long Beach plans to rebuild the Gerald Desmond Bridge because the air gap (the space between the bottom of the bridge and the top of a ship) is restricting some ship transit to times of low tide. The Port of Los Angeles and the Rand Corporation prepared a climate adaptation study to consider the impacts from rising sea levels on the port. The creation and funding of additional protection or response plans for these ports—and their associated costs—is inevitable (Metropolitan Transportation Commission 2004).

---

### *Economy, culture, and identity*

A large part of California culture and identity is invested in ocean and coastal resources and shoreline access, including beach-going, surfing, kayaking, hiking, and diving, as well as recreational and commercial fishing. Thus, the socio-economic impacts to coastal communities from sea-level rise go well beyond losses to buildings, properties, and infrastructure. For example, estimated losses to the Venice Beach community from a 100-year flood event after a 4.6-foot (1.4-meter) sea-level rise (the high 2100 scenario from Table 9.1) are $51.6 million (an increase of $44.6 million over the present risk), which includes loss of tax revenue, beach-going spending, ecological value, and other societal costs (King, MacGregor, and Whittet 2011). However, such estimates depend on a set of assumptions which—while reasonable—involve significant uncertainties. For example, the 1983 ENSO event caused over $215 million in damage statewide (in 2010 dollars; Griggs and Brown 1998); a similar event in 2100 would be significantly more damaging under conditions of higher sea level, more intensive development, and greater property values (Griggs and Brown 1998). Thus, future losses may be higher than the best available current economic science suggests. In addition, Native American communities, such as the Yurok and Wiyot of Northern California, are also examining traditional uses of coastal areas and the impacts to tribal lands of sea-level rise (including loss of land due to inundation), undertaking coastal restoration projects, assessing the impacts to salmon of overall ecosystem changes. (For further discussion of the impacts of climate change on the lands and resources of Native nations, see Chapter 17.)

## 9.5 Managing Coastal Climate Risks

### *Overview*

Due to the high concentration of coastal development, population, infrastructure, and economic activity in coastal counties, continued and growing pressure to protect these assets and activities from rising sea levels is expected. Further concentration of wealth,