infrastructure, and people along the coast—which historically has resulted in the tendency to protect and harden developed shorelines—is expected to increase the risk of loss of the remaining natural coastal ecosystems in these areas (see Box 9.4) (CNRA 2009; Hanak and Moreno 2011). About 40% of the backshore area (above the high-water line) along the California coast is in public ownership (federal and non-federal)[ii] (US-ACE 1971), about 107 miles or 10% of the state's coastline had already been hardened as of 2001 (Griggs, Patsch, and Savoy 2005), and more than 90% of the coast's historical wetland areas have been lost or converted due to diking, drainage, and development (Dahl 1990; Van Dyke and Wasson 2005; Gleason et al. 2011).

---

**Box 9.4**

### The Role of Insurance and Incentives in Coastal Development

Many federally and state-funded actions and programs continue to protect and subsidize high-risk coastal development by shifting the cost of flood protection and storm recovery from property owners and local governments to state and federal taxpayers. For example, the Federal Emergency Management Agency's (FEMA) National Flood Insurance Program (NFIP) offers flood insurance rates that do not reflect the full risk that policyholders face. In addition, the Army Corps of Engineers frequently funds and executes structural shoreline protection projects, while federal and state post-disaster recovery funding and assistance encourages replacing or rebuilding structures with a high level-of-risk exposure (Bagstad, Stapleton, and D'Agostino 2007). These programs work together to distort market forces and favor the movement of people to the coasts. Meanwhile, reinsurance companies and experts studying the insurance market increasingly urge that premiums better reflect actual risks to ensure a reliable insurance system as climate risks increase (Lloyd's of London 2006, 2008; Kunreuther and Michel-Kerjan 2009; Pacific Council on International Policy 2010).

The NFIP is over-exposed and is running a deficit as of 2010 of nearly $19 billion (Williams Brown 2010). To reduce the financial burdens on the flood insurance program and decrease overall vulnerability, FEMA also administers several grant programs designed to mitigate flood hazards prior to disasters occurring (FEMA 2010). These programs are often used for pre-disaster structural flood mitigation measures, but have also been used for structure acquisition, property buy-outs, and demolition or relocation (Multihazard Mitigation Council 2005). The resulting open space is required to be protected in perpetuity, simultaneously providing natural resource benefits and vulnerability-reduction benefits (FEMA 2010).

---

As mentioned previously, in 2011 the California Ocean Protection Council issued interim sea-level rise guidance for state and local agencies, thus implementing one of the key strategies proposed in California's first statewide climate change adaptation plan (CNRA 2009; California Ocean Protection Council 2011). While not mandatory, this guidance gives state and local government agencies and officials a scientific basis to vet planning and permitting decisions. The guidance will need to be updated regularly as

new scientific information becomes available (e.g., through the 2012 NRC study on sea-level rise along the West Coast). Pragmatically, the management and planning mechanisms through which local governments in California are making adaptive changes include general plan updates, climate action or adaptation plans, local coastal program updates, local hazard mitigation plans, implementing regulations (such as tax or building codes), and special or regular infrastructure upgrades (Moser and Ekstrom 2012). A selected list of climate adaptation planning resources can be found in Table A9.1.

### Adaptation options

Coastal managers have several adaptation options (USAID 2009; NRC 2010[iii]; Grannis 2011; NOAA 2011; Russell and Griggs 2012) that typically fall into three categories.

First, structural protection measures such as seawalls and revetments (hardened surface built to protect an embankment) as well as beach replenishment have frequently been the preferred option for local governments trying to protect public shorelines and adjacent coastal properties (which are part of the property and commercial tax base) and maintain or enhance opportunities for coastal tourism. Historically, many beach nourishment projects in California have been opportunistic in the sense that they were a means of disposing sand dredged from harbors or produced from coastal construction rather than stand-alone projects for nourishing beaches.

Hardening the shoreline along the coast has resulted in harmful environmental and ecological impacts, both directly in front of and downdrift from the hardened shoreline. Such impacts include passive erosion or beach loss in front of the hardened shoreline, visual impacts (see Figure 9.8), and reduced public access along the shoreline (Griggs 2005). The impacts of shoreline protection within interior waterways—such as bays or estuaries—include loss of tidal prisms (the volume of water leaving an estuary at ebb tide) and loss of coastal wetlands, which contain important bird habitat, fishery nursing grounds, and the capacity of such natural buffers to retain flood waters (Griggs et al. 1997; Runyan and Griggs 2003).

Second, adaptation measures that continue to allow coastal occupancy and yet aim to reduce risks of coastal erosion and flooding are common elements of hazard-mitigation plans and land-use planning (local coastal programs) under the California Coastal Act in coastal communities. These measures include adjustments to building codes (such as requirements for the use of flood-prone basements within flood zone areas) or modifications to standards for development and coastal construction (such as setbacks for building from the shoreline, limits to how much land surface can be made impervious, the amount of freeboard required between the ground and the first inhabited floor, and other flood protection measures, including stormwater retention and treatment on the property).

Generally speaking, measures depend on the environment in which development is situated. For cliff and bluff top construction, zoning or construction policies may contain standards for cliff edge setbacks and requirements to improve onsite water drainage to minimize cliff erosion may be considered (Griggs, Pepper, and Jordan 1992). For low lying areas, coastal plains, beaches, and bayside waterfront areas, development standards requiring construction above base flood elevations and setbacks from high-risk flood and/or erosion areas may be most relevant.



**Figure 9.8 Coastal armoring in Southern California.** One-third of the shoreline of Southern California (including Ventura, Los Angeles, Orange and San Diego Counties) has now been armored. The photo shows the shoreline in 2010 in Encinitas, in northern San Diego County. Photo courtesy of Kenneth and Gabrielle Adelman of the California Coastal Records Project (http://www.californiacoastline.org/).

Finally, a variety of adaptation measures focus on reducing long-term exposure to the risks associated with climate change and coastal hazards. Such measures might take the form of planned retreat from the shoreline, but might also include the restoration of natural coastal buffers, such as dunes and wetlands. Of particular value are strategies and policies that incorporate natural resource values and management (California Coastal Act 1976; UNCBD 2009). Such ecosystem-based adaptation is an approach that simultaneously builds ecological resilience and reduces the vulnerability of both human and natural communities to climate change.[iv] It is based on the premise that sustainably managed ecosystems can provide social, economic, and environmental benefits, both directly through the preservation of innately valuable biological resources and indirectly through the protection of ecosystem services that these resources provide humans (Coll, Ash, and Ikkala 2009; World Bank 2010).

### Level of preparedness and engagement in adaptation planning

A 2005 survey of California coastal counties and communities assessed coastal managers' awareness of the risks associated with climate change and the degree to which they had begun preparing for, planning for, and actively managing these risks in their coastal management activities (Moser 2007; Moser and Tribbia 2007). The vast majority of surveyed coastal managers were of the opinion that climate change is real and is already

happening and were significantly concerned about the associated risks. As of 2005, how-
ever, very few local governments had taken up the challenge of developing strategies to
deal with those risks.

In a follow-up survey conducted in summer 2011, some important shifts could be
noted (see Figure 9.9) (Hart et al. 2012). Most remarkable was the increase in the level
of activity on adaptation from 2005 to 2011. In 2005, only two of the responding coastal
counties and one of the participating cities had climate change plans in place, and four
counties and six cities were developing such a plan. By 2011, many more coastal commu-
nities in California had begun examining and planning for the impacts of climate change.[v]



**Figure 9.9 California coastal managers' attitudes toward climate change.** Well over 80%
of California coastal managers are concerned with climate change. The proportion saying they are
"very concerned" increased significantly over the past six years. Meanwhile, local managers feel only
moderately well informed, indicating a significant need for education. One indication of their readiness
to advance adaptation planning is the high proportion of respondents (75%) who report that they
already consider the implications of climate change in their personal and professional lives. Source:
Moser (2007), Moser and Tribbia (2007), Hart et al. (2012).

A separate analysis highlighted six municipalities in California that have developed
local climate adaptation plans or components thereof (Georgetown Climate Center
2012). An Ocean Protection Council resolution passed in June 2007 encouraged Local
Coastal Plan (LCP) amendments to address sea-level rise, yet few local governments
have even begun the process of considering such LCP amendments. Of particular re-
gional significance is also the overall slow response of the region's major ports and ma-
rine facilities, albeit not a unique response among North American or international ports

where adaptation planning is just beginning (California Ocean Protection Council 2007; California State Lands Commission 2009; Becker et al. 2012).

Thus, while the state of California has been fairly progressive in adaptation planning (for example, with a Climate Adaptation Strategy, CalAdapt website, and the 2012 sea-level rise study completed by the National Research Council), most adaptation actions will be implemented locally or regionally (often with state and federal support and permits). However, few local governments have begun taking steps to implement either their own plans or the State's existing recommendations.

### Barriers to adaptation

Several studies have examined impediments or barriers to adaptation for individuals, communities, organizations, and entire nations.[vi] Increasing empirical evidence from California strongly confirms the presence of barriers to adaptation in coastal communities (Hanak and Moreno 2011). In the above-mentioned 2005 survey of local jurisdictions, coastal managers considered their top barriers to adaptation management to be local monetary constraints, insufficient staff resources, lack of supportive funding from state and federal sources, the all-consuming nature of currently pressing issues, and the lack of a legal mandate to undertake adaptation planning (Moser and Tribbia 2007). When asked again in 2011, the lack of funding to prepare and implement a plan, lack of staff resources to analyze relevant information, and the all-consuming currently pressing issues were again mentioned as overwhelming hurdles for local coastal professionals, followed (with far less frequency) by issues such as lack of public demand to take adaptation action, lack of technical assistance from state or federal agencies, and lack of coordination among organizations (Moser and Ekstrom 2012). Case study research in two cities and two counties in the San Francisco Bay Area found that institutional barriers dominate, closely followed by attitudinal barriers among decision makers. Funding-related barriers were important, but ranked only third (Storlazzi and Griggs 2000; Griggs, Patsch, and Savoy 2005; Kildow and Colgan 2005; Moser and Ekstrom 2012).

There is additional independent evidence that local jurisdictions vary considerably in their technical expertise and capacity to engage in effective coastal land-use management and that they do not use available management tools to the fullest extent possible to improve coastal land management overall (Tang 2008, 2009). For example, experts assert that the California Coastal Act and the Public Trust Doctrine are considerably underutilized in protecting public trust areas and the public interest (Caldwell and Segall 2007; Peloso and Caldwell 2011). Thus, the persistence of this range of institutional, attitudinal, economic, and other adaptation barriers goes a long way toward accounting for the low level of actual preparedness and lack of active implementation of adaptation strategies in coastal California.

The in-depth case studies conducted in the San Francisco Bay Area, however, also reveal that local communities have many opportunities, assets, and advantages that can help them avoid adaptation barriers in the first place, or which they can leverage in efforts to overcome those barriers they encounter (see Chapter 19, Box 19.4). Among the most important of these advantages and assets are people and existing plans and policies that facilitate and allow integration of adaptation and climate change (Moser and Ekstrom 2012) (see also Chapter 18, Section 18.7).

In conclusion, adaptation in coastal California is an emerging mainstream policy concern wherein institutions and the individuals involved—along with supporting financial and technical resources—pose the greatest barriers and constitute the greatest assets in avoiding and overcoming them. While some barriers originate from outside sources (such as the national economic crisis or federal laws and regulation) and communities require state and federal support to overcome entrenched challenges (such as legal and technical guidance or fiscal support), local communities have the power and control to overcome many of the challenges they face (Moser and Ekstrom 2012; for further discussion of the effects of climate change on urban areas, see Chapter 13, and for a discussion of local adaptation and mitigation choices, see Chapter 18).

## References

Bagstad, K. J., K. Stapleton, and J. R. D'Agostino. 2007. Taxes, subsidies, and insurance as drivers of United States coastal development. *Ecological Economics* 63:285–298.

Bakun, A. 1990. Global climate change and intensification of coastal ocean upwelling. *Science* 247:198–201.

Bakun, A., D. B. Field, A. Redondo-Rodriguez, and S. J. Weeks. 2010. Greenhouse gas, upwelling-favorable winds, and the future of coastal ocean upwelling ecosystems. *Global Change Biology* 16:1213–1228.

Barth, J. A., B. A. Menge, J. Lubchenco, F. Chan, J. M. Bane, A. R. Kirincich, M. A. McManus, et al. 2007. Delayed upwelling alters nearshore coastal ocean ecosystems in the Northern California current. *Proceedings of the National Academy of Sciences* 104:3719–3724.

Barton, A., B. Hales, G. Waldbusser, C. Langdon, and R. A. Feely. 2012. The Pacific oyster, *Crassostrea gigas*, shows negative correlation to naturally elevated carbon dioxide levels: Implications for near-term ocean acidification effects. *Limnology and Oceanography* 57:698–710.

Becker, A., S. Inoue, M. Fischer, and B. Schwegler. 2012. Climate change impacts on international seaports: Knowledge, perceptions, and planning efforts among port administrators. *Climatic Change* 110:5–29, doi:10.1007/s10584-011-0043-7.

Bograd, S. J., C. G. Castro, E. Di Lorenzo, D. M. Palacios, H. Bailey, W. Gilly, and F. P. Chavez. 2008. Oxygen declines and the shoaling of the hypoxic boundary in the California Current. *Geophysical Research Letters* 35: L12607, doi:10.1029/2008GL034185.

Bograd, S. J., W. J. Sydeman, J. Barlow, A. Booth, R. D. Brodeur, J. Calambokidis, F. Chavez, et al. 2010. Status and trends of the California Current region, 2003–2008. In *Marine ecosystems of the North Pacific Ocean, 2003–2008*, ed. S.M. McKinnell and M.J. Dagg, 106–141. PICES Special Publication 4. Sidney, BC: North Pacific Marine Science Organization.

Bromirski, P. D., A. J. Miller, R. E. Flick, and G. Auad. 2011. Dynamical suppression of sea level rise along the Pacific Coast of North America: Indications for an imminent acceleration. *Journal of Geophysical Research* 116: C07005, doi:10.1029/2010JC006759.

Cai, M., J. S. Schwartz, B. R. Robinson, S. E. Moore, and M. A. Kupl. 2011. Long-term annual and seasonal patterns of acidic deposition and stream water quality in a Great Smoky Mountains high-elevation watershed. *Water Air Soil Pollution* 219:547–562, doi: 10.1007/s11270-010-0727-z.

Caldwell, M., and C. H. Segall. 2007. No day at the beach: Sea level rise, ecosystem loss, and public access along the California coast. *Ecology Law Quarterly* 34:533–578.

California Climate Action Team (CCAT). 2010. State of California sea-level rise interim guidance document. California: Coastal and Ocean Working Group of the California Action Team and Ocean Protection Council. http://www.slc.ca.gov/Sea_Level_Rise/SLR_Guidance_Document_SAT_Responses.pdf.

California Coastal Act of 1976, Pub. Res. Code § 30000 et. seq. 2010.

California Department of Transportation (Caltrans). 2011. *Guidance on incorporating sea level rise: For use in the planning and development of Project Initiation*. N.p.: Caltrans, Climate Change Workgroup.

California Natural Resources Agency (CNRA). 2009. *The California Climate Adaptation Strategy 2009*. A Report to the Governor of the State of California (Draft). Sacramento: CNRA.

—. 2010. *State of the State's Wetlands Report: 10 Years of challenges and progress*. Sacramento: CNRA.

California Ocean Protection Council. 2007. Resolution of the California Ocean Protection Council on climate change, June 14, 2007. http://www.opc.ca.gov/2007/06/resolution-of-the-california-ocean-protection-council-on-climate-change/.

—. 2011. Resolution of the California Ocean Protection Council on sea-level rise, March 11. http://www.opc.ca.gov/2011/04/resolution-of-the-california-ocean-protection-council-on-sea-level-rise/. California State Lands Commission. 2009. *A report on sea level rise preparedness: Staff report to the California State Lands Commission*. http://www.slc.ca.gov/reports/sea_level_report.pdf.

Chan, F., J. A. Barth, J. Lubchenco, A. Kirincich, H. Weeks, W. T. Peterson, and B. A. Menge. 2008. Emergence of anoxia in the California Current large marine ecosystem. *Science* 319: 920.

Chavez, F. P., J. Ryan, S. E. Lluch-Cota, and M. Ñiquen. 2003. From anchovies to sardines and back: Multidecadal change in the Pacific Ocean. *Science* 299:217–221.

Checkley, D. M., and J. A. Barth. 2009. Patterns and processes in the California Current system. *Progress in Oceanography* 83:49–64. doi:10.1016/j.pocean.2009.07.028.

Coll, A., N. Ash, and N. Ikkala. 2009. Ecosystem-based adaptation: A natural response to climate change. Gland, Switzerland: International Union for the Conservation of Nature (IUCN).

Cooley, S. R., and S. C. Doney. 2009. Anticipating ocean acidification's economic consequences for commercial fisheries. *Environmental Research Letters* 4: 024007, doi:10.1088/1748-9326/4/2/024007.

Cruce, T. L. 2009. Adaptation planning – What U.S. states and localities are doing. Pew Center on Global Climate Change Working Paper. http://www.c2es.org/docUploads/state-adapation-planning-august-2009.pdf.

Dahl, T. E. 1990. Wetlands losses in the United States 1780's to 1980's. Washington, DC: U.S. Fish and Wildlife Service / Jamestown, ND: Northern Prairie Wildlife Research Center.

Deutsch, C., H. Brix, T. Ito, H. Frenzel, and L. Thompson. 2011. Climate-forced variability of ocean hypoxia. *Science* 333:336–339, doi:10.1126/science.1202422.

Dugan, J. E., D. M. Hubbard, I. F. Rodil, D. L. Revell, and S. Schroeter. 2008. Ecological effects of coastal armoring on sandy beaches. *Marine Ecology* 28:160–170.

Ekstrom, J., S. C. Moser, and M. Torn. 2011. *Barriers to climate change adaptation: A diagnostic framework*. Public Interest Energy Research (PIER) Final Report CEC-500-2011-004. Sacramento: California Energy Commission.

Fabry, V. J., B. A. Seibel, R. A. Feely, and J. C. Orr. 2008. Impacts of ocean acidification on marine fauna and ecosystem processes. *ICES Journal of Marine Science* 65:414-432.

Federal Emergency Management Agency (FEMA). 2010. Hazard mitigation assistance unified guidance. http://www.fema.gov/library/viewRecord.do?id=4225.

Feely, R. A., S. C. Doney, and S. R. Cooley. 2009. Ocean acidification: Present conditions and future changes in a high-$CO_2$ world. *Oceanography* 22 (4): 37–47.

Feely, R. A., C. L. Sabine, J. M. Hernandez-Ayon, D. Ianson, and B. Hales. 2008. Evidence for upwelling of corrosive acidified water onto the continental shelf. *Science* 320:1490–1492.

Georgetown Climate Center. 2012. State and local adaptation plans. http://www.georgetownclimate.org/node/3325.

Gleason M. G., S. Newkirk, M. S. Merrifield, J. Howard, R. Cox, M. Webb, J. Koepcke, et al. 2011. *A conservation assessment of West Coast (USA) estuaries*. Arlington, VA: The Nature Conservancy.

Grannis, J. 2011. *Adaptation tool kit: Sea-level rise and coastal land use; How governments can use land-use practices to adapt to sea-level rise*. Washington, DC: Georgetown Climate Center.

Griggs, G. B. 2005. The impacts of coastal armoring. *Shore and Beach* 73 (1): 13–22.

Griggs, G. B., and K. Brown. 1998. Erosion and shoreline damage along the central California coast: A comparison between the 1997-98 and 1982-83 winters. *Shore and Beach* 66 (3): 18–23.

Griggs, G. B., K. Patsch, and L. Savoy. 2005. *Living with the changing California coast*. Berkeley: University of California Press.

Griggs, G., J. Pepper, and M. Jordan. 1992. *California's coastal hazards: A critical assessment of existing land-use policies and practices*. Santa Cruz: University of California-Santa Cruz, California Policy Seminar.

Griggs, G. B., J. F. Tait, L. J. Moore, K. Scott, W. Corona, and D. Pembrook. 1997. *Interaction of seawalls and beaches: Eight years of field monitoring, Monterey Bay, California*. U.S. Army Corps of Engineers (USACE), Waterways Experiment Station Contract Report CHL-97-1. Washington, DC: USACE.

Hammer, R. B., S. I. Stewart, R. Winkler, V. C. Radeloff, and P. R. Voss. 2004. Characterizing spatial and temporal residential density patterns across the U.S. Midwest, 1940-1990. *Landscape and Urban Planning* 69:183–199.

Hanak, E., and G. Moreno. 2011. California coastal management with a changing climate. *Climatic Change* 111:45–73, doi:10.1007/s10584-011-0243-1.

Hanson, R. T., P. Martin, and K. M. Koczot. 2003. *Simulation of ground-water/surface-water flow in the Santa Clara–Calleguas Ground-Water Basin, Ventura County, California*. U.S. Geological Survey Water–Resources Investigations Report No. 02-4136. Sacramento: U.S. Geological Survey.

Hart, J. F., P. Grifman, S. C. Moser, A. Abeles, M. Meyers, S. Schlosser, and J. A. Ekstrom. 2012. *Rising to the challenge: Results of the 2011 California Adaptation Needs Assessment Survey*. Report No. USCSG-TR-01-2012. Los Angeles, CA: University of Southern California Sea Grant.

Heberger, M., H. Cooley, P. Hererra, P. H. Gleick, and E. Moore. 2009. *The impacts of sea-level rise on the California coast*. Final Paper CEC-500-2009-024-F. Sacramento: California Climate Change Center.

Ho Ahn, J., S. B. Grant, C. Q. Surbeck, P. M. DiGiacomo, N. P. Nezlin, and S. Jiang. 2005. Coastal water quality impact of stormwater runoff from an urban watershed in Southern California. *Environmental Science and Technology* 39:5940–5953.

Hofmann, G. E., J. E. Smith, K. S. Johnson, U. Send, L. A. Levin, F. Micheli, A. Paytan, et al. 2011. High-frequency dynamics of ocean pH: A multi-ecosystem comparison. *PLoS ONE* 6: e28983, doi:10.1371/journal.pone.0028983.

Intergovernmental Panel on Climate Change (IPCC). 2007. *Climate change 2007: Synthesis report. Contribution of Working Groups I, II and III to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change*, eds. R. K. Pachauri and A. Reisinger. Geneva: IPCC. http://www.ipcc.ch/pdf/assessment-report/ar4/syr/ar4_syr.pdf.

Kelly, R. P., M. M. Foley, W. S. Fisher, R. A. Feely, B. S. Halpern, G. G. Waldbusser, and M. R. Caldwell. 2011. Mitigating local causes of ocean acidification with existing laws. *Science* 332:1036–1037.

Kildow, J., and C. S. Colgan. 2005. *California's ocean economy. Report to the Resources Agency, State of California*. N.p.: The National Ocean Economics Program. http://resources.ca.gov/press_documents/CA_Ocean_Econ_Report.pdf.

King, P. G., A. R. MacGregor, and J. D. Whittet. 2011. *The economic costs of sea-level rise to California beach communities*. Sacramento: California Department of Boating and Waterways.

Kleypas, J. A., R. A. Feely, V. J. Fabry, C. Langdon, C. L. Sabine, and L. L. Robbins. 2006. *Impacts of ocean acidification on coral reefs and other marine calcifiers: A guide for future research.* Report of a workshop held 18–20 April 2005, St. Petersburg, FL, sponsored by NSF, NOAA, and the U.S. Geological Survey. Seattle: NOAA, Pacific Marine Environmental Laboratory.

Knowles, N. 2009. *Potential inundation due to rising sea levels in the San Francisco Bay region.* Final Paper CEC-500-2009-023-F. Sacramento: California Climate Change Center.

Kroeker, K. J., R. L. Kordas, R. N. Crim, and G. G. Singh. 2010. Meta-analysis reveals negative yet variable effects of ocean acidification on marine organisms. *Ecology Letters* 13:1419–1434, doi:10.1111/j.1461-0248.2010.01518.x.

Kudela, R. M., S. Seeyave, and W. P. Cochlan. 2010. The role of nutrients in regulations and promotion of harmful algal blooms in upwelling systems. *Progress in Oceanography* 85:122–135.

Kunreuther, H. C., and E. O. Michel-Kerjan. 2009. *At war with the weather: Managing large-scale risks in a new era of catastrophes.* Cambridge: Massachusetts Institute of Technology Press.

Langston, J. 2011. *Northwest ocean acidification: The hidden costs of fossil fuel pollution.* N.p.: Sightline Institute.

Largier, J. L., B. S. Cheng, and K. D. Higgason, eds. 2010. *Climate change impacts: Gulf of the Farallones and Cordell Bank National Marine Sanctuaries.* Report of a Joint Working Group of the Gulf of the Farallones and Cordell Bank National Marine Sanctuaries Advisory Councils. Marine Sanctuaries Conservation Series ONMS-11-04.

Lloyd's of London. 2006. Climate change: Adapt or bust. 360 Risk Project No.1: Catastrophe trends. London: Lloyd's. http://www.lloyds.com/~/media/3be75eab0df24a5184d0814c32161c2d.ashx.

—. 2008. Coastal communities and climate change: Maintaining future insurability. London: Lloyd's. http://www.lloyds.com/~/media/Lloyds/Reports/360%20Climate%20reports/360_Coastalcommunitiesandclimatechange.pdf.

Loaiciga, H. A., T. J. Pingel, and E. S. Garcia. 2012. Sea water intrusion by sea-level rise: Scenarios for the 21st century. *Ground Water* 50:7–47.

Metropolitan Transportation Commission (MTC). 2004. *Regional goods movement study for the San Francisco Bay Area.* Final summary report. Oakland, CA: MTC. http://www.mtc.ca.gov/pdf/rgm.pdf.

Moser, S. C. 2007. Is California preparing for sea-level rise? The answer is disquieting. *California Coast and Ocean* 22 (4): 24-30.

—. 2009. *Good morning, America! The explosive U.S. awakening to the need for adaptation.* Sacramento: California Energy Commission / Charleston, SC: NOAA Coastal Services Center. http://csc.noaa.gov/publications/need-for-adaptation.pdf.

Moser, S. C., and J. A. Ekstrom. 2010. A framework to diagnose barriers to climate change adaptation. *Proceedings of the National Academies of Science* 107:22026–22031.

—. 2012. *Identifying and overcoming barriers to climate change adaptation in San Francisco Bay: Results from case studies.* Public Interest Energy Research White Paper CEC-500-2012-034. Sacramento: California Climate Change Center.

Moser, S. C., and J. Tribbia. 2007. Vulnerability to inundation and climate change impacts in California: Coastal managers' attitudes and perceptions. *Marine Technology Society Journal* 40 (4): 35-44.

Multihazard Mitigation Council. 2005. *Natural hazard mitigation saves: An independent study to assess the future savings from mitigation activities.* Washington, DC: National Institute of Building Sciences (NIBS).

National Ocean Economics Program (NOEP). 2010. NOEP data. http://www.oceaneconomics.org.

—. 2012. Population and housing data: California. http://www.oceaneconomics.org/Demographics/demogResults.asp?selState=6&selCounty=06000&selYears=All&cbCoastal=show&cbCZM=show&selShow=PH&selOut=display&noepID=unknown. Accessed January 20, 2012.

National Oceanic and Atmospheric Administration (NOAA). 2011. *Adapting to climate change: A planning guide for state coastal managers*. Silver Spring, MD: NOAA Office of Ocean and Coastal Resource Management.

National Research Council (NRC). 2010. *America's Climate Choices: Adapting to the Impacts of Climate Change*. Washington, DC: National Academies Press.

—. 2012. *Sea-level rise for the coasts of California, Oregon and Washington: Past, present and future*. Washington, DC: National Academies Press.

Pacific Council on International Policy (PCIP). 2010. *Preparing for the effects of climate change: A strategy for California; A report by the California Adaptation Advisory Council to the State of California*. Los Angeles: PCIP.

Peloso, M.E., and Caldwell, M.R. 2011. Dynamic property rights: The Public Trust Doctrine and takings in a changing climate. *Stanford Environmental Law Journal* 30 (1):51–120.

Pendleton, L. H. 2009. The economic value of coastal and estuary recreation. In *The economic and market value of America's coasts and estuaries: What's at stake*, ed. L. H. Pendleton. N.p.: Coastal Ocean Values Press.

Pierce, S. D., J. A. Barth, R. E. Thomas, and G. W. Fleischer. 2006. Anomalously warm July 2005 in the Northern California Current: Historical context and the significance of cumulative wind stress. *Geophysical Research Letters* 33: L22S04, doi:10.1029/2006GL027149.

Revell, D. L., B. Battalio, B. Spear, P. Ruggiero, and J. Vandever. 2012. A methodology for predicting future coastal hazards due to sea-level rise on the California coast. *Climatic Change* 109 (Suppl. 1): S251–S276.

Ries, J. B., A. L. Cohen, and D. C. McCorkle. 2009. Marine calcifiers exhibit mixed responses to $CO_2$-induced ocean acidification. *Geology* 37:1131–1134.

Runyan, K. B., and G. B. Griggs. 2003. The effects of armoring sea cliffs on the natural sand supply to the beaches of California. *Journal of Coastal Research* 19:336–347.

Russell, N. L., and G. B. Griggs. 2012. *Adapting to sea-level rise: A guide for California's coastal communities*. Sacramento: California Energy Commission, Public Interest Environmental Research Program.

Ryan, J. P., M. A. McManus, and J. M. Sullivan. 2010. Interacting physical, chemical, and biological forcing of phytoplankton thin-layer variability in Monterey Bay, California. *Continental Shelf Research* 30:7–16.

Scavia, D., J. C. Field, D. F. Boesch, R. W. Buddemeier, V. Burkett, D. R. Cayan, M. Fogarty, et al. 2002. Climate change impacts on U.S. coastal and marine ecosystems. *Estuaries* 25:149–164.

Schwarzenegger, Arnold. 2008. Executive Order S-13-08. November 14, 2009. Section 1. http://gov.ca.gov/news.php?id=11036.

Siegel, S. W., and P. A. M. Bachand. 2002. *Feasibility analysis, South Bay salt pond restoration, San Francisco Estuary, California*. San Rafael, CA: Wetlands and Water Resources.

Stachowicz, J. J., J. R. Terwin, R. B. Whitlatch, and R. W. Osman. 2002. Linking climate change and biological invasions: Ocean warming facilitates nonindigenous species invasions. *Proceedings of the National Academy of Sciences* 99:15497–15500.

Storlazzi, C.D. and G. B. Griggs. 2000. Influence of El Niño-Southern Oscillation (ENSO) events on the evolution of central California's shoreline. *Geological Society of America Bulletin* 112:236–249.

Stramma, L., E. D. Prince, S. Schmidtko, J. Luo, J. P. Hoolihan, M. Visbeck, D. W. R. Wallace, P. Brandt, and A. Körtzinger. 2011. Expansion of oxygen minimum zones may reduce available habitat for tropical pelagic fishes. *Nature Climate Change* 2:33–37, doi:10.1038/NCLIMATE1304.

Sun, J., D. A. Hutchins, Y. Feng, E. L. Seubert, D. A. Caron, and F. X. Fu. 2011. Effects of changing $pCO_2$ and phosphate availability on domoic acid production and physiology of the marine harmful bloom diatom *Pseudo-nitzschia* multiseries. *Limnology and Oceanography* 56:829–840.

Tang, Z. 2008. Evaluating local coastal zone land use planning capacities in California. *Ocean and Coastal Management* 51:544–555.

—. 2009. How are California local jurisdictions incorporating a strategic environmental assessment in local comprehensive land use plans? *Local Environment* 14:313–328.

Tatters, A. O., F-X. Fu, and D. A. Hutchins. 2012. High $CO_2$ and silicate limitation synergistically increase the toxicity of *Pseudo-nitzschia fraudulenta*. *PLoS ONE* 7: e32116, doi:10.1371/journal.pone.0032116.

Thomsen, J., M. A. Gutowska, J. Saphörster, A. Heinemann, K. Trübenbach, J. Fietzke, C. Hiebenthal, et al. 2010. Calcifying invertebrates succeed in a naturally $CO_2$-rich coastal habitat but are threatened by high levels of future acidification. *Biogeosciences* 7:3879–3891, doi:10.5194/bg-7-3879-2010.

U.N. Convention on Biological Diversity (CBD). 2009. *Connecting biodiversity and climate change mitigation and adaptation: Report of the Second Ad Hoc Technical Expert Group on Biodiversity and Climate Change*. CBD Technical Series No. 41. Montreal: Secretariat of the CBD.

U.S. Agency for International Development (USAID). 2009. *Adapting to coastal climate change: A guidebook for development planners*. http://www.crc.uri.edu/download/CoastalAdaptationGuide.pdf.

U.S. Army Corps of Engineers (USACE). 1971. *National shoreline study: California regional inventory*. San Francisco, CA: USACE, Army Engineer Division.

U.S. Census Bureau. n.d. State and county QuickFacts: California. http://quickfacts.census.gov/qfd/states/06000.html (accessed January 20, 2012; last updated September 18, 2012).

Van Dyke, E., and K. Wasson. 2005. Historical ecology of a Central California estuary: 150 years of habitat change. *Estuaries* 28:173–189.

Vermeer, M., and S. Rahmstorf. 2009. Global sea level linked to global temperature. *Proceedings of the National Academy of Sciences* 106:21527–21532.

Welch, C. 2010. Acidification threatens wide swath of sea life. *Seattle Times*, July 31, 2010. http://seattletimes.nwsource.com/html/localnews/2012502655_acidification01.html.

Williams-Brown, O. 2010. *National Flood Insurance Program: Continued actions needed to address financial and operational issues*. Testimony before the Subcommittee on Housing and Community Opportunity, Committee on Financial Services, U.S. House of Representatives. Report GAO-10-631T. Washington, DC: U.S. Government Accountability Office.

Wolter, K., and M. S. Timlin. 2011. El Niño/Southern Oscillation behaviour since 1871 as diagnosed in an extended multivariate ENSO index. *International Journal of Climatology* 31:1074–1087.

World Bank. 2010. *Convenient solutions to an inconvenient truth: Ecosystem-based approaches to climate change*. Washington, DC: World Bank, Environment Department.

Young, I. R., S. Zieger, and A. V. Babanin. 2011. Global trends in wind speed and wave height. *Science* 332:451–455, doi: 10.1126/science.1197219.

Zeidberg, L. D., and B. H. Robison. 2007. Invasive range expansion by the Humboldt Squid, *Dosidicus gigas*, in the eastern North Pacific. *Proceedings of the National Academy of Sciences* 104:12948–12950.

## Appendix

See following page.

| **Table A9.1** Selected Resources in Support of Coastal Adaptation | | |
|---|---|---|
| **Name** | **Website** | **Description** |
| CalAdapt | http://cal-adapt.org/ | Localized, searchable climate change projections for California |
| California Climate Change Portal | http://www.climatechange.ca.gov/ | Research results on climate change, its impacts on California (including coasts), and the state adaptation strategy |
| California Ocean Protection Council | http://www.opc.ca.gov/ | Sea-level rise guidance for state and local agencies, funding opportunities |
| USGS Coastal Vulnerability Assessment | http://woodshole.er.usgs.gov/project-pages/cvi/ | Historical sea-level rise and erosion hazards (not including future risks) |
| NOAA Coastal Services Center | http://collaborate.csc.noaa.gov/climateadaptation/default.aspx | Wide range of information and tools for impacts and vulnerability assessments, adaptation planning, visualization, communication, stakeholder engagement, etc. |
| Rising Sea Net | http://papers.risingsea.net/ | Sea-level rise, impacts (erosion, flooding, wetlands), adaptation options, costs, legal issues (property rights, rolling easements etc.) |
| Georgetown Law Center - Adaptation | http://www.georgetownclimate.org/adaptation | Searchable database of case studies, adaptation plans, sea-level rise tool kit, and other documents |

## Endnotes

i       The term "coast" refers to the open coast and estuaries.

ii      There is no direct link between land ownership and reliance upon shoreline armoring. Public ownership does not guarantee a natural shoreline, and since much of the public backshore may be used for public infrastructure such as roads or parking lots, armoring might also be present. Conversely, private ownership does not necessarily mean there will be development or that coastal armoring will be present. In general however, areas of open space or with low-intensity development are most likely to experience natural shoreline dynamics without human interference.

iii     In NRC (2010), see in particular Section 3 and pp. 117–119, which list different coastal adaptation options.

iv      Examples of ecosystem-based approaches along the California shoreline include managed retreat (or realignment) projects at Pacifica State Beach and the Surfers Point project at Ventura Beach, both of which improved recreation and habitat values while reducing long-term costs and exposure to risks. Additional case studies illustrating both climate change risks and the efforts made to date toward adapting to them can be found in the state's 2009 *Climate Adaptation Strategy,* in the Pacific Council on International Policy's 2010 advisory report for the state, in Chapter 18 of this report, and in case studies cited throughout this chapter.

196     ASSESSMENT OF CLIMATE CHANGE IN THE SOUTHWEST UNITED STATES

v     Of the 162 survey responses, which represented 14 coastal counties and 45 coastal municipalities, only 10% had not begun looking at climate change impacts at all, 40% were in the early stage of understanding the potential impacts of climate change and their local vulnerabilities, 41% had entered the more advanced stage of planning for those impacts, and another 9% were implementing one or more identified adaptation options. More detailed survey results have shown that communities are still early in their respective processes, but a clear increase in engagement has been confirmed by several other studies (Hanak and Moreno 2011; Moser 2009; Tang 2009; Cruce 2009).

vi     See the extensive literature review in Ekstrom, Moser, and Torn (2011) and Moser and Ekstrom (2010).

vii     Based on reportings from the ports; see http://www.portoflosangeles.org/maritime/growth. asp; http://logisticscareers.lbcc.edu/portoflb.htm; http://www.portofoakland.com/maritime/ facts_comm_02.asp.Chapter 10

# Chapter 10

# Water: Impacts, Risks, and Adaptation

## COORDINATING LEAD AUTHOR

Bradley Udall (University of Colorado)

## EXPERT REVIEW EDITOR

Gregory J. McCabe (U.S. Geological Survey)

## Executive Summary

This chapter focuses on societal vulnerabilities to impacts from changes in sources, timing, quantity, and quality of the Southwest's water supply. It addresses both vulnerabilities related to environmental factors (such as wildfire risk and increased stream temperatures) and issues related to water management (such as water and energy demand, and reservoir operation). The chapter describes water management strategies for the coming century, including federal, regional, state, and municipal adaptation initiatives.

- The water cycle is a primary mechanism by which the earth redistributes heat. Climate change has already altered the water cycle and additional changes are expected. A large portion of the Southwest is expected to experience reductions in streamflow and other water stresses in the twenty-first century (Bates et al. 2008; Karl, Melillo and Peterson 2009; Seager and Vecchi 2010; Reclamation 2011d). (**high** confidence)

- Changes in water supplies lead to a wide range of societal vulnerabilities that impact almost all human and natural systems, including agriculture, energy, industry, domestic, forestry, and recreation (Westerling et al. 2006; Ray et al. 2008; Williams et al. 2010). (high confidence)

- Considerable resources are now being allocated by larger water entities to understand how to adapt to a changing water cycle. A full range of solutions involving both supply and demand are being examined. Most smaller utilities have not begun the process of adapting. To date, adaptation progress has been modest (Reclamation 2011a; WUCA 2010). (high confidence)

**Chapter citation:** Udall, B. 2013. "Water: Impacts, Risks, and Adaptation." In *Assessment of Climate Change in the Southwest United States: A Report Prepared for the National Climate Assessment*, edited by G. Garfin, A. Jardine, R. Merideth, M. Black, and S. LeRoy, 197–217. A report by the Southwest Climate Alliance. Washington, DC: Island Press.

- There is a mismatch between the temporal and spatial scales at which climate models produce useful outputs and the scales that are useful to water decision makers. Differing temperature and precipitation responses across models, lack of realistic topography, lack of realistic monsoon simulation, and lack of agreement about the future characteristics of the El Niño-Southern Oscillation (ENSO) all provide significant uncertainty. It is not clear if this uncertainty can be reduced (Nature Editorial Board 2010; Kerr 2011a, 2011b; Kiem and Verdon-Kidd 2011). (high confidence)
- Water supplies in the Southwest are already stressed due to many non-climatic factors. Population growth, endangered species, expensive infrastructure, and legal and institutional constraints all impede solutions. Both climate and non-climate stresses and barriers must be addressed to achieve practical solutions (Reclamation 2005; Lund et al. 2010). (high confidence)
- Twentieth-century water management was based in part on the principle that the future would look like the past. Lack of a suitable replacement for this principle, known as *stationarity*, is inhibiting the process of adaptation and the search for solutions (Reclamation 2005; Milly et al. 2008; NRC 2009; Means et al. 2010; Kiem and Verdon-Kidd 2011). (high confidence)
- Data collection, monitoring, and modeling to support both science and management are critical as the water cycle changes (WestFAST 2010). (high confidence)

## 10.1 Introduction

This chapter breaks with traditional climate change assessments of the water sector by focusing primarily on emerging adaptation activities being pursued by water providers rather than on either the changes to water cycle or impacts and risks to, and vulnerabilities of, human and natural systems. This altered focus occurs because the mandate of this assessment was to identify important new findings since 2009, the date of the last U.S. national assessment on climate change (Karl, Melillo and Peterson 2009). In most cases, the science about water-cycle changes and human and natural system impacts, risks, and vulnerabilities has changed little over the last three years. During this same period, however, numerous adaptation initiatives have been pursued by water managers and providers in the West. These activities are predominantly new, important, and pertinent to this assessment. It is critical to note that these nascent efforts have produced important documents and networks of knowledgeable experts, but few other tangible products or projects.

In the interest of providing a broader context to these adaptation initiatives, this chapter also summarizes some important information from traditional water-sector assessments about water-cycle changes, impacts, risks, and vulnerabilities. Much of this information is also present in other chapters of this assessment but is repeated here for completeness.

This chapter provides a broad historical overview of water development in the Southwest; briefly discusses the physical impacts to the water cycle that occurred prior to the twentieth century (as deduced from paleoclimate proxies), have occurred during the twentieth century, and are projected to occur in the twenty-first century (material

covered in more detail in Chapters 4, 5, 6 and 7); provides a survey of the impacts, risks, and associated vulnerabilities to human and natural systems deriving from changes to the water cycle; and then presents in detail adaptation activities being pursued at different levels of government. Boxes within the chapter discuss the SECURE Water Act, and vulnerabilities to the Colorado River and the Sacramento-San Joaquin Bay Delta complex (see also discussion of Rio Grande Basin in Chapter 16, Section 16.5.1).

THE SUPER SECTOR. For more than 100 years, Southwestern water managers at all levels of government have managed to deliver water to homes, industry, and agriculture through periods of excess and of shortage. These deliveries occurred reliably despite population growth in the six Southwestern states from approximately 5 million persons in the early 1900s to about 56 million in 2010. The passage of the federal 1902 Reclamation Act and numerous state, regional, and municipal actions led to the development of substantial water infrastructure in the West. This infrastructure now serves many purposes, including for agricultural and municipal supplies, recreation, flood control, and environmental needs.

Interstate compacts apportioned the flow of rivers among and between states, while throughout most of the West the doctrine of prior appropriation[i] determined how water was allocated within states (Wilkinson 1992; Hundley 2009). As increases in consumptive use (water that is not returned to a water system after use, as for example water lost through evapotranspiration of crops) occurred during the twentieth century, environmental conflicts arose on almost all Western rivers (Reisner 1993). Water demands for endangered species and other environmental purposes in recent years also have altered water management practices (NRC 2004; Adler 2007; NRC 2010). During the twentieth century, water diversions by humans have substantially reduced flows at river mouths (Pitt et al. 2000; Lund et al 2010; Sabo et al. 2010).

In recent years, municipal per capita water demand has been on a downward trend over large portions of the Southwest. Many discussions are occurring throughout the West on how to manage water in the twenty-first century under conditions of multiple stresses (Isenberg et al. 2007; Colorado Interbasin Compact Committee 2010; Blue Ribbon Committee of the Metropolitan Water District 2011; Reclamation 2011a).

Water is a "super sector" that has direct and indirect connections to perhaps all natural and human systems. In many cases water has no substitute. Agriculture relies on water provided by irrigation. Energy production usually needs water for cooling, just as the transport of water often requires substantial energy. Native Americans rely upon water for agriculture and also to fulfill traditional cultural and spiritual needs. Ecosystems depend critically on the quality, timing, and amounts of water. It is difficult to overstate the importance of water, especially in the arid Southwest.

## 10.2 Physical Changes to the Water Cycle

The water cycle is an important physical process that transports and mixes heat globally and locally. Widespread changes to the water cycle are anticipated as the earth warms and many changes have already been noted that are related to precipitation patterns and intensity; incidence of drought; melting of snow and ice; atmospheric vapor, evaporation, and water temperatures; lake and river ice; and soil moisture and runoff (Karl,

Melillo and Peterson 2009). Global climate models have consistently shown such changes—including the magnitude and direction (increases or decreases) and spatial patterns of these changes—since the earliest days of climate modeling (Manabe and Wetherald 1975).

Widespread changes to the climate of the Western United States have occurred over the last fifty years. These include higher temperatures, earlier snowmelt runoff, more rain, less snow, and shifts in storm tracks. Some of these changes have been directly attributed to human activities, such as greenhouse gas (GHG) emissions (Barnett et al. 2008). During the same period, no changes have been detected in the region's total annual precipitation or in daily extreme precipitation (Chapter 5).

As discussed in Chapter 5, paleoclimate studies indicate that the period since 1950 has been warmer in the Southwest than during any comparable period in at least 600 years. Reconstructions of drought (from tree rings and other "proxy" records) indicate that the most severe and sustained droughts during the period 1901 through 2010 were exceeded in severity and duration by several paleodroughts in the preceding 2,000 years.

Recent research suggests that the deposition of airborne dust on snowpack in the Colorado River Basin has reduced runoff by 5% on average (Painter et al. 2010). Such dust has become more prevalent since European settlement of the American West.

In addition, recent research confirms a long-standing concern that the large spatial scales in the current generation of global climate models (GCMs) poorly represent the effects of topography on precipitation processes, especially in the Intermountain West (Rasmussen et al. 2011). Numerous studies using GCMs have attempted to quantify the effects of increasing temperatures and changes in precipitation on future runoff in the Southwest. In general these studies show declines in the southern Southwest and increases in the northern Southwest (see Chapter 6). Almost all studies show decreasing April 1 snow water equivalent (the amount of water contained in a snowpack), and declines in late summer runoff (Brekke et al. 2007; Ray et al. 2008; Reclamation 2011d).

Sensitivity studies attempt to quantify future changes in runoff without relying on GCM projections that combine changes in temperature and precipitation. Using a hydrology model driven by temperature and precipitation when temperature is varied and precipitation is held constant for every 1°F (0.6°C) increase in temperature, sensitivity studies show there is a decrease in Colorado River streamflow at Lees Ferry of 2.8% to 5.5%. Similarly, holding temperature constant, each 1% change in precipitation (either an increase or decrease) converts into a 1% to 2% change in runoff (Vano, Das, and Lettenmaier 2012).

The state of Colorado recently estimated that in the Upper Colorado River Basin, irrigated-agriculture requirements could increase by 20% and the growing season could lengthen by 18 days in 2040 (AECOM 2010). Demand studies are highly dependent on the method used to calculate actual and potential evapotranspiration[ii] (Kingston et al. 2009).

## 10.3  Human and Natural Systems Impacts, Risks and Vulnerabilities

Climate change will affect a large number of human and natural sectors that rely on water. Many of these impacts have been well documented, both in this report and elsewhere

(Kundzewicz 2007; Bates et al. 2008; Ray et al. 2008; CDWR 2009a). A short summary of these issues follows.

Water demands for agriculture and urban outdoor watering will increase with elevated temperatures. Higher temperatures will raise evapotranspiration by plants, lower soil moisture, lengthen growing seasons, and thus increase water demand.

Changes in snowpack, the timing of streamflow runoff, and other hydrologic changes may affect reservoir operations such as flood control and storage. For example, reservoirs subject to flood control regulations may need to evaluate their operations to compensate for earlier and larger floods. Reduced inflows to reservoirs may cause insufficient or unreliable water supplies (Rajagopalan et al. 2009). Changes in the timing and magnitude of runoff will affect the operation of water diversion and conveyance structures.

Although other factors such as land-use change generally have a greater impact on water quality, "water quality is sensitive both to increased water temperatures and changes in patterns of precipitation" (Backlund et al. 2008, p.8). For example, changes in the timing and rate of streamflow may affect sediment load and levels of pollutants, potentially affecting human health. Heavy downpours have been associated with beach closings in coastal areas due to the flushing of fecal material through storm drains that end at the ocean (Karl, Melillo and Peterson 2009). Water quality changes are expected to impact both urban and agricultural uses.

Stream temperatures are expected to increase as the climate warms, which could have direct and indirect effects on aquatic ecosystems, including the spread of in-stream, non-native species and aquatic diseases to higher elevations, and the potential for non-native plant species to invade riparian areas (Backlund et al. 2008). Changes in streamflow intensity and timing may also affect riparian ecosystems; see further discussion in Chapter 8.

Changes in long-term precipitation and soil moisture can affect groundwater recharge rates. This may reduce groundwater availability in some areas (Earman and Dettinger 2011). Also, higher sea levels can promote the intrusion of salt water into coastal freshwater aquifers (Sherif and Singh 1999).

Earlier runoff and changes in runoff volumes may complicate the allocation of water in prior-appropriation systems and interstate water compacts, affecting which rightholders receive water and operations plans for reservoirs (Kenney et al. 2008). In one study, the City of Boulder, Colorado, found that its upstream junior reservoir storage rights may allow more storage of water when runoff occurs earlier in the year, because downstream senior agricultural diverters will not be able to use the water during shorter daylight hours (Averyt et al. 2011). Reductions in Colorado River flows could affect the multi-state allocation of water via the Colorado River Compact (Barnett and Pierce 2008).

Water demands and their associated pumping and treatment costs may be affected by a changing climate. Warmer air temperatures may place higher demands on hydropower reservoirs for peak energy periods. Reductions in flows for hydropower or changes in timing may reduce the reliability of hydropower. Reliable, instantaneously available hydropower is currently used in some cases to backup intermittent renewable energy sources. Warmer lake and stream temperatures may mean more water must be used to cool power plants (Carter 2011).

**Box 10.1**

### *Colorado River Vulnerabilities*

The Colorado River drains approximately 15% of the area of the continental United States and most of the American Southwest. In the United States it serves over 35 million people in seven states and irrigates over 3 million acres. In Mexico it irrigates over 500,000 acres and also meets some limited municipal demand along the international border. The river is subject to a series of interstate compacts including the original 1922 compact, legal rulings, federal legislation, and an international treaty. This "Law of the River" is said to be the most complex legal arrangement over any river in the world. Changes to any of the agreements generally take years of negotiations.

Although the river has been over-allocated for many years, only in recent years have actual demands exceeded supplies. The U.S. Bureau of Reclamation, which has a prominent role in over-seeing the river, projects this imbalance to widen in the coming years due to increasing growth and declining flows due to climate change (Reclamation 2011a). For allocation purposes the compact breaks the river into two parts, the Upper Basin (Wyoming, Colorado, Utah and New Mexico) and the Lower Basin (California, Arizona, and Nevada) (Meyers 1967).



**Figure 10.1 Colorado River long-term supply-demand imbalance in the twenty-first century.**
Reproduced from the U.S. Bureau of Reclamation (Reclamation 2011a).

**Box 10.1 (Continued)**

## *Colorado River Vulnerabilities*

There are two major social vulnerabilities in the basin, one for the Upper Basin, and one for the Lower Basin.

For the Upper Basin, it is not known how much additional water (if any) exists to develop. This uncertainty is due to both natural climate variability as well as a wide range of projected future declines in flows. These declines are projected to range from 5% to 20% by 2050 (Hoerling et al. 2009). Overuse of water and hence violation of the 1922 Compact by the Upper Basin could lead to the curtailment of water to major Upper Basin water users (including Albuquerque, Salt Lake City, Denver, and most other Front Range municipalities in Colorado), with potentially very large economic impacts. Despite the uncertainty of future water availability and the consequences of overdevelopment, plans to develop additional supplies are being discussed in Colorado and Utah. Colorado is currently investigating how to administer such an unprecedented event (Kuhn 2009).

The Lower Basin is currently relying on unused water from the Upper Basin to which it has no long-term legal right. If this surplus of unused water were to cease to be available either because of climate change or increased Upper Basin use, the Law of the River would force water shortages almost entirely on Arizona (Udall 2009). Arizona has long been unsuccessful at its attempts to procure a larger share of Colorado flows to cover its current overuse. In addition, the current legal arrangements to protect Lake Mead contents by requiring delivery reductions at specified lake elevations fail to indicate what actions will be taken once Lake Mead falls below elevation 1025 feet, approximately 25% of capacity. Several recent studies have suggested that Lakes Mead and Powell, the two largest reservoirs in the United States, could face very large fluctuations or even empty under Upper Basin demand increases and declining flows (Barnett and Pierce 2008; Rajagopalan et al. 2009).

There are also significant environmental vulnerabilities. The Colorado River also has a number of endangered species in both the Upper Basin and Lower Basin. Although an endangered fish recovery program is in place in the Upper Basin and a multi-species conservation plan exists for the Lower Basin (Adler 2007), in recent years no water has reached the ocean in Mexico. Without new international arrangements, environmental flows in this reach are unlikely to occur on a regular basis (Luecke et al. 1999; Pitt et al. 2000; Pitt 2001). The United States and the seven basin states would like Mexico to share in any shortages that may be required to manage the system during extraordinary drought. Although such shortages were anticipated by the 1922 Compact, no agreement has been reached. Transnational negotiations are in progress with Mexico to resolve deliveries to that nation during extraordinary drought.

A study supported by Reclamation and the seven basin states is currently underway to identify and analyze long-term solutions for the supply/demand imbalance.

Changes in air, water, and soil temperatures will affect the relationships among forest ecosystems, surface and ground water, wildfires, and insect pests. Water-stressed trees, for example, are more vulnerable to pests (Williams et al. 2010).

The effects of forest fires alter the timing and amount of runoff and increase the sediment loads in rivers and reservoirs. Denver Water, for example, has expended considerable resources to dredge sediment from reservoirs after recent fires (Yates and Miller 2006).

Changes in reservoir storage will affect lake recreation, just as changes in streamflow timing and amounts affect such activities as rafting and trout fishing. Changes in the character and timing of precipitation and the ratio of snowfall to rainfall will continue to influence winter recreational activities and tourism (Ray et al. 2008).

---

**Box 10.2**

### *Sacramento-San Joaquin Bay Delta Vulnerabilities*

The functioning of the Sacramento–San Joaquin Bay Delta is the most critical water issue in California and arguably the most pressing water problem in the United States. This confluence of California's two major river systems—the largest estuary on the West Coast—is used as a natural conveyance facility to move water for 25 million people. Seventy percent of the state's water moves southward from the Sacramento River, through the delta, to canals that supply both Central Valley agriculture and the municipal and industrial demands in the Los Angeles metroplex.

The delta has been substantially modified by humans from its original state and is highly vulnerable to shutdown due to both physical and legal issues (CDWR 2005; NRC 2010, 2011, forthcoming). Within the delta, approximately sixty islands sit below or near sea level and are protected by 1,300 miles of aging levees. These levees are subject to failure from sea-level rise, subsidence, freshwater flooding, earthquakes, and poor levee maintenance (Mount and Twiss 2005) . Failure of the levees from any cause could cause a massive influx of sea water from the San Francisco Bay into the freshwater delta, thus curtailing the movement of freshwater through the delta. Disruption of the flow could cost upwards of $30 billion and require many years to fix (Benjamin and Assoc. 2005). Both the State Water Project and the federal Central Valley Project are at risk (CDWR 2009b; Lund et al. 2010).



**Figure 10.2  Map of Sacramento-San Joaquin Bay Delta.** Reproduced with permission from the Public Policy Institute of California (Lund et al. 2007, Figure 1.1).

**Box 10.2 (Continued)**

### *Sacramento-San Joaquin Bay Delta Vulnerabilities*

In addition to its physical vulnerabilities, the delta also is home to several threatened and endangered species and many invasive species. To protect endangered species, the cross-delta pumps have been shut down for short periods in recent years by federal court order (NRC 2010).

A $11 billion bond issue has been proposed to build a canal around the periphery of the delta but has not yet been put on the ballot in part due to California's continuing budgetary problems and disputes over the impacts of the canal. In 1982, a similar peripheral canal was heavily rejected by voters (Orlob 1982; Hundley 2001).

Besides its vulnerable water infrastructure, the delta is traversed by other key infrastructure including major north-south and east-west highways, electrical power lines, gas lines, and rail lines, all of which are threatened by flooding from the two rivers and by sea-level rise (Lund et al. 2010).

All of these factors have created a contentious situation. Over the last ten years, federal, state, municipal, agricultural, and environmental interests have engaged in a variety of complex and expensive stakeholder initiatives in an attempt to create solutions acceptable to all parties (Owen 2007; Isenberg et al. 2007; Isenberg et al. 2008).

## 10.4 Water Sector Adaptation Activities

Federal, state, regional, and municipal water management entities over the last five years or so have made substantial investments to understand the physical impacts to water supplies under a changing climate. Additional but more limited work has focused on societal vulnerabilities to these impacts. Many supply-side and demand-side adaptation strategies and solutions are now being considered. The principal challenges and barriers to climate-change adaptation include (1) uncertain, rapidly moving, and, in some cases, contentious scientific studies, and (2) physical, legal, and institutional constraints on strategies and solutions. Adaptation strategies and solutions are generally very specific to a region, limiting widespread application. Twentieth-century water planning was based in part on the idea that climatic conditions of the past would be representative of those in the future; but this model is much less useful in the twenty-first century. Reservoir size, flood control operations, and system yield calculations were all predicated on this important concept, known as stationarity. Replacing this fundamental planning model, or paradigm, is proving to be extremely difficult (Milly et al. 2008; Barsugli et al. 2009; CDWR 2009a; Brown 2010). The unreliability of regional projections has hindered planning efforts; water managers cannot simply replace historical flow sequences in their planning models with projected flows (Kerr 2011b). The rest of this section describes the various adaptation activities being pursued by water managers in the Southwest.

## 10.5  Planning Techniques and Stationarity

In the late twentieth century, water planning was aided by simulation models driven by historic flow sequences. Flow sequences derived from paleoclimatic evidence were later added to these simulations to test systems under further or more extreme climate variability. Scientists who conducted early climate-change studies used the same simulation models driven by crude GCM-derived future-flow sequences. As statistical downscaling became prevalent (see Chapter 6), hydrology models were used to construct streamflows using highly resolved spatial and temporal inputs of temperature, precipitation, and sometimes other variables. Ultimately, a number of concerns surfaced after deeper analysis of these projections occurred.

GCM-related concerns include widely varying future GHG emissions pathways, differing climate-model responses to GHGs, poorly resolved topography, varying responses to the North American monsoon, and wide ranges of projected precipitation. Concerns about statistical downscaling arose from its use of historical climate data (with the implicit acceptance of stationarity) to build statistical models and from the substantially different results obtained using equally valid statistical techniques. Collectively, these issues caused debate about the suitability of adaption actions relying on GCM projections (Kerr 2011a, 2011b). (See the section on model uncertainties in Chapter 19 for further exploration of this topic.)

Some scientists have cautioned about overreliance on climate change science that is regionally focused (Nature Editorial Board 2010). Water managers have now begun to investigate other methods for decision support, including decision analysis,[iii] scenario planning,[iv] robust decision making,[v] real options,[vi] and portfolio planning[vii] (Means et al. 2010).

In the absence of an alternative to assuming stationarity in management and planning, the National Research Council suggests that "Government agencies at all levels and other organizations, including in the scientific community, should organize their decision support efforts around six principles of effective decision support: (1) begin with users' needs; (2) give priority to process over products; (3) link information producers and users; (4) build connections across disciplines and organizations; (5) seek institutional stability; and (6) design processes for learning" (NRC 2009, p. 2).

## 10.6  Potential Supply and Demand Strategies and Solutions

Water strategies and solutions to meet the needs of Southwestern population growth range from increasing supplies to decreasing demands. Many of these could also be employed as climate-change adaptation strategies. Examples of these strategies include new dams (in California and Colorado), desalination (San Diego), basin imports via pipeline (in St. George, Utah, and the Front Range of Colorado), municipal conservation, permanent transfers from agriculture (Colorado Springs), water markets, land fallowing (Los Angeles), canal lining (San Diego), retirement of grass lawns through financial incentives (Las Vegas), groundwater banking (Arizona), water re-use (Orange County, California. and Aurora, Colorado), new water rate structures, consumer education, indoor fixture rebates (Denver), new landscape and xeriscape design, water-loss

management from leaky mains, and aquifer storage and recovery (Arizona) (Western Resource Advocates 2005). Per-capita demand in recent years has been reduced in many Southwestern cities through active demand-management programs (Gleick 2010; Cohen 2011) (see also Chapter 13, Figure 13.10).

## 10.7  Barriers to Climate Change Adaptation

Effective climate-change adaptation will require advancements in climate science. As mentioned above, climate models and downscaling are not yet creating projections that can adequately and accurately inform adaptation efforts. Climate variability—both in nature and in climate model projections—can also confound analysis and adaptation planning. Among others, the Water Utility Climate Alliance suggests that climate model outputs suitable for water resource decision making may be a decade or more away (Barsugli et al. 2009). Model improvements in precipitation projections are unlikely to occur in the near-term to medium-term (Hawkins and Sutton 2011).

Adaptation is also constrained by numerous non-climate factors. Western water management in particular is limited by a variety of federal and state laws, interstate compacts, court cases, infrastructure capacities, hydropower considerations, and regulations pertaining to flood control, endangered species, and environmental needs. Infrastructure is also expensive to build and maintain. Many solutions improve one area's welfare at the expense of another and numerous stakeholder groups desire input into the process. Solutions can take years to discover and implement (Coe-Juell 2005; Jenkins 2008). All of these factors must be considered when designing responses.

## 10.8  Federal Adaptation Initiatives

The federal government has twenty or more agencies with an interest in water management (Udall and Averyt 2009). Historically, coordination of these agencies has been limited, but the last five years has seen the birth of many interagency adaptation activities related to water. A 2009 federal law, the SECURE ("Science and Engineering to Comprehensively Understand and Responsibly Enhance") Water Act (Public Law 111-11), provided the impetus for some of the coordination. New interagency coordinating groups include Climate Change and Water Working Group (CCAWWG), the Western Federal Agency Support Team (WestFAST), and the Water Resources Working Group of the Council on Environmental Quality's Interagency Climate Change Adaptation Task Force. Other federal collaborative efforts include the National Integrated Drought Information System (NIDIS), NOAA's Regional Integrated Sciences and Assessments (RISA), EPA's Climate Ready Water Utilities Working Group, and the DOI Landscape Conservation Cooperatives and Climate Science Centers. Federal climate-change adaptation efforts are in an early formative stage, but they can be expected to grow and evolve in the coming years (WestFAST 2010; Interagency Climate Change Adaptation Task Force 2011). (Relatedly, see Chapter 2, Table 2.1 for a selected list of federal-agency climate assessments that also, directly or indirectly, address issues of water resources.)

## 10.9  SECURE Water Act Overview

The SECURE Water Act directed the U.S. Bureau of Reclamation to establish a climate-change adaptation program in coordination with the U.S. Geological Survey (USGS), National Oceanic and Atmospheric Administration (NOAA), state water agencies, and NOAA's university-based RISA program. Other sections of the act authorized grants to improve water management, required assessment of hydropower risks, created an intra-governmental climate-change and water panel, promoted enhanced water data collection, and called for periodic water-availability and water-use assessments. (See Box 10.3 for specific Department of the Interior implementation actions since its passage.)

**Box 10.3**

### *Department of the Interior SECURE Implementation Actions*

Congress passed the SECURE Water Act to promote climate-change adaptation activities in the federal government, especially within the Department of the Interior. The department established the WaterSMART program to assist with the implementation of the Act in 2010. Among other activities, WaterSMART has funded twelve "basin studies" in the West, six of which are in the Southwest. Basin studies investigate basins where supply and demand imbalances exist or are projected, and define options for meeting future demands. Each basin study will provide projections of future supply and demand, analyze how existing infrastructure will perform in the face of changing water supplies, develop options to improve operations, and make recommendations for optimizing future operations and infrastructure. The Colorado River was one of the first basin studies announced and an interim report for this study was released in early 2011 (Reclamation 2011a)

**Table 10.1**  Selected projections for natural flows in major southwest rivers in 2020, 2050, and 2070

| Gauge Location | 2020s Median Flow | 2050s Median Flow | 2070s Median Flow |
|---|---|---|---|
| Colorado River above Imperial Dam | -2% | -7% | -8% |
| Colorado River at Lees Ferry | -3% | -9% | -7% |
| Rio Grande at Elephant Butte Dam | -4% | -13% | -16% |
| Sacramento River at Freeport | 3% | 3% | -4% |
| Sacramento-San Joaquin Rivers at Delta | 3% | 1% | -4% |
| San Joaquin River at Friant Dam | 1% | -9% | -11% |

Note: Changes are relative to simulated 1990-1999.

Source: Reclamation (2011d).

**Box 10.3 (Continued)**

## *Department of the Interior SECURE Implementation Actions*

with completion anticipated in 2012. Other Southwest basin studies underway include the Truckee River in California, the Klamath River in California and Oregon, and the Santa Fe River in New Mexico. Preliminary studies were also begun in 2011 for the Greater Los Angeles area and the Sacramento–San Joaquin Basin.

SECURE requires regular reports to Congress beginning in 2012 and every five years thereafter. In April 2011, Reclamation released its first report which quantified the risks from climate change to the quantity of water resources in seven Reclamation basins, defined the impacts of climate change on Reclamation operations, provided a mitigation and adaptation strategy to address each climate change impact, and outlined its coordination activities with respect to the USGS, NOAA, USDA and appropriate state water resource agencies (Reclamation 2011c).

Reclamation has also issued other SECURE documents. In March 2011, Reclamation released bias-corrected and spatially downscaled surface-water projections for several large Reclamation basins as part of a "West-wide Climate Risk Assessment" (Reclamation 2011d). Reclamation acknowledges that the projections suffer from a lack of model calibration and that this problem must be addressed in the next iteration of projections. Projections for 2050 showed anticipated declines of around 10% in annual runoff in the southern portion of the Southwest with a distinct north to south gradient of declining flows (see Table 10.1 and Figure 10.3).



**Figure 10.3 Ensemble median percentage change in annual runoff (2050s vs. 1990s) in the Southwest region.** Reproduced from the U.S. Bureau of Reclamation (Reclamation 2011d, Figure 65).

## 10.10  Western States Federal Agency Support Team (WestFAST)

WestFAST is a collaboration among eleven federal agencies with water management responsibilities in the West (WestFAST 2011). The effort began in 2008 to coordinate federal water resource management goals with the needs of the Western States Water Council and its parent, the Western Governors' Association. WestFAST works on (1) climate change, (2) water availability, water use and re-use, and (3) water quality. In 2010, WestFAST produced an inventory of its agency efforts on water and climate change, and supported NIDIS and the newly created Landscape Conservation Cooperatives (WestFAST 2010).

## 10.11  Climate Change and Water Working Group (CCAWWG)

In 2007, NOAA, Reclamation, and USGS jointly created CCAWWG. The group was later expanded to include the Environmental Protection Agency, the U.S. Army Corps of Engineers, and the Federal Emergency Management Agency, and the name was changed slightly to reflect its now national scope. The purpose of this ongoing effort is to work with water managers to understand their needs, and to foster collaborative efforts across the federal and non-federal scientific community to address these needs in a way that capitalizes on interdisciplinary expertise, shares information, and avoids duplication.[viii]

CCAWWG produced a document in 2009 describing the challenges of adapting to climate change (Brekke et al. 2009). In addition, CCAWWG plans to produce four related documents, two on user needs and on two on science strategies, one each for short-term and long-term problems. The long-term user needs assessment was released in 2011 (Brekke et al. 2011). In 2010, CCAWWG published a literature synthesis of climate change studies for use in planning documents such as environmental impact statements and biological assessments under the Endangered Species Act. This document was updated in 2011 (Reclamation 2011b). The geographic focus of these literature syntheses is the Upper and Lower Colorado and the Sacramento-San Joaquin basins. CCAWWG, along with the RISAs, recently started an authoritative training program to facilitate the translation and application of emerging science and technical capabilities into water-resource planning and technical studies.

## 10.12  State Adaptation Efforts

Most Southwestern states have begun to categorize the impacts of climate change on water supplies. New Mexico, Utah, Colorado, and California have produced documents describing climate impacts on water resources and, in some cases, societal vulnerabilities to water resources under a changing climate (D'Antonio 2006; Steenburgh et al. 2007; Ray et al. 2008; CDWR 2009a).

The state of California has invested heavily in climate-change studies relating to water resources (Vicuna and Dracup 2007). In 2006, California released *Progress on Incorporating Climate Change into Management of Water* (CDWR 2006). Its 2009 state water plan contains substantial analysis of the impacts of climate change and the strategies necessary to adapt to it (CDWR 2009a). The California Energy Commission, with independent funding, has solicited numerous reports on the impacts of climate change on water, energy,

agriculture, and many other topics and has worked closely with other state agencies.[ix]

In 2008, Colorado Front Range water utilities, in partnership with the Colorado Water Conservation Board (CWCB), the Water Research Foundation, and the Western Water Assessment RISA, investigated the impacts of climate change with the Joint Front Range Climate Variability Study (Woodbury et al. 2012). In 2010, the CWCB also funded the Colorado River Water Availability Study to assess changes in the timing and volume of runoff in the Colorado River Basin under several climate change scenarios for 2040 and 2070 (AECOM 2010). Colorado produced a directory of state adaptation activities related to climate variability and climate change in 2011 (Averyt et al. 2011).

Despite all of this adaptation-focused information-gathering activity in the Southwest, few if any water-related decisions have been made due to these actions. This is in part due to the wide range of projections for both temperature increases and precipitation changes from climate models. Decision makers everywhere are struggling to obtain *actionable science,* defined as "data, analysis, forecasts that are sufficiently predictive, accepted and understandable to support decision making" (Kerr 2011a, 1052). A related issue is modification of decision making and planning processes to incorporate non-stationarity.

## 10.13 Regional and Municipal Adaptation Efforts

The Water Utility Climate Alliance (WUCA), a consortium of ten large water utilities serving 43 million persons across the United States, was created in 2007 to (1) improve and expand climate-change research, (2) promote and collaborate in the development of adaptation strategies, and (3) identify and minimize greenhouse gas emissions. WUCA and participating scientists have published two documents, one on how to improve climate models and the other on useful techniques for decision making under uncertainty (Barsugli et al. 2009; Means et al. 2010). Six of the ten WUCA utilities are located in the Southwest. WUCA members serve on climate-related research review panels, have provided keynote addresses at major conferences, and are on the Federal Advisory Committee for the 2013 National Climate Assessment. Several RISAs recently joined with WUCA utilities to identify how climate models can be used in impact assessments in the *Piloting Utility Model Applications for Climate Change* project.[x]

Major municipal utilities in the Southwest (in San Francisco, the greater Los Angeles area, Las Vegas, Denver, and Salt Lake City) now have personnel dedicated to studying the impacts of climate change on their systems (see also Chapter 13, Section 13.1.4). Reclamation and other federal agencies in the Southwest also now have scientific staff whose primary mission is to research, understand, and communicate climate-change impacts.

The Western States Water Council, an affiliate of the Western Governors' Association (WGA), has convened multiple meetings over the last few years on the topics of drought and climate. WGA was instrumental in the creation of NIDIS by Congress in 2006. In 2009, WGA convened a climate adaptation working group designed to determine appropriate uses of climate-adaptation modeling, and identify and fill existing gaps in climate adaptation efforts at WGA. Since 2006, WGA has released several reports that cover water and climate (WGA 2006, 2008, 2010).

## References

Adler, R. W. 2007. *Restoring Colorado River ecosystems: A troubled sense of immensity*. Washington, DC: Island Press.

AECOM. 2010. *Colorado River Water Availability Study Phase I report draft*. Colorado Water Conservation Board. http://cwcb.state.co.us/technical-resources/colorado-river-water-availability-study/Documents/CRWAS1Task10Phase1ReportDraft.pdf.

Averyt, K., K. Cody, E. Gordon, R. Klein, J. Lukas, J. Smith, W. Travis, B. Udall, et al. 2011. *Colorado Climate Preparedness Project final report*. N.p.: Western Water Assessment.

Backlund, P., A. Janetos, and D. S. Schimel. 2008. *The effects of climate change on agriculture, land resources, water resources, and biodiversity in the United States*. U.S. Climate Change Science Program Synthesis and Assessment Product 4.3 (CCSP-SAP 4.3). http://www.sap43.ucar.edu/.

Barnett, T. P., and D. W. Pierce. 2008. When will Lake Mead go dry? *Water Resources Research* 44: W0301.

Barnett, T. P., D. W. Pierce, H. G. Hidalgo, C. Bonfils, B. D. Santer, T. Das, G. Bala, et al. 2008. Human-induced changes in the hydrology of the western United States. *Science* 319:1080–1083.

Barsugli, J., C. Anderson, J. Smith, and J. Vogel. 2009. *Options for improving climate modeling to assist water utility planning for climate change*. N.p.: Water Utility Climate Alliance.

Bates, B. C., Z. W. Kundzewicz, S. Wu, and J. P. Palutikof, eds. 2008. *Climate change and water*. Technical Paper of the Intergovernmental Panel on Climate Change. Geneva: IPCC. http://www.ipcc.ch/pdf/technical-papers/climate-change-water-en.pdf.

Benjamin, Jack R. and Assoc. 2005. *Preliminary seismic risk analysis associated with levee failures in the Sacramento–San Joaquin Delta*. http://www.water.ca.gov/floodmgmt/dsmo/sab/drmsp/docs/Delta_Seismic_Risk_Report.pdf.

Blue Ribbon Committee of the Metropolitan Water District. 2011. *Report of the Blue Ribbon Committee. Metropolitan Water District of Southern California*. http://www.mwdh2o.com/Blue-Ribbon/pdfs/BRCreport4-12-2011.pdf.

Brekke, L., B. Harding, T. Piechota, B. Udall, C. Woodhouse, and D. Yates. 2007. Review of science and methods for incorporating climate change information into Bureau of Reclamation's Colorado River Basin planning studies. In *Colorado River interim guidelines for Lower Basin shortages and coordinated operations for Lake Powell and Lake Mead: Final environmental impact statement*, Appendix U. Boulder City, NV: U.S. Bureau of Reclamation, Lower Colorado Region.

Brekke, L., J. E. Kiang, R. Olsen, R. Pulwarty, D. Raff, D. P. Turnipseed, R. S. Webb and K. D. White. 2009. *Climate change and water resources management: A federal perspective*. U.S. Geological Survey Circular 1331. Reston, VA: USGS.

Brekke, L., K. White, R. Olsen, E. Townsley, D. Williams, F. Hanbali, C. Hennig, C. Brown, D. Raff, and R. Wittler. 2011. *Addressing climate change in long-term water resources planning and management: User needs for improving tools and information*. N.p.: U.S. Bureau of Reclamation / U.S. Army Corps of Engineers. http://www.usbr.gov/climate/userneeds/.

Brown, C. 2010. The end of reliability. *Journal of Water Resources Planning and Management* 136:143–145.

California Department of Water Resources (CDWR). 2005. *Sacramento–San Joaquin Delta overview*.

—. 2006. *Progress on incorporating climate change into planning and management of California's water resources*. Technical Memorandum Report. Sacramento: CDWR. http://www.water.ca.gov/climatechange/docs/DWRClimateChangeJuly06.pdf.

—. 2009a. Managing for an uncertain future. In *California Water Plan update 2009: Integrated Water*

*Management; Volume 1: The strategic plan,* Chapter 5. CDWR Bulletin 160-09. http://www.waterplan.water.ca.gov/cwpu2009/index.cfm.

—. 2009b. Sacramento-San Joaquin River Delta. In *California Water Plan update 2009: Integrated Water Management; Volume 3,* Delta. CDWR Bulletin 160-09. http://www.waterplan.water.ca.gov/cwpu2009/index.cfm.

Carter, N. T. 2011. *Energy's water demand: Trends, vulnerabilities, and management.* CRS Report for Congress R41507. Washington, DC: Congressional Research Service.

Coe-Juell, L. 2005. The 15-mile reach: Let the fish tell us. In *Adaptive governance: Integrating science, policy, and decision making.* New York: Columbia University Press.

Cohen, M. J. 2011. Municipal deliveries of Colorado River Basin water. Oakland, CA: Pacific Institute. http://www.pacinst.org/reports/co_river_municipal_deliveries/.

Colorado Interbasin Compact Committee. 2010. Report to Governor Ritter and Governor-Elect Hickenlooper.

D'Antonio, J. 2006. *The impact of climate change on New Mexico's water supply and ability to manage water resources.* N.p.: New Mexico Office of the State Engineer/Interstate Stream Commission. http://www.nmdrought.state.nm.us/ClimateChangeImpact/completeREPORTfinal.pdf.

Earman, S., and M. Dettinger. 2011. Potential impacts of climate change on groundwater resources – A global review. *Journal of Water and Climate Change* 2:213–229.

Gleick, P. H. 2010. Roadmap for sustainable water resources in southwestern North America. *Proceedings of the National Academy of Sciences* 107:21300–21305.

Hawkins, E., and R. Sutton. 2011. The potential to narrow uncertainty in projections of regional precipitation change. *Climate Dynamics* 37:407–418.

Hoerling, M., D. Lettenmaier, D. Cayan, and B. Udall. 2009. Reconciling projections of Colorado River streamflow. *Southwest Hydrology* 8 (3): 20-21, 31.

Hundley, N. 2001. *The great thirst: Californians and water—A history.* Berkeley: University of California Press.

—. 2009. *Water and the West: the Colorado River Compact and the politics of water in the American West.* Berkeley: University of California Press.

Interagency Climate Change Adaptation Task Force. 2011. *National action plan: Priorities for managing freshwater resources in a changing climate.* Washington, DC: Executive Office of the President of the United States. http://www.whitehouse.gov/sites/default/files/microsites/ceq/2011_national_action_plan.pdf.

Isenberg, P., M. Florian, R. M. Frank, T. McKernan, S. W. McPeak, W. K. Reilly, and R. Seed. 2007. *Our vision for the California Delta.* N.p.: State of California Resources Agency, Governor's Delta Vision Blue Ribbon Task Force. http://deltavision.ca.gov/BlueRibbonTaskForce/FinalVision/Delta_Vision_Final.pdf.

—. 2008. *Delta Vision strategic plan.* N.p.: State of California Resources Agency, Governor's Delta Vision Blue Ribbon Task Force. http://deltavision.ca.gov/strategicplanningprocess/staffdraft/delta_vision_strategic_plan_standard_resolution.pdf.

Jenkins, M. 2008. Peace on the Klamath. *High Country News,* June 23, 2008.

Karl, T. R., J. M. Melillo, and T. C. Peterson. 2009. *Global climate change impacts in the United States.* Cambridge: Cambridge University Press. http://downloads.globalchange.gov/usimpacts/pdfs/climate-impacts-report.pdf.

Kenney, D. S., R. Klein, C. Goemans, C. Alvord, and J. Shapiro. 2008. *The impact of earlier spring snowmelt on water rights and administration: A preliminary overview of issues and circumstances in the western states.* N.p.: Western Water Assessment. http://wwa.colorado.edu/western_water_law/docs/WRCC_Complete_Draft_090308.pdf.

Kerr, R. A. 2011a. Time to adapt to a warming world, but where's the science? *Science* 334:1052–1053.

—. 2011b. Vital details of global warming are eluding forecasters. *Science* 334:173–174.

Kiem, A. S., and D. C. Verdon-Kidd. 2011. Steps toward "useful" hydroclimatic scenarios for water resource management in the Murray-Darling Basin. *Water Resources Research* 47: W00G06.

Kingston, D. G., M. C. Todd, R. G. Taylor, J. R. Thompson, and N. W. Arnell. 2009. Uncertainty in the estimation of potential evapotranspiration under climate change. *Geophysical Research Letters* 36: L20403.

Kuhn, E. 2009. Managing the uncertainties of the Colorado River system. In *How the West was warmed: Responding to climate change in the Rockies*, ed. B. Conover, 100–110. Boulder, CO: Fulcrum.

Kundzewicz, Z. W., L. J. Mata, N. W. Arnell, P. Döll, P. Kabat, B. Jiménez, K. A. Miller, T. Oki, Z. Sen, and I. A. Shiklomanov. 2007. Freshwater resources and their management. In *Climate change 2007: Impacts, adaptation and vulnerability. Contribution of Working Group II to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change*, ed. M. L. Parry, O. F. Canziani, J. P. Palutikof, P. J. van der Linden, and C. E. Hanson, Chapter 3. Cambridge: Cambridge University Press.

Luecke, D. F., J. Pitt, C. Congdon, E. P. Glenn, C. Valdés-Casillas, and M. Briggs. 1999. *A delta once more: Restoring riparian and wetland habitat in the Colorado River Delta*. Washington, DC: Environmental Defense Fund. http://www.edf.org/sites/default/files/425_delta.pdf.

Lund, J. R., E. Hanak, W. Fleenor, R. E. Howitt, J. Mount, and P. Moyle. 2007. *Envisioning futures for the Sacramento–San Joaquin Delta*. San Francisco: Public Policy Institute of California. http://www.ppic.org/main/publication.asp?i=671.

—. 2010. *Comparing futures for the Sacramento-San Joaquin Delta*. Freshwater Ecology Series 3. Berkeley: University of California Press.

Manabe, S. and R. Wetherald. 1975. The effects of doubling the $CO_2$ concentration on the climate of a General Circulation Model. *Journal of the Atmospheric Sciences* 32:3–15.

Means, M. L. E. III, M. Laugier, J. Daw, L. Kaatz, and M. Waage. 2010. *Decision support planning methods: Incorporating climate change uncertainties into water planning*. Water Utility Climate Alliance (WUCA) White Paper. San Francisco: WUCA.

Meyers, C. 1967. The Colorado River. *Stanford Law Review* 19:11–75.

Milly, P. C. D., J. Betancourt, M. Falkenmark, R. M. Hirsch, Z. W. Kundzewicz, D. P. Lettenmaier, and R. J. Stouffer. 2008. Stationarity is dead: Whither water management? *Science* 319:573–574.

Mount, J., and R. Twiss. 2005. Subsidence, sea level rise, and seismicity in the Sacramento-San Joaquin Delta. *San Francisco Estuary and Watershed Science* 3 (1): Article 5.

National Research Council (NRC). 2004. *Endangered and threatened fishes in the Klamath River Basin: Causes of decline and strategies for recovery*. Washington, DC: National Academies Press.

—. 2009. *Informing decisions in a changing climate*. Washington, DC: National Academies Press.

—. 2010. *A scientific assessment of alternatives for reducing water management effects on threatened and endangered fishes in California's Bay Delta*. Washington, DC: National Academies Press.

—. 2011. *A review of the use of science and adaptive management in California's Draft Bay Delta conservation plan*. Washington, DC: National Academies Press.

—. Forthcoming. *Sustainable water and environmental management in the California Bay-Delta*. Washington, DC: National Academies Press.

Nature Editorial Board. 2010. Validation required. *Nature* 463:849.

Orlob, G. T. 1982. An alternative to the Peripheral Canal. *Journal of Water Resources Planning and Management* 108:123–141.

Owen, D. 2007. Law, environmental dynamism, reliability: The rise and fall of CALFED. *Environmental Law Journal* 37:1145.

Painter, T. H., J. S. Deems, J. Belnap, A. F. Hamlet, C. C. Landry, and B. Udall. 2010. Response of Colorado River runoff to dust radiative forcing in snow. *Proceedings of the National Academy of Sciences* 107:17125–17130.

Pitt, J. 2001. Can we restore the Colorado River delta? *Journal of Arid Environments* 49:211–220.

Pitt, J., D. F. Luecke, M. J. Cohen, E. P. Glenn, and C. Valdés-Casillas. 2000. Two nations, one river: Managing ecosystem conservation in the Colorado River Delta. *Natural Resources Journal* 819:819–864.

Rajagopalan, B., K. Nowak, J. Prairie, M. Hoerling, B. Harding, J. Barsugli, A. Ray, and B. Udall. 2009. Water supply risk on the Colorado River: Can management mitigate? *Water Resources Research* 45: W08201.

Rasmussen, R., C. H. Liu, K. Ikeda, D. Gochis, D. Yates, F. Chen, M. Tewari, et al. 2011. High-resolution coupled climate runoff simulations of seasonal snowfall over Colorado: A process study of current and warmer climate. *Journal of Climate* 24:3015–3048.

Ray, A., J. Barsugli, K. Averyt, K. Wolter, M. Hoerling, N. Doesken, B. Udall and R. S. Webb. 2008. Climate change in Colorado: A synthesis to support water resources management and adaptation. N.p.: Western Water Assessment. http://wwa.colorado.edu/CO_Climate_Report/index.html

Reisner, M. 1993. *Cadillac desert: The American West and its disappearing water*. New York: Penguin.

Sabo, J. L., T. Sinha, L. C. Bowling, G. H. Schoups, W. W. Wallender, M. E. Campana, K. A. Cherkauer, et al. 2010. Reclaiming freshwater sustainability in the Cadillac Desert. *Proceedings of the National Academy of Sciences* 107:21263–21270.

Seager, R., and G. A. Vecchi. 2010. Greenhouse warming and the 21st century hydroclimate of southwestern North America. *Proceedings of the National Academy of Sciences* 107:21277–21282.

Sherif, M. M., and V. P. Singh. 1999. Effect of climate change on sea water intrusion in coastal aquifers. *Hydrological Processes* 13:1277–1287.

Steenburgh, J., D. Bowling, T. Garrett, R. Gillies, J. Horel, R. Julander, D. Long, and T. Reichler. 2007. *Climate change and Utah: The scientific consensus*. N.p.: Utah Governor's Blue Ribbon Advisory Council on Climate Change.

Udall, B. 2009. Water in the Rockies: A twenty-first-century zero-sum game. In *How the West was warmed: Responding to climate change in the Rockies,* ed. B. Conover, 111-121. Boulder, CO: Fulcrum.

Udall, B., and K. Averyt. 2009. A critical need: A national interagency water plan. *Southwest Hydrology* 8(1): 18-19, 30.

U.S. Bureau of Reclamation (Reclamation). 2005. *Water 2025: Preventing crises and conflict in the West*. Water 2025 status report. http://permanent.access.gpo.gov/lps77383/Water%202025-08-05.pdf

—. 2011a. *Interim Report No. 1, Colorado River Basin Water Supply and Demand Study*. Boulder City, NV: U.S. Bureau of Reclamation, Lower Colorado Region. http://www.usbr.gov/lc/region/programs/crbstudy/report1.html.

—. 2011b. *Literature synthesis on climate change implications for water and environmental resources*. 2nd ed. Technical Memorandum 86-68210-2010-03. Denver: U.S. Bureau of Reclamation, Research and Development Office. http://www.usbr.gov/research/docs/climatechangelitsynthesis.pdf

—. 2011c. *SECURE Water Act Section 9503(c) – Reclamation, Climate Change and Water, Report to Congress, 2011*.

—. 2011d. *West-wide climate risk assessments: Bias-corrected and spatially downscaled surface water projections*. Technical Memorandum 86-68210-2011-01. Denver: U.S. Bureau of Reclamation, Technical Service Center.

Vano, J. A., T. Das, and D. Lettenmaier. 2012. Hydrologic sensitivities of Colorado River runoff to changes in precipitation and temperature. *Journal of Hydrometeorology* 13:932–949.

Vicuna, S., and J. A. Dracup. 2007. The evolution of climate change impact studies on hydrology and water resources in California. *Climatic Change* 82:327–350.

Westerling, A. L., H. G. Hidalgo, D. R. Cayan, and T. W. Swetnam. 2006. Warming and earlier spring increase western U.S. forest wildfire activity. *Science* 313:940–943.

Western Governors' Association (WGA). 2006. *Water needs and strategies for a sustainable future.* Denver: WGA. http://www.westgov.org/wga/publicat/Water06.pdf.

—. 2008. *Water needs and strategies for a sustainable future: Next steps.* Denver: WGA. http://www.westgov.org/wga/publicat/water08.pdf.

—. 2010. *Climate adaptation priorities for the western states: Scoping report.* Denver: WGA.

Western Resource Advocates. 2005. *Smart water: A comparative study of urban water use efficiency across the Southwest.* Boulder, CO: Western Resource Advocates.

WestFAST. 2010. *Water-climate change program inventory.* Murray, UT: Western States Federal Agency Support Team (WestFAST) Agencies. http://www.westgov.org/wswc/westfast/reports/climateinventory.pdf.

—. 2011. WestFAST agencies calendar year 2011 work plan. Murray, UT: Western States Federal Agency Support Team (WestFAST) Agencies. http://www.westgov.org/wswc/westfast/work-plan/westfast_2011_workplan.pdf.

Wilkinson, C. F. 1992. *Crossing the next meridian: Land, water, and the future of the West.* Washington, DC: Island Press.

Williams, A. P., C. D. Allen, C. I. Millar, T. W. Swetnam, J. Michaelsen, C. J. Still, and S. W. Leavitt. 2010. Forest responses to increasing aridity and warmth in the southwestern United States. *Proceedings of the National Academy of Sciences* 107:21289–21294.

Woodbury, M., M. Baldo, D. Yates, and L. Kaatz. 2012. *Joint Front Range climate change vulnerability study.* Denver: Water Research Foundation.

Miller, K., and D. Yates. 2006. *Climate change and water resources: A primer for municipal water providers.* 1P-5C-91120-05/06-NH. N.p.: Awwa Research Foundation / American Water Works Association / IWA Publishing. http://waterinstitute.ufl.edu/WorkingGroups/downloads/WRF%20Climate%20Change%20DocumentsSHARE/Project%202973%20-%20Climate%20Change%20and%20Water%20Resources.pdf.

## Endnotes

i   Under prior appropriation, the first person or entity to establish a water right by putting it to "beneficial" use has a right to the full amount from available supplies before a junior appropriator (one who came later) can use his.

ii   Evapotranspiration is composed of evaporation from water surfaces and the soil and transpiration of water by plants. Transpiration is the process by which plants take up and use water for cooling and for the production of biomass. Evapotranspiration is frequently measured in two ways: (1) the amount that occurred and (2) the potential amount that would have occurred if enough water had been present to meet all evaporation and transpiration needs. In arid areas the actual amount is frequently less than the potential amount.

iii   Decision analysis, according to the Water Utility Climate Alliance (WUCA), is where uncertainties can be well described and decision trees can be used to find optimal solutions.

iv   Scenario planning in this context is a tool in which key uncertainties are identified and future scenarios are constructed around these uncertainties. The hope is that different scenarios will identify common, robust approaches for managing the range of uncertainties.

v   Robust decision making is a technique that combines classic decision analysis with scenario planning to identify coping strategies that are robust over a variety of futures.

vi      Real options is a type of financial based planning method for uncertainty. WUCA describes it as a type of cash flow analysis that includes flexible implementation. It uses classical decision analysis with hedging concepts from financial planning.

vii     Portfolio planning is a financial tool where a portfolio is selected to minimize risk and to hedge against future uncertainty.

viii    See http://www.esrl.noaa.gov/psd/ccawwg/.

ix      See http://www.energy.ca.gov/.

x       See http://www.wucaonline.org/html/actions_puma.html.

# Chapter 11

# Agriculture and Ranching

### COORDINATING LEAD AUTHOR

George B. Frisvold (University of Arizona)

### LEAD AUTHORS

Louise E. Jackson (University of California, Davis), James G. Pritchett (Colorado State University), John P. Ritten (University of Wyoming)

### REVIEW EDITOR

Mark Svoboda (University of Nebraska, Lincoln)

## Executive Summary

This chapter reviews the climate factors that influence crop production and agricultural water use. It discusses (a) modeling studies that use climate-change model projections to examine effects on agricultural water allocation and (b) scenario studies that investigate economic impacts and the potential for using adaptation strategies to accommodate changing water supplies, crop yields, and pricing. The chapter concludes with sections on ranching and drought and on disaster-relief programs.

- Under warmer winter temperatures, some existing agricultural pests can persist year-round, while new pests and diseases may become established. While crops grown in some areas might not be viable economically under future climate conditions, other crops could replace them. (high confidence).

- Many important costs of climate change to agriculture will be adjustment costs. The suitability of production in an area depends not only on climate, but also on the presence of complementary infrastructure such as irrigation conveyance systems and specialized agricultural processing and handling facilities, as well

**Chapter citation:** Frisvold, G. B., L. E. Jackson, J. G. Pritchett, and J. P. Ritten. 2013. "Agriculture and Ranching." In *Assessment of Climate Change in the Southwest United States: A Report Prepared for the National Climate Assessment*, edited by G. Garfin, A. Jardine, R. Merideth, M. Black, and S. LeRoy, 218–239. A report by the Southwest Climate Alliance. Washington, DC: Island Press.

as transportation and energy supply networks. Relocating this complementary infrastructure may be costly, especially if climate change occurs quickly. Moreover, growers in a region may be unfamiliar or inexperienced with crops suitable for the new climate. Adjustment costs can be substantial in tree-crop production, which requires large up-front capital investments and with many years between the time trees are planted and when they produce sellable output. (medium-high confidence).

- Because agriculture accounts for 79% of Southwest water withdrawals, water management and reduction of agricultural water demand are important means to adapt to climate change. Conservation strategies implemented by water managers and agricultural users tend to be more economical than developing new supplies. Options for managing demand may include addressing water pricing and markets, providing incentives to adopt water-saving irrigation technology, reusing tailwater, or shifting to less water-intensive crops. (medium-high confidence).

- The evidence supporting the widely held belief that simply improving on-farm irrigation efficiency conserves water is weak, however. Claims of water conservation are often made at the farm level. Improved application efficiency means that crops take up a higher percentage of applied water. However, this means that less water is available to recharge aquifers or serve as return flows for downstream uses. At the basin- or watershed-scale, increased application efficiency can reduce water available for these other uses. (high confidence)

- Diverse studies using mathematical programming modeling to combine economic and hydrological models have generated some consistent lessons. First, agriculture-to-urban water transfers could significantly reduce the costs of adjusting to regional water shortages. Agriculture would be the sector that alters water use the most, protecting municipal and industrial uses. Second, growers have numerous lower-cost alternatives to fallowing land as a response to drought, such as shifting crop mix, input substitution (e.g. substituting land for water), deficit irrigation, and investments in improved irrigation technologies. To facilitate transfers, additional investments in infrastructure to store and convey water would likely be required. Third, the costs of compliance with environmental regulations, especially those that protect endangered aquatic species, will represent significant adaptation costs. (high confidence)

- Irrigators also could adapt better to climate variability by increased use of water management information that is already available. The California Irrigation Management Information System (CIMIS), a weather information network for irrigation management developed and operated by the California Department of Water Resources, benefits growers via higher yields, lower water costs, and higher crop quality. CIMIS has been estimated to generate $64.7 million in benefits per year at an annual cost to the state of less than $1 million. (medium-high confidence)

- Public and private entities can more effectively deliver web-based information and decision-making tools for climate-change adaptation if they consider

constraints faced by the intended users. As of 2007, there were 29 Southwestern counties where fewer than 30% of agricultural producers had access to high-speed Internet service. Access is particularly low in the Four Corners region, which has a relatively large population of Native American farmers and ranchers. (medium-high confidence)

## 11.1  Distinctive Features of Southwestern Agriculture

Agriculture in the Southwest has distinctive features that influence how the sector responds to climate variability and change. First, the region accounts for more than half of the nation's production of high-value specialty crops (fruits, vegetables, and nuts). California has the most counties where specialty crops (including melons and potatoes) account for a large share of total agricultural sales (Figures 11.1). Other areas that are important in terms of specialty crops include southwestern Arizona, the San Luis Valley of Colorado, and chili- and pecan-growing areas of New Mexico (along the Rio Grande Valley).

Irrigation plays a critical role in the region. Excluding Colorado, which has significant dryland wheat production, more than 92% of the region's cropland is irrigated. Irrigated crops account for an even larger share of sales revenues. Agricultural uses of



**Figure 11.1 Agricultural sales by county.**
Source: USDA (2009, 2012).

Vegetables and melons > 25% of total sales

Fruits, nuts, berries > 30% of total sales

Cattle and calf > 60 % of total sales

Both vegetables and melons > 25% of total sales and fruits, nuts, berries > 30% of total sales

Both fruits, nuts, berries > 30% of total sales and cattle and calf > 60 of total sales

water (for irrigation and livestock watering) account for 79% of all water withdrawals in the region. As a result, small changes in agricultural water use can have relatively large effects on the water that is available for households, industrial use, and riparian ecosystems.

The region is characterized by extensive surface water infrastructure—including dams, reservoirs, canals, pipelines, and pumping stations—managed by the U.S. Bureau of Reclamation, state water agencies, and local irrigation districts. These systems not only capture and store vast quantities of water; they also transport it over large distances, geographically "decoupling," in terms of climate-change feedbacks, many of the region's water users from its water sources. Not all agricultural areas within the region have access to this extensive surface-water network. Many locations, therefore, are highly dependent on groundwater for irrigation (Figure 11.2). Depletion of groundwater resources in these areas, as measured by increases in the average depth-to-water of wells, presents problems for irrigators, including increased costs for the energy needed to pump the water higher to reach the surface. If groundwater levels fall sufficiently, irrigators may incur additional costs to lower pumps within the well, deepen wells, or dig replacement wells. From 1994 to 2008, according to the USDA Farm and Ranch Irrigation Survey (2010), depth-to-groundwater for irrigation wells increased in all states but Nevada (Figure 11.3).



**< 25%**

**25 - 50%**

**50 - 75%**

**75% +**

Groundwater withdrawal percentile category

**Figure 11.2  Groundwater irrigation withdrawals as a share of total irrigation withdrawals.** Source: USGS (2005), Kenny et al. (2009).



**Figure 11.3 Depth to water of irrigation wells.** Source: USDA (2010).

The livestock sector, especially cattle ranching and dairies, is also economically important in the region. Cattle account for most of the agricultural sales in many New Mexico and Colorado counties (Figure 11.1). Cattle ranches rely on rain-fed forage on grazing lands, making these enterprises sensitive to changes in climate. Much acreage and irrigation water is devoted to alfalfa and other hay, which provide important forage for the region's dairies as well as supplemental cattle feed.

Other major field crops include cotton in California, Arizona, and New Mexico; durum wheat in Southern California and Arizona; winter wheat in Colorado and California; and corn in eastern Colorado. An emerging challenge to crop production is the rise of glyphosate-resistant (i.e., herbicide-resistant) weeds (Price et al. 2011; CAST 2012; Norsworthy et al. 2012).

## 11.2  Implications for Specialty Crops

The future presents special challenges and opportunities for producers of high-value crops such as fruits, vegetables, and nuts. Demand for these crops is projected to increase over the next forty years, correlated with expected population and income growth in the United States and throughout the Pacific Rim (Howitt, Medellín-Azuara, and MacEwan 2009, 2010). Compared to field crops, demand for these high-value crops is price inelastic, meaning that demand falls little with price increases. This also means that small reductions in output lead to relatively large increases in price. Thus, price increases that accompany climate-induced losses in output can partially offset the reduced volume sold and thereby buffer producers of these crops from the effects of climate change (though there are obvious increased costs for consumers).

Climate change implies that locations best suited for production of high-value crops will change over time. Fewer frosts may make production of certain vegetables and tree crops more viable in some regions. Yet, for some stone fruits and nuts that require a minimum amount of chill time,[i] reductions in chill hours from a warming climate may reduce the profitability of production in areas where they are currently grown. In

addition, many crops have threshold tolerances to high temperatures during key stages of crop development, such as pollination, while unseasonal precipitation or adverse temperatures might harm product quality during fruit development. Climate change and extreme weather are more likely to affect horticultural crops (fruits, vegetables, and ornamental plants) because they have high water content and because sales depend on good visual appearance and flavor (Backlund, Janetos, and Schimel 2008).

Under warmer winter temperatures, existing pests can persist year-round, while new pests and diseases may become established (Gutierrez et al. 2008). A study of Yolo County, California, found that warm-season crops grown there today—tomatoes, cucumbers, sweet corn, and peppers—might not be viable economically under future climate conditions. However, other crops—melon and sweet potatoes in the summer, lettuce or broccoli in the winter—could replace them (Meadows 2009; Jackson et al. 2011).

Quiggin and Horowitz (1999, 2003) note that many important costs of climate change to agriculture will be adjustment costs. The optimal location for producing specific crops will change. Established farms have infrastructure in place—for energy supply, irrigation systems, and grain storage, for example—that will be expensive to relocate, especially if climate change occurs quickly. Moreover, growers in a region may be unfamiliar or inexperienced with crops suitable for the new climate. Adjustment costs can be substantial in tree-crop production: production requires large up-front capital investments, with a stretch of years between the time trees are planted and when they produce sellable output. For example, almonds, apricots, peaches, and plums average four non-bearing years, citrus averages five to six years, while pecans average eight years (Berck and Perloff 1985). If growers reduce the number of trees as a short-term response to drought, it will reduce the region's ability to produce tree crops for many years thereafter. Another strategy—*relocating* where trees are grown—may represent a significant adjustment cost. Adjustment costs also are likely to occur when farmers change irrigation or fertilization practices or other management operations to cope with changes in resource availability, decrease greenhouse gas emissions from nitrous oxide, or to increase carbon storage in soil or the wood of trees (Hatfield et al. 2011).

## 11.3 On-farm Water Management

Because agriculture accounts for 79% of water withdrawals in the Southwest, methods to manage and reduce agricultural water demand are an important means to adapt to climate change (Levite, Sally, and Cour 2003; Joyce et al. 2006; Joyce et al. 2010). Local conservation strategies implemented by water managers and agricultural users tend also to be more economical than developing new supplies (Kiparsky and Gleick 2003). Options for managing demand may include addressing water pricing and markets, setting allocation limits, improving water-use efficiency, providing public and private incentives to adopt water-saving irrigation technology, reusing tailwater (excess surface water draining from an irrigated field), shifting to less water-intensive crops, and fallowing (Tanaka et al. 2006).

One way to adapt to climate-change-induced water shortages is to shift the mix of crops grown. Table 11.1 shows ranges in water application rates by crop, state, and irrigation technology in acre-feet per acre. An acre-foot is the amount of water required to cover one acre of water one foot deep. Crops in warmer Arizona tend to have higher

application rates, while those in Colorado tend to have the lowest. Crops irrigated by sprinkler irrigation systems (sometimes referred to as pressurized systems) have lower application rates than those irrigated by gravity systems, which rely on flooding fields (Kallenbach, Rolston, and Horwath 2010). Sprinkler irrigation includes center-pivot, mechanical-move, hand-move, and non-moving systems (the last used mostly for perennial crops). Rather than using gravity, these systems rely on mechanically generated pressure to pump water to crops.

**Table 11.1** Ranges of water application rates (acre-feet of water applied per acre) by state and irrigation technology for different crops grown in Southwestern states

|  | Minimum | Median[a] | Maximum |
|---|---|---|---|
| Orchards, Vineyards, Nuts | 0.3 (Colorado/Drip[b]) | 2.7 (Califomia/Sprinkler[b]) | 6.5 (Arizona/Gravity) |
| Alfalfa | 1.6 (Colorado/Sprinkler) | 3.1 (Nevada/Sprinkler) | 6.4 (Arizona/Gravity) |
| Sugar Beets[c] | 3.7 (Colorado/Sprinkler) |  | 5.3 (Colorado/Gravity) |
| Cotton | 2.2 (New Mexico/Sprinkler) | 3.1 (California/Gravity) | 4.8 (Arizona/Gravity) |
| Corn/silage | 1.4 (Colorado/Sprinkler) | 2.7 (Utah/Sprinkler) | 4.7 (Arizona/Gravity) |
| Corn/grain | 1.5 (New Mexico/Gravity) | 2.1 (California/Gravity) | 4.2 (Arizona/Gravity) |
| Other Hay | 1.3 (Colorado/Sprinkler) | 2.1 (New Mexico/Sprinkler) | 4.2 (Arizona/Gravity) |
| Rice | 4.1 (California/Gravity) | 4.1 (California/Gravity) | 4.1 (California/Gravity) |
| Wheat | 1.3 (Colorado/Sprinkler) | 2.3 (California/Gravity) | 3.6 (Arizona/Gravity) |
| Barley | 1.2 (Utah/Sprinkler) | 1.7 (Colorado/Sprinkler) | 3.6 (Arizona/Gravity) |
| Vegetables | 1.7 (Colorado/Sprinkler) | 2.8 (Nevada/Gravity) | 3.5 (Arizona/Sprinkler) |
| Sorghum | 0.6 (Colorado/Sprinkler) | 1.7 (California/Sprinkler) | 3.5 (Arizona/Gravity) |

Note:

a. In cases where the median value was between two actual observations, the value of the observation with the higher application rate is reported.

b. Sprinkler irrigation includes center-pivot, mechanical-move, hand-move, and non-moving systems (the last used mostly for perennial crops). Rather than using gravity, these systems rely on mechanically generated pressure to pump water to crops. Low-flow irrigation methods, which include drip, trickle, and micro-sprinkler methods are not included in this definition of sprinkler, but treated as a separate category by USDA.

c. Only two observations.

Source: USDA (2010).

Irrigators also could adapt better to climate variability by increased use of water-management information that is already available. For example, Parker and others (2000) found the California Irrigation Management Information System (CIMIS), a weather information network for irrigation management developed and operated by the California Department of Water Resources, to be highly valuable to agriculture. The crop evapotranspiration (ET) data provided by CIMIS allows farmers to better match irrigation water applications to crop needs. This reduces risks from climate variability. Growers benefit from higher yields and lower water costs. Improved water management also increases fruit size, reduces mold, and enhances product appearance, all of which can fetch higher crop prices. They estimated that use of CIMIS reduces California's agricultural water applications by 107,300 acre-feet annually. Drought in 1989 appeared to stimulate a large increase in the number of growers and crop consultants who use CIMIS. Parker and others (2000) estimated CIMIS generated $64.7 million in benefits from higher yields and lower water costs, at an annual cost to the state of less than $1 million. CIMIS has also improved pest control and promoted use of integrated pest management techniques, which can reduce costs and improve worker safety by reducing pesticide applications.

Other Southwestern states also provide on-line databases and support tools for water management. For example, the Arizona Meteorological Network (AZMET) provides on-line, downloadable weather data and information for Arizona agriculture. Data include temperature (air and soil), humidity, solar radiation, wind (speed and direction), and precipitation as well as computed variables such as heat units (degree days), chill hours, and crop evapotranspiration. AZMET also provides ready-to-use summaries and special reports that interpret weather data such as Weekly Cotton Advisories. The Lettuce Ice Forecast Program provides temperature forecasts for the vegetable production in Yuma County. The Colorado Agricultural Meteorological Network (CoAgMet) provides daily crop-water use or evapotranspiration reports that can improve irrigation scheduling. In addition to providing raw data, the system allows users to generate customized, location-specific cropwater-use reports.

Public and private entities can more effectively deliver information or develop tools for decision making for climate-change adaptation if they consider constraints faced by the intended users. In 1996, the National Weather Service (NWS) offices discontinued issuing local agricultural weather forecasts in response to budget cuts and to avoid competing with privately supplied forecasts. The expense of privately provided forecasts may pose a barrier to some agricultural information users (Schneider and Wiener 2009). For many Southwestern farmers and ranchers, access to high-speed Internet service remains problematic. As of 2007, there were twenty-nine Southwestern counties where fewer than 30% of agricultural producers have such access (Figure 11.4). Access is particularly low in the Four Corners region of Arizona, Utah, and New Mexico, which has a relatively large population of Native American farmers and ranchers. In rural areas, radio, and television are still widely used for weather information (Schneider and Wiener 2009). Frisvold and Murugesan (2011) found that access to satellite television was a better predictor of weather information use by agricultural producers than was access to the Internet. Emphasis on encouraging commercial weather information providers may be limiting development of applications through these popular media (Schneider and Wiener 2009).



**Figure 11.4 Counties in the Southwest in which agricultural producers have limited access to high-speed internet service.** Source: USDA (2009, 2012).

< 20% with high-speed internet access

20-29% with high-speed internet access

Improving irrigation efficiency is frequently cited as a promising response to climate change or water scarcity in general (Parry et al. 1998; Wallace 2000; Ragab and Prud-homme 2002; Mendelson and Dinar 2003; Jury and Vaux 2006; Rockstrom, Lannerstad, and Falkenmark 2007). It can allow individual irrigators to save water costs and improve yields, thus increasing profits. However, improving on-farm application efficiency does not necessarily conserve water  (Caswell and Zilberman 1986; Huffaker and Whittlesey 2003; Peterson and Ding 2005; Frisvold and Emerick 2008; Ward and Pulido-Velazquez 2008). Increased on-farm application efficiency means that the crop—rather than its sur-rounding soil— takes up a greater share of the water that is applied. However, this also means that less water returns to the system as a whole (as groundwater recharge or surface-water return flow). Other downstream irrigators (or other users) often count on this return flow or recharge for their water supplies. Similarly, reducing the water lost through the conveyance system means more of the water diverted reaches a crop, but also results in lower return flows or recharge that is no longer available to other irriga-tors, urban water users, or ecosystems. While fisheries and aquatic habitat depend on return flows, these "uses" typically do not hold legally recognized water rights that can contest any harm done by water transfers (Chong and Sunding 2006). Many riparian systems now depend on these return flows, which are subject to changes in managed, hydrological systems that have been altered to accommodate human water uses (Wiener et al. 2008). In some cases, minimum flow requirements have been established under the Clean Water Act and Endangered Species Act (see Ward and others [2006] and Howitt, MacEwen and Medellín-Azuara [2009] for analysis of additional costs of maintaining minimum flow requirements). However, litigation and implementation have been con-tentious, with variable outcomes (Moore, Mulville and Weinberg 1996; Benson 2004). Thus, what may seem a rational response to water scarcity by irrigators at the farm level,

may exacerbate water scarcity problems at the basin scale. Policies to increase irrigation efficiency with the hope of freeing up water for other uses may fail to conserve water.

## 11.4  System-wide Water Management: Lessons from Programming Models of Water Allocation

A number of studies have used mathematical programming models to assess how different areas of the Southwest may respond to different drought, water shortage, or climate-change scenarios—which may include changes in temperature, level and type of precipitation, and the timing of mountain snowmelt and runoff into lower elevation agricultural regions (Cayan et al. 2008). To varying degrees, these studies link physical water supply and associated hydrologic information to economic models. Model solutions find the least-cost response to water shortages given system constraints. A common finding of these studies is that the agricultural sector makes large adjustments in water use, land use, and cropping patterns that allow urban and industrial water uses to remain largely unchanged.

### Sustained drought in California

Harou and colleagues (2010) examined the effects of severe, sustained drought in California. Their drought simulations, based on records of ancient (paleo-) climates, assumed streamflows that are 40% to 60% of the current mean flows, with no intervening year wet enough to fully replenish reservoirs. This drought scenario is similar to the effects under "dry forms" of climate warming: those with projected reductions in precipitation. The analysis examined potential impacts to agriculture and the rest of California's economy in 2020. The model simulated allocation and storage of water to minimize costs of water scarcity and system operation. The costs in the drought scenario were borne largely by agriculture, limiting costs to the state's overall economy. The costs of water shortages were greatest in agriculture, except in Southern California where urban costs dominated. Large differences in scarcity costs across sectors and regions created incentives to transfer water from lower-valued agricultural to higher-valued urban uses, where value is determined by user willingness to pay for additional water. The study also calculated costs of maintaining required environmental flows and found these could be quite high, especially for the Sacramento-San Joaquin River Delta. Results also suggested there are large benefits to improving and expanding the conveyance infrastructure to facilitate movement of water.

### Water availability and crop yields in California

Howitt, Medellín-Azuara, and MacEwan (2009, 2010) simulated the effects of changes in water availability and crop yields in California in 2050. While statewide agricultural land use and water use were projected to decline by 20% and 21% respectively, total agricultural revenues fell by less: 11%. There were large reductions in acreage of water-intensive crops and small shifts in others. In Southern California agriculture, two factors reduced negative impacts to farmers. Crop price increases accompanied production declines, while farmers also shifted to high-value crops. The greatest reductions in output were among field crops, with relatively less change among fruit and vegetable crops.

In contrast, total urban water use fell by 0.7%. Results assumed that between now and 2050, a more economical means of transferring water from Northern to Southern California will be developed. Absent climate change, growing demand for high-value specialty crops is expected to drive an increase of 40% for California's agricultural revenues by 2050. Under the dry-climate warming scenario, however, revenues are projected to grow 25% by 2050.

### Effects of adaptation measures in California

Medellín-Azuara and others (2008) examined the consequences of various adaptation measures in California for 2050 in a dry-warming climate change scenario. They also made assumptions about baseline changes to water demand and land use by 2050. The model allowed water to be allocated to maximize net benefits of the state's water supply, given infrastructure and physical constraints. Water markets implicitly allowed water to flow to higher-valued urban uses. Institutional barriers to water transfers were not modeled. The simulation projected that statewide costs would rise substantially when water markets were geographically restricted. Urban water users in Southern California would purchase water from central and Northern California, while Southern California agriculture would maintain senior water rights to the state's allocation of Colorado River water. Agriculture in the Sacramento, San Joaquin, and Tulare basins would face large economic losses from reduced water availability and lower yields. Grower losses would be only partially compensated by revenues from water sales to urban areas. Rules for water storage and conjunctive management of surface and groundwater would have to change to improve management of the statewide system.

### Economic and land-use projections in California

Tanaka and others (2006) combined climate scenarios for 2100 with economic and land-use projections for California. Climate scenarios were based on both wet and dry forms of climate warming. Changes in seasonal water flows ranged from a 4.6-million-acre-foot (maf) increase to a 9.4 maf decrease. Given hydrologic and conveyance constraints, water was allowed to flow from lower-valued to higher-valued uses. Dry warming scenarios presented the greatest challenges to California agriculture. Modeled simulations projected the transfer of water from Southern California agricultural users to urban users. Many of these transfers have already subsequently occurred. In the simulations, Southern California urban users also imported more water from northern agricultural areas. Agricultural water users in the Central Valley were shown to be most vulnerable to dry warming under this simulation; under the driest scenarios, their water use declined by one-third. Although in the simulation agricultural producers received some compensation from agricultural-to-urban water use transfers, transfer income was insufficient to compensate for all the costs of reduced water supplies. Agricultural producers altered irrigation technology in response to water shortages. While statewide agricultural water deliveries fell 24% and irrigated acreage fell 15%, agricultural income was reduced only 6%. Income fell less than water deliveries because farmers adapted by changing both irrigation technologies and crop mix. Farmers reduced production of lower valued crops, while maintaing production of higher valued ones.

Dry warming scenarios substantially increased the costs to agriculture (and other users) of maintaining water supplies for environmental protection. Under the driest warming scenarios, expansion of storage infrastructure yielded few benefits, while expansion of conveyance systems yielded benefits in every year.

### Agriculture in Nevada's Great Basin

On a smaller geographic scale, Elbakidze (2006) examined potential impacts of climate change on agriculture in the Truckee Carson Irrigation District of Nevada's Great Basin. He considered scenarios based on two general circulation models (the Canadian and Hadley GCMs) for 2030, which projected warmer temperatures but wetter conditions and increased streamflow. The study also considered scenarios with reduced streamflow. Streamflow scenarios were examined both in isolation and combined with assumed yield increases or yield increases accompanied by price decreases. The crops included alfalfa, other hay, and irrigated pasture. In this study, agricultural returns increased with increased streamflow and decreased with decreased streamflow, but the changes were asymmetric: economic losses under reduced streamflow conditions were much larger than gains realized under increased streamflow conditions. The model assumed that existing infrastructure was sufficient to handle increased streamflow. Benefits of increased streamflow also were dependent on the growers' ability to increase their agricultural acreage.

### Water transfers in Rio Grande Basin

Booker, Michelsen, and Ward (2005) examined the role of water transfers in mitigating costs of severe, sustained drought in the Upper Rio Grande Basin, stretching from southern Colorado, through New Mexico, and into West Texas. (The 1938 Rio Grande Compact governs water allocations between the three states.) Their modeling framework was not based on a specific climate-change scenario, but considered droughts that reduced basin inflows to 75% and 50% of the long-term mean. In 2002, inflows actually had fallen to 37% of mean. Under the scenario using existing institutions, surface-water allocations were not transferred between different institutional users, such as cities and irrigation districts. Agriculture accounted for the bulk of water-use reductions and economic losses. The cities of Albuquerque and El Paso did not alter consumption, but shifted to more expensive groundwater sources. Under the intra-compact trading scenarios, transfers were permitted between users *within* states. For example, trades occured between New Mexico agriculture and Albuquerque, and separately between West Texas agriculture and El Paso. Intra-compact trading would reduce economic losses from drought by 20%. Under interstate trading scenario, trades were allowed between all users in New Mexico and Texas. Under this scenario, El Paso and Albuquerque would rent water from the Middle Rio Grande Conservancy District (MRGCD) instead of pumping groundwater. The more MRGCD cut back on water use, the less Elephant Butte Irrigation District did so. Interstate water trading reduced the total economic losses from drought by one-third. The simulation results suggest *potential* gains from expanded water trading. Urban uses in Albuquerque remained unaffected, while those in El Paso fell by 1.1% at most. The researchers pointed out that there would be additional transaction costs associated with

establishing and expanding water markets and for designing policy instruments to address third-party damages from transfers. They also note that there do exist institutional and legal impediments to trading water across state lines.

### Severe drought in Rio Grande Basin

Ward and others (2006) also modeled impacts of severe drought in the Upper Rio Grande Basin. Increasingly severe drought scenarios were combined with minimum instream flow requirements for endangered fish protection. Agriculture again absorbed most of the shock in response to water shortages and environmental requirements, both in terms of reduced water use and economic losses. The largest absolute losses were in Colorado's San Luis Valley, where relatively high-value crops are grown.

### Drought and Arizona's agriculture

The U.S. Bureau of Reclamation's Final Environmental Impact Statement for the *Colorado River Interim Guidelines for Lower Basin Shortages and Coordinated Operations for Lakes Powell and Mead* (Reclamation 2007) considered how Arizona agriculture would be affected by a shortage declaration on the Colorado River.[ii] The Final EIS analysis was not based on any explicit climate change scenarios. Baseline values were based on historical flows, but sensitivity analysis did include some drought scenarios. Other research has suggested that climate change would increase the likelihood of future shortage declarations (Christensen and Lettenmaier 2007; Seager et al. 2007; Rajagopalan et al. 2009). The study assumed the only adaptation mechanism available to agriculture is land fallowing, with crops providing the lowest returns per acre-foot of water fallowed first. Fallowing was possible for alfalfa, durum wheat, and cotton, while it was assumed that high-value specialty crops would continue to be grown. For most shortage scenarios, the bulk of shortage costs were felt in central Arizona and in Mohave County in northwest Arizona.

### Reduced water supplies across the Southwest

Frisvold and Konyar (2011) simulated the impacts of reducing agricultural water supplies in Arizona, Colorado, Nevada, New Mexico, and Utah. The model did not include potential barriers to transferring water between uses, regions, or states. Nor did the model include urban sectors, but it accounted for how regional agricultural markets were linked to the broader U.S. and export markets. Possible adaptations included deficit irrigation[iii] (which may apply less water than that needed to maximize output *per acre*), changing the crop mix, and changing input mix. The costs of water shortages to irrigated agriculture using a combination of these strategies was 75% lower than under a scenario where the only adaptation mechanism was land fallowing. Similar to the Reclamation analysis cited above, results suggested that reducing cotton and alfalfa production would be most effective. Similar to the Howitt, Medellín-Azuara, and MacEwan (2009, 2010) California study results, agricultural output declined primarily for commodity crops, with little change to high-value specialty crops. Although the model treated the entire region in aggregate, the largest reductions came from crops grown in central Arizona, which holds junior water rights to Colorado River water. Crops grown in western Arizona were little affected. With high-value crops and senior rights to Colorado

River water, western Arizona would remain a national center of specialty crop production. Model results also suggested there would be relatively large losses to livestock and dairy producers from reduced supplies of alfalfa and feed grains.

### Lessons from simulation studies

These mathematical programming model studies varied in many dimensions: period, geographic scope, crop coverage, hydrologic detail, and assumed climate/water shock. Taken together, however, one can draw some general lessons from their results. First, based on these simulations, agriculture would be the sector that alters its water use the most, to adapt to regional water shortages and protect municipal and industrial (M&I) uses. Agriculture would buffer urban users from water shocks, and thus serves an important insurance function. Second, although fallowing irrigated land is one response to drought, growers would have numerous lower-cost options. Third, important factors in adapting to water shortages would be the costs of complying with environmental regulations, especially those that protect endangered aquatic species. Fourth, additional investments in infrastructure to store and convey water would likely be required to reduce negative effects of dry warming or increase the benefits of wet warming. Fifth, and perhaps most importantly, water transfers would have the potential to significantly reduce the costs of adjusting to water shortages under dry warming scenarios. Agriculture-to-urban transfers would increase income for agricultural areas, partially compensating for losses from reduced water use. Currently, however, many institutional restrictions limit the transfer of water across jurisdictions, basins, or state lines. The flexibility provided by water transfers also would depend on future investment in complementary infrastructure.

## 11.5  Ranching Adaptations to Multi-year Drought

Southwestern cattle ranches depend on rain-fed forage grasses to feed cattle. Only a small portion of pastureland is irrigated. Drought reduces forage production on livestock grazing lands and is a major concern among ranchers (Coles and Scott 2009). In much of the region, rainfall occurs during the winter, and a rise in winter temperatures may increase forage production compared to present conditions. Climate change could offer possibilities for range improvement through the introduction of alternate forage species or of trees and shrubs that increase shade for livestock and soil fertility. Climate change may increase pasture productivity via $CO_2$ enrichment on plant growth and because warmer temperatures would lengthen the growing season. This should reduce the need of ranchers to store forage to feed animals over the winter. Increased temperatures are expected to increase the variability of precipitation (Izaurralde et al. 2011). Thus, a challenge for ranchers will be to manage this variability.

In the case of severe drought, ranchers can adapt by: (1) purchasing additional feed, (2) reducing herd size through selling of stock, (3) leasing additional grazing land, or (4) temporarily over-grazing lands. These adaptations are not without negative consequences. Cattle sold prematurely at lower weights fetch lower prices and sales prices during droughts can be low because many ranchers are selling simultaneously. Herd liquidation makes restocking herds in future years more expensive. Overgrazing can reduce

the long-term productivity of grazing lands. All these factors may reduce both the short-term returns and longer-term debt and borrowing capacity of ranchers. Drought may also affect the price of hay, which ranchers might use for supplemental feed. However, Bastian and colleagues (2009) and Ritten, Frasier, Bastian, Paisley and colleagues (2010) suggest that irrigated hay production and statewide markets for hay reduce the risks of adverse economic impacts from drought. Costs of hay, however, can be high if pervasive drought means that it must be transported over long distances.

Ranchers face two types of risk: price risk and weather risk. They can limit their exposure to price risk through use of futures and options contracts, but to do so means that ranchers must consider price and weather risk jointly. Recent research that focuses on strategies to adapt to multi-year droughts has important implications. Such research does not directly address adaptation to particular climate-change scenarios. However, results are relevant for considering climate scenarios that project continued and prolonged drought. Important considerations for ranchers seeking to adapt to multi-year drought are (a) the length and the severity of the drought and (b) when the drought occurs in the cattle price cycle.

An example of an adaptation strategy for ranchers is to provide supplemental feeding to cattle in addition to pursuing a baseline strategy of herd liquidation (Bastian et al. 2009; Ritten, Frasier, Bastian, Paisley et al. 2010). Supplemental feeding appears to be the better long-term strategy. It allows more animals to be sold after the drought (when prices are higher) and avoids aggressive culling of herds during drought, which would have higher restocking costs. Research findings, however, suggest that there is no single "right" strategy and that the advantages of supplemental feeding depend on where a ranch is in the price cycle.

Another example of an adaptation strategy is a "flexible" rather than "conservative" approach to drought management of livestock operations (Torell, McDaniel and Koren 2011). A conservative approach would maintain low baseline stocking rates, thus requiring little sell-off in response to drought. This approach reduces adjustment costs of destocking and restocking, but does not fully utilize available forage in good years. It thus misses out on opportunities to make high returns in years with abundant forage. The flexible approach would adjust herd size to fit forage productivity and lease additional grazing land during droughts (as opposed to simply destocking). This approach allows ranchers to capitalize on good forage conditions and avoids problems of overgrazing during drought. There are costs to this approach, however. Additional grazing land with suitable forage may be scarce if drought is geographically pervasive and there are added costs of transporting livestock. High transportation costs could make the flexible approach economically unfeasible.

Ritten, Frasier, Bastian, and Gray (2010) also compared a flexible strategy to a fixed cattle-stocking strategy over a multi-year horizon and accounting for uncertainty. Optimal stocking depends on rangeland health, which varies with grazing pressure and growing season precipitation. Compared to the scenario of fixed stocking at levels recommended by the Natural Resource Conservation Service, a scenario of flexible stocking would increase average annual revenues 40%, while reducing profit variability. Over a variety of climate projections, Ritten, Frasier, Bastian and Gray found increased variability of annual precipitation to be a greater threat to ranch profitability than changes in projected average precipitation. For scenarios with more variable precipitation, average stock rates would

decline but also would vary more under the flexible system. Variable precipitation could pose problems for cow/calf producers, who maintain a base herd of cows that produces calves for sale after weaning (or until they are yearlings), and so are less flexible than stocker operations. Stocker operations in contrast purchase weaned cattle in the spring to put to pasture before sale. They are more flexible because they do not need to maintain a base herd and stocker purchases can be made based on anticipated forage conditions. The cattle industry could adapt by shifting to more flexible cow-calf-yearling operations that could take better advantage of good years, while selling yearlings early to avoid damaging the range in lean years. Ritten, Bastian, and colleagues (2010) cite this as among the most profitable long-term strategies for cattle producers dealing with prolonged drought.

Torell, McDaniel, and Koren (2011) found the potential gains from this flexible strategy also depend on when drought occurs in the timing of the cattle price cycle. Potential gains from a flexible strategy are greater if forage productivity is more variable from year to year. The approach, however, entails higher costs and financial risks. Further, the approach may be more appropriate in cooler climates. In short-grass prairies, such as in New Mexico, the estimated large gains from the flexible strategy rely on perfect climate forecasts to make management decisions. In actuality, key decisions about livestock purchases depend on past conditions and the well-intended but imperfect 90-day seasonal forecasts of the National Weather Service Climate Prediction Center. Climate forecasts that are more accurate and have a longer lead-time could increase the value of a flexible grazing strategy. At present, the quality of forecasts is not sufficient to make this a preferable strategy in short-grass prairie systems. However, this example illustrates how improved climate forecasts could help ranching adapt to climate change.

## 11.6  Disaster Relief Programs and Climate Adaptation

Agricultural producers may take a variety of actions to reduce risks from drought, flood, and other weather-related events. They can diversify the mix of the crops they grow, adopt irrigation and pest control practices to protect yields, enter into forward or futures contracts,[iv] or make use of weather or other data to time operations to reduce risk. Increasingly, farmers have diversified their household incomes by relying on both farm and non-farm jobs. Disaster relief programs affect producer incentives for managing risks because they alter the costs and benefits of these and other risk-reducing measures.

Congress has traditionally provided regular disaster payments to growers on an ad hoc basis in response to natural disasters and weather extremes that lowered crop yields or forage production. Ad hoc payments have been criticized because of their expense and because they maintain economic incentives to continue production in areas susceptible to agronomic risks. The Federal Crop Insurance Act of 1980 and subsequent legislation attempted to establish crop insurance, rather than disaster payments, as the main vehicle for managing farm risk. While the number of producers covered under federally subsidized crop insurance has risen, ad hoc disaster payments have continued, averaging about $1 billion annually.

The most recent Farm Bill (2008) established several new disaster relief programs also intended to replace ad hoc payments. The largest program was the Supplemental Revenue Assistance Payments Program (SURE), which pays producers for crop revenue losses from natural disaster or adverse weather. It compensates producers for a portion

of their losses not eligible for payments under crop-insurance policies (Shields 2010). A producer can become eligible for payments if a disaster is declared in that producer's county or a contiguous county. Eligible producers need show only a 10% yield loss on one crop to qualify for payments. Outside of designated counties, producers must show a 50% loss of a crop. The SURE program has proved to be complex to administer in part because of how it interacts with crop insurance payments. Payments are often delayed for a year or more after actual losses.

Some researchers have raised concerns that the program encourages more risky behavior by producers (Barnaby 2008; Schnitkey 2010; Shields 2010; Smith and Watts 2010). Small changes in yield, even one bushel per acre, can mean the difference between receiving large payments or no payments. This makes it difficult for producers to determine year to year if they will be eligible or for program payments. It also makes it difficult for administrators to gauge whether producers are actively trying to avoid yield losses. Payments are more likely to be triggered if producers raise a single crop in a county that has high yield risk than if they grow a more diversified mix of crops. In some cases, producers may receive higher revenues by simply allowing their crops to fail (Smith and Watts 2010). Figure 11.5 shows the counties that received two-thirds of SURE payments disbursed in the Southwestern states to date. Fourteen counties, primarily in dryland wheat producing areas, account for most of the payments. Most are counties with payments triggered every year.



Counties that have accounted for two-thirds of all payments to Southwestern States

**Figure 11.5  Counties that have accounted for two-thirds of all payments disbursed to Southwestern States under the Livestock Forage Disaster Program (LFP) and the Supplemental Revenue Assistance (SURE) Program.** Source: USDA (n.d.).

Under the Livestock Forage Disaster Program

Under the Supplemental Revenue Assistance Program

Under both the Livestock Forage Disaster Program and Supplemental Revenue Assistance Program

Another disaster relief program established under the 2008 Farm Bill was the Livestock Forage Disaster Program (LFP). The program compensates livestock producers for losses related to drought or fires on grazing lands. For drought compensation, producers must have livestock in counties rated by the U.S. Drought Monitor[v] (Svoboda et al. 2002) as having severe, extreme, or exceptional drought. Payment levels rise with the length and severity of drought. Producers may also qualify if they normally graze livestock on federal lands where federal agencies have banned grazing because of occurrence of fire. LFP has certain advantages over SURE from a risk-management perspective. First, payments are determined by the Drought Monitor rather than disaster designations, which do not necessarily follow clear, severity-related guidelines. Second, because the Drought Monitor releases information weekly, processing and payment of claims is much faster. Third, and perhaps most importantly, payments based on county-level drought or fire conditions mean that payment levels are relatively independent of producer decisions. Thus, there is much less reward for producers failing to limit risk. Figure 11.5 also shows counties that have received two-thirds of all LFP payments disbursed to the Southwestern states to date. It illustrates where drought and fire risks and livestock forage production intersect.

Lobell, Torney, and Field (2011) examined data on federal crop insurance indemnity payments and disaster payments in California from 1993 to 2007. Grapes accounted for the largest number of indemnity claims, followed closely by wheat. Tree crops and grapes accounted for 75% of all indemnity payments. Excess moisture was the most common cause of both insurance and disaster payments, followed by cold spells, then heat waves. The effect of climate change on these payments remains difficult to predict. Less frequent cold extremes would tend to reduce payments, while heat waves would tend to increase them. There remains a high degree of variability in projections of precipitation intensity, flooding risk, and other hydrological risks (Lobell, Torney, and Field 2011). Given the economic significance of damage from wet events, better projections of these extreme events are important.

The Southwest region is characterized by irrigation-dependent production of high-value specialty crops that are vulnerable to excess moisture, followed by cold, then heat. The region also is characterized by ranching and dryland wheat production, both of which are sensitive to fluctuations in precipitation. In both areas, improved projections of precipitation will be crucial for agricultural adaptation. Another key area of uncertainty is knowledge about when improvements in irrigation efficiency actually reduce consumptive use of water on a basin-wide scale and when it actually increases consumptive water use. Finally, many of the costs of climate change to agricultural producers are adjustment costs. Effects of climate change on both tree-crop and livestock production will be long-lived, with short-term shocks having repercussions over several years of tree and animal production cycles.

## References

Aron, R. 1983. Availability of chilling temperatures in California. *Agricultural Meteorology* 28:351–363.
Backlund, P., A. Janetos, and D. Schimel. 2008. *The effects of climate change on agriculture, land resources, water resources, and biodiversity.* U.S. Climate Change Science Program, Synthesis and Assessment Product 4.3 (CCSP-SAP 4.3).

Baldocchi, D., and S. Wong. 2008. Accumulated winter chill is decreasing in the fruit growing regions of California. *Climatic Change* 87 (Suppl. 1): S153–S166.

Barnaby Jr., G. A. SURE calculator (new standing disaster aid). *Ag Manager, Kansas State Research and Extension*.

Bastian, C. T., P. Ponnamanneni, S. Mooney, J. P. Ritten, W. M. Frasier, S. I. Paisley, M. A. Smith, and W. J. Umberger. 2009. Range livestock strategies given extended drought and different price cycles. *Journal of the American Society of Farm Managers and Rural Appraisers* 72:153–63.

Benson, R. 2004. So much conflict, yet so much in common: Considering the similarities between western water law and the Endangered Species Act. *Natural Resources Journal* 44:29–76.

Berck, P., and J. M. Perloff. 1985. A dynamic analysis of marketing orders, voting, and welfare. *American Journal of Agricultural Economics* 67:487–496.

Booker, J. F., A. M. Michelsen, and F. A. Ward. 2005. Economic impact of alternative policy responses to prolonged and severe drought in the Rio Grande Basin. *Water Resources Research* 41: W02026, doi:10.1029/2004WR003486.

Caswell, M. F., and Zilberman, D. 1986. The effects of well depth and land quality on the choice of irrigation technology. *American Journal of Agricultural Economics* 68:798–811.

Cayan, D. R., E. P. Maurer, M. D. Dettinger, M. Tyree, and K. Hayhoe. 2008. Climate change scenarios for the California region. *Climatic Change* 87 (Suppl. 1): S21–S42.

Chong, H., and D. Sunding, 2006. Water markets and trading. *The Annual Review of Environment and Resources* 31:239–264.

Christensen, N. S., and D. P. Lettenmaier. 2007. A multimodel ensemble approach to assessment of climate change impacts on the hydrology and water resources of the Colorado River Basin. *Hydrology and Earth System Sciences* 11:1417–1434.

Coles, A. R., and C. A. Scott. 2009. Vulnerability and adaptation to climate change and variability in semi-arid rural southeastern Arizona, USA. *Natural Resources Forum* 33:297–309.

Council for Agricultural Science and Technology (CAST) (2012). *Herbicide-resistant weeds threaten soil conservation gains: Finding a balance for soil and farm sustainability*. CAST Issue Paper 49. Ames, IA: CAST.

Elbakidze, L. 2006. Potential economic impacts of changes in water availability on agriculture in the Truckee and Carson River Basins, Nevada, USA. *Journal of the American Water Resources Association* 42:841–849.

Fereres, E., and M. A. Soriano. 2007. Deficit irrigation for reducing agricultural water use. *Journal of Experimental Botany* 58:147–159.

Frisvold, G., and K. Emerick. 2008. Rural-urban water transfers with applications to the U.S.-Mexico border region. In *Game theory and policy making in natural resources and the environment*, ed. A. Dinar, J. Albiac, and J. Sanchez-Soriano, 155-180. New York: Routledge Press.

Frisvold, G., and K. Konyar. 2012. Less water: How will agriculture in southern Mountain states adapt? *Water Resources Research* 48: W05534, doi:10.1029/2011WR011057.

Frisvold, G., and A. Murugesan. 2011. Use of climate and weather information for agricultural decision making. In *Adaptation and resilience: The economics of climate, water, and energy challenges in the American Southwest*, ed. B. Colby and G. Frisvold. Washington, DC: Resources for the Future.

Gutierrez, A. P., L. Ponti, C. K. Ellis, and T. d'Oultremont. 2008. Climate change effects on poikilo-therm tritrophic interactions. *Climatic Change* 87:167–192.

Harou, J. J., J. Medellín-Azuara, T. Zhu, S. K. Tanaka, J. R. Lund, S. Stine, M. A. Olivares, and M. W. Jenkins. 2010. Economic consequences of optimized water management for a prolonged, severe drought in California. *Water Resources Research* 46: W05522, doi:10.1029/2008WR007681.

Hatfield, J. L., K. J. Boote, B. A. Kimball, L. H. Ziska, R. C. Izaurralde, D. Ort, A. M. Thomson, and D. Wolfe. 2011. Climate impacts on agriculture: Implications for crop production. *Agronomy Journal* 103:351–370.

Howitt, R. E., D. MacEwan, and J. Medellín-Azuara 2009. Economic impacts of reductions in Delta exports on Central Valley agriculture. *Agricultural and Resource Economics Update* 12 (3): 1–4.

Howitt, R. E., J. Medellín-Azuara, and D. MacEwan, D. 2009. *Estimating economic impacts of agricultural yield related changes*. Final Report CEC-500-2009-042-F. Sacramento: California Climate Change Center.

—. 2010. Climate change, markets, and technology. *Choices* 3rd Quarter 2010, 25(3).

Huffaker, R., and N. Whittlesey. 2003. A theoretical analysis of economic incentive policies encouraging agricultural water conservation. *Water Resources Development* 19:37–55.

Izaurralde, R. C., A. M. Thomson, J. A. Morgan, P. A. Fay, H. W. Polley, and J. L. Hatfield. 2011. Climate impacts on agriculture: Implications for forage and rangeland production. *Agronomy Journal* 103:371–381.

Jackson, L. E., S. M. Wheeler, A. D. Hollander, A. T. O'Geen, B. S. Orlove, J. W. Six, D. A. Sumner, et al. 2011. Case study on potential agricultural responses to climate change in a California landscape. *Climatic Change* 109 (Suppl. 1): S407–S427.

Joyce, B., D. R. Purkey, D. Yates, D. Groves, and A. Draper. 2010. *Integrated scenario analysis for the 2009 California Water Plan update*. Sacramento: California Department of Water Resources.

Joyce, B., S. Vicuña, L. Dale, J. Dracup, M. Hanemann, D. Purkey, and D. Yates. 2006. *Climate change impacts on water for agriculture in California: A case study in the Sacramento Valley*. White Paper CEC-500-2005-194-SF. Sacramento: California Climate Change Center.

Jury, W. A, and H. J. Vaux. 2006. The role of science in solving the world's emerging water problems. *Proceedings of the National Academy of Sciences* 102:15715–15720.

Kiparsky, M., and P. H. Gleick. 2003. *Climate change and California water resources: A survey and summary of the literature*. Oakland, CA: Pacific Institute.

Kallenbach, C. M., D. E. Rolston, and W. R. Horwath. 2010. Cover cropping affects soil $N_2O$ and $CO_2$ emissions differently depending on type of irrigation. *Agriculture, Ecosystems & Environment* 137:251–260.

Kenny, J. F., N. L. Barber, S. S. Hutson, K. S. Linsey, J. K. Lovelace, and M. A. Maupin. 2009. *Estimated use of water in the United States in 2005*. U.S. Geological Survey Circular 1344. Reston, VA: USGS.

Lévite, H., H. Sally, and J. Cour. 2003. Testing water demand management scenarios in a water-stressed basin in South Africa: Application of the WEAP model. *Physics and Chemistry of the Earth* 28:779–786.

Lobell, D., A. Torney, and C.B. Field. 2011. Climate extremes in California agriculture. *Climatic Change* 109 (Suppl 1): S355–S363, doi: 10.1007/s10584-011-0304-5

Meadows, R. 2009. UC scientists help California prepare for climate change. *California Agriculture* 63:56–58, doi: 10.3733/ca.v063n02p56.

Medellín-Azuara, J., J. J. Harou, M. A. Olivares, K. Madani, J. R. Lund, R. E. Howitt, S. K. Tanaka, and M. W. Jenkins. 2008. Adaptability and adaptations of California's water supply system to dry climate warming. *Climatic Change* 87 (Suppl. 1): S75–S90.

Mendelsohn, R., and A. Dinar. Climate, water, and agriculture. *Land Economics* 79:328–341.

Moore, M., A. Mulville, and M. Weinberg. 1996. Water allocation in the American West: endangered fish versus irrigated agriculture. *Natural Resources Journal* 36:319–358.

Norsworthy, J. K., S. Ward, D. Shaw, R. Llewellyn, R. Nichols, T. Webster, K. Bradley, et al. 2012. Reducing the risks of herbicide resistance: Best management practices and recommendations. Weed Science 60 (Suppl. 1): 31–62, doi: 10.1614/WS-D-11-00155.1.

Parker, D., D. R. Cohen-Vogel, D. E. Osgood, and D. Zilberman. 2000. Publicly funded weather database benefits users statewide. *California Agriculture* 54 (3): 21–25.

Parry, M., N. W. Arnell, H. Hulme, R. Nicholls, and M. Livermore. 1998. Adapting to the inevitable. *Nature* 395:741.

Peterson, J. M., and Y. Ding. 2005. Economic adjustments to groundwater depletion in the high plains: Do water-saving irrigation systems save water? *American Journal of Agricultural Economics* 87:147–159.

Price, A. J., K. S. Balkcom, S. A. Culpepper, J. A. Kelton, R. L. Nichols, and H. Schomberg. 2011. Glyphosate-resistant Palmer amaranth: A threat to conservation tillage. *Journal of Soil and Water Conservation* 66:265–275.

Quiggin, J., and J. Horowitz. 1999. The impact of global warming on agriculture: A Ricardian analysis; Comment. *American Economic Review* 89:1044–1045.

—. 2003. Costs of adjustment to climate change. *Australian Journal of Agricultural and Resource Economics* 47:429–446.

Ragab, R., and C. Prudhomme. 2002. Climate change and water resources management in arid and semi-arid regions: Prospective and challenges for the 21st century. *Biosystems Engineering* 81:3–34.

Rajagopalan, B., K. Nowak, J. Prairie, M. Hoerling, B. Harding, J. Barsugli, A. Ray, and B. Udall. 2009. Water supply risk on the Colorado River: Can management mitigate? *Water Resources Research* 45: W08201, doi:10.1029/2008WR007652.

Ritten, J., C. T. Bastian, S. I. Paisley, and M. Smith. 2010. Long term comparison of alternative range livestock management strategies across extended droughts and cyclical prices. *Journal of the American Society of Farm Managers and Rural Appraisers* 73:243–252.

Ritten, J. P., W. M. Frasier, C. T. Bastian, and S. T. Gray. 2010. Optimal rangeland stocking decisions under stochastic and climate-impacted weather. *American Journal of Agricultural Economics* 92:1242–1255.

Ritten, J. P., W. M. Frasier, C. T. Bastian, S. I. Paisley, M. A. Smith, and S. Mooney. 2010. A multi-period analysis of two common livestock management strategies given fluctuating precipitation and variable prices. *Journal of Agricultural and Applied Economics* 42:177–191.

Rockstrom, J., M. Lannerstad, and M. Falkenmark. 2007. Increasing water productivity through deficit irrigation: Evidence from the Indus plains of Pakistan. *Proceedings of the National Academy of Sciences* 104:6253–6260.

Schneider, J. M., and J. Wiener. 2009. Progress toward filling the weather and climate forecast needs of agricultural and natural resource management. *Journal of Soil and Water Conservation* 64:100A–106A.

Schnitkey, G. 2008. SURE window closes September 30. Urbana-Champaign: University of Illinois at Urbana-Champaign, Department of Agricultural and Consumer Economics. http://www.farmdoc.illinois.edu/manage/newsletters/fefo10_16/fefo10_16.html.

Seager, R., M. Ting, I. Held, Y. Kushnir, J. Lu, G. Vecchi, H-P. Huang, et al. 2007. Model projections of an imminent transition to a more arid climate in southwestern North America. *Science* 316:1181–1184, doi:10.1126/science.1139601.

Shields, D. A. 2010. *A whole-farm crop disaster program: Supplemental Revenue assistance payments (SURE)*. Congressional Research Service (CRS) Report for Congress R40452. Washington, DC: CRS.

Smith, V., and M. Watts. 2010. The new Standing Disaster Program: A SURE invitation to moral hazard behavior. *Applied Economic Perspectives and Policy* 32:154–69.

Svoboda, M., D. LeComte, M. Hayes, R. Heim, K. Gleason, J. Angel, B. Rippey et al. 2002. The Drought Monitor. *Bulletin of the American Meteorologial Society* 83:1181–1192.

Tanaka, S. K., T. Zhu, J. R. Lund, R. E. Howitt, M. W. Jenkins, M. Pulido-Velazquez, M. Tauber, R. S. Ritzema, and I. C. Ferreira. 2006. Climate warming and water management adaptation for California. *Climatic Change* 76:361–387.

Torell, L. A., K. C. McDaniel, and V. Koren. 2011. Estimating grass yield on blue grama range from seasonal rainfall and soil moisture measurements. *Rangeland Ecology and Management* 1:56–66.

U.S. Bureau of Reclamation (Reclamation). 2007. *Final environmental impact statement, Colorado River interim guidelines for lower basin shortages and coordinated operations for Lakes Powell and Mead.* Boulder City, NV: U. S. Bureau of Reclamation, Lower Colorado Region.

U.S. Department of Agriculture (USDA). 1999. Farm and ranch irrigation survey (1998). In *1997 Census of agriculture,* Vol. 3, *Special studies,* Part 1. AC97-SP-1. Washington, DC: USDA Natural Agricultural Statistics Service (NASS).

—. 2004. Farm and ranch irrigation survey (2003). In *2002 Census of agriculture,* Vol. 3, *Special studies,* Part 1. AC-02-SS-1. Washington, DC: USDA–NASS.

—. 2009. United States summary and state data. In *2007 Census of agriculture,* Vol. 1, *Geographic area series,* Part 51. AC-07-A-51. Washington, DC: USDA–NASS.

—. 2010. Farm and ranch irrigation survey (2008). In *2007 Census of agriculture,* Vol. 3, *Special studies,* Part 1. AC-07-SS-1. Washington, DC: USDA–NASS.

—. 2012. 2007 Census ag atlas maps. http://www.agcensus.usda.gov/Publications/2007/Online_Highlights/Ag_Atlas_Maps/. Washington, DC: USDA–NASS.

—. n.d. Disaster assistance programs: Payments by state for the 5 disaster programs (SURE, LFP, ELAP, LIP, TAP), county data. Washington, DC: USDA Farm Services Agency. http://www.fsa.usda.gov/FSA/webapp?area=home&subject=diap&topic=landing (accessed May 12, 2012).

U.S. Geological Survey (USGS). 2005. Estimated use of water in the United States: County-level data for 2005. http://water.usgs.gov/watuse/data/2005/.

Wallace, J. S. Increasing agricultural water use efficiency to meet future food production. *Agriculture, Ecosystems and Environment* 82:105–119.

Ward, F. A., B. H. Hurd, T. Rahmani, and N. Gollehon. 2006. Economic impacts of federal policy responses to drought in the Rio Grande Basin. *Water Resources Research* 42: W03420, doi:10.1029/2005WR004427.

Ward, F. A., and M. Pulido-Velazquez. 2008. Water conservation in agriculture can increase water use. *Proceedings of the National Academy of Sciences* 105:18215–18220.

Wiener, J., R. Crifasi, K. Dwire, S. Skagen, and D. Yates. 2008. Riparian ecosystem consequences of water redistribution along the Colorado Front Range. *Water Resources Impact* 10 (3): 18–21.

## Endnotes

i    Chill time is the accumulation of hours between 32°F–45°F (0°C–7°C) during bud dormancy (Aron 1983; Baldocchi and Wong 2008).

ii    This would be declared by the Secretary of the Interior in response to specific conditions agreed upon by the seven states participating in the Colorado River Compact: the six Southwestern states considered in this report and Wyoming.

iii    Rather than emphasizing maximizing yield (crop output per acre), deficit irrigation focuses more on achieving greater output per unit of water applied (Fereres and Soriano 2007). The strategy can involve some sacrifice of yield, but can use less water.

iv    Both forward and futures contracts are agreements to buy and sell an asset at a specified time and price in the future, with both terms agreed upon today. Futures contracts are standardized contracts traded on commodity exchanges, while forward contracts are bilateral agreements between two parties.

v    See http://droughtmonitor.unl.edu/.

# Chapter 12

# Energy: Supply, Demand, and Impacts

**COORDINATING LEAD AUTHOR**

Vincent C. Tidwell (Sandia National Laboratories)

**LEAD AUTHORS**

Larry Dale (Lawrence Berkeley National Laboratory), Guido Franco (California Energy Commission)

**CONTRIBUTING AUTHORS**

Kristen Averyt (University of Colorado), Max Wei (Lawrence Berkeley National Laboratory), Daniel M. Kammen (University of California-Berkeley), James H. Nelson (University of California- Berkeley)

**REVIEW EDITOR**

Ardeth Barnhart (University of Arizona)

## Executive Summary

Energy is important to the Southwest United States, where 12.7% of the nation's energy is produced (extracted or generated) and 12.1% is consumed. The region is in the favorable position of having low per-capita energy consumption (222 million BTUs per person) relative to that of the nation as a whole (302 million BTUs per person); nevertheless, disruption of power has significant economic implications for the region (e.g., LaCommare and Eto 2004; Northwest Power and Conservation Council 2005). Climate change itself, as well as strategies aimed at mitigation and adaptation have the potential to impact the production, demand, and delivery of energy in a number of ways.

**Chapter citation:** Tidwell, V. C., L. Dale, G. Franco, K. Averyt, M. Wei, D. M. Kammen, and J. H. Nelson. 2013. "Energy: Supply, Demand, and Impacts." In *Assessment of Climate Change in the Southwest United States: A Report Prepared for the National Climate Assessment*, edited by G. Garfin, A. Jardine, R. Merideth, M. Black, and S. LeRoy, 240–266. A report by the Southwest Climate Alliance. Washington, DC: Island Press.

- Delivery of electricity may become more vulnerable to disruption due to climate-induced extreme heat and drought events as a result of:
    - increased demand for home and commercial cooling,
    - reduced thermal power plant efficiencies due to high temperatures,
    - reduced transmission line, substation, and transformer capacities due to elevated temperatures,
    - potential loss of hydropower production,
    - threatened thermoelectric generation due to limited water supply, and
    - the threat of wildfire to transmission infrastructure.
    (medium-high confidence)

- Climate-related policies have the potential to significantly alter the energy sector. A shift from the traditional fossil fuel economy to one rich in renewables has significant implications for related water use, land use, air quality, national security, and the economy. The vulnerability of the energy system in the Southwest to climate change depends on how the energy system evolves over this century. (medium-high confidence)

## 12.1 Introduction

Energy consumption in the Southwest United States was 12,500 trillion British thermal units (BTUs) in 2009, equal to 222 million BTUs per person (EIA 2010). Any change or disruption to the supply of energy is likely to have significant impacts. For example, a study found that electrical power blackouts and "sags" cost the United States about $80 billion every year in lost services, industrial capacity, and gross domestic product (LaCommare and Eto 2004).

This chapter provides an objective assessment of the vulnerability of the energy infrastructure of the Southwest to the effects of projected climate change. There are a number of ways in which the Southwest's energy infrastructure could be affected by climate change, such as by increased peak electricity demand for cooling, damage to energy infrastructure by extreme events, disruption of hydroelectric and thermoelectric generation due to high temperatures or restricted water availability, and evolution of the energy portfolio both in terms of electricity generation and transportation fuel choices (such as moving from fossil fuel-fired electricity generation to utilization of more renewable sources).

This chapter reviews primary energy production and consumption in the Southwest, both past and present, then focuses on potential climate impacts on energy infrastructure, defining for each the exposure pathways, possible extent of impact, adaptation/mitigation options, and data gaps.

## 12.2 Energy in the Southwest: Past and Present

Energy is an important resource in the Southwest, both in terms of production and consumption. According to the U.S. Energy Information Administration (EIA 2010), primary energy production in the Southwest was 9,200 trillion BTUs in 2009, 12.7% of total

U.S. production. Since 1960, primary energy production in the Southwest has grown 180%. In 2009, consumption outpaced production by 3,300 billion BTUs. However, the per capita consumption in the Southwest of 222 million BTUs per person is significantly below the national average of 302 million BTUs per person. The 2009 consumption level represents a 255% increase since 1960.

Natural gas represents 43% of the primary energy production in the Southwest (Figure 12.1), followed by crude oil (21%), coal (19%), renewable energy[i] (10%), and nuclear electric power (7%). Since 1960, there has been a strong increase in the production of natural gas, coal, nuclear electric power, and renewable energy, while crude oil production decreased. Significant differences in energy production by state are evident across the Southwest (Figure 12.1). California, Colorado, and New Mexico are among the nation's top ten energy-producing states, while Nevada is ranked 47th. Colorado, New Mexico, and Utah have significant natural gas production, while California leads the region in crude oil and renewable energy production.

In 2009, 36% of the 12,500 trillion BTUs consumed in the region were associated with the transportation sector, with the remaining consumption spread relatively evenly



Percentages of total energy production in the Southwest region

**Figure 12.1  Energy production in the Southwest region.** Source: EIA (2010).

across the industrial, residential, and commercial sectors (EIA 2010). Forty-two percent of this demand was met with petroleum products, 32% by natural gas, 13% by coal, 8% by renewable sources, and 5% by nuclear electric power (EIA 2010). In total, 87% of total consumption was met with fossil fuels. The most notable change since 1960 is the growing share of demand now met with coal and nuclear electric power. Energy consumption also varies significantly by state (Figure 12.2). Consumption is dominated by California, followed distantly by Arizona and Colorado. However, when considered on a per capita basis a very different picture emerges. California has the lowest per capita consumption at 220 million BTU per person, followed by Arizona (220), Nevada (270), Utah (270), Colorado (290), and New Mexico (330), with all but one below the national average. Unlike the other states, California has a disproportionately high use of petroleum (50% of demand) but low use of coal (only 1%). Arizona has the highest proportion of demand met through non-fossil fuels (24%), while Utah has the lowest (2%).

Specific to electricity, 487 million megawatt hours (MWh) were generated in the Southwest in 2009, a 43% increase over 1990 levels. The associated fuel mix for this generation includes 42% natural gas, 30% coal, 13% nuclear, 8% hydroelectric, and 7% other



Figure 12.2  Energy consumption in the Southwest region. Source: EIA (2010).

renewable (EIA 2010). Since 1990, significantly less coal has been used to produce electricity, with a commensurate increase in generation by natural gas (Figure 12.3). In 2009 almost 65% of the region's electricity was produced in California and Arizona. Even so, California imported approximately 25% of its electricity, while in contrast Arizona exported 53% of its production. New Mexico, Utah, and Nevada are also net exporters of electricity.

The mix of fuels used to generate electricity differs across the six states (Figure 12.3). Most notable is the sizeable utilization of coal in Colorado, New Mexico, and Utah. California and Nevada make up for their low coal use largely with natural gas. Nuclear electric power is generated only in Arizona and California. In terms of renewables, including large-scale hydropower, California was responsible for 73% of the region's generation (EIA 2010).



**Figure 12.3  Electricity generation in the Southwest region.** Source: EIA (2010).

In 2009, total carbon dioxide ($CO_2$) emission from energy consumption in the region was 728 million metric tons, nearly a third of which was for generation of electricity (EIA 2010). Electricity emissions have grown by 50% over 1990 levels while electricity generation has only increased by 43% over the same period of time. Although California produces 42% of the region's electricity, it is responsible for only 21% of the region's $CO_2$ emissions from electricity, not counting imports, largely due to generation that favors

natural gas and renewables. However, California alone is responsible for 68% of the region's vehicle $CO_2$ emissions (217 million metric tons).

Figure 12.4 shows the locations of key energy infrastructure in the Southwest (data taken from EIA 2010). Features shown include power plants (distinguished by fuel type), petroleum refineries, coal mines, and transmission lines (of 345kV or more).



**Figure 12.4 Energy distribution in the Southwest region.** Source: EIA (2010).

## 12.3 Potential Climate Impacts on Energy

This section discusses the energy future of the Southwest, particularly the potential effects of climate change on energy demand, supply, and delivery.[ii] The potential impacts are organized and discussed according to eight distinct themes: energy demand, electricity generation, electricity distribution, energy infrastructure, renewable source

intensity, evolution of the energy sector, primary energy production, and the cost of climate change. Each theme is explored in terms of linkages to climate change: observed climate-related change; projected range of climate-induced change, mitigation, and adaptation strategies; and related data and knowledge gaps.

### Climate-induced impacts to peak and annual electricity demand

A potentially important impact of projected climate change would be on peak electricity demand due to changes in peak summer afternoon temperatures. Climate warming in the region is expected to increase peak period electricity demands for summer cooling and possibly increase peak winter heating electricity demand as well if electricity is used for space heating (Wei et al. 2012. Projected climate-induced changes in mean annual and extreme temperatures, including projected changes in cooling degree days, can be found in Chapters 6 and 7.

Using recent data, Sathaye and others (2011) correlated temperatures above 77ºF (25ºC) with statewide peak loads during the month of August from 2003 to 2009. In California, 90th percentile per-capita peak loads (a measure of extreme energy demands) are projected to increase between 10% and 20% at the end of the century due to the effects of climate change on summer weekday afternoon temperatures.[iii] Others have also analyzed the influence of increasing temperature on energy demand in California (Miller et al. 2007; Franco and Sanstad 2008). No similar studies have been conducted for the Southwest as a whole, but a similar range of impacts on peak demand is expected. One approach would be to use the projections of Franco and Sanstad (2008) who provide an overview and a simple methodology to estimate annual and peak demand using historical and projected temperature data.

### Vulnerability of electricity generation to climate impacts

The areas in which electric power plants are vulnerable to direct climate impacts include reductions in power plant efficiency, loss of hydropower generation, and disruption of thermoelectric production.

TEMPERATURE IMPACTS ON NATURAL GAS TURBINES. A warming climate would decrease the capacity and efficiency of a natural gas turbine in several ways. Warmer air is less dense than cooler air, so the air mass of the turbine at higher temperatures is less for a given volume intake. In addition, ambient, or background, temperature influences the air's specific volume, which in turn influences the work of and the power consumed by the compressor. Finally, the pressure ratio within the turbine is reduced at higher temperatures, reducing mass flow (Kehlhofer et al. 2009).

The relationship between temperature and natural gas power plant performance varies by the type of natural gas power plant, the cooling equipment installed at the plant, and the geographic location of the plant. In many applied studies, the basic power output-to-temperature relationship is assumed linear, such that power plant capacity is decreased 0.25% to 0.5% for every °F increase in ambient air temperature (Sathaye et al. 2012). Maulbetsch and DiFilippo (2006) estimated the relationship between ambient temperature and the capacity potential of natural gas power plants. They found that combined-cycle power plant capacity drops 0.15% to 0.25% per °F and air-cooled

**Box 12.1**

### *Compounding Impacts of Drought*

Delivery of electricity may become more vulnerable to disruption due to climate-induced extreme heat and drought events as a result of:

- increased demand for home and commercial cooling,
- reduced power-plant efficiencies due to high temperatures,

- reduced transmission-line, substation, and transformer capacities due to elevated temperatures,
- potential loss of hydropower production,
- threatened thermoelectric generation due to limited water supply, and
- threat of wildfire to transmission infrastructure.



**Figure 12.5 Compounding impacts of drought on energy.**

combined-cycle power plant (dry cooling) capacity drops 0.35% per °F rise in ambient temperature. Using these assumptions, climate change projections suggest natural gas thermal power plant capacity in California could drop on average between 2% and 5%, and as much as 6% during hot summer afternoons by the end of the century. During peak load periods, reserve margins can be low and natural gas power plants are running near capacity.

Similar studies of climate change impacts on power plants in other Southwestern states have not been undertaken. However, the temperature increases simulated for those states match or exceed temperature simulations for California and a similar impact on power plant performance should be anticipated for those plants as well. Nevertheless, additional research is needed to estimate temperature impacts on different types of electricity generating capacity and on power plant performance outside of California. Types of electric power plants that may be affected by climate warming include coal power, nuclear power, wind, solar, bio-power, and geothermal plants as well as natural gas-fired plants.

A variety of adaptive measures may be taken by utility planners to offset the impact of climate change on thermal power plant performance, such as installing new types of cooling equipment or simply expanding the existing capacity in anticipation of future losses.

CLIMATE IMPACTS ON HYDROPOWER GENERATION. Hydropower generation depends on such factors as total runoff, timing of runoff, reservoir operations, and the profile of electricity demand, each of which is vulnerable to climate change. Projected changes in runoff due to potential decreased precipitation and increased evaporation (Chapter 6) means less water for hydropower production. Earlier snowmelt (Chapter 6) and shifts in the frequency of extreme events (Chapter 7) could lead to important changes to the timing of streamflow and thus reservoir storage. Climate change could also impact water-demand regimes downstream of the reservoir, such as with urban (Chapter 13) and agricultural (Chapter 11) uses. Hydropower production could be compromised as reservoir operations are adjusted to address changing patterns of reservoir storage coupled with changes in competing water uses for in-stream flow requirements, flood control, water supply, and recreation (National Energy Education Development Project 2007). Also, the way in which hydropower is utilized for electricity production may change in the future (for example, with increased use to balance intermittent loads), so that changes in water availability may have different impacts than they do today.

Since 1990, hydroelectric power has satisfied about 11% of the Southwest's total electricity demand (46.9 gigawatt hours [GWh]), of which, as mentioned earlier, California supplied about 34.3 GWh (73%) (EIA 2010). Hydropower production in the region varied widely year to year, ranging from 31.1 GWh (8% of regional demand) to 66.7 GWh (16% of regional demand). Similar variability was noted in the California production record. A unique feature of California hydropower is that much of it (greater than 70%) is generated by a fleet of more than 150 small, single-purpose reservoirs located high in the Sierra Nevada that depend on snowmelt (Madani and Lund 2009). These reservoirs have little storage capacity and thus are uniquely vulnerable to shifts in streamflow that might result from climate change (Vicuña et al. 2008).

Recent droughts provide insight into climate-related impacts on hydropower production. Severe drought in California and the Pacific Northwest significantly reduced hydroelectric power generation in 2001, contributing to tight electricity supplies and high prices (the crisis was enhanced by market manipulation). While significant outages were largely avoided, there were financial impacts due to the large increase in prices (BPA 2002). The Northwest Power and Conservation Council (2005) estimated the total regional economic impact of the drought to be between $2.5 and $6 billion. Impacts

of the drought were intensified by energy-water interdependencies linking the California coastal basins, Columbia River Basin, and Colorado River Basin (Cayan et al. 2003). These cross-basin linkages provide the opportunity to compensate hydropower losses if, during dry conditions in one basin, the others experience wetter conditions, or to intensify the effects if two or more basins are simultaneously drier (as was the case in 2001).

Over 70% of hydropower production in the Southwest is associated with the Colorado River and with high-elevation dams in the Sierra Nevada (EIA 2010). Several studies suggest that both systems are vulnerable to future climate change. Specifically, a recent water-budget analysis showed a 50% chance that minimum power pool levels in both Lake Mead and Lake Powell will be reached under current conditions by 2017 if no changes in water allocation from the Colorado River system are made. This would impact over 3,700 MW of generating capacity on the lower Colorado River (EIA 2010). Such a result would be driven by a combination of climate change associated with global warming, the effects of natural climate variability, and the current operating status of the reservoir system (Barnett and Pierce 2008).

Numerous studies have explored potential future climate impacts on Sierra Nevada hydropower production. Harou and others (2010) used geologic evidence suggesting two extreme droughts occurred in California during the last few thousand years, each 120 to 200 years long, with mean annual streamflows 40% to 60% of the historical average. They used an engineering-economic simulation model to evaluate impacts under such conditions to power production, irrigation, and environmental resources, based on projected demands in 2020. Under current operating rules, a 60% reduction in hydroelectric power generation was projected for low-elevation hydropower units that traditionally contribute about 30% of the hydropower generation in California (Phinney et al. 2005). Another study investigated the impact of increased air temperatures of up to 11°F (6°C) on mean annual streamflow, peak runoff timing, and duration of low-flow conditions. Vulnerabilities to these three flow characteristics were found to differ by region and hence their susceptibility to altered hydropower production (Null, Viers, and Mount 2010). Other studies have used climate data from multiple general circulation models (GCMs) under different greenhouse gas (GHG) emissions scenarios to investigate potential impacts on California hydropower production (Madani and Lund 2010) and adaptation options (e.g., K. P. Georgakakos et al. 2011; A. P. Georgakakos et al. 2011). For scenarios resulting in reduced annual streamflow, hydropower production is reduced but to a lesser extent than revenues, reflecting the ability of the system to store water when energy prices are low for use when prices are high. The opposite was true when projected annual flows increased (Vicuña et al. 2008).

Opportunities to mitigate the impact of climate change on hydropower production include expansion of hydropower resources (DOE 2010). According to preliminary estimates from the Electric Power Research Institute (2007), the United States has additional water power resource potential of more than 62,000 MW (or about 79% of current conventional hydroelectric capacity). This includes efficiency upgrades at existing hydroelectric facilities and development of new low-impact facilities. Issues of cost, environmental impacts, and suitability of construction sites are potentially limiting factors. Adaptation opportunities also exist, primarily in the form of altered reservoir operations. Several of the studies noted above for the California Sierra Nevada reservoirs have shown that climate impacts could be mitigated through adaptive management strategies (Harou

et al. 2010; A. P. Georgakakos et al. 20011). However, identifying "optimal strategies" that balance multiple objectives (hydropower, water supply, flood control, recreation, and instream flow) is problematic as it would require agreement among stakeholders to change longstanding operational rules.

Two key data gaps are apparent. First, there has been relatively little effort to directly quantify potential climate change impacts on hydropower production in the Colorado River Basin; however, a recent study by the U.S. Bureau of Reclamation (2011) should help to fill this gap. The second gap is in evaluating the broad implications of climate change for the entire, interconnected West, including evaluating concurrent impacts on hydropower and thermoelectric production and on shifts in electric power demand.

CLIMATE AND DROUGHT IMPACTS ON THERMOELECTRIC GENERATION. Thermoelectric generation can be limited when power plant water supplies are threatened, such as when the surface of a water supply drops below intake structures of the generating plant (NETL 2009b), when access to water is limited by priority of power plant water rights (Stillwell, Clayton, and Webber 2011), or when water discharge temperatures exceed environmental limits (Averyt et al. 2011).

There are no examples from the Southwest where drought has threatened thermoelectric power production. However plants have been shut down in other regions due to drought, including the Alabama Browns Ferry facility in 2007, 2010, and 2011 (Nuclear Regulatory Commission [NRC] 2007, 2010, 2011); the Exelon Quad Cities, Illinois, plant in 2006 (NRC 2006); the Minnesota Prairie Island plant in 2006 (NRC 2006); and plants in France in 2003 (De Bono et al. 2004). All these cases involve nuclear plants whose production was limited by effluent temperatures exceeding regulated discharge limits. In contrast, the 2011 drought in Texas threatened to impact a variety of thermoelectric power plants there due to limited water availability (e.g., Galbraith 2012).

There are several studies that have assessed power plants' vulnerability to drought. Each utilized different criteria to assess vulnerability and each focused on different subsets of the electric power industry. A study by NETL (2009a) identified five plant sites in four western states with a total capacity of 3,284 MW as vulnerable on the basis of shallow intake structures (NETL 2009b) and historic severity of local drought measures. In a study focused on coal-fired generation, twenty-six power plants in the Southwest region were identified as vulnerable based on eighteen unique indicators of water demand and supply (NETL 2010). A recent study by the Union of Concerned Scientists (2011) identified twenty power plants in the Southwest that discharge cooling water at a maximum temperature that exceeds 90°F (32°C), most of which is into streams with high biodiversity. Taking a slightly different approach, Sovacool (2009) identified Denver, Las Vegas, and San Francisco as places where water resources are likely to be scarce or declining due to growing and competing demands for thermoelectric and non-thermoelectric water supply. Based on these studies it is difficult to assess exposure of thermoelectric power production to drought/climate change as none of the studies consider the existence and robustness of contingency plans that individual plants may have in place.

Mitigation of drought vulnerability can be achieved through integrated water-energy planning (e.g., Western Governors' Association 2010, 2011) or utilization of non-potable water sources.[iv] Adaptation measures can be achieved through contingency planning and include options such as allowing power plants to lease water from farmers with senior

water rights in times of drought or developing backup groundwater sources. Dry cooling (which uses air rather than water to cool a power plant's working fluid) is another option that is already utilized to generate 4,150 MW in the intermountain West (Cooley, Fulton and Gleick 2011). However, dry cooling is more costly, requires additional land, and results in reduced generation efficiencies on hot days. Dry-cooled plant capacity declines on hot days more than water-cooled plant capacity, but hybrid units are also available. In some cases, dry-cooled plants lose 0.5% of their capacity for every 1°F increase in peak temperature—roughly twice the loss of wet cooled plants (Sathaye et al. 2012).

To fully evaluate the vulnerability of thermoelectric power production to drought will require assessing local hydrologic conditions together with plant-level operational characteristics and institutional controls. Plant contingency plans must also be reviewed in terms of their robustness in the context of future climate extremes.

### Vulnerability of electricity distribution to climate impacts

This section discusses the vulnerabilities of electricity distribution infrastructure to direct climate impacts, specifically the temperature impacts on electric transmission line capacity (220 KV and higher) and on substation/transformer capacity.

TEMPERATURE IMPACTS ON TRANSMISSION LINE CAPACITY. Transmission lines incur incremental power losses as the temperatures of conductors increase (IEEE 2007). In general, higher temperatures increase the resistance of a conductor, which decreases the carrying capacity of the transmission line and requires additional generation to offset the increased resistance over the lines. Climate change is expected to increase mean and peak period temperatures across the Southwest, thereby increasing demand for electricity while at the same time increasing the resistance of transmission lines and decreasing their carrying capacity. One study of the impact of a 9°F increase in ambient air temperature suggests that while climate warming would cause very little resistance loss, capacity losses might be more significant, amounting to an additional 7% to 8% of peak (Sathaye et al. 2012).

The potential for climate change-induced line capacity losses should be researched further, including identification of operating practices that minimize loss and of new design parameters (e.g., underground transmission lines). Also, utilities generally count on the presence of at least 2 feet per second of wind on hot days. If a "zero-wind" condition should happen during extremely high temperatures, conductor temperatures may rise into the "emergency" range (i.e., above 212°F [100°C]), where continued operation may cause excessive conductor sag, permanent damage, and even lead to wildfires. Further investigation into the effects of climate change on the probability and duration of no-wind conditions on hot days is necessary to more accurately evaluate the impacts on transmission capacity (Sathaye et al. 2012).

One option for coping with the impacts of climate change on the transmission system is decentralized generation: producing a larger fraction of the power at or near the end-use reduces the line capacity requirements. Examples of such generation are low-pressure methane to support local industry (Welsh et al. 2010) or even utilization of traditional windmills to circumvent electric-powered groundwater pumping. Another option for avoiding the impacts of higher temperatures would be to place transmission lines underground.

TEMPERATURE IMPACTS ON SUBSTATION/TRANSFORMER CAPACITY. Major substations contain clusters of transformers that allow alternating current voltage to be "stepped up" or "stepped down" between various components of the power system. A number of studies have looked at the performance of transformers under different operating conditions, including changing ambient temperatures (Lesieutre, Hagman, and Kirtley 1997; Swift et al. 2001; Li and Zielke 2003; Li et al. 2005; Askari et al. 2009). Higher ambient temperatures reduce the peak-load capacity of banks of transformers in substations.[v] High minimum temperatures can affect transformer performance as well as high peak temperatures. For example, in some extreme cases, excessive hot spot conductor temperature within the transformer can lead to catastrophic failure of the transformer, so improved methods to monitor these internal temperatures are proposed (Lesieutre, Hagman, and Kirtley 1997).

Other studies have quantified the general relationships between air temperature and transformer lifespan and capacity (Swift et al. 2001; Li et al. 2005). The basic relationship of power capacity to temperature used in most studies is linear, with some research suggesting that transformer capacity decreases approximately 0.35% for each 1°F of higher ambient temperature (Li et al. 2005).

One study indicates that substations in California could lose, on average, an additional 1.6% to 2.7% capacity by the end of the century (Sathaye et al. 2012). Other parts of the Southwest with similar or higher temperature increases from climate change would face similar substation capacity losses as well. Judging by the spatial distribution of the simulated change in the number of days with maximum temperatures greater than 95°F (35°C), the southern and eastern parts of the Southwest are more at risk to lost substation peak capacity than areas in the region's north and west.

Utility planners may take several adaptive measures to offset future losses to substations and increase their capacities, including proactively installing new types of cooling.

### Vulnerability of infrastructure to indirect climate impacts

This section looks at two key indirect vulnerabilities from climate change: risk of wildfire to electric transmission lines and the effects of sea-level rise and coastal inundation on power plants and substations.

WILDFIRE RISK TO ELECTRICITY TRANSMISSION. Fire is a natural component of ecosystems in western North America, and its occurrence is strongly correlated with climate variability. Weather-related effects on fire include behavior (wind conditions), fuels (combustible material), and ignitions (lightning). Wildfires are also greatly affected by moisture availability, as influenced by temperature, precipitation, snowpack, and other meteorological factors, all of which may be impacted by climate change.

Increases in the size and frequency of wildfires in the Southwest will increasingly affect electricity transmission lines (see Box 12.2). Transmission line-related impacts from wildfires are not restricted to the actual destruction of the structures (Aspen Environmental Group 2008; personal communication, Fishman and Hawkins, CAISO [California Independent System Operator Corporation], 2009). In fact, only smaller lines may be directly destroyed in a wildfire, because these types of power lines are typically built with wooden poles. But the transmission capacity of a line can be affected by the heat, smoke, and particulate matter from a fire, even if there is no actual damage to the

**Box 12.2**

### Transmission Line Exposure to Wildfire

The most recent study of fire risk in California suggests that most transmission lines in the state will be exposed to an increased probability of fire risk across a range of different climate models, emission scenarios, and time periods (Sathaye et al. 2012). This figure summarizes changes by the end of the century in the length of lines exposed to areas of either increasing or decreasing burned area, the latter being more common. At the end of the century some key transmission lines crossing between California and Oregon and between northern and Southern California may face a particularly high fire risk. Certain areas will be less at risk. For example, transmission lines passing through the desert areas in southeastern California are projected to see reduced exposure to wildfires in the future, in part due to changes in vegetation projected for the future.



**Figure 12.6 Transmission line exposure to wildfire.** The probability of damage is taken as the product of the probability fire and the relative length of the line in a given region. Used in this study are the GFDL (Geophysical Fluid Dynamics Laboratory), PCM1 (Parallel Climate Model), and CNRM (Centre National de Recherches Météorologiques) GCM, and the high- and low-emissions scenarios as defined by the Intergovernmental Panel on Climate Change (IPCC) (Nakićenović and Swart 2000). Modified from Sathaye et al. (2012).

physical structure. The insulators that attach the lines to the towers can accumulate soot, creating a conductive path and causing leakage currents that may force the line to be shut down. Ionized air in smoke can act as a conductor, causing arcing either between lines, or between lines and the ground, that results in a line outage. Finally, even if the lines are protected from fire, the effects of firefighting can also negatively affect transmission operation, such as by aircraft dumping loads of fire retardant that can foul the lines or through preventive shutdowns for safety measures.

Several studies have shown that climate change will increase the size and frequency of wildfires in California, which leads the region in wildfire-related economic losses (Flannigan et al. 2000; Lutz et al. 2009; Westerling et al. 2009). Of the ten largest wildfires in California's history, seven have occurred since 2001 (CDFFP 2009). Texas, Arizona, and New Mexico have all experienced record-breaking wildfire seasons in recent years as a result of increasing temperatures and advanced evaporation (Samenow 2011).

Many adverse effects of wildfire risk to the transmission grid can be avoided by careful planning, increasing fire corridors around transmission lines, building excess transmission capacity, and using new transmission line materials that provide better protection against the effects of soot and heating.

There are no studies of fire risk to the transmission grid in the Southwest, outside of California. Since fire frequency and cost due to climate change are likely to be particularly high, studies of this issue across the Southwest are recommended. (For further discussion of the effects of climate change on the occurrence of wildfires in the Southwest, see Chapter 8, Section 8.4.2.)

PROJECTED IMPACTS OF SEA-LEVEL RISE AND COASTAL INUNDATION ON POWER PLANTS AND SUBSTATIONS. California is the only state in the Southwest region facing impacts from sea-level change (see a detailed discussion in Chapter 9). Mean sea level along California's coast has risen at a rate of about 8 inches (20 cm) per century for several decades—a rate that may increase (Cayan et al. 2009). Mean high water, which poses an even more significant threat, is increasing at an even faster rate (Flick et al. 2003). Extreme surge events at high tides, often provoked by winter storms, are also expected to increase (Cayan et al. 2009). The confluence of these three trends puts increasing amounts of coastal energy infrastructure at risk: recent studies of sea level along the California coast indicate that twenty-five to thirty power plants—including thirteen located in the San Francisco Bay Area—are at risk of impact from what would be currently a 100-year flood (which will become more frequent) caused by a 4.6-foot sea-level rise (Figure 12.7) (Sathaye et al. 2012).[vi] Many of the plants shown to be at risk, though, are likely to be retired over the next few decades.

The vulnerability of power plants to flooding is very site-specific and more information should be gathered on a site-by-site basis. It should be noted that in addition to increasing flood risk, sea-level rise may accelerate shoreline erosion and destabilize coastal power plants and related infrastructure. Further studies are needed to evaluate the risk posed by soil erosion to energy infrastructure along the coastline.

Adaptive measures may be taken to protect power plants against flooding and destabilization from sea-level rise. For example, new power plants should be constructed at higher elevations, farther from the ocean, and out of reach of tidal flooding. In addition, existing plants may be protected by building higher levees.



**Figure 12.7 Power plants potentially at risk to a 100-year flood with 1.4-m (4.6-ft) sea-level rise.** Reproduced from Sathaye et al. (2012).

*Climate impacts on renewable source intensity*

To estimate the potential impacts of climate change on renewable sources of energy, spatial details are needed on how the electricity system would evolve. For example, if climate change causes shifts in wind regimes, areas now suitable for wind farms may be less suitable in the future and new areas may become an attractive option for wind energy development. Few studies, however, have been published on this topic for the Southwest.

WIND POWER. Some research suggests that wind speeds in the United States as a whole are declining, based on the 50th and the 90th percentile wind speeds from 1973 to 2005 (Pryor et al. 2009; Pryor and Ledolter 2010). However, for the Southwest region no significant changes in wind speeds are reported (Pryor and Ledolter 2010).[vii]

Pryor and Barthelmie (2011) estimated potential changes of wind-energy density (the mean annual energy, in watts, available per square meter of the area swept by a turbine) for the conterminous United States using results from outputs from a handful of regional climate models (with spatial resolutions of about 31 miles [50 km]), driven by the outputs from atmospheric-ocean global climate models. The reported changes in wind-energy density for the next fifty years are not beyond what could be expected from natural variability. This implies that current and planned wind power facilities likely are not in danger of experiencing reductions in their ability to generate electricity, and areas that are presently suitable for wind-power generation would not be affected by climate change at least for several decades.

Rasmussen, Holloway, and Neme (2011) attempted to estimate the potential impacts of climate change on three California sites with significant installed wind capacity: Altamont Pass (562 MW), San Gorgonio Pass (710 MW), and Tehachapi Pass (359 MW). The authors used the same outputs from the regional climate models as did Pryor and Barthelmie (2011). Rasmussen , Holloway, and Neme (2011) reported wide disagreement between the regional climate models on how wind resources would be affected. This may be explained in part by the fact that the 31-mile spatial resolution of the regional climate models are much wider than the relatively narrow passes where wind resources in California are located (i.e., the models cannot resolve the topographic features in these passes that contribute to the acceleration of the wind). Mansbach and Cayan (2012) used a different approach, developing a statistical model that relates large-scale atmospheric features that are supposed to be adequately modeled by the global climate models with local wind speed at three California wind farms. Their results were mixed, precluding any conclusions about the potential impacts of climate change on wind farms.

In summary, no trend in wind-energy density has been observed in the Southwest and it seems likely that wind power will continue to be a viable resource in the Southwest. However, further analyses and modeling studies are needed to resolve the current discrepancy between model results and to address the deficiencies with the existing studies.

SOLAR POWER. Climate change can affect the amount of solar irradiation reaching ground level mainly via its effects on clouds. Unfortunately, the simulation of clouds remains one of the main sources of uncertainty in the projections of future climate regimes (IPCC 2007). Global and regional climate models are implemented at geographical resolutions too coarse to allow for the simulation of clouds directly from physical principles. Instead, they use statistical relationships (parameterizations) developed using historical data. For this reason, caution is in order with the interpretation of estimated ground-level solar radiation information generated by global and regional climate models.

Crook et al. (2011) used the results from two atmospheric-ocean global climate models developed in the United Kingdom to estimate the impacts of climate change on the future of photovoltaic (PV) and concentrated solar power (CSP) units at the global level. For California and Nevada they reported reductions in power output for both PV and CSP units on the order of a few percent at the end of this century, in comparison with historical conditions. But an uncertainty analysis suggests a low level of confidence in their results for this region. In addition, as suggested by Rasmussen, Holloway, and Neme (2011), reliance on just a few models is not advisable because modeling results at the regional level can change, depending on the model used for the study.

High ambient temperatures affect the performance of some PV systems (Kawajiri, Oozeki, and Genchi 2011) such as crystalline silicon PV modules, which are one of the most popular technologies on the market but do not perform well under the dry and hot conditions common to the Southwest. There are, however, other PV technologies that are less sensitive to ambient temperatures (Crook et al. 2011).

In summary, solid scientific information is lacking on how climate change would affect the amount of solar irradiation reaching ground level in the Southwest and, therefore, how it would affect PV and CSP systems. But higher ambient temperatures will have some detrimental effects on some PV system technologies.

### Evolution of the energy sector

Climate-related policies have the potential to significantly alter the energy sector. A shift from the traditional fossil fuel economy to one rich in renewable energy sources has significant implications for related water use, land use, air quality, national security, and the economy. This section explores potential evolutionary paths for both electricity generation and transportation fuels.

EVOLUTION OF THE ELECTRICITY GENERATION FUEL MIX. Climate change and the policies adopted to address climate change are likely to cause a shift in the fuel mix used to generate electricity. There are multiple sources of information on potential global and U.S. energy scenarios (e.g., Wilbanks et al. 2007), but they lack regional detail and do not allow for an estimation of how the energy system in the Southwest could be transformed. Nevertheless, two potential illustrative scenarios are explored that, broadly speaking, are consistent with a business-as-usual path and with a future in which strong mandates to reduce greenhouse gas emissions materialize. These two scenarios could be seen as compatible with the spirit of the IPCC's high- and low-emissions scenarios, respectively, as discussed before in this report (see Chapter 2), though they do not specifically represent these two global emission scenarios.

The business-as-usual scenario comes from the "reference case" presented in the U.S. Energy Information Administration's *Annual Energy Outlook 2011* report (EIA 2010). Results for the EIA's Southwest region are used; however, it should be noted that the regional boundaries used by EIA do not fit perfectly the boundaries for the Southwest used in this report (the EIA boundary captures roughly 80% of the electricity generation within the Southwest region delimited for this report). The reference case assumes that current laws and regulations remain in place, such as the mandates in California, Arizona, Colorado, and Nevada to increase the amount of electricity generated from renewable sources of energy. This is reflected in the contribution of renewable sources of energy going from 16% in 2009 to about 27% in 2035, the end year of the EIA simulations. This new electricity generation would come from a mix of wind, solar, and geothermal with limited additions of hydroelectric. The electricity generation from nuclear units and coal-burning power plants would remain at about the same levels as in the recent past but minor increases in generation from natural-gas-burning power plants is observed in the EIA scenario. We speculate that under this business-as-usual scenario the same general trend would continue past 2035.

There are multiple options with regard to the evolution of the electricity system in the Southwest if strong measures are taken to reduce greenhouse gas emissions. A new

study, for example, uses a long-term capacity expansion model for the electricity system for the Western United States (Wei et al. 2012), taking into account hourly electricity demand and the hourly availability of generating resources, especially intermittent sources such as solar and wind power plants. This modeling system uses geographical information about electricity generation and demand to estimate the regional evolution of the electricity system. As shown in Figure 12.8, by 2050, solar, wind, and geothermal resources would become major sources of electricity in the Southwest. Electricity generation from coal-burning power plants without carbon capture and sequestration disappears in this potential scenario.

The evolution of the electricity system will impact water resources. Thermal electricity generation withdraws copious amounts of water for cooling. While only a very small fraction of the water withdrawn is actually consumed (i.e., evaporated to the atmosphere) the water that is returned to its source, such as rivers and the ocean, is not pristine, containing at least some levels of thermal pollution (Averyt et al. 2011; Cooley, Fulton and Gleick 2011). Different power plants and energy systems can have substantially different levels of impacts on water resources: energy crops for biofuels can require from very little to a substantial amount of water; wind resources do not withdraw water; and solar power generation requires from very little to large amounts of water, depending on the conversion technology (Cooley, Fulton and Gleick 2011; Kenney and Wilkinson 2012).

EVOLUTION OF THE TRANSPORTATION FUELS MIX. The transportation system in the Southwest will likely mirror the transportation system in the rest of the country (see Chapter 14). The EIA estimates an increase of more than 15% in the amount of total liquid fuels consumed for the U.S. transportation sector in 2035 as compared with 2009 consumption for the reference case (EIA 2010). As indicated before, the reference case assumes that only current laws and regulations remain in place. EIA also reports an "extended policies" case for which EIA assumes a 3% annual increase of corporate average fuel economy (CAFE) standards until 2025, then no change until 2035. In this case, total liquid fuel consumption for the U.S. transportation sector would increase only by about 4% from 2009 to 2035. Hybrid electric cars and/or cars fueled by alternative fuels play an important role in achieving the more stringent CAFE standards.

If drastic reductions in greenhouse gas emissions are required, several studies have found that for the United States it is more practical and less costly to reduce emissions in the electricity-generating sector and to electrify the rest of the sectors as much as possible (Clarke et al. 2007; Fawcett et al. 2009; National Research Council 2010); the situation is not different for the Southwest (Wei et al. 2012). Biofuels could play an important role in the availability of liquid fuels for the transportation sector (Parker et al. 2010) but could only replace a small percent of current levels of primary energy consumption (Field et al. 2008). At the same time, liquid biofuels could play a key role in replacing transportation services that cannot be easily electrified, such as air transport. Several studies suggest that biofuels must be produced in a way that does not increase net greenhouse-gas emissions, does not hinder food security, and does not result in negative ecological impacts (e.g., Tilman et al. 2009). In addition, new studies suggest that it is also important to consider the biogeophysical consequences of bioenergy crops, such as local cooling or warming, or changes in water demand (e.g., Georgescu, Lobell, and Field 2009, 2011).



**Figure 12.8 Projected generation and transmission flow in 2050.** The map shows projected average generation and average transmission flow between load areas (electricity demand zones) under high regulation of green-house gas emissions. The size of each pie represents the amount of generation in the load area in which the pie resides. The flows of electricity are depicted as straight lines for clarity. Reproduced from Wei et al. (2012).

### Climate impacts on primary energy production

As noted above, the Southwest accounts for 12.7% of our nation's primary energy production. Climate change has the potential to influence this production in at least three ways. First, energy policies aimed at mitigating the impacts of climate change could significantly alter the mix of primary fuels used to generate electricity and fuel transportation (see above), thus influencing the demand for the primary fuels. Specifically, emission standards could cause a move to renewables and away from coal and petroleum. However, demand for natural gas and uranium would likely increase, potentially offsetting losses in coal production. Potential losses of petroleum production will be more difficult to offset as water availability will challenge biofuel production in the Southwest (DOE 2011). Because these primary energy sources are traded internationally, emission

policies would need to be matched in much of the rest of the world before significant impacts would be felt locally.

Second, climate change could increase the demand for electricity: higher temperatures are likely to be met with higher demands for cooling (Section 12.3.1). Alternatively, higher cooling needs could spawn improvement in cooling/energy efficiencies or higher energy prices, which would reduce electricity demand.

Third, climate change could impact the availability of water needed for primary energy extraction and processing (DOE 2006). Reduced water supplies (see Chapters 6 and 10) could affect current production and especially the development of new resources. A particularly good example is the ongoing struggles over water and oil shale development in the Piceance Basin (Western Resource Advocates 2009).

### Cost of climate change

In 2009, total expenditures for end-use energy (such as retail electricity and motor gasoline) in the Southwest was about $160 billion. California contributed about 66% to these expenditures (EIA 2010).  Any changes in energy prices due to climate change or climate change policies will have a direct economic impact on consumers. For example, since retail electricity expenditure in the Southwest was about $52 billion in 2009 (EIA 2010), the postulated increases in electricity demand due to higher temperatures discussed previously would have represented a few billion dollars per year for the current electricity generation and demand system. The estimation of changes of energy expenditures in the rest of this century due to physical changes in our climate is extremely difficult because it will depend on multiple uncertain factors such as the price of energy, population growth, technology evolution, and human behavior.

Climate policies directly limiting greenhouse gas emissions or indirectly affecting emissions via requirements such as renewable portfolio standards will also affect the cost of energy. At the same time, the potential benefits of policies such as increasing energy security, limiting climate change, reducing air pollution, and perhaps creating local jobs must be considered. The authors are not aware of a comprehensive study along these lines for the Southwest.

Climate policies at the national and international levels designed to reduce greenhouse gas emissions will directly impact the energy sector, given that currently fossil-fuel combustion is by far the dominant source of these emissions. Conventional modeling studies at the national level suggest that drastic reductions of greenhouse gases would reduce gross domestic product (GDP) by at most a few percent, delaying a given GDP level only for a few years (National Research Council 2010). However, as indicated before, this represents at best only a partial economic analysis because it does not take into account the benefits of limiting the impacts of climate change. In addition, the economic models used in these studies assume perfectly functioning markets and any restrictions on emissions, by design, result in economic penalties (DeCanio 2003). Ironically, these models do not take into account the effect that climate change would have on economic activity and energy demand, for example, diverting economic resources to mitigate climate damages (Hallegatte and Hourcade 2007). More realistic economic models are sorely needed.

# References

Askari, M., M. Kadir, W. Ahmad, and M. Izadi. 2009. Investigate the effect of variations of ambient temperature on HST of transformer. In *2009 IEEE Student Conference on Research and Development, 16–18 November 2009*, 363–376. N.p.: Institute of Electrical and Electronics Engineers.

Aspen Environmental Group. 2008. Effects of wildfires on transmission line reliability. In *Draft environmental impact report/ environmental impact statement and proposed land use amendment, Sunrise Powerlink Project*, Attachment 1–A. http://www.cpuc.ca.gov/environment/info/aspen/sunrise/deir/apps/a01/App%201%20ASR%20z_Attm%201A-Fire%20Report.pdf.

Averyt, K., J. Fisher, A. Huber-Lee, A. Lewis, J. Macknick, N. Madden, J. Rogers, and S. Tellinghuisen. 2011. *Freshwater use by U.S. power plants: Electricity's thirst for a precious resource*. A report of the Energy and Water in a Warming World Initiative. Cambridge, MA: Union of Concerned Scientists.

Barnett, T. P., and D. W. Pierce. 2008. When will Lake Mead go dry? *Water Resources Research* 44: W03201, doi:10.1029/2007WR006704.

Beard, L. M., J. B. Cardell, I. Dobson, F. Galvan, D. Hawkins, W. Jewell, M. Kezunovic, T. J. Overbye, P. K. Sen, and D. J. Tylavsky. 2010. Key technical challenges for the electric power industry and climate change. *IEEE Transactions on Energy Conversions* 25:465–473.

Bonneville Power Administration (BPA). 2002. *Guide to tools and principles for a dry year strategy (draft)*. http://www.bpa.gov/power/pgp/dryyear/08-2002_Draft_Guide.pdf.

California Department of Forestry and Fire Protection (CDFFP). 2009. 20 largest California wildland fires (by acreage burned). N.p.: CDFFP. http://www.fire.ca.gov/about/downloads/20LACRES.pdf.

Cayan, D., M. Tyree, M. Dettinger, H. Hidalgo, T. Das, E. Maurer, P. Bromirski, N. Graham, and R. Flick. 2009. *Climate change scenarios and sea level rise estimates for the California 2008 Climate Change Scenario Assessment*. Draft Report CEC-500-2009-014D. Sacramento: California Climate Change Center.

Cayan, D. R., M. D. Dettinger, R. T. Redmond, G. J. McCabe, N. Knowles, and D. H. Peterson. 2003. The transboundary setting of California's water and hydropower systems, linkages between the Sierra Nevada, Columbia, and Colorado hydroclimates. In *Climate and water: Transboundary challenges in the Americas*, ed. H. Diaz and B. Morehouse, Chapter 11. Dordrecht: Kluwer.

Clarke, L., J. Edmonds, H. Jacoby, H. Pitcher, J. Reilly, and R. Richels. 2007. *Scenarios of greenhouse gas emissions and atmospheric concentrations*. Synthesis and Assessment Product 2.1a; Report by the U.S. Climate Change Science Program and the subcommittee on Global Change Research. Washington, DC: U.S. Department of Energy, Office of Biological and Environmental Research.

Cooley, H., J. Fulton, and P. H. Gleick. 2011. *Water for energy: Future water needs for electricity in the intermountain West*. Oakland, CA: Pacific Institute.

Crook, J. A., L. A. Jones, P. M. Forster, and R. Crook. 2011. Climate change impacts on future photovoltaic and concentrated solar power energy output. *Energy & Environmental Science* 4:3101–3109, doi:10.1039/C1EE01495A.

De Bono, A., P. Peduzzi, S. Kluser, and G. Giuliani. 2004. *Impacts of summer 2003 heat wave in Europe*. Environmental Alert Bulletin 2. Nairobi: United Nations Environment Programme.

Decanio, S. J. 2003. *Economic models of climate change: A critique*. Basingstoke, UK: Palgrave Macmillan.

Ebinger, J. and W. Vergara. 2011. Climate impacts on energy systems: Key issues for energy sector adaption. Washington, DC: World Bank.

Electric Power Research Institute (EPRI). 2007. Assessment of waterpower potential and development needs. Palo Alto, CA: EPRI.

Energy Information Administration (EIA), 2010. *Annual energy outlook 2011 with projections to 2035.* Report No. DOE/EIA-0383(2011). Release date December 16, 2010. Washington, DC: DOE. http://www.eia.gov/oiaf/aeo/gas.html.

Fawcett, A. A., K. V. Calvin, F. C. de la Chesnaye, J. M. Reilly, and J. P. Weyant. 2009. Overview of EMF 22 U.S. transition scenarios. *Energy Economics* 31: S198–S211.

Field, C. B., J. E. Campbell, and D. B. Lobell. 2008. Biomass energy: The scale of the potential resource. *Trends in Ecology & Evolution* 23:65–72.

Flannigan, M. D., B. J. Stocks, and B. M. Wotton. 2000. Climate change and forest fires. *Science of the Total Environment* 262:221–229.

Franco, G., and A. Sanstad. 2008. Climate change and electricity demand in California. *Climatic Change* 87:139–151.

Galbraith, K. 2012. Texas senate hears warning on drought and electricity. *The Texas Tribune,* January 10, 2012.

Georgakakos, A. P., H. Yao, M. Kistenmacher, K. P. Georgakakos, N.E. Graham, F.-Y. Cheng, C. Spencer, and E. Shamir. 2011. Value of adaptive water resources management in Northern California under climatic variability and change: Reservoir management. *Journal of Hydrology* 412/413:34–46.

Georgakakos, K. P., N. E. Graham, F.-Y. Cheng, C. Spencer, E. Shamir, A. P. Georgakakos, H. Yao, and M. Kistenmacher. 2011. Value of adaptive water resources management in northern California under climatic variability and change: Dynamic hydroclimatology. *Journal of Hydrology* 412/413:47–65.

Georgescu, M., D. B. Lobell, and C. B. Field. 2009. Potential impact of U.S. biofuels on regional climate. *Geophysical Research Letters* 36: L21806.

—. 2011. Direct climate effects of perennial bioenergy crops in the United States. *Proceedings of the National Academy of Sciences,* published online, doi: 10.1073/pnas.1008779108.

Hallegatte, S., and J. Hourcade. 2007. Why economic growth dynamics matter in assessing climate change damages: Illustration on extreme events. *Ecological Economics* 62:330–340.

Harou, J. J., J. Medellín-Azuara, T. Zhu, S. K. Tanaka, J. R. Lund, S. Stine, M. A. Olivares, and M. W. Jenkins. 2010. Economic consequences of optimized water management for a prolonged, severe drought in California. *Water Resources Research* 46: W05522, doi:10.1029/2008WR007681.

Institute of Electrical and Electronics Engineering (IEEE). 2007. IEEE 738-2006 – Standard for calculating the current-temperature of bare overhead conductors. Piscataway, NJ: IEEE Standards Association.

Intergovernmental Panel on Climate Change (IPCC). 2007. *Climate change 2007: The physical science basis. Contribution of Working Group I to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change,* ed. S. Solomon, D. Qin, M. Manning, Z. Chen, M. Marquis, K. B. Averyt, M. Tignor and H. L. Miller. Cambridge and New York: Cambridge University Press. http://www.ipcc.ch/ipccreports/ar4-wg1.htm.

Karl, T. R., J. M. Mellilo, and T. C. Peterson, eds. 2009. *Global climate change impacts in the United States.* Cambridge: Cambridge University Press. http://downloads.globalchange.gov/usimpacts/pdfs/climate-impacts-report.pdf.

Kawajiri, K., T. Oozeki, and Y. Genchi. 2011. Effect of temperature on PV potential in the world. *Environmental Science & Technology* 45:9030–9035.

Kehlhofer, R., F. Hanemann, F. Stirnimann, and B. Rukes. 2009. *Combined-cycle gas and steam turbine power plants.* 3rd ed. Tulsa, OK: PennWell Publishing.

Kenney, D. S., and R. Wilkinson, eds. 2012. *The water-energy nexus in the American West.* Cheltenham, UK: Edward Elgar Publishing.

LaCommare, K. H, and J. H. Eto. 2004. *Understanding the cost of power interruptions to U.S. electricity consumers*. Report No. LBNL-55718. Berkeley, CA: Ernest Orlando Lawrence Berkeley National Laboratory.

Lesieutre, B. C., W. H. Hagman, and L. Kirtley. 1997. An improved transformer top oil temperature model for use in an on-line monitoring and diagnostics system. *IEEE Transactions on Power Delivery* 12:249–256.

Li, X., and G. Zielke. 2003. A study on transformer loading in Manitoba: Peak load ambient temperature. *IEEE Transactions on Power Delivery* 18:1249–1256.

Li, X., R. Mazur, D. Allen, and D. Swatek. 2005. Specifying transformer winter and summer peak load limits. *IEEE Transactions on Power Delivery* 20:185–190.

Lutz, J.A., J.W. van Wagtendonk, A.E. Thode, D.D. Miller and J.F. Franklin. 2009. Climate, lightning ignitions, and fire severity in Yosemite National Park, California, USA. *International Journal of Wildland Fire* 18:765–774.

Madani, K., and J. R. Lund. 2009. Modeling California's high-elevation hydropower systems in energy units. *Water Resources Research* 45: W09413, doi:10.1029/2008WR007206.

—. 2010. Estimated impacts of climate warming on California's high-elevation hydropower. *Climatic Change* 102:521–538. doi: 10.1007/s10584-009-9750-8.

Mansbach, D., and D. Cayan. 2012. Formulation of a statistical downscaling model for California site winds, with application to 21st century climate scenarios. Draft final report. Sacramento: California Energy Commission, Public Interest Energy Research (PIER) Program.

Maulbetsch, J. S., and M. N. DiFilippo. 2006. *Cost and value of water use at combined-cycle power plants*. PIER Final Project Report CEC-500-2006-034. Sacramento: California Energy Commission, Public Interest Energy Research (PIER) Program.

Miller, N. L., J. Jin, K. Hayhoe, and M. Auffhammer. 2007. *Climate change, extreme heat, and electricity demand in California*. PIER Project Report CEC-500-2007-023. Sacramento: California Energy Commission, Public Interest Energy Research (PIER) Program.

Nakićenović, N., and R. Swart, eds. 2000. *Special report on emissions scenarios: A special report of Working Group III of the Intergovernmental Panel on Climate Change*. Cambridge: Cambridge University Press.

National Energy Education Development (NEED) Project, 2007. Hydropower. In *Secondary Energy Infobook*, 24–27. Manassas, VA: NEED Project.

National Energy Technology Laboratory (NETL), 2009a. *An analysis of the effects of drought conditions on electric power generation in the western United States*. Report no. DOE/NETL-2009/1365. Pittsburgh, PA: NETL.

—. 2009b. *Impact of drought on U.S. steam electric power plant cooling water intakes and related water resource management issues*. Report no. DOE/NETL-2009/1364. Pittsburgh, PA: NETL.

—. 2010. *Water vulnerabilities for existing coal-fired power plants*. Report no. DOE/NETL-2010/1429. Pittsburgh, PA: NETL.

Northwest Power and Conservation Council. 2005. *The fifth Northwest electric power and conservation plan*. http://www.nwcouncil.org/energy/powerplan/5/Volume1_screen.pdf.

National Research Council. 2010. *Limiting the magnitude of future climate change*. Washington, DC: National Academies Press.

Nuclear Regulatory Commission (NRC). 2006. Power reactor status reports, July–August. Washington, DC. http://www.nrc.gov/reading-rm/doc-collections/event-status/reactor-status.

—. 2007. Power reactor status reports, July. http://www.nrc.gov/reading-rm/doc-collections/event-status/reactor-status.

—. 2010. Power reactor status reports, July–August. http://www.nrc.gov/reading-rm/doc-collections/event-status/reactor-status.

—. 2011. Power reactor status reports, July. http://www.nrc.gov/reading-rm/doc-collections/event-status/reactor-status.

Null, S. E., J. H. Viers, and J. F. Mount. 2010. Hydrologic response and watershed sensitivity to climate warming in California's Sierra Nevada. *PLoS ONE* 5 (4): e9932, doi:10.1371/journal.pone.0009932.

Parker, N., P. Tittmann, Q. Hart, R. Nelson, K. Skog, A. Schmid, E. Gray, and B. Jenkins. 2010. Development of a biorefinery optimized biofuel supply curve for the western United States. *Biomass and Bioenergy* 34:1597–1607.

Phinney, S., R. McCann, and G. Franco. 2005. *Potential changes in hydropower production from global climate change in California and the western United States*. Consultant report CEC-700-2005-010. Sacramento: California Energy Commission.

Pryor, S. C., and R. J. Barthelmie. 2011. Assessing climate change impacts on the near-term stability of the wind energy resource over the United States. *Proceedings of the National Academy of Sciences*, published online, doi: 10.1073/pnas.1019388108.

Pryor, S. C., R. J. Barthelmie, D. T. Young, E. S. Takle, R. W. Arritt, D. Flory, W. J. Gutowski Jr., A. Nunes, and J. Road. 2009. Wind speed trends over the contiguous United States. *Journal of Geophysical Research* 114: D14105, doi:10.1029/2008JD011416.

Pryor, S. C., and J. Ledolter. 2010. Addendum to "Wind speed trends over the contiguous United States". *Journal of Geophysical Research* 115: D10103, doi:10.1029/2009JD013281.

Rasmussen, D. J., T. Holloway, and G. F. Neme. 2011. Opportunities and challenges in assessing climate change impacts on wind energy: A critical comparison of wind speed projections in California. *Environmental Research Letters* 6:024008, doi:10.1088/1748-9326/6/2/024008.

Samenow, J. 2011. Las Conchas fire near Los Alamos largest in New Mexico history. Posted to *Capitol Weather Gang* blog July 1, 2011. http://www.washingtonpost.com/blogs/capital-weather-gang/post/las-conchas-fire-near-los-alamos-largest-in-new-mexico-history/2011/07/01/AGcNXptH_blog.html.

Sathaye, J., L. Dale, P. Larsen, G. Fitts, K. Koy, S. Lewis, and A. Lucena. 2012. *Estimating risk to California energy infrastructure from projected climate change*. Report No. CEC-500-2012-057. Sacramento: California Energy Commission.

Sovacool, B. K. 2009. Running on empty: The electricity-water nexus and the U.S. electric utility sector. *Energy Law Journal* 30 (11): 11-51.

Stillwell, A. S., M. E. Clayton, and M.E. Webber. 2011. Technical analysis of a river basin-based model of advanced power plant cooling technologies for mitigating water management challenges. *Environmental Research Letters* 6:034015.

Swift, G. W., E. S. Zocholl, M. Bajpai, J. F. Burger, C. H. Castro, S. R. Chano, F. Cobelo, et al. 2001. Adaptive transformer thermal overload protection. *IEEE Transactions on Power Delivery* 16:516–521.

Tilman D., R. Socolow, J. A. Foley, J. Hill, E. Larson, L. Lynd, S. Pacala, et al. 2009. Beneficial biofuels—The food, energy, and environmental trilemma. *Science* 325:270–271.

Union of Concerned Scientists (UCS). 2007. Rising temperatures undermine nuclear power's promise. Union of Concern Scientists backgrounder. Washington, DC: UCS. http://www.nirs.org/climate/background/ucsrisingtemps82307.pdf.

U.S. Bureau of Reclamation. 2011. *Interim report No. 1, Colorado River Basin water supply and demand study*. Boulder City, NV: U.S. Bureau of Reclamation, Lower Colorado Region. http://www.usbr.gov/lc/region/programs/crbstudy/report1.html.

U.S. Department of Energy (DOE). 2006. *Energy demands on water resources: Report to Congress on the interdependency of energy and water*. Albuquerque: Sandia National Laboratories. http://www.sandia.gov/energy-water/docs/121-RptToCongress-EWwEIAcomments-FINAL.pdf.

—. 2010. *Water power for a clean energy future.* Report No. DOE/GO-102010-3066. N.p.: DOE, Office of Energy Efficiency and Renewable Energy. http://www1.eere.energy.gov/water/pdfs/48104.pdf.

—. 2011. *U.S. billion-ton update: Biomass supply for a bioenergy and bioproducts industry.* ORNL/TM-2011/224. Oak Ridge, TN: Oak Ridge National Laboratory.

Vicuña, S., R. Leonardson, M. W. Hanemann, L. L. Dale, and J. A. Dracup. 2008. Climate change impacts on high elevation hydropower generation in California's Sierra Nevada: A case study in the upper American River. *Climatic Change* 87: S123–S137.

Wei, M., J. H. Nelson, M. Ting, C. Yang, D. Kammen, C. Jones, A. Mileva, J. Johnston and R. Bharvirkar. 2012. *California's carbon challenge: Scenarios for achieving 80% emissions reductions in 2050.* Berkeley, CA: Lawrence Berkeley National Laboratory.

Welsh, R., S. Grimberg, G. W. Gillespie, and M. Swindal. 2010. Technoscience, anaerobic digester technology and the dairy industry: Factors influencing North country New York dairy farmer views on alternative energy technology. *Renewable Agriculture and Food Systems* 25:1701–1780.

Westerling, A. L., B. P. Bryant, H. K. Preisler, H. G. Hidalgo, T. Das, and S. R. Shrestha. 2009. *Climate change, growth and California wildfire.* Draft Paper CEC-500-2009-046D. Sacramento: California Climate Change Center.

Western Governors' Association. 2010. Policy resolution 10-15: Transmission and the electric power system. http://www.westgov.org/energy.

—. 2011. Policy resolution 11-7: Water resource management in the West. http://www.westgov.org/initiatives/water.

Western Resource Advocates. 2009. *Water on the rocks: Oil shale water rights in Colorado.* Boulder, CO: Western Resource Advocates. http://www.westernresourceadvocates.org/land/wotrreport/index.php.

Wilbanks, T. J., V. Bhatt, D. E. Bilello, S. R. Bull, J. Ekmann, W. C. Horak, Y. J. Huang, et al. 2007. *Effects of climate change on energy production and use in the United States.* Synthesis and Assessment Product 4.5; Report by the U.S. Climate Change Science Program and the subcommittee on Global Change Research. Washington, DC: U.S. Department of Energy, Office of Biological and Environmental Research.

---

## Endnotes

i       Includes biofuel-based transportation fuels and electricity generated with renewable energy (e.g., solar, wind, geothermal, biomass, hydroelectric).

ii      Several reports have considered potential climate impacts on the energy industry at the national and international levels (e.g., Karl, Melillo, and Peterson 2009; Beard et al. 2010; Ebinger and Vergara 2011). Here we direct attention to the Southwest region of the United States.

iii     These projections are similar to estimates presented in another recent study of California peak loads and climate change (Miller et al. 2007), which projects 90th percentile peak demand increases of 6.2% to 19.2 % under the IPCC's (2007) high-emissions scenario.

iv      Non-potable sources are now required in California for new permitting of thermoelectric water use (California Water Code, Section 13552).

v       An 86°F (30°C) ambient temperature approximately corresponds to a 248°F (120°C) hot spot conductor temperature at a typical transformer (Swift et al. 2001).

vi      Caution needs to be taken, however, as the analysis by Sathaye and colleagues (2011) was conducted at a scoping level and site-specific analyses are necessary to determine actual risks.

vii    The authors caution about the reliability of these reported trends, however, given the potential problems with the wind measurements due to such factors as changes in the location of the monitoring stations, degradation in the performance of the instruments used to measure wind speed, and changes in land use close to the monitoring stations.

## Chapter 13

# Urban Areas

**COORDINATING LEAD AUTHOR**

Stephanie Pincetl (Institute of the Environment and Sustainability, University of California, Los Angeles)

**LEAD AUTHORS**

Guido Franco (California State Energy Commission), Nancy B. Grimm (Arizona State University), Terri S. Hogue (Civil and Environmental Engineering, UCLA), Sara Hughes (National Center for Atmospheric Research), Eric Pardyjak (University of Utah, Department of Mechanical Engineering, Environmental Fluid Dynamics Laboratory)

**CONTRIBUTING AUTHORS**

Alicia M. Kinoshita (Civil and Environmental Engineering, UCLA), Patrick Jantz (Woods Hole Research Center)

**REVIEW EDITOR**

Monica Gilchrist (Local Governments for Sustainability)

## Executive Summary

The unique characteristics of Southwest cities will shape both the ways they will be impacted by climate change and the ways the urban areas will adapt to the change. The Southwest represents a good portion of the arid and semi-arid region of North America and many of its cities rely on large-scale, federally built water storage and conveyance

**Chapter citation:** Pincetl, S., G. Franco, N. B. Grimm, T. S. Hogue, S. Hughes, E. Pardyjak, A. M. Kinoshita, and P. Jantz. 2013. "Urban Areas." In *Assessment of Climate Change in the Southwest United States: A Report Prepared for the National Climate Assessment*, edited by G. Garfin, A. Jardine, R. Merideth, M. Black, and S. LeRoy, 267–296. A report by the Southwest Climate Alliance. Washington, DC: Island Press.

structures. Water regimes in this part of the country are expected to be significantly impacted by climate change because of higher temperatures, reduced snowpack, and other factors, including possibly reduced or more unpredictable patterns of precipitation, which will affect cities and their water supplies. Further, the cities are likely to experience greater numbers of high-temperature days, creating vulnerabilities among populations who lack air conditioning or access to cooling shelters. Myriad and overlapping governmental organizations are responsible for public goods and services in the region, as in other parts of the country. Their jurisdictions generally do not correspond to ecosystem or watershed boundaries, creating mismatches for climate adaptation programs and policies and significant barriers to cooperation and collaboration. Finally, many local governments are facing budget constraints, making it difficult to plan and implement new programs to anticipate the potential impacts of climate change.

In summary:

- The water supplies of Southwest cities, which are located in arid and semi-arid regions and rely on large-scale, federally built water storage and conveyance structures, will be less reliable due to higher temperatures, reduced snowpack, and other factors, including possibly reduced precipitation. (high confidence)

- Some Southwest cities are likely to experience greater numbers of extreme high-temperature degree days; residents who lack air conditioning or access to cooling shelters will be especially vulnerable to these changes. (high confidence)

- The large metropolitan areas that concentrate most of the population in the Southwest are governed by counties, cities, and hundreds or thousands of special districts, which makes coordination complex and therefore decreases the capacity for cities to adapt to climate change. (high confidence)

- Within metropolitan regions, substantial differences in fiscal capacity and in political and decision making capacities to plan and implement new programs to anticipate the potential impacts of climate change reduce the capacity for cities to adapt to climate change. (high confidence)

- Options for decreasing urban vulnerability to climate change include making data available to improve targeted programs for energy conservation (high confidence). For example, utility data (such as electric and gas bills) have heretofore been considered confidential, so understanding energy or gas use in a city, by land use, building type, or sociodemographic profile must be derived from surveys or national models. This makes it impossible to target specific energy use for reduction or as a model for conservation. (high confidence)

- Data availability will also improve the ability to develop new approaches to understanding urban energy flows (including wastes such as GHGs). Urban metabolism, for example, quantifies inputs and outputs to cities (Pincetl, Bunje and Holmes 2012) and can include the life-cycle analysis of supply chains that supply cities (Chester, Pincetl and Allenby 2012). Supply chains (which span all movement and storage of raw materials, manufacturing, and finished goods from point of origin to point of consumption) are poorly understood, and therefore their greenhouse gas (GHG) emissions are difficult to identify and reduce.[i] (high confidence)

- Monitoring for climate-related indices is weak throughout the region, and the data that are collected are usually not synthesized in ways that are useful to understand the urban causes and potential impacts of climate change. Most climate studies have been done at macro-scales or pertain to specific issues such as water supply. More local data, such as on water use in urban areas, would be useful in managing for climate change adaptation and planning for future impacts. (high confidence)

## 13.1 Cities in the Southwest

The importance of urban lands in climate change has been articulated in a previous assessment, which discussed the potential of urban planning, urban land management systems, and urban land regulation in addressing climate change challenges (Blanco et al. 2011). This chapter focuses on U.S. urban development impacts on climate and the potential effects of climate change on cities in the Southwest. Southwest cities grew throughout the twentieth century—a period of resource and land abundance—circumstances that shaped their land use, their residents' dependency on automobiles for transportation, the choice of building types, and patterns of resource use. Southwest cities have continued to grow at a tremendous pace, particularly the arid cities of Phoenix and Las Vegas (Figure 13.1).



**Figure 13.1  Population change in Southwest cities, 2000–2010.** Source: U.S. Census Bureau, 2010 data (http://2010.census.gov/2010census/).

Continued growth of suburban and urban areas in the Southwest will affect their vulnerability to climate change, depending on factors such as the geographical distribution of this growth (see Chapter 3). Figure 13.2 shows one potential growth pattern that is compatible with the IPCC high-emissions (A2) scenario (Nakićenović and Swart 2000; Bierwagen et al. 2010), a scenario in which there is continued population growth. Two immediate conclusions can be reached about potential impacts in urban areas taking

into account the projected potential changes in climate discussed in Chapters 6 and 7. First, cities would grow in areas that are projected to experience more rapid warming for the rest of this century. Second, urbanization would occur in areas that are projected to experience less predictable precipitation.

Areas of new urbanization in (shown in Figure 13.2), such as the Central Valley of California, also tend to coincide with the areas that are susceptible to large floods, as shown in Figure 13.3. Somewhat paradoxically, the probability of large flooding events rises with climate change in the Central Valley (Das et al. 2011), even if total precipitation levels go down.



**Figure 13.2 Human settlements (impervious surfaces) in the Southwest, 2000 and 2100.** The 2100 scenario is compatible with the IPCC A2 high-emissions scenario. Reproduced from the ICLUS web viewer (http://134.67.99.51/ICLUSonline/, accessed on 2/12/2012).

### Observed changes in climatic trends in major cities in the Southwest

Major cities in the Southwest and other parts of the United States are already experiencing changes in temperature. It is unclear, however, if these changes are mostly due to changes in land cover (as from the urban heat island effect)[ii] or if they are a manifestation of regional changes in climate. A recent study by Mishra and Lettenmaier (2011) tackled this issue by developing time series (data) of temperature and precipitation for 100 major cities and their surrounding rural areas in the United States and comparing their trends. Where the trend for an urban area is somewhat different than its surrounding rural area, changes in land cover (i.e., urbanization) may play a role. Therefore these changes may be reversible by making changes in urban morphology aimed at reducing the urban heat island. Mishra and Lettenmaier concluded that for the Southwest, changes in nighttime minimum temperatures and heating and cooling degree days are due to regional changes in climate, and urbanization is not the main reason for the already observed warming in cities (see Figure 13.4). The implications of this finding are that: (1) cities should prepare for increases in energy demand for space cooling and a reduction in energy demand for space heating, and (2) reducing the heat island effect should help but may not completely eliminate overall warming in the long term.



**Figure 13.3  FEMA 100-year and 500-year floodplains in California.** Adapted from Galloway et al. (2007).

The potential for extreme precipitation events is important for urban managers to consider because the amount of rain and duration of these events determine the needed design capacity of the stormwater infrastructure. Substantial increases in extreme precipitation events may result in the failure of stormwater systems if new extreme precipitation levels are outside their design envelope. So far, the historical trends for extreme precipitation for cities in the Southwest are less clear, with no uniform regional trends as shown in Figure 13.5, suggesting that there is not a clear imminent risk to stormwater systems from flooding of this type. As reported in Chapter 7, climate projections for the Southwest and throughout the country suggest an increase in extreme precipitation events but these projections are highly uncertain. It is possible that the climate-change signal is still emerging from the "noise" created by climate variability. In any event, flood control managers in California are preparing for potentially unusually high incidences of precipitation and consequent flooding (see, for example the projects listed on the California Dept. of Water Resources FloodSAFE website).[iii]



**Figure 13.4 Trends in heating and cooling degree days in major urban areas of the Southwest.** Trends in heating degree-days (left) and cooling degree-days (right) are based on 65°F (18.3°C) and 75°F (23.9°C) bases, respectively, for the period 1950 to 2009 in seventeen urban areas. Blue circles represent decreasing trends and red increasing trends. The trends are proportional to the diameter of the circles. Filled circles represent statistically significant trends. See glossary for definitions of heating and cooling degree-days. Adapted from Mishra and Lettenmaier (2011) with permission from the American Geophysical Union.

**Figure 13.5 Trends in the annual 1-day maximum daily precipitation amounts in major urban areas of the Southwest.** Blue circles represent decreasing trends and red increasing trends. The trends are proportional to the diameter of the circles. Filled circles represent statistically significant trends. Adapted from Mishra and Lettenmaier (2011) with permission from the American Geophysical Union.



### Urban processes that contribute to climate change

The contribution of urban areas in the Southwest to climate change is a function of a variety of features: urban form (dense or sprawling); the allocation of land to commercial, industrial, and residential uses, and their spatial disposition; infrastructure (including building technologies); impermeable surfaces; surface albedo; water supply and disposal systems; and transportation systems. Yet the body of research and amount of available data about the impact of such features on emissions and climate are relatively small. For example, the size of buildings, their construction materials, and building standards for energy efficiency all have greenhouse gas (GHG) emissions implications, but the exact relationships are not well understood. Levels of affluence and consumption in cities; whether cities depend on long or short supply chains for their goods and services; the energy used in the manufacturing and distribution of goods: all these play significant but poorly accounted-for roles in contributing to climate change. These energy-related flows are components of a city's *urban metabolism* (Kennedy, Cuddihy, and Engel-Yan 2007; Chester, Martin, and Sathaye 2008; Kennedy, Pincetl, and Bunje 2010). Comprehensive accounting that includes life-cycle analyses and cradle-to-grave GHG accounting of cities' metabolisms simply does not exist. Nor are the redirection of flows (such as water reuse and recycling or advanced nutrient recycling) well documented and quantified. Thus, both a city's contributions to climate change and the effects of its efforts to reduce those impacts remain unquantified due to lack of observational data.

Specifically, the dynamics of an increase in urban heat, or *heat flux*, that results from the transfer of heat energy to the atmosphere from pavement and other hard surfaces, heat generation from vehicles, and the consumption of electricity and heating fuel, are poorly understood. Sailor and Lu (2004) estimated these fluxes for a number of U.S. cities including Los Angeles and Salt Lake City, and Grossman-Clarke and colleagues (2005) estimated them for different land covers in Phoenix during the summer (see Figure 13.6). They found most cities have peak values during the day of approximately 30 to 60 watts per square meter ($W/m^2$, the power per unit area radiated by a surface). Salt Lake City and Los Angeles had relatively low fluxes compared to other cities, with peak values less than 15 $W/m^2$ and 35 $W/m^2$, respectively. Salt Lake City's flux level was particularly low due to low population density. For all of the cities (across the United States) analyzed in the Sailor and Lu study, heating generated from vehicles was the dominant cause of heat flux in the summer, accounting for 47% to 62% of it. Wintertime heating was also a very important cause, but less so in Southwest cities where winters are not as cold as in other parts of the United States. Recently, Allen and colleagues (2010) developed a global model for human-caused fluxes and found that globally the average daily urban heat flux due to human causes has a range of 0.7 $W/m^2$ to 3.6 $W/m^2$. Globally, they found heat release from buildings to be the most important contributor.

Several studies have included the effects of anthropogenic heat fluxes in global climate models (GCMs) (Flanner 2009; McCarthy, Best, and Betts 2010; McCarthy et al. 2012). While these models are at the global scale and cannot effectively quantify specific urban areas, they provide some insight into the importance of these fluxes. For example, McCarthy et al. (2011) ran simulations with both $CO_2$ doubling and anthropogenic urban heat fluxes. They found that by 2050 in the Los Angeles area, the number of hot days experienced in urban areas would be similar to the number of hot days experienced in



**Figure 13.6 Anthropogenic heat flux estimates for three Southwest cities, shown in watts per square meter.** Urban built-up (no vegetation), urban mesic residential (well-watered flood or overhead irrigated), and urban xeric residential (drought-adapted vegetation with drip irrigation) are distinguished by their type of vegetation and irrigation, listed in parentheses. Adapted from Sailor and Lu (2004) and Grossman-Clarke et al. (2005).

rural areas. However, the annual frequency of hot *nights* would increase more in the city than in the rural areas for the $CO_2$ doubling scenario. In the city of Los Angeles the number of hot nights would increase by two days with 20 $W/m^2$ of anthropogenic heating and by ten days with 60 $W/m^2$.

About 60 million people live in the Southwest, the majority of whom reside in major metropolitan urban centers and consume the majority of goods and services. As indicated before, good information is lacking about the direct and indirect GHG emissions from urban populations. However, new studies have shown that the net emissions associated with imports and exports of goods and services in the United States are substantial (Peters and Hertwich 2008; Davis and Caldeira 2010), as shown in Figure 13.7.

Estimates of consumption-based emissions (which take into account net imports and exports of goods and services) for the United States are about 12% higher than production-based inventories (i.e., conventional inventories) (Davis and Caldeira 2010). Preparing consumption-based inventories for cities should be a priority to identify potential unrecognized sources of indirect emissions. By implementing life-cycle analysis for goods and services, such information could be developed.



**Figure 13.7 Embodied CO$_2$ emissions associated with goods and services exported (left) and imported (right), for selected countries.** Colors represent trade of finished goods by industry sector. Reproduced from Davis and Caldeira (2010).

While direct-emission measurements of GHGs in cities are rare, a number of urban studies do exist (e.g., Velasco and Roth 2010; Crawford et al. 2011 and references therein; Ramamurthy and Pardyjak 2011). These researchers have begun to quantify CO$_2$ emissions from different types of urban surfaces using the eddy covariance (EC) method[iv] that has been employed by researchers of non-urbanized ecosystem sites around the world for many years (Aubinet et al. 2000; Baldochhi 2003). The dearth of urban data is partly a result of a number of difficulties in making these measurements (Velasco and Roth 2010).[v] The measurements are, however, very important as they provide spatial and temporal information about the sources and sinks[vi] of emissions that cannot be obtained from conventional inventory methods. A framework for a global Urban Flux Network[vii] now exists to help identify those cites that currently measure fluxes or have recently made such measurements around the world. Only two sites are currently listed in the Southwestern United States: Salt Lake City (Ramamurthy and Pardyjak 2011) and a USGS-operated site in Denver.

While only a limited number of urban EC studies exist, a general understanding of important mechanisms related to the emissions process is starting to form. For example,

as shown in Figure 13.8, for a wide range of urban areas around the world there is a surprisingly strong correlation between the proportion of vegetated area and net $CO_2$ fluxes during the summer. Because of their very low urban density and the presence of substantial vegetation (e.g., urban forests), suburban areas such as in Salt Lake City are relatively small net producers of $CO_2$. These human-planted urban forests in semi-arid climates provide benefits such as $CO_2$ sequestration and microclimate mediation during the summer (e.g., temperatures are reduced from shading and evapotranspiration-related cooling), but require irrigation. Increased water demands from urban vegetation, while potentially mitigating some aspects of climate change, could increase water use in urban areas already challenged by scarce water resources. This trade-off is still not well-quantified.



**Figure 13.8 Average daily net $CO_2$ emissions for different cities around the world during summer months.** Adapted from Ramamurthy and Pardyjak (2011).

Yet, even the most densely vegetated suburban and urban areas have been found to be net sources of $CO_2$ (Velasco and Roth 2010). Some well-vegetated suburban areas such as Baltimore take in more $CO_2$ than they release in the summer through uptake by abundant foliage, yet they are still annual net sources of $CO_2$ (Crawford et al. 2011). Salt Lake City has a very large urban forest (Pataki et al. 2009); the suburban area monitored there showed significant periods of $CO_2$ uptake during the daytime in summer, but daytime fluxes still were a net source of $CO_2$. More research is needed to correlate urban ecosystem parameters with gas exchanges to better understand the mechanisms of transfer.  In addition, it is important to recognize that the quantity of $CO_2$ sequestered by vegetation is dwarfed by urban emissions.

Atmospheric $CO_2$ concentrations in urban areas are usually much higher than annual global averages because of the local sources of emissions. For example, measurements in Phoenix showed peak $CO_2$ ambient concentrations that were up to 75% higher than in its rural areas (Idso, Idso, and Balling 2001). In Salt Lake City, Pataki, Bowling and Ehleringer (2003) found peak $CO_2$ ambient concentrations during wintertime atmospheric inversions that were around 60% higher than in its rural areas, while summertime afternoon values were very close to background levels. Jacobson's 2010(a) Los Angeles study of the potential implications of these "urban domes" of $CO_2$, found that higher ambient $CO_2$ concentrations result in small but important increases in air pollution (ozone and particulate matter; see Figure 13.9).[viii] This is in addition to potential increases in air pollution from a global increase of GHGs in the atmosphere reported by others (e.g., EPA 2009; Jacobson and Street 2009; Zhao et al. 2011). Local control of $CO_2$ emissions would provide a means of improving urban air quality conditions in cities if the urban "dome effect" is confirmed.



**Figure 13.9 Changes of ozone ($O_3$) concentrations due to the "$CO_2$ dome" effect in Los Angeles.** Modeled differences in ozone concentration in parts per billion from two simulations (with and without $CO_2$ emissions in Los Angeles); August–October. Contour lines indicate topography. The darker areas inland, to the south and west of the San Gabriel and Santa Ana Mountains (e.g., at approximately 33.7°N, 117.2°W), show increases in surface ozone, due to increased $CO_2$ aloft. Increased ozone is implicated in air pollution-related deaths. Adapted with permission from the American Chemical Society (Jacobson 2010a, 2501).

Climate change will affect Southwest cities differently, due to their unique geographical locations, settlement histories, population growth rates, shapes and infrastructure, economies, and socio-demographic characteristics. Impacts to residents will in turn depend on where they live and their own capacities and incomes. Southwestern cities—especially the largest metropolitan areas in each of the Southwestern states—have shared characteristics that may cause climate to impact them differently than cities in other regions of the country. Historic development paths of cities continue to influence

development patterns and constrain the potential for mitigation and adaptation to climate change. Cities are the products of a particular historical period; most in the Southwest were shaped by the concerns and aspirations of the early twentieth century. These cities were built in a time when there seemed to be no resource constraints, and so their location and form may be less appropriate and functional than in generations past, as climate changes over the next century and beyond. What were hot summers in Phoenix, for example, may become extremely hot summers by the second half of the century, affecting generations that are not yet born.

### Government characteristics of large metropolitan regions in the Southwest

The largest metropolitan regions in each state are Albuquerque (New Mexico), Denver (Colorado), Las Vegas (Nevada), Los Angeles (California), Phoenix (Arizona), and Salt Lake City (Utah). One characteristic of Southwest cities is that they are often part of much larger urbanized regions. For example, the city of Los Angeles is one of eighty-eight cities in Los Angeles County, a fully urbanized political jurisdiction. To distinguish Los Angeles from the other cities within the county in terms of its climate contributions or impacts is difficult, as all are intertwined through shared infrastructure and airsheds (shared paths of airflow and pollutants). Thus, one of the important obstacles for cities relative to potential impacts of climate change and adaptation is coordinating governance in complex, fragmented metropolitan regions.

Jurisdictional boundaries in these metropolitan areas are particularly important for the management of environmental resources. Political jurisdictions—such as cities, counties, and special district governments—are superimposed upon ecosystems, watersheds, groundwater resources, and climate zones in ways that do not conform to their physical processes and properties, making it challenging to manage them in a coherent or integrated fashion. There are few requirements for coordinated management or integrated approaches across jurisdictions with regard to infrastructure, natural resources, or any of the daily tasks of local government. This jurisdictional fragmentation of the built environment and infrastructure is complex and place-specific, making it complicated to manage emissions from these large urban areas or to plan and implement mitigation and adaptation measures to address climate impacts. For example, coordinated watershed management for greater water recapture and reuse is difficult because of the number of jurisdictions that have to be integrated (Green 2007). Jurisdictional complexity, differences in scale, and differences in the way data are gathered and made available are significant problems to overcome in order to understand regional contributions to climate change and how those regions may respond.

### Southwest cities as distinctive federal creations

To understand the distinctiveness of Southwest cities, it is useful to put their development in historical context. As the nation developed, lands west of the 100th meridian were a source of interest to the federal government (because of their potential) and of special concern (due to their aridity). For the region to become populous and develop a viable economy, providing water was essential (see also Chapter 10). Localities, territories, and states lacked sufficient resources to develop the size and scale of water projects necessary to move water long distances and store it for when it was needed, or the

infrastructure to harness major rivers such as the Colorado River (Hundley 2001). Federal water infrastructure was the major factor (driver) for growth of Southwest cities. Federal investments in water development were accompanied by expansion of the electric grid and provision of electricity (Lowitt 1984), which also contributed to urban growth (Table 13.1). At the turn of the twentieth century, the federal government invested the financial resources of the nation to build Southwest water projects, enabling both large-scale agriculture and urban development to occur. Federal water development projects harnessed the Colorado River and other rivers to provide essential water for the growth of the Los Angeles region, and subsequently Phoenix and Las Vegas. Denver benefited from the Colorado-Big Thompson Project. Salt Lake City too complemented its water resources with the Central Utah Project that included water storage (Lowitt 1984). Though Albuquerque relies on groundwater and some surface water, federal funds were provided to relieve flooding and drainage issues in the area, and to bring Rio Grande water in for irrigators and urban use. There are also many small water providers in these cities and region that may rely on local water sources as well. Understanding the full water supply system in these metropolitan regions is very difficult as there are many retail water suppliers, created over time as city regions grew, that buy water from large water wholesale agencies like the Southern California Metropolitan Water District, and/or have small local water resources they sell directly or blend with water from large-scale suppliers. Federally subsidized water projects made water abundant and inexpensive in the Southwest. Water agencies' mission became one of meeting demand from what seemed to be limitless water availability (Hundley 2001).

With increasing uncertainty about snowpack and rainfall due to potential climate change impacts, the historic allocation of Colorado River water distributed by federal infrastructure is once again becoming an increasingly contentious issue among Southwestern states and between competing urban and agricultural demands (see also

**Table 13.1** Major water supply projects for Southwestern cities

| City | Major Water Supply Projects |
| --- | --- |
| Albuquerque | Rio Grande Project (1906–1952), Elephant Butte Dam (1916), Middle Rio Grande Conservancy District (1928– present), Rio Grande Compact (1938–present), San Juan-Chama Project (1962–present) |
| Denver | Colorado-Big Thompson Project (1938–1957) |
| Las Vegas | Colorado River dams (1932–1961), Southern Nevada Water Authority (~1947) |
| Los Angeles | Colorado River dams (1932–1961), Central Valley Project (1937–1979) |
| Phoenix | Central Arizona Project (1946–1968), Horseshoe Dam (1944–1946) |
| Salt Lake City | Central Utah Project (1956) |

Chapter 10, Box 10.1). Natural areas and ecosystems have been the last to receive rights to water, due to the relatively recent acknowledgement of the importance of ecosystem services (which recognize the value of services provided by an ecosystem, such as recreation, flood control, and reduction of nitrates and other contaminants) and the protection of endangered species. Water rights are hierarchical in time, the oldest users having the first rights under prior appropriation water law. The new ecological concerns have added yet one more water client. Water rights among the different water constituents in the West raise delicate policy questions about the best use of water: for irrigation, for municipal and industrial use, or for ecosystems. Colorado in 1973 recognized the importance of protecting streamflows for the preservation of the natural environment and has a program of water rights acquisitions through the Colorado Water Conservation Board. In New Mexico, in-stream water transfers are left largely to the state engineer, but it is unclear who is eligible to transfer the rights or to hold them. California's in-stream protections derive from the federal Central Valley Project Improvement Act, passed in 1992, which mandated changes in the management of the Central Valley Project to protect and restore habitat for fish and wildlife and has influenced water management throughout the state. Nevertheless, during drought years there is contention about water allocation, and in a future of restricted or unpredictable water supply, determining priorities for water will become more pressing. There are currently no institutions or frameworks to resolve these trade-offs, either within the states themselves or among them. Historically, abundant and inexpensive water (supplied by the federal water systems and more recently by state systems) fueled expectations of an infinite water supply and enabled profligate water use in the Southwest, including extensive outdoor water use in residential areas. Fortunately this is beginning to change (Cohen 2011), but expectations of an infinite water supply were directly linked to federal investments in the West. Urban water use is now consistently declining in every Southwest city, which may reflect increasing awareness of scarcity and the implementation of water conservation policies (Figure 13.10).

Concerns about demands for water and other resources for the Southwest and its emerging cities also led to the setting aside of lands in forests and mountains that still remained in the public domain at the end of the nineteenth century. At that time, no large-scale water transfer systems had been put in place to bring water to growing cities from far-flung places, and the growing understanding that poor forest practices led to floods provided a strong justification for watershed protection. President Benjamin Harrison, for example, designated the lands surrounding the Los Angeles Basin as national forests in 1892 (Pincetl 1999). This federal policy shift resulted in most of the contemporary metropolitan regions in the Southwest being surrounded by public lands that provide important ecological services, including flood control and recreation. This shift also created an extensive wildland-urban interface. Despite their size, the largest Southwestern cities are relatively isolated from other metropolitan areas, are often surrounded by public lands, and rely heavily on imported water (see the satellite images of Los Angeles and Phoenix in Figure 13.11).

Federal spending in the Southwest region during and after the Second World War also fueled growth and created multiplier effects throughout the economy. Airfields and military bases were built, Los Alamos National Laboratory was created in New Mexico, and other investments in the aerospace and ancillary industries provided the



**Figure 13.10 Per capita water use in Southwest cities (2000–2010).** Source: Great Western Institute (2010), Salt Lake City Department of Public Utilities (SLCDPU 2009), Los Angeles Department of Water and Power (LADWP 2011), City of Albuquerque (http://www.cabq.gov/), City and County of Denver (http://www.denvergov.org/), Southern Nevada Water Authority (http://snwa.com/), Salt Lake City Public Utilities (http://www.slcclassic.com/utilities/), City of Phoenix (http://phoenix.gov/), Los Angeles Department of Water and Power (http://www.ladwp.com/).

employment base for urban development. The Southwest became the home of new techniques for mass home building (also made possible by the expanding water supplies) and populations in the metropolitan areas grew rapidly (Nash 1985; Kupel 2003). The Kaiser Company, for example, built worker housing in Los Angeles near its manufacturing facilities, pioneering the development of planned, dense, automobile-dependent, single-family tracts with nodal shopping malls and other services. Home building was modeled on assembly-line aircraft construction, making it possible to considerably accelerate the pace of construction (Hise 1997). These factors have made cities of the Southwest both expansive and relatively denser than other cities in the country: ten of the fifteen densest metropolitan areas in the United States are located in California, Nevada, and Arizona (Eidlin 2010). Growth of the Southwest cities coincided with both automobile-dominant transportation and federal investment in it, including the Federal Highway Act of 1956, a Cold War-related national system built for defense purposes. As a result, the morphology of Southwest cities is densely suburban. Nationally, the automobile-dependent urban form is a product of post-war suburban growth, with highways and home mortgages subsidized by the federal government.





**Figure 13.11  Satellite image of urban Los Angeles (top) and Phoenix (bottom).** The two cities are surrounded by undeveloped mountainous areas and public lands. Image by Geology.com using Landsat data from NASA.

## 13.2.  Pathways Through which Climate Change Will Affect Cities in the Southwest

### Fire hazards

The extensive public lands surrounding these major metropolitan regions and the corresponding urban-wildland interface make them susceptible to increased wildfires driven by a drier climate, extensive and scattered urbanization in the public lands, a history of fire suppression, and changing vegetation in the natural lands themselves.

The Southwest cities are not equally prone to wildfires (Figure 13.12) nor are they equally likely to suffer increased fire impacts due to differences in the types of ecosystems in the surrounding natural lands. But for the cities at risk, the cost of fire protection is significant. Increased fire incidence will cause property damage and impose related costs, some of which are only beginning to be understood. Issues such as who should pay for fire protection can be contentious, as can be the development of new building regulations for greater fire resistance and land-use regulations to prevent construction

in high-fire-zone areas (Pincetl et al. 2008). Less evident impacts are also likely. For example, in the Los Angeles National Forest Station Fire, vegetation burned that had not burned since before the introduction of air pollution controls. Stormwater samples taken after the Station Fire showed high levels of heavy metals that had been deposited before Clean Air Act requirements were imposed (Burke et al. 2011). Water from the front range of the Los Angeles National Forest is a key source of groundwater recharge, and infiltration basins have been inundated with these post-fire pollutants. Except for the study of the L.A. Station Fire, little or no monitoring of such impacts has been done. Increased incidents of urban-fringe fires will require improved post-fire monitoring and management and treatment of stormwater runoff to reduce impacts to city water supplies and downstream ecosystems (see also Chapter 3, Section 3.2.1, and Chapter 8, Section 8.4.2).



**Figure 13.12  Total acres burned in wilderness/urban interface zones of six Southwestern cities.** Source: U.S. Department of the Interior's Geospatial Multi-Agency Coordination Group (GeoMAC) Wildland Fire Support (http://www.geomac.gov), State of California Fire and Resource Assessment Program (http://frap.cdf.ca.gov).

### The built environment

The built environment itself can be a conduit for climate impacts. High percentages of impermeable surfaces like asphalt—which is commonly used in cities—increase surface temperatures, amplify heat waves, and reduce stormwater infiltration, contributing to

potential flooding. Lack of energy-conservation standards increases the vulnerability of residents to heat waves. For example, Arizona, Colorado, and Utah have no state-wide energy codes for building construction, deferring to the localities to develop their own. In contrast, California that has energy conservation regulations at the state level, continues to lead the nation in building-energy efficiency. State-level regulations create an even playing field, relieving localities from having to develop their own codes, and provide the technical expertise that can be required. Instead, currently there is a patchwork of different energy-conservation standards, and some states have none at all. New Mexico, Nevada, and California have statewide mandatory requirements to which specific cities have imposed additional requirements.[ix] Building-energy standards are a method to reduce the impact of extreme heat incidences.

In each of the cities, energy providers have instituted financial incentives for conservation and in some cases the use of alternative energies; city and county governments have also developed various types of regulatory frameworks to encourage efficiency and "green" building (Table 13.2) (see also Chapter 12, Section 12.3.5).

Cities in the Southwest also have very different patterns of infrastructure use and regulation. The percentage of each city's population using public transit, for example, ranges from 1.6% in Albuquerque to 6.2% in Los Angeles (Figure 13.13). According to the American Association of State Highway and Transportation Officials, light-duty trucks and automobiles contribute 16.5% of U.S. GHG emissions. Cities have done inventories on their own vehicle use and GHG emissions, but city-wide and county-wide GHG emissions are not available across the Southwest though under Senate Bill 375 in

**Table 13.2** Energy-efficiency incentives and regulations in Southwestern cities

| City | Financial Incentives | Rules, Regulations and Policies |
| --- | --- | --- |
| Albuquerque | Green Building Incentive program | Energy conservation code |
| Denver | Energy-efficiency rebates from service provider | "Green building" requirement for city-owned buildings |
| Las Vegas | Energy-efficiency rebates from service provider | County-wide energy conservation code |
| Los Angeles | Renewable energy and energy-efficiency support and rebate programs from service provider | County-wide green building programs and LEED certification for public buildings |
| Phoenix | Renewable energy and energy-efficiency support and rebate programs from service provider | Design standards for city buildings; renewable energy portfolio goals |
| Salt Lake City | Renewable energy and energy-efficiency support and rebate programs from service provider | Green power purchasing by city; high-performance buildings requirement |

Sources: City of Albuquerque (http://www.cabq.gov/); City and County of Denver (http:// www.denvergov.org/); City of Las Vegas (http://www.lasvegasnevada.gov/); City of Los Angeles (http://www.lacity.org/); City of Phoenix (http://phoenix.gov/); Salt Lake City (http://www.slgov.com/).

California, such inventories are being conducted. Still, fossil-fuel combustion generates GHGs and in regions where there is a greater reliance on fossil fuels and on single-occupancy vehicles, there will be more production of GHGs. While public transportation also emits GHGs, reducing overall vehicle miles traveled (as by single occupancy vehicles rather than multiple passenger public transportation) will reduce regional GHG emissions. (More information on passenger travel and emissions can be found in Chapter 14, Section 14.2.)



**Figure 13.13 Public transit use and carbon footprints of Southwest cities.** Source: U.S. Census Bureau American Community Survey 2009 (http://www.census.gov/acs/www/data_documentation/2009_release/), and Brown, Sarzinski and Southworth (2008).

Smart growth and new urbanism initiatives have been influential in the Southwest. The concept of smart growth is to place new development near existing urban infrastructure, especially transportation, and to make urban areas more compact. New urbanism promotes the creation and restoration of diverse, walkable, compact, and mixed-use communities based on specific design principles (Haas 2012). These ideas for new ways to build cities were inspired by concerns about health, walkability, and livability, as well as cost. Living near transit lines and in walkable neighborhoods has multiple benefits; it so happens that these benefits are lined up with the mitigation of climate change as well. One major initiative has been the California and Utah Regional Blueprint Planning Program, with the federal Environmental Protection Agency acting as a partner. In the Salt Lake City region, this effort, along with the infrastructure development for the 2002

Olympics, created the infrastructure and incentives for more compact development and development adjacent to already developed areas. For the major cities in California, the process has engaged thousands of residents in articulating a vision for the long-term future of their region and understanding the implications of different types of growth relative to impacts on land use, transportation, energy, and (increasingly) climate. This has also led to yearly *California Regional Progress* reports, available online at the California Department of Transportation website. The Phoenix, Mesa, and Valley Metro Rail systems are also receiving assistance from EPA to develop a regional strategy that will encourage compact, mixed-use, and transit-oriented development (see its Region 9 SmartGrowth web page[x]).

### Climate change and urban water

In the Southwestern United States, potential impacts of climate change on water resources have been summarized by numerous researchers (e.g., Knowles and Cayan 2002; Miller, Bashford, and Strem 2003; Hayhoe et al. 2004; Mote et al. 2005; Cayan et al. 2010; MacDonald 2010; and Chapters 6 and 10 of this report). Most climate models indicate that the Southwest will become drier in the twenty-first century, and that there will be increased frequencies of extreme weather events, including drought, flooding, and heat waves (IPCC 2007). Increasing temperatures are expected to alter precipitation patterns (i.e. volume, frequency, and intensity) and correspondingly alter regional streamflow patterns. Increasing temperatures will impact urban populations in the Southwest; their impacts may be already felt in communities such as Phoenix, whose annual number of misery days (days where people feel strongly impacted by temperature and there can be adverse health impacts) has been increasing[xi] (Figure 13.14) (Ruddell et al. forthcoming). Annual minimum temperatures in all six of the Southwest cities considered here are also increasing (Figure 13.15). For further discussion on the effects of climate change on human health in urban areas, see Chapter 15.

Precipitation patterns in the Southwest are typically highly variable (Figure 13.16). Climate change is anticipated to make variable and extreme precipitation even more common and to result in changes in flood frequency and extreme runoff events (Lopez, Hogue, and Stein 2011). Highly structured and in-filled cities (cities that have high proportions of impermeable surfaces due to roads and buildings, little open space, and existing infrastructure such as for stormwater) have little capacity to adapt to increasing flows—for example by devoting existing open spaces to stormwater infiltration—and so may be especially vulnerable to extreme flooding. Enhanced, intensified water flows will increase the wash-off of suspended sediments and other pollutants, degrading water quality, as was the case in the Station Fire in Los Angeles mentioned above (Benitez-Gilabert, Alvarez-Cobelas, and Angeler 2010; Lopez, Hogue, and Stein in review). Altered flow regimes and degraded water quality also have significant implications for downstream ecosystems that receive polluted urban stormwater. There have been some initial efforts to restore such ecosystems. For example, since 1997, the Wetlands Recovery Project (WRP) in Southern California has invested over $500 million in the acquisition and restoration of coastal wetlands. Unfortunately, they are now at accelerated risk of degradation due to increased potential for increased high-precipitation events and fires. Wetlands in other parts of the Southwest are at similar risk of fire impacts on water quality.



**Figure 13.14 Number of misery and frost days in Phoenix, 1900–2010.** Note the increase in misery days, and decrease in frost days during the last 40 years. Source: Ruddell et al. (2012).

Temperature increases will also impact vegetation across the Southwest, increasing evapotranspiration rates. If this holds true, water demand in urban ecosystems will increase. This is especially true in cities with extensive vegetation that is not climate-appropriate and has heavy water demand. For instance, the city of Los Angeles likely uses 40% to 60% of its residential water for outdoor and landscaping application (LADWP 2011), much of this going to non-native and non-climate-appropriate species such as turf grass. The trend toward urban tree planting to reduce the urban heat island effect and provide other benefits, as exemplified in the Los Angeles Million Tree Planting program, may also lead to unintended increased water demand (Pataki et al. 2011).[xii] However, landscaping and greenspace (protected and reserved areas of undeveloped land) are unequally distributed in many of the Southwest urban centers. Many residents will be limited in their capacity to plant and maintain greenspace relative to local resources and incomes, compromising their ability to mitigate increased temperatures and their associated energy needs. There are complex environmental justice implications in the distribution of greenspace as many low income neighborhoods suffer from lack of tree canopy and other vegetation and so are hotter (Grossman-Clarke et al. 2010; Chow, Chuang, and Gober 2012; Pincetl et al. 2012).



**Figure 13.15 Average annual minimum temperatures for six Southwestern cities (in °F).**
Source: Prism Climate Group (2011), Oregon State University, http://prism.oregonstate.edu.



**Figure 13.16 Average annual rainfall (in inches) in six Southwestern cities, 1895–2010.**
Source: Prism Climate Group (2011), Oregon State University, http://prism.oregonstate.edu.

Sea-level rise in Southwest cities is a third consequence of rising temperatures. Its potential impacts are described further in Chapter 9. Observations over the last century show sea-level rise of about 8 inches (about 203 mm) along California's coast (see Chapter 9, section 9.2.2). Sea-level rise has a range of associated consequences, but a key concern for Southwest coastal cities, such as Los Angeles, is the salinization of groundwater and estuaries, which reduces freshwater availability (Bloetscher et al. 2010; Quevauviller 2011). Sea-level rise is expected to shift the fresh water/saline interface inland due to salt water intrusion, potentially contaminating groundwater supplies used in urban coastal cities. Ultimately, this may result in increased costs associated with infrastructure to segregate sea water from fresh water (these include barrier well injections[13] and/or the implementation of additional barrier systems) (Webb and Howard 2011).

Wastewater and stormwater infrastructure, as well as reclamation and recharge projects are also vulnerable to sea-level rise, especially in low-lying coastal regions (Bloetscher et al. 2010). Model simulations by Webb and Howard (2011) indicate that aquifers can take several centuries to gain equilibrium following a cessation in sea-level rise, largely dependent on the aquifer's properties.

Sea-level rise will likely affect private property and also infrastructure such as sewage treatment plants located along the coast, as well as roads and rail lines. A number of coastal cities and regions are beginning to prepare for the potential of this impact, integrating costs and plans in their capital improvement programs. The Port of Los Angeles is planning for adaptation to sea-level rise by seeking expert advice, contracting with Rand Corporation to identify key vulnerabilities and develop a set of general approaches based on alternative models. (See additional discussion in Chapter 9, Box 9.4). Such planning raises questions of jurisdictional responsibility, as infrastructures such as sewage treatment plants often serve regional cities. Land-use impacts may affect only some jurisdictions and not others, and funding can be complicated as well.

## 13.3  Critical Missing Data and Monitoring in Cities

For complex urban regions, where the majority of the Southwest population lives, greater inter-jurisdictional collaboration of data collection and planning will be required to allow cities to adapt to climate change and become more resilient. One such approach is the Los Angeles Regional Collaborative for Climate Action and Sustainability,[xiv] which operates at the level of Los Angeles County (the county encompasses eighty-eight cities, 10 million inhabitants and over 1,000 special districts). The goal of the collaborative is to develop a plan for climate action and sustainability that draws on the strengths of each member to build an integrated and coherent response to potential impacts of climate change. Best management practices across the region will be shared, as well as funding for programs and projects. Although few examples of this type of initiative currently exist, it represents a feasible strategy for Southwest cities to move adaptation forward. (See additional examples in Chapter 18.)

Quantification of energy flows into urban regions and pollution sinks is also required so that carbon-mitigation strategies can be based on rigorous data analyses that incorporate a life-cycle-based understanding of the generation of GHGs. Tracking of pollution sinks—such as methane from landfills or the deposition of air pollutants on soils

that may then become captured in runoff—will help determine the impacts of urban systems. Such urban energy flow studies—known as urban metabolism—can improve our understanding of a host of climate-change vulnerabilities. A key need in conducting such analyses are geographically specific data, such as household, commercial, and industrial energy-use data, that are currently not available due to privacy concerns. Coupling household-level energy use with land-use data will reveal important aspects of urban activities and help identify mechanisms by which they may be improved.

Observations on land-atmosphere interactions in Southwest urban centers are also lacking. For example, while local temperature data are generally available from government agencies, the scattered distribution of temperature gauges often do not accurately reflect the spectrum of microclimates in an urban area. There is also a need for more measurements of atmospheric $CO_2$ and urban energy fluxes, as discussed, and for distributed runoff data. Other key data that would be useful in evaluating urban water consumption patterns and trade-offs are vegetation type and species used in urban areas and separate metering for indoor and outdoor water use. Air-quality monitoring is equally sparse and often limited to criteria pollutants. GHG monitoring is nonexistent, as are comprehensive data on the health impacts of heat waves and air-quality deterioration.

Cities in the Southwest of the United States have unique but regionally shared characteristics. They are artifacts of federal policy, including protection of the public lands that surround many of them. Federal land, transportation, and water policies have shaped the urban form, creating a dense urban sprawl characterized by thirsty, climate-inappropriate vegetation in urban areas that are dependent on inexpensive and abundant fuels and water. The impacts of climate change on these arid cities are largely centered on probable water scarcities over the course of the twenty-first century, punctuated by extreme weather events that will bring flooding, fires, and extreme heat events. Fortunately, water consumption per capita is beginning to decrease in most western states (Cohen 2011). In some states there is increased investment in and ridership of public transportation, offering the hope that transportation-related GHG emissions will decrease. Measures such as capturing landfill GHGs are advancing as well, and numerous cities and towns are planning, directly or indirectly, for climate change impacts, including requiring buildings to become more energy-efficient.

The fragmented governance of these cities makes coordinated and integrated programs and responses difficult, and budgetary constraints are significant. Governance experiments such as the Los Angeles Regional Collaborative for Climate Action and Sustainability provide a vision of a process that could effectively coordinate climate responses in fragmented Southwest cities. Governance and fiscal capacity will play an important role in the ability of regions to adapt.

## References

Allen, L., F. Lindberg, and C. S. B. Grimmond. 2010. Global to city scale urban anthropogenic heat flux: Model and variability. *International Journal of Climatology* 31:1990–2005.

Aubinet, M., A. Grelle, A. Ibrom, U. Rannik, J. Moncrieff, T. Foken, A. S. Kowalski, et al. 2000. Estimates of the annual net carbon and water exchange of forests: The EUROFLUX methodology. *Advances in Ecological Research* 30:113–175.

Aubinet, M.,Vesala, T., and D. Papale, eds. 2012. *Eddy covariance: A practical guide to measurement and data analysis*. Dordrecht: Springer.

Baldocchi, D. 2003. Assessing the eddy covariance technique for evaluating carbon dioxide exchange rates of ecosystems: Past, present and future. *Global Change Biology* 9:479–492.

Benitez-Gilabert, M., M. Alvarez-Cobelas, and D. G. Angeler. 2010. Effects of climatic change on stream water quality in Spain. *Climatic Change* 103:339–352.

Bierwagen, B. G., D. M. Theobald, C. R. Pyke, A. Choate, P. Groth, J. V. Thomas, and P. Morefield. 2010. National housing and impervious surface scenarios for integrated climate impact assessments. *Proceedings of the National Academy of Sciences* 107:20887–20892.

Blanco, H., P. McCarney, S. Parnell, M. Schmidt, and K. C. Seto. 2011. The role of urban land in climate change. In *Climate change and cities: First assessment report of the Urban Climate Change Research Network*, ed. C. Rosenzweig, W. D. Solecki, S. A. Hammer, and S. Mehrotra, 217–248. Cambridge: Cambridge University Press.

Bloetscher, F., D. E. Meeroff, B. N. Heimlich, A. R. Brown, D. Bayler, and M. Loucraft. 2010. Improving resilience against the effects of climate change. *Journal of the American Water Works Association* 102:36–46.

Brown, M. A., A. Sarzinski, and F. Southworth. 2008. *Shrinking the carbon footprint of metropolitan America*. Washington, DC: Brookings Institution.

Burke, M., T. S. Hogue, J. Barco, C. Wessel, A. Kinoshita, and E. Stein. 2011. Dynamics of pre- and post-fire pollutant loads in an urban fringe watershed. In *Southern California Coastal Water Research Project 2011 annual report*, ed. K. Schiff and K. Miller, 61–70. Costa Mesa, CA: Southern California Coastal Water Research Project. ftp://ftp.sccwrp.org/pub/download/DOCUMENTS/AnnualReports/2011AnnualReport/ar11_061_070.pdf.

Cayan, D. R., T. Das, D. W. Pierce, T. P. Barnett, M. Tyree, and A. Gershunov. 2010. Future dryness in the southwest U.S. and the hydrology of the early 21st century drought. *Proceedings of the National Academy of Sciences* 107:21271–21276.

Chester, M., E. Martin, and N. Sathaye. 2008. Energy, greenhouse gas, and cost reductions for municipal recycling systems. *Environmental Science and Technology* 42:2142–2149, doi:10.1021/es0713330.

Chester, M., S. Pincetl, and B. Allenby. 2012. Avoiding unintended tradeoffs by integrating life-cycle impact assessment with urban metabolism. *Current Opinion in Environmental Sustainability* 4:451–457.

Chow, W. T., W. Chuang, and P. Gober. 2012. Vulnerability to extreme heat in metropolitan Phoenix: Spatial, temporal and demographic dimensions. *The Professional Geographer* 64:286–302.

Cohen, M. J. 2011. *Municipal deliveries of Colorado River Basin water*. Oakland, CA: Pacific Institute.

Crawford, B., C. S. B. Grimmond, and A. Christen. 2011. Five years of carbon dioxide fluxes measurements in a highly vegetated suburban area. *Atmospheric Environment* 45:896–905.

Davis, S. J., and K. Caldeira, 2010. Consumption-based accounting of $CO_2$ emissions. *Proceedings of the National Academy of Sciences* 107:5687–5692.

Das, T., M. D. Dettinger, D. R. Cayan, and H. G. Hidalgo. 2011. Potential increase in floods in California's Sierra Nevada under future climate projections. *Climatic Change* 109 (Suppl. 1): S71–S94, doi:10.1007/s10584-011-0298-z.

Feigenwinter, C., R. Vogt, and A. Christen. 2012. Eddy covariance measurements over urban areas. In *Eddy covariance: A practical guide to measurement and data analysis*, ed. M. Aubinet, T. Vesala, and D. Papale. Dordrecht: Springer.

Flanner, M. G. 2009. Integrating anthropogenic heat flux with global climate models. *Geophysical Research Letters* 36: L02801.

Eidlin, E. 2010. What density does not tell us about sprawl. *Access* 37 (Fall 2010): 2–9.

Galloway, G. E., J. J. Boland, R. J. Burby, C. B. Groves, S. L. Longville, L. E. Link, Jr., J. F. Mount, et al. 2007. *A California challenge: Flooding in the Central Valley; A report from an independent review panel to the Department of Water Resources, State of California.* http://www.water.ca.gov/news/newsreleases/2008/101507challenge.pdf.

Great Western Institute. 2010. *SWSI conservation levels analysis final report.* Prepared for the Colorado Water Conservation Board.

Green, D. 2007. *Managing water: Avoiding crisis in California.* Berkeley: University of California Press.

Grossman-Clarke, S., J. A. Zehnder, W. L. Stefanov, Y. Liu, and M. A. Zoldak. 2005. Urban modifications in a mesoscale meteorological model and the effects on near-surface variables in an arid metropolitan region. *Journal of Applied Meteorology* 44:1281–1297.

Grossman-Clarke, S., J. A. Zehnder, T. Loridan and S. C. Grimmond. 2010. Contribution of land use changes to near surface air temperatures during recent summer extreme heat events in the Phoenix metropolitan area. *Journal of Applied Meteorology and Climatology* 49:1649–1664.

Gutzler, D., and T. Robbins. 2011. Climate variability and projected change in the western United States: Regional downscaling and drought statistics. *Climate Dynamics* 37:835–839.

Haas, T., ed. 2012. *Sustainable urbanism and beyond.* New York: Rizzoli.

Hayhoe, K., D. Cayan, C. B. Field, P. C. Frumhoff, E. P. Maurer, N. L. Miller, S. C. Moser, et al. 2004. Emissions pathways, climate change, and impacts on California. *Proceedings of the National Academy of Sciences* 101:12422–12427, doi:10.1073/pnas.0404500101.

Hise, G. 1997. *Magnetic Los Angeles: Planning the twentieth-century metropolis.* Baltimore, MD: Johns Hopkins University Press.

Hundley, N. 2001. *The great thirst: Californians and water; A history.* Berkeley: University of California Press.

Idso, C. D., S. B. Idso, and R. C. Balling, Jr. 2001. An intensive two-week study of an urban $CO_2$ dome in Phoenix, Arizona, USA. *Atmospheric Environment* 35:995–1000.

Intergovernmental Panel on Climate Change (IPCC). 2007. *Climate change 2007: The physical science basis. Contribution of Working Group I to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change,* ed. S. Solomon, D. Qin, M. Manning, Z. Chen, M. Marquis, K.B. Averyt, M. Tignor and H.L. Miller. Cambridge: Cambridge University Press.

Jacobson, M. Z. 2010a. Enhancement of local air pollution by urban $CO_2$ domes. *Environmental Science & Technology* 44:2497–2502.

—. 2010b. Short-term effects of controlling fossil-fuel soot, biofuel soot and gases, and methane on climate, Arctic ice and air pollution health. *Journal of Geophysical Research* 115: D14209, doi:10.1029/2009JD013795.

Jacobson, M. Z., and D. G. Street. 2009. Influence of future anthropogenic emissions on climate, natural emissions, and air quality. *Journal of Geophysical Research* 114: D08118, doi:10.1029/2008JD011476.

Knowles, N., and D. R. Cayan. 2002. Potential effects of global warming on the Sacramento/San Joaquin watershed and the San Francisco estuary. *Geophysical Research Letters* 29:1891, doi:10.1029/2001GL014339.

Kennedy C., J. Cuddihy, and J. Engel-Yan. 2007. The changing metabolism of cities. *Journal of Industrial Ecology* 11:43–59, doi:10.1162/jie.2007.1107.

Kennedy, C., S. Pincetl, and P. Bunje. 2010. The study of urban metabolism and its applications to urban planning and design. *Environmental Pollution* 159:1965–1973, doi:10.1016/j.envpol.2010.10.022.

Kupel, D. E. 2003. *Fuel for growth: Water and Arizona's urban environment.* Tucson: University of Arizona Press.

Los Angeles Department of Water and Power (LADWP). 2011. Draft 2010 Urban Water Management Plan. Los Angeles: LADWP. http://www.ladwp.com.

Lopez, S. R., T. S. Hogue, and E. Stein. In review. A framework for evaluating regional hydrologic sensitivity to climate change using archetypal watershed modeling. *Hydrology and Earth System Science.*

Lowitt, R. 1984. *The New Deal and the West.* Norman: University of Oklahoma Press.

MacDonald, G. M. 2010. Water, climate change, and sustainability in the Southwest. *Proceedings of the National Academy of Sciences* 107:21256–21262.

McCarthy, M. P., M. J. Best, and R. A. Betts. 2010. Climate change in cities due to global warming and urban effects. *Geophysical Research Letters* 37: L09705, doi:1029/2010GL042845.

McCarthy, M. P., C. Harpham, C. M. Goodess, and P. D. Jones. 2012. Simulating climate change in UK cities using a regional climate model, HadRM3. *International Journal of Climatology* 32:1875–1888, doi:10.1002/joc.2402.

Matonse, A. H., D. C. Pierson, A. Frei, M. S. Zion, E. M. Schneiderman, R. Mukundan, and S. M. Pradhanang. 2011. Effects of changes in snow pattern and the timing of runoff on NYC water supply system. *Hydrological Processes* 25:3278–3288.

Miller, N. L., K. E. Bashford, and E. Strem. 2003. Potential impacts of climate change on California hydrology. *Journal of the American Water Resources Association* 39:771–784, doi:10.1111/j.1752-1688.2003.tb04404.x.

Mishra, V., and D. P. Lettenmaier. 2011. Climatic trends in major U.S. urban areas, 1950–2009. *Geophysical Research Letters* 38: L16401, doi:10.1029/2011GL048255.

Mote, P. W., A. F. Hamlet, M. P. Clark, and D. P. Lettenmaier. 2005. Declining mountain snowpack in western North America. *Bulletin of the American Meteorological Society* 86:39–49, doi:10.1175/BAMS-86-1-39.

Nakićenović, N., and R. Swart, eds. 2000. *Special report on emissions scenarios: A special report of Working Group III of the Intergovernmental Panel on Climate Change.* Cambridge: Cambridge University Press.

Nash, G. D. 1985. *The American West transformed: The impact of the Second World War.* Lincoln: University of Nebraska Press.

Pataki, D. E., D. R. Bowling, and J. R. Ehleringer. 2003. Seasonal cycle of carbon dioxide and its isotopic composition in an urban atmosphere: Anthropogenic and biogenic effects. *Journal of Geophysical Research* 108:4735, doi:10.1029/2003JD003865.

Pataki, D. E., P. C. Emmi, C. B. Forster, J. I. Mills, E. R. Pardyjak, T. R. Peterson, J. D. Thompson, and E. Dudley-Murphy. 2009. An integrated approach to improving fossil fuel emissions scenarios with urban ecosystem studies. *Ecological Complexity* 6:1–14.

Pataki, D., H. McCarthy, E. Litvak, and S. Pincetl. 2011. Transpiration of urban forests in the Los Angeles metropolitan area. *Ecological Applications* 21:661–677.

Peters, G. P., and E. G. Hertwich. 2008. $CO_2$ embodied in international trade with implications for global climate policy. *Environmental Science & Technology* 42:1401–1407.

Pincetl, S. 1999. *Transforming California: The political history of land use in the state.* Baltimore, MD: Johns Hopkins University Press.

Pincetl, S., P. E. Bunje, and T. Holmes. 2012. An expanded urban metabolism method: Towards a systems approach for assessing urban energy processes and causes. *Land Use and Urban Planning* 107:193–202, doi:10.1016/j.landurbplan.2012.06.006.

Pincetl, S., T. Gillespie, D. E. Pataki, S. Saatchi, and J. D. Saphores, 2012. Urban tree planting programs, function or fashion? Los Angeles and urban tree planting campaigns. *GeoJournal,* published online, doi:10.1007/s10708-012-9446-x.

Pincetl S., P. W. Rundel, J. Clark De Blasio, D. Silver, T. Scott, and R. Halsey. 2008. It's the land use, not the fuels: Fires and land development in Southern California. *Real Estate Review* 37:25–42.

Quevauviller, P. 2011. Adapting to climate change: Reducing water-related risks in Europe—EU policy and research considerations. *Environmental Science and Policy* 14:722–729.

Ramamurthy, P., and E. R. Pardyjak. 2011. Toward understanding the behavior of carbon dioxide and surface energy fluxes in the urbanized semi-arid Salt Lake Valley, Utah, USA. *Atmospheric Environment* 45:73–84.

Ruddell, D., D. Hoffman, O. Ahmad, and A. Brazel. Forthcoming. An analysis of historical threshold temperatures for Phoenix (urban) and Gila Bend (desert). *Climate Research* 54.

Sailor D. J., and L. Lu. 2004. A top-down methodology for developing diurnal and seasonal anthropogenic heating profiles for urban areas. *Atmospheric Environment* 38:2737–2748.

Salt Lake City Department of Public Utilities (SLCDPU). 2010. *2009 Water master conservation plan.* Salt Lake City: SLCDPU.

U.S. Environmental Protection Agency (EPA). 2009. *Assessment of the impacts of global change on regional U.S. air quality: A synthesis of climate change impacts on ground-level ozone; An interim report of the U.S. EPA Global Change Research Program.* EPA/600/R-07/094F.

Velasco E., and M. Roth. 2010. Cities as net sources of $CO_2$: Review of atmospheric $CO_2$ exchange in urban environments measured by eddy covariance technique. *Geography Compass* 4:1238–1259.

Webb, M. D., and K. W. F. Howard. 2011. Modeling the transient response of saline intrusion to rising sea-levels. Ground Water 49:560–569.

Zhao, Z., S. Chen, M. J. Kleeman, and A. Mahmud. 2011. The impact of climate change on air quality related meteorological conditions in California – Part II: Present versus future time simulation analysis. *Journal of Climate* 13:3362–3376.

---

## Endnotes

i   An urban metabolism refers to the total urban systems flows of materials, energy and inputs, and outputs in the form of waste. Supply chains are components of the urban metabolism.

ii   Urban heat island effect was defined as "the relative warmth of a city compared with surrounding rural areas, associated with changes in runoff, the concrete jungle effects on heat retention, changes in surface albedo, changes in pollution and aerosols, and so on" by the IPCC (2007).

iii   See http://www.water.ca.gov/floodsafe/.

iv   The EC method is a widely used micrometeorological technique designed to measure turbulent exchanges of mass, momentum, and heat between an underlying surface and the atmosphere (see Aubinet, Vesala and Papale 2012 and references within). For $CO_2$ exchange, rapid measurements of vertical velocity fluctuations and $CO_2$ mixing ratio are made on a tower well above the buildings and trees of an urban surface in the so-called constant flux layer. From these quantities, a covariance is computed (Baldocchi 2003). If appropriate assumptions are satisfied, the covariance is a measure of the net differences between the uptake of $CO_2$ by photosynthesis and the emission of $CO_2$ by anthropogenic and biological processes.

v   Difficulties are both practical and technical. Practical difficulties include funding for such equipment as flux towers, their siting in urban areas, and funds to conduct the monitoring and data analysis. Additional technical difficulties exist related to quantifying important contributions to fluxes, such as those related to complex distributions of sources and sinks and their relationship to advection and non-homogeneous surfaces that are common in urban areas (Feigenwinter, Vogt, and Christen 2012).

vi   A *source* is a process or activity through which a greenhouse gas is released into the atmosphere. A *sink* is something that acts as a reservoir to absorb it on a short- or long-term basis.

vii   See http://www.urban-climate.org.

viii     $CO_2$ concentrations can cause higher levels of PM 2.5 by increasing vapor pressures in some locations (Jacobson 2010b).

ix     See http://www.energycodes.gov/states/state (U.S. Department of Energy's Building Energy Codes Program).

x     See http://vvww.epa.gov/region9/climatechange/smart-growth.html.

xi     Misery days are days when the temperature maximum is greater than or equal to 110°F or when the temperature minimum is less than 32°F.

xii     Stomata, the microscopic pores on the leaves and stems of plants, are the means by which plants transpire, or lose water vapor to the atmosphere. Although there is some debate on plant stomatal response to increasing temperatures, a significant body of research indicates that evapotranspiration rates (the combination of evaporation and transpiration) may increase (Gutzler and Robbins 2011; Matonse et al. 2011; Lopez, Hogue, and Stein in review).

xiii     A barrier well intrusion barrier is a well used to inject water into a fresh water aquifer to prevent the intrusion of salt water.

xiv     See http://www.environment.ucla.edu/larc/.

# Chapter 14

# Transportation

## COORDINATING LEAD AUTHOR

Deb A. Niemeier (University of California, Davis)

## LEAD AUTHORS

Anne V. Goodchild (University of Washington), Maura Rowell (University of Washington), Joan L. Walker (University of California, Berkeley), Jane Lin (University of Illinois, Chicago), Lisa Schweitzer (University of Southern California)

## REVIEW EDITOR

Joseph L. Schofer (Northwestern University)

## Executive Summary

The Southwest transportation network includes major freeways, rail corridors of national importance, and major port- and border-crossing facilities. Recent passenger-travel trends suggest that vehicle ownership and per capita vehicle miles traveled (VMT) may have stabilized across the Southwest, which may be partly attributed to the economic recession as well as transportation planning strategies such as pricing, transit service improvements, managed lanes, and changes in land-use configurations. However, the Southwest appears poised to show gains in rail-freight traffic due to imports of foreign products, often in containerized cargo or bulk materials.

The following key messages highlight major climate issues facing the Southwest transportation sector:

- Many transportation infrastructure projects, currently in planning, design, or construction, do not necessarily address the potential effects of climate change. As climate change effects begin to manifest, design and operational vulnerabilities of these transportation system elements will appear. (high confidence)

**Chapter citation:** Niemeier, D. A., A. V. Goodchild, M. Rowell, J. L. Walker, J. Lin, and L. Schweitzer. 2013. "Transportation." In *Assessment of Climate Change in the Southwest United States: A Report Prepared for the National Climate Assessment*, edited by G. Garfin, A. Jardine, R. Merideth, M. Black, and S. LeRoy, 297–311. A report by the Southwest Climate Alliance. Washington, DC: Island Press.

- Alternative-fuel vehicle sales steadily increased throughout the Southwest until 2008. Yet, hybrid and alternative-fuel vehicles constitute less than 5% of the total passenger vehicle fleet in the Southwest. Increased heat events, which are confidently projected for the region, may increase vehicle air-conditioner usage and emissions and decrease fuel economy. (high confidence)

- The seaports of Los Angeles and Long Beach comprise the largest port complex in the United States and handle 45% to 50% of the containers shipped into the United States. Direct impacts of projected climate changes (such as sea-level rise and flooding) to California ports, include more frequent dredging of harbors and channels, realignments of port infrastructure—such as, jetties, docks, and berths—relative to rising waterline. (medium-high confidence)

- Extreme heat events, projected to increase during the course of the next 100 years, can shorten the life of pavements. Roadway deterioration will have an impact on all trade—including local trade circulation—that occurs between the Southwest and other U.S. regions, and trade between the Southwest and Mexico. (medium-low confidence)

- Increased precipitation intensity, which some studies project for the Southwest region, is associated with reductions in traffic safety, decreases in traffic efficiency—such as speed and roadway capacity—and increases in traffic accidents. (medium-low confidence)

## 14.1 Introduction

The transportation system in the Southwest comprises a number of major freeways, more than 514,000 lane-miles of rural roads, and more than 350,000 lane-miles of urban roads (FHWA 2011). Rail corridors of national importance and major port and border-crossing facilities also serve the region. Recent national statistics show about 484,000 million vehicle miles traveled (VMT) in the Southwest in 2008, roughly 16% of the national total (BTS 2008). After a number of years in which per capita VMT increased rapidly throughout the United States, per capita passenger VMT in the Southwest tended to be relatively stable or even declined during the late 1990s. Yet, in certain parts of the Southwest total VMT continued to increase.

Increased transportation activity combined with an expanding economy until about 2007 and increased electricity generation significantly contributed to the long-term rise in total $CO_2$ emissions generated by fossil-fuel combustion. In 2009, transportation uses accounted for about one-third of the total $CO_2$ emissions generated by fossil fuels (EPA 2012). California's transportation-related $CO_2$ emissions, which are higher on average than most states, were close to 40% of the state's total $CO_2$ emissions (California Air Resources Board [CARB] 2008), while Colorado's transportation-related emissions account for about 24% of the state's greenhouse gas (GHG) emissions (Climate Action Panel 2007). Despite increased numbers of "clean" vehicles and reduced tailpipe emissions of traditionally regulated pollutants, the proportion of total GHG from transportation increased slightly from 29.1% in 1990 to 31.2% in 2009 (EPA 2012). This may be attributable to increased VMT.

This chapter begins by describing current trends in passenger and freight transportation in the Southwest. The chapter then reviews the potential effects that climate change may have on transportation infrastructure, on the movement of passengers and goods, and on the risks to infrastructure integrity. A concluding overview examines the uncertainties associated with estimating future climate impacts and how these uncertainties, coupled with the timescales upon which infrastructure decisions normally are made, complicate adaptation planning and management.

## 14.2 Passenger Transportation Trends in the Southwest

While the Southwest states vary in their approaches to reducing GHG, all rely on a similar suite of options that include increased use of cleaner and more efficient vehicle technologies, new incentives to encourage people to change their travel behavior, and cleaner burning fuels. The U.S. Environmental Protection Agency (EPA) sets emissions standards for motorized vehicles nationally; however, the state of California has passed its own legislation regulating vehicle GHG emissions. The California standards are stricter than the national standards and were subsequently adopted by Arizona and New Mexico.[i] There also have been changes in vehicle fleet composition over time.

The success of hybrid-electric and alternative-fuel vehicles has been notable in the last decade. Not unexpectedly, California has led the way in terms of sales: one in four hybrid vehicles sold nationwide between 2003 and 2007 were purchased in California (Figure 14.1). Alternative-fuel vehicle sales steadily increased throughout the Southwest until 2008. While electric vehicles comprise a quarter of the total alternative-fuel vehicles registered in California, their share remains negligible in other Southwest states, where cars using an ethanol-fuel blend tend to dominate the alternative-fuel vehicle market. Although these figures are encouraging, hybrid and alternative-fuel vehicles constitute less than 5% of the total passenger vehicle fleet in the Southwest.

As fuel efficiency rises, the cost of driving declines, which historically has increased travel. Recent trends, however, suggest that vehicle ownership and per capita VMT may have stabilized across the Southwest (Figure 14.2), likely aided by the economic recession but also helped by transportation planning strategies such as pricing, transit service improvements, managed lanes, and changes in land-use configurations. Drops seen in the late 2000s in registered new hybrid vehicles, vehicles owned per capita, and vehicle miles traveled per capita are likely to be largely due to the effects of economic recession.

## 14.3 Freight Movement in the Southwest

Freight transportation includes both pick-up and delivery services and the movement of goods into and out of a region. Pick-up and delivery services include package-delivery services, such as UPS and Federal Express, as well as waste and recycling pick-up. Over the past thirty years, increased use of lean supply chains, "just-in-time" manufacturing, and Internet shopping has increased the demand for this sector. Broadly speaking, truck delivery is generally more efficient with respect to VMT and $CO_2$ emissions than having shoppers make individual trips to commercial centers. Nationally, pickup and delivery freight is expected to grow with increased use of delivery services (Golob and Regan 2001).



**Figure 14.1 Number of new registered hybrid vehicles in California and throughout the United States.** Source: RITA (2008); state transportation statistics.



**Figure 14.2 Per capita vehicle ownership and annual vehicle miles traveled in the Southwest.** Source: RITA (2008); state transportation statistics.

Transportation services distribute Southwest-produced agricultural, commodity, and manufactured goods across and outside the region. Freight export volumes moved by the trucking sector have stayed reasonably constant over the last three decades. Economic conditions currently suggest that export cargo volumes will increase (WTO 2011), which may in turn increase use of rail for cargo, particularly for non-time-sensitive items such as empty containers, waste, and recyclable materials.

The Southwest is poised to show gains in rail-freight traffic due to containerized and bulk foreign imports. The volume of this cargo grew dramatically between 1990 and 2008 (WTO 2011). In 2010, the value of goods imported by the Port of Los Angeles was estimated at $293.1 billion, compared with $32.7 billion in goods imported by land into California from Mexico the same year.

Foreign imports are typically transported from a seaport or across a land border to an intermodal terminal, handling facility, or distribution center from which the goods are then distributed throughout the United States. The seaports of Los Angeles and Long Beach comprise the largest port complex in the United States and handle 45% to 50% of the containers shipped into the United States. Their regional and national importance is illustrated by the 2002 lockout at the Port of Los Angeles, which is estimated to have cost the U.S. economy $1 billion per day (Cohen 2002). Of the containers unloaded at the Port of Los Angeles, 77% leave California; roughly half of those leave by rail and half by truck transport (Heberger et al. 2009). As both fuel prices and the cost of $CO_2$ emissions rise, a propensity for using rail is likely to emerge (Siikavirta et. al. 2008; TEMS 2008). However, diversion of large amounts of cargo from trucks to rail is not likely to happen in the immediate future due to railway congestion and the mature state of freight movements via truck.

The Southwest also trades goods within the United States. Domestic freight uses the same transportation network as international freight and is subject to the same surface transportation rates and policies. Domestic freight is also intertwined with foreign trade in that many of the raw materials and equipment needed in domestic production are imported from other countries.

## 14.4 Impacts of Climate Change

Climate effects will vary by location within the Southwest. Sea-level rise is expected to be a significant issue for California, for example, while potential changes in temperature and precipitation would pose significant challenges for Arizona and Nevada. The force of these effects will be highly variable, but nonetheless will result in significant costs to infrastructure (Cambridge Systematics 2009). This section reviews the types of direct and indirect impacts to transportation services that are likely to emerge as a result of sea-level rise, extreme heat events, and increased precipitation intensity.

### Direct impacts

FLOODING. Flooding of coastal infrastructure, coupled with increased intensity of storm events and land subsidence, poses the greatest potential threat to surface transportation systems in California (NRC 2008). Without the adoption of adaptive measures, a sea-level rise as great as 4.6 feet (1.4 meters, as projected in the high-emissions

scenario; see also Chapter 9) would expose California's transportation infrastructure to the flooding of nearly 3,500 miles of roadways and 280 miles of rail lines (Heberger et al. 2009). The rate at which sea-level rise is projected to increase represents one of the "most troublesome aspects of projected climate change" (Knowles et al. 2009, 1).

Coastal regions of California bear the majority of this risk, with vulnerability split roughly equally between the San Francisco Bay Area and the Pacific Coast (see Figure 14.3). Among the areas affected, communities of color, low-income populations, and critical safety, energy, and public health infrastructure would be disproportionately affected. While coastal erosion has also been identified as a significant problem in California, the statewide flooding risk exceeds that of erosion (Heberger et al. 2009).



**Figure 14.3  California highways affected by 140cm of sea-level rise.** Source: Heberger (2009), Knowles (2009), Pacific Institute GIS data downloads (http://www.pacinst.org/reports/sea_level_rise/data/index.htm).

Flooding on the region's roadways will damage the physical infrastructure and require increased maintenance (Heberger et al. 2009). Inundated roadways will obstruct freight by delaying deliveries and forcing changes in route (CCCEF 2002) and disrupt international and domestic supply chains that depend on reliable delivery of goods.

Both flooding and rising sea levels can change coastal ports by creating deeper water. Deeper water allows vessels with deeper hulls to safely navigate a channel. While deeper water also leaves less clearance under bridges, most bridges over shipping lanes are already set high in order to accommodate large ships (Titus 2002; Heberger et al. 2009). However, the Golden Gate Bridge could block large vessels if sea level were to rise by four to five feet (Perez 2009). In addition, increases in storm surges would increase siltation and require more frequent dredging of harbors and channels; storm surges would require bridges to be built stronger and possibly higher to accommodate higher tides (Titus 2002); and bridges and port infrastructure would need additional protection from corrosion as the salt concentration and water levels change (PIANC EnviCom Task Group 3, 2006).

Other needed changes include port infrastructure realignments relative to the waterline, such as to docks, jetties, dry/wet/cargo docks, berths, and other port facilities, and modification of roll-on/roll-off operations to correct for new deck heights (Caldwell et al. 2000). Advancing saltwater in upstream channels may also change sediment location and create sandbars that can obstruct safe navigation (Titus 2002). To maintain safe channels, dredging will have to increase and pilots will need access to updated seafloor mapping.

Summer melting of Arctic ice may allow for a longer Arctic shipping season. The usability of the Northwest Passage for commercial marine shipping is highly uncertain and at best is predicted to vary year to year. But Canada's International Policy Statement predicted in 2005 that the Northwest Passage would be sufficiently ice-free for regular use during summer as early as 2015. Arctic shipping lanes would provide a route that is 5,000 nautical miles shorter for Asia-to-Europe trade than would a route passing through the Panama Canal. Vessels too large for the Panama Canal may be attracted to the Northwest Passage as an alternative to truck or rail transport across the United States. The use of the Arctic shipping lane rather than unloading in California and trucking across the United States would reduce cargo volumes in California ports (Pharand 2007). This change in demand could lessen the vulnerability of California ports, but it would also reduce economic activity in the region's transportation sector.

EXTREME HEAT EVENTS. Extreme heat events affect the duration of roadways and infrastructure. Extended periods of heat can shorten the life of and deteriorate pavements, force thermal expansion of bridges (thus delaying bridge operations and impacting their attendant maritime commerce), and deform the alignment of rail lines. Roadway deterioration will have an impact on all trade—including local trade circulation—that occurs between the Southwest and the remainder of the United States as well as trade between the Southwest and Mexico.[ii]

High temperatures can force rail lines out of alignment in what are called "sun kinks." Such a condition was responsible for injuring 100 people in a passenger train derailment near Washington, D.C., in 2002. The CSX Corporation, a freight transportation provider and owner of the rail line, initiated temporary speed restrictions after the incident, which slowed supply chains. These rail slowdowns could become more problematic as the frequency of extreme events due to climate change occur (Caldwell et al. 2000).

CHANGES IN PRECIPITATION. Changes in precipitation—specifically changes in intensity, frequency, and seasonality—also represent a significant threat to the Southwest transportation infrastructure. Compared to temperature, precipitation changes are more difficult to predict because precipitation is highly variable and localized. However, published studies tend to agree that while most of the Southwest is unlikely to see increases in total annual precipitation (Seager et al. 2007), increased precipitation intensity is likely (Alpert et al. 2002; Groisman et al. 2004; Groisman et al. 2005).

Increased precipitation intensity likely will result in one of more of the following: decreases in traffic demand; reductions in traffic safety; and decreases in the efficiency of operational features, such as speed, capacity, or travel-time variability (Table 14.1). Not surprisingly, severe weather events both decrease traffic demand and increase traffic accidents. Studies show traffic demand (measured by traffic volume) can change by anywhere from 5% to 80% due to severe weather events (e.g., Hanbali and Kuemmel 1993; Maze, Agarwal, and Burchett 2006).

**Table 14.1** Potential impacts of precipitation events on transportation operations in the Southwest

| Change in Precipitation | Impacts on Land Transportation Operations | Impacts on Marine Transportation Operations | Impacts on Air Transportation Operations |
|---|---|---|---|
| Increase in precipitation intensity and stormwater runoff | • Increased delay<br>• Increased traffic disruption<br>• Reduced safety and maintenance | Increased delay | • Increased delay<br>• Increased stormwater runoff, causing flooding, delays, and airport closings<br>• Impact on emergency evacuation planning, facility maintenance, and safety management |
| Increase in drought conditions | • Increased susceptibility to wildfires, causing road closures and reduced visibility | Impacts on river transportation routes and seasons | • Increased susceptibility to wildfires causing reduced visibility |
| More frequent strong hurricanes | • Interrupted travel and shipping<br>• More frequent and more extensive emergency evacuations | Increased need for emergency evacuation planning, facility maintenance, and safety management | • More frequent interruptions in air service |

Source: NRC (2008)

Depending on the level of planning and preparation undertaken by transportation providers, climate change may substantially and directly impact transportation operations as well as transportation infrastructure. For example, although a submerged jetty can be replaced or reconfigured, until this work is completed, it can no longer support the mobility of goods. Failing infrastructure cannot fulfill the role for which it was designed. Without advance planning to address and adapt to weather conditions that could reduce or limit infrastructure capacity, key infrastructure is at risk of being substantially less available. Table 14.2 summarizes the range of expected direct impacts to transportation infrastructure of climate change.

### Indirect impacts

VEHICLE EMISSIONS. Heat events in the Southwest may increase air-conditioner usage in vehicles, which may bump up the total emissions. The U.S. EPA's Supplemental Federal Test Procedure (SFTP) for air conditioning (SC03) shows that total vehicular emissions increase 37% when air conditioning is turned on while driving, while fuel economy drops as much as 43% in a high-fuel-economy vehicles and 13% in conventional vehicles (Farrington and Rugh 2000).

**Table 14.2** Potential impacts of climate on transportation infrastructure in the Southwest

| Climate Change Factor | Impacts on Land Transportation Infrastructure | Impacts on Marine Transportation Infrastructure | Impacts on Air Transportation Operations |
|---|---|---|---|
| Sea-level rise and more frequent heavy flooding | • Inundation of roads and rail lines in coastal areas<br>• More frequent or severe flooding of underground tunnels and low-lying infrastructure<br>• Erosion of road base and bridge supports<br>• Bridge scour<br>• Loss of coastal wetlands and barrier shoreline<br>• Land subsidence | • Reduced effectiveness of harbor and port facilities to accommodate higher tides and storm surges<br>• Reduced clearance under waterway bridges<br>• Changes in navigability of channels | • Inundation of airport runways located in coastal areas |
| Rising temperature and increase in heat waves | • Thermal expansion on bridge expansion joints and paved surfaces<br>• Concerns regarding pavement integrity (e.g., softening), traffic-related rutting, migration of liquid asphalt<br>• Rail-track deformities | • Low water levels<br>• Extensive dredging to keep shipping channels open | • Heat-related weathering and buckling of airport and runway pavements and concrete facilities<br>• Heat-related weathering of vehicle stock |
| Increase in precipitation intensity | • Increased flooding of roadways, railroads, and tunnels<br>• Overloaded drainage systems<br>• Increased road washout<br>• Increased soil-moisture levels affecting structural integrity | • Changes in underwater surface and buildup of silt and debris | • Impacts on structural integrity of airport facilities<br>• Destruction or disabling of navigation aid instruments<br>• Damage to runway, pavement drainage systems, and other infrastructure |
| Increase in drought conditions | • Increased susceptibility to wildfires that threaten transportation infrastructure directly<br>• Increased susceptibility to mudslides | • Reduced river flow and shipping capacity | • Increased susceptibility to wildfires that threaten airport facilities directly |
| More frequent strong hurricanes | • Increased threat to stability of bridge decks<br>• Increased damage to signs, lighting fixtures, and supports<br>• Decreased expected lifetime of highways exposed to storm surge | • Damage to harbor infrastructure from waves and storm surges<br>• Damage to cranes and other dock and terminal facilities | • Damage to terminals, navigation aids, fencing around perimeters, and signs, etc. |

Source: NRC (2008) and Karl, Melillo and Peterson (2009).

ECONOMY. The indirect economic effects of climate change on transportation infrastructure might include the shifting of production centers for agriculture, forestry, and fisheries. While some predictions show that climate change would increase U.S. agricultural production overall, some parts of the country likely would benefit more than others, such as areas at higher latitudes (see Chapter 11). Geographic shifts in the agricultural, forestry, and fishery industries would necessitate shifts in transportation routing patterns as well, prompting the need for new infrastructure. Southwest agricultural exports may decrease and imports may increase (Reilly et al. 2003). There may also be downward cost effects on the food chains of local and regional agriculture (NRC 2010).

On a larger scale, changes in international imports and exports of agricultural products may shift seaport traffic (Caldwell et al. 2000; NRC 2008; Koetse and Rietveld 2009). Major storm events may also require evacuations of coastal areas, which could disrupt normal trade flow. In the short term, product shortages and supply-chain disruptions could increase costs for shippers, carriers, retailers, manufacturers, and others reliant on the normal flow of goods (Ivanov et al. 2008).

If the major ports in California cannot handle their usual volume due to climate-caused damage, delay, or obstruction, ports in Oregon and Washington (or elsewhere) may need to be used instead. Such a diversion could tax smaller ports and their transportation network, and add travel time to the movement of goods throughout the United States. Diverting cargo to ports in Canada or Mexico—also an option—would hurt the economies of the Southwest and the United States (MARAD 2009).

HEALTH. Indirect health effects associated with added transportation infrastructure stress have been less emphasized in the literature, yet are critically important. Transportation serves as an essential component that both defines and responds to housing and settlement patterns. This relationship determines access to goods and services. Thus, when climate change alters the environmental context of human populations and settlements, the transportation system is also altered. Forecasting these health effects hinges on predicting both the type and magnitude of environmental change and their associated impacts on human populations, settlements and the transportation system. Disadvantaged and elderly populations, who are traditionally under-served by their transportation systems, are likely to be hardest hit by climate-change effects (see detailed discussion in Chapter 15 about the effects of climate change on the health of human populations in the Southwest).

## 14.5 Major Vulnerabilities and Uncertainties

There are many uncertainties associated with estimating future climate impacts. These uncertainties, coupled with the timescales on which infrastructure decisions are normally made, complicate responses. For example, new infrastructure construction can take as long as twenty years, with much of that time in the planning and engineering phases. Many transportation infrastructure projects already underway (in planning, design, or construction) were developed under priorities different than those of today and did not necessarily consider climate change. As the effects of climate change begin to manifest, the design and operational vulnerabilities of the transportation system will appear.

*Disruptions to the transportation system*

Disruptions to the transportation system, whether caused by climate change or other factors, have major economic effects on transportation system users. Climate change has the ability to impact all modes of passenger and freight transportation, including roads, bridges, tunnels, rail, public transportation, air transport, the vehicles that use these facilities, and the energy sources (gas, electric, etc.) that fuel them. Higher fuel and power consumption and the potential disruption of fuel and electric supplies cause prices to rise. Disruptions may prevent some trips from being made altogether. Most critically, when individuals can't get to work, they lose productivity and wages. For example, the system-wide transportation damage caused by the 1996 flash floods in Chicago prevented some commuters from reaching Chicago for up to three days (NRC 2008). Disruptions within a single link (for example, the collapse of the I-35W Mississippi River Bridge) can have ramifications on congestion levels throughout an urban area. Other, longer-term ramifications include relocation costs for households that need to follow the jobs, which further stress transport networks designed for lower demand and lead to increased congestion.

Studies of economic impacts of climate change have mainly focused on the costs of rebuilding infrastructure and costs related to freight movement. The economic impacts to passenger travel, even basic estimates of time lost, have not been actively researched. The key variables necessary to quantify economic impacts are loss of human life, economic productivity, and relocation costs. Other damages are difficult to quantify or estimate, such as breaks in social networks and families, anxiety, and stress. All such social and economic changes can have health implications. While short-term effects may be relatively easy to quantify, long-term effects are more important. The magnitude of the economic consequences will depend on the links within the disrupted network, the properties of both the transport network (including levels of redundancy), transport demand (the amount and location of desired travel), and the duration of the event (including recovery and rebuilding time).

The international goods movement system relies on goods supply and demand, international collaboration, physical and natural infrastructure, and favorable economic conditions. For example, the shipping community foresees climate change to be an issue but does not have the capacity to adequately predict and proactively combat its effects (see also Chapter 9).

Ports are a major intermodal connection, transferring containers and bulk goods from ships to trucks and railways. Ports comprise the harbor, berths, terminals, cranes, and surface transportation connections. Harbors must allow safe passage of ships. Larger ships require that the harbor allow deep draft vessels. Height of bridges is also a factor in safe ship passage. Once moored in the berth, another limiting factor is the size of the port cranes. Cranes are located on the port terminals and extend over ships to pick up and lower containers. The cranes must be large enough to reach across an entire ship. Increasing ship size therefore drives port infrastructure development. A consequence of larger container ships is the transformation of international shipping from a linear system to a hub and spoke system (Notteboom 2004; RITA 2011): cargo ships increasingly service only a few ports (called *load centers*) per region, with smaller vessels then distributing goods regionally. To increase their competiveness and likelihood of becoming a

regional load center, ports are making large investments such as dredging to increase their water depth, buying larger cranes, constructing new terminals, and raising bridges to add to ships' height clearance.

Part of the competitive strategy of American ports is to promote the use of green technology and environmentally sustainable practices at their facilities. Planning for climate change, however, has not been a primary concern during port infrastructure development (IFC International 2008). As climate effects are felt, other routings and ports may become more competitive, for example, the Panama Canal (as well as the Northwest Passage, discussed previously). Opened in 1914, the Panama Canal connects the Pacific and Atlantic Oceans and now facilitates the passage of forty vessels a day (Autoridad del Canal de Panamá 2011). Even though only 25% of the world's fleet can fit through the canal locks, 4% of global trade and a much higher percentage of all U.S.-destined trade pass through the Panama Canal (Rosales 2007). The canal is currently undergoing an expansion that will allow the larger cargo ships to traverse the canal and unload cargo on the U.S. East Coast rather than on the West Coast. In anticipation of this diversion of cargo, East Coast ports are investing in their facilities (e.g., dredging, raising bridges, building new terminals) but with little planning for climate change (IFC International 2008). One study found that the cost of investment in Arctic-capable ships that could use the Northwest Passage to move between Japan and Newfoundland, Canada, would be recovered, but the investment would be uneconomical if the trip were extended to New York (Somanathan, Flynn, and Szymanski 2007). There is high uncertainty involved with potential use of the Northwest Passage for shipping, including under what jurisdiction the passage would fall. The United States and Canada are contesting whether the passage falls within Canadian territorial waters or should be considered an international strait. Other uncertainties are whether and to what extent the Arctic will be ice-free, whether navigational aids of the largely uncharted Arctic will be sufficient for safe passage, and whether use of the Northwest Passage will prove economical (Griffiths 2004; Birchall 2006; Somanathan, Flynn, and Szymanski 2007).

A key uncertainty to any assessment of potential vulnerabilities is the demand for the movement of goods within the United States and internationally. Historically, domestic vehicle miles travelled (by both passengers and goods), has tracked very closely with GDP. While this has changed somewhat in the last decade, the two are still highly correlated. Growth in world trade volume has outpaced world gross domestic production over the last decade. Global and domestic economic activity is a key driver of the demand for the movement of goods, as evidenced by the drop in demand after the 2008 economic collapse. The pattern of production and consumption is also uncertain, but determines the demand for goods movement both around the globe, within the United States, and within metropolitan regions. Of course local and regional effects depend on many things, including land-use policies, property values, and government incentives both in the United States and around the globe. Finally, given the volume of $CO_2$ produced in the distribution of freight, another key uncertainty is the price shippers and carriers will be expected to pay for $CO_2$ emissions. Any pricing of emissions (not just those from mobile sources) will directly affect global and local trade and the cost of transportation.

# References

Alpert, P., T. Ben-Gai, A. Baharad, Y. Benjamini, D. Yekutieli, M. Colacino, L. Diodato, et al. 2002. The paradoxical increase of Mediterranean extreme daily rainfall in spite of decrease in total values. *Geophysical Research Letters* 29:1536.

Autoridad del Canal de Panamá, Operations Department. 2011. Monthly canal operations summary—February 2011. OP's Advisory to Shipping No. A-04-2011. http://www.pancanal.com/common/maritime/advisories/2011/a-04-2011.pdf.

Birchall, S. J. 2006. Canadian sovereignty: Climate change and politics in the Arctic. *Arctic* 59 (2): iii–iv.

Caldwell, H., K. H. Quinn, J. Meunier, J. Suhrbier, and L. Grenzeback. 2000. *Potential impacts of climate change on freight transportation.* Washington, DC: U.S. Department of Transportation, Center for Climate Change and Environmental Forecasting.

California Air Resources Board (CARB). 2008. *Climate change scoping plan: A framework for change.* Sacramento: CARB.

Cambridge Systematics, Inc. 2009. *Transportation adaptation to global climate change.* Washington, DC: Bipartisan Policy Center.

Center for Climate Change and Environmental Forecasting (CCCEF). 2002. *The potential impacts of climate change on transportation: Federal Research Partnership Workshop, October 1–2, 2002; Summary and discussion papers.* Washington, DC: U.S. Dept. of Transportation, CCCEF. http://climate.dot.gov/documents/workshop1002/workshop.pdf.

Climate Action Panel. 2007. *Final report of the Climate Action Panel, Colorado Climate Project of the Rocky Mountain Climate Organization.* Louisville, CO: Rocky Mountain Climate Organization.

Cohen, S. S. 2002. Economic impact of a West Coast dock shutdown. Berkeley, CA: Berkeley Roundtable on the International Economy. http://brie.berkeley.edu/publications/ships 2002 final.pdf.

Commission for Environmental Cooperation (CEC). 2011. *Destination sustainability: Reducing greenhouse gas emissions from freight transportation in North America.* Montreal: CEC. http://www.cec.org/Storage/99/9783_CEC-FreightTransport-finalweb_en.pdf.

Farrington, R., and M. Rugh. 2000. *Impact of vehicle air-conditioning on fuel economy, tailpipe emissions, and electric vehicle range.* Preprint. NREL/CP-540-28960. Golden, CO: National Renewable Energy Laboratory (NREL).

Federal Highway Administration (FHWA). 2011. Highway statistics 2009. Washington, DC: U.S. Department of Transportation, FHWA.

Golob, T. F., and A. C. Regan. 2001. Impacts of information technology on personal travel and commercial vehicle operations: Research challenges and opportunities. *Transportation Research Part C: Emerging Technologies* 92:87–121.

Griffiths, F. 2004. Pathetic fallacy: That Canada's Arctic sovereignty is on thinning ice. *Canadian Foreign Policy* 11 (3): 1–16.

Groisman, P. Y., R. W. Knight, T. R. Karl, D. R. Easterling, B. Sun, and J. H. Lawrimore. 2004. Contemporary changes of the hydrological cycle over the contiguous United States: Trends derived from in situ observations. *Journal of Hydrometeorology* 5:64–85.

Groisman, P. Y., R. W. Knight, D. R. Easterling, T. R. Karl, G. C. Hegerl, and V. N. Razuvaev. 2005. Trends in intense precipitation in the climate record. *Journal of Climate* 18:1326–1350.

Hanbali, R. M., and D. A. Kuemmel. 1993. Traffic volume reductions due to winter storm conditions. In *Transportation Research Record No. 1387, Snow removal and ice control technology: Papers presented at the 3rd International Symposium on Snow Removal and Ice Control Technology, September 14–18, 1992, Minneapolis, Minnesota,* 159–164. Washington, DC: Transportation Research Board.

Heberger, M., H. Cooley, P. Herrera, P. H. Gleick, and E. Moore. 2009. *The impacts of sea-level rise on the California coast.* Final Paper CEC-500-2009-024-F. Sacramento: California Climate Change Center.

IFC International.  2008. *Planning for climate change at U.S. ports.* White paper. N.p.: U.S. Environmental Protection Agency. http://www.epa.gov/sectors/pdf/ports-planing-for-cci-white-paper.pdf.

Ivanov, B., G. Xu, T. Buell, D. Moore, B. Austin, and Y. Wang. 2008. *Storm-related closures of I-5 and I-90: Freight transportation economic impact assessment report, winter 2007-2008.* Final Research Report WA-RD 708.1. Olympia: Washington State Department of Transportation.

Karl, T. R. , J. M. Mellilo, and T. C. Peterson, eds. 2009. *Global climate change impacts in the United States.* Cambridge: Cambridge University Press. http://downloads.globalchange.gov/usim-pacts/pdfs/climate-impacts-report.pdf.

Knowles, N. 2009. Potential inundation due to rising sea levels in the San Francisco Bay Region. Final Paper CEC-500-2009-023F. Sacramento: California Climate Change Center.

Koetse, M. J., and P. Rietveld. 2009. The impact of climate change and weather on transport: An overview of empirical findings. *Transportation Research Part D: Transport and Environment* 14:205–221, doi:10.1016/j.trd.2008.12.004.

Maritime Administration (MARAD). 2009. *America's ports and intermodal transportation system.* Washington, DC: U.S. Department of Transportation, MARAD. http://www.glmri.org/down-loads/Ports&IntermodalTransport.pdf.

Maze, T. H., M. Agarwal, and G. Burchett. 2006. Whether weather matters to traffic demand, traffic safety, and traffic operations and flow. In *TRB 85th Annual Meeting compendium of papers CD-ROM.* Washington, DC: Transportation Research Board.

Notteboom, T. E. 2004. Container shipping and ports: An overview. *Review of Network Economics* 3 (2), published online, doi:10.2202/1446-9022.1045.

National Research Council (NRC). Committee on Climate Change and U.S. Transportation. 2008. *Potential impacts of climate change on U.S. transportation.* Transportation Research Board Special Report 290. Washington, DC: National Research Council.

—. Committee on Twenty-First Century Systems Agriculture. 2010. *Toward sustainable agriculture in the 21st century.* Washington, DC: National Academies Press.

Perez, P. 2009. *Potential impacts of climate change on California's energy infrastructure and identification of adaptation measures.* Staff Paper CEC 150-2009-001. Sacramento: California Energy Commission. http://www.energy.ca.gov/2009publications/CEC-150-2009-001/CEC-150-2009-001.PDF.

Pharand, D. 2007. The arctic waters and the Northwest Passage: A final revisit. *Ocean Development & International Law* 38:3–69, doi:10.1080/00908320601071314.

PIANC EnviCom Task Group 3. 2006. *Waterborne transport, ports, and waterways: A review of climate change drivers, impacts, responses, and mitigation.* Brussels: PIANC. http://www.pianc.org/downloads/envicom/envicom-free-tg3.pdf.

Reilly, J., F. Tubiello, B. McCarl, D. Abler, R. Darwin, K. Fuglie, S. Hollinger, et al. 2003. U.S. agriculture and climate change: New results. *Climatic Change* 57:43–67.

Research and Innovation Technology Administration (RITA). 2008. State transportation statistics 2008. Washington, DC: RITA. http://www.bts.gov/publications/state_transportation_statis-tics/state_transportation_statistics_2008/index.html.

—. 2011. *America's container ports: Linking markets at home and abroad.* Washington, DC: RITA. http://www.bts.gov/publications/americas_container_ports/2011/.

Rosales, M. 2007. The Panama Canal Expansion Project: Transit maritime mega project development, reactions, and alternatives from affected people. Ph.D. diss., University of Florida.

Seager, R., M. Ting, I. Held, Y. Kushnir, J. Lu, G. Vecchi, H. Huang, et al. 2007. Model projections of an imminent transition to a more arid climate in southwestern North America. *Science* 316:1181–1184.

Siikavirta, H., M. Punakivi, M. Karkkainen, and L. Linnanen. 2008. Effects of E-commerce on greenhouse gas emissions: A case study of grocery home delivery in Finland. *Journal of Industrial Ecology* 6:83–97.

Somanathan, S., P. C. Flynn, and J. K. Szymanski. 2007. Feasibility of a sea route through the Canadian Arctic. *Maritime Economics and Logistics* 9:324–334.

Titus, J. 2002. Does sea level rise matter to transportation along the Atlantic coast? In *The potential impacts of climate change on transportation, Federal Research Partnership Workshop, October 1-2, 2002: Summary and discussion papers*, 135-150. N.p.: U.S. Department of Transportation, Center for Climate Change and Environmental Forecasting. http://climate.dot.gov/documents/workshop1002/titus.pdf.

Transportation Economics and Management Systems, Inc. (TEMS). 2008. *Impact of high oil prices on freight transportation: Modal shift potential in five corridors; Executive summary*. Washington, DC: U.S. Maritime Administration (MARAD). http://www.marad.dot.gov/documents/Modal_Shift_Study_-_Executive_Summary.pdf.

U.S. Environmental Protection Agency (EPA). 2012. *Inventory of U.S. greenhouse gas emissions and sinks: 1990-2010*. EPA 430-R-12-001. Washington, DC: EPA. http://www.epa.gov/climatechange/ghgemissions/usinventoryreport.html.

World Trade Organization (WTO). 2011. International trade statistics. Geneva: WTO. http://www.wto.org/english/res_e/statis_e/statis_e.htm.

---

## Endnotes

i       States adopting the California standards can be found at: http://www.c2es.org/what_s_being_done/in_the_states/vehicle_ghg_standard.cfm.

ii      The Southwest states contain major land ports between the two countries such as San Ysidro/Tijuana and Calexico/Mexicali (CEC 2011).

# Chapter 15

# Human Health

## COORDINATING LEAD AUTHORS

Heidi E. Brown (University of Arizona), Andrew C. Comrie (University of Arizona), Deborah M. Drechsler (California Air Resources Board)

## LEAD AUTHORS

Christopher M. Barker (University of California, Davis), Rupa Basu (California Office of Environmental Health Hazard Assessment), Timothy Brown (Desert Research Institute), Alexander Gershunov (Scripps Institution of Oceanography), A. Marm Kilpatrick (University of California, Santa Cruz), William K. Reisen (University of California, Davis), Darren M. Ruddell (University of Southern California)

## REVIEW EDITOR

Paul B. English (California Department of Public Health)

## Executive Summary

Global climate models project changes in precipitation patterns, drought, flooding, and sea-level rise, and an increase in the frequency, duration, and intensity of extreme heat events throughout the Southwest. The challenge for the protection of public health is to characterize how these climate events may influence health and to establish plans for mitigating and responding to the health impacts. However, the effects of climate change on health vary across the region, by population, and by disease system, making it difficult to establish broad yet concise health promotion messages that are useful for developing adaptation and mitigation plans.

Techniques are increasingly available to quantify the health effects resulting from climate change and to move forward into predictions that are of sufficient resolution to

**Chapter citation:** Brown, H. E., A. C. Comrie, D. M. Drechsler, C. M. Barker, R. Basu, T. Brown, A. Gershunov, A. M. Kilpatrick, W. K. Reisen, and D. M. Ruddell. 2013. "Human Health." In *Assessment of Climate Change in the Southwest United States: A Report Prepared for the National Climate Assessment*, edited by G. Garfin, A. Jardine, R. Merideth, M. Black, and S. LeRoy, 312–339. A report by the Southwest Climate Alliance. Washington, DC: Island Press.

establish policy guidelines. Strides are being made in assigning cost to both the positive and negative effects on health of proposed climate-mitigation strategies or the lack thereof. As a result, more tools are available for cities and states to develop mitigation and adaptation plans that are specifically tailored to their populations.

For this assessment, we identify six key messages that relate to climate change and health in the Southwest:

- Climate change will exacerbate heat-related morbidity and mortality. (high confidence)
- Climate change will increase particulate matter levels from wildfires with subsequent effects on respiratory health. (medium-high confidence)
- Climate change will influence vector-borne disease prevalence, but the direction of the effects (increased or decreased incidence) will be location- and disease-specific. (medium-high confidence)
- Disadvantaged populations are expected to bear a greater burden from climate change as a result of their current reduced access to medical care and limited resources for adaptation strategies. (high confidence)
- Certain climate-change mitigation strategies have costs and benefits relevant to public health. Considering health costs (positive and negative) will more accurately represent the costs and benefits of the mitigation strategies. (medium-high confidence)
- Mitigation and adaptation plans tailored to the specific vulnerabilities of cities and states will lessen the impacts of climate change. (medium-high confidence)

## 15.1 Introduction

Summer season average temperatures in the Southwest United States are projected to be up to 9°F (approximately 5°C) higher than the present by the end of the twenty-first century (see Chapters 6 and 7 for details on climate change predictions in the Southwest). Global climate models also forecast changes in precipitation patterns, drought, flooding, and sea-level rise, and an increase in the frequency, duration, and intensity of extreme heat events throughout the Southwest. These climate changes will vary across the region, however, they are sufficient to threaten human health and well-being (Kunkel, Pielke, and Changnon 1999; Parmesan, Root, and Willig 2000; Baker et al. 2002; Christensen et al. 2004; Meehl and Tebaldi 2004; Harlan et al. 2006; Ruddell et al. 2010).

Unaddressed, there is a reasonable probability that climate change will have a negative impact on health in some Southwest human populations. There is uncertainty as to the timing, magnitude, and locations of these negative impacts. Population demographics, geographical differences, and socioeconomic factors that influence vulnerability also contribute to the uncertainty (Ebi et al. 2009). The complexity of interactions between these factors will require analysis and planning from multiple perspectives, including federal, state, tribal, and local governments, academia, the private sector and nongovernmental organizations (Frumkin et al. 2008).

This chapter focuses on those health effects related to climate change that will likely disproportionately affect the Southwest. It begins with a discussion of climate-related

health issues of current concern in the Southwest followed by a brief review of the mechanisms in which climate change influences health. While the health impacts expected from climate change can be estimated at a qualitative level, it is difficult to quantify the effects. Thus, the qualitative discussion as to how climate-change will influence health outcomes and the growing body of quantitative literature that has reported observed or predicted climate-change-related outcomes are discussed separately. Since few studies relevant to this assessment have been performed in Southwest states other than California, in some cases the conclusions presented are based on extrapolation of those findings to the rest of the Southwest. The chapter closes with a discussion of key uncertainties and highlights several key points for public health planning for climate change.

## 15.2 Current Climate-Related Health Concerns in the Southwest

Climate, even without considering climate change, influences the health of residents in the Southwest in several ways. First, the topographical and climate variability of the Southwest, with its extreme geographical and climatic conditions, is greater than that in any other region of the United States. In addition, several health concerns exist only or primarily in the Southwest. Finally, there is variation in the vulnerability (i.e., the sensitivity, resiliency, and adaptive capacity) of individuals and groups of people within the region (Patz et al. 2005; Bell 2011).

Climate-related exposures can be the direct cause of morbidity (illness) or mortality (death), such as death from hyperthermia. Climate-related exposures can also be a contributing cause of health problems by exacerbating an already existing medical condition—such as heart disease—or can exert indirect effects, as by inducing changes in the ranges of vectors (organisms such as mosquitoes that transmit disease from one host to another) that can introduce health effects to populations who have no previous history of infection. In this section, we discuss health issues related to air quality, heat extremes, wildfires, and the ecology that disproportionately affect the Southwest. These illnesses connote a considerable health burden in this region.

### Air quality

Air-pollution exposure is associated with mortality and morbidity (EPA 2006, 2009). The U.S. Environmental Protection Agency (EPA) sets health-based National Ambient Air Quality Standards (NAAQS) for ozone, for particulate matter smaller than 2.5 microns in diameter (PM2.5)[i] and smaller than 10 microns in diameter (PM10), and for four other environmental pollutants (Figure 15.1). Ozone and PM2.5 are considered the greatest threats to human health. Climate is not a factor in setting these standards, since they are based solely on health effects attributable to air-pollutant exposure (Figure 15.2).

The Clean Air Act requires that all states attain the NAAQS. If a state is not in attainment, it must develop state implementation plans (SIPs) that outline how attainment will be reached by a specified date. Currently, all or parts of forty-eight counties in the Southwest do not attain the 8-hour ozone standard (EPA 2011a). Thirty-six of these counties are in California (which has fifty-eight counties total), eight are in Colorado (with sixty-four counties), two are in Arizona (sixteen counties), and two are in Utah (twenty-nine counties). All or part of thirty-eight counties in the Southwest do not attain



**Figure 15.1  Hazy view of Los Angeles.** The visible smog translates into poor air quality with negative consequences for cardiorespiratory health. Photo courtesy of David Iliff. License: CC_BY_SA 3.0.

the PM2.5 NAAQS (EPA 2011b) including twenty-nine in California, two in Arizona, and seven in Utah. These counties encompass the major metropolitan areas of each state and consequently are home to significant fractions of each state's population.

OZONE. Ozone is a form of oxygen that forms naturally in the stratospheric portion of the atmosphere, where it absorbs most of the sun's UV radiation. In the lower atmosphere ozone is considered an ambient air pollutant, produced through chemical reactions between nitrogen oxides and hydrocarbons typically emitted by the burning of fossil fuels. The health effects of ozone were most recently assessed as part of the 2008 review of the ozone NAAQS (EPA 2006). The EPA concluded that short-term ozone exposure is associated with acute reductions in lung function, increased respiratory symptoms (such as shortness of breath, pain on deep breath and coughing, airway inflammation, and hyperresponsiveness), and increased respiratory hospital admissions and emergency department visits. Some literature suggests an association between ozone and cardiovascular morbidity, as well as mortality in people who have chronic cardiopulmonary disease. Long-term ozone exposure has not been clearly linked with health outcomes, except for structural changes in the airways of chronically exposed animals. People who are physically active outdoors, such as children, outdoor workers, and recreational and professional athletes, are at greatest risk of adverse health effects from ozone exposure.

PARTICULATE MATTER. The most recent assessment of the health effects of PM2.5 is part of the ongoing review of the PM NAAQS (EPA 2009). The EPA concluded that both daily and long-term exposures to PM2.5 are associated with mortality for cardiovascular causes, particularly in the elderly who have pre-existing cardiovascular disease. In comparison, the relationship of long-term and short-term PM2.5 exposure to illness and death (other than that from cardiovascular causes) has not been as consistently demonstrated. PM2.5 exposure is associated with hospitalizations and emergency department visits for exacerbation of pre-existing cardiopulmonary disease, mainly in the elderly. Reduced lung function growth,[ii] increased respiratory symptoms, and asthma exacerbation have been noted in children. Several studies report an increased risk of mortality and respiratory infections in infants exposed to elevated PM2.5 concentrations.



**Figure 15.2 Projected ozone response to climate in three urban areas of California, 2050.**
A recent EPA-funded study at the University of California, Berkeley evaluated the effects of variables associated with anticipated changes in climate and ozone precursor emissions for cities in California's Central Valley (Fresno and Sacramento) and San Francisco Bay Area. In the set of bars at left, expected reductions (due to existing and projected control measures) in ozone precursor emissions in 2050 would reduce ozone levels, assuming no change in climate. In the middle set of bars, changes in climate variables (such as higher temperatures) and expected increases in nitrogen oxide and hydrocarbon emissions lead to higher regional ozone concentrations. When these two effects are combined on the right, the benefits of the emissions reductions are partially or completely offset by climate-related increases in ozone, especially in the San Francisco Bay Area. Thus, climate change will make ozone standards more difficult to attain and maintain, and will increase control costs. Adapted with permission from American Geophysics Union (Steiner et al. 2006; California Air Resources Board, http://www.arb. ca.gov/).

*Heat extremes*

Heat stress is the leading weather-related cause of death in the United States (CDC 2006; Kalkstein and Sheridan 2007; Sherwood and Huber 2010). Based on death certificates, an estimated 400 deaths each year are directly attributed to heat-related causes (CDC 2006), with the largest number occurring in Arizona (CDC 2005). However, both heat mortality and morbidity are believed to be significantly underreported (CDC 2006). Moreover, heat exposure can cause morbidity directly and also through exacerbation of preexisting chronic disease, particularly of the circulatory system (reviewed in Drechsler 2009).

Heat waves (periods of abnormally elevated temperature) can considerably increase the number of cases of direct and indirect heat-related mortality and morbidity (Semenza et al. 1996; Smoyer 1998; Naughton et al. 2002; Weisskopf et al. 2002; Knowlton et al. 2009; Ostro et al. 2009). The specific temperature associated with a heat wave varies by location because it is defined in relation to local normal conditions (see also Chapters 5 and 7 for more detailed discussions about heat waves in the Southwest).

### Wildfires

The high frequency of wildfires in the Southwest presents several health concerns. Wildfire smoke can lead to PM2.5 levels that greatly exceed national standards (Phuleria et al. 2005; Wu, Winer, and Delfino, 2006), contributing to adverse health effects. Other health concerns related to wildfires include death and burn injuries through direct contact with the fire or from indirect effects such as evacuation and dislocation, physical loss of home or other property, and increased risk of mudslides during subsequent rainstorms. Whether or not health effects derive from a specific wildfire depends on many factors, including the proximity of the fire to a population; the size, intensity, and duration of the fire; and whether the smoke plume moves across a populated area.

### Permissive ecology

Climate affects the seasonality, geographic distribution, and transmission frequency of infectious illnesses through the regulation of permissive habitat for pathogen establishment. Many of the climate-related infectious illnesses that occur in the United States (e.g., West Nile virus, influenza, food- and water-borne pathogens) also affect the Southwest. These illnesses contribute considerably to U.S. morbidity and mortality. For example, food-borne illnesses affect 25% of the U.S. population and cause some 76 million cases annually (Mead et al. 1999).

Certain infectious diseases are more prevalent or are almost exclusively found in the Southwest. The Centers for Disease Control and Prevention (CDC) reports that from 2005 to 2009, most cases of valley fever (99.1% of 44,029 cases nationwide), plague (93% of 43 cases), and Hanta pulmonary syndrome (61% of 136 cases) occurred in the six Southwestern states (Figure 15.3) (Hall-Baker et al. 2009; Hall-Baker et al. 2010; Hall-Baker et al. 2011; McNabb et al. 2007; McNabb et al. 2008).

## 15.3 Climate Change and Potential Health Implications

Climate change is expected to increase injury and death related to extreme events, to alter the distribution of infectious diseases, and to exacerbate current climate-related health issues (Frumkin et al. 2008). These changes in climate have varying effects depending on location, event, population susceptibility, and disease. Here we discuss the changes in climate and the way in which they influence human health outcomes. The focus is on health effects that affect the Southwest disproportionately compared to other parts of the United States. The 2006 California heat wave is presented as a "case study" because it had the characteristics of future heat waves predicted for the Southwest.



**Figure 15.3 Incidence of selected diseases in the Southwest as a percent of total for the United States.** The proportion of the total cases in the United States of West Nile virus, valley fever, plague, and Hanta pulmonary syndrome reported annually from the Southwest to the CDC shows consistency from year to year. Data from cases reported to the CDC.

*Emissions and air pollution*

Rising temperature will accelerate atmospheric chemical reactions, tending to increase concentrations of ozone and possibly PM2.5 (Steiner et al. 2006; Jacobson 2008; Kleeman 2008; Mahmud et al. 2008; Millstein and Harley 2009). However, other meteorological characteristics, such as relative humidity, wind speed, and mixing height[3] also interact with temperature and influence pollutant concentrations (Steiner et al. 2006; Jacobson 2008; Kleeman 2008; Mahmud et al. 2008; Millstein and Harley 2009). Changes in ozone and PM2.5 levels are unlikely to be uniform across an air basin. There remain many uncertainties in our current understanding of the influence of meteorological parameters on air quality. In addition, current strategies for modeling ozone cannot yet factor in the reduction of air pollution that is expected from regulations and control strategies that will be adopted to meet NAAQS attainment requirements. Thus, current knowledge is inadequate to project future health impacts. However, without implementation of new air-pollution-control strategies, the concentrations of these pollutants could increase with climate change, and consequently contribute to increased air pollution-related health effects (Knowlton et al. 2004; Peng et al. 2011).

*Increases in extreme events*

Increased climate extremes (heat waves and winter cold) and their direct effects, along with indirect effects related to vector populations, are expected to have an overall negative effect on human health (McMichael 2001). In particular, future heat waves are

expected to be more humid (Gershunov, Cayan and Iacobellis 2009), with higher overnight low temperatures. Heat waves are expected to increase more in coastal areas compared to inland (Guirguis and Gershunov forthcoming; see also Chapter 7). In addition to rising temperatures in the Southwest, climate models predict that the frequency, intensity, spatial extent, and duration of heat waves will continue increasing through the remainder of this century (Gershunov, Cayan, and Iacobellis 2009; Climate Action Team 2010; see also Chapters 6 and 7).

HEAT-RELATED MORTALITY AND MORBIDITY. Heat stress (the physiological response to excessive heat) can lead to morbidity and mortality and is the primary health-related threat to human health and well-being related to climate change both nationally and within the Southwest (Sherwood and Huber 2010). Heat stress is greater when elevated temperatures continue for several days (Kalkstein et al. 1996; Ruddell et al. 2011) or when conditions are hot and more humid. Humid heat poses a greater physiological stress than dry heat because it reduces the body's ability to cool itself through evaporation (Gagge 1981; Horvath 1981). Increases in daily mortality have been observed to vary by community and the intensity, duration, and timing of the heat event (Anderson and Bell 2011).

Increased physiological stress due to global temperature rise; more frequent, humid, intense, and longer lasting heat waves; and intensification of heat stress by urban heat islands will likely increase heat-related morbidity and mortality in the Southwest (Oke 1982; Brazel et al. 2000; Meehl and Tebaldi 2004; Rosenzweig et al. 2005; IPCC 2007; see also discussion in Chapter 7). This trend will be exacerbated by a projected demographic shift toward an older population (Figure 15.4) (Basu, Dominici and Samet 2005; Basu and Ostro 2008; Sheridan et al. 2011). Basu and Malig (2011) found that higher temperatures were associated with significant reductions in life expectancy and did not only affect extremely frail individuals.



**Figure 15.4 U.S. census population predictions by age.** Predictions that are stratified by age show an increase over the coming decades in the proportion of the 65-and-older population. The decadal estimates were generated using 2000 U.S. Census data. Source: Vincent and Velkoff (2010).

Outcomes of an unprecedented ten-day humid heat wave in California during late July 2006 are instructive for considering future climate-change-related mortality and emergency room (ER) visits. Studies showed that excess mortality related to the heat wave was at least three times greater than what was reported by coroners and that a greater proportion of deaths occurred in the elderly (Ostro et al. 2009). Knowlton et al. (2009) and Gershunov et al. (2011) confirmed that there were proportionally more ER visits in the cooler coastal areas than in the hotter inland regions, likely because populations living in the cooler parts of the state are less physiologically adapted to heat exposure, have less air conditioning, and are less knowledgeable about protective behaviors. Ownership and usage of air conditioners has been shown to reduce the adverse effects of increased temperature on some chronic health outcomes (Ostro et al. 2010).

Collectively, these studies suggest that: (1) mortality to which heat is a contributing cause will continue to exceed that in which heat is the underlying cause; (2) absolute risks of heat-related mortality will continue to be high in hotter areas, although coastal areas may see greater increases in risk over time with climate change; (3) relatedly, changes in risk of heat-related mortality and morbidity will likely be greater in areas that currently have relatively low peak temperatures (for example coastal or high-altitude areas), and consequently are less adapted to heat than areas that currently have frequent periods of high temperature; and (4) an aging population will increase the size of the at-risk population.

WILDFIRES. Climate change is expected to increase wildfire frequency and size (Westerling et al. 2006, 2009; Flannigan et al. 2009), which in turn will increase the contribution of wildfire smoke to ambient PM2.5 levels. Forest flammability will increase because of projected changes in the patterns of precipitation and drought, and their attendant effects on vegetation stressors such as insects, disease, soil-moisture loss, and tree mortality (Figure 15.5). These changes, along with human factors and land management practices (such as livestock grazing, wildfire suppression, and increased human presence) are expected to increase the number of wildfires, their contribution to ambient air pollution levels, and related health effects (see Chapter 8, Section 8.4.2).

Studies in the Southwest (Shusterman, Kaplan, and Canabarro 1993; Lipsett et al. 1994; Vedal and Dutton 2006) have found no significant relationship between wildfire smoke (measured as PM2.5) and mortality during fire periods. Fire-related deaths were principally related to burns, even in individuals who also had smoke-inhalation injury (Shusterman, Kaplan, and Canabarro 1993). In the Southwest, fire smoke exposure has been associated with respiratory and eye symptoms (Sutherland et al. 2005; Künzli et al. 2006). ER visits and unscheduled physician's visits increase during wildfire periods (Duclos, Sanderson, and Lipsett 1990; Shusterman, Kaplan, and Canabarro 1993; Lipsett et al. 1994; Vedal 2003; Künzli et al. 2006). Künzli and others (2006) also found that non-asthmatic children were more affected than asthmatic children, probably because asthmatic children were more likely to take preventive actions, including remaining indoors, reducing physical activity, using air conditioning, and wearing masks when outdoors. This is the first published study that showed a benefit from adopting these actions. Delfino and colleagues (2009) reported a 34% increase in asthma hospital admissions during the 2003 Southern California wildfires that increased PM2.5 by an average of 70 micrograms (one millionth of a gram) per cubic meter. The greatest increase in



**Figure 15.5 2010 Wildfire in Great Sand Dunes National Park, Colorado.** © University Corporation for Atmospheric Research.

risk was for people over 65 years of age and for children up to four years of age. Risk of asthma admissions for school-age children was not statistically significant. The greatest increases in risk for hospital admissions were for acute bronchitis and pneumonia, particularly among the elderly, with no significant change in risk for cardiovascular effects or disease. Together these studies suggest that people with acute or chronic respiratory disease at the time of wildfire smoke exposure are the individuals most at-risk.

VALLEY FEVER. The majority of valley fever (coccidioidomycosis) cases in the United States occur in the Southwest (99.1% or 43,634 cases from 2005 to 2009), almost exclusively in Arizona and California (Hall-Baker et al. 2009; Hall-Baker et al. 2010; Hall-Baker et al. 2011; McNabb et al. 2007; McNabb et al. 2008), and mainly affecting people over age 65 (CDC 2003). Potential infection occurs when a dry spell desiccates the soil-dwelling fungus and subsequent soil disruption releases the spores, which are then inhaled. It is hypothesized that moisture in the soil preceding a dry spell promotes fungal growth (Kolivras et al. 2001; Comrie 2005; Comrie and Glueck 2007; Tamerius and Comrie 2011). Changes in extreme climatic events are expected to influence the growth and airborne release of this fungus.

Investigations into the relationship of weather patterns and valley fever found a weak correlation (4% of variance explained) between disease incidence and preceding precipitation for California (Zender and Talamantes 2006) while a substantially stronger correlation was found in two Arizona counties (69% of variance in Maricopa and 54% in Pima Counties explained; Tamerius and Comrie 2011). These disparities are likely related to the complexity of the relationships between climate factors and the fungus, as well as human susceptibility, habitat availability, model and variable selection, and data quality. This complexity impedes precise predictions of how climate change will influence the future incidence of valley fever.

*Long-term warming trend*

The warming climate is expected to increase the length of the freeze-free season (the time between the last frost of spring and first autumn frost). These changes are in turn expected to influence many vector-borne diseases. The life cycles of vectors and their hosts are influenced by temperature and other climate factors (Gage et al. 2008), which in turn influence the time between vector infection to disease transmission (Reisen et al. 1993; Reisen, Fang and Martinez 2006). Warm temperatures increase the rate at which vector populations grow, speed vector reproductive cycles (Reisen 1995), shorten the time between exposure and infectivity (Reisen et al. 1993; Gubler et al. 2001; Gage et al. 2008; Reisen, Fang and Martinez 2006), and increase vector-host contact rates (Patz et al. 2003).

Vector ranges may change over time, depending on whether or not future local climate is suitable for a given vector (Box 15.1). Thus, previously unexposed populations may become exposed, while some currently exposed populations may no longer be exposed (Lafferty 2009). Understanding the effect of climate on vectors, hosts, and pathogens can help us estimate the geographic extent and intensity of disease risk. Research is continuing to improve our understanding of the association between disease incidence and climate, which brings us closer to predicting the future disease risk.

---

**Box 15.1**

## Entomologic Risk

Entomologic risk is a term used in describing the distribution of insects with respect to insect-borne disease. It is a helpful topic here as it highlights how a vector can exist in the absence of the occurrence of disease. For example, the dengue and yellow fever vector, Aedes aegypti, occurs in Tucson, Arizona (first noted in 1946, but more recently since 1994 [Merrill, Ramberg, and Hagedorn 2005]), but neither dengue nor yellow fever are known to occur. This notion can be expanded to other health concerns: behavioral adaptation to heat can reduce the possibility of heat- related illness in spite of increasing heat events.

---

MOSQUITO-BORNE DISEASES. Mosquitos are a vector for the transmission of pathogens worldwide. Their abundance varies over time and space due to variations in temperature and the water available for their larvae (Barker, Eldridge, and Reisen 2010; Morin and Comrie 2010). Abundance of vertebrate hosts and the extent of suitable habitat can also be influenced by climate. Certain peridomestic birds (species that live around human habitation) are effective hosts for viruses such as West Nile virus (Reisen, Fang, and Martinez 2005; Kilpatrick 2011). Models that incorporate the interaction of vectors, hosts, and pathogens in a manner to also be explicit with respect to time and spaces are exceedingly complex. Quantifying these interactions, which are influenced

by climate in multiple ways, creates a challenge for predicting with precision the future health consequences of these diseases.

Long-term warming trends are expected to have several effects on mosquito-borne diseases. Longer-living vectors will increase the likelihood that a mosquito will obtain a potentially infectious blood meal, survive the pathogen's incubation period, and become infectious (Gubler et al. 2001; Cook, McMeniman, and O'Neill 2008). More days with temperatures exceeding minimum thresholds will increase vector-host contacts and decrease the period of time it takes for a mosquito to become able to transmit infection after ingesting an infecting blood meal (Kilpatrick et al. 2008; Hartley et al. 2012). Above certain maximum temperature thresholds, however, the mortality of adult female mosquitos increases by around 1% per day for each 1.8°F (1°C) increase in temperature (Reeves et al. 1994). This reduced survival may be compensated for by increased mosquito biting rate and viral replication (Delatte et al. 2009; Hartley et al. 2012). These thresholds vary by vector species and their location, making uniform predictions, such as country-wide predictions about changes in generic mosquito-borne disease risk, inappropriate.

PLAGUE. Plague is a flea-borne bacterial disease maintained in rodents, with occasional spill-over to humans and companion animals. Ninety-three percent (40 cases) of all U.S. plague cases reported between 2005 and 2009 were from the six Southwestern states (Hall-Baker et al. 2009; Hall-Baker et al. 2010; Hall-Baker et al. 2011; McNabb et al. 2007; McNabb et al. 2008).

Most plague outbreaks occur when temperatures are between 75°F and 80°F (24°C and 27°C) and cease at higher temperatures (Brooks 1917; Davis 1953; Cavanaugh and Marshall 1972; Cavanaugh and Williams 1980; Gage et al. 2008; Brown et al. 2010). Global climate cycles, such as the Pacific Decadal Oscillation, as well as local meteorology, influence year-to-year differences in human plague cases (Parmenter et al. 1999; Enscore et al. 2002; Ben Ari et al. 2008). To date, these findings rely on retrospective analyses of climate and disease incidence without predicting future risk associated with climate change.

## 15.4  Observed and Predicted Effects on Health from Climate Change

Though the publication of research investigating the association between climate and health is growing, statistical models capable of predicting future health impacts are limited (Ebi et al. 2009). The World Health Organization estimated that global warming caused 140,000 excess deaths in 2004 compared to 1970 (WHO 2010). Climate change alters the distribution of physical exposures, which in turn changes the distribution of vulnerable populations and increases the likelihood of adverse impacts to those populations. As discussed in the previous section, climate change is expected to exacerbate several current health concerns, and alter the distribution of vulnerabilities by age, geographical, and socioeconomic factors on a local level (Ebi et al. 2009). This section summarizes recent findings that show already observed climate-change-related health effects or provide quantitative predictions of impacts.

*Air quality*

The health impacts of PM2.5 and ozone exposure are proportional to their concentrations in the ambient air, which is influenced by emissions, atmospheric chemistry, and emissions-reduction regulations driven by the National Ambient Air Quality Standards (NAAQS). NAAQS are reevaluated approximately every five years, and are revised if new information suggests that the existing NAAQS are inadequate. Overall, concentrations of these two pollutants and the number of air basins in the Southwest that do not attain the NAAQS have declined due to emissions-reduction regulations. However, several parts of the Southwest, particularly portions of California, do not attain the ozone and/or PM2.5 NAAQS (EPA 20011a, 20011b).

Some greenhouse-gas-reduction regulations provide co-benefits—multiple and ancillary health benefits of a program, policy, or intervention—by reducing emissions of other chemicals, such as hydrocarbons and nitrogen oxides that combine to form ozone[iv] and PM2.5 (CARB 2008). Energy demand is projected to increase in the future due to a growing population and a warmer climate, which could increase emissions of ozone precursors and PM2.5 from some sectors (Climate Action Team 2010). Land use planning and policy changes will also affect emissions, particularly those from the transportation sector. Increases and decreases in emissions from various sectors, along with new emissions-reduction regulations and control technologies, will determine future attainment of the NAAQS. Overall, climate change is likely to make it harder to achieve and maintain attainment with the NAAQS.

ASTHMA AND ALLERGIES. As climate warms, data show earlier and longer spring bloom for many plant species, which has led to a general increase in plant biomass and pollen generation, triggering allergies and asthma cases (Weber 2012). A recent EPA review (EPA 2008) of the likely influence of climate change on bioallergens (pollens and molds) concluded that: pollen production is likely to increase in most parts of the United States; earlier flowering is likely to occur for numerous species of plants; changes in the distribution of pollen-producing species are likely, including the possibility of extinction of some species; intercontinental dispersal of bioallergens is possible (Figure 15.6), facilitating the introduction of new aeroallergens into the United States and increases in allergen content, and thus, potency of some aeroallergens are possible. Concomitant exposure to ozone and allergens may also lead to greater allergic responses than exposure to allergens alone (Molfino et al. 1991; Holz et al. 2002; Chen et al. 2004).

*Heat-related mortality and morbidity*

U.S. heat-related deaths declined between 1964 and 1998 (Davis et al. 2003), likely due to more air conditioning, improved medical care, and better public awareness programs, as well as other infrastructural and biophysical adaptations. However, heat-related mortality and morbidity still occur throughout the Southwest region, particularly associated with intense heat waves. Based on historical data, without additional adaptations, mortality and morbidity will increase as the climate warms (Karl, Melillo and Peterson 2009).

A few studies, all focused on California, have quantitatively estimated future heat-related mortality (Hayhoe et al. 2004; Drechsler et al. 2006; Ostro, Rauch, and Green 2011;



**Figure 15.6 Dust storm on Interstate 10 near Phoenix, July 8, 2007.** Photo courtesy of Los Cuatro Ojos blog (http://loscuatroojos.com/2007/07/28/dust-storms-over-phoenix-looks-worse-than-it-is/).

Sheridan et al. 2011). Sheridan and colleagues (2011) suggest that by the 2090s, heat waves lasting two weeks or longer will occur about once per year throughout the state and that ten-day or longer heat waves could increase nearly ten times under a higher emissions scenario. Without new adaptations, most of California's urban areas could see significantly higher heat-related mortality by the 2090s, with a significant portion of the increase attributable to California's aging population (Table 15.1). Projected heat-related mortality is not uniform statewide, ranging from a 1.9-fold increase in San Francisco to a 7.5-fold increase in San Diego, compared to present. Incorporation of adaptations into the modeling only partially mitigated these increases. Ostro, Rauch, and Green (2011) estimated that heat-related mortality in California could increase up to three times by the mid-twenty-first century, with about a third of the increase offset by a 20% increase in air conditioning prevalence.

*Vector-borne disease*

The IPCC's Fourth Assessment Report (2007) states that physical changes in the climate system will alter the "spatial distribution of some infectious diseases," such as dengue fever, malaria, and West Nile virus (WNV). In 2007, California declared a State of Emergency "due to the increasing risk of West Nile virus transmission" (CDPH 2007). The complexity of these systems makes forecasting the effects of climate change on disease outcomes difficult. However, researchers are increasingly able to generate future climate predictions.

**Table 15.1** Estimated future heat-related mortality in nine metropolitan statistical areas of California

| Urban Area | Mean Annual Heat-Related Mortality (Age 65 and older) | | |
|---|---|---|---|
| | 20th Century | 2090s – Medium Growth | 2090s – No growth |
| Fresno | 15 | 192 – 266 | 26 – 36 |
| Los Angeles | 165 | 1,501 – 2,997 | 368 – 732 |
| Oakland | 49 | 413 – 726 | 85 – 149 |
| Orange County | 44 | 395 – 742 | 105 – 194 |
| Riverside | 60 | 741 – 1,063 | 113 – 162 |
| Sacramento | 27 | 275 – 440 | 55 – 88 |
| San Diego | 68 | 750 – 1,865 | 207 – 511 |
| San Francisco | 53 | 161 – 247 | 71 – 110 |
| San Jose | 27 | 256 – 411 | 44 – 69 |
| **TOTAL** | **508** | **4,684 – 8,757** | **1,074 – 2,051** |

Source: Sheridan et al. (2011).

WEST NILE VIRUS. Recent models that focus on the physiological responses of mosquitos to changes in climate allow us to estimate WNV transmission using future temperature predictions (Figure 15.7). Comparisons of the Southern San Joaquin Valley to the otherwise comparable (in terms of vegetation, land use, rainfall, and human population) but 5.4°F–9°F (3°C–5°C) warmer Coachella Valley of California illustrates the likely influence of a warming climate on arboviruses (viruses spread by arthropod vectors) such as WNV (Reisen, Fang, and Martinez 2006). The transmission season in Coachella starts almost a month earlier than in the San Joaquin Valley and may persist through winter. However, above high temperature thresholds, the maximal intensity of pathogen transmission from mosquito to host may not differ markedly. WNV may be transmitted throughout the winter at very southern latitudes (Tesh et al. 2004; Reisen et al. 2006), whereas at more northern latitudes or high elevations temperatures drop below virus developmental thresholds for extended periods and vector populations enter diapause (a period in which growth or development is suspended), which interrupts virus transmission (Reisen, Smith, and Lothrop 1995; Reisen, Meyer and Milby 1986).

Warming trends apparently allow non-diapausing (not becoming dormant) portions of *Culex* mosquito population to persist through the winter (Reisen et al. 2010), especially in urban environments (Andreadis, Armstrong, and Bajwa 2010). Overall, it is likely that shorter winters will allow transmission of some arboviruses like WNV to continue

throughout the year. Highly efficient transmission of WNV is already evident during
the summer, and little change is expected with warming trends. However, warming in
the currently cooler and densely populated areas along the California coast and in the
foothills of the Sierra Nevada and Rocky Mountains will increase risk of transmission of
WNV and other mosquito-borne pathogens into new areas.



**Figure 15.7  Model-based estimates of changes in WNV transmission potential during June,
based on expected shortening of the incubation period in mosquitoes.** Shown is the decrease
in the average number of mosquito bites necessary to get from infection to transmission (BT) for WNV
by 2100, based on future temperatures derived for mean scenarios used by Dettinger (2005). Parts of
the region with cooler climates show a progressive decrease in BT during June by 2100, increasing the
risk of transmission, whereas areas with extremely warm or extremely dry desert climates show no
change in BT from current estimates. Source: PRISM Climate Group, Oregon State University, http://
www.prism.oregonstate.edu.

## 15.5 Uncertainties

Quantitative estimates of future health impacts of climate change are difficult and uncertain for several reasons. These include: a dearth of adequate health data and sufficiently downscaled climate data; incomplete understanding of how non-climate-related factors modify risk; incomplete understanding of the relationships between climate, health, and disease processes; and the influence of physiological, behavioral, and societal adaptations. In addition, range shifts for infectious diseases or new introductions are difficult to predict. The Southwest has many large population centers located near earthquake faults and in coastal areas that can be struck by tsunamis. Although not the product of climate change, the Southwest has experienced major earthquakes that inflicted crippling damage to infrastructure in its major population centers, and it continues to be at risk of further earthquakes. A major seismic event preceding or overlapping extreme climate events would further complicate planning and execution of adaptation plans. These issues increase uncertainty for planning adaptive capacity and interventions.

### Availability of high-quality health data

Deficiencies in health data quality limit our ability to characterize the relationship of climate change and health and to develop predictive models for climate-related health impacts. Multi-year data sets of consistent quality and from multiple locations, with high spatial and temporal resolution, are needed to assess how risk changes over time and to estimate future impacts on a regional basis (Frumkin et al. 2008; Ebi et al. 2009; English et al. 2009). Data on the spatial distribution of vector-borne and fungal diseases, the organisms that transmit them, and their seasonal abundance are needed to estimate future infectious disease impacts (Bush et al. 2011).

### Climate data

Uncertainties in climate modeling are discussed in Chapters 6 and 7 of this report. Adequately downscaled climate projections are needed to quantify health effects at the local level (Ebi et al. 2009).

### Disease complexity

Diseases are physiologically complex, and many factors interact with or modify disease (Box 15.2). For example, humans have extensive physiological and behavioral capabilities that allow them to adapt to the usual temperature conditions where they live. The use of physiological, societal, and behavioral data in predictive modeling is limited by data availability and by our understanding of the interactions. These limitations are further confounded by our ability to interpret how physiology, society, and behavior will change with climate change. Failure to incorporate these factors increases uncertainty in predicting health outcomes (Randolph 2009) and may lead to spurious attribution of risk (Campbell-Lendrum and Woodruff 2006). A recent review on climate and human health over millennia suggests that modern societies may be less flexible and thus vulnerable (McMichael 2012). The complexities of human behavior and adequate characterization of the entities involved in disease transmission create uncertainty in estimating future climate-related health outcomes.

**Box 15.2**

### *Linking Data with Models: Lessons from Mosquito-borne Disease*

A key challenge in predicting the impacts of climate change on disease is determining the net impact of a multitude of individual effects, including some that offset others. The difficulty is to predict the net impact of all these climate influences acting simultaneously. Mathematical models provide a powerful method for this integration.

For example, a strong empirical test of the impacts of global warming on mosquito-borne disease transmission would require data (preferably weekly or monthly) on temperature, rainfall, mosquito abundance, infection prevalence in mosquitoes, and infection prevalence in humans (ideally age-structured), in addition to human density and vector control efforts over the time period in question. Since substantial year-to-year variation in climate is ubiquitous, a minimum time series of a decade is likely needed to successfully disentangle the influence of the myriad influences that control incidence of mosquito-borne disease in humans. Unfortunately, such datasets are rare or non-existent for even the most important human infectious diseases.

*New disease introduction*

Predicting where new pathogens will emerge is difficult. Certain socio-economic, environmental, and ecological factors are common in areas where infectious diseases tend to emerge, which may help identify risk areas (Jones et al. 2008). Global travel and trade have already contributed to emergence of pathogens in new areas (Gubler 2002; Tatem, Hay, and Rogers 2006; Randolph and Rogers 2010). Climate- and habitat-based models can identify habitat suitable for the species of interest and identify theoretical geographic distributions. However, the emergence of new pathogens in an area is more complicated, requiring suitable hosts and environmental conditions to facilitate arrival, establishment, and spread (Randolph and Rogers 2010).

## 15.6  Public Health Planning for Climate Change

Current climate-related human health effects, combined with forecasts for a warming climate and an increase in the vulnerable population, demand development and implementation of mitigation and adaptation strategies (Bollen et al. 2009; Jack and Kinney 2010). Immediate improvements to health would result from strengthening public health infrastructure to respond to climate-induced threats (Costello et al. 2011). The initial challenge is to assess linkages between climate and human health at city, state, and regional levels, and develop mitigation and adaptation plans for each spatial scale (Frumkin et al. 2008). Only certain states and cities in the Southwest currently have action plans (e.g., Boulder, Colorado; Phoenix, Arizona; California; Colorado; and New Mexico—for examples see ACCAG 2006, City of Boulder 2002, and NMCCAG 2006), with most focusing on reduction in anthropogenic waste heat (heat produced by human activities for which there is no useful application, such as the heat generated to cool a

structure), air quality improvement, promotion of active lifestyles, and efficient use of natural resources.

Barriers to developing climate action plans include reduced tax revenue due to the 2007 financial downturn, along with competing budget priorities that have reduced the public funding available for long-term investment in mitigations to reduce human vulnerability to climate change. Several of the Southwest states (Arizona, California, Nevada) have been particularly affected by the ongoing recession (Heinberg 2011), including large reductions in the workforce of many local health departments (NACCHO 2010). Institutional barriers can limit development of partnerships between public, private, and non-profit groups to address climate change concerns (Harlan and Ruddell 2011), leading to lack of coordination, inefficient use of resources, or continued neglect of the most vulnerable and disenfranchised. Moreover, little is known about the cost-effectiveness of many climate change mitigation actions (Kalkstein et al. 1996; Kalkstein and Sheridan 2007). Together these factors provide challenges to action plan development. A recent publication provides a framework for identifying and organizing barriers to managing the risk and impacts of climate change (Ekstrom, Moser, and Torn 2011).

### Adaptation

The health sector is more involved in adapting to climate change than mitigating it (Frumkin et al. 2008). Surveillance (for temperature-related morbidity and mortality, adverse effects related to air pollution and wildfire smoke exposure, and vector-borne diseases) is a key adaptation strategy that must be coordinated with first-alert systems and emergency services. For example, Los Angeles County has established an automated, near-real-time surveillance system to detect health changes in incidence of increased morbidity and mortality related to environmental stresses (LACDPH 2006). Public communications to both policy makers and the public should clearly emphasize that (a) climate change is already upon us, (b) it will be bad for human health, (c) the consequences will be worse if no adaptation or mitigation measures are taken, and (d) there are actions we can take individually and as a society that will simultaneously reduce the consequences of climate change and improve health (Maibach et al. 2011). To be effective, the framing of climate-change communication should be sensitive to concerns of various segments of the population. Public education campaigns, in multiple languages, should emphasize protective behaviors to reduce risk and provide care for vulnerable individuals and groups (Naughton et al. 2002; Weisskopf et al. 2002; Drechsler 2009). Access to cooling centers and other services to prevent climate-related morbidity and mortality are needed, particularly for the elderly, infirm, and economically disadvantaged. Vector-control programs and occupational safety standards for outdoor workers should be reviewed and strengthened. The federal block grant LIHEAP program[5] provides reduced energy rates during the cooling season for low-income residents of Arizona, Nevada, and New Mexico. Reduced energy rates are available only during the heating season in California, Utah, and Colorado. The influence of climate change on emissions and atmospheric chemistry will need to be included in future planning efforts to reduce emissions and attain the health-based NAAQS.

### Co-benefits

Though the health sector usually focuses on adaptation to climate change, evidence is increasing that certain mitigation policies also provide ancillary health benefits. Quantifying the economic benefits to health may provide additional support for the implementation of these mitigation policies and help reduce the future public health impacts of climate change. For example, many actions that reduce greenhouse gas emissions also reduce emissions of PM2.5 and ozone precursors. Community designs that promote walking and bicycling to reduce emissions from vehicles also can help improve the health of individuals (Frumkin et al. 2008). An emerging body of research demonstrates a large potential source of health co-benefits from different mitigation strategies is the physical activity component of active transport (Woodcock et al. 2009; Grabow et al. 2011; Maizlish et al. 2011; Rabl and de Nazelle 2012). Health consequences of the mitigation activities themselves should be incorporated into cost-benefit analyses of mitigation strategies (Haines et al. 2009; Costello et al. 2011).

## References

Anderson, G. B., and M. L. Bell. 2011. Heat waves in the United States: Mortality risk during heat waves and effect modification by heat wave characteristics in 43 U.S. communities. *Environmental Health Perspectives* 119:210–218.

Arizona Climate Change Advisory Group (ACCAG). 2006. *Climate change action plan, August 2006.* Phoenix: ACCAG.

Andreadis, T. G., P. M. Armstrong, and W. I. Bajwa. 2010. Studies on hibernating populations of *Culex pipiens* from a West Nile virus endemic focus in New York City: Parity rates and isolation of West Nile virus. *Journal of the American Mosquito Control Association* 26:257–264.

Baker, L. C., A. J. Brazel, N. Selover, C. Martin, N. McIntyre, F. R. Steiner, and A. Nelson. 2002. Urbanization and warming of Phoenix (Arizona, USA): Impacts, feedback, and mitigation. *Urban Ecosystems* 6:183–203.

Barker, C. M., B. F. Eldridge, and W. K. Reisen. 2010. Seasonal abundance of *Culex tarsalis* and *Culex pipiens* complex mosquitoes (Diptera: Culicidae) in California. *Journal of Medical Entomology* 47:759–768.

Basu, R., F. Dominici, and J. M. Samet. 2005. Temperature and mortality among the elderly in the United States: A comparison of epidemiologic methods. *Epidemiology* 16:58–66.

Basu, R., and B. Malig. 2011. High ambient temperature and mortality in California: Exploring the roles of age, disease, and mortality displacement. *Environmental Research* 111:1286–1292.

Basu, R., and B. D. Ostro. 2008. A multicounty analysis identifying the populations vulnerable to mortality associated with high ambient temperature in California. *American Journal of Epidemiology* 168:632–637.

Bell, E. 2011. Readying health services of climate change: A policy framework for regional development. *American Journal of Public Health* 101:804–813.

Ben Ari, T., A. Gershunov, K. L. Gage, T. Snall, P. Ettestad, K. L. Kausrud, and N. C. Stenseth. 2008. Human plague in the USA: The importance of regional and local climate. *Biological Letters* 4:737–740.

Bollen, J., B. Guay, S. Jamet, and J. Corfee-Morlot. 2009. *Co-benefits of climate change mitigation policies: Literature review and new results.* Working Paper 693. Paris: Organisation for Economic Cooperation and Development (OECD), Economics Department.

Brazel, A. J., N. Selover, R. Vose, and G. Heisler. 2000. The tale of two climates: Baltimore and Phoenix urban LTER sites. *Climate Research* 15:123–135.

Brooks, R. J. 1917. The influence of saturation deficiency and of temperature on the course of epidemic plague. *Journal of Hygiene* 5:881–899.

Brown, H. E., P. Ettestad, P. J. Reynolds, T. L. Brown, E. S. Hatton, J. L. Holmes, G. E. Glass, K. L. Gage, and R. J. Eisen. 2010. Climatic predictors of the intra- and inter-annual distributions of plague cases in New Mexico based on 29 years of animal-based surveillance data. *American Journal of Tropical Medicine and Hygiene* 82:95–102.

Bush, K. F., G. Luber, S. R. Kotha, R. Dhaliwal, V. Kapil, M. Pascual, D. G. Brown, et al. 2011. Impacts of climate change on public health in India: Future research directions. *Environmental Health Perspectives* 119:765–770, doi:10.1289/ehp.1003000.

California Air Resources Board (CARB). 2008. *Climate change scoping plan: A framework for change.* Sacramento: CARB. http://www.arb.ca.gov/cc/scopingplan/document/adopted_scoping_plan.pdf.

California Climate Action Team (CCAT). 2010. *Climate Action Team Biennial Report, April 2010.* N.p.: CCAT. http://www.energy.ca.gov/2010publications/CAT-1000-2010-004/CAT-1000-2010-004.PDF.

California Department of Public Health (CDPH). 2007. West Nile virus state of emergency: 2007 summary report. Sacramento: CDPH.

Campbell-Lendrum, D., and R. Woodruff. 2006. Comparative risk assessment of the burden of disease from climate change. *Environmental Health Perspectives* 114:1935–1941.

Cavanaugh, D. C., and J. D. Marshall. 1972. The influence of climate on the seasonal prevalence of plague in the Republic of Vietnam. *Journal of Wildlife Diseases* 8:85–94.

Cavanaugh, D. C. and J. E. Williams. 1977. Plague: Some ecological interrelationships. In *Proceedings of the International Conference on Fleas, Ashton Wold, Peterborough, UK, 21–25 June 1977*, ed. R. Traub and H. Starcke. Rotterdam: A. A. Balkema.

Centers for Disease Control (CDC). 2003. Increase in coccidioidomycosis: Arizona, 1998–2001. *MMWR Morbidity and Mortality Weekly Report* 52:109–12.

Centers for Disease Control and Prevention (CDC). 2005. Heat-related mortality: Arizona, 1993–2002 and United States, 1979–2002. *Morbidity and Mortality Weekly Report* 54:628–630.

—. 2006. Heat-related deaths: United States, 1999-2003. *Morbidity and Mortality Weekly Report* 55 (29): 796–798.

Chen, L. L., I. B. Tager, D. B. Peden, D. L. Christian, R. E. Ferrando, B. S. Welch, and J. R. Balmes. 2004. Effect of ozone exposure on airway responses to inhaled allergen in asthmatic subjects. *Chest* 125:2328–2335.

Christensen, N. K., A. W. Wood, N. Voisin, D. P. Lettermaier, and R. N. Palmer. 2004. The effects of climate change on the hydrology and water resources of the Colorado River Basin. *Climatic Change* 62:337–363.

City of Boulder. 2002. *City of Boulder: Climate Action Plan.* Boulder, CO: City of Boulder.

Comrie, A. C. 2005. Climate factors influencing coccidioidomycosis seasonality and outbreaks. *Environmental Health Perspectives* 113:688–692.

Comrie, A. C., and M. E. Glueck. 2007. Assessment of climate-coccidioidomycosis model - Model sensitivity for assessing climatologic effects on the risk of acquiring coccidioidomycosis. *Annals of the New York Academy of Science* 1111:83–95.

Cook, P. E., C. J. McMeniman, and S. L. O'Neill. 2008. Modifying insect population age structure to control vector-borne disease. *Advances in Experimental Medicine and Biology* 627:126–140.

Costello, A., M. Maslin, H. Montgomery, A. M. Johnson, and P. Ekins. 2011. Global health and climate change: Moving from denial and catastrophic fatalism to positive action. *Philosophical Transactions of the Royal Society A* 369:1866–1882.

Davis, D. H. S. 1953. Plague in Africa from 1935 to 1949: A survey of wild rodents in African territories. *Bulletin of the World Health Organization* 9:655–700.

Davis, R. E., P. C. Knappenberger, P. J. Michaels, and W. M. Novicoff. 2003. Changing heat-related mortality in the United States. *Environmental Health Perspectives* 111:1712–1718.

Delatte, H., G. Gimonneau, A. Triboire, and D. Fontenille. 2009. Influence of temperature on immature development, survival, fecundity, and gonotrophic cycles of *Aedes albopictus*, vector of chikungunya and dengue in the Indian Ocean. *Journal of Medical Entomology* 46:33–41.

Delfino, R. J., S. Brummel, J. Wu, H. Stern, B. Ostro, M. Lipsett, A. Winer, et al. 2009. The relationship of respiratory and cardiovascular hospital admissions to the Southern California wildfires of 2003. *Occupational and Environmental Medicine* 66:189–197.

Dettinger, M. D. 2005. From climate-change spaghetti to climate-change distributions for 21st century California. *San Francisco Estuary and Watershed Science* 3 (1): Article 4. http://repositories.cdlib.org/jmie/sfews/vol3/iss1/art4.

Drechsler, D. M. 2009. *Climate change and public health in California*. Final Report CEC-500-2009-034-F. Sacramento: California Climate Change Center. http://www.energy.ca.gov/2009publications/CEC-500-2009-034/CEC-500-2009-034-F.PDF.

Drechsler, D. M., N. Motallebi, M. Kleeman, D. Cayan, K. Hayhoe, L. S. Kalkstein, N. M. Miller, S. Sheridan, J. Jin, and R. A. VanCuren. 2006. *Public health-related impacts of climate change in California*. White Paper CEC-500-2005-197-SF. Sacramento: California Climate Change Center. http://www.energy.ca.gov/2005publications/CEC-500-2005-197/CEC-500-2005-197-SF.PDF.

Duclos, P., L. M. Sanderson, and M. Lipsett. 1990. The 1987 forest fire disaster in California: Assessment of emergency room visits. *Archives of Environmental Health* 45:53–58.

Ebi, K. L., J. Balbus, P. L. Kinney, E. Lipp, D. Mills, M. S. O'Neill, and M. L. Wilson. 2009. U.S. funding is insufficient to address the human health impacts of and public health responses to climate variability and change. *Environmental Health Perspectives* 117:857–862.

Ekstrom, J. A., S. C. Moser, and M. Torn. 2011. *Barriers to climate change adaptation: A diagnostic framework*. Public Interest Energy Research (PIER) Program final project report CEC-500-2011-004. Sacramento: California Energy Commission.

English, P. B., A. H. Sinclair, Z. Ross, H. Anderson, V. Boothe, C. Davis, K. Ebi, et al. 2009. Environmental health indicators of climate change for the United States: Findings from the State Environmental Health Indicator Collaborative. *Environmental Health Perspectives* 117:1673–1681.

Enscore, R. E., B. J. Biggerstaff, T. L. Brown, R. F. Fulgham, P. J. Reynolds, D. M. Engelthaler, C. E. Levy, et al. 2002. Modeling relationships between climate and the frequency of human plague cases in the southwestern United States, 1960–1997. *American Journal of Tropical Medicine and Hygiene* 66:186–196.

Flannigan, M. D., M. A. Krawchuk, W. J. de Groot, B. M. Wotton, and L. M. Gowman. 2009. Implications of global wildland fire. *International Journal of Wildland Fire* 18:483507.

Frumkin, H., J. Hess, G. Luber, J. Malilay, and M. McGeehin. 2008. Climate change: The public health response. *American Journal of Public Health* 98:435–445.

Gage, K. L., T. R. Burkot, R. J. Eisen, and E. B. Hayes. 2008. Climate and vectorborne diseases. *American Journal of Preventive Medicine* 35:436–450.

Gagge, A. P. 1981. The new effective temperature (ET*) – an index of human adaptation to warm environments. In *Environmental physiology: Aging, heat and altitude: Proceedings of Life, Heat and Altitude Conference, May 15–17, 1979, Las Vegas, NV*, ed. S. M. Horvath and M. K. Yousef, 59-77. New York: Elsevier/North-Holland.

Gershunov, A., D. Cayan and S. Iacobellis. 2009. The great 2006 heat wave over California and Nevada: Signal of an increasing trend. *Journal of Climate* 22:6181–6203.

Gershunov, A, Z. Johnston, H. G. Margolis, and K. Guirguis. 2011. The California heat wave 2006 with impacts on statewide medical emergency: A space-time analysis. *Geography Research Forum* 31:6–31.

Grabow, M. L., S. N. Spak, T. Holloway, B. Stone, A. C. Mednick, and J. A. Patz. 2011. Air quality and exercise-related health benefits from reduced car travel in the midwestern United States. *Environmental Health Perspectives* 120:68–76, doi:10.1289/ehp.1103440.

Gubler, D. J. 2002. Epidemic dengue/dengue hemorrhagic fever as a public health, social and economic problem in the 21st century. *TRENDS in Microbiology* 10:100–103.

Gubler, D. J., P. Reiter, K. L. Ebi, W. Yap, R. Nasci, and J. A. Patz. 2001. Climate variability and change in the United States: Potential impacts on vector- and rodent-borne diseases. *Environmental Health Perspectives* 109:223–233.

Guirguis, K. and A. Gershunov. Forthcoming. California heat waves in the present and future. *Geophysical Research Letters* 39.

Haines, A., A. J. McMichael, K. R. Smith, I. Roberts, J. Woodcock, A. Markandya, B. G. Armstrong, et al. 2009. Public health benefits of strategies to reduce greenhouse-gas emissions: overview and implications for policy makers. *The Lancet* 374:2104–2114.

Hall-Baker, P. A., S. L. Groseclose, R. A. Jajosky, D. A. Adams, P. Sharp, W. J. Anderson, J. P. Abellera, et al. 2011. Summary of notifiable diseases: United States, 2009. *Morbidity and Mortality Weekly Report* 58 (53): 1–100.

Hall-Baker, P. A., E. Nieves, R. A. Jajosky, D. A. Adams, P. Sharp, W. J. Anderson, J. J. Aponte, G. F. Jones, A. E. Aranas, S. B. Katz, et al. 2010. Summary of notifiable diseases: United States, 2008. *Morbidity and Mortality Weekly Report* 57 (54): 1–94.

Hall-Baker, P. A., E. Nieves, R. A. Jajosky, D. A. Adams, P. Sharp, W. J. Anderson, J. J. Aponte, G. F. Jones, A. E. Aranas, A. Rey, et al. 2009. Summary of notifiable diseases: United States, 2007, *Morbidity and Mortality Weekly Report* 56 (53): 1–94.

Harlan, S. L., A. J. Brazel, L. Prashad, W. L. Stefanov, and L. Larsen. 2006. Neighborhood microclimates and vulnerability to heat stress. *Social Science and Medicine* 63:2847–2863.

Harlan, S. L., and D. Ruddell. 2011. Climate change and health in cities: Impacts of heat and air pollution and potential co-benefits from mitigation and adaptation. *Current Opinion in Environmental Sustainability* 3:126–134.

Hartley, D. M., C. M. Barker, A. Le Menach, T. Niu, H. D. Gaff, and W. K. Reisen. 2012. The effects of temperature on the emergence and seasonality of West Nile virus in California. *American Journal of Tropical Medicine and Hygiene* 86:884–894.

Hayhoe, K. D., D. Cayan, C. B. Field, P. C. Frumhoff, E. P. Maurer, N. L. Miller, S. C. Moser, et al. 2004. Emissions pathways, climate change, and impacts on California. *Proceedings of the National Academy of Sciences* 101:12422–12427.

Heinberg, R. 2011. *The end of growth: Adapting to our new economic reality*. Gabriola Island, BC: New Society Publishers.

Holz, O., M. Mücke, K. Paasch, S. Böhme, P. Timm, K. Richter, H. Magnussen, and R. A. Jörres. 2002. Repeated ozone exposures enhance bronchial allergen responses in subjects with rhinitis or asthma. *Clinical and Experimental Allergy* 32:681–689.

Horvath, S. M. 1981. Historical perspectives of adaptation to heat. In *Environmental physiology: Aging, heat and altitude: Proceedings of Life, Heat and Altitude Conference, May 15–17, 1979, Las Vegas, NV*, ed. S. M. Horvath and M. K. Yousef. New York: Elsevier/North-Holland.

Intergovernmental Panel on Climate Change (IPCC) 2007. *Climate change 2007: Synthesis Report. Contribution of Working Groups I, II and III to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change*, ed. R. K. Pachauri and A. Reisinger. Geneva: IPCC. http://www.ipcc.ch/pdf/assessment-report/ar4/syr/ar4_syr.pdf.

Jack, D. W., and P. L. Kinney. 2010. Health co-benefits of climate mitigation in urban areas. *Current Opinion in Environmental Sustainability* 2:172–177.

Jacobson, M. Z. 2008. On the causal link between carbon dioxide and air pollution mortality. *Geophysical Research Letters* 35: L03809, doi:10.1029/2007GL031101.

Jones, K. E., N. G. Patel, M. A. Levy, A. Storeygard, D. Balk, J. L. Gittleman, and P. Daszak. 2008. Global trends in emerging infectious diseases. *Nature* 451:990–994.

Kalkstein, A., and S. Sheridan. 2007. The social impacts of the heat–health watch/warning system in Phoenix, Arizona: Assessing the perceived risk and response of the public. *International Journal of Biometeorology* 52:43–55.

Kalkstein, L. S., P. P. Jamason, J. S. Greene, J. Libby, and L. Robinson. 1996. The Philadelphia hot weather-health watch warning system: Development and application, summer 1995. *Bulletin of the American Meteorological Society* 77:1519–1528.

Karl, T. R., J. M. Melillo, and T. C. Peterson, eds. 2009. *Global climate change impacts in the United States*. Cambridge: Cambridge University Press. http://downloads.globalchange.gov/usim-pacts/pdfs/climate-impacts-report.pdf.

Kilpatrick, A. M. 2011. West Nile virus: Globalization, land use, and the emergence of an infectious disease. *Science* 334:323–327.

Kilpatrick, A. M., M. A. Meola, R. M. Moudy, and L. D. Kramer. 2008. Temperature, viral genetics, and the transmission of West Nile virus by *Culex pipiens* mosquitoes. *PLoS Pathogens* 4: e1000092.

Kleeman, M. J. 2008. A preliminary assessment of the sensitivity of air quality in California to global change. *Climatic Change* 87 (Suppl. 1): 273–292.

Knowlton, K., J. E. Rosenthal, C. Hogrefe, C., B. Lynn, S. Gaffin, R. Goldberg, C. Rosenzweig, K. Civerolo, J. Y. Ku, and P. L. Kinney. 2004. Assessing ozone-related health impacts under a changing climate. *Environmental Health Perspectives* 112:1557–1563.

Knowlton, K., M. Rotkin-Ellman, G. King, H. G. Margolis, D. Smith, G. Solomon, R. Trent, and P. English. 2009. The 2006 California heat wave: Impacts on hospitalizations and emergency department visits. *Environmental Health Perspectives* 117:61–67.

Kolivras, K. N., P. S. Johnson, A. C. Comrie, and S. R. Yool. 2001. Environmental variability and coccidioidomycosis (valley fever). *Aerobiologia* 17:31–42.

Kunkel, K. E., R. A. Pielke Jr., and S. A. Changnon. 1999. Temporal fluctuations in weather and climate extremes that cause economic and human health impacts: A review. *Bulletin of the American Meteorological Society* 80:1077–1098.

Künzli, N., E. Avol, J. Wu, W. J. Gauderman, E. Rappaport, J. Millstein, J. Bennion, et al. 2006. Health effects of the 2003 Southern California wildfires on children. *American Journal Respiratory and Critical Care Medicine* 174:1221–1228.

Lafferty, K. D. 2009. The ecology of climate change and infectious diseases. *Ecology* 90:888–900.

Lipsett, M., K. Waller, D. Shusterman, S. Thollaug, and W. Brunner. 1994. The respiratory health impact of a large urban fire. *American Journal of Public Health* 84:434–438.

Los Angeles Department of Public Health (LACDPH). 2006. Emergency Department syndromic surveillance and population-based health monitoring in Los Angeles. Acute Communicable Disease Control Program Special Studies Report. Los Angeles: LACDPH.

Mahmud, A., M. Tyree, D. Cayan, N. Motallebi, and M. J. Kleeman. 2008. Statistical downscaling of climate change impacts on ozone concentrations in California. *Journal of Geophysical Research* 113: D21104, doi:10.1029/2007JD009534.

Maibach, E., A. Leiserowitz, C. Roser-Renouf, C. K. Mertz. 2011. Identifying like-minded audiences for global warming public engagement campaigns: An audience segmentation analysis and tool development. *PLoS ONE* 6: e17571.

Maizlish, N. A., J. D. Woodcock, S. Co, B. Ostro, D. Fairley, and A. Fanai. 2011. *Health co-benefits and transportation-related reductions in greenhouse gas emissions in the Bay Area.* Technical report. Sacramento: California Department of Public Health. http://www.cdph.ca.gov/programs/CCDPHP/Documents/ITHIM_Technical_Report11-21-11.pdf.

McMichael, A. J. 2001. Health consequences of global climate change. *Journal of the Royal Society of Medicine* 94:111–114.

—. 2012. Insights from past millennia into climatic impacts on human health and survival. *Proceedings of the National Academy of Sciences,* published online, doi:10.1073/pnas.1120177109.

McNabb, S. J. N., R. A. Jajosky, P. A. Hall-Baker, D. A. Adams, P. Sharp, W. J. Anderson, J. J. Aponte, et al. 2007. Summary of notifiable diseases: United States, 2005. *Morbidity and Mortality Weekly Report* 54 (53): 292.

McNabb, S. J. N., R. A. Jajosky, P. A. Hall-Baker, D. A. Adams, P. Sharp, C. Worsham, W. J. Anderson, et al. 2008. Summary of notifiable diseases: United States, 2006. *Morbidity and Mortality Weekly Report* 55 (53): 1–94.

Mead, P. S., L. Slutsker, V. Dietz, L. F. McCaig, J. S. Bresee, C. Shapiro, P. M. Griffin, and R. V. Tauxe. 1999. Food-related illness and death in the United States. *Emerging Infectious Diseases* 5:607–625.

Meehl, G. A., and C. Tebaldi. 2004. More intense, more frequent, and longer lasting heat waves in the 21st century. *Science* 305:994–997.

Merrill, S. A., F. B. Ramberg, and H. H. Hagedorn. 2005. Phylogeography and population structure of *Aedes aegypti* in Arizona. *American Journal of Tropical Medicine and Hygiene* 72:304–310.

Millstein, D. E., and R. A. Harley. 2009. *Impact of climate change on photochemical air pollution in Southern California.* Final Paper CEC-500-2009-021-D. Sacramento: California Climate Change Center. http://www.energy.ca.gov/2009publications/CEC-500-2009-021/CEC-500-2009-021-F.PDF.

Molfino, N. A., S. C. Wright, I. Katz, S. Tarlo, F. Silverman, P. A. McClean, J. P. Szalai, M. Raizenne, A. S. Slutsky, and N. Zamel. 1991. Effect of low concentrations of ozone on inhaled allergen responses in asthmatic subjects. *Lancet* 338:199–203.

Morin, C. W., and A. C. Comrie. 2010. Modeled response of the West Nile virus vector *Culex quinquefasciatus* to changing climate using the dynamic mosquito simulation model. *International Journal of Biometeorology* 54:517–529.

National Association of County and City Health Officials (NACCHO). 2010. *Local health department job losses and program cuts: Findings from January/February 2010 survey.* Research Brief. Washington, DC: NACCHO.

Naughton, M., A. Henderson, M. Mirabelli, R. Kaiser, J. Wilhelm, S. Kieszak, C. Rubin, and M. McGeehin. 2002. Heat-related mortality during a 1999 heat wave in Chicago. *American Journal of Preventative Medicine* 22:221–227.

New Mexico Climate Change Advisory Group (NMCCAG). 2006. *Final Report, December 2006.* Albuquerque: New Mexico Environment Department. http://www.nmclimatechange.us/ewebeditpro/items/O117F10150.pdf.

Oke, T. R. 1982. The energetic basis of the urban heat island. *Quarterly Journal of the Royal Meteorological Society* 108:1–24.

Ostro, B. D., S. Rauch, and S. Green. 2011. Quantifying the health impacts of future changes in temperature in California. *Environmental Research* 111:1258–1264, doi:10.1016/j.envres.2011.08.013.

Ostro, B. D., L. A. Roth, R. S. Green, and R. Basu. 2009. Estimating the mortality effect of the July 2006 California heat wave. *Environmental Research* 109:614–619.

Ostro, B. D., L. A. Roth, R. S. Green, B. Malig, and R. Basu. 2010. The effects of temperature and use of air conditioning on hospitalizations. *American Journal of Epidemiology* 172:1053–1061.

Parmenter, R. R., E. P. Yadav, C. A. Parmenter, P. Ettestad, and K. L. Gage. 1999. Incidence of plague associated with increased winter-spring precipitation in New Mexico. *American Journal of Tropical Medicine and Hygiene* 61:814–821.

Parmesan, C., T. L. Root, and M.R. Willig. 2000. Impacts of extreme weather and climate on terrestrial biota. *Bulletin of American Meteorological Society* 81:443–450.

Patz, J. A., D. Campbell-Lendrum, T. Holloway, and J. A. Foley. 2005. Impact of regional climate change on human health. *Nature* 438:310–317.

Patz, J. A., A. Githeko, J. P. McCarty, S. Hussain, U. Confalorieri, and N. de Wet. 2003. Climate change and infectious diseases. In *Climate change and human health: Risks and responses,* ed. A. J. McMichael, D. H. Campbell-Lendrum, C. F. Corvalán, K. L. Ebi, A. Githeko, J. D. Scheraga and A. Woodward, 103–133. Geneva: World Health Organization.

Peng, R. D., J. F. Bobb, C. Tebaldi, L. McDaniel, M. L. Bell, and F. Dominici. 2011. Toward a quantitative estimate of future heat wave mortality under global climate change. *Environmental Health Perspectives* 119:701–706.

Phuleria, H., P. M. Fine, Y. Zhu, and C. Sioutas. 2005. Air quality impacts of the October 2003 Southern California wildfires. *Journal Geophysical Research* 110: D07S20.

Rabl, A., and A. de Nazelle. 2012. Benefits of shift from car to active transport. *Transportation Policy* 19:121–131.

Randolph, S. E. 2009. Perspectives on climate change impacts on infectious diseases. *Ecology* 90:927–931.

Randolph, S. E. and D. J. Rogers. 2010. The arrival, establishment and spread of exotic diseases: Patterns and predictions. *Nature Reviews – Microbiology* 8:361–371.

Reeves, W. C., J. L. Hardy, W. K. Reisen, and M. M. Milby. 1994. Potential effect of global warming on mosquito-borne arboviruses. *Journal of Medical Entomology* 31:323–332.

Reisen, W. K. 1995. Effect of temperature on *Culex tarsalis* (Diptera: Culicidae) from the Coachella and San Joaquin Valleys of California. *Journal of Medical Entomology* 32:636–645.

Reisen, W. K., Y. Fang, H. D. Lothrop, V. M. Martinez, J. Wilson, P. O'Connor, R. Carney, B. Cahoon-Young, M. Shafii, and A. C. Brault. 2006. Overwintering of West Nile virus in Southern California. *Journal of Medical Entomology* 43:344–355.

Reisen, W. K., Y. Fang, and V. M. Martinez. 2005. Avian host and mosquito (Diptera: Culicidae) vector competence determine the efficiency of West Nile and St. Louis encephalitis virus transmission. *Journal of Medical Entomology* 42:367–375.

—. 2006. Effects of temperature on the transmission of West Nile virus by *Culex tarsalis* (Diptera: Culicidae). *Journal of Medical Entomology* 43:309–317.

Reisen, W. K., R. P. Meyer, and M. M. Milby. 1986. Overwintering studies on *Culex tarsalis* (Diptera: Culicidae) in Kern County, California: Temporal changes in abundance and reproductive status with comparative observations on *C. quinquefasciatus* (Diptera: Culicidae). *Annals of the Entomology Society of America* 79:677–685.

Reisen, W. K., R. P. Meyer, S. B. Presser, and J. L. Hardy. 1993. Effect of temperature on the transmission of western equine encephalomyelitis and St. Louis encephalitis viruses by *Culex tarsalis* (Diptera: Culicidae). *Journal of Medical Entomology* 30:151–160.

Reisen, W. K., P. T. Smith, and H. D. Lothrop. 1995. Short term reproductive diapause by *Culex tarsalis* (Diptera: Culicidae) in the Coachella Valley of California. *Journal of Medical Entomology* 32:654–662.

Reisen W. K., T. Thiemann, C. M. Barker, H. Lu, B. Carroll, Y. Fang, and H. D. Lothrop. 2010. Effects of warm winter temperature on the abundance and gonotrophic activity of *Culex* (Diptera: Culicidae) in California. *Journal of Medical Entomology* 47:230-237.

Rosenzweig, C., W. D. Solecki, L. Parshall, M. Chopping, G. Pope, and R. Goldberg. 2005. Characterizing the urban heat island in current and future climates in New Jersey. *Global Environmental Change Part B: Environmental Hazards* 6:51–62.

Ruddell, D. M., S. L. Harlan, S. Grossman-Clarke, and A. Buyanteyev. 2010. Risk and exposure to extreme heat in microclimates of Phoenix, AZ. In *Geospatial techniques in urban hazard and disaster analysis*, ed. P. Showalter and Y. Lu, 179–202. New York: Springer.

Ruddell, D., S. L. Harlan, S. Grossman-Clarke, and G. Chowell. 2011. Scales of perception: Public awareness of regional and neighborhood climates. *Climatic Change*, published online, doi:10.1007/s10584-011-0165-y.

Semenza, J., C. Rubic, K. Falter, J. Selanikio, W. Flanders, H. Howe, and J. Wilhelm. 1996. Heat-related deaths during the July 1995 heat wave in Chicago. *The New England Journal of Medicine* 335:84–90.

Sheridan, S., C. Lee, M. Allen, and L. Kalkstein. 2011. *A spatial synoptic classification approach to projected heat vulnerability in California under future climate change scenarios*. Final report. Sacramento: California Air Resources Board.

Sherwood, S. C., and M. Huber. 2010. An adaptability limit to climate change due to heat stress. *Proceedings of the National Academy of Sciences* 107:9552–9555.

Shusterman, D., J. Z. Kaplan, and C. Canabarro. 1993. Immediate health-effects of an urban wildfire. *Western Journal of Medicine* 158:133–138.

Smoyer, K.E. 1998. A comparative analysis of heat waves and associated mortality in St. Louis, Missouri: 1980 and 1995. *International Journal of Biometeorology* 42:44–50.

Steiner, A. L., S. Tonse, R. C. Cohen, A. H. Goldstein, and R. A. Harley. 2006. Influence of future climate and emissions on regional air quality in California. *Journal of Geophysical Research* 111: D18303, doi:10.1029/2005JD006935.

Sutherland, E. R., B. J. Make, S. Vedal, L. N. Zhang, S. J. Dutton, J. R. Murphy, and P. E. Silkoff. 2005. Wildfire smoke and respiratory symptoms in patients with chronic obstructive pulmonary disease. *Journal of Allergy and Clinical Immunology* 115:420–422.

Tamerius, J. D., and A. C. Comrie. 2011. Coccidioidomycosis incidence in Arizona predicted by seasonal precipitation. *PLoS One* 6: e21009.

Tatem, A. J., S. I. Hay, and D. J. Rogers. 2006. Global traffic and disease vector dispersal. *Proceedings of the National Academy of Sciences* 103:6242–6247.

Tesh, R. B., R. Parsons, M. Siirin, Y. Randle, C. Sargent, H. Guzman, T. Wuithiranyagool, et al. 2004. Year-round West Nile virus activity, Gulf Coast region, Texas and Louisiana. *Emerging Infectious Diseases* 10:1649–1652.

U.S. Environmental Protection Agency (EPA). 2006. *Air quality criteria for ozone and related photochemical oxidants (2006 final)*, vol. I. EPA 600/R-05/004aF. Washington, DC: EPA. http://cfpub.epa.gov/ncea/cfm/recordisplay.cfm?deid=149923.

—. 2008. *Review of the impacts of climate variability and change on aeroallergens and their associated effects (final report)*. EPA/600/R-06/164F. Washington, DC: EPA. http://cfpub.epa.gov/ncea/cfm/recordisplay.cfm?deid=190306.

—. 2009. *Integrated science assessment for particulate matter (final report)*. EPA/600/R-08/139F. Washington, DC: EPA. http://cfpub.epa.gov/ncea/cfm/recordisplay.cfm?deid=216546.

—. 2011a. Area designations for 2008 ground-level ozone standards. Washington, DC: EPA. http://www.epa.gov/ozonedesignations/2008standards/.

—. 2011b. Particulate matter (PM-2.5) 2006 standard nonattainment area state map. Washington, DC: EPA. http://www.epa.gov/airquality/greenbk/rnmapa.html.

Vedal, S. 2003. Wildfire air pollution and respiratory emergency visits: A natural experiment. *American Journal of Respiratory and Critical Care Medicine* 167: A974.

Vedal, S., and S. J. Dutton. 2006. Wildfire air pollution and daily mortality in a large urban area. *Environmental Research* 102:29–35.

Vincent, G. K., and V. A. Velkoff. 2010. *The next four decades, the older population in the United States: 2010 to 2050*. Current Population Reports P25-1138. Washington, DC: U.S. Census Bureau.

Weber, R. W. 2012. Impact of climate change on allergens. *Annals of Allergy, Asthma and Immunology* 108:294–299.

Weisskopf, M. G., H. A. Anderson, S. Foldy, L. P. Hanrahan, K. Blair, T. J. Török, and P. D. Rumm. 2002. Heat wave morbidity and mortality, Milwaukee, Wis, 1999 vs 1995: An improved response? *American Journal of Public Health* 92:830–833.

Westerling, A. L., B. P. Bryant, H. K. Preisler, T. P. Holmes, H. G. Hidalgo, T. Das, and S.R. Shrestha. 2009. *Climate change, growth, and California wildfire*. Final Paper CEC-500-2009-046-F. Sacramento: California Climate Change Center. http://www.energy.ca.gov/2009publications/CEC-500-2009-046/CEC-500-2009-046-F.PDF.

Westerling, A. L., H. G. Hidalgo, D. Cayan, and T. W. Swetnam. 2006. Warming and earlier spring increases western U.S. forest wildfire activity. *Science* 313:940–943.

Woodcock, J., P. Edwards, C. Tonne, B. G. Armstrong, O. Ashiru, D. Banister, S. Beevers, et al. 2009. Public health benefits of strategies to reduce greenhouse-gas emissions: Urban land transport. *The Lancet* 374:1930–1943.

World Health Organization (WHO). 2010. *Climate change and health*. Fact Sheet 266, January 2010. Geneva: WHO.

Wu, J., A. Winer, and R. Delfino. 2006. Exposure assessment of particulate matter air pollution before, during, and after the 2003 southern California wildfires. *Atmospheric Environment* 40:3333–3338.

Zender, C. S., and J. Talamantes. 2006. Climate controls on valley fever incidence in Kern County, California. *International Journal of Biometeorology* 50:174–182.

## Endnotes

i       The smaller size of PM2.5 particulates allows them to lodge deeply in the lungs.

ii      This is a smaller amount of growth in lung function during the child's growth period. Both the growth rate and the attained lung function at adulthood seem to be smaller in children growing up in high PM2.5 areas.

iii     Mixing height is the level of the inversion layer. It is like an atmospheric ceiling that limits the volume of air into which air pollution can mix. High air pollution is associated with a low mixing height/inversion layer, while a high mixing height is associated with better air quality.

iv      Ozone forms in the atmosphere as the result of reactions involving sunlight and two classes of directly emitted precursors. One group of precursors includes various oxides of nitrogen, such as nitric oxide and nitrogen dioxide, and the other group includes volatile organic compounds (also called reactive organic gases), such as hydrocarbons.

v       Low Income Home Energy Assistance Program (LIHEAP), http://www.liheap.ncat.org.

## Chapter 16

# Climate Change and U.S.-Mexico Border Communities

**COORDINATING LEAD AUTHOR**

Margaret Wilder (University of Arizona)

**LEAD AUTHORS**

Gregg Garfin (University of Arizona), Paul Ganster (Institute for Regional Studies of the Californias, San Diego State University), Hallie Eakin (Arizona State University), Patricia Romero-Lankao (NCAR), Francisco Lara-Valencia (Arizona State University), Alfonso A. Cortez-Lara (Colegio de la Frontera Norte), Stephen Mumme (Colorado State University), Carolina Neri (National Autonomous University of Mexico), Francisco Muñoz-Arriola (Scripps Institution of Oceanography)

**REVIEW EDITOR**

Robert G. Varady (University of Arizona)

## Executive Summary

This chapter examines climate-related vulnerability in the western portion of the U.S.-Mexico border region from the Pacific coast of California–Baja California to El Paso–Ciudad Juárez, focusing primarily on border counties in the United States and municipalities in Mexico. Beginning with a brief overview of projected climate changes for the region, the chapter analyzes the demographic, socioeconomic, institutional, and other drivers of climate-related vulnerability, and the potential impacts of climate change across multiple sectors (e.g., water, agriculture and ranching, and biodiverse ecosystems). The border region has higher poverty, water insecurity, substandard housing,

**Chapter citation:** Wilder, M., G. Garfin, P. Ganster, H. Eakin, P. Romero-Lankao, F. Lara-Valencia, A. A. Cortez-Lara, S. Mumme, C. Neri, and F. Muñoz-Arriola. 2013. "Climate Change and U.S.-Mexico Border Communities." In *Assessment of Climate Change in the Southwest United States: A Report Prepared for the National Climate Assessment*, edited by G. Garfin, A. Jardine, R. Merideth, M. Black, and S. LeRoy, 340–384. A report by the Southwest Climate Alliance. Washington, DC: Island Press.

and lack of urban planning relative to the rest of the United States, and multiple socioeconomic asymmetries exist between the U.S. and Mexico sides of the border. These asymmetries create challenges for governance, planning, effective communication of climate-related risks, and design of adaptation strategies. Although they represent an important part of the picture, a comprehensive assessment of regional adaptation strategies was not within the scope of the chapter.

The chapter highlights the following key findings relating to climate change and socioeconomic and cultural diversity, water, wetlands ecosystems, and institutions and governance.

- Climate change exposes the populations in the border region to uneven impacts, due to their cultural and institutional diversity and uneven economic development. (high confidence)
- Climate change exposes sensitive wetland ecosystems, which are hotspots of border region biodiversity, to impacts such as reduced precipitation and extended drought. (high confidence)
- Projected climate changes will put additional pressure on severely stressed water systems and may exacerbate existing vulnerabilities relating to water supply and water quality. Cascading effects of additional stress on water systems include: challenges to energy infrastructure, agriculture, food security, and traditional farming and ranching cultures prevalent in the border region. (medium-high confidence)
- Building adaptive capacity to climate change generally benefits from efforts to cooperate and collaborate to resolve trans-border environmental problems, yet asymmetries in information collection, the definition and scope of problems, and language create challenges to effective cooperation and collaboration. (medium-high confidence)
- Institutional asymmetries, including distinctions in governance approaches—centralized (Mexico) versus decentralized (United States)—and institutional fragmentation and complexity, make the task of collaboration daunting, and reduce the potential adaptive capacity in the region. (medium-high confidence)

## 16.1 Introduction

While the U.S.-Mexico border has been called a "third country" and has been identified as a distinct region (Anzaldúa 1987), the challenges it faces are due in large measure to its high degree of *integration* into global processes of economic and environmental change. The border region is characterized by a so-called "double exposure" (Leichenko and O'Brien 2008)—meaning that environmental change in the region is driven by accelerated processes of global economic integration (such as foreign-owned industries and international migration) coupled with intensive climate change. It is critical to understand the drivers of climate-related vulnerability and capacities for adaptation in the region in the context of the region's distinct history and contemporary challenges, shared climate regime, transboundary watersheds and airsheds, and interdependent economies and cultures.

This chapter defines the border region and how observed climate trends since 1961 and projected climate change conditions have affected or are likely to affect the region. Next, the chapter provides a framework to understand climate-related vulnerability, adaptive capacity, and adaptation, and examines the major drivers (forces) that lead to vulnerability and the evidence of sectoral impacts of climate change resulting in vulnerability in the border region.

There are three important caveats as to the scope and analysis of this study. First, consistent with the risk-based vulnerability framework suggested by the National Climate Assessment, this discussion assesses the sensitivity, exposure, and capacity for response for a given population or sector. The evidence for this analysis is based on qualitative and (to a lesser extent) quantitative studies in specific contexts within the border region. With regard to the climatology, vulnerability, consequences, and impacts, there are no comprehensive studies that encompass the western portion of the U.S.-Mexico border. The highlighted vulnerabilities presented in the executive summary are those that are sustained by strong evidence from multiple contexts within the region. In most cases (especially drawing on qualitative studies), while the evidence of a vulnerability, impact, or consequence may be strong, it is often not sufficiently calibrated to assess degrees of exposure or sensitivity (of populations or sectors) to a climate risk. Thus, to a large extent, there is an imperfect fit between the kind of evidence available and the requirement to assess precisely the relative exposure and sensitivity. Second, for the purposes of this report, this chapter analyzes and highlights those areas of vulnerability (e.g., urban, agriculture, socioeconomic) judged to be of paramount importance and for which there is robust evidence, while excluding other important regional vulnerabilities (such as health and livelihoods). Third, this chapter focuses on assessing *key vulnerabilities*. It is not within the scope of this chapter to fully represent the adaptation activities—ongoing or planned—that may aid in reducing these vulnerabilities, but some are discussed here. (See also Chapter 18 for a general overview of solutions and choices for responding to climate change in ways that reduce risks and support sustainable development.) Throughout this chapter, four callout boxes present evidence of successful trans-border cooperation or collaboration. Collaboration is a significant component for strengthening the region's adaptive capacity and for building resilience.

## 16.2  Definition of the Border Region

The analysis here focuses on the U.S.-Mexico border—delimited for the purposes of this chapter to the western portion of the border from San Diego-Tijuana on the Pacific coast to the Paso del Norte area[i] of the Rio Grande—which has been identified as a distinct region that serves as the interface between Mexico and the western United States (Ganster and Lorey 2008) (Figure 16.1). The western portion of the border region corresponds to the definition used in the National Climate Assessment (NCA) for the Southwest region, which includes among the U.S. border states only California, Arizona, and New Mexico (and excludes Texas, which is part of the NCA's Middle West region). Nevertheless, this analysis incorporates the Paso del Norte corridor due to its key importance in the New Mexico portion of the border region.



**Figure 16.1  Western portion of the U.S.-Mexico border region.** Source: EPA (2011).

Most of the border's population is concentrated along the international boundary in fourteen city pairs (eight of them in the western portion)[ii] that constitute binational urban systems. Rural population is scarce except for the irrigated areas of the Colorado River and the Imperial-Mexicali valleys.

The border region can be defined in a number of ways (Ganster and Lorey 2008; Varady and Ward 2009). These include the six Mexican and four U.S. border states, the region of shared culture and language bisected by the border, the watersheds and sub-basins along the boundary, the 62-mile zone (100 kilometers) on each side of international line as defined by the La Paz Agreement between Mexico and the United States, or by the administrative boundaries of the U.S. counties and the Mexican municipalities (*municipos*) that abut the international boundary. This chapter covers three U.S. states (California, Arizona, and New Mexico), the El Paso corridor, and three Mexican states (Baja California, Sonora, and Chihuahua). For present purposes, the latter category—border counties and municipios—is most important in terms of societal vulnerability to climate change, given the border population concentration in major urban areas. While the focus is on the region that includes the counties and municipalities along the border, data from these local administrative units are supplemented with state-level data.

## 16.3  Border Region Climate Variability, Climate Change, and Impacts

The border region considered here is characterized by high aridity and high temperatures. Typically, about half of the eastern part of the region's precipitation falls in the summer months, associated with the North American monsoon, while the majority of annual precipitation in the Californias falls between November and March. The region is subject to both significant inter-annual and multi-decadal variability in precipitation.[iii] This variability, associated with ENSO, has driven droughts and floods and challenged hydrological planning in the region.[iv] Further challenging this understanding is a paucity of data, particularly on the high-altitude mountainous regions in northern Mexico. Differences in the availability of high-quality and continuous meteorological and hydrological records spanning long periods of time, and relatively poor data sharing complicate understanding of the border region's climate. The scarcity of such data makes it difficult to verify climate model projections at fine spatial scales.

Also, reconciling differences in projected changes in temperature, based on global climate model (GCM) studies conducted separately by U.S. and Mexican scientists (Table 16.1),[v] is complicated by the fact that (1) they use different sets of models from the IPCC Fourth Assessment archive; (2) they use different methods of downscaling output from coarse spatial scale models to finer regional spatial scales;[vi] (3) in some cases they do not use the same greenhouse gas (GHG) emissions scenarios; (4) they average future projections for different spans of years; and (5) they use different spans of years for providing a measure of average historical climate. High quality data are essential for statistically downscaling GCM output. Thus, issues with meteorological observations add to several other sources of uncertainty (see discussion in Chapters 2 and 19).

**Table 16.1** Summary of projected changes in selected climate parameters

| Projected Change | Direction of Change | Border Subregion Affected | Confidence |
|---|---|---|---|
| Average annual temperature | Increasing | Throughout the border region; lowest magnitude of increase is near the coast; greatest is Arizona-Sonora border or New Mexico-Chihuahua border | High |
| Average summer temperature | Increasing | Throughout the border region; greatest increases in the Sonoran Desert border region | High |
| Average winter temperature | Increasing | Throughout the border region; greatest increases in the Sonoran Desert border region | High |
| Average annual maximum temperature | Increasing | Throughout the border region; greatest increases in the eastern Chihuahuan Desert; only estimated south of the border | Medium-High |
| Average annual minimum temperature | Increasing | Throughout the border region; greatest increases in the Sonoran Desert; only estimated south of the border | Medium-High |

**Table 16.1** Summary of projected changes in selected climate parameters (Continued)

| Projected Change | Direction of Change | Border Subregion Affected | Confidence |
|---|---|---|---|
| Length of freeze-free season | Increasing | Throughout the border region; only estimated north of the border | Medium-High |
| Annual number of days with maximum temperatures > 100°F | Increasing | Throughout the border region; greatest increases in the central Sonoran Desert border and in north-west Chihuahua | Medium-High |
| Heat wave duration | Increasing | Throughout the border region | High |
| Cooling degree days | Increasing | Throughout the border region | High |
| Cold episodes | Decreasing | Throughout the border region | Medium-High |
| Annual precipitation | Decreasing | Greatest decreases along the coast and parts of the Arizona-Sonora border | Medium-High |
| Winter precipitation | Decreasing | Greatest and most consistent decreases (over time) are projected for the Arizona-Sonora border, into the western Chihuahuan Desert | Medium-Low |
| Spring precipitation | Decreasing | Occurs along the length of the border, from CA coast to NM-TX border (based on studies that only examine the U.S. side of the border) | Medium-High |
| Summer precipitation | Decreasing | Mid-century decreases are greatest for the Sonoran Desert border region | Medium-Low |
| Drought | Increasing | Throughout the border region; increasing markedly during the second half of the twenty-first century | High |
| Colorado River streamflows | Decreasing | Measured at Lees Ferry, AZ | High |

Note: See Chapters 2 and 19 for a discussion of how confidence levels are assessed.

*Temperature*

Overall, climate models show trends of increasing temperatures for the border region; this result is robust throughout the course of the twenty-first century, regardless of which combinations of models, downscaling method, and emissions scenario were used (Tables 16.1 and 16.2 and IPCC 2007b).[vii] For the border region, average annual temperatures are projected to increase on the order of 2°F to 6°F (1°C to 3.5°C) during the mid-century time frame (around 2041–2070, according to the high-emissions scenario), with the greatest increases inland (see Chapter 6, Figure 6.1 and Magaña, Zermeño, and Neri 2012). The magnitude of temperature increases is greatest during the summer, as high

as 6°F to 7°F (3°C -4°C) during the mid-century, with areas of especially high increases concentrated in the western Sonoran Desert (Montero and Pérez-López 2010) and the northern Chihuahuan Desert (see Chapter 6, Figures 6.1 and 6.8).[viii]

Associated with the maximum and minimum temperature projections are an array of projections for derived parameters and temperature extremes (Table 16.1). Some key derived and extreme temperature projections include large projected increases in cooling degree days in Southern California and Arizona (up to 100 degree days, using a 65°F (18°C) baseline; see Chapter 6), large increases in the annual number of days with maximum temperatures greater than 100°F (38°C), including increases of more than 30 to 35 days in the central Arizona and northwest Chihuahua border regions (see Chapter 6 and Figure 16.2), increased heat wave magnitude (but with more humidity, therefore having a larger impact on nighttime minimum temperatures; see Chapter 7),[ix] and diminished[x] frequency of cold episodes (see Chapter 7).



**Figure 16.2 Change in the number of days with a maximum temperature greater than 100°F (38°C).** The top map shows the change between the NARCCAP (Mearns et al. 2009) multi-model average for 1971–2000 (lower left) and the average for 2041–2070 (lower right). Map generated by Laura Stevens.

**Table 16.2** Projected mean annual temperature increases (in °F) in comparison to 1971–2000 along the U.S.-Mexico border, from the California coast to the New Mexico-Texas border

| Period | Higher Emissions (SRES A2) Projected Temperature | Lower Emissions (SRES B1) Projected Temperature |
|--------|--------------------------------------------------|-------------------------------------------------|
| 2021–2050 | 2–3° | 2–3° |
| 2041–2070 | 4–5° | 3–4° |
| 2070–2099 | 7–8° | 4–5° |

Note: Based on studies that only examine the U.S. side of the border

Source: Kunkel (2011).

**Table 16.3** Mean temperatures for 1961–1990 (in °F) and projected changes under the high-emissions scenario for 2061–2090, averaged for the Mexican border states

| State | 1961–1990 | | | 2061–2090 | | |
|-------|-----------|--------|--------|-----------|--------|--------|
|       | Winter | Summer | Annual | Winter | Summer | Annual |
| Baja California | 56.2° | 83° | 69.3° | +5.2° | +5° | +5.2° |
| Sonora | 54.6° | 82° | 68.2° | +5.9° | +6.5° | +6.4° |
| Chihuahua | 48.1° | 76.8° | 62.8° | +5° | +4.9° | +5.1° |

Source: Montero and Pérez-López (2010).

*Precipitation*

Future precipitation in the border region, as projected by climate models, is dominated by a continued high degree of annual precipitation variability, indicating that the region will remain susceptible to anomalously wet spells and also remain vulnerable to drought (see Chapters 6 and 7). Precipitation projections have generally low to medium-low confidence, due to variability over shorter periods and the lack of firm consensus among GCM simulations. Nevertheless, spring precipitation is projected to decrease in all but one of sixteen models, exacerbating dryness in the border region's driest season and probably aggravating the dryness that initiates the summer period. Areas that are already prone to little precipitation are expected to see longer runs of days with little or no precipitation.

There is greater confidence in projections of decreased annual precipitation as one moves south. Statistically downscaled studies by Mexican scientists (under the high-emissions scenario) confidently project border region annual precipitation decreases of more than 20% by mid-century, with the largest seasonal decreases projected for winter in the Arizona-Sonora border region (Montero and Pérez-López 2010; Magaña, Zermeño, and Neri 2012).[xi]

### Drought

Seager and colleagues (2007) project (under high-emissions SRES A1b) increased drought for a region that encompasses the border region.[xii] Their projections have been confirmed in subsequent studies (e.g., Seager et al., 2009), and independently by Magaña, Zermeño, and Neri (2012).[xiii] Cayan and others (2010) describe a tendency for intensified dryness in hydrological measures in the Southwest from downscaled climate model projections. In the first half of the twenty-first century, Magaña, Zermeño, and Neri's (2012) drought projections exhibit high interannual and multidecadal variability, characteristic of the region.[xiv] Dominguez, Cañon, and Valdes (2010) note that La Niña episodes, which are associated with drought in the border region, may become warmer and drier in the future.

We find that the results of these studies, in conjunction with the temperature and precipitation projections of Montero and Pérez-López (2010) and projections for the U.S. side of the border (summarized in Chapter 6), provide a compelling case for an increased likelihood of drought, with ramifications for northern Mexico water supplies (Magaña, Zermeño, and Neri 2012) and probably for groundwater recharge (e.g., Serrat-Capdevila et al. 2007; Earman and Dettinger 2011; Scott et al. 2012).[xv] Moreover, these assessments are consistent with projections of streamflow for trans-border rivers, such as the Colorado River and Rio Grande (known as the Río Bravo in Mexico, and hereafter Rio Grande), which show decreasing streamflow, lower flow extremes during drought, and potential water resource deficits greater than those previously observed (see Chapters 6 and 7; Hurd and Coonrod 2007; Reclamation 2011).

## 16.4 Understanding Vulnerability, Risk, and Adaptive Capacity in the Border Region

### Definitions and concepts

Vulnerability to climate variability and climate change is the experience (by an individual, household, ecosystem, community, state, country, or other entity) of negative outcomes due to climate stresses and shocks (Leichenko and O'Brien 2008). Experts have approached vulnerability in two distinct but related ways. One approach centers on the underlying political and socioeconomic structures, institutions, and conditions that affect vulnerability, including asymmetries in power and resource distribution (e.g., Adger 2006; Eakin and Luers 2006; Lahsen et al. 2010; Ribot 2010; Sánchez-Rodriguez and Mumme 2010). Vulnerability may be reduced through poverty alleviation and development strategies in developing countries with persistent inequalities (Seto, Sánchez-Rodriguez, and Fragkias 2010). A second approach centers on developing systematic

measures of climate-related *risk* in a system, calibrated by exposure and sensitivity (of actors at multiple scales, including households and neighborhoods to cities, states or countries) and the coping (or adaptive) capacity to deal with it (Yohe and Tol 2002; NRC 2010; Moss 2011). Adaptive capacity is the ability (of a household, community, or other unit of organization) to reduce its vulnerability to climate-related risks through coping strategies such as application of social, technical, or financial resources (Yohe and Tol 2002; NRC 2010). Consistent with the NCA framework, the analysis presented here uses the second, risk-based approach, but draws on both types of approaches to provide evidence for its conclusions.

This analysis uses the IPCC definition that "vulnerability is a function of character, magnitude and rate of climate change to which a system is exposed, as well as the system's sensitivity and adaptive capacity" (IPCC 2007a, 6). Risk embodies the likelihood of harm plus the consequences; thus the consequences of a harm occurring are embedded within the concept of vulnerability. Vulnerability to a climate-related risk is mediated by *sensitivity* (for example, by the degree of dependence on resources and activities that are impacted by climate change and non-climate parameters), by *exposure* (for example, the probability of experiencing change in non-climatic and climatic factors), and by *capacity* to cope or to adapt (for example, the demographic, socioeconomic, institutional and technological characteristics that enable response to stress). In general, where resources for coping are relatively abundant, vulnerability is relatively low; but where resources for coping effectively are lacking, vulnerability is typically high. This definition characterizes vulnerability both in terms of stressors and the stressed. Stressors here are regarded as the interactions of economic and cultural globalization, demographic change, and climate change. The vulnerability of the stressed border region includes both the specific attributes of the place and population that transform those stressors into specific risks that threaten the quality of life and the capacities to effectively cope with such stressors. Capacity can be considered a function of assets—financial, material, natural, human, political and social—as well as knowledge, perception of risk, and willingness to act (Grothman and Patt 2005; Moser and Sattherwaite 2010).

The primary determinants and outcomes of vulnerability can vary across scales (from local to international). Vulnerability is ultimately a nested phenomenon in which the impacts and adaptive actions taken at one scale can have ramifications for the whole system (Adger et al. 2009; Eakin and Wehbe 2009). Institutions (the rules, norms and regulations that govern the distribution of resources and their management) are instrumental in mediating risks. Effective cross-scalar governance is thus a critical element of addressing vulnerability (Adger, Arnell and Tompkins 2005), particularly in the border region where trans-border collaboration at multiple governance scales is critical. Trans-border collaboration among formal government agencies and informal governance stakeholders may help reduce regional vulnerability through a shared understanding of the priority vulnerabilities, shared data, and cooperative means of reducing these vulnerabilities (Wilder et al. 2010).[xvi] While non-collaboration has led to less than optimal outcomes in the past (see Box 16.1 for a case study on collaboration and non-collaboration), collaboration may help to reduce regional climate-related vulnerability and to promote appropriate adaptive strategies for the border region (see Box 16.2 for an example on the Colorado River Joint Cooperative Process in the Colorado River delta).

Collaboration takes place at multiple scales in the border region, ranging from formal intergovernmental collaborative agreements (such as the U.S.-Mexico Transboundary Aquifer Assessment Program) to informal networks of local water managers working with the climate research community to develop regional adaptive strategies (such as the Climate Assessment for the Southwest Program in Arizona and New Mexico).

---

**Box 16.1**

## Case Study 1: Why Is Trans-border Collaboration Important?

Transboundary cooperation to address the impacts of climate variability and climate change is essential to promoting the best outcomes and to building regional adaptive capacity on both sides of the border. Despite formal agreements between the United States and Mexico to cooperate to resolve key transboundary environmental problems (e.g., La Paz Agreement; Minute 306), there are recent important examples where lack of cooperation has led to suboptimal (e.g., win-lose rather than win-win) outcomes:

- In 2002, Mexico invoked its privilege to declare conditions of "extraordinary drought" on the Rio Grande and withheld delivery of irrigation water to Texas farmers, causing millions of dollars in losses.

- When the United States extended the security fence at the border between Nogales, Arizona, and Nogales, Sonora, it was done without reference to local hydrological conditions and without input from officials on the Mexico side. Floodwaters in 2008 became impounded behind the fence on the Nogales, Sonora side of the border, causing millions of pesos worth of damage in Sonora.

- The lining of the All-American Canal (AAC) was completed in 2008, under formal protest and after legal challenges by Mexican and U.S. groups. The change resulted in increased water for households in San Diego County and decreased water for farmers in Baja California. Farmers in the irrigation district of Mexicali had used groundwater recharged by

seepage flows from the earthen-lined canals for over sixty years, and concrete-lining of the AAC stopped groundwater recharge and therefore reduced groundwater availability.

Despite these examples of non-collaboration, the trend toward transboundary collaboration has been strong over the last twenty-five years and examples of successful collaboration to reduce environmental vulnerability abound:

- **Emergency Response.** The Border Area Fire Council (BAFC) provides collaborative emergency fire services on both sides of the California-Baja California border. The BAFC was formed during the 1996 fire season to facilitate cross-border assistance for wildfire suppression (GNEB 2008). Operating under a mutual assistance agreement that is updated periodically, BAFC has improved communications across the border, held many joint training exercises, implemented fire safety campaigns on both sides of the border, coordinated development and maintenance of fire breaks along the border, and jointly conducted prescribed burns along the border. BAFC operates in a number of natural protected areas in the region and has improved awareness and protection of biodiversity. It includes more than thirty federal, state, and local organizations representing fire protection, law enforcement, elected officials, the health sector, natural resource managers, and others from both sides of the border. Examples of BAFC's efforts include assistance in the fall of 2007 when sixty

**Box 16.1 (Continued)**

Baja California firefighters crossed the border to help with the San Diego County firestorm. Previously in June 2006, ten engines and crews from the California Department of Forestry and Fire Protection had crossed into Baja California to support Mexican fire authorities for six days with a fire that burned 5,200 acres.

- **Scientist-Stakeholder Research.** The Climate Assessment for the Southwest (CLIMAS) at the University of Arizona is a NOAA Regional Integrated Science Assessment program, focused on Arizona and New Mexico. The program brings together scientists and researchers from many disciplines in the natural and social sciences with citizen groups and decision makers to develop a better fit between climate science products (such as forecasts and projections) and the resource managers (such as water or forest managers) and decision makers who use the data. Since 2005, CLIMAS has actively worked with partners at the Colegio de Sonora, Universidad de Sonora, and other Mexican institutions of higher learning to build regional adaptive capacity in the border region via the bilingual Border Climate Summary, workshops with stakeholders and researchers, webinars, and fieldwork focused on identifying common understandings of regional vulnerability and appropriate adaptive strategies. Other funding partners who have collaborated in these projects include the Inter-American Institute for Global Change Research and NOAA's Sectoral Applications Research Program.

- **Trans-border Data Sharing.** The U.S.-Mexico Transboundary Aquifer Assessment Program (TAAP), authorized by U.S. federal law and supported institutionally and financially by both the U.S. and Mexico, is a successful binational program focused on the assessment of shared aquifers. Although the United States did not appropriate funds for TAAP in fiscal year 2011/2012, during this period the Mexican government began funding assessment activities on its side of the border. TAAP is implemented by the U.S. Geological Survey and the state water resources research institutes of Arizona, New Mexico, and Texas, with collaboration from Mexican federal, state, and local counterparts, as well as IBWC and CILA. Two central aims of TAAP include the scientific assessment of shared groundwater resources; and development of dual adaptive-management strategies through expanded binational information flows and data exchange (Wilder et al. 2010; Megdal and Scott 2011). Mutually defined priorities for Arizona's and Sonora's common Santa Cruz and San Pedro aquifers, for example, are meeting human and ecosystem water requirements in the context of growth and climate change (Scott et al. 2012). TAAP is a model of successful trans-border cooperation in data sharing and assessment that supports water-management decision-making in both countries and enhances the adaptive capacity of the region in the face of climate change.

*Key drivers of border vulnerability*

Growth trends, urban development patterns, socioeconomic factors, and institutions and governance mechanisms can be drivers of border region vulnerability.

CONTEXT-SHAPING VULNERABILITY. Today, rapid growth and uneven economic development are two major contributors to climate-related vulnerability. Institutional

asymmetry and governance fragmentation on both sides of the transboundary region create challenges for reducing vulnerability and for trans-border cooperation. Multiple characteristics define the border region, including high rates of poverty in a landscape of uneven economic development; diverse ethnic identities; environmental, social, economic, and cultural interdependency; and rapid growth and urbanization relative to both U.S. and Mexico averages.

---

**Box 16.2**

### Case Study 2: Colorado River Joint Cooperative Process

Trans-border collaboration is playing a significant role in addressing environmental challenges in the Colorado River delta. The Colorado River Joint Cooperative Process (CRJCP) formed under the auspices of the International Boundary and Waters Commission (IBWC) and its Mexican counterpart (Comisión Internacional de Límites y Agua, CILA) in 2008 to develop "binational processes for meeting municipal, agricultural, and environmental needs" in the delta (Zamora-Arroyo and Flessa 2009). The CRJCP includes government agencies, NGOs, and water stakeholders from both countries. The CRJCP has a difficult task ahead, given that excess flows from the United States are likely to be eliminated in the near future, operational losses likely to decrease, groundwater supplies will be reduced, and agricultural return flows are likely to decrease as water moves from agriculture to the cities (Zamora-Arroyo and Flessa 2009). The supply of municipal effluent is likely to increase, however, although it may be captured for urban use rather than for ecological flows. A new treaty Minute (Minute 319) adopted on November 20, 2012 establishes a new commitment by the U.S. and Mexico to cooperate around water and ecological needs in the region. The CRJCP is a collaborative model for other trans-border areas and issues. Although it ultimately received formal federal approval in both the United States and Mexico, the CRJCP originated from an informal coalition of local stakeholders that led ultimately to the formal collaborative process.

---

HISTORY. Tribal peoples occupied the border region for many thousands of years before the arrival of Spanish, Mexicans, and then Americans to the area (see also Chapter 17).[xvii] Today there are twenty-three Native nations on the U.S. side in the border region, and about eight indigenous groups on the Mexican side (Starks, McCormack, and Cornell 2011); some of these peoples (such as the Kumeyaay, the Cocopah/Cúcapa, the Yaquis, and the Tohono O'odham) continue to have strong trans-border ties. They manage diverse lands and water and economic resources in the border region. Spanish colonizers in the sixteenth century expropriated significant land and resources, and mestizos, whose land use practices combined Indian and Hispanic traditions, settled in the border and created many of the current border towns. English-speaking colonizers of the United States introduced their beliefs of commercial capitalism and the frontier vision to land use and resource practices in the nineteenth century. The successive arrival of farmers, workers, investors, migrants, and bureaucrats has continually transformed

the border over the last 100 years and created one of the most dynamic and diverse sociocultural landscapes in the world. The diversity of the border region's population—including differences in languages used at home and access to technology—challenges effective communication about climate-related risk.

CONTEMPORARY TRENDS. Currently, most of the U.S.-Mexico border population is concentrated in fourteen fast-growing, paired, adjacent cities with a common history, strong interactions, and shared problems (CDWR 2009). Eight of these binational pairs are on the western end of the border in the area included in this chapter (see Figure 16.3). In 2002, there were approximately 1 million (legal) border crossings daily by residents in the border's twin cities to work, shop, attend classes, visit family, and participate in other activities (GAO 2003); the number of crossings declined to half a million by 2010. Mexican border towns are part of a very centralized national political system, suffer from limited fiscal resources, and lack a tradition of urban planning. Across the border, U.S. towns have had greater political autonomy, are part of a strong and stable national economy, and have broadly applied land use planning and supplied basic infrastructure and services to their residents. Thus, the "twin cities" along the U.S.-Mexico border are places of encounter but also of intense political, social, and physical contrasts.

The per capita income within the U.S. border counties is only about 85% of the U.S. per capita income. If wealthy San Diego County is excluded, the GDP per capita of the border region is only about 64% of the national level (2007 data). In 2006, if the twenty-four U.S. counties along the border were aggregated as the fifty-first state, they would rank 40th in per capita income, 5th in unemployment, 2nd in tuberculosis, 7th in adult diabetes, 50th in insurance coverage for children and adults, and 50th in high school completion—all characteristic of regions of poverty (Soden 2006; and www.bordercounties.org). In the 2010 U.S. Census, Arizona and New Mexico were tied for the fourth-highest poverty level in the United States.

DEMOGRAPHIC DRIVERS. The binational border region from San Diego-Tijuana to Paso del Norte is demographically dynamic, growing much faster than the average of either nation (Figure 16.4).

Since 1970, the U.S. side of the border region has attracted huge flows of domestic migrants—mostly non-Hispanics, seeking a Southwestern "sunbelt" lifestyle (and climate), retirement, or job opportunities—and international immigrants—mostly from Mexico and Central America, seeking jobs and economic opportunities. Between 1983 and 2005, the population almost doubled (from 6.9 million people to over 13 million). Since the economic recession began in 2007–2008, however, growth rates have declined in border states, except Texas (Cave 2009; Frey 2011).[xviii] Growth rates have also declined in many border counties. For example, growth slowed in the counties bordering Sonora, from a rate of 5.3% between 2000 and 2005 to 1.6% between 2007 and 2008 (Mwaniki-Lyman, Pavlakovich-Kochi, and Christopherson, n.d.).

Population projections for the region (reported in USEPA's 2006 *State of the Border Region*) estimate that the region's population will grow to between 16 million and 25 million people by 2030, an increase of 46% (based on the medium scenario analyzed). Declining growth rates since the onset of recession in 2008 may represent slower than projected regional growth.

354   ASSESSMENT OF CLIMATE CHANGE IN THE SOUTHWEST UNITED STATES



**Figure 16.3 Population density in U.S.-Mexico border region.** Population density shading refers to the areas on either side of the border, and not the borderline. Reproduced from EPA (2011).



**Figure 16.4 Population growth in the western portion of the U.S.-Mexico border region (2000–2010).** Adapted from Good Neighbor Environmental Board 14th Report (GNEB 2011). Source: U.S. Census Bureau and Instituto Nacional de Estadistica y Geografia (INEGI).

Case No. 1:20-cv-02484-MSK   Document 96-1   filed 05/06/21   USDC Colorado   pg 172 of 408

Ninety percent of the border population resides in cities and the remaining 10% live in smaller tribal and indigenous communities or in rural areas. Over 40% of the region's population resides in California and Baja California, which are home to the major border cities of San Diego, Tijuana, and Mexicali (EPA 2011). Most population growth in the next few decades will occur in mid-size and large urban centers, intensifying border urbanization and metropolization (Lara et al. 2012). Especially on the Mexican side, the pace of urban growth will be highest in the large border cities and municipalities: the proportion of population living in urban Mexican centers with more than 500,000 people is predicted to rise to 58.1% in 2030, from about 44.6% in 2005 (CONAPO 2007). Already, cities like Ciudad Juárez, Chihuahua, and El Paso, Texas, are practically "fused" or continuous across the border and are merging with adjacent cities and towns forming transborder metropolitan corridors.

This analysis indicates that in the future, exposure to climatic stress will not only increase with population growth, particularly in urban areas, but sensitivity may also increase through water-food-energy dependent growth trajectories that will be sensitive to climatic disturbance. Sustainable growth will be critical for adaptation.

### Socioeconomic drivers

Multiple studies have identified the border as a region of high social vulnerability due to intersecting processes of rapid growth, domestic and international migration, economic intensification and globalization, and intensive climate change (Liverman and Merideth 2002; Austin et al. 2004; Varady and Morehouse, 2004; Hurd et al. 2006; Ray et al. 2007; Collins 2010; Jepson 2012; Wilder et al. 2010; Wilder et al. 2012). Climate impacts are not uniformly distributed across populations and space but instead affect specific vulnerable populations and places (Romero-Lankao et al. 2012).

Ethnicity is a significant factor in sensitivity and exposure to climate-related risk (Verchick 2008; Morello-Frosch et al. 2009). Hispanics are the largest ethnic group in the border region and in 2008 were 42.2% of the population of the U.S. border counties in the study area; if San Diego with its large non-Hispanic population is excluded, then the U.S. border region is 55.7% Hispanic.[lxx] In California, for example, Latino and African-American communities were found to be more vulnerable to heat exposure and heat stress than the state population as a whole (Morello-Frosch et al. 2009). Research in the South and in the Southwest United States documents a higher climate vulnerability among Latino and African-American populations due to relatively low incomes, substandard housing, structure of employment (e,g, outdoor laborers in landscaping and construction), lack of affordability of utility costs, and lack of transportation (Vásquez-León, West, and Finan 2003; Verchick 2008; Morello-Frosch et al. 2009). Minority communities have a greater exposure to the urban heat island effect and suffer more health problems due to poorer air quality and concentration of industrial uses in the areas where they live (Harlan et al. 2008; Ruddell et al. 2010).

The diverse cultural meanings and practices associated with resource allocation and management traditions (Sayre 2002; Sheridan 2010) are also likely to affect adaptation. For example, the water resources in the Rio Grande Valley, which bisects New Mexico, are challenged by multiple sector claims and increasing demand associated with population growth. These water resources must also serve the traditions and economic needs

of Native American tribes and pueblos, and flow through traditional *acequias*—canals—the lifeblood of four-hundred-year-old Hispanic communities (Hurd and Coonrod 2007; Perramond 2012).

In general, climate change research has paid limited attention to socioeconomic vulnerability and adaptation in human communities. This analysis indicates that in the future an increasingly diverse population will be exposed to climatic stress (e.g., floods, storms, hurricanes [in coastal areas], heat waves, and drought) with implications for the languages and technologies used to communicate about climate risks and hazards that affect the region (Vásquez-León, West, and Finan 2003; Morello-Frosch et al. 2009; Wilder et al. 2012). In addition, development initiatives (such as infrastructure, sewerage networks, and improved housing) to address uneven development are critical to future adaptation.

### Urbanization, infrastructure, and economy

Regional impacts associated with the climate changes described in Table 16.1 increase the stresses on urban infrastructure (such as energy for cooling) and water (to meet both consumptive and nonconsumptive demands for energy generation), exacerbate air pollution, create public health challenges associated with heat waves, and cause increased demand for urban green spaces. These concepts are explored further in Chapter 13.

Urban vulnerability is structured not only by demographic change, but rather occurs in multiple sectors, including the built environment and urban economy (Romero-Lankao and Qin 2011), especially with the increasing urbanization of poverty (Sánchez-Rodriguez 2008). Three processes of urban change at the city level have relevance for understanding and managing risks from climate variability and climate change generally and in the border region. First, cities have expanded into areas that are prone to droughts, heat waves, wildfires, and floods (Collins, Grineski, and Romo Aguilar 2009; Moser and Sattherwaite 2010; Seto, Sánchez-Rodriguez, and Fragkias 2010). Second, large sections of the urban population along the U.S.-Mexico border live in unplanned communities in "informal" housing, lacking the health and safety standards needed to respond to hazards, and with no insurance (Collins, Grineski, and Romo Aguilar 2009; Wilder et al. 2012). Third, characteristics of the built environment (such as the heat island effect, high levels of atmospheric pollutants, impervious surfaces, and inadequate drainage systems) can amplify the impacts of high temperatures, storms and other hazards associated with climate change (Wilbanks et al. 2007; Romero-Lankao and Qin 2011). While the urban infrastructure of many urban areas on the U.S. side of the border needs major upgrades to prepare for likely climate change impacts (Field et al. 2007), many Mexican cities have the additional burden of overcoming development deficits. Among these deficits are inadequate all-weather roads, lack of paved roads, poor water treatment (lack of water treatment plants or treatment plants with insufficient capacity for drinking water and sewage); decaying water infrastructure, and institutional constraints such as lack of financing from taxes, uncoordinated planning, and competition among agencies for agendas and resources.

Even at the neighborhood scale, certain characteristics of the built environment can amplify risks. For instance, studies showed variations in vegetation and land-use patterns across Phoenix produce an uneven temperature distribution that was correlated

with neighborhood socioeconomic characteristics. In other words, affluent areas were less densely settled, had lower mean temperatures, and thus had lower vulnerability to heat stress, while low-income areas had more rental housing, greater prevalence of multi-generational families sharing a household, and a higher prevalence of non-English language speakers (Harlan et al. 2008). These findings point to the need for climate hazards and risks to be communicated to the public in a way that respects the diversity of media, technology, and languages in used in the region. In the long run, these problems could be reduced through improved urban development and investment in marginalized areas.

INFRASTRUCTURE. Dense urban areas in the border region contain substantial populations who are vulnerable to natural disasters linked to climate change because they live in substandard housing in floodplains or on steep slopes or in housing located in areas on the urban periphery that are susceptible to wildfires (GNEB 2008). Tijuana and Nogales, two border cities experiencing rapid population growth, have received an influx of immigrants seeking employment in the maquiladora industry. Many settle in informal (unplanned) colonias (border-region residential communities that are economically distressed and usually underserved by infrastructure) with unsuitable topography, characterized by steep slopes and canyons. With few measures to control erosion, extreme rain events and the prevalent topography lead to runoff and floods during extreme conditions (Cavazos and Rivas 2004; Lara and Díaz-Montemayor 2010).

Border cities are also underserved by water and wastewater infrastructure as well as other urban infrastructure such as paved streets and lighting (Lemos et al. 2002; Jepson 2012). In 2007, for example, the Border Environment Cooperation Commission estimated that there was nearly $1 billion in unmet investment in water and wastewater infrastructure in the border region (BECC 2007). An estimated 98,600 households in the United States and Mexico border region lacked safe drinking water, and an estimated 690,700 homes lacked adequate wastewater collection and treatment services (EPA 2011). Thus, on both sides of the border, large numbers of residents do not have safe potable water piped into their homes and lack proper sewage collection and treatment services (GNEB 2008).

Informal colonias from Tijuana to Nogales to Juárez often are off-the-grid for water, sanitation, and electricity and rely on purchased water from trucks at relatively higher cost than municipal tap water (Cavazos and Rivas 2004; Collins 2010; Wilder et al. 2012). Water-scarce states like Sonora have water rationing in major cities—including the capital, Hermosillo, and its largest border city, Nogales—based on a system known in Spanish as *tandeo*. Basic infrastructure is limited in the informal colonias, and construction on unsafe hillsides in floodplains leads to increased risk to human residents from severe flooding when it rains.  Flooding of unpaved roads may disrupt water-truck deliveries for households not on the municipal grid.

ECONOMY. The border is a region of dynamic growth in both industry and employment. The region is of critical value to the global economy and both countries' national economies due to its production of agriculture and manufactured goods. Its economic significance therefore enhances its exposure to climatic stress. Its integration into the global economy means that climate stresses have potential impacts beyond local borders

because of the potential of disrupted trade. The economy of the border is highly integrated through manufactured and agricultural trade, export-oriented production and labor, and markets that include cross-border manufacturing clusters in aerospace, electronics, medical devices, automotive products, and other sectors.

Mexico's maquiladora industry experienced declines due to the 2001–2002 recession and the period that followed. Maquiladoras are duty-free, foreign-owned assembly plants responsible for nearly half of Mexico's exports in 2006 (GAO 2003; Robertson 2009). At their peak in 2000, they employed over 1 million people, of which 78% (839,200) were from the five major border cities of Tijuana, Mexicali, and Juárez (and Matamoros and Reynosa in the eastern border region) (GAO 2003).[xx] After 2006, Mexico no longer tracked maquiladora exports separately from its other exports.[xxi]

Cities on the U.S. side of the border have benefited from the substantial flow of trade created by maquiladoras, with more than 500,000 jobs added to the U.S. border region between 1990 and 2006, in services, retail trade, finance, and transportation. While maquiladoras drive higher employment in Mexican border cities, Cañas et al. (2011) found that Texas border cities experienced the highest maquiladora-related employment increases, with El Paso providing the third-most maquiladora-related jobs of all border cities (after McAllen and Reynosa). By comparison, California and Arizona border cities experienced a smaller benefit. Asian production inputs have displaced U.S. suppliers, whose share dropped from 90% in 2000 to 50% in 2006, notably affecting Tijuana maquiladoras and San Diego suppliers. Maquila employment declined as a result of the 2001–2002 recession and global low-wage competition from southeast Asia. By 2006, maquiladoras employed over 750,000 people in border cities (Cañas and Gilmer 2009). Other forms of integration are trade and capital flows.[xxii]

This analysis indicates that urban areas in the border region are vulnerable based on exposure to climate stressors. Urban infrastructure is sensitive to flooding (and related erosion) and drought, and urban-based economic activities of both regional and global consequence may be sensitive to impacts caused by climate stressors (such as water scarcity or water shortage). Urban areas could be set on a more sustainable development path through urban and economic development strategies such as extending water and sanitation networks and improving their efficiency; improving flood and erosion control; promoting water conservation at the household (e.g., rainwater harvesting) and municipal (e.g., expanded water treatment and reuse) levels; improving substandard or inappropriately-sited housing; and extending urban green spaces in low-income areas.

### Institutional and governance drivers

Institutional asymmetry and fragmentation—meaning differences in governance frameworks and lack of cohesion and coordination among multiple government agencies and actors on the two sides of the border—create potential vulnerabilities in managing transborder environmental resources. Water management is used here as a lens into institutions and environmental governance in the region. Governance refers to "the set of regulatory processes, mechanisms, and organizations through which political actors influence environmental actions and outcomes" (Lemos and Agrawal 2006, 298). The term encompasses both government and non-government actors, including communities, businesses, and non-governmental organizations.  On the U.S. side of the border, water

governance is decentralized; on the Mexican side, despite decentralization initiatives codified into national and state laws since 1992, it remains highly centralized (Pineda Pablos 2006; Mumme 2008; Scott and Banister 2008; Wilder 2010; Varady, Salmón Castillo, and Eden forthcoming). U.S. border cities and counties are embedded in systems of water rights and water administration dominated by the four border states—Texas, New Mexico, Arizona, and California—subject to applicable international treaties, interstate river compacts, an assortment of federal laws affecting water development, water quality, and ecological values, and contracts with federal agencies with water-related jurisdictions. Water providers range widely in size, from small local utilities up to giant municipal water providers like the Metropolitan Water District of Southern California and the San Diego Water Authority. Farther east, agencies include El Paso Water Utilities and local municipal water authorities. In irrigation, management ranges from the sprawling Imperial and Coachella irrigation districts, which have Colorado River water entitlements that dwarf those of Nevada and Utah combined, to lesser ones like New Mexico's Mimbres Valley Irrigation Company and Arizona's Upper San Pedro Water District. On the Mexican side of the border, states and municipios as well as irrigation districts are governed by Mexico's National Water Law through the National Water Commission (CONAGUA). The western Mexican border states (Baja California, Sonora, and Chihuahua) each have a state-level water agency that partners with CONAGUA and local water utilities (*organismos operadores*), while irrigation districts remain under the direct oversight of CONAGUA or, in the case of large irrigation districts, are administered by an irrigation district authority with CONAGUA oversight. At the international level, the allocation and management of riparian surface water is governed by several treaties and their amendments and extensions.[xxiii]

The inherent differences between these decentralized and centralized systems of water governance complicate binational cooperation and water planning at the border. Political and administrative decisions on managing scarcities and climatic variation are often achieved more readily in Mexico than in the United States owing to centralized planning in that country.[xxiv] Institutional fragmentation and complexity mark water resource management on the U.S. side, in particular (Mumme 2000; Milman and Scott 2010; Wilder et al. 2012). The treaties and international institutions for coordinating water also have limitations for the management of climate variability. The International Boundary and Water Commission (IBWC) has a limited mandate for coordinating binational activities in times of prolonged drought and lacks basin-wide advisory bodies to assist it as it deals with national, state, and local authorities (Mumme 1986). The IBWC also lacks clear jurisdiction for managing groundwater extraction in the border zone (Scott, Dall'erba, and Díaz-Caravantes 2010).

These recognized policy challenges provide a strong rationale for the development of binational watershed partnerships and less formal arrangements aimed at supporting the ecological health of watersheds and water conservation in the border region. Partnerships like the Tijuana Watershed Task Force, the Upper San Pedro River Partnership, and the Santa Cruz River Aquifer Assessment all point in the direction of sustainable initiatives that need be supported and strengthened. Recent IBWC-based efforts have extended the treaty regimes on the Rio Grande and the Colorado River to better address conservation and long-term water supply planning. Programs include an innovative

Water Conservation Investment Fund established at the North American Development Bank (NADB) in 2003 and the 2010 establishment of the binational Consultative Council for the Colorado River to consider shortage challenges of an international nature (Mumme et al. 2009). These arrangements comprise adaptive strategies that help the border region address known shortcomings in current water governance and add to regional resilience (Wilder et al. 2010).

Vulnerability may be reduced and regional resilience increased through flexible and dynamic governance institutions and increased trans-border collaboration at the federal, state, and local scales to share information and data, respond to changing needs and conditions, and resolve transboundary water and other environmental issues via consultative or collaborative processes (see Box 16.3). In addition, a better integration of scientific and technological progress (such as climate variability/climate change monitoring and forecasts or irrigation and water distribution techniques) into planning and operations would help agencies and other governance actors be more responsive to climate change.

---

**Box 16.3**

## Case Study 3: Reducing Cross-Border Emissions: California-Baja California Cooperation on Greenhouse Gas Emission

As a signatory to the Kyoto Protocol, Mexico initiated greenhouse gas (GHG) inventories, began a voluntary reduction program, and developed GHG management plans as part of a broad national approach characterized by public-private partnerships.[xxxvii] Baja California was one of the first Mexican states to develop a GHG inventory, in March 2010, through cooperation with the Center for Climate Strategies, U.S. Environmental Protection Agency (EPA), and the Border Environment Cooperation Commission (Chacon Anaya et al. 2010). In the absence of national programs, California took the initiative with AB 32, the Global Warming Solutions Act of 2006, which called for reducing by 2020 California's GHG emissions to levels of 1990.

As the two states have moved forward with GHG inventories and the planning process for climate plans, California and Baja California officials have exchanged information and methodologies. This was facilitated by the active involvement of EPA and the Border Environment Cooperation Commission, along with the Environmental Roundtable of the Border Governors Conference. At a local level, the San Diego Association of Governments (SANDAG) has facilitated transborder information exchange on climate change issues and data with counterparts in Baja California. This was accomplished through binational information meetings, including "Binational Seminar: Challenges and Opportunities for Crossborder Climate Change Collaboration" (2009) and "Binational Event: Crossborder Climate Change Strategies" (2010).[xxxviii] The SANDAG efforts have successfully placed GHG and climate change as topics on the planning agenda for local and state authorities in the California-Baja California border region. The Border 2020 binational environmental program will reinforce these regional transboundary efforts by focusing on reducing GHG and on actions to help border communities become more resilient to the effects of climate change. [xxxix]

*Drivers of biophysical changes and their impacts*

The border region is particularly rich in species and ecosystem diversity. The Good Neighbor Environmental Board (GNEB 2006) reports that the fragile ecosystems of the border region are under threat from drought, invasive species, and urban sprawl. Socioeconomic factors are related to biodiversity loss, in that population growth may drive higher resource use, leading to higher vulnerability to climate change. Biodiversity loss has many potential negative impacts, such as encouraging the encroachment of invasive species, decreasing water-retention capacities, and resulting in fewer locations that can be used as recreational areas or that can sequester carbon dioxide. (See Chapter 8 for more discussion of the benefits of ecosystem processes and biodiversity.)

The ecological features of the border region vary widely. About a dozen transboundary rivers provide water to cities, tribes, and farms in the two countries, including two major rivers, the Colorado River and the Rio Grande, and many smaller sources—such as the Tijuana and New rivers in California and Baja California, the Santa Cruz and San Pedro rivers in southern Arizona and northern Sonora, the Hueco Bolsón and the Mesilla-Conejo-Medanos in the Paso del Norte region, and the Mimbres-Los Muertos aquifer and drainage system in New Mexico. Major desert ecosystems include the Mojave (Imperial Valley, California), Sonoran (southern Arizona and Sonora), and Chihuahuan (eastern Arizona and western New Mexico) Deserts (GNEB 2006; EPA 2011). Features include fertile desert estuaries on the Baja California and Sonora coasts; chaparral-covered coastal plains and oak savannahs in California; deserts of cactus, creosote, mesquite, palo verde, and sagebrush across parts of Arizona and New Mexico, mixed with pine and oak forests in higher mountain elevations; and hilly areas of grasses and mesquite moving eastward into Texas. Coastal zones at the eastern and western ends of the border contain important marine and freshwater habitat (Liverman et al. 1999; Varady et al. 2001; GNEB 2006). As an example, Figure 16.5 indicates the vast ecological resources in protected designations within the Arizona-Sonora portion of the border region.

Within the entire U.S.-Mexico border region (including the eastern portion of the region outside the scope of this chapter), there are over 6,500 animal and plant species (EPA 2011).[xxv] On the Mexican side, 235 species found in the border region are classified in a risk category. Of these, 85 are considered endangered under Mexico law. In the United States, 148 species found in border counties are listed as endangered under the U.S. Endangered Species Act (EPA 2011, 15).

The border fence erected and extended by the United States Department of Homeland Security to prevent undocumented immigration has had extremely negative effects on wildlife, including endangered species, whose habitats and ranges lie in the transboundary region (López-Hoffman, Varady, and Balvanera 2009; Segee and Córdova 2009; Sierra Club 2010).[xxvi] The fence deters virtually all wildlife crossings, cutting animals and reptiles off from sources of water, food, and access to habitat and to potential mates.

Wetlands are a critical source of biodiversity and losses of wetlands may be irreversible, limiting or prohibiting future efforts at restoration (Beibighauser 2007). At-risk estuaries include the Tijuana River and the Rio Grande, including the adjacent Laguna Madre coastal lagoon (Liverman et al. 1999). The Rio Grande is also home to endangered silvery minnows in the last remnant of their historical habitat and to flocks of migrating cranes and geese who gather in vast numbers to rest and refuge in riparian *bosques*



**Figure 16.5 Protected areas in western portion of U.S.-Mexico border region.** Source: Laird-Benner and Ingram (2011) reprinted with permission from Taylor & Francis.

(woodlands) (Hurd and Coonrod 2008). Native fish, neotropical songbirds, and migratory waterfowl, including threatened and endangered species, have all declined precipitously in recent decades (Lacewell et al. 2010).

The Colorado River delta is a significant border ecosystem that is most at risk from increasing regional water stress. Lacking a dedicated source of water to maintain ecological flows, several wetlands of high resource value are threatened, including the Ciénega de Santa Clara (see case study below) (Glenn et al. 1992; Glenn et al. 1996; Liverman et al. 1999; Pitt and Luecke 2000; Varady et al. 2001; Zamora-Arroyo and Flessa 2009). Two principal vulnerabilities associated with the Lower Colorado River and delta are (1) the lack of dedicated ecological flows to sustain critical wetlands and bird habitat in the delta; and (2) the over-allocation of Colorado River water and over-reliance of the seven U.S. basin states and Sonora and Baja California on its water as a principal source of supply.[xxvii] This latter issue is addressed in the water sector analysis below; the discussion here is on the Colorado River delta ecosystem.

Likely effects of the climate changes described in Table 16.1 are primarily associated with increasing temperatures, declining precipitation and streamflows, and increasing extreme events (i.e., droughts). Expected effects include: constraints on available water supply to major cities reliant on Colorado River water (MacDonald 2010; Woodhouse

et al. 2010); increased urban-agriculture competition over water; constraints on meeting increasing regional water-energy demand; and threats to ecosystems of high resource value, including endangered species habitat (Pitt and Luecke 2000; Zamora-Arroyo and Flessa 2009).

The Colorado River delta has been called "one of the most important estuaries in the world" (Zamora-Arroyo and Flessa 2009, 23) and is the largest remaining wetland system in southwestern North America. Although it originally comprised 2 million acres (800,000 hectares) of wetlands habitat, it has shrunk to only 10% of its original size since 99% of the water has been diverted (Zamora-Arroyo and Flessa 2009). These wetland areas are critical stopovers on the Pacific migratory flyway and significant breeding and wintering habitat for 371 bird species (400,000 migratory waterbirds), including endangered species such as the Yuma Clapper Rail (listed in both the United States and Mexico). Both the Andrade Mesa and Ciénega de Santa Clara wetlands in the delta are experiencing water scarcity due to increased demand and changes in water management. The wetlands rely on system inefficiencies (water not used by agriculture or cities), amounting to less than 1% of its original sources (Pitt and Luecke 2000; Zamora-Arroyo and Flessa 2009). These "accidental" sources are now threatened as water managers increase efficiency; for example, the 2008 concrete-lining of the All-American Canal may cut off seepage that has been important in sustaining the Andrade Mesa wetlands.[xxviii]

A Colorado River Joint Cooperative Research Process involving key binational government agencies, non-governmental organizations, and water users has a goal of finding dedicated sources to meet minimum flows required to sustain these critical wetlands (Zamora-Arroyo and Flessa 2009) (see also Box 16.2). The best options to ensure the survival of the delta are agricultural return flows, municipal effluent, and acquisition of new water rights (Zamora-Arroyo and Flessa 2009).

Biodiverse and environmentally significant border ecosystems are exposed to urban encroachment, increasing scarcity of water, and habitat threats, as well as habitat fragmentation and land-use change caused by the U.S. border fence. Endangered species habitat and wetlands systems are sensitive to the increasing scarcity of water to sustain critical habitats. Institutional trans-border collaborations in critical wetlands areas such as the Ciénega de Santa Clara and the Tijuana Estuary (see Box 16.4) are developing adaptive strategies that may add to the sustainability of these areas and will help confront the impacts of future climate change.

## 16.5 Sectoral Analysis of Border Vulnerability

### Water supply and sectoral vulnerability

Climate change in the Southwest will place additional burdens on an already-stressed water system (see Chapter 10). As a general rule across North America, the shift will be from wet to wetter, in wetter areas, and from dry to drier, in arid regions like the border (see Chapter 6). Severely over-drafted aquifers and those aquifers affected by saltwater intrusion are already a challenge for the region (see, for example, Figures 16.6 and 16.7 for northern Mexico). Regional impacts associated with these changes are anticipated to include: a decreased water supply in storage reservoirs for urban use and irrigation, especially in the Colorado system; higher summer temperatures leading to stresses on

**Box 16.4**

### Case Study 4: Collaboration to Protect the Tijuana Estuary

The Tijuana River Estuary is the largest and one of the last remaining large tidal wetlands on the Pacific Coast (Roullard 2005, plates 31-36; Ganster 2010). The 2,500-acre (1,012-hectare) Tijuana River National Estuarine Research Reserve (TRNERR) is situated on the international boundary at the endpoint of the 1,750-square-mile (4,532 square kilometer) binational Tijuana River Watershed. One-third of the watershed is in the United States and the remaining area in Mexico, and includes much of the rapidly urbanizing areas of Tijuana and Tecate. The estuary's diverse contiguous beach, dune, salt marsh, riparian, and upland habitats are home to many rare and endangered species of plants and animals. The estuary is vulnerable to human impacts and the effects of climate change that include sea-level rise, altered precipitation patterns and sedimentation rates, and invasion of exotic species. The likely effects of climate change also pose significant challenges to the viability of past habitat restoration efforts in the estuary (see, for example, Zedler 2001).

In order to make this system more resilient to both watershed and coastal stressors, the Tijuana River Valley Recovery Team was convened in 2008.[xl] This effort brings together over thirty regulatory, funding, and administrative agencies with the scientific community, environmental groups, and other stakeholders. The Recovery Team has produced a "roadmap" that addresses broad ecosystem goals and identifies actions that can facilitate adaptation to climate change, such as controlling cross-border flows of sediment and trash, improving hydrology, changing land use, and restoring habitat (Tijuana River Valley Recovery Team 2012). The plan identifies broad zones of the Tijuana River estuary area that will serve different functions. These include (1) transitional areas designed to accommodate habitat shifts associated with rising sea level, (2) private lands that should be acquired and restored to habitats that can dynamically respond to changing conditions, and (3) lands that will remain in agricultural or recreational use and are protected inundation. The roadmap also specifically calls for the impacts of climate change to be assessed at more precise spatial scales and shorter time scales so that management practices can effectively respond to evolving climate conditions.

energy provision during peak demand; extended and more severe drought periods; and higher evapotranspiration rates (Table 16.1). As Udall (2011, 12) notes, "The past century is no longer a guide to water management" (see also Planning Techniques and Stationarity section, Chapter 10). The principal watersheds in the region are of particular significance to the sustainability of ecosystems and human activities.

The two major transboundary rivers in the border region—the Colorado River and the Rio Grande—are systems where conflicts over water are prevalent (see Chapter 10, Box 10.1). Both the United States and Mexico have aging water infrastructures with a voluminous backlog of needs that are very expensive to fix. As described throughout the present work, water is connected to many other sectors, including energy, transportation, human health, ecosystems, and agriculture. Higher projected temperatures will affect water quality; surface water temperatures are expected to increase, in turn impacting the organisms and species (including humans) that depend on these resources,



**Figure 16.6 Over-drafted aquifers in Mexico.** Note the concentration of these in northeast Baja California, along the coast of Sonora, and in the Rio Grande/Rio Bravo watershed. Source: CONAGUA (2011, chap. 2, 34).

while groundwater quality in coastal aquifers may be affected by sea-level rise that leads to saltwater intrusion (see Chapter 9, Section 9). Chronic salt accumulation in soils associated with hot and arid climates can produce agricultural losses and places additional restrictions on regional agricultural water management.[xxx] Scientific research on groundwater is lacking in comparison to knowledge on surface water resources, and the lack is particularly pronounced on the Mexican side (Moreno 2006; Scott, Dall'erba, and Díaz-Caravantes 2010; Granados-Olivas et al. 2012). Also, the effects of climate variability and change on water quality are virtually unexplored territory.

There are almost no natural impoundments of any substantial size in the border region. However, there are a number of man-made reservoirs, most of which are fed by the Colorado River or Rio Grande (examples are the Imperial and Morelos Dams on the Colorado River and the Leasburg and American Dams in the border region on the Rio Grande), and so are replenished by water derived primarily from winter snowpack in distant mountains. Upper Rio Grande flows in particular rely primarily on snowpack (Lacewell et al. 2010). Smaller border-crossing rivers like the Santa Cruz and the San Pedro get their most substantial flows from summer precipitation, and somewhat less from winter storms and local snowpack in high elevation "sky island" mountain ranges. The New River in the Mexicali-Imperial Valley region receives its flow from treated wastewater and agricultural drains. Numerous small reservoirs in the border region capture rainfall and many also store imported water from the major river systems. Of San Diego's twenty-five reservoirs, many import water from the Colorado River and from the California Water Project in Northern California. Coastal Baja California has



**Figure 16.7 Areas in the border region of Mexico affected by saltwater intrusion or saline soil.** Note the concentration of these problems in the irrigation districts of northeastern Baja California and along the coast of Sonora, as well as in the Juarez Valley. Source: CONAGUA (2011, chap. 2, 35).

two reservoirs that capture runoff and store water pumped over the mountains from the Colorado River to serve Tijuana, Playas de Rosarito, and Tecate.

Agriculture uses the largest share of water (about 80% of total supply) (McDonald 2010; CONAGUA 2011). The next largest use is municipal/urban, followed by industrial and thermoelectric. Figure 16.8 shows water use in the border states in Mexico.

The eight-year period from 2000 to 2007 was "a period of unprecedented dryness in the Colorado River basin when compared to the roughly 100-year historical record" (CDWR 2009, 21). Modeling by the U.S. Bureau of Reclamation shows that shortages due to drought become "increasingly likely" (CDWR 2009, 21) in the future as water demands increase. Cayan and others (2010, 21271) call the recent drought the "most extreme in over a century." The Colorado system of reservoirs is one of the region's "most important buffers against drought" (MacDonald 2010, 21259). During the early twenty-first century drought, storage levels have "declined precipitously" and could potentially fall below operable levels (MacDonald 2010, 21259). Impacts of the recent drought include: emergency restrictions on outdoor water use (for Tucson and San Diego); reductions in urban water service delivery (e.g., Metropolitan Water District of Southern California in 2009); agricultural revenue losses (documented at $308 million in California statewide); impacts to hydro-generated electricity; and forest loss due to wildfires and spread of bark beetle destruction (MacDonald 2010; see also Chapter 8).



**Figure 16.8  Water use in Mexico's border region (includes Region 1, Peninsula Baja California; Region II, Northwest; and Region VI, Rio Bravo).** Adapted from CONAGUA (2011, annexes, 128-129, 133).

RIO GRANDE WATERSHED. The Rio Grande has its headwaters in the San Juan Mountains of southern Colorado, flows through New Mexico, forms the international boundary between the United States and Mexico (Figure 16.9), and terminates in the Gulf of Mexico. Its watershed is divided roughly equally between the United States and Mexico. The Upper Rio Grande is defined as the headwaters area in Colorado downstream to Fort Quitman, Texas (about 60 miles downstream from El Paso). The Lower Rio Grande, from Fort Quitman to the Gulf, takes in the river's largest tributaries, including the Pecos River and Devil's River in Texas and the Río Conchos, Río Salado, and Río San Juan in Mexico (CDWR 2009). The Upper Rio Grande system has two large storage reservoirs, Elephant Butte and Caballo Reservoirs, as well as smaller dams.[xxx] Overall, about half of the basin's 19 million acre-feet (MAF) of storage is in Mexico and the other half in the United States (CDWR 2009). A 1938 interstate compact divides the waters of the Upper Rio Grande among Colorado, New Mexico, and Texas. Two treaties between the United States and Mexico govern allocation of water from the river's international reach. Above Fort Quitman, the United States is required annually to deliver 60,000 acre-feet of Rio Grande water at Ciudad Juárez, in accordance with the Convention of 1906.

Significant shared groundwater resources that are critical supply sources for cities in this area include the Hueco Bolson and Mesilla Bolson aquifers in the El Paso–Ciudad Juárez region which are shared among New Mexico, Texas, and Mexico. Overdraft and salinity challenges are major issues for both sides of the border in this region (see Figures 16.6 and 16.7). Groundwater levels and quality have declined precipitously in the most important aquifer, the Hueco Bolson, since 1940 (Granados-Olivas et al. 2012). The water supply for the Upper Rio Grande Basin is fully allocated. Its system of engineered storage and delivery requires precipitation "at the right time, right place, over time, and with adequate quantity" in order to function properly (Lacewell et al. 2010, 105). Changes in the timing and amount of rainfall accompanied by an increase in temperature puts the system in a vulnerable situation (Lacewell et al. 2010).



**Figure 16.9 Rio Grande Basin.**
Source: Lacewell et al. (2010).

The Rio Grande and its associated aquifers are the principal and often only water source for cities and farms from southern Colorado through New Mexico and into far west Texas (Hurd and Coonrod 2007). The vulnerability that these water users face in light of potential climatic and hydrologic changes is indicated not only by their dependence on a sole source of supply but by the oversubscribed claims to and exhaustive use of this source (Hurd et al. 2006; Hurd and Coonrod 2007). Using a hydro-economic model developed for the Upper Rio Grande, Hurd and Coonrod (2007, 2008) identified the following significant vulnerabilities for New Mexico based on a "middle severity" future climate change scenario:

- A reduction in long-run average water supply leading to a 2% reduction by 2030 and 18% by 2080, with the reduction affecting agriculture in 2030 and both agriculture and urban areas in 2080;

- Increases in water prices, as demand exceeds supply due to population growth and projected climate change;

- A concomitant shift in consumptive use by urban areas at the expense of agriculture;

- Secondary economic effects resulting from reduced consumptive use by agriculture, including significant economic losses from reservoir recreation and from job losses in the agriculture sector. For example, the 2030 middle scenario estimates a total economic loss of $8.4 million associated with a 3.5% reduction in agricultural water use, mostly in direct losses to agriculture ($7.1 million). By 2080, total economic losses associated with a 22.5% reduction in water use results in a loss of $61.7 million (based on year 2000 dollars).

- Worrisome impacts on natural ecosystems, in particular on the endangered silvery minnow habitat that lacks dedicated sources with the minimal flows needed to sustain it;

- Increased flooding (this is anticipated but not accounted for by the authors);

- Negative impacts on water quality;

- Negative impacts on native Hispanic communities who are likely to be among the first farmers to experience pressure to transfer water from their acequia systems to cities (see also Perramond 2012).

In the Paso del Norte binational area, key water resource vulnerabilities include:

- The lack of trans-border "data fusion" among governmental agencies;

- Higher evapotranspiration rates associated with increasing irrigation needs under projected climate changes;

- Increasing salinity of groundwater used for agriculture and drinking water (Hurd et al. 2006).

This analysis of water sector vulnerability indicates increasing risk exposure for agriculture, local economies, and ecosystems resulting in potentially serious impacts, including reduced natural water supplies; increased urban-agriculture competition; potentially negative impacts for off-the-grid users, including informal colonias and high-value riparian areas that lack a dedicated source of water. The water-energy infrastructure, especially during summer peak demand and during extended drought periods, will be sensitive to climate change. Traditional farming and ranching cultures may be increasingly exposed to climate-change impacts, resulting in reductions in their production. Finally, fundamental ecosystem changes may ensue, including reductions in soil moisture and increased pest infestations and disease.

### Agriculture and ranching

Agriculture and ranching account for a small share of the border region's gross domestic product (GDP). Yet farmers and ranchers are the primary managers of most of the region's water and land resources. In the border region, agriculture accounts for approximately 80% of water consumption. About 74% of Arizona's land and 85% of New Mexico's land is used for farming and ranching (USDA n.d.). Agriculture and ranching in the border region will increasingly have to compete with cities for water. Agriculture and ranching also play an important cultural and political role in the regional identity and traditions, and agricultural ecosystems are significant. Thus climate change-related impacts on the Southwest landscape will most likely have significant impacts on the

Southwest's agricultural sectors. Changes in water availability, vegetation cover, carbon dioxide levels, and frequency of extreme events like floods and drought will impact crop and forage production, increasing costs for both producers and consumers.

The border region contains three major irrigated agriculture areas: Imperial Valley-Coachella (California), Yuma–San Luis Río Colorado–Mexicali (Arizona–Sonora–Baja California), and the Rio Grande Valley (New Mexico/Texas/Chihuahua). Agriculture consumes about 86% of total water resources in the Mexicali Valley (CONAGUA 2008). The Irrigation District 014, Colorado River, encompasses the Mexicali and San Luis Río Colorado valleys and provides water to about 2,500 agricultural operations over an irrigated area of 204,000 hectares (about 455,000 acres). This is one of the most productive agriculture districts in northern Mexico, sustained mainly by water from the Colorado River.[xxxi] Wheat, cotton, and alfalfa are the most important among fifty registered crops. An important secondary water source is a transboundary aquifer (which is recharged by the Colorado River) shared by the United States and Mexico.

Climate change impacts on regional agriculture and livestock in the Mexicali Valley are directly linked to production and productivity reductions. According to the Programa Estatal de Acción ante el Cambio Climático—Baja California (PEAC-BC)[xxxii], during the last three decades, changes in local and regional climate conditions have been and will be impacting agriculture. Preliminary PEAC-BC findings indicate that changing climate conditions will: drastically reduce the quantity and quality of available water; change the distribution and population dynamics of pest infestations and predator species; and cause changes in crop pollinators. A preliminary review suggests that major spring-summer season crops like cotton may be impacted by the more intensive and increased July–August rainfall period by staining the cotton fiber and reducing the quality for international market grades. Fall-winter crops such as wheat may be negatively affected in both yields and quality of grain protein produced because warming will reduce winter chill hours required for optimal results. The expected higher evaporative-transpiration rates will require increased application of irrigation water per acre, resulting in reduced production. Acreage devoted to alfalfa may decline. This, in turn, will affect the regional livestock sector, which will need to obtain more expensive alfalfa from distant suppliers (Cortez-Lara 2011).

In Arizona, agricultural use of irrigated water accounts for about 70% of water use and about 80% of the state's Colorado River allocations. Groundwater aquifers supply roughly half of total agricultural supply in Arizona, and the Colorado River and its tributaries supply the other half (Owen 2008). Agriculture in New Mexico uses almost 78% of the state's water supply (Owen 2008). Farm size and type of farm may be important indicators of the relative vulnerability of agricultural operations to climate or other stresses and factors (Hoppe, Banker, and MacDonald 2010).

In New Mexico, agriculture comprises a $1.7 billion annual industry, around three-quarters of it from livestock. Major crops include forage crops, onion, pecans, and wheat. In Arizona, agriculture is approximately a $2.4 billion annual industry, with over one-third in livestock (Owen 2008). Major crops include forage crops, cotton, lettuce, and wheat. Farmers may opt to alter their crop mix or invest in more water efficient systems as an adaptation strategy.

Cattle ranching in the Southwest relies on rainfed pastures and browse, which are sensitive to precipitation decreases as well as seasonality of precipitation[xxxiii]. Thus,

drought is the most significant concern in some areas (Coles and Scott 2009). The yields of cattle (both in numbers of head and weight) will be reduced with declines in average precipitation (Owen 2008). Higher temperatures suppress cattle appetite, but warmer temperatures bode well for winter survival rates (Owen 2008). Small ranching operations are most vulnerable to drought, especially when combined with volatile cattle prices and pressure from urban land markets to subdivide the land (Eakin and Conley 2002).

Farmers with access to groundwater-supplied irrigation prefer dryness so they can control levels of water applied to crops (Vásquez-León, West, and Finan 2003; Coles and Scott 2009). The high cost of electricity for groundwater pumping is a major factor for irrigators (Wilder and Whiteford 2006; Coles and Scott 2009) because both energy and water needs increase with temperature (Garfin, Crimmins, and Jacobs 2007; Scott and Pasqualetti 2010). However, a study in southeast Arizona found that farmers and ranchers made limited use of climate information, preferring to continue customary practices and lacking confidence in linking their livelihoods to seasonal climate forecasts (Coles and Scott 2009). This study, like that of Eakin and Conley (2002), found small operations had less adaptive capacity than larger ones, indicating that scale of operation is a key factor shaping how vulnerability is experienced in the agricultural sector.

On the eastern edge of the area considered in this chapter, Rio Grande waters are impounded in Elephant Butte and Caballo Reservoirs for irrigation of 135,000 acres of land along approximately 200 miles of valley, including land in El Paso County, Texas. Crops include cotton, pecans, dairy, vegetables, and grapes in southern New Mexico and El Paso (Lacewell et al. 2010). Cattle and livestock are also a significant part of the economy.

This analysis indicates that farming and ranching in the border region are exposed to risks from climate change, and are especially sensitive to changes in seasonality and timing of these changes. Adaptation has a vital role in promoting sustainability of these livelihoods and traditional ways of life. Increasing the adaptive capacity of the agriculture and ranching sector to reduce livelihood risks will enhance the sustainability of these sectors. The current and future challenges in this field in relation to water availability must be addressed though a perspective that includes the conjunctive use of surface and groundwater (i.e., coordinated management of these resources to improve efficiency), technological improvement in irrigation, and sustainable crops. Additional discussion on potential impacts from climate change and climate variability on the agricultural sector can be found in Chapter 11.

### Wildfire

Wildfires pose a considerable risk to border communities and to communities throughout the Southwest alike. Wildfires in the contiguous Western states in the United States increased by more than 300% from the 1970s to 2005 (Corringham, Westerling, and Morehouse 2008) and are extremely costly in terms of human life, loss of structures, forest mortality, habitat destruction, and direct fire suppression costs.[xxxiv] The years 2006 and 2008 were the worst on record for wildfire activity in the United States (Grissino-Mayer 2010). In California, the two largest wildfires on record and eleven of the twenty largest recorded fires occurred in the past decade (MacDonald 2010). The fire season of 2011 was "record-setting" in Arizona and New Mexico, and the southern border region (southeastern New Mexico and southeastern Arizona) was hardest-hit in each state.[xxxv]

Climatic factors including higher average temperatures since the 1970s and extensive droughts have contributed to conditions for increased wildfire, as have land-use changes and fire-suppression strategies (Williams et al. 2010). The seasonality of temperature and precipitation changes is especially critical; higher temperatures, earlier spring warming, and decreased surface water contribute to an increase in wildfires (MacDonald 2010). Drought-related bark beetle damage has had devastating effects on Southwest forests. Overall, Williams and colleagues (2010) estimate that approximately 2.7% of Southwestern forest and woodland area experienced substantial mortality due to wildfires from 1984 to 2006, and approximately 7.6% experienced mortality due to bark beetles or wildfire during this period.

Wildfire and land-use management play a large role in controlling the outbreak of wildfires, and climate information should be an important aspect of the planning process. Expected climatic changes will alter future forest productivity, disturbance regimes, and species ranges throughout the Southwest (Williams et al. 2010). Peak fire-suppression periods vary from region to region, with important implications for decision making around wildfire (Corringham, Westerling, and Morehouse 2008; Westerling et al. 2011).

While fire managers in the Southwest United States are integrating short-term weather and climate information into their planning, long-term forecasts are less utilized due to a perceived lack of reliability (Corringham, Westerling, and Morehouse 2008). Trans-border emergency response to wildfires is another critical element of effective management. Events such as wildfires "do not respect administrative boundaries" (GNEB 2008, 2). Trans-border communication-sharing and response systems (as appropriate) can add to regional resilience and improve forest sustainability.

## References

Adger, W. N. 2006. Vulnerability. *Global Environmental Change* 16:268–281.

Adger, W. N., N. W. Arnell, and E. L. Tompkins. 2005. Successful adaptation across scales. *Global Environmental Change* 15:77–86.

Adger, W. N., S. Dessai, M. Goulden, M. Hulme, I. Lorenzoni, D. R. Nelson, L. O. Naess, J. Wolf, and A. Wreford. 2009. Are there social limits to adaptation to climate change? *Climatic Change* 93:335–354, doi:10.1007/s10584-008-9520-z.

Anzaldúa, G. 1987. *Borderlands/La Frontera*. San Francisco: Aunt Lute Press.

Austin, D. E., E. Mendoza, M. Guzmán, and A. Jaramillo. 2004. Partnering for a new approach: Maquiladoras, government agencies, educational institutions, non-profit organizations, and residents in Ambos Nogales. In *Social costs of industrial growth in northern Mexico*, ed. K. Kopinak, 251–281. San Diego: University of California–San Diego, Center for U.S.–Mexican Studies.

Beibighauser, T. R. 2007. *Wetland drainage, restoration, and repair*. Lexington: The University Press of Kentucky.

Border Environment Cooperation Commission (BECC). 2007. *An analysis of program impacts and pending needs*. http://www.cocef.org/english/VLibrary/Publications/SpecialReports/White%20Paper%20Analysis%20of%20US-MEX%20Border%20Program.pdf.

Brito-Castillo, L., A. Leyva-Contreras, A. V. Douglas, and D. Lluch-Belda. 2002. Pacific Decadal Oscillation and the filled capacity of dams on the rivers of the Gulf of California continental watershed. *Atmósfera* 15:121–136.

Brito-Castillo, L., A. V. Douglas, A. Leyva-Contreras, and D. Lluch-Belda. 2003. The effect of large-scale circulation on precipitation and streamflow in the Gulf of California continental watershed. *International Journal of Climatology* 23:751–768.

Cañas, J., R. A. Coronado, R. W. Gilmer, and E. Saucedo. 2011. *The impact of the maquiladora industry on U.S. border cities*. Research Department Working Paper 1107. Dallas, TX: Federal Reserve Bank of Dallas. http://www.dallasfed.org/assets/documents/research/papers/2011/wp1107.pdf.

Cañas, J, and R.W. Gilmer. 2009. The maquiladora's changing geography. *Southwest Economy* (Second Quarter 2009): 10–14. Dallas, TX: Federal Reserve Bank of Dallas. http://www.dallasfed.org/assets/documents/research/swe/2009/swe0902c.pdf.

California Department of Water Resources (CDWR). 2009. *Water and border area climate change: An introduction; Special report for the XXVI Border Governors Conference*. Sacramento: CDWR.

Cash, D. W., W. C. Clark, F. Alcock, N. M. Dickson, N. Eckley, D. H. Guston, J. Jager, and R. B. Mitchell. 2003. Knowledge systems for sustainable development. *Proceedings of the National Academy of Sciences* 100:8086–8091.

Cavazos, T., and D. Rivas. 2004. Variability of extreme precipitation events in Tijuana, Mexico. *Climate Research* 25:229–243.

Cave, D. 2009. Recession slows growth of population in Sunbelt. New York Times December 24, 2009.

Cayan, D. R., T. Das, D. W. Pierce, T. P. Barnett, M. Tyree, and A. Gershunov. 2010. Future dryness in the southwest US and the hydrology of the early 21st century drought. *Proceedings of the National Academy of Sciences* 107:21271–21276.

Chacon Anaya, D., M. E. Giner, M. Vazquez Valles, S. M. Roe, J. A. Maldonado, H. Lindquist, B. Strode, R. Anderson, C. Quiroz, and J. Schreiber. 2010. *Greenhouse gas emissions in Baja California and reference case projections 1990–2025*. Ciudad Juárez, Chihuahua: Border Environment Cooperation Commission.

Coles, A. R., and C. A. Scott. 2009. Vulnerability and adaptation to climate change and variability in semi-arid rural southern Arizona, USA. *Natural Resources Forum* 33:297–309.

Collins, T. W. 2010. Marginalization, facilitation, and the production of unequal risks: The 2006 Paso del Norte floods. *Antipode* 42:258–289.

Collins, T. W., S. E. Grineski, and M. L. Romo Aguilar. 2009. Vulnerability to environmental hazards in the Ciudad Juárez (Mexico)-El Paso (USA) metropolis: A model for spatial risk assessment in transnational context. *Applied Geography* 29:448–461.

Comisión Nacional del Agua (CONAGUA). 2008. *Estadísticas del agua en México*. México, D.F.: CONAGUA.

—. 2011. *Estadísticas del agua en México, Edición 2011*. México, D.F.: CONAGUA.

Consejo Nacional de Población (CONAPO). 2007. *Delimitación de las zonas metropolitanas de México 2005*. México, D.F.: CONAPO.

Corringham, T. W., A. J. Westerling, and B. J. Morehouse. 2008. Exploring use of climate information in wildland fire management: A decision calendar study. *Journal of Forestry* 106:71–77.

Cortez-Lara, A. 2011. Gestión y manejo del agua: El papel de los usuarios agrícolas del Valle de Mexicali. *Problemas del Desarrollo* 167 (42): 71–96.

Díaz-Castro, S., M. D. Therrell, D. W. Stahle, and M. K Cleaveland. 2002. Chihuahua winter-spring precipitation reconstructed from tree-rings, 1647–1992. *Climate Research* 22:237–244.

Dominguez, F., J. Cañon, and J. Valdes. 2010. IPCC-AR4 climate simulations for the southwestern US: The importance of future ENSO projections. *Climatic Change* 99:499–514.

Eakin, H., and J. Conley. 2002. Climate variability and the vulnerability of ranching in southeastern Arizona: A pilot study. *Climate Research* 21:271–281.

Eakin, H., and A. Luers. 2006. Assessing the vulnerability of social-environmental systems. *Annual Review of Environment and Resources* 31:365–394.

Eakin, H., and M. Wehbe. 2009. Linking local vulnerability to system sustainability in a vulnerability framework: Cases from Latin America. *Climatic Change* 93:355–377.

Earman, S., and M. D. Dettinger. 2011. Potential impacts of climate change on groundwater resources: A global review. *Journal of Water and Climate Change* 2:213–229.

Favre, A., and A. Gershunov. 2009. North Pacific cyclonic and anticyclonic transients in a global warming context: Possible consequences for western North American daily precipitation and temperature extremes. *Climate Dynamics* 32:969–987.

Field, C. B., L. D. Mortsch, M. Brklacich, D. L. Forbes, P. Kovacs, J. A. Patz, S. W. Running, and M. J. Scott. 2007. North America. In *Climate Change 2007: Impacts, adaptation and vulnerability. Contribution of Working Group II to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change,* ed. M. L. Parry, O. F. Canziani, J. P. Palutikof, P. J. van der Linden and C. E. Hanson, 617–652. Cambridge: Cambridge University Press.

Frey, W. H. 2011. 2011 puts the brakes on U.S. population growth. *Up Front*, December 28, 2011. Washington, DC: Brookings Institution. http://www.brookings.edu/opinions/2011/1228_census_population_frey.aspx.

Ganster. P. 2010. La cuenca binacional del Río Tijuana. In *Diagnóstico y priorización socio-ambiental de las cuencas hidrográficas de México,* ed. H. Cotler Avalos. México, D.F.: Instituto Nacional de Ecología.

Ganster, P., and D. E. Lorey. 2008. *The U.S.-Mexican border into the twenty-first century,* 2nd ed. Lanham, MD: Rowman and Littlefield.

Garcia-Cueto, R. O., A. Tejeda-Martínez, and E. Jáuregui-Ostos. 2010. Heat waves and heat days in an arid city in the northwest of Mexico: Current trends and in climate change scenarios. *International Journal of Biometeorology* 54:335–345.

Garfin, G., M.A. Crimmins, and K. L. Jacobs. 2007. Drought, climate variability, and implications for water supply and management. In *Arizona water policy,* ed. B. G. Colby and K. L. Jacobs, Chapter 5. Washington, DC: Resources for the Future.

Glenn, E. P., R. S. Felger, A. Búrquez, and D. S. Turner. 1992. Cienega de Santa Clara: Endangered wetland in the Colorado River Delta, Sonora, Mexico. *Natural Resources Journal* 32:817–824.

Glenn, E. P., C. Lee, R. Felger, and S. Zengel. 1996. Effects of water management on the wetlands of the Colorado River Delta, Mexico. *Conservation Biology* 10:1175–1186.

Gochis, D. J., L. Brito-Castillo, and W. J. Shuttleworth. 2007. Correlations between sea-surface temperatures and warm season streamflow in northwest Mexico. *International Journal of Climatology* 27:883–901.

Good Neighbor Environment Board (GNEB). 2006. *Air quality and transportation and cultural and natural resources on the U.S.-Mexico border: Ninth report of the GNEB to the President and Congress of the U.S.* EPA 130-R-06-002. Washington, DC: EPA.

—. 2008. *Natural disasters and the environment along the U.S.-Mexican border: Eleventh report of the GNEB to the President and Congress of the U.S.* EPA 130-R-08-001. Washington, DC: EPA.

—. 2011. *The potential environmental and economic benefits of renewable energy development in the U.S.-Mexico Border Region: Fourteenth report of the Good Neighborhood Environmental Board to the President and Congress of the United States.* Washington, DC: EPA.

Granados-Olivas, A., B. Creel, E. Sánchez-Flores, J. Chavez, and J. Hawley. 2012. Thirty years of groundwater evolution: Challenges and opportunities for binational planning and sustainable management of the transboundary Paso del Norte watersheds. In The US-Mexican border environment: Progress and challenges for sustainability, ed. E. Lee and P. Ganster, 201–217. SCERP Monograph Series no. 16. San Diego: San Diego State University Press.

Grissino-Mayer, H. D. 2010. Wildfire hazard and the role of tree-ring research. In *Tree rings and natural hazards: A state-of-the-art,* ed. M. Stoffel, M. Bollschweiler, D. R. Butler, and B. H. Luckman, 323–328. Advances in Global Change Research 41. New York: Springer.

Grothman, T., and A. Patt. 2005. Adaptive capacity and human cognition: The process of individual adaptation to climate change. *Global Environmental Change* 15:199–213.

Gutzler, D. S., and T. O. Robbins. 2011. Climate variability and projected change in the western United States: Regional downscaling and drought statistics. *Climate Dynamics* 37:835–839, doi:10.1007/s00382-010-0838-7.

Harlan, S. L., A. J. Brazel, G. D. Jenerette, N. S. Jones, L. Larsen, L. Prashad, and W. L. Stefanov. 2008. In the shade of affluence: The inequitable distribution of the urban heat island. In *Equity and the Environment,* ed. R. C. Wilkinson and W. R. Freudenburg, 173–202. Research in Social Problems and Public Policy 15. Bingley, UK: Emerald Group Publishing.

Higgins, R. W., Y. Chen, and A.V. Douglas. 1999. Interannual variability of the North American warm season precipitation regime. *Journal of Climate* 12:653–680.

Higgins, R. W., and W. Shi. 2001. Intercomparison of the principal modes of interannual and intraseasonal variability of the North American Monsoon System. *Journal of Climate* 14:403–417.

Hoppe, R. A., D. E. Banker, and J. M. MacDonald. 2010. *America's diverse family farms, 2010 edition.* Economic Information Bulletin 96653. Washington, DC: USDA.

Hurd, B., C. Brown, J. Greenlee, A. Granados, and M. Hendrie. 2006. Assessing water resource vulnerability for arid watersheds: GIS-based research in the Paso del Norte region. *New Mexico Journal of Science* 44 (Aug. 2006): 39–61.

Hurd, B. H., and J. Coonrod. 2007. *Climate change and its implications for New Mexico's water resources and economic opportunities.* Las Cruces: New Mexico State University. http://portal. azoah.com/oedf/documents/08A-AWS001-DWR/Omnia/20070700%20Hurd%20and%20 Coonrod%20Climate%20Change%20NM%20Water.pdf.

—. 2008. Climate change risks New Mexico's waterways: Its byways and its flyways. *Water Resources Impact* 10 (4): 1–5.

Intergovernmental Panel on Climate Change (IPCC). 2007a. *Climate change 2007: Impacts, adaptation and vulnerability. Contribution of Working Group II to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change,* ed. M. L. Parry, O. F. Canziani, J. P. Palutikof, P. J. van der Linden and C. E. Hanson. Cambridge: Cambridge University Press.

—. 2007b. *Climate change 2007: The physical science basis. Contribution of Working Group I to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change,* ed. S. Solomon, D. Qin, M. Manning, Z. Chen, M. Marquis, K. B. Averyt, M. Tignor, and H. L. Miller. Cambridge: Cambridge University Press.

Jepson, W. 2012. Claiming water, claiming space: Contested legal geographies of water in south Texas. *Annals of the Association of American Geographers* 102:614–631.

Kolef, P., A. Lira-Noriega, T. Urquiza, and E. Morales. 2007. Priorities for biodiversity conservation in Mexico's northern border. In *A barrier to our shared environment: The border fence between the United States and Mexico,* ed. A. Cordova and C. de la Parra. México, D.F.: Instituto Nacional de Ecología.

Kunkel, K. 2011. *Southwest region climate outlooks.* Draft report. Prepared for National Climate Assessment Southwest Region Team.

Lacewell, R. D., A. M. Michelsen, M. E. Rister, and A. W. Sturdivant, 2010. Transboundary water crises: Learning from our neighbors in the Rio Grande (Bravo) and Jordan River watersheds. *Journal of Transboundary Water Resources* 1:95–123.

Lahsen, M., R. Sánchez-Rodriguez, P. Romero-Lankao, P. Dube, R. Leemans, O. Gaffney, M. Mirza, P. Pinho, B. Osman-Elasha, and M. S. Smith. 2010. Impacts, adaptation and vulnerability

to global environmental change: Challenges and pathways for an action-oriented research agenda for middle- and low-income countries. *Current Opinion in Environmental Sustainability* 2:364–374.

Laird-Benner, W., and H. Ingram. 2011. Sonoran Desert network weavers: Surprising environmental successes on the U.S./Mexico Border. *Environment* 53:6–16.

Lara, F., A. J. Brazel, M. E. Giner, E. Mahoney, R. Raja, and M. Quintero. 2012. The response of U.S.-Mexico border cities to climate change: Current practices and urgent needs. In *The US-Mexican border environment: Progress and challenges for sustainability*, ed. E. Lee and P. Ganster, 267–288. SCERP Monograph Series no. 16. San Diego: San Diego State University Press.

Lara, F., and G. Diaz-Montemayor. 2010. *City of green creeks: Sustainable flood management alternatives for Nogales, Sonora*. Ciudad Juárez, Chihuahua: Border Environment Cooperation Commission.

Leichenko, R., and K. L. O'Brien. 2008. *Environmental change and globalization: Double exposures*. New York: Oxford University Press.

Lemos, M. C., and A. Agrawal. 2006. Environmental governance. *Annual Review of Environment and Resources* 31:297–325.

Lemos, M. C., D. Austin, R. Merideth, and R. G. Varady. 2002. Public–private partnerships as catalysts for community-based water infrastructure development: The Border WaterWorks program in Texas and New Mexico colonias. *Environment and Planning C: Government and Policy* 20:281–295.

Lemos, M. C., and B. J. Morehouse. 2005. The co-production of science and policy in integrated climate assessments. *Global Environmental Change* 15:57–68.

Liverman, D. M., and R. Merideth. 2002. Climate and society in the U.S. Southwest: The context for a regional assessment. *Climate Research* 21:199–218.

Liverman, D., R. Varady, O. Chavez, O., and R. Sanchez. 1999. Environmental issues along the U.S.-Mexico border: Drivers of change and responses of citizens to institutions. *Annual Review of Energy and the Environment* 24:607–643.

López-Hoffman, L., R. G. Varady, and P. Balvanera. 2009. Finding mutual interest in shared ecosystem services: New approaches to transboundary conservation. In *Conservation of shared environments: Learning from the United States and Mexico*, ed. L. Lopez-Hoffman, E. McGovern, R. G. Varady, and K. W. Flessa, 137–153. Tucson: University of Arizona Press.

MacDonald, G. M. 2010. Water, climate change, and sustainability in the Southwest. *Proceedings of the National Academy of Sciences* 107:21256–21262.

Magaña, V., and C. Conde. 2000. Climate and freshwater resources in northern Mexico: Sonora, a case study. *Environmental Monitoring and Assessment* 61:167–185.

Magaña, V., D. Zermeño, and C. Neri. 2012. Climate change scenarios and potential impacts on water availability in northern Mexico. *Climatic Research* 51:171–184, doi: 10.3354/cr01080.

Mearns, L. O., W. Gutowski, R. Jones, R. Leung, S. McGinnis, A. Nunes, and Y. Qian. 2009. A regional climate change assessment program for North America. *Eos Transactions AGU 90*:311.

Megdal, S. B., and C.A. Scott. 2011. The importance of institutional asymmetries to the development of binational aquifer assessment programs: The Arizona-Sonora experience. *Water* 3:949–963, doi:10.3390/w3030949.

Méndez, M., and V. Magaña. 2010. Regional aspects of prolonged meteorological droughts over Mexico. *Journal of Climate* 23:1175–1188.

Milman, A., and C. A. Scott. 2010. Beneath the surface: Intranational institutions and management of the United States-Mexico transboundary Santa Cruz aquifer. *Environment and Planning* 28:528–551.

Montero Martínez, M., J. Martínez Jiménez, N. I. Castillo Pérez, and B. E. Espinoza Tamarindo. 2010. Escenarios climáticos en México proyectados para el siglo XXI: Precipitación,

temperaturas máxima y mínima. In *Atlás de vulnerabilidad hídrica en México ante el cambio climático,* ed. P. F. Martínez Austria and C. Patiño-Gómez, 39–64. Efectos de los Cambios Climáticos en los Recursos Hídricos de México, III. Jiutepec, Morelos: Instituto Mexicano de la Tecnología del Agua.

Morello-Frosch, R., M. Pastor, J. Saad, and S. B. Shonkoff. 2009. The climate gap: Inequalities in how climate change hurts Americans and how to close the gap. *Solutions* 460 (7253): 1–32.

Moreno, J. L. 2006. *Por abajo del agua: Sobreexplotación y agotamiento del acuífero de la Costa de Hermosillo, 1945–2005.* Hermosillo: El Colegio de Sonora.

Moser, C., and D. Sattherwaite. 2010. Towards pro-poor adaptation to climate change in the urban centers of low- and middle-income countries. In *Social dimensions of climate change: Equity and vulnerability in a warming world,* ed. R. Mearns and A. Norton, 231. Washington, DC: World Bank.

Moss, R. 2011. Preliminary guidance on priority topics for the 2013 National Climate Assessment. Presentation to the National Climate Assessment Southwest Region Technical Report—Lead Authors Workshop, University of Colorado-Boulder, August 1–4, 2011.

Mumme, S. P. 1986. Engineering diplomacy: The evolving role of the International Boundary and Water Commission in U.S.-Mexico water management. *Journal of Borderlands Studies* 1:73–108.

—. 2000. Minute 242 and beyond: Challenges and opportunities for managing transboundary groundwater on the U.S.-Mexico border. *Natural Resources Journal* 40:341–379.

—. 2008. From equitable utilization to sustainable development: Advancing equity in water management on the U.S.-Mexico border. In *Water, place and equity,* ed. J. Whiteley, H. Ingram, and R. Perry, 117–146. Cambridge: MIT University Press.

Mumme, S. P., D. Lybecker, O. Gaona, and C. Manterola. 2009. The Commission on Envronmental Cooperation and transboundary cooperation across the U.S.-Mexico border. In *Conservation of shared environments: Learning from the United States and Mexico,* ed. L. Lopez-Hoffman, E. McGovern, R. G. Varady, and K. W. Flessa, 261–278. Tucson: University of Arizona Press.

Mwaniki-Lyman, L., V. Pavlakovich-Kochi, and R. Christopherson. n.d. Arizona-Sonora region population. Tucson: University of Arizona, Eller College of Management Economic and Business Research Center. http://ebr.eller.arizona.edu/arizona_border_region/AZ_demographic.asp.

National Research Council (NRC). 2010. *Adapting to the impacts of climate change.* Washington, DC: National Academies Press.

Owen, G. 2008. Impacts: Agriculture. Tucson: University of Arizona, Southwest Climate Change Network. http://www.southwestclimatechange.org/impacts/people/agriculture.

Pavia, E. G., F. Graef, and J. Reyes. 2006. PDO–ENSO effects in the climate of Mexico. *Journal of Climate* 19:6433–6438.

Pavlakovich-Kochi, V., and A. Charney. 2008. *Mexican visitors to Arizona: Visitor characteristics and economic impacts, 2007-8.* Phoenix: Arizona Office of Tourism.

Pelling, M., C. High, J. Dearing, and D. Smith. 2008. Shadow spaces for social learning: A relational understanding of adaptive capacity to climate change within organizations. *Environment and Planning A* 40: 867–884.

Perramond, E. P. 2012. The politics of scaling water governance and adjudication in New Mexico. *Water Alternatives* 5:62–82.

Pierce, D. W., T. Das, D. R. Cayan, E. P. Maurer, N. L. Miller, Y. Bao, M. Kanamitsu, et al. 2012. Probabilistic estimates of future changes in California temperature and precipitation using statistical and dynamical downscaling. *Climate Dynamics*, published online, doi:10.1007/s00382-012-1337-9.

Pineda Pablos, N., ed. 2006. *La búsqueda de la tarifa justa: El cobro de los servicios de agua potable y alcantarillado en México.* Hermosillo: Colegio de Sonora.

Pitt, J., and D. F. Luecke. 2000. Two nations, one river: Managing ecosystem conservation in the Colorado River delta. *Natural Resources Journal* 49:819–864.

Ray, A. J., G. M. Garfin, M. Wilder, M. Vásquez-León, M. Lenart, and A. C. Comrie. 2007. Applications of monsoon research: Opportunities to inform decisionmaking and reduce regional vulnerability. *Journal of Climate* 20:1608–1627.

Ribot, J. C. 2010. Vulnerability does not fall from the sky: Toward multiscale, pro-poor climate policy. In *Social Dimensions of climate change: Equity and vulnerability in a warming world,* ed. R. Mearns and A. Norton, 47-74. Washington, DC: The World Bank.

Robertson, R. 2009. Mexico and the great trade collapse. N.p.: Centre for Economic Policy Research, VoxEU.org. http://www.voxeu.org/index.php?q=node/4286.

Roullard, P. 2005. Tijuana River estuary: Tijuana River National Estuarine Research Reserve. In *Tijuana River Watershed Atlas,* ed. R. D. Wright and R. Vela, plates 31–36. San Diego: San Diego State University Press.

Romero-Lankao, P., M. Borbor-Córdova, R. Abrutsky, G. Günther, E. Behrenz, and L. Dawidowsky. 2012. ADAPTE: A tale of diverse teams coming together to do issue-driven interdisciplinary research. *Environmental Science & Policy,* published online, doi:10.1016/j.envsci.2011.12.003.

Romero-Lankao, P., and H. Qin, 2011. Conceptualizing urban vulnerability to global climate and environmental change. *Current Opinion in Environmental Sustainability* 3:142–149.

Ruddell, D. M., S. L. Harlan, S. Grossman-Clarke, and A. Buyantuyev. 2010. Risk and exposure to extreme heat in microclimates of Phoenix, AZ. In *Geospatial technologies in urban hazard and disaster analysis,* ed. P. Showalter and Y. Lu, 179–202. New York: Springer.

Sánchez-Rodriguez, R. 2008. Urban sustainability and global environmental change: Reflections for an urban agenda. In *The new global frontier: Urbanization, poverty, and environment in the 21st century,* ed. G. Martine, G. McGranahan, M. Montgomery, and R. Fernández-Castilla, 149–163. London: Earthscan.

Sánchez-Rodriguez, R., and S. P. Mumme. 2010. Environmental protection and natural resources. USMX Working Paper 1-10-01. San Diego: University of California-San Diego, Center for U.S.-Mexican Studies.

Sayre, N. 2002. *Ranching, endangered species, and urbanization in the Southwest: Species of capital.* Tucson: University of Arizona Press.

Scott, C. A., and J. M. Banister. 2008. The dilemma of water management "regionalization" in Mexico under centralized resource allocation. *International Journal of Water Resources Development* 24:61–74.

Scott, C. A., S. Dall'erba, and R. Díaz-Caravantes. 2010. Groundwater rights in Mexican agriculture: Spatial distribution and demographic determinants. *The Professional Geographer* 62:1–15.

Scott, C. A., S. Megdal, L. Antonio Oroz, J. Callegary, and P. Vandervoet. 2012. Effects of climate change and population growth on the transboundary Santa Cruz aquifer. *Climate Research* 51:159–170.

Scott, C. A., and M. J. Pasqualetti. 2010. Energy and water resources scarcity: Critical infrastructure for growth and economic development in Arizona and Sonora. *Natural Resources Journal* 50:645–682.

Seager, R., M. Ting, M. Davis, M. Cane, N. Naik, J. Nakamura, C. Li, E. Cook, and D. W. Stahle. 2009. Mexican drought: An observational modeling and tree ring study of variability and climate change. *Atmósfera* 22:1–31.

Seager, R., M. Ting, I. Held, Y. Kushnir, J. Lu, G. Vecchi, H-P. Huang, et al. 2007. Model projections of an imminent transition to a more arid climate in southwestern North America. *Science* 316:1181–1184.

Secretaría de Agricultura, Ganadería, Desarrollo Rural, Pesca y Alimentación (SAGARPA). Delegación Estatal en Baja California. 2011. *Programa de información y estudios agropecuarios.* Mexicai, B.C.: SAGARPA.

Segee, B., and A. Córdova. 2009. A fence runs through it: Conservation implications of recent U.S. border security legislation. In *Conservation of Shared Environments: Learning from the United States and Mexico*, ed. L. Lopez-Hoffman, E. McGovern, R. G. Varady, and K. W. Flessa, 241–256. Tucson: University of Arizona Press.

Serrat-Capdevila, A., J. B. Valdes, J. Gonzalez-Pérez, K. Baird, L. J. Mata, and T. Maddock III. 2007. Modeling climate change impacts – and uncertainty – on the hydrology of a riparian system: The San Pedro basin (Arizona/Sonora). *Journal of Hydrology* 347:48–66.

Seto, K. C., R. Sanchez-Rodriguez, and M. Fragkias. 2010. The new geography of contemporary urbanization and the environment. *Annual Review of Environment and Resources* 35:167–194.

Sheridan, T. E. 2010. Embattled ranchers, endangered species, and urban sprawl: The political ecology of the new American West. *Annual Review of Anthropology* 36:121–138.

Sierra Club. 2010. *Wild versus wall.* Video. Tucson: Sierra Club Grand Canyon Chapter, Border Campaign. http://arizona.sierraclub.org/conservation/border/borderfilm.asp.

Soden, D. L. 2006. *At the cross roads: US / Mexico border counties in transition.* IPED Technical Reports, Paper 27. El Paso: University of Texas at El Paso, Institute for Policy and Economic Development (IPED). http://digitalcommons.utep.edu/iped_techrep/27.

Stahle, D. W., E. R. Cook, J. Villanueva-Diaz, F. K. Fye, D. J. Burnette, R. D. Griffin, R. Acuna-Soto, R. Seager, and R. Heim, Jr. 2009. Early 21st-century drought in Mexico. *EOS Transactions AGU* 90:89–90.

Starks, R. R., J. McCormack, and S. Cornell. 2011. South: The U.S.-Mexico border region. In *Native nations and U.S. Borders: Challenges to indigenous culture, citizenship, and security*, 33–49. Tucson, AZ: Native Nations Institute for Leadership, Management, and Policy.

Tijuana River Valley Recovery Team (TRVRT). 2012. *Recovery strategy: Living with the water.* San Diego: TRVRT. http://www.waterboards.ca.gov/sandiego/board_info/agendas/2012/Feb/item13/DRAFT_RecoveryStrategy11-22-11_Rev1.pdf.

Udall, B. 2011. Climate change impacts on water in the southwestern U.S. Paper presented at National Climate Assessment Southwest Technical Report Authors' Meeting, Boulder, CO, Aug. 3-5, 2011.

U.S. Bureau of Reclamation. 2011. *SECURE Water Act Section 9503(c) - Reclamation Climate Change and Water, Report to Congress.* Denver: U.S. Bureau of Reclamation. http://www.usbr.gov/climate/SECURE/docs/SECUREWaterReport.pdf.

U.S. Department of Agriculture (USDA). n.d. Major land uses. Data Files. Washington D.C.: U.S. Department of Agriculture, Economic Research Service. http://www.ers.usda.gov/data/MajorLandUses/ (accessed March 1, 2012).

U.S. Environmental Protection Agency (EPA). 2006. *State of the border region, indicators report, 2005.* EPA-160-R-60-001. Washington, D.C.: EPA, Border 2012: U.S.-Mexico Environmental Program.

—. 2011. *State of the border region, indicators report, 2010.* Washington D.C.: EPA, Border 2012: U.S.-Mexico Environmental Program.

U.S. General Accounting Office (GAO). 2003. *International trade: Mexico's maquiladora decline affects U.S.-Mexico border communities and trade; Recovery depends in part upon Mexico's actions.* GAO 03-891. Washington, DC: GAO. http://www.gao.gov/cgi-bin/getrpt?GAO-03-891.

Varady, R., K. Hankins, A. Kaus, E. Young, and R. Merideth. 2001. Nature, water, culture, and livelihood in the lower Colorado River Basin and delta: An overview of issues, policies, and approaches to environmental restoration. In *The lower Colorado River Basin and Delta*, ed. E. P. Glenn, D. Radtke, B. Shaw, and A. Huete, special issue, *Journal of Arid Environments* 49:195–209.

Varady, R., and B. Morehouse. 2004. Cuánto cuesta? Development and water in Ambos Nogales and the upper San Pedro basin. In *The social costs of industrial growth in Northern Mexico,* ed. K. Kopinak, 205–248. San Diego: University of California-San Diego, Center for U.S.-Mexican Studies.

Varady, R., and E. Ward. 2009. Transboundary conservation in the borderlands: What drives environmental change? In *Conservation of Shared Environments: Learning from the United States and Mexico,* ed. L. Lopez-Hoffman, E. McGovern, R. G. Varady, and K. W. Flessa, 9–22. Tucson: University of Arizona Press.

Varady, R., R. Salmón Castillo, and S. Eden. Forthcoming. Key issues, institutions, and strategies for managing transboundary water resources in the Arizona-Mexico border region. In *Shared borders, shared waters: Israeli-Palestinian and Colorado River Basin water challenges.* ed. S. B. Megdal, R. G. Varady, and S. Eden. Boca Raton, FL.: CRC Press.

Vásquez-León, M., C. T. West, and T. J. Finan, 2003. A comparative assessment of climate vulnerability: Agriculture on both sides of the U.S.-Mexico border. *Global Environmental Change* 13:159–173.

Verchick, R. M. 2008. Katrina, feminism, and environmental justice. *Cardozo Journal of Law and Gender* 14:791–800.

Westerling, A. L., B. P. Bryant, H. K. Preisler, T. P. Holmes, H. G. Hidalgo, T. Das, and S. R. Shrestha, 2011. Climate change and growth scenarios for California wildfire. *Climatic Change* 109 (Suppl. 1): S445–S463.

Wilbanks, T. J., P. Romero Lankao, M. Bao, F. Berkhout, S. Cairncross, J.-P. Ceron, M. Kapshe, R. Muir-Wood and R. Zapata-Marti. 2007. Industry, settlement and society. In *Climate change 2007: Impacts, adaptation and vulnerability. Contribution of Working Group II to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change,* ed. M.L. Parry, O.F. Canziani, J.P. Palutikof, P.J. van der Linden, and C.E. Hanson, 357–390. Cambridge: Cambridge University Press.

Wilder, M. 2010. Water governance in Mexico: Political and economic apertures and a shifting state-citizen relationship. *Ecology and Society* 15:22.

Wilder, M., C. A. Scott, N. Pineda, R. Varady, and G. M. Garfin, eds. 2012. *Moving forward from vulnerability to adaptation: Climate change, drought, and water demand in the urbanizing southwestern United States and northwest Mexico.* Tucson: University of Arizona, Udall Center for Studies in Public Policy.

Wilder, M., C. A. Scott, N. Pineda Pablos, R. G. Varady, G. M. Garfin, and J. McEvoy. 2010. Adapting across boundaries: Climate change, social learning, and resilience in the U.S.-Mexico border region. *Annals of the Association of American Geographers* 100:917–928.

Wilder, M., and S. Whiteford. 2006. Flowing uphill toward money: Groundwater management and ejidal producers in Mexico's free trade environment. In *Changing structure of Mexico: Political, social and economic prospects,* ed. Laura Randall, 341-358. New York: M. E. Sharpe.

Williams, A. P., C. D. Allen, C. I. Millar, T. W. Swetnam, J. Michaelsen, C. J. Still, and S. W. Leavitt. 2010. Forest responses to increasing aridity and warmth in the southwestern United States. *Proceedings of the National Academy of Sciences* 107:21289–21294.

Woodhouse, C., D. M. Meko, G. M. MacDonald, D. W. Stahle, and E. R. Cook. 2010. 1,200-year perspective of 21st century drought in southwestern North America. *Proceedings of the National Academies of Science* 107:21283–21288.

Yohe, G., and R. S. J. Tol. 2002. Indicators for social and economic coping capacity for moving toward a working definition of adaptive capacity. *Global Environmental Change* 12:25–40.

Zamora-Arroyo, F., and K. Flessa, 2009. Nature's fair share: Finding and allocating water for the Colorado River Delta. In *Conservation of shared environments: Learning from the United States*

*and Mexico*, ed. L. López-Hoffman, E. McGovern, R. G. Varady, and K. W. Flessa, 23–28. Tucson: University of Arizona Press.

Zedler, J. B. 2001. *Handbook for restoring tidal wetlands*. Boca Raton, FL: CRC Press.

---

## Endnotes

i   The Paso del Norte area includes the Ciudad Juárez municipality in Chihuahua, El Paso County in Texas, and Doña Ana County in New Mexico.

ii  Among the paired cities in the western portion of the border region are: San Diego, California-Tijuana, Baja California Norte; Calexico, California-Mexicali, Baja California Norte; Yuma, Arizona-San Luis Río Colorado, Sonora; Nogales, Arizona-Nogales, Sonora; Naco, Arizona-Naco, Sonora; Douglas, Arizona-Agua Prieta, Sonora; Columbus, Texas-Las Palomas, Chihuahua; El Paso, Texas-Ciudad Juárez, Chihuahua.

iii For further discussion of interannual and multidecadal precipitation variability on the U.S. side of the border, see Chapter 4; for Mexico, see Diaz-Castro et al. 2002; Higgins and Shi 2001; Higgins, Chen, and Douglas 1999; Méndez and Magaña 2010; and Seager et al. 2009.

iv  For further discussion of ENSO (El Niño-Southern Oscillation), droughts, floods and hydrological planning on the U.S. side of the border, see Chapters 4 and 5 and Garfin, Crimmins, and Jacobs 2007; for Mexico, see Magaña and Conde 2000; Brito-Castillo et al. 2002; Brito-Castillo et al. 2003; Pavia, Graef, and Reyes 2006; Gochis, Brito-Castillo, and Shuttleworth 2007; Ray et al. 2007; Seager et al. 2009; Stahle et al. 2009; and Méndez and Magaña 2010.

v   These studies include Hurd and Coonrod 2007; Dominguez, Cañon, and Valdes 2010; Montero Martinez et al. 2010; Gutzler and Robbins 2011; Kunkel 2011; Reclamation 2011; Magaña, Zermeño, and Neri 2012; Scott et al. 2012; and Chapter 6 of this report.

vi  For a discussion of downscaling methods, see Chapter 6, Section 6 of this document.

vii One notable aspect of mean temperature projections for the border region and for western North America more generally is that temperatures are projected to increase over the course of the century, regardless of the emissions scenario.

viii Consistent with these estimates are statistically downscaled projections of increased maximum and minimum temperatures in summer and winter, with the highest minimum temperature increases in the western Sonoran Desert and the highest maximum temperature increases in the northern Chihuahuan Desert. One set of statistically downscaled estimates of temperature changes for the north of the border region (high- and low-emission scenario models) are summarized in Table 16.2 and another set of statistically downscaled estimates for Mexican border states in the region (SRES A2) in are summarized in Table 16.3.

ix  Garcia-Cueto, Tejeda-Martinez, and Jáuregui-Ostos (2010) note that, in the historic record for the border city of Mexicali, Baja California Norte, the duration and intensity of heat waves have increased for all summer months, there are 2.3 times more heat waves now than in the decade of the 1970s, and that the high-emissions SRES A2 projections show that for the 2020s, 2050s, and 2080s, heat waves could increase (relative to 1961–1990), by 2.1, 3.6, and 5.1 times, respectively.

x   A special consideration for the western part of the border region in the wintertime could be that the circulation may change so that there will be fewer cyclones and more anticyclones (Favre and Gershunov 2009) resulting in (a) less frequent precipitation (this is well corroborated by several studies and in many models) and also in (b) more frequent cold spells. The second result is less certain, studied only in one model—CNRM-CM3 by Favre and Gershunov (2009), in which Mexican data were explicitly considered. Some recent results from Pierce et al. (2012), based on several models, suggest that the magnitude of cold outbreaks in January (see Pierce et al. 2012, Figure 6) will not likely diminish in California. This signal should probably extend south of the border some into Baja California (see Chapter 7).

xi    Although across the border region winter precipitation is perhaps less substantial than summer precipitation, it is during this season that major dams store water that is used in the onset of the agricultural activities in the spring and summer months. Baja California, with its winter-dominated Mediterranean annual cycle of precipitation, is projected to have the highest percent of precipitation decreases among the Mexican states in the U.S.-Mexico border region (Montero Martinez et al. 2010).

xii    The projections of Seager and colleagues (2007) are based on GCM analyses of precipitation minus evaporation, from an ensemble of GCMs used in the IPCC Fourth Assessment Report. They note that projected changes in atmospheric circulation, which promote atmospheric stability and poleward expansion of the Hadley Cell, are factors that contribute to projected temperature-driven increases in evaporation and greater aridity.

xiii   Magaña, Zermeño, and Neri (2012), using statistically downscaled data from an ensemble of GCMs that use the high-emissions scenario, show large decreases in 24-month Standardized Precipitation Index (a measure of drought) and soil moisture during the second half of the twenty-first century in northwestern Mexico. Similarly, Gutzler and Robbins (2011), using statistically downscaled data from an ensemble of GCMs (SRES A1b) show large increases in the Palmer Drought Severity Index in the northern part of the border region; they note that "the projected trend toward warmer temperatures inhibits recovery from droughts caused by decade-scale precipitation deficits."

xiv    Seager et al. (2009) note that this strong natural variability may obscure the development of increasing aridity that is occurring as the result of increasing temperatures and evaporation.

xv     See the Executive Summary above for confidence statements pertaining to this summary.

xvi    When effective, collaborative networks may become "communities of practice" that pursue new "adaptive pathways"—intentionally adaptive operations or strategies responsive to climatic change—in their respective institutions (Wilder et al. 2010). For a general discussion of the integral role of collaboration (e.g., trust, social learning, iterative interactions, common definitions of challenges)—not related to the border region, see Cash et al. 2003 and Pelling et al. 2008. Relating these aspects of collaboration to scientist-decision maker networks with the goal of co-production of science and policy, see Lemos and Morehouse 2005.

xvii   For a concise history of the border region, see Ganster and Lorey 2008.

xviii  The Wall Street Journal Online reported that 37% of net new jobs created in the U.S. since the economic recovery began were created in Texas (http://online.wsj.com/article/SB10001424052702304 25930457637548071007092.html). Texas leads the nation in minimum-wage jobs (at 9.5 % of total workforce) (CNNMoney, http://money.cnn.com/2011/08/12/news/economy/perry_texas_jobs/index.htm).

ixx    Source: U.S. Census Bureau FactFinder, http://factfinder.census.gov/servlet/DTGeoSearchByListServlet?ds_name=PEP_2008_EST&_lang=en&_ts=286892460001.

xx     For example, Tijuana, with a population of about 1.2 million, is heavily dependent on maquiladoras with over 600 plants (2002 data, GAO 2003) and is closely tied to the U.S. market.

xxi    Robertson (2009) notes that November 1, 2006, the Mexican government formally integrated the firms in the maquiladora industry into the PITEX program (Programas de Importación Temporal para Producir Artículos de Exportación), thus ending the practice of separating maquiladora trade from other manufacturing trade statistics. Beyond this date, statistics specific to maquiladora export are unavailable.

xxii   Much of U.S.-Mexico trade occurs between border states. For example, 62% of U.S. exports to Mexico originated in Texas, California, Arizona, and New Mexico; of this, 70% was destined for Mexican border states (GAO 2003). The total actual value of merchandise trade (exports and imports to and from the U.S. and Mexico) in 2008 was $367 billion—a 266% increase since 1994 (EPA 2011). Official data show that the four U.S. border states originated 58.8% of U.S. exports to Mexico (88.8 billion dollars), which is more than twice their 24% share of U.S. GDP (Bureau of Economic Analysis, Trade Stats Express). Retail sales contribute to GDP and economic

interdependence at the border. Residents from Tijuana make 1.5 million trips per month into the San Diego area, mainly to shop. In El Paso, Juárez residents account for more than 20% of retail sales (GAO 2003). Cross-border tourism creates positive economic impacts in Arizona-Sonora (Pavlakovich-Kochi and Charney 2008) including jobs, retail sales, and tourism. Tijuana, El Paso, and Nogales, Arizona are all significant ports-of-entry for Mexican agricultural produce.

xxiii  Three treaties are of particular importance: the 1906 Water Convention on the Rio Grande River, the 1944 Water Treaty allocating water on the Colorado and Rio Grande Rivers, and the 1970 Boundary Treaty. The International Boundary and Water Commission (IBWC), established in its modern form by the 1944 Water Treaty, oversees implementation of these treaties and is charged with settling all disputes related to these agreements.

xxiv  Mexico has begun to decentralize and delegate some authority for water resources to regional watershed councils and the Mexican states. See Ley de Aguas Nacionales y su Reglamento. 1992 rev. Mexico, D.F.: Comisión Nacional de Aguas. Available at: http://www.conagua.gob.mx/CO-NAGUA07/Publicaciones/Publicaciones/Ley_de_Aguas_Nacionales_baja.pdf; OECD. 2003. Environmental Performance Reviews: Mexico. Paris: Organization for Economic Cooperation and Development, p. 20.

xxv  On the Mexico side of the region, inventories have documented the presence of 4,052 plant species; 454 species of invertebrates; 44 species of amphibians (mostly crustaceans); 184 species of reptiles; 1,467 species of birds; and 175 species of mammals (EPA 2011, based on Kolef et al. 2007).

xxvi  The Sierra Club's "Wild Versus Wall" video (http://arizona.sierraclub.org/conservation/border/borderfilm.asp) illustrates the negative impacts on wildlife of the border fence.

xxvii  The Colorado River has its headwaters in the Rocky Mountains and passes through nine states in two countries, and through the tribal homelands of the Cocopah tribe in the U.S. and the Cúcapa in Sonora. Waters of the Colorado River were allocated in the 1944 Treaty, based on a high-flow year (1922). Under the treaty, the water is shared among seven U.S. basin states (California, Arizona, Nevada, Colorado, Wyoming, and New Mexico) and Mexico is guaranteed 1.5 million acre-feet annually. From its distribution point at the Imperial Dam in Yuma, Arizona, the Colorado River winds to the west and empties into the delta before a trickle (in some years) reaches the Gulf of California. The total watershed of the Colorado is 244,000 square miles. The Colorado River system supports nearly 30 M people along its 1,400 mile (2,250 kilometer) length, 120 miles of which are in Mexico. It irrigates 3.7 million acres of farmland, including 500,000 in Mexico. Major cities in the border region drawing on the Colorado for urban uses include San Diego, San Luis Río Colorado, and Mexicali. Major agricultural areas reliant on surface water from the Colorado include Imperial and Coachella Valleys, and San Luis Río Colorado and Mexicali irrigation districts. All told, more than twenty U.S. Native American tribes have rights to Colorado River water.

xxviii  No data are yet available on the impacts of AAC concrete-lining; however, experts have visually observed decreased flows (personal communication, 1/2012, A. Cortez-Lara).

ixxx  MacDonald (2010) notes in the U.S. West today these losses are already on the order of $2.5 billon/year.

xxx  In addition, the upper Rio Grande receives a trans-basin diversion from Reclamation's San Juan-Chama project (on the Upper Colorado River) of about 94,000 acre-feet annually.

xxxi  The 2011-2012 agricultural programs for the Mexicali Valley and San Luis Río Colorado, after the reduced area due to the 2010 earthquake, are authorized to grow 72, 697 hectares of wheat, 32,064 hectares of cotton, and 27,251 hectares of alfalfa (SAGARPA, Delegación Estatal en Baja California, 2011).

xxxii  In late 2008 the Secretary of the Environment of the State Government of Baja California formed the PEAC-BC, an interdisciplinary research team that includes research institutes and universities of the region such as the UABC, CICESE, and COLEF. Their aims were to assess current and potential impacts of climate change in Baja California as well as to propose mitigation actions. For more information see http://peac-bc.cicese.mx.

xxxiii  The quantity of summer rain can be a major determinant of the number of head produced, but rain that is too heavy can waterlog pastures and wash out roads used to transport cattle to market

(Coles and Scott 2009). Other weather and climate-related sources of vulnerability identified include heavy rains, winds, hail, lightning, and frosts (Coles and Scott 2009).

xxxiv  The annual cost of wildland fire suppression in California alone now typically exceeds $200 million (MacDonald 2010). Three simultaneous wildfires in San Diego County in October 2003 and another in October 2007 resulted in 25 deaths, destroyed a total of 3,700 homes, and scorched over 1,850 square miles (3,000 square kilometers) (Grissino-Mayer 2010).

xxxv   Approximately 1.1 million acres burned in New Mexico in 2011, more than 4.5 times the state's average of around 242,000 acres. In Arizona, slightly more than 1 million acres burned, more than 5.5 times the state average of about 182,000 acres). Dry conditions desiccated soils and live fuel sources (e.g., grasses, shrubs, and trees) by the spring and a hard February freeze killed many plants and contributed to the fuel build-up (Southwest Climate Outlook, Oct. 25, 2011).

xxxvi  The Colorado River Water Delta Trust has identified a minimum base flow need of 63 mcm (51,000 acre-feet). The Trust has acquired 1.7 mcm (1,367 acre-feet), based on a successful collaboration between NGOs and the state of Baja California in securing treated effluent from Mexicali for environmental flows to the Rio Hardy (Zamora-Arroyo and Flessa 2009).

xxxvii http://www.geimexico.org/english.html provides an overview of Mexican efforts.

xxxviii See http://www.sandag.org/index.asp?projectid=235&fuseaction=projects.detail.

ixl    U.S. EPA, "Draft Border 2020 Document – for public comment – September 5, 2011," lines 126-153.

xl     See http://www.tjriverteam.org.

# Chapter 17

# Unique Challenges Facing Southwestern Tribes

## COORDINATING LEAD AUTHOR

Margaret Hiza Redsteer (U.S. Geological Survey)

## LEAD AUTHORS

Kirk Bemis (Zuni Tribe Water Resources Program), Karletta Chief (University of Arizona), Mahesh Gautam (Desert Research Institute), Beth Rose Middleton (University of California, Davis), Rebecca Tsosie (Arizona State University)

## REVIEW EDITOR

Daniel B. Ferguson (University of Arizona)

## Executive Summary

When considering climate change, risks to Native American lands, people, and cultures are noteworthy. Impacts on Native lands and communities are anticipated to be both early and severe due to their location in marginal environments. Because Native American societies are socially, culturally, and politically unique, conventional climate change adaptation planning and related policies could result in unintended consequences or conflicts with Native American governments, or could prove to be inadequate if tribal consultation is not considered. Therefore, it is important to understand the distinct historical, legal, and economic contexts of the vulnerability and adaptive capacity of Southwestern Native American communities. The key messages presented in this chapter are:

- Vulnerability of Southwestern tribes is higher than that for most groups because it is closely linked to endangered cultural practices, history, water rights, and

**Chapter citation:** Redsteer, M. H., K. Bemis, K. Chief, M. Gautam, B. R. Middleton, and R. Tsosie. 2013. "Unique Challenges Facing Southwestern Tribes." In *Assessment of Climate Change in the Southwest United States: A Report Prepared for the National Climate Assessment*, edited by G. Garfin, A. Jardine, R. Merideth, M. Black, and S. LeRoy, 385–404. A report by the Southwest Climate Alliance. Washington, DC: Island Press.

socio-economic and political marginalization, characteristics that most Indigenous people share. (high confidence)

- Very little data are available that quantify the changes that are occurring or that establish baseline conditions for many tribal communities. Additional data are crucial for understanding impacts on tribal lands for resource monitoring and scientific studies. (high confidence)

- The scant data available indicate that at least some tribes may already be experiencing climate change impacts. (medium confidence)

- Tribes are taking action to address climate change by instituting climate-change mitigation initiatives, including utility-scale, alternative-energy projects, and energy-conservation projects. Tribes are also evaluating their existing capacity to engage in effective adaptation planning, even though financial and social capital is limited.

## 17.1 Introduction

The Southwestern United States is home to 182 federally recognized tribes (Federal Register 2010, Figure 17.1). California has the largest number of tribes (109), and the largest Native American population in the country (Table 17.1). Arizona, New Mexico, Colorado, and Utah are also home to seven of the most populous tribes, with populations ranging from 10,000 to over 300,000 (U.S. Census 2010). Nine tribes in the Southwest are considered "large land-holding tribes," five of which are among the ten largest reservations in the United States, ranging in size from 600,000 to 15 million acres (Federal Register 2010). More than one-third of the land in Arizona is tribal land.

Southwestern tribes are situated within all of the region's ecosystems and climatic zones, and the challenges these Native nations face from climate change may be just as varied. For example, tribes with large land holdings, those near the coast or in areas of scarce water, and those with large populations could face challenges different from the challenges faced by smaller tribes or those in or near urban areas. However, special issues confronting most if not all tribes include cultural and religious impacts, impacts to sustainable livelihoods, population emigration, and threats to the feasibility of living conditions. Tribal resources, already stretched to the limit, will have to be improved for tribes to cope adequately with a changing climate. Tribes' unique histories and legal status often results in political marginalization that must be addressed in order for tribes to face these challenges on equal footing with other governments.

Native nations predate the formation of the U.S. government; they entered into treaties with Great Britain and other European countries within their own territories. The United States continued the treaty relationship until 1871, but the nature of the political relationship changed over time. In a famous trilogy of nineteenth-century U.S. Supreme Court cases, Chief Justice John Marshall designated tribal governments as domestic, dependent nations that govern themselves under the protection of federal law. The federal government holds reservation lands in trust for the benefit of Indian nations; U.S. state governments generally may not exercise jurisdiction over reservation lands except when authorized to do so by the federal government (Cohen 2005).



**Figure 17.1 Map of southwestern United States showing tribal lands and the location of tribes discussed in text.**

| | | | | | |
|---|---|---|---|---|---|
| 1 | Acoma | | | | |
| 2 | Big Pine Paiutes | | | | |
| 3 | Diegueño Mission | | | | |
| 4 | Duck Valley (Shoshone Paiute) | | | | |
| 5 | Gila River | | | | |
| 6 | Havasupai | | | | |
| 7 | Hopi Tribal Lands | | | | |
| 8 | Hualapai | | | | |
| 9 | Inaja-Cosmit Band of Diegueño | | | | |
| 10 | Jamul Indian Village | | | | |
| 11 | Jemez Pueblo | | | | |
| 13 | La Jolla Band of Luiseño | | | | |
| 14 | Laguna | | | | |
| 15 | Mesa Grande Band of Diegueño | | | | |
| 16 | Mescalero Apache | | | | |

Tribal land/reservation borders

| | |
|---|---|
| 17 | Miwok |
| 18 | Moapa River |
| 19 | Mountain Ute |
| 20 | Navajo Nation |
| 21 | Pala Band of Luiseño |
| 22 | Pauma-Yuima Band of Luiseño |
| 23 | Pinoleville Pomo Nation |
| 24 | Pyramid Lake Paiute |
| 25 | Rincon Band of Luiseño |
| 26 | San Carlos Apache |
| 27 | San Manuel Band of Mission Indians |
| 28 | San Pasqual Band of Diegueño |
| 29 | San Ysabel Band Diegueño |

| | |
|---|---|
| 30 | Southern Ute |
| 31 | Sycuan Band of the Kumeyaay Nation |
| 32 | Taos |
| 33 | Tohono O'odham Nation |
| 34 | Uintah and Ouray |
| 35 | Viejas Band of Diegueño |
| 36 | Walker River |
| 37 | Western Mono |
| 38 | White Mountain Apache |
| 39 | Yavapai Apache |
| 40 | Yukot Indians |
| 41 | Yurok Tribe |
| 42 | Zuni Tribe |

The federal government's duty to protect Indian nations, as articulated by Chief Justice John Marshall, is now understood as the federal trust responsibility. The Bureau of Indian Affairs is the agency that directly administers the trust responsibility. However, other agencies that control federal land and other natural resources must protect any applicable tribal rights, including rights to water, fish and wildlife, and cultural resources, such as traditional cultural properties. (Pevar 2012).

**Table 17.1** Tribal lands and populations in the Southwestern United States

| State | No. of Tribes | Total State Population | Tribal Population | % Tribal Population | Total State (acres) | Approx. Tribal land (acres) | % Tribal Land |
|-------|---------------|------------------------|-------------------|---------------------|----------------------|------------------------------|----------------|
| AZ | 21 | 6,392,017 | 294,033 | 4.6 % | 72,982,074 | 26,273,547 | 36 % |
| NM | 23 | 2,059,179 | 193,562 | 9.4 % | 77,841,869 | 4,467,287 | 5.7 % |
| UT | 8 | 2,763,885 | 33,166 | 1.2 % | 54,352,753 | 5,150,817 | 9.5 % |
| CO | 2 | 5,029,196 | 55,321 | 1.1 % | 66,641,485 | 921,214 | 1.4 % |
| NV | 19 | 2,700,551 | 12,600 | 1.2 % | 70,782,330 | 1,253,812 | 1.8 % |
| CA | 109 | 37,253,956 | 372,529 | 1.0 % | 104,798,976 | 407,932 | 0.4 % |
| **Total** | **182** | **56,198,784** | **961,211** | **1.7 %** | **447,399,488** | **48,474,609** | **10.8 %** |

Source: Federal Register (2010), U.S. Census (2010).

The federal government's "plenary power" over Indian affairs has resulted in a complex web of statutes that promote a policy of self-determination for tribal governments. Tribes have legal authority to make and enforce their own laws, and to regulate their lands, resources, and members. As U.S. senior district Judge Bruce S. Jenkins has noted (after Duthu 2008, p 4):

> *Modern tribal governments routinely exercise civil governmental authority over a range of day to day activities, much like comparable state and local government entities.... [T]ribal departments and agencies administer and deliver an expanding array of community services—from police, fire, and other emergency services, to education, health, housing, justice, employment assistance, environmental protection, cultural preservation, land use planning, natural resource conservation and management, road maintenance, water and public utilities. Indian tribes fit squarely within the ranks of American civic bodies, sharing the common duty and responsibility to provide essential services to the people of the communities they serve.*

As separate sovereign governments, tribes have the authority to address climate change as an important issue that affects their lands, resources, and traditional practices. Because climate change operates across jurisdictional boundaries, an awareness of tribal rights to water and cultural resources, located both on and off the reservation, are important to understand and evaluate when examining how climate change will affect tribes. This is particularly true for California, where tribes have smaller land holdings and must rely heavily on public lands for resources used in their cultural and religious practices (Anderson 2005).

Case No. 1:20-cv-02484-MSK   Document 96-1   filed 05/06/21   USDC Colorado   pg 206 of 408

## 17.2 The Effects of Marginal Living Conditions and Extreme Climatic Environments

In some cases, Native people and their cultural resources have already been affected by climate change. Reservations were often established in regions that typically have extreme environments and where sustainability of acceptable living conditions is already a challenge. In more arid parts of the Southwest, tribes sometimes have land that is drier—and has more limited access to water—than do their non-Indian neighbors. Large land-holding tribes, particularly in Arizona and Utah, are situated in regions with limited rainfall and water sources of poor quality that non-Native pioneers settling in the West found to be undesirable. For example, Navajo reservation boundaries were established within the driest third of the Navajo traditional homeland (Redsteer, Kelley et al. 2010), and fierce competition among Anglo and Hispanic populations for the best rangelands precluded retention of the more verdant traditional lands for Navajo use (Bailey and Bailey 1986). Helen H. Jackson (1883, 459) in describing changes of land occupation wrote:

> From tract after tract of [ancestral] lands they have been driven out year by year by the white settlers of the country until they can retreat no further, some of their villages being literally on the last tillable spot on the deserts edge or in mountains far recesses... In southern California today are many fertile valleys which were thirty years ago the garden spots of these same Indians.

Despite these historical land tenure changes and all the challenges facing Native people today, they continue to practice a lifestyle deeply connected to their natural surroundings. Cultural ties to the land include gathering herbal medicines and native plant foods, subsistence hunting and fishing, and traditional agricultural practices, such as farming and raising sheep. These practices continue to play a role in tribal life, and may also provide significant portions of many tribal economies.

## 17.3 Current Impacts on Native Lands

Native American cultures are closely linked to local resources in specific ecological niches that are likely to be altered in a changing climate (Kuhnlein and Receveur 1996; Smith et al. 2008; Green and Raygorodesky 2010). Many publications have generally described how tribes could be affected by climate change (see Hanna 2007; National Wildlife Federation 2011). However, few scientific studies address and quantify current climate-change impacts on Native lands and peoples of the United States, except in Alaska (e.g. Cruikshank 2001; Krupnik and Jolly 2002; Parkinson and Berner 2008; Davis 2010; Kofinas et al. 2010; Alexander et al. 2011). The high vulnerability of tribes to climate change and the information available (although limited) suggest that some tribes could be experiencing impacts, even though they lack specific documentation.

Many factors can lead to ecological and environmental change, and clear links of cause and effect need to be established in order to assess the effects that climate has had and might have for Native peoples in the region. In one documented example on the Navajo Nation, long-term trends of increasing temperatures, decreasing snowfall,

declining streamflow, and water availability have magnified the impacts of drought that began in 1996 and continues today (Redsteer, Kelley et al. 2010). Streamflow data and historic information on surface-water features (such as springs, lakes and streams) show significant changes over the past century (Redsteer, Kelley et al. 2010). These changes have not coincided spatially or temporally with water development. Many surface-water features are now dry year-round or ephemeral, and began to disappear in the early to mid-1900s. Moreover, significant reductions in the number and length of stream reaches with perennial flow have occurred since 1920, and for some historic ephemeral streams, no flow during spring run-off and summer rains occurs today (Figure 17.2).



**Figure 17.2  Map of the Navajo Nation (and lands of the Hopi Tribe) showing historic changes in perennial flow.** The bold black line (shown with arrow) indicates where perennial stream flow exists today. Inset map shows location of Navajo lands, black diamonds specify locations of sacred mountains on the perimeter of Navajo traditional homelands. Data from reports by Herbert Gregory (1917), Hack (1942), Cooley et al. (1969) and USGS stream gauge data (after Redsteer, Kelley et al. 2010).

Interviews with 73 traditional Navajo elders about their observations of weather patterns and their impacts on traditional practices provided detailed accounts describing declines in snowfall, surface water features, and water availability (Redsteer, Kelley and Francis 2011). Other noticeable changes reported in these accounts include the disappearance of springs and the plants and animals found near water sources or in high elevations, such as certain medicinal plants, cottonwood trees, beavers, and eagles. The elders observed changes in the frequency of wind, sand, and dust storms. Navajo traditionalists also mentioned the lack of available water and changing socio-economic conditions as leading causes for the decline in the ability to grow corn and other crops (Redsteer, Kelley et al. 2010). Corn has been central to many Native cultural practices and traditions, including all Puebloan people in the Southwest. The use of corn pollen is also central to every Navajo ceremony.

Although the studies of climate-change impacts to Native people are limited, significant recent climate-related impacts to ecosystems on Native lands have occurred. In 2002, the Southwest experienced one of its most active fire seasons as a result of drought conditions and high winds (Feltz et al. 2002). The Rodeo-Chediski fire in Arizona burned 467,000 acres, setting a record for its immense size. Approximately 25% of the area burned was timber and grazing land belonging to the White Mountain Apache Tribe (Strom 2005; Kuenzi 2006). The fire resulted in areas that were severely burned, with 50% of the area showing no signs of ponderosa pine regeneration, and 16% with no surviving ponderosa pine. These areas are projected to undergo a shift to oak-manzanita shrubland (Strom 2005). The White Mountain Apache land, however, fared better than adjacent Forest Service lands because of the tribe's forest management policy of prescribed burns (Kuenzi 2006).

A continuation of dry, windy conditions in following years also led to record-breaking wildfire conditions that affected tribes in California (FEMA 2004). In October 2003, three simultaneous wildfires, the largest and most deadly in the history of California, destroyed 2,400 homes, killed sixteen people, and charred 376,000 acres in San Diego County. Again in October 2007, nine simultaneous fires of varying sizes burned throughout the county (including the Poomacha fire). These fires required the evacuation of 300,000 people and resulted in the loss of more than 1,800 homes and many other structures, 369,600 acres of land, and nine fire-related deaths. Local firefighting costs in 2007 topped $80 million (City of San Diego 2007).

In the 2007 Poomacha fire, the La Jolla Band of Luiseño Indians and the Rincon Band of Luiseño Indians, who had escaped major damage from the fires in 2003, suffered severe damage to homes and businesses (BIA 2007). Closing the reservations because of the fire caused food shortages, but the damage to tribal communities is more severe than these statistics would suggest. As one tribal member told a reporter, nearby municipalities "are newer places and people can leave and go elsewhere. …This has been our home for generations. We have ties to the land. We won't go rebuild somewhere else" (Kelly 2007). The Poomacha fire burned 94% of the La Jolla reservation, destroying thick forests of live oak that once shaded homes and provided acorns for generations of Native Americans. "We were already at the bottom of the barrel and now this takes us down even further," said tribal Chairman Tracy Lee Nelson, whose house was destroyed in the fire (Kelly 2007).

Other tribal communities impacted by California wildfires include the Barona Band of Mission Indians (Cedar fire of 2003; Witch fire of 2007), the Inaja-Cosmit Band Indians (Witch fire of 2007), the Mesa Grande Band of Mission Indians (Witch fire of 2007), the Pala Band of Mission Indians (Poomacha fire of 2007), the Pauma Band of Luiseño Indians (Poomacha fire of 2007), the San Pasqual Band of Diegueno Mission Indians (Poomacha fire of 2007), the Iipay Nation of Santa Ysabel (Witch fire of 2007) and the Viejas Band of Kumeyaay Indians (Witch fire of 2007). The Jamul Indian Village and the Sycuan Band of the Kumeyaay Nation were also threatened by the Harris fire of 2007 (BIA 2007).

It is highly likely that increasing fire severity and other climate-related ecosystem impacts are affecting traditional Native foods and resources. Another climate-related impact, "sudden oak death," is a growing concern in California coastal areas and is spread by a pathogen that is sensitive to changes in humidity and temperature (Guo, Kelly, and Graham 2005; Liu et al. 2007). It may have been rare until changes in the environment (related to climate change) and increasing fire frequency led to its increasing prevalence (Rizzo and Garbelotto 2003; Pautasso et al. 2012). Tribes that have used oaks and acorns are numerous, and include Miwok, Western Mono, Yukots, Yurok, Paiute, and various Apache tribes, among many others (Anderson 2005). Acorns are a recognized staple food source of Native Americans in coastal California and the surrounding region, including Paiutes that traversed the Sierra Nevada in historic times to obtain them (Muir 1911). In addition to being a source of traditional foods, oaks are a valued source for traditional medicine and dyes for basketry (Ortiz 2008).

## 17.4  Potential Rangeland Impacts

Many tribes are dependent on livestock as a significant part of their economy, including the Hopi Tribe, Hualapai Tribe, Jicarilla Apache Nation, Navajo Nation, Pyramid Lake Paiute Tribe, San Carlos Apache Tribe, Southern Ute Indian Tribe, Tohono O'odham Nation, and White Mountain Apache Tribe. Tribal communities dependent on livestock tend to have limited alternative livelihoods, and additional climate-related stresses to the rangeland will further reduce economic resources. Livestock, especially cattle, are a significant source of economic and food security for large numbers of families on the Navajo Nation (Redsteer, Kelley et al. 2010). Stock-raising by large numbers of Navajo families is also important to preserve aspects of traditional culture.

### Sand and dust storms

Climate-driven impacts to rangeland include increased mobility of sand dunes and potentially an increase in regional dust storms (Painter et al. 2010; Redsteer, Bogle and Vogel 2011). Sand dunes cover approximately one-third of the Navajo Nation as well as significant areas of Hopi tribal land (Redsteer 2002; Redsteer and Block 2003). Dune fields are susceptible to changes in precipitation, temperature, and wind speed and circulation patterns. In areas of Navajo and Hopi land that have wetter and cooler conditions, vegetation grows on sand dunes and stabilizes them. However, with drought conditions, these dune fields and sheet sands now exist under meteorological conditions where dunes may not have enough moisture to support the plant life necessary to make

dunes resistant to wind erosion (Redsteer 2002). Increasing aridity in arid and semi-arid regions is often concurrent with the deterioration of surface vegetation and increasing dune mobility, jeopardizing rangeland productivity (Redsteer and Block 2004). An additional complication is that during floods, new sediment delivered in ephemeral rivers and washes (i.e., drainages that flow only temporarily after precipitation or snowmelt) provides a sand supply for new dune fields (Redsteer, Bogle et al. 2010). The risk of wide-scale movement of sand dunes is high, because the dry spells already make sand dunes more active. With projected warmer and drier conditions, deposits of sand dunes that have been stabilized by vegetation are highly likely to become mobile (Figure 17.3). Once sand dunes are mobile, it is difficult to reverse the process so that stabilization can occur, because vegetation must establish itself on a moving landform (Yizhaq, Ashkenazy, and Tsoar 2009). Very few plants are adapted to surviving abrasion by sand and sand burial (Downes et al. 1977). Currently, dunes are inundating housing, causing transportation problems, and contributing to a loss of rare and endangered native plants and grazing land (Redsteer, Bogle and Vogel 2011).





**Figure 17.3  Photos of sand dune deposits on Navajo and Hopi land.** a) Stabilized linear dunes, with local reactivation forming mobile transverse dunes; and b) Active sand dunes forming downwind of a dry streambed sediment source. Photo courtesy of Margaret Hiza Redsteer.

## 17.5  Adaptation Strategies and Adaptation Planning

In the past, Native peoples in the Southwest adapted to natural hazards through unique strategies guided by their cultural beliefs and practices (Tsosie 2007). Although many such Native traditions continue today, modern circumstances now make tribes especially vulnerable to climate extremes (National Wildlife Federation 2011). In some cases, modern land-use policies circumvent the ability of Native people to practice traditional adaptation strategies (James, Hall, and Redsteer 2008; Redsteer, Kelley et al. 2010). Tribal environmental and natural-resources management programs are working to address local impacts and tribes have lobbied for adaptation funding from the federal government. According to California Indian Water Commission President Atta Stevenson (a member of the Cahto tribe), "There are numerous climate change conditions we have witnessed and try to adapt to, but climate change is a global crisis without funding resources or commitment by government leadership to address Tribal suffrage and ecological demise of our traditional cultures. We cannot combat this … alone."[i] In 2011, the Bureau of Indian Affairs (BIA) began to offer grants under a Tribal Climate Change Program, with a total allocation of $319,000.[ii] However, of the fifteen grants awarded, only three were for vulnerability assessments, and none were for climate adaptation planning.[iii] In 2009, the Department of the Interior (DOI) began a Climate Change Adaptation Initiative, setting aside funding for lands under federal jurisdiction, but it has not provided adequate funding for the BIA to assist tribes. Lack of adequate funding is not merely an impediment to adaptation planning, but it also further increases vulnerability to climate change impacts. Jerry Pardilla (2011), the National Tribal Environmental Council Executive Director, describes the situation in these terms:

> *Tribal lands comprise 95 million acres of the 587 million acres or 16 percent of federal land in the Initiative. The BIA has 11 million acres more than the National Park Service, yet the Administration has proposed nearly 50 times more funding for the NPS in FY 2012.*

Despite having few resources, adaptation planning workshops for tribes in the Southwest for both climate change and drought have occurred frequently in the past few years. There has also been a concerted effort by many tribes to forge ahead with adaptation plans (Wotkyns 2011). One example from the Yurok Tribe in the coastal Klamath Basin, California, demonstrates what tribes can implement if the resources are available. Adaptation planning by the Yurok Tribe Environmental Program entails monitoring water, air, and fisheries to understand local effects of climate change. Kathleen Sloan, the Tribe's Environmental Program Director, noted in 2009 that in many areas, the Yurok Tribe is the only entity collecting the data critical for creating climate models for the Lower Klamath. The tribe is training staff to monitor impacts, developing educational materials to encourage participation in adaptation planning, gathering oral histories from tribal elders, and creating a comprehensive prioritization plan to guide future tribal assessments. The Yurok Tribe's plan includes developing regional models to provide information for the Klamath Basin.

### Floods and disaster planning

Severe weather events are occurring on tribal lands frequently, resulting in emergency

declarations. Severe flooding in Havasu Canyon in 2008 struck a blow to the Havasupai tribal economy from lost tourism revenue. Since then, the Havasupai have experienced repeated flood events, the latest in October 2010, making recovery difficult. Funding from the San Manuel Band of Mission Indians ($1 million), federal and state agencies, and non-profit organizations has helped in recovery efforts. Currently, Havasu Canyon is closed until rehabilitation work and flood mitigation measures are completed (Wotkyns 2011).

The Federal Emergency Management Agency (FEMA) is a major source of flood and disaster assistance that requires ongoing commitments by communities for eligibility. The National Flood Insurance Program is a cornerstone of floodplain management, but only four Southwestern tribes participate in it (FEMA 2011). Many tribes lack zoning laws or floodplain delineation despite retaining jurisdiction over federal lands. Lack of funding, difficult jurisdictional challenges posed by the presence of non-Indian lands, and in some cases the need for approval by the Department of the Interior comprise some of the causes for the lack of regulation. Today, limited resources and abundant low-income housing challenge administration of floodplain ordinances and mandatory insurance for federally financed homes located in floodplains (Bemis 2003). FEMA-approved hazard mitigation plans address other disasters and are a prerequisite to receive certain federal funding. Forty-eight Southwestern tribes participate in these management plans, either through their own plans or by adopting plans developed by other local jurisdictions (FEMA 2009). The requirement for renewal every five years presents a continual challenge to resource-limited tribes, and some plans have expired.

### Droughts and drought mitigation planning

Many tribal governments are unprepared to cope with climate extremes because of the poor economic conditions in tribal communities. Tribal water resources on arid reservations are typically marginal and highly susceptible to frequent water shortages. While every Southwestern state has a drought plan, only four Southwestern tribes have completed plans through the Bureau of Reclamation States Emergency Drought Program (National Drought Mitigation Center 2010; Reclamation 2010). Tribes have limited resources to develop and implement these plans. Despite being the first tribe to submit its plan to Congress, the Hualapai Tribe lacks the personnel and funding to perform monitoring and actions triggered pursuant to its plan (Knudson, Hayes, and Svoboda 2007). The Hopi Tribe and Navajo Nation have submitted plans to Congress but also have struggled with monitoring (Ferguson and Crimmins 2009). The large region encompassed by these two tribes (about 30,000 square miles in total) presents challenges for adequate monitoring. With a smaller land area (about 700 square miles), the Zuni Tribe has been able to issue monthly monitoring reports for its plan, but some federal stations it uses are at risk from insufficient federal cost-sharing and the inability to replace cooperators (Bemis 2010).

Recent reports from workshops offered through the National Integrated Drought Information Systems (NIDIS) documented the challenges facing tribes and identified opportunities for assistance (Collins et al. 2010; Ferguson et al. 2011). Chronic underfunding and short-term funding cycles for programs within tribal government leave tribes without the financial and human resources needed to make climate assessments

or plan for natural hazards (Ferguson et al. 2011). Planning must also address tribal cultural needs and sovereignty. Modern monitoring, forecasting, and adaptation techniques can sometimes ignore or be inconsistent with traditional Native values, knowledge, and practices. The sovereign status of tribes can create complications or obstacles for collecting data and managing resources. The NIDIS Four Corners Tribal Lands Regional Drought Early Warning System is a pilot project attempting to address some of these issues and provide better information and resources for drought planning (Alvord 2011). By fully involving tribes throughout its course, this pilot project can provide a model for other tribal regions.

## 17.6 Challenges for Adaptation Planning

In planning to face the effects of climate change, tribal rights to water, cultural resources, and sacred sites located both on and off reservations are likely to be issues connected to adaptation planning. If sacred sites are not recognized, there is a substantial chance of increased conflict, which would constrain or even derail efforts to maintain resilient cultural and natural resources. The challenges of climate change and adaptation planning for federal land managers and for tribes may be difficult because of potential conflicts between the trust responsibility to Indian nations and the mandate of federal agencies to engage in a multiple-use policy. There have been effective partnerships initiated by tribes to address climate-related issues that affect resources and traditional practices, but there are also examples of ineffective communication leading to conflict.

Within the Department of the Interior (DOI), Landscape Conservation Cooperatives (LCCs) were established to develop science capacity to support resolution of resource management issues. The Native American Land Conservancy (NALC) is land conservancy with representatives from the Chemehuevi, Cahuilla, Wyandotte, Seneca, and other tribes. The NALC is providing a strategy for the Desert LCC, with members on the LCC steering committee and science working group, incorporating observations of eastern Mojave Desert traditional ecological knowledge. To this end, the NALC has drafted a white paper that includes historical information, cultural resource concerns, and ways to evaluate and lessen impacts of climate change based on indigenous understanding of the region's sacred sites, areas and landscapes.

## 17.7 Vulnerability from Economic, Political, and Legal Stresses

Limited resources and poor economic conditions reduce the resilience of tribes to climate change. More than one-quarter of the American Indian and Alaska Native population lives in poverty—a rate more than double the general U.S. population (Sarche and Spicer 2008). Moreover, approximately 13.3% of Native Americans lack accessibility to safe drinking water (Indian Health Service 2007). Income levels and human development indicators such as health and education are significantly lower than those of the rest of the population (U.S. Commission on Civil Rights 2004).

*Vulnerability and adaptive capacity*

Nevada's largest tribe, the Pyramid Lake Paiute Tribe (PLPT), is deeply connected—culturally, physically, and spiritually—to Pyramid Lake and its ecosystem. Pyramid Lake,

at the terminal end of the Truckee-Carson River, is considered "the most beautiful of
North America's desert lakes" (Wagner and Lebo 1996, 108). It is home to an endangered
fish called cui-ui (*Chasmistes cujus*)—a primary cultural resource—and the threatened
Lahontan cutthroat trout. The Paiute tribe's original name is *Kuyuidokado,* or cui-ui eat-
ers. Traditionally, they traveled to the lake for annual cui-ui spawning to gather and dry
fish (Wagner and Lebo 1996). The Paiute origin story is based upon the lake and a tufa-
rock formation called the Stone Mother, resembling a woman whose tears created the
lake (Wheeler 1987). Fishing and recreational activities are central to the PLPT economy.
Wetlands also provide reeds for basketry, a symbol of Native identity. Although some
cultural practices have been lost due to impacts from non-tribal settlement and exploita-
tion, the PLPT continues to hold steadfast to their cultural connection to the lake. The
tribe protects the lake via water rights negotiations for endangered species protection,
by creating and enforcing policies on water quality, maintaining minimum in-stream
flows for spawning, and by funding fisheries management activities.

The case of the Pyramid Lake Paiute Tribe exemplifies the vulnerabilities that tribes
face from climate change (Tsosie 2007; Shonkoff et al. 2011). The tribe's vulnerability
is related to cultural dependence on the lake, but external socio-economic factors also
influence its adaptive capacity, amplifying potential impacts (Gautam and Chief forth-
coming). Risk factors include upstream water use by municipal, industrial, and agri-
cultural entities. Spawning and sustenance of endangered cui-ui fish are dependent
on both water quantity and quality (Sigler, Vigg, and Bres 1985; USFWS 1992). Water
supplies in nearby Carson Basin largely determine how much water reaches Pyramid
Lake, particularly in the dry years, as irrigation requirements have senior water rights.
Devastating impacts have already occurred from water diversion for agricultural use.
Blocked access to upriver spawning grounds during a drought left dying fish for two
miles downstream of the Derby Dam. Cattle encroachment upon wetlands occurs dur-
ing droughts that reduce available forage. Limited economic opportunities and dwin-
dling federal support constrain the tribe's adaptation capacity. In a survey, 73% of PLPT
respondents said they believe climate change is occurring and that humans play a role,
whereas 63% of rural Nevadans believe climate change is occurring, with only 29% at-
tributing a human role (personal communication from Z. Liu, 2012). Factors such as a
remarkable public awareness of climate change, sustainability-based values, the techni-
cal capacity for natural resource management, proactive initiatives for invasive-species
control, and external scientific networks contribute to PLPT's adaptive capacity.

### Water rights

Water rights are closely linked to the vulnerability and adaptive capacity of tribes. The
legal basis for tribal water rights is the federal "reserved rights" doctrine, which holds
that Indian nations have reserved rights to land and resources in treaties they signed
with the United States. In the famous 1908 case of *Winters v. United States,* the Supreme
Court held that when the U.S. government establishes a reservation, it also implicitly
reserves water rights sufficient to meet the current and future needs of the tribe and the
purpose for which the reservation was set aside (including fisheries, where applicable).
Thus, the priority date for tribal water rights under the *Winters* doctrine is the date the
reservation was established, making many tribal governments in the Southwest senior
water resource users with significant adjudication rights (Cohen 2005).

In the 1963 case of *Arizona v. California*, the Supreme Court determined that the only feasible way to quantify tribal rights was by "practicably irrigable acreage" (PIA) on reservations. Difficulties with the PIA quantification of water rights include the differences in the amount of tillable land available from one reservation to another, as well as the water-rights standard being based on the amount of land a tribe has, rather than tribal population. Western water law doctrine may have worked well in early nineteenth and twentieth centuries, but fails to take into account valuable in-stream uses of water such as fish and wildlife habitat (Royster and Blumm 2008). The Arizona Supreme Court extended the PIA standard in 2001, finding that agriculture is not the only means to determine tribal water allocations and that water is also needed by tribes for other purposes.[4] The Arizona Supreme Court found that the purpose of a federal Indian reservation is to serve as a "permanent home and abiding place" to the Native American people living there, and that water allocations must satisfy both present and future needs of reservations as "livable homelands."

Litigation for a determination of water rights on paper is an expensive and lengthy process. Some tribal governments have negotiated settlement agreements, foregoing a significant percentage of their legal claims to water in exchange for a secure allocation and for funding for the infrastructure necessary to gain the actual value of water resources (Clinton et al. 2010). Congressional action is needed to approve settlements and allocate the funding necessary to build water-delivery infrastructure. Between 1986 and 2006 Congress enacted twenty settlements into law (Royster and Blumm 2008). In spite of the cost, some tribes have preferred litigation, because with settlements, tribes invariably give up some measure of their legal rights to water, leaving them in a weaker bargaining position. Many examples of current tribal vulnerabilities are linked to water allocations. In a warmer and drier Southwest, conflicts over water appear imminent.

In the arid Owens Valley of California, spring and summer snowmelt are crucial to water supplies. The Big Pine Paiute Tribe of Owens Valley channeled this runoff to irrigate important food plants, and have observed changes to runoff in the watershed. Repeat photography of upstream Palisade Glacier shows notable shrinkage in recent decades. The tribe shares water with the Los Angeles Department of Water and Power (DWP), which owns nearly all the water rights in the valley. DWP allocates the tribe 1,116.32 acre-feet per year based on a 1939 land exchange between the federal government and the city (Gorin and Pisor 2007). Water shortages are likely to increase DWP's export of water from the Valley, leaving the Big Pine Paiute with an uncertain water supply.

## 17.8  Climate Change Mitigation Strategies

Despite needing additional resources, tribes are forging ahead to address climate change. Many see climate change mitigation and energy conservation as great financial opportunities that may help address current economic woes and the challenges of a limited resource base. The Pueblo of Jemez has begun constructing a utility-scale solar project in New Mexico. Tribes with mitigation plans include the Gila River Indian Community, Hopi Tribe, Navajo Nation, and Yavapai-Apache Nation. Examples outlined below depict some of the current activities.

The Pinoleville Pomo Nation, in partnership with the University of California, Berkeley, launched a sustainable housing program. Drought conditions within and around the Pinoleville Pomo Nation were taxing residents and the local government resources. Heating and cooling inefficient standard houses funded by the U.S. Department of Housing and Urban Development (HUD) also placed an increased burden on residents (Shelby et al. 2010). A self-sufficient, sustainably focused community model for housing, energy, and water conservation now addresses these issues through the use of solar photovoltaic systems, wind turbine systems, passive and active solar water heaters, grey water systems, and passive building design strategies such as passive solar gain and sun shading.

The Rincon Band of Luiseño Indians, in San Diego County, owns Harrah's Rincon Casino and Resort. When the economy declined in 2008 and 2009, Rincon still invested $13.5 million in energy-efficient retrofits and a one-megawatt solar plant to power the casino (Wolfe 2010). The tribe commissioned the solar plant in conjunction with a casino-wide retrofit of rooftop air-conditioning. A modified chiller plant captures waste heat for hot water in the casino's 662 hotel rooms. According to EPA, this saves 3.3 million kWh/year. The 3,986-panel solar plant provides 90% of the required power for heating, ventilation, and air conditioning, generating enough energy to power 2,200 homes. Through offsets, the solar array also saves 3.5 million KW hours per year, providing enough electricity for 583 individuals (based on average individual use of 6,000 KW hours/year).

Among the tribe's many additional mitigation and environmental sustainability practices are the use of solar induction to heat Harrah's pool and the composting of green waste for the property's organic gardens (diverting 6,000 pounds of waste per month).

LOOKING FORWARD. With continuing climate change effects, Native American lands, communities, cultures, and traditions are at risk. Vulnerability is closely linked to external land use policies, political marginalization, water rights, and poor socio-economic conditions. Tribes will be important parties to any future proceedings that deal with water shortage allocations or coordinated reservoir operations because of their reserved water rights. These issues are likely to intensify in an era of climate change. However, there have been few climate change studies on tribal lands and little documentation of the impacts. Studies that are available show that impacts to tribal resources are already underway in at least in some areas of the Southwest. Additional transformation of ecosystems by fire, pests, and disease, exacerbated by altered climatic conditions, are certain to affect traditional foods and medicines.

Many reservations, particularly those with large land holdings, have insufficient capacity to adequately monitor climatic conditions (Ferguson et al. 2011). Without monitoring, tribal decision makers lack necessary data to quantify and evaluate the changes taking place and to plan and manage resources accordingly. In addition, lack of information from tribal lands that typically have more extreme environments leaves climate scientists without crucial information from areas that are likely to see early impacts from climate change. Most reservations lack the data necessary to contribute to more accurate downscaled climate models, because meteorological monitoring is sparse over areas of significant size. The latest U.S. Census (2010) shows that some reservations are losing the younger segment of their population to emigration; this trend is cause for concern among those in tribal governments who interpret the changing demographics as a sign

of untenable living conditions due to dwindling water resources and increasingly desertified rangeland.[v]

Despite all of the challenges, Native communities also have much to offer the climate science community. Native communities have persisted and adapted during periods of wide-ranging natural climate variability. The role of indigenous environmental knowledge has received increasing attention, and studies of local environmental knowledge show that it contributes greatly to our understanding of ecosystem change (e.g. Newton, Paci and Ogden 2005; Green and Raygorodetsky 2010; Pearce et al. 2010; Sanchez-Cortes and Chavero 2010; Alexander et al. 2011; Harris and Harper 2011; Singh, Bhowmik and Pandey 2011). In spite of fewer economic resources, or perhaps because of them, many Southwestern tribal communities are exemplary in their efforts to mitigate climate change, and are actively seeking resources to assist with adaptation.

## References

Alexander, C., N. Bynum, E. Johnson, U. King, T. Mustonen, P. Neofotis, N. Oettlé , et al. 2011. Linking indigenous and scientific knowledge of climate change. *BioScience* 477–484.

Alvord, C. 2011. Overview of the NIDIS Four Corners pilot activities. *National Integrated Drought Information System Newsletter* 2 (1): 9–10. http://www.drought.gov/imageserver/NIDIS/newsletter/NIDIS_Newsletter_Winter_2011.pdf

Anderson, K. M. 2005. *Tending the wild: Native American knowledge and the management of California's natural resources*. Berkeley: University of California Press.

Bailey, G., and R. G. Bailey, eds. 1986. *A history of the Navajos: The reservation years*. Santa Fe, NM: School of American Research Press.

Bemis, K. 2003. Zuni Pueblo tribe and the National Flood Insurance Program. Presentation at the Association of State Floodplain Managers Annual Conference, May 10–16, 2003, St. Louis, Missouri.

—. 2010. Zuni Drought Contingency Plan. Presentation at Drought, Water and Climate workshop, 14-15 December, 2010, Washington, D.C. http://www.westgov.org/component/joomdoc/doc_download/1322-bemis-presentation-2010.

Bureau of Indian Affairs (BIA). 2007. Artman to inspect fire damage on La Jolla and Rincon Reservations; will meet with tribal, federal and state officials on relief efforts. News release, October 29, 2007. Washington, DC: U.S. Department of the Interior.

City of San Diego. 2007. After action report: October 2007 wildfires; City of San Diego response. http://www.sandiego.gov/mayor/pdf/fireafteraction.pdf.

Clinton, R., C. Goldberg, R. Tsosie, K. Washburn, and E. R. Washburn. 2010. *American Indian law: Native nations and the federal system*, 6th ed. N.p.: LexisNexis.

Cohen, F., ed. 2005. *Felix Cohen's handbook of federal Indian law*, 2005 ed. N.p.: LexisNexis.

Collins, G., M. H. Redsteer, M. Hayes, M. Svoboda, M. D. Ferguson, R. Pulwarty, D. Kluck, and C. Alvord. 2010. C*limate Change, Drought and Early Warning on Western Native Lands Workshop report: 9-11 June, 2009, Jackson Lodge, Grand Teton National Park, WY*. N.p.: National Integrated Drought Information System.

Cooley, M. E., J. W. Harshbarger, J.P. Akers, and W. F. Hardt. 1969. *Regional hydrogeology of the Navajo and Hopi Indian reservations, Arizona, New Mexico, and Utah, with a section on vegetation*. USGS Professional Paper 521-A. Reston, VA: U.S. Geological Survey.

Cruikshank, J. 2001. Glaciers and climate change: Perspectives from oral tradition. *Arctic Journal* 54:377–393.

Davis, S. H. 2010. Indigenous peoples and climate change. *International Indigenous Policy Journal* 1:1–19. http://ir.lib.uwo.ca/iipj/vol1/iss1/2.

Downes, J., D. Fryrear, R. Wilson, and C. Sabota. 1977. Influence of wind erosion on growing plants. *Transactions of the American Society of Agricultural Engineers* 20:885–889.

Duthu, N. B. 2008. *American Indians and the law.* London: Penguin Books.

Federal Emergency Management Agency (FEMA). 2004. *The California Fires Coordination Group: A report to the Secretary of Homeland Security.* Washington, DC: FEMA.

—. 2009. Hazard mitigation plan status list for Indian tribal governments. http://www.fema.gov/library/viewRecord.do?id=3565.

—. 2011. The National Flood Insurance Program community status book. http://www.fema.gov/fema/csb.shtm.

Federal Register. 2010. Indian entities eligible to receive services from the United States Bureau of Indian Affairs. *Federal Register* 75 (Friday, October 1, 2010): 60810–60814.

Feltz, J. M., M. Moreau, E. Prins, K. McClaid-Cook, and I. F. Brown. 2002. Recent validation studies of the GOES wildfire automated biomass burning algorithm (WF_ABBA) in North and South America.

Ferguson, D., C. Alvord, M. Crimmins, M. H. Redsteer, M. Hayes, C. McNutt, R. Pulwarty, and M. Svoboda. 2011. *Drought preparedness for tribes in the Four Corners region: Workshop report, April 8-9, 2010, Flagstaff, Arizona.* Tucson: Univ. of Arizona, Climate Assessment for the Southwest (CLIMAS).

Ferguson, D., and M. Crimmins. 2009. Who's paying attention to the drought on the Colorado Plateau? *Southwest Climate Outlook,* July 2009: 3–6.

Gautam, M., K. Chief, and W. J. Smith, Jr. Forthcoming. Climate Change in Arid Lands and Native American Socioeconomic Vulnerability: The Case of the Pyramid Lake Paiute Tribe. In "Facing climate change: The experiences of and impacts on U.S. tribal communities, indigenous people, and native lands and resources." *Climatic Change* 115.

Green, D., and G. Raygorodetsky. 2010. Indigenous knowledge of a changing climate. *Climatic Change* 100:239–242.

Gregory, H. E. 1917. *Geology of the Navajo country: A reconnaissance of parts of Arizona, New Mexico, and Utah.* U.S. Geological Survey Professional Paper 93. Reston, VA: USGS.

Gorin, T., and K. Pisor, K., 2007. *California's residential electricity consumption. prices, and bills, 1980-2005.* Staff Paper CEC-200-2007-18. Sacramento: California Energy Commission.

Guo Q., M. Kelly, and C. H. Graham. 2005. Support vector machines for predicting distribution of sudden oak death in California. *Ecological Modeling* 182:75–90.

Hack, J. T. 1942. *The changing physical environment of the Hopi Indians of Arizona.* Papers of the Peabody Museum of Archaeology and Ethnology Volume 35, Issue 1. Cambridge, MA: Harvard University.

Harris, S., and B. Harper. 2011. A method for tribal environmental justice analysis. *Environmental Justice* 4:231–237.

Indian Health Service (IHS). 2007. *Public Law 86-121 Annual Report for 2007.* Rockville, MD: IHS, Sanitation Facilities Construction Program. http://www.ihs.gov/dsfc/documents/SFCAnnualReport2007.pdf.

Jackson, H. H. 1883. *A century of dishonor.* Reproduction. Scituate, MA: Digital Scanning, Inc., 2001.

James, K., D. Hall, and M. H. Redsteer. 2008. Organizational environmental justice with a Navajo (Diné) Nation case example. In *Research in social issues in management,* ed. S. Gilliland, D. Steiner, and D. Skarlicki, 263–290. Greenwich, CT: Information Age Publishing.

Kelly, D. 2007. A struggling tribe faces new hardships. *Los Angeles Times* online, November 22, 2007.

Knudson, C. L., M. J. Hayes, and M. D. Svoboda. 2007. Case study of tribal drought planning: The Hualapai Tribe. *Natural Hazards Review* 8:125–131.

Kofinas, G. P., F. S. Chapin III, S. BurnSilver, J. I. Schmidt, N. L. Fresco, K. Kielland, S. Martin, A. Springsteen, and T. S. Rupp. 2010. Resilience of Athabascan subsistence systems to interior Alaska's changing climate. *Canadian Journal of Forestry Research* 40:1347–1359.

Krupnik, I. and D. Jolly, eds. 2002. *The Earth is faster now: Indigenous observations of Arctic environmental change*. Fairbanks, AK: Arctic Research Consortium of the U.S.

Kuenzi, A.M. 2006. Treatment effects and understory plant community response on the Rodeo-Chediski fire, Arizona. M.S. thesis, Northern Arizona University.

Kuhnlein, H. V., and O. Receveur. 1996. Dietary change and traditional food systems of indigenous peoples. *Journal of Nutrition Annual Review* 16:417–442.

Liu, D., M. Kelly, P. Gong, and Q. Guo. 2007. Characterizing spatial-temporal tree mortality patterns associated with a new forest disease. *Forest Ecology and Management* 253:220–231.

Muir, J. D. 1911. *My first summer in the Sierra*. Reproduction. Lawrence, KS: Digireads.com, 2008.

National Drought Mitigation Center. 2010. The status of state drought plans, December 2010. http://www.drought.unl.edu/Planning/PlanningInfobyState.aspx.

Hanna, J. 2007. *Native communities and climate change: Legal and policy approaches to protect tribal legal rights*. Report pending final review. Boulder: Univ. of Colorado School of Law, Natural Resources Law Center.

National Wildlife Federation (NWF). 2011. *Facing the storm: Indian tribes, climate-induced weather extremes, and the future for Indian country*. Boulder, CO: NWF, Rocky Mountain Research Center.

Newton, J., J. C. D. Paci, and A. Ogden 2005. Climate change and natural hazards in northern Canada: Integrating indigenous perspectives with government policy. *Mitigation and Adaptation Strategies for Global Change* 10:541–571.

Ortiz, B. 2008. Contemporary California Indian uses for food of species affected by *Phytophthora ramorum*. In *Proceedings of the Sudden Oak Death Third Science Symposium, March 5–9, 2007, Santa Rosa, California*, tech coord. S. J. Frankel, J. T. Kliejunas, and K. M. Palmieri. Gen. Tech. Rep. PSW-GTR-214. Albany, CA: U.S. Forest Service, Pacific Southwest Research Station.

Painter, T. H., J. S. Deems, J. Belnap, A. F. Hamlet, C. C. Landry, and B. Udall. 2010. Response of Colorado River to dust radiative forcing in snow. *Proceedings of the National Academy of Sciences*, published online, doi: 10.1073/pnas.0913139107.

Pardilla, J. 2011. *Tribal set-aside sought in DOI Climate Change Adaptation Initiative*. Report for the National Tribal Environmental Council, Albuquerque, NM.

Parkinson, A. J., and J. Berner. 2009. Climate change and impacts on human health in the Arctic: an international workshop on emerging threats and the responses of arctic communities to climate change. International Journal of Circumpolar Health 68:88–95.

Pautasso M., T. F. Döring, M. Garbelotto, L. Pellis and M. J. Jeger. 2012. Impacts of climate change on plant diseases—Opinions and trends. *European Journal of Plant Pathology*. doi: 10.1007/s10658-012-9936-1.

Pearce, T., B. Smit, F. Duerden, J. D. Ford, A. Goose, and F. Kataoyak, F. 2010. Inuit vulnerability and adaptive capacity to climate change in Ulukhatok, Northwest Territories, Canada. *Polar Record* 46:157–177.

Pevar, S. L. 2012. The rights of Indians and tribes, 4th ed. Oxford: Oxford Univ. Press.

Redsteer, M. H. 2002. Factors effecting dune mobility on the Navajo Nation, Arizona, USA. In *Proceedings of the 5th International Conference on Aeolian Research and the Global Change and Terrestrial Ecosystem-Soil Erosion Network, July 22–25, 2002, Lubbock, Texas, USA*, 385. Publication 02-2. Lubbock: Texas Tech University, International Center for Arid and Semiarid Lands Studies.

Redsteer, M. H., and D. Block. 2003. Mapping susceptibility of sand dunes to destabilization on the Navajo Nation, southern Colorado Plateau. *Geological Society of America Abstracts with Programs* 35:170, Paper No. 68-9.

—. 2004. Drought conditions accelerate destabilization of sand dunes on the Navajo Nation, southern Colorado Plateau. *Geological Society of America Abstracts with Programs* 36 (5): 171, Paper No. 66-8.

Redsteer, M. H., K. B. Kelley, H. Francis, and D. Block. 2010. Disaster risk assessment case study: Recent drought on the Navajo Nation, southwestern United States. In *Global Assessment Report on Disaster Risk Reduction 2011, Annexes and Papers, Chapter 3.* http://www.preven-tionweb.net/english/hyogo/gar/2011/en/what/drought.html.

Redsteer, M. H., R. Bogle, J. Vogel, D. Block, M. Velasco, and B. Middleton. 2010. The history and growth of a recent dune field at Grand Falls, Navajo Nation, NE Arizona. *Geological Society of America Abstracts with Programs* 42 (5): 416, Paper No. 170-5.

Redsteer, M. H., R. C. Bogle, and J. M. Vogel. 2011. *Monitoring and analysis of sand dune movement and growth on the Navajo Nation, southwestern United States.* USGS Survey Fact Sheet 2011-3085. http://pubs.usgs.gov/fs/2011/3085/.

Redsteer, M. H., K. B. Kelley, and H. Francis. 2011. Increasing vulnerability to drought and climate change on the Navajo Nation. Paper GC43B-0928, delivered at American Geophys-ical Union Annual Meeting, 5-9 December 2011, San Francisco.

Rizzo, D. M., and M. Garbelotto. 2003. Sudden oak death: Endangering California and Oregon forest ecosystems. *Frontiers in Ecology and the Environment* 1:197–204.

Royster, J. V., and M. C. Blumme, eds. 2008. *Native American natural resources law: Cases and mate-rials,* 2nd ed. Durham, NC: Carolina Academic Press.

Sarche, M., and Spicer P., 2008. Poverty and health disparities for American Indian and Alaska Native children: Current knowledge and future prospects. *Annals of the New York Academy of Sciences* 1136:126–136.

Sanchez-Cortes, M. S., and E. L. Chavero. 2010. Indigenous perception of changes in climate variability and its relationship with agriculture in a Zoque community, Chiapas, Mexico. *Climatic Change* 107:363-389, doi:10.1007/s1584-010-9972-9.

Shelby, R., D. Edmunds, A. James, J. A. Perez, Y. Shultz, and T. Angogino. 2010. The co-design of culturally-inspired sustainable housing with the Pinoleville Pomo Nation. Paper presented at Open 2010, the 14th Annual Conference of the National Collegiate Inventers and Innova-tors Alliance (NCIAA), March 25-27, 2010, San Francisco.

Shonkoff, S. B., R. Morello-Frosch, M. Pastor, and J. Sadd. 2011. The climate gap: Environmental health and equity implications of climate change and mitigation politics in California; A review of the literature. *Climatic Change* 109:485–503, doi:10.1007/s10584-011-0310-7.

Sigler, W. F., S. Vigg, and M. Bres M. 1985. Life history of the cui-ui, *Chasmistes cujus Cope, in Pyramid Lake, Nevada: A review. Western North American Naturalist* 45:571–603.

Singh, R. K., S. N. Bhowmik, and C. B. Pandey. 2011. Biocultural diversity, climate change and livelihood security of the Adi community: Grassroots conservators of the eastern Himalaya Arunachal Pradesh. *Indian Journal of Traditional Knowledge* 10:39–56.

Sloan, K. 2009. Climate change issues and needs for the Yurok Tribe. In *Impacts of climate change on tribes in the United States,* Attachment L. Albuquerque, NM: National Tribal Air Association.

Smith, J. B., S. H. Schneider, M. Oppenheimer, G. W. Yohe, W. Hare, M. Mastrandrea, A. Patwardhan, et al. 2008. Assessing dangerous climate change through an update of the Intergovernmental Panel on Climate Change (IPCC) "reasons for concern." *Proceedings of the National Academy of Science* 106:4133–4137.

Strom, B. A. 2005. Pre-fire treatment effects and post-fire forest dynamics on the Rodeo-Chediski burn area, Arizona. M.S. thesis, Northern Arizona University.

Tsosie, R. 2007. Indigenous people and environmental justice: The impact of climate change. *University of Colorado Law Review* 78:1625–1677.

U.S. Bureau of Reclamation. 2010. Entities eligible to request drought assistance under Title 1 of the Reclamation States Emergency Drought Relief Act of 1991, as amended. http://www.usbr.gov/drought/website-eligible-entities.pdf.

U.S. Census Bureau. 2010. 2010 census demographic profiles. http://2010.census.gov/2010census/data/.

U.S. Commission on Civil Rights. 2004. Broken promises: Evaluating the Native American Health Care System. Washington, DC: U.S. Commission on Civil Rights.

U.S. Fish and Wildlife Service (USFWS). 1992. Cui-ui (*Chasmistes cujus*) recovery plan. Portland, OR: USFWS.

Wagner, P., and M. E. Lebo. 1996. Managing the resources of Pyramid Lake, Nevada, amidst competing interests. *Journal of Soil and Water Conservation* 51:108–117.

Wotkyns, S. 2011. *Tribal climate change efforts in Arizona and New Mexico*. Flagstaff, AZ: Institute for Tribal Environmental Professionals.

Wheeler, S. S., ed. 1987. *The desert lake: The story of Nevada's Pyramid Lake*. Caldwell, ID: Caxton Press.

U.S. Environmental Protection Agency (EPA). N.d.: Rincon band of Luiseno Indians uses solar to save energy. In Clean energy and climate change: Tribes; Tribal renewable energy projects. http://www.epa.gov/region09/climatechange/tribes/index.html, last updated April 19, 2012.

Yizhaq, H., Y. Ashkenazy, and H. Tsoar. 2009. Sand dune dynamics and climate change: A modeling approach. *Journal of Geophysical Research* 114: F01023.

## Endnotes

i   Stevenson, Atta, (November, 2011)."California Indian Water Commission: Statement on Climate Change." Written communication. The California Indian Water Rights Commission consists of Tribal People dedicated to the protection of sacred sites, tribal water, and other inherent rights. According to Stevenson, "We offer our opinions to give voice to our relatives that cannot speak for themselves, the fish, the trees, winged-ones, etc., and especially the water."

ii   U.S. Department of the Interior, Bureau of Indian Affairs (August 2011) Letter to tribal leaders and request for proposals 5p.

iii   Jill Sherman-Wayne, (January 2012). Written communication.

iv   In re General Adjudication of All Rights to Use Water in the Gila River System and Source, 35 P.3d 68 Ariz. 2001.

v   John Leeper (October 2011). Director of Navajo Nation Water Resource Management, written communication.

**Chapter 18**

# Climate Choices for a Sustainable Southwest

## COORDINATING LEAD AUTHORS

Diana Liverman (University of Arizona), Susanne C. Moser (Susanne Moser Research and Consulting, Stanford University)

## LEAD AUTHORS

Paul S. Weiland (Nossaman Inc.), Lisa Dilling (University of Colorado)

## CONTRIBUTING AUTHORS

Maxwell T. Boykoff (University of Colorado), Heidi E. Brown (University of Arizona), Eric S. Gordon (University of Colorado), Christina Greene (University of Arizona), Eric Holthaus (University of Arizona), Deb A. Niemeier (University of California, Davis), Stephanie Pincetl (University of California, Los Angeles), W. James Steenburgh (University of Utah), Vincent C. Tidwell (Sandia National Laboratories)

## REVIEW EDITOR

Jennifer Hoffman (EcoAdapt)

## Executive Summary

The Southwest faces many stresses from current climate variability and is projected to become a hotspot for climate change. A century of economic and population growth has placed pressures on water resources, energy supplies, and ecosystems. Yet the Southwest

---

**Chapter citation:** Liverman, D., S. C. Moser, P. S. Weiland, L. Dilling, M. T. Boykoff, H. E. Brown, E. S. Gordon, C. Greene, E. Holthaus, D. A. Niemeier, S. Pincetl, W. J. Steenburgh, and V. C. Tidwell. 2013. "Climate Choices for a Sustainable Southwest." In *Assessment of Climate Change in the Southwest United States: A Report Prepared for the National Climate Assessment*, edited by G. Garfin, A. Jardine, R. Merideth, M. Black, and S. LeRoy, 405–435. A report by the Southwest Climate Alliance. Washington, DC: Island Press.

also has a long legacy of adaptation to climate variability and of environmental management that has enabled society to live within environmental constraints and to protect large parts of the landscape for multiple uses and conservation. Many different types of organizations and individuals in the Southwest have already taken a variety of steps to respond to climate change; and a wide range of choices are available for those choosing to reduce greenhouse gas (GHG) emissions or implement preparedness and adaptation measures to manage the risks from climate variability and change in the region. Others are pursuing energy and water efficiency, renewable energy, or sustainable agriculture for other reasons but these can also reduce emissions or assist with adaptation.

This chapter features the following key findings:

- The U.S. Southwest is a region with great capacity both to respond to environmental stress and to steward its abundant natural resources. Past efforts to develop its water resources and protect its public lands are indicative of this capacity, and while viewed as successes by many, they also illustrate challenges and trade-offs in policy and actions that can increase resilience for some while increasing vulnerability for others. (medium-high confidence)

- Local and state governments, tribes, private-sector entities, non-profit organizations, as well as individuals are already taking steps to reduce the causes of climate change in the Southwest—though often not solely for climate-mitigation purposes—and there are many lessons to learn from the successes and failures of these early efforts. Few systematic studies have been undertaken to date to evaluate the effectiveness and impacts of the choices made in the Southwest to reduce GHG emissions. (medium-high confidence)

- If the Southwest decides to reduce a proportional share of the emissions recommended (50% to 80% by 2050) by the U.S. National Academy of Sciences and others, the carbon budget for the region between 2012 and 2050 would only be 150–350 million metric tons per year (NRC 2010d). This would be a very challenging but not impossible target to meet. (medium-low confidence)

- There are low-cost, cost-saving, or revenue-generating opportunities for emission reductions in the Southwest, especially in energy efficiency and renewable energy. (medium-high confidence)

- A range of stakeholders are already planning how to prepare for and respond to climate risks in the Southwest, but few have begun implementing adaptation programs due to financial, institutional, informational, political, and attitudinal barriers. Various adaptation options exist in every sector, including many that help society respond to current risks of climate variability and extreme events. (medium-high confidence)

- Many response options simultaneously provide adaptation and mitigation "co-benefits," reducing the causes of climate change while also increasing the preparedness and resilience of different sectors to climate change. Other response options involve trade-offs between increasing emissions or reducing resilience

- More research and monitoring is needed to track and evaluate decision outcomes and to understand the balance and effectiveness of these choices especially under financial constraints. (high confidence)

## 18.1 Introduction

This chapter provides an integrated overview of solutions and choices for responding to climate change in ways that reduce risks and support sustainable development in the Southwest. The goal is to illustrate the range of choices for responding to climate change, along with some of the relevant trade-offs and opportunities, to inform policy options and decisions. In the context of climate change, risk reduction includes: reducing global GHG emissions to limit global changes; limiting activities locally or regionally (e.g. land use choices) that increase unwanted local or regional climatic changes; taking action now to accommodate and adapt to climate changes to date; and increasing capacity to respond effectively and adapt to future changes.

The chapter begins with a discussion of how the Southwest might choose to secure a sustainable future in the context of climate change. The Southwest has a long history of adapting to environmental stresses and managing resources, which demonstrate the ability of the region to make choices that promote sustainability of ecosystems and natural resources, the economy, and society, but also to minimize some of the risks.

Because some studies have identified the Southwest as a potential hotspot of climate change (see Chapter 5) where changes may start to occur rapidly or unfold particularly severely, this chapter also examines some of the options for transformational adaptation to climate change—rather than make more incremental adjustments to climate risks—in the event it becomes necessary to make significant changes in resource allocation or technology, or to relocate people, ecosystems and infrastructure. The co-benefits and trade-offs in linking mitigation and adaptation are also discussed.

National choices about responding to climate change were recently presented by the National Research Council's *America's Climate Choices* study (NRC 2010a, 2010b, 2010c, 2010d). This study is used as a starting point for identifying some of the options for limiting emissions and adapting to climate change, and analyzing what these options might mean for the Southwest in terms of social, technological, economic, behavioral, and institutional structures and choices.

The chapter also reviews some of the choices and solutions that are already being implemented in the Southwest in response to climate change. These efforts include: regional activities by federal agencies; the plans and activities of states, cities, and communities; key regional collaborations such as those in major river basins; and solutions that have been chosen by businesses, tribes, and civil society organizations.

Finally, we discuss options for integrating mitigation and adaptation activities in ways that mutually support each other, rather than produce difficult trade-offs, and focus on the challenges communities and organizations face in planning and implementing solutions. We also raise the question of what actions may be needed if both global mitigation and regional adaptation fail to minimize climate change and resulting impacts to acceptable levels.

## 18.2 Defining a Sustainable Approach to Climate Change in the Southwest

For the purposes of this chapter, a "sustainable" Southwest is defined as one where the choices we make in responding to climate change assist in the long-term maintenance of economic, social, and environmental well-being—in other words, in meeting the needs of the present without compromising future generations (Wiek et al. 2012). These choices include reducing the risks of climate change by limiting emissions and making it easier to adapt to the impacts of climate changes that are occurring or will occur. Sustainable solutions endure in the face of continuing climate change and other stresses. The Southwest alone cannot mitigate all global GHG emissions, but the region can choose from many options to reduce its proportional contribution to the global causes of climate change and reduce the region's own vulnerability to climate change.

Climate change is not the only threat to sustainability in the Southwest, so pathways to sustainability involve managing multiple risks to the region. This requires considering not just environmental, economic, and social goals, and addressing climate mitigation and adaptation, but also managing risks and opportunities for the well-being of the region's residents and the Earth system (MacDonald 2010). The best pathways will be those that maximize the benefits for environment, economy, and society while minimizing costs and environmental risks, especially for the most vulnerable. One of the greatest challenges is to be prepared for and able to act in the face of uncertainty while being aware of the possibility of reaching thresholds where conditions deteriorate rapidly (Lempert and Groves 2010; Westley et al. 2011). A sustainable Southwest will need early warning of such risks and plans for responding if and when they occur.

## 18.3 Making a Sustainable Living in the Southwest: Lessons from History

The history of the Southwest demonstrates a remarkable ability to adapt to the climatic and geographic extremes of the region. Tapping into this ability is key to developing sustainable solutions to future climate change.

Throughout human history, water—in particular the ability to move it across the landscape—has been critical to the growth of societies (Worster 1992). Many of the prehistoric peoples of the Southwest found ways to harvest rainwater and runoff and even developed sophisticated water conveyance systems and other techniques for living in a desert climate. The European settlers who came later established water infrastructure and institutions for the development of cities and agriculture. The development of water resources is one of the most notable stories of settling and living in the Southwest. Key to the rapid population expansion in the Southwest was the construction of massive water projects, especially following the passage of the federal Reclamation Act of 1902 (Hundley 1991) (Figure 18.1). By taming the highly variable flow of rivers such as the Colorado and Rio Grande and creating a vast network of canals and ditches capable of moving water between basins, settlers and the federal government did more than just adapt to the necessities of life in an arid climate—they made it a thriving corner of the nation.



**Figure 18.1 Water resource development in the Southwest: 2005 surface-water withdrawals for irrigation and dams.** The massive development of water resources stands as one of the grand stories of settling the Southwest. Although this has created its share of environmental and social problems, and there are legitimate questions as to the long-term sustainability of water supply interventions, the systems of dams (shown here), diversions, and management institutions is a testament to the region's ability to invest in managing its environment for economic and social well-being. In light of these incredible efforts to make the Southwest habitable, meeting the new climate challenges of the twenty-first century seems less daunting. Map from *The National Atlas of the United State of America* (http://www.nationalatlas.gov; see also http://www.nationalatlas.gov/mapmaker?AppCmd=CUSTOM& LayerList=wu2005%3B5&visCats=CAT-hydro,CAT-hydro; accessed October 8, 2012).

Water development in the West certainly also created a number of environmental and social problems, and there are legitimate questions as to the long-term ecological, social, and economic sustainability of water demand and use in the region. Fundamental changes to the natural flow of water have had profound consequences for the natural environment. The waters of the Colorado River now rarely reach its mouth at the Gulf of California, drying up a critical and unique wetland (Glenn et al. 1996). The complex plumbing of the Central Valley Project and the State Water Project in California has changed fish communities, water quality, and habitat structure in the Sacramento-San Joaquin Delta (Nobriga et al. 2005). Water availability allowed for massive increases in population throughout the West, in turn increasing the vulnerability of population centers to drought and increased competition between water users (Reclamation 2005).

Despite these consequences, the settlement and watering of the Southwest stands as a reminder of the remarkable effort and funds mustered to transform a dry landscape into one with booming urban centers and extensive and productive agricultural lands.

A second example of choices that created a more sustainable Southwest were the decisions of federal, state, and local governments, as well as private landowners and

conservation groups, to set aside vast areas of the West to conserve extractive commodities such as timber and protect scenic beauty, wildlife, habitat, and open space. Twenty-two national parks, nearly 66 million acres of national forests, 74 wildlife refuges, and other protected areas cover more than 165 million acres of the Southwest, conserving natural resources, and providing income to users such as ranchers, loggers, miners, and tourist operators and recreation to millions of residents and tourists (Clawson 1983; Wilkinson 1992) (see also Chapter 3, Section 3.1.3). The Southwest is also home to 120 million acres under the jurisdiction of the Bureau of Land Management (Figure 18.2). While the vast majority of federal public lands were originally created to conserve natural resources for uses in the public interest, such as timber and grazing lands, an environmental protection movement in the 1960s and 1970s led to stronger laws, guiding the management and protection of public lands, and also recognized a number of non-utilitarian uses for the federal domain (Hardt 1994). The Wilderness Act of 1964, Wild and Scenic Rivers Act of 1968, Endangered Species Act of 1973, National Forest Management Act of 1976, Federal Land Policy and Management Act of 1978, and a host of other laws and regulations helped ensure that public lands could be managed and conserved for years to come and that biodiversity would be protected.

This federal land ownership system, which covers nearly 30% of the entire United States (Loomis 2002), helps protect habitat and ecosystem services, facilitates sustainable management of resources, and provides an "insurance policy" for climate adaptation, as land-based resources and economies (such as forestry, tourism, and recreation) as well as species and ecosystems consequently have significant space to migrate to and adjust to the changing conditions. As federal climate-change adaptation response becomes increasingly coordinated, this large area of land can be managed for adaptation and multiple uses in an integrated fashion although multiple jurisdictions can present some barriers.

As with water development, protection of public lands has its challenges. Extractive users, ranchers, recreationalists, and environmentalists struggle with each other and with land-management agencies over appropriate uses of these areas. Yet the wealth of publicly owned land across the United States, especially in the Southwest, is a testament to the willingness of Americans to take proactive steps to prevent the exploitation of resources for the benefit of current and future generations: a sign of a spirit more than capable of tackling the challenges of future climate change.

The Southwest is also leading the economic transformation that has become known as the "green economy," with investments in business ventures that increase energy security, promote sustainability, and reduce environmental impacts (Jones 2009). Colorado and California in particular have supported moves to a green economy where jobs and profits are associated with renewable energy. Colorado has targeted public policy at green energy, attracting venture capital to clean technology of $800 million, and hosting an estimated 17,000 green jobs (see Box 18.5). In Colorado, New Mexico, and Utah, green job growth has outpaced overall job growth (Headwaters Economics 2010). In California, Roland-Holst (2008) estimates that energy efficiency has already generated income savings and created 1.5 million jobs, while redirecting consumption to in-state supply chains. He further estimates that AB 32 (the California Global Warming Solutions Act) will encourage innovation, increase income, and create more than 400,000 new jobs.



**Figure 18.2 Extensive federal lands in the Southwest: A legacy for the future.** This map illustrates the legacy of federal land ownership in the Southwest, covering nearly 30 percent of the entire United States. Protected habitat and ecosystem services ensure sustainable management of resources and may be the greatest insurance policy against losses in the future, because natural resource use and biological species can more easily adapt to rapidly changing climatic conditions. Modified from *The National Atlas of the United States of America* (http://www.nationalatlas.gov; see also http://nationalatlas.gov/printable/images/pdf/fedlands/fedlands3.pdf; accessed October 8, 2012).

Other examples of sustainable choices in the Southwest include those cities and communities that have broken with the western model of sprawl, energy-intensive buildings, and dependence on the automobile, to plan more sustainable communities. Sustainable urbanism in the Southwest has included downtown infill, dry landscaping, water reuse, renewable energy development, green-building standards, and public transport to reduce water and energy use, protect green space, and create more livable cities (see, for example, http://www.lgc.org/freepub/healthy_communities/index.html; Garde 2004; Farr 2007; and Chapter 13). Examples of large developments focused on a new sustainable urbanism in the region include Mesa Del Sol, New Mexico; Civano in Tucson, Arizona; Stapleton, Colorado; Mountain House in San Joaquin County, California; and Santa Monica, California.

## 18.4 Limiting Emissions in the Southwest

To keep human-caused climate change below dangerous levels, the National Research Council (2010d) suggested that the United States and other industrial countries should reduce GHG emissions by 50% to 80% by 2050 compared to 1990 levels. This would give a reasonable chance of keeping atmospheric GHG concentrations below 450 parts per million and limiting overall temperature increases to 3.6°F (2°C) above preindustrial levels. Because annual U.S. carbon dioxide emissions in 1990 were estimated to be 6

gigatons (Gt), a 50% reduction by 2050 would mean reducing emissions to 3 Gt a year, and an 80% cut would be to 1.2 Gt. The NRC estimated that this gives the United States a total carbon budget of 170 Gt to 200 Gt from 2012 to 2050. (The study relied on a wide range of peer reviewed studies and estimated 2008 U.S. emissions to be the equivalent of about 7 Gt of carbon dioxide.) While its recommendation is highly ambitious and challenging, the NRC believes achieving this goal is possible, and more easily so if begun immediately. The study also offers a basket of options for reaching this goal, including choices such as: putting a price on carbon; increasing the energy efficiency of electricity production and transport; moving toward low carbon fuels; increased research and development for carbon capture and storage and new-generation nuclear power generation; and the retirement or retrofit of emission-intensive infrastructure (NRC 2010c, 4–5).

The latest emissions data for $CO_2$ from fossil fuels in the Southwest shows the region is responsible for 13.4% of the U.S. total in 2009, dominated by emissions from California, which ranks second to Texas in overall emissions (see also Chapter 12). The recently released GHG data reported by large facilities (EPA 2012a) shows that the largest emitters in the Southwest are power-generating plants and oil refineries, with only thirty facilities producing 50% of the emissions from all large facilities (EPA 2012b) (Table 18.1).

**Table 18.1** Greenhouse gas emissions by state in the Southwest, shown as $CO_2$ equivalent emissions (in million metric tons [MMT])

| State | $CO_2$ emissions in MMT (2009) | Percent of Region | Percent of U.S. |
|---|---|---|---|
| Arizona | 94 | 12.95 | 1.74 |
| California | 377 | 51.93 | 6.96 |
| Colorado | 93 | 12.81 | 1.72 |
| Nevada | 40 | 5.51 | 0.74 |
| New Mexico | 58 | 7.99 | 1.07 |
| Utah | 64 | 8.82 | 1.18 |
| Region | 726 | 100 | 13.4 |
| **U.S. total** | **5,417** | — | **100** |

Source: http://www.epa.gov/statelocalclimate/state/activities/ghg-inventory.html.

Since data for projections of regionally specific carbon emissions scenarios are not available, an estimate of possible regional emission reductions is provided based on the NRC study cited above (NRC 2010d). Assuming global "business-as-usual" emissions were to increase at 3% per year as assumed in several studies (Nakićenović and Swart 2000; Garnaut 2008), the Southwest would have emissions of about 1,000 million metric

tons (MMT) in 2020 and 2,400 MMT in 2050.[i] Alternatively, using the lower observed U.S. emissions growth rate of 1.2% per year (1990–2007) (http://epa.gov/climatechange/emissions/index.html), the region would have emissions of around 810 MMT in 2020, and approximately 1,090 MMT in 2050.

For the Southwest to contribute its fair share to reducing emissions by 2050, as NRC recommends, the region would need to reduce emissions to about 150 MMT to 350 MMT per year by 2050. Since this is much lower than projected business-as-usual emissions discussed above—as much as a 90% cut by 2050—we conclude that meeting higher emission reduction goals in the Southwest would be very challenging, but not impossible. Any delay in beginning serious emission reductions would make achieving the region's goal of reducing its proportional share that much harder.

Of the states in the region, only California and Colorado have made commitments to reduce their emissions in line with the 50% to 80% reduction recommended by the NRC. California's goal is to reduce emissions by 80% below 1990 levels by 2050 (State of California, Executive Order S-3-05) and Colorado's is to reduce to 80% below 2005 levels by 2050 (State of Colorado, Executive Order D-004-08). Other states have made more modest or non-binding emission reduction commitments—for example, through the 2007 Western Climate Initiative's target of 15% below 2005 levels by 2020—but some of these commitments have been rescinded or not implemented (http://www.c2es.org/states-regions).

Significant emission reductions can be made at low cost or can save money (see Chapter 12). One estimate for the United States showed that significant emissions reductions could be achieved at a cost of less than $50 per ton of avoided emissions and that almost half of these reductions would actually involve money savings especially from energy efficiency (McKinsey 2007) (Figure 18.3). Many of the money-saving options are relevant to the Southwest and are already being implemented through individual and corporate choices or through government incentives and regulation (see, for example, case studies of local communities at http://www.lgc.org/freepub/energy/index.html). Options include reducing overall energy consumption by driving less or adjusting thermostats, more efficient lighting, more efficient electronic equipment, building insulation, more efficient automobiles, power plant retrofits, and methane management at mines. California has adopted many energy-efficiency strategies over the past several decades, and its economy grew by 80% between 1960 and 2008, with no change in per capita electricity use and a savings of $1,000 per household (Kammen, Kapadia and Fripp 2004; Engel and Kammen 2009; Wei, Patadia, and Kammen 2010).

Some researchers also suggest that the Southwest has a comparative advantage and real opportunities in certain areas of emission reductions, which include solar energy, energy-efficiency savings, and low-carbon electric vehicles (Zweibel, Mason, and Fthenakis 2008; Fthenakis, Mason, and Zweibel 2009). New commercial installations of solar concentrating or solar photovoltaic facilities have been located in the Southwest or are under review in California, Colorado, Arizona, and Nevada. These states lead the country with installed solar photovoltaics and concentrated solar (Gelman 2010). The combination of ample cloud-free days and large areas of land, including abandoned industrial sites, farmland, and public land, represent a regional opportunity for this energy supply. Large solar facilities are not without controversy, however, as they can displace native species, disturb the soil, and may conflict with other human uses of the land.



**Figure 18.3  McKinsey Mitigation Cost Curve.** Governments, for-profit and non-profit organizations, and individuals are already taking steps to reduce the causes of climate change in the Southwest. Many low-cost or negative-cost opportunities for emission reductions (particularly energy efficiency and renewable energy) are available. This well-known graphic shows a wide range of actions that incur cost savings (with "negative costs" shown on the left side of the graphic with bars extending below the horizontal line). Actions to the right of the graphic incur increasingly higher costs. The width of each bar associated with a particular action indicates how much carbon could be abated in 2030 throughout the United States if it were implemented fully (in gigatons of carbon per year). Graph based on McKinsey (2007).

## 18.5  Adaptation Options in the Southwest

Many of the chapters in this report show that impacts of climate change are not only expected to occur in the future, but are already beginning to manifest across the Southwest. This implies that reducing emissions (i.e., mitigation) cannot be the only response to climate change. Efforts are now also required to prepare for, plan for, and minimize those impacts that cannot be avoided and turn expected climate changes into opportunities wherever possible (i.e., adaptation).[ii]

**Box 18.1**

## Case Studies of Climate Choices for a Sustainable Southwest

### Federal Lands and Agency Planning in the Southwest

Federal land and resource management agencies are beginning to incorporate climate change considerations into planning, although efforts are not consistent across agencies (Jantarasami, Lawler, and Thomas 2010). A 2009 Secretarial Order issued at the Department of the Interior spurred individual agencies to begin to incorporate adaptation into individual decisions. The National Park Service's Climate Change Response Program aims to protect park resources from climate change impacts while also using parks to develop knowledge about ecosystem impacts from climate change. A survey of federal land managers in three states in 2011 (Colorado, Wyoming, and Utah) showed that only 6% of their offices were carrying out adaptation plans, but another 25% percent were in the process of developing plans (Archie et al. 2012). A majority were either not currently planning for climate change adaptation (47%) or did not know the status of adaptation planning in their office (24%). Preliminary data indicate that there is some difference in the level of planning among agencies, with the U.S. Fish and Wildlife Service planning at a significantly higher rate than its sister agencies, but it is too early to say why this may be the case. The National Park Service has adopted a range of actions to meet the challenges of climate change in the Southwest region including efforts to reduce energy consumption with a goal of carbon neutrality and through the Climate Friendly Parks program which provides parks with tools to address climate change, including emissions inventories, action plans, and outreach support.

This section focuses on adaptation and basic approaches to it and provides examples of activities already being undertaken. *America's Climate Choices* (NRC 2010a) provides a starting point to lay out a fundamental way of thinking about adaptation to climate change. In it, adaptation is essentially viewed as a challenge in risk management. The Southwest is no stranger to climate-related risks, such as drought, heat extremes, floods, high-wind storms, wildfires, heavy snowfall in the mountains, and cold snaps (Chapters 4, 7, and 8). To reduce the risks from these events in the past, the region's residents, businesses, and planners devised a number of mechanisms, including early warning systems, emergency planning, irrigation systems, building codes, and insurance policies. As the historical patterns of extreme weather events change with a warmer, drier regional climate, the Southwest will need these and additional risk-management tools to prepare for the future so that disruptive events do not become disasters.

Risk management in the face of an uncertain future climate—as defined and discussed in detail in *America's Climate Choices* (NRC 2010a, 2010c)—entails a number of characteristics and iterative, inclusive processes to implement over time. These characteristics and processes are summarized here as generic components that will apply to many if not most adaptation strategies as they are implemented in different sectors:

- **Risk identification, vulnerability assessment, and evaluation**. Scientists and stakeholders jointly identify projected changes in the climate and relevant consequences for particular regions or sectors in light of existing or expected social, economic, and ecological vulnerabilities.

- **Development and assessment of adaptation strategies**. Stakeholders, decision makers, scientists, and engineers assess the costs, benefits, feasibility, and limits of a range of adaptation options.

- **Iterative decision making and deliberate learning**. Many pro-active adaptation decisions will need to be made without "perfect" knowledge of what the future may hold, thus requiring frequent revisiting of decisions and making deliberate efforts at monitoring outcomes and reevaluating them in light of changing knowledge, changing climate, non-climatic stressors, and policy contexts. (This idea and many of those that follow are addressed further in Chapter 19.)

- **Maximizing flexibility**. Whenever decisions with long-term (greater than 30 years) implications can be made incrementally, future risks will be minimized if options for course changes are not foreclosed immediately.

- **Enhancing robustness**. Whenever decisions with long-term implications are being made that can be reversed only at major expense (if at all), future climate risks (and the odds of investing in the wrong option) will be minimized if the considered option(s) will work under a range of plausible future scenarios.

- **Ensuring durability**. To avoid or minimize a perception of economic and social uncertainty, investors, homeowners, and others require some stability to make decisions. Some degree of durability of decisions is needed, with rational adjustments allowed over time.

- **Having a portfolio of approaches**. In a rapidly changing, complex environment, simplistic "fixes," narrow sectoral approaches, or reliance on only a small set of options used in the past are typically insufficient to meet future challenges.

- **Focusing on "no-regrets" options whenever possible**. While any adaptation strategy may involve benefits for some and disadvantages for others, "no-regrets" options are understood as those that would—regardless of the exact unfolding of future climate change—provide the benefit of reducing vulnerability or increasing resilience. For example, improving access for poor, less mobile populations to cooling centers during heat waves would already be beneficial, and will be even more beneficial if and when heat extremes become more common, even if there is some cost involved in providing this service to those currently disadvantaged populations.

- **Focusing on "low-hanging fruit."** Such options are those that are useful for reducing climate risks, are relatively easy to implement, and may not cost much. Examples are avoiding placing more people and assets at risk, improving early-warning or disaster preparedness and response systems, and building climate-change considerations into existing plans for ecosystem restoration or floodplain management.

- **Focusing on building adaptive capacity**. Another very useful strategy already being pursued by a number of institutions and governments in the Southwest—is

to build the capacity to address climate change impacts in the future, including improving understanding of the problem, educating and building awareness among citizens, establishing collaborative ties with others, improving data sharing and communication, setting up stakeholder engagement processes, and developing funding mechanisms.

---

**Box 18.2**

*Case Studies of Climate Choices for a Sustainable Southwest*

*Private Sector Responses in the Southwest: Levi Strauss*

Levi Strauss & Co. (LS&CO) is a retail company based in California that has started to take steps to mitigate its contribution to climate change. It groups its climate-related goals under three categories: (1) reducing climate-change impacts resulting from production (supply chain focus); (2) reducing impacts from its facilities; and (3) promoting environmentally friendly use and disposal of its products. Since 2007, LS&CO has reduced carbon emissions by 5.84%; this reduction came despite a 6% increase in its real-estate portfolio. The company launched a "Levi's® Water<Less™" jeans product line that reduces both water and

energy consumption. LS&CO was also active in supporting The California Global Warming Solutions Act (AB 32) and joined the campaign against Prop 23 that aimed to overturn AB 32 (see also Box 18.4). LS&CO supports a non-profit program focused on teaching irrigation and rainwater-capture techniques in India, Pakistan, Brazil, and Central Africa. Currently 5% of the cotton used in its jeans production is grown using sustainable methods and the company aims to increase this to 20% by 2015.

Source: http://www.levistrauss.com/about/public-policy/environment.

---

Table 18.2 identifies some of the many options for adapting to climate change in the Southwest, many of which are mentioned in earlier chapters of this report. In addition to adaptation options for specific sectors, any jurisdiction can take steps to develop integrated adaptation plans. This is already being pursued by several entities in the Southwest, including the Western Governors Association, stakeholders in San Diego Bay, the cities of Los Angeles, Salt Lake, San Francisco, and Tucson, the state of California, and a number of regional water utilities.

The actual and potential capacity to adapt to climate variability and change exists at a variety of scales and involves a number of institutions across the Southwest. At a local scale, efforts like watershed protection and restoration conducted by non-governmental organizations and other institutions could minimize potential climate impacts to habitats and ecosystem services (e.g., Carpe Diem West 2011). More formally, a number of municipalities and counties have developed climate adaptation assessments or plans aimed at preparing for future impacts. For example, eight municipalities in the Southwest have formed the Regional Climate Adaptation Planning Alliance to develop

a common approach for individual adaptation efforts. Local water providers in Phoenix and Denver have been downscaling climate model data to estimate potential impacts on streamflow, and thus on their long-term water supplies. They are now beginning to explore flexible and incremental actions to respond to such changes if they occur (Quay 2010).

**Table 18.2** Adaptation options relevant for the Southwest

| Sector | Example Adaptation Strategies |
|---|---|
| Agriculture | Improved seeds and stock for new and varying climates (and pests, diseases), increase water use efficiency, no-till agriculture for carbon and water conservation, flood management, improved pest and weed management, create cooler livestock environments, adjust stocking densities, insurance, diversify or change production. |
| Coasts | Plan for sea level rise—infrastructure, planned retreat, natural buffers, land use control. Build resilience to coastal storms—building standards, evacuation plans. Conserve and manage for alterations in coastal ecosystems and fisheries. |
| Conservation | Information and research to identify risks and vulnerabilities, secure water rights, protect migration corridors and buffer zones, facilitate natural adaptations, manage relocation of species, reduce other stresses (e.g., invasives) |
| Energy | Increase energy supplies (especially for cooling) through new supplies and efficiency. Use sustainable urban design, including buildings for warmer and variable climate. Reduce water use. Climate-proof or relocate infrastructure. |
| Fire management | Use improved climate information in planning. Manage urban-wild land interface. |
| Forestry | Plan for shifts in varieties, altered fire regimes, protection of watersheds and species. |
| Health and emergencies | Include climate in monitoring and warning systems for air pollution, allergies, heat waves, disease vectors, fires. Improve disaster management. Cooling, insulation for human comfort. Manage landscape to reduce disease vectors (e.g., mosquitos). Public health education and training of professionals. |
| Transport | Adjust or relocate infrastructure (coastal and flood protection, urban runoff), plan for higher temperatures and extremes. |
| Urban | Urban redesign and retrofit for shade, energy, and water savings. Adjust infrastructure for extreme events, sea-level rise. |
| Water management | Enhance supplies through storage, transfers, watershed protection, efficiencies and reuse, incentives or regulation to reduce demand and protect quality, reform or trade water allocations, drought plans, floodplain management. Use climate information and maintain monitoring networks, desalinate. Manage flexibly for new climates not stationarity. |

Source: Smith, Horrocks et al. (2011); Smith, Vogel et al. (2011).

---

**Box 18.3**

### *Case Studies of Climate Choices for a Sustainable Southwest*

#### *Cities Responding to Climate Change in the Southwest*

Cities are emerging as the leaders in setting policies, preparing risk assessments, and setting targets for the reduction of GHG emissions (Rosenzweig 2010; see also Chapter 13). Organizations such as ICLEI, the World Mayors Council on Climate Change, and the C40 Cities Climate Leadership Group have provided successful venues for cities to raise awareness and disseminate best practices (Zimmerman and Faris 2011). Nationwide most of the climate action at the city level is still focused on mitigation (Wheeler 2000; http://www.icleiusa.org/) and recent assessments of these mitigation efforts have been critical of their likelihood to reach stated goals (Willson and Brown 2008). In the Southwest, more than 140 cities are members of ICLEI. Success stories include Fort Collins, Colorado, which has not increased its annual GHG emissions since 2005 despite 5% population growth. Fort Collins is hoping to reduce emissions by 80% below 2005 levels by 2050 (Karlstrom 2010). Salt Lake City, Utah, reduced its GHG emissions by 31% between 2005 and 2009 (Zimmerman and Faris 2011). Cities such as Los Angeles; Boulder City, Nevada; and Pleasanton, California, are also promoting initiatives to expand locally based renewable energy initiatives (Zimmerman and Faris 2011).

---

Several states have also begun adaptation planning efforts (see Center for Climate and Energy Solutions 2012; Georgetown Law Center 2012). Although California is the only state in the region to have completed a state adaptation plan (see Box 18.4), climate action plans in Arizona, New Mexico, and Colorado call for the development of statewide adaptation activities, and in some sectors—such as water management—adaptation activities are already underway (Chou 2012). Many local governments are also engaging in adaptation planning; to date more than 140 cities in the Southwest are members of ICLEI—Local Governments for Sustainability.[iii] To facilitate such adaptation planning, nine western utilities—together with several from other U.S. regions—have formed the Water Utility Climate Alliance and have been funding research on adaptation strategies for water utilities. This includes a study on advancing climate modeling (Barsugli et al. 2009) and methods for planning adaptation under uncertainty (Means et al. 2010).

## 18.6 Linking Mitigation and Adaptation

To move toward greater sustainability, both adaptation and mitigation efforts are needed and in some organizations (and households) the same person or group of decision makers are responsible for both activities. While both types of activities have distinct goals, their interaction has four possible outcomes: (1) mitigation positively supports the achievement of adaptation goals; (2) mitigation undermines the achievement of adaptation goals; (3) adaptation supports the achievement of mitigation goals (emission

---

**Box 18.4**

### *Case Studies of Climate Choices for a Sustainable Southwest*

#### *California's Climate Policy History and AB 32*

The history of climate-change policy making in California is longer than in most other states (Franco et al. 2008). Beginning in 1988, Assembly Bill 4420 (AB 4420) called on the California Energy Commission to lead the preparation of the first scientific assessment of the potential impacts of climate change and of policy options to reduce GHG emissions. It took until 2000 before the first steps were taken to regulate GHG emissions, when Senate Bill 1771 created the non-profit California Climate Action Registry (CA Registry), allowing state organizations to register and track their voluntary emission reductions. Shortly thereafter in 2002, the assembly passed the so-called "Pavley bill" (AB 1493), a ground-breaking law which led to the regulation of GHG emitted from automobiles. After an executive order was signed by Governor Arnold Schwarzenegger in June 2005 (S-3-05), the California state assembly then passed the California Global Warming Solutions Act (AB 32) in 2006, committing the state to reduce GHG emissions statewide by 80% below 1990 levels by mid-century, with an interim goal of capping emissions at 1990 levels by 2020. Several additional laws have been passed since in support of these policy goals, including requirements to generate a growing percentage of electricity from renewable energy and to develop integrated land use and transportation strategies (Franco et al. 2008; NRC 2010c, Box 2.1). Contrary to widespread concerns, the climate-policy initiatives in California appear to have positive economic impacts on the state economy in terms of jobs generated and technological innovation spurred (Roland-Holst 2008; Berck and Xie 2011).

---

reductions); and (4) adaptation undermines the achievement of mitigation goals. Because funding is often limited and alternatives are not always feasible, in some instances adaptation may have to be chosen even though it increases emissions, or one type of effort must be focused on one rather than the other because of mandates. For example, heat wave response may require extra air conditioning in public buildings or extra groundwater pumping, even when this increases emissions because other options such as desalination are too expensive or simply not available in the near-term. Some renewable energy options may require more water use, thus adding to adaptation challenges. It is important to examine the interaction of mitigation and adaptation in the Southwest because it can help maximize potential co-benefits and reduce potential trade-offs if they cannot entirely be avoided (Scott and Pasqualetti 2010). To the extent trade-offs are perceived by interested stakeholders, they can pose barriers to progress, and thus need careful consideration (Moser 2012). Table 18.3 lists examples of activities particularly relevant in the Southwest region that illustrate these interactions.

While trade-offs should be avoided, stand-alone climate policies that pursue only mitigation or adaptation goals should not be disfavored if they are well indicated and demonstrably useful even if they do not have explicit co-benefits for other policy goals. This may entail difficult political challenges, as it is reasonable to expect that there will

be times when true sustainability and successful adaptation require hard choices, including convincing stakeholders that what they perceive as harmful to them could be beneficial to them and the larger community and environment in the long term.

---

**Box 18.5**

### *Case Studies of Climate Choices for a Sustainable Southwest*

#### *Colorado's Green Economy*

Colorado has a strong focus on the fast-growing clean-energy economy. Between 1998 and 2007, jobs in the U.S. clean-energy sector grew by 9.1%, while those in Colorado's clean-energy sector grew by 18.8% (Pew Charitable Trusts 2009). Colorado has one of the most aggressive Renewable Portfolio Standards (RPS)—a requirement to produce a certain amount of energy from renewable sources—with 30% of energy to be sourced from renewable energy by 2020, according to Headwaters Economics (2010). This RPS was doubled from its previous target when lawmakers observed the ease with which it was being met,

together with an influx of jobs in rural areas. Colorado has provided a variety of incentives to promote its clean-energy growth, including direct funding for renewable energy development targeted at residential and commercial buildings. In 2009 Colorado implemented an Energy Efficiency Resource Standard with the goal of achieving 11.5% energy savings by 2020 for investor-owned utilities. Colorado was ranked fifth nationally in terms of total venture capital investment in clean energy between 2006 and 2008, with almost $800 million invested in clean technologies.

---

## 18.7  Barriers to Planning for and Implementing Climate Solutions

As adaptation has become a focus of public policy, many states, local governments, tribes, for-profit and non-profit organizations, and individuals have encountered impediments to the development and implementation of mitigation and adaptation efforts. At the same time, researchers have made progress in documenting and examining these impediments, including in the Southwest.

The National Research Council distinguished four basic groups of barriers to climate action: (a) inadequate information and experience, (b) inadequate institutional support, (c) lack of resources and technology, and (d) behavioral impediments (NRC 2010a). These barriers were also found for mitigation (NRC 2010d) and are echoed in other studies (e.g., Post and Altman 1994; Verbruggen et al. 2009; Gifford, Kormos, and McIntyre 2011). More recent studies provide much more detailed insights into the range of impediments that decision makers encounter (e.g., Amundsen, Berglund, and Westskog 2010; Burch 2010; Storbjörk 2010; Ekstrom, Moser, and Torn 2011; Measham et al. 2011; McNeeley 2012; Moser and Ekstrom 2012).

**Table 18.3** Examples of synergies and trade-offs between regionally relevant mitigation and adaptation activities and climate-change impacts

| | | |
|---|---|---|
| **Mitigation supports Adaptation** | Reforestation increases carbon storage and improves water resources. | Jimenez et al. 2009 |
| | Moving from water-cooled concentrating solar power plants in California and Nevada toward dry cooling  helps reduce water needs for the energy sector and leaves resources available for other users. | Schultz, Shelby, and Agogino 2010 |
| | Increased urban tree cover increases carbon storage and shading, resulting in lower cooling-energy demand and fewer heat-related health risks. | Blate et al. 2009 |
| | Installation of renewable energy systems in homes, farms, and tribal land, as well as building retrofits to increase insulation and energy efficiency reduce emissions and produce high-quality jobs, thus increasing income-generating opportunities for communities and lowering their vulnerability to change. | Averyt et al. 2011; Nowak, Crane, and Stevens 2006; Pataki et al. 2006; Chen et al. 2011 |
| **Mitigation undermines Adaptation** | Carbon capture and storage from coal-burning power plants increases demand on and creates greater competition for regionally scarce water resources. | Averyt et al. 2011 |
| | As hydroelectric power generation declines because of decreased precipitation, water supplies may become insufficient to meet all human and environmental needs, and the power deficit may be made up from $CO_2$-emitting sources. | Giridharan et al. 2007 |
| | Power generation has occasionally depleted aquifers in the Southwest. | |
| | Power plants dependent on water cooling will release warmed waters into already warmer rivers and streams, adding further stress on aquatic plants and animals and reducing water quality. | |
| | The move to renewable energy can be water intensive: U.S. nuclear power plants may require as much as eight times more freshwater than natural gas plants per unit of electricity generated and 11 % more than coal plants. Some concentrating solar power plants consume more water per unit of electricity than the average coal plant. | |
| | More compact coastal urban design (to reduce transportation-related emissions) may increase the urban heat island effect and could concentrate development in hazardous areas (such as floodplains). | |
| **Adaptation supports Mitigation** | Improved forest fuel management (and reduction) decreases the risk of devastating wildfires (and thus large releases of carbon into the atmosphere), and thus maintains watershed health, reduces the risk of landslides, soil erosion, and destruction of infrastructure, and better preserves scarce water resources. | Carpe Diem West 2011 |

| **Table 18.3** | Examples of synergies and trade-offs between regionally relevant mitigation and adaptation activities and climate-change impacts (Continued) | |
|---|---|---|
| Adaptation supports Mitigation | Efforts to increase rainwater infiltration on the land to improve water security and reduce the risk of sewer overflows and flooding during extreme rainfall events also reduces the need for energy-intensive sewage treatment and pumping. | Borel 2009; Waterfall 2006; PWA 2010; DeLaune and White 2011 |
| | Coastal seagrass bed and wetland restoration increases carbon uptake and increases coastal protection against storms [1]. | |
| Adaptation undermines Mitigation | Desalinization of seawater to increase local water security during drought years is a highly energy-intensive adaptation options, thus increasing $CO_2$ emissions (unless the desalination plant is solar-powered). | DOE 2006; Stokes and Horvath 2006; Lofman, Petersen, and Bower 2002 |
| | Increased pumping for groundwater and increased recharge of depleted groundwater aquifers is energy-intensive and thus, typically, increases $CO_2$ emissions. | Biesbroek, Swart, and van der Knaap 2009 |
| | Relocation of residents out of floodplains in ways that increase the overall need for driving increases one-time relocation-and rebuilding-related emissions and possibly increases transportation-related emissions. | Boden, Marland, and Andres 2011 |
| | Extensive fortification of coastlines against sea-level rise and coastal flooding with seawalls also increases $CO_2$ emissions from cement. | |

Note: [1] Additional benefits and cost savings may arise if sediment trapped in nearby bays or channels is used to help wetlands build up vertically; carbon storage benefit may be smaller if coastal storms cause severe damage to wetlands.

For example, in a survey of over 600 federal public land managers in Colorado, Wyoming, and Utah (Dilling 2012), lack of funding and lack of information (including both the uncertainty of information and its usefulness) were both ranked highly as barriers in moving forward to plan or implement adaptation strategies for climate change. Lack of specific agency direction was also mentioned as a key barrier. Public perception, including the perceived lack of importance and lack of demand from the public to take action on climate change may also act as hurdles in preparing for climate change. A perhaps unique challenge for public lands and other resources governed by federal law such as interstate water compacts (i.e., the Colorado River Compact) is that they have a decision process and legal framework that was developed under an assumption of climate stationarity—the concept that patterns of past climate provide a reasonable expectation of those of the future—an assumption that is no longer valid (Milly et al. 2008; Ruhl 2008). The legal framework defining decision making on public lands is likely to be another barrier to making adaptive decisions.

**Box 18.6**

## Case Studies of Climate Choices for a Sustainable Southwest

### Energy and Climate in the Southwest

With all states in the Southwest implementing Renewable Portfolio Standards (RPS), the development of renewable energy sources is thriving across the region. Taking advantage of its unique position at the intersection of three of the country's ten major electrical grids as well as its natural resources, New Mexico has the potential to become a major hub for renewable energy with a proposed Tres Amigas "superstation" linking to the Electric Reliability Council of Texas, the Southwest Power Pool, and the Western Electricity Coordinating Council. New Mexico's RPS requires 10% of its energy to be generated from renewable sources by 2011, with an increase to 20% by 2020. The state is capitalizing on its diverse renewable energy potentials, including wind, solar, geothermal, and biofuels. To encourage the increased production and demand for alternative and renewable energy, New Mexico is implementing a variety of tax credits, tax deductions, and innovation funds. In addition, the state is expanding green-job training as well as research and development of clean technology across the state (as through the new North American Wind Research and Training Center, which partners with Sandia National Laboratories and New Mexico State University) (Thorstensen and Nourick 2010).

**Box 18.7**

## Case Studies of Climate Choices for a Sustainable Southwest

### Salt Lake City's Emission Reduction Efforts

Salt Lake City is striving to reduce GHG emissions from municipal operations by 3% per year for the next ten years. By 2040, the city aims to reduce emissions by 70% (EPA n.d.). EPA and DOE have awarded an ENERGY STAR Award for Excellence to the Utah Building Energy Efficiency Strategies (UBEES), a coalition of government agencies, members of the building industry, and stakeholders, for their energy efficiency and renewable energy goals (Energy Star Program n.d.). Utah aims to source 20% of its energy from renewable energy sources by 2025. The state also aims to improve energy efficiency 20% by 2015 (Energy Star Program n.d.). Utah's first commercial wind power project generates nearly 19 MW of energy through an urban wind turbine installation. Located in Spanish Fork, a city of 32,000 located fifty miles south of Salt Lake City, the project is a remarkable example of small-scale renewable energy production that faced many political, market, and social barriers and overcame them successfully through a transparent and patient stakeholder engagement process (Hartman, Stafford and Reategui 2011).

A detailed study on barriers to adaptation focused on four local coastal communities (two cities and two counties) and a regional process in San Francisco Bay (Moser and Ekstrom 2012). Its findings were extended through a survey of coastal communities along the entire California coastline (Hart et al. 2012), thus allowing for verification and generalization. The case study found institutional- and governance-related barriers to be the leading impediments to greater adaptation planning and implementation, followed by attitudinal and motivational barriers among the individuals and groups involved. Economic barriers mattered also, even in some of the wealthiest communities in that region (and the nation). Multiple lines of evidence confirmed the importance of institutional, individual, and economic barriers, which is also echoed in the broader literature. At the same time, the study revealed that communities have significant leverage over the barriers they face in the "here and now," as well as many important advantages, and assets that either help avoid barriers in the first place, or help overcome them if they are encountered. To move beyond barriers created through decisions made in the past or at other levels of governance, as well as to manage obstacles resulting from entrenched local political dynamics and pressures, communities need assistance from higher levels of governance (see also Chapter 9, Section 9.5).

To help overcome the barriers that prevent communities, organizations, and businesses from planning for a climate-altered future or that pose time-consuming and costly obstacles to those ready to implement mitigation and adaptation actions, several critical steps can be taken. Much of the adaptation activity to date can be characterized as building capacity (including gathering relevant information, assessing risks, educating decision makers and affected stakeholders, and improving communication and cross-sectoral and cross-scale collaboration) (Moser and Ekstrom 2010, 2012). Several categories of supporting activities can be broadly categorized into cooperation and collaboration (across scales, agencies, public/private), market mechanisms (e.g., trading systems, pricing, valuing ecosystem services), legal reforms, mandates and standards, education, information and decision support, and—to move any and all of these forward—both technical and political leadership. Framing responses in terms of water conservation or energy efficiency, for example, may be more effective than making explicit links to climate change for some Southwest residents who are confused by the debate over climate science (Nisbet 2009; Resource Media 2009).

## 18.8 Coping with the Risks of Rapid Climate Changes

There is a risk that climate change might bring unacceptably large, sudden, or abrupt changes to the Southwest (see Chapter 7) and elsewhere, such as multi-decadal droughts, shifts to significantly higher temperatures (e.g., +3°F) in less than ten years, sea-level rise that is much faster than what has historically occurred, dramatic shifts in ecosystems (crossing of local- or larger-scale tipping points), or significant increases in the incidence of climatic extremes (Lindenmayer et al. 2010; Park et al. 2011; Smith, Horrocks et al. 2011). Even if such changes prompted steep emission reductions globally, the lags in the climate response would make it difficult to immediately stabilize the climate. Should such a scenario unfold, the Southwest may need to consider more dramatic and transformational adaptations to a changed climate (Smith, Horrocks et al. 2011; Kates, Travis and Wilbanks 2012; O'Brien 2012) or push for large-scale manipulations of the climate (also called geoengineering).

In conditions of water scarcity, for example, choices would need to be made about water-allocation priorities that would challenge traditional water rights in the West. Agriculture and ranching might need to shift into different places or species. Desalination and water reuse might become much more viable and socially acceptable options and urban areas might need to transform water use (Larson et al. 2005). Coastal settlements and infrastructure, as well as valued ecosystems, might need to be relocated on short timescales and thus possibly at considerable cost. Southwestern residents would need to consider their positions and choices on geoengineering options, which involve intentional interventions in the carbon cycle or in solar radiation to cool the planet (Victor et al. 2009; Caldeira and Keith 2010).

---

**Box 18.8**

### Case Studies of Climate Choices for a Sustainable Southwest

#### Private Sector Responses in the Southwest: Freeport McMoRan mining

Multinational mining corporation Freeport Mc-MoRan, based in Phoenix, operates eight copper mines in Arizona, Colorado, and New Mexico and has responded to environmental concerns, including climate change, by developing solar energy facilities in two Arizona mining communities, Bagdad and Ajo, and completing GHG inventories. Most of its emissions are from materials transport and the company states it is focusing on improved fuel consumption. As a global business, Freeport McMoRan report to the Global Reporting Initiative and Carbon Disclosure Project. In 2010 the company reported worldwide emissions of 10 MMT; it is working on overall emission reduction plans, energy efficiency, and carbon offsets (http://www.fcx.com/envir/wtsd/pdf-wtsd/2010/WTSD_Bk_2010.pdf).

---

## 18.9  Research Gaps

A significant amount of general knowledge about mitigation and adaptation options is available to Southwest stakeholders. Few of these options have specifically assessed the costs, legal feasibility, or possible trade-offs of climate solutions with other policy goals. Thus, the practical basis for informed decision making is still relatively weak, even if much is known in general about possible climate responses. Tracking and evaluation of mitigation and adaptation activities is missing. Research on private sector actions is especially difficult and therefore largely missing. In addition, little has been done to evaluate plans and responses already underway and to assess the effectiveness of secondary actions that indirectly contribute to climate responses. For example, claims of climate action undertaken for other reasons such as energy or food security need to be assessed for their impacts. Other key research gaps include the analysis of trade-offs and of the long-term implications of choices on environmental impacts, vulnerability, and economic well-being.

The least developed or understood solutions are generally those that require deeper intervention in the various systems, such as through legal changes (for example, to water rights) or large-scale market mechanisms (for example, a functional regional carbon-trading scheme). Similarly, understanding the potential impacts of geoengineering interventions on many systems—regional climate, crop production, water availability, and human well-being—is a considerable challenge.

With key agencies, collaborative projects, and universities actively engaged in use-inspired[i] climate research, the Southwest is uniquely endowed with research centers that have considerable expertise in developing effective relationships with stakeholders and decision makers and in developing decision-relevant information (Table 18.4). A fair amount is understood about how to do this well, and the Southwest may well lead the nation in this regard. The demand for use-inspired research and decision support is growing rapidly, and there is a growing need to expand the expertise and capacity to deliver on this need. Scaling up the capacity-building efforts among decision makers to understand and meet the challenges involved in risk management in the face of rapid changes must also be a priority.

**Table 18.4**  Climate science and assessment example activities in the Southwest

| Type of Organization | Specific Programs in the Southwest | Geographic Scope of Program | Description and Mission |
|---|---|---|---|
| Regional Integrated Sciences and Assessments (RISAs; funded by NOAA) | Western Water Assessment *wwa.colorado.edu* | CO, UT | Identifying regional vulnerabilities to and impacts of climate variability and change, and developing information, products, and processes to assist decision makers throughout the Intermountain West. |
| | Climate Assessment for the Southwest *climas.arizona.edu* | AZ, NM | Improving the region's ability to respond sufficiently and appropriately to climatic events and climate changes. |
| | California-Nevada Applications Program *meteora.ucsd.edu/cap* | CA, NV | Developing and providing better climate information and forecasts for decision makers in California, Nevada, and the surrounding region. |
| Climate Science Center (CSC; funded by Department of the Interior) | *doi.gov/csc/southwest* | Entire Southwest | Providing scientific information, tools, and techniques that land, water, wildlife, and cultural-resource managers and other interested parties can apply to anticipate, monitor, and adapt to climate and ecologically driven responses at regional-to-local scales. |

**Table 18.4** Climate science and assessment example activities in the Southwest (Continued)

| Type of Organization | Specific Programs in the Southwest | Geographic Scope of Program | Description and Mission |
|---|---|---|---|
| Landscape Conservation Cooperatives (LCCs; funded by Dept. of the Interior) | California LCC *californialcc.org* | Portions of CA | LCCs are public-private partnerships that complement and build upon existing science and conservation efforts—such as fish habitat partnerships and migratory bird joint ventures—as well as water resources, land, and cultural partnerships as part of the Department of the Interior's collaborative, science-based response to climate change. |
| | Desert LCC *usbr.gov/WaterSMART/lcc/desert.html* | Portions of AZ, CA, NM, NV | |
| | Southern Rockies LCC *doi.gov/lcc/Southern-Rockies.cfm* | Portions of AZ, CO, NM, UT | |
| | Great Plains LCC *greatplainslcc.org* | Portions of CO and NM | |
| | Great Basin LCC *blm.gov/id/st/en/prog/Great_Basin_LCC.html* | Portions of CA, NV, and UT | |
| | North Pacific LCC *fws.gov/pacific/Climatechange/nplcc/* | Portions of CA | |
| | Great Northern LCC *nrmsc.usgs.gov/gnlcc* | Portions of CO and UT | |
| NOAA Regional Climate Services | NOAA Western Region RCSD *noaaideacenter.org/rcsd/west/* | Entire Southwest | Building and strengthening regional partnerships to better assess and deliver regionally focused climate science and information products and services to help people make informed decisions in their lives, businesses, and communities. |
| Bureau of Reclamation | Colorado River Basin Water Supply & Demand Study *www.usbr.gov/lc/region/programs/crbstudy.html* | Colorado River Basin | Defining current and future imbalances in water supply and demand, and developing and analyzing adaptation and mitigation strategies to resolve those imbalances. |

**Table 18.4**  Climate science and assessment example activities in the Southwest (Continued)

| Type of Organization | Specific Programs in the Southwest | Geographic Scope of Program | Description and Mission |
|---|---|---|---|
| The Nature Conservancy | Southwest Climate Change Initiative *conserveonline.org/workspaces/ climateadaptation/documents/ southwest-climate-change- initiative-0/view.html* | AZ, CO, NM, UT | Providing guidance to conservation practitioners and land managers in climate change adaptation planning and implementation on more local scales. |
| Northern Arizona University Institute for Tribal Environmental Professionals | Southwest Tribal Climate Change Network *www4.nau.edu/itep/ climatechange/tcc_SWProj.asp* | AZ, NM | Identifying existing tribal climate change efforts being undertaken in Arizona and New Mexico; assessing tribal research and information needs regarding climate change issues; and developing strategies for meeting those needs. |
| University of Arizona Institute of the Environment | Southwest Climate Change Network *southwestclimatechange.org* | AZ, NM | Fostering a dialog and exchange of science and policy information among climate experts, other scientists, natural resource managers, utility providers, policy and decision makers, community groups, the public, and the media about climate-change issues in the Southwest. |
| Desert Research Institute | Western Regional Climate Center *wrcc.dri.edu* | Entire Southwest | Tracking and disseminating high quality climate data and information for the Western United States; fostering better use of climate data in decision making; conducting applied climate research; improving the coordination of climate-related activities. |
| Multi-university | Southwest Climate Alliance *southwestclimatealliance.org* | Entire Southwest | Working with the Southwest Climate Science Center to help regional stakeholders meet the needs of climate variability and change. |
| Multi-agency | Western Mountain Initiative *westernmountains.org* | Entire Southwest | Scientists from USGS and U.S. Forest Service working to understand responses of Western mountain ecosystems to climate variability and change. |
| Arizona State University | Decision Center for a Desert City *http://dcdc.asu.edu/* | AZ | Conducting climate, water, and decision research and developing innovative tools to bridge the boundary between scientists and decision makers and put this work into the hands of those whose concern is for the sustainable future of Greater Phoenix. |

## References

Amundsen, H., F. Berglund, and H. Westskog. 2010. Overcoming barriers to climate change adaptation - a question of multilevel governance? *Environment and Planning C: Government and Policy* 28:276–289.

Archie, K. M., L. Dilling, J. B. Milford, and F. C. Pampel. 2012. Climate Change and Western Public Lands: a Survey of U.S. Federal Land Managers on the Status of Adaptation Efforts. Ecology and Society 17 (4):C7-20.

Averyt, K., J. Fisher, A. Huber-Lee, A. Lewis, J. Macknick, N. Madden, J. Rogers, and S. Tellinghuisen. 2011. *Freshwater use by U.S. power plants: Electricity's thirst for a precious resource.* A report of the Energy and Water in a Warming World Initiative. Cambridge, MA: Union of Concerned Scientists.

Barsugli, J., C. Anderson, J. B. Smith, and J. M. Vogel. 2009. *Options for improving climate modeling to assist water utility planning for climate change.* N.p.: Water Utility Climate Alliance.

Berck, P. and L. Xie. 2011. A policy model for climate change in California. *Journal of Natural Resources Policy Research* 3:37–47.

Biesbroek, G. R., R. J. Swart, and W. G. M. van der Knaap. 2009. The mitigation-adaptation dichotomy and the role of spatial planning. *Habitat International* 33:230–237.

Blate, G. M., L. A. Joyce, J. S. Littell, S. G. McNulty, C. I. Millar, S. C. Moser, R. P. Neilson, et al. 2009. Adapting to climate change in United States national forests. *Unasylva* 60:57–62.

Boden, T., G. Marland, and B. Andres. 2011. Global $CO_2$ emissions from fossil-fuel burning, cement manufacture, and gas flaring: 1751-2008. Oak Ridge, TN: Oak Ridge National Laboratory, Carbon Dioxide Information Analysis Center. http://cdiac.ornl.gov/ftp/ndp030/global.1751_2008.ems.

Borel, V. 2009. *Rain gardens.* N.p.: California Sea Grant Extension / University of California Cooperative Extension. Green Sheet Series No. 3. http://www-csgc.ucsd.edu/BOOKSTORE/Resources/GS3%20Rain%20Gardens_8-10-09.pdf.

Burch, S. 2010. Transforming barriers into enablers of action on climate change: Insights from three municipal case studies in British Columbia, Canada. *Global Environmental Change* 20:287–297.

Caldeira, K., and D. W. Keith. 2010. The need for climate engineering research. *Issues in Science and Technology* 27:57–62.

Carpe Diem West. 2011. *Watershed investment programs in the American West. An updated look: Linking upstream watershed health and downstream security.* Sausalito, CA: Carpe Diem West.

Center for Climate and Energy Solutions. 2012. State adaptation plans. http://www.c2es.org/us-states-regions/policy-maps/adaptation.

Chen, F., S. Miao, M. Tewari, J-W. Bao, and H. Kusaka. 2011. A numerical study of interactions between surface forcing and sea-breeze circulations and their effects on stagnation in the greater Houston area. *Journal of Geophysical Research* 116: D12105, doi: 10.1029/2010JD015533.

Chou, B. 2012. *Ready or not: An evaluation of state climate and water preparedness planning.* NRDC Issue Brief IB:12-03-A. Washington, DC: Natural Resources Defense Council.

Clawson, M. 1983. *The federal lands revisited.* Baltimore: Johns Hopkins University Press.

DeLaune, R. D., and J. R. White. 2011. Will coastal wetlands continue to sequester carbon in response to an increase in global sea level? A case study of the rapidly subsiding Mississippi river deltaic plain. *Climatic Change* 110:297–314.

Dilling, L. 2012. Climate adaptation barriers and opportunities in the United States: A focus on policy and decision making at the sub-national scale. Poster presented at *Planet Under Pressure International Conference, London, United Kingdom, March 26-29, 2012.* http://sciencepolicy.colorado.edu/news/announcements/2011-2012/dilling_pup_poster.pdf.

Ekstrom, J. A., S. C. Moser, and M. Torn. 2011. *Barriers to climate change adaptation: A diagnostic framework*. Public Interest Energy Research (PIER) Program final project report CED-500-2011-004. Sacramento: California Energy Commission. http://www.energy. ca.gov/2011publications/CEC-500-2011-004/CEC-500-2011-004.pdf.

Energy Star Program. N.d. Utah building energy efficiency strategies. http://www.energystar.gov/ index.cfm?fuseaction=pt_awards.showAwardDetails&esa_id=4104 (accessed June 14, 2012).

Engel, D., and D. M. Kammen. 2009. *Green jobs and the clean energy economy*. Copenhagen Climate Council, Thought Leadership Series No. 4. Copenhagen: Copenhagen Climate Council. Also available at: http://www.climatechange.ca.gov/eaac/documents/member_materials/Engel_ and_Kammen_Green_Jobs_and_the_Clean_Energy_Economy.pdf.

Farr, D. 2007. *Sustainable urbanism: Urban design with nature*. New York: Wiley.

Fthenakis, V., J. E. Mason, and K. Zweibel. 2009. The technical, geographical, and economic feasibility for solar energy to supply the energy needs of the U.S. *Energy Policy* 37:387–399.

Franco, G., D. Cayan, A. Luers, M. Hanemann, and B. Croes. 2008. Linking climate change science with policy in California. *Climatic Change* 87 (Suppl. 1): S7–S20.

Friedlingstein, P., R. A. Houghton, G. Marland, J. Hackler, T. A. Boden, T. J. Conway, J. G. Canadell, M. R. Raupach, P. Ciais, and C. Le Quéré. 2010. Update on $CO_2$ emissions. *Nature Geoscience* 3:811–812.

Garde, A. M. 2004. New urbanism as sustainable growth? *Journal of Planning Education and Research* 24:154–170.

Garnaut, R. 2008. *The Garnaut climate change review: Final report*. Melbourne: Cambridge University Press. http://www.garnautreview.org.au/2008-review.html.

Georgetown Law Center. N.d. State and local adaptation plans. http://www.georgetownclimate. org/adaptation/state-and-local-plans (accessed 1 October 2012).

Gelman, R. S. 2010. *2010 Renewable energy data book*. Washington, DC: U.S. Department of Energy.

Glenn, E. P., C. Lee, R. Felger, and S. Zengel. 1996. Effects of water management on the wetlands of the Colorado River Delta, Mexico. *Conservation Biology* 10:1175–1186.

Gifford, R., C. Kormos, and A. McIntyre. 2011. Behavioral dimensions of climate change: Drivers, responses, barriers, and interventions. *WIREs Climate Change* 2:801–827.

Giridharan, R., S. S. Y. Lau, S. Ganesan, and B. Givoni. 2007. Urban design factors influencing heat island intensity in high-rise high-density environments of Hong Kong. *Building and Environment* 42:3669–3684.

Hardt, S. W. 1994. Federal land management in the twenty-first century: From wise use to wise stewardship. *Harvard Environmental Law Review* 18:345–403.

Hart, J. F., P. Grifman, S. C. Moser, A. Abeles, M. Meyers, S. Schlosser, and J. A. Ekstrom 2012. *Rising to the challenge: Results of the 2011 California coastal adaptation needs assessment*. USCSG-TR-01-2012. Los Angeles: University of Southern California, Sea Grant.

Hartman, C. L., E. R. Stafford, and S. Reategui. 2011. Harvesting Utah's urban winds. *Solutions* 2 (3). http://www.thesolutionsjournal.com/node/930.

Headwaters Economics. 2010. *Clean energy leadership in the Rockies: Competitive positioning in the emerging green economy*. Bozeman, MT: Headwaters Economics.

Hundley, N., Jr. 1991. The Great American Desert transformed: Aridity, exploitation, and imperialism in the making of the modern American West. In *Water and arid lands of the western United States*, ed. M. El-Ahsry and D. Gibbons, 21-84. Cambridge: University of Cambridge Press.

Jantarasami, L. C., J. J. Lawler, and C. W. Thomas. 2010. Institutional barriers to climate change adaptation in U.S. national parks and forests. *Ecology and Society* 15 (4): article 33. http:// www.ecologyandsociety.org/vol15/iss4/art33.

Jimenez, A., R. Gough, L. Flowers, and R. Taylor. 2009. Wind power across Native America: Opportunities, challenges, and status. Poster presented at Windpower 2009 Conference, May 4-7, 2009, Chicago, IL. http://www.nrel.gov/docs/fy09osti/45411.pdf.

Jones, V. 2009. *The green collar economy: How one solution can fix our two biggest problems*. San Francisco: HarperOne.

Kammen, D. M., K. Kapadia, and M. Fripp. 2004. Putting renewables to work: How many jobs can the clean energy industry generate? Report of the Renewable and Appropriate Energy Laboratory (RAEL). Berkeley: University of California, RAEL. http://rael.berkeley.edu/oldsite/renewables.jobs.2006.pdf.

Karlstrom, S. 2010. Fort Collins, Colorado: 2010 Smarter City – Energy. N.d.: National Resources Defense Council, Smarter Cities Project. http://smartercities.nrdc.org/topic/energy/fort-collins-co-2010-smarter-city-energy.

Kates, R. W., W. R. Travis, and T. J. Wilbanks. 2012. Transformational adaptation when incremental adaptations to climate change are insufficient. *Proceedings of the National Academy of Sciences*, 109(19): 7156-7161, doi: 10.1073/pnas.1115521109.

Larson, E. K., N. B. Grimm, P. Gober, and C. L. Redman. 2005. The paradoxical ecology and management of water in the Phoenix, USA metropolitan area. *International Journal of Ecohydrology & Hydrobiology* 5:287–296.

Lempert, R. J., and D. G. Groves. 2010. Identifying and evaluating robust adaptive policy responses to climate change for water management agencies in the American West. *Technology Forecasting and Social Change* 77:960–974.

Lindenmayer, D. B., W. Steffen, A. A. Burbidge, L. Hughes, R. L. Kitching, W. Musgrave, M. Stafford Smith, and P. A. Werner. 2010. Conservation strategies in response to rapid climate change: Australia as a case study. *Biological Conservation* 143:1587–1593.

Lofman, D., M. Petersen, and A. Bower. 2002. Water, energy and environment nexus: The California experience. *International Journal of Water Resources Development* 18:73–85.

Loomis, J. 2002. *Integrated public lands management*. New York: Columbia University Press.

MacDonald, G. M. 2010. Water, climate change, and sustainability in the Southwest. *Proceedings of the National Academy of Sciences* 107:21256–21262.

McKinsey & Company (McKinsey). 2007. *Reducing US greenhouse gas emissions: How much at what cost?* U.S. Greenhouse Gas Abatement Mapping Initiative, Executive Report. http://www.mckinsey.com/Client_Service/Sustainability/Latest_thinking/Reducing_US_greenhouse_gas_emissions.

McMullen, C. P., and J. Jabbour, eds. 2009. *Climate change science compendium 2009*. N.p.: United Nations Environment Programme.

McNeeley, S. 2012. Examining barriers and opportunities for sustainable adaptation to climate change in Interior Alaska. *Climatic Change* 111:835–857.

Means, E., M. Laugier, J. Daw, L. Kaatz, and M. Waage. 2010. *Decision support planning methods: Incorporating climate change uncertainties into water planning*. WUCA White Paper. San Francisco: Water Utility Climate Alliance.

Measham, T., B. Preston, T. Smith, C. Brooke, R. Gorddard, G. Withycombe, and C. Morrison. 2011. Adapting to climate change through local municipal planning: Barriers and challenges. *Mitigation and Adaptation Strategies for Global Change* 16:889–909.

Milly, P., J. Betancourt, M. Falkenmark, R. M. Hirsch, Z. W. Kundzewicz, D. P. Lettenmaier, and R. J. Stouffer. 2008. Stationarity is dead: Whither water management? *Science* 319:573–574.

Moser, S. C. 2012. Adaptation, mitigation, and their disharmonious discontents: An essay. *Climatic Change* 111:165–175.

Moser, S. C., and J. A. Ekstrom. 2010. A framework to diagnose barriers to climate change adaptation. *Proceedings of the National Academy of Sciences* 107:22026-22031.

—. 2012. *Identifying and overcoming barriers to climate change adaptation in San Francisco Bay: Results from case studies*. White Paper CEC-500-2012-034. Sacramento: California Climate Change Center.

Nakićenović, N., and R. Swart, eds. 2000. *IPCC Special report on emissions scenarios: A special report of Working Group III of the Intergovernmental Panel on Climate Change*. Cambridge, UK: Cambridge University Press.

National Research Council (NRC). 2010a. *Adapting to the impacts of climate change*. Washington, DC: National Academies Press.

—. 2010b. *Advancing the science of climate change*. Washington, DC: National Academies Press.

—. 2010c. *Informing an effective response to climate change*. Washington, DC: National Academies Press.

—. 2010d. *Limiting the magnitude of future climate change*. Washington, DC: National Academies Press.

Nisbet, M. C. 2009. Communicating climate change: Why frames matter for public engagement. *Environment: Science and Policy for Sustainable Development* 51:12–23.

Nobriga, M. L., F. Feyrer, R. D. Baxter, and M. Chotkowski. 2005. Fish community ecology in an altered river delta: Spatial patterns in species composition, life history strategies, and biomass. *Estuaries* 28:776–785.

Nowak, D. J., D. E. Crane, and J. C. Stevens 2006. Air pollution removal by urban trees and shrubs in the United States. *Urban Forestry and Urban Greening* 4:115–123.

O'Brien, K. 2012. Global environmental change II: From adaptation to deliberate transformation. *Progress in Human Geography* 36:667–676.

Park, S., N. Marshall, E. Jakku, A. Dowd, S. Howden, E. Mendham, and A. Fleming. 2011. Informing adaptation responses to climate change through theories of transformation. *Global Environmental Change* 22:115–126.

Pataki, D. E., R. J. Alig, A. S. Fung, N. E. Golubiewski, C. A. Kennedy, E. G. McPherson, D. J. Nowak, R. V. Pouyat, and P. Romero Lankao. 2006. Urban ecosystems and the North American carbon cycle. *Global Change Biology* 12:2092–2102.

Peters, G. P., G. Marland, C. Le Quéré, T. Boden, J. G. Canadell, and M. R. Raupach. 2011. Rapid growth in $CO_2$ emissions after the 2008-2009 global financial crisis. *Nature Climate Change* 2:2–4, doi:10.1038/nclimate1332.

Pew Charitable Trusts. 2009. *The clean energy economy: Repowering jobs, businesses and investments across America*. http://www.pewcenteronthestates.org/uploadedFiles/Clean_Economy_Report_Web.pdf.

Philip Williams and Associates (PWA). 2010. *Preliminary study of the effect of sea level rise on the resources of the Hayward shoreline*. Report for the Hayward Area Shoreline Planning Agency. PWA REF. 1955.00. San Francisco: PWA.

Post, J. E., and B. W. Altman. 1994. Managing the environmental change process: Barriers and opportunities. *Journal of Organizational Change Management* 7:64–81.

Quay, R. 2010. Anticipatory governance: A tool for climate change adaptation. *Journal of the American Planning Association* 76:496–511.

Resource Media 2009. Water and climate change in the West: Polling and media analysis; March 2009. Carpe Diem—Western Water and Climate Change Project. San Francisco: Resource Media. http://www.carpediemwest.org/sites/carpediemwest.org/files/MediaAnalysis_0.pdf.

Roland-Holst, D. 2008. *Energy efficiency, innovation, and job creation in California*. Research Papers on Energy, Resources, and Economic Sustainability. Berkeley: University of California, Center for Energy, Resources, and Economic Sustainability (CERES). http://www.next10.org/energy-efficiency-innovation-and-job-creation-california.

Rosenzweig, C., S. Solecki, S. Hammer, and S. Mehrotra. 2010. Cities lead the way in climate-change action. *Nature* 467:909–911.

Ruhl, J. 2008. Climate change and the Endangered Species Act: Building bridges to the no-analog future. *Boston University Law Review* 88 (1); Florida State Univ. College of Law, Public Law Research Paper No. 275; FSU College of Law, Law and Economics Paper No. 07-18. http://papers.ssrn.com/sol3/papers.cfm?abstract_id=1014184.

Schultz, T. C., R. L. Shelby, and A. M. Agogino. 2010. Co-design of energy efficient housing with the Pinoleville-Pomo Nation. In *Proceedings of the ASME 2010 4th International Conference on Energy Sustainability (ES2010), May 17-22, 2010, Phoenix, Arizona, USA*, vol. 2, 925-934. Paper ES2010-90190. http://best.berkeley.edu/~aagogino/papers/ES2010-90190.pdf

Scott, C. A., and M. J. Pasqualetti. 2010. Energy and water resources scarcity: Critical infrastructure for growth and economic development in Arizona and Sonora. *Natural Resources Journal* 50:645–682.

Smith, J., Vogel, J., Carney, K. and C. Donovan. 2011. *Adaptation case studies in the western United States: Intersection of federal and state authority for conserving the greater sage grouse and the Colorado River water supply*. Washington, DC: Georgetown Climate Center.

Smith, M. S., L. Horrocks, A. Harvey, and C. Hamilton. 2011. Rethinking adaptation for a 4°C world. *Philosophical Transactions of the Royal Society A* 369:196–216.

Stokes, D. E. 1997. *Pasteur's quadrant: Basic science and technological innovation*. Washington, DC: Brookings Institution Press.

Stokes, J., and A. Horvath. 2006. Life cycle energy assessment of alternative water supply systems. *The International Journal of Life Cycle Assessment* 11:335–343.

Storbjörk, S. 2010. "It takes more to get a ship to change course": Barriers for organizational learning and local climate adaptation in Sweden. *Journal of Environmental Policy & Planning* 12:235–254.

Thorstensen, L., and S. Nourick. 2010. *Getting prepared: Economic development in a transforming energy economy*. Washington, DC: International Economic Development Council.

U.S. Bureau of Reclamation (Reclamation). 2005. Water 2025: Preventing crises and conflict in the West. http://permanent.access.gpo.gov/lps77383/Water%202025-08-05.pdf.

U.S. Department of Energy (DOE). 2006. *Energy demands on water resources: Report to Congress on the interdependency of energy and water*. Albuquerque: Sandia National Laboratories. http://www.sandia.gov/energy-water/congress_report.htm.

U.S. Environmental Protection Agency (EPA). 2012a. 2010 greenhouse gas emissions from large facilities. http://ghgdata.epa.gov/ghgp/main.do (data reported to EPA as of August 15, 2012).

—. 2012b. Greenhouse Gas Reporting Program 2010: Reported data. http://www.epa.gov/ghgreporting/ghgdata/reported/index.html (last updated October 4, 2012).

—. N.d. Climate change action plans: Utah. http://www.epa.gov/statelocalclimate/local/local-examples/action-plans.html#ut (accessed June 14, 2012).

Verbruggen, A., M. Fischedick, W. Moomaw, T. Weir, A. Nadaï, L. J. Nilsson, J. Nyboer, and J. Sathaye. 2009. Renewable energy costs, potentials, barriers: Conceptual issues. *Energy Policy* 38:850–861.

Victor, D. G., M. G. Morgan, F. Apt, and J. Steinbruner, J. 2009. The geoengineering option: A last resort against global warming. *Foreign Affairs* 88:64–76.

Waterfall, P. H. 2006. *Harvesting rainwater for landscape use*. Tucson: University of Arizona, Cooperative Extension Service. http://ag.arizona.edu/pubs/water/az1052/harvest.html.

Wei, M., S. Patadia, and D. M. Kammen. 2010. Putting renewables and energy efficiency to work: How many jobs can the clean energy industry generate in the US? *Energy Policy* 38:919–931.

Westley, F., P. Olsson, C. Folke, T. Homer-Dixon, H. Vredenburg, D. Loorbach, J. Thompson, et al. 2011. Tipping toward sustainability: Emerging pathways of transformation. *AMBIO: A Journal of the Human Environment* 40:762–780.

Wheeler, S. M. 2000. Planning for metropolitan sustainability. *Journal of Planning Education and Research* 20:133–145.

Wiek, A., F. Farioli, K. Fukushi, and M. Yarime. 2012. Sustainability science: Bridging the gap between science and society. *Sustainability Science* 7 (Suppl. 1): 1–4.

Wilkinson, C. F. 1992. *Crossing the next meridian: Land, water, and the future of the West.* Washington, DC: Island Press.

Willson, R. W. and K. D. Brown. 2008. Carbon neutrality at the local level: Achievable goal or fantasy? *Journal of the American Planning Association* 74:497–504.

Worster, D. 1992. *Rivers of empire: Water, aridity, and the growth of the American West.* Oxford: Oxford University Press.

Zimmerman, R., and C. Faris. 2011. Climate change mitigation and adaptation in North American cities. *Current Opinion in Environmental Sustainability* 3:181–187.

Zweibel, K., J. Mason, and V. Fthenakis. 2008. A solar grand plan. *Scientific American* 298:64–73.

## Endnotes

i Observed global emissions have accelerated from an increase of 1.1% per year in the 1990s to 3.5% per year from 2000–2007 (see McMullen and Jabbour 2009). The global recession produced only a slight drop in emissions in 2009 with the overall trend now upward again (Friedlingstein et al. 2010; Peters et al. 2011).

ii Definition adapted from NRC 2010a.

iii See http://www.icleiusa.org/about-iclei/members/member-list.

iv The concept of "use-inspired" basic research was originally introduced by Stokes (1997); it refers to research that seeks basic understanding while considering social needs and potential usefulness.

v The company website is at http://www.fcx.com.

# Chapter 19

# Moving Forward with Imperfect Information

### COORDINATING LEAD AUTHOR

Kristen Averyt (University of Colorado Boulder)

### LEAD AUTHORS

Levi D. Brekke (Bureau of Reclamation), David E. Busch (U.S. Geological Survey)

### CONTRIBUTING AUTHORS

Laurna Kaatz (Denver Water), Leigh Welling (National Park Service), Eric H. Hartge (Stanford University)

### REVIEW EDITOR

Tom Iseman (Western Governors' Association)

## Executive Summary

This chapter summarizes the scope of what is known and not known about climate in the Southwestern United States. There is now more evidence and more agreement among climate scientists about the physical climate and related impacts in the Southwest compared with that represented in the 2009 National Climate Assessment (Karl, Melillo, and Peterson 2009). However, there remain uncertainties about the climate system, the complexities within climate models, the related impacts to the biophysical environment, and the use of climate information in decision making.

**Chapter citation:** Averyt, K., L. D. Brekke, D. E. Busch, L. Kaatz, L. Welling, and E. H. Hartge. 2013. "Moving Forward with Imperfect Information." In *Assessment of Climate Change in the Southwest United States: A Report Prepared for the National Climate Assessment*, edited by G. Garfin, A. Jardine, R. Merideth, M. Black, and S. LeRoy, 436–461. A report by the Southwest Climate Alliance. Washington, DC: Island Press.

Uncertainty is introduced in each step of the climate planning-and-response process—in the scenarios used to drive the climate models, the information used to construct the models, and the interpretation and use of the models' data for planning and decision making (Figure 19.1).

There are several key challenges, drawn from recommendations of the authors of this report, that contribute to these uncertainties in the Southwest:

- There is a dearth of climate observations at high elevations and on the lands of Native nations.
- There is limited understanding of the influence of climate change on natural variability (e.g., El Niño–Southern Oscillation, Pacific Decadal Oscillation), extreme events (droughts, floods), and the marine layer along coastal California.
- Climate models, downscaling, and resulting projections of the physical climate are imperfect. Representing the influence of the diverse topography of the Southwest on regional climate is a particular challenge.
- The impacts of climate change on key components of the natural ecosystems (including species and terrestrial ecosystems) are ill-defined.
- The adaptive capacity of decision-making entities and legal systems to handle climate impacts is unclear. This creates a challenge for identifying vulnerabilities to climate in the Southwest.
- Regulation, legislation, and political and social responses to climate all play important roles in our ability to adapt to climate impacts and mitigate greenhouse gas (GHG) emissions.
- Climate change is one of multiple stresses affecting the physical, biological, social, and economic systems of the Southwest, with population growth (and its related resource consumption, pollution, and land-use changes) being particularly important.

## 19.1 Introduction

Climate assessments illustrate how natural resources and managed systems might fare under a variety of climatic and socioeconomic scenarios. Assessments take advantage of the best data and modeling tools and follow scientifically approved methodologies to develop projections of climate impacts to physical, biological, social, and economic systems associated with possible climate futures. Such climate projections are important to the success of adaptive measures (Millner 2012). This assessment of the climate of the Southwest takes a risk-based approach. The intention is to provide the decision-making public with information about the costs and benefits to society associated with different emissions scenarios. Although uncertain, scenarios can help identify risks and appraise our ability as a society to adapt to climate change. Science will never eliminate uncertainty. Even concepts as seemingly simple as gravity are subject to uncertainties in a scientific context. Scientists cannot eliminate uncertainties about climate and related risks. Nonetheless, climate observations and projections can provide useful information. For this reason, characterizing what is known and what is not known about the past,

current, and future climate and related impacts is necessary to help decision makers identify appropriate mitigation strategies and adaptive measures.

This chapter summarizes the scope of knowledge and uncertainty about climate in the Southwest. Throughout this assessment, each chapter has outlined key findings about our regional climate. Included with each key finding is a statement of "confidence," i.e., a statement intended to convey the degree of knowledge based on evaluation of available data and scientific interpretations in the literature (Box 19.1). This chapter outlines the uncertainties that collectively present challenges in using climate information to inform decisions. It also highlights cases in the Southwest where climate information—imperfect as it may be—is successfully being incorporated into planning and management. Drawing upon these examples and on the literature pertaining to decision making under uncertainty, this chapter offers steps for moving forward with imperfect information.

## 19.2 Uncertainty Typologies

The "uncertainty continuum" in Figure 19.1 outlines the process through which the impacts of climate change are projected and indicates numerous points at which uncertainties are introduced. These include everything from the scenarios used to drive models, the information used to construct climate models, and the interpretation and use of the models' data for planning and decision making. Discussed here are three types of uncertainty that can impact climate change: scenario uncertainties, model uncertainties, and communication uncertainties.

### Scenario uncertainties

POPULATION, TECHNOLOGY, PRODUCTION, CONSUMPTION AND GREEN-HOUSE GAS EMISSIONS. Population growth and economic trends are the critical components driving greenhouse gas (GHG) emissions. The scenarios that feed into climate models represent different combinations of assumptions about population change and economic conditions, and show their related trends in greenhouse gas emissions. As described in Chapters 2 and 6, the high-emissions (A2) and low-emissions (B1) scenarios used in this assessment are from the IPCC Special Report on Emissions Scenarios (SRES; Nakićenović and Swart 2000). Emissions scenarios illustrate a suite of possibilities to aid in planning, but they are not perfect. For example, none of the SRES trajectories developed in 2001 presented a scenario that captured the global economic downturn in 2008. The SRES trajectories also did not include the entire suite of social, economic, policy, and regulatory responses that affect adaptive response and ability to mitigate emissions (Hawkins and Sutton 2009). As climate projections move further into the future, particularly beyond the fifty-year mark, accurately capturing population trends, economic trends, and technological advances becomes more difficult. There is no broadly accepted method for quantifying the uncertainties associated with future emissions.

### Model uncertainties

ATMOSPHERIC CONCENTRATIONS, RADIATIVE FORCING, TEMPERATURE CHANGE. General circulation models (GCMs, often called global climate models) integrate the components of climate based on observations (Hawkins and Sutton 2009,



**Figure 19.1 Working with uncertainty.** Continuum of uncertainties, knowledge gaps and challenges related to projecting future climate changes and their impacts, and assessing vulnerabilities to future changes. See Tables 19.1 and 19.2 for syntheses of knowledge and uncertainties identified by authors of this assessment report. Adapted from Pidgeon and Fischhoff (2011).

2011). Although numerous emissions paths are represented in the GHG scenarios, they do not precisely translate into changes in radiative forcing (i.e., changes in the balance of radiated energy), which can warm or cool the climate system.

Observational data is a key research need that feeds into these uncertainties. Fewer observations make it difficult for scientists to tease out the information they need to accurately represent climate dynamics. In the Southwest, there are minimal climatic and meteorological observations for much of the region, especially at high elevations and on tribal lands—thus impeding our understanding of regional climate processes.

Model uncertainty can also be attributed to factors affecting climate that have yet to be identified (Risbey and O'Kane 2011). Consider the role of aerosols in moderating climate. Prior to 2003, the role of these particulates in the atmosphere and in regulating climate was unknown, and so they were not represented in GCMs. They were an

"unknown uncertainty" discovered through scientific inquiry to be important components, even though considerable uncertainty remains about their precise influence on climate processes (IPCC 2007). This raises an important concept: discovering new parts of a climate system may add to the body of climate knowledge while introducing additional uncertainties (Trenberth 2010; Pidgeon and Fischhoff 2011).

GCMs have been shown to exhibit biases when trying to simulate historical climate. These biases vary locally, from wet to dry or warm to cool, and vary seasonally. Assessments adjust for these biases, but the approaches used to identify and correct them can vary. Bias correction can even affect projected climate trends and subsequently the impacts projected to occur to natural and managed systems (Pierce et al. 2012).

GCMs have a proven ability to simulate the influence of increased greenhouse gas emissions on global and continental temperature trends (IPCC 2007), demonstrating that climate models are doing pretty well at capturing the dynamics of the climate system despite the aforementioned uncertainties. However, climate models are less successful in simulating observations at smaller geographic scales.

DOWNSCALING. Because adaptation measures are often most successful at a regional level, global climate output from GCMs must be translated into regional terms to aid decision making. A key problem in applying global data to regional scales is that at smaller scales the internal (natural) variability in the climate system has a greater influence than climate change. As an example, in the mid-latitudes—which encompass the Southwest—this natural variability is especially pronounced and is greater than observed and projected precipitation signals (Hawkins and Sutton 2009).

Translating global climate data into regional information can be accomplished through the process of *downscaling*. Simply, downscaling merges large-scale climate information from GCMs with local physical controls (such as mountain ranges, deserts, water bodies, or large urban areas) on climate. The two methods of downscaling are statistical and dynamical, and both have different strengths and weaknesses (Fowler, Blenkinsop and Tebaldi 2007). Statistical downscaling relates the GCM temperature and precipitation output to the observed small-scale variability in a given grid cell. These techniques are computationally efficient and permit downscaling of many global climate projections at a given location, but assume that the relationship between large-scale circulation and local surface climate does not change through time, even as the large-scale climate changes. Dynamical downscaling uses regional climate models (RCMs) to simulate small-scale processes, and resolve data at a higher spatial resolution. The downside is that these techniques require significant computing power. Thus, the choice of which downscaling method to use in developing regional projections involves tradeoffs between model output that is meaningful for local impact assessment and yet can still be performed in a mathematically efficient manner, given computational limitations. (See further discussion of downscaling in Chapter 6, Section 6.1.)

In the present assessment, different downscaling methods are referenced in different chapters. Thus, understanding the tradeoffs and inherent uncertainties associated with each technique, as they apply to the Southwest, is important. For example, while the Rocky Mountains reach elevations over 14,000 feet and play an important role in influencing regional and local climatology, in GCMs (such as the NCAR Community Climate System Model 3.0[i]), the elevation of the mountains is represented as about 8,000

**Box 19.1**

## *Treatment of Uncertainty in the Southwest Assessment Report*

Critical questions or problems related to climate change are included in this report as "key findings." For each key finding, the scientific team evaluated the body of scientific information and described the type of information used, the standards of evidence applied (noting the amount, quality, and consistency of evidence), the uncertainty associated with any results, and the degree of confidence in the outcome. This process constitutes a "traceable account" of the authors' reasoning and evidence. The uncertainty and confidence associated with each finding is an important component in assessing risk.

For findings that identify outcomes with potential high consequences (see guidance on risk-based framing in Chapter 2), uncertainty is estimated probabilistically. Probabilities are expressed as the likelihood that a particular outcome could occur under a given condition or scenario. Likelihoods are based on quantitative methods—such as model results or statistical sampling—or on expert judgment. In some cases, authors used standardized ranges:

| Qualitative Language | Quantitative Language |
|---|---|
| More than a 9 in 10 chance | Greater than 95% likely |
| More than a 6 in 10 chance | Greater than 66% likely |
| About a 5 in 10 chance | Between 33% and 66% likely |
| Less than a 4 in 10 chance | Less than 33% likely |
| Almost no chance | Less than 5% likely |

Wherever possible, the authors used quantitative estimates and describe consequential outliers that may fall outside a statistical confidence interval of 90% (which increases the reliability of a dataset).

The authors also assessed the degree of confidence (high, medium-high, medium, medium-low, or low) by considering the quality of the evidence and the level of agreement among experts with relevant knowledge and experience (Mastrandrea et al. 2010; Mastrandrea et al. 2011). Confidence is a subjective judgment, but it is based on systematic, transparent evaluation of the type, amount, quality, and consistency of evidence, and the degree of agreement among experts.



**Figure 19.2 Summary evaluation of confidence, in terms of levels of evidence and agreement of the evidence.** Adapted from Mastrandrea et al. (2011).

feet. In regional climate models (such as the Weather Research and Forecasting Model, or WRF[ii]) the mountains are represented as over 10,000 feet. The difference is because the topography must be simplified for global models and because of different model resolutions.[iii] Although the mountains are better represented in the RCMs, their higher resolution requires more intensive computational resources, which, in a practical sense, means that the RCMs are only able to utilize the inputs from a subset of the twenty-two available GCMs. Clearly, more data would be gained by using a larger suite (number) of GCMs, yet GCMs alone cannot account adequately for the important role of topography in the Intermountain West. The GCMs used in the IPCC's Fourth Assessment Report have a weak but systematic bias for overestimating the speed of upper-level westerly winds near 30°N and November-to-April precipitation in the Southwest. Of relevance is that the wettest models project the greatest drying in this region with climate change. As it turns out, all of these models have "subdued" topography that may contribute to the zonal wind bias and may also underestimate rain shadow effects, producing wet biases on the lee side of the mountains (McAfee, Russell, and Goodman 2011). Thus, in this case, the tradeoff between statistical and dynamical downscaling involves either a greater range of potential futures (which is valuable in planning and risk-based management) or potentially more accurate representation of climate.

DIRECT IMPACTS. Regional climate projections from downscaling are in turn used to drive other models of the physical environment. In the Southwest, water is a critical component of climate. Therefore, assessments typically must translate future climate projections into impacts on the region's hydrologic processes (such as precipitation, snowmelt runoff, streamflow, infiltration, groundwater recharge and discharge, evapotranspiration, and so on). Simulation models are often used for this task, with most of the effort spent characterizing future weather conditions that are consistent with climate projections. Those weather conditions are then used to simulate hydrologic processes. The hydrologic model itself is typically developed and verified under historical climate and watershed conditions. Uncertainty in projecting hydrologic processes arises from how the hydrologic model is structured, the way future weather over the watershed is characterized (which often requires some blending of historical weather observations and projected changes in climate), and assumptions about other features of a watershed that might change as climate changes and affects runoff. (See also the discussion presented in Chapter 10, especially in Section 10.3 and in "Planning Techniques and Stationarity" in Section 10.5.)

Despite limitations associated with such hydrologic models, outputs from these models are most influenced by the choice of GCM used to provide input, followed by the type of downscaling method used, then by the hydrologic model chosen (Wilby and Harris 2006; Crosbie, McCallum and Walker 2011). This suggests that GCMs and the level of understanding of large-scale processes are the largest source of uncertainties in the model uncertainty typology continuum discussed earlier. Given that outputs based on the averaging of results of numerous models are better than those based on the results of an individual model (Reichler and Kim 2008), impact studies that are informed by multiple global climate models will have a greater certainty than those based on a single global model.

**Box 19.2**

## *Case Study 1: Denver Water: Addressing Climate Change through Scenario Planning*

Denver Water serves a growing population of customers and prepares long-range plans for meeting future water needs. Historical streamflow and weather records plus paleohydrologic data have been key information in projecting future water supply and demand conditions. Climate change fundamentally challenges the concept that the weather and hydrologic patterns of the past are the best representation of future conditions (Milly et al. 2008). But, there is a lot of uncertainty about how the climate will change. In addition to climate, other key uncertainties in long-range water planning include possible economic, regulatory, social, and demographic changes. Denver Water now uses scenario-planning techniques to try to prepare for these future uncertainties.

The "cone of uncertainty" (Figure 19.3) illustrates the growing uncertainty of future conditions over time. Scenarios are created to try to represent a plausible range of future conditions. Plans are created to meet each scenario, and common near-term strategies across plans are identified. "Decision points" note when strategy diverges from the common path. The goal is to take actions today that prepare for a range of future conditions. Maintaining flexibility and adaptability as well as identifying and preserving options are key elements in successfully preparing for future uncertainties such as climate change.

As a first step in climate change adaptation, Denver Water is testing the implications of a simple 5°F (3°C) temperature increase. Initial results show major supply losses and demand increases. Additional climate change conditions will be evaluated in an effort to develop a robust adaptation plan.



**Figure 19.3 Cone of uncertainty used in Denver Water Scenario Planning Initiative.** Uncertainties, due to knowledge or communication gaps or imperfect information increase as time progresses from present to future. The increase in uncertainties related to scientific understanding of the distant future (around 100 years hence), has prompted many resource managers and planners to consider multiple scenarios of the future, which can be evaluated at key decision points in the near or medium term (roughly 10-50 years into the future). Adapted from Waage and Kaatz (2011).

**Box 19.3**

## Case Study 2: The National Park Service—Exploring Climate Futures and Decision Making in the Mojave Desert

Resource management decisions must be based on future expectations. However, in an era of rapid climate change, the future will be characterized by highly consequential and unprecedented changes that cannot be fully predicted. In February 2011, the National Park Service (NPS) convened a workshop to explore scenario planning as an approach for science-based decision making in the face of uncertainty for Southwestern parks and conservation areas.

Since 2007, the National Park Service has worked with other federal, state, and academic partners to develop a user-driven approach to build scenarios as a long-range planning tool for incorporating climate change into a range of NPS management processes and documents. The purpose is to better acquaint decision makers with climate complexity and uncertainty, evaluate management options, and ultimately implement effective, science-based decisions. The approach requires participation and transparency, and is structured in a way that encourages end-user input and ownership throughout the process. In addition to including climate-change information, the NPS scenario development process explores other external factors that define a park's operational environment, such as leadership and public values.

The February 2011 training workshop included scientists from the University of Arizona and other academic and governmental organizations, along with managers from the National Park Service, Bureau of Land Management, and Bureau of Reclamation. Participants explored how climate change could impact arid lands in the desert Southwest, using the Mojave Desert as a case study. Impacting factors that were considered to be uncertain but consequential included changes in precipitation, frequency of extreme storm events, extreme temperature events, duration and frequency of droughts, as well as societal concerns about these issues and leadership's capacity to implement adaptive measures. From these biophysical and sociopolitical drivers, participants created four plausible futures (scenarios) to test management and public response. Discussions centered on multiple pressures converging in the Southwest: public expectations for services such as water and renewable energy development, along with habitat connectivity (the interconnection of different habitats to allow species movement) and ecosystem resiliency as climate change forces species to move and adapt. Consensus emerged that future desert conservation efforts should be collaborations that are broad-based, landscape-scale, and multi-jurisdictional.

SOCIO-ECONOMIC IMPACTS. In a risk-based framework (planning based on the pros and cons of a given set of possibilities), decision makers are interested in the socio-economic impacts associated with different scenarios. However, socio-economic impacts encompass the entire sum of uncertainties in each step along the climate continuum (Figure 19.1). These impacts are also represented as being constant, whereas in reality, regulatory, institutional, and legislative policies change over time. In essence, decision making and the capacity to act are key elements of the uncertainty associated with socio-economic impact projections.

*Communication uncertainties*

COGNITIVE BARRIERS. The various uncertainties outlined above set up a number of analytic uncertainties and ultimately different interpretations about the results. Even if our understanding of climate science were 100% certain, science does not exist in a vacuum. Societal and individual perspectives are all molded by experiences and this affects the production of scientific information and its use to make decisions.

For example, climate scientists may choose from many different climate scenarios and models and tend to exhibit overconfidence in their results (see CCSP 2009). On the other hand, most people are psychologically distant from the concept of climate change. Not only must one sort through pervasive images of penguins and polar bears to rationally consider the problem, but the timeline for the onset of tangible impacts tends to be beyond most people's lifetimes. The decision-making public also often has many other interests—such as economic vitality, public health, and safety—that may have a higher value than concerns about climate change. Taken together, these factors can hinder the incorporation of climate information in planning and management.

The complexity of the connections and feedbacks in the climate system make bridging this gap difficult but not impossible. As examples, the nonlinear relationship between GHG emissions and atmospheric concentrations, or the reasons why a single winter storm does not invalidate the scientific perception that the global climate is warming, can be conveyed and understood through effective communication and mental models (Sterman 2008). Whether improved climate education will change perceptions about the utility of climate information is unclear (see, for example, Boykoff 2011; McCright 2011), but there are indications that improving understanding of the climate and the uncertainties inherent in climate projections may facilitate the inclusion of climate information in planning and management (Pidgeon and Fischhoff 2011).

## 19.3 Confidence and Uncertainty

Scientists use a variety of tactics to express scientific uncertainty. In general, people are familiar with probabilities and odds, which quantify the likelihood of an outcome. But uncertainty is more nuanced in an assessment where a large body of work is being represented. Unfortunately, the labels "likely" and "unlikely" to indicate the probability of occurrence of an event are interpreted very differently by different people and therefore do not always effectively communicate risk (see CCSP 2009). Recognizing this, in 2001 the IPCC implemented uncertainty guidelines for the use of such language into its assessment process. The intention of the guidelines is to convey the amount of evidence (uncertainty) and degree of consensus (confidence) about climate information (Moss and Schneider 2000). These uncertainty standards were modified slightly for the IPCC's Fourth Assessment Report (Manning et al. 2004; IPCC 2007). The 2000 U.S. National Climate Assessment adopted similar uncertainty standards and language to the IPCC (National Assessment Science Team 2001); the uncertainty language was altered again for the U.S. Global Change Research Program (USGCRP) synthesis and assessment products (CCSP 2009; Karl, Melillo and Peterson 2009). The IPCC has once again revamped its approach to uncertainty for its Fifth Assessment Report (Mastrandrea et al. 2010; Mastrandrea et al. 2011). The labeling conventions for uncertainty used in this report are modified from the current IPCC guidelines and outlined in Box 19.1.

---

**Box 19.4**

### *Case Study 3: Planning in the San Francisco Bay Using Sea-Level Rise Projections*

The San Francisco Bay Conservation and Development Commission (SFBCDC), created in 1965 by the state of California, is "dedicated to the protection and enhancement of San Francisco Bay and to the encouragement of the Bay's responsible use." In an effort to update twenty-two-year-old sea-level data in the San Francisco Bay Plan, the SFBCDC commissioned a report to reevaluate sea-level-rise projections and its impact to the bay. The report concluded that sea level in the bay could rise 10 to 17 inches (26 to 43 cm) by 2050, 17 to 32 inches (43 to 81 cm) by 2070, and 31 to 69 inches (78 to 176 cm) by the end

of the century (San Francisco Bay Conservation and Development Commission 2011). In October 2011, the SFBCDC approved these findings and incorporated the information into policies in the San Francisco Bay Plan, including future project designs, shoreline plans, and permit approvals. This new section details the impacts of climate change and, in particular, addresses issues regarding adaptation to sea-level rise. Policies in the plan specifically related to construction along vulnerable shorelines were changed to both promote habitat restoration and encourage building only in suitable regions of the bay.

---

## 19.4  What Is Known and Not Known About Climate in the Southwest

With few exceptions, there is now more evidence and more agreement among climate scientists about the physical climate and related impacts in the Southwest than there was in the 2009 National Climate Assessment (Karl, Melillo, and Peterson 2009) (Table 19.1). The body of research about processes affecting both global and regional climate is growing, as are some observational datasets, allowing for the detection of trends. Uncertainty and confidence about climate fluctuates with the ebb and flow of new data. Sometimes as scientists learn more, they become more confident in findings. This is particularly true of studies that rely on observational data. For example, the long and continuous time series of streamflow data has allowed scientists to document the early onset of the peak spring season pulse of streamflow in the region. On the other hand, additional data and new observations can sometimes muddy the works, drawing previously held conclusions into question. As scientists learn more about the climate system and the factors that naturally impact it, other parameters about which scientists know relatively little can factor more prominently in discussions of uncertainties in predicting future changes.

The synthesis of the evolution of knowledge regarding climate changes and their impacts in the Southwest (Table 19.1) is drawn from the judgment of the authors of this assessement report. Statements included in Table 19.1 were quoted from the Southwest section of the 2009 National Climate Assessment (Karl, Melillo, and Peterson 2009). The authors of this chapter made no attempt to correct or update the statements extracted

from the 2009 National Climate Assessment. For each statement from the 2009 National Climate Assessment, the author team of this report identified the relative change in level of agreement among scientists about the statement, and changes in the level of evidence available to evaluate the statements. The table can be used as a coarse baseline for evaluating the evolution of knowledge since the 2009 National Climate Assessment.

**Table 19.1** Evolution of knowledge about climate in the Southwest

| 2009 Southwest Assessment | Much Less | ← Agreement → Less | Same | More | Much More | ← Evidence → Same | More | Much More |
|---|---|---|---|---|---|---|---|---|
| Human-induced climate change appears to be well underway in the Southwest. Recent warming is among the most rapid in the nation, significantly more than the global average in some areas. | | | | X | | | X | |
| Projected declines in spring snowpack and Colorado River flow | | | | | X | | | X |
| Projections suggest continued strong warming | | | | | X | | | X |
| Projected summertime temperature increases are greater than the annual average increases in some parts of the region, and are likely to be exacerbated locally by expanding urban heat island effects | | | | | X | | | X |
| Further water cycle changes are projected, which, combined with increasing temperatures, signal a serious water supply challenge in the decades and centuries ahead. | | | | | X | | | X |
| Water supplies are projected to become increasingly scarce, calling for trade-offs among competing uses, and potentially leading to conflict. | | | X | | | | X | |
| Water supplies in some areas of the Southwest are already becoming limited, and this trend toward scarcity is likely to be a harbinger of future water shortages. | | | X | | | X | | |
| Limitations imposed on water supply by projected temperature increases are likely to be made worse by substantial reductions in rain and snowfall in the spring months, when precipitation is most needed to fill reservoirs to meet summer demand. | | | X | | | X | | |
| Increased likelihood of water-related conflicts between sectors, states, and even nations | | | X | | | X | | |
| Increasing temperature, drought, wildfire, and invasive species will accelerate transformation of the landscape. | | | | X | | | X | |

**Table 19.1** Evolution of knowledge about climate in the Southwest (Continued)

| 2009 Southwest Assessment | This Assessment | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | ← Agreement → | | | | | ← Evidence → | | |
| | Much Less | Less | Same | More | Much More | Same | More | Much More |
| Competing demands from [Native] treaty rights, rapid development, and changes in agriculture in the region, exacerbated by years of drought and climate change, have the potential to spark significant conflict over an already over-allocated and dwindling [water] resource. | | | X | | | X | | |
| Climate change already appears to be influencing both natural and managed ecosystems of the Southwest. | | | | X | | | X | |
| Future landscape impacts are likely to be substantial, threatening biodiversity, protected areas, and ranching and agricultural lands. | | | | X | | | X | |
| Record wildfires are also being driven by rising temperatures and related reductions in spring snowpack and soil moisture. | | | X | | | X | | |
| How climate change will affect fire in the Southwest varies according to location. In general, total area burned is projected to increase. | | | X | | | X | | |
| Fires in wetter, forested areas are expected to increase in frequency, while areas where fire is limited by the availability of fine fuels experience decreases | | | X | | | X | | |
| Climate changes could also create subtle shifts in fire behavior, allowing more "runaway fires"—fires that are thought to have been brought under control, but then rekindle. | | | X | | | X | | |
| The magnitude of fire damages, in terms of economic impacts as well as direct endangerment, also increases as urban development increasingly impinges on forested areas. | | | | | X | | | X |
| Increasing temperatures and shifting precipitation patterns will drive declines in high-elevation ecosystems such as alpine forests and tundra. | | | X | | | X | | |
| As temperatures rise, some iconic landscapes of the Southwest will be greatly altered as species shift their ranges northward and upward to cooler climates, and fires attack unaccustomed ecosystems which lack natural defenses. | | X | | | | X | | |
| Increased frequency and altered timing of flooding will increase risks to people, ecosystems, and infrastructure. | | | X | | | X | | |

**Table 19.1** Evolution of knowledge about climate in the Southwest (Continued)

| 2009 Southwest Assessment | This Assessment | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | ← Agreement → | | | | | ← Evidence → | | |
| | Much Less | Less | Same | More | Much More | Same | More | Much More |
| Some species will move uphill, others northward, breaking up present-day ecosystems; those species moving southward to higher elevations might cut off future migration options as temperatures continue to increase. | | X | | | | X | | |
| Potential for successful plant and animal adaptation to coming change is further hampered by existing regional threats such as human-caused fragmentation of the landscape, invasive species, river-flow reductions, and pollution. | | | X | | | X | | |
| A warmer atmosphere and an intensified water cycle are likely to mean not only a greater likelihood of drought for the Southwest, but also an increased risk of flooding. | | | X | | | X | | |
| More frequent dry winters suggest an increased risk of these [water] systems running short of water. | | | X | | | X | | |
| A greater potential for flooding also means reservoirs cannot be filled to capacity as safely in years where that is possible. Flooding also causes reservoirs to fill with sediment at a faster rate, thus reducing their water-storage capacities. | | | X | | | X | | |
| Rapid landscape transformation due to vegetation die-off and wildfire as well as loss of wetlands along rivers is also likely to reduce flood-buffering capacity. | | | X | | | X | | |
| Increased flood risk in the Southwest is likely to result from a combination of decreased snow cover on the lower slopes of high mountains, and an increased fraction of winter precipitation falling as rain and therefore running off more rapidly. | | | | | X | | | X |
| Increase in rain on snow events will also result in rapid runoff and flooding. | | | X | | | X | | |
| Impact of more frequent flooding is a greater risk to human beings and their infrastructure. This applies to locations along major rivers, but also to much broader and highly vulnerable areas such as the Sacramento–San Joaquin River Delta system. | | | | X | | | X | |
| Projected changes in the timing and amount of river flow, particularly in winter and spring, is estimated to more than double the risk of Delta flooding events by mid-century, and result in an eight-fold increase before the end of the century. | | | | X | | | X | |

**Table 19.1** Evolution of knowledge about climate in the Southwest (Continued)

| 2009 Southwest Assessment | This Assessment | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | ← Agreement → | | | | | ← Evidence → | | |
| | Much Less | Less | Same | More | Much More | Same | More | Much More |
| Efforts are underway to identify and implement adaptation strategies aimed at reducing these risks [to the Delta and Suisun Marsh]. | | | X | | | X | | |
| Unique tourism and recreation opportunities are likely to suffer. | | | X | | | X | | |
| Increasing temperatures will affect important winter activities such as downhill and cross-country skiing, snowshoeing, and snowmobiling, which require snow on the ground. | | | | X | | | X | |
| Projections indicate later snow and less snow coverage in ski resort areas, particularly those at lower elevations and in the southern part of the region. | | | | X | | | X | |
| Decreases from 40% to almost 90% are likely in end-of-season snowpack under a higher emissions scenario in counties with major ski resorts. | | | X | | | X | | |
| Earlier wet snow avalanches—more than six weeks earlier by the end of this century under a higher emissions scenario—could force ski areas to shut down affected runs before the season would otherwise end. | | | X | | | X | | |
| Ecosystem degradation will affect the quality of the experience for hikers, bikers, birders, and others. | | | | X | | | X | |
| Water sports that depend on the flows of rivers and sufficient water in lakes and reservoirs are already being affected, and much larger changes are expected. | | | X | | | X | | |
| Agriculture faces increasing risks from a changing climate. | | | | X | | | X | |
| Urban areas are also sensitive to temperature-related impacts on air quality, electricity demand, and the health of their inhabitants. | | | | X | | X | | |
| The magnitude of projected temperature increases for the Southwest, particularly when combined with urban heat island effects for major cities such as Phoenix, Albuquerque, Las Vegas, and many California cities, represent significant stresses to health, electricity, and water supply in a region that already experiences very high summer temperatures. | | | | X | | X | | |

**Table 19.1** Evolution of knowledge about climate in the Southwest (Continued)

| 2009 Southwest Assessment | This Assessment | | | | | | | |
| | ← Agreement → | | | | | ← Evidence → | | |
| | Much Less | Less | Same | More | Much More | Same | More | Much More |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Rising temperatures also imply declining air quality in urban areas such as those in California which already experience some of the worst air quality in the nation. | | | | X | | X | | |
| With more intense, longer-lasting heat wave events projected to occur over this century, demands for air conditioning are expected to deplete electricity supplies, increasing risks of brownouts and blackouts. | | | | X | | | X | |
| Electricity supplies will also be affected by changes in the timing of river flows and where hydroelectric systems have limited storage capacity and reservoirs. | | | | X | | | X | |
| Agriculture will experience detrimental impacts in a warmer future, particularly specialty crops in California such as apricots, almonds, artichokes, figs, kiwis, olives, and walnuts. | | | | X | | | X | |
| Accumulated winter chilling hours have already decreased across central California and its coastal valleys. This trend is projected to continue to the point where chilling thresholds for many key crops would no longer be met. | | | | X | | | X | |
| California's losses due to future climate change are estimated between 0% and 40% for wine and table grapes, almonds, oranges, walnuts, and avocadoes, varying significantly by location. | | | X | | | X | | |
| Adaptation strategies for agriculture in California include more efficient irrigation, which has the potential to help compensate for climate-driven increases in water demand for agriculture due to rising temperatures. | X | | | | | | X | |
| Adaptation strategies for agriculture in California include shifts in cropping patterns, which have the potential to help compensate for climate-driven increases in water demand for agriculture due to rising temperatures. | | | | X | | | X | |

Note: To construct this table, the authors of this chapter quoted statements from the Southwest section of 2009 National Climate Assessment (Karl, Melillo and Peterson 2009). For each statement, the authors of this report identified the relative change in level of agreement among scientists about the statement, and changes in the pertinent level of evidence, based on the current assessment of climate in the Southwest.

Table 19.2 presents an assessment of knowledge gaps and scientific challenges related to improving the understanding of physical and biological processes, impacts, vulnerabilities and societal responses to climate change. The authors of this report identified knowledge gaps and uncertainties, and the authors of this chapter evaluated and classified the information into key challenges.  In each key challenge area, the knowledge gaps are divided into the three categories of uncertainty, as follows: model uncertainties (those related to understanding and modeling physical and biological processes and phenomena), scenario uncertainties (those related to identifying vulnerabilities, mitigation and adaptation choices), and communication uncertainties (those related to the effective exchange of knowledge between scientists and decision makers). Table 19.2 can be used as a coarse baseline for understanding sources of uncertainty related to climate and adaptation science challenges, and to inform future research priorities.

**Table 19.2** Knowledge gaps and key challenges to improving understanding, reducing uncertainty, identifying and addressing vulnerabilities to climate changes in the Southwest

| Knowledge Gaps Contributing to Key Challenges | Observational Data | Understanding Physical Climate Dynamics | Climate Models & Downscaling | Physical Climate Impacts to Biological & Human Systems | Social & Behavioral Factors | Economic Factors | Policy & Regulatory Factors | Communication & Education | Chapter(s) |
|---|---|---|---|---|---|---|---|---|---|
| | Model Uncertainty | | | | Scenario Uncertainty | | | | |

**KEY CHALLENGE: There is a dearth of climate observations at high elevations and on tribal lands in the Southwest.**

| Knowledge Gaps Contributing to Key Challenges | Observational Data | Understanding Physical Climate Dynamics | Climate Models & Downscaling | Physical Climate Impacts to Biological & Human Systems | Social & Behavioral Factors | Economic Factors | Policy & Regulatory Factors | Communication & Education | Chapter(s) |
|---|---|---|---|---|---|---|---|---|---|
| Changes in weather and climate observations, variability, and trends across mountain gradients and at variable elevations, including representation of topography in climate models | X | X | X | | | | | | Present Weather and Climate: Average Conditions (4) Present Weather and Climate: Evolving Conditions (5) Water: Impacts, Risks, and Adaptation (10) Coastal Issues(9) |
| Weather and climate observations, variability, and trends on tribal lands | X | | | | | | | | Present Weather and Climate: Average Conditions (4) Unique Challenges Facing Southwestern Tribes (17) |

**Table 19.2** Knowledge gaps and key challenges to improving understanding, reducing uncertainty, identifying and addressing vulnerabilities to climate changes in the Southwest (Continued)

| Knowledge Gaps Contributing to Key Challenges | Observational Data | Model Uncertainty | | Physical Climate Impacts to Biological & Human Systems | Scenario Uncertainty | | | Communication & Education | Chapter(s) |
| | | Understanding Physical Climate Dynamics | Climate Models & Downscaling | | Social & Behavioral Factors | Economic Factors | Policy & Regulatory Factors | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Measurements of precipitation amount and type | X | | | | | | | | Present Weather and Climate: Average Conditions (4) Present Weather and Climate: Evolving Conditions (5) Future Climate: Projected Average (6) |

**KEY CHALLENGE: There is limited understanding of the influence of climate change on natural variability (e.g. ENSO, PDO), extreme events (droughts, floods), and the marine layer along coastal California.**

| | | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Ability to connect climate change and extreme events | | X | | | | | | | Human Health (15) |
| Understanding of physical processes such as atmospheric convection, evapotranspiration, snow pack formation, and runoff production | | X | | | | | | | Present Weather and Climate: Evolving Conditions (5) |
| Connections between modes of natural variability (ENSO and PDO) and climate change; including effect on SW Monsoon | | X | | | | | | | Future Climate: Projected Extremes (7) Future Climate: Projected Average (6) Water: Impacts, Risks, and Adaptation (10) |
| Occurrence of compound high-impact extremes such as drought and heat waves | | X | | | | | | | Future Climate: Projected Extremes (7) |
| Understanding of marine layer processes | | X | | | | | | | Coastal Issues (9) |

**Table 19.2** Knowledge gaps and key challenges to improving understanding, reducing uncertainty, identifying and addressing vulnerabilities to climate changes in the Southwest (Continued)

| Knowledge Gaps Contributing to Key Challenges | Model Uncertainty | | | | Scenario Uncertainty | | | | Chapter(s) |
|---|---|---|---|---|---|---|---|---|---|
| | Observational Data | Understanding Physical Climate Dynamics | Climate Models & Downscaling | Physical Climate Impacts to Biological & Human Systems | Social & Behavioral Factors | Economic Factors | Policy & Regulatory Factors | Communication & Education | |
| **KEY CHALLENGE: Climate models, downscaling and resulting projections of the physical climate are imperfect. Representing the influence of the diverse topography of the Southwest on regional climate is a particular challenge.** | | | | | | | | | |
| Downscaling methodologies and inconsistencies | | | X | | | | | X | Water: Impacts, Risks, and Adaptation (10) |
| Reproducibility of extreme high-frequency precipitation events by climate models | | | X | | | | | | Future Climate: Projected Extremes (7) |
| **KEY CHALLENGE: The impacts of climate change on key components of the natural ecosystem (including species and land regimes) are ill constrained.** | | | | | | | | | |
| Links between impacts and climate change | | | | X | | | | | Unique Challenges Facing Southwestern Tribes (17) |
| Impacts to tribal lands and societies | | | | X | | | | | Unique Challenges Facing Southwestern Tribes (17) |
| Relationship between climate and distributions of species | | | | X | | | | | Natural Ecosystems (8) |
| Connections between climate and disease systems | | | | X | | | | | Human Health (15) |
| Response of individual species to changes in climate | | | | X | | | | | Natural Ecosystems (8) |
| Extent to which individuals in different populations or species can observably change physical characteristics in response to climate | | | | X | | | | | Natural Ecosystems (8) |

**Table 19.2** Knowledge gaps and key challenges to improving understanding, reducing uncertainty, identifying and addressing vulnerabilities to climate changes in the Southwest (Continued)

| Knowledge Gaps Contributing to Key Challenges | Model Uncertainty | | | | Scenario Uncertainty | | | | Chapter(s) |
|---|---|---|---|---|---|---|---|---|---|
| | Observational Data | Understanding Physical Climate Dynamics | Climate Models & Downscaling | Physical Climate Impacts to Biological & Human Systems | Social & Behavioral Factors | Economic Factors | Policy & Regulatory Factors | Communication & Education | |
| Range of potential rates of evolution of individual populations or species | | | | X | | | | | Natural Ecosystems (8) |
| Extent to which phenological events among species that interact will become asynchronous | | | | X | | | | | Natural Ecosystems (8) |
| Effect of climate change on "dryland" production -- primarily dryland grain production in Colorado and Utah and forage production throughout the Southwest | | | | X | | | | | Agriculture and Ranching (11) |
| Ecosystem responses (e.g., sensitivity, adaptive capacity) as water types (e.g. snow v. rain), water quantities, water quality, and water management practices change | | | | X | | | X | | Natural Ecosystems (8) Climate Change and U.S.-Mexico Border Communities (16) |

**KEY CHALLENGE: The adaptive capacity of decision-making entities and legal doctrines to handle climate impacts is unclear. This creates a challenge for identifying vulnerabilities to climate in the Southwest.**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Ability of the transportation system to manage large disruptions | | | | | X | X | | | Transportation (14) |
| Sensitivity and adaptive capacity of border communities to climate change impacts | | | | X | X | | | | Climate Change and U.S.-Mexico Border Communities (16) |
| Sensitivity and adaptive capacity of border agriculture and ranching sector to a range of stressors | | | | | X | | | | Climate Change and U.S.-Mexico Border Communities (16) |
| Capacity of water infrastructure to address changes | | | | | X | | X | | Water: Impacts, Risks, and Adaptation (10) |

**Table 19.2** Knowledge gaps and key challenges to improving understanding, reducing uncertainty, identifying and addressing vulnerabilities to climate changes in the Southwest (Continued)

| Knowledge Gaps Contributing to Key Challenges | Model Uncertainty | | | | Scenario Uncertainty | | | | Chapter(s) |
|---|---|---|---|---|---|---|---|---|---|
| | Observational Data | Understanding Physical Climate Dynamics | Climate Models & Downscaling | Physical Climate Impacts to Biological & Human Systems | Social & Behavioral Factors | Economic Factors | Policy & Regulatory Factors | Communication & Education | |
| Economic status of urban public works departments and ability to reduce flood risk | | | | | | X | | | Urban Areas (13) |
| Fiscal capacity of cities to respond rapidly and effectively to climate change challenge | | | | | | X | | | Urban Areas (13) Transportation (14) |
| Regulatory capacity to address climate adaptation and mitigation | | | | | | | X | | Coastal Issues (9) |
| Capacity and flexibility of water and land regulations, agreements and legislation to accommodate climate adaptation and planning | | | | | | | X | | Water: Impacts, Risks, and Adaptation (10) Agriculture and Ranching (11) Unique Challenges Facing Southwestern Tribes (17) |
| Financial risk to property | | | | | | X | | | Coastal Issues (9) |

**KEY CHALLENGE:  Regulation, legislation, political and social responses to climate all play an important role in our ability to adapt to climate impacts and mitigate greenhouse gas emissions.**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| How the current and future fleet of power plants will evolve, particularly with respect to utilized fuel type and impacts on GHG emissions | | | | | X | X | X | | Energy: Supply, Demand, and Impacts (12) Transportation (14) |
| The type and intensity of fuels used in the transportation sector and impacts on GHG emissions | | | | | X | X | X | | Energy: Supply, Demand, and Impacts (12) Transportation (14) |
| Social and political responses to climate change; including market incentives | | | | | X | X | X | X | Coastal Issues (9) |
| Communication between planners and academics | | | | | X | | | X | Coastal Issues (9) |

**Table 19.2** Knowledge gaps and key challenges to improving understanding, reducing uncertainty, identifying and addressing vulnerabilities to climate changes in the Southwest (Continued)

| Knowledge Gaps Contributing to Key Challenges | Model Uncertainty | | | | Scenario Uncertainty | | | | Chapter(s) |
|---|---|---|---|---|---|---|---|---|---|
| | Observational Data | Understanding Physical Climate Dynamics | Climate Models & Downscaling | Physical Climate Impacts to Biological & Human Systems | Social & Behavioral Factors | Economic Factors | Policy & Regulatory Factors | Communication & Education | |
| Extent of upper-level and/or grass roots leadership to effect change | | | | | X | | X | | Urban Areas (13) |
| Socio-economic and political conditions | | | | | | X | X | | Unique Challenges Facing Southwestern Tribes (17) |
| City-scale decisions about adaptation and regulatory frameworks | | | | | X | | X | | Urban Areas (13) |
| Environmental and economic impacts of extensive water transfers and effect on agriculture | | | | | | X | X | | Agriculture and Ranching (11) |
| Agricultural and environmental policies | | | | | | | X | | Agriculture and Ranching (11) |
| Effect of water availability (physical and legal) on agriculture output | | | | X | | | X | | Agriculture and Ranching (11) |
| National policies related to air quality standards | | | | | | | X | | Human Health (15) |
| Understanding of how adaptation to climate change develops and functions is limited, as is the role played by institutions in promoting effective adaptation | | | | | | | X | X | Climate Change and U.S.-Mexico Border Communities (16) |

**KEY CHALLENGE: Climate change is a multi-stressor problem, and many factors are at play. In the Southwest, population growth is particularly important.**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Future demand for energy; including temporal and spatial shifts | | | | | X | X | X | | Energy: Supply, Demand, and Impacts (12) |
| Age distribution in the population | | | | | X | | | | Transportation (14) |

**Table 19.2** Knowledge gaps and key challenges to improving understanding, reducing uncertainty, identifying and addressing vulnerabilities to climate changes in the Southwest (Continued)

| Knowledge Gaps Contributing to Key Challenges | Model Uncertainty | | | | Scenario Uncertainty | | | | Chapter(s) |
|---|---|---|---|---|---|---|---|---|---|
| | Observational Data | Understanding Physical Climate Dynamics | Climate Models & Downscaling | Physical Climate Impacts to Biological & Human Systems | Social & Behavioral Factors | Economic Factors | Policy & Regulatory Factors | Communication & Education | |
| Global and U.S. economic outlook | | | | | | X | | | Transportation (14) |
| Global and U.S. manufacturing and industrial patterns | | | | | | X | | | Transportation (14) |
| The extent to which heat-related morbidity and mortality are a multi-stressor problem | | | | | | X | | | Human Health (15) |

Note: To construct this table, the authors of each chapter in this report identified key knowledge gaps and uncertainties. For Chapters 3–8, authors, outlined the major elements needed to improve confidence in observed and projected climate trends. For Chapter 9–18, author teams identified factors and knowledge gaps that need to be addressed in order to improve the ability of the respective sector to identify vulnerabilities and/or adaptive responses. The author team for this chapter identified Key Challenges based on common themes in the compilation of inputs from different chapters.

## 19.5 Moving Forward

Climate projections can provide information for understanding risks associated with physical, biological, and social impacts. Although model projections are imperfect given the uncertainties outlined above, entities in the Southwest are moving forward and using innovative strategies to incorporate climate information in their planning and management schemes.[v] Both public and private planners are employing strategies that run the gamut from iterative risk management frameworks (which adapt management strategies to new information and changing circumstances) to resilience strategies (which enhance the capacity to withstand and recover from emergencies and disasters) to approaches that optimize for a particular desired set of conditions (NRC 2011). Case studies from the Southwest are highlighted throughout this chapter.

**Box 19.5**

## *Case Study 4: Transmission Planning in the Western States*

Resource management decisions must be based Western governors have long identified clean, diverse, and reliable energy as a regional and national priority. But access to transmission lines is a significant impediment to increasing renewable resources as a portion of the overall energy portfolio. There is also a broad recognition of the need to consider water, land use, and wildlife when planning and developing energy supplies in the West. To address these issues, the Western Governors' Association and the Western States Water Council are collaborating with the Department of Energy and the National Laboratories on the Regional Transmission Expansion Project (RTEP). A major focus of the project is to seek generation and transmission options that are compatible with reliable water supplies and healthy wildlife communities in the West (Iseman and Schroder 2012).

Electricity generation and reliability of the grid are dependent on availability of water resources. Most of the power generated in the West requires water, and in order to move electricity to population centers, transmission lines need to be sited near these power plants. Even low-carbon electricity portfolios require additional water supplies. Consequently, the reliability of the grid and electricity supplies depends on the availability of water.

To make better decisions on energy and water, risks associated with a variable water supply must be considered. Drought has always been a fact of life in the arid West. Thus, considering drought in this planning effort is prudent in order to minimize risks to both the grid and water supplies. However, projections of drought in the short term (less than fifty years) are uncertain. Long-term climate projections indicate there will potentially be more severe drought events; but in the short term, natural variability trumps climate change.

To address risks posed by drought, the RTEP team is using past droughts to test the vulnerability to dry conditions of proposed transmission systems. These droughts are not necessarily those recorded in the observation records, but rather paleodroughts that occurred up to 1,000 years ago, as evidenced by tree rings in the region.

## References

Boykoff, M. 2011. *Who speaks for the climate? Making sense of media reporting on climate change.* Port Melbourne, Australia: Cambridge University Press.

Crosbie, R. S., J. L. McCallum, and G. R. Walker. 2011. *The impact of climate change on dryland diffuse groundwater recharge in the Murray-Darling Basin.* Waterlines Report No. 40. Canberra, Australia: National Water Commission.

Fowler, H. J., S. Blenkinsop, and C. Tebaldi. 2007. Linking climate change modelling to impacts studies: Recent advances in downscaling techniques for hydrological modelling. *International Journal of Climatology* 27:1547–1578.

Hawkins, E., and R. Sutton. 2009. The potential to narrow uncertainty in regional climate predictions. *Bulletin of the American Meteorological Society* 90:1095–1107, doi: 10.1175/2009BAMS2607.1.

—. 2011. The potential to narrow uncertainty in projections of regional precipitation change. *Climate Dynamics* 37:407–418.

Intergovernmental Panel on Climate Change (IPCC). 2007. *Climate change 2007: The physical science basis. Contribution of Working Group I to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change,* ed. S. Solomon, D. Qin, M. Manning, Z. Chen, M. Marquis, K.B. Averyt, M. Tignor and H.L. Miller. Cambridge: Cambridge University Press.

Iseman, T., and A. Schroder. 2012. Integrated planning: Transmission, generation and water in the western states. In *The water-energy nexus in the American West*, ed. D. Kenney and R. Wilkinson, chapter 15. Williston, VT: Edward Elgar.

Karl, T. R., J. M. Melillo, and T. C. Peterson, eds. 2009. *Global climate change impacts in the United States*. Cambridge: Cambridge University Press. http://downloads.globalchange.gov/usim-pacts/pdfs/climate-impacts-report.pdf.

Manning, M., M. Petit, D. Easterling, J. Murphy, A. Patwardhan, H-H. Rogner, R. Swart, and G. Yohe, eds. 2004. *IPCC workshop on describing scientific uncertainties in climate change to support analysis of risk and of options, National University of Ireland, Maynooth, Co. Kildare, Ireland, 11-13 May, 2004: Workshop report*. Geneva: Intergovernmental Panel on Climate Change (IPCC).

Mastrandrea, M. D., C. B. Field, T. F. Stocker, O. Edenhofer, K. L. Ebi, D. J. Frame, H. Held, et al. 2010. *Guidance note for lead authors of the IPCC Fifth Assessment Report on Consistent Treatment of Uncertainties*. Geneva: Intergovernmental Panel on Climate Change (IPCC). http://www.ipcc-wg2.gov/meetings/CGCs/Uncertainties-GN_IPCCbrochure_lo.pdf .

Mastrandrea, M. D., K. J. Mach, G-K. Plattner, O. Edenhofer, T. F. Stocker, C. B. Field, K. L. Ebi, and P. R. Matschloss. 2011. The IPCC AR5 guidance note on consistent treatment of uncertainties: A common approach across the working groups. *Climatic Change* 108:675–691.

McAfee, S. A., J. L. Russell, and P. J. Goodman. 2011. Evaluating IPCC AR4 cool-season precipitation simulations and projections for impacts assessment over North America. *Climate Dynamics* 37:2271–2287.

McCright, A. M. 2011. Political orientation moderates Americans' beliefs and concern about climate change. *Climatic Change* 104:243–253.

Millner, A. 2012. Climate prediction for adaptation: Who needs what? *Climatic Change* 110:143–167.

Milly, P. C. D., J. Betancourt, M. Falkenmark, R. M. Hirsch, Z. W. Kundzewicz, D. P. Letten-maier, and R. J. Stouffer. 2008. Stationarity is dead: Whither water management? *Science* 319:573–574.

Moss, R. H., and S. H. Schneider. 2000. Uncertainties in the IPCC TAR: Recommendations to lead authors for more consistent assessment and reporting. In *Guidance papers on the cross cutting issues of the Third Assessment Report of the IPCC*, ed. R. Pachauri, T. Taniguchi, and K. Tanaka, 33–51. Geneva: World Meteorological Organization. http://www.ipcc.ch/pdf/supporting-material/guidance-papers-3rd-assessment.pdf.

Nakićenović, N., and R. Swart, eds. 2000. *Report on emissions scenarios: A special report of Working Group III of the Intergovernmental Panel on Climate Change*. Cambridge: Cambridge University Press. http://www.grida.no/climate/ipcc/emission/index.htm.

National Assessment Science Team. 2001. *Climate change impacts on the United States: The potential consequences of climate variability and change*. Report for the US Global Change Research Program. Cambridge: Cambridge University Press. http://downloads.globalchange.gov/nca/nca-2000-foundation-report.pdf.

National Research Council (NRC). 2011. *America's climate choices*. Washington, DC: National Academies Press.

Pidgeon, N., and B. Fischhoff. 2011. The role of social and decision sciences in communicating uncertain climate risks. *Nature Climate Change* 1:35–41.

Pierce, D. W., T. Das, D. R. Cayan, E. P. Maurer, N. L. Miller, Y. Bao, M. Kanamitsu, et al. 2012. Probabilistic estimates of future changes in California temperature and precipitation using statistical and dynamical downscaling. *Climate Dynamics*, published online, doi: 10.1007/s00382-012-1337-9.

Reichler, T., and J. Kim. 2008. Uncertainties in the climate mean state of global observations, reanalyses, and the GFDL climate model. *Journal of Geophysical Research* 113: D05106.

Risbey, J. S., and T. J. O'Kane. 2011. Sources of knowledge and ignorance in climate research. *Climatic Change* 108:755–773.

San Francisco Bay Conservation and Development Commission (SFBCDC). 2011. *Living with a rising bay: Vulnerability and adaptation in San Francisco Bay and on its shoreline.* San Francisco: SFBCDC. http://www.bcdc.ca.gov/BPA/LivingWithRisingBay.pdf.

Sterman, J. 2008. Risk communication on climate: Mental models and mass balance. *Science* 322:532–533.

Trenberth, K. 2010. More knowledge, less certainty. *Nature* 4:20–21.

U.S. Climate Change Science Program (CCSP). 2009. *Best practice approaches for characterizing, communicating, and incorporating scientific uncertainty in climate decisionmaking*, ed. M.G. Morgan, H. Dowlatabadi, M. Henrion, D. Keith, R. Lempert, S. McBride, M. Small, and T. Wilbanks. Synthesis and Assessment Product 5.2 Report by the U.S. Climate Change Science Program and the Subcommittee on Global Change Research. Washington, DC: Global Change Research Information Office. http://downloads.globalchange.gov/sap/sap5-2/sap5-2-final-report-all.pdf.

Waage, M. D., and L. Kaatz. 2011. Nonstationary water planning: An overview of several promising planning methods. *Journal of the American Water Resources Association* 47:535–540.

Wilby, R. L., and I. Harris. 2006. A framework for assessing uncertainties in climate change impacts: Low-flow scenarios for the River Thames, UK. *Water Resources Research* 42: W02419.

## Endnotes

i       See http://www.cesm.ucar.edu/models/ccsm3.0.

ii      See http://wrf-model.org.

iii     Grid boxes are 100 miles on each side in the GCM, compared with 30 miles square in the RCM (with more than a ten-fold increase in resolution).

iv      See San Francisco Bay Plan, http://www.bcdc.ca.gov/laws_plans/plans/sfbay_plan. Since its original adoption in 1968, the plan has been amended as warranted by new data, including in October 2011, as explained in the text.

v       Climate projections based on scenarios of future emissions are inherently uncertain. Climate models were initially built as experiments intended to facilitate understanding of the physical processes driving climate systems—not to predict specific, optimal outcomes. Rather, projections emerging from climate models can provide suites of potential futures. At this point, even significant investment in computational models may not significantly increase the certainty of climate projections. However, despite their uncertainties, climate model outputs are being incorporated into decision making processes in different sectors, at different geographic scales, across the Southwestern US. Simply, uncertainty related to future climate (whether physical, biological, or regulatory) is not impeding the use of climate information in decision making.

## Chapter 20

# Research Strategies for Addressing Uncertainties

**COORDINATING LEAD AUTHOR**

David E. Busch (U.S. Geological Survey)

**LEAD AUTHORS**

Levi D. Brekke (Bureau of Reclamation), Kristen Averyt (University of Colorado, Boulder), Angela Jardine (University of Arizona)

**CONTRIBUTING AUTHOR**

Leigh Welling (National Park Service)

**REVIEW EDITORS**

Karl Ford (The Bureau of Land Management, Retired), Gregg Garfin (University of Arizona)

## Executive Summary

There is an immense volume of information pertaining to research needs for addressing climate change uncertainties and resolving key information gaps. Fortunately, multiple independent efforts to establish research *priorities* have yielded similar results. Input on research needs is being used to craft national scientific priorities and strategies that are being implemented regionally by agencies and organizations. A number of regionally based efforts are already underway to aggregate and synthesize climate-related management needs and research priorities. Landscape Conservation Cooperatives and Climate

---

**Chapter citation:** Busch, D. E., L. D. Brekke, K. Averyt, A. Jardine, and L. Welling. 2013. "Research Strategies for Addressing Uncertainties." In *Assessment of Climate Change in the Southwest United States: A Report Prepared for the National Climate Assessment*, edited by G. Garfin, A. Jardine, R. Merideth, M. Black, and S. LeRoy, 462–482. A report by the Southwest Climate Alliance. Washington, DC: Island Press.

Science Centers, funded by the Department of the Interior, are conducting strategic syntheses of common resource-management priorities and related science needs across the Southwest, and many of these priorities and needs are related to climate variability and change.

The present Assessment includes many examples of the types of research that are needed to address key climate science uncertainties. The Assessment also includes examples of information needs related to understanding climate effects on systems (human, biophysical, ecosystems, and others) in the Southwest. Implementation of research strategies will increase understanding and improve the ability of the scientific community to anticipate the direction or magnitude of future climate-related change in these systems. The assembly of experts for the other chapters of this document provided a unique opportunity to draw upon the authors' collective expertise to share knowledge about priority research strategies. The peer-reviewed information sources assessed in this chapter highlight research strategies and priorities established by the research community.  Other sources cover priorities that are based primarily on management and policy needs. In the latter type, the sources represent the consensus of senior leaders of organizations, generally with substantial input and advice from the organizations' technical and scientific experts.

## 20.1 Introduction

This chapter examines research strategies that aim to reduce uncertainty associated with climate drivers and their effects on systems in the Southwest. It also identifies scientific approaches that are being considered for implementation in programs of adaptive responses to climate change. This chapter was written collaboratively with Chapter 19, which outlines some of the most important uncertainties related to climate variability and change in the Southwestern United States. In these chapters the uncertainty derives from both our presently imperfect capability to model climate and other earth systems and from our inability to adequately characterize social, economic, policy and regulatory responses in the form of adaptation and mitigation.

Sources of information on research strategies infrequently utilize a risk-based perspective and usually do not incorporate a formal statistical definition of risk (Raiffa and Schlaiffer 2000). Although in this Assessment we utilize some sources that have undergone scientific peer review, others are heavily influenced by policy. In such cases, the products (which are often unpublished papers) represent the consensus of senior leaders of agencies and organizations (including inter-organizational and inter-agency collaboratives) who generally have received substantial input and advice from the organizations' and agencies' technical and scientific experts. In policy-influenced products, formal evaluations of confidence employing levels of evidence and agreement (e.g., Mastrandrea et al. 2010) are typically not undertaken or reported. Instead, the level of confidence expressed in these collaborative technical-policy products represents the judgment of high-level decision makers regarding alternative management approaches to adapt effectively to climate change. Thus, this chapter offers an opportunity for the findings of the *Assessment of Climate Change in the Southwest United States* that are associated with lower confidence or higher uncertainty (e.g., Moss and Yohe 2011) to be prioritized in planning future climate-effects research.

## 20.2 Developing Research Strategies from Information Needs

Raising confidence in research findings by increasing evidence and consensus (Chapter 19; Mastrandrea et al. 2010) often involves iterative and circuitous pathways that can affect both the amount of evidence and level of agreement, but may only infrequently address both together. Because formal determinations about confidence (see Figure 20.1) are rarely undertaken, uncertainty is generally only implicitly considered in determining information needs for climate-effects research. Nonetheless there are many fine examples linking information needs to research strategies. At a national scale, the U.S. Forest Service has used research needs to craft a scientific strategy and implementation plan to organize its climate-effects research along three themes: ecosystem sustainability (climate-change adaptation), carbon sequestration (climate-change mitigation), and decision support (USFS 2010). In the Southwest, the Forest Service Research and Development program is using these broad themes to implement its climate-change research program through its Pacific Southwest and Rocky Mountain Forest and Range research stations.



**Figure 20.1 Research strategies for addressing uncertainties.** Trajectories show how the level of evidence presented in climate effects research and agreement about the research, independently and collectively generate greater confidence in the research findings. Source: Mastrandrea et al. (2010), Mastrandrea et al. (2011).

Other national information needs and research priorities related to climate change have been developed (Lucier et al. 2006; DOE 2010; IWGCCH 2010; NRC 2010) along with syntheses of natural resource management-related gaps in scientific information pertaining to various regional resources and lands (California Coastal Commission 2008; BLM 2011; Brekke et al. 2011). However, climate-oriented scientific needs assessments are currently at an embryonic stage of development for the Southwest as a distinct region.

Within the Southwest, a number of efforts have been aggregating and synthesizing management needs and research priorities. For example, the Great Basin Research and Management Partnership[i] has been particularly active in developing momentum toward collaborative management and research (Chambers, Devoe and Evendon 2008). Climate variation is among the drivers of change considered in its work.

The Regional Integrated Sciences and Assessments (RISA) program, funded by the Climate Program Office at the National Oceanic and Atmospheric Administration (NOAA), was designed in part to enable NOAA to work with constituents to further its mission of climate science, monitoring, and data management. One of the Southwestern RISAs, the Western Water Assessment, has identified and characterized key people, projects, and documents related to climate in the state of Utah to provide guidance for research needs there.[ii]

The Department of the Interior's development of a nation-wide system of Regional Climate Science Centers (CSCs) represents a new approach to evaluate needs for scientific information about climate influences on natural and human resources at the regional scale, and to address such needs through collaborations of university and government research institutions (Salazar 2009). CSCs such as the Southwest Climate Science Center[iii] work with stakeholders throughout the Southwest to identify key scientific needs at the regional scale. Partner institutions such as NOAA's RISA program and the Forest Service Research and Development program will be important collaborators for the CSCs. The CSCs also are working with management-oriented inter-organizational groups, notably the Landscape Conservation Cooperatives (discussed below), which are being developed concurrently with the CSCs to help address the impacts of climate change on the nation's natural and cultural resources (Figure 20.2).

A number of factors can improve the dialogue about climate-effects research findings with those who are implementing climate mitigation and adaptation programs. Chief among these factors are:

- communication networks, science translation, and capacity for ongoing assessment;
- elimination of possible duplication and insufficient coordination of efforts among federal, state, and local agencies;
- improved access to climate change data and information; and
- improved understanding of the impact of laws and regulations on adaptation policy and implementation.

Research products will have more impact if such translational factors are considered as an essential part of strategy development rather than as an ancillary component. As

a changing climate necessitates novel demands on decision processes (NRC 2009), the process of strategy development can be optimized if institutions charged with making decisions about climate adaptation and mitigation are involved early on. Pilot efforts by the National Park Service to test scenario planning related to climate futures (Box 19.3) are an example of one approach that is proactively integrating managers' perspectives.

## 20.3  Research Strategies Derived from the Southwest Climate Assessment

The assembly of experts for the *Assessment of Climate Change in the Southwest United States* presented a unique opportunity to draw upon the authors' collective expertise to outline uncertainty (see Chapter 19) and evaluate research-strategy priorities from a scientific perspective. A summary of strategies to address gaps in knowledge and data, monitoring needs, and modeling and other deficiencies that are outlined throughout this Assessment are presented in Table 20.1.



**Figure 20.2  Federal climate-science and landscape-management initiatives.** Shading indicates Landscape Conservation Cooperatives (http://www.doi.gov/lcc/index.cfm) in the Southwest, overlaid by the approximate research regions of the Department of the Interior's Climate Science Centers (http://www.doi.gov/csc/index.cfm), indicated by the solid white line boundaries.

**Table 20.1** Research needs and strategies associated with themes in the *Assessment of Climate Change in the Southwest United States*

| Uncertainty theme | Research need | Research strategy |
|---|---|---|
| **CLIMATE (CHAPTERS 4–7)** | | |
| Distinguishing long-term climate change from interdecadal and interannual climate variability at the regional scale. | Detection and attribution studies, supported by improved observations and data interpolation methods. | Increased emphasis on detection and attribution, supported by rigorous research protocols. Establish and maintain high quality weather and climate stations, prioritizing the largest data voids. Improved representation, in models, of physical processes such as atmospheric convection, evapotranspiration, snowpack formation, and runoff production. Improved models and modeling techniques for multi-year to decade prediction. Increased collaboration between modelers and scientists whose research focuses on observations. |
| Uncertainty in evaluating trends and variability in mountainous areas and montane environments. | Improved observations across mountain gradients and at a range of elevations. | Increased emphasis on mountain climate analyses, including studies that link climate, hydrology, soil science. Augmented capabilities should address the occurrence of heavy precipitation during winter storms and summer convection, rain versus snow and rain-on-snow events, snowpack formation and melt-off, and basin-scale runoff efficiency.  Development of improved techniques for the automated measurement of precipitation in mountainous areas, especially remote locations. |
| Inadequate confidence in estimates of variations in current and future local climate conditions. | Enhanced meteorology and hydrology observations to better monitor at scales consistent with terrain. Improved modeling for studies of local variability. | Improved climate and hydrological modeling at scales consistent with Southwest terrain. |
| Assumption that study of past climate variations can provide a representation of future climate that is adequate to estimate future risks. | A suitable replacement for the stationarity principle. | Focused research on non-stationarity. Investigation into statistical approaches for dealing with time-varying climate and hydrological baselines. |

468    ASSESSMENT OF CLIMATE CHANGE IN THE SOUTHWEST UNITED STATES

**Table 20.1** Research needs and strategies associated with themes in the *Assessment of Climate Change in the Southwest United States* (Continued)

| Uncertainty theme | Research need | Research strategy |
|---|---|---|
| Few scientific studies have considered future projections of climate and hydrologic extremes. Even fewer have focused on regional extremes. Lack of studies increases uncertainty with regard to common claims that the magnitudes and frequencies of some extremes will increase. | Definition of the most impact-based indicators of environmental extremes that are relevant to society. The necessary cross-sector relationships are still in their infancy. | Define extremes by first understanding their impacts in key sectors. Spur and nurture close collaborations between science and the public-private policy sectors, in order to define policy and impact-relevant extremes. |

**ECOSYSTEMS (CHAPTER 8)**

| | | |
|---|---|---|
| Despite the clear responses of the distributions of some species to climate, the relationship between changes in climate and recent changes in the geographic distribution of species is highly uncertain. Considerable uncertainty remains on how species and the communities and ecosystems they form will respond to projected changes in climate. | Projections of the effects of climate variability on geographic ranges, accounting for multiple factors affecting species persistence and distribution. | Projections that take into account species' environmental stress tolerances, and ability to adapt. Consideration of environmental change, land-use change, and management interventions. Elucidation of mechanisms of change in the interactions among factors such as climate variation and species fitness. Re-estimation of the probabilities of persistence of species. Knowledge gaps may be partly filled by identification of biotic and abiotic drivers of genetic change and selection, identifying which traits (or combinations of traits) will be targets of this selection, and determining how genetic change and phenotypic plasticity affect selection of potentially correlated traits. |
| Most projections of current or future distributions of species are based on their current climatic niches, which unrealistically assume that niches are static and uniform. | Species range projections that account for uncertainties due to climate projections that fall outside the ranges of data used to build the models. | Develop robust methods for accounting for changing niche delineations. Characterization of uncertainties associated with extrapolations beyond observations used in constructing niche definitions. Estimating likely temporal and spatial changes in these drivers, given multiple scenarios of climate change. |

**COASTAL (CHAPTER 9)**

| | | |
|---|---|---|
| Local jurisdictions vary considerably in their technical expertise and capacity to conduct effective coastal land use management. | Improved understanding of persistent adaptation barriers that inhibit preparedness and active implementation of climate-change adaptation in coastal California. | Social science and communication research aimed at characterizing adaptation barriers. Definition and development of best practices for building capacity for implementation of alternative land-use management practices. |

**Table 20.1** Research needs and strategies associated with themes in the *Assessment of Climate Change in the Southwest United States* (Continued)

| Uncertainty theme | Research need | Research strategy |
|---|---|---|
| Extent of ocean acidification and its regional impacts. | Improved understanding of the causes of ocean acidification and its effects on ecosystems and their constituent species. | Monitoring of ocean acidification and diagnostic studies of acidification effects. Analyses to identify sensitive ecosystems, locations, and species. |
| **WATER (CHAPTER 10)** | | |
| Twentieth-century water management was based on the principle that the future would look like the past. Statistical downscaling implicitly preserves stationarity in existing large-scale synoptic patterns. | A suitable replacement for the stationarity principle is needed to reduce inhibitions to the process of adaptation and the search for solutions. | Investigation into statistical approaches for dealing with time-varying baselines. |
| There is a mismatch between the temporal and spatial scales at which climate models produce useful outputs, and the scales of output needed by water decision makers. | Improvements in statistical downscaling methods that currently produce substantially different results. Improved depiction of factors related to fine-scale topography in climate models. | Reconciliation of downscaling methods. Guidance on best practices for interpreting the output of different downscaling methods. Improved model topography and resolution, and validation of output that uses the improved topography in order to address potential mismatches between observed and projected climate variability. |
| Differing responses across models, especially with respect to precipitation, lack of realistic topography, lack of realistic monsoon simulation, and lack of agreement about ENSO all provide uncertainty, which is difficult to reduce. | Improving models to better simulate modes of climate variability that have important effects on the region, such as ENSO and the North American monsoon. | Conduct intensive modeling studies using models with the best representations of ENSO and North American monsoon dynamics and regional effects. Develop focused initiatives on these key processes. |
| **AGRICULTURE AND RANCHING (CHAPTER 11)** | | |
| It is not known how much information private or public intermediaries use to transfer or interpret climate change science and projections and their implications for farmers and ranchers | Investigation of climate change knowledge transfer to farmers and ranchers. | Assess the sector-specific availability and use of information. Evaluate the effectiveness of sector-specific climate change communication and extension strategies, electronic media, and technologies, such as the Internet and phone applications. |
| **ENERGY (CHAPTER 12)** | | |
| Climate-change influence on projected peak loads. Estimates exist for California, but not the entire Southwest. | Rigorous projections of peak loads, peak demand, and associated impacts for the entire Southwest region. | Integrated assessment of climate change, demand, peak loads across the region, using common assumptions, model ensembles, socio-economic factors. |

**Table 20.1** Research needs and strategies associated with themes in the *Assessment of Climate Change in the Southwest United States* (Continued)

| Uncertainty theme | Research need | Research strategy |
|---|---|---|
| Temporal aspects of future power production. | Simultaneous spatial and temporal assessment of evolution of power production, plant performance, fuel type and mix. | Estimate temperature impacts on different types of electricity-generating capacity and power-plant performance throughout the Southwest. Improve projections of spatial shifts in wind regimes; investigate probability and duration of no-wind conditions on hot days. Improve projections of extreme surface temperatures and their effects on photo-voltaic and concentrated solar power production. Estimate evolution of current and future power, with respect to fuel type. |
| Vulnerability of power plants to flooding. | Flood risk is site-specific, and relatively few studies directly quantify potential climate change impacts on hydropower production. | Conduct site-specific studies of power plant vulnerability to flooding. Synthesize and assess individual studies, in order to evaluate vulnerability and risk for the region. |
| Exposure and vulnerability of thermoelectric power production to drought and climate change. | Rigorous assessment of the exposure and vulnerability of thermoelectric power production to drought and climate change. | Assessment of hydrologic conditions, combined with operational characteristics and institutional factors. Development of a definitive measure of aggregate impact. Inventory and rigorously assess the robustness of existing contingency plans for individual plants. |
| A lack of accurate projections of future ground-level solar radiation adds to uncertainty in regional energy potential and production projections. | Improved simulation of regional cloud cover, directly from physical principles. | Increase spatial resolution in climate models, and improve model physics for estimation of ground-level solar radiation. In the meantime, ground-level radiation generated by global and regional climate models should be interpreted cautiously. |
| Uncertainty in future transportation sector fuel types and use. | Examinations of the type and intensity of future fuel use in the transportation sector. | Projections of the type and intensity of fuels used in the transportation sector, given projected future climate changes. |
| Implications of climate change across the entire Western interconnection. | Comprehensive assessment of impacts of climate change on multiple modes of power production, in conjunction with projections of shifts in power demand, and risks to the transmission grid. | Evaluate concurrent impacts of climate on West-wide hydropower production, coincident impacts on thermoelectric production and induced shifts in electric power demand. Include studies of fire risk to the transmission grid, given projected increases in regional fire frequency. Identify loss minimizing operation practices. |

**Table 20.1** Research needs and strategies associated with themes in the *Assessment of Climate Change in the Southwest United States* (Continued)

| Uncertainty theme | Research need | Research strategy |
|---|---|---|
| **URBAN AREAS (CHAPTER 13)** | | |
| Determination of the adaptive capacity of urban communities. | Integrated evaluation of urban adaptive capacity and institutional complexity. | Evaluation of the connections between municipal agency funding and how municipal services capabilities might be used to implement mitigation and adaptation strategies. Studies of the fiscal capacity of localities in relation to their ability to monitor and act on climate change challenges. |
| Urban area observation collection, data amount, availability, and format are not sufficiently standardized to fully assess the ways in which cities may contribute to climate change through their urban metabolisms, such as flows of water, energy, materials, nutrients, and air. | Inventory and evaluation of data collection and analysis practices. | Urban metabolism studies can improve understanding of a host of climate-change vulnerabilities such as water use and waste generation. Improve collection of information on urban vegetation cover, to evaluate urban water consumption patterns in the Southwest. Improve quantification of the contribution of urban areas to climate change for sectors other than transportation. Couple household-level energy use with land-use data, to reveal important aspects of urban activities and mechanisms. The expected increase in climate-driven urban-fringe fires will call for improved post-fire monitoring, management, and treatment of stormwater runoff to reduce impacts to city water supplies and downstream ecosystems. |
| There is a paucity of observations on land and built-environment interactions with the atmosphere in the Southwest's urban centers. | Better information is needed on building technologies, particularly impermeable surfaces and surface albedo (the portion of solar energy reflected back from a surface to the atmosphere). | Improved use of information on urban vegetation cover to evaluate albedo patterns in the Southwest. |
| **TRANSPORTATION (CHAPTER 14)** | | |
| The magnitude of potential impacts to the transportation system for a particular system or location is too uncertain to be reliably estimated. Depending on the levels and types of investments now, the effects of climate change could be significantly increased or reduced. | Studies of the impact of climate change on passenger travel. Quantification of key variables for evaluating economic impacts of changing climate. | Focus studies on key economic variables, such as loss of time, loss of money, loss of productivity (and wages), relocation costs, and loss of life. Prioritize future research to quantify long-term effects of climate change on transportation systems. Refine studies to simultaneously examine multiple scenarios of climate changes of various magnitudes in conjunction with multiple scenarios of levels and types of investments and the effect of multiple timelines for implementation of investments. |

472      ASSESSMENT OF CLIMATE CHANGE IN THE SOUTHWEST UNITED STATES

**Table 20.1** Research needs and strategies associated with themes in the *Assessment of Climate Change in the Southwest United States* (Continued)

| Uncertainty theme | Research need | Research strategy |
|---|---|---|
| **PUBLIC HEALTH (CHAPTER 15)** | | |
| Limited understanding of the associations between meteorological factors and health impacts contributes to uncertainty, and limits the capacity of current statistical models to predict future health impacts. | High-quality, high-resolution long-term health and climate data are necessary to fully characterize their relationship and adequately estimate future impacts to health from climate change. Deficiencies in the quality of health data limit our ability to characterize linkages between climate change and health and develop predictive models for climate-related health impacts. | Incorporate physiological, societal, and behavioral effects to reduce uncertainty in predicting health outcomes. Improved data collection, combined with exploratory analyses that make use of sparse data, and hypothesis-driven diagnostic analyses can help build experimental predictive capacity. |
| Uncertainty in the future occurrence of allergies and asthma, in association with future pollen production, which may be influenced by increases in atmospheric $CO_2$ concentration. | Examination of linkages between pollen production, phenology, and public health. | Systematic focus on allergies and asthma, in conjunction with field observations, greenhouse experiments, and modeling. Develop interdisciplinary research initiatives and multidisciplinary research teams. |
| Uncertainty due to possible multiple causes of mortality in the case of heat-related deaths. | Criteria for heat-related mortality are not standardized. It is often difficult to identify where and when cases were exposed to infectious diseases. | Carefully explore questions of exposure source and location at the time of diagnosis, to identify factors other than temperature (e.g., socio-economic or other environmental issues) that influence the relationship of climate change and mortality. |
| Limitations to public health data. | Data on the spatial attributes of vector-borne diseases are required to estimate future infectious disease impacts. Criteria for identifying cases are not always consistent, suggesting a need to standardize diagnostic criteria. Multi-year data sets with high spatial and temporal resolution from multiple locations are needed to allow us to assess risk changes over time and estimate future impacts at a regional scale. | Develop standards for diagnostic criteria associated with vector-borne diseases. Invest in consistent, long-term monitoring networks, with sufficient resolution to answer research and public health professionals' needs. |

**Table 20.1** Research needs and strategies associated with themes in the *Assessment of Climate Change in the Southwest United States* (Continued)

| Uncertainty theme | Research need | Research strategy |
|---|---|---|
| Insufficient understanding of the physiological, societal, and behavioral factors that affect human health, and the interactions between these factors. | Predictive modeling of climate impacts on health that accounts for the complexity introduced by non-climatic factors. | Assess the linkages between climate and human health at city, state, and regional levels, and develop action plans for each level that reflect differences in current and predicted climate conditions and vulnerabilities. Characterize vulnerability and future risk not only in terms of the impacts of climate change on health, but also with attention to demographics, local geographical differences, and socioeconomic factors. |

### TRIBAL COMMUNITIES (CHAPTER 17)

| | | |
|---|---|---|
| Lack of scientific studies that have examined climate-change impacts on Native lands within the Southwest region. Lack of data and observations is a substantial source of uncertainty in documenting changes and attributing observed changes to anthropogenic climate change. | Indian reservations need improved monitoring of climatic conditions to provide tribal decision makers the necessary data to quantify and evaluate the changes taking place for planning and management of their resources. Reservations lack the data necessary for accurate downscaling of climate models, because meteorological monitoring is sparse over areas of significant size. Additional studies are needed, in order to make comprehensive assessments of observed changes. | In addition to commonly used land-based observations, a research program to evaluate climate change impacts on Native lands in the Southwest might include: increased use of remotely sensed observations to detect environmental changes, ethnographic studies of traditional environmental knowledge, and citizen-science observations. An inventory of climate-related observed changes could provide the first step in developing a comprehensive assessment. |

## 20.4  Research Strategies from Southwestern Ecoregional Initiatives

Each of the Landscape Conservation Cooperatives[iv] (LCCs, Figure 20.2) is conducting strategic syntheses of common resource management priorities and related science needs across the Southwest. Although LCCs are not exclusively directed toward research nor toward climate adaptation and mitigation, climate change information needs are a major part of the LCCs' agenda to work at a landscape scale to protect natural and cultural resources. We queried four LCCs that cover the majority of the Southwest assessment area—California, the Desert region, the Southern Rockies, and the Great Basin[v]—regarding the status of their syntheses, as well as for information on the primary sources used to develop these syntheses. Responses indicated that the LCCs are in the earliest stages of conducting comprehensive science-needs assessments. They anticipate they will be able to make available in the near future a full compilation of these sources, the criteria

for developing priorities among science needs, and approaches for applying the criteria. These assessments will be of immense value in the structuring of climate change-related research in the Southwest.

Additionally, a number of federal, state, and local agencies, universities, and inter-organizational cooperatives in the Southwest have started to consider research needs pertaining to climate adaptation to help them achieve their missions. Federal and state agencies, along with their university partners, have conducted several workshops over the past four years to acquaint land and water management agency leadership and staff with the state of climate-change research in the Southwest, and to provide opportunities for participants to articulate what they consider important uncertainties and gaps in our scientific understanding. Table 20.2 lists a sample of recent workshops held on climate-effects science in the Southwest. Incorporating information from such efforts in climate-change-related research needs assessments will be important in creating climate-effects-oriented research programs that are effectively integrated with land and water managers.

## 20.5  Strategies to Improve Characterization in Climate and Hydrology

Given the Southwest's aridity and climatological variability, water resources managers in the region face many challenges in predicting when they will have too much or too little water. Water resource managers have issued several "requirements" surveys of their water users' perceived needs, including data, methods, tools, and agency capacity. Many of these surveys were developed to address implications of a changing climate for water resources (Milly et al. 2008; Karl et al. 2009) and concerns about how water managers can adequately plan for and manage such changes (Brekke et al. 2009). Whether they are focused on preparing for longer-term climate change or shorter-term weather and climate variations, a common theme among these surveys is the promotion of research and capacity-building that leads to:

- better-quality predictions;
- better use of existing predictions while we wait for quality to increase; and
- better communication of risk and uncertainty during decision-support processes.

Requirements surveys tend to be better barometers of the relevance of research and development efforts than of research feasibility. The following are some requirements surveys that have been completed in recent years, all of which offer insight on user needs related to water-cycle science and prediction research:

- "Addressing Climate Change in Long-Term Water Resources Planning and Management" (Brekke et al. 2011) outlines the various types of analyses necessary to assess climate-change implications for water-resources management. It offers a technical discussion of desired capabilities, current capabilities, and gaps, and is aimed at science/management research collaborations.
- "Water Needs and Strategies for a Sustainable Future" (WGA 2006) offers states' perspectives regarding needs related to several water management aspects,

**Table 20.2** Recent workshops that have included discussion about strategies for climate-effects science in the Southwest

| Workshop Title | Sponsors | Publication of results |
|---|---|---|
| Natural Resource Mitigation, Adaptation and Research Needs Related to Climate Change in the Great Basin and Mojave Desert | Fish and Wildlife Service, US Geological Survey, National Park Service, Desert Research Institute, Bureau of Land Management, Environmental Protection Agency, University of Nevada Las Vegas | Hughson et al. 2011 |
| Effects of Climate Change on Fish, Wildlife and Habitats in the Arid and Semiarid Southwestern United States: Putting Knowledge and Science into Action | Fish and Wildlife Service, US Geological Survey, Climate Assessment for the Southwest | Guido, Ferguson and Garfin 2009 |
| Climate Change, Natural Resources, and Coastal Management: a Workshop on the Coastal Ecosystems of California, Oregon, and Washington | Fish and Wildlife Service, US Geological Survey | USFWS 2009 |
| The Climate and Deserts Workshop: Adaptive Management of Desert Ecosystems in a Changing Climate | Desert Managers Group, George Wright Soc, University of California, University of Arizona, University of Nevada, Great Basin Cooperative Ecosystem Studies Unit, The Wildlife Society, Climate Assessment for the Southwest, The Nature Conservancy, Bureau of Land Management | Desert Managers Group 2008 |
| Research and Development Workshop: Roadmap – Managing Western Water as Climate Changes | Bureau of Reclamation, National Oceanic and Atmospheric Administration, US Geological Survey | Brekke et al. 2009 |
| Southwest Climate Summit | US Geological Survey, Climate Assessment for the Southwest (CLIMAS) | Southwest Climate Science Center 2012 |

inviting both research and capacity-building activities. The report emphasizes the need for both enhanced hydrologic data collection to track changing climatic conditions and improved capabilities in the areas of hydrologic prediction, modeling, and impact assessment. An associated "Next Steps" report was subsequently issued (WGA 2008), offering a more technical discussion of needs, including those related to managing during drought and other shorter-term weather variations and developing locally relevant (downscaled) long-range projections of climate and hydrology needed to support climate-change vulnerability and adaptation assessments in the Western United States.

- "Options for Improving Climate Modeling to Assist Water Utility Planning for Climate Change" (Barsugli et al. 2009) discusses water utilities' perspectives on global and regional climate projections in relation to their planning activities. It reviews the state of science on developing global to regional climate projections and prospects for improving this science.
- "Decision Support Planning Methods: Incorporating Climate Change Uncertainties into Water Planning" (Means et al. 2010) serves as a companion to Barsugli and others (2009), providing a review of methods for making decisions under climate-change uncertainty, discussing research needs in relation to probabilistic information on data and modeling uncertainties.
- "The Future of Research on Climate Change Impacts on Water—A Workshop Focusing on Adaptation Strategies and Information Needs—Subject Area: Water Resources and Environmental Sustainability" (Raucher 2011) focuses on needs and potential research directions in five areas, including flooding and wet weather, water supply and drought, and the water-energy nexus.

Next-generation climate models should be evaluated for their credibility in making climate projections useful in environmental risk assessments (e.g., Brekke et al. 2008), as must assessments of Southwestern ecosystems involving hydroclimatological drivers. As an initial step in this assessment, the Southwest Climate Science Center[v1] is evaluating the characteristics of California coastal zone influences, the sharp topographic gradients characteristic of the mountainous Southwest, and the North American monsoon.

Although their occurrence is highly variable, intense storms associated with narrow currents of concentrated water vapor ("atmospheric rivers" or ARs) make landfall on the California coast. ARs often make the difference between floods and plentiful water supply versus drought, and are therefore important to planning for integrated water resources and flood planning (see Chapter 4). ARs have been shown to penetrate into the interior Southwest, so the influence of climate change on their frequency and magnitude is in need of additional attention (Dettinger et al. 2011).

There is considerable uncertainty about how the Southwest's major river systems will evolve in the future. For example, in the Sacramento-San Joaquin drainages and San Francisco Bay, differences in projected futures arise from the different sensitivities of global climate models to the range of greenhouse gas emission trajectories. Such uncertainties propagate further into other drivers of transformative change such as landscape modification, water development, and pollutant loads (Cloern et al. 2011).

## 20.6 Strategies to Improve Characterization of Impacts and Vulnerabilities

Widespread drought has affected large areas of the Southwest for the last decade (see Chapter 5). Concern about persistence of this drought—and of longer, more severe droughts—due to projections for continued variability in precipitation amounts, decreased streamflows, and increased temperatures (see Chapters 6 and 7), is generating new research approaches that will improve policy prescriptions for wildland and urban/suburban systems (MacDonald 2010). However, the availability of scientific information

regarding climate change and the capacity to adapt to or mitigate it are uneven across the Southwest. California is a leader among states in assessing climate change impacts associated with natural and managed systems, having completed its second integrated assessment, including thirty-nine individual studies (Franco et al. 2011). Other Southwestern states have not implemented programs to conduct assessments at this depth or breadth.

In addition, the importance of traditional knowledge of indigenous communities is beginning to be acknowledged in ecosystem management (see, for example, the Traditional Knowledge Bulletin[vii] of United Nations University). In other work, interviews with seventy Navajo elders were used to catalog changes in weather, vegetation, location of water sources, and the frequency of wind and dust storms, helping to corroborate research on sand dune movement and growth (Redsteer, Bogle and Vogel 2011). Inclusion of traditional knowledge from the roughly 180 Southwestern tribes could improve both climatic analyses and climate adaptation. Native Americans in the Southwest are thought to be particularly vulnerable to climate change (see Chapter 17). Resiliency can be affected by multiple climate-related threats, and because of tribal communities' close reliance on reservation resources for sustenance, economic development, and the maintenance of cultural traditions, they are particularly vulnerable (National Wildlife Federation 2011). Further assessment of such threats to Native American communities appears to be a pressing need across Southwestern landscapes.

Projections of the potential impacts of coastal flooding in California due to sea-level rise are presently imperfect due to information needs in a number of areas (see Chapter 9). Among these are (1) the capability to model factors such as flood duration and velocity; (2) economic analysis of transportation risk, health issues, and habitat loss; (3) integration of coastal development scenarios; and (4) better characterizations of coastal zone policies (Hebeger et al. 2011).

Climate-driven changes in stream temperature and hydrology are affecting aquatic ecosystems and fishes throughout the West (see Chapter 8), reinforcing the need to synthesize trends in monitoring data, form cross-disciplinary collaborations, and develop alternatives for climate adaptation across river basins (Rieman and Isaak 2010).

Few environmental studies covering the Southwest have explicitly considered dust flux and wind erosion, yet these factors are important drivers of ecosystem processes, can cause human health impacts, and act as a source of uncertainty in climate models (Field et al. 2010). Additional information could help determine ways to reduce the dust layer derived from human activities that is accumulating in the Colorado River Basin snowpack. Dust has increasingly reduced the capacity of the snow to reflect solar radiation, hastening and increasing snowmelt and causing early runoff in this important source of Southwestern water supply (Painter et al. 2010) (see Chapter 4, Box 4.1).

Climate significantly impacts ecosystem structure and plant-animal interactions, such as in plant and bird communities in montane Arizona, where Martin and Maron (2012) demonstrated that declining snowfall indirectly affects both plant and bird populations by allowing more extensive grazing by elk. It is becoming increasingly important for managers to consider such interactions as they struggle to achieve natural resource goals in a changing environment.

As in other regions, keystone species may be affected by climate change and this may have consequences for entire ecosystems. One such Southwestern icon, *Yucca brevifolia,*

lends its name to Joshua Tree National Park. A study of past and future shifts in its distribution indicates that only a few of its populations appear to be sustainable, while barriers to dispersal may limit its potential to expand its range (Cole et al. 2011). This is but one example of how climate and land use change will affect species' capacity to migrate. Additionally, since the pace of shifting climate is itself variable, climate changes can affect biodiversity and species that are found only in the Southwest (endemic species); thus, species in many marine and terrestrial environments in the Southwest are likely to be affected (Burrows et al. 2011; Sandei et al. 2011). However, phenotypic plasticity and evolutionary potential could provide a degree of resilience and enhance probabilities of persistence for populations and species in the face of a changing climate (Reed et al. 2011). These findings point to the need for new approaches to integrate climate variability in population biology research in the Southwest.

As a consequence of such climate-species interactions, the nature of geographic boundaries for Southwestern deserts likely will change due to a number of factors affecting vegetation composition, diversity and productivity, water availability and evapotranspiration, and soil erosion (Archer and Predick 2008; Gonzales 2011; Munson et al. 2012). Southwestern forests and woodlands that are sensitive to fire and insect infestations appear to be increasingly vulnerable to rapid conversion to novel vegetation types (Williams et al. 2010). Climate is a principal driver for wildfire frequency, intensity, type, extent, and seasonality, and fire regimes in the Southwest are affected by the invasion of non-native species such as *Bromus tectorum* (cheatgrass) in the Mojave Desert (Brooks et al. 2004). Increases in wildfire related to climate change are projected for future decades due to changes in ignitions, fuel condition, and volume; a new generation of dynamic vegetation models appears necessary to help assess fire severity (Hessl 2011).

A growing awareness of the effects of ongoing and impending climate change on Southwestern ecosystems, urban areas, and socio-economic structures is creating a need to review management approaches to evaluate what lines of research are needed to fill information gaps. As new climate-driven natural and human community structures and relationships develop, it will be important for research strategies relating to climate effects to be tailored to address not only scientific uncertainty, but also to address our need to manage adaptively.

## References

Archer, S. R., and K. I. Predick. 2008. Climate change and ecosystems of the southwestern United States. *Rangelands* 30:23–28.

Barsugli, J., C. Anderson, J. B. Smith, and J. M. Vogel. 2009. *Options for improving climate modeling to assist water utility planning for climate change.* N.p.: Water Utilities Climate Alliance. http://www.wucaonline.org/html/actions_publications.html.

Brekke, L., K. White, R. Olsen, E. Townsley, D. Williams, F. Hanbali, C. Hennig, C. Brown, D. Raff, and R. Wittler. 2011. *Addressing climate change in long-term water resources planning and management: User needs for improving tools and information.* U.S. Army Corps of Engineers Civil Works Technical Series CWTS-10-02. Washington, DC: U.S. Bureau of Reclamation / U.S. Army Corps of Engineers. http://www.usbr.gov/climate/userneeds/.

Brekke, L. D., M. D. Dettinger, E. P. Maurer, and M. Anderson. 2008. Significance of model credibility in estimating climate projection distributions for regional hydroclimatological risk assessments. *Climate Change* 89:371–394.

Brekke, L. D., J. E. Kiang, J. R. Olsen, R. S. Pulwarty, D. A. Raff, D. P. Turnipseed, R. S. Webb, and K. D. White. 2009. *Climate change and water resources management—A federal perspective.* U.S. Geological Survey Circular 1331. http://pubs.usgs.gov/circ/1331/.

Brooks, M. L., C. M. D'Antonio, D. M. Richardson, J. B. Grace, J. E. Keeley, J. M. DiTomaso, R. J. Hobbs, M. Pellant, and D. Pyke. 2004. Effects of invasive alien plants on fire regimes. *BioScience* 54:677–688.

Burrows, M. T., D. S. Schoeman, L. B. Buckley, P. Moore, E. S. Poloczanska, K. M. Brander, C. M. Brown, et al. 2011. The pace of shifting climate in marine and terrestrial ecosystems. *Science* 334:652–655.

California Coastal Commission. 2008. *California Coastal Commission climate change and research considerations.* N.p.: California Coastal Commission. http://www.coastal.ca.gov/climate/ccc_whitepaper.pdf.

Chambers, J. C., N. Devoe, and A. Evendon. 2008. *Collaborative management and research in the Great Basin - examining the issues and developing a framework for action.* General Technical Report RMRS-GTR-204. Fort Collins, CO: U.S. Forest Service, Rocky Mountain Research Station.

Cloern, J. E., N. Knowles, L. R. Brown, D. Cayan, M. D. Dettinger, T. L. Morgan, D. H. Schoellhamer, et al. 2011. Projected evolution of California's San Francisco Bay-Delta-River system in a century of climate change. *PLoS ONE* 6: e24465.

Cole, K. L., K. Ironside, J. Eischeid, G. Garfin, P. B. Duffy, and C. Toney. 2011. Past and ongoing shifts in Joshua tree distribution support future modeled range contraction. *Ecological Applications* 21:137–149.

Desert Managers Group (DMG). 2008. The Climate and Deserts Workshop: Adaptive Management of Desert Ecosystems in a Changing Climate, April 9–11, 2008, Laughlin, NV. http://www.dmg.gov/climate/index.html.

Dettinger, M. D., F. M. Ralph, T. Das, P.J. Neiman, and D. R. Cayan. 2011. Atmospheric rivers, floods and the water resources of California. *Water* 3:445–478.

Field, J. P., J. Belnap, D. D. Breshears, J. C. Neff, G. S. Okin, J. J. Whicker, T. H. Painter, S. H. Ravi, M. C. Reheis, and R. L. Reynolds. 2010. The ecology of dust. *Frontiers in Ecology and the Environment* 8:423–430.

Franco, G., D. R. Cayan, S. Moser, M. Hanemann, and M-A. Jones. 2011. Second California assessment: Integrated climate change impacts assessment of natural and managed systems. *Climatic Change* 109 (Suppl. 1): S1–S19.

Gonzales, P. 2011. Science for natural resource management under climate change. *Issues in Science and Technology* Summer 2011:65–74.

Guido, Z., D. Ferguson, and G. Garfin. 2009. *Putting knowledge into action: Tapping the institutional knowledge of U.S. Fish and Wildlife Service Regions 2 and 8 to address climate change; A synthesis of World Café discussion sessions during the FWS, USGS, and UA sponsored Climate Change Workshop, August 18–20, 2008, Tucson, Arizona.* http://www.fws.gov/southwest/Climatechange/docs/Knowledge_into_Action_FINAL[1].pdf.

Hebeger, M., M. Cooley, P. Herrera, P. H. Gleick, and E. Moore. 2011. Potential impacts of increased coastal flooding on California due to sea-level rise. *Climatic Change* 109 (Suppl. 1): S229–S244.

Hessl, A. E. 2011. Pathways for climate change effects on fire: Models, data, and uncertainties. *Progress in Physical Geography* 35:393–407.

Hughson, D. L., D. E. Busch, S. Davis, S. P. Finn, S. Caicco, and P. S. J. Verburg. 2011. *Natural resource mitigation, adaptation and research needs related to climate change in the Great Basin and Mojave Desert: Workshop summary.* U.S. Geological Survey Scientific Investigations Report 2011-5103. http://pubs.usgs.gov/sir/2011/5103.

Interagency Working Group on Climate Change and Health (IWGCCH). 2010. *A human health perspective on climate change: A report outlining the research needs on the human health effects of climate change.* Research Triangle Park, NC: Environmental Health Perspectives / National Institute of Environmental Health Sciences. doi:10.1289/ehp.1002272. http://www.niehs.nih.gov/health/assets/docs_a_e/climatereport2010.pdf.

Karl, T. R., J. M. Melillo, and T. C. Peterson, eds. 2009. *Global climate change impacts in the United States.* Cambridge: Cambridge University Press. http://downloads.globalchange.gov/usim-pacts/pdfs/climate-impacts-report.pdf.

Lucier, A., M. Palmer, H. Mooney, K. Nadelhoffer, D. Ojima, and F. Chavez. 2006. *Ecosystems and climate change: Research priorities for the U.S. Climate Change Science Program; Recommendations from the scientific community.* Special Series No. SS-92-06. Solomons: University of Maryland Center for Environmental Science, Chesapeake Biological Laboratory. http://www.usgcrp.gov/usgcrp/Library/ecosystems/eco-workshop-report-jun06.pdf.

MacDonald, G. 2010. Water, climate change, and sustainability in the Southwest. *Proceedings of the National Academy of Science*s 107:21256–21262.

Martin, T. E., and J. L. Maron. 2012. Climate impacts on bird and plant communities from altered animal plant interactions. *Nature Climate Change* 2:195–200, doi:10.1038/nclimate1348.

Mastrandrea, M. D., C. B. Field, T. F. Stocker, O. Edenhofer, K. L. Ebi, D. J. Frame, H. Held, et al. 2010. *Guidance note for lead authors of the IPCC Fifth Assessment Report on consistent treatment of uncertainties.* Geneva: Intergovernmental Panel on Climate Change (IPCC). http://www.ipcc.ch/pdf/supporting-material/uncertainty-guidance-note.pdf.

Mastrandrea, M. D., K. J. Mach, G-K. Plattner, O. Edenhofer, T. F. Stocker, C. B Field, K. L. Ebi, and P. R. Matschoss. 2011. The IPCC AR5 guidance note on consistent treatment of uncertainties: A common approach across the working groups. *Climatic Change* 108:675–691, doi: 10.1007/s10584-011-0178-6.

Means, E., M. Laugier, J. Daw, L. Kaatz, and M. Waage. 2010. *Decision support planning methods: Incorporating climate change uncertainties into water planning.* WUCA White Paper. San Francisco: Water Utilities Climate Alliance. http://www.wucaonline.org/html/actions_publica-tions.html.

Milly, P. C. D, J. Betancourt, M. Falkenmark, R. M. Hirsch, Z. W. Kundzewicz, D. P. Letten-maier, and R. J. Stouffer. 2008. Stationarity is dead: Whither water management? *Science* 319:573–574.

Moss, R. H., and G. Yohe. 2011. Assessing and communicating confidence levels and uncertainties in the main conclusions of the NCA 2013 report: Guidance for authors and contributors. N.p.: National Climate Assessment Development and Advisory Committee (NCADAC).

Munson, S. M., R. H. Webb, J. Belnap, J. A. Hubbard, D. E. Swann, and S. Rutman. 2012. Forecasting climate change impacts to plant community composition in the Sonoran Desert. *Global Change Biology* 18:1083–1095, doi: 10.1111/j.1365-2486.2011.02598.x.

National Research Council (NRC). 2009. *Informing decisions in a changing climate.* Washington, DC: National Academies Press.

—. 2010. *Advancing the science of climate change.* Washington, DC: National Academies Press.

National Wildlife Federation (NWF). 2011. *Facing the storm: Indian tribes, climate-induced weather extremes and the future for Indian Country.* Boulder, CO: NWF, Rocky Mountain Research Center.

Painter, T. H., J. S. Deems, J. Belnap, A. F. Hamlet, C. C. Landry, and B. Udall. 2010. Response of Colorado River runoff to dust radiative forcing in snow. *Proceedings of the National Academy of Sciences* 107:17125–17130.

Raiffa, H., and R. Schlaiffer. 2000. *Applied statistical decision theory*. New York: Wiley.

Redsteer, M. H., R. C. Bogle, and J. M. Vogel. 2011. Monitoring and analysis of sand dune movement and growth on the Navajo Nation, southwestern United States. U. S. Geological Survey Fact Sheet 2011-3085. Washington, DC: USGS.

Reed, T. E., D. E. Schindler, and R. S. Waples. 2011. Interacting effects of phenotypic plasticity and evolution on population persistence in a changing climate. *Conservation Biology* 25:56–63.

Rieman, B. E., and D. J. Isaak. 2010. *Climate change, aquatic ecosystems, and fishes in the Rocky Mountain West: Implications and alternatives for management*. General Technical Report RMRS-GTR-250. Fort Collins, CO: U.S. Forest Service, Rocky Mountain Research Station.

Salazar, K. 2009. Order No. 3289: Addressing the impacts of climate change on America's water, land, and other natural and cultural resources. Washington, DC: Secretary of the Interior. http://www.doi.gov/whatwedo/climate/cop15/upload/SecOrder3289.pdf.

Sandei, B., L. Arge, B. Dalsgaard, R. G. Davies, K. J. Gaston, W. J. Sutherland, and J.-C. Svenning. 2011. The influence of Late Quaternary climate-change velocity on species endemism. *Science* 344:660–664.

Southwest Climate Science Center. 2012. Southwest climate summit. http://swcsc.arizona.edu/content/southwest-climate-summit-0.

U.S. Bureau of Land Management (BLM). 2011. Rapid ecoregional assessments. http://www.blm.gov/wo/st/en/prog/more/Landscape_Approach/reas.html (last updated May 25, 2012).

U. S. Department of Energy (DOE). 2010. *Climate Research Roadmap Workshop: Summary report; May 13–14, 2010*. DOE SC-0133. Washington, DC: U.S. Department of Energy, Office of Science, Office of Biological and Environmental Research.

U.S. Fish and Wildlife Service (USFWS). 2009. *Climate Change, Natural Resources, and Coastal Management: A Workshop on the Coastal Ecosystems of California, Oregon and Washington, January 29–30 2009, San Francisco, California.* http://www.fws.gov/pacific/Climatechange/meetings/Coastal.cfm.

U.S. Forest Service (USFS). 2010. *Forest Service global change research strategy, 2009–2019: Implementation plan; May 2010*. FS-948. N.p.: USFS. http://www.fs.fed.us/research/publications/climate/GlobalChangeStrategy_7.7.pdf.

Raucher, R. S. 2011. *The Future of Research on Climate Change Impacts on Water: A workshop focusing on adaptation strategies and information needs; jointly sponsored by Water Research Foundation, National Oceanic and Atmospheric Administration, U.S. Environmental Protection Agency, Water Environment Research Foundation, and Universities Corporation for Atmospheric Research.* Denver: Water Research Foundation.

Western Governors' Association (WGA). 2006. *Water needs and strategies for a sustainable future*. Denver: WGA.

—. 2008. *Water needs and strategies for a sustainable future: Next steps*. Denver: WGA.

Williams, A. P., C. D. Allen, C. I. Millar, T. W. Swetnam, J. Michaelson, C. J. Still, and S. W. Levitt. 2010. Forest responses to increasing aridity and warmth in the southwestern United States. *Proceedings of the National Academy of Sciences* 107:21289–21294.

## Endnotes

i       See http://greatbasin.wr.usgs.gov/GBRMP/

ii      Western Water Assessment, personal communications.

iii     See http://www.doi.gov/csc/southwest/

iv      See http://www.doi.gov/lcc/

v       See http://californialcc.org/, http://www.usbr.gov/WaterSMART/lcc, and http://www.blm.gov/id/st/en/prog/Great_Basin_LCC.html

vi      See http://vvww.doi.gov/csc/southwest/

vii     See http://tkbulletin.wordpress.com/

# Glossary

**A2** – a greenhouse gas emissions scenario used as input into global climate models to project climate changes in the IPCC Fourth Assessment Report, as described in its *Special Report on Emissions Scenarios*. This scenario assumes a future with a high population growth rate, slow economic development rate, slow technological change and fossil fuels use at rates slightly lower than observed in historical records. This combination results in higher GHG emissions and substantially increased global temperatures.

**accrete** – build up through gradual accumulation, can refer to the increase in size of a tectonic plate by addition of material as well as process where coastal sediments return to the beach following storm erosion

**acequia** – shared system of irrigation ditches used by farmers in New Mexico

**acidification, ocean acidification** – increase in the pH of the oceans from the absorption of atmospheric $CO_2$. Some scientific evidence shows that ocean acidification affects shellfish, such as oysters and clams.

**acre foot** – the amount of water required to cover one acre of water one foot deep, equal to 43,560 cubic feet. This is approximately the amount of water used by two and a half households in one year.

**adaptation** – increasing the readiness and resilience of sectors to reduce the impacts of climate change; preparing and planning for climate change, minimizing those impacts that cannot be avoided and turning expected climate changes into opportunities wherever possible

**adaptation barriers** – barriers that prevent or limit response to change; these include institutional, economic, regulatory, or attitudinal barriers

**adaptive capacity** – the ability (of a household, community, or other unit of organization) to reduce its vulnerability to climate-related risks through coping strategies such as application of social, technical, or financial resources

**adaptive pathway** – intentionally adaptive operations or strategies responsive to climatic change

**aerosol** – "a collection of airborne solid or liquid particles, with a typical size between 0.01 and 10 micrometer (a millionth of a meter) that reside in the atmosphere for at least several hours. For example, dust, or small particles ejected from a volcano. Aerosols may be of either natural or anthropogenic origin. Aerosols may influence climate in several ways: directly through scattering and absorbing radiation, and indirectly through acting as cloud condensation nuclei or modifying the optical properties and lifetime of clouds." (From *IPCC Technical Paper—Climate Change and Water*)

**agricultural drought** – a period of low soil moisture sufficiently long or severe that it affects crops

**air gap** – the space between the bottom of a bridge and the top of a ship sailing under it

**airshed** – a geographical space wherein the air normally flows or is contained, so that air pollution conditions are relatively uniform within it

**albedo** – The percentage of light reflected by an object. Snow-covered areas have a high albedo (0.9 or 90%) due to their white color. Human activity has changed the albedo of various regions around the globe.

**ambient temperature** – temperature of the surroundings; background temperature

**anadromous fish** – fish species that spend most of their lives in the ocean but hatch and spawn in fresh water; for example, salmon are anadromous

**annual plants** – plants that live only for a single season or year; some ornamental plants, like zinnias, are annual, as are some crops, such as peas, corn and wheat

**anomaly** – a deviation from the norm; climate data are often expressed in terms of anomalies from a long-term average, such as "the 2002 annual temperature was a 3°F positive anomaly from 1971-2000" (in other words the 2002 annual temperature was 3°F higher than the 1971-2000 average)

**anthropogenic** – human-caused or human-induced

**anthropogenic waste heat** – heat produced by human activities for which there is no useful application, such as the heat generated to cool a structure

**anticyclone** – the circulation of winds around a high pressure center, traveling clockwise in the Northern Hemisphere and counterclockwise in the Southern Hemisphere; anticyclones are associated with high atmospheric pressure and dry conditions.

**arbovirus** – a virus spread by arthropod vectors such as mosquitoes, lice and ticks

**armoring** – the artificial reinforcement of natural areas, as by the erection of hard structures, such as a seawall, to protect a shoreline

**assessment** – critical evaluation of information for purposes of guiding decisions on a complex issue

**atmospheric rivers** – narrow corridors of atmospheric moisture typically found near or ahead of cold front storms, which deliver enormous amounts of water vapor in low level (<2 km [1.2 mi] above sea level), long (>2000 km [1243 mi]), and narrow (less than about 500 km [311 mi] wide) corridors from over the Pacific Ocean

**B1** – a greenhouse gas emissions scenario used as an input into global climate models to project climate changes in the IPCC Fourth Assessment Report, as described in its *Special Report on Emissions Scenarios*. This scenario assumes a future in which global population peaks in the year 2050 and then declines, with economies that shift rapidly toward the introduction of clean and resource-efficient technologies and an emphasis on global solutions to economic, social, and environmental sustainability. This combination results in lower GHG emissions and smaller increases in global temperatures.

**backshore** – the coastal area above the high-water line

**basin scale** – denotes a larger-scale area with the extent of a watershed or series of watersheds

**beach nourishment** – replenishment of beach sand (that has been lost through erosion

or drift) from an external source, usually to increase the area that can be used for recreation or to protect the shoreline from coastal storms

**bias correction and spatial downscaling method (BCSD)** – a method of creating climate projection results at spatial scales that are meaningful for analysis of regional impacts, by taking GCM results and statistically relating them to the historic climate of the region. Also known as bias-correction and spatial disaggregation.

**bioallergens** – pollens and molds that induce allergic reactions in some individuals

**biomass** – biological mass from living organisms or recently living organisms

**biophysical process** – combination of physical processes in biological organisms or systems, such as the uptake of water and nutrients in plants

**C3 plants** – plants that use the $C_3$ carbon fixation pathway, which grow and lose water during the day; these include most broadleaf and temperate zone plants

**C4 plants** – plants that use the $C_4$ carbon fixation pathway in their metabolism, which lose little water during the day and makes them well-adapted to hot and dry areas; examples include sugarcane and maize

**CAM plants** – plants with crassulacean acid metabolism, which store carbon dioxide at night and thus minimize water loss during the day; examples include orchids, cactuses and agaves

**calcium carbonate** – the component of marine shell material that dissolves in more acidic waters

**carbon sequestration, carbon storage** – the removal of carbon dioxide from the atmosphere, by natural or other means, and storage of carbon in, for example, plants, soil, oceans

**carbon uptake** – the absorption of carbon by soils and plants

**chill time** – the accumulation of hours during which temperatures are between 32°F–45°F during bud dormancy in plants; some plants require a certain amount of chill time before their buds open and growth can occur

**climate change** – ways in which systematic trends in some climate factors, such as increases in heat-trapping gases in the atmosphere (greenhouse gases) and associated increases in temperature, alter the climate system and its variations

**climate regime** – type of climate; climate classification, or an extended period of certain climatic characteristics, such as a "wet regime" or a "dry regime"

**climate variability** – the inherent variability of climate, for instance, from year to year or decade to decade

**climatology** – the study of climates and their phenomena

**co-benefits** – multiple benefits of a program, policy, or intervention; for example, a benefit of bicycling to work is reduced greenhouse gas emissions, and a co-benefit of bicycling is improved cardiovascular health

**cold spell index** – an index that reflects frequency, intensity, duration, and spatial extent of wintertime cold spells over a region. In this report the index was derived from observations and the CNRM-CM3 model.

**cold wave** – a prolonged period of unusual cold weather, variously defined as a four-day period colder than the threshold of a one-in-five year frequency or the coldest five percent of the wintertime daily temperature distribution, aggregating degree days below the local 5th percentile thresholds from November to March, averaged over the region

**colonia** – a U.S.-Mexico border-region residential community that is economically distressed and usually underserved by infrastructure

**Colorado delta** – the region where the Colorado River flows into the Gulf of California

**concentrating solar** – a type of solar energy production method that concentrates a large area of sunlight onto a small area, using lenses or mirrors. The concentrated light is converted to heat, which in turn drives a heat engine, often a turbine, connected to a power generator.

**cone of uncertainty** – a schematic device to illustrate the growing uncertainty of future conditions over time

**confidence** – a subjective judgment of the reliability of an assertion, based on systematic evaluation of the type, amount, quality, and consistency of evidence, and the degree of agreement among experts

**conjunctive use** – Conjunctive use of surface and groundwater consists of combining the use of both sources of water in order to minimize the undesirable physical, environmental, and economic effects of each solution and to optimize the balance between water demand and supply.

**consumption-based emissions** – emissions measurement that takes into account net imports and exports of goods and services rather than just emissions production

**consumptive use** – water that is not returned to a water system after use; for example, water lost through evapotranspiration of crops. Consumptive use makes the water unavailable for other uses, usually by permanently removing it from local surface or groundwater storage as the result of evaporation and/or transpiration.

**convection** – the movement of relatively warm air upward into the atmosphere, which cools, forms clouds, and often causes the downward movement of cooler air. In the Southwest, convection is associated with the development of summer thunderstorms.

**cooling degree days** – a measurement that reflects the amount of energy needed to cool a home or structure. This index is derived from daily temperature records. The "cooling year," during which cooling degree data are accumulated extends from January 1 to December 31. An average daily temperature of 65°F is the base for cooling degree day computations. Cooling degree days are summations of positive differences from 65°F. For example, cooling degree days for a station with daily mean temperatures during a seven-day period of 67, 65, 70, 74, 78, 65 and 68, are 2, 0, 5, 9, 13, 0, and 3, for a total for the week of 32 cooling degree days. (Adapted from NOAA Climate Prediction Center, www.cpc. ncep.noaa.gov/products/analysis_monitoring/cdus/degree_days/ddayexp.shtml)

**coupled models** – this phrase refers to the coupling of individual components in climate models, which allows for interaction between different parts of the climate system within the models. This phrase often refers to the coupling of individual atmosphere and ocean model components.

**crassulacean acid metabolism** – refers to plants that store carbon dioxide at night and thus minimize water loss during the day

**cyclone** – the circulation of winds around a low pressure center, traveling counterclockwise in the Northern Hemisphere and clockwise in the Southern Hemisphere. Cyclones are usually associated with precipitation-generating conditions.

**decision analysis** – a planning tool wherein uncertainties are throughly described and decision trees can be used to represent different decision pathways and find optimal solutions

**decoupling** – when previously linked phenomena or processes cease to be connected. For example when cold air drains down from mountain ranges and pools in mountain valleys, the cold air pool can become decoupled from the large-scale atmospheric flow. In such cases, local conditions can differ substantially from regional conditions, which is important in assessing the impacts of climate change in mountainous areas.

**deficit irrigation** – irrigation that aims to achieve greater crop output per unit of water applied rather than maximizing crop output per acre

**detection and attribution study** – a study to demonstrate the likelihood that an observed change (as in climate) is occurring (detection), that it is statistically significantly different from what could occur from natural variability, and the most likely cause for that change (attribution) in terms of a defined level of confidence

**diapause** – a period in which growth or development is suspended

**dieback** – tree mortality noticeably above usual mortality levels. In the Southwest, dieback often refers to the death of large numbers of conifer trees, as a result of drought, high temperatures, and insect pest outbreaks.

**discharge** – flow; the volume of water (and suspended sediment, if surface water) that passes a given location within a given period of time.

**disturbance/ecological disturbance** – a cause; a physical force, agent, or process, either abiotic or biotic, causing a perturbation (which includes stress) in an ecological component or system; examples are fire (abiotic) and outbreaks of disease (biotic)

**downscaling** – a method providing finer spatial detail of climate model (GCM) results. Often scientists refer to two methods: statistical downscaling, which uses mathematical relationships between the GCM data and historical data to adapt GCM projections to local conditions, and dynamical downscaling, in which GCM output is used as input to a regional-scale model which can then merge large-scale climate information from GCMs with local physical controls on climate (such as small mountain ranges).

**driver** – something that creates and fuels activity, or gives force or impetus; for example, energy from the Sun is one driver of the climate system

**dry cooling** – a cooling system in which air rather than water is used to cool a power plant's working fluid

**dry warming scenario** – a climate scenario in which the climate becomes drier (less precipitation) as well as warmer

**dust flux** – The flow of dust particles through a given area within a certain amount of

time; for example the transport, by wind, of loose soil from a valley bottom to the top of a mountain range would be called a flux of dust to the mountain top

**dynamical downscaling** – a method of modeling climate by use of a limited-area, regional climate model (RCM) which uses the output from a global climate model as input to model climate at a finer spatial scale. The method uses a physically based process model at a grid spacing of tens (rather than hundreds) of miles (or kilometers) and so better represents complex topography. The method is very expensive to use, thus there are fewer dynamically downscaled data available.

**ecoregion** – large area of land and water characterized by distinctive plant and animal communities and other environmental factors

**ecosystem-based adaptation** – an adaptation approach that seeks to achieve the preservation and sustainability of biological resources and protect the ecosystem services that these resources provide humans

**ecosystem services** – the benefits provided by natural systems, such as flood protection, water treatment by filtering through soils, recreation, the storage (or sequestration) of carbon in plant matter, biodiversity, and wildlife habitat

**ecotone** – boundary between ecological systems

**eddy covariance** – a micrometeorological technique designed to measure turbulent exchanges of mass, momentum, and heat between an underlying surface and the atmosphere

**El Niño** – a disruption of the ocean-atmosphere system in the tropical Pacific that impacts weather around the globe. El Niño is characterized by a large scale weakening of the trade winds and warming of the surface layers in the eastern and central equatorial Pacific Ocean. In the southern parts of the Southwest, El Niño winters often deliver above–average precipitation, and there is more tropical storm activity in the eastern Pacific Ocean. In coastal areas of California and Baja California, El Niño often results in warmer ocean water, higher sea levels, more rainfall, and flooding.

**El Niño Southern Oscillation** (ENSO) – A term used to describe large climate disturbances that are rooted in the tropical Pacific Ocean and occur every 3 to 7 years. El Niño refers to warming of the tropical eastern Pacific Ocean and the Southern Oscillation refers to changes in atmospheric circulation across the Pacific Ocean basin. ENSO includes the full range of variability observed in these interactions between ocean and atmosphere, including both El Niño and La Niña episodes. (Compare **La Niña**, below).

**elevational gradient** – changes in elevation or slope; for example, changes in elevation along a mountain range. It is useful in many scientific studies to contrast changes in plant life or temperature at different elevations.

**endemic species** – species that are native to and occur only in a particular location

**ensemble** – multiple simulations used to construct a possible distribution of climate change; often, the average of multiple climate model runs will be referred to as the ensemble average

**ephemeral streams or streamflow** – surface water flow in streams and drainages that occurs only temporarily after precipitation or snowmelt

**evapotranspiration** – the combination of evaporation of water from the earth's water surfaces and soil and the transpiration of water by plants. Evapotranspiration is frequently measured in two ways: (1) the amount that occurred; and (2) the potential amount that would have occurred if enough water had been present to meet all evaporation and transpiration needs. In arid areas the actual amount is frequently less than the potential amount.

**extreme events** – (from IPCC AR3 WGI): "an event that is rare at a particular place and time of year. Definitions of rare vary, but an extreme weather event would normally be as rare as or rarer than the lowest or highest 10 percent of all weather events that have ever been observed in a location or region. By definition, the characteristics of what is called extreme weather may vary from place to place in an absolute sense. Single extreme events cannot be simply and directly attributed to anthropogenic climate change, as there is always a finite chance the event in question might have occurred naturally. When a pattern of extreme weather persists for some time, such as a season, it may be classed as an extreme climate event, especially if it yields an average or total that is itself extreme (e.g., drought or heavy rainfall over a season)."

**exurban land** – land on the outer ring of suburbs, here defined as having a housing density of one unit per 2.5 to 40 acres

**feedback, natural system feedback** – Feedbacks are interactions in which outputs from a process have an effect on the inputs to that same process. Sometimes feedbacks can offset or inhibit a change (negative feedback), and sometimes they can amplify a change (positive feedback). An example of a positive feedback is when the atmosphere heats up it melts ice. Ice reflects a lot of incoming energy from the sun, so when it melts and is replaced by heat-absorbing water, soil or vegetation, the land surface warms more quickly and warms the atmosphere, making it easier for more snow and ice to melt in a sustained manner that can eventually cause extensive snowmelt. An example of a negative feedback is when carbon dioxide increases, it causes plants to grow faster, which allows them to absorb more carbon dioxide, which eventually can lead to a large reduction of carbon dioxide.

**forb** – a herbaceous flowering plant that is not a grass

**forcing** – (n.) From IPCC AR4 WGI: "The climate system can be driven, or "forced" by factors within and external to the system. Processes within the system include those related to the atmosphere, the cryosphere (ice-covered parts of the Earth), the hydrosphere, the land surface, and the biosphere. Volcanic eruptions, solar variations and human-caused changes in the composition of the atmosphere and land use change are external forcings."

**forward contract** – a bilateral agreement to buy and sell an asset at a specified time and price in the future, with both terms agreed upon today

**freeze-free season** – the period between the last frost of spring and first autumn frost; the length of the season equals the number of consecutive days during which minimum daily temperatures are above freezing. An increase in the length of the season may be considered a proxy for potential increased evaporative or heat stress on plants in the arid Southwest.

**futures contracts** – a standardized contract, traded on a commodity exchange, to buy and sell an asset at a specified time and price in the future, with both terms agreed upon today traded on a commodity exchange

**global climate model** (GCM) – a computer-driven model of global climate, used to project climate change based on mathematical equations that represent key physical processes; also called general circulation model

**greenspace** – protected and reserved areas of undeveloped land

**GWh** – gigawatt hour; the unit of energy representing one billion watt hours or one million kilowatt hours; a gigawatt of power, depending on local factors, can provide enough energy to power several hundred thousand homes for one year

**grassland** – land dominated by grasses rather than large shrubs or trees

**growing season** – the period of each year in which native plants grow and crops can be grown; in the United States this is usually defined as the days between the last overnight frost or freeze and the first occurrence in the fall

**habitat connectivity** – the interconnection of different habitats to allow species movement. Habitat connectivity is important because some species can die out if they are impeded from migrating, but habitat connectivity can also facilitate the migration of invasive species.

**haboob** – severe and extensive dust storm

**Hadley Cell** – the tropical atmospheric circulation that moves warm moist rising air, from near the equator, poleward; the so-called "descending limb" of the Hadley Cell contains warm dry descending air and often defines the locations of arid and semi-arid regions; the Hadley Cell connects closely with the trade winds and jet stream in the tropics and subtropics

**hard freeze** – a freeze sufficiently long and severe to destroy seasonal vegetation and lead to ice formation in standing water and hard ground

**heat flux** – heat-energy transfer

**heat island effect, urban heat island effect** – The term "heat island" describes built-up urban areas that are hotter than nearby rural areas. Heat islands occur because the built environment, including impervious surfaces, such as roads, parking lots, and buildings, retain more heat than soils and vegetation. Consequently, minimum daily temperatures (which measure the degree to which the city cools off at night) increase substantially compared to surrounding naturally vegetated areas. Heat islands can affect communities by increasing summertime peak energy demand, air conditioning costs, air pollution and greenhouse gas emissions, heat-related illness, and mortality.

**heat stress** – the physiological response to excessive heat

**heat wave** – a period of abnormally elevated temperature, defined in relation to local normal conditions and thresholds deemed relevant by researchers and stakeholders

**heat wave index** – magnitude of a heat wave; the difference between the actual maximum daily temperature or minimum daily temperature and its corresponding 95th percentile threshold and summed over the consecutive days of the heat wave

**heating degree days** – a measurement that reflects the amount of energy needed to heat a home or structure. With a baseline of 65°F, heating degree days are the sum of the temperature differences of the daily mean temperature subtracted from 65°F, for all days when the mean temperature is less than 65°F. (See also **cooling degree days**)

**host** – an organism that harbors another organism in or on itself

**Hueco Bolson** – a groundwater basin in the El Paso/Ciudad Juarez region (shared among New Mexico and Texas in the United States, and Chihuahua in Mexico)

**hydroclimatology** – refers to key physical processes that connect climate and hydrology; a broad definition suggests the study of moisture in the atmosphere and water in and on the surface of the earth; thus, hydroclimatology includes processes such as transfers of moisture between the atmosphere and the surface, the connections between climate and soil moisture, and studies of the influence of climate upon water

**hydrograph** – a chart that shows the rate of change of a hydrologic variable through time, such as rate of flow in a stream past a particular location or a change in the temperature or pH of water through time

**hydrologic drought** – extended period of low water supply; below-normal streamflow, lake, and groundwater levels, due to a decline or deficit in precipitation

**hydrologic parameters** – examples are precipitation, snowpack, and temperature

**hydrology** – the study of the properties of water in all its forms—liquid, solid, and gas—especially its movement and distribution on and below the earth's surface and in the atmosphere

**hypoxia, hypoxic events** – the occurrence of dangerously low oxygen levels that can lead to widespread die-offs of fish or other organisms

**IPCC** – (from Bureau of Reclamation Climate Technical Work Group—Appendix U): "The Intergovernmental Panel on Climate Change (IPCC) established by World Meteorological Organization (WMO) and United Nations Environmental Programme (UNEP) provides an assessment of the state of knowledge on climate change based on peer-reviewed and published scientific/technical literature in regular time intervals."

**impervious** – resistant to penetration by water or plant roots

**infiltration** – the flow of water through the ground surface that percolates through soil and layers of geologic material in a generally downward direction

**informal housing** – unplanned residential areas where a group of housing units has been constructed on land to which the occupants have no legal claim, or where housing is not in compliance with current planning and building regulations. Many other terms and definitions have also been devised for informal human housing, for example: unplanned settlements, squatter settlements, marginal settlements, and non-permanent structures.

**in-situ** – in the natural environment; a term that refers to data and measurements taken in the field as opposed to in a laboratory

**instrumental record** – observed data using a variety of weather instruments, such as thermometers or rain gauges

**interannual** – year-to-year

**interdecadal** – decade-to-decade

**intraseasonal** – applies to time scales from a few days to less than a season

**iterative management** – management that adapts its strategies to new information and changing circumstances

**just-in-time manufacturing** – a business management strategy that strives to produce goods that meet exact customer demand with minimal waste in time and resources

**keystone species** – a species with a large effect on its environment by playing a critical role in maintaining the structure of an ecological community and whose removal will cause a dramatic ecosystem shift

**La Niña** – years in El Niño-Southern Oscillation (ENSO) that have below-normal temperatures in the central and eastern equatorial Pacific Ocean, and enhanced trade winds. In the southern part of the Southwest region, La Niña is associated with reduced winter and spring precipitation and drought.

**latent heat** – the quantity of heat absorbed or released by a substance undergoing a change of state, such as ice changing to water or water to steam, at constant temperature and pressure; for example, during the development of a thunderstorm, when water vapor rises in the atmosphere, and then cools and condenses to form ice pellets or rain droplets, latent heat is released and helps the thunderstorm grow.

**lean supply chain** – a supply chain management strategy that aims to streamline production processes by eliminating waste in time, supply, or inventory

**Lower Rio Grande** – the stretch of Rio Grande from Fort Quitman, Texas, to the Gulf of Mexico

**macroscale** – on a very large scale

**maquiladora** – in Mexico, a duty-free, foreign-owned assembly plant or factory

**marine layer** or **marine inversion** – persistent low-level clouds that hug the coast in the summer

**Medieval Climate Anomaly** – a period of warm climate in the Northern Hemisphere from ca. 900–1350 AD

**megadrought** – an extremely severe and sustained drought

**mesic habitat** – a habitat characterized by a moderate amount of moisture, such as temperate hardwood forest. This is in contrast to a xeric habitat (low moisture) or hydric habitat (saturated in water).

**Mesilla Bolson** – a groundwater basin in the El Paso/Ciudad Juarez region (shared among New Mexico and Texas in the United States, and Chihuhua in Mexico)

**meteorological drought** – extended period of low precipitation

**microclimate** – an atmospheric zone ranging from a few square feet to many square miles, where the climate differs from the surrounding area. Examples include areas near bodies of water and urban heat islands.

**misery days** – days where people feel strongly impacted by temperature, which occur when the temperature maximum is greater than or equal to 110°F or when the temperature minimum is less than 32°F

**mitigation** – reducing the causes of climate change; often this refers to reducing greenhouse gas emissions. Examples of mitigation measures include reduction of greenhouse gas emissions through improved home energy conservation, improved automobile gas mileage, or development of low-emission alternative energy power plants.

**mixing height** – the level of an inversion layer. It is like an atmospheric ceiling that limits the volume of air into which air pollution can mix. High air pollution is associated with a low mixing height/inversion layer, while a high mixing height is associated with better air quality.

**model calibration** – used in Box 10.3, this term refers to the adjustment of a model (for example a climate or hydrologic model), to insure that the model produces a realistic simulation of current conditions; the aforementioned "adjustment" usually requires improving the equation that represents a physical process

**morbidity** – illness

**mortality** – death

**municipio** – municipality (in Mexico)

**National Climate Assessment** – a report issued every four years to the President and Congress, as authorized by the Global Change Research Act of 1990. The report examines current trends in global change (both human-induced and natural) and projects major trends for the subsequent 25 to 100 years.

**naturalized flow, naturalized streamflow** – the "natural" amount of water in the stream in the absence of human activity: Raw streamflow data are often ill-suited for scientific studies, because they are affected by diversions of water for irrigation; naturalized flow data are developed to account for water diversions and give a more realistic picture of the flow of a river, if no water were diverted.

**nonconsumptive use** – water use that leaves the water available for other uses and is not lost to the atmosphere through transpiration or evaporation, such as water that is retained in water systems through drainage pipes or the portion of irrigation water left as return flow to a surface or groundwater basin

**non-governmental organization** – a legally constituted organization that is independent of a government and usually is not a for-profit business, and which usually pursues larger social aims that may or may not be partly political

**nonlinear relationship** – any relationship that is not linear: Most physical processes can be approximated by linear relationships; however, some key processes are non-linear and can increase rapidly. For example, as atmospheric temperature increases, the capacity of the atmosphere to take on water increases non-linearly.

**non-market value** – the value of goods not traded in markets, such as clean air and water

**North American dipole** – a situation in which relative conditions of precipitation occur in opposition simultaneously for the Pacific Northwest and for the southern Southwest;

a clear example of the dipole is during El Niño winters, when the Pacific Northwest tends to be dry and the Southwest tends to be wet.

**North American monsoon** – a shift in the large-scale atmospheric circulation that brings moisture originating from the Gulf of Mexico, Gulf of California, and Pacific Ocean into the Southwest from around July to September

**one-hundred-year events** – climatic events that have a 1% probability of occurrence in any given year and a 100% chance of occurring in 100 years

**orographic precipitation** – precipitation that occurs on the windward side of a mountain, caused by drafts of moist air forced upward along the ridge

**ozone** – a form of oxygen that forms naturally in the stratospheric portion of the atmosphere, where it absorbs most of the sun's UV radiation. In the lower atmosphere it is considered an air pollutant, where it is produced through chemical reactions between nitrogen oxides and hydrocarbons typically produced by the burning of fossil fuels. Ozone in the lower atmosphere is an important factor that worsens some respiratory ailments.

**Pacific-Decadal Oscillation** – a pattern of climate variability in the Pacific Ocean that shifts phases approximately every twenty or thirty years; the positive phase exhibits more El Niño-like conditions; the negative phase brings on more La Niña-like conditions

**paleoclimate** – (from IPCC AR4 WGI): "Climate during periods prior to the development of measuring instruments, including historic and geologic time, for which only proxy climate records are available. Proxy climate records include tree rings, pollen cores, and ice cores."

**paleoclimate reconstruction** – reconstruction of paleoclimate from indirect (proxy) evidence such as tree rings, pollen, and sediment layers

**paleodrought** – drought that occurred before humans began collecting instrumental measurements of weather, as determined through environmental proxy data such as tree rings and lake sediments

**parameter** – a constant in a mathematical equation (itself part of a model) that must be defined; a parameter is usually representative for some inherent property of the system described by the model. Sometimes the name of a type of data (e.g., precipitation, temperature, soil moisture) is referred to as a parameter of interest.

**particulate** – a small amount of solid matter suspended in a gas or liquid; air pollution studies often refer to dust in the atmosphere as particulate matter

**Paso del Norte** – the border region that includes the Ciudad Juárez municipality in Chihuahua, Mexico, El Paso County in Texas, and Doña Ana County in New Mexico

**pathogen** – a microorganism that causes disease in its host; can include viruses, bacteria and fungi

**peak flow, peak pulse** – the maximum instantaneous discharge of a stream or river at a given location. It usually occurs at or near the time of maximum amount of flow.

**peaks over threshold approach** – analysis of climatic conditions using location-specific definitions (or thresholds) of extreme temperature, precipitation, humidity, or wind

**peer-review** – the review process of an author's scholarly research by experts in the same field prior to its publication in order to critically evaluate the research, maintain academic standards and credibility

**perennial flow or perennial streamflow** – surface water flow in streams and drainages that occurs year-round

**perennial plants** – plants that have a life cycle of greater than two years; examples include woody plants, like trees and shrubs

**peridomestic birds** – species of birds that live around human habitation

**peri-urban area** – the area adjoining an urban area, a transition zone characterized by both urban and rural activities

**persistence** – the likelihood that a species will occupy and reproduce at a level that will not lead to local extinction in a certain geographic area for a certain number of years

**phenology** – the timing of seasonal events in the life cycle of plants and animals, such as the development of leaves, blooms of flowers, spawning of fish, and migrations of birds; phenology is important, because as climate changes, these life cycle events may change in different ways for different species, such that, if temperature increases significantly, a crop's flower may bloom and shrivel in advance of the arrival of an important pollinator (such as a bird, whose migration is timed with changes in the length of day), which would result in a lack of plant reproduction, and less food (possibly starvation) for the pollinator

**phenotypic plasticity** – the ability of an organism to change its phenotype in response to environmental changes; phenotype includes the physical and biochemical characteristics of an organism, such as its stature or blood type

**photovoltaic solar** (PV) – technology for conversion of sunlight into electricity through the photoelectric effect, a lower-cost solar technology than concentrated solar power (CSP)

**photosynthetic pathway** – metabolism type of a plant; examples are CAM, C3, and C4 (see definitions above)

**PM2.5** – particulate matter (airborne dirt and dust) smaller than 2.5 microns in diameter; pm2.5 particles are also referred to as "fine particles" and are believed to pose very large health risks, because they can easily lodge deeply into the lungs

**primary production** – production of green plant tissue in a given time period, accomplished through conversion of the sun's energy to chemical energy (organic compounds) by photosynthetic plants; primary production is an important measure of ecosystem output and health

**prior appropriation doctrine** – a legal water right that assigns priority of use to the first person or entity to put the water to "beneficial" use," granting them right to the full amount from available supplies before a junior appropriator (one who came later) can use his: "first in time, first in right."

**proxy** – physical evidence from the past that provides an indication of prehistoric climatic conditions in place of direct measurements; examples are tree rings, ice cores, glacier size and movement, sand dunes, lake sediments, and cave speleothems

**radiative forcing** – changes in the balance of radiated energy between different layers of the atmosphere. Positive forcing warms the climate system while negative forcing cools the system.

**resilience strategies** – management strategies that enhance the capacity to withstand and recover from emergencies and disasters

**return flow** – water left over from irrigating a crop that does not evaporate but returns to a surface flow (such as an acequia or canal) or to a groundwater source

**revetment** – facings of masonry or other hardened surface built to protect an embankment

**risk** – likelihood of harm plus the consequence

**risk-based framing** – planning based on the pros and cons of a given set of possibilities. For the National Climate Assessment, risk-based framing includes assessment of a risk in terms of the likelihood of its occurrence and the magnitude of the impact associated with the risk.

**robust** – can refer to a scientific finding or a method that can stand up to a wide range of critique; in the context of climate adaptation planning, a robust adaptation strategy will be successful across a wide range of possible future conditions

**runoff efficiency** – the ratio of precipitation that infiltrates as groundwater as compared to runoff; a high runoff efficiency means that the precipitation will soak into the soil and percolate down into the groundwater, thus saving water within a region, as opposed to a low runoff efficiency, which would result in precipitation being quickly diverted out of a region, as occurs during a high intensity rainfall and flash flood

**salmonid** – species of fish that spawn in freshwater but may spend a portion of their life in the ocean

**Santa Anas** – strong, hot, gusty, and dry winds in Southern California that periodically blow from the inland deserts during the otherwise cool, moist fall and winter there, contributing to fire risk

**scenario** – A scenario is a coherent, internally consistent and plausible description of a possible future state of the world. It is not a forecast; rather, each scenario is one alternative image of how the future can unfold.

**scenario planning** – a process designed for managing into the future under conditions of high uncertainty and lack of control. The objective of scenario planning is to develop and test decisions under a variety of plausible futures.

**seasonality** – with reference to climate, the characteristic weather and climate attributes of a particular time of year. Scientists often refer to shifts in seasonality, such as a frequently recurring delay in the onset of the first winter snowfall

**sea-surface temperature** (SST) – the temperature of the water close to the ocean's surface, a measurement which can vary between 1 mm (.04 inches) and 20 m (3.3 feet) below the ocean surface

**sediment** – Transported and deposited particles derived from rocks, soil, or biological material, that forms in layers on the earth's surface. Also the layer of soil, sand, and minerals at the bottom of surface water, such as streams, lakes, and rivers.

**sediment load** – the amount of sediment a stream or river can carry; this is a function of the river's flow and speed. If a river is supplied with less sediment than it can carry, it will erode its bed to supply the missing sediment; if it gets more sediment from the landscape than it can carry, the sediment will be deposited on the riverbed, causing it to rise (aggradation).

**sensitivity** – the degree to which a vulnerable system responds to the climate phenomenon or stimulus

**sheet sands** – a thin accumulation of coarse sand or fine gravel having a flat surface

**shrubland** – land dominated by shrub vegetation

**sink** – something that acts as a reservoir to absorb a greenhouse gas on a short- or long-term basis, such as forests, which can absorb carbon dioxide, serve as a land-based sink for greenhouse gases; similarly, carbon dioxide is absorbed by the oceans, so the oceans serve as a "sink"

**snowpack** – an accumulation of snow on the ground, generally in high altitudes in the West; snowpack serves as an important water resource and the gradual melt of snowpack is important for providing surface water supplies that will last through the summer

**snow water equivalent** – the amount of water that would be obtained if the snowpack were melted, usually expressed in inches

**soil moisture** – water diffused in shallow soil and potentially available to plants.

**soil-moisture balance** – a method of accounting for the addition, removal, and change in storage of water within some volume, ranging from a soil sample to a watershed, over a specific period of time

**soil water deficit** – the amount of available water removed from the soil within the active root depth of plants

**solar irradiance forcing** – see **radiative forcing**

**source** – a process or activity through which a greenhouse gas is released into the atmosphere

**spatial resolution** – the level of geographic detail of data or model grid size

**stakeholder** – natural resource managers, decision makers, and other parties with an interest in a particular outcome, or in the way a climatic phenomenon might affect them, such as the way a water resource manager might be interested in the way that drought might affect their operations, thus they would be referred to as stakeholders, with regard to the topics of climate variation and change

**stationarity, principal of stationarity** – the idea that the future will look like the past; i.e., that statistical relationships developed in a historical period are applicable to a future period

**statistical (or empirical) downscaling** – a method providing finer spatial detail of climate model (GCM) results; statistical downscaling uses mathematical relationships between the GCM data and historical data to adapt GCM projections to local conditions

**storm surge** – "an abnormal rise of water generated by a storm's winds. Storm surge

can reach heights well over 20 feet and can span hundreds of miles of coastline" (from NOAA National Hurricane Center)

**stressor** – interactions of economic and cultural globalization, demographic change, and climate change

**subtropics** – regions bordering the tropics; the southern part of the Southwest can be considered part of the Northern Hemisphere subtropical region. The climate of the subtropics is usually characterized by semi-arid conditions, and many of the world's deserts are located in subtropical climate zones.

**sun kink** – misalignment of a railroad from heat stress

**supply chain** – the  movement and storage of raw materials, manufacturing, and finished goods from point of origin to point of consumption  Supply chains are components of the urban metabolism energy flow.

**sustainable** – meeting the needs of the present without compromising the wellbeing of future generations

**synoptic circulation** – regional atmospheric pressure patterns and their associated surface winds

**tailwater** – excess surface water draining from an irrigated field

**teleconnection** – a linkage between weather or climate changes occurring in widely separated regions of the globe. The most well-known teleconnection is the El Niño Southern Oscillation, in which persistent climate changes in the eastern and central tropical Pacific Ocean can affect the weather and climate of places as far away as East Africa, Alaska, Florida, and so on.

**temperature gradient** – the rate at which temperature changes with depth or height

**thermocline** – an abrupt temperature gradient in a body of water extending from a depth of about 100m (328 ft) to 1000m (3281 ft); the temperature of the thermocline in the eastern Pacific Ocean is a determinant of future El Niño Southern Oscillation activity

**tidal prism** – the volume of water leaving an estuary at ebb tide

**time series** – data taken at fixed intervals at successive points in time; for example, scientists might refer to a 100-year record of precipitation in the Southwest as the region's precipitation time series

**traceable account** – in this document, this consists of (1) the reasoning behind the conclusion, (2) the sources of data and information contributing to the conclusion, (3) an assessment of the amount of evidence and degree of agreement among sources of evidence, (4) an assessment of confidence in the finding, and (5) an assessment of uncertainty associated with the finding.

**transparency** – openness and accountability

**transpiration** – the process by which plants take up and use water for cooling and for the production of biomass

**uncertainty** – estimating uncertainties is intrinsically about describing the limits to knowledge and for this reason involves expert judgment about the state of that

knowledge. Two primary types of uncertainty are 'value uncertainties' and 'structural uncertainties'. Value uncertainties arise from the incomplete determination of particular values or results, for example, when data are inaccurate or not fully representative of the phenomenon of interest. Structural uncertainties arise from an incomplete understanding of the processes that control particular values or results, for example, when the conceptual framework or model used for analysis does not include all the relevant processes or relationships. Value uncertainties are generally estimated using statistical techniques and expressed probabilistically. Structural uncertainties are generally described by giving the authors' collective judgment of their confidence in the correctness of a result.

**upwelling** – the rising of a layer of water to the surface; upwelling is important in the El Niño Southern Oscillation, where upwelling of cool or warm water can change the state of surface water temperature and trigger an El Niño or La Niña episode; it is also important to fish species, who often migrate to nutrient-rich upwelled coastal waters

**urban domes** – pockets of increased ozone, carbon dioxide, and particulate matter present in air above urban spaces

**urban land** – developed land where the housing density is greater than one unit per 2.5 acres

**urban metabolism** – the total urban system flow of materials, resources, energy, and outputs in the form of waste

**urban-wildland interface** – transitional zone between developed land and unoccupied land; this interface is important in the start and spread or impact of wildfires near urban areas

**valley fever** – *coccidioidomycosis*, a disease that occurs almost exclusively in Arizona and California, caused by the inhalation of a soil-dwelling fungus

**vector** – an organism such as a mosquito that transmits disease from one host to another

**VIC model** – a macroscale, distributed, physically based hydrologic model that balances both surface energy and water over a grid mesh; the VIC model is used in many hydrologic studies of the potential impacts of climate change

**vulnerability** – "a function of character, magnitude and rate of climate change to which a system is exposed, as well as the system's sensitivity and adaptive capacity" (NRC 2010).

**water cycle** – The natural transport of water in all its states from the atmosphere to the earth and back to the atmosphere through various processes. These processes include: precipitation, infiltration, percolation, evaporation, transpiration, and condensation.

**water transfer** – the transfer of water to different uses, different sectors, or across jurisdictional lines

**wave run-up** – the maximum vertical extent of the rush of a wave onto a beach or a structure above the still water level; wave run-up is an important factor in determining the extent of beach erosion

**wet warming scenario** – a climate scenario in which the climate becomes wetter (more precipitation) as well as warmer

**wildland-urban interface** – transitional zone between developed land and unoccupied land; this interface is important in the start and spread or impact of wildfires near urban areas

**wind stress** – the dragging force of air moving over a surface

**Winters doctrine** – doctrine established by the U.S. Supreme Court in 1908 in Winters v. United States, which held that when the U.S. government establishes a reservation, it also implicitly reserves water rights sufficient to meet the current and future needs of the tribe and the purpose for which the reservation was set aside (including fisheries, where applicable). The priority date for tribal water rights under the Winters doctrine is thus the date the reservation was established.

# Authors and Review Editors

## CHAPTER 1: SUMMARY FOR DECISION MAKERS

Jonathan Overpeck (University of Arizona), Gregg Garfin (University of Arizona), Angela Jardine (University of Arizona), David E. Busch (U.S. Geological Survey), Dan Cayan (Scripps Institution of Oceanography), Michael Dettinger (U.S. Geological Survey), Erica Fleishman (University of California, Davis), Alexander Gershunov (Scripps Institution of Oceanography), Glen MacDonald (University of California, Los Angeles), Kelly T. Redmond (Western Regional Climate Center and Desert Research Institute), William R. Travis (University of Colorado), Bradley Udall (University of Colorado)

## CHAPTER 2: OVERVIEW

Gregg Garfin (University of Arizona) and Angela Jardine (University of Arizona).

*Review Editor: David L. Feldman (University of California, Irvine)*

## CHAPTER 3: THE CHANGING SOUTHWEST

David M. Theobald (National Park Service), William R. Travis (University of Colorado), Mark A. Drummond (U.S. Geological Survey), Eric S. Gordon (University of Colorado).

*Review Editor: Michele Betsill (Colorado State University)*

## CHAPTER 4: PRESENT WEATHER AND CLIMATE: AVERAGE CONDITIONS

W. James Steenburgh (University of Utah), Kelly T. Redmond (Western Regional Climate Center and Desert Research Institute), Kenneth E. Kunkel (NOAA Cooperative Institute for Climate and Satellites, North Carolina State University and National Climate Data Center), Nolan Doesken (Colorado State University), Robert R. Gillies (Utah State University), John D. Horel (University of Utah), Martin P. Hoerling (NOAA, Earth System Research Laboratory), Thomas H. Painter (Jet Propulsion Laboratory).

*Review Editor: Roy Rasmussen (National Center for Atmospheric Research)*

## CHAPTER 5: PRESENT WEATHER AND CLIMATE: EVOLVING CONDITIONS

Martin P. Hoerling (NOAA, Earth System Research Laboratory), Michael Dettinger (U.S. Geological Survey and Scripps Institution of Oceanography), Klaus Wolter (University of Colorado, CIRES), Jeff Lukas (University of Colorado, CIRES), Jon Eischeid (University of Colorado, CIRES), Rama Nemani (NASA, Ames), Brant Liebmann (University of Colorado, CIRES), Kenneth E. Kunkel (NOAA Cooperative Institute for Climate and Satellites, North Carolina State University, and National Climate Data Center).

*Review Editor: Arun Kumar (NOAA)*

## CHAPTER 6: FUTURE CLIMATE: PROJECTED AVERAGE

Dan Cayan (Scripps Institution of Oceanography, University of California, San Diego and U.S. Geological Survey), Mary Tyree (Scripps Institution of Oceanography, University of California, San Diego), Kenneth E. Kunkel (NOAA Cooperative Institute for Climate and Satellites, North Carolina State University and National Climate Data Center), Chris Castro (University of Arizona), Alexander Gershunov (Scripps Institution of Oceanography, University of California, San Diego), Joseph Barsugli (University of Colorado, Boulder, CIRES), Andrea J. Ray (NOAA), Jonathan Overpeck (University of Arizona), Michael Anderson (California Department of Water Resources), Joellen Russell (University of Arizona), Balaji Rajagopalan (University of Colorado), Imtiaz Rangwala (University Corporation for Atmospheric Research), Phil Duffy (Lawrence Livermore National Laboratory).

*Review Editor: Mathew Barlow (University of Massachusetts, Lowell)*

## CHAPTER 7: FUTURE CLIMATE: PROJECTED EXTREMES

Alexander Gershunov (Scripps Institution of Oceanography), Balaji Rajagopalan (University of Colorado), Jonathan Overpeck (University of Arizona), Kristen Guirguis (Scripps Institution of Oceanography), Dan Cayan (Scripps Institution of Oceanography), Mimi Hughes (National Oceanographic and Atmospheric Administration [NOAA]), Michael Dettinger (U.S. Geological Survey), Chris Castro (University of Arizona), Rachel E. Schwartz (Scripps Institution of Oceanography), Michael Anderson (California State Climate Office), Andrea J. Ray (NOAA), Joe Barsugli (University of Colorado/Cooperative Institute for Research in Environmental Sciences), Tereza Cavazos (Centro de Investigación Científica y de Educación Superior de Ensenada), and Michael Alexander (NOAA).

*Review Editor: Francina Dominguez (University of Arizona)*

## CHAPTER 8: NATURAL ECOSYSTEMS

Erica Fleishman (University of California, Davis), Jayne Belnap (U.S. Geological Survey), Neil Cobb (Northern Arizona University), Carolyn A.F. Enquist (USA National Phenology Network/The Wildlife Society), Karl Ford (Bureau of Land Management), Glen MacDonald (University of California, Los Angeles), Mike Pellant (Bureau of Land Management), Tania Schoennagel (University of Colorado), Lara M. Schmit (Northern Arizona University), Mark Schwartz (University of California, Davis), Suzanne van Drunick (University of Colorado), Anthony LeRoy Westerling (University of California, Merced), Alisa Keyser (University of California, Merced), Ryan Lucas (University of California, Merced).

*Review Editor: John Sabo (Arizona State University)*

## CHAPTER 9: COASTAL ISSUES

Margaret R. Caldwell (Stanford Woods Institute for the Environment, Stanford Law School), Eric H. Hartge (Stanford Woods Institute for the Environment), Lesley C. Ewing (California Coastal Commission), Gary Griggs (University of California, Santa

Cruz), Ryan P. Kelly (Stanford Woods Institute for the Environment), Susanne C. Moser (Susanne Moser Research and Consulting, Stanford University), Sarah G. Newkirk (The Nature Conservancy, California), Rebecca A. Smyth (NOAA, Coastal Services Center), C. Brock Woodson (Stanford Woods Institute for the Environment).

*Review Editor: Rebecca Lunde (NOAA)*

## CHAPTER 10: WATER: IMPACTS, RISKS, AND ADAPTATION

Bradley Udall (University of Colorado).

*Review Editor: Gregory J. McCabe (U.S. Geological Survey)*

## CHAPTER 11: AGRICULTURE AND RANCHING

George B. Frisvold (University of Arizona), Louise E. Jackson (University of California, Davis), James G. Pritchett (Colorado State University), John P. Ritten (University of Wyoming).

*Review Editor: Mark Svoboda (University of Nebraska, Lincoln)*

## CHAPTER 12: ENERGY: SUPPLY, DEMAND, AND IMPACTS

Vincent C. Tidwell (Sandia National Laboratories), Larry Dale (Lawrence Berkeley National Laboratory), Guido Franco (California Energy Commission), Kristen Averyt (University of Colorado), Max Wei (Lawrence Berkeley National Laboratory), Daniel M. Kammen (University of California-Berkeley), James H. Nelson (University of California- Berkeley).

*Review Editor: Ardeth Barnhart (University of Arizona)*

## CHAPTER 13: URBAN AREAS

Stephanie Pincetl (Institute of the Environment and Sustainability, University of California, Los Angeles), Guido Franco (California State Energy Commission), Nancy B. Grimm (Arizona State University), Terri S. Hogue (Civil and Environmental Engineering, UCLA), Sara Hughes (National Center for Atmospheric Research), Eric Pardyjak (University of Utah, Department of Mechanical Engineering, Environmental Fluid Dynamics Laboratory), Alicia M. Kinoshita (Civil and Environmental Engineering, UCLA), Patrick Jantz (Woods Hole Research Center).

*Review Editor: Monica Gilchrist (Local Governments for Sustainability)*

## CHAPTER 14: TRANSPORTATION

Deb A. Niemeier (University of California, Davis), Anne V. Goodchild (University of Washington), Maura Rowell (University of Washington), Joan L. Walker (University of California, Berkeley), Jane Lin (University of Illinois, Chicago), Lisa Schweitzer (University of Southern California).

*Review Editor: Joseph L. Schofer (Northwestern University)*

## CHAPTER 15: HUMAN HEALTH

Heidi E. Brown (University of Arizona), Andrew C. Comrie (University of Arizona), Deborah M. Drechsier (Caiifornia Air Resources Board), Christopher M. Barker (University of California, Davis), Rupa Basu (California Office of Environmental Health Hazard Assessment), Timothy Brown (Desert Research Institute), Alexander Sasha Gershunov (Scripps Institution of Oceanography), A. Marm Kilpatrick (University of California, Santa Cruz), William K. Reisen (University of California, Davis), Darren M. Ruddell (University of Southern California).

*Review Editor: Paul B. English (California Department of Public Health)*

## CHAPTER 16: CLIMATE CHANGE AND U.S.-MEXICO BORDER COMMUNITIES

Margaret Wilder (University of Arizona), Gregg Garfin (University of Arizona), Paul Ganster (Institute for Regional Studies of the Californias, San Diego State University), Hallie Eakin (Arizona State University), Patricia Romero-Lankao (NCAR), Francisco Lara-Valencia (Arizona State University), Alfonso A. Cortez-Lara (Colegio de la Frontera Norte), Stephen Mumme (Colorado State University), Carolina Neri (National Autonomous University of Mexico), Francisco Muñoz-Arriola (Scripps institution of Oceanography).

*Review Editor: Robert G. Varady (University of Arizona)*

## CHAPTER 17: UNIQUE CHALLENGES FACING SOUTHWESTERN TRIBES

Margaret Hiza Redsteer (U.S. Geological Survey), Kirk Bemis (Zuni Tribe Water Resources Program), Karietta Chief (University of Arizona), Mahesh Gautam (Desert Research Institute), Beth Rose Middleton (University of California, Davis), Rebecca Tsosie (Arizona State University).

*Review Editor: Daniel B. Ferguson (University of Arizona)*

## CHAPTER 18: CLIMATE CHOICES FOR A SUSTAINABLE SOUTHWEST

Diana Liverman (University of Arizona), Susanne C. Moser (Susanne Moser Research and Consulting, Stanford University), Paul S. Weiland (Nossaman Inc.), Lisa Dilling (University of Colorado), Maxwell T. Boykoff (University of Colorado), Heidi Brown (University of Arizona), Eric S. Gordon (University of Colorado), Christina Greene (University of Arizona), Eric Holthaus (University of Arizona), Deb A. Niemeier (University of Caiifornia, Davis), Stephanie Pinceti (University of Caiifornia, Los Angeles), W. James Steenburgh (University of Utah), Vincent C. Tidwell (Sandia National Laboratories).

*Review Editor: Jennifer Hoffman (EcoAdapt)*

## CHAPTER 19: MOVING FORWARD WITH IMPERFECT INFORMATION

Kristen Averyt (University of Colorado Boulder), Levi D. Brekke (Bureau of Reclamation), David E. Busch (U.S. Geological Survey), Laurna Kaatz (Denver Water), Leigh Welling (National Park Service), Eric H. Hartge (Stanford University).

*Review Editor: Tom Iseman (Western Governors' Association)*

## CHAPTER 20: RESEARCH STRATEGIES FOR ADDRESSING UNCERTAINTIES

David E. Busch (U.S. Geological Survey), Levi D. Brekke (Bureau of Reclamation), Kristen Averyt (University of Colorado, Boulder), Angela Jardine (University of Arizona), Leigh Welling (National Park Service).

*Review Editor: Karl Ford (The Bureau of Land Management, Retired), Gregg Garfin (University of Arizona)*

# Reviewers

Lee Alter*
Tim Barnett*
Julio Betancourt*
Evelyn Blumenberg*
Bethany Bradley*
Levi Brekke*
Maria Brown*
Tim Brown*
Jeanne Chambers*
Mike Crimmins*
Theresa Crimmins*
J.E. de Steiguer*
Henry Diaz*
Doug Eisinger*
Andrew Ellis*
Miriam Ellman-Rotkin*
Denise Fort*
Janet Franklin*
Randy Fuller
Chris Funk*
Patricia Gober*
David Gochis*
Dave Graber*
Tammy Greasby*
Jeff Greenblatt*
Pasha Groisman*
Zack Guido
W. Michael Hanemann*
Sharon Harlan*
Brian Holland*
Debra Hughson*
Joe Jojola*
Jeanine Jones
Sarah Krakoff*
Jeremy Lowe*
Bradfield Lyon*

Jordan Macknick*
Bob Maddox*
Neil Maizlish*
Paul Miller*
Dan Osgood*
David Pierce*
Ray Quay*
Margarito Quintero-Nuñez*
Dave Revell*
Roberto Sanchez*
Chris Scott*
Nancy Selover*
Jill Sherman-Warne*
Brian Smith*
Paul Starrs*
Court Strong*
Nick Sussillo
Will Travis*
Frank Ward*
Robert Stabler Webb
Arnim Wiek*
John Wiener
Bob Wilkinson*
Deborah Young*

* Invited expert reviewers

*Assessment of Climate Change in the Southwest United States,* one of a series of regional reports prepared for the 2013 National Climate Assessment, is a landmark study in terms of its breadth and depth of coverage. Coordinated by the Southwest Climate Alliance—a consortium of researchers affiliated with the NOAA Regional Integrated Sciences and Assessments in the Southwest (California–Nevada Applications Program, Climate Assessment for the Southwest, Western Water Assessment) and the Department of the Interior Southwest Climate Science Center—the report blends the contributions of 120 experts in climate science, economics, ecology, engineering, geography, hydrology, planning, resource management, and other disciplines to provide the most comprehensive, and understandable, analysis to date about climate and its effects on the people and landscapes of Arizona, California, Colorado, Nevada, New Mexico, and Utah—including the U.S.–Mexico border region and the lands of Native Nations. What is the climate of the Southwest like today? What has it been like in the past, and how is it projected to change over the 21st century? How will that affect water resources, ecosystems, agricultural production, energy supply and delivery, transportation, human health, and a host of other areas? How vulnerable is the region to climate change? What else do we need to know about it, and how can we limit its adverse effects? This report addresses these and other questions, offering decision makers and stakeholders a substantial basis from which to make informed choices that will affect the well-being of the region's inhabitants in the decades to come.

*Cover design:* Maureen Gately
*Book design:* Livia Kent





**Washington | Covelo | London**
**www.islandpress.org**
**All Island Press books are printed on recycled, acid-free paper.**



ISBN 13: 978-1-61091-446-8
ISBN 10: 1-61091-446-5

Climate Change Impacts in the United States

# CHAPTER 3
# WATER RESOURCES

**Convening Lead Authors**

Aris Georgakakos, Georgia Institute of Technology

Paul Fleming, Seattle Public Utilities

**Lead Authors**

Michael Dettinger, U.S. Geological Survey

Christa Peters-Lidard, National Aeronautics and Space Administration

Terese (T.C.) Richmond, Van Ness Feldman, LLP

Ken Reckhow, Duke University

Kathleen White, U.S. Army Corps of Engineers

David Yates, University Corporation for Atmospheric Research

**Recommended Citation for Chapter**

Georgakakos, A., P. Fleming, M. Dettinger, C. Peters-Lidard, Terese (T.C.) Richmond, K. Reckhow, K. White, and D. Yates, 2014: Ch. 3: Water Resources. *Climate Change Impacts in the United States: The Third National Climate Assessment*, J. M. Melillo, Terese (T.C.) Richmond, and G. W. Yohe, Eds., U.S. Global Change Research Program, 69-112. doi:10.7930/J0G44N6T.

**On the Web:**   http://nca2014.globalchange.gov/report/sectors/water

**INFORMATION DRAWN FROM THIS CHAPTER IS INCLUDED IN THE HIGHLIGHTS REPORT AND IS IDENTIFIED BY THIS ICON**

# 3 WATER RESOURCES

## Key Messages

*Climate Change Impacts on the Water Cycle*



1. Annual precipitation and river-flow increases are observed now in the Midwest and the Northeast regions. Very heavy precipitation events have increased nationally and are projected to increase in all regions. The length of dry spells is projected to increase in most areas, especially the southern and northwestern portions of the contiguous United States.

2. Short-term (seasonal or shorter) droughts are expected to intensify in most U.S. regions. Longer-term droughts are expected to intensify in large areas of the Southwest, southern Great Plains, and Southeast.

3. Flooding may intensify in many U.S. regions, even in areas where total precipitation is projected to decline.

4. Climate change is expected to affect water demand, groundwater withdrawals, and aquifer recharge, reducing groundwater availability in some areas.

5. Sea level rise, storms and storm surges, and changes in surface and groundwater use patterns are expected to compromise the sustainability of coastal freshwater aquifers and wetlands.

6. Increasing air and water temperatures, more intense precipitation and runoff, and intensifying droughts can decrease river and lake water quality in many ways, including increases in sediment, nitrogen, and other pollutant loads.

*Climate Change Impacts on Water Resources Use and Managment*

7. Climate change affects water demand and the ways water is used within and across regions and economic sectors. The Southwest, Great Plains, and Southeast are particularly vulnerable to changes in water supply and demand.

8. Changes in precipitation and runoff, combined with changes in consumption and withdrawal, have reduced surface and groundwater supplies in many areas. These trends are expected to continue, increasing the likelihood of water shortages for many uses.

9. Increasing flooding risk affects human safety and health, property, infrastructure, economies, and ecology in many basins across the United States.

*Adaptation and Institutional Responses*

10. In most U.S. regions, water resources managers and planners will encounter new risks, vulnerabilities, and opportunities that may not be properly managed within existing practices.

11. Increasing resilience and enhancing adaptive capacity provide opportunities to strengthen water resources management and plan for climate change impacts. Many institutional, scientific, economic, and political barriers present challenges to implementing adaptive strategies.

This chapter contains three main sections: climate change impacts on the water cycle, climate change impacts on water resources use and management, and adaptation and institutional responses. Key messages for each section are summarized above.

> *The cycle of life is intricately joined with the cycle of water.*
>
> — Jacques-Yves Cousteau

## Climate Change Impacts on the Water Cycle

Water cycles constantly from the atmosphere to the land and the oceans (through precipitation and runoff) and back to the atmosphere (through evaporation and the release of water from plant leaves), setting the stage for all life to exist. The water cycle is dynamic and naturally variable, and societies and ecosystems are accustomed to functioning within this variability. However, climate change is altering the water cycle in multiple ways over different time scales and geographic areas, presenting unfamiliar risks and opportunities.

### Key Message 1: Changing Rain, Snow, and Runoff

**Annual precipitation and river-flow increases are observed now in the Midwest and the Northeast regions. Very heavy precipitation events have increased nationally and are projected to increase in all regions. The length of dry spells is projected to increase in most areas, especially the southern and northwestern portions of the contiguous United States.**

Annual average precipitation over the continental U.S. as a whole increased by close to two inches (0.16 inches per decade) between 1895 and 2011.[1,2] In recent decades, annual average precipitation increases have been observed across the Midwest, Great Plains, the Northeast, and Alaska, while decreases have been observed in Hawai'i and parts of the Southeast and Southwest (Ch. 2: Our Changing Climate, Figure 2.12). Average annual precipitation is projected to increase across the northern U.S., and decrease in the southern U.S., especially the Southwest. (Ch. 2: Our Changing Climate, Figures 2.14 and 2.15).[3]

The number and intensity of very heavy precipitation events (defined as the heaviest 1% of all daily events from 1901 to 2012) have been increasing significantly across most of the United States. The amount of precipitation falling in the heaviest daily events has also increased in most areas of the United States (Ch. 2: Our Changing Climate, Figure 2.17). For example, from 1950 to 2007, daily precipitation totals with 2-, 5-, and 10-year average recurrence periods increased in the Northeast and western Great Lakes.[4] Very heavy precipitation events are projected to increase everywhere (Ch. 2: Our Changing Climate, Figure 2.19).[5] Heavy precipitation events that historically occurred once in 20 years are projected to occur as frequently as every 5 to 15 years by late this century.[6] The number and magnitude of the heaviest precipitation events is projected to increase everywhere in the United States (Ch. 2: Our Changing Climate, Figure 2.13).

Dry spells are also projected to increase in length in most regions, especially in the southern and northwestern portions of the contiguous United States (Ch. 2: Our Changing Climate, Figure 2.13). Projected changes in total average annual precipitation are generally small in many areas, but both wet and dry extremes (heavy precipitation events

### Projected Changes in Snow, Runoff, and Soil Moisture



**Figure 3.1**. These projections, assuming continued increases in heat-trapping gas emissions (A2 scenario; Ch. 2: Our Changing Climate), illustrate: a) major losses in the water content of the snowpack that fills western rivers (snow water equivalent, or SWE); b) significant reductions in runoff in California, Arizona, and the central Rocky Mountains; and c) reductions in soil moisture across the Southwest. The changes shown are for mid-century (2041-2070) as percentage changes from 1971-2000 conditions (Figure source: Cayan et al. 2013[18]).



**Figure 3.2.** Changes in annual surface soil moisture per year over the period 1988 to 2010 based on multi-satellite datasets. Surface soil moisture exhibits wetting trends in the Northeast, Florida, upper Midwest, and Northwest, and drying trends almost everywhere else. (Images provided by W. Dorigo[35]).

and length of dry spells) are projected to increase substantially almost everywhere.

The timing of peak river levels has changed in response to warming trends. Snowpack and snowmelt-fed rivers in much of the western U.S. have earlier peak flow trends since the middle of the last century, including the past decade (Ch. 2: Our Changing Climate).[7,8] This is related to declines in spring snowpack, earlier snowmelt-fed streamflow, and larger percentages of precipitation falling as rain instead of snow. These changes have taken place in the midst of considerable year-to-year variability and long-term natural fluctuations of the western U.S. climate, as well as other influences, such as the effects of dust and soot on snowpacks.[7,9] There are both natural and human influences on the observed trends.[10,11] However, in studies specifically designed to differentiate between natural and human-induced causes, up to 60% of these changes have been attributed to human-induced climate warming,[10] but only among variables that are more responsive to warming than to precipitation variability, such as the effect of air temperature on snowpack.[12]

Other historical changes related to peak river-flow have been observed in the northern Great Plains, Midwest, and Northeast,[13,14] along with striking reductions in lake ice cover (Ch. 2: Our Changing Climate).[15,16]

Permafrost is thawing in many parts of Alaska, a trend that not only affects habitats and infrastructure but also mobilizes subsurface water and reroutes surface water in ways not previously witnessed.[17] Nationally, all of these trends are projected to become even more pronounced as the climate continues to warm (Figure 3.1).

Evapotranspiration (ET – the evaporation of moisture from soil, on plants and trees, and from water bodies; and transpiration, the use and release of water from plants), is the second largest component of the water cycle after precipitation. ET responds to temperature, solar energy, winds, atmospheric humidity, and moisture availability at the land surface and regulates amounts of soil moisture, groundwater recharge, and runoff.[19] Transpiration comprises between 80% and 90% of total ET on land (Ch. 6: Agriculture).[20] In snowy settings, sublimation of snow and ice (loss of snow and ice directly into water vapor without passing through a liquid stage) can increase these returns of water to the atmosphere, sometimes in significant amounts.[21] These interactions complicate estimation and projection of regional losses of water from the land surface to the atmosphere.

Globally-averaged ET increased between 1982 and 1997 but stopped increasing, or has decreased, since about 1998.[22] In North America, the observed ET decreases occurred in water-rich rather than water-limited areas. Factors contributing to these ET decreases are thought to include decreasing wind



**Figure 3.3.** Changes in seasonal surface soil moisture per year over the period 1988 to 2010 based on multi-satellite datasets.[35] Seasonal drying is observed in central and lower Midwest and Southeast for most seasons (with the exception of the Southeast summer), and in most of the Southwest and West (with the exception of the Northwest) for spring and summer. Soil moisture in the upper Midwest, Northwest, and most of the Northeast is increasing in most seasons. (Images provided by W. Dorigo).

speed,[23,24] decreasing solar energy at the land surface due to increasing cloud cover and concentration of small particles (aerosols),[25] increasing humidity,[23] and declining soil moisture (Figure 3.2).[26]

Evapotranspiration projections vary by region,[27,28,29,30] but the atmospheric potential for ET is expected to increase; actual ET will be affected by regional soil moisture changes. Much more research is needed to confidently identify historical trends, causes, and implications for future ET trends.[31] This represents a critical uncertainty in projecting the impacts of climate change on regional water cycles.

Soil moisture plays a major role in the water cycle, regulating the exchange of water, energy, and carbon between the land surface and the atmosphere,[22] the production of runoff, and the recharge of groundwater aquifers. Soil moisture is projected to decline with higher temperatures and attendant increases in the potential for ET in much of the country, especially in the Great Plains,[29] Southwest,[18,32,33] and Southeast.[28,34]

Runoff and streamflow at regional scales declined during the last half-century in the Northwest.[36] Runoff and streamflow increased in the Mississippi Basin and Northeast, with no clear trends in much of the rest of the continental U.S.,[37] although a declining trend is emerging in annual runoff in the Colorado River Basin.[38] These changes need to be considered in the context of tree-ring studies in California's Central Valley, the Colorado River and Wind River basins, and the southeastern U.S. that indicate that these regions have experienced prolonged, even drier and wetter conditions at various times in the past two thousand years.[8,39,40] Human-caused climate change, when superimposed on past natural variability, may amplify these past extreme conditions. Projected changes in runoff for eight basins in the Northwest, northern Great Plains, and Southwest are illustrated in Figure 3.4.

Basins in the southwestern U.S. and southern Rockies (for example, the Rio Grande and Colorado River basins) are projected to experience gradual runoff declines during this century. Basins in the Northwest to north-central U.S. (for example, the



**Figure 3.4.** Annual and seasonal streamflow projections based on the B1 (with substantial emissions reductions), A1B (with gradual reductions from current emission trends beginning around mid-century), and A2 (with continuation of current rising emissions trends) CMIP3 scenarios for eight river basins in the western United States. The panels show percentage changes in average runoff, with projected increases above the zero line and decreases below. Projections are for annual, cool, and warm seasons, for three future decades (2020s, 2050s, and 2070s) relative to the 1990s. (Source: U.S. Department of the Interior – Bureau of Reclamation 2011;[41] Data provided by L. Brekke, S. Gangopadhyay, and T. Pruitt)

Columbia and the Missouri River basins) are projected to experience little change through the middle of this century, and increases by late this century.

Projected changes in runoff differ by season, with cool season runoff increasing over the west coast basins from California to Washington and over the north-central U.S. (for example, the San Joaquin, Sacramento, Klamath, Missouri, and Columbia River basins). Basins in the southwestern U.S. and southern Rockies are projected to see little change to slight decreases in the winter months.

Warm season runoff is projected to decrease substantially over a region spanning southern Oregon, the southwestern U.S., and southern Rockies (for example, the Klamath, Sacramento, San Joaquin, Rio Grande, and the Colorado River basins), and change little or increase slightly north of this region (for example, the Columbia and Missouri River basins).

In most of these western basins, these projected streamflow changes are outside the range of historical variability, especially by the 2050s and 2070s. The projected streamflow changes and associated uncertainties have water management implications (discussed below).

## Key Message 2: Droughts Intensify

**Short-term (seasonal or shorter) droughts are expected to intensify in most U.S. regions. Longer-term droughts are expected to intensify in large areas of the Southwest, southern Great Plains, and Southeast.**

Annual runoff and related river-flow are projected to decline in the Southwest[42,43] and Southeast,[34] and to increase in the Northeast, Alaska, Northwest, and upper Midwest regions,[42,43,44,45] broadly mirroring projected precipitation patterns.[46] Observational studies[47] have shown that decadal fluctuations in average temperature (up to 1.5°F) and precipitation changes of 10% have occurred in most areas of the U.S. during the last century. Fluctuations in river-flow indicate that effects of temperature are dominated by fluctuations in precipitation. Nevertheless, as warming affects water cycle processes, the amount of runoff generated by a given amount of precipitation is generally expected to decline.[37]

Droughts occur on time scales ranging from season-to-season to multiple years and even multiple decades. There has been no universal trend in the overall extent of drought across the continental U.S. since 1900. However, in the Southwest, widespread drought in the past decade has reflected both precipitation deficits and higher temperatures[8] in ways that resemble projected changes.[48] Long-term (multi-seasonal) drought conditions are also projected to increase in parts of the Southeast and possibly in Hawai'i and the Pacific Islands (Ch. 23: Hawai'i and Pacific Islands). Except in the few areas where increases in summer precipitation compensate, summer droughts (Ch. 2: Our Changing Climate) are expected to intensify almost everywhere in the continental U.S.[49] due to longer periods of dry weather and more extreme heat,[33] leading to more moisture loss from plants and earlier soil moisture depletion in basins where snowmelt shifts to earlier in the year.[50,51] Basins watered by glacial melt in the Sierra Nevada, Glacier National Park, and Alaska may experience increased summer river-flow in the next few decades, until the amounts of glacial ice become too small to contribute to river-flow.[52,53]

## Key Message 3: Increased Risk of Flooding in Many Parts of the U.S.

**Flooding may intensify in many U.S. regions, even in areas where total precipitation is projected to decline.**

There are various types of floods (see "Flood Factors and Flood Types"), some of which are projected to increase with continued climate change. Floods that are closely tied to heavy precipitation events, such as flash floods and urban floods, as well as coastal floods related to sea level rise and the resulting increase in storm surge height and inland impacts, are expected to increase. Other types of floods result from a more complex set of causes. For example, river floods are basin specific and dependent not only on precipitation but also on pre-existing soil moisture conditions, topography, and other factors, including important human-caused changes to watersheds and river courses across the United States.[54,55,56,57]

Significant changes in annual precipitation (Ch. 2: Our Changing Climate) and soil moisture (Figures 3.2 and 3.3), among other factors, are expected to affect annual flood magnitudes (Figure 3.5) in many regions.[58] River floods have been increasing in the Northeast and Midwest, and decreasing in the Southwest and Southeast.[56,57,58,59] These decreases are not surprising, as short duration very heavy precipitation events often occur during the summer and autumn when rivers are generally low.

However, these very heavy precipitation events can and do lead to flash floods, often exacerbated in urban areas by the effect of impervious surfaces on runoff.

Heavy rainfall events are projected to increase, which is expected to increase the potential for flash flooding. Land cover, flow and water-supply management, soil moisture, and channel conditions are also important influences on flood generation[55] and must be considered in projections of future flood risks. Region-specific storm mechanisms and seasonality also affect flood peaks.[57] Because of this, and limited capacity to project future very heavy events with confidence, evaluations of the relative changes in various storm mechanisms may be useful.[57,60,61] Warming is likely to directly affect flooding in many mountain settings, as catchment areas receive increasingly more precipitation as rain rather than snow, or more rain falling on existing snowpack.[62] In some such settings, river flooding may increase as a result – even where precipitation and overall river flows decline (Ch. 2: Our Changing Climate).



**Figure 3.5.** Trend magnitude (triangle size) and direction (green = increasing trend, brown = decreasing trend) of annual flood magnitude from the 1920s through 2008. Flooding in local areas can be affected by multiple factors, including land-use change, dams, and diversions of water for use. Most significant are increasing trends for floods in Midwest and Northeast, and a decreasing trend in the Southwest. (Figure source: Peterson et al. 2013[63]).

## Key Message 4: Groundwater Availability

### Climate change is expected to affect water demand, groundwater withdrawals, and aquifer recharge, reducing groundwater availability in some areas.

Groundwater is the only perennial source of fresh water in many regions and provides a buffer against climate extremes. As such, it is essential to water supplies, food security, and ecosystems. Though groundwater occurs in most areas of the U.S., the capacity of aquifers to store water varies depending on the geology of the region. (Figure 3.6b illustrates the importance of groundwater aquifers.) In large regions of the Southwest, Great Plains, Midwest, Florida, and some other coastal areas, groundwater is the primary water supply. Groundwater aquifers in these areas are susceptible to the combined stresses of climate and water-use changes. For example, during the 2006–2009 California drought, when the source of irrigation shifted from surface water to predominantly groundwater, groundwater storage in California's Central Valley declined by an amount roughly equivalent to the storage capacity of Lake Mead, the largest reservoir in the United States.[64]

Climate change impacts on groundwater storage are expected to vary from place to place and aquifer to aquifer. Although precise responses of groundwater storage and flow to climate change are not well understood nor readily generalizable, recent and ongoing studies[65,66,67,68] provide insights on various underlying mechanisms:

1)  Precipitation is the key driver of aquifer recharge in water-limited environments (like arid regions), while evapotrans-

piration (ET) is the key driver in energy-limited environments (like swamps or marshlands).

2)  Climate change impacts on aquifer recharge depend on several factors, including basin geology, frequency and intensity of high-rainfall periods that drive recharge, seasonal timing of recharge events, and strength of groundwater-surface water interaction.

3)  Changes in recharge rates are amplified relative to changes in total precipitation, with greater amplification for drier areas.

With these insights in mind, it is clear that certain groundwater-dependent regions are projected to incur significant climate change related challenges. In some portions of the country, groundwater provides nearly 100% of the water supply (Figure 3.6b). Seasonal soil moisture changes are a key aquifer recharge driver and may provide an early indication of general aquifer recharge trends. Thus, the observed regional reductions in seasonal soil moisture for winter and spring (Figure 3.3) portend adverse recharge impacts for several U.S. regions, especially the Great Plains, Southwest, and Southeast.

Despite their critical national importance as water supply sources (see Figure 3.6), aquifers are not generally monitored



**Figure 3.6.** (**a**) Groundwater aquifers are found throughout the U.S., but they vary widely in terms of ability to store and recharge water. The colors on this map illustrate aquifer location and geology: blue colors indicate unconsolidated sand and gravel; yellow is semi-consolidated sand; green is sandstone; blue or purple is sandstone and carbonate-rock; browns are carbonate-rock; red is igneous and metamorphic rock; and white is other aquifer types. (Figure source: USGS). (**b**) Ratio of groundwater withdrawals to total water withdrawals from all surface and groundwater sources by county. The map illustrates that aquifers are the main (and often exclusive) water supply source for many U.S. regions, especially in the Great Plains, Mississippi Valley, east central U.S., Great Lakes region, Florida, and other coastal areas. Groundwater aquifers in these regions are prone to impacts due to combined climate and water-use change. (Data from USGS 2005).

in ways that allow for clear identification of climatic influences on groundwater recharge, storage, flows, and discharge. Nearly all monitoring is focused in areas and aquifers where variations are dominated by groundwater pumping, which largely masks climatic influences.[69] highlighting the need for a national framework for groundwater monitoring.[70]

Generally, impacts of changing demands on groundwater systems, whether due directly to climate changes or indirectly through changes in land use or surface-water availability and management, are likely to have the most immediate effects on groundwater availability;[67,71] changes in recharge and storage may be more subtle and take longer to emerge. Groundwater models have only recently begun to include detailed represen-

tations of groundwater recharge and interactions with surface-water and land-surface processes,[50] with few projections of groundwater responses to climate change.[68,72] However, surface water declines have already resulted in larger groundwater withdrawals in some areas (for example, in the Central Valley of California and in the Southeast) and may be aggravated by climate change challenges.[73] In many mountainous areas of the U.S., groundwater recharge is disproportionately generated from snowmelt infiltration, suggesting that the loss of snowpack will affect recharge rates and patterns.[50,51,66,74] Models do not yet include dynamic representations of the groundwater reservoir and its connections to streams, the soil-vegetation system, and the atmosphere, limiting the understanding of the potential climate change impacts on groundwater and groundwater-reliant systems.[75]

As the risk of drought increases, groundwater can play a key role in enabling adaptation to climate variability and change. For example, groundwater can be augmented by surface water during times of high flow through aquifer recharge strategies, such as infiltration basins and injection wells. In addition, management strategies can be implemented that use surface water for irrigation and water supply during wet periods, and groundwater during drought, although these approaches face practical limitations within current management and institutional frameworks.[71,76]

## Key Message 5: Risks to Coastal Aquifers and Wetlands

**Sea level rise, storms and storm surges, and changes in surface and groundwater use patterns are expected to compromise the sustainability of coastal freshwater aquifers and wetlands.**

With more than 50% of the nation's population concentrated near coasts (Chapter 25: Coasts),[77] coastal aquifers and wetlands are precious resources. These aquifers and wetlands, which are extremely important from a biological/biodiversity perspective (see Ch. 8: Ecosystems; Ch. 25: Coasts), may be particularly at risk due to the combined effects of inland droughts and floods, increased surface water impoundments and diversions, increased groundwater withdrawals, and accelerating sea level rise and greater storm surges.[78,79] Estuaries are particularly vulnerable to changes in freshwater inflow and sea level rise by changing salinity and habitat of these areas.

Several coastal areas, including the Delaware, Susquehanna, and Potomac River deltas on the Northeast seaboard, most of Florida, the Apalachicola and Mobile River deltas and bays, the Mississippi River delta in Louisiana, and the delta of the Sacramento-San Joaquin rivers in northern California, are particularly vulnerable due to the combined effects of climate change and other human-caused stresses. In response, some coastal communities are among the nation's most proactive in adaptation planning (Chapter 25: Coasts).

## Key Message 6: Water Quality Risks to Lakes and Rivers

**Increasing air and water temperatures, more intense precipitation and runoff, and intensifying droughts can decrease river and lake water quality in many ways, including increases in sediment, nitrogen, and other pollutant loads.**

Water temperature has been increasing in some rivers.[80] The length of the season that lakes and reservoirs are thermally stratified (with separate density layers) is increasing with increased air and water temperatures.[81,82] In some cases, seasonal mixing may be eliminated in shallow lakes, decreasing dissolved oxygen and leading to excess concentrations of nutrients (nitrogen and phosphorous), heavy metals (such as mercury), and other toxins in lake waters.[81,82]

Lower and more persistent low flows under drought conditions as well as higher flows during floods can worsen water quality. Increasing precipitation intensity, along with the effects of wildfires and fertilizer use, are increasing sediment, nutrient, and contaminant loads in surface waters used by downstream water users[84] and ecosystems. Mineral weathering products, like calcium, magnesium, sodium, and silicon and nitrogen loads[85] have been increasing with higher streamflows.[86] Changing land

cover, flood frequencies, and flood magnitudes are expected to increase mobilization of sediments in large river basins.[87]



Increasing air and water temperatures, more intense precipitation and runoff, and intensifying droughts can decrease water quality in many ways. Here, middle school students in Colorado learn about water quality.

Changes in sediment transport are expected to vary regionally and by land-use type, with potentially large increases in some areas,[88] resulting in alterations to reservoir storage and river channels, affecting flooding, navigation, water supply, and dredging. Increased frequency and duration of droughts, and associated low water levels, increase nutrient concentrations and residence times in streams, potentially increasing the like-

lihood of harmful algal blooms and low oxygen conditions.[89] Concerns over such impacts and their potential link to climate change are rising for many U.S. regions including the Great Lakes,[90] Chesapeake Bay,[91] and the Gulf of Mexico.[85,86] Strategies aiming to reduce sediment, nutrient, and contaminant loads at the source remain the most effective management responses.[92]



**Figure 3.7.** The length of the season in which differences in lake temperatures with depth cause stratification (separate density layers) is increasing in many lakes. In this case, measurements show stratification has been increasing in Lake Tahoe (top left) since the 1960s and in Lake Superior (top right) since the early 1900s in response to increasing air and surface water temperatures (see also Ch. 18: Midwest). In Lake Tahoe, because of its large size (relative to inflow) and resulting long water-residence times, other influences on stratification have been largely overwhelmed, and warming air and water temperatures have caused progressive declines in near-surface density, leading to longer stratification seasons (by an average of 20 days), decreasing the opportunities for deep lake mixing, reducing oxygen levels, and causing impacts to many species and numerous aspects of aquatic ecosystems.[83] Similar effects are observed in Lake Superior,[16] where the stratification season is lengthening (top right) and annual ice-covered area is declining (bottom); both observed changes are consistent with increasing air and water temperatures.

### Relationship between Historical and Projected Water Cycle Changes

Natural climate variations occur on essentially all time scales from days to millennia, and the water cycle varies in much the same way. Observations of changes in the water cycle over time include responses to natural hydroclimatic variability as well as other, more local, human influences (like dam building or land-use changes), or combinations of these influences with human-caused climate change. Some recent studies

have attributed specific observed changes in the water cycle to human-induced climate change (for example, Barnett et al. 2008[10]). For many other water cycle variables and impacts, the observed and projected responses are consistent with those expected by human-induced climate change and other human influences. Research aiming to formally attribute these responses to their underlying causes is ongoing.

# FLOOD FACTORS AND FLOOD TYPES

A flood is defined as any high flow, overflow, or inundation by water that causes or threatens damage.[93] Floods are caused or amplified by both weather- and human-related factors. Major weather factors include heavy or prolonged precipitation, snowmelt, thunderstorms, storm surges from hurricanes, and ice or debris jams. Human factors include structural failures of dams and levees, inadequate drainage, and land cover alterations (such as pavement or deforestation) that reduce the capacity of the land surface to absorb water. Increasingly, humanity is also adding to weather-related factors, as human-induced warming increases heavy downpours, causes more extensive storm surges due to sea level rise, and leads to more rapid spring snowmelt.

Worldwide, from 1980 to 2009, floods caused more than 500,000 deaths and affected more than 2.8 billion people.[94] In the U.S., floods caused 4,586 deaths from 1959 to 2005[95] while property and crop damage averaged nearly $8 billion per year (in 2011 dollars) over 1981 through 2011.[93] The risks from future floods are significant, given expanded development in coastal areas and floodplains, unabated urbanization, land-use changes, and human-induced climate change.[94]

Major flood types include flash, urban, riverine, and coastal flooding:

**Flash floods** occur in small and steep watersheds and waterways and can be caused by short-duration intense precipitation, dam or levee failure, or collapse of debris and ice jams. Snow cover and frozen ground conditions can exacerbate flash flooding during winter and early spring by increasing the fraction of precipitation that runs off. Flash floods develop within minutes or hours of the causative event, and can result in severe damage and loss of life due to high water velocity, heavy debris load, and limited warning. Most flood-related deaths in the U.S. are associated with flash floods.

**Urban flooding** can be caused by short-duration very heavy precipitation. Urbanization creates large areas of impervious surfaces (such as roads, pavement, parking lots, and buildings) and increases immediate runoff. Stormwater drainage removes excess surface water as quickly as possible, but heavy downpours can exceed the capacity of drains and cause urban flooding.



**Flash Flooding:** Cave Creek, Arizona (Photo credit: Tom McGuire).

Flash floods and urban flooding are directly linked to heavy precipitation and are expected to increase as a result of projected increases in heavy precipitation events. In mountainous watersheds, such increases may be partially offset in winter and spring due to projected snowpack reduction.

**Riverine flooding** occurs when surface water drains from a watershed into a stream or a river exceeds channel capacity, overflows the




**Riverine Flooding:** In many regions, infrastructure is currently vulnerable to flooding, as demonstrated in these photos. Left: The Fort Calhoun Nuclear Power Plant in eastern Nebraska was surrounded by a Missouri River flood on June 8, 2011, that also affected Louisiana, Mississippi, Missouri, Illinois, Kentucky, Tennessee, and Arkansas (photo credit: Larry Geiger). Right: The R.M. Clayton sewage treatment plant in Atlanta, Georgia, September 23, 2009, was engulfed by floodwaters forcing it to shut down and resulting in the discharge of raw sewage into the Chattahoochee River (photo credit: Reuters/David Tulis). Flooding also disrupts road and rail transportation, and inland navigation.

Continued

## FLOOD FACTORS AND FLOOD TYPES (CONTINUED)

banks, and inundates adjacent low lying areas. Riverine flooding is commonly associated with large watersheds and rivers, while flash and urban flooding occurs in smaller natural or urban watersheds. Because heavy precipitation is often localized, riverine flooding typically results from multiple heavy precipitation events over periods of several days, weeks, or even months. In large basins, existing soil moisture conditions and evapotranspiration rates also influence the onset and severity of flooding, as runoff increases with wetter soil and/or lower evapotranspiration conditions. Snow cover and frozen ground conditions can also exacerbate riverine flooding during winter and spring by increasing runoff associated with rain-on-snow events and by snowmelt, although these effects may diminish in the long term as snow accumulation decreases due to warming. Since riverine flooding depends on precipitation as well as many other factors, projections about changes in frequency or intensity are more uncertain than with flash and urban flooding.

**Coastal flooding** is predominantly caused by storm surges that accompany hurricanes and other storms. Low storm pressure creates strong winds that create and push large sea water domes, often many miles across, toward the shore. The approaching domes can raise the water surface above normal tide levels (storm surge) by more than 25 feet, de-



pending on various storm and shoreline factors. Inundation, battering waves, and floating debris associated with storm surge can cause deaths, widespread infrastructure damage (to buildings, roads, bridges, marinas, piers, boardwalks, and sea walls), and severe beach erosion. Storm-related rainfall can also cause inland flooding (flash, urban, or riverine) if, after landfall, the storm moves slowly or stalls over an area. Inland flooding can occur close to the shore or hundreds of miles away and is responsible for more than half of the deaths associated with tropical storms.[93] Climate change affects coastal flooding through sea level rise and storm surge, increases in heavy rainfall during hurricanes and other storms, and related increases in flooding in coastal rivers.

Hurricane Sandy coastal flooding in Mantoloking, N.J. (Photo credit: New Jersey National Guard/Scott Anema).

In some locations, early warning systems have helped reduce deaths, although property damage remains considerable (Ch. 28: Adaptation). Further improvements can be made by more effective communication strategies and better land-use planning.[94]

## Climate Change Impacts on Water Resource Uses and Management

People use water for many different purposes and benefits. Our water use falls into five main categories: 1) municipal use, which includes domestic water for drinking and bathing; 2) agricultural use, which includes irrigation and cattle operations; 3) industrial use, which includes electricity production from coal- or gas-fired power plants that require water to keep the machinery cool; 4) providing ecosystem benefits, such as supporting the water needs of plants and animals we depend on; and 5) recreational uses, such as boating and fishing.

Water is supplied for these many uses from two main sources:

- freshwater withdrawals (from streams, rivers, lakes, and aquifers), which supply water for municipal, industrial, agricultural, and recirculating thermoelectric plant cooling water supply;

- instream surface water flows, which support hydropower production, once-through thermoelectric plant cooling, navigation, recreation, and healthy ecosystems.

## Key Message 7: Changes to Water Demand and Use

**Climate change affects water demand and the ways water is used within and across regions and economic sectors. The Southwest, Great Plains, and Southeast are particularly vulnerable to changes in water supply and demand.**

Climate change, acting concurrently with demographic, land-use, energy generation and use, and socioeconomic changes, is challenging existing water management practices by affecting water availability and demand and by exacerbating competition among uses and users (see Ch. 4: Energy; Ch. 6: Agriculture; Ch. 10: Energy, Water, and Land; Ch. 12: Indigenous Peoples; and Ch. 13: Land Use & Land Cover Change). In some regions, these current and expected impacts are hastening efficiency improvements in water withdrawal and use, the deployment of more proactive water management and adaptation approaches, and the reassessment of the water infrastructure and institutional responses.[1]

### Water Withdrawals

Total freshwater withdrawals (including water that is withdrawn and consumed as well as water that returns to the original source) and consumptive uses have leveled off nationally since 1980 at 350 billion gallons of withdrawn water and 100 billion gallons of consumptive water per day, despite the addition of 68 million people from 1980 to 2005 (Figure 3.8).[96] Irrigation and all electric power plant cooling withdrawals account for approximately 77% of total withdrawals, municipal and industrial for 20%, and livestock and aquaculture for 3%. Most thermoelectric withdrawals are returned back to rivers after cooling, while most irrigation withdrawals are consumed by the processes of evapotranspiration and plant growth. Thus, consumptive water use is dominated by irrigation (81%) followed distantly by municipal and industrial (8%) and the remaining water uses (5%). See Figure 3.9.

Water sector withdrawals and uses vary significantly by region. There is a notable east-west water use pattern, with the largest regional withdrawals occurring in western states (where the climate is drier) for agricultural irrigation (Figure 3.10a,d). In the east, water withdrawals mainly serve municipal, industrial, and thermoelectric uses (Figure 3.10a,b,c). Irrigation is also dominant along the Mississippi Valley, in Florida, and in southeastern Texas. Groundwater withdrawals are especially intense in parts of the Southwest, Southeast, Northwest, and



### U.S. Freshwater Withdrawal, Consumptive Use, and Population Trends

**Figure 3.8.** Trends in total freshwater withdrawal (equal to the sum of consumptive use and return flows to rivers) and population in the contiguous United States. This graph illustrates the remarkable change in the relationship between water use and population growth since about 1980. Reductions in per capita water withdrawals are directly related to increases in irrigation efficiency for agriculture, more efficient cooling processes in electrical generation, and, in many areas, price signals, more efficient indoor plumbing fixtures and appliances, and reductions in exterior landscape watering, in addition to shifts in land-use patterns in some areas.[97] Efficiency improvements have offset the demands of a growing population and have resulted in more flexibility in meeting water demand. In some cases these improvements have also reduced the flexibility to scale back water use in times of drought because some inefficiencies have already been removed from the system. With drought stress projected to increase in many U.S. regions, drought vulnerability is also expected to rise.[1]



### Freshwater Withdrawals by Sector

- Freshwater Thermoelectric
- Agricultural Irrigation
- Industrial & Commercial
- Domestic & Public
- Livestock & Aquaculture

**Figure 3.9.** Total water withdrawals (groundwater and surface water) in the U.S. are dominated by agriculture and energy production, though the primary use of water for thermoelectric production is for cooling, where water is often returned to lakes and rivers after use (return flows). (Data from Kenny et al. 2009[96])



**Figure 3.10.** Based on the most recent USGS water withdrawal data (2005). This figure illustrates water withdrawals at the U.S. county level: (a) total withdrawals (surface and groundwater) in thousands of gallons per day per square mile; (b) municipal and industrial (including golf course irrigation) withdrawals as percent of total; (c) irrigation, livestock, and aquaculture withdrawals as percent of total; (d) thermoelectric plant cooling withdrawals as percent of total; (e) counties with large surface water withdrawals; and (f) counties with large groundwater withdrawals. The largest withdrawals occur in the drier western states for crop irrigation. In the east, water withdrawals mainly serve municipal, industrial, and thermoelectric uses. Groundwater withdrawals are intense in parts of the Southwest and Northwest, the Great Plains, Mississippi Valley, Florida and South Georgia, and near the Great Lakes (Figure source: Georgia Water Resources Institute, Georgia Institute of Technology; Data from Kenny et al. 2009;[96] USGS 2013[98]).

Great Plains, the Mississippi Valley, Florida and South Georgia, and near the Great Lakes (Figure 3.10f). Surface waters are most intensely used in all other U.S. regions.

Per capita water withdrawal and use are decreasing due to many factors.[99] These include demand management, new plumbing codes, water-efficient appliances, efficiency improvement programs, and pricing strategies, especially in the municipal sector.[100] Other factors contributing to decreasing per capita water use include changes from water-intensive manufacturing and other heavy industrial activities to service-oriented businesses,[101] and enhanced water-use efficiencies in response to environmental pollution legislation (in the industrial and commercial sector). In addition, replacement of older once-through-cooling electric power plants by plants that recycle their cooling water, and switching from flood irrigation to more efficient methods in the western United States[102] have also contributed to these trends.

Notwithstanding the overall national trends, regional water withdrawal and use are strongly correlated with climate;[103] hotter and drier regions tend to have higher per capita usage, and water demand is affected by both temperature and precipitation on a seasonal basis (see also Ch. 28: Adaptation).

Water demand is projected to increase as population grows, and will increase substantially more in some regions as a result of climate change. In the absence of climate change but in response to a projected population increase of 80% and a 245% increase in total personal income from 2005 to 2060, simulations under the A1B scenario indicate that total water demand in the U.S. would increase by 3%.[99] Under these conditions, approximately half of the U.S. regions would experience an overall decrease in water demand, while the other half would experience an increase (Figure 3.11a). If, however, climate change projections based on the A1B emissions scenario (with gradual reductions from current emission trends beginning around mid-century) and three climate models are also factored in, the total water demand is projected to rise by an average of 26% over the same period (Figure 3.11b).[99] Under the population increase scenario that also includes climate change, 90% of the country is projected to experience a total demand increase, with decreases projected only in parts of the Midwest, Northeast and Southeast. Compared to an 8% increase in demand under a scenario without climate change, projections under the A2 emissions scenario (which assumes continued increases in global emissions) and three climate models over the 2005 to 2060 period result in a 34% increase in total water demand. By 2090, total water demand is projected to increase by 42% over 2005 levels under the A1B scenario and 82% under the higher A2 emissions scenario.

Crop irrigation and landscape watering needs are directly affected by climate change, especially by projected changes in temperature, potential evapotranspiration, and soil moisture. Consequently, the projected climate change impacts on water demand are larger in the western states, where irrigation dominates total water withdrawals (see Figure 3.10). Uncertainties in the projections of these climate variables also affect water demand projections.[99] However, it is clear that the impacts of projected population, socioeconomic, and climate changes amplify the effects on water demand in the Southwest and Southeast, where the observed and projected drying water cycle trends already make these regions particularly vulnerable.

This vulnerability will be exacerbated by physical and operational limitations of water storage and distribution systems. River reservoirs and associated dams are usually designed to handle larger-than-historical streamflow variability ranges. Some operating rules and procedures reflect historical seasonal and interannual streamflow and water release patterns, while others include information about current and near-term conditions, such as snowpack depth and expected snowmelt volume. Climate change threatens to alter both the streamflow variability that these structures must accommodate and their opportunities to recover after doing so (due to permanent changes in average streamflow). Thus, as streamflow and demand patterns change, historically based operating rules and procedures could become less effective in balancing water supply with other uses.[104]

Some of the highest water demand increases under climate change are projected in U.S. regions where groundwater aquifers are the main water supply source (Figure 3.11b), including the Great Plains and parts of the Southwest and Southeast. The projected water demand increases combined with potentially declining recharge rates (see water cycle section) further challenge the sustainability of the aquifers in these regions.

Power plant cooling is a critical national water use, because nearly 90% of the U.S. electrical energy is produced by thermoelectric power plants.[105] Freshwater withdrawals per kilowatt hour have been falling in recent years due to the gradual replacement of once-through cooling of power plant towers with plants that recycle cooling water. Thermal plant cooling is principally supported by surface water withdrawals (Figure 3.10e,f) and has already been affected by climate change in areas where temperatures are increasing and surface water supplies are diminishing, such as the southern United States. Higher water temperatures affect the efficiency of electric generation and cooling processes. It also limits the ability of utilities to discharge heated water to streams from once-through cooled power systems due to regulatory requirements and concerns about how the release of warmer water into rivers and streams affects ecosystems and biodiversity (see Ch. 4: Energy).[106]



**Figure 3.11.** The effects of climate change, primarily associated with increasing temperatures and potential evapotranspiration, are projected to significantly increase water demand across most of the United States. Maps show percent change from 2005 to 2060 in projected demand for water assuming (a) change in population and socioeconomic conditions based on the underlying A1B emissions scenario, but with no change in climate, and (b) combined changes in population, socioeconomic conditions, and climate according to the A1B emissions scenario (gradual reductions from current emission trends beginning around mid-century). (Figure source: Brown et al. 2013[99]).

## Instream Water Uses

Hydropower contributes 7% of electricity generation nationwide, but provides up to 70% in the Northwest and 20% in California, Alaska, and the Northeast.[107] Climate change is expected to affect hydropower directly through changes in runoff (average, extremes, and seasonality), and indirectly through increased competition with other water uses. Based on runoff projections, hydropower is expected to decline in the southern U.S. (especially the Southwest) and increase in the Northeast and Midwest (though actual gains or losses will depend on facility size and changes in runoff volume and timing). Where non-power water demands are expected to increase (as in the southern U.S.), hydropower generation, dependable capacity, and ancillary services are likely to decrease. Many hydropower facilities nationwide, especially in the Southeast, Southwest, and the Great Plains, are expected to face water availability constraints.[108] While some hydropower facilities may face water-related limitations, these could be offset to some degree by the use of more efficient turbines as well as innovative new hydropower technologies.

Inland navigation, most notably in the Great Lakes and the Missouri, Mississippi, and Ohio River systems, is particularly important for agricultural commodities (transported from the Midwest to the Gulf Coast and on to global food markets), coal, and iron ore.[1,109] Navigation is affected by ice cover and by floods and droughts. Seasonal ice cover on the Great Lakes has been decreasing[16] which may allow increased shipping.[110] However, lake level declines are also possible in the long term, decreasing vessel draft and cargo capacity. Future lake levels may also depend on non-climate factors and are uncertain both in direction and magnitude (see Ch. 2: Our Changing Climate; Ch. 5: Transportation; and Ch. 18: Midwest). Similarly, although

the river ice cover period has been decreasing[53] (extending the inland navigation season), seasonal ice cover changes[111,112] could impede lock operations.[112] Intensified floods are likely to hinder shipping by causing waterway closures and damaging or destroying ports and locks. Droughts have already been shown to decrease reliability of flows or channel depth, adversely impacting navigation (Ch. 5: Transportation). Both floods and droughts can disrupt rail and road traffic and increase shipping costs[113] and result in commodity price volatility (Ch. 19: Great Plains).

Recreational activities associated with water resources, including boating, fishing, swimming, skiing, camping, and wildlife watching, are strong regional and national economic drivers.[114] Recreation is sensitive to weather and climate,[115] and climate change impacts to recreation can be difficult to project.[116] Rising temperatures affect extent of snowcover and mountain snowpack, with impacts on skiing[117] and snowmobiling.[118] As the climate warms, changes in precipitation and runoff are expected to result in both beneficial (in some regions) and adverse impacts[115] to water sports, with potential for considerable economic dislocation and job losses.[118]

Changing climate conditions are projected to affect water and wastewater treatment and disposal in ways that depend on system-specific and interacting attributes. For example, elevated stream temperatures, combined with lower flows, may require wastewater facilities to increase treatment to meet stream water quality standards.[119] More intense precipitation and floods, combined with escalating urbanization and associated increasing impermeable surfaces, may amplify the likelihood of contaminated overland flow or combined sewer over-

flows.[120] Moderate precipitation increases, however, could result in increased stream flows, improving capacity to dilute contaminants in some regions. Sea level rise and more frequent coastal flooding could damage wastewater utility infrastructure and reduce treatment efficiency (Ch. 25: Coasts).[121]

Changes in streamflow temperature and flow regimes can affect aquatic ecosystem structure and function (see Ch. 8: Ecosystems). Water temperature directly regulates the physiology, metabolism, and energy of individual aquatic organisms, as well as entire ecosystems. Streamflow quantity influences the extent of available aquatic habitats, and streamflow variability regulates species abundance and persistence. Flow also influences water temperature, sediment, and nutrient concentrations.[122] If the rate of climate change[123] outpaces plant and animal species' ability to adjust to temperature change,

additional biodiversity loss may occur. Furthermore, climate change induced water cycle alterations may exacerbate existing ecosystem vulnerability, especially in the western United States[124] where droughts and water shortages are likely to increase. But areas projected to receive additional precipitation, such as the northern Great Plains, may benefit. Lastly, hydrologic alterations due to human interventions have without doubt impaired riverine ecosystems in most U.S. regions and globally.[125] The projected escalation of water withdrawals and uses (see Figure 3.11) threatens to deepen and widen ecosystem impairment, especially in southern states where climate change induced water cycle alterations are pointing toward drier conditions (see Ch. 8: Ecosystems). In these regions, balancing socioeconomic and environmental objectives will most likely require more deliberate management and institutional responses.

## Major Water Resource Vulnerabilities and Challenges

Many U.S. regions are expected to face increased drought and flood vulnerabilities and exacerbated water management challenges. This section highlights regions where such issues are expected to be particularly intense.

### Key Message 8: Drought is Affecting Water Supplies

**Changes in precipitation and runoff, combined with changes in consumption and withdrawal, have reduced surface and groundwater supplies in many areas. These trends are expected to continue, increasing the likelihood of water shortages for many uses.**

Many southwestern and western watersheds, including the Colorado, Rio Grande,[38,43,126] and Sacramento-San Joaquin,[127,128] have recently experienced drier conditions. Even larger runoff reductions (about 10% to 20%) are projected over some of these watersheds in the next 50 years.[48,129] Increasing evaporative losses, declining runoff and groundwater recharge, and changing groundwater pumpage are expected to affect surface and groundwater supplies[65,66,67,71] and increase the risk of water shortages for many water uses. Changes in

streamflow timing will exacerbate a growing mismatch between supply and demand (because peak flows are occurring earlier in the spring, while demand is highest in mid-summer) and will present challenges for the management of reservoirs, aquifers, and other water infrastructure.[130] Rising stream temperatures and longer low flow periods may make electric power plant cooling water withdrawals unreliable, and may affect aquatic and riparian ecosystems by degrading habitats and favoring invasive, non-native species.[131]

### Key Message 9: Flood Effects on People and Communities

**Increasing flooding risk affects human safety and health, property, infrastructure, economies, and ecology in many basins across the U.S.**

Flooding affects critical water, wastewater, power, transportation, and communications infrastructure in ways that are difficult to foresee and can result in interconnected and cascading failures (see "Flood Factors and Flood Types"). Very heavy precipitation events have intensified in recent decades in most U.S. regions, and this trend is projected to continue (Ch. 2: Our Changing Climate). Increasing heavy precipitation is an important contributing factor, but flood magnitude changes also depend on specific watershed conditions (including soil moisture, impervious area, and other human-caused alterations).

Projected changes in flood frequency based on climate projections and hydrologic models have recently begun to emerge

(for example, Das et al. 2012;[60] Brekke et al. 2009;[132] Raff et al. 2009;[133] Shaw and Riha 2011;[134] Walker et al. 2011[135]), and suggest that flood frequency and severity increases may occur in the Northeast and Midwest (Ch. 16: Northeast; Ch. 18: Midwest). Flooding and sea water intrusion from sea level rise and increasing storm surge threaten New York, Boston, Philadelphia, Virginia Beach, Wilmington, Charleston, Miami, Tampa, Naples, Mobile, Houston, New Orleans, and many other cities on U.S. coasts (Chapter 25: Coasts).

The devastating toll of large floods (human life, property, environment, and infrastructure) suggests that proactive management measures could minimize changing future flood risks and

consequences (Ch. 28: Adaptation). In coastal areas, sea level rise may act in parallel with inland climate changes to intensify water-use impacts and challenges (Ch. 12: Indigenous Peoples; Ch. 17: Southeast).[136] Increasing flooding risk, both coastal and inland, could also exacerbate human health risks associated with failure of critical infrastructure,[137,138] and an increase in both waterborne diseases (Ch. 9: Human Health)[139] and air-borne diseases.[140]

Changes in land use, land cover, development, and population distribution can all affect flood frequency and intensity. The nature and extent of these projected changes results in increased uncertainty and decreased accuracy of flood forecasting in both the short term[133] and long term.[141] This lack of certainty could hinder effective preparedness (such as evacuation planning) and the effectiveness of structural and non-structural flood risk reduction measures. However, many climate change projections are robust (Ch. 2: Our Changing Climate), and the long lead time needed for the planning, design, and construction of critical infrastructure that provides resilience to floods means that consideration of long-term changes is needed.

Effective climate change adaptation planning requires an integrated approach[45,118,142] that addresses public health and safety issues (Ch. 28: Adaptation).[143] Though numerous flood risk reduction measures are possible, including levees, land-use zoning, flood insurance, and restoration of natural flood-plain retention capacity,[144] economic and institutional conditions may constrain implementation. The effective use of these measures would require significant investment in many cases,[145] as well as updating policies and methods to account for climate change[42,146] in the planning, design, operation, and maintenance of flood risk reduction infrastructure.[132,147]

## Adaptation and Institutional Responses

### Key Message 10: Water Resources Management

In most U.S. regions, water resources managers and planners will encounter new risks, vulnerabilities, and opportunities that may not be properly managed within existing practices.

Water managers and planners strive to balance water supply and demand across all water uses and users. The management process involves complex tradeoffs among water-use benefits, consequences, and risks. By altering water availability and demand, climate change is likely to present additional management challenges. One example is in the Sacramento-San Joaquin River Delta, where flooding, sea water intrusion, and changing needs for environmental, municipal, and agricultural water uses have created significant management challenges. This California Bay-Delta experience suggests that managing risks and sharing benefits requires re-assessment of very complex ecosystems, infrastructure systems, water rights, stakeholder preferences, and reservoir operation strategies – as well as significant investments. All of these considerations are subject to large uncertainties.[54,148] To some extent, all U.S. regions are susceptible, but the Southeast and Southwest are highly vulnerable because climate change is projected to reduce water availability, increase demand, and exacerbate shortages (see "Water Management").

Recent assessments illustrate water management challenges facing California,[127,129,149,150] the Southwest,[130,151] Southeast (Ch. 17: Southeast),[136,152] Northwest,[153] Great Plains,[154] and Great Lakes.[155] A number of these assessments demonstrate that while expanding supplies and storage may still be possible in some regions, effective climate adaptation strategies can benefit from innovative management strategies. These strategies can include domestic water conservation programs that use pricing incentives to curb use; more flexible, risk-based, better-informed, and adaptive operating rules for reservoirs; the integrated use of combined surface and groundwater resources; and better monitoring and assessment of statewide water use.[129,149,156,157] Water management and planning would benefit from better coordination among public sectors at the national, state, and local levels (including regional partnerships and agreements), and the private sector, with participation of all relevant stakeholders in well-informed, fair, and equitable decision-making processes. Better coordination among hydrologists and atmospheric scientists, and among these scientists and the professional water management community, is also needed to facilitate more effective translation of knowledge from science to practice (Ch. 26: Decision Support; Ch. 28: Adaptation).[158]



## WATER CHALLENGES IN A SOUTHEAST RIVER BASIN

**Figure 3.12.** The Apalachicola-Chattahoochee-Flint (ACF) River Basin supports many water uses and users, including municipal, industrial, and agricultural water supply; flood management; hydroelectric and thermoelectric energy generation; recreation; navigation; fisheries; and a rich diversity of environmental and ecological resources. In recent decades, water demands have risen rapidly in the Upper Chattahoochee River (due to urban growth) and Lower Chattahoochee and Flint Rivers (due to expansion of irrigated agriculture). At the same time, basin precipitation, soil moisture, and runoff are declining, creating challenging water sharing tradeoffs for the basin stakeholders.[159] The historical water demand and supply trends are expected to continue in the coming decades. Climate assessments for 50 historical (1960-2009) and future years (2050-2099) based on a scenario of continued increases in emissions (A2) for the Seminole and all other ACF sub-basins[152] show that soil moisture is projected to continue to decline in all months, especially during the crop growing season from April to October (bottom right). Mean monthly runoff decreases (up to 20%, not shown) are also projected throughout the year and especially during the wet season from November to May. The projected soil moisture and runoff shifts are even more significant in the extreme values of the respective distributions. In addition to reduced supplies, these projections imply higher water demands in the agricultural and other sectors, exacerbating management challenges. These challenges are reflected in the projected response of Lake Lanier, the main ACF regulation project, the levels of which are projected (for 2050-2099) to be lower, by as much as 15 feet, than its historical (1960-2009) levels, particularly during droughts (top right). Recognizing these critical management challenges, the ACF stakeholders are earnestly working to develop a sustainable and equitable management plan that balances economic, ecological, and social values.[160] (Figure source: Georgia Water Resources Institute, Georgia Institute of Technology.[152]).

## Key Message 11: Adaptation Opportunities and Challenges

*Increasing resilience and enhancing adaptive capacity provide opportunities to strengthen water resources management and plan for climate change impacts. Many institutional, scientific, economic, and political barriers present challenges to implementing adaptive strategies.*

Climate adaptation involves both addressing the risks and leveraging the opportunities that may arise as a result of the climate impacts on the water cycle and water resources. Efforts to increase resiliency and enhance adaptive capacity may create opportunities for a wide-ranging public discussion of water demands, improved collaboration around water use, increased public support for scientific and economic information, and the deployment of new technologies supporting adaptation. In addition, adaptation can promote the achievement of multiple water resource objectives through improved infrastructure planning, integrated regulation, and planning and management approaches at regional, watershed, or ecosystem scales. Pursuing these opportunities may require assessing how current institutional approaches support adaptation in light of the anticipated impacts of climate change.[161]

Climate change will stress the nation's aging water infrastructure to varying degrees by location and over time. Much of the country's current drainage infrastructure is already overwhelmed during heavy precipitation and high runoff events, an impact that is projected to be exacerbated as a result of climate change, land-use change, and other factors. Large percentage increases in combined sewage overflow volumes, associated with increased intensity of precipitation events, have been projected for selected watersheds by the end of this century in the absence of adaptive measures.[106,162] Infrastructure planning, especially for the long planning and operation horizons often associated with water resources infrastructure, can be improved by incorporating climate change as a factor in new design standards and in asset management and rehabilitation of critical and aging facilities, emphasizing flexibility, redundancy, and resiliency.[106,132,163]

Adaptation strategies for water infrastructure include structural and non-structural approaches. These may include changes in system operations and/or demand management changes, adopting water conserving plumbing codes, and improving flood forecasts, telecommunications, and early warning systems[164] that focus on both adapting physical structures and innovative management.[106,132,165] Such strategies could take advantage of conventional ("gray") infrastructure upgrades (like raising flood control levees); adjustments to reservoir operating rules; new demand management and incentive strategies; land-use management that enhances adaptive capacity; protection and restoration at the scale of river basins, watersheds, and ecosystems; hybrid strategies that blend "green" infrastructure with gray infrastructure; and pricing strategies.[1,106,132,166,167] Green infrastructure approaches that are increasingly being implemented by municipalities across the country include green roofs, rain gardens, roadside plantings, porous pavement, and rainwater harvesting (Ch. 28: Adaptation). These techniques typically utilize soils and vegetation in the built environment to absorb runoff close to where it falls, limiting flooding and sewer backups.[168] There are numerous non-infrastructure related adaptation strategies, some of which could include promoting drought-resistant crops, flood insurance reform, and building densely developed areas away from highly vulnerable areas.

In addition to physical adaptation, capacity-building activities can build knowledge and enhance communication and collaboration within and across sectors.[1,167,169] In particular, building networks, partnerships, and support systems has been identified as a major asset in building adaptive capacity (Ch. 26: Decision Support; Ch. 28: Adaptation).[170]

In addition to stressing the physical infrastructure of water systems, future impacts of climate change may reveal the weaknesses in existing water law regimes to accommodate novel and dynamic water management conditions. The basic paradigms of environmental and natural resources law are preservation and restoration, both of which are based on the assumption that natural systems fluctuate within an unchanging envelope of variability ("stationarity").[171] However, climate change is now projected to affect water supplies during the multi-decade lifetime of major water infrastructure projects in wide-ranging and pervasive ways.[132] Under these circumstances, stationarity will no longer be reliable as the central assumption in water-resource risk assessment and planning.[42,171] For example, in the future, water rights administrators may find it necessary to develop more flexible water rights systems conditioned to address the uncertain impacts of climate change.[172] Agencies and courts may seek added flexibility in regulations and laws to achieve the highest and best uses of limited water resources and to enhance water management capacity in the context of new and dynamic conditions.[132,173]

In the past few years, many federal, state, and local agencies and tribal governments have begun to address climate change adaptation, integrating it into existing decision-making, planning, or infrastructure-improvement processes (Ch. 28: Adaptation).[43,174] Drinking water utilities are increasingly utilizing climate information to prepare assessments of their supplies,[175] and utility associations and alliances, such as the Water Research Foundation and Water Utility Climate Alliance, have undertaken original research to better understand the

implications of climate change on behalf of some of the largest municipal water utilities in the United States.[119,156,176]

The economic, social, and environmental implications of climate change induced water cycle changes are very significant, as is the cost of inaction. Adaptation responses need to address considerable uncertainties in the short-, medium-, and long-term; be proactive, integrated, and iterative; and be developed through well-informed stakeholder decision processes functioning within a flexible institutional and legal environment.

# 3: WATER RESOURCES

# REFERENCES

1. Pietrowsky, R., D. Raff, C. McNutt, M. Brewer, T. Johnson, T. Brown, M. Ampleman, C. Baranowski, J. Barsugli, L. D. Brekke, L. Brekki, M. Crowell, D. Easterling, A. Georgakakos, N. Gollehon, J. Goodrich, K. A. Grantz, E. Greene, P. Groisman, R. Heim, C. Luce, S. McKinney, R. Najjar, M. Nearing, D. Nover, R. Olsen, C. Peters-Lidard, L. Poff, K. Rice, B. Rippey, M. Rodgers, A. Rypinski, M. Sale, M. Squires, R. Stahl, E. Z. Stakhiv, and M. Strobel, 2012: Water Resources Sector Technical Input Report in Support of the U.S. Global Change Research Program, National Climate Assessment - 2013, 31 pp.

2. Kunkel, K. E., L. E. Stevens, S. E. Stevens, L. Sun, E. Janssen, D. Wuebbles, and J. G. Dobson, 2013: Regional Climate Trends and Scenarios for the U.S. National Climate Assessment: Part 9. Climate of the Contiguous United States. NOAA Technical Report NESDIS 142-9. 85 pp., National Oceanic and Atmospheric Administration, National Environmental Satellite, Data, and Information Service, Washington, D.C. [Available online at http://www.nesdis.noaa.gov/technical_reports/NOAA_NESDIS_Tech_Report_142-9-Climate_of_the_Contiguous_United_States.pdf]

3. Orlowsky, B., and S. I. Seneviratne, 2012: Global changes in extreme events: Regional and seasonal dimension. *Climatic Change*, **10,** 669-696, doi:10.1007/s10584-011-0122-9. [Available online at http://www.iac.ethz.ch/doc/publications/fulltext.pdf]

4. DeGaetano, A. T., 2009: Time-dependent changes in extreme-precipitation return-period amounts in the continental United States. *Journal of Applied Meteorology and Climatology*, **48,** 2086-2099, doi:10.1175/2009jamc2179.1. [Available online at http://journals.ametsoc.org/doi/pdf/10.1175/2009JAMC2179.1]

   Mishra, V., and D. P. Lettenmaier, 2011: Climatic trends in major US urban areas, 1950–2009. *Geophysical Research Letters*, **38,** L16401, doi:10.1029/2011GL048255. [Available online at http://onlinelibrary.wiley.com/doi/10.1029/2011GL048255/pdf]

5. Kharin, V. V., F. W. Zwiers, X. Zhang, and M. Wehner, 2013: Changes in temperature and precipitation extremes in the CMIP5 ensemble. *Climatic Change*, **119,** 345-357, doi:10.1007/s10584-013-0705-8.

6. Groisman, P. Y., R. W. Knight, and T. R. Karl, 2012: Changes in intense precipitation over the central United States. *Journal of Hydrometeorology*, **13,** 47-66, doi:10.1175/JHM-D-11-039.1. [Available online at http://journals.ametsoc.org/doi/pdf/10.1175/JHM-D-11-039.1]

   Wang, J., and X. Zhang, 2008: Downscaling and projection of winter extreme daily precipitation over North America. *Journal of Climate*, **21,** 923-937, doi:10.1175/2007JCLI1671.1.

7. Fritze, H., I. T. Stewart, and E. J. Pebesma, 2011: Shifts in Western North American snowmelt runoff regimes for the recent warm decades. *Journal of Hydrometeorology*, **12,** 989-1006, doi:10.1175/2011JHM1360.1. [Available online at http://journals.ametsoc.org/doi/pdf/10.1175/2011JHM1360.1]

   Hamlet, A. F., P. W. Mote, M. P. Clark, and D. P. Lettenmaier, 2005: Effects of temperature and precipitation variability on snowpack trends in the western United States. *Journal of Climate*, **18,** 4545-4561, doi:10.1175/jcli3538.1. [Available online at http://journals.ametsoc.org/doi/pdf/10.1175/JCLI3538.1]

8. Hoerling, M. P., M. Dettinger, K. Wolter, J. Lukas, J. Eischeid, R. Nemani, B. Liebmann, and K. E. Kunkel, 2012: Ch. 5: Evolving weather and climate conditions of the Southwest United States. *Assessment of Climate Change in the Southwest United States: A Technical Report Prepared for the U.S. National Climate Assessment*, G. Garfin, A. Jardine, M. Black, R. Merideth, J. Overpeck, and A. Ray, Eds.

9. Creamean, J. M., K. J. Suski, D. Rosenfeld, A. Cazorla, P. J. DeMott, R. C. Sullivan, A. B. White, F. M. Ralph, P. Minnis, J. M. Comstock, J. M. Tomlinson, and K. A. Prather, 2013: Dust and biological aerosols from the Sahara and Asia influence precipitation in the western U.S. *Science*, **339,** 1572-1578, doi:10.1126/science.1227279.

   Hodgkins, G. A., 2009: Streamflow changes in Alaska between the cool phase (1947–1976) and the warm phase (1977–2006) of the Pacific Decadal Oscillation: The influence of glaciers. *Water Resources Research*, **45,** W06502, doi:10.1029/2008wr007575. [Available online at http://onlinelibrary.wiley.com/doi/10.1029/2008WR007575/pdf]

   Painter, T. H., J. S. Deems, J. Belnap, A. F. Hamlet, C. C. Landry, and B. Udall, 2010: Response of Colorado River runoff to dust radiative forcing in snow. *Proceedings of the National Academy of Sciences*, **107,** 17125-17130, doi:10.1073/pnas.0913139107. [Available online at http://www.pnas.org/content/107/40/17125.full.pdf+html]

   Stewart, I. T., D. R. Cayan, and M. D. Dettinger, 2005: Changes toward earlier streamflow timing across western North America. *Journal of Climate*, **18,** 1136-1155, doi:10.1175/JCLI3321.1.

   Stoelinga, M. T., M. D. Albright, and C. F. Mass, 2009: A new look at snowpack trends in the Cascade Mountains. *Journal of Climate*, **23,** 2473-2491, doi:10.1175/2009JCLI2911.1. [Available online at http://journals.ametsoc.org/doi/pdf/10.1175/2009JCLI2911.1]

10. Barnett, T. P., D. W. Pierce, H. G. Hidalgo, C. Bonfils, B. D. Santer, T. Das, G. Bala, A. W. Wood, T. Nozawa, A. A. Mirin, D. R. Cayan, and M. D. Dettinger, 2008: Human-induced changes in the hydrology of the western United States. *Science*, **319**, 1080-1083, doi:10.1126/science.1152538. [Available online at http://www.sciencemag.org/cgi/content/abstract/1152538]

11. Bonfils, C., B. D. Santer, D. W. Pierce, H. G. Hidalgo, G. Bala, T. Das, T. P. Barnett, D. R. Cayan, C. Doutriaux, A. W. Wood, A. Mirin, and T. Nozawa, 2008: Detection and attribution of temperature changes in the mountainous western United States. *Journal of Climate*, **21**, 6404-6424, doi:10.1175/2008JCLI2397.1. [Available online at http://journals.ametsoc.org/doi/abs/10.1175/2008JCLI2397.1]

Das, T., H. G. Hidalgo, D. W. Pierce, T. P. Barnett, M. D. Dettinger, D. R. Cayan, C. Bonfils, G. Bala, and A. Mirin, 2009: Structure and detectability of trends in hydrological measures over the western United States. *Journal of Hydrometeorology*, **10**, 871-892, doi:10.1175/2009jhm1095.1. [Available online at http://journals.ametsoc.org/doi/pdf/10.1175/2009JHM1095.1]

Hidalgo, H. G., T. Das, M. D. Dettinger, D. R. Cayan, D. W. Pierce, T. P. Barnett, G. Bala, A. Mirin, A. W. Wood, C. Bonfils, B. D. Santer, and T. Nozawa, 2009: Detection and attribution of streamflow timing changes to climate change in the western United States. *Journal of Climate*, **22**, 3838-3855, doi:10.1175/2009jcli2470.1. [Available online at http://journals.ametsoc.org/doi/abs/10.1175/2009JCLI2470.1]

Pierce, D. W., T. P. Barnett, H. G. Hidalgo, T. Das, C. Bonfils, B. D. Santer, G. Bala, M. D. Dettinger, D. R. Cayan, A. Mirin, A. W. Wood, and T. Nozawa, 2008: Attribution of declining western US snowpack to human effects. *Journal of Climate*, **21**, 6425-6444, doi:10.1175/2008JCLI2405.1. [Available online at http://journals.ametsoc.org/doi/abs/10.1175/2008JCLI2405.1]

12. Pierce, D. W., and D. R. Cayan, 2013: The uneven response of different snow measures to human-induced climate warming. *Journal of Climate*, **26**, 4148-4167, doi:10.1175/jcli-d-12-00534.1. [Available online at http://journals.ametsoc.org/doi/pdf/10.1175/JCLI-D-12-00534.1]

13. Gan, T. Y., R. G. Barry, M. Gizaw, A. Gobena, and R. Balaji, 2013: Changes in North American snowpacks for 1979–2007 detected from the snow water equivalent data of SMMR and SSM/I passive microwave and related climatic factors. *Journal of Geophysical Research: Atmospheres*, **118**, 7682–7697, doi:10.1002/jgrd.50507. [Available online at http://onlinelibrary.wiley.com/doi/10.1002/jgrd.50507/pdf]

Hodgkins, G. A., and R. W. Dudley, 2006: Changes in the timing of winter–spring streamflows in eastern North America, 1913–2002. *Geophysical Research Letters*, **33**, L06402, doi:10.1029/2005gl025593. [Available online at http://onlinelibrary.wiley.com/doi/10.1029/2005GL025593/pdf]

——, 2006: Changes in late-winter snowpack depth, water equivalent, and density in Maine, 1926–2004. *Hydrological Processes*, **20**, 741-751, doi:10.1002/hyp.6111. [Available online at http://onlinelibrary.wiley.com/doi/10.1002/hyp.6111/pdf]

14. Feng, S., and Q. Hu, 2007: Changes in winter snowfall/precipitation ratio in the contiguous United States. *Journal of Geophysical Research: Atmospheres*, **112**, D15109, doi:10.1029/2007JD008397.

15. Hodgkins, G. A., I. C. James, and T. G. Huntington, 2002: Historical changes in lake ice-out dates as indicators of climate change in New England, 1850–2000. *International Journal of Climatology*, **22**, 1819-1827, doi:10.1002/joc.857. [Available online at http://onlinelibrary.wiley.com/doi/10.1002/joc.857/pdf]

16. Wang, J., X. Bai, H. Hu, A. Clites, M. Colton, and B. Lofgren, 2012: Temporal and spatial variability of Great Lakes ice cover, 1973-2010. *Journal of Climate*, **25**, 1318-1329, doi:10.1175/2011JCLI4066.1.

17. Romanovsky, V. E., S. L. Smith, H. H. Christiansen, N. I. Shiklomanov, D. S. Drozdov, N. G. Oberman, A. L. Kholodov, and S. S. Marchenko, 2011: Permafrost. *Arctic Report Card 2011*, 139-147. [Available online at http://www.arctic.noaa.gov/report11/ArcticReportCard_full_report.pdf]

Smith, S. L., V. E. Romanovsky, A. G. Lewkowicz, C. R. Burn, M. Allard, G. D. Clow, K. Yoshikawa, and J. Throop, 2010: Thermal state of permafrost in North America: A contribution to the International Polar Year. *Permafrost and Periglacial Processes*, **21**, 117-135, doi:10.1002/ppp.690.

18. Cayan, D., K. Kunkel, C. Castro, A. Gershunov, J. Barsugli, A. Ray, J. Overpeck, M. Anderson, J. Russell, R. B., R. I., and P. Duffy, 2013: Ch. 6: Future climate: Projected average. *Assessment of Climate Change in the Southwest United States: A Report Prepared for the National Climate Assessment*, G. Garfin, A. Jardine, R. Merideth, M. Black, and S. LeRoy, Eds., Island Press, 153-196. [Available online at http://swccar.org/sites/all/themes/files/SW-NCA-color-FINALweb.pdf]

19. Mueller, B., S. I. Seneviratne, C. Jiminez, T. Corti, M. Hirschi, G. Balsamo, P. Ciais, P. Dirmeyer, J. B. Fisher, Z. Guo, M. Jung, F. Maignan, M. F. McCabe, R. Reichle, M. Reichstein, M. Rodell, J. Sheffield, A. J. Teuling, K. Wang, E. F. Wood, and Y. Zhang, 2011: Evaluation of global observations-based evapotranspiration datasets and IPCC AR4 simulations. *Geophysical Research Letters*, **38**, L06402, doi:10.1029/2010GL046230. [Available online at http://onlinelibrary.wiley.com/doi/10.1029/2010GL046230/pdf]

20. Jasechko, S., Z. D. Sharp, J. J. Gibson, S. J. Birks, Y. Yi, and P. J. Fawcett, 2013: Terrestrial water fluxes dominated by transpiration. *Nature*, **496**, 347-350, doi:10.1038/nature11983.

21. Reba, M. L., J. Pomeroy, D. Marks, and T. E. Link, 2012: Estimating surface sublimation losses from snowpacks in a mountain catchment using eddy covariance and turbulent transfer calculations. *Hydrological Processes*, **26,** 3699-3711, doi:10.1002/hyp.8372. [Available online at http://onlinelibrary.wiley.com/doi/10.1002/hyp.8372/pdf]

    Strasser, U., M. Bernhardt, M. Weber, G. E. Liston, and W. Mauser, 2008: Is snow sublimation important in the alpine water balance? *The Cryosphere*, **2,** 53-66, doi:10.5194/tc-2-53-2008. [Available online at http://www.the-cryosphere.net/2/53/2008/]

22. Jung, M., M. Reichstein, P. Ciais, S. I. Seneviratne, J. Sheffield, M. L. Goulden, G. Bonan, A. Cescatti, J. Chen, R. de Jeu, A. J. Dolman, W. Eugster, D. Gerten, D. Gianelle, N. Gobron, J. Heinke, J. Kimball, B. E. Law, L. Montagnani, Q. Mu, B. Mueller, K. Oleson, D. Papale, A. D. Richardson, O. Roupsard, S. Running, E. Tomelleri, N. Viovy, U. Weber, C. Williams, E. Wood, S. Zaehle, and K. Zhang, 2010: Recent decline in the global land evapotranspiration trend due to limited moisture supply. *Nature*, **467,** 951-954, doi:10.1038/nature09396.

23. McVicar, T. R., M. L. Roderick, R. J. Donohue, L. T. Li, T. G. Van Niel, A. Thomas, J. Grieser, D. Jhajharia, Y. Himri, N. M. Mahowald, A. V. Mescherskaya, A. C. Kruger, S. Rehman, and Y. Dinpashoh, 2012 Global review and synthesis of trends in observed terrestrial near-surface wind speeds: Implications for evaporation. *Journal of Hydrology*, **416-417,** 182-205, doi:10.1016/j.jhydrol.2011.10.024.

24. Vautard, R., J. Cattiaux, P. Yiou, J. N. Thépaut, and P. Ciais, 2010: Northern Hemisphere atmospheric stilling partly attributed to an increase in surface roughness. *Nature Geoscience*, **3,** 756-761, doi:10.1038/ngeo979.

25. Roderick, M. L., and G. D. Farquhar, 2002: The cause of decreased pan evaporation over the past 50 years. *Science*, **298,** 1410-1411, doi:10.1126/science.1075390-a. [Available online at http://mensch.org/5223_2008/archive/Science2002v298p1410_PanEvap.pdf]

26. BAMS, cited 2012: State of the Climate Reports. National Climatic Data Center. [Available online at http://www.ncdc.noaa.gov/bams-state-of-the-climate/]

27. Dai, A., 2012: Increasing drought under global warming in observations and models. *Nature Climate Change*, **3,** 52-58, doi:10.1038/nclimate1633. [Available online at http://www.nature.com/nclimate/journal/vaop/ncurrent/full/nclimate1633.html?utm_source=feedblitz&utm_medium=FeedBlitzEmail&utm_content=559845&utm_campaign=0]

    Sheffield, J., E. F. Wood, and M. L. Roderick, 2012: Little change in global drought over the past 60 years. *Nature*, **491,** 435-438, doi:10.1038/nature11575. [Available online at http://www.nature.com/nature/journal/v491/n7424/pdf/nature11575.pdf]

    Winter, J. M., and E. A. B. Eltahir, 2012: Modeling the hydroclimatology of the midwestern United States. Part 2: Future climate. *Climate Dynamics*, **38,** 595-611, doi:10.1007/s00382-011-1183-1.

28. Hay, L. E., S. L. Markstrom, and C. Ward-Garrison, 2011: Watershed-scale response to climate change through the twenty-first century for selected basins across the United States. *Earth Interactions*, **15,** 1-37, doi:10.1175/2010ei370.1. [Available online at http://journals.ametsoc.org/doi/pdf/10.1175/2010EI370.1]

29. Hoerling, M. P., J. K. Eischeid, X.-W. Quan, H. F. Diaz, R. S. Webb, R. M. Dole, and D. R. Easterling, 2012: Is a transition to semi-permanent drought conditions imminent in the Great Plains? *Journal of Climate*, **25,** 8380–8386, doi:10.1175/JCLI-D-12-00449.1. [Available online at http://journals.ametsoc.org/doi/pdf/10.1175/JCLI-D-12-00449.1]

30. Wehner, M., D. R. Easterling, J. H. Lawrimore, R. R. Heim Jr, R. S. Vose, and B. D. Santer, 2011: Projections of future drought in the continental United States and Mexico. *Journal of Hydrometeorology*, **12,** 1359-1377, doi:10.1175/2011JHM1351.1. [Available online at http://journals.ametsoc.org/doi/abs/10.1175/2011JHM1351.1]

31. Milly, P. C. D., and K. A. Dunne, 2011: On the hydrologic adjustment of climate-model projections: The potential pitfall of potential evapotranspiration. *Earth Interactions*, **15,** 1-14, doi:10.1175/2010ei363.1. [Available online at http://journals.ametsoc.org/doi/pdf/10.1175/2010EI363.1]

32. Gao, Y., L. R. Leung, E. P. Salathé, F. Dominguez, B. Nijssen, and D. P. Lettenmaier, 2012: Moisture flux convergence in regional and global climate models: Implications for droughts in the southwestern United States under climate change. *Geophysical Research Letters*, **39,** L09711, doi:10.1029/2012gl051560. [Available online at http://onlinelibrary.wiley.com/doi/10.1029/2012GL051560/pdf]

33. Gao, Y., J. A. Vano, C. Zhu, and D. P. Lettenmaier, 2011: Evaluating climate change over the Colorado River basin using regional climate models. *Journal of Geophysical Research: Atmospheres*, **116,** D13104, doi:10.1029/2010jd015278. [Available online at http://onlinelibrary.wiley.com/doi/10.1029/2010JD015278/pdf]

34. Georgakakos, A., and F. Zhang, 2011: Climate Change Scenario Assessment for ACF, OOA, SO, ACT, TN, and OSSS Basins in Georgia. Georgia Water Resources Institute (GWRI) Technical Report, 229 pp., Georgia Institute of Technology, Atlanta, Georgia, USA.

35. Dorigo, W, R. de Jeu, D. Chung, R. Parinussa, Y. Liu, W. Wagner, and D. Fernández-Prieto, 2012: Evaluating global trends (1988–2010) in harmonized multi-satellite surface soil moisture. *Geophysical Research Letters*, **39,** L18405, doi:10.1029/2012gl052988. [Available online at http://onlinelibrary.wiley.com/doi/10.1029/2012GL052988/pdf]

36. Luce, C. H., and Z. A. Holden, 2009: Declining annual streamflow distributions in the Pacific Northwest United States, 1948–2006. *Geophysical Research Letters*, **36**, doi:10.1029/2009GL039407.

37. McCabe, G. J., and D. M. Wolock, 2011: Independent effects of temperature and precipitation on modeled runoff in the conterminous United States. *Water Resources Research*, **47**, W11522, doi:10.1029/2011WR010630. [Available online at http://onlinelibrary.wiley.com/doi/10.1029/2011WR010630/pdf]

38. Reclamation, 2011: Reclamation Managing Water in the West: Interim Report No. 1, Colorado River Basin Water Supply and Demand Study, Status Report. U.S Department of the Interior, Bureau of Reclamation, Denver, CO. [Available online at http://www.usbr.gov/lc/region/programs/crbstudy/Report1/StatusRpt.pdf]

39. Meko, D. M., M. D. Therrell, C. H. Baisan, and M. K. Hughes, 2001: Sacramento River flow reconstructed to AD 869 from tree rings. *JAWRA Journal of the American Water Resources Association*, **37**, 1029-1039, doi:10.1111/j.1752-1688.2001.tb05530.x. [Available online at http://onlinelibrary.wiley.com/doi/10.1111/j.1752-1688.2001.tb05530.x/pdf]

Watson, T. A., F. Anthony Barnett, S. T. Gray, and G. A. Tootle, 2009: Reconstructed streamflows for the headwaters of the Wind River, Wyoming, United States. *JAWRA Journal of the American Water Resources Association*, **45**, 224-236, doi:10.1111/j.1752-1688.2008.00274.x.

Woodhouse, C. A., S. T. Gray, and D. M. Meko, 2006: Updated streamflow reconstructions for the Upper Colorado River Basin. *Water Resources Research*, **42**, doi:10.1029/2005WR004455.

40. Meko, D. M., C. A. Woodhouse, C. A. Baisan, T. Knight, J. J. Lukas, M. K. Hughes, and M. W. Salzer, 2007: Medieval drought in the upper Colorado River Basin. *Geophysical Research Letters*, **34**, 10705, doi:1029/2007GL029988. [Available online at http://onlinelibrary.wiley.com/doi/10.1029/2007GL029988/pdf]

41. Reclamation, 2011: Reclamation Managing Water in the West. SECURE Water Act Section 9503(c) - Reclamation Climate Change and Water 2011. P. Alexander, L. Brekke, G. Davis, S. Gangopadhyay, K. Grantz, C. Hennig, C. Jerla, D. Llewellyn, P. Miller, T. Pruitt, D. Raff, T. Scott, M. Tansey, and T. Turner, Eds., 226 pp., U.S. Department of the Interior, U.S. Bureau of Reclamation, Denver, CO. [Available online at http://www.usbr.gov/climate/SECURE/docs/SECUREWaterReport.pdf]

42. Milly, P. C. D., J. Betancourt, M. Falkenmark, R. M. Hirsch, Z. W. Kundzewicz, D. P. Lettenmaier, and R. J. Stouffer, 2008: Stationarity is dead: Whither water management? *Science*, **319**, 573-574, doi:10.1126/science.1151915.

43. Reclamation, 2011: Reclamation Managing Water in the West. West-Wide Climate Risk Assessments: Bias-Corrected and Spatially Downscaled Surface Water Projections, Technical Memorandum No. 86-68210-2011-01, 138 pp., U.S. Department of the Interior, Bureau of Reclamation Technical Service Center, Denver, Colorado. [Available online at www.usbr.gov/WaterSMART/docs/west-wide-climate-risk-assessments.pdf]

44. Elsner, M. M., L. Cuo, N. Voisin, J. S. Deems, A. F. Hamlet, J. A. Vano, K. E. B. Mickelson, S. Y. Lee, and D. P. Lettenmaier, 2010: Implications of 21st century climate change for the hydrology of Washington State. *Climatic Change*, **102**, 225-260, doi:10.1007/s10584-010-9855-0.

IPCC, 2007: Summary for Policymakers. *Climate Change 2007: The Physical Science Basis. Contribution of Working Group 1 to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change*, S. Solomon, D. Qin, M. Manning, Z. Chen, M. Marquis, K. B. Averyt, M. Tignor, and H. L. Miller, Eds., Cambridge University Press, 1-18. [Available online at http://www.ipcc.ch/pdf/assessment-report/ar4/wg1/ar4-wg1-spm.pdf]

Markstrom, S. L., L. E. Hay, C. D. Ward-Garrison, J. C. Risley, W. A. Battaglin, D. M. Bjerklie, K. J. Chase, D. E. Christiansen, R. W. Dudley, R. J. Hunt, K. M. Koczot, M. C. Mastin, R. S. Regan, R. J. Viger, K. C. Vining, and J. F. Walker, 2012: Integrated Watershed-Scale Response to Climate Change for Selected Basins Across the United States. U.S. Geological Survey Scientific Investigations Report 2011–5077, 143 pp., U.S. Department of the Interior, U.S. Geological Survey, Reston, VA. [Available online at http://pubs.usgs.gov/sir/2011/5077/SIR11-5077_508.pdf]

45. Moser, S. C., R. E. Kasperson, G. Yohe, and J. Agyeman, 2008: Adaptation to climate change in the Northeast United States: opportunities, processes, constraints. *Mitigation and Adaptation Strategies for Global Change*, **13**, 643-659, doi:10.1007/s11027-007-9132-3. [Available online at http://www.northeastclimateimpacts.org/pdf/miti/moser_et_al.pdf]

46. Strzepek, K., G. Yohe, J. Neumann, and B. Boehlert, 2010: Characterizing changes in drought risk for the United States from climate change. *Environmental Research Letters*, **5**, 044012, doi:10.1088/1748-9326/5/4/044012. [Available online at http://iopscience.iop.org/1748-9326/5/4/044012/pdf/1748-9326_5_4_044012.pdf]

47. Karl, T. R., and W. E. Riebsame, 1989: The impact of decadal fluctuations in mean precipitation and temperature on runoff: A sensitivity study over the United States. *Climatic Change*, **15**, 423-447, doi:10.1007/BF00240466.

48. Cayan, D. R., T. Das, D. W. Pierce, T. P. Barnett, M. Tyree, and A. Gershunov, 2010: Future dryness in the southwest US and the hydrology of the early 21st century drought. *Proceedings of the National Academy of Sciences,* **107,** 21271-21276, doi:10.1073/pnas.0912391107. [Available online at http://www.pnas.org/content/early/2010/12/06/0912391107.full.pdf+html]

49. Trenberth, K. E., J. T. Overpeck, and S. Solomon, 2004: Exploring drought and its implications for the future. *Eos, Transactions, American Geophysical Union,* **85,** 27, doi:10.1029/2004EO030004.

50. Huntington, J. L., and R. G. Niswonger, 2012: Role of surface-water and groundwater interactions on projected summertime streamflow in snow dominated regions: An integrated modeling approach. *Water Resources Research,* **48,** W11524, doi:10.1029/2012wr012319. [Available online at http://onlinelibrary.wiley.com/doi/10.1029/2012WR012319/pdf]

51. Scibek, J., D. M. Allen, A. J. Cannon, and P. H. Whitfield, 2007: Groundwater–surface water interaction under scenarios of climate change using a high-resolution transient groundwater model. *Journal of Hydrology,* **333,** 165-181, doi:10.1016/j.jhydrol.2006.08.005.

52. Basagic, H. J., and A. G. Fountain, 2011: Quantifying 20th century glacier change in the Sierra Nevada, California. *Arctic, Antarctic, and Alpine Research,* **43,** 317-330, doi:10.1657/1938-4246-43.3.317.

Hall, M. H. P., and D. B. Fagre, 2003: Modeled climate-induced glacier change in Glacier National Park, 1850-2100. *BioScience,* **53,** 131-140, doi:10.1641/0006-3568(2003)053[0131:MCIGCI]2.0.CO;2. [Available online at http://www.bioone.org/doi/pdf/10.1641/0006-3568%282003%29053%5B0131%3AMCIGCI%5D2.0.CO%3B2]

53. Hodgkins, G. A., R. W. Dudley, and T. G. Huntington, 2005: Changes in the number and timing of days of ice-affected flow on northern New England rivers, 1930–2000. *Climatic Change,* **71,** 319-340, doi:10.1007/s10584-005-5926-z. [Available online at http://link.springer.com/content/pdf/10.1007%2Fs10584-005-5926-z]

54. NRC, 2010: *A Scientific Assessment of Alternatives for Reducing Water Management Effects on Threatened and Endangered Fishes in California's Bay Delta.* National Research Council. The National Academies Press, 104 pp. [Available online at http://www.nap.edu/catalog.php?record_id=12881]

55. Poff, N. L., B. P. Bledsoe, and C. O. Cuhaciyan, 2006: Hydrologic variation with land use across the contiguous United States: Geomorphic and ecological consequences for stream ecosystems. *Geomorphology,* **79,** 264-285, doi:10.1016/j.geomorph.2006.06.032.

56. Villarini, G., F. Serinaldi, J. A. Smith, and W. F. Krajewski, 2009: On the stationarity of annual flood peaks in the continental United States during the 20th century. *Water Resources Research,* **45,** W08417, doi:10.1029/2008wr007645. [Available online at http://onlinelibrary.wiley.com/doi/10.1029/2008WR007645/pdf]

57. Villarini, G., and J. A. Smith, 2010: Flood peak distributions for the eastern United States. *Water Resources Research,* **46,** W06504, doi:10.1029/2009wr008395. [Available online at http://onlinelibrary.wiley.com/doi/10.1029/2009WR008395/pdf]

58. Hirsch, R. M., and K. R. Ryberg, 2012: Has the magnitude of floods across the USA changed with global $CO_2$ levels? *Hydrological Sciences Journal,* **57,** 1-9, doi:10.1080/02626667.2011.621895. [Available online at http://www.tandfonline.com/doi/abs/10.1080/02626667.2011.621895]

59. Gutowski, W. J., G. C. Hegerl, G. J. Holland, T. R. Knutson, L. O. Mearns, R. J. Stouffer, P. J. Webster, M. F. Wehner, and F. W. Zwiers, 2008: Ch. 3: Causes of observed changes in extremes and projections of future changes. *Weather and Climate Extremes in a Changing Climate. Regions of Focus: North America, Hawaii, Caribbean, and US Pacific Islands. A Report by the U.S. Climate Change Science Program and the Subcommittee on Global Change Research,* T. R. Karl, G. A. Meehl, C. D. Miller, S. J. Hassol, A. M. Waple, and W. L. Murray, Eds., 81-116. [Available online at http://library.globalchange.gov/products/assessments/sap-3-3-weather-and-climate-extremes-in-a-changing-climate]

Karl, T. R., and R. W. Knight, 1998: Secular Trends of Precipitation Amount, Frequency, and Intensity in the United States. *Bulletin of the American Meteorological Society,* **79,** 231-241, doi:10.1175/1520-0477(1998)079<0231:STOPAF>2.0.CO;2. [Available online at http://journals.ametsoc.org/doi/pdf/10.1175/1520-0477%281998%29079%3C0231%3ASTOPAF%3E2.0.CO%3B2]

60. Das, T., M. D. Dettinger, D. R. Cayan, and H. G. Hidalgo, 2012: Potential increase in floods in California's Sierra Nevada under future climate projections. *Climatic Change,* **109,** 71-94, doi:10.1007/s10584-011-0298-z.

61. Dettinger, M., 2011: Climate change, atmospheric rivers, and floods in California–a multimodel analysis of storm frequency and magnitude changes. *Journal of the American Water Resources Association,* **47,** 514-523, doi:10.1111/j.1752-1688.2011.00546.x.

62. Knowles, N., M. D. Dettinger, and D. R. Cayan, 2006: Trends in Snowfall Versus Rainfall in the Western United States. *Journal of Climate,* **19,** 4545-4559, doi:10.1175/JCLI3850.1. [Available online at http://journals.ametsoc.org/doi/pdf/10.1175/JCLI3850.1]

McCabe, G. J., M. P. Clark, and L. E. Hay, 2007: Rain-on-snow events in the western United States. *Bulletin of the American Meteorological Society*, **88**, 319-328, doi:10.1175/BAMS-88-3-319. [Available online at http://journals.ametsoc.org/doi/pdf/10.1175/BAMS-88-3-319]

Mote, P. W., 2003: Trends in snow water equivalent in the Pacific Northwest and their climatic causes. *Geophysical Research Letters*, **30**, 1601, doi:10.1029/2003GL017258. [Available online at http://onlinelibrary.wiley.com/doi/10.1029/2003GL017258/pdf]

——, 2006: Climate-driven variability and trends in mountain snowpack in western North America. *Journal of Climate*, **19**, 6209-6220, doi:10.1175/JCLI3971.1.

Nayak, A., D. Marks, D. Chandler, and A. Winstral, 2012: Modeling Interannual Variability in Snow-Cover Development and Melt for a Semiarid Mountain Catchment. *Journal of Hydrologic Engineering*, **17**, 74-84, doi:10.1061/(ASCE)HE.1943-5584.0000408.

63. Peterson, T. C., R. R. Heim, R. Hirsch, D. P. Kaiser, H. Brooks, N. S. Diffenbaugh, R. M. Dole, J. P. Giovannettone, K. Guirguis, T. R. Karl, R. W. Katz, K. Kunkel, D. Lettenmaier, G. J. McCabe, C. J. Paciorek, K. R. Ryberg, S. Schubert, V. B. S. Silva, B. C. Stewart, A. V. Vecchia, G. Villarini, R. S. Vose, J. Walsh, M. Wehner, D. Wolock, K. Wolter, C. A. Woodhouse, and D. Wuebbles, 2013: Monitoring and understanding changes in heat waves, cold waves, floods and droughts in the United States: State of knowledge. *Bulletin American Meteorology Society*, **94**, 821-834, doi:10.1175/BAMS-D-12-00066.1. [Available online at http://journals.ametsoc.org/doi/pdf/10.1175/BAMS-D-12-00066.1]

64. Famiglietti, J., M. Lo, S. L. Ho, J. Bethune, K. J. Anderson, T. H. Syed, S. C. Swenson, C. R. de Linage, and M. Rodell, 2011: Satellites measure recent rates of groundwater depletion in California's Central Valley. *Geophysical Research Letters*, **38**, L03403, doi:10.1029/2010GL046442. [Available online at http://onlinelibrary.wiley.com/doi/10.1029/2010GL046442/pdf]

65. Crosbie, R. S., B. R. Scanlon, F. S. Mpelasoka, R. C. Reedy, J. B. Gates, and L. Zhang, 2013: Potential climate change effects on groundwater recharge in the High Plains Aquifer, USA. *Water Resources Research*, **49**, doi:10.1002/wrcr.20292. [Available online at http://onlinelibrary.wiley.com/doi/10.1002/wrcr.20292/pdf]

66. Earman, S., and M. Dettinger, 2011: Potential impacts of climate change on groundwater resources-a global review. *Journal of Water and Climate Change*, **2**, 213-229, doi:10.2166/wcc.2011.034.

67. Taylor, R. G., B. Scanlon, P. Döll, M. Rodell, R. van Beek, Y. Wada, L. Longuevergne, M. Leblanc, J. S. Famiglietti, M. Edmunds, L. Konikow, T. R. Green, J. Chen, M. Taniguchi, M. F. P. Bierkens, A. MacDonald, Y. Fan, R. M. Maxwell, Y. Yechieli, J. J. Gurdak, D. M. Allen, M. Shamsudduha, K. Hiscock, P. J.-F. Yeh, I. Holman, and H. Treidel, 2012: Ground water and climate change. *Nature Climate Change*, **3**, 322-329, doi:10.1038/nclimate1744. [Available online at 10.1038/nclimate1744]

68. Ng, G.-H. C., D. McLaughlin, D. Entekhabi, and B. R. Scanlon, 2010: Probabilistic analysis of the effects of climate change on groundwater recharge. *Water Resources Research*, **46**, W07502, doi:10.1029/2009wr007904. [Available online at http://onlinelibrary.wiley.com/doi/10.1029/2009WR007904/pdf]

69. Ghanbari, R. N., and H. R. Bravo, 2011: Coherence among climate signals, precipitation, and groundwater. *Ground Water*, **49**, 476-490, doi:10.1111/j.1745-6584.2010.00772.x. [Available online at http://onlinelibrary.wiley.com/doi/10.1111/j.1745-6584.2010.00772.x/pdf]

Hanson, R. T., M. D. Dettinger, and M. W. Newhouse, 2006: Relations between climatic variability and hydrologic time series from four alluvial basins across the southwestern United States. *Hydrogeology Journal*, **14**, 1122-1146, doi:10.1007/s10040-006-0067-7.

70. ACWI, 2013: A National Framework for Ground-Water Monitoring in the U.S., U.S. Department of the Interior Advisory Committee on Water Information, Subcommittee on Groundwater. [Available online at http://acwi.gov/sogw/ngwmn_framework_report_july2013.pdf]

71. Sheng, Z., 2013: Impacts of groundwater pumping and climate variability on groundwater availability in the Rio Grande Basin. *Ecosphere*, **4**, 1-25, doi:10.1890/es12-00270.1. [Available online at http://www.esajournals.org/doi/pdf/10.1890/ES12-00270.1]

72. Hanson, R. T., L. E. Flint, A. L. Flint, M. D. Dettinger, C. C. Faunt, D. Cayan, and W. Schmid, 2012: A method for physically based model analysis of conjunctive use in response to potential climate changes. *Water Resources Research*, **48**, W00L08, doi:10.1029/2011WR010774. [Available online at http://onlinelibrary.wiley.com/doi/10.1029/2011WR010774/pdf]

73. NRC, 2004: Ch. 3: Interactions of groundwater with climate. *Groundwater Fluxes Across Interfaces*, National Research Council, The National Academies Press, 32-41. [Available online at http://www.nap.edu/catalog.php?record_id=10891]

74. Earman, S., A. R. Campbell, F. M. Phillips, and B. D. Newman, 2006: Isotopic exchange between snow and atmospheric water vapor: Estimation of the snowmelt component of groundwater recharge in the southwestern United States. *Journal of Geophysical Research*, **111**, 18, doi:10.1029/2005JD006470.

75. Fan, Y., G. Miguez-Macho, C. P. Weaver, R. Walko, and A. Robock, 2007: Incorporating water table dynamics in climate modeling: 1. Water table observations and equilibrium water table simulations. *Journal of Geophysical Research*, **112,** 17, doi:10.1029/2006JD008111. [Available online at http://onlinelibrary.wiley.com/doi/10.1029/2006JD008111/pdf]

Maxwell, R. M., and S. J. Kollet, 2008: Interdependence of groundwater dynamics and land-energy feedbacks under climate change. *Nature Geoscience*, **1,** 665-669, doi:10.1038/ngeo315.

Schaller, M. F., and Y. Fan, 2009: River basins as groundwater exporters and importers: Implications for water cycle and climate modeling. *Journal of Geophysical Research*, **114,** 1-21, doi:10.1029/2008JD010636.

76. Bredehoeft, J. D., 2011: Monitoring regional groundwater extraction: The problem. *Ground Water*, **49,** 808-814, doi:10.1111/j.1745-6584.2011.00799.x. [Available online at http://onlinelibrary.wiley.com/doi/10.1111/j.1745-6584.2011.00799.x/pdf]

77. NOAA, cited 2012: The U.S. Population Living in Coastal Watershed Counties. U.S. Department of Commerce, National Oceanic and Atmospheric Administration. [Available online at http://stateofthecoast.noaa.gov/population/welcome.html]

78. Heimlich, B., and F. Bloetscher, 2011: Effects of sea level rise and other climate change impacts on southeast Florida's water resources. *Florida Water Resources Journal*, 34-46.

79. Werner, C., H. Schnyder, M. Cuntz, C. Keitel, M. J. Zeeman, T. E. Dawson, F. W. Badeck, E. Brugnoli, J. Ghashghaie, T. E. E. Grams, Z. E. Kayler, M. Lakatos, X. Lee, C. Máguas, J. Ogée, K. G. Rascher, R. T. W. Siegwolf, S. Unger, J. Welker, L. Wingate, and A. Gessler, 2012: Progress and challenges in using stable isotopes to trace plant carbon and water relations across scales. *Biogeosciences*, **9,** 3083-3111, doi:10.5194/bg-9-3083-2012. [Available online at http://www.biogeosciences.net/9/3083/2012/bg-9-3083-2012.pdf]

80. Kaushal, S. S., G. E. Likens, N. A. Jaworski, M. L. Pace, A. M. Sides, D. Seekell, K. T. Belt, D. H. Secor, and R. L. Wingate, 2010: Rising stream and river temperatures in the United States. *Frontiers in Ecology and the Environment*, **8,** 461-466, doi:10.1890/090037.

81. Sahoo, G. B., and S. G. Schladow, 2008: Impacts of climate change on lakes and reservoirs dynamics and restoration policies. *Sustainability Science*, **3,** 189-199, doi:10.1007/s11625-008-0056-y.

82. Sahoo, G. B., S. G. Schladow, J. E. Reuter, R. Coats, M. Dettinger, J. Riverson, B. Wolfe, and M. Costa-Cabral, 2012: The response of Lake Tahoe to climate change. *Climatic Change*, 1-25, doi:10.1007/s10584-012-0600-8. [Available online at http://tenaya.ucsd.edu/tioga/pdffiles/tahoe_clchange_sahoo_etal_2012.pdf]

83. Schneider, P., and S. J. Hook, 2010: Space observations of inland water bodies show rapid surface warming since 1985. *Geophysical Research Letters*, **37,** 1-5, doi:10.1029/2010GL045059. [Available online at http://www.leif.org/EOS/2010GL045059.pdf]

83. UC Davis Tahoe Environmental Research Center, 2012: Tahoe: State of the Lake Report, 78 pp. [Available online at http://terc.ucdavis.edu/stateofthelake/StateOfTheLake2012.pdf]

84. Pruski, F. F., and M. A. Nearing, 2002: Climate-induced changes in erosion during the 21st century for eight U.S. locations. *Water Resources Research*, **38,** 34-31 - 34-11, doi:10.1029/2001WR000493. [Available online at http://onlinelibrary.wiley.com/doi/10.1029/2001WR000493/pdf]

——, 2002: Runoff and soil-loss responses to changes in precipitation: A computer simulation study. *Journal of Soil and Water Conservation*, **57,** 7-16.

85. Justić, D., N. N. Rabalais, and R. E. Turner, 2005: Coupling between climate variability and coastal eutrophication: Evidence and outlook for the northern Gulf of Mexico. *Journal of Sea Research*, **54,** 25-35, doi:10.1016/j.seares.2005.02.008.

McIsaac, G. F., M. B. David, G. Z. Gertner, and D. A. Goolsby, 2002: Relating net nitrogen input in the Mississippi River basin to nitrate flux in the lower Mississippi River: A comparison of approaches. *Journal of Environmental Quality*, **31,** 1610-1622, doi:10.2134/jeq2002.1610.

86. Godsey, S. E., J. W. Kirchner, and D. W. Clow, 2009: Concentration–discharge relationships reflect chemostatic characteristics of US catchments. *Hydrological Processes*, **23,** 1844-1864, doi:10.1002/hyp.7315. [Available online at http://onlinelibrary.wiley.com/doi/10.1002/hyp.7315/pdf]

87. Osterkamp, W. R., and C. R. Hupp, 2010: Fluvial processes and vegetation--Glimpses of the past, the present, and perhaps the future. *Geomorphology*, **116,** 274-285, doi:10.1016/j.geomorph.2009.11.018.

88. Nearing, M. A., V. Jetten, C. Baffaut, O. Cerdan, A. Couturier, M. Hernandez, Y. Le Bissonnais, M. H. Nichols, J. P. Nunes, C. S. Renschler, V. Souche're, and K. van Oost, 2005: Modeling response of soil erosion and runoff to changes in precipitation and cover. *Catena*, **61,** 131-154, doi:10.1016/j.catena.2005.03.007. [Available online at http://ddr.nal.usda.gov/dspace/bitstream/10113/6784/1/IND43978149.pdf]

89. Whitehead, P., A. Wade, and D. Butterfield, 2009: Potential impacts of climate change on water quality in six UK rivers. *Hydrological Research*, **40,** 113-122, doi:10.2166/nh.2009.078. [Available online at http://www.hydrology.org.uk/assets/2008%20papers/70.pdf]

90. Stumpf, R. P., T. T. Wynne, D. B. Baker, and G. L. Fahnenstiel, 2012: Interannual variability of cyanobacterial blooms in Lake Erie. *PLoS ONE*, **7**, e42444, doi:10.1371/journal.pone.0042444. [Available online at http://www.plosone.org/article/fetchObject.action?uri=info%3Adoi%2F10.1371%2Fjournal.pone.0042444&representation=PDF]

91. Howarth, R. W., D. P. Swaney, E. W. Boyer, R. Marino, N. Jaworski, and C. Goodale, 2006: The influence of climate on average nitrogen export from large watersheds in the Northeastern United States. *Biogeochemistry*, **79**, 163-186, doi:10.1007/s10533-006-9010-1.

92. Baron, J. S., E. K. Hall, B. T. Nolan, J. C. Finlay, E. S. Bernhardt, J. A. Harrison, F. Chan, and E. W. Boyer, 2013: The interactive effects of human-derived nitrogen loading and climate change on aquatic ecosystems of the United States. *Biogeochemistry*, **114**, 71-92, doi:10.1007/s10533-012-9788-y. [Available online at http://link.springer.com/content/pdf/10.1007%2Fs10533-012-9788-y.pdf]

93. NOAA, 2013: United States Flood Loss Report - Water Year 2011, 10 pp., National Oceanic and Atmospheric Administration, National Weather Service. [Available online at http://www.nws.noaa.gov/hic/summaries/WY2011.pdf]

94. Doocy, S., A. Daniels, S. Murray, and T. D. Kirsch, 2013: The human impact of floods: A historical review of events 1980-2009 and systematic literature review. *PLOS Currents Disasters*, doi:10.1371/currents.dis.f4deb457904936b07c09daa98ee8171a. [Available online at http://currents.plos.org/disasters/article/the-human-impact-of-floods-a-historical-review-of-events-1980-2009-and-systematic-literature-review/pdf]

95. Ashley, S. T., and W. S. Ashley, 2008: Flood fatalities in the United States. *Journal of Applied Meteorology and Climatology*, **47**, 805-818, doi:10.1175/2007JAMX1611.1. [Available online at http://journals.ametsoc.org/doi/pdf/10.1175/2007JAMC1611.1]

96. Kenny, J. F., N. L. Barber, S. S. Hutson, K. S. Linsey, J. K. Lovelace, and M. A. Maupin, 2009: Estimated Use of Water in the United States in 2005. U.S. Geological Survey Circular 1344, 52 pp., U.S. Geological Survey Reston, VA. [Available online at http://pubs.usgs.gov/circ/1344/]

97. Leurig, S., 2012: Water Ripples: Expanding Risks For U.S. Water Providers, 20 pp., Ceres, Boston, MA. [Available online at https://www.ceres.org/resources/reports/water-ripples-expanding-risks-for-u.s.-water-providers]

98. USGS, cited 2013: Estimated Use of Water in the United States County-Level Data for 2005. U.S. Geological Survey. [Available online at http://water.usgs.gov/watuse/data/2005/index.html]

99. Brown, T. C., R. Foti, and J. A. Ramirez, 2013: Projecting fresh water withdrawals in the United States under a changing climate. *Water Resources Research*, **49**, 1259-1276, doi:10.1002/wrcr.20076. [Available online at http://onlinelibrary.wiley.com/doi/10.1002/wrcr.20076/pdf]

100. Groves, D. G., D. Yates, and C. Tebaldi, 2008: Developing and applying uncertain global climate change projections for regional water management planning. *Water Resources Research*, **44**, W12413, doi:10.1029/2008WR006964. [Available online at http://www.agu.org/pubs/crossref/2008/2008WR006964.shtml]

Jeffcoat, S., D. Baughman, and P. M. Thomas, 2009: Total water management strategies for utility master planning. *Journal American Water Works Association*, **101**, 56-64.

Rockaway, T. D., P. A. Coomes, J. Rivard, and B. Kornstein, 2011: Residential water use trends in North America. *Journal: American Water Works Association*, **103**, 76-89.

101. David, E. L., 1990: Manufacturing and mining water use in the United States, 1954-83. *National Water Summary 1987 - Hydrologic Events and Water Supply and Use. United States Geological Survey Water-Supply Paper 2350*, United States Government Printing Office, 81-92.

102. Brown, T. C., 2000: Projecting US freshwater withdrawals. *Journal of Water Resources Research*, **36**, 769-780, doi:10.1029/1999WR900284.

Foti, R., J. A. Ramirez, and T. C. Brown, 2012: *Vulnerability of U.S. Water Supply to Shortage: A Technical Document Supporting the Forest Service 2010 RPA Assessment. RMRS-GTR-295*. U.S. Forest Service, 147 pp. [Available online at http://www.fs.fed.us/rm/pubs/rmrs_gtr295.html]

103. Balling, R. C., Jr., and P. Gober, 2007: Climate variability and residential water use in the city of Phoenix, Arizona. *Journal of Applied Meteorology and Climatology*, **46**, 1130-1137, doi:10.1175/JAM2518.1.

104. Sale, M. J., S.-C. Kao, M. Ashfaq, D. P. Kaiser, R. Martinez, C. Webb, and Y. Wei, 2012: Assessment of the Effects of Climate Change on Federal Hydropower, 210 pp., Technical Manual 2011/251. Oak Ridge National Laboratory, Oak Ridge, TN. [Available online at http://nhaap.ornl.gov/sites/default/files/9505_FY12_Assessment_Report.pdf]

105. EIA, 2009: Annual Energy Review 2008. DOE/EIA-0384(2008) statistical report, 408 pp., US. Energy Information Administration, U.S. Department of Energy Washington, DC. [Available online at http://www.eia.gov/totalenergy/data/annual/archive/038408.pdf]

106. Wilbanks, T., S. Fernandez, G. Backus, P. Garcia, K. Jonietz, P. Kirshen, M. Savonis, B. Solecki, and L. Toole, 2012: Climate Change and Infrastructure, Urban Systems, and Vulnerabilities. Technical Report to the U.S. Department of Energy in Support of the National Climate Assessment, 119 pp., Oak Ridge National Laboratory. U.S. Department of Energy, Office of Science, Oak Ridge, TN. [Available online at http://www.esd.ornl.gov/eess/Infrastructure.pdf]

107. EIA, 2013: Electric Power Monthly with Data for December 2012. February 2013, 193 pp., U.S. Department of Energy, U.S. Energy Information Administration, Washington, DC. [Available online at http://www.eia.gov/electricity/monthly/current_year/february2013.pdf]

108. EPRI, 2011: Water Use for Electricity Generation and Other Sectors: Recent Changes (1985-2005) and Future Projections (2005-2030). 2011 Technical Report, 94 pp., Electric Power Research Institute, Palo Alto, CA. [Available online at http://my.epri.com/portal/server.pt?Abstract_id=000000000001023676]

109. DOT, cited 2011: National Transportation Statistics. U.S. Department of Transportation, Research and Innovative Technology Administration, Bureau of Transportation Statistics. [Available online at http://www.rita.dot.gov/bts/sites/rita.dot.gov.bts/files/publications/national_transportation_statistics/index.html]

110. Millerd, F., 2011: The potential impact of climate change on Great Lakes international shipping. *Climatic Change*, **104,** 629-652, doi:10.1007/s10584-010-9872-z.

111. Beltaos, S., and T. Prowse, 2009: River-ice hydrology in a shrinking cryosphere. *Hydrological Processes*, **23,** 122-144, doi:10.1002/hyp.7165.

Prowse, T., K. Alfredsen, S. Beltaos, B. Bonsal, C. Duguay, A. Korhola, J. McNamara, R. Pienitz, W. F. Vincent, V. Vuglinsky, and G. A. Weyhenmeyer, 2011: Past and future changes in Arctic lake and river ice. *AMBIO: A Journal of the Human Environment*, **40,** 53-62, doi:10.1007/s13280-011-0216-7. [Available online at http://link.springer.com/content/pdf/10.1007%2Fs13280-011-0216-7]

Weyhenmeyer, G. A., D. M. Livingstone, M. Meili, O. Jensen, B. Benson, and J. J. Magnuson, 2011: Large geographical differences in the sensitivity of ice-covered lakes and rivers in the Northern Hemisphere to temperature changes. *Global Change Biology*, **17,** 268-275, doi:10.1111/j.1365-2486.2010.02249.x.

112. Hawkes, P. J., H. Moser, Ø. Arntsen, P. Gaufres, S. Mai, and K. White, 2010: Impacts of climate change on navigation. *PIANC Annual General Assembly 2008 & International Navigation Seminar*, Beijing, China.

113. DOT, 2012: Climate Impacts and U.S. Transportation: Technical Input Report for the National Climate Assessment. DOT OST/P-33.

114. DOC, 2012: U.S. Travel and Tourism Industries: A Year in Review 2010, 13 pp., U.S. Department of Commerce. [Available online at http://www.tinet.ita.doc.gov/pdf/2010-year-in-review.pdf]

U.S. Census Bureau, 2012: The 2012 Statistical Abstract: Arts, Recreation & Travel, 22 pp., U.S. Census Bureau, U.S. Department of Commerce, Washington, D.C. [Available online at http://www.census.gov/prod/2011pubs/12statab/arts.pdf]

115. Yu, G., Z. Schwartz, J. E. Walsh, and W. L. Chapman, 2009: A weather-resolving index for assessing the impact of climate change on tourism related climate resources. *Climatic Change*, **95,** 551-573, doi:10.1007/s10584-009-9565-7.

116. Scott, D., and S. Becken, 2010: Adapting to climate change and climate policy: Progress, problems and potentials. *Journal of Sustainable Tourism*, **18,** 283-295, doi:10.1080/09669581003668540. [Available online at http://www.tandfonline.com/doi/pdf/10.1080/09669581003668540]

117. Dawson, J., D. Scott, and G. McBoyle, 2009: Climate change analogue analysis of ski tourism in the northeastern USA. *Climate Research*, **39,** 1-9, doi:10.3354/cr00793. [Available online at http://www.int-res.com/articles/cr2009/39/c039p001.pdf]

118. Frumhoff, P. C., J. J. McCarthy, J. M. Melillo, S. C. Moser, D. J. Wuebbles, C. Wake, and E. Spanger-Siegfried, 2008: An integrated climate change assessment for the Northeast United States. *Mitigation and Adaptation Strategies for Global Change*, **13,** 419-423, doi:10.1007/s11027-007-9138-x.

119. EPA, 2011: Climate Change Vulnerability Assessments: Four Case Studies of Water Utility Practices. U.S. Environmental Protection Agency, Washington, DC. [Available online at http://cfpub.epa.gov/ncea/global/recordisplay.cfm?deid=233808]

120. ——, 2008: A Screening Assessment of the Potential Impacts of Climate Change on Combined Sewer Overflow (CSO) Mitigation in the Great Lakes and New England Regions. EPA/600/R-07/033F, 50 pp., U.S. Environmental Protection Agency, Washington, D.C. [Available online at http://ofmpub.epa.gov/eims/eimscomm.getfile?p_download_id=472009]

WERF, 2009: Implications of Climate Change for Adaptation by Wastewater and Stormwater Agencies. Report # CC2R08. Water Environment Research Foundation, Alexandria, VA. [Available online at www.climatestrategies.us/library/library/download/960]

121. Flood, J. F., and L. B. Cahoon, 2011: Risks to coastal wastewater collection systems from sea-level rise and climate change. *Journal of Coastal Research*, **27,** 652-660, doi:10.2112/JCOASTRES-D-10-00129.1. [Available online at http://www.jcronline.org/doi/pdf/10.2112/JCOASTRES-D-10-00129.1]

122. Maurer, E. P., H. G. Hidalgo, T. Das, M. D. Dettinger, and D. R. Cayan, 2010: The utility of daily large-scale climate data in the assessment of climate change impacts on daily streamflow in California. *Hydrology and Earth Systems Sciences*, **14,** 1125-1138, doi:10.5194/hess-14-1125-2010. [Available online at http://www.hydrol-earth-syst-sci.net/14/1125/2010/hess-14-1125-2010.pdf]

123. Loarie, S. R., P. B. Duffy, H. Hamilton, G. P. Asner, C. B. Field, and D. D. Ackerly, 2009: The velocity of climate change. *Nature*, **462,** 1052-1055, doi:10.1038/nature08649.

124. Falke, J. A., K. D. Fausch, R. Magelky, A. Aldred, D. S. Durnford, L. K. Riley, and R. Oad, 2011: The role of groundwater pumping and drought in shaping ecological futures for stream fishes in a dryland river basin of the western Great Plains, USA. *Ecohydrology*, **4,** 682-697, doi:10.1002/eco.158. [Available online at http://onlinelibrary.wiley.com/doi/10.1002/eco.158/pdf]

Rood, S. B., J. Pan, K. M. Gill, C. G. Franks, G. M. Samuelson, and A. Shepherd, 2008: Declining summer flows of Rocky Mountain rivers: Changing seasonal hydrology and probable impacts on floodplain forests. *Journal of Hydrology*, **349,** 397-410, doi:10.1016/j.jhydrol.2007.11.012. [Available online at http://riverrestoration.wikispaces.com/file/view/Seasonal+Hydrology.pdf]

Stromberg, J. C., S. J. Lite, and M. D. Dixon, 2010: Effects of stream flow patterns on riparian vegetation of a semiarid river: Implications for a changing climate. *River research and applications*, **26,** 712-729, doi:10.1002/rra.1272.

Thomson, L. C., M. I. Escobar, M. Mosser, D. Purkey, D. Yates, and P. Moyle, 2012: Water management adaptations to prevent loss of spring-run Chinook salmon in California under climate change. *Journal of Water Resources Planning and Management*, **138,** 465-478, doi:10.1061/(ASCE)WR.1943-5452.0000194.

125. Poff, N. L., B. D. Richter, A. H. Arthington, S. E. Bunn, R. J. Naiman, E. Kendy, M. Acreman, C. Apse, B. P. Bledsoe, M. C. Freeman, J. Henriksen, R. B. Jacobson, J. G. Kennen, D. M. Merritt, J. H. O'Keeffe, J. D. Olden, K. Rogers, R. E. Tharme, and A. Warner, 2010: The ecological limits of hydrologic alteration (ELOHA): A new framework for developing regional environmental flow standards. *Freshwater Biology*, **55,** 147-170, doi:10.1111/j.1365-2427.2009.02204.x. [Available online at http://onlinelibrary.wiley.com/doi/10.1111/j.1365-2427.2009.02204.x/pdf]

126. Ward, F. A., B. H. Hurd, T. Rahmani, and N. Gollehon, 2006: Economic impacts of federal policy responses to drought in the Rio Grande basin. *Water Resources Research*, **42,** 41-53, doi:10.1029/2005WR004427.

127. Connell-Buck, C. R., J. Medellín-Azuara, J. R. Lund, and K. Madani, 2012: Adapting California's water system to warm vs. dry climates. *Climatic Change*, **109,** 133-149, doi:10.1007/s10584-011-0302-7.

128. Georgakakos, K. P., N. E. Graham, F.-Y. Cheng, C. Spencer, E. Shamir, A. P. Georgakakos, H. Yao, and M. Kistenmacher, 2012: Value of adaptive water resources management in northern California under climatic variability and change: Dynamic hydroclimatology. *Journal of Hydrology*, **412-413,** 47-65, doi:10.1016/j.jhydrol.2011.04.032.

129. Brekke, L. D., E. P. Maurer, J. D. Anderson, M. D. Dettinger, E. S. Townsley, A. Harrison, and T. Pruitt, 2009: Assessing reservoir operations risk under climate change. *Water Resources Research*, **45,** W04411, doi:10.1029/2008WR006941. [Available online at http://www.agu.org/pubs/crossref/2009/2008WR006941.shtml]

130. Rajagopalan, B., K. Nowak, J. Prairie, M. Hoerling, B. Harding, J. Barsugli, A. Ray, and B. Udall, 2009: Water supply risk on the Colorado River: Can management mitigate? *Water Resources Research*, **45,** W08201, doi:10.1029/2008wr007652.

131. CCSP, 2008: *The Effects of Climate Change on Agriculture, Land Resources, Water Resources, and Biodiversity. A Report by the U.S. Climate Change Science Program and the Subcommittee on Global Change Research.* P. Backlund, A. Janetos, D. Schimel, J. Hatfield, K. Boote, P. Fay, L. Hahn, C. Izaurralde, B. A. Kimball, T. Mader, J. Morgan, D. Ort, W. Polley, A. Thomson, D. Wolfe, M. Ryan, S. Archer, R. Birdsey, C. Dahm, L. Heath, J. Hicke, D. Hollinger, T. Huxman, G. Okin, R. Oren, J. Randerson, W. Schlesinger, D. Lettenmaier, D. Major, L. Poff, S. Running, L. Hansen, D. Inouye, B. P. Kelly, L. Meyerson, b. Peterson, and R. Shaw, Eds. U.S. Environmental Protection Agency, 362 pp. [Available online at http://downloads.globalchange.gov/sap/sap4-3/sap4.3-final-all.pdf]

132. Brekke, L. D., J. E. Kiang, J. R. Olsen, R. S. Pulwarty, D. A. Raff, D. P. Turnipseed, R. S. Webb, and K. D. White, 2009: Climate change and water resources management: A federal perspective. U.S. Geological Survey Circular 1331978–1–4113–2325–4, 65 pp., U.S. Department of the Interior, U.S. Geological Survey, Reston, VA. [Available online at http://pubs.usgs.gov/circ/1331/]

133. Raff, D. A., T. Pruitt, and L. D. Brekke, 2009: A framework for assessing flood frequency based on climate projection information. *Hydrology and Earth System Sciences*, **13,** 2119-2136, doi:10.5194/hess-13-2119-2009. [Available online at http://www.hydrol-earth-syst-sci.net/13/2119/2009/hess-13-2119-2009.pdf]

134. Shaw, S. B., and S. J. Riha, 2011: Assessing possible changes in flood frequency due to climate change in mid-sized watersheds in New York State, USA. *Hydrological Processes*, **25,** 2542-2550, doi:10.1002/hyp.8027.

135. Walker, J. F., L. E. Hay, S. L. Markstrom, and M. D. Dettinger, 2011: Characterizing climate-change impacts on the 1.5-yr flood flow in selected basins across the United States: A probabilistic approach. *Earth Interactions*, **15,** 1-16, doi:10.1175/2010EI379.1.

136. Obeysekera, J., M. Irizarry, J. Park, J. Barnes, and T. Dessalegne, 2011: Climate change and its implications for water resources management in south Florida. *Stochastic Environmental Research and Risk Assessment*, **25,** 495-516, doi:10.1007/s00477-010-0418-8.

137. Ebi, K. L., D. M. Mills, J. B. Smith, and A. Grambsch, 2006: Climate change and human health impacts in the United States: An update on the results of the U.S. National Assessment. *Environmental Health Perspectives*, **114,** 1318-1324, doi:10.1289/ehp.8880. [Available online at http://www.ncbi.nlm.nih.gov/pmc/articles/PMC1570072/]

Kessler, R., 2011: Stormwater strategies: Cities prepare aging infrastructure for climate change. *Environmental Health Perspectives*, **119,** a514-a519, doi:10.1289/ehp.119-a514. [Available online at http://www.ncbi.nlm.nih.gov/pmc/articles/PMC3262001/]

Patz, J. A., M. A. McGeehin, S. M. Bernard, K. L. Ebi, P. R. Epstein, A. Grambsch, D. J. Gubler, P. Reither, I. Romieu, J. B. Rose, J. M. Samet, and J. Trtanj, 2000: The potential health impacts of climate variability and change for the United States: Executive summary of the report of the health sector of the U.S. National Assessment. *Environmental Health Perspectives*, **108,** 367-376. [Available online at http://www.ncbi.nlm.nih.gov/pmc/articles/PMC1638004/pdf/envhper00305-0123.pdf]

Wright, L., P. Chinowsky, K. Strzepek, R. Jones, R. Streeter, J. B. Smith, J.-M. Mayotte, A. Powell, L. Jantarasami, and W. Perkins, 2012: Estimated effects of climate change on flood vulnerability of US bridges. *Mitigation and Adaptation Strategies for Global Change*, **17,** 939-955, doi:10.1007/s11027-011-9354-2.

138. Huang, L.-Y., Y.-C. Wang, C.-M. Liu, T.-N. Wu, C.-H. Chou, F.-C. Sung, and C.-C. Wu, 2011: Water outage increases the risk of gastroenteritis and eyes and skin diseases. *BMC Public Health*, **11,** 726, doi:10.1186/1471-2458-11-726. [Available online at http://www.biomedcentral.com/content/pdf/1471-2458-11-726.pdf]

139. Curriero, F. C., J. A. Patz, J. B. Rose, and S. Lele, 2001: The association between extreme precipitation and waterborne disease outbreaks in the United States, 1948–1994. *American Journal of Public Health*, **91,** 1194-1199, doi:10.2105/AJPH.91.8.1194.

140. Ziska, L. H., P. R. Epstein, and C. A. Rogers, 2008: Climate change, aerobiology, and public health in the Northeast United States. *Mitigation and Adaptation Strategies for Global Change*, **13,** 607-613, doi:10.1007/s11027-007-9134-1.

141. Brekke, L. D., K. White, J. R. Olsen, E. Townsley, D. Williams, F. Hanbali, C. Hennig, C. Brown, D. Raff, and R. Wittier, 2011: Addressing Climate Change in Long-Term Water Resources Planning and Management: User Needs for Improving Tools and Information1437945015. U.S. Army Corps of Engineers, U.S. Department of the Interior, Washington, D.C. [Available online at http://www.usbr.gov/climate/userneeds]

142. Kundzewicz, Z. W., S. Budhakooncharoen, A. Bronstert, H. Hoff, D. Lettenmaier, L. Menzel, and R. Schulze, 2002: Coping with variability and change: Floods and droughts. *Natural Resources Forum*, **26,** 263-274, doi:10.1111/1477-8947.00029. [Available online at http://onlinelibrary.wiley.com/doi/10.1111/1477-8947.00029/pdf]

143. City of New York, 2012: PlaNYC Progress Report 2012. A Greener, Greater New York, 48 pp., New York. [Available online at http://nytelecom.vo.llnwd.net/o15/agencies/planyc2030/pdf/PlaNYC_Progress_Report_2012_Web.pdf]

Kirshen, P., M. Ruth, and W. Anderson, 2008: Interdependencies of urban climate change impacts and adaptation strategies: A case study of Metropolitan Boston USA. *Climatic Change*, **86,** 105-122, doi:10.1007/s10584-007-9252-5.

144. FEMA, 1994: A Unified National Program for Floodplain Management. FEMA 248, 47 pp., The Federal Emergency Management Agency, Interagency Task Force on Floodplain Management, Washington, D.C. [Available online at http://www.fema.gov/media-library-data/20130726-1733-25045-0814/unp_floodplain_mgmt_1994.pdf]

145. Wobus, C., M. Lawson, R. Jones, J. Smith, and J. Martinich, 2013: Estimating monetary damages from flooding in the United States under a changing climate. *Journal of Flood Risk Management*, **in press**, doi:10.1111/jfr3.12043. [Available online at http://onlinelibrary.wiley.com/doi/10.1111/jfr3.12043/pdf]

146. Villarini, G., J. A. Smith, M. L. Baeck, and W. F. Krajewski, 2011: Examining flood frequency distributions in the Midwest U.S. *JAWRA Journal of the American Water Resources Association*, **47,** 447-463, doi:10.1111/j.1752-1688.2011.00540.x. [Available online at http://onlinelibrary.wiley.com/doi/10.1111/j.1752-1688.2011.00540.x/pdf]

147. Yang, Y. J., 2010: Redefine water infrastructure adaptation to a nonstationary climate. *Journal of Water Resources Planning and Management*, **136,** 297-298, doi:10.1061/(ASCE)WR.1943-5452.0000068.

148. NRC, 2011: *A Review of the Use of Science and Adaptive Management in California's Draft Bay Delta Conservation Plan.* National Research Council. The National Academies Press, 100 pp. [Available online at http://www.nap.edu/catalog.php?record_id=13148]

——, 2012: *Sustainable Water and Environmental Management in the California Bay-Delta.* National Research Council. The National Academies Press, 280 pp. [Available online at http://www.nap.edu/catalog.php?record_id=13394]

149. HRC-GWRI, 2007: Integrated Forecast and Reservoir Management (INFORM) for Northern California: System Development and Initial Demonstration. CEC-500-2006-109, 263 pp., Hydrologic Research Center and Georgia Water Resources Institute. [Available online at http://www.energy.ca.gov/pier/project_reports/CEC-500-2006-109.html]

Vicuna, S., J. A. Dracup, J. R. Lund, L. L. Dale, and E. P. Maurer, 2010: Basin-scale water system operations with uncertain future climate conditions: Methodology and case studies. *Water Resources Research,* **46,** W04505, doi:10.1029/2009WR007838.

150. Georgakakos, A. P., H. Yao, M. Kistenmacher, K. P. Georgakakos, N. E. Graham, F. Y. Cheng, C. Spencer, and E. Shamir, 2012: Value of adaptive water resources management in Northern California under climatic variability and change: Reservoir management. *Journal of Hydrology,* **412–413,** 34-46, doi:10.1016/j.jhydrol.2011.04.038.

151. Barnett, T. P., and D. W. Pierce, 2009: Sustainable water deliveries from the Colorado River in a changing climate. *Proceedings of the National Academy of Sciences,* **106,** 7334-7338, doi:10.1073/pnas.0812762106. [Available online at http://www.pnas.org/content/106/18/7334.full.pdf+html]

152. Georgakakos, A. P., F. Zhang, and H. Yao, 2010: Climate Variability and Change Assessment for the ACF River Basin, Southeast US. Georgia Water Resources Institute (GWRI) Technical Report sponsored by NOAA, USGS, and Georgia EPD, 321 pp., Georgia Institute of Technology, Atlanta, GA.

153. Payne, J. T., A. W. Wood, A. F. Hamlet, R. N. Palmer, and D. P. Lettenmaier, 2004: Mitigating the effects of climate change on the water resources of the Columbia River Basin. *Climatic Change,* **62,** 233-256, doi:10.1023/B:CLIM.0000013694.18154.d6. [Available online at http://link.springer.com/content/pdf/10.1023%2FB%3ACLIM.0000013694.18154.d6]

Vano, J. A., M. J. Scott, N. Voisin, C. O. Stöckle, A. F. Hamlet, K. E. B. Mickelson, M. M. G. Elsner, and D. P. Lettenmaier, 2010: Climate change impacts on water management and irrigated agriculture in the Yakima River Basin, Washington, USA. *Climatic Change,* **102,** 287-317, doi:10.1007/s10584-010-9856-z.

Vano, J. A., N. Voisin, L. Cuo, A. F. Hamlet, M. M. G. Elsner, R. N. Palmer, A. Polebitski, and D. P. Lettenmaier, 2010: Climate change impacts on water management in the Puget Sound region, Washington State, USA. *Climatic Change,* **102,** 261-286, doi:10.1007/s10584-010-9846-1.

154. Brikowski, T. H., 2008: Doomed reservoirs in Kansas, USA? Climate change and groundwater mining on the Great Plains lead to unsustainable surface water storage. *Journal of Hydrology,* **354,** 90-101, doi:10.1016/j.jhydrol.2008.02.020.

155. IUGLSB, 2012: Lake Superior Regulation: Addressing Uncertainty in Upper Great Lakes Water Levels. Final Report to the International Joint Commission. March 2012, 236 pp., International Upper Great Lakes Study Board, Ottawa, ON [Available online at http://www.ijc.org/iuglsreport/wp-content/report-pdfs/Lake_Superior_Regulation_Full_Report.pdf]

156. Means, E., III, M. Laugier, J. Daw, L. Kaatz, and M. Waage, 2010: Decision Support Planning Methods: Incorporating Climate Change Uncertainties Into Water Planning. Water Utility Climate Alliance White Paper, 113 pp., Water Utility Alliance, San Francisco, CA. [Available online at http://www.wucaonline.org/assets/pdf/pubs_whitepaper_012110.pdf]

157. NRC, 2011: *America's Climate Choices.* National Research Council. The National Academies Press, 144 pp. [Available online at http://www.nap.edu/catalog.php?record_id=12781]

158. ——, 2011: *Global Change and Extreme Hydrology: Testing Conventional Wisdom.* National Research Council, Committee on Hydrologic Science. The National Academies Press, 60 pp. [Available online at http://www.nap.edu/catalog.php?record_id=13211]

159. ——, 2009: *Summary of a Workshop on Water Issues in the Apalachicola-Chattahoochee-Flint and Alabama-Coosa-Tallapoosa (ACF-ACT) River Basins.* National Research Council. The National Academies Press. [Available online at http://www.nap.edu/catalog.php?record_id=12693]

160. ACFS, cited 2013: A Grass-roots Stakeholder Organization for the ACF River Basin. Apalachicola-Chattahoochee-Flint Basin Stakeholders. [Available online at http://acfstakeholders.org/about-acfs/missiongoals]

161. ICATF, 2010: Progress Report of the Interagency Climate Change Adaptation Task Force: Recommended Actions in Support of a National Climate Change Adaptation Strategy, 72 pp., The White House Council on Environmental Quality, Washington, D.C. [Available online at http://www.whitehouse.gov/sites/default/files/microsites/ceq/Interagency-Climate-Change-Adaptation-Progress-Report.pdf]

162. Nilsen, V., J. A. Lier, J. T. Bjerkholt, and O. G. Lindholm, 2011: Analysing urban floods and combined sewer overflows in a changing climate. *Journal of Water and Climate Change*, **2**, 260-271, doi:10.2166/wcc.2011.042.

163. Means, E. G., III, M. C. Laugier, J. A. Daw, and D. M. Owen, 2010: Impacts of climate change on infrastructure planning and design: Past practices and future needs. *Journal of the American Water Works Association*, **102**, 56-65.

164. UNISDR, 2011: *Global Assessment Report on Disaster Risk Reduction 2011: Revealing Risk, Redefining Development*. UNISDR, The United Nations Office for Disaster Risk Reduction. [Available online at http://www.preventionweb.net/english/hyogo/gar/2011/en/home/download.html]

165. Brown, C., 2010: The end of reliability. *Journal of Water Resources Planning and Management*, **136**, 143-145, doi:10.1061/(ASCE)WR.1943-5452.65.

166. Solecki, W., and C. Rosenzweig, Eds., 2012: U.S. Cities and Climate Change: Urban, Infrastructure, and Vulnerability Issues, Technical Input Report Series, U.S. National Climate Assessment. [Available online at http://data.globalchange.gov/report/usgcrp-cities-2012]

167. Wilby, R. L., and R. Keenan, 2012: Adapting to flood risk under climate change. *Progress in Physical Geography*, **36**, 348-378, doi:10.1177/0309133312438908.

168. Garrison, N., and K. Hobbs, 2011: Rooftops to Rivers II: Green Strategies for Controlling Stormwater and Combined Sewer Overflows, 134 pp., Natural Resources Defense Council. [Available online at http://www.nrdc.org/water/pollution/rooftopsii/files/rooftopstoriversII.pdf]

169. Liverman, D., S. Moser, P. Weiland, L. Dilling, M. Boykoff, H. E. Brown, D. E. Busch, E. Gordon, C. Greene, E. Holthaus, D. Niemeier, S. Pincetl, W. J. Steenburgh, and V. Tidwell, 2012: Ch. 18: Climate choices for a sustainable Southwest. *Assessment of Climate Change in the Southwest United States: a Technical Report Prepared for the U.S. National Climate Assessment. A report by the Southwest Climate Alliance*, G. Garfin, A. Jardine, R. Merideth, M. Black, and J. Overpeck, Eds., Southwest Climate Alliance, 684-734.

170. Lackstrom, K., K. Dow, B. Haywood, A. Brennan, N. Kettle, and A. Brosius, 2012: Engaging Climate-Sensitive Sectors in the Carolinas. Technical Report: CISA-2012-03: Carolinas Integrated Sciences and Assessments, 180 pp., Carolinas Integrated Sciences and Assessments (CISA), University of South Carolina, Columbia, SC. [Available online at http://www.cisa.sc.edu/Pubs_Presentations_Posters/Reports/2012_Lackstrom%20et%20al_Engaging%20Climate-Sensitive%20Sectors%20in%20the%20Carolinas.pdf]

171. Craig, R. K., 2010: 'Stationarity is dead'-long live transformation: Five principles for climate change adaptation law. *Harvard Environmental Law Review*, **34**, 9-75. [Available online at http://ssrn.com/abstract=1357766]

172. Brickey, C., C. Engel, K. Jacobs, D. F. Luecke, J. Matter, M. L. Miller, J. Overpeck, and B. Udall, 2010: How to take climate change into account: A guidance document for judges adjudicating water disputes. *Environmental Law Reporter*, **40**, Bradley -11228.

173. Berry, L., F. Bloetscher, N. Hernández Hammer, M. Koch-Rose, D. Mitsova-Boneva, J. Restrepo, T. Root, and R. Teegavarapu, 2011: Florida Water Management and Adaptation in the Face of Climate Change, 68 pp., Florida Climate Change Task Force. [Available online at http://floridaclimate.org/docs/water_managment.pdf]

174. Adelsman, H., and J. Ekrem, 2012: Ch. 7: Water resources. *Preparing for a Changing Climate: Washington State's Integrated Climate Response Strategy*, L. Geller, Ed., State of Washington, Department of Ecology, 99-120. [Available online at https://fortress.wa.gov/ecy/publications/publications/1201004i.pdf]

NOAA, 2011: Western Governors/NOAA MOU, 3 pp., National Oceanic and Atmospheric Administration, Silver Spring, MD. [Available online at http://www.noaanews.noaa.gov/stories2011/pdfs/WGA_NOAA_MOU_6.30.11.pdf]

Oregon Department of Land Conservation and Development, 2010: The Oregon Climate Change Adaptation Framework. Salem, OR. [Available online at http://www.oregon.gov/ENERGY/GBLWRM/docs/Framework_Final_DLCD.pdf]

Swinomish Indian Tribal Community, 2010: Swinomish Climate Change Initiative Climate Adaptation Action Plan 144 pp., Swinomish Indian Tribal Community Office of Planning and Community Development, La Conner, WA. [Available online at http://ww.swinomish.org/climate_change/Docs/SITC_CC_AdaptationActionPlan_complete.pdf]

175. EPA, 2010: Climate Change Vulnerability Assessments: A Review of Water Utility Practices. EPA 800-R-10-001, 32 pp., U.S. Environmental Protection Agency, Washington, D.C. [Available online at http://water.epa.gov/scitech/climatechange/upload/Climate-Change-Vulnerability-Assessments-Sept-2010.pdf]

176. Barsugli, J., C. Anderson, J. B. Smith, and J. M. Vogel, 2009: Options for Improving Climate Modeling to Assist Water Utility Planning for Climate Change, 146 pp., Water Utility Climate Alliance, San Francisco, CA. [Available online at http://www.wucaonline.org/assets/pdf/pubs_whitepaper_120909.pdf]

Carpenter, A., 2011: Selected Climate-Change Related Water Sector References, Technical Input 2011-0057 to the National Climate Assessment, 2012.

177. Karl, T. R., J. T. Melillo, and T. C. Peterson, Eds., 2009: *Global Climate Change Impacts in the United States*. Cambridge University Press, 189 pp. [Available online at http://downloads.globalchange. gov/usimpacts/pdfs/climate-impacts-report.pdf]

# 3: WATER RESOURCES

## SUPPLEMENTAL MATERIAL
### TRACEABLE ACCOUNTS

*Process for Developing Key Messages:*

The chapter author team engaged in multiple technical discussions via teleconferences from March – June 2012. These discussions followed a thorough review of the literature, which included an inter-agency prepared foundational document,[1] over 500 technical inputs provided by the public, as well as other published literature. The author team met in Seattle, Washington, in May 2012 for expert deliberation of draft key messages by the authors wherein each message was defended before the entire author team before this key message was selected for inclusion in the Chapter. These discussions were supported by targeted consultation with additional experts by the lead author of each message, and they were based on criteria that help define "key vulnerabilities." Key messages were further refined following input from the NCADAC report integration team and authors of Ch. 2: Our Changing Climate.

## Key message #1 Traceable Account

Annual precipitation and river-flow increases are observed now in the Midwest and the Northeast regions. Very heavy precipitation events have increased nationally and are projected to increase in all regions. The length of dry spells is projected to increase in most areas, especially the southern and northwestern portions of the contiguous United States.

*Description of evidence base*

The key message and supporting chapter text summarizes extensive evidence documented in the inter-agency prepared foundational document,[1] Ch. 2: Our Changing Climate, Ch. 20: Southwest, other technical input reports,[2] and over 500 technical inputs on a wide range of topics that were received as part of the Federal Register Notice solicitation for public input.

Numerous peer-reviewed publications describe precipitation trends (Ch. 2: Our Changing Climate)[4,7,8,34] and river-flow trends.[13,41] As discussed in Chapter 2, the majority of projections available from climate models (for example, Orlowsky and Seneviratne 2012;[3] Kharin et al. 2013[5]) indicate small projected changes in total average annual precipitation in many areas, while heavy precipitation[6] and the length of dry spells are projected to increase across the entire country. Projected precipitation responses (such as changing extremes) to increasing greenhouse gases are robust in a wide variety of models and depictions of climate.

The broad observed trends of precipitation and river-flow increases have been identified by many long-term National Weather Service (NWS)/National Climatic Data Center (NCDC) weather monitoring networks, USGS streamflow monitoring networks, and analyses of records therefrom (Ch. 2: Our Changing Climate;[34,36,37]). Ensembles of climate models[3,42] (see also Ch. 2: Our Changing Climate, Ch. 20: Southwest) are the basis for the reported projections.

*New information and remaining uncertainties*

Important new evidence (cited above) confirmed many of the findings from the 2009 National Climate Assessment.[177]

**Observed trends:** Precipitation trends are generally embedded amidst large year-to-year natural variations and thus trends may be difficult to detect, may differ from site to site, and may be reflections of multi-decadal variations rather than external (human) forcings. Consequently, careful analyses of longest-term records from many stations across the country and addressing multiple potential explanations are required and are cornerstones of the evidentiary studies described above.

Efforts are underway to continually improve the stability, placement, and numbers of weather observations needed to document trends; scientists also regularly search for other previously unanalyzed data sources for use in testing these findings.

**Projected trends:** The complexity of physical processes that result in precipitation and runoff reduces abilities to represent or predict them as accurately as would be desired and with the spatial and temporal resolution required for many applications; however, as noted, the trends at the scale depicted in this message are very robust among a wide variety of climate models and projections, which lends confidence that the projections are appropriate lessons from current climate (and streamflow) models. Nonetheless, other influences not included in the climate change projections might influence future patterns of precipitation and runoff, including changes in land cover, water use (by humans and vegetation), and streamflow management.

Climate models used to make projections of future trends are continually increasing in number, resolution, and in the number of additional external and internal influences that might be confounding current projections. For example, much more of all three of these

directions for improvement are already evident in projection archives for the next IPCC assessment.

*Assessment of confidence based on evidence*

Observed trends have been demonstrated by a broad range of methods over the past 20+ years based on best available data; projected precipitation and river-flow responses to greenhouse gas increases are robust across large majorities of available climate (and hydrologic) models from scientific teams around the world.

Confidence is therefore judged to be **high** that annual precipitation and river-flow increases are observed now in the Midwest and the Northeast regions.

Confidence is **high** that very heavy precipitation events have increased nationally and are projected to increase in all regions.

Confidence is **high** that the length of dry spells is projected to increase in most areas, especially the southern and northwestern portions of the contiguous United States.

## Confidence Level

| Very High |
|---|
| Strong evidence (established theory, multiple sources, consistent results, well documented and accepted methods, etc.), high consensus |

| High |
|---|
| Moderate evidence (several sources, some consistency, methods vary and/or documentation limited, etc.), medium consensus |

| Medium |
|---|
| Suggestive evidence (a few sources, limited consistency, models incomplete, methods emerging, etc.), competing schools of thought |

| Low |
|---|
| Inconclusive evidence (limited sources, extrapolations, inconsistent findings, poor documentation and/or methods not tested, etc.), disagreement or lack of opinions among experts |

## Key message #2 Traceable Account

**Short-term (seasonal or shorter) droughts are expected to intensify in most U.S. regions. Longer-term droughts are expected to intensify in large areas of the Southwest, southern Great Plains, and Southeast.**

*Description of evidence base*

The key message and supporting chapter text summarizes extensive evidence documented in the inter-agency prepared foundational document,[1] Ch. 16: Northeast, Ch 17: Southeast, Ch. 2: Our Changing Climate, Ch. 18: Midwest, Ch. 19: Great Plains, Ch. 20: Southwest, Ch. 21: Northwest, Ch. 23: Hawai'i and Pacific Islands, and over 500 technical inputs on a wide range of topics that were received as part of the Federal Register Notice solicitation for public input.

Projected drought trends derive directly from climate models in some studies (for example, Hoerling et al. 2012;[8] Wehner et al. 2011;[30] Gao et al. 2012;[32] Gao et al. 2011;[33]), from hydrologic models responding to projected climate trends in others (for example, Georgakakos and Zhang 2011;[38] Cayan et al. 2010;[48]), from considerations of the interactions between precipitation deficits and either warmer or cooler temperatures in historical (observed) droughts,[48] and from combinations of these approaches (for example, Trenberth et al. 2004[49]) in still other studies.

*New information and remaining uncertainties*

Important new evidence (cited above) confirmed many of the findings from the 2009 National Climate Assessment.[177]

Warmer temperatures are robustly projected by essentially all climate models, with what are generally expected to be directly attendant increases in the potentials for greater evapotranspiration, or ET (although it is possible that current estimates of future ET are overly influenced by temperatures at the expense of other climate variables, like wind speed, humidity, net surface radiation, and soil moisture that might change in ways that could partly ameliorate rising ET demands). As a consequence, there is a widespread expectation that more water from precipitation will be evaporated or transpired in the warmer future, so that except in regions where precipitation increases more than ET increases, less overall water will remain on the landscape and droughts will intensify and become more common. Another widespread expectation is that precipitation variability will increase, which may result in larger swings in moisture availability, with swings towards the deficit side resulting in increased frequencies and intensities of drought conditions on seasonal time scales to times scales of multiple decades. An important remaining uncertainty, discussed in the supporting text for Key Message #1, is the extent to which the types of models used to project future droughts may be influencing results with a notable recent tendency for studies with more complete, more resolved land-surface models, as well as climate models, to yield more moderate projected changes.

Other uncertainties derive from the possibility that changes in other variables or influences of $CO_2$-fertilization and/or land cover change may also partly ameliorate drought intensification. Furthermore in many parts of the country, El Niño-Southern Oscillation (and other oceanic) influences on droughts and floods are large, and can over-whelm climate change effects during the next few decades. At present, however, the future of these oceanic climate influences remains uncertain.

**Assessment of confidence based on evidence**
Given the evidence base and remaining uncertainties:

Confidence is judged to be **medium-high** that short-term (seasonal or shorter) droughts are expected to intensify in most U.S. regions. Confidence is **high** that longer-term droughts are expected to intensify in large areas of the Southwest, southern Great Plains, and Southeast.

### KEY MESSAGE #3 TRACEABLE ACCOUNT
**Flooding may intensify in many U.S. regions, even in areas where total precipitation is projected to decline.**

**Description of evidence base**
The key message and supporting chapter text summarizes extensive evidence documented in the inter-agency prepared foundational document,[1] Ch. 16: Northeast, Ch. 17: Southeast, Ch. 2: Our Changing Climate, Ch. 18: Midwest, Ch. 19: Great Plains, Ch. 20: Southwest, Ch. 21: Northwest, Ch. 23: Hawai'i and Pacific Islands, and over 500 technical inputs on a wide range of topics that were received as part of the Federal Register Notice solicitation for public input.

The principal observational bases for the key message are careful national-scale flood-trend analyses[58] based on annual peak-flow records from a selection of 200 USGS streamflow gaging stations measuring flows from catchments that are minimally influenced by upstream water uses, diversions, impoundments, or land-use changes with more than 85 years of records, and analyses of two other subsets of USGS gages with long records (including gages both impacted by human activities and less so), including one analysis of 50 gages nationwide[56] and a second analysis of 572 gages in the eastern United States.[57] There is some correspondence among regions with significant changes in annual precipitation (Ch. 2: Our Changing Climate) and soil moisture (Figures 3.2 and 3.3), and annual flood magnitudes (Figure 3.5).[58]

Projections of future flood-frequency changes result from detailed hydrologic models (for example, Das et al. 2012;[60] Raff et al. 2009;[133] Walker et al. 2011[135]) of rivers that simulate responses to projected precipitation and temperature changes from climate models; such simulations have only recently begun to emerge in the peer-reviewed literature.

**New information and remaining uncertainties**
Important new evidence (cited above) confirmed many of the findings from the 2009 National Climate Assessment.[177]

Large uncertainties remain in efforts to detect flood-statistic changes attributable to climate change, because a wide range of local factors (such as dams, land-use changes, river channelization) also affect flood regimes and can mask, or proxy for, climate change induced alterations. Furthermore, it is especially difficult to detect any kinds of trends in what are, by definition, rare and extreme events. Finally, the response of floods to climate changes are expected to be fairly idiosyncratic from basin to basin, because of the strong influences of within-storm variations and local, basin-scale topographic, soil and vegetation, and river network characteristics that influence the size and extent of flooding associated with any given storm or season.[54,55,56,57]

Large uncertainties still exist as to how well climate models can represent and project future extremes of precipitation. This has – until recently – limited attempts to make specific projections of future flood frequencies by using climate model outputs directly or as direct inputs to hydrologic models. However, precipitation extremes are expected to intensify as the atmosphere warms, and many floods result from larger portions of catchment areas receiving rain as snowlines recede upward. As rain runs off more quickly than snowfall this results in increased flood potential; furthermore, occasional rain-on-snow events exacerbates this effect. This trend is broadly expected to increase in frequency under general warming trends, particularly in mountainous catchments.[62] Rising sea levels and projected increase in hurricane-associated storm intensity and rainfall rates provide first-principles bases for expecting intensified flood regimes in coastal settings (see Ch. 2: Our Changing Climate).

**Assessment of confidence based on evidence**
Future changes in flood frequencies and intensities will depend on a complex combination of local to regional climatic influences, and the details of complex surface-hydrologic conditions in each catchment (for example, topography, land cover, and upstream management). Consequently, flood frequency changes may be neither simple nor regionally homogeneous, and basin by basin projections may need to be developed. Early results now appearing in the literature have most often projected intensifications of flood regimes, in large part as responses to projections of more intense storms and increasingly rainy (rather than snowy) storms in previously snow-dominated settings. Confidence in current estimates of future changes in flood frequencies and intensities is overall judged to be **low**.

### KEY MESSAGE #4 TRACEABLE ACCOUNT
**Climate change is expected to affect water demand, groundwater withdrawals, and aquifer recharge, reducing groundwater availability in some areas.**

### Description of evidence base

The key message and supporting chapter text summarizes extensive evidence documented in the inter-agency prepared foundational document,[1] regional chapters of the NCA, and over 500 technical inputs on a wide range of topics that were received as part of the Federal Register Notice solicitation for public input.

Several recent studies[65,66,67,68,71,72] have evaluated the potential impacts of changes in groundwater use and recharge under scenarios including climate change, and generally they have illustrated the common-sense conclusion that changes in pumpage can have immediate and significant effects in the nation's aquifers. This has certainly been the historical experience in most aquifers that have seen significant development; pumpage variations usually tend to yield more immediate and often larger changes on many aquifers than do historical climate variations on time scales from years to decades. Meanwhile, for aquifers in the Southwest, there is a growing literature of geochemical studies that fingerprint various properties of groundwater and that are demonstrating that most western groundwater derives preferentially from snowmelt, rather than rainfall or other sources.[50,51,66,74] This finding suggests that much western recharge may be at risk of changes and disruptions from projected losses of snowpack, but as yet provides relatively little indication whether the net effects will be recharge declines, increases, or simply spatial redistribution.

### New information and remaining uncertainties

The precise responses of groundwater storage and flow to climate change are not well understood, but recent and ongoing studies provide insights on underlying mechanisms.[65,66,67] The observations and modeling evidence to make projections of future responses of groundwater recharge and discharge to climate change are thus far very limited, primarily because of limitations in data availability and in the models themselves. New forms and networks of observations and new modeling approaches and tools are needed to provide projections of the likely influences of climate changes on groundwater recharge and discharge. Despite the uncertainties about the specifics of climate change impacts on groundwater, impacts of reduced groundwater supply and quality would likely be detrimental to the nation.

### Assessment of confidence based on evidence

Given the evidence base and remaining uncertainties, confidence is judged to be **high** that climate change is expected to affect water demand, groundwater withdrawals, and aquifer recharge, reducing groundwater availability in some areas.

### Key message #5 Traceable Account

**Sea level rise, storms and storm surges, and changes in surface and groundwater use patterns are expected to compromise the sustainability of coastal freshwater aquifers and wetlands.**

### Description of evidence base

This message has a strong theoretical and observational basis, including considerable historical experience with seawater intrusion into many of the nation's coastal aquifers and wetlands under the influence of heavy pumpage, some experience with the influences of droughts and storms on seawater intrusion, and experience with seepage of seawater into shallow coastal aquifers under storm and storm surge conditions that lead to coastal inundations with seawater. The likely influences of sea level rise on seawater intrusion into coastal (and island) aquifers and wetlands are somewhat less certain, as discussed below, although it is projected that sea level rise may increase opportunities for saltwater intrusion (see Ch. 25: Coasts).

### New information and remaining uncertainties

There are few published studies describing the kinds of groundwater quality and flow modeling that are necessary to assess the real-world potentials for sea level rise to affect seawater intrusion.[78] Studies in the literature and historical experience demonstrate the detrimental impacts of alterations to the water budgets of the freshwater lenses in coastal aquifers and wetlands around the world (most often by groundwater development), but few evaluate the impacts of sea level rise alone. More studies with real-world aquifer geometries and development regimes are needed to reduce the current uncertainty of the potential interactions of sea level rise and seawater intrusion.

### Assessment of confidence based on evidence

Confidence is **high** that sea level rise, storms and storm surges, and changes in surface and groundwater use patterns are expected to compromise the sustainability of coastal freshwater aquifers and wetlands.

### Key message #6 Traceable Account

**Increasing air and water temperatures, more intense precipitation and runoff, and intensifying droughts can decrease river and lake water quality in many ways, including increases in sediment, nitrogen, and other pollutant loads.**

### Description of evidence base

The key message and supporting chapter text summarizes extensive evidence documented in the inter-agency prepared foundational document,[1] Ch. 8: Ecosystems, Ch. 15: Biogeochemical Cycles, and over 500 technical inputs on a wide range of topics that were reviewed as part of the Federal Register Notice solicitation for public input.

Thermal stratification of deep lakes and reservoirs has been observed to increase with increased air and water temperatures,[1,81,82] and may be eliminated in shallow lakes. Increased stratification reduces mixing, resulting in reduced oxygen in bottom waters. Deeper set-up of vertical thermal stratification in lakes and reservoirs may reduce or eliminate a bottom cold water zone; this, coupled with lower oxygen concentration, results in a degraded aquatic ecosystem.

Major precipitation events and resultant water flows increase watershed pollutant scour and thus increase pollutant loads.[84] Fluxes of mineral weathering products (for example, calcium, magnesium,

sodium, and silicon) have also been shown to increase in response to higher discharge.[86] In the Mississippi drainage basin, increased precipitation has resulted in increased nitrogen loads contributing to hypoxia in the Gulf of Mexico.[85] Models predict and observations confirm that continued warming will have increasingly negative effects on lake water quality and ecosystem health.[81]

Future re-mobilization of sediment stored in large river basins will be influenced by changes in flood frequencies and magnitudes, as well as on vegetation changes in the context of climate and other anthropogenic factors.[87] Model projections suggest that changes in sediment delivery will vary regionally and by land-use type, but on average could increase by 25% to 55%.[88]

### New information and remaining uncertainties

It is unclear whether increasing floods and droughts cancel each other out with respect to long-term pollutant loads.

It is also uncertain whether the absolute temperature differential with depth will remain constant, even with overall lake and reservoir water temperature increases. Further, it is uncertain if greater mixing with depth will eliminate thermal stratification in shallow, previously stratified lakes. Although recent studies of Lake Tahoe provide an example of longer stratification seasons,[83] lakes in other settings and with other geometries may not exhibit the same response.

Many factors influence stream water temperature, including air temperature, forest canopy cover, and ratio of baseflow to streamflow.

### Assessment of confidence based on evidence

Given the evidence base, confidence is **medium** that increasing air and water temperatures, more intense precipitation and runoff, and intensifying droughts can decrease river and lake water quality in many ways, including increases in sediment, nitrogen, and pollutant loads.

### KEY MESSAGE #7 TRACEABLE ACCOUNT

**Climate change affects water demand and the ways water is used within and across regions and economic sectors. The Southwest, Great Plains, and Southeast are particularly vulnerable to changes in water supply and demand.**

### Description of evidence base

The key message and supporting chapter text summarizes extensive evidence documented in the inter-agency prepared foundational document,[1] Ch. 2: Our Changing Climate, Ch. 17: Southeast, Ch. 19: Great Plains, Ch. 20: Southwest, Ch. 23: Hawaiʻi and Pacific Islands, and many technical inputs on a wide range of topics that were received and reviewed as part of the Federal Register Notice solicitation for public input.

**Observed Trends:** Historical water withdrawals by sector (for example, municipal, industrial, agricultural, and thermoelectric) have

been monitored and documented by USGS for over 40 years and represent a credible database to assess water-use trends, efficiencies, and underlying drivers. Water-use drivers principally include population, personal income, electricity consumption, irrigated area, mean annual temperature, growing season precipitation, and growing season potential evapotranspiration.[99] Water-use efficiencies are also affected by many non-climate factors, including demand management, plumbing codes, water efficient appliances, efficiency improvement programs, and pricing strategies;[100] changes from water intensive manufacturing and other heavy industrial activities to service-oriented businesses,[101] and enhanced water-use efficiencies in response to environmental pollution legislation; replacement of older once-through-cooling electric power plants by plants that recycle their cooling water; and switching from flood irrigation to more efficient methods in the western United States.[102]

**Projected Trends and Consequences:** Future projections have been carried out with and without climate change to first assess the water demand impacts of projected population and socioeconomic increases, and subsequently combine them with climate change induced impacts. The main findings are that in the absence of climate change total water withdrawals in the U.S. will increase by 3% in the coming 50 years,[99] with approximately half of the U.S. experiencing a total water demand decrease and half an increase. If, however, climate change projections are also factored in, the demand for total water withdrawals is projected to rise by an average of 26%,[99] with more than 90% of the U.S. projected to experience a total demand increase, and decreases projected only in parts of the Midwest, Northeast, and Southeast. When coupled with the observed and projected drying water cycle trends (see key messages in "Climate Change Impacts on the Water Cycle" section), the water demand impacts of projected population, socioeconomic, and climate changes intensify and compound in the Southwest and Southeast, rendering these regions particularly vulnerable in the coming decades.

### New information and remaining uncertainties

The studies of water demand in response to climate change and other stressors are very recent and constitute new information on their own merit.[99] In addition, for the first time, these studies make it possible to piece together the regional implications of climate change induced water cycle alterations in combination with projected changes in water demand. Such integrated assessments also constitute new information and knowledge building.

Demand projections include various uncertain assumptions which become increasingly important in longer term (multi-decadal) projections. Because irrigation demand is the largest water demand component most sensitive to climate change, the most important climate-related uncertainties are precipitation and potential evapotranspiration over the growing season. Non-climatic uncertainties relate to future population distribution, socioeconomic changes, and water-use efficiency improvements.

*Assessment of confidence based on evidence*

Considering that (a) droughts are projected to intensify in large areas of the Southwest, Great Plains, and the Southeast, and (b) that these same regions have experienced and are projected to experience continuing population and demand increases, confidence that these regions will become increasingly vulnerable to climate change is judged to be **high**.

KEY MESSAGE #8 TRACEABLE ACCOUNT

Changes in precipitation and runoff, combined with changes in consumption and withdrawal, have reduced surface and groundwater supplies in many areas. These trends are expected to continue, increasing the likelihood of water shortages for many uses.

*Description of evidence base*

The key message and supporting chapter text summarizes extensive evidence documented in the inter-agency prepared foundational document,[1] Ch. 2: Our Changing Climate, Ch. 17: Southeast, Ch. 19: Great Plains, Ch. 20: Southwest, Ch. 23: Hawai'i and Pacific Islands, and over 500 technical inputs on a wide range of topics that were received and reviewed as part of the Federal Register Notice solicitation for public input.

**Observed Trends:** Observations suggest that the water cycle in the Southwest, Great Plains, and Southeast has been changing toward drier conditions (Ch. 17: Southeast).[130,151,152] Furthermore, paleoclimate tree-ring reconstructions indicate that drought in previous centuries has been more intense and of longer duration than the most extreme drought of the 20th and 21st centuries.[40]

**Projected Trends and Consequences:** Global Climate Model (GCM) projections indicate that this trend is likely to persist, with runoff reductions (in the range of 10% to 20% over the next 50 years) and intensifying droughts.[48]

The drying water cycle is expected to affect all human and ecological water uses, especially in the Southwest. Decreasing precipitation, rising temperatures, and drying soils are projected to increase irrigation and outdoor watering demand (which account for nearly 90% of consumptive water use) by as much as 34% by 2060 under the A2 emissions scenario.[99] Decreasing runoff and groundwater recharge are expected to reduce surface and groundwater supplies,[66] increasing the annual risk of water shortages from 25% to 50% by 2060.[130] Changes in streamflow timing will increase the mismatch of supply and demand. Earlier and declining streamflow and rising demands will make it more difficult to manage reservoirs, aquifers, and other water infrastructure.[130]

Such impacts and consequences have been identified for several southwestern and western river basins including the Colorado,[38] Rio Grande,[126] and Sacramento-San Joaquin.[127,128,129]

*New information and remaining uncertainties*

The drying climate trend observed in the Southwest and Southeast in the last decades is consistent across all water cycle variables (precipitation, temperature, snow cover, runoff, streamflow, reservoir levels, and soil moisture) and is not debatable. The debate is over whether this trend is part of a multi-decadal climate cycle and whether it will reverse direction at some future time. However, the rate of change and the comparative GCM assessment results with and without historical $CO_2$ forcing (Ch. 2: Our Changing Climate) support the view that the observed trends are due to both factors acting concurrently.

GCMs continue to be uncertain with respect to precipitation, but they are very consistent with respect to temperature. Runoff, streamflow, and soil moisture depend on both variables and are thus less susceptible to GCM precipitation uncertainty. The observed trends and the general GCM agreement that the southern states will continue to experience streamflow and soil moisture reductions[34,41] provides confidence that these projections are robust.

*Assessment of confidence based on evidence*

Given the evidence base and remaining uncertainties, confidence is **high** that changes in precipitation and runoff, combined with changes in consumption and withdrawal, have reduced surface and groundwater supplies in many areas. Confidence is **high** that these trends are expected to continue, increasing the likelihood of water shortages for many uses.

KEY MESSAGE #9 TRACEABLE ACCOUNT

Increasing flooding risk affects human safety and health, property, infrastructure, economies, and ecology in many basins across the U.S.

*Description of evidence base*

The key message and supporting chapter text summarizes extensive evidence documented in the inter-agency prepared foundational document,[1] Ch. 2: Our Changing Climate, Ch. 21: Northwest, Ch. 19: Great Plains, Ch. 18: Midwest, Ch. 16: Northeast, and over 500 technical inputs on a wide range of topics that were received as part of the Federal Register Notice solicitation for public input.

**Observed Trends:** Very heavy precipitation events have intensified in recent decades in most U.S. regions, and this trend is projected to continue (Ch. 2: Our Changing Climate). Increasing heavy precipitation is an important contributing factor for floods, but flood magnitude changes also depend on specific watershed conditions (including soil moisture, impervious area, and other human-caused alterations). There is, however, some correspondence among regions with significant changes in annual precipitation (Ch. 2: Our Changing Climate), soil moisture (Figures 3.2 and 3.3), and annual flood magnitudes (Figure 3.5).[58]

Flooding and seawater intrusion from sea level rise and increasing storm surge threaten New York, Boston, Philadelphia, Virginia Beach, Wilmington, Charleston, Miami, Tampa, Naples, Mobile,

Houston, New Orleans, and many other coastal cities (Chapter 25: Coasts).

**Projected Trends:** Projections of future flood-frequency changes result from detailed hydrologic[60,133,135] and hydraulic models of rivers that simulate responses to projected precipitation and temperature changes from climate models.

**Consequences:** Floods already affect human health and safety and result in substantial economic, ecological, and infrastructure damages. Many cities are located along coasts and, in some of these cities (including New York, Boston, Miami, Savannah, and New Orleans), sea level rise is expected to exacerbate coastal flooding issues by backing up flood flows and impeding flood-management responses (see Ch. 16: Northeast and Ch. 25: Coasts).[136]

Projected changes in flood frequency and severity can bring new challenges in flood risk management. For urban areas in particular, flooding impacts critical infrastructure in ways that are difficult to foresee and can result in interconnected and cascading failures (for example, failure of electrical generating lines can cause pump failure, additional flooding, and failure of evacuation services). Increasing likelihood of flooding also brings with it human health risks associated with failure of critical infrastructure (Ch. 11: Urban),[137] from waterborne disease that can persist well beyond the occurrence of very heavy precipitation (Ch. 9: Human Health),[139] from water outages associated with infrastructure failures that cause decreased sanitary conditions,[138] and from ecosystem changes that can affect airborne diseases (Ch. 8: Ecosystems).[140]

*New information and remaining uncertainties*
Large uncertainties still exist as to how well climate models can represent and project future precipitation extremes. However, precipitation extremes are expected to intensify as the atmosphere warms, and many floods result from larger portions of catchment areas receiving rain as snowlines recede upward. As rain runs off more quickly than snowfall, this results in increased flood potential; furthermore occasional rain-on-snow events exacerbate this effect. This trend is broadly expected to increase in frequency under general warming trends, particularly in mountainous catchments.[62]

*Assessment of confidence based on evidence*
Future changes in flood frequencies and intensities will depend on a complex combination of local to regional climatic influences and on the details of complex surface-hydrologic conditions in each catchment (for example, topography, land cover, and upstream management). Consequently, flood frequency changes may be neither simple nor regionally homogeneous, and basin by basin projections may need to be developed. Nonetheless, early results now appearing in the literature have most often projected intensifications of flood

regimes, in large part as responses to projections of more intense storms and more rainfall runoff from previously snowbound catchments and settings.

Therefore, confidence is judged to be **medium** that increasing flooding risk affects human safety and health, property, infrastructure, economies, and ecology in many basins across the U.S.

**KEY MESSAGE #10 TRACEABLE ACCOUNT**
In most U.S. regions, water resources managers and planners will encounter new risks, vulnerabilities, and opportunities that may not be properly managed within existing practices.

*Description of evidence base*
The key message and supporting chapter text summarizes extensive evidence documented in the inter-agency prepared foundational document,[1] other chapters of the NCA, and over 500 technical inputs on a wide range of topics that were received as part of the Federal Register Notice solicitation for public input.

**Observed and Projected Trends:** Many U.S. regions are facing critical water management and planning challenges. Recent assessments illustrate water management challenges facing California,[127,128,129,149] the Southwest,[130,151] Southeast (Ch. 17: Southeast),[136,152] Northwest,[153] Great Plains,[154] and Great Lakes.[155]

The Sacramento-San Joaquin Bay Delta is already threatened by flooding, seawater intrusion, and changing needs for environmental, municipal, and agricultural water uses. Managing these risks and uses requires reassessment of a very complex system of water rights, levees, stakeholder consensus processes, reservoir system operations, and significant investments, all of which are subject to large uncertainties.[54,148] Given the projected climate changes in the Sacramento-San Joaquin Bay Delta, adherence to historical management and planning practices may not be a long-term viable option,[128,129] but the supporting science is not yet fully actionable,[42] and a flexible legal and policy framework embracing change and uncertainty is lacking.

The Apalachicola-Chattahoochee-Flint (ACF) River basin in Georgia, Alabama, and Florida supports a wide range of water uses and the regional economy, creating challenging water-sharing tradeoffs for the basin stakeholders. Climate change presents new stresses and uncertainties.[152] ACF stakeholders are working to develop a management plan that balances economic, ecological, and social values.[160]

*New information and remaining uncertainties*
Changes in climate, water demand, land use, and demography combine to challenge water management in unprecedented ways. This is happening with a very high degree of certainty in most U.S. regions. Regardless of its underlying causes, climate change poses difficult

challenges for water management because it invalidates stationarity – the perception that climate varies around a predictable mean based on the experience of the last century – and increases hydrologic variability and uncertainty. These conditions suggest that past management practices will become increasingly ineffective and that water management can benefit by the adoption of iterative, risk-based, and adaptive approaches.

*Assessment of confidence based on evidence*
The water resources literature is unanimous that water management should rely less on historical practices and responses and more on robust, risk-based, and adaptive decision approaches.

Therefore confidence is **very high** that in most U.S. regions, water resources managers and planners will face new risks, vulnerabilities, and opportunities that may not be properly managed with existing practices.

### KEY MESSAGE #11 TRACEABLE ACCOUNT

**Increasing resilience and enhancing adaptive capacity provide opportunities to strengthen water resources management and plan for climate change impacts. Many institutional, scientific, economic, and political barriers present challenges to implementing adaptive strategies.**

*Description of evidence base*
The key message and supporting chapter text summarizes extensive evidence documented in the inter-agency prepared foundational document[1] and over 500 technical inputs on a wide range of topics that were received as part of the Federal Register Notice solicitation for public input.

There are many examples of adaptive strategies for water infrastructure[106,132,164,165] as well as strategies for demand management,

land-use and watershed management, and use of "green" infrastructure.[1,106,132,166,167]

Building adaptive capacity ultimately increases the ability to develop and implement adaptation strategies and is considered a no-regrets strategy.[1,169] Building networks, partnerships, and support systems has been identified as a major asset in building adaptive capacity (Ch. 26: Decision Support; Ch. 28: Adaptation).[170]

Water utility associations have undertaken original research to better understand the implications of climate change on behalf of some of the largest municipal water utilities in the United States.[119,156,176]

Challenges include "stationarity" no longer being reliable as the central assumption in water-resource planning,[171] considerable uncertainties, insufficient actionable science ready for practical application, the challenges of stakeholder engagement, and a lack of agreement on "post-stationarity" paradigms on which to base water laws, regulations, and policies.[42] Water administrators may find it necessary to develop more flexible water rights and regulations.[132,172,173]

*New information and remaining uncertainties*
Jurisdictions at the state and local levels are addressing climate change related legal and institutional issues on an individual basis. An ongoing assessment of these efforts may show more practical applications.

*Assessment of confidence based on evidence*
Confidence is **very high** that increasing resilience and enhancing adaptive capacity provide opportunities to strengthen water resources management and plan for climate change impacts.

Confidence is **very high** that many institutional, scientific, economic, and political barriers present challenges to implementing adaptive strategies.

# Effects of Temperature and Precipitation Variability on Snowpack Trends in the Western United States*

ALAN F. HAMLET

*JISAO/SMA CSES Climate Impacts Group, and Department of Civil and Environmental Engineering, University of Washington, Seattle, Washington*

PHILIP W. MOTE

*JISAO/SMA CSES Climate Impacts Group, University of Washington, Seattle, Washington*

MARTYN P. CLARK

*Center for Science and Technology Policy Research, University of Colorado, Boulder, Colorado*

DENNIS P. LETTENMAIER

*Department of Civil and Environmental Engineering, and JISAO/SMA CSES Climate Impacts Group, University of Washington, Seattle, Washington*

(Manuscript received 4 March 2005, in final form 10 May 2005)

ABSTRACT

Recent studies have shown substantial declines in snow water equivalent (SWE) over much of the western United States in the last half century, as well as trends toward earlier spring snowmelt and peak spring streamflows. These trends are influenced both by interannual and decadal-scale climate variability, and also by temperature trends at longer time scales that are generally consistent with observations of global warming over the twentieth century. In this study, the linear trends in 1 April SWE over the western United States are examined, as simulated by the Variable Infiltration Capacity hydrologic model implemented at 1/8° latitude–longitude spatial resolution, and driven by a carefully quality controlled gridded daily precipitation and temperature dataset for the period 1915–2003. The long simulations of snowpack are used as surrogates for observations and are the basis for an analysis of regional trends in snowpack over the western United States and southern British Columbia, Canada. By isolating the trends due to temperature and precipitation in separate simulations, the influence of temperature and precipitation variability on the overall trends in SWE is evaluated. Downward trends in 1 April SWE over the western United States from 1916 to 2003 and 1947 to 2003, and for a time series constructed using two warm Pacific decadal oscillation (PDO) epochs concatenated together, are shown to be primarily due to widespread warming. These temperature-related trends are not well explained by decadal climate variability associated with the PDO. Trends in SWE associated with precipitation trends. however, are very different in different time periods and are apparently largely controlled by decadal variability rather than longer-term trends in climate.

## 1. Introduction and background

Snowpack is crucial to the water resources of the western United States (Serreze et al. 1999). A dominant fraction (by some accounts, more than 70%) of streamflow in the western United States originates as melting montane snowpack. Over most of the western United States, precipitation in the mountains is strongly winter dominant and snow accumulation (along with storage in the soil and groundwater) is the primary physical mechanism by which winter precipitation is stored and transferred to the relatively dry summers. For river basins with substantial snow accumulation, scenarios of increasing winter and spring temperatures in climate change assessments typically result in increased winter runoff, reduced peak water equivalent stored as snow, earlier peak streamflows, and reduced summer streamflow volumes (e.g., Cayan 1996; Dettinger et al. 2004;

* Joint Institute for the Study of the Atmosphere and Ocean Contribution Number 1066.

*Corresponding author address:* Alan F. Hamlet, JISAO/SMA CSES Climate Impacts Group, University of Washington, Seattle, WA 98195.
E-mail: hamleaf@u.washington.edu

© 2005 American Meteorological Society

Gleick and Chalecki 1999; Gleick 2000; Hamlet and Lettenmaier 1999b; Lettenmaier and Gan 1990; Leung et al. 2004; Knowles and Cayan 2002; Lettenmaier et al. 1999; McCabe and Wolock 1999; Mote et al. 2003; Service 2004).

Observational studies have also shown increasing trends in both temperature and precipitation over the western United States in the twentieth century (McCabe and Wolock 2002; Mote et al. 2003, Mote 2003a; Sheppard et al. 2002) and widespread trends toward earlier runoff timing in the western United States associated with earlier spring snowmelt (Dettinger and Cayan 1995; Stewart et al. 2005; Regonda et al. 2005). Mote (2003b) examined trends in 1 April snow water equivalent (SWE) for the U.S. Pacific Northwest (PNW), and Mote et al. (2005) have extended the earlier study to examine snow course records over the entire western United States and southern British Columbia (BC), Canada. These studies both show strong downward trends in 1 April SWE over most of the domain from about 1950 onward. Mote et al. (2005) also corroborated observed SWE trends by comparing simulated and observed SWE trends from 1950 to 1997 and used correlations between 1 April SWE and winter temperatures to show that temperature trends were a major driver of these observed trends, particularly at moderate elevations with relatively warm winter temperatures. The role of temperature and precipitation in determining snowpack variations was also examined by Serreze et al. (1999).

Observed data provide direct empirical evidence of trends in SWE over the western United States, but model simulations are needed to corroborate and extend these observations in order to avoid problems with limited spatial coverage, coarse temporal resolution, and longevity of observed data sources (see also Mote et al. 2005). Observations from snow course measurements (i.e., direct measurements of average SWE over a small transect), for example, have had a reasonably consistent level of coverage over the western United States for the period from about 1950 to present, but the number of observations declines rapidly prior to 1950, and coverage is very uneven before about 1940 (Mote et al. 2005). These changes in station density prevent a consistent analysis for a period of record longer than about a half century. This is important because the period of record, 1950–present, has been shown to contain substantial (and regionally specific) trends in precipitation and temperature that are strongly influenced by climatic variability associated with the El Niño–Southern Oscillation (ENSO) and the Pacific decadal oscillation (PDO; Dettinger et al. 1998; Gershunov and Barnett 1998; Hamlet and Lettenmaier

1999a; Hidalgo and Dracup 2003; Mantua et al. 1997; Mote et al. 2003; Sheppard et al. 2002). In particular, the precipitation trends that accompany the well-known shift in the PDO from cool phase to warm phase in 1976–77 (Mantua et al. 1997) are a confounding element in the attempt to attribute observed losses of SWE from 1950 to present to long-term changes in climate.

Another important issue is that observations of SWE are representative of only a small subset of the spatial domain, and relatively few observations are available at very high elevations or in the transient snow zone where winter snowpacks are ephemeral. These areas that are not well observed are a dominant fraction of the land area and of the SWE contributing to streamflow in the mountainous western United States and, in the case of the transient snow zone, they represent one of the most sensitive areas to warming. Thus a comprehensive understanding of long-term changes in western U.S. snowpacks and associated water resources impacts requires attention to not only a period of record longer than the last 50 yr, but to parts of the domain not covered by the snow course observations, the locations of which were dictated by short-term water supply forecasting needs, rather than detection of the impacts of climate variations.

In addition, snow course observations lack temporal resolution (they are typically reported only on the first of the month) and are unavailable before midwinter at most stations. Automated observations of SWE via the Natural Resources Conservation Service Snowpack Telemetry (SNOTEL) network are available at daily time steps throughout the snow season, but the longest records available for these observations go back only slightly more than 20 yr in all but a few isolated cases. Thus observations alone cannot provide useful information about long-term trends in patterns of snow accumulation and melt (such as date of peak accumulation, date of 90% melt, etc.).

While the use of model simulations introduces uncertainties into the analysis that are not present in observational studies, these uncertainties can be minimized if the model forcing data are carefully quality controlled, and the use of model simulations avoids a number of important limitations in the observed datasets discussed above. Here we examine simulations of spring SWE on 1 March, 1 April, and 1 May, with particular attention to the critical 1 April date, which corresponds roughly to the date of maximum snow accumulation over much of the mountainous western United States. By isolating the effects of temperature and precipitation trends in the model's forcing dataset in separate model runs, we also use the model to ex-

Case No. 1:20-cv-02484-MSK   Document 96-1   filed 05/06/21   USDC Colorado   pg 372 of 408

amine explicitly the effects of temperature and precipitation variability on SWE trends. The role of decadal-scale variability on SWE trends is also examined by selecting periods of record for analysis that reflect known shifts in decadal variability associated with the PDO (Mantua et al. 1997).

It is worth noting here that the trends in precipitation in the PNW appear to be consistently related to the PDO time series (i.e., dry to wet from 1925 to 1976 associated with warm to cool PDO; and wet to dry from 1947 to 2003 associated with cool to warm PDO; Hamlet and Lettenmaier 1999a; Mote et al. 2003; Mote 2003a), whereas a consistent relationship between precipitation trends and the PDO over time is not necessarily apparent in other parts of the domain, perhaps most notably in the Colorado River basin (Hidalgo and Dracup 2003).

The questions that motivate this paper are 1) To what extent are observed trends in western U.S. snowpack attributable to precipitation and temperature trends, and how do these effects vary with region, topography, climate, and the time period examined? 2) What areas of the western United States show the greatest trends in simulated snowpack, and what are the specific climatic regimes associated with these areas? 3) What is the role of decadal climate variability in determining the observed snowpack trends? 4) What changes in the timing of snow accumulation and melt are apparent and how do they vary with region, topography, and climate?

## 2. Hydrologic model and meteorological driving data

### a. VIC hydrologic model

We use the Variable Infiltration Capacity (VIC) hydrologic simulation model (Liang et al. 1994; Cherkauer and Lettenmaier 2003) implemented at 1/8° (latitude–longitude) spatial resolution over the western US and southern BC. The 1/8° grid cells are roughly 12km by 10km, varying in size to some degree with latitude over the domain. Daily SWE for each grid cell (which represents the areal average SWE for the mosaic of elevation bands and vegetation types within the cell) is the primary output used in this study. SWE simulations from each elevation band were also used for comparison with point data from the snow course records, although these results are only briefly discussed here. We do not examine other variables from the simulations in this study, but the model also simulates a detailed water balance in each cell. Simulated daily runoff from the model produced by the runs in this study will be used in subsequent studies to examine changes in the water balance associated with changes in snow accumulation

and melt. The VIC model has been used in numerous climate studies of large river basins around the world (e.g., Nijssen et al. 2001), and has been well validated with streamflow observations, particularly in the mountainous western U.S. (Christensen et al. 2004; Hamlet and Lettenmaier 2005, 1999b; Maurer et al. 2002; Van-Rheenen et al. 2004). The model has also been used extensively for streamflow forecasting applications (Hamlet and Lettenmaier 1999a; Hamlet et al. 2002; Wood et al. 2002) and for climate change assessments (Christensen et al. 2004; Hamlet and Lettenmaier 1999b; Payne et al. 2004; Snover et al. 2003; Van-Rheenen et al. 2004; Lettenmaier et al. 1999). For this study we primarily make use of the detailed energy balance snow model incorporated in the VIC model (Cherkauer and Lettenmaier 2003). The snow model is well suited for simulating mountain snowpack and includes the effects of forest canopy on snow interception and the attenuation of wind and solar radiation, which are fundamental drivers of snow accumulation, sublimation, and melt processes (Storck 2000; Storck et al. 2002).

### b. Meteorological driving data

For this study, a new climate dataset was developed following methods outlined by Hamlet and Lettenmaier (2005). This dataset was intended specifically for application to problems where careful quality control to avoid spurious trends in long records of daily temperature and precipitation is necessary. Daily values of maximum temperature, minimum temperature, and total precipitation were obtained for 1915–2003 at the 1/8° latitude–longitude spatial resolution by interpolating daily values from National Weather Service Cooperative Observer stations using the Symap algorithm (Shepard 1984) following methods described in Maurer et al. (2002). Temperatures were lapsed by $6.1°C\ km^{-1}$ (i.e., the theoretical moist adiabatic lapse rate) during the interpolation process, and precipitation was scaled for topographic effects using monthly precipitation maps produced by the Precipitation Regression on Independent Slopes Method (PRISM) algorithm (Daly et al. 1994). Maurer et al. (2002) describe these data-processing steps in more detail. Temporal inhomogeneities (e.g., inconsistencies in time due to changing station groups, station moves, changes in instrumentation, urban heat island effects, etc.) in the regridded time series were adjusted for each calendar month using regridded and temporally smoothed data from the U.S. Historical Climatology Network and the monthly Historical Canadian Climate Database. Additional technical details are available in Hamlet and Lettenmaier (2005).

Despite the fact that the model forcing data are carefully quality controlled, there are inevitably some limitations associated with the approach. One is that the gridded (precipitation and temperature) forcing data are derived primarily from low or moderate elevation stations. Because the trends in the temperature and precipitation data are ultimately derived from the time series of these low elevation stations, there is no explicit information contained in the driving dataset regarding potentially different trends at very high elevations. In some parts of the domain, the primary driving data are also quite sparse, which may result in gridded data that may artificially suppress spatial variability, especially at short (e.g., daily) time steps. Topographic adjustments to the precipitation and temperature data (discussed above) likewise tend to suppress spatial variability in the gridded product. These limitations in the forcing data, while important for high-resolution modeling applications, are generally of secondary importance here. One major reason is that snow accumulation and ablation in mountainous regions is dominated by the characteristics of accumulated precipitation in snowpacks, and issues associated with suppression of spatial variability tend to be filtered out. In any event, the model is able to reproduce observed trends in spring snowpack quite well at a macroscale over the western United States (as discussed below); hence it meets the requirements for a study such as ours that focuses on macroscale aspects of the snow accumulation and ablation process.

## c. Role of temperature and precipitation driving data in the snow simulations

The relationship between hourly snowfall and precipitation estimates in the model forcing data is fairly straightforward. The phase of the precipitation is determined by a simple partitioning scheme based on estimated hourly time step temperatures (derived from Tmax and Tmin) during the simulation. Temperatures below $-0.5°C$ are assumed to result in precipitation that is 100% snow, those above $0.5°C$ are assumed to result in 100% rain, and a linear relationship is assumed between these two extremes.

Temperature driving data play a much more complex role in the simulations. Aside from the direct effects of temperature on convective heat transfer from the air to the snowpack (e.g., Storck 2000), temperature also affects snow accumulation and melt in the model due to meteorological variables that are derived from the temperature data. The difference between Tmax and Tmin determines the attenuation of solar radiation and variations in long-wave radiation due to cloudiness, for example, and Tmin is used in calculating the dewpoint

and vapor pressure deficit which influence snow sublimation (Thornton and Running 1999). Thus trends in temperature are also indirectly related to trends in long- and shortwave radiation, humidity, and vapor pressure contributing to sublimation and snowmelt in the model. When we refer to "temperature-related trends" in later sections of the paper, we are referring to trends associated with these indirect effects as well.

## d. Evaluation of simulated SWE trends

In corroborating trends in observations with the model results from this study, Mote et al. (2005) show remarkable broad-based agreement over the western United States between observed trends in 1 April SWE from 1950 to 1997 and trends derived from VIC simulations of SWE for the same period. Although some differences in the absolute value of relative trends are apparent, it is clear that the model successfully captures the large-scale characteristics of the spatiotemporal trends of snow accumulation and melt over the western United States. It is largely on the basis of this comparison and the longer streamflow comparisons discussed by Hamlet and Lettenmaier (2005) that we argue that the model results provide a reasonable surrogate for observations from 1916 to 2003 and are suitable for a trend analysis at these spatial scales.

It should be noted however that on a point-by-point basis, there are often substantial differences between the SWE observations analyzed by Mote et al. (2005) and the VIC simulations, both in absolute value and in relative trends. These differences between simulations and observations are primarily due to the fundamental differences in spatial scale between observations and simulations, and to frequent discrepancies between the actual precipitation and temperature at snow course sites (a point within the VIC cell) and the gridded meteorological driving data used in the VIC simulations. Snow courses are also generally located in open areas, which is inconsistent with the VIC simulations in parts of the domain with substantial forest canopy.

The issues associated with the model forcing data are to be distinguished from validation of the VIC snow model itself. When the model is driven by accurate temperature, precipitation, and vegetation characteristics (i.e., in locations where there is a nearby meteorological station and detailed information about the vegetation), the model very closely reproduces daily snow accumulation measurements recorded at these same locations (see, e.g., Storck 2000). Furthermore, additional analysis (not shown) found good general agreement between monthly VIC snow accumulation and melt statistics (e.g., date of peak snow accumulation, volume of accumulation and melt in each month, etc.) and those



FIG. 1. Topographic and climatic characteristics of the 1/8° VIC hydrologic model simulation domain.

extracted from daily time step observations from SNOTEL stations. These comparisons with the SNOTEL observations help to confirm that the VIC model captures the primary physical mechanisms associated with winter climate and topography that ultimately determine trends in mountain snowpack.

Mote et al. (2005) also examined the model's ability to capture the relationship between winter temperature regimes and trends in 1 April SWE in the observations from 1950 to 2003. The model successfully reproduces this relationship over most of the western United States; however, in some specific parts of the domain the model does display some bias. There are, for example, some apparent systematic errors in the trends in high-elevation precipitation in the Sierra Nevada Mountains in the model forcing data that result in a general bias toward smaller simulated upward trends in the high-elevation areas in the southern part of the domain, and there are larger downward trends in simulated SWE at moderate elevations in California (CA) from 1950 to 1997 than are apparent in the observations. In the case of the lower-elevation sites in Cali-

fornia, this problem might be partly attributable to sampling bias in the observations, or to inaccurate temperature lapse rates in spring when the weather is clear (i.e., the model forcing temperatures are probably biased toward warmer temperatures on clear days at high elevations because of the assumption of a fixed pseudoadiabatic lapse rate; see Hamlet and Lettenmaier 2005).

## 3. Methods and experimental design

The VIC model (version 4.0.5) was run from 1915 to 2003 at 1/8° resolution over the 16 526 grid cells that make up the continental United States west of the Continental Divide, plus the portion of the Columbia River basin that lies in southern British Columbia (see Fig. 1). In the following, we will refer to the PNW (containing the Columbia River basin and coastal drainages), California (CA), Colorado River basin (CRB), and Great Basin (GB) as subregions of this domain (see Fig. 1). The snow model time step was 1 h, which was required to capture the effects of the diurnal cycle of temperature and solar radiation on snow accumulation and

Case No. 1:20-cv-02484-MSK   Document 96-1   filed 05/06/21   USDC Colorado   pg 375 of 408

melt. In the absence of shorter time step observations, daily total precipitation was equally distributed throughout the 24 h of the day. To represent subgrid topographic variability, the model uses up to five equal-area elevation bands with a vertical interval of approximately 500 m. Simulated SWE values are reported as the area-weighted average SWE over all the elevation bands in each cell, each of which includes a vegetation mosaic comprised of up to 10 vegetation types. The vegetation characteristics of each cell were assumed to be stationary with time in the simulations. Note that the SWE values reported from the model represent the average snow water content over the entire grid cell, which can be quite different from the value that would be simulated for any particular point location within the cell. Elevation bands in each grid cell with July mean temperatures below 10°C were assumed to be above the tree line (Körner 1998), and vegetation classes with an overstory (if any) were removed from these bands during the simulation. The first nine months of the simulation (1 January 1915–30 September 1915) were used as model spinup and were discarded. This spinup is adequate for snow simulations, for which there is essentially no year-to-year carryover effect. Figure 1 shows the 1/8° digital elevation model for the simulation domain, average December–February (DJF) temperatures for each grid cell, and average November–March precipitation summarizing the model forcing data.

Three different model runs were made:

1) Base run: Unperturbed precipitation and temperature data from the meteorological input files (daily total precipitation and minimum and maximum temperature and wind speed) were used to drive the model. Trends in SWE are the result of both temperature and precipitation variations.

2) Fixed precipitation (fixed $P$) run: The precipitation forcing data were fixed (for each calendar month) at the climatological value for each grid cell, but daily temperature was allowed to vary as in the original time series. Trends in SWE are the result of trends in temperature and other temperature-related meteorological variables alone.

3) Fixed temperature (fixed $T$) run: The temperature forcing data were fixed (for each calendar month) at the climatological value for each grid cell, but daily precipitation varied as in the original time series. Trends in SWE are the result of precipitation trends alone.

For the fixed $P$ and fixed $T$ runs, the forcing data were perturbed as follows: For each grid cell, a monthly climatological value for either precipitation or temperature was calculated for each calendar month (i.e., a separate climatology for January, February, etc.). Then the daily time series of the variable to be held constant was forced to reproduce this climatological value in each month of the simulation—that is, the daily values were allowed to vary within the month as in the original time series, but the monthly totals (precipitation) or averages (maximum and minimum temperature) in each calendar month are identical in each year of the simulation. This method preserves the daily covariance between temperature, precipitation, solar radiation, etc., while removing the trends and monthly variation in the fixed variable from the simulation. Note that an average seasonal cycle remains in the fixed variable after this adjustment. Wind data were allowed to vary as in the original time series in each case. If precipitation and minimum and maximum temperature were all held fixed as described above, the mean of the resulting simulated SWE would be comparable (but not equal) to the long-term mean for each calendar date in the base simulation, and any trends in the simulated SWE would be small. It should be noted that the *timing* of precipitation within the month is unaffected by these adjustments. This has some important implications when evaluating the fixed $P$ trends in the calendar date of 10% snow accumulation discussed in later sections, for example.

The 1 March, 1 April, and 1 May SWE values were extracted from the model output files for four time periods based on warm and cool PDO epochs defined by Mantua et al. (1997) as follows:

A) 1916–2003 (full period)
B) 1925–76 (warm PDO to cool PDO)
C) 1947–2003 (cool PDO to warm PDO)
D) 1925–46 concatenated with 1977–2003 (warm PDO to warm PDO)

Linear trends were calculated for the time series for each grid cell and were normalized by the long-term mean of the simulated 1 April SWE for each cell over the time period of analysis (i.e., the trends for scenario C were normalized by the mean SWE calculated from the 1947–2003 data). Cells included in the plots were required, on average, to have at least 50 mm of SWE on 1 April in order to avoid including spurious trends in the analysis.

For each grid cell, a time series of the date of peak SWE [day 1 =1 September, day 365 (or 366 in leap years) = 31 August] was extracted from the daily time series of simulated SWE, as well as the day associated with 10% of peak accumulation and 90% melt. Linear trends were calculated for each of these variables from 1916 to 2003 for the base, fixed $P$, and fixed $T$ simulations.

1 November 2005                           HAMLET ET AL.                                4551



Fig. 2. Relative trends (% yr$^{-1}$) in simulated SWE for three calendar dates for the period from 1916 to 2003. (Black pixels in the spatial plots are off scale on the low side. Scatterplots are color coded: PNW is red, CA is blue, CRB is green, and GB is black.)

## 4. Results and discussion

### a. Notes on presentation of results and interpretation of figures

The results in this section will be summarized primarily using spatial plots of the trends in SWE in each grid cell and scatterplots showing the relationship between average midwinter (DJF) temperatures in each cell and the trends in SWE. The dots in the scatterplots are color coded so that the different regions in the domain can be distinguished. By comparing the patterns in these figures for the base, fixed $P$, and fixed $T$ runs, qualitative conclusions about the effect of temperature and precipitation trends on the overall trends can be drawn. DJF average temperatures for each grid cell used in the scatterplots of trend versus winter tempera-

ture were calculated from the VIC driving data from 1916 to 2003 and are independent of the period of analysis used.

### b. SWE trends for 1 March, 1 April, and 1 May for 1916–2003

To begin with, we show overall trends in simulated SWE for 1 March, 1 April, and 1 May for the base run from 1916 to 2003 (Fig. 2). As noted above, only grid cells with average SWE greater than 50 mm on 1 April are shown. The results show downward trends over many grid cells in the domain, and a relationship between midwinter temperatures and the relative trends in SWE characterized by an inverted "J" shape in the scatterplots. As we shall see in subsequent sections, this relationship is characteristic of downward trends in

snowpack associated with warming. Downward trends in SWE on 1 April and 1 May are more widespread than for 1 March. A substantial part of the domain shows upward trends in SWE, particularly over much of the Columbia River basin. As we shall see in subsequent sections, these upward trends in SWE are primarily due to upward trends in precipitation. The increased scatter for 1 May that is evident in Fig. 2 is probably due to the fact that many grid cells have relatively small amounts of snow remaining on 1 May.

### c. Results for 1916–2003

This period is characterized by widespread, modestly upward trends in precipitation that result in upward trends in SWE in the fixed $T$ simulations (Fig. 3c) and strong downward trends in SWE due to upward temperature trends over essentially the entire domain in the fixed $P$ simulations (Fig. 3b). Thus the majority of the downward trends in SWE from 1916 to 2003 are attributable to large-scale warming, which overwhelms the effects of widespread increases in winter precipitation. Note, for example, the predominantly upward trends in grid cells in CA associated with precipitation (Fig. 3c), but predominantly downward trends for CA in warmer areas with DJF temperatures above about $-2.5°C$ (Fig. 3a). Several distinct climatic regimes are also apparent in these results, which will be discussed separately below.

### d. Results for 1924–76

Strong upward trends in precipitation throughout the region dominate the SWE trends in this period (Fig. 4c), and upward trends in SWE follow these precipitation trends over most of the domain (Fig. 4a). The overall trends in precipitation appear to reflect a shift from widespread drought from 1925 to 1946 to wetter conditions overall in the second half of the period. The fixed $P$ analysis (Fig. 4b) shows that there is not a consistent trend in SWE due to temperature alone, and this is the only period examined for which there were substantial upward trends in SWE associated with downward trends in temperature (and solar radiation) alone.

### e. Results for 1947–2003

The 1947–2003 period of analysis corresponds most closely with the time periods covered by the snow course and streamflow records that were discussed in the introduction. This period is characterized by different precipitation trends in different regions (Fig. 5c) and by strong downward trends in SWE associated with temperature trends (Fig. 5b). The trends in precipitation in each region are broadly consistent with patterns

of observed climate variability associated with the PDO since 1947 that were discussed in the introduction. The fixed $P$ analysis for this period (Fig. 5b) shows that without precipitation trends, essentially the entire domain would have experienced strong downward trends in 1 April SWE. Because the temperature-related trends are almost always downward for this period, areas with downward precipitation trends (e.g., most of the PNW cells with DJF temperatures above $-5°C$) exhibit very strong downward trends in SWE. Some areas with upward precipitation trends (e.g., about half the cells in CA) show downward SWE trends due to temperature effects despite increases in precipitation. This effect is less evident in the colder areas of the domain (e.g., the CRB) but can still be seen in the base run (Fig. 5a) as a shift toward stronger downward trends in SWE when the effects of temperature trends are combined with the effects of precipitation trends. Trends in the base run analysis (Fig. 5a) are less than $-0.25\%$ per year (strong downward trends) over about 70% of the cells shown in the figures. This is a considerably larger fraction of the total area with downward SWE trends than for the base run for 1916–2003, in part because of widespread downward precipitation trends in the colder areas of the PNW from 1947 to 2003.

### f. Results for 1924–46 concatenated with 1977–2003

The intent here is to minimize the effects of decadal variability associated with the PDO by combining two climatologically similar epochs. The fixed $P$ analysis for this period (Fig. 6b) shows somewhat more scatter than the fixed $P$ analysis for 1947–2003, but again the trends associated with temperature alone are overwhelmingly downward. The fixed $T$ analysis (Fig. 6c) shows little consistent trend in SWE associated with precipitation trends in comparison with the 1916–2003 or 1925–76 periods. As in the 1916–2003 and 1947–2003 periods, a major driver of the SWE trends in this period is a large-scale warming that affects most of the domain, and the analysis suggests that this warming cannot be readily explained by decadal-scale variability associated with the PDO. In particular, the earlier warm phase PDO epoch was clearly much cooler overall than the most recent warm phase epoch. Further evidence that decadal variability is a poor explanation for the temperature-related trends can be seen by comparing Figs. 3b, 5b, and 6b. It is apparent that any period paired with the 1977–2003 period shows dramatic downward trends in SWE due to temperature trends alone.

### g. Effects of climatic regimes

Three distinct climatic regimes are apparent in the areas that experienced downward trends in 1 April



FIG. 3. Same as in Fig. 2, but in simulated 1 Apr SWE for 1916–2003: (a) combined effects of temperature and precipitation trends, (b) effects of temperature trends alone, and (c) effects of precipitation trends alone.

SWE from 1916 to 2003 (Fig. 7). Areas with large downward trends in 1 April SWE and DJF temperatures between −1.0° and +2.5°C are shown to be coastal areas in the PNW and northern CA (Fig. 7, top right). Areas with large downward trends in 1 April

SWE and DJF temperatures less than −1.0°C are shown to be inland areas with a more continental climate (Fig. 7, middle right and lower right). These differences have to do with specific interactions between precipitation and temperature regimes that determine

JOURNAL OF CLIMATE



Fig. 4. Same as in Fig. 3, but for 1925–76.

the time scales of snow accumulation and melt. Coastal mountain ranges are warmer but are able to produce very large snowpacks in midwinter that can persist until 1 April because of high mean precipitation and cool, cloudy spring conditions. These areas are affected by temperature increases from midwinter through spring (which also explains why they are most sensitive to warming). Continental areas, by contrast, are typically dryer and colder, and snow accumulation that ultimately persists until 1 April takes place over a number of months from late fall to early spring. Analysis of winter precipitation and the seasonal cycle of snow ac-



FIG. 5. Same as in Fig. 3, but for 1947–2003.

cumulation in these areas (not presented here) showed that precipitation trends over the entire winter and warmer temperatures during the late spring were the predominant drivers of the overall trends in SWE. For areas with cold midwinter temperatures (Fig. 7 lower right), the temperature sensitivity becomes relatively small and the large downward trends in SWE are associated primarily with strong downward trends in winter precipitation (cf. Fig. 7 with Fig. 3c). These climatic regimes are consistent with climatic characteristics observed by Serreze et al. (1999) in SNOTEL observations.

JOURNAL OF CLIMATE



FIG. 6. Same as in Fig. 3, but for 1925–46 combined with 1977–2003.

### h. Trends in the timing of snow accumulation and melt

Figure 8 shows the trends in the date of simulated snow accumulation and melt. Trends in the date of simulated peak snow accumulation and the date of 90% melt are strongly related to DJF average temperatures.

Almost all the cells with winter temperatures warmer than $-5°C$, for example, show earlier dates of peak accumulation and 90% melt. In sensitive areas (such as the coastal areas in the PNW and CA shown in Fig. 7), peak accumulation occurs between 15 and 45 days earlier, and 90% melt occurs 15–40 days earlier. Comparison of the base run scatterplots with those from the



FIG. 7. Location of winter climatic regimes associated with strong downward SWE trends ($<0.25\%$ yr$^{-1}$) from 1916 to 2003. Midwinter (DJF) temperatures in region 1 are above $-1^{\circ}$C, in region 2 are between $-1^{\circ}$ and $-7^{\circ}$C, and in region 3 are below $-7^{\circ}$C.

fixed $P$ and fixed $T$ runs (Fig. 8) shows that the changes in the timing of peak snow accumulation and 90% melt are a complex function of precipitation and temperature changes, but that the dominant effect is due to temperature trends. These changes in snow accumulation and melt are consistent with observed changes in streamflow timing discussed in the introduction. A similar examination of the scatterplots shows that trends in the date of 10% accumulation are predominantly due to upward trends in precipitation in the beginning of the snow accumulation season. Interestingly, the time between 10% accumulation and 90% melt has not changed very much overall. This somewhat counterintuitive result occurs because the 10% accumula-

tion dates are most affected by precipitation trends (cf. base and fixed $T$ runs in Fig. 8), whereas the peak SWE and 90% melt dates are most affected by temperature trends (cf. base and fixed $P$ runs in Fig. 8). Despite different mechanisms at different times of the year, the overall trends in the date of snow accumulation and melt are characterized by shifts in the entire snow accumulation season earlier in time, but with a smaller amount of peak SWE.

The results for the four time periods are summarized for different portions of the domain and the different model runs in Tables 1 and 2. Table 1 shows the areal average of the relative trends calculated for each cell (i.e., the spatial average of the trends shown in Figs.



FIG. 8. Cumulative changes (trend × number of years) in calendar date of (a) 10% SWE accumulation, (b) maximum SWE accumulation, and (c) 90% melt for three model runs. (top) Spatial plot for the base run, and (bottom three) scatterplots for the base (B), fixed $P$ (FP), and fixed $T$ (FT) runs, respectively.

3–6). Table 2 shows the trend in the areal average SWE (i.e., a time series of SWE averaged over each domain is extracted first, and the trend in this aggregate time series is reported).

The results for 1925–76 shown in Table 2 are somewhat confusing and require some additional explanation. For CA, for example, the fixed $P$ and fixed $T$ runs for this period show small downward trends in areal

TABLE 1. Areal averages of the relative trends for each grid cell calculated for each portion of the domain (% yr$^{-1}$).

|  | PNW | CA | GB | CRB |
|---|---|---|---|---|
| 1916–2003 |  |  |  |  |
| Base | −0.14 | −0.21 | −0.40 | −0.69 |
| Fixed $P$ | −0.60 | −0.91 | −0.95 | −0.71 |
| Fixed $T$ | 0.40 | 0.44 | 0.40 | −0.22 |
| 1925–76 |  |  |  |  |
| Base | 1.52 | 1.05 | 1.47 | 0.74 |
| Fixed $P$ | 0.73 | 0.29 | 1.33 | 0.68 |
| Fixed $T$ | 0.67 | −0.05 | 0.37 | 0.36 |
| 1947–2003 |  |  |  |  |
| Base | −0.39 | −0.84 | 0.46 | 0.39 |
| Fixed $P$ | −0.94 | −1.61 | −0.72 | −0.35 |
| Fixed $T$ | 0.45 | 0.42 | 0.63 | 0.26 |
| 1925–46 with 1977–2003 |  |  |  |  |
| Base | 0.53 | −0.35 | 0.09 | −0.22 |
| Fixed $P$ | −0.36 | −1.75 | −0.62 | −0.80 |
| Fixed $T$ | 0.98 | 0.54 | 0.75 | 0.43 |

average SWE, yet the trend in the base run has a strong upward trend. These counterintuitive effects are associated with the spatial distribution of the upward and downward trends associated with temperature and precipitation trends. For example, if specific areas in the domain that are getting wetter are also getting colder, then the overall trend may be strongly upward (as for CA in this period), whereas if areas that are getting wetter are also getting warmer there may be little overall trend. These complex effects are not seen in the other time periods because the temperature-related trends (and in many cases, the precipitation related trends as well) are much more spatially homogeneous.

## 5. Summary and conclusions

Widespread warming has occurred in the western United States from 1916 to 2003, resulting in downward

TABLE 2. Relative trend in the areal average SWE for each portion of the domain (% yr$^{-1}$).

|  | PNW | CA | GB | CRB |
|---|---|---|---|---|
| 1916–2003 |  |  |  |  |
| Base | −0.06 | −0.13 | −0.25 | −0.26 |
| Fixed $P$ | −0.18 | −0.39 | −0.40 | −0.22 |
| Fixed $T$ | 0.10 | 0.14 | 0.04 | −0.14 |
| 1925–76 |  |  |  |  |
| Base | 0.48 | 0.40 | 0.12 | 0.12 |
| Fixed $P$ | −0.06 | −0.04 | −0.13 | −0.12 |
| Fixed $T$ | 0.38 | −0.03 | −0.14 | 0.03 |
| 1947–2003 |  |  |  |  |
| Base | −0.40 | −0.51 | −0.51 | −0.19 |
| Fixed $P$ | −0.34 | −0.73 | −0.60 | −0.30 |
| Fixed $T$ | −0.03 | 0.21 | 0.34 | 0.13 |
| 1925–46 with 1977–2003 |  |  |  |  |
| Base | 0.07 | −0.04 | −0.28 | −0.29 |
| Fixed $P$ | −0.26 | −0.57 | −0.55 | −0.36 |
| Fixed $T$ | 0.27 | 0.24 | 0.03 | −0.10 |

trends in 1 April SWE over large areas of the domain. High-elevation areas with upward precipitation trends, however, are shown to produce upward trends in SWE over the same time period. The results show that almost all the upward trends in SWE from 1916 to 2003 are due to modest upward precipitation trends and that many of the downward trends in SWE are caused by widespread warming. In areas with relatively warm winter temperatures, such as coastal areas of the PNW and CA, the effects of warming frequently overwhelm the effects of increasing precipitation. Colder areas are predominantly driven by precipitation changes, and temperature effects on SWE trends, while apparent in the combined trends, are relatively small.

The period from 1925 to 1976 was characterized by widespread increases in precipitation, which dominated temperature trends to produce widespread upward trends in SWE. The period from 1925 to 1976 was also the only period in which widespread upward trends in SWE are observed due to temperature trends alone. From 1947 to 2003, regionally specific precipitation trends associated with decadal variability combine with strong downward trends in SWE due to widespread warming. The effects of warming are frequently large enough to overwhelm upward trends in SWE associated with precipitation trends alone in warmer areas of the domain.

The results for the back-to-back warm PDO epochs combined with the 1916–2003 and 1947–2003 analysis described above strongly suggest that widespread regional warming trends are not well explained by decadal-scale variability, but that the decadal variability probably does account for the trends in winter precipitation that have been apparent over shorter periods of the record. Although the precipitation trends from 1916 to 2003 are broadly consistent with many global-warming scenarios, it is not clear whether the modestly increasing trends in precipitation that have been observed over the western United States for this period are primarily an artifact of decadal variability and the time period examined, or are due to longer-term effects such as global warming.

Several distinct climatic regimes exist in areas that have experienced downward trends in 1 April SWE in the simulations. Coastal areas are strongly affected by warming throughout the winter and spring, whereas areas with a more continental climate are more sensitive to precipitation trends during the winter and to warming in late spring. Many high-elevation areas in the Rockies and southern Sierra Nevada are relatively insensitive to temperature trends, and downward trends in SWE are primarily due to downward trends in precipitation.

JOURNAL OF CLIMATE

The dates of peak snow accumulation and 90% (of peak) melt have generally been occurring earlier in the year, and these trends are clearly sensitive to winter temperature regimes, with the greatest changes apparent in areas with warmer winter temperatures (e.g., near-coastal mountains in the PNW and CA). These effects are consistent with the observed trends toward earlier peak snowmelt runoff. The sensitivity analysis shows that the changes in the timing of peak accumulation and 90% melt are primarily a temperature-related effect. The date of 10% (of peak) accumulation has also trended earlier in the year but is shown to be related primarily to trends in fall precipitation rather than to trends in temperature.

The results of this study strongly suggest that the effects of global warming are apparent in the surrogate observations examined in this study. Furthermore, because the trends in SWE are most strongly affected by trends in temperature, we should expect, based on projections of continued warming, that these trends will continue. Because precipitation variability seems most strongly associated with decadal variability rather than long-term trends, the use of observed precipitation variability in conjunction with scenarios of warmer temperatures may currently be the best approach for understanding the overall effects of global warming on the hydrologic variability of the western United States. Such an approach implies, as well, that both "warm and wet" and "warm and dry" periods are likely to occur in the future at different times, and that water resources planning should consider both scenarios in testing alternative management plans.

*Acknowledgments.* This publication was funded by the Joint Institute for the Study of the Atmosphere and Ocean (JISAO) under NOAA Cooperative Agreement NA17RJ1232.

## REFERENCES

Cayan, D. R., 1996: Interannual climate variability and snowpack in the western United States. *J. Climate,* **9,** 928–948.

Cherkauer, K. A., and D. P. Lettenmaier, 2003: Simulation of spatial variability in snow and frozen soil. *J. Geophys. Res.,* **108,** 8858, doi:10.1029/2003JD003575.

Christensen, N. S., A. W. Wood, N. Voisin, D. P. Lettenmaier, and R. N. Palmer, 2004: Effects of climate change on the hydrology and water resources of the Colorado River basin. *Climate Change,* **62,** 337–363.

Daly, C., R. Neilson, and D. Phillips, 1994: A statistical-topographic model for mapping climatological precipitation over mountainous terrain. *J. Appl. Meteor.,* **33,** 140–158.

Dettinger, M. D., and D. R. Cayan, 1995: Large-scale atmospheric forcing of recent trends toward early snowmelt runoff in California. *J. Climate,* **8,** 606–623.

——, ——, H. F. Diaz, and D. M. Meko, 1998: North–south precipitation patterns in western North America on interannual-to-decadal time scales. *J. Climate,* **11,** 3095–3111.

——, ——, M. Meyer, and A. E. Jeton, 2004: Simulated hydrologic responses to climate variations and change in the Merced, Carson, and American River basins, Sierra Nevada, California, 1900–2099. *Climate Change,* **62,** 283–317.

Gershunov, A., and T. P. Barnett, 1998: Interdecadal modulation of ENSO teleconnections. *Bull. Amer. Meteor. Soc.,* **79,** 2715–2725.

Gleick, P. H., 2000: Water: The potential consequences of climate variability and change for the water resources of the United States. Report of the Water Sector Assessment Team of the National Assessment of the Potential Consequences of Climate Variability and Change, Pacific Institute for Studies in Development, Environment, and Security, Oakland, CA, 151 pp.

——, and E. L. Chalecki, 1999: The impacts of climatic changes for water resources of the Colorado and Sacramento–San Joaquin River Basins. *J. Amer. Water Resour. Assoc.,* **35,** 1429–1441.

Hamlet, A. F., and D. P. Lettenmaier, 1999a: Columbia River streamflow forecasting based on ENSO and PDO climate signals. *ASCE J. Water Resour. Planning Manage.,* **125,** 333–341.

——, and ——, 1999b: Effects of climate change on hydrology and water resources in the Columbia River basin. *J. Amer. Water Resour. Assoc.,* **35,** 1597–1623.

——, and D. P. Lettenmaier, 2005: Production of temporally consistent gridded precipitation and temperature fields for the continental United States. *J. Hydrometeor.,* **6,** 330–336.

——, D. Huppert, and D. P. Lettenmaier, 2002: Economic value of long-lead streamflow forecasts for Columbia River hydropower. *ASCE J. Water Resour. Planning Manage.,* **128,** 91–101.

Hidalgo, H. G., and J. A. Dracup, 2003: ENSO and PDO effects on hydroclimatic variations of the Upper Colorado River basin. *J. Hydrometeor.,* **4,** 5–23.

Knowles, N., and D. R. Cayan, 2002: Potential effects of global warming on the Sacramento/San Joaquin watershed and the San Francisco estuary. *Geophys. Res. Lett.,* **29,** 1891, doi:10.1029/2001GL014339.

Körner, C., 1998: A re-assessment of high elevation treeline positions and their explanation. *Oecologia,* **115,** 445–459.

Lettenmaier, D. P., and T. Gan, 1990: An exploratory analysis of the hydrologic effects of global warming on the Sacramento–San Joaquin River Basin, California. *Water Resour. Res.,* **26,** 69–86.

——, A. W. Wood, R. N. Palmer, E. F. Wood, and E. Z. Stakhiv, 1999: Water resources implications of global warming: A US regional perspective. *Climate Change,* **43,** 537–579.

Leung, L. R., Y. Qian, X. D. Bian, W. M. Washington, J. G. Han, and J. O. Roads, 2004: Mid-century ensemble regional climate change scenarios for the western United States. *Climate Change,* **62,** 75–113.

Liang, X., D. P. Lettenmaier, E. F. Wood, and S. J. Burges, 1994: A simple hydrologically based model of land surface water and energy fluxes for general circulation models. *J. Geophys. Res.,* **99** (D7), 14 415–14 428.

Mantua, N. S. Hare, Y. Zhang, J. M. Wallace, and R. Francis, 1997: A Pacific interdecadal climate oscillation with impacts on salmon production. *Bull. Amer. Meteor. Soc.,* **78,** 1069–1079.

Maurer, E. P., A. W. Wood, J. C. Adam, D. P. Lettenmaier, and B. Nijssen, 2002: A long-term hydrologically based dataset of land surface fluxes and states for the conterminous United States. *J. Climate,* **15,** 3237–3251.

McCabe, G. J., and D. M. Wolock, 1999: General-circulation-model simulations of future snowpack in the western United States. *J. Amer. Water Resour. Assoc.,* **35,** 1473–1484.

——, and ——, 2002: Trends and temperature sensitivity of moisture conditions in the conterminous United States. *Climate Res.,* **20,** 19–29.

Mote, P. W., 2003a: Trends in temperature and precipitation in the Pacific Northwest during the twentieth century. *Northwest Sci.,* **77,** 271–282.

——, 2003b: Trends in snow water equivalent in the Pacific Northwest and their climatic causes. *Geophys. Res. Lett.,* **30,** 1601, doi:10.1029/2003GL017258.

——, and Coauthors, 2003: Preparing for climatic change: The water, salmon, and forests of the Pacific Northwest. *Climate Change,* **61,** 45–88.

——, A. F. Hamlet, M. P. Clark, and D. P. Lettenmaier, 2005: Declining mountain snowpack in western North America. *Bull. Amer. Meteor. Soc.,* **86,** 39–49.

Nijssen, B., G. M. O'Donnell, A. F. Hamlet, and D. P. Lettenmaier, 2001: Hydrologic vulnerability of global rivers to climate change. *Climate Change,* **50,** 143–175.

Payne, J. T., A. W. Wood, A. F. Hamlet, R. N. Palmer, and D. P. Lettenmaier, 2004: Mitigating the effects of climate change on the water resources of the Columbia River basin. *Climate Change,* **62**(1–3), 233–256.

Regonda, S., B. Rajagopalan, M. Clark, and J. Pitlick, 2005: Seasonal cycle shifts in hydroclimatology over the western United States. *J. Climate,* **18,** 372–384.

Serreze, M. C., M. P. Clark, R. L. Armstrong, D. A. McGinnis, and R. S. Pulwarty, 1999: Characteristics of the western United States snowpack from snowpack telemetry (SNOTEL) data. *Water Resour. Res.,* **35,** 2145–2160.

Service, R. F., 2004: Water resources: As the west goes dry. *Science,* **303,** 1124–1127.

Shepard, D. S., 1984: Computer mapping: The SYMAP interpolation algorithm. *Spatial Statistics and Models,* G. L. Gaile and C. J. Willmott, Eds., Reidel, 133–145.

Sheppard, P. R., A. C. Comrie, G. D. Packin, K. Angersbach, and M. K. Hughes, 2002: The climate of the US Southwest. *Climate Res.,* **21** (3), 219–238.

Snover, A. K., A. F. Hamlet, and D. P. Lettenmaier, 2003: Climate-change scenarios for water planning studies: Pilot applications in the Pacific Northwest. *Bull. Amer. Meteor. Soc.,* **84,** 1513–1518.

Stewart, I. T., D. R. Cayan, and M. D. Dettinger, 2005: Changes toward earlier streamflow timing across western North America. *J. Climate,* **18,** 1136–1155.

Storck, P., 2000: Trees, snow and flooding: An investigation of forest canopy effects on snow accumulation and melt at the plot and watershed scales in the Pacific Northwest. Water Resources Series, Tech. Rep. 161, Department of Civil and Environmental Engineering, University of Washington, 176 pp.

——, D. P. Lettenmaier, and S. Bolton, 2002: Measurement of snow interception and canopy effects on snow accumulation and melt in mountainous maritime climate, Oregon, USA. *Water Resour. Res.,* **38,** 1223–1238.

Thornton, P. E., and S. W. Running, 1999: An improved algorithm for estimating incident daily solar radiation from measurements of temperature, humidity, and precipitation. *Agric. For. Meteor.,* **93,** 211–228.

VanRheenen, N. T., A. W. Wood, R. N. Palmer, and D. P. Lettenmaier, 2004: Potential implications of PCM climate change scenarios for Sacramento–San Joaquin River Basin hydrology and water resources. *Climate Change,* **62,** 257–281.

Wood, A. W., E. P. Maurer, A. Kumar, and D. P. Lettenmaier, 2002: Long range experimental hydrologic forecasting for the eastern U.S. *J. Geophys. Res.,* **107,** 4429, doi:10.1029/2001JD000659.

Hydrol. Earth Syst. Sci., 16, 3989–4007, 2012
www.hydrol-earth-syst-sci.net/16/3989/2012/
doi:10.5194/hess-16-3989-2012
© Author(s) 2012. CC Attribution 3.0 License.





**Hydrology and Earth System Sciences**

# The implications of climate change scenario selection for future streamflow projection in the Upper Colorado River Basin

B. L. Harding[1], A. W. Wood[2], and J. R. Prairie[3]

[1]AMEC Environment & Infrastructure, Boulder, CO, USA
[2]NOAA, National Weather Service, Portland, OR, USA
[3]Bureau of Reclamation, Boulder, CO, USA

Correspondence to: B. L. Harding (ben.harding@amec.com)

Received: 4 December 2011 – Published in Hydrol. Earth Syst. Sci. Discuss.: 17 January 2012
Revised: 28 September 2012 – Accepted: 1 October 2012 – Published: 5 November 2012

**Abstract.** The impact of projected 21st century climate conditions on streamflow in the Upper Colorado River Basin was estimated using a multi-model ensemble approach wherein the downscaled outputs of 112 future climate projections from 16 global climate models (GCMs) were used to drive a macroscale hydrology model. By the middle of the century, the impacts on streamflow range, over the entire ensemble, from a decrease of approximately 30 % to an increase of approximately the same magnitude. Although prior studies and associated media coverage have focused heavily on the likelihood of a drier future for the Colorado River Basin, approximately 25 to 35 % of the ensemble of runs, by 2099 and 2039, respectively, result in no change or increases in streamflow. The broad range of projected impacts is primarily the result of uncertainty in projections of future precipitation, and a relatively small part of the variability of precipitation across the projections can be attributed to the effect of emissions pathways. The simulated evolution of future temperature is strongly influenced by emissions, but temperature has a smaller influence than precipitation on flow. Period change statistics (i.e., the change in flow from one 30-yr period to another) vary as much within a model ensemble as between models and emissions pathways. Even by the end of the current century, the variability across the projections is much greater than changes in the ensemble mean. The relatively large ensemble analysis described herein provides perspective on earlier studies that have used fewer scenarios, and suggests that impact analyses relying on one or a few climate scenarios are unacceptably influenced by the choice of projections.

## 1 Introduction

The US Secretary of the Interior, acting through the Bureau of Reclamation (Reclamation), is responsible for the operation of eight major water storage reservoirs on the Colorado River and its upper tributaries, including Glen Canyon Dam and Hoover Dam. The Boulder Canyon Project Act of 1928 designated the Secretary as water master, responsible for distributing all Colorado River water below Hoover Dam in conformance with federal law, water delivery contracts and the international agreement with Mexico. Through operation of federal facilities and administration of water deliveries, Reclamation contributes to the management of water supplies for more than 30 million people and nearly 4 million acres of agricultural land. Reclamation is continuously conducting long- and short-term water resources analyses to support planning and operations in the Colorado River Basin. In January 2010, Reclamation initiated the Colorado River Basin Water Supply and Demand Study (Reclamation, 2011a), which is being conducted with water management agencies representing the seven Colorado River Basin states (Arizona, California, Colorado, Nevada, New Mexico, Utah and Wyoming.) The work described in this paper was conducted in support of the study.

### Hydrology and climate change in the Colorado River Basin

An extensive record of streamflows and reconstructed natural flows exists in the Colorado River Basin, but the value of that record as the sole basis for estimating future conditions has come into question because of the prospect that

anthropogenic climate change will change the mean and variability of streamflows and evapotranspiration (Milly et al., 2008). Global climate model (GCM) projections of future climate over a multi-decadal time frame indicate that the Colorado River Basin will become warmer. Projections of future precipitation are more complex, with the multi-model average of projections showing little change in annual precipitation in the water-producing regions of the basin, but generally showing a seasonal shift in the temporal pattern of precipitation. Changes in temperature and precipitation will influence hydrologic processes on the land surface, which in turn will cause changes in streamflows (Hayhoe et al., 2004; Barnett et al., 2005; Maurer, 2007) but the magnitude and the sign of these changes is uncertain.

The hydroclimatic heterogeneity of the Colorado River Basin complicates understanding its hydrology and hydrologic response to projected changes in climate. The latitude of the water-producing regions in the basin lies at the northern boundary of the area in the American Southwest in which earlier studies have projected declines in precipitation and runoff (Milly et al., 2005; Seager et al., 2007; Seager and Vecchi, 2010). To the north of this boundary, in contrast, studies have tended to predict increases in rainfall and runoff. If the future boundary instead falls south of the Colorado River Basin headwaters (water producing regions), streamflows in the Upper Colorado River Basin will be reduced less than projected, or may increase. Given the large uncertainty over future climate evolution at the scale of this transition zone, advances in climate science (perhaps including higher-resolution earth system models) will be required before these consequences can be projected with much confidence (Seager and Vecchi, 2010). The topography of the basin also influences the interaction between climate and hydrology – the majority of precipitation in the basin falls in a very small fraction of its area (Reclamation, 2011b), mostly in the form of snow that is stored over seasonal time scales. Snow accumulation and ablation are the most significant processes affecting the timing of streamflow generation in the basin, and the dynamics of the snow cycle will be significantly impacted by rising temperatures regardless of changes in precipitation. Our comprehension of variations in snow ablation is currently grappling with quantifying uncertainties due to sporadic deposition of dust on the surface of the snowpack, which accelerates snowmelt and affects basin runoff efficiency (Painter et al., 2007, 2010). The diversity of topography in the basin is another complicating factor. Outside of the cold, high-elevation areas, evapotranspiration is the dominant process affecting the water budget. Basin efficiencies (outflows divided by precipitation) range from about 30 % for sub-basins at higher average elevations to virtually zero in lower-elevation sub-basins (Reclamation, 2011b). The average runoff efficiency of the entire basin is approximately 15 %. These factors, among others, contribute to the difficulty of quantifying and simulating the hydrology and hydrologic sensitivity of the basin to climate forcings.

Studies of the impact of climate change on the hydrology of the basin began about 30 yr ago. Early, scenario-based assessments of the regional impact of climate change indicated that a warming climate would likely lead to streamflow reductions of 30 % or more in the Colorado River Basin (Stockton and Boggess, 1979; Revelle and Waggoner, 1983). Recent regional-scale analyses based on the GCM outputs also promoted an unequivocal consensus that the southwestern United States would become drier. Milly et al. (2005) evaluated projected change in runoff simulated by GCMs. Seager et al. (2007) and Seager and Vecchi (2010) inferred changes in runoff from changes in atmospheric transport of moisture simulated by GCMs. Seager and Vecchi (2010) analyze precipitation minus evaporation ($P - E$) as a proxy for runoff in southwestern North America, which extends from the high plains to the Pacific Ocean and from the latitude of the Oregon-California border to southern Mexico. They project that the region will dry in the coming century, largely driven by a decline in winter precipitation caused by a pole-ward shift of the winter Pacific storm track. In contrast, the Reclamation Study found that the ensemble of downscaled climate projections trends toward increases in wintertime precipitation for sub-basins in the Colorado River Basin above Lees Ferry (Reclamation, 2011b, Appendix B7).

Studies that utilized hydrologic models to translate projections of temperature and precipitation from climate models into streamflows show more equivocal results than the large-scale studies based on GCM atmospheric output fields. Nash and Gleick (1991) used a conceptual hydrologic model to evaluate the effect on Colorado River flow at Lees Ferry, AZ (a major stream gage just above the bottom of the Upper Colorado River Basin; see Fig. 1), of changes in precipitation and temperature in several constructed scenarios and as projected by four global climate models (GCMs). Three of the four GCM projections led to decreases in streamflow (as much as 24 %) while the impact from the fourth projection was to leave streamflow virtually unchanged. When evaluating impact on smaller basins within the Upper Colorado River Basin using a second hydrologic model, Nash and Gleick found that higher-elevation basins might be more likely to respond to some projections of future climate with an increase in flow. As in many studies of climate change impacts in the western US, all of the scenarios and projections indicated that peak runoff would occur earlier in the year.

Christensen et al. (2004; hereafter C04) used an ensemble of three projections of future climate from a single GCM based on the "business as usual" emissions pathway. These projections were statistically downscaled into 1/8-th degree, daily forcings using the bias corrected and spatial-disaggregation (BCSD) method outlined in Wood et al. (2002, 2004) (hereafter W02-04) and were subsequently translated into streamflows using the Variable Infiltration Capacity (VIC) hydrology model (Liang et al., 1994, 1996). Projected climate in that study exhibited reductions in precipitation and increases in temperature, leading to reductions

B. L. Harding et al.: The implications of climate change scenario selection for future streamflow projection            3991



Fig. 1. Colorado River Basin and CRSS inflow points above Lees Ferry, Arizona.

in annual runoff at Imperial Dam, near the bottom of the Colorado River Basin, of 17 % over the period 2070–2098. The more detailed spatial and process land surface representation of C04 indicated that the sensitivity of the Colorado River Basin to changes in precipitation was roughly twice what had been indicated by Nash and Gleick, but confirmed the earlier conclusion that peak runoff would occur earlier in the year.

Using the same technique as C04 but expanding the range of climate projections to the ensemble described in Maurer (2007), and updating the hydrology model calibration to that used in Wood and Lettenmaier (2006), Christensen and Lettenmaier (2007; hereafter CL07) used 22 climate projections from 11 GCMs and two emissions pathways (A2 and B1; Nakicenovic et al., 2000) to assess climate impacts on hydrology and water resources in the Colorado River Basin. With a larger number of projections came a larger range of projected changes in flow at Imperial Dam ranging from an increase (five projections) of as much as 23 % to a decrease (seventeen projections) of as much as 36 % for both emissions pathways for the period 2070–2099.

The prior studies also show that the range of uncertainty in the future flow projections has increased with increasing numbers of projections evaluated. This observation is the primary motivation for this paper. Using a larger ensemble of projections than those featured in prior studies, we explore the relative contributions of uncertainty between different emissions pathways, ensemble members and climate models, across several periods of the 21st century. This effort does not describe in detail the findings of the overall climate change impact assessment study because they have been reported in Reclamation (2011b). Instead, we focus on results for the Colorado River at Lees Ferry, AZ, and contrast the full-ensemble results with those of earlier studies. Our intent is to provide insight for the impact assessment community into the consequences of model, ensemble and pathway choice for studies of this nature.

## 2   Methods

The impact assessment approach used in Reclamation (2011b) followed that of C04, CL07 and other recent GCM-based, multi-model hydrology studies of the last decade. In brief, an ensemble of downscaled and bias-corrected climate projections was used to force a distributed, macro-scale hydrology model which generated estimates of runoff and other hydrology variables. The projections of future climate were produced by 16 GCMs forced by IPCC Special Report on Emissions Scenarios (SRES; Nakicenovic et al., 2000) emission pathways B1, A1B and A2. Simulated runoff was routed to 20 streamflow locations within the Upper Colorado River Basin, including the Lees Ferry location. The Reclamation (2011b) work differed from CL07 primarily by using a much larger number of projections (112 versus 22; including 21 of the CL07 projections). Other

differences included using a slightly longer baseline period of natural flows and historical weather (56 yr versus 50 yr), using a slightly different method to disaggregate monthly projections to a daily time step, encompassing a smaller geographic scope (the Upper Colorado River Basin versus the entire Colorado River Basin), and omitting analysis of consequent water resources impacts in the basin. This section describes the flow and meteorological datasets involved (Sect. 2.1) and the hydrology model and its calibration (Sect. 2.2).

### 2.1   Data

#### 2.1.1   Historical natural flows

Natural flow represents flow that would have occurred at the location had historical depletions and reservoir regulation not been present. Reclamation developed natural flows for 29 locations required by the Colorado River Simulation System (CRSS), a water resources management model used by Reclamation for long-term planning studies (see Prairie and Callejo, 2005). Monthly incremental natural flows at 20 locations upstream of Lees Ferry (see Fig. 1) were obtained from Reclamation (2009) and, following the CRSS approach, were summed to obtain the total Lees Ferry natural flow.

#### 2.1.2   Historical daily meteorology

A daily meteorological climatology that includes precipitation, maximum temperature, minimum temperature and wind speed for the period from 1949 through 2005, developed as described in Maurer et al. (2002), formed the historical climatology and forcing dataset used in this study. The data are aligned spatially to match the NOAA/NASA Land Data Assimilation System (LDAS; Mitchell et al., 2004) grid, which has a spatial resolution of 1/8-th degree latitude by longitude and covers a domain from 25° N to 53° N and 67° W to 125° W, which includes the continental United States as well as part of Canada and Mexico.

#### 2.1.3   Simulated historical and projected climate

Simulated monthly average precipitation and monthly average temperature projections spanning the period 1950 through 2099 were obtained from the Bias Corrected and Downscaled WCRP CMIP3 Climate Projections website (WCRP, 2009; http://gdo-dcp.ucllnl.org/). At the time of this study, the archive contained 112 projections of monthly temperature and precipitation, aligned spatially with the LDAS grid, with each projection consisting of an overlap period of 1950 through 1999 and a projection period of 2000 through 2099. These projections come from 16 GCMs and three SRES (Special Report on Emissions Scenarios) emissions pathways as shown in Table 1. The emissions pathway columns indicate the number of realizations that were available for each GCM.

Table 1. Downscaled WCRP CMIP3 GCMs and emissions pathways.

| | Modeling group, country | IPCC model I.D. | Emissions pathway | | |
|---|---|---|---|---|---|
| | | | A2 | A1b | B1 |
| 1 | Bjerknes Centre for Climate Research | BCCR-BCM2.0 | 1 | 1 | 1 |
| 2 | Canadian Centre for Climate Modelling and Analysis | CGCM3.1 (T47) | 5 | 5 | 5 |
| 3 | Météo-France/Centre National de Recherches Météorologiques, France | CNRM-CM3 | 1 | 1 | 1 |
| 4 | CSIRO Atmospheric Research, Australia | CSIRO-Mk3.0 | 1 | 1 | 1 |
| 5 | US Dept. of Commerce/NOAA/Geophysical Fluid Dynamics Laboratory, USA | GFDL-CM2.0 | 1 | 1 | 1 |
| 6 | US Dept. of Commerce/NOAA/Geophysical Fluid Dynamics Laboratory, USA | GFDL-CM2.1 | 1 | 1 | 1 |
| 7 | NASA/Goddard Institute for Space Studies, USA | GISS-ER | 1 | 2 | 1 |
| 8 | Institute for Numerical Mathematics, Russia | INM-CM3.0 | 1 | 1 | 1 |
| 9 | Institut Pierre Simon Laplace, France | IPSL-CM4 | 1 | 1 | 1 |
| 10 | Center for Climate System Research (The University of Tokyo), National Institute Environmental Studies, and Frontier Research Center for Global Change (JAMSTEC), Japan | MIROC3.2 (medres) for | 3 | 3 | 3 |
| 11 | Meteorological Institute of the University of Bonn, Meteorological Research Institute of KMA | ECHO-G | 3 | 3 | 3 |
| 12 | Max Planck Institute for Meteorology, Germany | ECHAM5/MPI-OM | 3 | 3 | 3 |
| 13 | Meteorological Research Institute, Japan | MRI-CGCM2.3.2 | 5 | 5 | 5 |
| 14 | National Center for Atmospheric Research, USA | PCM | 4 | 6 | 7 |
| 15 | National Center for Atmospheric Research, USA | CCSM3 | 4 | 4 | 2 |
| 16 | Hadley Centre for Climate Prediction and Research/Met Office, | UK UKMO-HadCM3 | 1 | 1 | 1 |

The monthly climate datasets were produced using the statistical bias-correction and spatial disaggregation (BCSD) method described in W02-04. The method was first implemented for downscaling general circulation model seasonal climate predictions to support hydrologic forecasting (W02; Wood et al., 2005; Wood and Lettenmaier, 2006) and adapted for downscaling future climate scenario model output (W04; also C04; Van Rheenen et al., 2004; Payne et al., 2004). The BCSD method has since been employed in a number of more recent climate change impact analyses, in regions such as the western US (CL07; Barnett et al., 2008; Maurer, 2007), the continental US (Maurer et al., 2002; Maurer and Hidalgo, 2008), and Central America (Maurer et al., 2009) among other locations.

In brief, the BCSD approach involves three steps: (1) bias-correction affects a quantile-mapping adjustment of monthly climate-model-scale precipitation and temperature outputs, a step which aligns the monthly climatologies of the climate model variables during a historical period (e.g., 1950–1999) with an observed climatology for the same period and spatial scale; (2) spatial-disaggregation from the climate-model scale to the fine scale is accomplished by applying the interpolated bias-corrected variable anomalies from the coarse scale to a fine scale climatology, using multiplicative anomalies for precipitation and additive anomalies for temperature; and (3) temporal disaggregation from monthly to a finer time step (e.g., daily) via a resampling and adjustment of historical weather patterns from the hydrology model forcing climatology. This development of the monthly-scale scenarios is detailed in Maurer et al. (2007b). The final disaggregation step differed in some regards from the original W02-04 studies, instead following the Maurer et al. (2007b) implementation.

A more detailed discussion of the resampling and disaggregation is provided in Appendix A.

### 2.1.4   BCSD downscaling considerations

The BCSD downscaling approach has been found in prior studies (such as those referenced above) to be generally successful in translating monthly scale climate signals from the GCM output to the fine resolution at the monthly scale. W02 showed that using BCSD to downscale retrospective monthly climate-model-scale observed precipitation and temperature fields reproduced the monthly mean and variance of hydrologic simulations (for the Ohio River Basin). For water resources-oriented studies that involve monthly and coarser time scale analyses of hydrologic changes resulting from warming and moisture changes, BCSD has provided many useful insights. The BCSD approach of W02-04 is not adequate for every type of climate change study, however. The approach is not suitable for certain studies in which changes in sub-monthly (e.g., daily) meteorological quantities are important (e.g., assessing changes in extreme precipitation or changes in temperature extrema). Also, the BCSD approach may perform poorly where daily meteorological climatologies are highly skewed or exhibit threshold behavior. For example, in the US Southwest, the intermittency and resulting skewness of precipitation can lead in BCSD to pathological combinations of sample and monthly scaling factors that produce unrealistically high daily values – a difficulty that is less pronounced in rainier climates. Adaptations such as sample substitution described in W02-04 were developed to ameliorate these difficulties, but they are not a comprehensive solution. Other approaches such as constructed analogues (compared with BCSD in Maurer and Hidalgo, 2008)

may be more appropriate in such hydroclimatic regimes. Finally, climate model sequences may not be realistic, which undermines the utility of BCSD and other downscaling approaches that do not modify this climate characteristic.

## 2.2   Hydrology model

### 2.2.1   Description

The daily disaggregated projections were used to force a hydrology model of the Upper Colorado River Basin implemented using the Variable Infiltration Capacity (VIC) Model (Liang et al., 1994, 1996). The VIC model is a distributed (gridded) macro-scale (regional-scale) physical hydrology model that simulates the water balance around each grid cell. VIC produces a time series of runoff, baseflow, evapotranspiration, soil moisture, and snow water equivalent for each grid cell. Following completion of simulation of the full forcing period, the runoffs from all of the grid cells in the model are routed to points of interest (Lohmann et al., 1998a). Distinguishing characteristics of the VIC model are described at length elsewhere (e.g., Nijssen et al., 2001; Wood et al., 1992).

VIC has several applications to climate change studies in basins around the world (Wood et al., 1992; Liang et al., 1996; Lohmann et al., 1998a,b). The VIC model has been used to support assessments of the impact of climate change in many river basins in the western United States, including California's Central Valley (Van Rheenan et al., 2004; Maurer et al., 2007b; Anderson et al., 2008; Reclamation, 2008), the Colorado River Basin (C04, CL07) and the Columbia-Snake River Basin (Payne et al., 2004). VIC is considered well adapted to application to the UCRB because it allows for a relatively detailed representation of the land surface, considering both the grid scale and sub-grid variability, and because it has physically based models of snow dynamics and evapotranspiration. These capabilities address many of the complexities of the basin hydrology described above.

### 2.2.2   Model calibration

A VIC model is specified by a set of global parameters, options and variables and by reference to a set of gridded parameters and a set of gridded forcings. The most important of the global parameters and options determine the number of soil layers, the time step and the duration of the simulation, and control the simulation approach. For this application, the model was configured to represent three soil layers using a daily time step at the 1/8-th degree resolution matching the forcings and routing model. Each VIC grid cell is characterized with parameters describing vegetation and soil. A calibrated set of model parameters for the Colorado River Basin used by C04, updated by Wood and Lettenmaier (2006) and then used in CL07 was applied for this study. These parameters differed from the Maurer et al. (2002) specifications



Fig. 2. Comparison of simulated and observed annual streamflow for the Colorado River at Lees Ferry, AZ. (a) Time series, (b) monthly hydrographs, and (c) ECDFs. BCM is billion ($10^9$) $m^3$.

mainly as a result of calibration, and by the inclusion of average July air temperatures required to implement a condition removing canopy vegetation above tree line elevations. Documentation regarding the VIC parameters and the tree line adjustment is given at the VIC model website (http://www.hydro.washington.edu/Lettenmaier/Models/VIC/).

The VIC model provided a good fit between simulated and historical natural flows for gage locations covering large basin areas such as the Colorado River at the Lees Ferry gage. The duration of the simulation (i.e., 1950–2099) and the initial value of soil moisture in the simulation were the only modifications to the prior parameter sets. Here, soil moisture values were initialized using the average simulated values for 1970 through 1999. The calibrated VIC model reproduced annual average flow volumes at Lees Ferry with a bias of approximately 4 %, a coefficient of determination of 0.92 and a Nash-Sutcliffe efficiency of 0.91. The model, on average, tended to simulate slightly earlier runoff and slightly lower peak monthly flows compared to historical natural flows. Figure 2a shows that the model bias appears to be concentrated in a few relatively wet years following dry years. Figure 2b shows that the model exhibits a wet bias prior to June and a dry bias in July, August and September. Figure 2c, showing the empirical cumulative distribution function (ECDF) of the streamflows, shows that the model is relatively unbiased between about the 40th percentile and the 75th percentile of flows, and generally shows a positive bias outside that range. Figure 2c also indicates that the model over-simulates the highest values.

The simulation results of Fig. 2 cannot be compared directly with those reported in C04 because C04 did not report results at Lees Ferry. Although the details of the monthly hydrograph in Fig. 2 differ slightly from the hydrograph at

B. L. Harding et al.: The implications of climate change scenario selection for future streamflow projection    3995







Fig. 3. ECDFs of annual average temperature and total precipitation averaged over the Upper Colorado River Basin above Lees Ferry, Arizona for the period 1950–1999. The downscaled forcing ensemble from 112 GCM projections (light blue), and their mean, is compared with observed (a) temperature and (b) precipitation calculated from the Maurer et al. (2002) dataset.

Fig. 4. Projected evolution of climate in the Upper Colorado River Basin above Lees Ferry, Arizona. Shown are 30-yr averages (trailing) of climate for (a) temperature and (b) precipitation. Precipitation is reported as the total volume falling in the basin.

Imperial Dam, AZ, reported in C04, the quality of calibration in the two studies appears similar. Possible reasons for the differences include the following: (a) the modeling reported herein used version 4.0.7 of the VIC model, whereas C04 used versions 4.0.3 and 4.0.4; (b) the calibration and validation periods varied, with this work evaluating statistics over the period 1950–2005 while C04 used a shorter period; and (c) the difference in reporting locations.

## 3   Results and discussion

In this section, we present results from the climate change impact assessment for the Colorado River at the Lees Ferry, AZ gage, and refer the reader to a wider range of results and analyses in Reclamation (2011b). The single-gage results also serve to illustrate characteristics of the uncertainty in the analysis.

### 3.1   Downscaled climate, past and future

As noted earlier, the model forcings derived from 112 climate projections are bias-corrected so that their monthly climatologies are consistent with historical forcing climatologies. This property is assessed in Reclamation (2011b), and we evaluate (Fig. 3) the consistency of the resulting empirical cumulative distribution functions (ECDFs) of annual total precipitation and annual average temperature for the 112 simulations of historical climate (GCM output over the

overlap period, 1950 through 1999), relative to the historical forcing distribution to which they were downscaled. Although the downscaled and historical annual climatologies are similar, residual bias remains in the projected annual values. This result is due to the application of bias correction on a monthly basis, without further adjustments to correct annual biases that would result from different persistence behavior in historical and GCM anomalies, non-climatological spatial GCM-scale climate patterns and other factors.

As prior studies have shown, the large ensemble of GCM projections indicates that temperatures have generally been increasing in the recent historical period and will continue to do so, but future precipitation projections contain large uncertainty. Figure 4 shows the evolution of projected temperature and precipitation for the 112 downscaled projections, averaged spatially over the drainage area of the Colorado River above Lees Ferry, AZ, and temporally over trailing 30 yr periods (for this reason the time series start in 1979). The mean of all 112 projections and the mean of the historical values (from the forcing climatology) during the overlap period from 1979 through 1999 are also shown. The color separation of projection trajectories by emissions pathway indicate that the A2 emissions pathways have a weak tendency toward being drier and warmer late in the 21st century than those from the other pathways.

Reclamation (2011c) reports that BCSD downscaled future precipitation projections from the LLNL archive (which are used here) exhibit a "relative wetting" in precipitation changes from current climate, relative to those from the



Fig. 5. ECDFs of downscaled simulated flows on the Colorado River at Lees Ferry, AZ, 1950 through 1999, compared with observed and historical simulated flows.

underlying (raw) CMIP3 GCM output from which they are derived. By 2069, the difference affects approximately two-thirds of model projections, reaches a maximum at about the 75th percentile and is greater in dryer areas than in wetter areas. In the snow-producing regions of the Upper Colorado River Basin, the wettening effect approaches approximately a 2 % maximum, but allocating the differences depicted in Reclamation (2010c) to emphasize runoff-generating regions and across the distribution of projections results in an aggregate basin mean wettening effect of approximately 0.7 %. The effect results from the BCSD quantile-mapping approach, and may be a realistic result of mapping projected precipitation between GCM distributions and observed distributions (generally a transform from a more normal distribution to a more skewed distribution). The hydrologic implications of this difference are discussed in Sect. 4.3.

## 3.2  Downscaled streamflow, past and future

Ideally, the simulated flow climatology driven by the downscaled GCM-based forcings during the historical period should be consistent with the historical flow climatology driven by historical forcings. Figure 5 compares the ECDFs of annual streamflows at Lees Ferry, Arizona, for the historical 1950–1999 period from all 112 GCM-based simulations to the observation-based natural flows and the model-simulated historical flows.

The GCM-based flow ensemble for the historical period shows a dry bias above the 40th percentile relative to the observation-based natural flows and a larger dry bias relative to the simulated historical flows. Neither the GCM-based annual precipitation nor temperature exhibited biases in directions consistent with this flow bias (i.e., drier and/or warmer); thus the lower GCM-based flows result from some other aspect of the projections. As noted earlier, the bias likely results from either the seasonal pattern, spatial pattern, the inter-annual sequence of precipitation and temperature, or some combination of these factors. Relatively high flow values in the Colorado River Basin follow from the sequencing of multiple months of anomalous climate, having either high





Fig. 6. (a) Simulated 30-yr average (trailing) streamflows of the Colorado River at Lees Ferry, AZ, 1979 through 2099. (b) The mean monthly average streamflows for the three future projection periods, compared with the historical 30-yr period flow ending in 1999.

precipitation or cold temperatures, often in combination, and such multivariate, temporal (and possibly spatial) structure may be poorly represented in a GCM's climate system. Rearranging the baseline climate data in a sequence similar to that simulated by a GCM has been shown to introduce a dry bias (Joe Barsugli, personal communication, 2010).

The hydrologic consequences of the projected climate changes are illustrated in Fig. 6, in which Fig. 6a depicts the projected evolution of 30-yr mean streamflow at Lees Ferry, Arizona, for all 112 projections. The mean of all projections and the observed natural flows are also shown. For clarity, the flows simulated using the hydrology model forced by the historical climate from Maurer et al. (2002) are omitted, as the difference between the 30-yr mean values of the two sets of flows is slight. The streamflow projection average shows a slight downward trend (reaching −8 % by the end of the century) that is enveloped by broad uncertainty. Consistent with the forcing projections, the largest declines are associated with the A2 emissions pathway, though this ensemble feature is not prominent until the final decades of the century. The signature of warming effects on western US snowmelt-dominated streamflow is clearly present: namely, the mean monthly hydrograph in Fig. 6b shows a mean shift in peak runoff toward earlier in the year and a small decrease in annual volume that grows progressively larger during the 21st century.

Using the entire ensemble of projections, an analysis of cross-correlations between average streamflow, precipitation and temperature changes for three future 30-year periods indicates that streamflow changes are almost entirely linked to precipitation changes (e.g., with correlation values greater

Table 2. Cross-correlations of average projected streamflow, precipitation and temperature for one historical and three future 30-yr periods.

| Cross-correlation between | Simulation period | | | |
|---|---|---|---|---|
| | 1970–1999 | 2010–2039 | 2040–2069 | 2070–2099 |
| Streamflow and precipitation | 0.91 | 0.95 | 0.95 | 0.94 |
| Streamflow and precipitation after removal of temperature influence | 0.91 | 0.96 | 0.95 | 0.93 |
| Streamflow and temperature | −0.19 | −0.47 | −0.51 | −0.60 |
| Streamflow and temperature after removal of precipitation influence | −0.21 | −0.63 | −0.51 | −0.45 |
| Precipitation and temperature | −0.11 | −0.27 | −0.36 | −0.49 |

than 0.9). The partial cross-correlations (i.e., from correlating residuals from each variable's linear regressions on temperature) are nearly identical (Table 2) to the full correlations. The full and partial correlations of streamflow with temperature are negative and moderate, indicating that higher temperature alone draws the system toward lower flows. The strengthening relationship between projected temperature and precipitation throughout the 21st century may indicate a linkage between the two variables in the climate system, but is not investigated here.

## 3.3 Uncertainty in projections of climate and streamflow

The large ensemble assessed in this study offers an opportunity to evaluate the wide variation (hence uncertainty) in results shown in Fig. 6a across the spectrum of the available projections. Of particular interest are the relative changes derived from the different projections (e.g., future climate relative to a control or historical climate baseline). In this study, relative change is calculated for each projection separately and reported as a percent difference in the mean flow of the future 30-yr period relative to the projection's historical 30-yr period mean flow (for 1970–1999). Note that the baseline for each projection is not the observed or simulated historical flow (i.e., forced with observations), but the downscaled simulated historical flow for the same projection, a choice that avoids including biases or statistical artifacts of the downscaling in the relative change calculation.

Figure 7a shows the ECDF of the changes for the 30-yr periods ending in 2039, 2069 and 2099, and Table 3 summarizes statistics describing the mean and spread of each distribution of differences. For each choice of emissions pathway or future period, the range of projected changes is large (± 30 %). This range is a result of uncertainty derived from model choice and ensemble member variability, and is far larger than the uncertainty arising from the choice of analysis period. Figure 7b shows the empirical distributions of projected changes separately for each SRES emissions pathway. Below the 40th percentile, the difference in flow changes between pathways is larger than the differences across future periods (Fig. 7a) – i.e., about ± 10 % – but still small compared to the standard deviation of the ensemble for each



Fig. 7. (a) Distribution of projected changes in average streamflow for 30-yr periods ending in 2039, 2069 and 2099, relative to simulated historical (1970–1999) average flow from each downscaled projection. Positive values are flow increases. (b) Distribution of projected relative flow changes for 2070–2099 for each SRES emissions pathway.

emissions pathway. The A2 projections produce the largest decreases and smallest increases of the three emissions pathways, as illustrated in Fig. 6a. Figure 7 also shows that approximately one-quarter to one-third of the projections suggest no change in runoff or a wetter future for Colorado River flow (by 2099 and 2039, respectively). If the "relative wettening" effect (Reclamation, 2011c) described earlier (0.7 %) is removed from these results by using an estimated precipitation elasticity of streamflow for the Lees Ferry streamflow of 2.5 (see Sankarasubramanian et al., 2001), the resulting 1.7 % drying of flow changes reduces the fraction of future projections of Colorado River at Lees Ferry flows that are wetter by 2069 from slightly less than 30 % to approximately 20 %.

The contributions and significance of different uncertainties illustrated in Fig. 7 can be quantified in various ways. It is worth observing that the largest difference between the median projected runoff changes of different periods and of different emissions pathways are about 4 and 3 %, respectively, whereas the smallest standard deviation of projected changes for each period and emissions pathway are 12 and 14 %, respectively (Table 3). Given the substantial uncertainties contributed by internal model variability, GCM choice, and possibly other factors, illustrated in Fig. 7a, can even the

Table 3. Average projected percent change in streamflow for 30-yr periods ending in 2039, 2069 and 2099, and for different SRES emissions pathways for the latter period, calculated for different percentiles and statistics of the ensemble distribution. Positive values are flow increases, in percent.

| | Projection period | | | Emissions pathway, 2070–2099 period | | |
|---|---|---|---|---|---|---|
| | 2010–2039 | 2040–2069 | 2070–2099 | B1 | A1B | A2 |
| maximum | 19 | 27 | 34 | 23 | 34 | 21 |
| 90 % | 10 | 12 | 14 | 2 | 20 | 13 |
| 75 % | 4 | 1 | 1 | 0 | 1 | 1 |
| 50 % | −4 | −8 | −6 | −4 | −6 | −7 |
| 25 % | −14 | −15 | −19 | −14 | −21 | −27 |
| 10 % | −20 | −25 | −29 | −23 | −29 | −35 |
| minimum | −34 | −34 | −41 | −36 | −33 | −41 |
| mean | −4.7 | −6.9 | −7.6 | −5.3 | −7.1 | −10.6 |
| std. dev. | 12.0 | 13.8 | 16.0 | 16.7 | 17.2 | 14.0 |

largest ensemble quantify a change signal with confidence? Deser et al. (2012) used a t-test approach on a large number of ensembles sampled from 40 runs of a single climate model to estimate whether future ensemble mean changes are significantly different from zero in the context of ensemble uncertainty. The study found that relatively large ensembles (i.e., dozens) of runs from one model were necessary to calculate a statistically significant future change until the middle of the century. Following Deser et al. (2012), we estimate statistical significance of the projected 30-yr mean flow changes for the 112 member multi-model ensemble at 2039, 2069 and 2099. All three changes were statistically significant at $p = 0.05$. A Welch's t-test (for comparing samples unequal in size and variance, using the Welch-Satterthwaite equation for degrees of freedom) indicates that the emissions pathway flow changes are not significant from each other at $p = 0.10$ or higher at any time period. Note, because individual projections for runoff are relatively uncorrelated with other projections, they are treated as being independent within each sample.

Alternatively, a two-way analysis-of-variance (ANOVA) can assess the contributions of emissions pathway and period to future streamflow changes by factoring 336 change results from 3 periods each with 36 A2, 37 B1 and 39 A1B (total 112) projections. ANOVA results generally support the t-test results, finding that for runoff neither period nor emissions pathways are significant factors at $p = 0.05$, but period does barely achieve significance at $p = 0.10$. Also, neither factor is significant for precipitation, but both are significant well below $p = 0.05$ for temperature. In this usage, however, ANOVA assumptions are violated to the degree that the sample distributions depart from Gaussian and their variances are not equal; thus it may be wise to consider the results judiciously. It may also be arguable whether models are truly independent given the sharing of physics components and other characteristics (Pennell and Reichler, 2011). Further

evaluating whether the choice of model is a significant additional factor is undermined by small sample sizes (a minimum of 9, e.g., from 3 pathways and 3 periods, for GCMs with one run) and even larger differences between sample sizes and variances.

Table 1 shows that the numbers of runs contributed by the GCMs are not equal; just seven of the models provide 75 % of the runs. Should planners be concerned about this unequal weighting? We constructed one hundred 48-member projection ensembles by re-sampling the 112-member ensemble such that each combination of GCM and emissions pathway was represented by one run randomly selected from all of the runs available for that combination in the 112-member ensemble. This strategy weighted equally all of the GCMs within each projection ensemble, and the resulting distributions were compared to the 112-member ensemble using the Kolmogorov-Smirnov test. In 99 of 100 cases, the two distributions were not significantly different in the three future periods (with p-values for rejecting difference over 0.90). In the remaining single case (for the 2039 period only), a difference of the full and equally weighted distributions could not be rejected at a p-value of 0.2. We find that the arbitrary weighting of models arising from the unequal ensemble members for each model does not significantly alter our findings.

The contrasting influences of GCM choice, emissions pathway and future period on projected changes are illustrated further in Fig. 8, which shows the time evolution of 30-yr average flows for all runs of the 16 GCMs separately. The substantial variation in flow trends between models depicts the strong dependence of the signal of the relative change from present to future on the model or set of models selected as a basis for analysis. For instance, the IPSL CM4 model produces slight upward trends in flow until the middle of the 21st century and downward trends thereafter, whereas the MIUB ECHO G model produces progressively decreasing flows for nearly all ensemble members. The separation

B. L. Harding et al.: The implications of climate change scenario selection for future streamflow projection          3999



Fig. 8. Time evolution of projected 30-yr averages (trailing) of annual Colorado River streamflow at Lees Ferry, AZ. Projections are color-coded by emissions pathway (see bottom right panel), with the exception of two runs that are highlighted for the NCAR PCM1 model (see text).

of these results further by emissions pathway indicates that the sensitivity of the models to the emissions pathway varies widely between models as well. Figures 9 and 10 show the corresponding time evolution of 30-yr average total precipitation and temperature, respectively. The notion that the A2 pathways will produce a stronger change for any given period than the more benign B1 pathways is evident for streamflow and precipitation for only a few models, e.g., the MIUB ECHO G model. While this notion arguably describes future temperature projections, it cannot be extended to regional precipitation or streamflow projections.

A significant source of the large uncertainty in projected relative changes in precipitation and streamflow is the variation in period and phase of simulated low-frequency (e.g.,

decadal) variability among GCMs. This finding is highlighted for the NCAR_PCM1 model in the bottom right panel of Figs. 8–10, which illustrates low-frequency phase differences for two runs of the A1B emissions pathway. If used to characterize trends for streamflow for the second half of the 21st century, the two runs would represent the end members of the distribution of trends during that period for all projections shown in Fig. 8, despite being generated from the same model when forced with the same emissions trajectory. Similarly, the four A2 pathway runs for the MRI_CGCM2_3_2A model span a range from −30 to +30 % at the mid-century. All of the model runs exhibit this phase variation to varying degrees, which confounds interpretation of the climate change impacts for any particular

4000        B. L. Harding et al.: The implications of climate change scenario selection for future streamflow projection



Fig. 9. Time evolution of projected 30-yr average (trailing) of total annual precipitation upstream of Lees Ferry, AZ. Projections are color-coded by emissions pathway (see bottom right panel), with the exception of two runs that are highlighted for the NCAR PCM1 model (see text).

future period, and particularly when a small subset of projections forms the basis of the analysis. The analysis and illustration of the influence of internal model variability on temporal features of GCM-based regional streamflow projections is analogous (and related) to the illustration of the influence of model variability on spatial features of projected climate in Deser et al. (2012; see Fig. 8 from that work). Deser et al. (2012) are broadly supported by climate research toward characterizing projection uncertainty (e.g., Hawkins and Sutton, 2011) which understands that GCMs may accurately simulate low-frequency variability but do not reproduce the observed phasing of this variability for the 20th and 21st century periods in CMIP3-style coupled model simulations. The simulated low-frequency phase is largely random, adding noise to projected trends or outcomes. This internal

model variability problem similarly undermines initialized decadal predictions from climate models (e.g., Meehl et al., 2009).

### 3.4   Comparison with previous work

The large ensemble used in this study provides perspective on prior published climate change impact assessments. For instance, CL07 estimated future runoff using a similar approach to this study – i.e., BCSD downscaling of GCM outputs and VIC model hydrologic simulation – but used only 22 climate projections, which were taken from 11 GCMs forced with the B1 and A2 emissions pathways. The correlation of projected change results for individual GCMs in CL07 and this study is high, approximately 96 %, due to the

B. L. Harding et al.: The implications of climate change scenario selection for future streamflow projection          4001



Fig. 10. Time evolution of projected 30-yr averages (trailing) of temperature upstream of Lees Ferry, AZ. Projections are color-coded by emissions pathway (see bottom right panel), with the exception of two runs that are highlighted for the NCAR PCM1 model (see text).

similarity of methods, even though CL07 reported impacts on streamflow at a different location (Imperial Dam versus Lees Ferry).

In Fig. 11, we illustrate the difference in projected change for Lees Ferry streamflow between the CL07 "subset" and the larger ensemble by highlighting the results from this study for the GCM runs that were also included in CL07. For the 30-yr periods ending in 2069 and 2099, the difference is minimal: the CL07 subset represents the range and central tendency of the larger distribution. For the 30-yr period ending in 2039, however, the CL07 projections produce a wetter estimate of the mean and the inter-quartile range of projected impacts. While the selected projections reproduce the ensemble mean for 2069 and 2099, their distribution is uneven, e.g., the projections selected for 2099 are heavily weighted

in the inter-quartile range, and this streamflow bias can propagate bias into sectoral impact studies, e.g., water management modeling. Figure 8 illustrates that projected changes based only on one GCM (such as the NCAR PCM1 used in C04 and related studies) would impose even greater sampling error onto findings, relative to a much larger projection ensemble. CL07 did not report enough information to evaluate the significance of their reported mean changes in flow, so we evaluated the CL07 GCM-emissions pathway combinations ensemble using a matching sample of projections from this study (with the exception of one run). In contrast to the projected ensemble mean changes based on the 112-member ensemble, and using the two-sample, unequal variance t-tests (as before), only the CL07 A2 2099 and B1 2069 ensemble mean changes were significant at $p = 0.05$.

4002        B. L. Harding et al.: The implications of climate change scenario selection for future streamflow projection



Fig. 11. Distributions of projected changes in 30-yr averages (trailing) of annual streamflow from GCMs included in CL07, compared to the distribution for all CMIP3 projections in the LLNL archive (present study).



Fig. 12. Median changes in runoff interpolated to USGS water resources regions from Milly et al. (2005) from 24 pairs of GCM simulations for 2041–2060 relative to 1901–1970. Percentages are fraction of 24 runs for which differences had same sign as the 24-run median. Results re-plotted from Milly et al. (2005) by P. C. D. Milly, USGS. From Backlund et al. (2008).

In another study, Milly, et al. (2005) reported a reduction in runoff in the Upper Colorado River Basin in 23 of 24 pairs of model runs (96 %), with an ensemble median runoff decrease of between 10 and 25 % by 2060, as shown in Fig. 12 (Backlund et al., 2008; Milly et al., 2005). Seager et al. (2007) and Seager and Vecchi (2010) also suggest a broad consensus among climate models that changes in atmospheric circulation will lead to additional drying in the American Southwest region that includes the Colorado River Basin, with consequent impacts on water resources. In contrast, our study suggests less certainty about the water resources consequences, in that, depending on the time frame, from about one-fourth to about one-third of the available climate projections lead to no change or to an increase in streamflow at Lees Ferry (just above the outlet of the Upper Colorado River Basin.) CL07 also shows a higher likelihood of wetter conditions than were suggested by any of the three large-scale studies that were based directly on analysis of GCM outputs. The different findings likely do not stem entirely from the BCSD wettening effects noted earlier, because that effect is not large enough, but are also the result of different scale and runoff process representations between the large-scale studies versus the current study and others such as C04 and CL07. The statistical downscaling and hydrologic modeling studies include a far more explicit treatment of the spatial and seasonal heterogeneity in runoff generation in this study (Backlund et al., 2008; CL07), which leads to a stronger and more realistic weighting of climate changes in the mountainous runoff generation areas on the basin's northern and eastern boundaries, and during winter, when runoff-producing snowpack accumulates. This view supports the finding of Wilby and Harris (2006) that, in climate change impact analyses, the downscaling process and hydrology model structure and scale are the second and third largest sources of uncertainty, respectively.

## 4   Discussion and conclusions

This study presented and dissected results of an impact assessment of projected climate change on streamflows in the Upper Colorado River Basin. The assessment applied high-resolution hydrology modeling to the broadest range of climate projections used for any hydrology or water resources impact study published for the region to date. The objective of the analysis was to provide insight for water resources managers into the substantial uncertainty inherent in GCM-based impact studies.

The impact assessment findings generally agree with the earlier work that used similar methods with smaller GCM ensembles (e.g., CL07 and C04). For example, a largely temperature-driven shift to earlier runoff is a robust projection in this snowmelt system. Such a timing shift will reduce water availability for agriculture and other economic uses of water where those uses do not have access to sufficient reservoir regulation, and will also affect ecological conditions. This assessment of future Colorado River runoff changes, however, is more equivocal than earlier large-scale studies (based on analysis of runoff or moisture transport in GCM outputs), or the often-cited central tendency of CL07: even adjusting for the possible effect of the BCSD "wettening," approximately 20 % of climate projections lead to estimates of future conditions by 2069 where average annual flows in the UCRB are unchanged or increase. The contrasting finding arises from this study's more comprehensive accounting of the spatial and temperature variability in key hydrologic processes that are driven by downscaled climate changes.

We also confirm that precipitation projection uncertainty overwhelms temperature uncertainty in influencing future streamflow uncertainty, and that, all things being equal, temperature increases are correlated with streamflow reductions in the Colorado River Basin. Because precipitation change consequences are so large, the effect of "wettening" (Reclamation, 2010) or other potential downscaling artifacts

(however small) warrant investigation, and not least because BCSD downscaled projections such as those of this study have been widely used for impact assessment in the water resources field. In the meantime, impact assessments based on the BCSD downscaled projections should recognize this potential bias.

The streamflow projection uncertainty analysis found that the effect of different emissions pathways (i.e., B1 or A2) and future period (e.g., 2010–2039) on projected streamflow changes was small relative to the effect of GCM and GCM ensemble member choice, even by the end of the 21st century. In general, we confirm the assertion of Wilby and Harris (2006) that the uncertainties in GCM climate sensitivities have a substantially larger effect on streamflow projection than emission uncertainty. This future climate uncertainty has a spatial component that is particularly relevant in the Colorado River Basin because most of the flow in the basin originates in small regions of high, mountainous terrain that are on the northern border of the region (Reclamation, 2011b; Seager and Vecchi, 2010; C04). Depending on the climate projection, these regions may lie beneath an intensifying future winter Pacific storm track, or they may not – which translates directly into future streamflow uncertainty that varies not only in magnitude but also in direction (e.g., including a range of streamflow outcomes from increases to decreases of 30 % by mid-century). Reducing the spatial component of climate change uncertainty may require higher resolution climate models that better represent the mountainous terrain within the basin, but the simulation of other fundamental climate system phenomena must also advance. For example, climate teleconnections influence the transport of moisture to those high-runoff regions, yet the climate of the tropical Pacific that drives those teleconnections is not well simulated by the current generation of climate models (Seager and Vecchi, 2010).

Future precipitation (hence streamflow uncertainty) also has a temporal component. GCMs differ substantially as to streamflow trend amplitude, direction and particularly the phasing of low-frequency (decadal) variability. The projected trajectories of streamflow show that this unforced variability can be the largest source of uncertainty at certain future time periods. The low frequency temporal variability also means that, for any given projection, the estimated change in streamflow between one period (say, "the present") and another (e.g., 2040–2069) is dominated by a random or chaotic component. This variability may reflect imperfections in our state of knowledge about climate system sensitivity and/or the chaotic behavior of the weather and climate system. Regardless of the cause, it means that sampling error is a real danger when interpreting change signals taken from a small numbers of projection analyses. For the Colorado River Basin and other river systems, selecting a priori a subset of projections without a strong physically based rationale can introduce considerable bias in an impact assessment. Studies based on a small sample of projections can reduce risk

of improperly characterizing noise as signal by assessing the significance of projected change results, but such studies will nonetheless tend to underestimate the range of possible future conditions.

Projection uncertainty engenders considerable disagreement about how to apply climate projections to impact assessment. Some research suggests that the range of impact estimates based on a large ensemble of projections is a minimum bound and is practically irreducible, at least in the foreseeable future (Stainforth et al., 2007; Wilby, 2010). If so, impact assessments must evaluate what some have termed an "ensemble of opportunity" – i.e., an ensemble of all available projections (which we term simply a "large" ensemble') – from which it may be possible to develop probabilistic estimates of impacts (Tebaldi and Knutti, 2007) and a skillful ensemble mean (Gleckler et al., 2008). This approach envisions an end-to-end evaluation of the full ensemble in sectoral applications. Statistical approaches offer a path for downscaling a large ensemble cheaply, but statistical downscaling is not an ideal solution for many applications – for instance, it is difficult to implement in multi-variate contexts and raises obvious concerns due to the use of stationary relationships between GCM and observed climatologies. And even impact assessments based on statistical downscaling may assess a small projection ensemble to simplify follow-on modeling efforts (e.g., for hydrological, ecological, or water resources impacts).

Small projection ensemble experiments (using one to several GCM runs or limited GCM projection ensemble members) are ubiquitous in downscaling studies based on meso- or finer scale regional climate models (RCMs). In light of the uncertainties described in the previous section, one cannot but question the application of small projection samples to inform (at least ostensibly) stakeholder planning decisions. Stakeholders in application sectors such as agriculture, winemaking, skiing, and ecological assessment are understandably attracted to a few attributes of dynamical downscaling – e.g., high spatial-resolution and multi-variate scenario outputs, and their accounting for small-scale climate feedbacks. Because the fine-scale results reflect large-scale projection forcing, however, there is still a need to assess the significance of these results in the context of broader climate projection uncertainty. Meso-scale models have undeniable value both in applications (such as numerical weather prediction) and research (such as climate and weather system diagnosis). Sensitivity analysis may currently be the most appropriate paradigm for dynamical downscaling use in stakeholder-focused climate change impact assessments (rather than serving as "the downscaling tool" in a small-sample end-to-end assessments). Ultimately, whether the analytical approaches used involve dynamical or statistical downscaling, reconciling the implications of projection uncertainty with the stakeholder needs for detailed information remains a fundamental and pressing challenge.

What are individual planning groups to do when the cost of evaluating a large ensemble exceeds available resources? Two possibilities are the following. The first is for an external, centralized group – perhaps a national laboratory or agency – to do the work via an efficient, continental-scale project: that is, to develop downscaled datasets based on a comprehensive ensemble of available projections, running sufficient process models to produce meteorological, hydrological, ecological and other variables of interest for planning purposes at appropriate time and space scales. Planners could access this large ensemble to define specific impact scenarios or use the full ensemble to characterize probabilistic risk. An example of this type of centralized effort is the hydrologic outputs from Reclamation's regional water supply assessment (Reclamation, 2011c), leveraging the data platform of Maurer et al. (2007a) at http://gdo-dcp.ucllnl.org/. Though costly, such a database would likely require less total investment than many independent evaluations for particular locales, and far less than the consequences of poorly informed planning decisions. A second approach is to mimic the information in the large ensemble using a subset ensemble for detailed process study, while attempting to design the smaller ensemble to represent the signal and uncertainty of the full ensemble. This "scenario" approach is popular with water utilities, but contains challenges such as the need to select or create scenarios that represent signals and uncertainty consistently from one time period or variable or region to the next. Reclamation, for example, reduced the 112 projections in the CMIP3 archive to 5 representative scenarios for a specific future period (Reclamation, 2010).

Impact assessment effort may also be reduced by culling the large ensemble of projections of GCMs deemed to produce poor simulations of observed climate. Indeed, it is reasonable to ask whether models such as INMCM3_0 and MIUB_ECHO_G have differences in quality in the region of interest, given their far different results for streamflow impacts. Culling, model selection and/or weighting have been explored (e.g., Tebaldi et al., 2004; Pierce et al., 2009; Santer et al., 2009; Brekke et al., 2008) but without yielding a strong consensus that would motivate standardized approaches for practical application. Due to uncertainty such as low-frequency variability and the difficulty of measuring model quality, culling or weighting may not reduce the projection range for variables such as precipitation. For impact assessment, the best strategy given the current suite of GCMs may be to cull the GCM pool stringently using some notion of "a good GCM," and then to require from each included GCM an ensemble of sufficient members to extract signal from noise. Knowledgeable culling is another aspect of impact assessment that likely exceeds the resources of individual utilities (and indeed many researchers); thus this strategy also argues for a centralized effort that could provide not only downscaled projection data but also insight into their fitness for different regional applications. Further research in this area is clearly needed.

Most water sector planning decisions cannot address the range of hydrologic outcomes from the large projection ensembles without regrets; thus water planning efforts have repeatedly identified reducing future streamflow uncertainty as a critical need (e.g., Barsugli et al., 2009). Until the projection uncertainty can be reduced and better understood, long-term planning decisions will continue to rely heavily on the subjective perceptions and risk appetites of water resources managers, and their stakeholders, investors and financers.

## Appendix A

### Creating historical and projected meteorological forcings

This section gives additional detail on the creation of the downscaled climate forcings used as hydrological model inputs. The 112 monthly time step projections were disaggregated to a daily time step by a resampling approach similar to that used in the original W02-04 studies, but differing in some regards, following the Maurer (2007b) implementation. The steps and the differences are as follows.

1. Daily time step patterns for precipitation and temperature are selected by month from past historical months, using the same month selection sequences for both precipitation and temperature as in W02. Also in keeping with W02, the same month-year daily pattern selection was applied to all fine resolution grid cells in a hydrologic domain (in this case, a river basin such as the Colorado River Basin) to preserve the spatial coherence of the daily patterns across domains that, when used for hydrologic analysis, would require a realistic degree of spatial synchronization.

2. The month selection is conditioned using a "4-square approach" that randomly selects a historical month from one of four climate-type bins – dry-cool, dry-warm, wet-cool, wet-warm – depending on the bin into which the climate model variable anomalies fell. For example, daily patterns applied to monthly wet-warm climate model anomalies were selected from month-year combinations (e.g., January 1982) which were wet and warm in the observed climatology. The observed climatology is defined for the years 1950–1999, based on Maurer et al. (2002) forcings. In the original W02-04 approach, only two climate-type bins (wet and dry) were used.

3. The month-long daily patterns of precipitation and temperature minima and maxima (Tmin and Tmax, respectively) are then scaled (in the case of precipitation) or shifted (in the case of temperature) so that their monthly aggregations equate to the bias-corrected, downscaled 1/8-th degree monthly values, again as in W02, where more detail is given.

B. L. Harding et al.: The implications of climate change scenario selection for future streamflow projection          4005



Fig. A1. River basin delineations used in archiving the forcing datasets. Regions include: 1 – Northwest and Columbia; 2 – California; 3 – Great Basin; 4 – Colorado River; 5 – Rio Grande; 6 – Missouri River; 7 – Arkansas-Red; 8 – South Central (Gulf); 9 – Great Lakes Drainage; 10 – Upper Mississippi; 11 – Lower Mississippi; 12 – Ohio; 13 – North East; 14 – South East; 15 – Eastern Canada; 16 – Western Canada; 17 – Mexico.

4. In climatologically dry locations and times of year, the resampling approach can result in "pathological" pattern selections, even accounting for monthly scale climate characteristics (e.g., wet/warm). It is possible to select a daily pattern that does not include a single day of precipitation, or contains only one or two, that cannot be scaled to produce the target monthly values from the corrected, downscaled climate simulation without generating unrealistically high values of daily precipitation. In these cases, which occur for a single grid cell and a single month, a replacement month-year selection is made that does not give a pathological result. The drawback of the substitution is that it undermines the spatial pattern preservation at the daily scale and can desynchronize hydrologic responses that are routed downslope in a catchment to produce streamflow. For example, the substitute month may have rainfall at the end of the month versus rainfall earlier in the month for the original selection, across a part of the domain. Viewed from a continental, hydrologic perspective, such substitutions occur most frequently in dry locations and in dry seasons, which have less hydrologic significance than wetter situations because they do not generate significant runoff.

5. The rules for the sample substitution differ between the original W02-04 implementation and the adaptation used for this dataset. The original implementation applied a minimum monthly total precipitation limit (e.g., 4 mm), and if the selection produced a scalar above a threshold (e.g., 2, meaning the sample precipitation would be doubled), the sample had to have no fewer than a specified number of wet days (e.g., 6). Different values were applied for the three settings for

different river basins, based on an objective of limiting substitution frequencies to approximately 5 % or lower. The new implementation did not evaluate wet days per month, but limited sample selection to months having greater than 2 mm of precipitation and producing scaling factors of less than 35.

Data and code availability: the gridded daily time-series meteorological datasets are currently housed at the DOE National Energy Research Computing Center (NERSC), and are stored in a binary format used for input by the VIC model. The datasets and the disaggregation code used for this research (from W02 and Maurer et al., 2007b) can be obtained by contacting Andy Wood (Andy.Wood@noaa.gov). The forcings have been archived by river basin, as depicted in Fig. A1, but smaller domains can be requested.

Acknowledgements. This work was primarily funded by Reclamation, Lower Colorado Region. The climate change daily forcing datasets were produced and contributed by co-author Wood using resources of the National Energy Research Scientific Computing Center, which is supported by the Office of Science of the US Department of Energy under Contract No. DE-AC02-05CH11231.3TIER, Inc. (www.3tier.com) is also acknowledged for accommodating part of A. W. Wood's effort during his employment at 3TIER. AMEC is acknowledged for accommodating part of B. L. Harding's effort. We thank Ken Nowak for assistance related to sampling the projection ensembles. We also thank two reviewers and our editor for their insightful suggestions.

This paper describes the analysis and views of the authors and does not represent any official position, view or policy of the authors' employing agencies or company.

Edited by: H. Cloke

## References

Anderson, J., Chung, F., Anderson, M., Brekke, L., Easton, D., Ejeta, M., Peterson, R., and Snyder, R.: Progress on Incorporating Climate Change into Management of California's Water Resources, in: Climatic Change, Springer, The Netherlands, 89, Supplement 1, 91–108, 2008.

Backlund, P., Janetos, A., Schimel, D., Hatfield, J., Boote, K., Fay, P., Hahn, L., Izaurralde, C., Kimball, B. A., Mader, T., Morgan, J., Ort, D., Polley, W., Thomson, A., Wolfe, D., Ryan, M. G., Archer, S. R., Birdsey, R., Dahm, C., Heath, L., Hicke, J., Hollinger, D., Huxman, T., Okin, G., Oren, R., Randerson, J., Schlesinger, W., Lettenmaier, D., Major, D., Poff, L., Running, S., Hansen, L., Inouye, D., Kelly, B. P., Meyerson, L., Peterson, B., and Shaw, R.: The effects of climate change on agriculture, land resources, water resources, and biodiversity in the United States, A Report by the US Climate Change Science Program and the Subcommittee on Global Change Research, US Department of Agriculture, Washington, D.C., USA, 362 pp., 2008.

Barnett, T. P., Adam, J. C., and Lettenmaier, D. P.: Potential impacts of a warming climate on water availability in snow-dominated regions, Nature, 438, 303–309, 2005.

Barnett, T., Pierce, D. W., Hidalgo, H., Bonfils, C., Santer, B. D., Das, T., Bala, G., Wood, A. W., Nazawa, T., Mirin, A., Cayan, D., and Dettinger, M.: Human-induced changes in the hydrology of the western United States, Science, 319, 1080–1083, doi:10.1126/science.1152538, 2008.

Barsugli, J., Anderson, C., Smith, J., and Vogel, J.: Options for Improving Climate Modeling to Assist Water Utility Planning for Climate Change, Water Utility Climate Alliance, San Francisco, California, 2009.

Brekke, L. D., Dettinger, M. D., Maurer, E. P., and Anderson, M.: Significance of model credibility in estimating climate projection distributions for regional hydroclimatological risk assessments, Climatic Change, 89, 371–394, 2008.

Christensen, N. S. and Lettenmaier, D. P.: A multimodel ensemble approach to assessment of climate change impacts on the hydrology and water resources of the Colorado River Basin, Hydrol. Earth Syst. Sci., 11, 1417–1434, doi:10.5194/hess-11-1417-2007, 2007.

Christensen, N. S., Wood, A. W., Voisin, N., and Lettenmaier, D.: The Effects of Climate Change on the Hydrology and Water Resources of the Colorado River basin, Climatic Change, 62, 337–363, 2004.

Deser, C., Phillips, A., Bourdette, V., and Teng, H.: Uncertainty in climate change projections: the role of internal variability, Clim. Dynam., 38, 527–546, doi:10.1007/s00382-010-0977-x, 2012.

Gleckler, P. J., Taylor, K. E., and Doutraiaux, C.: Performance metrics for climate models, J. Geophys. Res., 113, D06104, doi:10.1029/2007JD008972, 2008.

Hawkins, E. and Sutton, R.: The potential to narrow uncertainty in projections of regional precipitation change, Clim. Dynam., 37, 407–418, doi:10.1007/s00382-010-0810-6, 2011.

Hayhoe, K., Cayan, D., Field, C., Frumhoff, P. C., Maurer, E. P., Miller, N. L., Moser, S. C., Schneider, S. H., Cahill, K. N., Cleland, E. E., Dale, L., Drapek, R., Hanemann, R. M., Kalkstein, L. S., Lenihan, J., Lunch, C. K., Neilson, R. P., Sheridan, S. C., and Verville, J. H.: Emissions pathways, climate change, and impacts on California, P. Natl. Acad. Sci., 101, 12422–12427, 2004.

Liang, S., Lettenmaier, D. P., Wood, E. F., and Burges, S. J.: A simple hydrologically based model of land surface water and energy fluxes for general circulation models, J. Geophys. Res., 99, 14415–14428, 1994.

Liang, S., Lettenmaier, D. P., and Wood, E. F.: One-Dimensional Statistical Dynamic Representation of Subgrid Spatial Variability of Precipitation in the Two-Layer Variable Infiltration Capacity Model, J. Geophys. Res., 101, 21403–21422, 1996.

Lohmann, D., Raschke, E., Nijssen, B., and Lettenmaier, D. P.: Regional Scale Hydrology: I. Formulation of the VIC-2L Model Coupled to a Routing Model, Hydrol. Sci., 43, 131–142, 1998a.

Lohmann, D., Raschke, E., Nijssen, B., and Lettenmaier, D. P.: Regional Scale Hydrology: II. Application of the VIC-2L Model to the Weser River, Germany, Hydrol. Sci., 43, 143-158, 1998b.

Maurer, E. P.: Uncertainty in hydrologic impacts of climate change in the Sierra Nevada, California under two emissions scenarios, Climatic Change, 82, 309–325, 2007.

Maurer, E. P. and Hidalgo, H. G.: Utility of daily vs. monthly large-scale climate data: an intercomparison of two statistical downscaling methods, Hydrol. Earth Syst. Sci., 12, 551–563, doi:10.5194/hess-12-551-2008, 2008.

Maurer, E. P., Wood, A. W., Adam, J. C., Lettenmaier, D. P., and Nijssen, B.: A long-term hydrologically-based data set of land surface fluxes and states for the conterminous United States, J. Climate, 15, 3237–3251, 2002.

Maurer, E. P., Brekke, L., Pruitt, T., and Duffy, P. B.: Fine-resolution climate projections enhance regional climate change impact studies, EOS Trans. AGU, 88, 504, 2007a.

Maurer, E. P., Stewart, I. T., Bonfils, C., Duffy, P. B., and Cayan, D.: Detection, attribution, and sensitivity of trends toward earlier streamflow in the Sierra Nevada, J. Geophys. Res., 112, D11118, doi:10.1029/2006JD008088, 2007b.

Maurer, E. P., Adam, J. C., and Wood, A. W.: Climate model based consensus on the hydrologic impacts of climate change to the Rio Lempa basin of Central America, Hydrol. Earth Syst. Sci., 13, 183–194, doi:10.5194/hess-13-183-2009, 2009.

Meehl, G. A., Goddard, L., Murphy, J., Stouffer, R. J., Boer, G., Danabasoglu, G., Dixon, K., Giorgetta, M. A., Greene, A., Hawkins, E., Hegerl, G., Karoly, D., Keenlyside, N., Kimoto, M., Kirtman, B., Navarra, A., Pulwarty, R., Smith, D., Stammer, D., and Stockdale, T.: Decadal prediction: Can it be skillful?, B. Am. Meteorol. Soc., 90, 1467–1485, doi:10.1175/2009BAMS2778.1, 2009.

Milly, P. C. D., Dunne, K. A., and Vecchia, A. V.: Global pattern of trends in streamflow and water availability in a changing climate, Nature, 438, 347–350, 2005.

Milly, P. C. D., Betancourt, J., Falkenmark, M., Hirsch, R., Kundzewicz, Z., Lettenmaier, D. P., and Stouffer, R. J.: Stationarity Is Dead: Whither Water Management?, Science, 319, 573–574, 2008.

Mitchell, K. E., Lohmann, D., Houser, P. R., Wood, E. F., Schaake, J. C., Robock, A., Cosgrove, B. A., Sheffield, J., Duan, Q., Luo, L., Higgins, R. W., Pinker, R. T., Tarpley, J. D., Lettenmaier, D. P., Marshall, C. H., Entin, J. K., Pan, M., Shi, W., Koren, V., Meng, J., Ramsay, B. H., and Bailey, A. A.: The multi-institution North American Land Data Assimilation System (NLDAS): Utilizing multiple GCIP products and partners in a continental distributed hydrological modeling system, J. Geophys. Res., 109, D07S90, doi:10.1029/2003JD003823, 2004.

Nakicenovic, N., Davidson, O., Davis, G., Grübler, A., Kram, T., Lebre La Rovere, E., Metz, B., Morita, T., Pepper, W., Pitcher, H., Sankovski, A., Shukla, P., Swart, R., Watson, R., and Dadi, Z. (Eds.): Emissions Scenarios, A Special Report of Working Group III of the Intergovernmental Panel on Climate Change, Cambridge University Press, Cambridge, UK and New York, NY, 599 pp., 2000.

Nash, L. L. and Gleick, P. H.: The Sensitivity of Streamflow in the Colorado River basin to Climatic Changes, J. Hydrol., 125, 221–241, 1991.

Nijssen, B., O'Donnel, G. M., and Lettenmaier, D. P.: Predicting the Discharge of Global Rivers, J. Climate, 14, 3307–3323, 2001.

Painter, T. H., Barrett, A. P., Landry, C. C., Neff, J. C., Cassidy, M. P., Lawrence, C. R., McBride, K. E., and Farmer, G. L.: Impact of disturbed desert soils on duration of mountain snow cover, Geophys. Res. Lett., 34, L12502, doi:10.1029/2007GL030284, 2007.

Painter, T. H., Deems, J. S., Belnap, J., Hamlet, A. F., Landry, C. C., and Udall, B.: Response of Colorado River runoff to dust radiative forcing in snow, P. Natl. Acad. Sci., 107, 17125–17130, 2010.

Payne, J. T., Wood, A. W., Hamlet, A. F., Palmer, R. N., and Lettenmaier, D. P.: Mitigating the effects of climate change on the water resources of the Columbia River basin, Climatic Change, 62, 233–256, 2004.

Pennell, C. and Reichler, T.: On the Effective Number of Climate Models, J. Climate, 24, 2358–2367, doi:10.1175/2010JCLI3814.1, 2011.

Pierce, D. W., Barnett, T. P., Santer, B. D., and Gleckler, P. J.: Selecting global climate models for regional climate change studies, P. Nat. Acadl. Sci. USA, 106, 8441–8446, 2009.

Prairie, J. and Callejo, R.: Natural Flow and Salt Computation Methods, Calendar Years 1971–1995, US Department of the Interior, Bureau of Reclamation, Salt Lake City, Utah, 122 pp., 2005.

Reclamation: Sensitivity of Future CVP/SWP Operations to Potential Climate Change and Associated Sea Level Rise, Appendix R in Biological Assessment on the Continued Long-term Operations of the Central Valley Project and the State Water Project, prepared by Bureau of Reclamation, US Department of the Interior, Sacramento, California, 134 pp., 2008.

Reclamation: Colorado River Basin Natural Flow and Salt Data, http://www.usbr.gov/lc/region/g4000/NaturalFlow/index.html, last access: 2 April 2009.

Reclamation: Climate Change and Hydrology Scenarios for Oklahoma Yield Studies, Bureau of Reclamation, US Department of the Interior, Denver, Colorado, 2010.

Reclamation: Colorado River Basin Water Supply and Demand Study, Interim Report No. 1, Status Report, Bureau of Reclamation, US Department of the Interior, Boulder City, Nevada, 2011a.

Reclamation: Colorado River Basin Water Supply and Demand Study, Interim Report No. 1, Technical Report B – Water Supply Assessment, Bureau of Reclamation, US Department of the Interior, Boulder City, Nevada, 2011b.

Reclamation: West-Wide Climate Risk Assessments: Bias-Corrected and Spatially Downscaled Surface Water Projections, Bureau of Reclamation, US Department of the Interior, Denver, Colorado, 2011c.

Revelle, R. R. and Waggoner, P. E.: Effects of a Carbon Dioxide Induced Climatic Change on Water Supplies in the Western United States, in: Changing Climate, National Academy of Sciences Press, Washington, D.C., 1983.

Sankarasubramanian, A., Vogel, R. M., and Limbrunner, J. F.: Climate elasticity of streamflow in the United States, Water Resour. Res., 37, 1771–1781, 2001.

Santer, B. D., Taylor, K. E., Gleckler, P. J., Bonfils, C., Barnett, T. P., Pierce, D. W., Wigley, T. M. L., Mears, C., Wentz, F. J., Brüggemann, W., Gillett, N. P., Klein, S. A., Solomon, S. P., Stott, A., and Wehner, M. F.: Incorporating model quality information in climate change detection and attribution studies, P. Natl. Acad. Sci., 106, 14778–14783 2009.

Seager, R. M. and Vecchi, G. A.: Greenhouse warming and the 21st Century hydroclimate of southwestern North America, P. Natl. Acad. Sci., 107, 21277–21282, 2010.

Seager, R., Ting, M., Held, I., Kushnir, Y., Lu, J., Vecchi, G., Huang, H., Harnik, N., Leetmaa, A., Lau, N., Li, C., Velez, J., and Naik, N.: Model Projections of an Imminent Transition to a More Arid Climate in Southwestern North America, Science, 10, 1126, doi:0.1126/science.1139601, 2007.

Stainforth, D. A., Downing, T. E., Washington, R., Lopez, A., and New, M.: Issues in the interpretation of climate model ensembles to inform decisions Philos. T. Roy. Soc. A, 365, 2163–2177, 2007.

Stockton, C. W. and Boggess, W. R.: Geohydrological implications of climate change on water resource development, Final Report, US Army Coastal Engineering Research Center, Fort Belvoir, Virginia, p. 224, 1979.

Tebaldi, C. and Knutti, R.: The use of the multi-model ensemble in probabilistic climate projections, Philos. T. Roy. Soc. A, 365, 2053–2075, doi:10.1098/rsta.2007.2076, 2007.

Tebaldi, C., Mearns, L. O., Hychka, D., and Smith, R. L.: Regional probabilities of precipitation change; A Bayesian analysis of multimodel simulations, Geophys. Res. Lett., 31, L24213, doi:10.1029/2004GL021276, 2004.

Van Rheenen, N. T., Wood, A. W., Palmer, R. N., and Lettenmaier, D. P.: Potential implications of PCM climate change scenarios for Sacramento-San Joaquin River Basin hydrology and water resources, Climatic Change, 62, 257–281, 2004.

Wilby, R. L.: Evaluating climate model outputs for hydrological applications, Hydrolog. Sci. J., 55, 1090–1093, 2010.

Wilby, R. L. and Harris, I.: A framework for assessing uncertainties in climate change impacts: Low-flow scenarios for the River Thames, UK, Water Resour. Res., 42, W02419, doi:10.1029/2005WR004065, 2006.

Wood, E. F., Lettenmaier, D. P., and Zartarian, V. G.: A Land-Surface Hydrology Parameterization with Subgrid Variability for General Circulation Models, J. Geophys. Res., 97, 2717–2728, 1992.

Wood, A. W. and Lettenmaier, D. P.: A testbed for new seasonal hydrologic forecasting approaches in the western U.S., B. Am. Meteorol. Soc., 87, 1699–1712, doi:10.1175/BAMS-87-12-1699, 2006.

Wood, A. W., Maurer, E. P., Kumar, A., and Lettenmaier, D. P.: Long-range experimental hydrologic forecasting for the eastern United States, J. Geophys. Res.-Atmos., 107, 4429, doi:10.1029/2001jd000659, 2002.

Wood, A. W., Leung, L. R., Sridhar, V., and Lettenmaier, D. P.: Hydrologic implications of dynamical and statistical approaches to downscaling climate model outputs, Climatic Change, 15, 189–216, 2004.

Wood, A. W., Kumar, A., and Lettenmaier, D. P.: A retrospective assessment of climate model-based ensemble hydrologic forecasting in the western U.S., J. Geophys. Res., 110, D04105, doi:10.1029/2004JD004508, 2005.

WCRP – World Climate Research Programme's: Coupled Model Intercomparison Project phase 3 (CMIP3) multi-model dataset, Archive of downscaled climate projections; served at: http://gdo-dcp.ucllnl.org/downscaled_cmip3_projections/, last access: 22 April 2009.

J O U R N A L   O F   C L I M A T E

# Detection and Attribution of Streamflow Timing Changes to Climate Change in the Western United States

H. G. HIDALGO,*,[+] T. DAS,* M. D. DETTINGER,[#],* D. R. CAYAN,*,[#] D. W. PIERCE,* T. P. BARNETT,*
G. BALA,[@],[&] A. MIRIN,[@] A. W. WOOD,** C. BONFILS,[@] B. D. SANTER,[@] AND T. NOZAWA[++]

* Scripps Institution of Oceanography, University of California, San Diego, La Jolla, California
[#] United States Geological Survey, La Jolla, California
[@] Lawrence Livermore National Laboratory, Livermore, California
** University of Washington, Washington, D.C.
[++] National Institute for Environmental Studies, Tsukuba, Japan

(Manuscript received 6 February 2008, in final form 9 January 2009)

ABSTRACT

This article applies formal detection and attribution techniques to investigate the nature of observed shifts in the timing of streamflow in the western United States. Previous studies have shown that the snow hydrology of the western United States has changed in the second half of the twentieth century. Such changes manifest themselves in the form of more rain and less snow, in reductions in the snow water contents, and in earlier snowmelt and associated advances in streamflow "center" timing (the day in the "water-year" on average when half the water-year flow at a point has passed). However, with one exception over a more limited domain, no other study has attempted to formally attribute these changes to anthropogenic increases of greenhouse gases in the atmosphere. Using the observations together with a set of global climate model simulations and a hydrologic model (applied to three major hydrological regions of the western United States—the California region, the upper Colorado River basin, and the Columbia River basin), it is found that the observed trends toward earlier "center" timing of snowmelt-driven streamflows in the western United States since 1950 are detectably different from natural variability (significant at the $p < 0.05$ level). Furthermore, the nonnatural parts of these changes can be attributed confidently to climate changes induced by anthropogenic greenhouse gases, aerosols, ozone, and land use. The signal from the Columbia dominates the analysis, and it is the only basin that showed a detectable signal when the analysis was performed on individual basins. It should be noted that although climate change is an important signal, other climatic processes have also contributed to the hydrologic variability of large basins in the western United States.

## 1. Introduction

Previous studies have found hydroclimatological changes in the last 50 yr in the western United States. The changes are evident in the timing of spring runoff (Roos 1987, 1991; Wahl 1992; Aguado et al. 1992; Pupacko 1993; Dettinger and Cayan 1995; Regonda et al. 2005;

Stewart et al. 2005), in the fraction of rain versus snow (Knowles et al. 2006), in the amount of water contained in the snow (Mote 2003), and in climate-sensitive biological variables (Cayan et al. 2001). It has been thought that these changes are related mainly to temperature increases as they affect snowmelt-dominated basins in ways predicted in response to warming (Mote 2003; Barnett et al. 2005; Stewart et al. 2005; Maurer et al. 2007), and it has been suspected that the warming trends causing the changes are in part due to anthropogenic effects. Except for a recent study of California rivers (Maurer et al. 2007), though, no other study has attempted formally to *detect and attribute* those hydrometeorological changes to anthropogenic effects.

The present article is one of a series of papers describing detection and attribution of the causes of hydroclimatological change in the western United States

[+] Current affiliation: Universidad de Costa Rica, San José, Costa Rica.
[&] Current affiliation: Center for Atmospheric and Oceanic Sciences, Bangalore, India.

*Corresponding author address:* Hugo G. Hidalgo, CASPO Division, Scripps Institution of Oceanography, University of California, San Diego, 9500 Gilman Drive, La Jolla, CA 92093-0224.
E-mail: hugo.hidalgo@ucr.ac.cr

DOI: 10.1175/2009JCLI2470.1

© 2009 American Meteorological Society

(Barnett et al. 2008; Bonfils et al. 2008; Pierce et al. 2008). In particular, this paper focuses on shifts in the timing of streamflow. We investigate whether the shifts in streamflow over the past 50 yr are unlikely to have come about by natural variability, and, if so, whether these changes can be confidently attributed to human-caused climate change.

The western United States is particularly susceptible to temperature changes as (historically) a large fraction of the precipitation falling in the mountainous regions of the West occurs on days where the temperature is just a few degrees below 0°C (Bales et al. 2006). Presumably, this precipitation would change from snow to rain in warming climatic scenarios that increase the air temperature a few degrees. As an example, from 1949 to 2004 the warming of less than 3°C in winter wet-day temperatures across the region has resulted in significant negative trends in the snowfall water equivalent (SFE) divided by the fraction of winter precipitation ($P$) falling on snowy days (SFE/$P$) (Knowles et al. 2006). Knowles et al. (2006) also found that, although the Pacific decadal oscillation (PDO; Mantua et al. 1997) may have influenced wet-day temperatures and snowfall fractions at interdecadal time scales, longer-term changes also appear to have been occurring. This is also consistent with the findings of Stewart et al. (2004) and Mote et al. (2005, 2008) with respect to streamflow timing and snow water contents, respectively. While the overall volumes of annual streamflow have not changed much over the past 50 yr, the warming-induced changes are manifested in changes in the interseasonal distribution of streamflow. In particular, the March fraction of annual streamflow has increased, while the April–July fraction has decreased in some basins, with the center timing of streamflow (CT) in snow-dominated basins showing significant shifts toward earlier times in the spring (Dettinger and Cayan 1995; Stewart et al. 2005). Moore et al. (2007) mention that the definition of CT used by Stewart et al. (2005) (i.e., centroid) is similar to the date when 50% of the water-year flow has passed (DQF50) but this later index is less sensitive to outliers in the flow. Consistently with Regonda et al. (2005), Maurer et al. (2007), Moore et al. (2007), Rauscher et al. (2008), and Burn (2008), we will use CT as the date of the year when 50% of the water-year flow has passed (DQF50). In Déry et al. (2009), the CT as calculated here is criticized as a method for computing the timing of streamflow. The authors argue that for certain Canadian rivers there is a correlation between the annual flow and CT and that the influence from late season precipitation and glaciers could affect CT. In our case, the correlation between the flow and CT is nonsignificant at the 95% confidence level, there is only a

marginal contribution to the flow from glaciers, and the contribution from summer storms to the flow is negligible compared to the winter values, giving us confidence that we can index the timing of streamflow using CT.

In this study, two global climate model control runs are used to characterize CT natural variability. Using these runs, we will determine whether the trends in the observations are to be found in the distribution of trends from natural variability alone. In those cases where the trends in the observations lie (statistically) significantly outside the distribution of the natural variability, "detection" is achieved (Hegerl et al. 2006). Several forced runs will be used to attribute detected signals to anthropogenic or to solar–volcanic forcings on the climate. In all model runs, we will downscale the data from the climate models to a 1/8°-resolution grid and then run the downscaled estimates through the Variable Infiltration Capacity (VIC; Liang et al. 1994) hydrological model. In contrast to detection, attribution of anthropogenic climate change impacts is the process of determining whether the observed impacts are 1) consistent with the type of changes obtained from climate simulations that include external anthropogenic forcings and internal variability and 2) inconsistent with other explanations of climate change (Hegerl et al. 2006). Detection and attribution studies have been conducted for a number of measures of the climate of the atmosphere and ocean (Barnett et al. 2001; 2006; Hegerl et al. 2006; Hoerling et al. 2006; Zhang et al. 2007; Santer et al. 2007; Solomon et al. 2007b). A review of previous detection and attribution studies is available from The International Ad Hoc Detection and Attribution Group (2005). Most of those previous studies examine global- or continental-scale quantities. This study differs by attempting to perform detection and attribution on a regional scale, which is generally more difficult than the larger-scale analyses because the signal-to-noise ratio is proportional to the spatial scale of analysis (Karoly and Wu 2005). This study also is one of the first formal detection and attribution studies of hydrological variables.

## 2. Methods, models, and data sources

To investigate the detectability and possible attribution of climate change effects on streamflow timing in the western United States, we employed a particular detection method, several climate model simulations (including control runs and also runs that were driven by anthropogenic forcings or by solar and volcanic forcings), two statistical procedures to downscale the global climate model output to a hydrologically suited terrain

Case No. 1:20-cv-02484-MSK   Document 96-1   filed 05/06/21   USDC Colorado   pg 408 of 408

scale, a macroscale hydrological model with river routing, a set of observed meteorological data over the western United States, and observed streamflow data for key large basins. These elements are each described in the following sections.

### a. The optimal detection method

As noted earlier, "detection" of climate change is a procedure to evaluate whether observed changes are likely to have occurred from natural variations of the climate system. The optimal detection method is applied here. Details of the method can be found in Hegerl et al. (1996, 1997), Tett et al. (1999), Allen and Tett (1999), and Barnett et al. (2001). Given a variable for detection, the basic idea is to reduce the problem of multiple dimensions ($n$) to a univariate or low-dimensional problem (Hegerl et al. 1996). In this low-dimensional space, the detection of signals above the natural variability "noise" can be contrasted. That is, the trends in observed CT will be compared to the distribution of trends from the control run. Also, the detected vector can be compared with the vector obtained from the expected climate change pattern. As in Hegerl et al. (1996), we are using a simplified version of the method in which the signal strength ($S$) is actually the trend of the climate vector projected into the fingerprint for each of the climate runs. Specifically, $S$ was defined as

$$S = \text{trend}[F(x) \cdot D(x,t)], \tag{1}$$

where $F(x)$ is the signal fingerprint, $(Dx, t)$ indicates the three regional time series of any ensemble model run or the observations, and 'trend' indicates the slope of the least squares best-fit line. Uncertainty in the signal strength is calculated from a Monte Carlo simulation (see following sections). The 95% confidence intervals computed using traditional $t$ test statistics are approximately 0.91 times the confidence intervals obtained from the Monte Carlo method, suggesting that the autocorrelation and ensemble averaging have some effect on the size of the confidence intervals, with the Monte Carlo intervals being the most conservative estimates. For reference, an assessment of $S$ significance using traditional statistics (Student-$t$ probabilities from the slope of the best-fit line and the nonparametric Mann–Kendall test) will be presented in following sections. In the low-dimensional space, the signal strength will be used to 1) determine if the observations contain a significant signal above the natural variability in the system, as determined from two extensive control runs; and 2) to test the hypothesis that the trends of anthropogenically forced runs have the same signs as the

trends in the observations and that these signs are different than the solar–volcanic forced runs.

### b. Climate models

An 850-yr control simulation using the Community Climate System Model, version 3.0, Finite Volume (CCSM3-FV; Collins et al. 2006; Bala et al. 2008) general circulation model (GCM) will be used here to characterize natural inherent climate variability in the absence of human effects on climate (hereinafter called the CONTROLccsm run). CCSM3-FV is a fully coupled ocean–atmosphere model, run with no flux corrections, and an atmospheric latitude–longitude resolution of $1° \times 1.25°$ and 26 vertical levels. In addition, 750 yr of a control run (run B06.62) from the Parallel Climate Model version 2.1 (PCM; Washington et al. 2000) at a resolution of T42L26 (hereinafter CONTROLpcm run) will be used to verify our results. The anthropogenically forced signal of climate change will be obtained from 4 simulations (runs B06.22, B06.23, B06.27, and B06.28) by PCM under anthropogenic forcings (hereinafter ANTHROpcm runs) as well as from 10 realizations of the Model for Interdisciplinary Research on Climate, medium-resolution version [MIROC(medres) T42L20; Hasumi and Emori 2004; Nozawa et al. 2007; hereafter ANTHROmiroc runs] also with anthropogenic forcings. Two realizations of the PCM forced with solar and volcanic forcings only (runs B06.68 and B06.69) were obtained from the Intergovernmental Panel on Climate Change (IPCC) Web site (http://www.ipcc-data.org/). These latter data are used to test whether observed natural solar and volcanic effects can explain the observed river flow changes. The characteristics of the models and simulations are indicated in Table 1.

The control runs include only internal variability (no forcings). The ANTHROpcm runs include greenhouse gases, ozone, and direct effect of sulfate aerosols. The ANTHROmiroc runs include the previous forcings, plus the indirect effect of sulfate aerosols, direct and indirect effects of carbonaceous aerosols, and land-use change (see supplementary material in Barnett et al. 2008). The PCM and MIROC anthropogenic runs do not include solar and volcanic forcings, so they are not "all forcings" runs. We used these ANTHRO runs because we wanted to separate the effects of solar–volcanic and anthropogenic effects in the detection procedure. All models selected required to have a good representation of typical sea surface temperature patterns of El Niño–Southern Oscillation (ENSO) and the PDO (Bonfils et al. 2008; Pierce et al. 2008). Another requirement was the availability of daily precipitation and temperature data.