TABLE 1. Characteristics of the runs used in this study. NCAR: National Center for Atmospheric Research, United States; CCSR: Center for Climate System Research at the University of Tokyo, Japan; NIES: National Institute for Environmental Studies, Japan; FRCGC: Frontier Research Center for Global Change, Japan.

| Name | Model | Version | Origin | Resolution | No. of yr |
|---|---|---|---|---|---|
| CONTROLccsm | CCSM-FV | 3.0 | NCAR | $1 \times 1.25$ | 850 |
| CONTROLpcm | PCM | 2.1 | NCAR | T42L26 | 750 |
| ANTHROpcm | PCM | 2.1 | NCAR | T42L26 | $4 \times 50$ |
| ANTHROmiroc | MIROC | 3.2 | CCSR, NIES FRCGC | T42L20 | $10 \times 50$ |
| Solar–volcanic | PCM | 2.1 | NCAR | T42L26 | $2 \times 50$ |

*c. Downscaling methods*

The data from the CONTROLccsm, solar and volcanic runs, and ANTHROmiroc were downscaled to a $\frac{1}{8}° \times \frac{1}{8}°$ resolution grid over the western U.S. basins using the method of constructed analogs (CA; Hidalgo et al. 2008). Data from the CONTROLpcm were downscaled to the same resolution using the method of bias correction and spatial disaggregation (BCSD; Wood et al. 2004), as were the ANTHROpcm runs. An intercomparison of the methods of downscaling can be found in Maurer and Hidalgo (2008). The most notable difference between the two methods on the decadal time scales of interest here is that trends are modestly weaker in the CA method than in the BCSD (Maurer and Hidalgo 2008).

1) CONSTRUCTED ANALOGS DOWNSCALING

The CA method is an analogous-based statistical downscaling approach described in detail in Hidalgo et al. (2008). In the appendix a description of the mathematical procedures of the method is included. The downscaling is performed on the temperature and precipitation daily anomaly patterns from the GCM. The base period for computing anomalies is 1950–76. A simple bias correction procedure is accomplished by dividing the anomalies at each grid point of the GCM by the standard deviation of the model and multiplying the result by the standard deviation of the observations. The precipitation was transformed by a square root before processing to make its distribution more Gaussian.

The coarse-resolution target pattern to be downscaled from a climate model for a particular day is estimated using a linear combination of previously observed patterns (library) that are similar to the target pattern. The linear estimate at the coarse scale of the target pattern is called the analog. The downscaled estimate is constructed by applying the same linear combination of coefficients obtained at the coarse-scale to the high-resolution patterns corresponding to the same days used to derive the analog. In this application of the CA, the library patterns were composed of the Maurer et al. (2002) daily precipitation and temperature gridded

observations, aggregated at the resolution of each climate model, from 1950 to 1976 along with the corresponding $\frac{1}{8}°$ versions for the same days. As in Hidalgo et al. (2008), the estimation of the target pattern was constructed by using as predictors the best 30 analogs [based on the pattern root-mean-square error (RMSE) distance from the target] selected from all days in the historical record within ±45 days of the day of year of the target. The domain of the downscaled meteorological data contains the four major hydrological regions of the western United States: the Columbia River basin, California, the Colorado River basin, and the Great Basin (Fig. 1). A list of the characteristics of the basins can be found in Table 2.

2) BIAS CORRECTION AND SPATIAL
DISAGGREGATION DOWNSCALING

The BCSD method is described in detail in Wood et al. (2002, 2004) and has been used previously in a number of climate studies for the western United States (Van Rheenen et al. 2004; Christensen et al. 2004; Payne et al. 2004; Maurer et al. 2007). In brief, the two-step procedure first removes bias more rigorously than for the CA method. The bias is removed on a climate model gridcell-specific basis by using a mapping from the probability density functions for the monthly GCM precipitation and temperature to those of observations, spatially aggregated to the GCM scale. The adjusted climate model simulation outputs from this step are then expressed as anomalies from long-term observed means at the climate model scale. Spatial disaggregation is achieved by the second step, in which the monthlong daily sequences of precipitation and temperature minima and maxima at the 1/8° scale are randomly drawn from the historical record, and then scaled (for precipitation) or shifted (for temperatures) so that the monthly averages reproduce the climate model–scale anomalies. Two constraints are applied: that the selected month is the same calendar month as the month being downscaled; and that the same sample year is applied to all grid cells within the basin for each month, which preserves a plausible spatial structure of precipitation and temperature.



FIG. 1. (a) Location of the river gauges in the western United States and (b) elevation (in meters above sea level). The data have been trimmed to the study domain.

### d. Hydrological model

The downscaled precipitation ($P$), maximum temperature (Tmax), and minimum temperature (Tmin) data along with climatological wind speed from all the runs were used as input to the macroscale VIC (Liang et al. 1994) hydrological model. VIC simulates a full complement of hydrological variables making up the land surface water and energy balance such as soil moisture, snow water equivalent (SWE), baseflow, and runoff, using daily meteorological data as time-varying input, based on parameterized soil and vegetation properties. The land surface is modeled using a tiled configuration of vegetation covers, while the subsurface flow is modeled using three soil layers of different thicknesses (Liang et al. 1994; Sheffield et al. 2004). Defining characteristics of VIC are the probabilistic treatment of subgrid soil moisture capacity distribution, the parameterization of baseflow as a nonlinear recession from the lower soil layer, and that the unsaturated hydraulic conductivity at each particular time step is a function of the degree of saturation of the soil (Campbell 1974; Liang et al. 1994; Sheffield et al. 2004). Details on the characteristics of the model can be found else-

where (Liang et al. 1994; Cherkauer et al. 2002; http://www.hydro.washington.edu/Lettenmaier/Models/VIC/VIChome.html). The model was run using the water-balance mode at $\frac{1}{8}°$ resolution over the western United States (Fig. 1). VIC has been used extensively in a variety of water resources applications, from studies of climate variability, forecasting, and climate change studies (e.g., Wood et al. 1997, 2002, 2004; Nijssen et al. 1997, 2001; Hamlet and Lettenmaier 1999).

### e. Naturalized streamflow data sources

The naturalized streamflow data for California were obtained from the California Data Exchange Center (CDEC; http://cdec.water.ca.gov/). The data for the Colorado River were obtained from James Prairie's Internet site from the Upper Colorado Regional Office of the Bureau of Reclamation (http://cadswes2.colorado.edu/~prairie/index.html). The data from the Columbia River were obtained from an updated version of A.G. Crook Company (1993). These naturalized streamflow estimates are generated by adding back the consumptive use to the measurement from the streamflow gauges for each month. Although it is difficult to assess

TABLE 2. River basin characteristics.

| Stream gauge | Latitude N | Longitude W | Elevation (m) | | | Approx area km$^2$ |
| --- | --- | --- | --- | --- | --- | --- |
| | | | Min | Max | Avg | |
| Columbia River at The Dalles | 45.600 | 121.200 | 130 | 3113 | 1395 | 679 250 |
| Colorado River at Lees Ferry | 36.920 | 111.550 | 1167 | 3700 | 2188 | 279 650 |
| Sacramento River at Bend Bridge | 40.289 | 122.186 | 149 | 2483 | 1309 | 31 970 |
| Stanislaus River at Goodwin | 37.852 | 120.637 | 299 | 2758 | 1630 | 2450 |
| Tuolumne River at La Grange Dam | 37.666 | 120.441 | 190 | 3138 | 1910 | 4750 |
| Merced River near Merced Falls | 37.522 | 120.300 | 212 | 3104 | 1578 | 2590 |
| San Joaquin River below Friant | 36.984 | 119.723 | 154 | 3517 | 2012 | 5330 |



FIG. 2. Streamflow climatologies of naturalized flow for two periods: pre- and post-construction of major dams in the rivers.

the quality of these naturalized flows, we calculated the streamflow climatologies before and after the major dams were built in the rivers. The results showed that the Columbia River has the closest match of these climatologies, followed by the Colorado, and the greatest differences were found for the California rivers (Fig. 2). Overall the differences in the climatologies are not large for the Colorado and Columbia, supporting the use of the naturalized data. The differences are larger for the California rivers, and this may affect the results for individual basins. Although, as it will be seen, because of weighting used the Columbia plays a dominant role in the detection and attribution for the western United States; therefore, the influence of the California rivers in the western U.S.–wide detection and attribution analysis is marginal.

*f. River routing*

The VIC-simulated runoff and baseflow were routed, as in Lohmann et al. (1996), to obtain daily streamflow data for four rivers: 1) the Sacramento River at Bend Bridge (California), 2) the Colorado River at Lees Ferry (Arizona), 3) the Columbia River at The Dalles (Oregon), and 4) the San Joaquin River (California). The data for the total flow of the San Joaquin River were obtained by adding together the daily streamflow values from the four main tributaries: the Stanislaus, the Merced, the Tuolumne, and the San Joaquin Rivers

(Fig. 1). The naturalized monthly observed data from these four rivers showed strong correlations with the values obtained from the VIC model using the meteorological data from Maurer et al. (2002) as input, suggesting that the calibration of the model is good (Fig. 3). These rivers present runoff climatologies consistent with snow-controlled hydrologies with a maximum peak occurring around May or June (Fig. 4), although the Sacramento River is fed in part by runoff from lower elevations as well and peaks in February–March.

Although the variability of streamflow and CT is captured well, the trends in CT by VIC-forced-by-gridded-observations (from Maurer et al. 2002) are all negative but weak (nonsignificant) for all rivers (Fig. 5, left panel). This underestimates the negative trend in the Columbia River, which is highly significant for the CT computed from the naturalized flow (Fig. 5, bottom right). There are three possible explanations for the weaker trends in CT computed from VIC-forced-by-gridded-observations compared to the CT computed from the naturalized streamflow: 1) the naturalized streamflow has errors, 2) the forcing data (precipitation, temperature, and wind speed) for VIC have errors, and 3) a deficiency in VIC to reproduce CT time series. It is important to determine if there are serious deficiencies in VIC to produce CT time series, as this study depends on the correct modeling of CT; for this reason an analysis was developed to look at the sources of errors from CT.

JOURNAL OF CLIMATE



FIG. 3. Modeled vs naturalized monthly streamflow for selected major basins in the western United States.

First, in order to discard possible large errors in the naturalized streamflow data for the Columbia, we calculated the 1950–99 trend in CT from a collection of streamflow gauges from the Hydro-Climatic Data Network (HCDN), updated using data from the United States Geological Survey. These gauges are relatively unimpaired by dams. As can be seen in Fig. 6, the trends in CT in the high elevations of the Columbia River have magnitudes on the order of −0.2 days per year, consistent with the CT trend of −0.17 days per year from the naturalized streamflow of the Columbia River at The Dalles (Fig. 5). Note that coastal stations showed a trend toward later streamflow CT (Fig. 6). Stewart et al. (2005) showed this opposite response in CT for coastal stations that are not snow-dominated gauges. Although the consistency of the CT trends at The Dalles compared to Fig. 6 is not a formal indication of the quality of the naturalized data, the previous analysis gives us confidence that there is a significant trend in the CT on the high-elevation parts Columbia basin, a result found also in Stewart et al. (2004).

Second, we looked at possible errors in the trends of the forcing data used to drive VIC. In Fig. 7, the basin average temperature and precipitation from the Maurer et al. (2002) data[1] (VIC forcing) and from the area-weighted average of the Climate Divisional data for

Washington State are shown. The trends in temperature in the VIC forcing data are slightly weaker than the trends in the Climate Divisional data, while the trends in precipitation are positive in the VIC forcing data and almost zero in the Climate Divisional data. One may ask if these differences are large enough to produce weaker trends in CT in the VIC forced by observations compared to the naturalized flows. We modified the VIC input by increasing the temperature trend in an amount corresponding to the difference in the trends from the Climate Divisional data and the VIC forcing and decreased the precipitation trend in the data using the same criteria. The resulting dataset (modified VIC forcing) has very similar basinwide precipitation and temperature trends compared to the Climate Divisional trends (not shown). When CT was calculated using the modified VIC forcing, the CT trend becomes strongly negative and highly significant ($\beta = -0.45$ days yr$^{-1}$, $p < 5.61 \times 10^{-6}$). Although it is possible that the Climate Divisional data have errors (Keim et al. 2003), this approximate experiment suggests that there may be errors of such magnitude in the trend of the forcing data that are sufficient to diminish the trends in CT as shown in Fig. 5 (left panels) and that the VIC model does not seem to have serious deficiencies in modeling CT trends.

### g. Calculation of the signal strength S

For all runs, the Sacramento and San Joaquin Rivers were added to form a single streamflow time series

---

[1] An analysis using the alternative Hamlet and Lettenmaier (2005) meteorological data was also performed with similar results.



FIG. 4. Monthly 1950–99 observed climatologies of (left) precipitation, (middle) temperature, and (right) runoff for basins in the western United States at gauges shown in Table 2. The box is bounded by the lower and upper quartiles; the median is shown inside the box; and the whiskers extend 1.5 times the interquartile range or to the extent of the data. Values outside the whiskers are shown with the "+" symbol.



FIG. 5. Time series of the CT of (left) modeled and (right) naturalized streamflow from 1950 to 1999. The values of the slope ($\beta$) are shown, as well as the significance of the trend (in parentheses). The values of CT are given in days from 1 October. The meteorological data used to force VIC is from Maurer et al. (2002).

representative of the California region, leaving us with three streamflow time series: the Sacramento/San Joaquin, Colorado, and Columbia Rivers. The CT of streamflow was computed from the simulated daily streamflow time series and was defined according to Maurer et al. (2007) as the day of the water year when 50% of the water-year streamflow has passed through the channel at the calibration points shown in Fig. 1. The CT of the observed naturalized flows was estimated from the monthly data by allocating the monthly values to the middle days of the months and interpolating the CT values between the months that correspond to the point where the fractional flow was below and above 50%. This procedure proved to be accurate using as an example the daily data from the models by comparing the results of computing the CT from the dailies and the monthlies (not shown).

We therefore have three time series (one per river), each 50 yr long, for the observations and for every anthropogenically forced model run and 50-yr segment of the control runs.

The fingerprint is defined as the leading empirical orthogonal function (EOF) of the ensemble-averaged CT time series of the PCM and MIROC anthropogenically forced ensemble members. That is, ensemble CTs for each of the three rivers were obtained by averaging 14 members (4 from PCM and 10 from MIROC). We wanted to focus mostly on changes in river flow driven by snowmelt, so, prior to computing the EOF, we weighted each CT series by a factor equaling the basin's climatological ratio of 1 April SWE divided to water-year precipitation (P) using the data from the control runs [1 April is typically (within 12%) the date



FIG. 6. Trends in CT (days yr$^{-1}$) from streamflow observations from 1950 to 1999 in the Columbia River basin (CRB). The streamflow observations were obtained from the HCDN and updated from measurements from the United States Geological Survey. The CRB area is shown in green.

of maximum SWE accumulation in the western United States (Bohr and Aguado 2001)]. This choice emphasized rivers driven primarily by snowmelt and deemphasized rivers driven primarily by rainfall. A second set of weights accounted for the area of the basins so time series representing larger areas would have proportionally more influence. Both types of weights, expressed as fractions, are shown in Table 3.

The EOF that comprises the fingerprint explains 78% of the variance. The resulting component is heavily biased toward the variability of the Columbia (because of the weighting), and therefore the majority of the signal comes from this region. The fingerprint pattern is therefore a pattern with large loadings in the Columbia and small loadings for the California and Colorado basins. In a following section the detection for individual rivers will be provided.

The standard deviation from the first 300 yr of the CONTROLccsm run was initially used to optimize the signal-to-noise ratio. Optimization is a process used in certain kinds of detection and attribution studies to accentuate the signal-to-noise ratio, but it requires part of one of the control runs to be used for optimization purposes (and not allow to be part of the detection). In the present study, the optimized results differ little from the nonoptimized version (not shown). We therefore use the nonoptimized solution to allow the entire CONTROLccsm run to be used for detection purposes.

It is important to examine whether the variability of the center timing in the control runs is similar to the variability in the observations. If the variability of the control runs is significantly less than the observations,



FIG. 7. Standardized time series of annual average (top) temperature (Tavg) and (bottom) precipitation (prec) from 1950 to 1999 from two datasets: Maurer et al. (2002) gridded dataset, and the Climate Divisional Data (http://www7.ncdc.noaa.gov/CDO/CDODivisionalSelect.jsp#).

there is a risk of spurious detection because forced trends in the observations could be significantly higher than the variability from the control run but not the variability in the real world. A comparison of the spectra of a tree-ring reconstruction of the annual streamflow at the upper Colorado River at Lees Ferry (Meko et al. 2007) with the control runs (Fig. 8a) indicated good agreement, suggesting that the low-frequency streamflow variability is well captured by the models (see also supplementary information from Barnett et al. 2008). However a similar comparison of the spectra of the streamflow at the Columbia River at The Dalles from the control runs with a tree-ring reconstruction (Gedalof et al. 2004) show that the control runs generally overpredict the variability of the streamflow at the Columbia for frequencies higher than 0.05 cycles yr$^{-1}$ or 20-yr periodicities (Fig. 8b). Note that the streamflow low-frequency variability of interest here is captured well by the models, and that, although Fig. 8 is an indicator of

TABLE 3. Weights used in the calculation of fingerprint. The weights have been normalized so that their summation is equal to 1.

|  | SWE/$P$ weights | Area weights | Total weights |
|---|---|---|---|
| California | 0.20 | 0.05 | 0.02 |
| Colorado | 0.31 | 0.28 | 0.20 |
| Columbia | 0.49 | 0.67 | 0.78 |

the agreement of the annual streamflow spectra between tree-ring data and models, it does not show the agreement between CTs (CT cannot be computed from tree-ring streamflow reconstructions that have annual resolution). For this reason we computed the standard deviations for the 5-yr low-pass-filtered CT for the control runs and naturalized observations and found that the standard deviations are statistically the same. The 5-yr low-pass-filtered CT was used to remove any high-frequency variability, for example, associated with ENSO. The standard deviations for the Columbia River CT are 5.9 days for the CONTROLccsm, 5.5 days for the CONTROLpcm, and 5.5 days for CT from the naturalized flow observations.

## 3. Results

The slopes of fitted linear trends of CT from 1950 to 1999 for the naturalized flows are negative in the three





FIG. 8. Power spectra of the streamflow at (a) the upper Colorado River at Lees Ferry and (b) the Columbia River at The Dalles from the PCM and CCSM3-FV control runs compared to tree-ring reconstructions.



FIG. 9. Same as Fig. 5, but for ensemble of the ANTHROpcm and ANTHROmiroc model simulations.

rivers, although only in the Columbia are the trends significant (Fig. 5, right panel). In the ANTHRO ensemble all trends are negative with significant trends in the Colorado and Columbia (Fig. 9). By contrast, for the PCM solar–volcanic runs the trends are in all cases positive with significant trends in the Columbia (Fig. 10). Note that the CT trends in the ANTHRO runs are not strictly comparable to the trends in the observations. That is, the ANTHRO runs are not an "all forcings" run (of a similar type to a twentieth-century climate, or 20c3m, run), and solar and volcanic effects for example are not included.

It is interesting to note that California has been one of the first places where the earlier snowmelt has been reported; therefore, the lack of significant CT trends in the observations and in the model is puzzling. However, if we look at the longer CT records from 1907 to 2003,



FIG. 10. Same as Fig. 5, but for the ensemble mean of the PCM solar–volcanic model simulations.

the observed trends in California are highly significant ($\beta = -0.183$ days $yr^{-1}$, $p = 0.00046$), therefore significant trends can be found when using the long-term data (not shown).

The resulting detection plot is shown in Fig. 11. The fingerprint is shown in Fig. 11a. The detection variable $S$ is shown in Fig. 11b. We used a Monte Carlo test (below) to estimate the likelihood that the model runs and the observations are drawn from the control distribution. The values of $S$, including the resulting 95% confidence Monte Carlo error bars, are positive for the observed naturalized flow and the ANTHRO runs. By contrast, $S$ is negative for the solar and volcanic runs. This means that the trends toward earlier river flow observed in the model runs and the observations are unlikely to have been obtained from natural internal



FIG. 11. (a) The fingerprint (PC1 loadings) of the ensemble mean including both ANTHROpcm and ANTHROmiroc CT series for three major western U.S. river basins and (b) the detection plot for CT. The 95% confidence intervals for the signal strength were calculated using a Monte Carlo resampling of the control runs.

variability alone. For reference, an assessment of $S$ significance using traditional statistics is shown in Table 4.

It is important to assess the probability that the distribution of $S$ in the ANTHROpcm and ANTHROmiroc runs (or the observations) is significantly different from the distribution of $S$ in the control runs. This was calculated using a Monte Carlo method that estimates the likelihood that a given ensemble mean value of $S$ can be drawn from the control runs, given an ensemble of $k$ members ($k = 4$ for ANTHROpcm, $k = 10$ for ANTHROmiroc, $k = 2$ for the solar–volcanic runs). Groups of $k$ members were randomly selected from among all the 50-yr segments in the control runs, and their ensemble-average $S$ calculated. This was repeated 10 000 times to form a distribution of control $S$ for comparison

TABLE 4. Student's-$t$ test and Mann–Kendall (MK) probabilities of test for significance of signal strength.

|  | $t$ test | MK test |
|---|---|---|
| Observations | 0.0127 | 0.0343 |
| ANTHROpcm | 0.0092 | 0.0033 |
| ANTHROmiroc | 0.0179 | 0.0215 |
| Solar–volcanic PCM | 0.0244 | 0.0229 |

J O U R N A L   O F   C L I M A T E

TABLE 5. Testing of different model configurations for detection.

| Setting | Case 1 | Case 2 | Case 3 | Case 4 | Case 5 |
|---|---|---|---|---|---|
| Fingerprint | PCM + MIROC | PCM | MIROC | PCM+MIROC | PCM + MIROC |
| Noise | CCSM + PCM | CCSM + PCM | CCSM + PCM | CCSM | PCM |
| Detection level | $<0.05$ | $<0.05$ | $<0.05$ | $<0.05$ | $<0.05$ |

| Setting | Case 6 | Case 7 | Case 8 | Case 9 |
|---|---|---|---|---|
| Fingerprint | PCM | PCM | MIROC | MIROC |
| Noise | CCSM | PCM | CCSM | PCM |
| Detection level | $<0.05$ | $<0.05$ | $<0.05$ | $<0.05$ |

with the anthropogenic models. The same procedure was used for the observed naturalized flow, although in this case with $k = 1$, no ensemble averaging is possible. The ANTHROpcm and ANTHROmiroc ensemble means are unlikely to have been drawn from the control distribution ($p < 0.05$). The observed naturalized flow also differs from the control run at the $p < 0.05$ level. This implies that the human influences on climate are discernible from the natural variability; that is, *detection* has been achieved at the 95% confidence level.

Attribution is addressed by determining whether the observed values of $S$ are not inconsistent with the anthropogenic and/or solar–volcanic model results. Assuming a normal distribution, the means and standard deviations of the ANTHROpcm and ANTHROmiroc $S$ values were calculated. The difference between the $S$ from the observations and the ensemble mean of the $S$ values from all the ANTHROpcm and ANTHROmiroc runs is statistically small; hence the trends in the observations are consistent with the trends from the anthropogenic runs. On the other hand, the ensemble-mean $S$ from the solar and volcanic runs is more than four standard deviations away from the observations and more than four standard deviations away from the mean of the anthropogenic runs (not shown), suggesting they are from different statistical distributions than the observations. We conclude that observed changes in river CT are consistent with human forcing of the climate and unlikely to have arisen from natural solar or volcanic variability.

We tested several configurations of the western U.S. model, as shown in Table 5, and find that the model is robust with respect to the choices selected. That is, for all combinations of models used in the fingerprint and control run used for the "noise" detection at the $p < 0.05$ level was found (Table 5). The only case that we found where formal detection failed occurred when we did not use the SWE/$P$ and area weights (not shown).

Following results from Stewart et al. (2005) and Dettinger and Cayan (1995), which indicate shifts toward greater earlier streamflow fractions in the western U.S.

basins, we applied the detection method to the streamflow fractions during the winter–spring, summer, and the March fractions (not shown). For the winter–spring fractions we found detection at the $p < 0.05$ level for all of the GCMs (not shown). For summer the observations do not show a strong enough trend to result in detectability at the 0.05 level (not shown). For the March fractions, the ANTHROpcm and the observations showed detection at the 0.05 level, but the ANTHROmiroc failed to trend significantly (not shown). The weaker trends in MIROC compared to PCM and the observations indicate that MIROC did not warm realistically (Bonfils et al. 2008).

We also investigated whether the detected changes were associated with temperature or precipitation changes. Pierce et al. (2008) repeated the entire detection and attribution analysis using $P$ instead of SWE/$P$ and found no detection at the $p < 0.10$ level. That study (Pierce et al. 2008) and previous studies (Mote et al. 2005; Stewart et al. 2005) concluded that the reductions in snowpack are primarily driven by increases in temperature over the western United States (Pierce et al. 2008). Thus we believe that the temperature increases in winter and spring and associated reductions of snow versus rain ratios (Knowles et al. 2006) and in the spring snowpack are responsible for the advanced timing of streamflow.

Maurer et al. (2007) found no detection for California river flow using CT as a detection variable. We repeated our detection and attribution analysis using individual rivers and likewise did not achieve formal detection for the Sacramento and the San Joaquin Rivers (Figs. 12a,b). For the Sacramento River, the CT observations and the ANTHROmiroc fall within the overlap area where they are consistent with both the anthropogenic results and the distribution of natural internal climate variability. However, the PCM anthropogenic model runs (ANTHROpcm) proved to be separate from the distribution of the control runs (CONTROLccsm and CONTROLpcm). In such a case, although there is partial separation, detection of an anthropogenic effect cannot be irrefutably claimed. This example illustrates the



FIG. 12. Detection plot for individual river basins of the western United States.

present difficulty of regional detection and attribution, when averaging over relatively small regions often produces a distribution of anthropogenically forced responses that is not yet well separated from that of natural internal variability, especially when the character of simulated natural variability varies from model to model. In the case of the San Joaquin River and the upper Colorado River, the ANTHROpcm and ANTHROmiroc are well separated from the distribution of trends from the control run (Figs. 12b,c); however, the observations fall between the overlap area where they are consistent with both the anthropogenic results and the distribution of natural internal variability. In these cases we cannot claim that detection is achieved. It is possible that the lack of trends in the observations is due to the masking of the anthropogenic signal by the opposing effect of solar–volcanic effects (as the observations are an "all forcing" integration). It should be emphasized that, in some cases, the ANTHRO runs predict a significant decline in the CT trends that is not seen in observations (note that the fingerprint has negative loadings so the sign of the trends are inverted in the Fig. 12). It should be kept in mind that the ANTHRO runs are not "all forcings" runs—they lack solar and volcanic effects, for example— and so the PCM model response to greenhouse gases only is not affected by cooling effects from the solar–volcanic forcings. Note also that, for the Sacramento

case, the ANTHROmiroc does not separate well from the zero line, while the ANTHROpcm is well separated. The weaker trends in MIROC compared to PCM may be an indication that MIROC did not warm realistically (Bonfils et al. 2008), but this finding awaits a longer record to be conclusive.

In the case of the Columbia (Fig. 12d), the detection and attribution of climate change is evident in the separation of observed and modeled trends from the distribution of trends from the control run. In the observations, the effect of anthropogenic warming is greater than any cooling effect from solar and volcanic sources and therefore results in strong negative trends. One observation regarding the results from the Columbia is the fact that, if we assume that the effects of climate change are linear, one can add the trends from the ANTHRO in Fig. 9 and the solar–volcanic from Fig. 10 and obtain near-zero trends for the observations. At first glance this seems inconsistent with the significant trends found for the Columbia in the naturalized data. It can be argued that either some forcings beside the considered anthropogenic and natural are missing or the model is not able to reliably reproduce the response of the considered forcings. Although these are two valid possibilities, it should be mentioned that we are not claiming that the entire trend in the Columbia is associated with global warming, just a fraction of it (e.g., in Barnett et al. 2008 it was estimated that for multiple

variables analyzed that fraction is around 60%). Therefore other effects (e.g., the fact that the PDO switched around the middle of the 1950–99 period, increasing temperatures in the Columbia basin) may have played a role in the observed CT trends in the Columbia. We believe this does not invalidate the attribution part of this analysis as it has been proven in other sources that the shift in the PDO is not enough to explain the change in hydrological measures in the western United States (Stewart et al. 2004; Knowles et al. 2006; Mote et al. 2005, 2008).

## 4. Conclusions

A formal attribution and detection procedure can provide insight into the nature of observed changes in the streamflow timing from key snowmelt watersheds over the western United States. If the changes toward earlier timing of streamflow are found to be associated with natural variability, it would be expected that after some time the climate system would rebound toward later streamflow timings, and the hydrology would revert toward more snow (and less rain) in the winter and therefore higher flows in summer. If the changes observed are unequivocally associated with anthropogenic warming (because of changes in the composition of the atmosphere), however, the decreases in winter snow to rain ratios and the timing of snowmelt can only become more pronounced as ongoing changes in atmospheric chemistry become more acute.

Using an optimal detection method, we found that observed streamflow center timing (CT) trends lie beyond a good share of the distribution of trends from simulations of natural variability. We find a detectable signal (at the $p < 0.05$ level) on the timing of streamflow over the second half of the twentieth century toward earlier streamflow timing.

The changes in streamflow timing are dominated by changes over the Columbia River basin, with lesser signals arising from the California Sierra watersheds and little from the Colorado River basin. This indicates that climate change is an important signal, but also indicates that other climatic processes have also contributed to the hydrologic variability of large basins in the western United States.

The present study employed two control runs (CCSM3-FV and PCM) and two anthropogenically forced models (PCM and MIROC), allowing us to test several configurations of the streamflow timing (CT) detection options by using one or the other control and anthropogenic runs. For CT, the big picture from these experiments indicates a shift toward earlier streamflow, which cannot be explained solely by natural variability.

All the options in the selection of the models to use for control and anthropogenic runs resulted in detections at the 95% confidence level, indicating that the results are robust with respect to these choices. For streamflow fractional timing PCM showed positive detection for winter, summer, and March, but MIROC yielded detection only in summer. For all model cases, the Columbia basin was the major contributor to the detection with less influence from California and little from the Colorado. Comparison of two downscaling methods (Barnett et al. 2008) showed little dependence of the detection and attribution results to with respect to the downscaling method. In summary, we can now state with "very high confidence" (Solomon et al. 2007a; box TS.1.1) that recent trends toward earlier streamflows in the Columbia basin are in part due to anthropogenic climate change.

In the cases when detection was positive, we tested the attribution of those changes to two possible explanations: anthropogenic forcings or to natural forcings. In all cases the attribution was consistent with the anthropogenic forcing explanation and inconsistent with the solar–volcanic (natural forcings) explanation. Consistent with the results from Bonfils et al. (2008) for temperature and Pierce et al. (2008) for snow changes, the advance in streamflow timing in the western United States appears to arise, to some measure, from anthropogenic warming. Thus the observed changes appear to be the early phase of changes expected under climate change. This finding presages grave consequences for the water supply, water management, and ecology of the region. In particular, more winter and spring flooding and drier summers are expected as well as less winter snow (more rain) and earlier snowmelt.

*Acknowledgments.* This work was supported by the Lawrence Livermore National Laboratory through an LDRD grant to the Scripps Institution of Oceanography (SIO) via the San Diego Supercomputer Center (SDSC) for the LUCSiD project. The MIROC simulations were supported by the Research Revolution 2002 of the Ministry of Education, Culture, Sports, Science and Technology of Japan. The PCM simulation had previously made available to SIO by the National Center for Atmospheric Research for the ACPI project. This work was also partially supported by the Department of Energy and NOAA through the International Detection and Attribution Group (IDAG). The LLNL participants were supported by DOE-W-7405-ENG-48 to the Program of Climate Model Diagnoses and Intercomparison (PCMDI). The USGS and SIO provided partial salary support for DC and MD at SIO; the California Energy Commission provided partial salary support for DC, DP,

and HH at SIO. Thanks are also due to the Department of Energy, which supported TPB as part of the IDAG. Thank you to David Meko and Ze'ev Gedalof for providing tree-ring reconstructions of the streamflow of the upper Colorado River and Columbia River basins. We thank two anonymous reviewers, Stephen Déry and the chief editor of the *Journal of Climate*, Andrew Weaver, for their constructive comments.

## APPENDIX

### Downscaling with Constructed Analogs

#### a. Step 1: Fitting a coarse-resolution analog

Once the pool of predictor patterns has been selected for a given coarse-resolution Tmax, Tmin, or $P$ pattern for a certain day and year ($\mathbf{Z}_{obs}$), an analog of that pattern ($\mathbf{Z}_{analog}$) can be constructed as a linear combination of the (preferred 30-member most suitable subset of) predictor patterns, according to

$$\mathbf{Z}_{obs} \approx \hat{\mathbf{Z}}_{obs} = \mathbf{Z}_{analog} \mathbf{A}_{analog}, \qquad (A1)$$

where $\mathbf{Z}_{analog}$ is a matrix of the column vectors comprising the most suitable subset of coarse-resolution patterns identified above specifically for $\mathbf{Z}_{obs}$, and $\mathbf{A}_{analog}$ is a column vector of fitted least squares estimates of the regression coefficients that are the linear proportions of the contributions of each column of $\mathbf{Z}_{analog}$ to the constructed analog. The dimensions of the $\mathbf{Z}_{obs}$ matrix are $p_{coarse} \times 1$, where $p_{coarse}$ is the number of considered grid points contained in each coarse-resolution weather pattern; that is, $\mathbf{Z}_{obs}$ is a column vector. The dimensions of $\mathbf{Z}_{analog}$ are $p_{coarse}, x \times n$ where $n$ is the number of patterns in the most suitable predictors subset (i.e., 30), and the dimension of $\mathbf{A}_{analog}$ is $n \times 1$.

Assuming $\mathbf{Z}_{analog}$ has full rank ($n$) and using the definition of the pseudoinverse (Moore–Penrose inverse), $\mathbf{A}_{analog}$ is obtained from Eq. (A1) by

$$\mathbf{A}_{analog} = \left[ (\mathbf{Z}'_{analog}\mathbf{Z}_{analog})^{-1}\mathbf{Z}'_{analog} \right] \mathbf{Z}_{obs}, \qquad (A2)$$

where the $'$ superscript denotes the transpose of the matrix. The inversion of the matrix was performed using singular value decomposition routine from Press et al. (1992), in which small values of the decomposition were set equal to zero to avoid near-singular matrices.

#### b. Step 2: Downscaling a weather pattern

To downscale the $\mathbf{Z}_{obs}$ pattern, the coefficients $\mathbf{A}_{analog}$ from Eq. (A2) are applied to the high-resolution

weather patterns corresponding to the same days as the coarse-resolution predictors $\mathbf{Z}_{analog}$, according to

$$\hat{\mathbf{P}}_{downscaled} = \mathbf{P}_{analog}\mathbf{A}_{analog}. \qquad (A3)$$

From Eq. (A2),

$$\hat{\mathbf{P}}_{downscaled} = \mathbf{P}_{analog}[(\mathbf{Z}'_{analog}\mathbf{Z}_{analog})^{-1}\mathbf{Z}'_{analog}]\mathbf{Z}_{obs}, \qquad (A4)$$

where is a constructed high-resolution analog (e.g., a $P$ pattern on the VIC $\frac{1}{8}°$ grid) and $\mathbf{P}_{analog}$ is the set of high-resolution historical patterns corresponding to the same days as the $\mathbf{Z}_{analog}$. The dimension of the $\hat{\mathbf{P}}_{downscaled}$ vector is $p_{VIC} \times 1$, and the dimension of the $\mathbf{P}_{analog}$ matrix is $p_{VIC} \times n$, where $p_{VIC}$ is the number of grid points in the high-resolution weather patterns. Note that the matrix, $\mathbf{Z}'_{analog}\mathbf{Z}_{analog}$, inverted with each application of the procedure is only of dimension $n \times n$, and therefore the numerical computational resources needed to downscale the weather patterns are determined by the number of the patterns included in the most suitable subset and can be quite small.

## REFERENCES

A. G. Crook Company, 1993: 1990 Modified streamflow 1928-1989. Bonneville Power Administration Rep., Portland, OR, 280 pp.

Aguado, E., D. R. Cayan, L. Riddle, and M. Roos, 1992: Climatic fluctuations and the timing of west coast streamflow. *J. Climate,* **5,** 1468–1483.

Allen, M. R., and S. F. B. Tett, 1999: Checking for model consistency in optimal fingerprinting. *Climate Dyn.,* **6,** 419–434.

Bala, G., and Coauthors, 2008: Evaluation of a CCSM3 simulation with a finite volume dynamical core for the atmosphere at 1° latitude × 1.25° longitude resolution. *J. Climate,* **21,** 1467–1486.

Bales, R. C., N. P. Molotch, T. H. Painter, M. D. Dettinger, R. Rice, and J. Dozier, 2006: Mountain hydrology of the western United States. *Water Resour. Res.,* **42,** W08432, doi:10.1029/2005WR004387.

Barnett, T. P., D. W. Pierce, and R. Schnur, 2001: Detection of anthropogenic climate change in the world's oceans. *Science,* **292,** 270–274.

——, J. C. Adam, and D. P. Lettenmaier, 2005: Potential impacts of a warming climate on water availability in snow-dominated regions. *Nature,* **438,** 303–309.

——, K. M. AchutaRao, P. J. Gleckler, J. M. Gregory, and W. M. Washington, 2006: Coupled climate model verification of oceanic warming. *Bull. Amer. Meteor. Soc.,* **87,** 562–564.

——, and Coauthors, 2008: Human-induced changes in the hydrology of the western U.S. *Science,* **319,** 1080–1083.

Bohr, G. S., and E. Aguado, 2001: Use of April 1 SWE measurements as estimates of peak seasonal snowpack and total cold-season precipitation. *Water Resour. Res.,* **37,** 51–60.

Bonfils, C., and Coauthors, 2008: Detection and attribution of temperature changes in the mountainous western United States. *J. Climate,* **21,** 6404–6424.

Burn, D. H., 2008: Climatic influences on streamflow timing in the headwaters of the Mackenzie River Basin. *J. Hydrol.,* **352,** 225–238.

Campbell, G. S., 1974: A simple method for determining unsaturated conductivity from moisture retention data. *Soil Sci.,* **117,** 311–314.

Cayan, D. R., S. A. Kammerdiener, M. D. Dettinger, J. M. Caprio, and D. H. Peterson, 2001: Changes in the onset of spring in the western United States. *Bull. Amer. Meteor. Soc.,* **82,** 399–415.

Cherkauer, K. A., L. C. Bowling, and D. P. Lettenmaier, 2002: Variable Infiltration Capacity (VIC) cold land process model updates. *Global Planet. Change,* **38,** 151–159.

Christensen, N. S., A. W. Wood, N. Voisin, D. P. Lettenmaier, and R. N. Palmer, 2004: The effects of climate change on the hydrology and water resources of the Colorado River basin. *Climatic Change,* **62,** 337–363.

Collins, W. D., and Coauthors, 2006: The Community Climate System Model version 3 (CCSM3). *J. Climate,* **19,** 2122–2143.

Déry, S. J., K. Stahl, R. D. Moore, P. H. Whitfield, B. Menounos, and J. E. Burford, 2009: Detection of runoff timing changes in pluvial, nival and glacial rivers of western Canada. *Water Resour. Res.,* in press.

Dettinger, M. D., and D. R. Cayan, 1995: Large-scale atmospheric forcing of recent trends toward early snowmelt runoff in California. *J. Climate,* **8,** 606–623.

Gedalof, Z., D. L. Peterson, and N. J. Mantua, 2004: Columbia River flow and drought since 1750. *J. Amer. Water Resour. Assoc.,* **40,** 1579–1592.

Hamlet, A. F., and D. P. Lettenmaier, 1999: Effects of climate change on hydrology and water resources in the Columbia River basin. *J. Amer. Water Resour. Assoc.,* **35,** 1597–1623.

——, and ——, 2005: Production of temporally consistent gridded precipitation and temperature fields for the continental United States. *J. Hydrometeor.,* **6,** 330–336.

Hasumi, H., and S. Emori, 2004: K-1 coupled GCM (MIROC) description. K-1 Tech. Rep. 1, Center for Climate Systems Research, University of Tokyo, 34 pp.

Hegerl, G. C., H. von Storch, K. Hasselmann, B. D. Santer, U. Cubasch, and P. D. Jones, 1996: Detecting greenhouse-gas-induced climate change with an optimal fingerprint method. *J. Climate,* **9,** 2281–2306.

——, K. Hasselmann, U. Cubasch, J. F. B. Mitchell, E. Roeckner, R. Voss, and J. Waszkewitz, 1997: Multi-fingerprint detection and attribution of greenhouse-gas and aerosol-forced climate change. *Climate Dyn.,* **13,** 613–634.

——, T. R. Karl, M. Allen, N. L. Bindoff, N. Gillett, D. Karoly, X. B. Zhang, and F. Zwiers, 2006: Climate change detection and attribution: Beyond mean temperature signals. *J. Climate,* **19,** 5058–5077.

Hidalgo, H. G., M. D. Dettinger, and D. R. Cayan, 2008: Downscaling with constructed analogues: Daily precipitation and temperature fields over the United States. California Energy Commission, PIER Energy-Related Environmental Research Rep. CEC-500-2007-123, 48 pp. [Available online at http://www.energy.ca.gov/2007publications/CEC-500-2007-123/CEC-500-2007-123.PDF.]

Hoerling, M., J. Hurrell, J. Eischeid, and A. Phillips, 2006: Detection and attribution of twentieth-century northern and southern African rainfall change. *J. Climate,* **19,** 3989–4008.

Karoly, D. J., and Q. Wu, 2005: Detection of regional surface temperature trends. *J. Climate,* **18,** 4337–4343.

Keim, B. D., A. M. Wilson, C. P. Wake, and T. G. Huntington, 2003: Are there spurious temperature trends in the United States Climate Division database? *Geophys. Res. Lett.,* **30,** 1404, doi:10.1029/2002GL016295.

Knowles, N., M. D. Dettinger, and D. R. Cayan, 2006: Trends in snowfall versus rainfall for the western United States. *J. Climate,* **19,** 4545–4559.

Liang, X., D. P. Lettenmaier, E. F. Wood, and S. J. Burges, 1994: A simple hydrologically based model of land surface water and energy fluxes for GSMs. *J. Geophys. Res.,* **99** (D7), 14 415–14 428.

Lohmann, D., R. Nolte-Holube, and E. Raschke, 1996: A large-scale horizontal routing model to be coupled to land surface parameterization schemes. *Tellus,* **48A,** 708–721.

Mantua, N. J., S. R. Hare, Y. Zhang, J. M. Wallace, and R. C. Francis, 1997: A Pacific interdecadal climate oscillation with impacts on salmon production. *Bull. Amer. Meteor. Soc.,* **78,** 1069–1079.

Maurer, E. P., and H. G. Hidalgo, 2008: Utility of daily vs. monthly large-scale climate data: An intercomparison of two statistical downscaling methods. *Hydrol. Earth Syst. Sci.,* **12,** 551–563.

——, A. W. Wood, J. C. Adam, D. P. Lettenmaier, and B. Nijssen, 2002: A long-term hydrologically based data set of land surface fluxes and states for the conterminous United States. *J. Climate,* **15,** 3237–3251.

——, I. T. Stewart, C. Bonfils, P. B. Duffy, and D. R. Cayan, 2007: Detection, attribution, and sensitivity of trends toward earlier streamflow in the Sierra Nevada. *J. Geophys. Res.,* **112,** D11118, doi:10.1029/2006JD008088.

Meko, D., C. A. Woodhouse, C. A. Baisan, T. Knight, J. J. Lukas, M. K. Hughes, and M. W. Salzer, 2007: Medieval drought in the upper Colorado River Basin. *Geophys. Res. Lett.,* **34,** L10705, doi:10.1029/2007GL029988.

Moore, J. N., J. T. Harper, and M. C. Greenwood, 2007: Significance of trends toward earlier snowmelt turnoff, Columbia and Missouri Basin headwaters, western United States. *Geophys. Res. Lett.,* **34,** L16402, doi:10.1029/2007GL031022.

Mote, P. W., 2003: Trends in snow water equivalent in the Pacific Northwest and their climatic causes. *Geophys. Res. Lett.,* **30,** 1601, doi:10.1029/2003GL017258.

——, A. F. Hamlet, M. P. Clark, and D. P. Lettenmaier, 2005: Declining mountain snowpack in western North America. *Bull. Amer. Meteor. Soc.,* **86,** 1–39.

——, ——, and E. Salathe, 2008: Has spring snowpack declined in the Washington Cascades? *Hydrol. Earth Syst. Sci.,* **12,** 193–206.

Nijssen, B., D. P. Lettenmaier, X. Liang, S. W. Wetzel, and E. F. Wood, 1997: Streamflow simulation for continental-scale river basins. *Water Resour. Res.,* **33,** 711–724.

——, G. M. O'Donnell, D. P. Lettenmaier, D. Lohmann, and E. F. Wood, 2001: Predicting the discharge of global rivers. *J. Climate,* **14,** 3307–3323.

Nozawa, T., T. Nagashima, T. Ogura, T. Yokohata, N. Okada, and H. Shiogama, 2007: Climate change simulations with a coupled ocean–atmosphere GCM called the Model for Interdisciplinary Research on Climate: MIROC. *CGER's Supercomputer Monogr. Rep.,* Vol. 12, Center for Global Environmental Research, National Institute for Environmental Studies, Japan, 93 pp.

Payne, J. T., A. W. Wood, A. F. Hamlet, R. N. Palmer, and D. P. Lettenmaier, 2004: Mitigating the effects of climate change on the water resources of the Columbia River Basin. *Climatic Change,* **62,** 233–256.

Pierce, D. W., and Coauthors, 2008: Attribution of declining western U.S. snowpack to human effects. *J. Climate,* **21,** 6425–6444.

Press, W. H., S. A. Teulosky, W. T. Vetterling, and B. P. Flannery, 1992: *Numerical Recipes in Fortran: The Art of Scientific Computing.* 2nd ed. Cambridge University Press, 963 pp.

Pupacko, A., 1993: Variations in northern Sierra Nevada streamflow: Implications of climate change. *Water Resour. Bull.,* **29,** 283–290.

Rauscher, S. A., J. S. Pal, N. S. Diffenbaugh, and M. M. Benedetti, 2008: Future changes in snowmelt-driven runoff timing over the western U.S. *Geophys. Res. Lett.,* **35,** L16703, doi:10.1029/2008GL034424.

Regonda, S. K., B. Rajagopalan, M. Clark, and J. Pitlick, 2005: Seasonal cycle shifts in hydroclimatology over the western United States. *J. Climate,* **18,** 372–384.

Roos, M., 1987: Possible changes in California snowmelt patterns. *Proc. Fourth Pacific Climate Workshop,* Pacific Grove, CA, PACLIM, 22–31.

——, 1991: A trend of decreasing snowmelt runoff in Northern California. *Proc. 59th Western Snow Conf.,* Juneau, AK, Western Snow Conference, 29–36.

Santer, B. D., and Coauthors, 2007: Identification of human-induced changes in atmospheric moisture content. *Proc. Natl. Acad. Sci. USA,* **104,** 15 248–15 253.

Sheffield, J., G. Goteti, F. Wen, and E. F. Wood, 2004: A simulated soil moisture based drought analysis for the United States. *J. Geophys. Res.,* **109,** D24108, doi:10.1029/2004JD005182.

Solomon, S., D. Quin, and M. Manning, 2007a: Technical summary. *Climate Change 2007: The Physical Science Basis,* S. Solomon et al., Eds., Cambridge University Press, 1–17.

——, D. Qin, M. Manning, Z. Chen, M. Marquis, K. B. Averyt, M. Tignor, and H. L. Miller, Eds., 2007b: *Climate Change 2007: The Physical Science Basis.* Cambridge University Press, 996 pp.

Stewart, I. T., D. R. Cayan, and M. D. Dettinger, 2004: Changes in snowmelt runoff timing in western North America under a 'business as usual' climate change scenario. *Climatic Change,* **62,** 217–232.

——, ——, and ——, 2005: Changes toward earlier streamflow timing across western North America. *J. Climate,* **18,** 1136–1155.

Tett, S. F. B., P. A. Stott, M. R. Allen, W. J. Ingram, and J. F. B. Mitchell, 1999: Causes of twentieth century temperature change near the earth's surface. *Nature,* **399,** 569–572.

The International Ad Hoc Detection and Attribution Group, 2005: Detecting and attributing external influences on the climate system: A review of recent advances. *J. Climate,* **18,** 1291–1314.

Van Rheenen, N. T., A. W. Wood, R. N. Palmer, and D. P. Lettenmaier, 2004: Potential implications of PCM climate change scenarios for Sacramento–San Joaquin River Basin hydrology and water resources. *Climatic Change,* **62,** 257–281.

Wahl, K. L., 1992: Evaluation of trends in runoff in the western United States. *Managing Water Resources during Global Change,* American Water Resources Association, 701–710.

Washington, W. M., and Coauthors, 2000: Parallel climate model (PCM) control and transient simulations. *Climate Dyn.,* **16,** 755–774.

Wood, A. W., E. P. Maurer, A. Kumar, and D. P. Lettenmaier, 2002: Long-range experimental hydrologic forecasting for the eastern United States. *J. Geophys. Res.,* **107,** 4429, doi:10.1029/2001JD000659.

——, L. R. Leung, V. Sridhar, and D. P. Lettenmaier, 2004: Hydrologic implications of dynamical and statistical approaches to downscaling climate model outputs. *Climatic Change,* **62,** 189–216.

Wood, E. F., D. Lettenmaier, X. Liang, B. Nijssen, and S. W. Wetzela, 1997: Hydrological modeling of continental-scale basins. *Annu. Rev. Earth Planet. Sci.,* **25,** 279–300, doi:10.1146/annurev.earth.25.1.279.

Zhang, X. B., F. W. Zwiers, G. C. Hegerl, F. H. Lambert, N. P. Gillett, S. Solomon, P. A. Stott, and T. Nozawa, 2007: Detection of human influence on twentieth-century precipitation trends. *Nature,* **448,** 461–465.

# Chapter 5

# Present Weather and Climate: Evolving Conditions

**COORDINATING LEAD AUTHOR**

Martin P. Hoerling (NOAA, Earth System Research Laboratory)

**LEAD AUTHORS**

Michael Dettinger (U.S. Geological Survey and Scripps Institution of Oceanography), Klaus Wolter (University of Colorado, CIRES), Jeff Lukas (University of Colorado, CIRES), Jon Eischeid (University of Colorado, CIRES), Rama Nemani (NASA, Ames), Brant Liebmann (University of Colorado, CIRES), Kenneth E. Kunkel (NOAA Cooperative Institute for Climate and Satellites, North Carolina State University, and National Climate Data Center)

**EXPERT REVIEW EDITOR**

Arun Kumar (NOAA)

## Executive Summary

This chapter assesses weather and climate variability and trends in the Southwest, using observed climate and paleoclimate records. It analyzes the last 100 years of climate variability in comparison to the last 1,000 years, and links the important features of evolving climate conditions to river flow variability in four of the region's major drainage basins. The chapter closes with an assessment of the monitoring and scientific research needed to increase confidence in understanding when climate episodes, events, and phenomena are attributable to human-caused climate change.

---

**Chapter citation:** Hoerling, M. P., M. Dettinger, K. Wolter, J. Lukas, J. Eischeid, R. Nemani, B. Liebmann, and K. E. Kunkel. 2013. "Present Weather and Climate: Evolving Conditions." In *Assessment of Climate Change in the Southwest United States: A Report Prepared for the National Climate Assessment*, edited by G. Garfin, A. Jardine, R. Merideth, M. Black, and S. LeRoy, 74–100. A report by the Southwest Climate Alliance. Washington, DC: Island Press.

- The decade 2001–2010 was the warmest and the fourth driest in the Southwest of all decades from 1901 to 2010. (high confidence)
- Average annual temperature increased 1.6°F (+/- 0.5°F) over the Southwest during 1901–2010, while annual precipitation experienced little change. (high confidence)
- Fewer cold waves and more heat waves occurred over the Southwest during 2001–2010 compared to their average occurrences in the twentieth century. (high confidence)
- The growing season for the Southwest increased about 7% (seventeen days) during 2001–2010 compared to the average season length for the twentieth century. (high confidence)
- The frequency of extreme daily precipitation events over the Southwest during 2001–2010 showed little change compared to the twentieth-century average. (medium-high confidence)
- The areal extent of drought over the Southwest during 2001–2010 was the second largest observed for any decade from 1901 to 2010. (medium-high confidence)
- Streamflow totals in the four major drainage basins of the Southwest were 5% to 37% lower during 2001–2010 than their average flows in the twentieth century. (medium-high confidence)
- Streamflow and snowmelt in many snowmelt-fed streams of the Southwest trended towards earlier arrivals from 1950–1999, and climate science has attributed up to 60% of these trends to the influence of increasing greenhouse gas concentrations in the atmosphere. (high confidence)
- Streamflow and snowmelt in many of those same streams continued these earlier arrivals during 2001–2010, likely in response to warm temperatures. (high confidence)
- The period since 1950 has been warmer in the Southwest than any comparable period in at least 600 years, based on paleoclimatic reconstructions of past temperatures. (medium-high confidence)
- The most severe and sustained droughts during 1901–2010 were exceeded in severity and duration by several drought events in the preceding 2,000 years, based on paleoclimatic reconstructions of past droughts. (high confidence)

## 5.1 Introduction

Wallace Stegner (1987) expressed a sentiment held by many familiar with the Southwest: "If there is such a thing as being conditioned by climate and geography, and I think there is, it is the West that has conditioned me."

As the twenty-first century unfolds, two principal concerns make it important to take stock of the region's climate. One concern is that the annual demand for water in the Southwest—especially from the Colorado River, which supplies water to each of the region's states—has risen to an amount that nearly matches the natural annual flow in the Colorado River. With only a small margin between supply and demand—both of

which are sensitive to climate variability and change—the importance of reservoirs in the Colorado River Basin increases (Barnett and Pierce 2008, 2009; Rajagopalan et al. 2009). Droughts, whose periodic occurrences in the Southwest have tested the resilience of the region's indigenous populations (Liverman and Merideth 2002), have increasingly significant effects. In particular, excess (unconsumed) water supply capacity has been diminishing, virtually vanishing, as was especially evident during the region's drought that began in 2000 (Fulp 2005). The second concern is the expectation, based on a growing body of scientific evidence, that climate change in the Southwest will most likely reduce water resources, including a decline in the annual flow of the Colorado River (Milly, Dunne, and Vecchia 2005; Christensen and Lettenmaier 2007; McCabe and Wolock 2008; see also the discussion of the effects of climate change on the water supplies of the Southwest in Chapter 10.)

This chapter reviews the nature of weather and climate variability in the Southwestern United States based on recorded observations and measurements that span the last century. The chapter links how changing climate conditions affect the variability of river flows specifically in four of the region's major drainage basins: Sacramento-San Joaquin, Humboldt (in the Great Basin), Upper Colorado, and Rio Grande. To place current climatic conditions in a longer-term context, the chapter looks at the indirect evidence (*paleoclimatic reconstruction*, as from tree rings, pollen, sediment layers, and so on) of climatic conditions over the last thousand years, showing the variations that occurred before humans substantially increased emissions of greenhouse gases. The chapter concludes by appraising the data gaps and needs for monitoring the evolving climate and hydrological conditions in the Southwest.

## 5.2 Climate of the First Decade of the Twenty-first Century

"Exceptionally warm" aptly describes temperatures in the Southwest during the first decade of the twenty-first century. Annual temperatures for 2001–2010 were warmer than during any prior decade of the twentieth century, both for the Southwest as a whole and for each state in the region (Table 5.1).[i] Annual averaged temperatures for 2001–2010 were 1.4°F (0.8°C) warmer than the 1901–2000 average. The intensity of warming is related to changes in temperatures at particular times of the day and in particular seasons. For example, greater warming has occurred due to increases in daily minimum temperatures than to increases in daily maximum temperatures, though the reasons for this difference are not well-known and may be related to local effects and to adjustments applied to station data (as discussed further below; see also Fall et al. 2011). The key features of a warming Southwest appear robustly across various data sets and methods of analysis, as shown further in Appendix Table A5.1.

With respect to the seasons, when looking at average seasonal temperatures for the period 2001–2010 versus those for the twentieth century, greater warming (i.e., larger differences) occurred during the spring and summer than occurred during the other seasons, especially winter. Based on results of a rigorous detection and attribution study, the recent rapid increase in late winter/early spring minimum temperatures are *very unlikely* due to natural variability alone, but are consistent with a regional sensitivity to increased greenhouse gases and aerosols (Bonfils et al. 2008). During winter, maximum

**Table 5.1** Comparison of Southwest annual and seasonal surface temperatures averaged for 2001–2010

### AVERAGE TEMPERATURE

| Season | 1901–2000 6-State Avg. | | 2001–2010 Decadal | | Rank | AZ | CA | CO | NV | NM | UT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Mean °F (°C) | Std.Dev. °F (°C) | Mean °F (°C) | Anom °F (°C) | | | | | | | |
| DJF | 35.1 (1.7) | 0.7 (0.4) | 36 (2.2) | +0.9 (0.5) | 2 | 3 | 2 | 3 | 2 | 3 | 2 |
| MAM | 50.0 (10.0) | 0.9 (0.5) | 51.8 (11) | +1.8 (1.0) | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| JJA | 70.0 (21.1) | 0.9 (0.5) | 72 (22.2) | +2.0 (1.1) | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| SON | 53.2 (11.8) | 0.7 (0.4) | 54.7 (12.6) | +1.4 (0.8) | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Annual | 52.2 (11.2) | 0.7 (0.4) | 53.6 (12) | +1.4 (0.8) | 1 | 1 | 1 | 1 | 1 | 1 | 1 |

### MAXIMUM TEMPERATURE

| Season | 1901–2000 6-State Avg. | | 2001–2010 Decadal | | Rank | AZ | CA | CO | NV | NM | UT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Mean °F (°C) | Std.Dev. °F (°C) | Mean °F (°C) | Anom °F (°C) | | | | | | | |
| DJF | 47.7 (8.7) | 0.7 (0.4) | 47.8 (8.8) | +0.2 (0.1) | 5 | 4 | 3 | 8 | 6 | 3 | 4 |
| MAM | 64.6 (18.1) | 0.9 (0.5) | 66.2 (19) | +1.6 (0.9) | 1 | 1 | 2 | 1 | 2 | 1 | 1 |
| JJA | 86.0 (30.0) | 0.7 (0.4) | 87.4 (30.8) | +1.4 (0.8) | 1 | 1 | 1 | 2 | 1 | 2 | 1 |
| SON | 68.2 (20.1) | 0.7 (0.4) | 68.9 (20.5) | +0.7 (0.4) | 3 | 2 | 3 | 5 | 3 | 2 | 4 |
| Annual | 66.6 (19.2) | 0.7 (0.4) | 67.6 (19.8) | +1.1 (0.6) | 1 | 1 | 1 | 2 | 1 | 1 | 1 |

### MINIMUM TEMPERATURE

| Season | 1901–2000 6-State Avg. | | 2001–2010 Decadal | | Rank | AZ | CA | CO | NV | NM | UT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Mean °F (°C) | Std.Dev. °F (°C) | Mean °F (°C) | Anom °F (°C) | | | | | | | |
| DJF | 22.5 (-5.3) | 0.9 (0.5) | 24.1 (-4.4) | +1.6 (0.9) | 2 | 2 | 2 | 2 | 1 | 2 | 2 |
| MAM | 35.6 (2.0) | 0.9 (0.5) | 37.4 (3.0) | +1.8 (1.0) | 1 | 1 | 2 | 1 | 1 | 1 | 1 |
| JJA | 54.1 (12.3) | 0.9 (0.5) | 56.5 (13.6) | +2.3 (1.3) | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| SON | 38.3 (3.5) | 0.9 (0.5) | 40.6 (4.8) | +2.3 (1.3) | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Annual | 37.6 (3.1) | 0.9 (0.5) | 39.7 (4.3) | +2.2 (1.2) | 1 | 1 | 1 | 1 | 1 | 1 | 1 |

Note: Comparison of annual and seasonal surface temperatures for the six Southwestern states, averaged for 2001–2010 versus 1901–2000, and a ranking of the 2001–2010 decadal averages relative to the ten individual decades of the twentieth century. Results shown for daily averaged, maximum, and minimum temperatures.

Source: PRISM monthly gridded analysis for 1901–2010 (PRISM Climate Group, Oregon State University, http://prism.oregonstate.edu).

temperature changes have been muted, being only 0.2°F (0.1°C) above the twentieth-century average for the Southwest. These data further indicate that the winter maximum temperatures for 2001–2010 averaged over Colorado were actually colder than during the majority of decades in the twentieth century.

"Unusually dry" best describes Southwest moisture conditions during the first decade of the twenty-first century (Table 5.2). Annual precipitation, averaged across the entire Southwest, ranked 2001–2010 the fourth driest of all decades since 1901, a condition that is found to be robust across various data sets (see Appendix Table A5.2). The departure of -0.59 inches (-15 mm) represents a reduction of 4% of the twentieth-century average annual total. Much of the deficit was accumulated in the early half of the decade in association with one of the most severe droughts on (instrumental) record (Hoerling and Kumar 2003; Pielke et al. 2005). It is *likely* that most of recent dryness over the Southwest is associated with a natural, decadal coolness in tropical Pacific sea-surface temperatures, and is mostly unrelated to influences of increased greenhouse gases and aerosols (Hoerling, Eischeid, and Perlwitz 2010). The strongest percentage declines occurred during spring and summer, which were 11% and 8% below normal,[ii] respectively. The winter season, when the bulk of the region's precipitation is delivered, actually experienced a small increase relative to twentieth-century averages. Precipitation conditions during 2001–2010 varied considerably among the six Southwestern states, with Arizona experiencing its driest decade since 1901 and Utah experiencing one of its wetter decades.

**Table 5.2** Comparison of Southwest annual and seasonal precipitation totals averaged for 2001–2010

PRECIPITATION

| | 1901–2000 6-State Avg. | | 2001–2010 Decadal | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Season | Mean inches (mm) | Std.Dev. inches (mm) | Mean inches (mm) | Anom inches (mm) | Rank | AZ | CA | CO | NV | NM | UT |
| DJF | 5.1 (129.3) | 0.38 (9.6) | 5.2 (133.3) | +0.16 (4.0) | 5 | 7 | 5 | 2 | 4 | 2 | 3 |
| MAM | 3.8 (96.6) | 0.32 (8.2) | 3.4 (86.8) | -0.39 (9.8) | 10 | 11 | 9 | 10 | 5 | 7 | 9 |
| JJA | 3.3 (83.4) | 0.26 (6.7) | 3.0 (77.1) | -0.25 (6.3) | 9 | 10 | 9 | 7 | 10 | 6 | 9 |
| SON | 3.4 (85.3) | 0.39 (9.9) | 3.2 (82.3) | -0.12 (3.0) | 6 | 11 | 7 | 3 | 5 | 7 | 3 |
| Annual | 15.5 (394.6) | 0.8 (20.2) | 15.0 (381.0) | -0.60 (15.1) | 8 | 11 | 7 | 6 | 5 | 5 | 3 |

Note: Comparison of annual and seasonal precipitation totals for the six Southwestern states, averaged for 2001–2010 versus 1901–2000, and a ranking of the 2001–2010 decadal averages relative to the ten individual decades of the twentieth century.

Source: PRISM monthly gridded analysis for 1901–2010 (PRISM Climate Group, Oregon State University, http://prism.oregonstate.edu).

## 5.3 Climate Trends for 1901–2010

The trend in surface temperature during 1901–2010 was upward over all of the stations in the Southwest that have long-term climate records (Figure 5.1, upper panel). Average annual temperature increased 1.6°F (0.9°C) over the Southwest during 1901–2010, with a range of magnitudes from 1.4°F to 2.0°F (+0.8°C to +1.1°C) based on analyses conducted with other data sets (see Appendix). The 95% confidence interval for the linear trend is +/- 0.5°F (0.3°C).

The linear warming trend continued in the first decade of the twenty-first century, the warmest over the region during the 110-year period of record (see Table 5.1). Increases have been more than 1.8°F (1°C) in many parts of the Southwest over the last 110 years, with isolated 3.6°F (2°C) increases occurring in southwestern portions of the region. Both daytime high temperatures (Figure 5.1, second panel) and nighttime low temperatures (Figure 5.1, third panel) have exhibited widespread warming trends. In this data set, which has been homogenized, minimum temperatures are found to increase at about the same rate as the maximum temperatures for the Southwest as a whole, though there is considerable variability from one station to another. Note that the trends in unadjusted raw data show somewhat higher minimum temperatures (Figure A5.1).

In light of the warming over the Southwest in all seasons, it is not surprising that the growing season duration has increased over the last century. Figure 5.2 shows the growing season departures for each year during 1901–2010, based on a 32°F (0°C) threshold, for some sixty Southwest stations that form part of the National Weather Service Cooperative Observing Network (COOP) (see Kunkel et al. 2004). The average growing season over the Southwest during 2001–2010 was seventeen days longer (about 7% longer) than the twentieth-century average and one month longer than that of the first decade of the twentieth century.[iii]

The trend in annual precipitation during 1901–2010 (expressed as percent of annual precipitation climatology) is shown for individual stations in Figure 5.1 (bottom panel). Plotted atop the regional map of precipitation trend are outlines of four major drainage basins in the Southwest (clockwise from upper left: Sacramento-San Joaquin, Great Basin, Upper Colorado, and the Rio Grande). A summary of the climate conditions and river runoff characteristics for these hydrologic regions will be subsequently provided.

Although the decade 2001–2010 has been relatively dry for the Southwest as a whole (Table 5.1), the trend in annual precipitation computed for the entire 1901–2010 period reveals little change over the 110-year period (Figure 5.1, bottom panel). Some significant local trends (filled colored circles) can be discerned, however, including wet trends at select stations in the Great Basin. It should be noted that the bulk of the region's precipitation falls at high elevations, areas not well observed. Although water supplies for the region's major drainage basins are especially dependent on the precipitation falling in these remote areas, the long-term trends in such resources are not well known.

## 5.4 Extreme Weather Variability During 1901–2010

Further indicators of a warming Southwest climate are provided by indices for occurrences of cold waves and heat waves, shown in Figure 5.3. Cold waves (defined as four-day periods colder than the threshold of a one-in-five-year frequency) have been

80    ASSESSMENT OF CLIMATE CHANGE IN THE SOUTHWEST UNITED STATES



**Figure 5.1  Trends in temperature and precipitation, 1901–2010.** Shown in the first three (upper) panels are the pattern and intensity of 110-year trends in the Southwest in annually averaged daily temperature (TAVG), and daily maximum temperature (TMAX) and daily minimum temperature (TMIN), respectively, as estimated from station data for which there are at least 90 years of available data during the period. The magnitude of trends is indicated by a station circle's size, with warming (cooling) trends denoted by red (blue) shades. Bottom panel shows trend in annual averaged precipitation for 1901-2010, showing data for individual stations plotted with outlines of four major basins in the Southwest (Sacramento-San Joaquin, Great Basin, Upper Colorado, and Rio Grande). Units are the total change expressed as percent of annual climatology, and positive (negative) trends are shown in green (orange). Larger circle sizes denote greater magnitude trends. Filled stations denote statistically significant trends at 95% confidence based on a parametric t-statistic. Stations with temperature (precipitation) changes less than 0.5°C (5%) are denoted with a + symbol. The figure uses so-called "homogenized" data, in which adjustments to remove artificial temperature changes at a station are made by using the method of pairwise difference comparisons between monthly temperatures from a network of reporting stations. The trends calculated from the raw data that preserve various inhomogeneities in the original time series are provided in Appendix Figure A5.1. Results from both the raw and the homogenized data show substantial warming. Source: Menne and Williams (2009).



**Figure 5.2 Growing season anomalies for 1900 to 2010.** Departure from the normal number of days in the growing season are shown as number of days per year. Length of the growing season is defined as the period between the last freeze in spring and the first freeze in the subsequent fall. Source: NOAA National Climatic Data Center for the Cooperative Observer Network (http://www.ncdc. noaa.gov/land-based-station-data/cooperative-observer-network-coop).

especially rare since about 1990, while the frequency of heat waves (defined similarly to cold waves) increased.[iv] Heat-wave frequency during 2001–2010, however, is not appreciably different from that occurring during the 1930s. Both periods were characterized by drought, and the feedback from dry soils and clear skies likely enhanced the severity of summertime heat during both decades. The increase in heat waves in tandem with a decrease in cold waves is consistent with other research findings that showed an increase in record high maximum temperatures relative to record low minimum temperatures over the entire United States since 1950 (Meehl et al. 2009).

COOP station data have also been used to derive an extreme precipitation index (Kunkel et al. 2003); Figure 5.4 shows an index time series of five-day rainfall extremes (events wetter than a threshold for a one-in-five year-frequency). There is no discernible trend in this statistic of heavy precipitation events, with the time series characterized by appreciable decadal variability. Nor is there evidence for trends in precipitation extremes using other indices such as for extreme daily precipitation totals (not shown). Bonnin, Maitaria, and Yekta (2011) diagnosed trends in rainfall exceedences (exceeding precipitation thresholds over multiple timescales as defined in the NOAA Atlas 14) for the semiarid Southwest encompassing much of our six-state region but excluding Colorado and central and Northern California. For their 1908–2007 period of analysis, they found negative trends in rainfall exceedences for the semi-arid Southwest for all multiday durations, though only the one-day duration negative trends were statistically



**Figure 5.3 Occurrence of cold waves and heat waves, 1901–2010.** Cold waves (top) are defined as four-day periods that are colder than the threshold of a one-in-five-year occurrence; heat waves (bottom) are four-day periods warmer than the same threshold. The thresholds are computed for the entire 1901–2010 period. Source: NOAA National Climatic Data Center for the Cooperative Observer Network (http://www.ncdc.noaa.gov/land-based-station-data/cooperative-observer-network-coop).



significant. This means that in recent years there were fewer events exceeding high precipitation thresholds for multi-day episodes than during earlier in the period of analysis. The Southwest is thus unlike some other areas of the United States, such as the Great Lakes and Ohio Valley regions, where significant upward trends in very heavy daily precipitation (during 1908–2000) have been noted (Groisman et al. 2004).

## 5.5 Summertime Drought During 1901–2010

To quantify variability in drought across the region, the Palmer Drought Severity Index (PDSI) was used, based on data from the NOAA National Climate Data Center (NCDC). The PDSI is a widely used indicator of dryness, representing the balance of water inputs



**Figure 5.4 Occurrence of extreme precipitation events, 1900–2010.** Extreme precipitation events are defined as five-day totals that are wetter than the threshold of a one-in-five-year occurrence. Source: NOAA National Climatic Data Center for the Cooperative Observer Network (http://www.ncdc.noaa.gov/land-based-station-data/cooperative-observer-network-coop).

to the soil (based on observed monthly precipitation) and water losses from the soil (based on observed monthly temperature). This soil-moisture balance calculation incorporates the water-holding ability of soil, and thus PDSI for a given month or season actually reflects the previous nine to twelve months of weather conditions (Palmer 1965; Alley 1984). Thus, while summer PDSI captures moisture anomalies that peak during three months of summer, it also incorporates conditions from the previous fall, winter, and spring. For this assessment, the divisional monthly data were averaged by area across the six Southwest states, then summer (June, July, August) PDSI was averaged to represent drought conditions during the height of the growing season.

Figure 5.5 shows variations in the areal extent of drought[v] in the Southwest from 1901 to 2010. Over that period, there is a trend towards increasing drought extent, in large part due to widespread drought during the 2001–2010 decade, which had the second-largest area affected by drought (after 1951–1960) and the most severe average drought conditions (average summer PDSI = -1.3) of any decade. The severity of drought in 2001–2010 reflects both the decade's low precipitation and high temperatures, since both affect the surface water balance that enter into the calculation of PDSI (see Table 5.2). An analysis of PDSI trends over the globe by Dai (2011) indicates that the warmer temperatures across the Southwest in recent decades are at least partly responsible for the increasing drought coverage. Widespread and severe drought also occurred in the Southwest from 1950 to 1956, whereas the Dust Bowl conditions of the 1930s (though having a severe impact on the eastern portions of the region and the rest of the Great Plains) did not extend significantly into the Southwest except in 1934.



**Figure 5.5 Areal coverage of drought in the Southwest United States, 1900–2010.** Data is for drought during summer (June through August). Graph based on the Palmer Drought Severity Index (PDSI) and monthly data from the NOAA National Climatic Data Center for 1901–2010.

PDSI is a useful indicator of local-to-regional meteorological drought (low precipitation) and agricultural drought (low soil moisture). It is less useful for indicating hydrologic drought (low water supply), especially if the PDSI measurements do not adequately capture the specific locations where the water supply for a given area originates—often in mountain headwaters remote from the point of use. Also, while PDSI can be closely correlated with annual streamflow in basins where runoff is mainly from the melting of the winter snowpack, this is not the case in basins where streamflow mainly derives from infrequent large rainfall events or from groundwater discharge. The most consistently useful indicator of hydrologic drought across the Southwest is streamflow itself, which is the subject of the next section.

## 5.6 Hydroclimatic Variability During 1901–2010

The water resources of the Southwest, and especially its rivers, reflect variations of precipitation, evaporation, and transpiration (the uptake of water by plants) over the region, with evaporation and transpiration strongly modulated by temperature. They also reflect human interventions into the hydrologic system—dams, diversions, and water uses such as irrigation. The climatic conditions of the 2001–2010 period described previously thus resulted in significant deviations of the flows of rivers in the region from twentieth-century norms. Here we will focus on naturalized or near-natural flows in four major hydrologic basins—the Sacramento-San Joaquin system, central Great Basin (represented by the Humboldt River at Palisade), Upper Colorado River, and Rio Grande (see Figure 5.1, bottom panel)—to represent recent hydrologic variations. Naturalized flows are best estimates of the total streamflow that would have reached the

outlet of the river system in the absence of human actions and are based on historic measured flows, corrected for human influences including diversions and other uses.

As noted earlier, the 2001–2010 period was unusually warm in the Southwest, with many areas also drier than normal (Table 5.2). The four river systems analyzed here all responded to those climatic conditions with lower-than-normal measured flows (and, where available, lower-than-normal naturalized flows) (Table 5.3). Naturalized flows in the Sacramento-San Joaquin Rivers system reflected drier than normal conditions, with a 2001–2010 average daily flow of 6.8 million acre-feet/year compared to the 1931–2000 average flow of 10.8 million acre-feet/year. This 37% overall deficit ranked 2001–2010 as the lowest-flow decade since 1931 in the Sacramento-San Joaquin system. Flows in the Humboldt River at Palisade during 2001–2010 averaged 134,000 acre-feet/year during the 2001–2010 period, or 5% below the 141,000 acre-feet/year average of the 1921–2000 period, ranking that decade as the sixth driest in nine decades of record. Warm temperatures and dry conditions reduced average naturalized flows in the Colorado River (measured at Lees Ferry) to 12.6 million acre-feet/year, compared to the 1901–2000 average of 15.0 million acre-feet/year (Cayan et al. 2010). This 16% decadal deficit (Table 5.3) made 2001–2010 the second-lowest-flow decade at Lees Ferry (among eleven) since 1901. Observed flows for 2001–2010 in the Rio Grande at El Paso (where the river leaves the Southwest region) were about 23% lower than the period from 1941 to 2000, even though overall precipitation in the basin was 3% above normal.

Overall, then, the 2001–2010 climatic conditions contributed to unusually low annual flows in major drainage systems across the Southwest (Table 5.3). The low flows resulted from less precipitation, warm temperatures, and, to some extent, water-management impacts that have not been completely accounted for in the naturalized records. The influences of these various factors are known to differ from basin to basin. The extent to which the warmth and dryness of the decade might be attributable to greenhouse-gas-fueled climate change is not currently known, as no formal detection-and-attribution study has been conducted for temperature, precipitation, or runoff of this most recent decade, nor for individual basins. Generally, though, these lower flows for the decade are beyond what would be expected from the reduced precipitation; they could be symptomatic of the Southwest hydroclimates that are projected for the latter decades of this century under scenarios of continued warming (Cayan et al. 2010). Annual peak streamflow rates declined from 1901 to 2008 in the interior Southwest, the only region in the continental U.S. that has experienced a regional-scale significant decline (Hirsch and Rhyberg 2011).

Various other hydrologic changes in the Southwest symptomatic of a warmer climate occurred between 1950 and 1999 (Barnett et al. 2008). These include declines in the late-winter snowpack in the northern Sierra Nevada (Roos 1991), trends toward earlier snowmelt runoff in California and across the West (Dettinger and Cayan 1995; Stewart, Cayan, and Dettinger 2005), earlier spring onset in the western United States as indicated by changes in the timing of plant blooms and spring snowmelt-runoff pulses (Cayan et al. 2001), declines in mountain snowpack over Western North America (Mote et al. 2005), general shifts in western hydroclimatic seasons (Regonda et al. 2005), and trends toward more precipitation falling as rain instead of snow over the West (Knowles, Dettinger, and Cayan 2006).

**Table 5.3** Differences between 2001–2010 and twentieth-century averages of basin-mean precipitation, average temperature, and streamflow for four major hydrologic basins in the Southwest

| River Basin | Periods Compared | Precipitation Difference | Temperature Difference | Streamflow Difference |
|---|---|---|---|---|
| Colorado River at Lees Ferry (naturalized) | 2001–2010 vs 1901–2000 | -4% | +0.7°C | -16% |
| Sacramento-San Joaquin Rivers (naturalized) | 2001–2010 vs 1931–2000 | -7% | +0.7°C | -37% |
| Humboldt River at Palisade, NV | 2001–2010 vs 1921–2000 | -3% | +0.7°C | -5% |
| Rio Grande at El Paso | 2001–2010 vs 1941–2000 | +3% | +0.6°C | -23% |

Note: Different baselines reflect different periods of streamflow record.
Source: PRISM monthly gridded analysis for 1901–2010 (PRISM Climate Group, Oregon State University, http://prism.oregonstate.edu).

These various indicators have recently been studied in an integrated program of hydroclimatic trends assessment for the period 1950–1999. The research findings for a region of the Western United States[vi] demonstrated that during this period human-induced greenhouse gases began to impact: (a) wintertime minimum temperatures (Bonfils et al. 2008); (b) April 1 snowpack water content as a fraction of total precipitation (Pierce et al. 2008); (c) snow-fed streamflow timing (Hidalgo et al. 2009), and (d) a combination of (a), (b), and (c) (Barnett et al. 2008). These evaluations also indicated, with high levels of statistical confidence, that as much as 60% of the climate-related trends in these indicators were human-induced and that the changes—all of which reflect temperature influences more than precipitation effects—first rose to levels that allowed confident detection in the mid-1980s.

Analyses of differences between the average ratios of rain-to-snow in precipitation, snowpack water contents, and snowmelt-fed streamflow-timing indicators in the 2001–2010 period and available twentieth-century baselines indicate that the anomalous conditions in these indicators seen at the end of the twentieth century (Barnett et al. 2008) have persisted through the first decade of the present century. Differences between the averages of the central date of water-year hydrographs in snowmelt-fed rivers (i.e., the date when half of the annual streamflow has occurred) in the 2001–2010 period compared to twentieth-century baselines at 130 stream gauges across the Western states are shown in Figure 5.6, which corroborates recent findings of Fritze, Stewart, and Pebesma (2011). The pattern that has emerged (see Figure 5.6) is that snow-fed streamflows arrived five to twenty days earlier in the recent decade compared to twentieth-century

averages across broad areas of the West. These most recent changes in snowmelt timing cannot yet be formally attributed to climate change because the necessary formal detection-and-attribution studies have not been extended to the most recent decade.



**Figure 5.6 Changing streamflow timing 2001–2010 compared to 1950–2000.** Differences between 2001–2010 and 1950–2000 average date when half of the annual streamflow has been discharged (center of mass) for snowmelt-dominated streams (Stewart, Cayan and Dettinger 2005).

Indeed, we must consider how temperature and precipitation have naturally varied over the region, since an important change in an apparently natural climate pattern bracketed the 2001–2010 period. There was a decisive switch from the negative to the positive PDO phase (more El Niño-like conditions) in the mid-1970s that may have favored subsequent wet and warm conditions in parts of the Southwest in the 1980s and 1990s (Gershunov and Barnett 1998). Yet, there was a transition back to negative PDO (more La Niña-like) conditions just prior to the turn of the century, which in turn might

have favored a drier and cooler Southwest in 2001–2010 (Ropelewski and Halpert 1986; Yarnal and Diaz 1986; Redmond and Koch 1991; Kahya and Dracup 1993). These inter-annual and decadal variations in oceanic conditions to which Southwest precipitation, snowpack, and hydrology are quite sensitive are mainly the result of the natural variability in the climate system (see also Hoerling, Eischeid, and Perlwitz 2010). These natural variations could readily explain the dryness of the past decade, but its exceptional warmth would seem, for now, to run counter to the temperature changes that might be expected from the natural variations alone.

Thus far, the temperature-driven changes in snowpack volumes and streamflow timing in the Southwest have not risen to levels that have disrupted water supplies; however, continuation of such trends—to be expected if recent warming in the region continues or accelerates—would eventually challenge water-resource systems that have historically relied on the (now) delicate pairing of manmade structures for storage of runoff with seasonal storage of water in natural snowpacks to meet warm-season water demands (Rajagopalan et al. 2009).

## 5.7 Paleoclimate of the Southwest United States

Since the relatively brief instrumental climate records in the Southwest (covering about 100 years) are unlikely to capture the full range of natural hydroclimatic variability, environmental proxies are used to reconstruct the pre-instrumental climate, or *paleoclimate*. The most broadly useful proxies for reconstructing the past one-to-two millennia of climate in the Southwest are tree rings, which can record either temperature or moisture variability, depending on the species, elevation, and location. Many other proxies—ice cores, glacier size and movement, sand dunes, lake sediments, cave speleothems (e.g., stalactites)—provide information that complements the tree-ring data. We assess here the evidence of past Southwest hydroclimate from these paleorecords.

### Paleotemperature

There are far fewer high-resolution paleotemperature records for the past 1,000 to 2,000 years for the Southwest than paleodrought records (described below). But there are sufficient data, mainly from tree rings, to broadly describe the long-term variability in regional temperature, and place the observed temperatures in the Southwest since 1900 into a much longer context (Figure 5.7).

All paleotemperature records for the region indicate that the modern period (since about 1950) has been warmer than at any time in the past 600 years. Most of these records agree that the modern period was also warmer than the Medieval Climate Anomaly (MCA, a period of warm climate in the Northern Hemisphere from ca. AD 900–1350) or any other period in the past 2,000 years (Salzer and Kipfmueller 2005; Ababneh 2008; Salzer et al. 2009). Results of global climate model (GCM) experiments using estimates of past solar variability and volcanic activity also suggest that recent warmth in the Southwest exceeds MCA conditions (Stevens, González-Rouco, and Beltrami 2008; Woodhouse et al. 2010). However, other studies point to warmer conditions in the Southwest during some (Graumlich 1993) or all (Millar et al. 2006) of the MCA compared to the past fifty years.



**Figure 5.7  Proxy and modeled data for the past 2000 years.** (A) Solar variability (solar irradiance) shown in watts per square meter (Bard et al. 2000), (B) Multi-proxy reconstructions of Northern Hemisphere temperatures, two estimates (Mann et al. 2008), (C) ECHO-G GCM simulations of temperatures for the U.S. Southwest-Intermountain region (Stevens, Gonzalez-Ruico and Beltrani 2008), (D) Temperature reconstruction for the Colorado Plateau from tree rings (Salzer and Kipfmueller 2005). The lighter shading indicates the period of the Medieval Climate Anomaly and the darker shading indicates the mid-12th century megadrought in the Colorado River Basin. Adapted from Woodhouse et al. (2010).

Regardless of how warm the MCA was, it is clear that the reconstructed warmest periods during the MCA were associated with widespread severe drought in the Southwest (MacDonald et al. 2008; Woodhouse et al. 2010; Woodhouse, Pederson, and Gray 2011), as indicated by the paleodrought records described below. More generally, the paleorecord indicates that warmer periods of the past 2,000 years have often been associated with increased aridity (Woodhouse, Pederson, and Gray 2011).

*Paleodrought*

The Southwest contains one of the greatest concentrations in the world of yearly paleodrought records, in the form of hundreds of highly moisture-sensitive tree-ring records. These site-level tree-ring data have been calibrated with observed records at regional to sub-regional scales to reconstruct summer and winter PDSI (see Figure 5.8; Woodhouse

and Brown 2001; Cook et al. 2004; Cook et al. 2009; MacDonald 2007; MacDonald and Tingstad 2007), seasonal and annual precipitation (Grissino-Mayer 1996; Ni et al. 2002; Touchan et al. 2010), April 1 snow-water equivalent (Woodhouse 2003; Tingstad and MacDonald 2010; Pederson et al. 2011), as well as annual streamflow in many basins (see below). All of these reconstructions extend back at least 350 years, and some up to 2,200 years. The annual paleodrought information from tree rings is complemented by coarser-resolution information derived from oxygen isotopes in lake sediments (Benson 1999; Anderson 2011), renewed movement of sand-dune fields (Muhs et al. 1997), low stands of lakes (Stine 1994), and speleothems (Asmerom et al. 2007).



**Figure 5.8  History of drought in the West.** Percent area affected by drought (PDSI <−1) across the western United States, as reconstructed from tree-ring data. Modified from Cook et al. (2004), reprinted with permission from the American Association for the Advancement of Science.

Collectively, these paleodrought records for the Southwest provide unequivocal evidence that the most severe multi-year droughts observed during the past 110 years in the Southwest, such as in the 1950s and the early 2000s, were exceeded in severity and duration multiple times by droughts during the preceding 2,000 years. The most severe and sustained paleodroughts (sometimes called "megadroughts") occurred during the MCA from AD 900–1350, were associated with high temperatures in the Southwest, and were

likely caused by persistently cool La Niña-like conditions in the tropical Pacific Ocean (MacDonald 2007; MacDonald et al. 2008; Seager et al. 2008). Severe paleodroughts also occurred during other times, most prominently the late 1500s megadrought (Stahle et al. 2000) and the early second-century drought (Routson, Woodhouse, and Overpeck 2011). The Southwest paleorecords also clearly indicate that overall the twentieth century experienced less drought than most of the preceding four to twenty centuries (Barnett and Pierce 2009). The reconstructed Drought Area Index (DAI) for the Western United States since AD 800 (Cook et al 2004; Figure 5.8) nicely illustrates the conclusions drawn from the broader set of paleodrought records.[vi]

### Paleostreamflow

Information recorded in the growth rings of moisture-sensitive trees has been used to reconstruct annual streamflows in three of the four major Southwest river basins described in section 5.6: the Sacramento-San Joaquin (since AD 901; Meko 2001; Meko and Woodhouse 2005; MacDonald, Kremenetski, and Hidalgo 2008), the Colorado (since AD 762; Meko et al. 2007; MacDonald, Kremenetski, and Hidalgo 2008), and the Rio Grande (since AD 1450; Meko 2008). As with the other records of paleodrought, all of these streamflow reconstructions indicate periods of hydrologic drought prior to 1900 that were more severe and sustained than any since 1900. During the regional droughts in the mid-1100s and in the late 1500s, the Sacramento-San Joaquin basin experienced sustained drought simultaneously with the Colorado and Rio Grande basins. This simultaneity apparently did not occur again until the regional drought that began in 1999–2000.

## 5.8 Future Monitoring and Science Needs

This chapter offered an account of how weather, climate, and hydrology varied over the Southwestern United States during the last century and in the paleoclimate record. The chapter focused on conditions during the first decade of the new millennium and compared those to conditions of the twentieth century. Emphasis was also given to climate-hydrology links in recognition that growing human populations in the Southwest are placing greater demands on water resources, demands that may create new vulnerabilities in the face of a varying climate. This hydroclimate assessment is also cognizant of concerns regarding human-induced climate change. Human-induced climate change for some variables (especially temperature) has already been detected on global to continental scales, and a human-induced change appears to now be emerging in the Southwest for some hydrology-sensitive variables (such as late wintertime elevated minimum temperatures, which accelerate runoff timing). Human-induced climate change since 1950 has also been detected at a regional scale over the greater western United States. These include detectable effects on hydrology as a consequence of warmer temperatures, reduced spring snowpack, and earlier runoff for a region that includes the Colorado Rocky Mountains and Sierra Nevada, but also the Cascades, Blue Mountains of Oregon, and the northern Rockies of Idaho and Montana. However, a scientific study, using advanced methods of detection and attribution, focused directly on the particular six-state Southwest region of this report, and including data updated through 2010, has not yet been conducted.

This assessment offers a reliable broad-scale view of meteorological and hydrological conditions over the Southwest as a whole, but the reader should be aware that confidence is considerably lower with respect to how local conditions have varied. This is a consequence of sparse observational networks (in time and space), poor monitoring of some key physical processes that connect climate and hydrology (such as high-elevation conditions, soil-moisture conditions, and groundwater variation), and a limited understanding of how weather, climate, and hydrology link at such scales.

If increasing confidence in quantifying how local conditions have varied is desirable, then there is a need for enhanced and especially more abundant observations to better monitor these processes at scales that are informative with respect to terrain. Enhanced monitoring is needed throughout the Southwest, particularly with respect to the water cycle. Augmented capabilities would address the occurrence of heavy precipitation during winter storms and summer convection (thunderstorms), precipitation falling as rain versus snow, rain-on-snow events, snowpack formation and melt off, and basin-scale runoff efficiency (the ratio of precipitation that infiltrates as groundwater as compared to runoff).

In addition to such enhanced data collection efforts, ongoing scientific assessments are needed that connect these data through physically based attribution studies. These would require improved climate and hydrological modeling at scales consistent with resolving the effects of terrain on weather and climate patterns throughout the Southwest. They would also require improved representation of physical processes such as atmospheric convection, evapotranspiration, snowpack formation, and runoff production. Efforts to improve monitoring must be complemented by improvements in our ability to detect and attribute changes in climate conditions and hydrology throughout the Southwest for years to decades. Attention to variations and changes in the region's water cycle, informed by these more precise and extensive science, modeling, and monitoring efforts, will allow us to create better early warning systems for the region and to also identify effective adaptation and mitigation strategies to address climate-change impacts (e.g. Ralph et al. 2011).

## References

Ababneh, L. 2008. Bristlecone pine paleoclimatic model for archeological patterns in the White Mountain of California. *Quaternary International* 188:9–78.

Alley, W. 1984. The Palmer Drought Severity Index: Limitations and assumptions. *Journal of Climatology and Applied Meteorology* 23:1100–1109.

Anderson, L. 2011. Holocene record of precipitation seasonality from lake calcite [18]O in the central Rocky Mountains, United States. *Geology* 39:211–214.

Asmerom, Y., V. Polyak, S. Burns, and J. Rassmussen. 2007. Solar forcing of Holocene climate: New insights from a speleothem record, southwestern United States. *Geology* 35:1–4.

Bard, E., G. Raisbeck, F. Yiou, and J. Jouzel. 2000. Solar irradiance during the last millennium based on cosmogenic nucleides. *Tellus* 52B: 985–992.

Barnett, T. P., and D. W. Pierce. 2008. When will Lake Mead go dry? *Water Resources Research* 44: W03201, doi:10.1029/2007WR006704.

—. 2009. Sustainable water deliveries from the Colorado River in a changing climate. *Proceedings of the National Academy of Sciences* 106:7334–7338.

Barnett, T. P., D. W. Pierce, H. Hidalgo, C. Bonfils, B. Santer, T. Das, G. Bala, et al. 2008. Human-induced changes in the hydrology of the western United States. *Science* 319:1080–1083, doi:10.1073/pnas.0812762106

Benson, L.V., 1999. Records of millennial-scale climate change from the Great Basin of the western United States. In *Mechanisms of global climate change at millennial time scales*, ed. P. Clark, R. Webb, and L. Keigwin, 203–225. Geophysical Monograph Series 112. Washington, DC: American Geophysical Union.

Bonfils, C., B. D. Santer, D. W. Pierce, H. G. Hidalgo, G. Bala, T. Das, T.P. Barnett, et al. 2008. Detection and attribution of temperature changes in the mountainous western United States. *Journal of Climate* 21:6404–6424.

Bonnin, G. M., K. Maitaria, and M. Yekta. 2011. Trends in rainfall exceedances in the observed record in selected areas of the United States. *Journal of the American Water Resources Association* 46:344–353, doi:10.1111/j.1752-1688.2011.00603.x.

Cayan, D. R., S. A. Kammerdiener, M. D. Dettinger, J. M. Caprio, and D. H. Peterson. 2001. Changes in the onset of spring in the western United States. *Bulletin of the American Meteorological Society* 82:399–415.

Cayan, D. R., T. Das, D. W. Pierce, T. P. Barnett, M. Tyree, and A. Gershunov. 2010. Future dryness in the southwest US and the hydrology of the early 21st century drought. *Proceedings of the National Academy of Sciences* 107:21271-21276, doi:10.1073/pnas.0912391107.

Christensen, N. S., and D. P. Lettenmaier. 2007. A multimodel ensemble approach to assessment of climate change impacts on the hydrology and water resources of the Colorado River Basin. *Hydrology and Earth System Sciences* 11:1417–1434.

Cook, E. R., C. Woodhouse, C. M. Eakin, D. M. Meko, and D. W. Stahle. 2004. Long-term aridity changes in the western United States. *Science* 306:1015–1018.

Cook, E. R., R. Seager, R. R. Heim, R. S. Vose, C. Herweijer, and C. Woodhouse. 2009. Mega-droughts in North America: Placing IPCC projections of hydroclimatic change in a long-term paleoclimate context. *Journal of Quarternary Science* 25:48–61, doi: 10.1002/jqs.1303.

Dai, A. 2011. Characteristics and trends in various forms of the Palmer Drought Severity Index (PDSI) during 1900-2008. *Journal of Geophysical Research* 116: D12115, doi:10.1029/2010JD015541.

Daly, C. 2006. Guidelines for assessing the suitability of spatial climate data sets. *International Journal of Climatology* 26:707–721.

Daly, C., M. Halbleib, J. I. Smith, W. P. Gibson, M. K. Doggett, G. H. Taylor, J. Curtis, and P. A. Pasteris. 2008. Physiographically-sensitive mapping of temperature and precipitation across the conterminous United States. *International Journal of Climatology* 28:2031–2064.

Dettinger, M. D., and D. R. Cayan. 1995. Large-scale atmospheric forcing of recent trends toward early snowmelt runoff in California. *Journal of Climate* 8:606–623.

Fall, S., A. Watts, J. N. Gammon, E. Jones, D. Niyogi, J. Christy, and R. Pielke Sr. 2011. Analysis of the impacts of station exposure on the U.S. Historical Climatology Network temperatures and temperature trends. *Journal of Geophysical Research* 116: D14120.

Fritze, H., I. T. Stewart, and E. Pebesma. 2011. Shifts in western North American runoff regimes for the recent warm decades. *Journal of Hydrometeorology* 12:989–1006.

Fulp, T. 2005. How low can it go? *Southwest Hydrology* 4 (2):16–17, 28.

Gershunov, A., and T. P. Barnett. 1998. Interdecadal modulation of ENSO teleconnections. *Bulletin of the American Meteorological Society* 79:2715–2725.

Graumlich, L. J. 1993. A 1000-year record of temperature and precipitation in the Sierra Nevada. *Quaternary Research* 39:249–255.

Grissino-Mayer, H., 1996. A 2129-year reconstruction of precipitation for northwestern New

Mexico, U.S.A. In *Tree Rings, environment and humanity: Proceedings of the international confer- ence, Tucson, Arizona, 17-21 May 1994*, ed. J. S. Dean, D. M. Meko, and T. W. Swetnam, 191-204. Tucson, AZ: Radiocarbon, Dept. of Geosciences, University of Arizona.

Groisman, P. V., R. W. Knight, T. R. Karl, D. R. Easterling, B. Sun, and J. H. Lawrimore. 2004. Contemporary changes of the hydrological cycle over the contiguous United States: Trends derived from in situ observations. *Journal of Hydrometeorology* 5:64–85, doi: 10.1175/1525–7541.

Hidalgo, H. G., T. Das, M. D. Dettinger, D. R. Cayan, D. W. Pierce, T. P. Barnett, G. Bala, et al. 2009. Detection and attribution of stream flow timing changes to climate change in the western United States. *Journal of Climate* 22:3838–3855, doi:10.1175/2009JCLI2470.1.

Hirsch, R. M., and K. R. Ryberg. 2011. Has the magnitude of floods across the USA changed with global $CO_2$ levels? *Hydrological Sciences Journal* 57:1–9, doi:10.1080/02626667.2011.621895.

Hoerling, M., J. Eischeid, and J. Perlwitz. 2010. Regional precipitation trends: Distinguishing natural variability from anthropogenic forcing. *Journal of Climate* 23:2131–2145.

Hoerling, M. P., and A. Kumar. 2003. The perfect ocean for drought. *Science* 299:691–694.

Kahya, E., and J. A. Dracup. 1993. U.S. streamflow patterns in relation to the El Niño/Southern Oscillation. *Water Resources Research* 29:2491–2503.

Knowles, N., M. D. Dettinger, and D. R. Cayan, 2006. Trends in snowfall versus rainfall in the western United States. *Journal of Climate* 19:4545–4559.

Kunkel, K. E., D. R. Easterling, K. Hubbard, and K. Redmond. 2004. Temporal variations in frost-free season in the United States: 1895–2000. *Geophysical Research Letters* 31: L03201, doi:10.1029/2003GL018624.

Kunkel, K. E., D. R. Easterling, K. Redmond, and K. Hubbard. 2003. Temporal variations of extreme precipitation events in the United States: 1895–2000. *Geophysical Research Letters* 30:1900-1903, doi:10.1029/2003GL018052.

Liverman, D. M., and R. W. Merideth, Jr. 2002. Climate and society in the U.S. Southwest: The context for a regional assessment. *Climate Research* 21:199–218.

MacDonald, G. M. 2007. Severe and sustained drought in Southern California and the West: Present conditions and insights from the past on causes and impacts. *Quaternary International* 173/174:87–100, doi:10.1016/j.quaint.2007.03.012.

MacDonald, G. M., and A. M. Tingstad. 2007. Multicentennial precipitation variability and drought occurrence in the Uinta Mountains region, Utah. *Arctic, Antarctic and Alpine Research* 39:549–555.

MacDonald, G.M., K. V. Kremenetski, and H. Hidalgo. 2008. Southern California and the perfect drought: Simultaneous prolonged drought in Southern California and the Sacramento and Colorado River systems. *Quaternary International* 188:11–23, doi:10.1016/j.quaint.2007.06.027.

MacDonald, G. M., D. W. Stahle, J. Villanueva Diaz, N. Beer, S. J. Busby, J. Cerano-Paredes, J. E. Cole, et al. 2008. Climate warming and twenty-first century drought in southwestern North America. *EOS Transactions AGU* 89:82.

Mann, M. E., Z. Zhang, M. K. Hughes, R. S. Bradley, S. K. Miller, S. Rutherford, and F. Ni. 2008. Proxy-based reconstructions of hemispheric and global surface temperature variations over the past two millennia. *Proceedings of the National Academy of Sciences* 105:13252-13257, doi:10.1073/pnas.0805721105.

McCabe, G. J., and D. M. Wolock. 2007. Warming may create substantial water supply shortages in the Colorado River Basin. *Geophysical Research Letters* 34: L22708, doi:10.1029/2007GL031764.

Meehl, G., C. Tibaldi, G. Walton, D. Easterling, and L. McDaniel. 2009. Relative increase of record high maximum temperature compared to record low minimum temperature in the US. *Geophysical Research Letters* 36: L23701, doi:10.1029/2009GL040736.

Meko, D. M. 2001. Reconstructed Sacramento River system runoff from tree rings. Report prepared for the California Department of Water Resources, July 2001.

—. 2008. Streamflow reconstruction, Rio Grande River at Otowi Ridge, 1450-2002. Prepared for the Rio Grande Basin Workshop, 30 May 2008, New Mexico State University Extension, Albuquerque, New Mexico. http://treeflow.info/riogr/riograndeotowinatural.txt.

Meko, D. M., and C. A. Woodhouse. 2005. Tree-ring footprint of joint hydrologic drought in Sacramento and Upper Colorado River Basins, western USA. *Journal of Hydrology* 308:196–213.

Meko, D. M., C. A. Woodhouse, C. A. Baisan, T. Knight, J. J. Lukas, M. K. Hughes, and M. W. Salzer. 2007. Medieval drought in the Upper Colorado River Basin. *Geophysical Research Letters* 34: L10705.

Menne, M. J., and C. N. Williams, Jr. 2009. Homogenization of temperature series via pairwise comparisons. *Journal of Climate* 22:1700–1717, doi:10.1175/2008JCLI2263.1.

Millar, C. I., J. C. King, R. D. Westfall, H. A. Alden, and D. L. Delany. 2006. Late Holocene forest dynamics, volcanism, and climate change at Whitewing Mountain and San Joaquin Ridge, Mono County, Sierra Nevada, CA, USA. *Quaternary Research* 66:273–287.

Milly, P. C. D., K. A. Dunne, and A. V. Vecchia. 2005. Global pattern of trends in streamflow and water availability in a changing climate. *Nature* 438:347–350.

Mote, P. W., A. F. Hamlet, M. P. Clark, and D. P. Lettenmaier. 2005. Declining mountain snow-pack in western North America. *Bulletin of the American Meteorological Society* 86:39–49.

Muhs, D. R., T. W. Stafford, J. B. Swinehart, S. D. Cowherd, S. A. Mahan, C. A. Bush, R. F. Madole, and P. B. Maat. 1997. Late Holocene eolian activity in the mineralogically mature Nebraska Sand Hills. *Quaternary Research* 48:162–176.

Ni, F., T. Cavazos, M. K. Hughes, A. C. Comrie, and G. Funkhouser, 2002. Cool-season precipitation in the southwestern USA since AD 1000: Comparison of linear and nonlinear techniques for reconstruction. *International Journal of Climatology* 22:1645–1662.

Palmer, W. C. 1965. *Meteorological drought.* Research Paper No. 45. Washington, DC: U.S. Weather Bureau.

Pederson, G. T., S. T. Gray, C. A. Woodhouse, J. L. Betancourt, D. B. Fagre, J. S. Littell, E. Watson, B. H. Luckman, and L. J. Graumlich. 2011. The unusual nature of recent snowpack declines in the North American Cordillera. *Science* 333:332–335, doi: 10.1126/science.1201570.

Pielke, R. Sr., N. Doesken, O. Bliss, T. Green, C. Chaffin, J. Salas, C. Woodhouse, J. Lukas, and K. Wolter. 2005. Drought 2002 in Colorado: An unprecedented drought or a routine drought? *Pure and Applied Geophysics* 162:1455–1479.

Pierce, D., T. Barnett, H. Hidalgo, T. Das, C. Bonfils, B. Santer, G. Bala, et al. 2008. Attribution of declining western US snowpack to human effects. *Journal of Climate* 21:6425–6444, doi:10.1175/2008JCLI2405.1.

Rajagopalan, B., K. Nowak, J. Prairie, M. Hoerling, B. Harding, J. Barsugli, A. Ray, and B. Udall. 2009. Water supply risk on the Colorado River: Can management mitigate? *Water Resources Research* 45: W08201, doi:10.1029/2008WR007652.

Ralph, F. M., M. D. Dettinger, A. White, D. Reynolds, D. Cayan, T. Schneider, R. Cifelli, et al. 2011. A vision of future observations for western US extreme precipitation events and flooding: Monitoring, prediction and climate. Report to the Western States Water Council, Idaho Falls.

Redmond, K. T., and R. W. Koch. 1991. Surface climate and streamflow variability in the western United States and their relationship to large scale circulation indices. *Water Resources Research* 27:2381–2399, doi:10.1029/91WR00690.

Regonda, S. K., B. Rajagopalan, M. Clark, and J. Pitlick. 2005. Seasonal cycle shifts in hydroclimatology over the western United States. *Journal of Climate* 18:372–384.

Roos, M. 1991. A trend of decreasing snowmelt runoff in Northern California. In *Proceedings of the 59th Western Snow Conference, April 12-15, 1991, Juneau, Alaska*, 29–36. Juneau, AK: Western Snow Conference.

Ropelewski, C. F., and M. S. Halpert. 1986. North American precipitation and temperature patterns associated with the El Niño/Southern Oscillation (ENSO). *Monthly Weather Review* 114:2352–2362.

Routson, C. C., C. Woodhouse, and J. T. Overpeck. 2011. Second century megadrought in the Rio Grande headwaters, Colorado: How unusual was medieval drought? *Geophysical Research Letters* 38: L22703, doi:10.1029/2011GL050015.

Salzer, M. W., and K. F. Kipfmueller. 2005. Reconstructed temperature and precipitation on a millennial timescale from tree rings in the southern Colorado Plateau, USA. *Climatic Change* 70:465–487.

Salzer, M., M. Hughes, A. Bunn, and K. Kipfmueller. 2009. Recent unprecedented tree-ring growth in bristlecone pine at the highest elevations and possible causes. *Proceedings of the National Academy of Sciences* 106:20348–20353.

Seager, R., R. Burgman, Y. Kushnir, A. Clement, E. R. Cook, N. Naik, and J. Miller. 2008. Tropical Pacific forcing of North American medieval megadroughts: Testing the concept with an atmosphere model forced by coral reconstructed SSTs. *Journal of Climate* 21:6175–6190.

Stahle, D. W., E. R. Cook, M. K. Cleaveland, M. D. Therrell, D. M. Meko, H. D. Grissino-Mayer, E. Watson, and B. H. Luckman. 2000. Tree-ring data document 16th century megadrought over North America. *EOS Transactions AGU* 81:121, doi:10.1029/00EO00076.

Stegner, W. 1987. *The American West as living space*. Ann Arbor: University of Michigan Press.

Stevens, M. B., J. F. González-Rouco, and H. Beltrami. 2008. North American climate of the last millennium: Underground temperatures and model comparison. *Journal of Geophysical Research* 113: F01008, doi: 10.1029/2006JF000705.

Stewart, I., D. Cayan, and M. Dettinger. 2005. Changes towards earlier streamflow timing across western North America. *Journal of Climate* 18:1136–1155.

Stine, S. 1994. Extreme and persistent drought in California and Patagonia during mediaeval time. *Nature* 369:546–549.

Tingstad, A. H., and G. M. MacDonald. 2010. Long-term relationships between ocean variability and water resources in northeastern Utah. *Journal of the American Water Resources Association* 46:987–1002.

Touchan, R., C. Woodhouse, D. Meko, and C. Allen. 2010. Millennial precipitation reconstruction for the Jemez Mountains, New Mexico, reveals changing drought signal. *International Journal of Climatology* 31:896–906.

Woodhouse, C.A., and P. M. Brown. 2001. Tree-ring evidence for Great Plains drought. *Tree-Ring Research* 57:89–103.

Woodhouse, C. A., 2003. A 431-year reconstruction of western Colorado snowpack. *Journal of Climate* 16:1551–1561.

Woodhouse, C. A., D. M. Meko, G. M. MacDonald, D. W. Stahle, and E. R. Cook. 2010. A 1,200-year perspective of 21st century drought in southwestern North America. *Proceedings of the National Academy of Sciences* 107:21283–21288, doi:10.1073/pnas.0911197107.

Woodhouse, C. A., G. T. Pederson, and S. T. Gray. 2011. An 1800-year record of decadal-scale hydroclimatic variability in the Upper Arkansas River Basin from bristlecone pine. *Quaternary Research* 75:483–490, doi:10.1016/j.yqres.2010.12.007.

Yarnal, B., and H. F. Diaz. 1986. Relationships between extremes of the Southern Oscillation and the winter climate of the Anglo-American Pacific Coast. *Journal of Climate* 6:197–219.

## Appendix

**Table A5.1** Comparison of annual surface temperatures in the Southwest

### NCDC AVERAGE TEMPERATURE

| Season | 1901–2000 6-State Avg. | | 2001–2010 Decadal | | |
|--------|-----------------------|-----------------------|-------------------|-------------------|------|
| | Mean °F (°C) | Std.Dev. °F (°C) | Mean °F (°C) | Anom °F (°C) | Rank |
| DJF | 36.0 (2.2) | 0.7 (0.4) | 36.7 (2.6) | +0.7 (0.4) | 2 |
| MAM | 51.3 (10.7) | 0.9 (0.5) | 52.9 (11.6) | +1.6 (0.9) | 1 |
| JJA | 70.9 (21.6) | 0.7 (0.4) | 72.9 (22.7) | +2.0 (1.1) | 1 |
| SON | 54.1 (12.3) | 0.5 (0.3) | 55.4 (13.0) | +1.3 (0.7) | 1 |
| Annual | 53.0 (11.7) | 0.7 (0.4) | 54.5 (12.5) | +1.4 (0.8) | 1 |

### STATION-ADJUSTED AVERAGE TEMPERATURE

| Season | 1901–2000 6-State Avg. | | 2001–2010 Decadal | | |
|--------|-----------------------|-----------------------|-------------------|-------------------|------|
| | Mean °F (°C) | Std.Dev. °F (°C) | Mean °F (°C) | Anom °F (°C) | Rank |
| DJF | 36.7 (2.6) | 0.7 (0.4) | 37.2 (2.9) | +0.5 (0.3) | 2 |
| MAM | 52.2 (11.2) | 0.9 (0.5) | 53.6 (12) | +1.4 (0.8) | 1 |
| JJA | 71.2 (21.8) | 0.7 (0.4) | 72.7 (22.6) | +1.4 (0.8) | 1 |
| SON | 55.0 (12.8) | 0.5 (0.3) | 55.9 (13.3) | +0.9 (0.5) | 1 |
| Annual | 53.8 (12.1) | 0.5 (0.3) | 54.9 (12.7) | +1.1 (0.6) | 2 |

### STATION-UNADJUSTED AVERAGE TEMPERATURE

| Season | 1901–2000 6-State Avg. | | 2001–2010 Decadal | | |
|--------|-----------------------|-----------------------|-------------------|-------------------|------|
| | Mean °F (°C) | Std.Dev. °F (°C) | Mean °F (°C) | Anom °F (°C) | Rank |
| DJF | 37.2 (2.9) | 0.5 (0.3) | 37.4 (3) | +0.2 (0.1) | 4 |
| MAM | 52.9 (11.6) | 0.7 (0.4) | 54.0 (12.2) | +1.1 (0.6) | 1 |
| JJA | 71.8 (22.1) | 0.7 (0.4) | 73.0 (22.8) | +1.3 (0.7) | 1 |
| SON | 55.6 (13.1) | 0.4 (0.2) | 56.3 (13.5) | +0.7 (0.4) | 1 |
| Annual | 54.3 (12.4) | 0.5 (0.3) | 55.2 (12.9) | +0.9 (0.5) | 2 |

Note: Temperatures are averaged for the decade 2001–2010 versus 1901–2000; there is also a ranking of the 2001–2010 decadal averages relative to the ten individual decades of the twentieth century. The Southwest is comprised of Arizona, California, Colorado, Nevada, New Mexico, and Utah.

Sources: National Climatic Data Center, climate division, station-based adjusted, and station-based unadjusted data (http://www.ncdc.noaa.gov/oa/ncdc.html).

**Table A5.2** Comparison of annual precipitation in the Southwest

**PRISM PRECIPITATION**

| Season | 1901–2000 6-State Avg. | | 2001–2010 Decadal | | |
| | Mean inches (mm) | Std.Dev.inches (mm) | Mean inches (mm) | Anom inches (mm) | Rank |
|---|---|---|---|---|---|
| DJF | 5.1 (129) | 0.4 (10) | 5.2 (133) | +0.2 (4) | 5 |
| MAM | 3.8 (97) | 0.3 (8) | 3.4 (87) | -0.4 (10) | 10 |
| JJA | 3.3 (83) | 0.3 (7) | 3.0 (77) | -0.2 (6) | 9 |
| SON | 3.3 (85) | 0.4 (10) | 3.2 (82) | -0.1 (3) | 6 |
| Annual | 15.6 (395) | 0.8 (20) | 15.0 (380) | -0.6 (15) | 8 |

**NCDC CLIMATE DIVISION PRECIPITATION**

| Season | 1901–2000 6-State Avg. | | 2001–2010 Decadal | | |
| | Mean inches (mm) | Std.Dev.inches (mm) | Mean inches (mm) | Anom inches (mm) | Rank |
|---|---|---|---|---|---|
| DJF | 4.7 (120) | 0.4 (11) | 4.8 (122) | +0.04 (1) | 5 |
| MAM | 3.5 (90) | 0.3(8) | 3.0 (77) | -0.5 (13) | 10 |
| JJA | 3.3 (85) | 0.3 (7) | 3.0 (77) | -0.3 (8) | 9 |
| SON | 3.2 (82) | 0.4 (10) | 3.0 (76) | -0.2 (6) | 9 |
| Annual | 14.8 (377) | 0.8 (21) | 14.1 (359) | -0.7 (18) | 10 |

**NCDC STATION PRECIPITATION**

| Season | 1901–2000 6-State Avg. | | 2001–2010 Decadal | | |
| | Mean inches (mm) | Std.Dev.inches (mm) | Mean inches (mm) | Anom inches (mm) | Rank |
|---|---|---|---|---|---|
| DJF | 6.0 (153) | 0.5 (13) | 6.1 (154) | +0.04 (1) | 6 |
| MAM | 4.1 (104) | 0.4 (9) | 3.6 (91) | -0.6 (14) | 10 |
| JJA | 3.3 (85) | 0.4 (9) | 3.0 (76) | -0.4 (9) | 8 |
| SON | 3.5 (90) | 0.5 (12) | 3.3 (84) | -0.2 (6) | 8 |
| Annual | 16.9 (429) | 0.8 (20) | 16.4 (417) | -0.5 (13) | 7 |

Note: Precipitation is averaged for the decade 2001–2010 versus 1901–2000 along with a ranking of the 2001–2010 decadal averages relative to the ten individual decades of the twentieth century.

Sources: PRISM (PRISM Climate Group, Oregon State University, http://prism.oregonstate.edu); National Climatic Data Center (NCDC), climate division, and station-based data (http://www.ncdc.noaa.gov/oa/ncdc.html).



**Figure A5.1** The 1901–2010 trends in annual averaged daily temperature (TAVG, top), daily maximum temperature (TMAX, second panel), and daily minimum temperature (TMIN, third panel). Units are the change in °C/110yrs, and stronger positive (negative) trends shown in red (blue). Bottom panel is the 1901–2010 trend in annual averaged precipitation. Units are the total change expressed as percent of annual climatology, and positive (negative) trends are shown in green (orange). Larger circle sizes denote greater magnitude trends. Trends are computed at station locations using the GHCN (Version 3) raw monthly (unadjusted) data.  Results are shown only for locations having at least 90 years of available data. Filled stations denote statistically significant trends at 95% confidence based on a parametric t-statistic. Stations with temperature (precipitation) changes less than 0.5°C (5%) are denoted with a + symbol. The fraction of stations with significant trends is 61%, 40%, and 63% for TAVG, TMAX, and TMIN respectively. The fraction of stations with significant trends in precipitation is 16%. Source: Menne and Williams (2009).

## Endnotes

i     Tables 5.1 and 5.2 present temperature and precipitation conditions for the first decade of the twenty-first century, respectively, and compare those conditions against 100-year averages of the previous century. Shown also are the rankings of the recent decadal conditions relative to the ten decades of the twentieth century, both for the Southwest as a whole and for the six individual states comprising the region. The tables assess average temperature, maximum temperature, minimum temperature, and precipitation. The data are based on the monthly PRISM analysis (Daly 2006) which incorporates physiographic features (e.g., complex topography and coastal zones) in the process of generating climate grids from available in situ data, the consequence of which is to substantially improve analyses in the Western United States relative to other climate analyses (Daly et al. 2008).

ii     Data used in Tables 5.1 and 5.2 are based on 2.5 mile (4km) resolution PRISM analyses (data available at: http://www.prism.oregonstate.edu/products/matrix.phtml?view=data). For purposes of long period trend estimates, we present diagnoses conducted at station locations, rather than from gridded data, and examine those sites that possess historical observations spanning most of the 1901–2010 period.

iii     The trends were calculated at station locations based on Global Historical Climate Network (GHCN) Version 3 (Menne and Williams 2009; data available at http://www.ncdc.noaa.gov/ghcnm/v3.php).

iv     Another measure of heat and cold waves is discussed in Chapter 7, Sections 7.2 and 7.3.

v     Drought is defined here as having at least a -1 (or lower) PDSI intensity.

vi     These included the Southwest as well as drainage basins in the Cascades, Blue Mountains of Oregon, and the northern Rockies of Idaho and Montana.

vii     Analysis of a subset of the Cook et al. dataset, covering only the Southwest region, shows DAI variability across the Southwest over the last 1,200 years to be very similar to that across the larger area depicted in Figure 5.7.

# Past Peak Water
# in the Southwest

*Martin Hoerling* – *NOAA Earth System Research Laboratory* and *Jon Eischeid* – *University of Colorado, CIRES*

Nobody relishes being "past peak" anything. Whether it's the prime of our human existence or the prime of Nature's abundance, the notion of having less rather than more is often vehemently denied. But demand growth in the face of production and storage decline has severe consequences, especially when existing uses already consume the available supply.

The lifeblood of the Southwest is the Colorado River, which is increasingly impacted by climate forces not previously experienced. The recent drought prompts concern among water users and water stewards alike, and requires the scientific community to probe whether a sustained threat is rising to our already perilous moisture balance. The consensus of the Intergovernmental Panel on Climate Change (IPCC, 2001) affirms that Earth's atmosphere is accumulating unprecedented quantities of carbon dioxide that are now causing detectable increases in surface air temperature.

Is this ongoing drought an early warning sign of something other than the historical norm, and the gateway to a future climate with more severe drought hazards? What is known about the sensitivity of moisture conditions in the Southwest to a changing climate? To seek answers to these questions, we have undertaken a systematic analysis of a new suite of climate model simulations from the arsenal of tools contributing to the 2007

> *Even several of the wetter runs yield increasing drought due to the overwhelming effect of heat-related moisture loss.*

IPCC Fourth Assessment Report (AR4). What is the news for the Southwest?

### A New Drought Study

A common practice in drought monitoring is to derive a meteorological quantity known as the Palmer Drought Severity Index (PDSI; Palmer 1965). The index calculates the cumulative effects of precipitation and temperature on surface moisture balance. Water storage is solely derived from a two-layer soil system, with no explict accounting for deep groundwater or water in manmade surface storage. Drought develops when evapotranspiration exceeds the supply available from precipitation and soil moisture relative to a region's "normal" water balance. The index ranges from -4 (extreme drought) to +4 (extreme moistness).

Reservoir storage is key for assessing water supply during the course of a year in the Southwest, and is not included in a PDSI drought monitor. However, when monitoring drought conditions on annual time scales, streamflow is strongly correlated with annual PDSI. The relationship between the annual virgin flow (the estimated flow of the stream if it were in its natural state and unaffected by the activities of man) at Lees Ferry, Arizona, and the PDSI averaged over the upper Colorado Basin drainage is

$$FLOW = A_o + (A_1 \times PDSI)$$

for FLOW greater than the estimated basal flow of 3 million acre-feet (maf). Using data from 1895-1989, the linear regression coefficients are

$$A_o = 14.5 \text{ maf}, A_1 = 1.69 \text{ maf}.$$

During the 95-year reference period, annual PDSI explains 63 percent of the annual river flow variations at Lees Ferry.

Post-1989 data offer an independent period to confirm applicability of the above relation for predicting Lees Ferry flow. This period is one of warming temperatures, allowing us to test the prediction equation's fidelity in an environment of climate change. For 1990-2005, PDSI predicts 85 percent of the recent yearly fluctuations of flow at Lees Ferry, including the low flow regime during the recent drought.

To determine the probable hydrologic consequences of future climate change, the above formula was used to downscale

R001105

future PDSI to Lees Ferry streamflow. The monthly PDSI was calculated for each of 42 climate simulations spanning 1895 to 2060, using multiple runs of 18 different coupled ocean-atmosphere-land models. The models were forced with the known changes in atmospheric constituents and solar variations from 1895-2000 and a business-as-usual assumption for future carbon emission after 2000.

### A Drastic Change in the Character of Drought

Sustained drought of severe intensity (PDSI < -3) occurred during 1953-1956, an event rivaled during 2000-2003. The average annual Lees Ferry flow was only 10 maf during both events, but the recent drought bears different properties than its predecessor. In particular, abnormally high temperatures have been more prevalent during the 2000-2003 drought, with the West nearly 1°C warmer than during the 1950s drought.

Climate simulations of PDSI for two near-term 25-year periods (2006-2030 and 2035-2060) show an increase in drought severity (relative to their 20th century "normals") that occurs in lockstep with surface warming (see figures, above right). Little net change in precipitation occurs in the average of all models, though variability among the simulations is considerable. Nonetheless, even several of the wetter runs yield increasing drought due to the overwhelming effect of heat-related moisture loss. The Southwest appears to be entering a new drought era. In the 20th century, drought was principally precipitation driven, and enhanced by temperature. Indications from the simulations are that a near perpetual state of drought will materialize in the coming decades as a consequence of increasing temperature.

To place these probable changes into context, projections for the next quarter century paint a sober landscape in which average PDSI equates to the 2000-2003 drought conditions. This occurs as the consequence of surface water loss due to increased evapotranspiration owing to an average 1.4°C warming (relative

*see Past Peak, page 35*



*Palmer Drought Severity Index (PDSI). Values less than -3 denote severe drought conditions. Left panels illustrate the 4-year average drought conditions experienced during the 1950s drought and the recent drought. Right panels are future projections of the PDSI based on 42 simulations conducted to support the Fourth Assessment Report of the IPCC. By about 2050, average moisture balance conditions will mimic conditions experienced only rarely at the height of the most severe historical droughts.*



SAFE YIELD STUDIES    ARTIFICIAL RECHARGE    GROUND WATER MANAGEMENT

LITIGATION SUPPORT    WELLS    MODELING

**GEOSCIENCE**    *Ground Water Hydrologists*

Dr. Dennis E. Williams
(Founder and President)

**GEOSCIENCE Support Services, Inc.**

www.gssiwater.com

P.O. Box 220, Claremont, CA 91711 / Tel: (909) 920-0707 / Fax: (909) 920-0403
E-mail: email@geoscience-water.com

*Past Peak, continued from page 19*

to 1895-2005) in the Colorado Basin. The subsequent quarter century (2035-2060) is projected to undergo a similar incremental warming: an average 2.8°C over the Upper Colorado. This drives the Palmer Index down to drought severity rarely witnessed during the 20th century.

## Past Peak Water

What are the implications of intensified aridity for Colorado River flow? Downscaling the simulated PDSI to Lees Ferry flow yields an average rate of 10 maf for the next 25 years. As drought conditions further intensify due to heat, Colorado River flows would decline further (see charts below), averaging 7 maf during 2035-2060, values equivalent to the observed lowest flow at our recent drought's nadir.

Are such low flows realistic on a year-by-year sustained level? First, virtually all simulations point to sufficient drought to reduce flow below current consumptive uses on the river within 20 years, although the range of model outcomes indicates that we don't know precisely how low the flow will be. Second, whereas the 21st century climate change signal is one of low Colorado River flow, the superimposed natural variability in precipitation is still capable of producing "normal" flow (by 20th century standards) for a year or two within an otherwise drought epoch. Finally, it is

unclear whether the historical Lees Ferry flow-PDSI relation used in this study is strictly applicable to the substantial change in climate that is projected.

Nonetheless, a robust physical relation underpins the projected reduction in Colorado River flow. Evapotranspiration exceeds precipitation throughout the basin, implying less runoff as dictated by water balance requirements. Also, the Lees Ferry flow estimated from the climate simulations for 1990-2005 is 13 maf, an already substantial decline from higher simulated flows in the early 20th century. This change is remarkably consistent with observations and suggests an emerging warming effect on streamflow.

Relative to the 1990-2005 mean flow of 13 maf, the 42-run average predicts a 25 percent decline in streamflow during 2006-2030, and a 45 percent decline during 2035-2060. This scenario is consistent with several independent estimates using different approaches. Revelle and Waggoner (1983) used empirical methods to predict a 29 percent reduction in Lees Ferry flow under a scenario of 2°C warming. Christensen and others (2004) used a sophisticated hydrology model to predict an 18 percent reduction in Colorado River streamflow by 2050 under a change scenario derived from a climate model that is now recognized to be on the low range of climate change sensitivity. Milly and others (2005) diagnosed annual runoff in

12 different AR4 models and discovered a near 20 percent decline in runoff for the Colorado River headwaters by 2050.

Our study reveals that a sustained change in moisture conditions is unfolding within the broad range of natural variations. The Southwest is likely past the peak water experienced in the 20th century preceding the signing of the 1922 Colorado Compact: a decline in Lees Ferry flow will reduce water availability below current consumptive demands within a mere 20 years. These projections further expose the risky reliance by Colorado River water users upon the Compact as a guarantee that streamflows will always materialize to match legislated requirements.

*Contact Martin Hoerling at martin.hoerling@noaa.gov.*

### References.

Christensen, N.S., A.W. Wood, N. Voisin, D.P. Lettenmeier, and R.N. Palmer, 2004. *The effects of climate change on the hydrology and water resources of the Colorado River Basin, Climatic Change 62(1): 337-363.*

IPCC, 2001. *Climate Change, 2001: The Scientific Basis, ed. by J.T. Houghton, Y. Ding, D.J. Griggs, M. Noguer, P.J. van der Linden, and D. Xiaosu, Cambridge University Press, 881 pp.*

Milly, P.C.D., K.A. Dunne, and A.V. Vecchia, 2005. *Global patterns of trends in streamflow and water availability in a changing climate, Nature, 438: 347-350.*

Palmer, W.C., 1965. *Meteorological Drought, U.S. Dept. of Commerce, Weather Bureau Research Paper No. 45, Washington, D.C.*

Revelle, R., and P. Waggoner, 1983. *Effects of a carbon dioxide-induced climatic change on water supplies in the western United States, in Changing Climate, by the Carbon Dioxide Assessment Committee, pp. 419-432, National Academy Report 8211, Washington, D.C.*





*The 1895-2050 Lees Ferry annual streamflow (left) was derived from the AR4 simulations of PDSI (middle) using the downscaling formula that relates observed Lees Ferry flow to observed PDSI during the 20th century. The dark red curve denotes the 42-run average, and the cloud describes the 10 to 90 percent range of individual simulations. The right panel summarizes the probability distribution function of PDSI averaged over the Upper Colorado Drainage Basin for individual years of observations 1895-2005 (black), for the 42 models for 1895-2005 (green), and for the 42-model projections of the average PDSI during 2006-2030 (orange) and 2035-2060 (red). Note that the models produce a realistic range of PDSI drought events during the 20th century, and for the future they produce surface moisture conditions that denote progressive aridification and severe drought conditions.*

# Attribution of Declining Western U.S. Snowpack to Human Effects

David W. Pierce,* Tim P. Barnett,* Hugo G. Hidalgo,* Tapash Das,* Céline Bonfils,+
Benjamin D. Santer,+ Govindasamy Bala,+ Michael D. Dettinger,# Daniel R. Cayan,*,#
Art Mirin,+ Andrew W. Wood,@ and Toru Nozawa&

*Scripps Institution of Oceanography, La Jolla, California
+Lawrence Livermore National Laboratory, Livermore, California
#U.S. Geological Survey, La Jolla, California
@University of Washington, Seattle, Washington
&National Institute for Environmental Studies, Tsukuba, Japan

(Manuscript received 4 January 2008, in final form 18 April 2008)

ABSTRACT

Observations show snowpack has declined across much of the western United States over the period 1950–99. This reduction has important social and economic implications, as water retained in the snowpack from winter storms forms an important part of the hydrological cycle and water supply in the region. A formal model-based detection and attribution (D–A) study of these reductions is performed. The detection variable is the ratio of 1 April snow water equivalent (SWE) to water-year-to-date precipitation ($P$), chosen to reduce the effect of $P$ variability on the results. Estimates of natural internal climate variability are obtained from 1600 years of two control simulations performed with fully coupled ocean–atmosphere climate models. Estimates of the SWE/$P$ response to anthropogenic greenhouse gases, ozone, and some aerosols are taken from multiple-member ensembles of perturbation experiments run with two models. The D–A shows the observations and anthropogenically forced models have greater SWE/$P$ reductions than can be explained by natural internal climate variability alone. Model-estimated effects of changes in solar and volcanic forcing likewise do not explain the SWE/$P$ reductions. The mean model estimate is that about half of the SWE/$P$ reductions observed in the west from 1950 to 1999 are the result of climate changes forced by anthropogenic greenhouse gases, ozone, and aerosols.

## 1. Introduction

The western United States is an arid region with a large and growing population. Water is a precious resource, and changes in the hydrological cycle have important societal and economic effects. Retention of winter precipitation in the form of snowpack is an integral part of the hydrological cycle in the region. Precipitation from winter storms can be retained in snowpack and released gradually, often months later, in the drier parts of the year. The majority of streamflow in the western United States originates from melting snowpack (Palmer 1988), and in much of the west more water is stored in snowpack than in man-made reservoirs (Mote et al. 2005). Future changes in snowpack are therefore a subject of considerable economic and societal importance.

Many studies have documented a reduction in snow over the western United States. Groisman et al. (1994) examined snow cover extent from satellite data over the period 1972–92 and found a statistically significant reduction over North America in the spring and summer. Groisman et al. (2004) used National Weather Service Cooperative network (co-op) station data to show March snow cover extent in the west has diminished over the period 1950–2003. Mote (2003), using data from snow courses, showed 1 April snow water equivalent (SWE) in the Pacific Northwest decreased strongly from 1950 to 2000. Mote et al. (2005) extended this analysis to the rest of the western United States, showing the reduction in SWE is widespread, with the notable exception of the southern Sierra Nevada. There, high altitudes and colder temperatures combined with unusually wet conditions acted to increase

Corresponding author address: David W. Pierce, Division of Climate, Atmospheric Sciences, and Physical Oceanography, Scripps Institution of Oceanography, Mail Stop 0224, La Jolla, CA 92093-0224.
E-mail: dpierce@ucsd.edu

DOI: 10.1175/2008JCLI2405.1

© 2008 American Meteorological Society

JOURNAL OF CLIMATE

SWE (Mote 2006). Knowles et al. (2006) documented a regional trend toward more winter precipitation falling as rain instead of snow in the period 1949–2004; this is one of the factors contributing to the decreasing snow-pack, along with an increase in winter daily melt events in the region (Mote et al. 2005).

In this work we use a formal detection and attribution (D–A) methodology to examine if some part of observed changes in snowpack over the western United States can be confidently ascribed to anthropogenic greenhouse gases (GHGs), aerosols, and ozone. *Detection* examines whether the changes in snowpack are likely to have arisen from natural internal climate variability. *Attribution* asks whether the snowpack changes are consistent with the expected effects of these anthropogenic forcings and inconsistent with other natural external climate forcings, such as variability in solar irradiance and atmospheric burdens of volcanic dust. D–A allows an explicit estimation of the likelihood of obtaining the observed decrease in snow given the model-estimated background of natural variability and compares the observed changes to those expected to occur owing to anthropogenic effects. Only if changes are both outside the likely range expected due to natural climate variability and consistent with the changes expected due to anthropogenic forcing can it be concluded that human activity has a role in reducing winter snowpack.

We use 1600 years of control run data from fully coupled global general circulation climate models (GCMs) to provide estimates of natural internal variability. Multiple ensemble members of two GCMs run with estimated historical changes in well-mixed GHGs, aerosols, and ozone supply the expected response of snowpack to these anthropogenic forcings. We statistically downscale the GCM results to 1/8° resolution then use the downscaled fields as input to a fine-resolution hydrological model. The hydrological model calculates the SWE values as well as soil moisture, runoff, and other variables in the hydrologic water balance used in companion work (Barnett et al. 2008; Bonfils et al. 2008; Hidalgo et al. 2008, manuscript submitted to *J. Climate*).

Previous studies have examined if changes in western U.S. snow are consistent with anthropogenic effects, although none have used a formal D–A method. The primary focus of these works has been on determining the relative roles of temperature and precipitation in causing the decline. Mote (2003, 2006), for example, used linear regressions between SWE, temperature, and precipitation to conclude that increases in SWE over the period 1930–50 were caused by increases in precipitation, but the widespread reductions in SWE

since 1950 are due to regional warming. They found high elevation snow courses (permanent sites where manual measurements of snow depth and SWE are taken) with cold winter temperatures are little influenced by the warming—with SWE that can increase where local precipitation has increased. Natural internal climate variability, such as that associated with the North Pacific index (Trenberth and Hurrell 1994), was insufficient to explain the observed post-1950 warming. Mote et al. (2005) and Hamlet et al. (2005) used runs of the variable infiltration capacity (VIC) hydrological model (Liang et al. 1994; Cherkauer and Lettenmaier 2003) with specified forcing to explore this issue; after first verifying that VIC reproduced the observed trends in SWE when forced with historical meteorological data, they showed with fixed-precipitation runs that SWE decreases are predominately driven by regional warming. Again, these works found natural internal climate variability, such as from the Pacific decadal oscillation (PDO) (Mantua et al. 1997), could not explain the magnitude of the observed warming or SWE depletions. The contribution of the present work is to use formal D–A methodology to develop a model-estimated fingerprint of the SWE changes expected due to anthropogenic effects, assess the likelihood of the fingerprint pattern arising by chance from natural internal or external climate variability, and determine if the observed pattern of SWE changes agrees with that expected to be seen from anthropogenic warming.

The remainder of this paper is organized as follows. In section 2 the various data sources are described, including the observed snow and precipitation datasets, the global model control and anthropogenic runs, and the statistically downscaled model datasets. The D–A methodology and results are presented in section 3. A summary and our conclusions are given in section 4.

## 2. Data

### a. Snow courses

We use snow course data from the National Water and Climate Center (NWCC; http://www.wcc.nrcs.usda.gov), part of the U.S. Department of Agriculture Natural Resources Conservation Service (downloaded from ftp://ftp.wcc.nrcs.usda.gov/data/snow/snow_course, accessed 22 September 2006). Over 2500 locations are available across the western United States, Alaska, and parts of British Columbia and Alberta, Canada. In the southern Sierra Nevada, the NWCC data were augmented with data from the California Cooperative Snow Surveys obtained from the California Data Exchange Center (CDEC; http://cdec.water.ca.gov; accessed 22 September 2006), California Depart-

ment of Water Resources, Division of Flood Management. As described on those sites, snow courses are generally around 300 m long and sampled at multiple locations along their length to reduce the effects of drifting and small depressions in the ground. Measurements are taken by driving a hollow tube into the snow, which is then weighed to measure the SWE.

We use snow course measurements taken within 10 days of 1 April, which tends to be the most sampled date and near peak SWE in the western United States (Cayan 1996; Bohr and Aguado 2001). Mote et al. (2005) note that improved travel has resulted in a snow courses being sampled closer to 1 April over time, but conclude that this effect is small compared to climate effects on the snowpack. Although a few courses have data starting before 1910, coverage increases markedly by 1940. We used stations starting by 1950 with no more than 20% missing data from 1950 to 1999. This yields a pool of 661 stations for subsequent consideration (continued below). The beginning year is chosen partly to ensure good snow course coverage and partly because measured trends in precipitation are less reliable in earlier years (Groisman and Easterling 1994). The ending year is determined by the availability of model data produced for the Intergovernmental Panel on Climate Change (IPCC) Fourth Assessment Report (AR4) database.

### b. Precipitation

Considerable work has been done to isolate the relative contributions of temperature and precipitation ($P$) to variations in spring SWE (e.g., Groisman et al. 1994; Cayan 1996; Mote 2003; Mote et al. 2005; Hamlet et al. 2005; Mote 2006). In short, temperature fluctuations have a larger effect in the warmer elevations near the freezing level, while changes in precipitation become more important at higher elevations where winter temperatures are far below freezing. In this work we focus on whether there is a detectable temperature-driven effect on western U.S. snowpack. We therefore analyze SWE/$P$ rather than simply SWE to minimize the effects of year-to-year precipitation fluctuations, which are not of primary interest here and add noise to the temperature-driven snowmelt signal (Dettinger and Cayan 1995; cf. Barnett et al. 2008). The effectiveness of this technique is examined in section 3f, where it is shown that SWE/$P$ has no statistically significant sensitivity to $P$.

We divide 1 April SWE by the total $P$ summed from October through March, so the SWE/$P$ ratio shows what fraction of current water year precipitation remains in the snowpack by 1 April. Seventeen stations (3% of the total) with a mean SWE/$P$ ratio less than

0.15 were eliminated, as we wanted to focus on areas where an appreciable fraction of winter precipitation was retained in the snowpack on 1 April. The ideal precipitation data for this purpose would be measured at the same locations as the snow courses. Some snow courses are collocated with automated snow telemetry (SNOTEL) precipitation stations; however, the majority of SNOTEL data begins less than 20 years ago, too short a time to detect a slowly evolving anthropogenic signal. There also tend to be disagreements between reported snowfall and SWE even for collocated SNOTEL and snow courses, although snow course SWE measurements correlate over longer distances than SNOTEL snowfall measurements (Dressler et al. 2006). This is helpful for our purposes, as it suggests the snow course measurements have less noise.

We use the gridded daily precipitation dataset of Hamlet and Lettenmaier (2005; hereafter HL05), which is available at relatively fine spatial resolution ($\frac{1}{8}°$ longitude by latitude) across the western United States. As a sensitivity test we also tried monthly data from the Parameter–elevation Regressions on Independent Slopes Model (PRISM) Group at Oregon State University (http://prism.oregonstate.edu, accessed 7 March 2007; Daly et al. 1994, 2002) and the daily gridded data of Maurer et al. (2002). The D–A results were little changed (not shown), although it should be kept in mind that these are not independent data sources. All rely on co-op station data as input, and both the daily datasets use PRISM monthly average precipitation maps in their topographic correction of precipitation (HL05; Maurer et al. 2002). The co-op precipitation gauges have smaller mouths than the SNOTEL gauges (20 cm versus 30.5 cm) and tend to be unshielded (Doesken and Schaefer 1987), which both increase undercatch. SNOTEL gauges, by contrast, have Alter wind shields that reduce the undercatch (Groisman and Easterling 1994). Our choice to use HL05 therefore requires a correction for undercatch, as described in the next section.

### c. Treatment of gauge undercatch

Precipitation gauges tend to undercatch both rain and snow, with the undercatch for snow being larger (Groisman and Easterling 1994), primarily due to wind effects over the gauge opening. This means more SWE can be reported as present on the snow course than was measured by precipitation gauges (Serreze et al. 1999). Additionally, when there is an upward trend in the fraction of precipitation that falls as rain instead of snow (as found by Knowles et al. 2006), the increasing gauge catch efficiency will report a decreasing SWE/$P$, even if

J O U R N A L   O F   C L I M A T E



FIG. 1. Locations of snow courses used for the detection and attribution analysis in this study.

the actual SWE/$P$ remains constant. It is important to account for these effects.

Details of our treatment of gauge undercatch are given in appendix A and outlined briefly here. We analyze SWE/$P$ divided by its time mean (which we term "fractional SWE/$P$") since this quantity is less sensitive to gauge undercatch than SWE/$P$ itself. We estimate the trend in undercatch based on the changing rain/snow ratio using data from Knowles et al. 2006. This trend is small compared to the mean undercatch, so we develop a correction term that is first order in (trend/mean) and apply it to our fractional SWE/$P$ estimate. Stations where the mean SWE is greater than estimated $P$, even when undercatch is taken into account or that do not fall within one of our mountain regions, are discarded. The remaining 548 stations (83% of our original pool of 661) used in the detection and attribution analysis are shown in Fig. 1.

### d. Global climate model control runs

We use two different multicentury coupled climate model control runs for our estimates of natural internal climate variability: a finite volume version of the Community Climate System Model, version 3 (CCSM3) (Bala et al. 2008), which we will refer to as CCSM3-FV, and the Parallel Climate Model (PCM) (Washington et al. 2000).

CCSM3-FV was run for over 1000 years with preindustrial atmospheric constituents and forcing condi-

tions. The first 239 yr were treated as a spinup; we analyzed the 850 yr starting at model year 240. The atmospheric resolution is 1.25° longitude by 1° latitude, somewhat finer than the equivalent spatial resolution of CCSM3 run with T85 spectral truncation, and 26 vertical levels. The model configuration included numerical parameterizations specific to the finite volume version of CCSM3 that correct problems with representing the sea ice and ocean around Greenland. The ocean model has a nominal 1° resolution and 40 vertical levels. Since we are performing a regional D–A study, our choice of this model configuration was motivated by the desire to have a relatively finescale representation of natural climate variability.

We used 750 yr from the same PCM control run (B06.62) analyzed in Barnett et al. (2005) and Pierce et al. (2006). The model was run at T42 spectral truncation for the atmospheric component and used a stretched and rotated grid with an average of about $\frac{2}{3}$° spatial resolution in the ocean. We used this model because our previous analyses have shown PCM captures many important features of observed climate over the North Pacific and western United States—our area of interest here.

The natural internal climate variability of both control runs is compared to observations in section 3a.

### e. Global climate model anthropogenically forced runs

To increase the robustness of our study, we used more than one set of anthropogenically forced climate simulations to compare to the observations. One of the downscaling methods used (described in the next section) requires daily maximum and minimum temperature ($T_{max}$ and $T_{min}$) and precipitation. Our choice of model runs to use for the anthropogenic fingerprint estimation was therefore limited to cases where 1) daily data were available for the period 1950–99; 2) multiple ensemble members were available; and 3) the model had a good representation of western U.S. climate, including a realistic amplitude of natural variability. The requirement for 50 yr of daily data was one of the biggest limitations; for instance, while the World Climate Research Programme (WCRP) Coupled Model Intercomparison Project phase 3 (CMIP3) climate model archive has some daily $T_{max}$, $T_{min}$, and precipitation data for the twentieth-century runs, it is generally only available for 40 yr, and often for only one ensemble member.

The first set of anthropogenic model runs we used are from PCM: cases B06.22, B06.23, B06.27, and B06.28 (Washington et al. 2000; available online at http://www.earthsystemgrid.org). In addition to fulfill-

ing the requirements for daily data and multiple realizations, PCM has a reasonable simulation of ENSO, the PDO, and the mean state and variability over the western United States. The PCM runs were forced with anthropogenic GHGs, ozone, and the direct effects of sulfate aerosols.

The second set of model runs we used are from the Model for Interdisciplinary Research on Climate (MIROC) model run at T42 atmospheric resolution (Hasumi and Emori 2004; Nozawa et al. 2007). We selected this model because an extensive set of runs with daily data and various forcing combinations was available; this will support future, more detailed work in examining how the various components of anthropogenic forcing affect climate over the western United States. Additionally, MIROC has a good representation of the PDO [defined as the leading EOF of SST anomalies north of 20°N in the North Pacific, Mantua et al. (1997)], with a peak SST anomaly of 0.5°C (versus 0.6°C observed) and spatial correlation with the observed PDO SST pattern of 0.75 (not shown). These were not the highest values of the models present in the CMIP3 database—both PCM and CCSM3 show higher spatial correlations of 0.91 and 0.88, respectively—but are nearly so, and having many runs with daily data available is advantageous for reducing the noise in the D–A work. The representation of ENSO is less satisfactory, however, with a signal that extends too far west and an amplitude about half that observed. The MIROC runs were forced with GHGs, ozone, the direct effects of sulfate aerosols, some indirect effects of sulfate and carbonaceous aerosols, and land-use changes. More details on the various model runs can be found in Bonfils et al. (2008).

### f. Downscaling methodology

We explored two methods for downscaling the control and anthropogenically forced global model results to our region of interest: the bias correction/spatial disaggregation (BCSD) technique (Wood et al. 2002, 2004) and constructed analogs (CA) technique (H. G. Hidalgo et al. 2008). Both are statistical methods that use the global model's fields of precipitation and temperature to construct a physically consistent representation of weather with finescale detail (⅛°). A comparison of the two methods is given in Maurer and Hidalgo (2007), who show that the CA method tends to produce weaker trends than the BCSD approach. Our results are consistent with this finding. Details of the methods are provided in the references given above, so only a brief summary is given here. The two methods make the trade-off between data volume and signal time step differently: the BCSD method requires only monthly

model data to produce a daily time step but does not preserve the daily sequence of weather simulated by the model, while the CA technique requires daily model data but in turn preserves the daily sequence of weather simulated by the model. One consequence is BCSD will always give the same submonthly temporal relationships between the variates as found in the historical period, while CA can evolve the daily relationships between $T_{min}$, $T_{max}$, and $P$ if the GCM responds in that way.

The BCSD method first bias corrects GCM monthly average temperature ($T$) and precipitation ($P$) using a quantile-based mapping from model to observed climatology. The bias-corrected $T$ and $P$ anomalies are then interpolated onto the fine grid, using additive anomalies for $T$ and multiplicative ones for $P$. A random month from the historical observations is chosen (subject to the constraint that it be the same month of year as the month being downscaled), and the observed, fine-resolution daily $T_{min}$, $T_{max}$ and $P$ fields are adjusted (temperatures are shifted and $P$ is scaled) by the bias-corrected, interpolated PCM anomaly. This method was used for the PCM control run.

The CA method first bias corrects the daily GCM data to have the same mean and variance as observed. It then makes use of a "library" of observed daily $T$ and $P$ fields available on both the fine (⅛°) grid and the global model grid. For each day's GCM fields, the best 30 regional matches to the large-scale $T$ and $P$ fields are found. The final downscaled $T$ and $P$ fields are a weighted sum of the finescale $T$ and $P$ patterns corresponding to the closest 30 matches on the coarse scale. This method was used for the CCSM3-FV control run and MIROC anthropogenic runs.

### g. Hydrological model

The downscaled $T_{min}$, $T_{max}$, and $P$ fields from the control and anthropogenically forced GCMs were used to drive the VIC hydrological model (version 4.0.5; Liang et al. 1994; Cherkauer and Lettenmaier 2003) run at ⅛° resolution over the western United States. The VIC model calculates soil moisture, runoff, and snow cover given the meteorological forcing and parameterizations describing the physical characteristics of the region (soil depth, vegetation types, elevation, etc.). VIC was configured with five snow elevation bands to better represent snow processes in grid cells with changing topography. Our final analysis uses fractional SWE/$P$ calculated by VIC forced by the statistically downscaled GCM results. The VIC model has been validated against observations and used in many climate change and streamflow forecasting studies in our

JOURNAL OF CLIMATE



FIG. 2. Sea surface temperature anomalies (°C per standard deviation of the index time series) associated with (left) the PDO and (right) ENSO, from observations and the two control model runs: CCSM3-FV and PCM.

region of interest (cf. Mote et al. 2005 and references therein).

## 3. Results

### a. Natural internal variability in the control runs

It is important to compare the natural internal climate variability in the control model runs to observations since control data with variability significantly weaker than observed could bias the D–A results.

Two important modes of natural variability that affect climate in the western United States are the El Niño–Southern Oscillation and the Pacific Decadal Oscillation (Mantua et al. 1997). Figure 2 shows ENSO and PDO variability in the model control runs, defined as the leading empirical orthogonal functions of winter [December–February (DJF)] sea surface temperature anomalies over the regions plotted. The same quantity is plotted from observations over the period 1946–2006 for comparison.

The PDO is reasonably well simulated by the control models, with a realistic pattern but somewhat higher variability than is observed. CCSM3-FV tends to have more loading in the Kuroshio Extension region than observed, while PCM mirrors the observations in showing largest expression in the central North Pacific. ENSO variability is again fairly well represented in the control runs, with somewhat stronger than observed amplitudes in CCSM3-FV and weaker than observed in PCM. The meridional scale of the variability is narrower in CCSM3-FV than observed (Bala et al. 2008). In both models the variability extends too far west, as is common in GCMs. We note in particular that there is no systematic underestimation of the strength of the PDO or ENSO in these models.

Although a reasonable simulation of the relevant modes of natural variability is important, our detection variable is fractional SWE/$P$, which depends on a wide variety of climate influences. Figure 3 shows the standard deviation of SWE/$P$ from the (detrended) obser-

Case No. 1:20-cv-02484-MSK    Document 96-2    filed 05/06/21    USDC Colorado    pg 52 of 256



FIG. 3. Standard deviation of fractional SWE/$P$ from (top row) observations, (middle row) CCSM3-FV control run, and (bottom row) PCM control run: (left) Annually averaged SWE/$P$ values and (right) 5-yr-averaged SWE/$P$ values.

6432 JOURNAL OF CLIMATE VOLUME 21



Fig. 4. Snow courses on the ⅛° grid, grouped by the nine regions used for averaging.

vations and CCSM3-FV and PCM control runs. Observed SWE/$P$ values are detrended, so any linear change in SWE/$P$ arising from anthropogenic forcing will not inflate their standard deviations. The left column is the standard deviation of the annual values and the right column shows the standard deviation of the 5-yr-averaged data. On annual time scales, both control runs tend to modestly overestimate the standard deviation in the Sierra Nevada and in Utah, while underestimating the variability in the extreme north of the Washington Cascades. On the 5-yr and longer time scales, both models continue to overestimate the variability in the Sierra Nevada and in Utah, while CCSM3-FV tends to underestimate variability in the Washington and Oregon Cascades. PCM does a better job of capturing the variability in the Oregon Cascades, but has slightly too much variability in western Montana. Overall, despite these small-scale differences, we find no evidence that either PCM or CCSM3-FV is systematically underestimating natural internal climate variability for our region and variable of interest.

### b. Constructing the fingerprint

We use a fingerprint-based detection and attribution methodology (Santer et al. 1995; Hegerl et al. 1996,

1997; Tett et al. 1999; Allen and Tett 1999; Barnett et al. 2001). The intent is to isolate the signature of anthropogenically forced changes in SWE/$P$ from the historical model runs, determine how similar the observed changes in SWE/$P$ are to the fingerprint, and calculate the likelihood a signal of the observed strength could have occurred by chance in the control run. In this section, the method of constructing the fingerprint will be described and applied to nine mountainous regions across the western United States. In section 3g, the same methods are used to develop and analyze a fingerprint as a function of elevation.

To compare observations to the model results, we assign each snow course to the location of the nearest VIC model grid cell (on the ⅛° grid). When multiple snow courses were assigned to the same VIC grid cell, the fractional SWE/$P$ time series from those snow courses were averaged. We then regionally average the observed and model SWE/$P$ values over the nine regions shown in Fig. 4; this reduces small-scale noise and some spatial redundancy from areas where many snow courses are near each other. When regionally averaging the model SWE and $P$, we subsampled the model data at the same locations as the gridded snow courses to avoid introducing discrepancies from different model and observed data coverage.



FIG. 5. Regional time series of fractional SWE/*P* from the observations. Note the ordinate range differs between panels. The least squares best-fit linear trend is also shown as a solid line where the 95% confidence interface excludes zero and a dashed line where it includes zero.

The regionally averaged fractional SWE/*P* time series from observations are shown in Fig. 5. SWE/*P* has increased in the southern Sierra Nevada (although the trend is not significantly different from zero at the 5% level using the test described in Wigley et al. 2006); it decreases in all the other regions (although not significantly in the northern Sierra or Great Basin). SWE changes as a function of elevation (Mote et al. 2005, their Fig. 2; see also section 3g) indicate warmer, lower elevations tend to have experienced the most relative SWE loss, while precipitation increases can drive SWE increases at the colder, higher elevations.

The model-based fingerprint is formed from the nine regionally averaged time series of the anthropogenic model runs. To reduce natural variability unrelated to the anthropogenic forcing, we first ensemble averaged each regional time series across all the ensemble members available (4 PCM, 10 MIROC). In the results shown here each ensemble member was weighted equally; however, we found that weighting the PCM

realizations so that they would contribute equally to the more numerous MIROC realizations made little difference. The resulting regional time series are shown in Fig. 6. SWE/*P* decreases in all areas, although the magnitude varies by region; losses range from 5% to 20% over the period examined here (1950–99). The 95% confidence interval on the estimated trend (adjusted for temporal autocorrelation) excludes zero for all regions except the Rockies. As noted in previous works (e.g., Mote et al. 2005; Mote 2006), colder, higher elevation regions tend to have less temperature sensitivity than places where winter and early spring temperatures are near freezing; precipitation tends to be smaller in such locations, and sublimation more comparable with melt in the energy budget.

The model fingerprint (Fig. 7) is the leading EOF of the nine ensemble-averaged time series. It accounts for 72% of the overall variance. The EOF was calculated with each regional time series weighted by the snow-covered (>1 cm climatological 1 April SWE) area it



FIG. 6. As in Fig. 5 but from the ensemble-averaged anthropogenic model runs; these are the time series used to make the fingerprint. Note the ordinate range differs between panels.

represents. As a sensitivity test we tried setting all the area weights to 1 and found it made little difference (not shown). The fingerprint is a monopole over the western United States, although different locations contribute differently to the final result. In general, the weighting is higher in the central Cascade region than in the surrounding areas. This pattern is set by the combination of the relative areas, the covariation of the location with other places, and the characteristic winter temperature.

### c. Signal strength

Given the model fingerprint $F(x)$, the signal strength $S$ is defined as

$$S = \text{trend}[F(x) \cdot D(x, t)]/S_0,$$

where $D(x, t)$ are the nine regional time series (from a model run, observations, or model ensemble mean when the ensemble mean $S$ is being calculated), and "trend" indicates the slope of the least squares best-fit line. The normalizing value $S_0$ is the trend of the fingerprint's associated principal component, chosen so that all signal strengths are relative to the fingerprint. (Recall that Fig. 5 shows the actual SWE/$P$ losses in the various regions, which average about 20% over the study period.)

The values of $S$ for the various model runs and observations are shown in Fig. 8. The signal strengths reported from the CCSM3-FV and PCM control runs are calculated in 50-yr segments to match the observed record, but are overlapped (starting progressively 5 yr later than the previous segment) to better estimate the effects of sampling variability with respect to the initial start date of the control run. With 850 years of CCSM3-FV control run and 750 years of PCM, we have a total of 32 independent 50-yr segments of control run data to compare to the forced runs and observations; this was the value used as the degrees of freedom in all following statistical tests. (We use *overlapped* 50-yr segments to reduce the chance that a particular initial starting date will unduly affect our results, but *independent* 50-



FIG. 7. (left) The model fingerprint of anthropogenic changes in SWE/$P$. (right) Same data but plotted geographically so that the spatial pattern is easier to see.



FIG. 8. Signal strength (relative to the fingerprint) for the various model runs and observations. FV ctrl and PCM ctrl: the control model runs from CCSM3-FV and PCM, respectively. These are oversampled to get a smoother estimate of the control distribution (there are 17 nonoverlapping estimates for CCSM3-FV and 15 for PCM). PCM (AW) is the anthropogenically forced run using the downscaling method of Wood et al. (2004), while PCM (HH) uses the method of H. G. Hidalgo et al. (2008). MIROC is the anthropogenic run of the MIROC model. Sol/Vol is from PCM using only historical solar and volcanic forcing. Error bars on the observations indicate the 95% confidence interval adjusted for temporal autocorrelation effects; the shaded region is the 95% (one sided) confidence interval based on the combined CCSM3-FV and PCM control runs.

yr segments to calculate the degrees of freedom to avoid artificially inflating the statistical confidence of our estimates.) The shaded region is the one-tailed (since we *a priori* expect warming produces a reduction in SWE/$P$) 95% confidence interval of the signal strength in the PCM and CCSM3-FV combined control model results. The 95% confidence interval on the observed trend is the standard error of the least squares linear trend, appropriately adjusted for serial correlation (Santer et al. 2000a; Wigley et al. 2006).

Figure 8 shows that the signal strength in the anthropogenic model runs is larger than in the control runs, but not to such a degree that the distributions are completely separated. There is a range of $S$, roughly from 0.05 to 1.5, where a single measurement is consistent with both the response to anthropogenic forcing and natural internal climate variability (although one of the anthropogenic runs, MIROC 10, falls outside this range). There is also a range of larger values, roughly 1.5–3, where a single measurement is consistent with the anthropogenic runs but outside the range expected if only natural internal variability were acting. The observed signal strength ($S = 2.08 \pm 1.11$) falls in this latter region, showing significantly more reduction in SWE/$P$ than is likely to be found from natural variability alone ($p < 0.05$). The signal strengths in the solar/volcanic runs are opposite sign to that found in the observations, so solar and volcanic variability do not provide an explanation for the observed changes in SWE/$P$.

How likely is it that the anthropogenic model signal strengths might be drawn from the same underlying distribution as the control run? This can be estimated from a Kolmogorov–Smirnov test (Press et al. 1989). Using all available information, with the combined control runs compared to the combined anthropogenic runs, shows a highly significant difference between the anthropogenic runs and control distribution ($p < 0.01$ using a one-tailed test). We conclude the signal strengths are inconsistent with the null hypothesis of natural internal climate variability.

The observed signal strength falls outside the 95% confidence interval of the control runs. However, our estimate of the observed signal strength is uncertain. What is the likelihood that the signal actually falls within the control model distribution? To address this question we use the pooled standard errors of $S$ from the control runs and observations (Santer et al. 2000b; Lanzante 2005) and find the observed value is unlikely to have been drawn from the control distribution ($p < 0.05$ using a one-tailed test) even when uncertainty in the observed signal strength is taken into account.

### d. Attribution

For attribution, we consider whether the observed signal $S$ is consistent with the anthropogenically forced model runs—that is, whether it is likely the observed signal strength could be drawn from the population of anthropogenic signal strengths. The signal strength from all the PCM and MIROC anthropogenic runs have an ensemble mean value of $1.0 \pm 0.67$ (with the 95% confidence interval in the ensemble-mean value calculated from the standard error of the ensemble-mean trend, as noted above), and the standard deviation of the values that make up this distribution is 0.91. Using pooled standard errors of the observations and all the anthropogenic runs we have available (combined PCM and MIROC results), we find no significant difference between the model-estimated signal strength and that observed.

The ratio of the observed signal strength to the ensemble mean model value is about 2, which indicates the best model estimate is that approximately half of the observed changes in SWE/$P$ arise from the anthropogenic effects included in our global climate models (GHGs, ozone, and some aerosols). The rest could be due to 1) anthropogenic effects not included here, such as "graying" of snow due to dust or soot deposition (Hansen and Nazarenko 2004; Painter et al. 2007; Flanner et al. 2007) or missing aerosol physics; 2) the models' underestimation of the effect of the included anthropogenic forcings (cf. Rahmstorf et al. 2007); or 3) natural internal climate variability. Selecting between these possibilities is beyond the scope of this work.

In summary, the observed changes in SWE/$P$ are consistent with those expected from anthropogenic forcing. Taken together with the finding that the observations are not consistent with either natural internal climate variability or solar/volcanic forcing, we conclude that changes in the climate from human-emitted greenhouse gases, ozone, and aerosols are causing a reduction in SWE/$P$ in the western United States. The mean model estimate is that approximately half the decrease is due to anthropogenic effects.

A point worth reiterating is that the distributions of $S$ in the anthropogenic and control model runs overlap significantly. This is not unexpected since we are examining a smaller domain than typically used in D–A studies. Weather noise increases when averaging over smaller areas, making it challenging to identify an anthropogenic fingerprint. One implication is that we require large ensemble sizes to reliably estimate the regional-scale response to anthropogenic forcing. The signal strength in an individual PCM or MIROC realization falling within the distribution of internal natural



FIG. 9. Signal-to-noise ratio for the decrease in SWE/$P$ over the western United States plotted as a function of the analysis ending year (all analyses start in 1950). The lines show two different treatments of how the climate "noise" of natural internal variability is handled; see text for details. In either case, detection at the 5% significance level is achieved by the early 1990s.



FIG. 10. Histograms of the 1950–99 linear least squares trend in precipitation (gray bars) and SWE (white bars) at the snow course locations.

variability is not "evidence of absence" of an anthropogenic effect on climate. As shown here, however, observed SWE/$P$ changes in the western United States fall outside the range of natural variability. It might be asked, what fraction of the anthropogenic distribution of $S$ falls outside the distribution of natural variability? The 95th percentile on the combined control run distribution is $S = 1.43$. This signal strength is in the 63rd percentile of the anthropogenic runs, so approximately 37% of the anthropogenic distribution of $S$ is inconsistent with the explanation of natural internal variability.

### e. Detectability over time

We determine the earliest year anthropogenic changes in SWE/$P$ are detectable following Santer et al. (1995, 2007). Starting in 1950, we calculate observed SWE/$P$ signal strength for increasingly longer intervals and do likewise for the control run. As the interval lengthens, a consistent signal tends to stabilize around some asymptotic value, while the amplitude of the control run noise decreases (Santer et al. 2007). The signal-to-noise ratio therefore changes as a function of the averaging length, as shown in Fig. 9. With two control model runs available, we can estimate the noise either from CCSM3-FV (triangles) or from PCM (dots). Either way, the signal is detectable at the 95% significance level by the early 1990s: a record length of about 40 years. A similar analysis (not shown) indicates that the mid-1950s is the latest that the analysis can be started to achieve detection by 1999 (a record length of about 45 years). Either way, the data suggest four to five decades of observations are needed for detection of an anthropogenic SWE/$P$ signal. Performing the same analysis on the anthropogenically forced model runs gives a mean model estimate that about 41 years of data are required, consistent with the observed values.

The observations (Fig. 5) show that in several regions, such as the Washington Cascades, SWE/$P$ increased from 1975 to 1999. Is this behavior consistent with the model-estimated characteristics of anthropogenic SWE/$P$ changes? To examine this, we used the 14 anthropogenically forced model runs to compare SWE/$P$ trends in the Washington Cascades over the period 1950–99 to the period 1975–99. Only one of the 14 anthropogenic runs has a positive SWE/$P$ trend over the period 1950–99. By contrast, half of the anthropogenic runs have a positive trend over the period 1975–99, so the models indicate that this is not an unusual happenstance. Together with the finding noted above that at least four decades of observations are necessary for detection of an anthropogenic signal, this suggests that a 25-yr period (1975–99) is too short to make any robust conclusions about the existence (or lack thereof) of an anthropogenic signal in SWE/$P$.

### f. The role of changes in precipitation

As noted in the introduction, previous work has examined the role of precipitation changes in causing the reduction in snowpack and concluded that the widespread declines across the western United States (particularly at lower elevations) are primarily driven by an increase in temperature, not by changes in precipitation (Mote et al. 2005; Hamlet et al. 2005; Mote 2006). We also find no evidence for a systematic reduction in precipitation at our snow course locations: in fact, precipitation increases at 60% of the snow courses used here, while 71% show a reduction in SWE (Fig. 10). Stewart et al. (2005) also note the tendency for changes in $P$ and streamflow center of timing to be at odds.

We have used SWE/$P$ as the detection variable, rather than simply SWE, on the grounds that SWE/$P$ would be less sensitive to precipitation variations that add noise to the temperature-driven signal. We can ex-

JOURNAL OF CLIMATE



FIG. 11. Scatterplot of observed (fractional) (left) precipitation vs SWE, and (right) precipitation vs SWE/P. Lines show least squares best-fit line; P values are from Hamlet and Lettenmaier (2005) and the SWE values are from the snow courses.

amine the extent to which this is true by comparing the relationship of P and SWE to the relationship of P and SWE/P, as shown in Fig. 11. The SWE values are from the snow courses, and the P values from the HL05 analysis. The plotted values are divided by their mean to reduce the large regional differences in P. The left-hand panel shows there is a strong relationship between SWE and P, which is not surprising; more precipitation gives proportionally more snow. The correlation is 0.64, and the slope of the best-fit linear trend is close to 1. In the right-hand panel it can be seen that dividing SWE/P removes essentially all this relationship; the correlation now is only 0.03 (not statistically significant if the spatial autocorrelation of the snow courses is taken into account), and the slope is near zero.

As a final check of the possible influence of precipitation changes on our results, we repeated the D–A analysis using P at the snow course locations instead of SWE/P. Neither the observations nor the signal in the anthropogenically forced models fell outside the 90% confidence interval of the control runs. We conclude that the snowpack reductions we are seeing are principally driven by increases in temperature over the western United States.

### g. The role of elevation

Previous work (e.g., Mote et al. 2005; Mote 2006) has shown how observed reductions in SWE diminish with elevation. This raises the question of what a D–A analysis with stations partitioned by elevation, rather than geographically, would show. To explore this, we binned the snow courses into nine bands (shown in Fig. 12) that span the stations' elevation range while having a nearly constant increment. Fractional SWE/P shows a pattern of strong negative trends at the lower eleva-

tions, reducing to near-zero trends at the higher elevations. Only elevations below ~2000 m have statistically significant trends, given the noise.

The corresponding SWE/P trends for the ensemble-averaged anthropogenic model runs are shown in Fig. 13. The model also shows a decrease in trends with elevation, although not to as pronounced a degree as observed. Decreasing trends are statistically significant up to ~2800 m in the model. This is higher than for the observations, consistent with the fact that the ensemble-averaged values have less noise by construction.

The D–A fingerprint is the leading EOF of the time series in Fig. 13. Various choices could be made for areal weighting in its construction. The bands could be weighted equally, which would address the question of how the decrease in trends with elevation affects the D–A process, and assess whether the observed decrease in trends with elevation matches the model prediction. Or the bands could be weighted by the amount of area they represent in the mountainous regions of the western United States, which would be a more traditional D–A approach since agreement or disagreement in a small fraction of the area (i.e., at high elevations) is less important than agreement or disagreement over a broad area. We tried both approaches and found that it had little effect (Fig. 14): the difference in fingerprint strength in the lowest versus highest elevation class is slightly larger when weighting according to the area represented since lower elevations (where the SWE/P trends are large) receive more areal weighting than higher elevations (where the trends are small). With equal weighting, the fingerprint accounts for 78% of the variance (versus 72% for the geographic fingerprint, Fig. 7). The values drop by 85% from the lowest to highest elevation, consistent with the decrease in the



FIG. 12. As in Fig. 5 (observed fractional SWE/$P$) but as a function of elevation. Note the ordinate range differs between panels.

effect of warming on snowpack at the colder, higher elevations.

The D–A results using equal weighting for the elevation bands are shown in Fig. 15 (the results for area-weighted bands are little different, not shown). The observed signal strength (2.56 ± 1.54) is higher than when the geographical regions are used (2.08 ± 1.11), leading to detection that is significant at the 99% level rather than the 95% level. The attribution results are unchanged from the geographical case.

## 4. Summary

The snowpack in the western United States serves as a natural reservoir of freshwater from winter storms, gradually melting and releasing that water in late spring and early summer. Changes in the amount of precipitation retained in snowpack can have an important effect on human and natural systems that anticipate this kind of water storage, so it is important to know wheth-

er part of the observed changes in snowpack over the western United States can be attributed to anthropogenic inputs of greenhouse gases (GHGs), ozone, and aerosols into the global atmosphere.

In this work we have performed a formal detection and attribution (D&A) analysis of changes in western U.S. snowpack over the period 1950–99. Our detection variable was defined as the ratio of 1 April snow water equivalent (SWE) to precipitation ($P$) over the period October–March, normalized by its time mean. The resulting fractional SWE/$P$ ratio is relatively insensitive to precipitation-driven snowpack changes, and was corrected for changing undercatch driven by the evolving snow/rain mix.

We employed a total of 1600 years of statistically downscaled (to a ⅛° grid) control run data from two climate models (CCSM3-FV and PCM) to construct our estimate of natural variability in SWE/$P$. The model ENSO, PDO, and SWE/$P$ variability show realistic amplitudes that provide a good test of the hypoth-



Fig. 13. As in Fig. 6 (anthropogenic model fractional SWE/P) but as a function of elevation. Note the ordinate range differs between panels.

esis that natural internal climate variability can account for all the observed reduction in snowpack.

We find that SWE/P declines in the observations and anthropogenically forced model runs are significantly greater than expected if only natural internal variability were acting on the system ($p < 0.05$). Solar and volcanic effects likewise cannot explain the observed changes. We conclude that there is a detectable change in snowpack over the western United States, which cannot be fully explained by natural internal climate variability or the effects of solar and volcanic forcing. This finding did not depend on whether the stations were grouped geographically (by mountain range across the west) or in equally weighted or area-weighted elevation bands.

We have used 700 years of downscaled, anthropogenically forced model runs from two climate models (PCM and MIROC) to construct the distribution of SWE/P changes expected from human effects on climate and find that observed reductions in SWE/P are consistent with the anthropogenically forced model re-

sults. The mean model estimate is that approximately half of the observed changes in snowpack over the western United States during the period 1950–99 arise from climate responses to anthropogenic GHGs, ozone, and aerosols. The remainder may arise from natural internal climate variability or neglected or improperly modeled anthropogenic effects.

It should be noted that the anthropogenic forcings examined here are not the only ones relevant to SWE/P. For example, modification of snow albedo through soot or dust deposition has been suggested as a contributing factor to earlier snowmelt in the Arctic and parts of the west (Hansen and Nazarenko 2004; Painter et al. 2007; Flanner et al. 2007) but is not included here. The global models we used also lack a comprehensive treatment of aerosol physics. It is possible that inclusion of such forcings would improve the agreement between the model-estimated and observed reductions in SWE/P. A finer breakdown of the effects of various anthropogenic forcing mechanisms on SWE/P awaits further study.



FIG. 14. The model fingerprint of anthropogenic changes in SWE/$P$ as a function of elevation. Two different weighting schemes were explored: circles show results with elevation bands weighted equally; crosses show for the case where each elevation band is area weighted according to the amount of area it covers in the mountainous regions of the western United States.

Looking ahead, what do these results portend for the western United States? Since greenhouse-gas-induced warming is already contributing significantly to the decline in snowpack and is predicted to continue over the twenty-first century, we can anticipate that the snowpack loss is likely to continue and even accelerate over the next half century. Further out, the behavior of snowpack will be influenced by what greenhouse gas reduction strategies, if any, are put into effect. Areas that have insufficient reservoir capacity to capture the earlier spring melt while still having enough margin to prevent floods from late-winter storms will end up losing water that would otherwise be retained in the natural snowpack reservoir. As water is a precious and limited resource in the western United States, this suggests that we will be faced with difficult and expensive political, social, and environmental choices for how to deal with this problem.

*Acknowledgments.* The authors thank Phil Mote and two anonymous reviewers for their helpful comments, and Noah Knowles for providing data on the changing fraction of rain versus snow. Support was provided by the Lawrence Livermore National Laboratory through an LDRD grant to the Scripps Institution of Oceanography (SIO) via the San Diego Super Computer Center (SDSC) for the LUCSiD project. The MIROC simulations were supported by the Research Revolution 2002 of the Ministry of Education, Culture, Sports, Science and Technology of Japan. The PCM simulation had previously been made available to SIO by the National Center for Atmospheric Research for the ACPI project. The California Energy Commission provided partial salary support for DP and HH at SIO. The Department of Energy and NOAA supported TPB as part of the International Detection and Attribution Group (IDAG). The LLNL participants were supported by DOE-W-7405-ENG-48 funds to the Program of Cli-



FIG. 15. Signal strength (relative to the fingerprint) for the various model runs and observations, when the D–A is done as a function of elevation. Shading and model runs are as in Fig. 8.

mate Model Diagnosis and Intercomparison (PCMDI). The USGS and SIO provided partial salary support DC and MD at SIO.

## APPENDIX

### Treatment of Undercatch

Assume we know the true SWE from the snow course data but only have an estimate of precipitation $P' = gP$, where $P$ is the true precipitation and $g$ ($<1$) is the gauge catch efficiency, which can vary in space. The quantity $1-g$ is called the "undercatch." SWE/$P$ normalized by its time mean (a quantity we call "fractional SWE/$P$"), calculated with our estimated value of precipitation and for the moment assuming $g$ is constant in time, is

$$\frac{\text{SWE}/P'}{\langle \text{SWE}/P'\rangle} = \frac{\text{SWE}/gP}{\langle \text{SWE}/gP\rangle} = \frac{\text{SWE}/P}{\langle \text{SWE}/P\rangle}, \quad \text{(A1)}$$

where angle brackets indicate the time mean. So, ideally, the change in fractional SWE/$P$ is insensitive to undercatch if $g$ is constant.

The net catch efficiency can be thought of as arising from parts due to snow and rain:

$$g = f_R g_R + f_S g_S, \quad \text{(A2)}$$

where the subscripts $S$ and $R$ indicate snow and rain and $f$ are the fractions of total precipitation in each phase ($f_R + f_S = 1$). Knowles et al. (2006; K06 hereafter) showed that the fraction of winter precipitation falling as snow is decreasing. Since precipitation gauge catch efficiency is higher for rain than snow, this gives a systematic upward trend in $g$, violating the assumption of constant $g$ used in Eq. (A1).

The effect the changing rain/snow mix has on our results is greater when the difference in gauge efficiency catching rain versus snow is larger, so to be conservative we use $g_S = 0.5$ and $g_R = 0.9$, a difference in gauge efficiency at the upper end of estimates (e.g., Groisman and Easterling 1994). These estimates of $g_S$ and $g_R$ along with the linear trend estimates of $f_S$ and $f_R$ from K06 allow us to express $g$ as

$$g(t) = \bar{g} + \Delta g(t) = \bar{g}\left(1 + \frac{\Delta g}{\bar{g}} t\right), \quad \text{(A3)}$$

where $t$ goes from $-1$ to $+1$ (covering our period 1950–99).

Table A1 shows $\Delta g$, $\bar{g}$, and their ratio estimated from the K06 data, averaged over our regions. The ratio tends to be small, $\Delta g/\bar{g} \equiv \varepsilon \approx 0.02 \ll 1$, which suggests calculating a correction term to Eq. (A1) that is first order in $\varepsilon$. In fact, 95% of the stations in K06 have $\varepsilon <$ 0.04, so the higher-order terms are quite small. As a

TABLE A1. For each of the nine regions examined, the estimated mean precipitation gauge catch efficiency ($\bar{g}$), change in efficiency due to the decrease in fraction of winter precipitation that falls as snow ($\Delta g$), and ratio. Values are computed from data in Knowles et al. (2006). See text for details.

| Region | $\bar{g}$ | $\Delta g$ | $\Delta g/\bar{g}$ |
|---|---|---|---|
| Washington Cascades | 0.82 | 0.015 | 0.019 |
| Northern Rockies | 0.63 | 0.012 | 0.020 |
| Oregon Cascades | 0.83 | 0.015 | 0.018 |
| Blue Mountains | 0.78 | 0.017 | 0.021 |
| Northern Sierras | 0.73 | 0.018 | 0.025 |
| Southern Sierras | 0.76 | 0.012 | 0.015 |
| Great Basin | 0.69 | 0.023 | 0.034 |
| Wasatch Range | 0.61 | 0.005 | 0.008 |
| Colorado Rockies | 0.59 | 0.008 | 0.014 |

sensitivity test we also calculated $\bar{g}$ using the procedure outlined in Serreze et al. (1999), which involves directly estimating the mean undercatch from large snowfall events in January, and got similar values of $\bar{g}$.

Using Eq. (A3), Eq. (A1) can be written as

$$\frac{\text{SWE}/P'}{\langle \text{SWE}/P'\rangle} = \frac{\text{SWE}/[\bar{g}P(1+\varepsilon t)]}{\langle \text{SWE}/[\bar{g}P(1+\varepsilon t)]\rangle} = \frac{\alpha/(1+\varepsilon t)}{\langle \alpha/(1+\varepsilon t)\rangle}, \quad \text{(A4)}$$

where $\alpha \equiv \text{SWE}/\bar{g}P$. Making repeated use of the expansion $1/(1 + \delta) = 1 - \delta + O(\delta^2)$, and dropping terms $O(\varepsilon^2)$ or higher, we obtain after some algebra

$$\frac{\text{SWE}/P'}{\langle \text{SWE}/P'\rangle} = \frac{\text{SWE}/P}{\langle \text{SWE}/P\rangle}\left(1 - \varepsilon t + \frac{\varepsilon\langle\alpha t\rangle}{\langle\alpha\rangle}\right), \quad \text{(A5)}$$

which is our desired correction to Eq. (A1).

The middle term on the rhs of Eq. (A5), $-\varepsilon t$, becomes more negative over time when precipitation gauge efficiency increases over time (as expected with less precipitation coming as snow). It indicates that observed SWE/$P$ will show a negative trend even if the true SWE/$P$ ratio is constant, simply owing to the increasing amount of precipitation being caught.

The last term on the rhs of Eq. (A5) can be understood by noting that it is constant, and zero if either the catch efficiency or the true SWE/$P$ is constant. It therefore arises from an interaction between the trends in catch efficiency and true SWE/$P$ and tends, in the observations, to exaggerate (if >0) or diminish (if <0) the actual trend in SWE/$P$. In practice, however, this term is negligible as it depends on the interaction of trends that are modest [SWE/$P$, with a trend $O(0.2)$] and small [$g$, with a trend $O(\varepsilon)$] to begin with.

The gauge catch efficiency at each snow course location was estimated from a weighted average of the five nearest stations in K06, with the weights inversely pro-

portional to the distance. Stations where $\langle \text{SWE}/P \rangle$ was greater than $g_S^{-1}$ before the correction for undercatch was applied were eliminated (81 stations, 12% of the total). Such locations might suffer from a poor estimate of precipitation due to locally rough topography or unusually large snow accumulation due to drifting or small-scale meteorological effects. The station fractional SWE/$P$ estimates were then computed, and corrected using Eq. (A5). Corrected fractional SWE/$P$ values were area averaged over the nine mountain regions; 15 stations (2% of the total) did not fall within one of our mountain regions and were not included in the analysis over mountain regions (but were included in the analysis over elevation).

The correction for changing undercatch due to the evolving snow/rain mix is modest compared to the changes in SWE/$P$. The correction reduces the SWE/$P$ trend about 5% on average, with the largest reduction in the northern Sierra (17%). This leads to an overall signal strength $S$ (section 3c) for the observations that is 6% weaker when the changing snow/rain mix is included.

## REFERENCES

Allen, M. R., and S. F. B. Tett, 1999: Checking for model consistency in optimal fingerprinting. *Climate Dyn.,* **6,** 419–434.

Bala, G., and Coauthors, 2008: Evaluation of a CCSM3 simulation with a finite volume dynamical core for the atmosphere at 1° latitude × 1.25° longitude resolution. *J. Climate,* **21,** 1467–1486.

Barnett, T. P., D. W. Pierce, and R. Schnur, 2001: Detection of anthropogenic climate change in the world's oceans. *Science,* **292,** 270–274.

——, ——, K. M. AchutaRao, P. J. Gleckler, B. D. Santer, J. M. Gregory, and W. M. Washington, 2005: Penetration of human-induced warming into the world's oceans. *Science,* **309,** 284–287.

——, and Coauthors, 2008: Human-induced changes in the hydrology of the western United States. *Science,* **319,** 1080–1083.

Bohr, G. J., and E. Aguado, 2001: Use of April 1 SWE measurements as estimates of peak seasonal snowpack and total cold-season precipitation. *Water Resour. Res.,* **37,** 51–60.

Bonfils, C., and Coauthors, 2008: Detection and attribution of temperature changes in the mountainous western United States. *J. Climate,* **21,** 6404–6424.

Cayan, D. R., 1996: Interannual climate variability and snowpack in the western United States. *J. Climate,* **9,** 928–948.

Cherkauer, K. A., and D. P. Lettenmaier, 2003: Simulation of spatial variability in snow and frozen soil. *J. Geophys. Res.,* **108,** 8858, doi:10.1029/2003JD003575.

Daly, C., R. P. Neilson, and D. L. Phillips, 1994: A statistical–topographic model for mapping climatological precipitation over mountainous terrain. *J. Appl. Meteor.,* **33,** 140–158.

——, W. P. Gibson, G. H. Taylor, G. L. Johnson, and P. Pasteris, 2002: A knowledge-based approach to the statistical mapping of climate. *Climate Res.,* **22,** 99–113.

Dettinger, M. D., and D. R. Cayan, 1995: Large-scale atmospheric forcing of recent trends toward early snowmelt runoff in California. *J. Climate,* **8,** 606–623.

Doesken, N. J., and G. L. Schaefer, 1987: The contribution of SNOTEL precipitation measurements to climate analysis, monitoring and research in Colorado. *Proc. Western Snow Conf.,* Vancouver, BC, Canada, 20–30.

Dressler, K. A., S. R. Fassnacht, and R. C. Bales, 2006: A comparison of snow telemetry and snow course measurements in the Colorado River basin. *J. Hydrometeor.,* **7,** 705–712.

Flanner, M. G., C. S. Zender, J. T. Randerson, and P. J. Rasch, 2007: Present-day climate forcing and response from black carbon in snow. *J. Geophys. Res.,* **112,** D11202, doi:10.1029/2006JD008003.

Groisman, P. Ya., and D. R. Easterling, 1994: Variability and trends of total precipitation and snowfall over the United States and Canada. *J. Climate,* **7,** 184–205.

——, T. R. Karl, R. W. Knight, and G. L. Stenchikov, 1994: Changes of snow cover, temperature, and radiative heat balance over the Northern Hemisphere. *J. Climate,* **7,** 1633–1656.

——, R. W. Knight, T. R. Karl, D. R. Easterling, B. Sun, and J. H. Lawrimore, 2004: Contemporary changes of the hydrological cycle over the contiguous United States: Trends derived from in situ observations. *J. Hydrometeor.,* **5,** 64–85.

Hamlet, A. F., and D. P. Lettenmaier, 2005: Production of temporally consistent gridded precipitation and temperature fields for the continental United States. *J. Hydrometeor.,* **6,** 330–336.

——, P. W. Mote, M. P. Clark, and D. P. Lettenmaier, 2005: Effects of temperature and precipitation variability on snowpack trends in the western United States. *J. Climate,* **18,** 4545–4561.

Hansen, J., and L. Nazarenko, 2004: Soot climate forcing via snow and ice albedos. *Proc. Natl. Acad. Sci. USA,* **101,** 423–428.

Hasumi, H., and S. Emori, 2004: K-1 Coupled GCM (MIROC) description. Center for Climate System Research, University of Tokyo, 38 pp.

Hegerl, G. C., H. von Storch, K. Hasselmann, B. D. Santer, U. Cubasch, and P. D. Jones, 1996: Detecting greenhouse-gas-induced climate change with an optimal fingerprint method. *J. Climate,* **9,** 2281–2306.

——, K. Hasselmann, U. Cubasch, J. F. B. Mitchell, E. Roeckner, R. Voss, and J. Waszkewitz, 1997: Multi-fingerprint detection and attribution of greenhouse-gas and aerosol-forced climate change. *Climate Dyn.,* **13,** 613–634.

Hidalgo, H. G., M. D. Dettinger, and D. R. Cayan, 2008: Downscaling with constructed analogues: Daily precipitation and temperature fields over the United States. California Energy Commission Rep. CEC-500-2007-123, 62 pp.

Knowles, N., M. D. Dettinger, and D. R. Cayan, 2006: Trends in snowfall versus rainfall in the western United States. *J. Climate,* **19,** 4545–4559.

Lanzante, J. R., 2005: A cautionary note on the use of error bars. *J. Climate,* **18,** 3699–3703.

Liang, X., D. P. Lettenmaier, E. F. Wood, and S. J. Burges, 1994: A simple hydrologically based model of land surface water and energy fluxes for general circulation models. *J. Geophys. Res.,* **99,** 14 415–14 428.

Mantua, N. J., S. R. Hare, Y. Zhang, J. M. Wallace, and R. C. Francis, 1997: A Pacific interdecadal climate oscillation with impacts on salmon production. *Bull. Amer. Meteor. Soc.,* **78,** 1069–1079.

Maurer, E. P., and H. G. Hidalgo, 2007: Utility of daily vs.

monthly large-scale climate data: An intercomparison of two statistical downscaling methods. *Hydrol. Earth Syst. Sci.,* **12,** 551–563.

——, A. W. Wood, J. C. Adam, D. P. Lettenmaier, and B. Nijssen, 2002: A long-term hydrologically-based data set of land surface fluxes and states for the conterminous United States. *J. Climate,* **15,** 3237–3251.

Mote, P. W., 2003: Trends in snow water equivalent in the Pacific Northwest and their climatic causes. *Geophys. Res. Lett.,* **30,** 1601, doi:10.1029/2003GL017258.

——, 2006: Climate-driven variability and trends in mountain snowpack in western North America. *J. Climate,* **19,** 6209–6220.

——, A. F. Hamlet, M. P. Clark, and D. P. Lettenmaier, 2005: Declining mountain snowpack in western North America. *Bull. Amer. Meteor. Soc.,* **86,** 39–49.

Nozawa, T., T. Nagashima, T. Ogura, T. Yokohata, N. Okada, and H. Shiogama, 2007: Climate change simulations with a coupled ocean–atmosphere GCM called the Model for Interdisciplinary Research on Climate: MIROC. CGER's Supercomputer Monograph Rep., Vol. 12, Center for Global Environmental Research, National Institute for Environmental Studies, 93 pp.

Painter, T. H., A. P. Barrett, C. C. Landry, J. C. Neff, M. P. Cassidy, C. R. Lawrence, K. E. McBride, and G. L. Farmer, 2007: Impact of disturbed desert soils on duration of mountain snow cover. *Geophys. Res. Lett.,* **34,** L12502, doi:10.1029/2007CL030284.

Palmer, P. L., 1988: The SCS snow survey water supply forecasting program: Current operations and future directions. *Proc. Western Snow Conf.,* Kalispell, MT, 43–51.

Pierce, D. W., T. P. Barnett, K. M. AchutaRao, P. J. Gleckler, J. M. Gregory, and W. M. Washington, 2006: Anthropogenic warming of the oceans: Observations and model results. *J. Climate,* **19,** 1873–1900.

Press, W. H., B. P. Flannery, S. A. Teukolsky, and W. T. Vetterling, 1989: *Numerical Recipes in FORTRAN: The Art of Scientific Computing.* 2nd ed. Cambridge University Press, 702 pp.

Rahmstorf, S., A. Cazenave, J. A. Church, J. E. Hansen, R. F. Keeling, D. E. Parker, and R. C. J. Sommerville, 2007: Recent climate observations compared to projections. *Science,* **316,** 709.

Santer, B. D., U. Mikolajewicz, W. Brüggemann, U. Cubasch, K. Hasselmann, H. Höck, E. Maier-Reimer, and T. M. L. Wigley, 1995: Ocean variability and its influence on the detectability of greenhouse warming signals. *J. Geophys. Res.,* **100,** 10 693–10 725.

——, T. M. L. Wigley, J. S. Boyle, D. J. Gaffen, J. J. Hnilo, D. Nychka, D. E. Parker, and K. E. Taylor, 2000a: Statistical significance of trend differences in layer-average temperature time series. *J. Geophys. Res.,* **105,** 7337–7356.

——, and Coauthors, 2000b: Interpreting differential temperature trends at the surface and in the lower troposphere. *Science,* **287,** 1227–1232.

——, and Coauthors, 2007: Identification of human-induced changes in atmospheric moisture content. *Proc. Natl. Acad. Sci. USA,* **104,** 15 248–15 253.

Serreze, M. C., M. P. Clark, R. L. Armstrong, D. A. McGinnis, and R. S. Pulwarty, 1999: Characteristics of the western United States snowpack from snowpack telemetry (SNOTEL) data. *Water Resour. Res.,* **35,** 2145–2160.

Stewart, I. T., D. R. Cayan, and M. D. Dettinger, 2005: Changes toward earlier streamflow timing across western North America. *J. Climate,* **18,** 1136–1155.

Tett, S. F. B., P. A. Stott, M. R. Allen, W. J. Ingram, and J. F. B. Mitchell, 1999: Causes of twentieth century temperature change near the earth's surface. *Nature,* **399,** 569–572.

Trenberth, K. E., and J. W. Hurrell, 1994: Decadal atmosphere-ocean variations in the Pacific. *Climate Dyn.,* **9,** 303–319.

Washington, W. M., and Coauthors, 2000: Parallel Climate Model (PCM) control and transient simulations. *Climate Dyn.,* **16,** 755–774.

Wigley, T. M. L., B. D. Santer, and J. R. Lanzante, 2006: Appendix A: Statistical issues regarding trends. *Temperature Trends in the Lower Atmosphere: Steps for Understanding and Reconciling Differences,* T. R. Karl et al., Eds. 129–139.

Wood, A. W., E. P. Maurer, A. Kumar, and D. P. Lettenmaier, 2002: Long-range experimental hydrologic forecasting for the eastern United States. *J. Geophys. Res.,* **107,** 4429, doi:10.1029/2001JD000659.

——, L. R. Leung, V. Sridhar, and D. P. Lettenmaier, 2004: Hydrologic implications of dynamical and statistical approaches to downscaling climate model outputs. *Climatic Change,* **62,** 189–216.

Case No. 1:20-cv-02484-MSK   Document 96-2   filed 05/06/21   USDC Colorado   pg 66 of 256

GEOPHYSICAL RESEARCH LETTERS, VOL. 35, L16703, doi:10.1029/2008GL034424, 2008



# Future changes in snowmelt-driven runoff timing over the western US

Sara A. Rauscher,[1] Jeremy S. Pal,[2] Noah S. Diffenbaugh,[3] and Michael M. Benedetti[4]

Received 22 April 2008; revised 27 June 2008; accepted 1 July 2008; published 19 August 2008.

[1] We use a high-resolution nested climate model to investigate future changes in snowmelt-driven runoff (SDR) over the western US. Comparison of modeled and observed daily runoff data reveals that the regional model captures the present-day timing and trends of SDR. Results from an A2 scenario simulation indicate that increases in seasonal temperature of approximately 3° to 5°C resulting from increasing greenhouse gas concentrations could cause SDR to occur as much as two months earlier than present. These large changes result from an amplified snow-albedo feedback driven by the topographic complexity of the region, which is more accurately resolved in a high-resolution nested climate model. Earlier SDR could affect water storage in reservoirs and hydroelectric generation, with serious consequences for land use, agriculture, and water management in the American West. **Citation:** Rauscher, S. A., J. S. Pal, N. S. Diffenbaugh, and M. M. Benedetti (2008), Future changes in snowmelt-driven runoff timing over the western US, *Geophys. Res. Lett.*, *35*, L16703, doi:10.1029/2008GL034424.

## 1. Introduction

[2] Runoff in mountainous regions is dominated by climatic variables such as temperature and precipitation, with runoff amount and timing varying with elevation [*Aguado et al.*, 1992]. The warming of 1°-2°C observed during the last half century over the western US has affected these climate-hydrology relationships [*Barnett et al.*, 2008]. Higher spring and winter temperatures appear to be causing decreasing trends in snow water equivalent (SWE) over the Pacific Northwest [*Mote*, 2003; *Mote et al.*, 2005] while shifting the timing of snowmelt-driven runoff (SDR) one to four weeks earlier in the year [*Cayan et al.*, 2001; *Stewart et al.*, 2005]. These changes are more pronounced at low and mid-elevations, where temperatures at higher elevations are still sufficiently low so that snowmelt timing has not changed to an observable degree [*McCabe and Clark*, 2005].

[3] Temperatures are projected to rise by 3°–5°C over the western US by the end of this century as atmospheric greenhouse gas concentrations (GHGs) increase [*Christensen et al.*, 2007], resulting in further reductions in SWE, earlier spring SDR, and reduced water storage in the snowpack [e.g., *Hayhoe et al.*, 2004; *Leung et al.*, 2005]. Since SDR is the most predictable and reliable water resource in the western US [*Stewart et al.*, 2005], such changes could have substantial impacts, including on hydroelectric power generation, agriculture, and wildfire.

[4] However, rigorous understanding of the potential impacts of climate change on SDR in the western US is complicated by the topographic complexity of the region. This topographic complexity is an important constraint on observed changes in SDR [*McCabe and Clark*, 2005], and it is likely to dictate the magnitude and spatial heterogeneity of GHG-forced climate change [e.g., *Giorgi et al.*, 1997; *Leung and Ghan*, 1999]. Here we examine changes in SDR using daily fields from a high-resolution nested climate model. This approach allows us to both capture the fine-scale processes associated with topographic complexity and to quantify the temporal response of daily SDR.

## 2. Methods

[5] We have performed two simulations using the ICTP Regional Climate Model (RegCM3) [*Pal et al.*, 2007] driven with initial and lateral boundary conditions from the NASA Finite Volume atmospheric GCM (FV-GCM) [*Atlas et al.*, 2005]; the model configurations are described by *Diffenbaugh et al.* [2005]. Annual time-varying concentrations of atmospheric carbon dioxide ($CO_2$) for the RF run (1961–1989) are taken from *Schlesinger and Malyshev* [2001]. The future simulation (A2, 2071–2099) employs values from the A2 scenario described in the Special Report on Emissions Scenarios [*Nakicenovic et al.*, 2000] which assumes the global economy is regionally oriented with little convergence between the developed and developing worlds. Concern for the environment is fairly weak, resulting in high global population and GHG emissions relative to other scenarios. The mean global warming of 4°C is 0.5°C less than in the A1F1 scenario, but 1–2°C greater than in the A1B, A1T, B1 and B2 scenarios [*Intergovernmental Panel on Climate Change*, 2007].

[6] Since the FV-GCM is not a coupled AOGCM, monthly time-varying sea surface temperatures (SSTs) from the Hadley Centre's observational data set (HadSST) [*Rayner et al.*, 2003] were prescribed for the RF run. Future SSTs were created by adding SST anomalies (A2-RF) calculated by HadCM3 A2 simulations to the HadSSTs. Snow accumulation and runoff in RegCM3 are handled by the Biosphere-Atmosphere Transfer Scheme (BATS) [*Dickinson et al.*, 1993]. In BATS, runoff is a simple function of precipitation rate and soil water content relative to saturation. BATS divides runoff into base and surface flow components; the latter is large when the soil is saturated. Negative runoff may occur in BATS over irrigated areas. These few gridpoints (mostly in the Central Valley of California) are masked in the analysis.

[1]Earth System Physics Section, Abdus Salam International Centre for Theoretical Physics, Trieste, Italy.
[2]Department of Civil Engineering and Environmental Science, Seaver College of Science and Engineering, Loyola Marymount University, Los Angeles, California, USA.
[3]Purdue Climate Change Research Center and Department of Earth and Atmospheric Sciences, Purdue University, West Lafayette, Indiana, USA.
[4]Department of Geography and Geology, University of North Carolina at Wilmington, Wilmington, North Carolina, USA.

Copyright 2008 by the American Geophysical Union.
0094-8276/08/2008GL034424$05.00

[7]  To evaluate the model SDR timing with observations, daily discharge data from the U.S. Geological Survey Hydro-Climatic Data Network (HCDN) are used [*Slack and Landwehr*, 1992]. The HCDN dataset consists of high-quality stream gauge data collected for 1659 US sites from 1874−1988; stations that have been affected by urbanization, land cover changes, and measurement changes are excluded. For comparison with model output, data for water years (defined from Oct 1−Sep 30) 1962 to 1987 are selected for the conterminous US west of 105W. Only stations that are dominated by SDR (50% or more of the annual runoff occurs in April−July) and that have no missing data are included here [*Aguado et al.*, 1992], resulting in 141 stations (Figure 1a). Most stations are at elevations between 100−2800 m and have basin drainage areas between 100−1000 $km^2$.

[8]  Previous studies of SDR timing changes use observed daily data employ two metrics: spring pulse onset and the center of mass of annual flow (CT) [e.g., *McCabe and Clark*, 2005; *Regonda et al.*, 2005]. Both metrics can be sensitive to "false starts" of the snowmelt season [*Stewart et al.*, 2005] as well as to both annual runoff and outliers [*Moore et al.*, 2007]. Therefore, following *Moore et al.* [2007], we calculated the Julian Day within the water year on which each percentile of that water year's annual flow occurred (DQF) (see auxiliary material Figure S1).[1] To capture early, middle, and late-season flows, we show the 25th, 50th, and 75th DQFs. These calculations are performed only for regions in which 50% or more of the annual runoff occurs in April-July.

## 3.  Results

[9]  The RegCM3 RF run is able to capture the basic structure of SDR timing in the western US (Figure 1a). There is particularly good agreement over eastern Oregon, western Idaho, western Montana, and the Sierra Nevadas, but in many areas the model lags the observations, especially over northern Nevada, southern Utah, and southern Colorado. These biases can be attributed to a combination of factors which may be operating differently in different regions. First, the RF run displays a negative surface air temperature bias (compared to observations) and a positive precipitation bias during winter and spring (auxiliary material Figure S2), which will tend to increase model snow-cover and delay melting. This cold bias occurs in other RegCM3 simulations [*Pal et al.*, 2007]. Variable success in modeling soil moisture may also affect SDR timing. In BATS, moisture storage capacity is determined as a function of soil texture. This is realistic across much of the Mountain West, where thick glacial deposits fill most river basins, but less so over the Southern Rockies where soil cover is thin and rivers are less dependent on antecedent conditions. To further validate the model performance, the linear trend for the 50th DQF was calculated for the RF run and the observations (Figure 1b). Both show a trend towards earlier SDR timing, particularly over the Northwest and the Sierra Nevada. Over Colorado and northern New Mexico, there is mix of responses with both later and earlier SDR.

[10]  For most of the western US, SDR is projected to occur earlier in the A2 simulation than in the RF simulation (Figures 1c−1e). For the 25th DQF (the Julian Day on which 25% of that year's flow has occurred, analogous to the spring pulse onset of SDR), the largest changes of 70 days or more are projected to occur in the Sierra Nevada of California, the Cascades of Washington, and in the Bitterroot Range of northeastern Idaho and western Montana. Earlier timing of 20−40 days are projected in the eastern Rocky Mountains in Colorado, the Wasatch Range in northern Utah, and the Sangre de Cristo in southern Colorado and northern New Mexico. With the exception of central California, the greatest projected changes in SDR occur at elevations between 1200−1800 m (auxiliary material Figure S3). In addition, the changes in SDR decrease progressively from the 25th to the 75th DQF (Figures 1c−1e), resulting in both a widening of the annual hydrograph and a leftward (earlier) shift on the time axis.

## 4.  Discussion

[11]  The response of SDR to climate changes driven by elevated GHGs over the RegCM3 domain is dominated by increases in winter temperatures (up to 5°C) and associated reductions in snow cover (Figures 2g and 2c). More specifically, the temperature increases reduce the amount of land covered by snow and hence the surface albedo (reflectivity). This results in an increase in the amount of surface absorbed solar radiation (Figure 2d) and further amplifies the surface warming, resulting in additional melting and a positive feedback (known as the snow-albedo feedback). The temperature change is much greater in RegCM3 (Figure 2g) compared to FV-GCM (Figure 2f) in association with decreases in snow cover and an increase in net surface shortwave radiation. The pattern and magnitude of these changes are regulated primarily by topography. For example, large increases in temperature over central and eastern Washington State and the high elevations of California correspond to large decreases in accumulated snow. These same regions indicate the largest increases in net surface shortwave radiation.

[12]  This enhanced temperature response does not occur in FV-GCM nor most other GCM climate change simulations, which have a smooth representation of topography and artificially low elevations in the western US. For example, using a GCM forced by an IS92a-like scenario that results in CO2 levels at 710 ppmv by 2100 [*Dai et al.*, 2001], *Stewart et al.* [2004] found changes in CT of up to 35 days for the Northwest and Sierra Nevada. Using the same GCM simulations to drive a hydrologic model, *Christensen et al.* [2004] noted earlier runoff timing of only about 1 month for rivers in the Colorado Basin. More recent results using the VIC model driven by CMIP3 model output for the A2 scenario indicate earlier CTs of only 23 to 36 days for basins in the Sierra Nevada [*Maurer*, 2007]. These changes were attributed to an increase in surface air temperature of approximately 3−3.7°C, which is similar to the FV-GCM temperature change. Therefore, the amplified SDR response (in many regions a factor of 2 greater than previous studies using GCM output) reported in RegCM3 appears to be due to the enhanced temperature response of

---

[1]Auxiliary materials are available in the HTML. doi:10.1029/2008GL034424.



**Figure 1.** (a) Average Julian Day of the 50th DQF for RegCM3 reference simulation (shaded grid cells) and U.S. Geological Survey Hydro-Climatic Data Network (HCDN) stations (filled circles) for 1962–1987. (b) Linear trend (days per decade) in the 50th DQF for 1962–1987; positive values indicate a trend toward earlier snowmelt-driven runoff through the 26 year period, and (c) differences between the future and reference simulations for the 25th, (d) 50th, and (e) 75th DQF (date of quarterly flow) (days). For c-e, positive values indicate snowmelt-driven runoff occurs earlier in the A2 scenario simulation. Only differences significant at the 95% level using a two-tailed student t-test are shown.

the high-resolution model associated with the topography-dependent snow-albedo feedback.

[13] Precipitation changes do occur in our A2 simulation; precipitation increases over the Northwest and decreases over northern California and the Southwest (Figure 2a), a common feature of climate change simulations that is usually attributed to a northward shift of the mid-latitude winter storm track [*Yin*, 2005]. In the A2 simulation there is anomalous cyclonic flow over the Southwest and increased

upslope flow over western mountain ranges (Figure 2e). Combined with higher atmospheric moisture content, these changes lead to increased precipitation and a weakening of the rainshadow effect over Colorado and Wyoming while contributing to drying over California [*Diffenbaugh et al.*, 2005]. However, runoff increases more than precipitation (Figures 2a and 2b), again indicating the effect of higher temperatures and earlier snowmelt.

Case No. 1:20-cv-02484-MSK   Document 96-2   filed 05/06/21   USDC Colorado   pg 69 of 256



**Figure 2.** Average winter (JFM) (except Figure 2h) RegCM3 (except Figure 2f) A2-RF differences for (a) precipitation (mm day$^{-1}$) (b) runoff (mm day$^{-1}$) (c) snow accumulation (mm snow water equivalent) (d) net surface shortwave radiation flux (W m$^{-2}$) (e) 700 hPa geopotential heights (m) and wind vectors (m s$^{-1}$) (f) FV-GCM surface temperature change (°C) (g) surface temperature change (°C) and (h) annual change in number of days below freezing.

[14] Further, these circulation changes and higher atmospheric moisture content do not increase accumulated snow since late winter and spring temperatures are higher and there are fewer annual days below freezing (Figures 2g and 2h). Thus, temperature seems to be the dominant factor in determining changes in runoff, consistent with observations [*Dettinger and Cayan*, 1995]. Also, despite the increase in precipitation over the Northwest, accumulated snow decreases in the A2 simulation even at the highest elevations of the Cascades, in agreement with GCM simulations [*Kim et al.*, 2002; *Leung et al.*, 2005; *Hayhoe et al.*, 2004]. Moreover, our projected changes in SDR timing are consistent with the observed spatial pattern; larger changes occur over the Northwest [*Regonda et al.*, 2005] and smaller changes are found over interior mountain ranges such as the Rockies [e.g., *Hamlet et al.*, 2005].

[15] One important caveat is that although our experimental design accounts for changes in mean SST (as described in Section 2), it assumes little change in interannual SST variability between the RF and A2 periods. Some hydroclimatic trends over the western US have been partly linked to changes in ENSO and the PDO [e.g., *Cayan et al.*, 1999]. While future changes in those modes of variability could create a different precipitation regime [*Moore et al.*, 2007], the dominance of temperature effects suggests that the early SDR timing trend identified here is unlikely to be reversed.

## 5. Conclusions

[16] We have used a nested high-resolution climate model to investigate future changes in SDR over the western US. A comparison of modeled SDR with HCDN data reveals that RegCM3 captures the present-day timing of SDR as well as observed trends. Results from a late-21st century simulation (A2 scenario) indicate that increases in temperature, forced by increasing GHGs, could cause early-season SDR to occur as much as two months earlier than present,

particularly in the Northwest. Earlier SDR timing of at least 15 days in early-, middle-, and late-season flow is projected for almost all mountainous areas where runoff is snowmelt-driven. These large changes result from an amplified snow-albedo feedback associated with the topographic complexity of the region.

[17] Reduced snowpack and early SDR are likely to result in substantial modifications to the hydrologic cycle, including increased winter and spring flooding; changes in lake, stream, and wetland ecology; and reduced riverflow and natural (snow and soil) storage [*Cayan et al.*, 2007]. For example, lower summer soil moisture could increase forest fire frequency and intensity [*Westerling et al.*, 2006]. Moreover, water supplies for sectors including (but not limited to) agriculture [e.g., *Purkey et al.*, 2008], energy [e.g., *Markoff and Cullen*, 2008; *Vicuna et al.*, 2008], and recreational use [e.g., *Hayhoe et al.*, 2004] could be severely affected, necessitating additional reservoirs and/or extended reservoir capacity. These changes to the hydrological cycle are likely to result in numerous societal and economic impacts that will pose serious challenges for water and land use management in the future.

[18] **Acknowledgments.** We thank two anonymous reviewers for very useful comments.

## References

Aguado, E., D. Cayan, L. Riddle, and M. Roos (1992), Climatic fluctuations and the timing of West Coast streamflow, *J. Clim.*, 5, 1468–1483.

Atlas, R., O. Reale, B.-W. Shen, S.-J. Lin, J.-D. Chern, W. Putman, T. Lee, K.-S. Yeh, M. Bosilovich, and J. Radakovich (2005), Hurricane forecasting with the high-resolution NASA finite volume general circulation model, *Geophys. Res. Lett.*, 32, L03807, doi:10.1029/2004GL021513.

Barnett, T. P., et al. (2008), Human-induced changes in the hydrology of the western United States, *Science*, 319, 1080–1083, doi:10.1126/science.1152538.

Cayan, D. R., K. T. Redmond, and L. G. Riddle (1999), ENSO and hydrologic extremes in the western United States, *J. Clim.*, 12, 2881–2893.

Cayan, D. R., S. A. Kammerdiener, M. D. Dettinger, J. M. Caprio, and D. H. Peterson (2001), Changes in the onset of spring in the western United States, *Bull. Am. Meteorol. Soc.*, 82, 399–416.

Cayan, D. R., A. L. Luers, G. Franco, M. Hanemann, B. Croes, and E. Vine (2007), Overview of the California climate change scenarios project, *Clim. Change*, *72*, S1–S6.

Christensen, J. H. et al. (2007), Regional climate projections, in *Climate Change 2007: The Physical Science Basis. Contribution of Working Group I to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change*, edited by S. Solomon, et al., chap. 11, pp. 235–336, Cambridge Univ. Press, New York.

Christensen, N. S., A. W. Wood, N. Voisin, D. P. Lettenmaier, and R. N. Palmer (2004), The effects of climate change on the hydrology and water resources of the Colorado River basin, *Clim. Change*, *62*, 337–363.

Coppola, E., and F. Giorgi (2005), Climate change in tropical regions from high-resolution AGCM experiments, *Q. J. R. Meteorol. Soc.*, *131*, 3123–3145.

Dai., A., T. M. L. Wigley, B. A. Boville, J. T. Kiehl, and L. E. Buja (2001), Climates of the twentieth and twenty-first centuries simulated by the NCAR Climate System Model, *J. Clim.*, *14*, 485–519.

Dettinger, M. D., and D. R. Cayan (1995), Large-scale atmospheric forcing of recent trends toward early snowmelt runoff in California, *J. Clim.*, *8*, 606–623.

Dickinson, R. E., A. Henderson-Sellers, and P. J. Kennedy (1993), Biosphere-atmosphere transfer scheme (BATS) version 1E as coupled to the NCAR Community Climate Model, *NCAR Tech. Note NCAR/TN-387+STR*, Natl. Cent. for Atmos. Res., Boulder, Colo.

Diffenbaugh, N. S., J. S. Pal, R. J. Trapp, and F. Giorgi (2005), Fine-scale processes regulate the response of extreme events to global climate change, *Proc. Natl. Acad. Sci. USA*, *102*, 15,774–15,778, doi:10.1073/pnas.0506042102.

Giorgi, F., J. W. Hurrell, M. R. Marinucci, and M. Beniston (1997), Elevation dependency of the surface climate change signal: A model study, *J. Clim.*, *10*, 288–296.

Hamlet, A. F., P. W. Mote, M. P. Clark, and D. P. Lettenmaier (2005), Effects of temperature and precipitation variability on snowpack trends in the western United States, *J. Clim.*, *18*, 4545–4561.

Hayhoe, K., et al. (2004), Emissions pathways, climate change, and impacts on California, *Proc. Natl. Acad. Sci. USA*, *101*, 12,422–12,427.

Intergovernmental Panel on Climate Change (IPCC) (2007), *Climate Change: The Physical Science Basis. Contribution of Working Group I to the Fourth Assessment Report of the IPCC*, Cambridge Univ. Press, New York. (Available at http://www.ipcc.ch)

Kim, J., T.-K. Kim, R. W. Arritt, and N. L. Miller (2002), Impacts of increased atmospheric $CO_2$ on the hydroclimate of the western United States, *J. Clim.*, *15*, 1926–1942.

Leung, L. R., and S. J. Ghan (1999), Pacific Northwest climate sensitivity simulated by a regional climate model driven by a GCM. Part II: Simulations, *J. Clim.*, *12*, 2031–2053.

Leung, L. Y. R., Y. Qian, X. Bian, W. M. Washington, J. Han, and J. Roads (2005), Mid-century ensemble regional climate change scenarios for the western United States, *Clim. Change*, *62*, 75–113.

Markoff, M. S., and A. C. Cullen (2008), Impact of climate change on Pacific Northwest hydropower, *Clim. Change*, *87*, 451–469.

Maurer, E. P. (2007), Uncertainty in hydrologic impacts of climate change in the Sierra Nevada, California, under two emissions scenarios, *Clim. Change*, *82*, 309–325.

McCabe, G., and M. Clark (2005), Trends and variability in snowmelt runoff in the western United States, *J. Hydrometeorol.*, *6*, 476–482.

Moore, J. N., J. T. Harper, and M. C. Greenwood (2007), Significance of trends toward earlier snowmelt runoff, Columbia and Missouri Basin headwaters, western United States, *Geophys. Res. Lett.*, *34*, L16402, doi:10.1029/2007GL031022.

Mote, P. W. (2003), Trends in snow water equivalent in the Pacific Northwest and their climatic causes, *Geophys. Res. Lett.*, *30*(12), 1601, doi:10.1029/2003GL017258.

Mote, P. W., A. F. Hamlet, M. P. Clark, and D. P. Lettenmaier (2005), Declining mountain snowpack in western North America, *Bull. Am. Meteorol. Soc.*, *86*, 39–49.

Nakicenovic, N. et al. (2000), *IPCC Special Report on Emissions Scenarios*, 599 pp. Cambridge Univ. Press, New York.

Pal, J. S., et al. (2007), Regional climate modeling for the developing world: The ICTP RegCM3 and RegCNET, *Bull. Am. Meteorol. Soc.*, *88*, 1395–1409.

Payne, J. T., A. W. Wood, A. F. Hamlet, R. N. Palmer, and D. P. Lettenmaier (2004), Mitigating the effects of climate change on the water resources of the Columbia River basin, *Clim. Change*, *62*, 233–256.

Purkey, D. R., B. Joyce, S. Vicuna, M. W. Hanemann, L. L. Dale, D. Yates, and J. A. Dracup (2008), Robust analysis of future climate change impacts on water for agriculture and other sectors: A case study in the Sacramento Valley, *Clim. Change*, *87*, S109–S122.

Rayner, N. A., D. E. Parker, E. B. Horton, C. K. Folland, L. V. Alexander, D. P. Rowell, E. C. Kent, and A. Kaplan (2003), Global analyses of sea surface temperature, sea ice, and night marine air temperature since the late nineteenth century, *J. Geophys. Res.*, *108*(D14), 4407, doi:10.1029/2002JD002670.

Regonda, S. K., B. Rajagopalan, M. Clark, and J. Pitlick (2005), Seasonal cycle shifts in hydroclimatology over the western United States, *J. Clim.*, *18*, 372–384.

Schlesinger, M. E., and S. Malyshev (2001), Changes in near-surface temperature and sea level for the Post-SRES CO2-stabilization scenarios, *Integr. Assess.*, *2*, 95–110.

Slack, J. R., and J. M. Landwehr (1992), Hydro-climatic data network (HCDN): A U. S. geological survey streamflow data set for the United States for the study of climatic variations, 1874–1988, *U. S. Geol. Surv. Open File Rep.*, 92–129, 193 pp.

Stewart, I. T., D. R. Cayan, and M. D. Dettinger (2004), Changes in snowmelt runoff timing in western North America under a 'Business as Usual' climate change scenario, *Clim. Change*, *63*, 217–332.

Stewart, I. T., D. R. Cayan, and M. D. Dettinger (2005), Changes toward earlier streamflow timing across western North America, *J. Clim.*, *18*, 1136–1155.

Vicuna, S., R. Leonardson, M. W. Hanemann, L. L. Dale, and J. A. Dracup (2008), Climate change impacts on high elevation hydropower generation in California's Sierra Nevada: A case study in the Upper American River, *Clim. Change*, *87*, S123–S137.

Westerling, A. L., H. G. Hidalgo, D. R. Cayan, and T. W. Swetnam (2006), Warming and earlier spring increase western U. S. forest wildfire activity, *Science*, *313*, 940–943.

Yin, J. H. (2005), A consistent poleward shift of the storm tracks in simulations of 21st century climate, *Geophys. Res. Lett.*, *32*, L18701, doi:10.1029/2005GL023684.

M. M. Benedetti, Department of Geography and Geology, University of North Carolina at Wilmington, Deloach 220, 601 South College Road, Wilmington, NC 28403-5944, USA. (benedettim@uncw.edu)

N. S. Diffenbaugh, Department of Earth and Atmospheric Sciences, Purdue University, 550 Stadium Mall Drive, West Lafayette, IN 47907-2051, USA. (diffenbaugh@purdue.edu)

J. S. Pal, Department of Civil Engineering and Environmental Science, Loyola Marymount University, One LMU Drive, Los Angeles, CA 90045-2659, USA. (jpal@lmu.edu)

S. A. Rauscher, Earth System Physics Section, Abdus Salam International Centre for Theoretical Physics, Strada Costiera 11, Trieste I-34014, Italy. (srausche@ictp.it)

REPORTS

3. F. H. Shu, H. Shang, A. E. Glassgold, T. Lee, *Science* **277**, 1475 (1997).
4. B. S. Meyer, in *Chondrites and the Protoplanetary Disk*, A. N. Krot, E. R. D. Scott, B. Reipurth, Eds. (Astrophysical Society of the Pacific, San Francisco, CA, 2005), pp. 515–526.
5. S. Tachibana, G. R. Huss, N. T. Kita, G. Shimoda, Y. Morishita, *Astrophys. J.* **639**, L87 (2006).
6. S. Mostefaoui, G. W. Lugmair, P. Hoppe, *Astrophys. J.* **625**, 271 (2005).
7. A. Shukolyukov, G. W. Lugmair, *Earth Planet. Sci. Lett.* **119**, 159 (1993).
8. M. Bizzarro, J. A. Baker, H. Haack, K. L. Lundgaard, *Astrophys. J.* **632**, L41 (2005).
9. A. N. Halliday, T. Kleine, in *Meteorites and the Early Solar System II*, D. S. Lauretta, H. Y. McSween, Eds. (Univ. of Arizona Press, Tucson, AZ, 2006), pp. 775–801.
10. N. Kita *et al.*, in *Chondrites and the Protoplanetary Disk*, A. N. Krot, E. R. D. Scott, B. Reipurth, Eds. (Astrophysical Society of the Pacific, San Francisco, CA, 2005), pp. 558–587.
11. Materials and methods are available as supporting material on *Science* Online.
12. Y. Amelin, A. N. Krot, I. D. Hutcheon, A. A. Ulyanov, *Science* **297**, 1678 (2002).

13. J. Baker, M. Bizzarro, N. Wittig, J. Connelly, H. Haack, *Nature* **436**, 1127 (2005).
14. Y. Amelin, *Lunar Planet. Sci.* **XXXVIII**, 1669 (abstr.) (2007).
15. J. A. Baker, M. Bizzarro, abstract 8612 presented at the *Protostars and Planets V* meeting, Hilton Waikoloa Village, HI, 24 to 28 October 2005.
16. A. Trinquier, J.-L. Birck, C. Allègre, *Astrophys. J.* **655**, 1179 (2007).
17. J. H. Jones, M. J. Drake, *Geochim. Cosmochim. Acta* **47**, 1199 (1983).
18. K. Thrane, M. Bizzarro, J. A. Baker, *Astrophys. J.* **646**, L159 (2006).
19. A. Palacios *et al.*, *Astron. Astrophys.* **429**, 613 (2005).
20. M. Limongi, A. Chieffi, *Astrophys. J.* **647**, 483 (2006).
21. M. Arnould, S. Goriely, G. Meynet, *Astron. Astrophys.* **453**, 653 (2006).
22. G. Meynet, A. Maeder, *Astron. Astrophys.* **429**, 581 (2005).
23. D. P. Glavin, A. Kubny, E. Jagoutz, G. W. Lugmair, *Meteorit. Planet. Sci.* **39**, 693 (2004).
24. A. Markowski *et al.*, *Meteorit. Planet. Sci.* **41**, 5195 (abstr.) (2006).
25. J. J. Hester, S. J. Desch, in *Chondrites and the Protoplanetary Disk*, A. N. Krot, E. R. D. Scott, B. Reipurth, Eds. (Astrophysical Society of the Pacific, San Francisco, CA, 2005), pp. 107–130.

26. J. M. Rathborne *et al.*, *Mon. Not. R. Astron. Soc.* **331**, 85 (2002).
27. N. Ouellette, S. J. Desch, J. J. Hester, L. A. Leshin, in *Chondrites and the Protoplanetary Disk*, A. N. Krot, E. R. D. Scott, B. Reipurth, Eds. (Astrophysical Society of the Pacific, San Francisco, CA, 2005), pp. 527–538.
28. A. P. Boss, *Meteorit. Planet. Sci.* **41**, 1695 (2006).
29. S. E. Woosley, *Astrophys. J.* **476**, 801 (1997).
30. M. J. Drake, K. Righter, *Nature* **416**, 39 (2002).
31. A. Shukolyukov, G. W. Lugmair, *Lunar Planet. Sci.* **XXXVII**, 1478 (abstr.) (2006).
32. Financial support for this project was provided by the Danish National Science Foundation, NASA's Cosmochemistry Program, and the Danish Natural Science Research Council.

**Supporting Online Material**
www.sciencemag.org/cgi/content/full/316/5828/1178/DC1
Materials and Methods
SOM Text
Tables S1 and S2

8 February 2007; accepted 27 March 2007
10.1126/science.1141040

# Model Projections of an Imminent Transition to a More Arid Climate in Southwestern North America

Richard Seager,[1]* Mingfang Ting,[1] Isaac Held,[2,3] Yochanan Kushnir,[1] Jian Lu,[4] Gabriel Vecchi,[2] Huei-Ping Huang,[1] Nili Harnik,[5] Ants Leetmaa,[2] Ngar-Cheung Lau,[2,3] Cuihua Li,[1] Jennifer Velez,[1] Naomi Naik[1]

How anthropogenic climate change will affect hydroclimate in the arid regions of southwestern North America has implications for the allocation of water resources and the course of regional development. Here we show that there is a broad consensus among climate models that this region will dry in the 21st century and that the transition to a more arid climate should already be under way. If these models are correct, the levels of aridity of the recent multiyear drought or the Dust Bowl and the 1950s droughts will become the new climatology of the American Southwest within a time frame of years to decades.

The Third Assessment Report of the Intergovernmental Panel on Climate Change (IPCC) reported that the average of all the participating models showed a general decrease in rainfall in the subtropics during the 21st century, although there was also considerable disagreement among the models (*1*). Subtropical drying accompanying rising $CO_2$ was also found in the models participating in the second Coupled Model Intercomparison Project (*2*). We examined future subtropical drying by analyzing the time history of precipitation in 19 climate models participating in the Fourth Assessment Report (AR4) of the IPCC (*3*). The future climate projections followed the A1B emissions scenario (*4*), in which $CO_2$ emissions increase until about 2050 and decrease modestly thereafter, leading to a $CO_2$ concentration of 720 parts per million in 2100. We also analyzed the simulations for the 1860–2000 period, in which the models were forced by the known history of trace gases and estimated changes in solar irradiance, volcanic and anthropogenic aerosols, and land use (with some variation among the models). These simulations provided initial conditions for the 21st-century climate projections. For each model, climatologies were computed for the 1950–2000 period by averaging over all the simulations available for each model. All climate changes shown here are departures from this climatology.

We define an area (shown as a box in Fig. 4A) called "the Southwest" (including all land between 125°W and 95°W and 25°N and 40°N) that incorporates the southwestern United States and parts of northern Mexico. Figure 1 shows the modeled history and future of the annual mean precipitation minus the evaporation ($P - E$), averaged over this region for the period common to all of the models (1900–2098). The median, 25th, and 75th percentiles of the model $P - E$ distribution and the median of $P$ and $E$ are shown. For cases in which there were multiple simulations with a single model, data from these simulations were averaged together before computing the distribution. $P - E$ equals the moisture convergence by the atmospheric flow and (over land) the amount of water that goes into runoff.

In the multimodel ensemble mean, there is a transition to a sustained drier climate that begins in the late 20th and early 21st centuries. In the ensemble mean, both $P$ and $E$ decrease, but the former decreases by a larger amount. $P - E$ is primarily reduced in winter, when $P$ decreases and $E$ is unchanged or modestly increased, whereas in summer, both $P$ and $E$ decrease. The annual mean reduction in $P$ for this region, calculated from rain gauge data within the Global Historical Climatology Network, was 0.09 mm/day between 1932 and 1939 (the Dust Bowl drought) and 0.13 mm/day between 1948 and 1957 (the 1950s Southwest drought). The ensemble median reduction in $P$ that drives the reduction in $P - E$ reaches 0.1 mm/day in midcentury, and one quarter of the models reach this amount in the early part of the current century.

The annual mean $P - E$ difference between 20-year periods in the 21st century and the 1950–2000 climatology (see Fig. 2) are shown in Fig. 2. Almost all models have a drying trend in the American Southwest, and they consistently become drier throughout the century. Only 1 of the 19 models has a trend toward a wetter climate. Of the total of 49 individual projections conducted with the 19 models, even as early as the 2021–2040 period, only 3 projections show a shift to a wetter climate. Examples of modeled history and future precipitation for single simulations of four individual models are shown in Fig. 3 and provide an idea of potential trajectories toward the more arid climate.

[1]Lamont Doherty Earth Observatory (LDEO), Columbia University, Palisades, NY 10964, USA. [2]National Oceanic and Atmospheric Administration (NOAA) Geophysical Fluid Dynamics Laboratory, Princeton, NJ 08540, USA. [3]Program in Atmospheric and Oceanic Sciences, Department of Geosciences, Princeton University, Princeton, NJ 08544, USA. [4]National Center for Atmospheric Research, Boulder, CO 80307, USA. [5]Tel Aviv University, Tel Aviv, Israel.

*To whom correspondence should be addressed. E-mail: seager@ldeo.columbia.edu

Downloaded from www.sciencemag.org on February 14, 2008

REPORTS

The contours in Fig. 4, A to C, show a map of the change in $P - E$ for the decades between 2021 and 2040 minus those in the 1950–2000 period for one of the IPCC models: the Geophysical Fluid Dynamics Laboratory (GFDL) climate model CM2.1 (5). In general, large regions of the relatively dry subtropics dry further, whereas wetter, higher-latitude regions become wetter still. In addition to the American Southwest, the southern Europe–Mediterranean–Middle East region also experiences a severe drying. This pattern of subtropical drying and moistening at higher latitudes is a robust feature of current projections with different models of future climate (6).

The change ($\delta$) in $P - E$ (in meters per second) is balanced by a change in atmospheric moisture convergence, namely

$$\rho_w g \delta(P - E) = -\delta \left[ \int_0^{p_s} \nabla \cdot (\overline{\underline{u}} \overline{q}) dp + \int_0^{p_s} \nabla \cdot (\overline{\underline{u}q'}) dp \right] \quad (1)$$

Overbars indicate monthly means, primes represent departures from the monthly mean, $\rho_w$ is the density of water, $g$ indicates the acceleration due to gravity, and $\nabla$ indicates the horizontal divergence operator. The change in moisture con-

vergence can be divided into contributions from the mean flow and from eddies. In the former, the atmospheric flow ($\overline{\underline{u}}$) and the moisture ($\overline{q}$) are averaged over a month before computing the moisture transport, whereas the latter is primarily associated with the highly variable wind ($u'$) and moisture ($q'$) fields within storm systems. The moisture convergence is integrated over the pressure ($p$) from the top of the atmosphere ($p = 0$) to the surface ($p_s$). The mean wind and humidity fields in Eq. 1 can be taken to be their climatological fields. (The rectification of interannual variability in the monthly mean flow and moisture fields is found to be negligible.) Changes in the mean flow contribution can, in turn, be approximated by one part associated with the climatological circulation from 1950 to 2000 ($\overline{\underline{u}}_P$), operating on the increase in climatological atmospheric humidity ($\delta\overline{q}$, a consequence of atmospheric warming), and by another part due to the change in circulation climatology ($\delta\overline{\underline{u}}$), operating on the atmospheric humidity climatology from 1950 to 2000 ($\overline{q}_P$). The nonlinear term involving changes in both the mean flow and the moisture field is found to be relatively small. Hence, Eq. 1 can be approximated by:

$$\rho_w g \delta(P - E) \sim - \int_0^{p_s} \nabla \cdot (\overline{q}_P \delta \overline{\underline{u}} + \overline{\underline{u}}_P \delta \overline{q}) dp - \delta \int_0^{p_s} \nabla \cdot (\overline{\underline{u}'q'}) dp \quad (2)$$

We therefore think in terms of a threefold decomposition of $P - E$, as displayed in Fig. 4 (colors) for the GFDL CM2.1 model: (i) a contribution from the change in mean circulation, (ii) a contribution from the change in mean humidity, and (iii) a contribution from eddies.



**Fig. 1.** Modeled changes in annual mean precipitation minus evaporation over the American Southwest (125°W to 95°W and 25°N to 40°N, land areas only), averaged over ensemble members for each of the 19 models. The historical period used known and estimated climate forcings, and the projections used the SResA1B emissions scenario. The median (red line) and 25th and 75th percentiles (pink shading) of the $P - E$ distribution among the 19 models are shown, as are the ensemble medians of $P$ (blue line) and $E$ (green line) for the period common to all models (1900–2098). Anomalies (Anom) for each model are relative to that model's climatology from 1950–2000. Results have been 6-year low-pass Butterworth-filtered to emphasize low-frequency variability that is of most consequence for water resources. The model ensemble mean $P - E$ in this region is around 0.3 mm/day.

Downloaded from www.sciencemag.org on February 14, 2008

**Precipitation – Evaporation Anomaly (25N – 40N, 95W – 125W)**

**Fig. 2.** The change in annual mean $P - E$ over the American Southwest (125°W to 95°Wand 25°N to 40°N, land areas only) for 19 models (listed at left), relative to model climatologies from 1950–2000. Results are averaged over 20-year segments of the current century. The number of ensemble members for each projection is listed by the model name at left. Black dots represent ensemble members (where available), and red dots represent the ensemble mean for each model.

The mean flow convergence term involving only changes in humidity (Fig. 4B) causes increasing $P - E$ in regions of low-level mean mass convergence and decreasing $P - E$ in regions of low-level mean mass divergence, generally intensifying the existing pattern of $P - E$ (6). This term helps to explain much of the reduction in $P - E$ over the subtropical oceans, where there is strong evaporation, atmospheric moisture divergence, and low precipitation (6). Over land areas in general, there is no infinite surface-water source, and $P - E$ has to be positive and sustained by atmospheric moisture convergence. Over the American Southwest, in the current climate, it is the time-varying flow that sustains most of the positive $P - E$, whereas the mean flow diverges moisture away. Here, the "humidity contribution" leads to reduced $P - E$, as the moisture divergence by the mean flow increases with rising humidity. Over the Mediterranean region, there is mean moisture divergence, and rising humidity again leads to increased mean moisture divergence and reduced $P - E$.

Over the ocean, the contribution of humidity changes to changes in $P - E$ can be closely approximated by assuming that the relative humidity remains fixed at its 1950–2000 values (6). Over almost all land areas and especially over those that have reduced $P - E$, the relative humidity decreases in the early 21st century. This is be-

cause, unlike over the ocean, evaporation cannot keep pace with the rising saturation humidity of the warming atmosphere. Over land, the humidity contribution to the change in $P - E$ is distinct from that associated with fixed relative humidity.

Decreases in $P - E$ can also be sustained by changes in atmospheric circulation that alter the mean moisture convergence, even in the absence of changes in humidity (Fig. 4A). This "mean circulation contribution" leads to reduced $P - E$ at the northern edge of the subtropics (e.g., the Mediterranean region, the Pacific and the Atlantic around 30°N, and parts of southwestern North America). The change in moisture convergence by the transient eddies (Fig. 4C) dries southern Europe and the subtropical Atlantic and moistens the higher-latitude Atlantic, but it does not have a coherent and large impact over North America.

A substantial portion of the mean circulation contribution, especially in winter, can be accounted for by the change in zonal mean flow alone (not shown in the figures), indicating that changes in the Hadley Cell and the extratropical mean meridional circulation are important. Increases in humidity and mean moisture divergence, changes in atmospheric circulation, and the intensification of eddy moisture divergence cause drying in the subtropics, including the area over western North America and the Med-

iterranean region. For the Southwest region, the annual mean $P - E$ decreases by 0.086 mm/day, which is largely accounted for by an increase in the mean flow moisture divergence. Changes in the circulation alone contribute 0.095 mm/day of drying, and changes in the humidity alone contribute 0.032 mm/day. These changes are modestly offset by an increased transient-eddy moisture convergence of 0.019 mm/day. (7).

Within models, the poleward edge of the Hadley Cell and the mid-latitude westerlies move poleward during the 21st century (8–10). The descending branch of the Hadley Cell causes aridity, and hence the subtropical dry zones expand poleward. In models, a poleward circulation shift can be forced by rising tropical sea surface temperatures (SSTs) in the Indo-Pacific region (11) and by uniform surface warming (12). The latter results are relevant because the spatial pattern of surface warming in the AR4 models is quite uniform away from the poles. One explanation (13, 14) is that rising tropospheric static stability, an established consequence of moist thermodynamics, stabilizes the subtropical jet streams at the poleward flank of the Hadley Cell against baroclinic instability. Consequently, the Hadley Cell extends poleward (increasing the vertical wind shear at its edge) to a new latitude where the shear successfully compensates for the suppression of baroclinic instability by rising static stability.

Although increasing stability is likely to be a substantial component of the final explanation, a fully satisfying theory for the poleward shift of the zonal mean atmospheric circulation in a warming world must account for the complex interplay between the mean circulation (Hadley Cell and the mid-latitude Ferrell Cell) and the transient eddies (13, 14) that will determine where precipitation will increase and decrease in the future. However, not all of the subtropical drying in the Southwest and Mediterranean regions can be accounted for by zonally symmetric processes, and a full explanation will require attention to moisture transport within localized storm tracks and stationary waves.

The six severe multiyear droughts that have struck western North America in the instrumental record have all been attributed (by the use of climate models) to variations in SSTs in the tropics, particularly persistent La Niña–like SSTs in the tropical Pacific Ocean (15–19). The projected future climate of intensified aridity in the Southwest is caused by different processes, because the models vary in their tropical SST response to anthropogenic forcing. Instead, it is caused by rising humidity that causes increased moisture divergence and changes in atmospheric circulation cells that include a poleward expansion of the subtropical dry zones. The drying of subtropical land areas that, according to the models, is imminent or already under way is unlike any climate state we have seen in the instrumental record. It is also distinct from the multidecadal megadroughts that afflicted the American Southwest during Medieval times (20–22), which have also been attributed to changes in tropical SSTs (18, 23). The most severe

**Fig. 3.** The change in annual mean $P - E$ over the American Southwest (125°W to 95°W and 25°N to 40°N, land areas only) for four coupled models, relative to model ensemblemean climatologies from 1950–2000. The results are from individual simulations of the 1860–2000 period, forced by known and estimated climate forcings and individual projections of future climate with the SResA1B scenarios of climate forcings. Because the modeled anomalies have not been averaged together here, these time series provide an idea of plausible evolutions of Southwest climate toward a more arid state. The models are the National Center for Atmospheric Community Climate System Model (CCSM), GFDL model CM2.1, Max Planck Institut Für Meteorologie model ECHAM5, and Hadley Centre for Climate Change model HadCM3. All time series are for annual mean data, and a 6-year low-pass Butterworth filter has been applied.



Filtered Precip–Evap Anomaly (25N–40N, 95W–125W) mm/day

Downloaded from www.sciencemag.org on February 14, 2008

REPORTS

## Contributions to Change in Moisture Convergence
## (2021 − 2040) − (1950 − 2000)



**A**  Mean Circulation Contribution



**B**  Q Contribution to Mean



**C**  Transient Contribution

colors and contours in [mm/day x 100]

**Fig. 4.** The change in annual means of $P − E$ for the 2021–2040 period minus the 1950–2000 period [contours in (A) to (C)] and contributions to the change in vertically integrated moisture convergence (colors; negative values imply increased moisture divergence) by the mean flow, due to (**A**) changes in the flow, (**B**) the specific humidity, and (**C**) the transient-eddy moisture convergence, all for the GFDL CM2.1 model. The box in (A) shows the area we defined as "the Southwest."

future droughts will still occur during persistent La Niña events, but they will be worse than any since the Medieval period, because the La Niña conditions will be perturbing a base state that is drier than any state experienced recently.

**References and Notes**
1. U. Cubasch *et al.*, in *Climate Change 2000–The Scientific Basis: Contribution of Working Group I to the Third Assessment Report of the Intergovernmental Panel on Climate Change*, J. T. Houghton *et al.*, Eds. (Cambridge Univ. Press, Cambridge, 2001), pp. 525–582.
2. M. R. Allen, W. J. Ingram, *Nature* **419**, 224 (2002).
3. Details of the models analyzed can be found at www-pcmdi.llnl.gov/ipcc/model_documentation/ipcc_model_documentation.php, and the data can be found at https://esg.llnl.gov:8443/index.jsp.
4. N. Nakicenovic, R. Swart, Eds., *Special Report on Emissions Scenarios* (Cambridge Univ. Press, New York, 2000).
5. T. L. Delworth *et al.*, *J. Clim.* **19**, 643 (2006).
6. I. M. Held, B. J. Soden, *J. Clim.* **19**, 5686 (2006).
7. The model $P − E$ is not fully accounted for by the computed moisture flow convergence that is calculated by taking the sum of the components of the mean flow and transient eddies (the imbalance is 0.022 mm/day). Calculations were performed with data collected daily on the model grid using closely matching numerics, but errors could be introduced by not using a time resolution of several hours and by neglecting moisture diffusion (potentially large over mountains), which was not archived. The data are available at http://kage.ldeo.columbia.edu/SOURCES/.LDEO/.ClimateGroup/.GFDL.
8. J. H. Yin, *Geophys. Res. Lett.* **32**, L18701 (2005).
9. P. J. Kushner, I. M. Held, T. L. Delworth, *J. Clim.* **14**, 2238 (2001).
10. L. Bengtsson, K. I. Hodges, E. Roeckner, *J. Clim.* **19**, 3518 (2006).
11. N.-C. Lau, A. Leetmaa, M. J. Nath, *J. Clim.* **19**, 3607 (2006).
12. S. Lee, *J. Atmos. Sci.* **56**, 1353 (1999).
13. T. Schneider, *Annu. Rev. Earth Planet. Sci.* **34**, 655 (2006).
14. C. C. Walker, T. Schneider, *J. Atmos. Sci.* **63**, 3333 (2006).
15. 13. S. D. Schubert, M. J. Suarez, P. J. Pegion, R. D. Koster, J. T. Bacmeister, *Science* **303**, 1855 (2004).
16. S. D. Schubert, M. J. Suarez, P. J. Pegion, R. D. Koster, J. T. Bacmeister, *J. Clim.* **17**, 485 (2004).
17. R. Seager, Y. Kushnir, C. Herweijer, N. Naik, J. Velez, *J. Clim.* **18**, 4065 (2005).
18. C. Herweijer, R. Seager, E. R. Cook, *Holocene* **16**, 159 (2006).
19. H.-P. Huang, R. Seager, Y. Kushnir, *Clim. Dyn.* **24**, 721 (2005).
20. S. Stine, *Nature* **369**, 546 (1994).
21. E. R. Cook, C. A. Woodhouse, C. M. Eakin, D. M. Meko, D. W. Stahle, *Science* **306**, 1015 (2004).
22. C. Herweijer, R. Seager, E. R. Cook, J. Emile-Geay, *J. Clim.* **20**, 1353 (2007).
23. E. R. Cook, R. Seager, M. A. Cane, D. W. Stahle, *Earth Sci. Rev.* **81**, 93 (2007).
24. This work was supported at LDEO by NOAA grants NA03OAR4320179 and NA06OAR4310151 and by NSF grants ATM05-01878, ATM04-34221, and ATM03-47009. We thank R. Dole, W. Robinson, and M. Wallace for useful conversations.

5 January 2007; accepted 26 March 2007
Published online 5 April 2007;
10.1126/science.1139601
Include this information when citing this paper.

Downloaded from www.sciencemag.org on February 14, 2008

# LETTERS

PUBLISHED ONLINE: 23 DECEMBER 2012 | DOI: 10.1038/NCLIMATE1787

**nature climate change**

# Projections of declining surface-water availability for the southwestern United States

Richard Seager[1]*, Mingfang Ting[1], Cuihua Li[1], Naomi Naik[1], Ben Cook[2], Jennifer Nakamura[1] and Haibo Liu[1]

**Global warming driven by rising greenhouse-gas concentrations is expected to cause wet regions of the tropics and mid to high latitudes to get wetter and subtropical dry regions to get drier and expand polewards[1–4]. Over southwest North America, models project a steady drop in precipitation minus evapotranspiration, $P - E$, the net flux of water at the land surface[5–7], leading to, for example, a decline in Colorado River flow[8–11]. This would cause widespread and important social and ecological consequences[12–14]. Here, using new simulations from the Coupled Model Intercomparison Project Five, to be assessed in Intergovernmental Panel on Climate Change Assessment Report Five, we extend previous work by examining changes in $P$, $E$, runoff and soil moisture by season and for three different water resource regions. Focusing on the near future, 2021–2040, the new simulations project declines in surface-water availability across the southwest that translate into reduced soil moisture and runoff in California and Nevada, the Colorado River headwaters and Texas.**

The global climate models used in this study include all simulations for all models that were continuous from 1950 to 2040 and that provided all of the data required. Historical simulations to December 2005 and future projections to 2040 using the Representative Concentration Pathway (RCP)85 scenario whereby anthropogenic radiative forcing equals 8.5 W m$^{-2}$ by 2100 (refs. 15, 16) were analysed (see Methods). The RCP85 scenario involves stronger anthropogenic radiative forcing than the Special Report on Emissions Scenario A1B for Coupled Model Intercomparison Project (CMIP) 3/Intergovernmental Panel on Climate Change Assessment Report Four analysed in ref. 5, and was chosen to reflect the present lack of any international action to limit $CO_2$ emissions. The models are being evaluated as part of CMIP5 and have been shown to model important aspects of North American hydroclimate with fidelity but with biases, for example, to excess $P$ in the interior of western North America (see Supplementary Information).

In both the models and the observations, California gets almost all of its annual $P$ in the winter, whereas inland regions such as the Colorado headwaters and Texas have a more even distribution of $P$ throughout the year (see Supplementary Information). However, in all cases, winter $P$ has a disproportionate importance from the water-resource perspective because $E$ is lowest during winter and $P$ is effective at increasing soil moisture, streamflows and reservoir storage, often with a delay until snowmelt[8]. Summer rains are however very important for dry farming, rangelands and ecosystems and for influencing fire risk[17]. Figure 1 shows the changes in the multimodel ensemble mean $P$ and $P - E$ for North America for 2021–2040 minus 1951–2000 by season. Winter (January–March, JFM) $P$ declines across Mexico, southern California, southern

and central Arizona and New Mexico and almost all of Texas. To the north, in central and northern California, Nevada, Utah and Colorado the models project increased winter $P$. In spring (April–June, AMJ) the region of reduced $P$ extends to include all of California and most of Utah, Nevada and Oregon.

Southwest North America is also projected to warm in the coming decades as a consequence of rising greenhouse-gas concentrations (see Supplementary Information) and the increased evaporative demand can drive higher $E$ (ref. 18), which can lead to an increase in $P$ through moisture recycling or atmospheric export of evaporated moisture[19,20]. Hence, a better measure of future water availability is the change in $P - E$, the net flux of water substance at the land surface (Fig. 1). The region of projected winter drying includes all of Mexico, Texas, New Mexico, Arizona and most of Utah and Nevada. Winter $P - E$ increases in northern California but by less than $P$ increases. In spring, northern Mexico, Texas and the southern parts of Arizona and New Mexico all have increased mean $P - E$, although $P$ decreases in much of this same area. The strongest (order 0.3 mm d$^{-1}$) reductions of $P - E$ are in California, Nevada, Utah and Colorado. In summer, $P$ is projected to decline across all of the western Pacific states, Idaho and Nevada and also in Oklahoma and Kansas but to increase in the Four Corners region and at the intersection of northern Mexico, New Mexico and Texas. Summer $P - E$ becomes more positive in southern California, southern Nevada, Arizona, western New Mexico and much of Texas and becomes more negative in regions to the north. In regions where spring and summer $P - E$ becomes more positive even as $P$ decreases it is because $E$ decreases consistent with less soil moisture due to a drop in previous winter season $P$.

To examine how consistently models project drying in the southwest US, and how this varies with time, in Fig. 2 we show the results for all of the simulations with all of the models plotted as the change in $P - E$ for two-decade periods in the present century (2001–2020, 2021–2040 and so on) relative to 1951–2000 averaged over three quite different water resource regions. These are California and Nevada (here represented by 32°–42° N, 125°–113° W, land areas alone). California obtains most of its water from the Sierra Nevada Mountain Range, on which it largely falls as snow in winter[21]. The second region is the Colorado River headwaters (37°–42° N, 112°–106° W), which receive substantial winter snowfall as well as summer rainfall, and feed the Colorado River, which provides water to 7 states and Mexico[8,12,22]. The third region is Texas (26°–36° N, 103°–93° W, land areas alone), which uses water from rivers and groundwater within its own borders[23]. For each model, the changes for individual runs are plotted as black dots and the ensemble mean as a red dot. As such the influence of natural variability on the two-decade means is represented in the scatter of the black dots

[1]Lamont Doherty Earth Observatory of Columbia University, Palisades, New York 10964, USA, [2]NASA Goddard Institute for Space Studies, New York, New York 10025, USA. *e-mail: seager@ldeo.columbia.edu.

© 2013 Macmillan Publishers Limited. All rights reserved

**NATURE CLIMATE CHANGE** DOI: 10.1038/NCLIMATE1787

LETTERS



**Figure 1 | The average across the 16 CMIP5 models of the change in $P$ and $P - E$ for 2021–2040 minus 1951–2000, using the RCP85 emissions scenario for the future and the simulations with historical forcing for the past.** All simulations of each model that were continuous were used in the analysis with averaging across each model ensemble performed first before creating the multimodel ensemble. Dots indicate that three-quarters of the models and the all-model mean agree on the sign of the projected change. Results are shown for, from top to bottom, autumn (OND), winter (JFM), spring (AMJ) and summer (JAS) with seasons chosen so that autumn begins with the beginning of the hydrological year.

around the ensemble mean. Despite this inclusion of the full impact of model natural variability, it is clear that in the next two-decade period, and more so by the mid-century, most (it ranges between 59 and 78%) of the simulations project a decrease in $P - E$ in each of the three regions. Drying intensifies as the century advances.

From the point of view of applications in water resources, agriculture, and land and ecosystem management, it is the impact of changes in $P - E$ on runoff and soil moisture that is important. In addition, as much of the region's water storage depends on inflows from winter $P$, whereas crops depend on soil moisture in the growing season, changes by season, as opposed to just the annual mean, are important. In Fig. 3 we therefore show the changes in $P$, $E$, soil moisture and runoff for the three regions for four seasons and the annual mean, and for 2021–2040 minus 1951–2000 in the form of box and whisker diagrams. In the JFM season, median (indicated by the horizontal line across the box) $P$ shows little change, and mean (shown by the asterisk) $P$ increases when averaged over California and Nevada, and both mean and median $P$ increase when averaged over the Colorado headwaters. However, in both regions mean and median $E$ increase (driven by warming). For California and Nevada all model runs have an increase in $E$ and for the Colorado headwaters more than 75% have an increase in $E$. The net effect is that in

483

© 2013 Macmillan Publishers Limited. All rights reserved

# LETTERS
NATURE CLIMATE CHANGE DOI: 10.1038/NCLIMATE1787



**Figure 2 | The difference in $P-E$ relative to 1951–2000 for two-decade periods of the present century for the California and Nevada region, the Colorado River headwaters region and the Texas region.** The vertical axis refers to the individual model numbers as in the Supplementary Table. Black dots show the change in $P-E$ for the five two-decade periods for the individual continuous runs with the model. The red dots show the ensemble mean change for each model. For models with single continuous runs only the red dot is plotted. The twenty-first-century projections use the RCP85 emissions scenario.

both areas $P-E$ in the JFM season changes little (see Supplementary Information) and neither does soil moisture. Changes in JFM runoff for California and Nevada are also scattered around no change but for the Colorado headwaters 75% of the model runs have an increase in JFM runoff with a mean increase of about 25%, probably caused by more of $P$ falling as rain instead of snow and/or earlier snowmelt[24]. In contrast, in Texas during JFM, 75% of model runs have a $P$ decrease, $E$ increases and 75% or more of model runs have notable declines in both soil moisture and runoff.

For California and Nevada, in the remaining seasons, most model runs have both a decrease in $P$ and an increase in $E$ (other than in JJA) that translates into the mean, median and most of

the model runs having declines in both runoff and soil moisture. Of these, the most pronounced change is an about 20% decline in spring runoff that is driven by a drop in spring $P$.

In the Colorado headwaters mean $P$ actually increases in all seasons and the median does in all but AMJ. However, a clear model tendency for increased $E$ throughout the year translates into a tendency for a decline in soil moisture in spring, summer and autumn. Runoff declines in spring by about 25% in the mean, primarily because of a large increase in $E$ driven by warming (see Supplementary Information), but increases in autumn probably owing to more of the total $P$ falling as rain instead of snow (as in winter, for example ref. 25).

© 2013 Macmillan Publishers Limited. All rights reserved

NATURE CLIMATE CHANGE DOI: 10.1038/NCLIMATE1787

LETTERS



**Figure 3 | Changes by season in P, E, runoff and soil moisture for 2021–2040 under the RCP85 emissions scenario minus 1951–2000 using the 16 model CMIP5 ensemble.** Differences are computed for each continuous model run first and then the distributions across the models are plotted as box and whisker diagrams. The 25th and 75th percentiles of the model distributions are shown by the edges of the boxes, the medians are plotted as the horizontal lines within the boxes and the whiskers mark the 5th and 95th percentiles. Asterisks indicate the mean. **a–c**, Results for the California and Nevada region (**a**), the Colorado River headwaters region (**b**) and the Texas region (**c**).

In Texas, mean and median $P$ decline in all seasons except summer. Mean and median $E$ decrease in spring and summer but increase modestly in winter and autumn. Reduced $E$ in spring and summer follows on from reduced $P$ in the preceding autumn and winter. These changes translate into median drops in runoff of around 10% or more year round and consistent and robust drops in soil moisture but only a few per cent.

In the annual average, the mean and median runoff decreases in all three regions by about 10%, with greater model agreement (more than 75% of model runs) for the Colorado headwaters and Texas than for California and Nevada. Annual average mean and median soil moisture also decreases in all three regions with the largest and most certain drop in Texas but by less than 5%.

The patterns and magnitudes of near-term changes in $P - E$ across North America reported here confirm earlier results[5]. As climate models have advanced since the previous analysis, including in their spatial resolution, this increases confidence in the projections of drying in the southwest. However, it should be noted that state-of-the-art global models still cannot fully represent the complex topography of western North America and

its effect on regional climate (see Supplementary Information). The present work extends the earlier work by analysing the changes by season and the impacts on runoff and soil moisture in key regions. California and Nevada are heavily dependent on winter $P$, which is projected to increase in the northern parts of the region. Despite this, projected increases in winter and spring $E$ cause a projected decrease in runoff and soil moisture throughout the year. In a quite different climatic environment, a projected decrease in Colorado headwaters runoff and soil moisture arises from a projected increase in $E$. Texas is more likely to experience a decrease in $P$ in most seasons that is sufficient to drive a decrease in $E$ in spring and summer and a likely year-round drop in runoff and soil moisture. The decreases in runoff reach 10% or more in the annual average and around 25% in spring for the Colorado headwaters, amounts that compare well with the warming-induced reductions calculated by ref. 26. In all cases, the model ensemble includes some members that have increases in runoff and soil moisture in coming decades, emphasizing the fact that for 2021–2040 the amplitude of the anthropogenic drying is comparable to that of natural decadal

© 2013 Macmillan Publishers Limited. All rights reserved

# LETTERS

**NATURE CLIMATE CHANGE** DOI: 10.1038/NCLIMATE1787

variability. However, for soil moisture in Texas and runoff in the Colorado headwaters and Texas more than 75% of model simulations project a near-term decline.

For context, a reduction in Colorado River flow of 10% is comparable to the variability of decadal mean flows over the past century (for example, ref. 8 and Supplementary Information). Furthermore, a 1,200-year tree-ring reconstruction of Colorado River flow at Lee's Ferry[27] has the very lowest value of 20-year means (during the twelfth-century megadrought), about 15% lower than the long-term mean (see also ref. 28). Hence, anthropogenic climate change is projected to lead to a potential reduction of Colorado River flow comparable to the most severe, but temporary, long-term decreases in flow recorded. These projected declines in surface-water availability for the coming two decades are probably of sufficient amplitude to place additional stress on regional water resources given the pressure of meeting agricultural demands as well as those of a growing population while needing to preserve riparian ecosystems.

## Methods

Model simulations were selected from the CMIP5 archive that were continuous from 1950 to 2040 between the historical simulations and the RCP85 projection. The RCP85 emissions scenario is comparable to the business-as-usual scenario within CMIP3 and represents a continuation of no mitigation and high emissions. In 2040, the $CO_2$ concentration in RCP85 is 489 ppm. The $CO_2$ concentration difference between this scenario and the RCP45 scenario, which represents some mitigation, is almost zero in 2021 and 29 ppm in 2040 and then diverges strongly in the later half of the twentieth century. Models were used if they contained data for $P$, $E$, surface air temperature, soil moisture and runoff. This led to exclusion of some models and simulations, leaving 16 models. For these 16 models, the data were then regridded to a common one-degree-latitude by one-degree-longitude grid. (Results were essentially the same when regridded to a coarser two-degree grid.) Using these 16 models we formed ensemble means for each model by averaging together all of the retained simulations conducted with that model. With this multimodel ensemble the mean, median and 25th and 75th percentiles of the spread across the multimodel ensemble were computed for the differences in $P$, $E$, $P-E$, surface air temperature, runoff and soil moisture. Details on the models used, their resolution and their simulations of the seasonal cycles of $P$ and runoff and natural decadal variability of $P-E$ in the southwest can be found in the Supplementary Information.

Received 17 July 2012; accepted 22 November 2012; published online 23 December 2012

## References

1. Held, I. M. & Soden, B. J. Robust responses of the hydrological cycle to global warming. *J. Clim.* **19,** 5686–5699 (2006).
2. IPCC *Climate Change 2007: The Physical Science Basis* (eds Solomon, S. *et al.*) (Cambridge Univ. Press, 2007).
3. Chou, C., Neelin, J. D., Chen, C-A. & Tu, J-Y. Evaluating the 'Rich-Get-Richer' mechanism in tropical precipitation change under global warming. *J. Clim.* **22,** 1982–2005 (2009).
4. Seager, R., Naik, N. & Vecchi, G. Thermodynamic and dynamic mechanisms for large scale changes in the hydrological cycle in response to global warming. *J. Clim.* **23,** 4651–4668 (2010).
5. Seager, R. *et al.* Model projections of an imminent transition to a more arid climate in southwest North America. *Science* **316,** 1181–1184 (2007).
6. Seager, R. & Vecchi, G. Greenhouse warming and the 21st century hydroclimate of southwestern North America. *Proc. Natl Acad. Sci. USA* **107,** 21277–21282 (2010).
7. Cayan, D. R. *et al.* Future dryness in the southwest US and the hydrology of the early 21st century drought. *Proc. Natl Acad. Sci. USA* **107,** 21271–21276 (2010).
8. Christensen, N. & Lettenmaier, D. P. A multimodel ensemble approach to assessment of climate change impacts on the hydrology and water resources of the Colorado River basin. *Hydrol. Earth Syst. Sci.* **3,** 1–44 (2007).
9. Barnett, T. P. & Pierce, D. W. Sustainable water deliveries form the Colorado River in a changing climate. *Proc. Natl Acad. Sci. USA* **106,** 7334–7338 (2009).
10. Hoerling, M. P., Lettenmeier, D. P., Cayan, D. R. & Udall, B. Reconciling projections of Colorado River streamflow. *Southwest Hydrol.* **8,** 20–21 (2009).
11. Rajagopalan, B. *et al.* Water supply on the Colorado River: Can management mitigate? *Water Resour.* **45,** W08201 (2009).
12. MacDonald, G. M. Water, climate change, and sustainability in the southwest. *Proc. Natl Acad. Sci. USA* **107,** 21256–21262 (2010).
13. Adams, H. D. *et al.* Temperature sensitivity of drought-induced tree mortality portends increased regional die-off under global change-type drought. *Proc. Natl Acad. Sci. USA* **106,** 7063–7066 (2010).
14. Williams, A. P. *et al.* Forest responses to increasing aridity and warmth in the southwestern United States. *Proc. Natl Acad. Sci. USA* **107,** 21289–21294 (2010).
15. Taylor, K. E., Stouffer, R. J. & Meehl, G. A. An overview of CMIP5 and the experiment design. *Bull. Am. Meterorol. Soc.* **93,** 485–498 (2012).
16. Moss, R. H. *et al.* The next generation of scenarios for climate change research and assessment. *Nature* **463,** 747–756 (2010).
17. Littell, J. S., McKenzie, D., Peterson, D. L. & Westerling, A. L. Climate and wildfire area burned in western US ecoprovinces 1916–2003, *Ecol. Appl.* **19,** 1003–1021 (2009).
18. Weiss, J. L., Castro, C. L. & Overpeck, J. T. Distinguishing pronounced droughts in the southwestern United States: Seasonality and effects of warmer temperatures. *J. Clim.* **22,** 5918–5932 (2009).
19. Dominguez, F., Kumar, P., Liang, X-Z. & Ting, M. Impact of atmospheric moisture storage on precipitation recycling. *J. Clim.* **19,** 1513–1530 (2006).
20. Anderson, B. T., Ruane, A. C., Roads, J. O. & Kanamitsu, M. Estimating the influence of evaporation and moisture-flux convergence upon seasonal precipitation rates. Part II: An analysis for North America based upon NCEP-DOE Reanalysis II model. *J. Hydrometeorol.* **10,** 893–911 (2009).
21. Carle, D. *Introduction to Water in California* (Univ. California Press, 2004).
22. Vano, J. A., Das, T. & Lettenmaier, D. P. Hydrologic sensitivities of Colorado River runoff to changes in precipitation and temperature. *J. Hydrometeorol.* **13,** 932–949 (2012).
23. *Water for Texas 2012 State Water Plan* (Texas Water Development Board, 2012); available at http://www.twdb.state.tx.us/waterplanning/swp/.
24. Pierce, D.W. *et al.* Attribution of declining western US snowpack to human effect. *J. Clim.* **21,** 6425–6444 (2008).
25. Das, T. *et al.* Structure and detectability of trends in hydrological measures over the western United States. *J. Hydrometeorol.* **10,** 871–892 (2009).
26. Das, T., Pierce, D., Cayan, D., Vano, J. & Lettenmaier, D. The importance of warm season warming to western US streamflow changes. *Geophys. Res. Lett.* **38,** L23403 (2011).
27. Meko, D. M. *et al.* Medieval drought in the upper Colorado River basin. *Geophys. Res. Lett.* **34,** L10705 (2007).
28. Woodhouse, C. A., Meko, D. M., MacDonald, G. M., Stahle, D. W. & Cook, E. R. A 1,200 year perspective of 21st Century drought in southwestern North America. *Proc. Natl Acad. Sci. USA* **50,** 21283–21288 (2010).

## Acknowledgements

This work was supported by NOAA awards NA08OAR4320912 and NA10OAR4310137 and NSF award AGS-08-04107. The comments of the wider Global Decadal Hydroclimate Variability and Change (GloDecH) group at Lamont are greatly appreciated.

## Author contributions

R.S., M.T. and B.C. conceived the analyses. R.S. wrote the paper with input from all authors. C.L., H.L., J.N. and N.N. performed analyses on the model data. C.L. and J.N. prepared the figures.

## Additional information

Supplementary information is available in the online version of the paper. Reprints and permissions information is available online at www.nature.com/reprints. Correspondence and requests for materials should be addressed to R.S.

## Competing financial interests

The authors declare no competing financial interests.

© 2013 Macmillan Publishers Limited. All rights reserved

# CHANGES IN SNOWMELT RUNOFF TIMING
## IN WESTERN NORTH AMERICA UNDER A 'BUSINESS AS USUAL' CLIMATE CHANGE SCENARIO

IRIS T. STEWART[1], DANIEL R. CAYAN[1,2] and MICHAEL D. DETTINGER[2,1]

[1]*Scripps Institution of Oceanography, 9500 Gilman Drive, La Jolla, CA 92093-0224, U.S.A.*
*E-mail: istewart@meteora.ucsd.edu*
[2]*U.S. Geological Survey, La Jolla, California, U.S.A.*

**Abstract.** Spring snowmelt is the most important contribution of many rivers in western North America. If climate changes, this contribution may change. A shift in the timing of springtime snowmelt towards earlier in the year already is observed during 1948–2000 in many western rivers. Streamflow timing changes for the 1995–2099 period are projected using regression relations between observed streamflow-timing responses in each river, measured by the temporal centroid of streamflow (CT) each year, and local temperature (TI) and precipitation (PI) indices. Under 21st century warming trends predicted by the Parallel Climate Model (PCM) under business-as-usual greenhouse-gas emissions, streamflow timing trends across much of western North America suggest even earlier springtime snowmelt than observed to date. Projected CT changes are consistent with observed rates and directions of change during the past five decades, and are strongest in the Pacific Northwest, Sierra Nevada, and Rocky Mountains, where many rivers eventually run 30–40 days earlier. The modest PI changes projected by PCM yield minimal CT changes. The responses of CT to the simultaneous effects of projected TI and PI trends are dominated by the TI changes. Regression-based CT projections agree with those from physically-based simulations of rivers in the Pacific Northwest and Sierra Nevada.

## 1. Introduction

For snowmelt dominated rivers in the North American West, spring and summer runoff is the largest contribution to annual flow, often comprising 50–80% of the total, as shown in Figure 1a. The timing of this snowmelt discharge, as indicated by the timing of the center of mass of flow, or 'center time' (CT; see Section 3) measure, ranges from as early as February in some of the rivers along the Pacific coast to as late as June for rivers in the Rocky Mountains and in parts of Alaska. An average CT for each gage for the 1951–1980 period is shown in Figure 1b. An earlier timing of snowmelt runoff poses difficulties for water supply management and ecosystem health, and also provides seasonally and spatially integrated indications of climate change impacts in the river basins of the region.

In this context it is important, that since the late 1940s a shift in the timing of snowmelt runoff towards earlier in the water year (October–September) has been observed in many rivers of western North America (Roos, 1987, 1991; Aguado et al., 1992; Wahl, 1992; Pupacko, 1993; Dettinger and Cayan, 1995; Cayan et

*Climatic Change* **62:** 217–232, 2004.
© 2004 *Kluwer Academic Publishers. Printed in the Netherlands.*

al., 2001; Stewart et al., 2003). This shift has been documented through trends towards earlier timing of the initial pulse of snowmelt runoff, earlier timing of the center of mass of flow (observed CT trends are shown in Figure 2), and a redistribution of the average monthly fractional flow from the historical snowmelt season towards earlier in the water year. The trends in streamflow timing, as well as their interannual and long-term variability, have been most strongly connected with spring air temperature variations, in the sense that warmer temperatures have led to advances in snowmelt timing (Aguado et al., 1992; Dettinger and Cayan, 1995; Stewart et al., 2003). Here and in the remainder of this manuscript, an 'advance' in snowmelt runoff timing refers to an earlier runoff timing.

Changes in streamflow timing will likely occur in the future, if current climate-change projections prove correct. In addition, lower-elevation snowmelt dominated basins might change to rain dominated if cold season temperatures increases are sufficiently large. Ensembles of climate simulations from the NCAR Parallel Climate Model (PCM) (Washington et al., 2000) under a 'Business as Usual' (BAU) emissions scenario predict changes over the 21st century that include significantly warmer temperatures, of about +2 to +3 °C, as shown in Figure 3, along with marginal changes in precipitation (between about −10% and +10%) in much of the region.

Given the indications for substantial changes in runoff during the last 50 years, and these projected warming trends and precipitation changes, it is important that we investigate potential future shifts in streamflow timing. This study projects streamflow-timing changes in terms of CT in response to simulated climate changes during the 21st century. Although a number of different measures could be employed, such as the beginning of the snowmelt period, or maybe the timing of the peak runoff sustained for a certain period of time, the CT measure was used in this study. Compared to other measures, CT was shown to be easily and reliably determined, comparatively insensitive to spurious interannual variations in flow, and represents a measure that is easily compared for basins in very different climatic regimes. In addition, because the CT measure has been used in previous studies, comparison of the results was facilitated.

The projections are made using PCM simulations of surface temperature and precipitation as inputs to regression models for a network of snowmelt-dominated streamflow gages throughout western North America. The projected changes in streamflow timing provide measures of an important and likely hydrologic response to the projected climatic changes, and are used to identify regions most sensitive to those changes. The validity of the regression models was confirmed using alternative streamflow simulations. These were based upon the same climate projections, but using more detailed, physically based models of selected river basins in California and the Pacific Northwest. Results depict large and continuing impacts of climatic change upon the water resources of western North America.

Notably, although the results shown here focus on just one BAU simulation, the projected long-term climate changes under western North America from several

PROJECTED SNOWMELT RUNOFF TIMING CHANGES                    219



*Figure 1.* (a) Fraction [%] of annual discharge occurring during the primary snowmelt runoff season April through July (AMJJ) for snowmelt dominated streams. (b) Average temporal center of mass of streamflow (CT) [month] for snowmelt dominated gages from the 1951–1980 climatological period.



*Figure 2.* Observed changes in the timing of the center of mass of flow (CT). Color of the symbols corresponds to a given magnitude of the linear trend, which is given in terms of the corresponding overall shift [days] for the 1948–2000 historical period. Larger circles indicate statistically significant trends at the 90% confidence level, smaller circles correspond to trends that do not meet statistically significance thresholds at the 90% confidence level.

220                                    IRIS T. STEWART ET AL.



*Figure 3.* (a) Change in annual surface air temperature [°C] (red dots) and (b) total precipitation [mm] (green dots) for 2070–2099 PCM climate change simulation BAU B06.46 minus 1951–1980 PCM historical simulation B06.22. Contours show temperature and precipitation changes for three different PCM future-climate ensemble members vs. the same historical simulation: B06.46 minus B06.22, B06.47 minus B06.22, B06.44 minus B06.22.

simulations by PCM beginning with differing initial conditions are quite similar. Thus the projected streamflow timing changes reported here are generally representative of the effects of any of the simulations contoured in Figure 3.

## 2.  Data

The average CT was calculated from daily or monthly flow volumes for each of 279 snowmelt dominated streams in western North America. Streamflow records for the U.S. part of the study area were selected from the USGS Hydro-Climatic Data Network (Slack and Landwehr, 1992). Records for the Canadian part of the study area are average monthly streamflow rates from the Reference Hydrometric Basin Network of Environment Canada. Non-snowmelt dominated streams and gages with insufficiently complete records were eliminated from those data sources to form the selection used here. A stream was determined to be snowmelt dominated if an initial spring or summer snowmelt pulse (Cayan et al., 2001) was discernable for more than 30 of the 52 years in the record.

These analyses used the time series of gridded average monthly temperature and precipitation anomalies from the NOAA Climate Diagnostic Center (Eischeid et al., 1995). Temperature [°C] and precipitation [mm] anomalies were computed with respect to the 1951–1980 climatological period and for the center of each 5° grid cell. Simulated daily temperatures and precipitation rates from a PCM simulation of global climate variations in response to BAU greenhouse-gas and aerosol emissions (described by Dai et al., 2001) were compiled into time series of monthly mean air temperatures and precipitation rates on a 5° latitude-longitude grid from February 1995 through November 2099. The calculated temperature and precipitation anomalies, taken from a climatology from a PCM historical simulation, then were used to project changes in CT.

To assess whether the (linear) statistical models of CT changes applied here were adequate to project the levels of change indicated for the 21st century, the statistical models were compared to detailed, physically based hydrologic models under the same climatic conditions for several rivers where such detailed models and simulations were available.

Flows in the Snake River, Ice Harbor Reservoir gage and in the Columbia River at the Dalles in the Pacific Northwest were simulated by the large-scale Variable Infiltration Capacity (VIC 4.0.3) hydrologic modeling system (Maurer et al., 2002; Payne et al., 2004, this volume) running at 1/4° resolution. Input consisted of daily precipitation and temperature series, based on historical meteorological observations conditioned by PCM BAU simulation B06.46 projected climate trends (Wood et al., 2004, this volume).

In addition, simulated flows in the Merced, Carson, and American Rivers of the Sierra Nevada were compared to the regression model output. Responses of water and energy balances, and streamflow from the basins, to the BAU PCM simulation, were simulated for the three basins using the USGS Precipitation-Runoff Modeling System PRMS (Leavesley et al., 1983; Dettinger et al., 2004, this volume). The physically-based models for the California gages were driven with daily precipitation and (minimum and maximum) temperatures from the PCM BAU B06.46 simulation, adjusted for elevation effects. Series with the same historical-period statistics as those observed at selected weather stationswere obtained using an algorithm described by Dettinger et al. (2004, this volume). The precipitation and temperatures at these weather stations provide the inputs for the calibrated versions of watershed models of the Merced River above Happy Isles and the East Fork of the Carson River. Application of the adjustments described above to BAU B06.46 simulated climate change outputs was used to simulate site-specific climate changes in these two watersheds.

## 3.  Methods

Projections of future CT changes across western North America were obtained in two stages. First, linear regression coefficients relating streamflow timing to climate indices were estimated from historical data. Second, changes in streamflow timing were projected for the 1995–2099 period by applying the regression models to temperature and precipitation anomalies from the PCM BAU simulation.

The CT measure of runoff timing used here is the flow-weighted timing, or 'center of mass' of streamflow, calculated as

$$CT = \Sigma(t_i q_i) / \Sigma q_i \,, \tag{1}$$

where $t_i$ is time in months (or days) from the beginning of the water year (October 1) and $q_i$ is the corresponding streamflow for month $i$ (or water year day, $i$). Therefore CT is a date given in days or months. The time series of historical annual CT, as well as its average, were determined for each gage for a 1950–1981 climatological period.

A gage's CT is a reflection of the climatic conditions that govern its snowmelt runoff timing, to the extent that it is snowmelt dominated. Precipitation influences on flow timing were characterized by a precipitation index (PI), defined as the October–April average precipitation anomaly. This definition of PI measures the 'bulk effect' of the water year precipitation on streamflow timing. Historically, at many snowmelt-driven watersheds, variations in the cumulative winter season precipitation produce an effect on the timing of runoff that, for interannual fluctuations, is of the same order of importance as spring temperature anomalies. The PI measure, of course, does not capture fluctuations in the seasonal timing of precipitation, which indeed have a strong influence upon streamflow timing (Aguado et al., 1992). But our analysis of the PCM BAU ensembles yields no indication of changes in the seasonality of precipitation over the 21st century. Hence, for the present analysis, we seek to understand whether overall changes in precipitation, not fluctuations of its occurrence within the season, will influence streamflow timing.

Similarly, a temperature index (TI) time series was calculated for each gage. The TI measure is an average temperature anomaly over a gage-specific four-month interval. That interval included the average month of CT for a given gage, the two months prior, and the month after the average CT. TI therefore is a measure of air temperature variations during the critical season of snowmelt runoff that is specific to each gage.

The relationship between historical CT anomalies and the TI and PI anomalies was estimated by fitting three linear-regression models:

$$\begin{aligned}
CT_{TI} &= a_1 TI + \epsilon_{TI} \\
CT_{PI} &= b_1 TI + \epsilon_{PI} \\
CT_{TIPI} &= a_2 TI + b_2 PI + \epsilon_{TIPI} \,.
\end{aligned} \tag{2}$$

Here $CT_{TI}$, $CT_{PI}$, and $CT_{TIPI}$ refer to projected CT based on TI, PI, and TI and PI respectively. These separate measures are introduced to quantify the effects of temperature only, precipitation only, and the combined effects of temperature and precipitation on streamflow timing. The subscripts a and b denote the regression coefficients with respect to TI and PI, the subscripts 1 and 2 refer to simple and multiple regression, and the $\epsilon$s represent the residual CT variations not linearly related to PI or TI respectively. Note that in these experiments only the runoff timing, and not the runoff volume is modeled. To project changes in CT, simulated temperature and precipitation values for the 1995–2099 period were extracted from the PCM B06.46 run. The temperatures and precipitations were analyzed onto a 5° latitude-longitude grid, and then interpolated to each gage, from which the TI and PI values were derived. The changes in CT, compared to the 1951–1980 climatology, were projected by driving each of the three regression models for each gage with the simulated TI and PI anomalies. Anomalies of TI and PI were calculated using mean values over 1951–1980 from the ACPI historical simulation B06.22. Thus, three projections of anomalous CT change were obtained; one reflecting only the TI changes, one reflecting only PI changes, and one reflecting the simultaneous TI and PI changes. Subsequently, the absolute CT projections were calculated by adding the average CT for each gage to the projected anomalous changes in CT.

Finally, projections with the statistical models were compared with projected flows from selected physically-based models of snowmelt-driven streams in the Pacific Northwest and in the California Sierra Nevada. This comparison allows an assessment of whether historically based statistical models are adequate for projecting the indicated levels of CT change.

## 4. Results

The timing of snowmelt runoff in rivers of western North America is not only a function of latitude, but is also strongly dependent on the local climatic and physiographic setting of each watershed. Thus, CT varies considerably across the study area (Figure 1b). For example, the average CT for mid-elevation gages in the southern and western regions is in April, whereas the average CT at higher elevation gages and those located farther inland is in May or June. In spite of this complex spatial variability in the CT climatology, observed year-to-year (and longer term) variations of snowmelt-driven streamflow timing are widespread and regionally coherent (Cayan et al., 2001).

As Figure 2 shows, a large majority of rivers in western North America have exhibited trends toward earlier snowmelt timing during the last few decades; very few streams have exhibited trends toward later streamflow timing. Many streams have yielded CT advances of 10–30 days over the 1948–2000 observational period. The greatest CT trends have occurred in the Pacific Northwest, Canada, Alaska, and the mountain plateaus of Washington, Oregon, and western Idaho. Many of

these trends towards earlier flow ($>30\%$) are statistically significant at the 90% level, especially in the Pacific Northwest, Rocky Mountain, Canadian, and Alaskan regions.

Important trends in streamflow timing will also occur under the climate changes projected by the ACPI BAU simulations. The changes are driven by the broad scale warming trends and the regional scale moistening (northwestern North America) and drying (southwestern North America) shown in Figure 3. The timing of spring-summer runoff from snowmelt dominated watersheds is most strongly dictated by temperature and, to a lesser extent, by the volume of precipitation, as shown by the responses to incremental changes in spring-summer temperatures (TI) and seasonal total precipitation (PI) illustrated in Figure 4.

Thus, when CT trends are projected into the 21st century using the regression models [2] it is clear that the warming contained in PCM would dominate over any changes that are simulated in regional precipitation. Comparisons of the trends in $CT_{TI}$, $CT_{PI}$, and $CT_{TIPI}$ indicate that projected CT trends are most strongly connected to the projected TI trends (e.g., Figures 5–8). Four examples of historical (CT) and projected ($CT_{TI}$) time series for basins from the more strongly impacted regions are shown in Figure 5, along with the historical and simulated TI. Notably, trends in $CT_{TI}$ towards earlier in the water year seem to transition quite smoothly from recent observed trends (Figure 2). By contrast, the small projected changes in PI minimally affect $CT_{PI}$ timing, as shown in Figure 6 for the same four examples.

The projected TI-dependent $CT_{TI}$ trends (Figure 5) are larger than the PI-dependent $CT_{PI}$ trends (Figure 6), because CT is much more sensitive to TI variations than to PI variations (Figure 4). Notably, $CT_{PI}$ sensitivities (regression coefficients) are such that in most regions like Central and Northern Rocky Mountains and from Central Washington to Alaska, projected increases in PI yield later runoff and would counteract some of the hastening of runoff due to projected springtime warming trends. However, the PI influences on projected CT trends are essentially negligible because the sensitivities of CT to PI are so small. To counteract the effects of projected TI increases would require extremely large increases in PIs much larger than those projected under the BAU scenarios. For example, the CT sensitivities to PI in several rivers of the PNW (to be discussed later) are such that PI would need to increase by +23 mm/day (or more than 8 m/yr) to produce an opposing effect on CT that would balance the effect of +1 °C of springtime warming.

Because the projected changes in PI contribute only small changes in CT, the projected $CT_{TIPI}$, from multiple regression, are almost entirely dominated by changes in TI, as can be seen by comparing Figures 7 and 8. 20-yr averages of $CT_{TI}$ changes (dependent on changes in TI only) in the 21st century are similar in direction, and of equal or larger magnitude, to trends observed in the past 50 years (Figure 2). Notably, though, the magnitudes of the projected CT changes are smaller in the north than in the south, while the observations tend to be larger in the Pacific Northwest and smaller in the Southwest. Average changes for three



*Figure 4.* Change in CT [days], as determined from simple linear regression, resulting from (a) +1 °C change in TI and (b) +1 mm/day change in precipitation. Prescribed changes in TI and PI correspond to about 2 standard deviations for each index.

future periods are shown in Figure 8. At the end of the 21st century (Figure 8c), CT is projected to be 30 to 40+ days earlier for many gages, relative to 1951–1980 conditions. Most strongly impacted by this projected shift in $CT_{TI}$ are the Pacific Northwest, the Sierra Nevada, and the Rocky Mountains. Somewhat less impacted are the Alaskan, and western Canadian rivers, where shifts of 10 to 20 days are predicted by the end of the century, despite the fact that temperatures, and TI, trends increase poleward in the PCM BAU climate projection. The weakening of the $CT_{TI}$ trends in Canada and Alaska in Figure 8 reflects the historical tendency for the CT of northern rivers to be less sensitive to temperature fluctuations, at least in part because the basins are so cold that 'normal' temperature fluctuations have less influence on snowmelt timing than in basins that hover nearer the freezing point.

Because the temperature-driven timing ($CT_{TI}$) projections in Figure 8 are based on simple regression relations derived solely from the historical observations period, it is natural to wonder whether – under the projected climate changes in the 21st century – the simple models are still applicable. To test this, $CT_{TI}$ values

226                                    IRIS T. STEWART ET AL.





*Figure 5.* Time series of historical CT (1951–2000) (circles) and projected CT (1995–2099) (triangles) with the historical and simulated TI (solid lines) for selected streams. CT was projected from its regression relation with TI and with PCM projections of TI under a business-as-usual future. Note the reversal of the y-axis for CT. Longitude and latitude indicate the location of the gage site.

projected by the regression models were compared to projections using spatially detailed, physically-based hydrologic models in selected streams of the Pacific Northwest and Sierra Nevada. In rivers of the Pacific Northwest (Figures 2 and 9a,b), the regression-based projections correlate well with simulated flow timings from the VIC model (Payne et al., 2004; Wood et al., 2004, both this volume), with correlations during the 21st century between 0.5 and 0.7. Although a minor bias in the regression-based projections toward later CTs exists, the long-term projected trend and the year-to-year fluctuations simulated by VIC are well reproduced by the regression relations throughout the 21st century (Figure 9). The agreement between these two estimates indicates that, even as the climate warms, both the trends and short-term variations are within the capacity of the regression relations.

For the rivers of the Sierra Nevada, there is fair agreement, as represented by the comparison, in Figures 9c,d, of projected CTs for the Carson and Merced Rivers by regression relations and by a physically-based PRMS model (Dettinger et al., 2004, this volume). The correlation between the CT series from the regression and the CT





*Figure 6.* Time series of historical CT (1951–2000) (circles) and projected CT (1995–2099) (triangles) with the historical and simulated PI (solid lines) for selected streams. CT was projected from its regression relation with PI and with PCM projections of PI under a business-as-usual future. Note the reversal of the y-axis for CT. Longitude and latitude indicate the location of the gage site.



*Figure 7.* The 2080–2099 average of projected changes in CT [days] as determined by regression with PI. Values shown are differences from the average CT using the 1951–1980 climatology.

228                                    IRIS T. STEWART ET AL.



*Figure 8.* 20-year averages of projected changes in CT [days] as determined by regression with TI, and compared to the average CT using the 1951–1980 climatology. Projected CT is averaged over (a) 2000–2019, (b) 2040–2059, and (c) 2080–2099.



*Figure 9.* Comparison of CT projected by simple regression with CT calculated from physically based models. In the Pacific Northwest, the CT calculated for the Similkameen River from the regression model (dotted line) is compared to CT calculated from simulated output by the VIC model for several gages in the Pacific Northwest (solid lines). (a) Columbia River at the Dalles, and (b) Snake River at Ice Harbor Reservoir. In the Sierra Nevada, comparison is for CT from the simple regression model for the (c) Merced River at Happy Isles, (d) Carson River at East Fork to CT calculated from simulated output by the USGS Precipitation-Runoff Modeling system (solid lines). Units for CT are calendar year months.

series from the PRMS models of the Carson and Merced Rivers are 0.33 and 0.53, respectively. The offset between the PRMS simulation and the regression model series for the Merced River, and to a lesser extent, the Carson River, is thought to arise from a problem with downscaling diurnal temperatures resulting in a warmer bias that is not present in the daily mean temperatures. However, the correspondence between the interannual fluctuations produced by the two methodologies is close enough to be investigated further. Importantly, they produce nearly the same trend in CT.

## 5. Conclusions

Regional climate responses to a 21st century 'Business as Usual' emissions scenario, as simulated by PCM, include significant springtime warming trends over western North America. The warmer regional spring temperatures are the dominant force that yields projections of trends toward earlier snowmelt runoff throughout the region. Although precipitation also varies, its trends are much less significant. The projected streamflow timing trends are quite consistent, in terms of both direction and rate, with recent advances in streamflow timing observed over the past 50 years. The overall simulated response over the 21st century is larger than the observed changes to date and would add to the observed changes. The projected runoff-timing trends are most pronounced in the Pacific Northwest, Sierra Nevada, and Rocky Mountain regions, where the eventual CT change amounts to 20–40 days at many streams.

Whether the response in CT to the temperature trend will level out or increase at a certain threshold cannot be determined from a simple linear regression model. Comparisons to more detailed, physically based hydrologic models suggest that (in California and the Northwest) such nonlinear thresholds have not been reached within this projection. In contrast to the strong influence of projected temperature trends on CT, the modest projected changes in precipitation, by PCM, do not yield noticeable changes in CT. Thus, for the levels of changes projected by PCM, the joint influence of temperature and precipitation on CT trends is completely dominated by the temperature trends.

A one-month advance in the timing of snowmelt runoff could threaten storage efficiencies for many reservoirs in the study area. Besides providing water supply, these reservoirs are operated for flood-protection purposes, and consequently may release large amounts of otherwise useful water during the winter and early spring. In such facilities, earlier flows would place more of the year's runoff into the category of hazard rather than resource. A one-month advance would also increase the length of the summer drought that characterizes much of western North America, with important consequences for water supply, ecosystem, and wildfire management.

## Acknowledgements

We gratefully acknowledge support for this work through a University Corporation for Atmospheric Research (UCAR) and National Oceanic and Atmospheric Administration (NOAA) postdoctoral fellowship for ITS, the U.S. Department of Energy's (DOE) Office of Science (BER) Accelerated Climate Prediction Initiative (ACPI), NOAA's Office of Global Programs through the California Applications Program (CAP) and the California Energy Commission through the California Climate Change Center (CCCC) at Scripps Institution of Oceanography. We thank

the DOE ACPI project for supplying model simulations, Jon Eischeid and Henry Diaz for providing historical temperature and precipitation data, David Harvey of Environment Canada for supplying Canadian Streamflow data, and Andrew Wood for supplying the V.I.C. simulated streamflow data for rivers in the Pacific Northwest. Mary Meyer Tyree made crucial contributions of data, computations, and illustrations.

# References

Augado, E., Cayan, D., Riddle, L., and Roos, M.: 1992, 'Climatic Fluctuations and the Timing of West Coast Streamflow', *J. Climate* **5**, 1468–1481.

Cayan, D. R., Kammerdiener, S. A., Dettinger, M. D., Caprio, J. M., and Peterson, D. H.: 2001, 'Changes in the Onset of Spring in the Western United States', *Bull. Amer. Meteorol. Soc.* **82**, 399–415.

Dai, A., Wigley, T. M. L., Boville, B. A., Kiehl, J. T., and Buja, L. E.: 2001, 'Climates of the Twentieth and Twenty-First Centuries Simulated by the NCAR Climate System Model', *J. Climate*, **14**, 485–519.

Dettinger, M. D. and Cayan, D. R.: 1995, 'Large-Scale Atmospheric Forcing of Recent Trends toward Early Snowmelt Runoff in California', *J. Climate* **8**, 606–623.

Dettinger, M. D., Cayan, D. R., Meyer, M. K., and Jeton, A. E.: 2004, 'Simulated Hydrologic Responses to Climate Variations and Change in the Merced, Carson, and American River Basins, Sierra Nevada, California, 1900–2099', *Clim. Change* **62**, 283–317.

Eischeid, J. K., Baker, C. B., Karl, T. R., and Diaz, H. F.: 1995, 'The Quality Control of Long-Term Climatological Data Using Objective Data Analysis', *J. Appl. Meteorol.* **34**, 2787–2795.

Leavesley, G. H., Lichty, R. W., Troutman, B. M., and Saindon, L. G.: 1983, 'Precipitation-Runoff Modeling System: User's Manual', U.S. Geological Survey Water-Resources Investigations Report 83-4238, 207 pp.

Maurer, E. P., Wood, A. W., Adam, J. C., Lettenmaier, D. P., and Nijssen, B.: 2002, 'A Long-Term Hydrologically-Based Data Set of Land Surface Fluxes and States for the Conterminous United States', *J. Climate* **15**, 3237–3251.

Payne, J. T., Wood, A. W., Hamlet, A. F., Palmer, R. N., and Lettenmaier, D. P.: 2004, 'Mitigating the Effects of Climate Change on the Water Resources of the Columbia River Basin', *Clim. Change* **62**, 233–256.

Pupacko, A.: 1993, 'Variations in Northern Sierra Nevada Streamflow: Implications of Climate Change', *Wat. Resour. Bull.* **29**, 283–290.

Roos, M.: 1987, 'Possible Changes in California Snowmelt Patterns', Proc., 4th Pacific Climate Workshop, Pacific Grove, California, 22–31.

Roos, M.: 1991, 'A Trend of Decreasing Snowmelt Runoff in Northern California', Proc., 59th Western Snow Conference, Juneau, Alaska, 29–36.

Slack, J. R. and Landwehr, J. M.: 1992, 'Hydro-Climatic Data network (HCDN): A U.S. Geological Survey Streamflow Data Set for the United States for the Study of Climate Variations, 1874–1988', U.S. Geological Survey Open-File Report 92-129, 193 pp.

Stewart, I. T., Cayan, D. R., and Dettinger, M. D.: 2003, 'Changes towards Earlier Streamflow Timing across Western North America', in preparation.

Wahl, K. L.: 1992, 'Evaluation of Trends in Runoff in the Western United States', AWRA, Managing Water Resources during Global Change, 701–710.

Washington, W. M., Weatherly, J. W., Meehl, G. A., Semtner, A. J., Bettge, T. W., Craig, A. P., Strand, W. G., Arblaster, J., Wayland, V. B., James, R., and Zhang, Y.: 2000, 'Parallel Climate Model (PCM) Control and Transient Simulations', *Clim. Dyn.* **16**, 755–774.

232                                    IRIS T. STEWART ET AL.

Wood, A. W., Leung, L. R., Sridhar, V., and D. P. Lettenmaier, D. P.: 2004. 'Hydrologic Implications
     of Dynamical and Statistical Approaches to Downscaling Climate Model Surface Temperature
     and Precipitation Fields', *Clim. Change* **62**, 189–216.

(Received 5 November 2002; in revised form 29 September 2003)

nature climate change

PERSPECTIVE

PUBLISHED ONLINE: 20 DECEMBER 2013 | DOI: 10.1038/NCLIMATE2067

# Global warming and changes in drought

Kevin E. Trenberth[1]*, Aiguo Dai[1,2], Gerard van der Schrier[3,4], Philip D. Jones[3,5], Jonathan Barichivich[3,6], Keith R. Briffa[3], Justin Sheffield[7]

Several recently published studies have produced apparently conflicting results of how drought is changing under climate change. The reason is thought to lie in the formulation of the Palmer Drought Severity Index (PDSI) and the data sets used to determine the evapotranspiration component. Here, we make an assessment of the issues with the PDSI in which several other sources of discrepancy emerge, not least how precipitation has changed and is analysed. As well as an improvement in the precipitation data available, accurate attribution of the causes of drought requires accounting for natural variability, especially El Niño/Southern Oscillation effects, owing to the predilection for wetter land during La Niña events. Increased heating from global warming may not cause droughts but it is expected that when droughts occur they are likely to set in quicker and be more intense.

How is drought changing as the climate changes? Several recent papers in the scientific literature have focused on this question but the answer remains unclear. Here we attempt to understand this socially and ecologically relevant topic. We discuss what the expectations for changes in drought should be, and thus the prospects for the future, and we provide some recommendations for resolving outstanding issues.

## What is drought?

As mentioned in the fourth assessment report of the Intergovernmental Panel on Climate Change (IPCC), "in general terms, drought is a 'prolonged absence or marked deficiency of precipitation', a 'deficiency of precipitation that results in water shortage for some activity or for some group' or a 'period of abnormally dry weather sufficiently prolonged for the lack of precipitation to cause a serious hydrological imbalance'." The report[1] goes on to note that "drought has been defined in a number of ways. 'Agricultural drought' relates to moisture deficits in the topmost one metre or so of soil (the root zone) that impacts crops, 'meteorological drought' is mainly a prolonged deficit of precipitation, and 'hydrologic drought' is related to below-normal streamflow, lake and groundwater levels." These differences emphasize the relative roles of precipitation, evapotranspiration (ET) and runoff in drought caused by climatic factors. More generally, water availability is a societal and environmental concern, which also brings in the demand side, and thus there are other possible definitions related to water scarcity. The IPCC SREX report[2] includes a valuable discussion of drought or 'dryness', drought drivers and drought indices that complements that given here.

Drought can be quantified and described in absolute terms (such as the amount of soil moisture or lake levels) or through relative measures (for instance, PDSI in various forms), and these can be compared[3,4]. Because drought is defined by one tail of the probability distribution function of a drought measure, such as soil moisture content or stream flow, a small reduction in the mean (for example, −5%) will translate into a much larger increase in drought frequency based on other drought definitions[5]. Consequently, this difference has caused some confusion regarding the magnitude

of drought changes, and using the percentiles of soil moisture or streamflow instead of mean values to define drought and its changes may represent a better approach in this case.

With human-induced climate change from increased $CO_2$ and other heat-trapping gases in the atmosphere — global warming — there is the strong expectation of a general increase in potential ET (PET) that is directly related to the increase in surface heating. This will probably result in an increase in actual evaporation, or evapotranspiration in plants, only if adequate moisture is available. So potentially there is more drying, but in drought situations part of any extra energy goes into raising temperatures, thereby amplifying warming over dry land. This also assumes other things remain equal. Of course they do not. Between 1900 and the present, other variations (including unforced natural changes in surface humidity and wind speed) have been important for the apparent drying trend. Nevertheless, climate model projections suggest that drying would occur over many areas in low- and mid-latitudes under increasing greenhouse gas (GHG) concentrations[5–10]. More specifically, there is a strong tendency for the wet areas to get wetter and dry areas to get drier, with a poleward expansion of the subtropical dry zones[11]. Model projections, however, do not show large systematic long-term trends in relative surface humidity and wind speed in response to long-term GHG forcing.

For the most part, droughts over recent years seem to be natural in terms of where and when they occur[10,12]. That is to say, the anthropogenic factors of climate change are not yet important in the location and timing of droughts. But when they do occur, it is expected that the extra heat from global warming will increase the rate of drying, establishing drought more quickly and with greater intensity. Meanwhile, where it rains, it will rain harder because a warmer atmosphere can hold more moisture[11,13]. Australia is just one location where it is clear that drought and heat go together and both have increased from both human and natural causes[14–16].

These are the most basic expectations for changes in drought as the climate changes. But changes in atmospheric circulation that affect moisture regimes can also occur and there is evidence that some are underway: an expansion of the tropics, a poleward shift in the main storm tracks in mid-latitudes[11] and/or changes in the

[1]National Center for Atmospheric Research, PO Box 3000, Boulder, Colorado 80307-3000, USA, [2]Department of Atmospheric and Environmental Sciences, State University of New York at Albany, Albany, New York 12222, USA, [3]Climatic Research Unit, University of East Anglia, Norwich NR4 7TJ, UK, [4]Climate Services Department, Royal Netherlands Meteorological Institute, 3730 AE De Bilt, the Netherlands, [5]Center of Excellence for Climate Change Research, Department of Meteorology, King Abdulaziz University, Jeddah 21589, Saudi Arabia, [6]Laboratoire des Sciences du Climat et de l'Environnement, CEA-CNRS-UVSQ, L'Orme des Merisiers, 91191 Gif-sur-Yvette, France, [7]Department of Civil and Environmental Engineering, Princeton University, Princeton, New Jersey 08544, USA, .*e-mail: trenbert@ucar.edu

© 2014 Macmillan Publishers Limited. All rights reserved

**NATURE CLIMATE CHANGE** DOI: 10.1038/NCLIMATE2067

seasonality of rains[1]. Moreover, this pattern is predicted in climate models[1,2,6–9]. Yet it is still early days to be seeing such a pattern distinctly and indeed there is sufficient variability in the atmospheric circulation to mask these changes in many places[17], although the model-predicted change in seasonal precipitation seems to be evident in observations[18]. Furthermore, changes in the character of precipitation to more intense heavy rains but longer dry spells, as observed and expected[19], mean that more water runs off leaving less behind to replenish soil moisture.

## Disparate results

Two recent papers looked at the question of whether large-scale drought has been increasing under climate change. A study in *Nature* by Sheffield *et al.*[20] entitled 'Little change in global drought over the past 60 years' was published at almost the same time that 'Increasing drought under global warming in observations and models' by Dai[5] appeared in *Nature Climate Change* (published online in August 2012). How can two research groups arrive at such seemingly contradictory conclusions?

The essence of the study by Sheffield *et al.* is that a traditional metric of drought based on historical meteorological observations — the PDSI —is flawed in its original formulation. The authors explore a differently formulated version that results in "little change in drought over the past 60 years" in contrast to other conclusions that used the conventional PDSI. However, the differences between the results obtained by Sheffield *et al.*[20] and Dai[5] are not that great. Sheffield *et al.*[20] are not the first to conclude that the conventional PDSI is flawed and requires careful interpretation. Two earlier papers reported results using exactly the same PDSI formulation but with varying results[4,21]. So there are obvious reasons to be cautious in making conclusions about how drought is changing globally. However, to understand the difficulties and uncertainties it is necessary to review some of the basics about drought metrics and the PDSI in particular.

Fundamentally, drought relates to the amount of water available in soils or hydrological systems. It obviously depends a lot on precipitation, but it also depends on how much water infiltrates to deeper ground layers or runs off the land and how much is evaporated or transpired by plants (that is, ET). As noted in the Fourth Assessment Report[1] "The most commonly used index of drought is the PDSI that uses precipitation, temperature and local available water content data to assess soil moisture." The air temperature controls the water-holding capacity of the atmosphere, and thus influences the atmospheric demand for moisture, which strongly influences ET. The latter also depends on surface humidity and wind, which affect whether the moisture is carried away or not. The PET depends on the available energy from the sun or downwelling infrared radiation, wind speed, and cloudiness, and its realization depends on available moisture.

## Issues with ET and baseline period

Several drought indices, such as the Standardized Precipitation Index (SPI; ref. 22) are based on precipitation alone and provide a measure only for water supply. They are very useful as a measure of precipitation deficits or meteorological drought, but are limited because they do not deal with the ET side of the issue. The concept of the SPI has been extended[23,24] and a new drought index formulated — the Standardized Precipitation Evapotranspiration Index (SPEI) — on the basis of precipitation and PET data to overcome this issue. The PDSI takes this one step further by accounting for the balance of precipitation, ET and runoff, and has the ability to incorporate local soil and possibly vegetation properties, making it a fairly comprehensive and flexible index of relative drought. The original SPEI and the original formulation of PDSI use the 'Thornthwaite method'[4,20,21] to account for ET effects. This approach considers only monthly precipitation amounts and temperatures but has the major

advantage that it is easily calculated because these data are readily available for most global land areas. The disadvantage is that it cannot account for changes in solar and infrared radiation, humidity and wind speed, which we discuss below.

Advances in recent years include a 'self-calibrating' version, the scPDSI[25], that uses local climate data to calibrate the index so that the categories conform better to those originally intended by Palmer. This PDSI formulation is a useful but relative metric, thus the way it relates to absolute drought at any location has to be treated with care. Several studies have, however, shown quite good co-variability between the PDSI and both observed streamflow and measured soil moisture[3,4]. Moreover, many local characteristics are systematic and thus not a factor for examining changes over time.

A more realistic and complex approach to estimating PET in the PDSI is the method outlined by Penman in 1948 and modified by Monteith to give the Penman–Monteith (PM) formulation[4,7,20,21] that incorporates the effects of wind and humidity, plus solar and long-wave radiation. Unfortunately, global fields of most of these data are not readily available and they generally suffer from temporal and spatial inhomogeneities in the observations. Indeed there are major concerns about the reconstruction of solar radiation data, as incoming energy plays a central role in ET and depends a lot on how clouds have changed. The function of the surface water vapour pressure deficit in the PM formulation, and issues in ET more generally, are reviewed by Wang and Dickinson[26]. An evaluation of changes in surface winds[27] finds decreases in many areas, but the confidence in wind trends is low because long, homogenized records are rare, and instrumentation is sensitive to maintenance and siting issues. Dai[4] and van der Schrier *et al.*[21] attempted to provide these evaporation components of the 'forcings' of the PDSI and the results turn out to depend critically on the forcings used. Sheffield *et al.*[20] stated that "Recent studies have claimed that there is little difference between the PDSIs that use the Thornthwaite and PM algorithms (PDSI_Th and PDSI_PM, respectively) but this can be attributed to inconsistencies in the forcing data sets and simulation configuration…" Accordingly, discrepancies arise from the highly uncertain forcing data.

Sheffield *et al.*[20] carried out a detailed comparison of various forcing data for the PDSI calculations and claim that "PDSI_PM gives a better estimate of the true trend in global drought because of its more comprehensive physics." Although this may be true in principle, it can be offset by the uncertainties in the drivers of those physics for which the observational estimates are less reliable and have less spatial coverage than temperature data.

Both climatologies and changes in ET over time have been extremely difficult to determine reliably[27]. An evaluation was made of global land ET estimates[28] using 30 observationally based analyses from upscaled in-situ data, satellite remote sensing retrievals, land surface models and atmospheric reanalyses, and also from 11 climate models. The observational spread was greater than ±20% and hence the uncertainties are unduly large. The regional uncertainties are even greater. The discrepancies stem not only from the different formulations and parametric representations of ET used, but also from the different data sets and forcing fields applied. Yet these estimates were all for the period 1989–1995, for which such data sets exist. For climate change studies over longer time periods the formulations and associated biases may be important, but the input data sets employed remain a key concern.

Another important issue that has emerged in recent research is the choice of the baseline period to define and calibrate the PDSI moisture categories. Sheffield *et al.*[20] use a base period of 1950-2008. Dai[5] used 1950–1979, which is a relatively wet period, and that colours the results. The ideal base period should sample natural variability fully, and the 1950–1979 period does not include the North American dust bowl era of the 1930s, for instance (but all the necessary data are not always available). However, there is also a problem

© 2014 Macmillan Publishers Limited. All rights reserved

NATURE CLIMATE CHANGE DOI: 10.1038/NCLIMATE2067

# PERSPECTIVE

in using 1950–2008, because any recent anthropogenic climate change effects are included. This alters the ranges of observed variability against which the longer-term variations that characterize changes are scaled. Hence it greatly reduces any prospects of identifying a climate change signal in the results of the analysis.

Some of these issues have been addressed[21,29]. Global maps of monthly scPDSI for the period 1901–2009 were produced[29] based on the CRU TS3.10.01 data sets (see Methods) using both ET formulations. The scPDSI was found to have a similar range of variability in diverse climates making it a more suitable metric for comparing the relative availability of moisture in different regions. The more physically based Penman–Monteith parameterization for PET was adopted but also calculated using the actual vegetation cover rather than a simple reference crop, and a treatment of seasonal snow effects was included[29]. The leading mode of variability in the new data set represents a trend towards drying conditions in some parts of the globe between 1950 and 1985, and increasing temperature and PET explain part of this trend. However, local trends in most of the drying regions are not statistically significant. When the calibration period does not include the most recent part of the record (when anthropogenic warming is most evident) trends towards more extreme conditions are amplified. The study concluded that this is the principal reason for different published interpretations of the scale of recent global drying and not the ET formulation[29]. But it seems there is more to it.

As well as the above issues, Sheffield *et al.*[20] uncovered some minor problems with the study by Dai[4] related to how his data sets had been updated after 2004 but none that obviously explain most of the differences in the results. Moreover, it is evident that there are important issues with the other forcing data for the more complex and comprehensive form of PDSI, and thus there remains some merit in the simpler but self-calibrated version of PDSI_Th — provided that it is recognized that it is an index, and it is not extended into the future. However, it seems that another significant factor affecting the differences in published conclusions relates to differences in the underlying precipitation data sets used.

## Issues with precipitation data sets

The discrepancies between the previous studies are also probably due to the precipitation data sets used. Sheffield *et al.*[20] used four different precipitation data sets: CPC-Prec/L, GPCCv4, CRU TS3.10 and U. Delaware v2.01. Van der Schrier *et al.*[21,29] used an improved version of the CRU data set (CRU TS3.10.01), whereas Dai[4,5] explored other data sets (see Methods). The Climate Research Unit (CRU) has very recently updated their precipitation data set and analysis to version 3.21. The global mean land precipitation anomalies from several data sets (Fig. 1) are fairly consistent from 1950 to 1990 (although mean alignment is guaranteed for the base period 1961–1990). However, differences become readily apparent after 1991, when data from fewer stations are available for all data sets. The much greater number of Global Precipitation Climatology Centre (GPCC) stations does not guarantee improved coverage if the extra stations are all in the same area. It may be argued that fewer, more homogeneous, records provide more reliable time series and this has been the rationale behind the construction of the CRU data set. Many of the stations used by GPCC are not available for use by others. Coverage certainly affects the analyses of precipitation anomalies but continuity, or more strictly lack of temporal continuity, is more of an issue[30]. In Fig. 1, the numbers of stations available/used is indicated for different data sets (see Methods). Real-time monitoring is becoming a vital part of developing climate services, but the amount and timing of data released by countries is extremely variable. Access to greater numbers of station data can often be achieved much later, but not in near-real time from the more traditional CLIMAT and SYNOP sources (see Methods).



**Figure 1 | Time series of global land (60° S to 75° N) precipitation departures from the annual mean for several data sets.** The lower panel shows the number of stations that were used for the GPCC and CRU data sets. The base period is 1961–1990 except for GPCP, where 1981–2000 was used.

The CRU TS3.10.01 data set, which has measurements from fewer than 1500 rain gauges in recent years, differs substantially from the GPCC and Global Precipitation Climatology Project (GPCP) precipitation products that have many more gauge data (Fig. 1). This data set effectively had a 'wet bias' with respect to the other data sets in the global average since around 1996. The problem occurred especially at northern latitudes and the tropics (Fig. 2). Maps for 2002 (not shown) reveal the biggest differences in tropical South America, Indonesia and parts of Africa. This issue has been reduced in the newer version (CRU TS3.21), which had an increased number of stations in these regions and globally (>2400 stations during the 2000s). However, CRU TS3.21 values are still somewhat higher than GPCC and Global Historical Climatology Network (GHCN) estimates from 30° S to 60° N. The University of Delaware data set diverges from all the other data sets after around 1995, showing a drying trend. This was noted earlier[31] and attributed to issues in the data from the Global Surface Summary of the Day (GSOD) archive and better sampling of dry areas.

The many time series given in Fig. 1 show very different trends after about 1990. Methods of analysing precipitation data have been explored[32] and there are merits in several approaches: analysing anomalies in mm (as done by Dai and GPCC); analysing per cent anomalies (as done by CRU); and analysing standardized anomalies. All of these methods work best under certain circumstances — generally when the field is fairly coherent, but when there are large gradients and diverse regimes involved differences can be substantial, especially in trends. The only way the correct answer can be known is by using more stations and better coverage, although constraints can be derived from other hydrological variables in the context of a water budget.

The global land precipitation differences (Fig. 1) in recent years range up to about 40 mm around a mean of 800 mm (5%) and this

**19**

© 2014 Macmillan Publishers Limited. All rights reserved

**PERSPECTIVE** **NATURE CLIMATE CHANGE** DOI: 10.1038/NCLIMATE2067



**Figure 2 | Time series of mean precipitation for zones indicated with a base period of 1981–2000.** The legend applies to all panels.

translates into differences in PDSI of up to 0.3 (Fig. 3) (excluding the Univ. Delaware estimate); see Sheffield et al.[20] for the spread in PDSI in using several precipitation data sets. These differences in turn are enough to change the area of global land under drought (for the bottom 20% of the PDSI) by some 6% or so, thereby potentially causing a large shift in perceptions about changes in drought depending on which precipitation data set is chosen.

**Variability versus trends**
The most common source of episodic droughts around the world is the El Niño/Southern Oscillation (ENSO). During El Niño events there are major droughts over Australia, Indonesia, southeast Asia, parts of Africa and the northeast of Brazil. This is a result of the main rainfall systems in the tropics moving off-shore over the tropical Pacific combined with the much warmer than normal waters, often leaving weakened monsoons behind. In the La Niña phase, dry areas are more common in Peru, Ecuador and over the oceans, in places where it is wet during El Niño events. The atmospheric circulation creates favourable conditions for drought, often through teleconnections, which can be initiated by sea surface temperature anomalies. They occur in anticyclonic (high pressure) conditions where gentle subsiding air suppresses clouds and rainstorms and the sunshine dries out the soils and vegetation, ultimately increasing the risk of heat waves and wild fires[13]. With anticyclonic conditions in the drought area, the nature of the atmospheric circulation means that cyclonic conditions prevail elsewhere. Hence somewhere else in the world low-pressure cyclonic regimes must exist as part of an atmospheric wave or monsoonal overturning atmospheric flow, and the air generally rises and provides unsettled cloudy and rainy

weather. Evaporated moisture moves from the anticyclonic to the cyclonic regions, which tends to make dry areas drier and wet areas wetter. These changes also affect wind speeds and other variables that impact ET, but the impacts of ENSO on ET through changing wind speed have not been extensively investigated.

Thus ENSO is the primary source of variability in the tropical and global precipitation record[34] and therefore variations in ENSO affect perceptions about changes in drought[12,35] and their possible links to climate change. Recent years, such as 2010 and 2011, were especially wet on land in association with La Niña conditions and led to a 5 mm drop in global sea-level as excess precipitation deposited water on land, especially in Australia, filling up Lake Eyre[36]. The overall trend in global precipitation since the 1980s is upwards as a result of more La Niña events in recent years, but the 1950s to 1970s were relatively wet and there is no simple linear trend. The trend is less for GPCP and GPCC datasets (Fig.1).

Sheffield et al.[20] and van der Schrier et al.[21] did not consider the influence of ENSO, but this was explored in detail by Dai[4]. Indeed, precipitation on land is controlled to a large degree by ENSO: in general with more La Niña phases, as experienced in recent years, there is more rain on land. The Interdecadal Pacific Oscillation and associated Pacific Decadal Oscillation in turn modulate ENSO and greatly influence precipitation regimes especially across the western United States[37]. That says nothing about whether the extent and intensity of drought is greater or not when it occurs, and so the signals from ENSO and the Pacific Decadal Oscillation should be removed to the extent possible before looking at trends associated with climate change, although residual effects will probably remain. Other outstanding issues relate to whether ENSO and the Pacific Decadal Oscillation have been affected by climate change.

**Conclusions and recommendations**
Although all groups have contributed to our knowledge about drought, the uncertainties have not always been adequately appreciated. There are various drought indices and metrics, as discussed here, and the PDSI model itself contains uncertainties. There remain substantial issues on how to best deal with changes in ET, although these are well documented in the literature. What is more surprising, and disappointing, are the disparities between precipitation data sets. The recent development of the CRU TS3.21 updated precipitation data set has already narrowed these. In future, some of these problems may be addressed by a more comprehensive effort to obtain precipitation observations using remote sensing as well as in situ data under the banner of the Global Precipitation Measurement mission[38]. Nevertheless, the general availability of precipitation data and differences in the primary precipitation data sets continue to be a concern.

The other major issue is the role of natural variability, especially ENSO, which biases the land precipitation towards wetter conditions, and with less drought globally under La Niña conditions. Hence it is probably not possible to determine reliable decadal and longer-term trends in drought due to climate change without first accounting for the effects of ENSO and the Pacific Decadal Oscillation.

The recommendations from this assessment are that it would be highly desirable for countries to allow a lot more of their precipitation data to be publicly available. Many of these data are used by GPCC but they are not permitted to pass these on. We urgently advocate that this should be addressed. At the same time, precipitation data with higher temporal resolution, such as hourly data, are greatly needed to document extremes and runoff issues. We also strongly encourage further 'data rescue' efforts to recover past data by preserving data at risk of being lost owing to deterioration of the storage medium, and digitizing the data into computer readable form for easy access. With regards to ET, simpler formulations, which can account for some aspects of drought related to atmospheric demand for moisture

© 2014 Macmillan Publishers Limited. All rights reserved

**NATURE CLIMATE CHANGE** DOI: 10.1038/NCLIMATE2067

PERSPECTIVE



**Figure 3 | Time series of 5-year smoothed global-mean annual scPDSI_PM, calculated using four different precipitation data sets.** All other inputs are the same for each series. The base period used was 1950–1979. All except the CRU TS3.10.01 precipitation case show a statistically significant drying trend (p<0.05). Note the CPC+GPCC precipitation data were used by Dai[4,5]. Sheffield et al.[20] used earlier versions of all four precipitation data sets.

through temperature dependencies, still have merit provided their shortcomings are recognized. However, improvements in the observation and modelling of ET and all its forcings at a large scale are also required[26]. Research projects are underway to improve knowledge, forcings and model capabilities with respect to ET, soil moisture and surface water, and further progress is essential if we are to adequately depict the changing face of drought and water resource availability.

Changes in the global water cycle in response to the warming over the twenty-first century will not be uniform. The contrast in precipitation between wet and dry regions and between wet and dry seasons will probably increase, although there may be regional exceptions. Climate change is adding heat to the climate system and on land much of that heat goes into drying. A natural drought should therefore set in quicker, become more intense, and may last longer. Droughts may be more extensive as a result. Indeed, human-induced warming effects accumulate on land during periods of drought because the 'air conditioning effects' of water are absent. Climate change may not manufacture droughts, but it could exacerbate them and it will probably expand their domain in the subtropical dry zone.

## Methods

The precipitation data used are available and described in refs 29,31,39–46. The CRU[29,47]TS3.10.01, CRU TS3.21, U.Del[31,48] and GPCC[39,44] data sets were consistently processed on the same 0.5° × 0.5° grid, excluding land regions with permanent ice cover (Greenland) and extreme aridity. For the GPCP data set[41,45] (2.5° × 2.5°) only land gridboxes were used for computing the area averages, excluding Greenland. For the GHCN anomalies[43,46] (5° × 5°) averages were computed using all available grid boxes with data. Dai[4] mainly used the GPCP and GPCC data sets as well as the CPC data set.

CLIMAT is a code for promptly reporting monthly climatological data assembled at land-based meteorological surface observation sites to data centres at the end of each month. Surface synoptic observations (SYNOP) is the code used for reporting weather observations made by manned and automated weather stations, typically every six hours.

For GPCC up to 40,000 stations have been used although with a drop in the past decade and especially after 2009 (Fig. 1). The CRU data set typically has between 5000 and 7000 stations in CRU TS3.10.01, increasing somewhat up to about 10,000 at times for CRU TS3.21, but dropping after 1990. However, coverage for CRU TS3.21 is a substantial improvement in the past decade, although 2011 values are still tentative. The CRU data set does not use the daily SYNOP sources (used by other data sets) because a determination of how many days can be used for a complete month has to be made. All data sets show a reduction in station numbers in the last two decades, but this should not be taken to mean the network is degrading.

Received 7 August 2013; accepted 6 November 2013; published online 20 December 2013.

## References

1. Trenberth, K. E. et al. in Climate Change 2007: The Physical Science Basis (eds Solomon, S. et al.) 235–336 (IPCC, Cambridge Univ. Press, 2007).
2. Seneviratne, S. I. et al. in Managing the Risks of Extreme Events and Disasters to Advance Climate Change Adaptation (eds Field, C. B. et al.) 109–230 (IPCC, Cambridge Univ. Press, 2012).
3. Dai, A., Trenberth, K. E. & Qian, T. A global dataset of Palmer Drought Severity Index for 1870–2002: Relationship with soil moisture and effects of surface warming. J. Hydrometeorol. 5, 1117–1130 (2004).
4. Dai, A. Characteristics and trends in various forms of the Palmer Drought Severity Index during 1900–2008. J. Geophys. Res. 116, D12115 (2011).
5. Dai, A. Increasing drought under global warming in observations and models. Nature Clim. Change 3, 52–58 (2013).
6. Wang, G. L. Agricultural drought in a future climate: Results from 15 global climate models participating in the IPCC 4th assessment. Clim. Dynam. 25, 739–753 (2005).
7. Burke, E. J., Brown, S. J. & Christidis, N. Modeling the recent evolution of global drought and projections for the twenty-first century with the Hadley Centre climate model. J. Hydrometeorol. 7, 1113–1125 (2006).
8. Seager, R. et al. Model projections of an imminent transition to a more arid climate in southwestern North America. Science 316, 1181–1184 (2007).
9. Sheffield, J. & Wood, E. F. Projected changes in drought occurrence under future global warming from multi-model, multi-scenario, IPCC AR4 simulations. Clim. Dynam. 31, 79–105 (2008).
10. Dai, A. Drought under global warming: A review. WIREs Clim. Change 2, 45–65 (2011).
11. Seager, R., Naik, N. & Vecchi, G. A. Thermodynamic and dynamic mechanisms for large-scale changes in the hydrological cycle in response to global warming. J. Clim. 23, 4651–4668 (2010).
12. Hoerling, M., Eischeid, J. & Perlwitz, J. Regional precipitation trends: Distinguishing natural variability from anthropogenic forcing. J. Clim. 23, 2131–2145 (2010).
13. Giorgi, F. et al. Higher hydroclimatic intensity with global warming. J. Clim. 24, 5309–5324 (2011).
14. Nicholls, N. The changing nature of Australian droughts. Climatic Change 63, 323–336 (2004).
15. Van Dijk, A. I. J. M. et al. The Millennium Drought in southeast Australia (2001–2009): Natural and human causes and implications for water resources, ecosystems, economy, and society. Wat. Resour. Res. 49, 1040–1057 (2013).
16. Lewis, S. C. & Karoly, D. J. Anthropogenic contributions to Australia's record summer temperatures of 2013. Geophys. Res. Lett. 40, 3705–3709 (2013).
17. Seager, R. & Vecchi, G. A. Greenhouse warming and the 21st century hydroclimate of southwestern North America. Proc. Natl Acad. Sci. USA 107, 21277–21282 (2010).
18. Chou, C. et al. Increase in the range between wet and dry season precipitation. Nature Geosci. 6, 263–267 (2013).
19. Trenberth, K. E., Dai, A., Rasmussen R. M. & Parsons, D. B. The changing character of precipitation. Bull. Am. Meteorol. Soc. 84, 1205–1217 (2003).
20. Sheffield, J., Wood, E. F. & Roderick, M. L. Little change in global drought over the past 60 years. Nature 491, 435–438 (2012).
21. Van der Schrier, G., Jones, P. D. & Briffa, K. R. The sensitivity of the PDSI to the Thornthwaite and Penman–Monteith parameterizations for potential evapotranspiration. J. Geophys. Res. 116, D03106 (2011).
22. Orlowsky, B. & Seneviratne, S. Elusive drought: Uncertainty in observed trends and short- and long-term CMIP5 projections. Hydrol. Earth Syst. Sci. 17, 1765–1781 (2013).
23. Vicente-Serrano, S. M., Beguería, S. & López-Moreno, J. I. A multiscalar drought index sensitive to global warming: The standardized precipitation evapotranspiration index. J. Clim. 23, 1696–1718 (2010).
24. Vicente-Serrano, S. M., Beguería, S., López-Moreno, J. I., Angulo, M. & El Kenawy, A. A new global 0.5° gridded dataset (1901–2006) of a multiscalar drought index: Comparison with current drought index datasets based on the Palmer Drought Severity Index. J. Hydrometeorol. 11, 1033–1043 (2010).
25. Wells, N., Goddard, S. & Hayes M. J. A self-calibrating Palmer Drought Severity Index. J. Clim. 17, 2335–2351 (2004).
26. Wang, K. & Dickinson, R. E. A review of global terrestrial evapotranspiration: Observation, modeling, climatology, and climatic variability. Rev. Geophys. 50, RG2005 (2012).
27. McVicar, T. R. et al. Global review and synthesis of trends in observed terrestrial near-surface wind speeds: Implications for evaporation. J. Hydrol. 416–417, 182–205 (2012).
28. Mueller, B. et al. Evaluation of global observations-based evapotranspiration datasets and FLUX AR4 simulations. Geophys. Res. Lett. 38, L06402 (2011).
29. Van der Schrier, G., Barichivich, J., Briffa, K. R. & Jones, P. D. A scPDSI-based global dataset of dry and wet spells for 1901–2009. J. Geophys. Res. 118, 4025–4048 (2013).

21

© 2014 Macmillan Publishers Limited. All rights reserved

NATURE CLIMATE CHANGE DOI: 10.1038/NCLIMATE2067

30. Lorenz, C. & H. Kunstmann, H. The hydrological cycle in three state-of-the-art reanalyses: Intercomparison and performance analysis. *J. Hydrometeorol.* **13**, 1397–1420 (2012).

31. Nickl, E., Willmott, C. J., Matsuura, K. & Robeson, S. M. Changes in annual land-surface precipitation over the twentieth and early twenty-first century. *Ann. Assoc. Am. Geogr.* **100**, 729–739 (2010).

32. Jones, P. D. & Hulme, M. Calculating regional climatic time series for temperature and precipitation: Methods and illustrations. *Int. J. Climatol.* **16**, 361–377 (1996).

33. Mueller, B. & Seneviratne, S. Hot days induced by precipitation deficits at the global scale. *Proc. Natl Acad. Sci. USA* **109**, 12398–12403 (2012).

34. Gu, G., Adler, R. F., Huffman, G. J. & Curtis, S. Tropical rainfall variability on interannual-to-interdecadal/longer-time scales derived from the GPCP monthly product. *J. Clim.* **20**, 4033–4046 (2007).

35. Vicente-Serrano, S. M. *et al.* A multi-scalar global evaluation of the impact of ENSO on droughts. *J. Geophys. Res.* **116**, D20109 (2011).

36. Boening, C., Willis, J. K., Landerer, F. W., Nerem, R. S. & Fasullo, J. The 2011 La Niña: So strong, the oceans fell. *Geophys. Res. Lett.* **39**, L19602 (2012).

37. Dai, A. The influence of the inter-decadal Pacific oscillation on US precipitation during 1923–2010. *Clim. Dynam.* **41**, 633–646 (2013b).

38. http://pmm.nasa.gov/GPM

39. Becker, A. *et al.* A description of the global land-surface precipitation data products of the Global Precipitation Climatology Centre with sample applications including centennial (trend) analysis from 1901–present. *Earth Syst. Sci. Data* **5**, 71–99 (2013).

40. Parker, D. E., Hilburn, K., Hennon, P. & Becker, A. *Bull. Am. Meteorol. Soc.* **93** (special issue), S26–S27 (2012).

41. Huffman, G. J., Adler, R. F., Bolvin, D. T. & Gu, G. J. Improving the global precipitation record: GPCP version 2.1. *Geophys. Res. Lett.* **36**, L17808 (2009).

42. http://www.cru.uea.ac.uk/cru/data/hrg

43. http://climate.geog.udel.edu/~climate/html_pages/archive.htm

44. ftp://ftp.dwd.de/pub/data/gpcc/html/fulldata_v6_doi_download.html

45. http://precip.gsfc.nasa.gov/gpcp_v2.2_data.html

46. http://www.ncdc.noaa.gov/temp-and-precip/ghcn-gridded-products.php

## Acknowledgements

The National Center for Atmospheric Research is sponsored by the National Science Foundation. P.D.J. has been supported by the US Department of Energy (Grant DE-SC0005689). K.R.B. acknowledges support from UK NERC (NE/G018863/1).

## Additional information

Supplementary information is available in the online version of the paper. Reprints and permissions information is available online at www.nature.com/reprints. Correspondence and requests for materials should be addressed to K.T.

## Competing financial interests

The authors declare no competing financial interests.

© 2014 Macmillan Publishers Limited. All rights reserved

# RECLAMATION
*Managing Water in the West*

**Interim Report No. 1**

# Colorado River Basin Water Supply and Demand Study

**Status Report**





**U.S. Department of the Interior**
**Bureau of Reclamation**

**June 2011**

# Mission Statements

**Protecting America's Great Outdoors and Powering Our Future**
The U.S. Department of the Interior protects America's natural resources and heritage, honors our cultures and tribal communities, and supplies the energy to power our future.

The mission of the Bureau of Reclamation is to manage, develop, and protect water and related resources in an environmentally and economically sound manner in the interest of the American public.

Interim Report No. 1

# Colorado River Basin Water Supply and Demand Study

# Status Report

*Prepared by:*

**Colorado River Basin Water Supply and Demand Study
Study Team**



**U. S. Department of the Interior
Bureau of Reclamation**

**June 2011**

# Contents

Status Report .................................................................................................................................**SR-1**

1.0     **Introduction** ...................................................................................................................**SR-1**

2.0     **Background and Need**....................................................................................................**SR-2**
        2.1     The Need for the Study ................................................................................... SR-5

3.0     **Basin Study Program** ....................................................................................................**SR-7**

4.0     **Study Objectives and Approach** ..................................................................................**SR-8**
        4.1     Study Organization......................................................................................... SR-11
        4.2     Study Outreach ............................................................................................... SR-12

5.0     **Summary of Technical Reports**..................................................................................**SR-13**
        5.1     Summary of Technical Report A – Scenario Development ............................... SR-13
                5.1.1   Objective and Approach ..................................................................... SR-13
                5.1.2   Summary of Results ........................................................................... SR-15
        5.2     Summary of Technical Report B – Water Supply Assessment ......................... SR-17
                5.2.1   Objective and Approach ..................................................................... SR-17
                5.2.2   Summary of Results ........................................................................... SR-18
                5.2.3   Status and Next Steps ........................................................................ SR-23
        5.3     Summary of Technical Report C – Water Demand Assessment ....................... SR-23
                5.3.1   Objective and Approach ..................................................................... SR-23
                5.3.2   Summary of Results ........................................................................... SR-24
                5.3.3   Status and Next Steps ........................................................................ SR-28
        5.4     Summary of Technical Report D – System Reliability Metrics ........................ SR-29
                5.4.1   Objective and Approach ..................................................................... SR-29
                5.4.2   Summary of Results ........................................................................... SR-29
                5.4.3   Status and Next Steps ........................................................................ SR-31

6.0     **Study Limitations** .........................................................................................................**SR-31**
        6.1     Study Limitations ........................................................................................... SR-31
                6.1.1   Treatment of Lower Basin Tributaries ............................................... SR-31
                6.1.2   Ability to Assess Impacts to Basin Resources ................................... SR-32

7.0     **Conclusions and Next Steps**.........................................................................................**SR-32**

8.0     **References** ......................................................................................................................**SR-34**

**Disclaimer**...........................................................................................................................**SR-37**

## Tables

1       Critical Uncertainties Affecting Water Demand Scenarios ................................... SR-16
2       Summary of Key Streamflow Statistics for Each Water Supply Scenario ........... SR-22
3       Resource Categories and Attributes of Interest ................................................... SR-30
4       Study Timeline...................................................................................................... SR-33

## Figures

1    Historical Annual Colorado River Basin Water Supply and Use ........................... SR-4
2    Historical 10-Year Running Average Colorado River Basin Water Supply
     and Use ................................................................................................................. SR-7
3    The Study Area ..................................................................................................... SR-10
4    Study Phases and Tasks ....................................................................................... SR-11
5    Conceptual Representation of the Uncertain Future of a System,
     also known as "The Scenario Funnel" ................................................................. SR-13
6    General Steps Involved in the Scenario Planning Process .................................... SR-14
7    Summary Statistics for Annual Colorado River at Lees Ferry
     Natural Flows for Supply Scenarios .................................................................... SR-20
8    Historical Colorado River Water Consumptive Use by State,
     Delivery to Mexico, Reservoir Evaporation, and Other Losses 1971-2008 ......... SR-26
9    Historical Colorado River Water Consumptive Use by Basin,
     Delivery to Mexico, Reservoir Evaporation, and Other Losses, 1971-2008 ........ SR-27
10   Historical Colorado River Water Consumptive Use by Use Category,
     Delivery to Mexico, Reservoir Evaporation, and Other Losses, 1971-2008 ........ SR-28

## Appendices

1    Plan of Study
2    Steering Team, Project Team Members, and Study Team Members
3    Public Involvement Plan
4    Outreach Activities

# Status Report

## 1.0    Introduction

The Colorado River Basin Water Supply and Demand Study (Study), initiated in January 2010, is being conducted by the Bureau of Reclamation's (Reclamation) Upper Colorado (UC) and Lower Colorado (LC) regions, and agencies representing the seven Colorado River Basin States[1] (Basin States). The purpose of the Study is to define current and future imbalances in water supply and demand in the Colorado River Basin (Basin) and the adjacent areas of the Basin States that receive Colorado River water over the next 50 years (through 2060), and to develop and analyze adaptation and mitigation strategies to resolve those imbalances.

Due to the complexity of the Study and the diverse interests throughout the Basin, a dynamic reporting approach that integrates continuous technical developments and the ongoing input of stakeholders has been adopted. This approach consists of the issuance of interim reports, which are "snapshots" of the Study's progress as of a particular date. Interim reports describe work completed, work in progress, and interim findings for the Study through a particular date and are organized in three major parts: an Executive Summary, a Status Report (including appendices), and Technical Reports (including appendices).

Interim Report No. 1, which documents the Study progress through January 31, 2011, is the first interim report to be issued. It is anticipated that there will be two additional interim reports released during the course of the Study, as well as the release of a final report.

This Status Report provides information about the status of the Study as of January 31, 2011, and includes four appendices: 1) *Plan of Study*, 2) Steering Team, Project Team, and Study Team Members, 3) Public Involvement Plan, and 4) Outreach Activities. Members of various technical sub-teams are listed in the appendices of the appropriate Technical Reports.

This Status Report also provides summaries of the four Technical Reports included in Interim Report No. 1, listed below:

- **Technical Report A - Scenario Development.** This report describes the scenario planning approach used to incorporate uncertainty in future water supply and water demand.

- **Technical Report B - Water Supply Assessment.** This report describes the water supply scenarios and presents the analysis and comparison of those scenarios.

- **Technical Report C - Water Demand Assessment.** This report describes the water demand scenarios currently under development and presents historical consumptive use information.

---

[1] Arizona, California, Colorado, New Mexico, Nevada, Utah, and Wyoming

- **Technical Report D - System Reliability Metrics.** This report describes the metrics that have been identified for use in the assessment of the reliability of the system to meet the needs of the resources under future supply and demand scenarios.

Project participants and stakeholders are encouraged to comment on the information provided in this Interim Report No. 1 and subsequent reports. Written comments should be submitted within 30 days following the release of each interim report and will be incorporated into subsequent interim reports, as appropriate. Comments may be submitted in the following ways:

1. Via the Study website at: http://www.usbr.gov/lc/region/programs/crbstudy.html

2. E-mail to ColoradoRiverBasinStudy@usbr.gov

3. U.S. mail to: U.S. Bureau of Reclamation, Attention: Ms. Pam Adams, LC-2721, P.O. Box 61470, Boulder City, NV 89006-1470

4. By facsimile transmission to 702-293-8418

# 2.0    Background and Need

Today, more than 30 million people in the seven western states of Arizona, California, Nevada (Lower Division States) and Colorado, New Mexico, Utah and Wyoming (Upper Division States), collectively referred to as the Basin States, rely on the Colorado River and its tributaries to provide some, if not all, of their municipal water needs. That same water source irrigates nearly 4 million acres of land in the Basin—producing some 15 percent of the nation's crops and about 13 percent of its livestock, which combined generate more than $3 billion a year in agricultural benefits. The Colorado River is also the lifeblood for at least 15 Native American tribes and communities, 7 National Wildlife Refuges, 4 National Recreation Areas, and 11 National Parks. Hydropower facilities along the Colorado River provide more than 4,200 megawatts of capacity providing vitally important electricity to help meet the power needs of the West and offset the use of fossil fuels. The Colorado River is also vital to Mexico. The river supports a thriving agricultural industry in the Mexicali Valley and provides municipal water supplies for communities as far away as Tijuana.

Based on the approximately 100-year historical record[2], the natural inflow[3] into the Basin, which represents the Basin-wide water supply, has averaged about 16.4 million acre-feet[4] (maf). This value is comprised of approximately 15.0 maf of natural flow into the Upper Basin and approximately 1.4 maf of natural flow into the Lower Basin. Paleo reconstructions of streamflow indicate that the long-term average natural flow at Lees Ferry is likely lower, with the most recent study suggesting it may be closer to 14.7 maf, or 2 percent lower (Meko

---

[2] The current natural flow record extends from 1906-2008 for a period of 103 years. The record does not extend to the current year due to an approximate 2-year lag in the availability of data needed to compute natural flow.

[3] Natural flow represents the flow that would have occurred at the location had depletions and reservoir regulation not been present upstream of that location.

[4] In the current natural flow record, historical inflows based on U.S. Geological Survey gaged records are used for the Paria River, Little Colorado River, Virgin River, and Bill Williams River. Additionally, the Gila River is not included in the natural flow record. See *Technical Report C – Water Demand Assessment, Appendix C5,* for additional detail.

et al., 2007). The period from 2000 through 2010[5] represents the lowest 11-year average natural flow at Lees Ferry in recorded history, averaging 12.1 maf per year, approximately 20% below the 103-year average. Although an 11-year drought of this magnitude is unprecedented in over 100 years, the same paleo reconstructions of streamflow studies show that droughts of this severity or greater have occurred in the past.

Based on the inflows observed over the last century, the Colorado River is over-allocated. The Colorado River Compact of 1922 apportioned 7.5 maf each to the Upper and Lower Division States, and the 1944 Treaty with Mexico allotted 1.5 maf to Mexico. Total Basin use for municipal, industrial, agricultural, tribal, recreational, and environmental purposes in the United States and the delivery to Mexico (including system losses such as reservoir evaporation) averaged 16.0 maf in 1999, prior to the start of the recent drought.

Figure 1 shows the historical annual Basin water supply (estimated using the natural flow record) and water use[6]. This figure shows that there have been multiple years when use was greater than the supply. Due to the considerable amount of reservoir storage capacity in the system (approximately 60 maf of storage, or roughly four times the average annual natural inflow), most water demands were met during those times. During droughts, however, significant use reductions routinely occur due to a lack of available supply, particularly in the headwater areas in the Upper Basin.

---

[5] Provisional estimates of natural flow at Lees Ferry are available for 2009 and 2010.

[6] Historical use (as shown in Figure 1) does not necessarily reflect historical water demand, particularly for periods of drought. A decrease in reported use during a drought period may reflect the lack of available supply at the point of use rather than a decrease in the demand for water.

COLORADO RIVER BASIN WATER SUPPLY AND DEMAND STUDY

**FIGURE 1**

Historical Annual Colorado River Basin Water Supply and Use



**NOTE:**

Natural flow is used as an estimate of water supply in the Basin. In the current natural flow record, historical flows based on U.S. Geological Survey gaged records are used for the Paria River, Little Colorado River, Virgin River, and the Bill Williams River. Additionally, the Gila River is not included in the natural flow record. Historical water use is the total use of water throughout the Basin for agricultural, municipal and industrial, and other consumptive uses including Mexico, plus losses due to evaporation at mainstream reservoirs and use by native and non-native vegetation. In the current natural flow record, historical inflows based on USGS gaged records are used as estimates of natural flow for the Paria River, Little Colorado River, Virgin River, and Bill Williams River. Additionally, the Gila River is not included in the natural flow record. As such, the use reported here excludes consumptive uses on these tributaries. See Technical Report C – Water Demand Assessment, Appendix C5 for additional detail regarding the treatment of these tributaries in the Study.

Throughout the 20th-century, the challenges and complexities of ensuring a sustainable water supply and meeting future demand have been recognized. These challenges are documented in several studies conducted by Reclamation and the Basin States over the past 60 years. In particular, these studies discussed future water supply and demand imbalances and in some cases proposed solutions to dealing with these imbalances. Notable examples of such studies are:

- *Colorado River Storage Project and Participating Projects; Upper Colorado River Basin.* (Reclamation, 1950). This report combined various individual Upper Basin reservoir proposals into a comprehensive plan to increase long-term carryover water storage.

- *Pacific Southwest Water Plan.* (Reclamation, 1964). This report projected a Lower Basin water supply and demand imbalance and proposed a comprehensive plan to improve water supply and distribution, including the importation of water from the northern California coastal area.

- *Comprehensive Framework Study, Lower Colorado Region* (Pacific Southwest Inter-agency Committee, 1971a). This federal-state study projected a Lower Basin water

supply and demand imbalance and concluded that that a future water import program would be needed as part of a proposed framework program for the development and management of Lower Basin water resources to 2020.

- *Comprehensive Framework Study, Upper Colorado Region* (Pacific Southwest Inter-agency Committee, 1971b). This federal-state study presented a framework program for the development and management of the water and related land resources of the Upper Basin to 2020, including alternative plans with emphases on differing water uses, some of which were dependent upon water importation.

- *Westwide Study Report on Critical Water Problems Facing the Eleven Western United States*, (Reclamation, 1975). This federal-state study described key factors affecting future water needs, formulated alternative future demand scenarios, and identified options for dealing with anticipated shortages. The study concluded that in spite of conservation, the Basin faces future water shortages unless its natural flows are augmented or water-dependent Basin development is curtailed.

These studies clearly recognized the challenges facing the Basin. The Colorado River Basin Project Act of 1968, which authorized the construction of the Central Arizona Project, the Southern Nevada Water Project, and other projects in the Lower Basin, further discussed the need for augmentation[7].

In the latter part of the 20th-century, the focus changed from developing available water resources to an emphasis on improving the efficiency of the operation of Colorado River reservoirs and increasing the level of predictability needed by entities that receive Colorado River water to better plan for and manage available water supplies. Two notable examples from this period are the *Operation of Glen Canyon Dam Final Environmental Impact Statement* (Reclamation, 1996) and the *Colorado River Interim Guidelines for Lower Basin Shortages and Coordinated Operations of Lake Powell and Lake Mead Final Environmental Impact Statement* (Interim Guidelines EIS, Reclamation, 2007). Both of these resulted in the adoption of new reservoir operating policies.

## 2.1     The Need for the Study

Concerns regarding the reliability of the Colorado River system to meet future needs are even more apparent today. The Basin States include some of the fastest growing urban and industrial areas in the United States. Nevada, Arizona, and Utah are each ranked among the five fastest growing states in the country. The continued growth and sustainability of the communities and economies of metropolitan areas such as Albuquerque, Denver, Las Vegas, Los Angeles, Phoenix, Salt Lake City, and San Diego is tied to future water availability from the Colorado River. Demand for water for other uses, including the environment, recreation, and Native American water rights settlements, also continues to increase. Potential future increases in temperatures in the Basin, as observed in most of the Basin over the past 30 to

---

[7] Section 202 of the Colorado River Basin Project Act provides in part that "The satisfaction of the requirements of the Mexican Water Treaty, shall be from the waters of the Colorado River pursuant to the treaties, laws, and compacts presently relating thereto, until such time as a feasible plan showing the most economical means of augmenting the water supply available in the Colorado River below Lee Ferry by two and one-half million acre-feet shall be authorized by the Congress and is in operation as provided in this Act."

40 years (National Research Council, 2007), would increase evapotranspiration from vegetation, as well as water lost from evaporation from reservoirs.

How climate change and variability might affect the Basin water supply has been the focus of many scientific studies. Climate experts expect the Southwestern United States to be drier in the future and droughts to occur of greater severity than those seen in the past. Recent studies have postulated that the average yield of the Colorado River could be reduced by as much as 20 percent due to climate change (Hoerling et al., 2009). Increasing demands, coupled with decreasing supplies, will certainly exacerbate imbalances throughout the Basin.

Although a shortage to the Lower Division States (i.e., insufficient water available to satisfy annual consumptive use of 7.5 maf) has not been determined to date, some water agencies are experiencing shortages in water deliveries to their customers in recent years. In California, drought conditions, along with increased regulatory restrictions, caused the Metropolitan Water District of Southern California to ration water to its customers in 2009 for the first time in nearly 20 years. These water shortages increase costs to businesses already stressed by the current economic downturn. In addition, to help meet critical water supply needs in the urban areas, programs have been implemented to fallow land in agricultural areas and transfer the conserved water to urban areas. Although this has helped to meet the water needs of the urban areas, it has also reduced the food and fiber production from the region.

Absent the development of additional water supplies, the Upper Basin likely cannot realize full development of its Colorado River Compact apportionment with any level of certainty. Shortages in the Upper Basin are a reality today. Unlike the Lower Basin, which draws its supply from storage in Lake Mead, the Upper Basin is more dependent on annual streamflow to meet its needs.

As of January 31, 2011, Lake Mead is at approximately 42 percent capacity, with a water surface elevation of approximately 1,092 feet. If the current drought continues and water levels in Lake Mead fall below 1,025 feet, pursuant to the Interim Guidelines, the Central Arizona Project, which delivers Colorado River water to the Phoenix and Tucson metropolitan areas, would see its supply cut by nearly a third. Under the same circumstance, the Southern Nevada Water Authority's supplies, of which 90 percent come from the Colorado River and serve about 2 million people in the Las Vegas area, would be curtailed by 20,000 acre-feet annually, nearly 7 percent of Nevada's annual apportionment.

Figure 2 presents the data from Figure 1 as a 10-year running average to smooth out the annual variability so that trends are more visible. This figure illustrates clearly that a supply and demand imbalance currently exists in the Basin. This imbalance will grow in the future if the potential effects of climate change are realized and demands continue to increase. A combination of options, including conservation and reuse, development of local groundwater supplies, desalination, augmentation, and the transfer of water from agricultural to urban uses, will likely be needed. The Study will assess these and other options for resolving the projected imbalances in both the Upper and Lower Basins, and develop recommendations to sustain the environment, people, and economy of this region.


**FIGURE 2**

Historical 10-Year Running Average Colorado River Basin Water Supply and Use



**NOTE:**

Natural flow is used as an estimate of water supply in the Basin. In the current natural flow record, historical flows based on U.S. Geological Survey gaged records are used for the Paria River, Little Colorado River, Virgin River, and the Bill Williams River. Additionally, the Gila River is not included in the natural flow record. Historical water use is the total use of water throughout the Basin for agricultural, municipal and industrial, and other consumptive uses including Mexico, plus losses due to evaporation at mainstream reservoirs and use by native and non-native vegetation. In the current natural flow record, historical inflows based on USGS gaged records are used as estimates of natural flow for the Paria River, Little Colorado River, Virgin River, and Bill Williams River. Additionally, the Gila River is not included in the natural flow record. As such, the use reported here excludes consumptive uses on these tributaries. See Technical Report C – Water Demand Assessment, Appendix C5 for additional detail regarding the treatment of these tributaries in the Study.

# 3.0    Basin Study Program

The Basin Study Program is part of the Department of the Interior's WaterSMART Program[8], which addresses 21st-century water supply challenges such as population growth, increased competition for finite water supplies, and climate change. The establishment of the WaterSMART Program addresses the authorities within the SECURE Water Act (Subtitle F of the Omnibus Public Land Management Act of 2009, Public Law 111-11), which was passed into law on March 30, 2009. The SECURE Water Act provides authority for federal water and science agencies to work together with state and local water managers to plan for climate change and other threats to water supplies, and take action to secure water resources for the communities, economies, and the ecosystems they support.

In 2008, Reclamation initiated the Basin Study Program to fund comprehensive studies to define options for meeting future water demands in river basins in the West where imbalances in supply and demand exist or are projected. At that time, it was envisioned that a

---

[8] Additional information regarding this program can be found at http://www.usbr.gov/WaterSMART/.

Basin Study would quantify current and future water supply and demand imbalances, assess the resulting risks to the basin resources, and assess options to resolve those imbalances. Since that time, the Basin Study Program has evolved to focus on the development and analysis of options to address water supply and demand imbalances. The quantification of imbalances and the subsequent risk assessment is now done through an activity known as the West-wide Climate Risk Assessments (another activity under the WaterSMART Program) and is used to inform subsequent Basin studies.

In March 2011, a report (SECURE Report) to Congress was released to respond to requirements of the SECURE Water Act (Reclamation, 2011). The SECURE Report provides information on the future risks to water supply in the 8 major Reclamation River Basins, whereas this study is focused on a more detailed, basin-wide risk assessment with a focus on the development and evaluation of opportunities to mitigate and adapt to those risks. Minor differences exist in the streamflow projections based on global climate models presented in the SECURE Report as compared to the projections presented in this report. These differences are due to methodological and reporting differences between the two efforts. These differences are summarized in a later section of this report and in *Technical Report B – Water Supply Assessment*.

# 4.0    Study Objectives and Approach

Representatives of the seven Basin States submitted a letter of intent in February 2009, under the Basin Study Program, to help fund and participate in a study of the Basin. Based on that letter of intent, Reclamation's UC and LC regions, in collaboration with the Basin States, developed and submitted a proposal in June 2009 to fund the Study. The proposal was selected for funding in September 2009, and a financial agreement between the Basin States and Reclamation for the Study was signed in February 2010. Reclamation entered into a contract with CH2M HILL (including Black & Veatch and Cardno-ENTRIX) in April 2010 to provide technical and administrative support for the Study.

The *Plan of Study*, provided in Appendix 1, states that the purpose of the Study is to define current and future imbalances in water supply and demand in the Basin and the adjacent areas of the Basin States that receive Colorado River water over the next 50 years (through 2060), and to develop and analyze adaptation and mitigation strategies to resolve those imbalances. The *Plan of Study* lays out specific objectives that have been or will be addressed through the Study, including:

- Characterization of the current water supply and demand imbalances in the Basin and the assessment of the risks to Basin resources from historical climate variability

- Characterization of future water supply and demand imbalances under varying water supply and demand conditions in the Basin and the assessment of the risks to Basin resources from possible future impacts of climate change

- Identification of potential strategies and options to resolve Basin-wide water supply and demand imbalances, including:

    - Modifications to the operating guidelines or procedures of water supply systems

- Modifications to existing facilities and development of new facilities

- Modifications to existing water conservation and management programs and development of new programs

- Modifications to existing water supply enhancement programs and development of new programs

- Other structural and non-structural solutions

• Identification of potential legal and regulatory constraints and analysis of potential impacts to water users and Basin resources for the strategies and options considered

• Prioritization of identified strategies and options and the recommendation for potential future actions, including feasibility studies, environmental compliance activities, demonstration programs, and/or implementation as appropriate

The Study area is defined by the hydrologic boundaries of the Colorado River Basin, plus the adjacent areas of the Basin States that receive Colorado River water, and is depicted in Figure 3.

COLORADO RIVER BASIN WATER SUPPLY AND DEMAND STUDY

**FIGURE 3**
The Study Area



The Study contains four major phases: Water Supply Assessment, Water Demand Assessment, System Reliability Analysis, and Development and Evaluation of Opportunities for balancing supply and demand. Figure 4 illustrates these phases and some of their interrelationships. Tasks that are essentially completed as of January 31, 2011, are shaded.

**FIGURE 4**
Study Phases and Tasks



## 4.1    Study Organization

As envisioned by the *Plan of Study*, two Co-Study Managers (one from Reclamation and the other representing the Basin States) lead and are responsible for the overall direction and management of the Study. In addition, the following teams have been established to facilitate the completion of the Study. Members of the Steering, Project, and Study Teams are listed in Appendix 2:

- Steering Team (one member from each of Reclamation's UC and LC regions, one member from each of the seven Basin States, and one member from the Upper Colorado River Commission) steers and guides the efforts of the Project Team such that the objectives of the Study are met in an effective, efficient manner, and within the Study's financial and time constraints.

- Project Team (composed of staff from the Basin States, Reclamation's UC and LC regions, and from the consulting team) ensures that the tasks that relate to the Study are completed in a cost-effective, timely manner and are technically sound.

- Study Team (composed of key staff from the UC and LC regions and the consulting entities) completes the Study tasks.

The *Plan of Study* also envisioned the formation of various sub-teams (comprised of staff from the Project Team and other interested parties with expertise) to perform specific work and tasks. In addition to Project Team members, sub-teams include staff from various environmental groups, Native American tribes and communities, other federal agencies, and other stakeholders. The following sub-teams participated in the development of the technical information and analytical approaches documented in Interim Report No. 1:

* Water Supply Sub-Team
* Water Demand Sub-Team
* System Reliability Metrics Sub-Team

Members of the sub-teams are listed in appendices to the respective Technical Reports.

## 4.2     Study Outreach

The Study is being conducted in collaboration with stakeholders throughout the Basin. Interest is broad and includes Native American tribes and communities, agricultural users, purveyors of municipal and industrial water, power users, and environmental groups. Through outreach efforts, interested parties are informed about the Study and input is received that reflects their concerns and thoughts about the future reliability of the Colorado River. Broad participation and input is critical to the Study's success. Interested parties are encouraged to become involved in the Study and are provided a variety of options to do so. These options, which are not mutually exclusive, range from attending public meetings and informational webinars to participating directly in the development of work products through Study's technical sub-teams. The tools and the processes employed in outreach activities are detailed in Appendix 3, *Public Involvement Plan*. In accordance with the *Public Involvement Plan*, outreach activities have included:

* Establishing a Study website to provide on-line information. The Study web page is: http://www.usbr.gov/lc/region/programs/crbstudy.html.

* Establishing an e-mail address to distribute information and receive input. The Study email address is ColoradoRiverBasinStudy@usbr.gov.

* Establishing a facsimile number (702-293-8418) to allow input by fax.

* Establishing a mailing list to ensure that all interested parties receive information, particularly concerning the scheduling and access to public meetings.

* Scheduling public meetings for strategic times during the Study. As of January 31, 2011, public meetings have been conducted in March 2010 and September 2010.

* Holding additional meetings with interested parties during the Study period.

As of January 31, 2011, more than 40 outreach events regarding the Study have occurred. These activities are listed in Appendix 4, Outreach Activities.

# 5.0   Summary of Technical Reports

## 5.1   Summary of Technical Report A – Scenario Development

### 5.1.1   *Objective and Approach*

The amount of water available and the progression of demand for water throughout the Basin over the next 50 years are highly uncertain and depend on a number of other factors. The potential impacts of future climate variability and climate change further contribute to these uncertainties. To analyze the future reliability of the Colorado River system, with and without adaptation and mitigation strategies, projections of water supply and demand are necessary. These projections must be sufficiently broad to capture the plausible ranges of uncertainty in future water supply and water demand to ensure that the reliability of the Colorado River system is adequately analyzed. Figure 5 shows this concept. At the present time, an understanding of the state of the Colorado River system exists as indicated by the single point labeled "Today" on the x-axis. A range of plausible futures, represented by the funnel, can be identified. The suite of scenarios used in the planning effort should be sufficiently broad to span the plausible range of the funnel.

FIGURE 5
Conceptual Representation of the Uncertain Future of a System, also known as "The Scenario Funnel"
*Adapted from Timpe and Scheepers, 2003*



A scenario planning process has been used to guide the development of scenarios that provide a broad range of projections of future water supply and demand. A scenario is an alternative view of how the future might unfold. Scenarios are not predictions or forecasts of the future. The process involves the identification of the key forces that will likely drive future water supply and water demand, ranking of the driving forces (the factors that will likely have the greatest influence on the future state of the system and thereby the performance of the system over time) as to their relative importance and uncertainty, and using the most highly uncertain and highly important driving forces ("critical uncertainties")

COLORADO RIVER BASIN WATER SUPPLY AND DEMAND STUDY

to identify various themes and "storylines" (narrative descriptions of scenarios) that describe how water supply and water demand may evolve in the future. Quantification of the storylines results in water supply and water demand scenarios that will be used to assess future system reliability and inform the development of options and strategies to resolve imbalances between water supply and demands.

Figure 6 presents the general steps involved in the scenario planning process as applied to a water resource planning study, from the initial point of framing the focal question(s) that is (are) being addressed by the Study through the development and analysis of options and strategies to improve system performance. This general approach was customized to meet the needs of the Study and details of that implementation are described in *Technical Report A – Scenario Development*.

**FIGURE 6**
General Steps Involved in the Scenario Planning Process



The approach included input from a broad sampling of stakeholders, experts, and others interested in the management of the system. This input is crucial throughout the development of scenarios and ensures that the resulting scenarios are representative of the plausible range of futures in the view of those who best know the system.

The purpose and objectives defined in the *Plan of Study* (Appendix 1) were used to frame the focal questions that the Study must address:

1. What is the future reliability of the Colorado River system to meet the needs of Basin resources through 2060?

2. What are the options and strategies to mitigate future risks to these resources?

The first question requires an understanding of the underlying components of future reliability: water supply and water demand. Specifically, what are the factors that will determine the future availability of water and what are the factors that will determine the future demand for water? The scenario development process addresses these questions and results in scenarios of the future that define a range of plausible water supply and water demand outcomes. The second question relates to water management responses to mitigate and adapt to the potential impacts to Basin resources under future scenarios and is the focus of the Development and Evaluation of Opportunities phase of the Study.

Driving forces are the factors that will likely have the greatest influence on the future state of the system and thereby the performance of the system over time. In the Study, 18 specific driving forces representing the following categories were considered:

- Natural Systems
- Demographic
- Economic
- Technological
- Social
- Governance

Because not all driving forces influence the system to the same degree or contribute the same level of uncertainty, additional stakeholder and other expert input was collected regarding the relative importance and uncertainty associated with each driving force in relation to the reliability of the system to meet the needs of the resources through 2060. Each of the driving forces was ranked, and critical uncertainties (those driving forces that were ranked as both highly important and highly uncertain) were identified. Twelve critical uncertainties were identified, and each was associated with the factor (either water supply or water demand) thought to be most affected by that critical uncertainty. After determining these associations, additional stakeholder and subject matter expertise was sought to complete the scenario development process through the Water Supply and Water Demand Sub-Teams.

### 5.1.2    Summary of Results

The scenario planning process implemented in the Study identified two critical uncertainties primarily affecting the future of water supply: 1) changes in streamflow variability and trends and 2) changes in climate variability and trends.

A set of four scenarios focused around these critical uncertainties was constructed that represent a broad range of plausible future conditions with respect to water supply in the Basin through the next 50 years. The scenarios are informed by the past, present, and projections of the future through the incorporation of the paleo-reconstructed streamflow record, the observed historical streamflow record, and projections of streamflow using

climate projections from global climate models (GCMs). The four water supply scenarios and associated themes are:

- **Observed Record Trends and Variability (Observed Resampled):** Future hydrologic trends and variability are similar to the past approximately 100 years.

- **Paleo Record Trends and Variability (Paleo Resampled):** Future hydrologic trends and variability are represented by reconstructions of streamflow for a much longer period in the past (nearly 1,250 years) that show expanded variability.

- **Observed Record Trends and Increased Variability (Paleo Conditioned):** Future hydrologic trends and variability are represented by a blend of the wet-dry states of the longer paleo-reconstructed period (nearly 1,250 years), but magnitudes are more similar to the observed period (about 100 years).

- **Downscaled GCM Projected Trends and Variability (Downscaled GCM Projected):** Future climate will continue to warm with regional precipitation and temperature trends represented through an ensemble of future downscaled GCM projections.

Each of these scenarios has been quantified and analyzed. That work, including the approach and key results, is documented in *Technical Report B – Water Supply Assessment* and is summarized in the next section of this report.

The scenario development approach identified 10 critical uncertainties primarily affecting the future of water demand. These critical uncertainties are displayed in Table 1.

**TABLE 1**
Critical Uncertainties Affecting Water Demand Scenarios

| Critical Uncertainty Identified in Survey | General Driving Force Category |
|---|---|
| Changes in population and distribution<br>Changes in agricultural land use (e.g., irrigated agricultural areas, crop mixes, etc.) | Demographics & Land Use |
| Changes in agricultural water use efficiency<br>Changes in municipal and industrial water use efficiency<br>Changes in water needs for energy generation (e.g., solar, oil shale, thermal, nuclear, etc.) | Technology & Economics |
| Changes in institutional and regulatory conditions (e.g., laws, regulations, etc.)<br>Changes in flow-dependent ecosystem needs for Endangered Species Act-listed species<br>Changes in other flow-dependent ecosystem needs<br>Changes in social values affecting water use<br>Changes in water availability due to tribal water use and settlement of tribal water rights claims | Social & Governance |

Based on the process previously described, these critical uncertainties were combined into four water demand storylines. These storylines and their associated themes are:

- **Current Trends:** growth, development patterns, and institutions continue along recent trends

- **Economic Slowdown**: low growth with emphasis on economic efficiency

- **Expansive Growth**: economic resurgence (population and energy) and current preferences toward human and environmental values

- **Enhanced Environment and Healthy Economy**: expanded environmental awareness and stewardship with growing economy

The quantification of these scenarios is ongoing. A description of the methodology being used to quantify these scenarios, as well as an assessment of historical consumptive uses and losses, are presented in *Technical Report C – Water Demand Assessment* and summarized in a subsequent section of this report.

## 5.2    Summary of Technical Report B – Water Supply Assessment

### 5.2.1    Objective and Approach

The objective of the Water Supply Assessment is to assess the probable magnitude and variability of historical and future natural flow in the Basin. Natural flow represents the flow that would have occurred at a location had depletions and reservoir regulation not been present upstream of that location. The assessment includes the potential effects of future climate variability and climate change and provides quantified projections of future hydrology.

Four water supply scenarios were identified and quantified, each representing a plausible future of water supply conditions. These water supply scenarios and their associated themes are presented in *Technical Report B – Water Supply Assessment* and were summarized previously in this report.

In 2004, Reclamation initiated a multi-faceted research and development program to enable the use of methods beyond those that use the observed record for projecting possible future inflow sequences for Basin planning studies. Through this effort, two additional water supply scenarios were developed and have been used in previous Basin planning studies that assume the observed and paleo-reconstructed streamflow records are representative of future streamflow variability and trends. These scenarios have most recently been detailed in the Interim Guidelines EIS, Appendix N (Reclamation, 2007). The three scenarios previously utilized are encompassed by the Observed Resampled, Paleo Resampled and Paleo Conditioned scenarios.

A resampling technique known as the Indexed Sequential Method (Ouarda et al., 1997) is applied to the observed and paleo-streamflow records to generate multiple sequences of future streamflow in the Observed Resampled (102 sequences) and Paleo Resampled (1,244 sequences) scenarios. Sequences for the Paleo Conditioned scenario are generated by applying a non-parametric technique to "blend" the observed and paleo streamflow records (1,000 sequences).

To ensure that the water supply scenarios encompass a sufficiently broad range of future water supply conditions, a fourth scenario was developed that uses downscaled GCM projections and is titled the Downscaled GCM Projected scenario.

The Downscaled GCM Projected scenario entails a method in which climate forcings (primarily temperature and precipitation) from 112 climate projections used in the Intergovernmental Panel on Climate Change Fourth Assessment Report (Intergovernmental Panel on Climate Change, 2007), subsequently bias-corrected and statistically downscaled (Maurer et al., 2007), are input to the Variable Infiltration Capacity (VIC) hydrologic model (Christensen and Lettenmaier, 2009) to simulate streamflow. The 112 climate projections comprise projections assuming 3 independent greenhouse gas emission scenarios, 16 distinct GCMs, and multiple starting conditions. The Downscaled GMC Projected scenario consists of 112 sequences of future streamflow.

### 5.2.2    Summary of Results

The key findings related to projected changes in temperature, precipitation, and snowpack over the next 50 years that may be expected under the Downscaled GCM Projected scenario are presented below. These findings are based on the assessment described in *Technical Report B – Water Supply Assessment.*

- Warming is projected to increase across the Basin, with the largest changes in spring and summer and with larger changes in the Upper Basin than in the Lower Basin. Annual Basin-wide average temperature increases are projected to be approximately 1.3 and 2.4 degrees Celsius over the periods 2011-2040 and 2041-2070, respectively. Increases are measured relative to the 30-year historical period of 1971-2000.

- Precipitation patterns continue to be spatially and temporally complex, but projected seasonal trends toward drying are significant in certain regions. A general trend towards drying is present in the Basin, although increases in precipitation are projected for some higher elevation and hydrologically productive regions. Consistent and expansive drying conditions are projected for the spring throughout the Basin. For much of the Basin, drying conditions are also projected in the summer, although some areas of the Lower Basin are projected to experience slight increases in precipitation, which may be due to the monsoonal influence in this region. Upper Basin precipitation is projected to increase in the fall and winter and the Lower Basin is projected to experience decreases.

- Snowpack is projected to decrease as more precipitation falls as rain rather than snow and warmer temperatures cause an earlier melt. Decreases of snowpack in the fall and early winter are projected in areas where precipitation is not changed or is increased, and is caused by a greater liquid form of precipitation due to warming. Substantial decreases in spring snowpack are projected to be widespread, due to earlier melt or sublimation of snowpack.

Figure 7 shows the range of annual flows for the Colorado River at Lees Ferry for each of the scenarios over the Study period.

Mean annual natural flows for the Colorado River at Lees Ferry over the next 50 years range from 14.7 maf to 15.0 maf for the Observed Resampled, Paleo Resampled, and Paleo Conditioned scenarios. The Downscaled GCM Projected scenario results in mean annual

flows of approximately 13.6 maf, a 9 percent reduction from the observed mean. The range of mean flows is greatest under the Downscaled GCM Projected scenario, with the inter-quartile range spanning roughly 12.5 to 15 maf and the minimum-maximum range covering 10 to 17 maf.

A skew of zero implies a perfectly "normal" distribution, in which wetter years and magnitudes are evenly balanced with drier years. Most scenarios have a positive skew, suggesting a bias to the drier side of the distribution. This is particularly noticeable in the Downscaled GCM Projected scenario.

The minimum annual flows are fairly consistent across the scenarios, with the Paleo Resampled scenario exhibiting the most extreme low flow condition. The Downscaled GCM Projected scenario exhibits a range of maximum annual flows not seen in any of the other scenarios.

COLORADO RIVER BASIN WATER SUPPLY AND DEMAND STUDY

**FIGURE 7**

Summary Statistics for Annual Colorado River at Lees Ferry Natural Flows for Supply Scenarios

*Figure shows the median (dash), 25th – 75th percentile band (box), and max/min (line).*



Table 2 presents a comparison of several key streamflow statistics for each scenario. The statistics are grouped by annual, monthly, deficit, and surplus period statistics. For the purpose of the Study, deficit and surplus periods occur whenever the running 2-year average flow falls below (deficit) or above (surplus) 15.0 maf, the observed mean. Deficit and surplus period statistics indicate the range of inter-annual variability of streamflow across the scenarios.

In comparison to the Observed Resampled scenario, the other scenarios exhibit a substantial increase in inter-annual variability, both in sustained deficits and surpluses. The maximum length of sustained deficit in the Observed Resampled scenario is 8 years, while the maximum sustained surplus is 7 years. The Paleo Resampled, Paleo Conditioned, and Downscaled GCM Projected scenarios all produce deficit and surplus periods that are much longer. The frequency of deficit spells that are 5 years or longer is also higher under these scenarios, with the Downscaled GCM Projected indicating a likelihood of 40 percent over the next 50 years. However, the frequency of surplus spells that are 5 years or longer is highest under the Observed Resampled scenario.

The results suggest that under sequences in the Downscaled GCM Projected scenario, sustained periods of dryness will occur (deficit lengths of greater than 40 years). Most projections result in long-term mean annual flows that are less than the 15 maf observed mean, and other projections result in long-term mean annual flows that are greater than the 15 maf observed mean. The future climate essentially arrives at a new mean state.

Some minor methodological differences with respect to the technical approach to develop streamflow projections informed by GCMs and the analysis of those projections exist between the results presented here and those presented in the SECURE Report. The methodological differences consist primarily of the application of a different technique to generate daily weather forcings. Although a secondary bias-correction has not been applied to the results presented here, the investigation of such a correction is ongoing and will be applied and reported in a subsequent interim report. Reporting differences consist due to the selection of baseline conditions for comparison and the future analysis period. Specifically, the SECURE Report computes future decadal changes from a 1991-2000 baseline condition, whereas the change statistics reported here are computed between the observed record and the Study period of 2011-2060. Therefore, results of the Study and those in the SECURE Report are not identical.

**TABLE 2**
Summary of Key Streamflow Statistics for Each Water Supply Scenario

| | Statistic[a] | Scenario | | | |
|---|---|---|---|---|---|
| | | Observed Resampled | Paleo Resampled | Paleo Conditioned | Downscaled GCM Projected |
| **Annual (Water Year)** | Average Annual Flow (maf) | 15.0 | 14.7 | 14.9 | 13.6 |
| | Percent Change from Long-Term Mean (1906-2007) | 0% | -2% | -1% | -9% |
| | Median (maf) | 15.0 | 14.7 | 15.0 | 13.3 |
| | 25th Percentile (maf) | 14.5 | 14.3 | 14.2 | 12.3 |
| | 75th Percentile (maf) | 15.5 | 15.0 | 15.6 | 14.8 |
| | Minimum Year Flow (maf) | 5.6 | 2.3 | 5.6 | 4.3 |
| | Maximum Year Flow (maf) | 25.2 | 24.3 | 25.2 | 43.5 |
| **Monthly** | Peak Month | June | June | June | May |
| | Peak Month Mean Flow (kaf) | 4,007 | 3,914 | 4,000 | 3,549 |
| | Peak Month Maximum Flow (kaf) | 8,467 | 8,531 | 8,678 | 12,542 |
| | Month at Which Half of Annual Flow (Water Year) is Exceeded | June | June | June | May |
| **Deficit Periods[b]** | Maximum Deficit (maf) | 28.2 | 38.4 | 98.5 | 254.2 |
| | Maximum Spell Length (years) | 8 | 17 | 24 | 48 |
| | Intensity (Deficit/Length) (maf/year) | 3.5 | 2.3 | 4.1 | 5.3 |
| | Frequency of 5+ Year Spell Length (percent) | 22% | 30% | 25% | 40% |
| | Maximum 8-year Deficit (longest in 1906-2007 observed record, maf) | 28.2 | 29.8 | 50 | 52.2 |
| **Surplus Periods[c]** | Maximum Surplus (maf) | 22.2 | 36.2 | 88 | 61.1 |
| | Maximum Spell Length (years) | 7 | 15 | 25 | 12 |
| | Intensity (Surplus/Length) (maf/year) | 3.2 | 2.4 | 3.5 | 5.1 |
| | Frequency of 5+ Year Spell Length (percent) | 28% | 15% | 18% | <1% |
| | Maximum 7-year Surplus (longest in 1906-2007 observed record, maf) | 22.2 | 29.2 | 44 | 35.3 |

NOTE:
[a] Statistics are computed over the Study period, 2011-2060.
[b] A deficit period occurs whenever the running 2-year average flow is below the observed average from 1906-2007 of 15.0 maf.
[c] A surplus period occurs whenever the running 2-year flow is above the observed mean from 1906-2007 of 15.0 maf.

### 5.2.3    Status and Next Steps

Additional analysis and investigation of the Downscaled GCM Projected scenario is ongoing and will be included in the next interim report. Two areas in particular are being investigated, and the streamflow projections under this scenario will be updated based on the findings.

The first area under investigation is the application of a secondary bias-correction to the streamflows produced by the VIC hydrologic model. Preliminary analyses have indicated that the application of this bias correction is warranted because there appear to be inconsistencies in the long-term trends in the observed climate and the historical GCM-projected climate. The second area under investigation relates to further analyzing sequences that exhibit annual runoff conditions that far exceed any maximum in the observed or paleo records. Although it is possible that the future climate will expand the magnitude and frequency of extreme events, it is also possible that some projections are simply extreme outliers.

## 5.3    Summary of Technical Report C – Water Demand Assessment

### 5.3.1    Objective and Approach

The objective of the Water Demand Assessment is to assess the quantity and location of current and future water demands in the Study Area (i.e., the hydrologic boundaries of the Basin plus the adjacent areas of the Basin States that receive Colorado River water) to meet the needs of Basin resources, including municipal and irrigation (M&I) use, hydropower generation, recreation, and fish and wildlife habitat. In addition, losses in the Basin due to evaporation and other factors will be assessed. Because future water supply and demand throughout the Basin are uncertain, scenarios are being developed that are sufficiently broad to span that uncertainty, including the potential effects of future climate change. Future demands are a function of socioeconomic parameters such as future population, irrigated land area, municipal, industrial, and agricultural water use efficiency, tribal water use, energy growth and associated water use, and others. Through the scenario planning process applied in the Study, the most critical uncertainties affecting future water demand were identified, and a range of future demand scenarios was envisioned. Narrative descriptions of these scenarios (storylines) were developed and provide a rational basis for consideration of a wide array of future conditions.

The process to develop the critical uncertainties, demand storylines, and quantify scenarios has engaged a wide array of stakeholders and reflects a broad range of plausible conditions considering differing views of the future. In order to establish a solid foundation relating to methods and assumptions for quantifying future demands, the Study is focusing initial efforts on quantifying the Current Trends scenario. The Current Trends scenario provides the basis for consideration of departures from these assumptions, leading to the quantification of the Economic Slowdown, Expansive Growth, and Enhanced Environment and Healthy Economy demand scenarios. These water demand scenarios and their associated themes are presented in *Technical Report C – Water Demand Assessment* and were summarized earlier in this report.

Future demands may be affected by climate change, primarily changes in ambient temperature and the amount and distribution of precipitation. As such, the possible effects of

changing temperature and precipitation on evapotranspiration, which impacts agriculture and outdoor M&I demand, and on phreatophyte and reservoir evaporation losses will be assessed in the Study. The potential impacts to evapotranspiration rates affecting agricultural demand were assessed by Reclamation's Technical Services Center (TSC). This assessment consisted of applying the modified Blaney-Criddle method (Stephens and Stewart, circa 1960) coupled with the Soil Conservation Service effective precipitation method. Changes in reservoir evaporation due to potential changes in temperature and precipitation will be assessed using open water surface evaporation rates from the VIC model to adjust historical evaporation rates to reflect higher temperatures. These results will be included in the next interim report.

### 5.3.2    Summary of Results

As previously mentioned, the scenarios currently under consideration are: Current Trends, Economic Slowdown, Expansive Growth and Enhanced Environment and Health Economy. Storylines for these scenarios are provided in *Technical Report C – Water Demand Assessment*. Work is ongoing to quantify the scenarios. The quantification of the Current Trends scenario will be used as a starting point for the quantification of the remaining scenarios. Additional information regarding the approach to quantify the scenarios is also provided in *Technical Report C – Water Demand Assessment*. The approach entails quantifying the characteristics associated with the parameters of the critical uncertainties; for example, irrigated acreage is a parameter of the critical uncertainty, changes in agricultural land use, and under the Current Trends scenario, "nominal increase" is the characteristic associated with this parameter.

Historical consumptive use and loss information may be used in conjunction with future planning data (e.g., land use, policy, population growth, economic conditions) to inform the development of projected demand. Although current trends are not direct mathematical projections of historical data, the Current Trends scenario in particular relies on knowledge of historical consumptive uses and losses as well as planning data and expertise to estimate future trends in water demands. Therefore, historical consumptive uses and losses data were compiled.

Figures 8, 9, and 10 present the range of historical Colorado River water consumptive use and loss compiled by state, basin, and category. This information was compiled from Reclamation's Colorado River System Consumptive Uses and Losses Reports (CU&L Reports[9]), Reclamation's Colorado River Accounting and Water Use Reports[10], and additional input from the Basin States. The categories of consumptive uses and losses presented consist of the following: agriculture; M&I; energy; minerals; fish, wildlife, and recreation; exports; reservoir evaporation; and other losses. Estimates of potential future demands rely on an understanding of the parameters that make up individual categories (e.g., population growth and efficiency for the M&I category). Similar information was compiled and presented for individual states in *Technical Report C – Water Demand Assessment*.

There are data and methodological inconsistencies in the CU&L Reports with respect to the Lower Basin tributaries (the Little Colorado, Virgin, Bill Williams and Gila rivers). These

---

[9] http://www.usbr.gov/uc/library/envdocs/reports/crs/crsul.html

[10] http://www.usbr.gov/lc/region/g4000/wtracct.html

inconsistencies consist primarily as a result of changing methodologies between the 5-year reporting periods. Similar inconsistencies were found in these reports with respect to the Upper Basin until Reclamation undertook a multi-year effort to resolve them. This effort has not occurred for the Lower Basin tributaries, and the quality of information has suffered. Independent of the Study, Reclamation will engage in efforts to resolve and correct, in collaboration with the Basin States, the methodological and data inconsistencies in the CU&L Reports pertaining to all of the Lower Basin tributaries. Refer to *Technical Report C – Water Demand Assessment, Appendix C-5,* for a description of these issues and commitments.

Consumptive uses and losses in the Basin have increased from 1971 to the start of the current drought in 2000. The information presented in Figure 8 indicates that from 1971 through 1999, Basin-wide consumptive uses and losses (including deliveries to Mexico pursuant to the 1944 treaty[11] have grown from approximately 13 maf in 1971 to 16 maf in 1999, an increase of about 23 percent. Over the same period, as shown in Figure 9, Upper Basin uses have grown from approximately 3.0 maf in 1971 to 3.3 maf in 1999, an increase of about 10 percent. Lower Basin uses have grown from approximately 6.6 maf in 1971 to 8.0[12] maf in 1999, an increase of about 21 percent.

Agricultural and M&I uses have also grown over this period, as have reservoir evaporation losses. As shown in Figure 10, agricultural uses have grown from approximately 7.7 maf in 1971 to 8 maf in 1999, an increase of about 4 percent. M&I uses have grown from approximately 1.4 maf in 1971 to 2.2 maf in 1999, an increase of about 57 percent. Reservoir evaporation losses have grown from 1.7 maf in 1971 to 2.3 maf in 1999, an increase of 35 percent.

In the assessment of the possible impacts to agricultural demands due to changes in precipitation and temperature, agricultural demands increased by approximately 5 percent for each °C increase in temperature, and by approximately 1 percent for each 5 percent reduction in precipitation.

---

[11] Utilization of Waters of the Colorado and Tijuana Rivers and of the Rio Grande, Treaty between the United States and Mexico, 1944
[12] Uses in the Lower Basin greater than 7.5 maf are due to the surplus water supply conditions for the Lower Division States.

COLORADO RIVER BASIN WATER SUPPLY AND DEMAND STUDY

**FIGURE 8**

Historical Colorado River Water Consumptive Use[1] by State, Delivery to Mexico, Reservoir Evaporation, and Other Losses[2]
1971-2008



**NOTE:**

[1] Excluding consumptive use in Lower Basin tributaries.

[2] Phreatophyte and operational inefficiency losses.

.

STATUS REPORT

**FIGURE 9**

Historical Colorado River Water Consumptive Use[1] by Basin[2], Delivery to Mexico, Reservoir Evaporation, and Other Losses[3], 1971-2008



**NOTE:**

[1]Excluding consumptive use in Lower Basin tributaries.

[2]Lower Basin use greater than 7.5 maf is due to surplus water supply conditions for the Lower Division states.

[3]Phreatophyte and operational inefficiency losses.

COLORADO RIVER BASIN WATER SUPPLY AND DEMAND STUDY

**FIGURE 10**

Historical Colorado River Water Consumptive Use[1] by Use Category[2], Delivery to Mexico, Reservoir Evaporation, and Other Losses[3], 1971-2008



**NOTE:**

[1] Excluding consumptive use in Lower Basin tributaries

[2] Data for "M&I Recharge" and "Tribes" categories were provided by AZ for CAP deliveries and are preliminary. Colorado did not provide additional information regarding the use categories for exports for this report.

[3] Phreatophyte and operational inefficiency losses.

### 5.3.3    *Status and Next Steps*

In the coming months, additional review of the consumptive uses and losses data will occur, particularly with regard to the disaggregation of data into use categories. Any modifications in the data and information will be included in future interim reports.

Quantifying the scenarios will be the primary the focus of the coming months. A significant quantity of data has been collected to date to quantify the Current Trends scenario, and that work will be completed. Following completion of the quantification of the Current Tends scenario, the remaining scenarios that derive from it (Economic Slowdown, Expansive Growth, and Enhanced Environment and Healthy Economy) will be quantified. The scenarios will then be analyzed and presented in future interim reports, including the assumptions used to quantify those scenarios.

The demand scenarios will then be coupled with the water supply scenarios and used to analyze the future reliability of the Colorado River system, with and without future adaptation and mitigation strategies.

Also ongoing is a sensitivity analysis to compare the changes in evapotranspiration and its potential effects on agricultural demand, computed by using the modified Blaney-Criddle method and the Penman-Monteith method. The Penman-Monteith method determines potential evapotranspiration based on a more-explicit physical process method than the Blaney-Criddle method. The assessment of the potential changes in reservoir evaporation rates is also ongoing and will be included in the next interim report.

## 5.4     Summary of Technical Report D – System Reliability Metrics

### 5.4.1     Objective and Approach

System reliability metrics (metrics) are measures that indicate the ability of the Colorado River system to meet the needs of Basin resources under multiple future conditions. Metrics will be used to measure the potential impacts to Basin resources from future supply and demand imbalances and to measure the effectiveness of options and strategies to address those imbalances. The first task of the System Reliability Analysis (Task 3.1 in Figure 4), includes the development of the metrics identification process and the identification of a comprehensive set of metrics. Metrics developed in Task 3.1 will be used in the remaining tasks of Phases 3 and 4 to compare the effects of options and strategies to address supply and demand imbalances under multiple future scenarios.

### 5.4.2     Summary of Results

A process has been developed for metric identification and used to craft a detailed set of metrics for Basin resources. The process is detailed in *Technical Report D – System Reliability Metrics*, particularly Figure D-1. The process began with the identification of resource categories. Based on the *Plan of Study* and working closely with stakeholders, the resource categories presented in Table 1 were identified. Following the identification of the resource categories, several attributes of interest associated with each resource category were identified, presented in Table 3.

**TABLE 3**
Resource Categories and Attributes of Interest

| Resource Category | Attribute of Interest |
|---|---|
| Water Deliveries | • Consumptive Uses and Shortages<br>• Water Levels Related to Intake Facilities<br>• Socioeconomic Impacts Related to Shortages |
| Electrical Power Resources | • Electrical Power Generated<br>• Economic Value of Electrical Power Generated<br>• Available Generation Capacity<br>• Impact on Power Rates<br>• Water Supply System Pumping Costs<br>• Impacts on the Upper Colorado River Basin Fund and the Lower Colorado River Basin Development Fund |
| Water Quality | • Salinity<br>• Sediment Transport<br>• Temperature<br>• Other Water Quality Attributes<br>• Socioeconomic Impacts Related to Salinity |
| Flood Control | • Flood Control Releases and Reservoir Spills<br>• Critical River Stages with Flooding Risk |
| Recreational Resources | • Shoreline Public Use Facilities<br>• River and Whitewater Boating<br>• Other Recreational Attributes<br>• Socioeconomic Impacts Related to Recreation |
| Ecological Resources | • Threatened and Endangered Species<br>• Aquatic and Riparian Habitats<br>• Wildlife Refuges and Fish Hatcheries |

To further define metrics associated with attributes of interest, locations in the Basin were selected where metrics can offer information about the performance of the system. Metrics will be evaluated in either a quantitative or qualitative fashion. A metric will be evaluated quantitatively if: a) direct evaluation is possible using output from the Colorado River Simulation System (CRSS)[13] or results from post-processing of CRSS output data, or b) an indirect indicator of the attribute of interest at the specified location can be developed, based on output from CRSS or post-processing of CRSS output data.

The spatial and temporal detail of the data and/or tools available will limit the ability to assess some metrices quantitatively. In these cases, metrics will be either assessed in a

---

[13] CRSS is the primary modeling tool that will be used in the Study. It simulates the operation of the major Colorado River system reservoirs on a monthly time step and provides information regarding the projected future state of the system in terms of output variables. Outputs include the amount of water in storage, reservoir elevations, releases from the dams, hydropower generation, the amount of water flowing at various points throughout the system, the total dissolved solids content, and diversions to and return flows from the water users throughout the system.

qualitative manner, or, where time and resources permit, additional analysis may be performed to result in a quantitative assessment.

### 5.4.3    Status and Next Steps

Many metrics have been defined, and descriptions of these metrics are provided in *Technical Report D – System Reliability Metrics*. Other metrics have been identified but have not yet been fully defined. This is particularly the case for metrics related to the Ecological Resources category. Additional definition will be provided in subsequent interim reports. It is also possible that some defined metrics may not prove to be informative or further analysis may identify the need for other metrics. These types of adjustments will be made in the next phase of the Study (System Reliability) and documented in future interim reports.

# 6.0    Study Limitations

## 6.1    Study Limitations

As stated previously, the focal questions being addressed by the Study are:

- What is the future reliability of the Colorado River system to meet the needs of Basin resources through 2060?

- What are the options and strategies to mitigate future risks to these resources?

Although the technical approach of the Study has and will continue to be based on the best science and information available, as with all studies, there are limitations.

The detail at which results are reported or the depth to which analyses are performed in the Study is limited by the availability of reliable data, methods, and the capability of existing models. Many of these limitations cannot be overcome for purposes of the Study due to time and resource constraints. In some cases, these limitations present opportunities for additional research and development and the improvement of available data. These opportunities will be pursued in efforts independent of the Study.

Limitations exist in the areas noted below. As the Study progresses, additional limitations will inevitably emerge and will be disclosed in subsequent interim reports.

### 6.1.1    Treatment of Lower Basin Tributaries

For four of the inflow points below Lees Ferry (the Paria , Little Colorado, Virgin, and Bill Williams rivers), CRSS uses historical inflows (not natural flows) based on USGS streamflow records. In addition, the Gila River is not included in CRSS.

Many Colorado River planning studies have been completed over the past two decades where this treatment of the major Lower Basin tributaries was used; however, questions regarding the adequacy of the treatment of the Lower Basin tributaries in CRSS for the Study arose during the phases focused on assessing future water supply and demand.  The current treatment of these tributaries limits the ability of the Study to fully assess the natural supply of the Basin, and the data and methodological inconsistencies present in the CU&L Reports limits the ability of the Study to gain a more complete understanding of historical consumptive use in the Basin.

Despite these limitations, other approaches are being taken in the Study to examine several important issues, including potential climate change impacts on the tributaries represented in CRSS, future demand scenarios on those tributaries, and future demand scenarios for the Colorado River from the Gila River Basin, factoring in other water supplies within that basin.

Reclamation will engage in efforts independent of the Study to: 1) resolve and correct, in collaboration with the Basin States, the methodological and data inconsistencies in the CU&L Reports pertaining to all of the Lower Basin tributaries; 2) develop natural flows for the Little Colorado, Virgin and Bill Williams rivers and modify CRSS to use natural flows for those tributaries; and 3) explore the feasibility and usefulness of computing natural flows for the Gila River Basin and the feasibility and usefulness of adding that basin to CRSS. Refer to *Technical Report C – Water Demand Assessment Appendix C5* for a more detailed discussion of these issues.

### 6.1.2    Ability to Assess Impacts to Basin Resources

The ability to assess impacts to Basin resources is limited by the spatial and temporal detail of CRSS. Described further in *Technical Report D – System Reliability Metrics*, some metrics have limitations in their ability to be assessed quantitatively and in some cases will be assessed qualitatively. For example, CRSS tracks shortages in the Upper Basin when the flow is insufficient to meet the local demands as opposed to simulating the complex water rights system in each state that would be needed to appropriately model shortages to individual water rights holders. This representation affects the ability of the Study to assess the impacts to deliveries in the Upper Basin. Another example is that several ecological resources metrics will be evaluated through approximations at larger spatial scales and longer timesteps, e.g., monthly versus daily, than preferred because of model limitations.

Although limits are placed on the ability to assess impacts to these and other resources by the utilization of CRSS, where time and resources permit, additional resources and analysis may be used to overcome some of these limitations.

## 7.0    Conclusions and Next Steps

This Interim Report No. 1 documents the progress of the Study through January 31, 2011. Through this date, Phases 1 and 2 and the first task in Phase 3 of the *Plan of Study* (Figure 4) are near completion. Project participants and stakeholders are encouraged to comment on the information provided in this Interim Report No. 1. Written comments should be submitted within 30 days following the release of each interim report and will be incorporated into subsequent interim reports, as appropriate. Comments may be submitted in the following ways:

1. Via the Study website at: http://www.usbr.gov/lc/region/programs/crbstudy.html

2. Email to ColoradoRiverBasinStudy@usbr.gov

3. U.S. mail to: U.S. Bureau of Reclamation, Attention: Ms. Pam Adams, LC-2721, P.O. Box 61470, Boulder City, NV 89006-1470

4. By facsimile transmission to 702-293-8418

Work is ongoing to complete Phases 1, 2, and 3 (System Reliability Analysis) and initiate Phase 4 (Development and Evaluation of Opportunities) of the *Plan of Study*. Key to moving forward in Phases 3 and 4 is the remaining work in Phases 1 and 2—completion of quantification of future water supply and demand scenarios. Once the future supply and demand scenarios are fully quantified, the analysis of the reliability of the Colorado River system to meet the needs of Basin resources over the next 50 years can be completed (Phase 3). This System Reliability Analysis will first be performed independent of the consideration of opportunities for resolving imbalances in order to inform the Development and Evaluation of Opportunities (Phase 4).

Ongoing work from February 1, 2011 will be documented in the next interim report and includes:

- Completion of the quantification of the Downscaled GCM Projected scenario

- Quantification of the water demand scenarios, including the effects of climate change on demand

- Refinement of system reliability metrics

- Assessment of system reliability to determine the magnitude and location of future supply and demand imbalances and the impact to Basin resources

- Initiation of the development and evaluation of opportunities for resolving supply and demand imbalances

An updated timeline for the Study, outlining the major activities through the end of the Study in July 2012, is provided in Table 4. As the Study progresses, opportunities for stakeholder participation will continue to be provided through a variety of outreach activities, particularly with respect to the development and evaluation of opportunities for resolving supply and demand imbalances.

TABLE 4
Study Timeline

| Timeframe | Activity |
|---|---|
| February – August 2011 | Quantify Demand Scenarios |
| July – September 2011 | Perform "Baseline" System Reliability Analysis |
| September – December 2011 | Develop Options and Strategies |
| October 2011 | Publish Interim Report Number 2 |
| November 2011 – February 2012 | Perform System Reliability Analysis with Options and Strategies |
| March 2012 | Publish Interim Report Number 3 |
| April – May 2012 | Finalize and Evaluate Options and Strategies |
| June 2012 | Publish Draft Final Study Report for Comment |
| July 2012 | Publish Final Study Report |

# 8.0    References

Bureau of Reclamation. 1950. *Colorado River Storage Project and Participating Projects; Upper Colorado River Basin.* September.

Bureau of Reclamation. 1964. *Pacific Southwest Water Plan.* January.

Bureau of Reclamation. 1975. *Westwide Study Report on Critical Water Problems Facing the Eleven Western United States.* April.

Bureau of Reclamation. 1996. *Operation of Glen Canyon Dam Final Environmental Impact Statement.* U.S. Department of the Interior.

Bureau of Reclamation. 2007. *Colorado River Interim Guidelines for Lower Basin Shortages and Coordinated Operations for Lake Powell and Lake Mead Final Environmental Impact Statement.*

Bureau of Reclamation, 2011. SECURE Water Act Section 9503(c) – "Reclamation Climate Change and Water".

Christensen, N. S., and D. P. Lettenmaier. 2007. A multimodel ensemble approach to assessment of climate change impacts on the hydrology and water resources of the Colorado River basin. *Hydrol. Earth Sci.,* 11, 1417–1434.

Hoerling, M., Lettenmaier, D., Cayan D., and B. Udall. 2009. "Reconciling Future Colorado River Flows." *Southwest Hydrology* 8(3).

Intergovernmental Panel on Climate Change. 2007. *Climate Change 2007: Synthesis Report.* Contribution of Working Groups I, II and III to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change. ISBN 92-9169-122-4. IPCC, Geneva, Switzerland. Available at http://www.ipcc.ch/publications_and_data/publications_ipcc_fourth_assessment_report_synthesis_report.htm

Maurer, E. P., L. Brekke, T. Pruitt, and P. B. Duffy. 2007. 'Fine-resolution climate projections enhance regional climate change impact studies," *Eos Trans. AGU, 88*(47), 504.

Meko, D.M., C.A. Woodhouse, C.A. Baisan, T. Knight, J.J. Lukas, M.K. Hughs, and M.W. Salzer. 2007. "Medieval drought in the Upper Colorado River Basin." *Geophysical Research Letters* 2007 34(5), L10705, doi: 10.1029/2007GL029988.

National Research Council. 2007. *Colorado River Basin Water Management – Evaluating and Adjusting to Hydroclimate Variability.* The National Academies Press.

Ouarda, T., D. Labadie, and D. Fontare. 1997. "Indexed Sequential Hydrologic Modeling for Hydropower Capacity Estimates," *Journal of The American Water Resources Association*, Vol. 33, No. 6. December.

Pacific Southwest Inter-agency Committee. 1971a. *Comprehensive Framework Study, Lower Colorado Region.* Prepared by the Lower Colorado Region State – Federal Interagency Group for the Pacific Southwest Inter-agency Committee, Water Resources Council. Washington D.C. June.

Pacific Southwest Inter-agency Committee. 1971b. *Comprehensive Framework Study, Upper Colorado Region.* Prepared by the Upper Colorado Region State – Federal

Interagency Group for the Pacific Southwest Inter-agency Committee, Water Resources Council. Washington D.C. June.

Timpe, C. and Scheepers, M.J.J. 2003. *SUSTELNET: A Look into the Future: Scenarios for Distributed Generation in Europe.*

Stephens, J, and Stewart, E. circa 1960. *A Comparison of Procedures for Computing Evaporation and Evapotranspiration.* International Association of Hydrologic Sciences, available at: http://iahs.info/redbooks/a062/iahs_062_0123.pdf

# Disclaimer

The Colorado River Basin Water Supply and Demand Study (Study) is funded jointly by the Bureau of Reclamation (Reclamation) and the seven Colorado River Basin States (Basin States). The purpose of the Study is to analyze water supply and demand imbalances throughout the Colorado River Basin and those adjacent areas of the Basin States that receive Colorado River water through 2060; and develop, assess and evaluate options and strategies to address the current and projected imbalances.

Reclamation and the Basin States intend that this Study will promote and facilitate cooperation and communication throughout the Basin regarding the reliability of the system to continue to meet Basin needs and the strategies that may be considered to ensure that reliability. Reclamation and the Basin States recognize the Study will have to be constrained by funding, timing and technological and other limitations, which may present specific policy questions and issues, particularly related to modeling and interpretation of the provisions of the Law of the River during the course of the Study. In such cases, Reclamation and the Basin States will develop and incorporate assumptions to further complete the Study. Where possible, a range of assumptions will typically be used to identify the sensitivity of the results to those assumptions.

Nothing in the Study, however, is intended for use against any Basin State, the Federal government or the Upper Colorado River Commission in administrative, judicial or other proceedings to evidence legal interpretations of the law of the river. As such, assumptions contained in the Study or any reports generated during the Study do not, and shall not, represent a legal position or interpretation by the Basin States, Federal government or Upper Colorado River Commission as it relates to the law of the river.  Furthermore, nothing in this Study is intended to, nor shall this Study be construed so as to, interpret, diminish or modify the rights of any Basin State, the Federal government, or the Upper Colorado River Commission under federal or state law or administrative rule, regulation or guideline, including without limitation the Colorado River Compact, (45 Stat. 1057), the Upper Colorado River Basin Compact (63 Stat. 31), the Utilization of Waters of the Colorado and Tijuana Rivers and of the Rio Grande, Treaty Between the United States of America and Mexico (Treaty Series 994, 59 Stat. 1219), the United States/Mexico agreement in Minute No. 242 of August 30, 1973, (Treaty Series 7708; 24 UST 1968) or Minute No. 314 of November 26, 2008, or Minute No. 318 of December 17, 2010, the Consolidated Decree entered by the Supreme Court of the United States in Arizona v. California (547 U.S 150 (2006)), the Boulder Canyon Project Act (45 Stat. 1057), the Boulder Canyon Project Adjustment Act (54 Stat. 774; 43 U.S.C. 618a), the Colorado River Storage Project Act of 1956 (70 Stat. 105; 43 U.S.C. 620), the Colorado River Basin Project Act of 1968 (82 Stat. 885; 43 U.S.C. 1501), the Colorado River Basin Salinity Control Act (88 Stat. 266; 43 U.S.C. 1951), the Hoover Power Plant Act of 1984 (98 Stat. 1333), the Colorado River Floodway Protection Act (100 Stat. 1129; 43 U.S.C. 1600), or the Grand Canyon Protection Act of 1992 (Title XVIII of Public Law 102-575, 106 Stat. 4669). Reclamation and the Basin States continue to recognize the entitlement and right of each State under existing law to use and develop the water of the Colorado River system.[14]

---

[14] Reclamation and the Basin States have exchanged letters and are in the process of amending the Contributors' funding agreement to, among other things, document and clarify the intent of the Parties consistent with the above disclaimer.

# Appendix 1
# Plan of Study

# Appendix 1—Plan of Study

*Note: This document was originally published with two attachments which are not included in this appendix.*

## 1.0    Introduction

The Bureau of Reclamation's Upper Colorado and Lower Colorado Regions (UC and LC Regions), in collaboration with representatives of the seven Colorado River Basin States (Basin States), submitted a proposal in June 2009 to fund the "Colorado River Basin Water Supply and Demand Study" (Study) under the Basin Study Program (Program).  In September 2009, the Study was selected for funding under the Program.  The estimated total cost of the Study is $2 million, with an equal cost-share of 50 percent by Reclamation and 50 percent by agencies in the Basin States (the non-Federal Cost-Share Partners).  The Study will be conducted over a period of two years, beginning in January 2010.

This Plan of Study contains:  the Study's purpose and objectives; a description of the Study management structure; a description of the major phases of the Study and a breakdown of the major tasks in each phase; a plan for public involvement throughout the Study (Attachment 1); and the June 2009 proposal (Attachment 2).

## 2.0    Study Purpose & Objectives

The purpose of the Study is to conduct a comprehensive study to define current and future imbalances in water supply and demand in the Colorado River Basin (Basin) and the adjacent areas of the Basin States that receive Colorado River water for approximately the next 50 years, and to develop and analyze adaptation and mitigation strategies to resolve those imbalances.

The Study will characterize current and future water supply and demand imbalances in the Basin and assess the risks to Basin resources.  Resources include water allocations and deliveries consistent with the apportionments under the Law of the River[1]; hydroelectric power generation; recreation; fish, wildlife, and their habitats (including candidate, threatened, and endangered species); water quality including salinity; flow and water dependent ecological systems; and flood control.  Specific objectives of the Study include:

- Characterization of the current water supply and demand imbalances in the Basin including the assessment of the risks to Basin resources from historical climate variability.

- Characterization of future water supply and demand imbalances under varying water supply and demand conditions in the Basin including the assessment of the risks to Basin resources from possible future impacts of climate change.

- Identification of potential strategies and options to resolve Basin-wide water supply and demand imbalances including:

---

[1] The treaties, compacts, decrees, statutes, regulations, contracts and other legal documents and agreements applicable to the allocation, appropriation, development, exportation and management of the waters of the Colorado River Basin are often referred to as the Law of the River.  There is no single, universally agreed upon definition of the Law of the River, but it is useful as a shorthand reference to describe this longstanding and complex body of legal agreements governing the Colorado River.

- o Modifications to the operating guidelines or procedures of water supply systems;

- o Modifications to existing facilities and development of new facilities;

- o Modifications to existing water conservation and management programs and development of new programs;

- o Modifications to existing water supply enhancement programs and development of new programs; and

- o Other structural and non-structural solutions.

- Identification of potential legal and regulatory constraints and analysis of potential impacts to water users and Basin resources for the strategies and options considered.

- Prioritization of identified strategies and options and the recommendation for potential future actions, including feasibility studies, Congressional authorization, environmental compliance activities, demonstration programs, and/or implementation as appropriate.

# 3.0   Study Management

Management of the Study by the UC and LC Regions and the non-Federal Cost-Share Partners will be accomplished as described in the following sections.

## 3.1   Co-Study Managers

One Co-Study Manager will be designated from Reclamation and one Co-Study Manager will be designated from the Non-Federal Cost Share Partners. The Co-Study Managers will sit on and lead the Steering Team.

## 3.2   Steering Team

The Steering Team will steer and guide the efforts of the Project Team such that the objectives of the Study are met in an effective, efficient manner, and within the Study's financial and time constraints. The Steering Team will be comprised of one member from the UC Region, one member from the LC Region, one member from each Basin State, and one member from the Upper Colorado River Commission, for a total of 10 members.

## 3.3   Project Team

The Project Team will ensure that the tasks that relate to the Study are completed in a cost-effective, timely manner and are technically sound. Members of the Project Team provide the expertise, experience, and knowledge that relate to the Study's scope and objectives. Members include staff from the UC and LC Regions, staff from the non-Federal Cost-Share Partners, and staff from other entities who may be contracted to provide specific information, knowledge, and support. The Co-Study Managers will lead the Project Team.

## 3.4   Sub-Teams

Various Sub-Teams will be formed as needed to perform specific tasks. Sub-Team members provide specific expertise required to perform those tasks. Members are comprised of Project

Team members, additional staff from the UC and LC Regions and the non-Federal Cost-Share Partners, and staff from contracted entities.  Membership may also include representatives from other groups with a particular expertise sought by the Sub-Team.

## 3.5    Reclamation Management Structure

To facilitate Reclamation's oversight responsibilities and internal coordination, the proposed Study management structure includes a Reclamation Oversight Team (Oversight Team) and a Reclamation Study Team (Study Team).  The Oversight Team provides oversight for the Study and will guide the efforts of the Study Team to ensure that the objectives of the Study are met within the financial and time constraints.  Members of the Oversight Team are the Regional Directors of the UC and LC Regions and a senior member of the Office of Policy and Administration in Denver.  Members of the Study Team include key staff from the UC and LC Regions.

# 4.0    Study Schedule, Phases, & Products

The Study will be technically oriented, incorporating information from the latest science, engineering technology, climate models, and innovations.  The level of analysis of the strategies and options will be similar to an appraisal-level study to assist in justifying and preparing feasibility studies, Congressional authorization, environmental compliance activities, demonstration programs, and/or implementation as appropriate.

## 4.1    Schedule

The Study will be conducted over a period of two years, beginning in January 2010.  The Study will consist of four major phases:  Water Supply Assessment, Water Demand Assessment, System Reliability Analysis, and Development and Evaluation of Opportunities for Balancing Supply and Demand.  The projected timeline for these phases is provided in Figure 1.  The projected Study milestones are listed in Table 1.

**FIGURE 1**
Projected Study Timeline

**TABLE 1**
Projected Study Milestones

| Milestone | Deliverable Description |
|---|---|
| September 2010 | Report describing findings from current and future water supply assessment |
| September 2010 | Report describing findings from current and future water demand assessment |
| April 2011 | Report describing findings from system reliability analysis |
| August 2011 | Report describing findings of opportunities analysis |
| October 2011 | Draft Study report and appendices available for review |
| December 2011 | Final Study report and appendices complete |

Development and review of the draft and final Study report will follow the completion of the fourth milestone as shown above.

## 4.2    Phases

Table 2 provides the tasks and sub-tasks associated with the major Study phases.

**TABLE 2**
Overview of Study Phases

| |
|---|
| **Phase 1. Water Supply Assessment.** Assess the quantity and location of current and future water supplies throughout the Basin, including the potential effects of climate variability and climate change. Major tasks and sub-tasks include: |
| 1.1     Review & Select Methods to Estimate Current Supply<br>       1.1.1    Historic Observed Record<br>       1.1.2    Paleo Record<br>1.2     Review & Select Methods to Project Future Supply<br>1.3     Conduct Assessment of Current Supply<br>1.4     Conduct Assessment of Future Supply<br>1.5     Enhance Modeling Capability as Needed to Incorporate Methods to Project Future Supply<br>1.6     Conduct Sensitivity Analysis of Selected Methods to Project Future Supply<br>1.7     Prepare Draft Interim Report<br>1.8     Peer Review Report<br>1.9     Prepare & Publish Interim Report |
| **Phase 2. Water Demand Assessment.** Assess the quantity and location of current and future water demands, including the potential effects of climate variability and climate change. Major tasks and sub-tasks include: |
| 2.1     Review & Select Methods to Estimate Current Demands<br>2.2     Review & Select Methods to Project Future Demands<br>2.3     Conduct Assessment of Current Demands<br>2.4     Assessment of Future Demands<br>       2.4.1    Update State Demand Projections |

**TABLE 2**
Overview of Study Phases

|  |  |
|---|---|
| | 2.4.2    Analyze Temperature Effects on Projected Use |
| 2.5 | Enhance Modeling Capability to Better Represent Future Demands |
| | 2.5.1    Reservoir Evaporation |
| 2.6 | Prepare Draft Interim Report |
| 2.7 | Peer Review Report |
| 2.8 | Prepare & Publish Interim Report |

**Phase 3.  System Reliability Analysis.**  Assess the capability of existing and proposed infrastructure and operations to meet future demands and water supply challenges.  This analysis will include an assessment of the operational risk and reliability of the system currently and in the future.  System reliability will be determined by describing the quantity and locations of supply/demand imbalances currently and in the future.  Scenarios for baseline and future water supply and demand will be determined in Phases 1 and 2.  Evaluate effectiveness of opportunities identified in Phase 4 in resolving imbalances.  Major tasks and sub-tasks include:

|  |  |
|---|---|
| 3.1 | Identify Model & System Reliability Metrics |
| 3.2 | Determine Baseline System Reliability |
| | 3.2.1    Determine Baseline Scenario Modeling Assumptions |
| | 3.2.2    Prepare Model to Simulate Baseline Scenario |
| | 3.2.3    Perform Model Simulations |
| | 3.2.4    Synthesize & Analyze Model Results |
| | 3.2.5    Summarize Model Results |
| 3.3 | Project Future System Reliability |
| | 3.3.1    Determine Future Scenario Modeling Assumptions |
| | 3.3.2    Prepare Model to Simulate Future Scenarios |
| | 3.3.3    Perform Model Simulations |
| | 3.3.4    Synthesize & Analyze Model Results |
| | 3.3.5    Determine Modeling Assumptions for Supply/Demand Opportunities |
| | 3.3.6    Prepare Model to Simulate Future Conditions Under Supply/Demand Opportunities |
| | 3.3.7    Perform Model Simulations with Supply/Demand Opportunities |
| | 3.3.8    Synthesize & Analyze Model Results |
| 3.4 | Prepare Draft Interim Report |
| 3.5 | Peer Review Report |
| 3.6 | Prepare & Publish Interim Report |

**Phase 4.  Development & Evaluation of Opportunities for Balancing Supply & Demand.**  Identify and quantify potential opportunities to address imbalances in supply and demand in order to best meet future challenges.  This analysis will include the identification and development of both structural and non-structural opportunities.  As opportunities are refined, an iterative modeling process will be used to determine future system reliability under conditions where selected opportunities are assumed to be developed and/or implemented.  Opportunities include but are not limited to:  operational changes, legal and institutional changes, water conservation and efficiency, land fallowing and retirement, conjunctive use, upgrades, rehabilitation or replacement of existing facilities, water recycling and reuse, desalination, development of new conveyance and storage facilities, weather modification, vegetation management, dust abatement efforts, groundwater remediation, urban runoff management, and importation projects.  Major tasks and sub-tasks include:

|  |  |
|---|---|
| 4.1 | Develop Opportunities |
| | 4.1.1    Identify Opportunities |
| | 4.1.2    Determine Preliminary Opportunities for Evaluation |
| | 4.1.3    Analyze Opportunities (Preliminary) |

**TABLE 2**
Overview of Study Phases

| | | |
|---|---|---|
| 4.2 | Evaluate & Refine Opportunities | |
| | 4.2.1 | Technical Feasibility |
| | 4.2.2 | Uniform Cost Comparison |
| | 4.2.3 | Environmental Impacts/Permitting Requirements |
| | 4.2.4 | Economic and Socioeconomic Impacts |
| | 4.2.5 | Legal and Public Policy Considerations |
| | 4.2.6 | Risk and Uncertainty |
| | 4.2.7 | Others |
| | 4.2.8 | Assessment of Effectiveness |
| | 4.2.9 | Potential Yield |
| | 4.2.10 | Timeframe for Implementation |
| | 4.2.11 | Agreements or Partnerships Needed |
| | 4.2.12 | Cost Allocation |
| | 4.2.13 | Siting |
| 4.3 | Finalize Opportunities | |
| | 4.3.1 | Determine Ability of Opportunities to Resolve Imbalances |
| 4.4 | Prepare Draft Interim Report | |
| 4.5 | Peer Review Report | |
| 4.6 | Prepare & Publish Interim Report | |

Figure 2 illustrates the information transfer and coordination of tasks in the four major phases of the Study.

**FIGURE 2**
Flowchart of Major Study Phases



The first coordination occurs between Phases 1 and 2 and Phase 3 where the identification of the system reliability metrics in Task 3.1, in terms of spatial and temporal scale, depend upon the methods selected to project future supply and demand in Task 1.2 and Task 2.2. Baseline and future system reliability in Task 3.2 and Task 3.3, respectively, is determined based on the results of the assessment of current and future water supply and demand conditions in Task 1.3 (and Task 2.3) and Task 1.4 (and Task 2.4).

In Task 4.1, opportunities to resolve supply/demand imbalance will be identified considering the results of the projections of future system reliability in Tasks 3.3.1-3.3.4. The evaluation and refinement of those opportunities in Task 4.2 will be accomplished through re-projecting future system reliability under the identified opportunities in Tasks 3.3.5-3.3.8. After several iterations consisting of refining opportunities and projecting system reliability to determine the opportunities' performance, opportunities will be finalized in Task 4.3.

## 4.3    Products

The primary products of the Study will be interim written reports to be integrated into a final report that will include the following elements:

- Assessment of quantity and location of existing and future water supplies and demands throughout the Basin, including the potential effects of climate variability and climate change,

- Assessment of efforts currently being undertaken to reduce supply and demand imbalances throughout the Basin,

- Analysis of supply and demand relationships and quantification of imbalances in specific locations throughout the Basin,

- Development and evaluation of options for balancing supply and demand,

- Findings and recommendations,

- Description of methods and research processes, including assumptions, models and data used in the Study, and

- Description of stakeholder involvement.

Other expected outcomes include the identification of collaborative strategies through the Study's stakeholder involvement process.

## 4.4    Public Involvement Plan

A Public Involvement Plan has been developed to ensure that all stakeholders in the Basin as well as the general public are informed and their input is sought and considered throughout the Study.  The Public Involvement Plan is provided in Attachment 1.

# Appendix 2
# Steering Team, Project Team, and Study Team Members

# Appendix 2 — Steering Team, Project Team, and Study Team Members

Steering Team, Project Team, and Study Team members as of May 1, 2011 are denoted by "X"s in Table 1.

TABLE 1
Team Members

| Name | Organization | Steering Team Member | Project Team Member | Study Team Member |
|------|--------------|:----:|:----:|:----:|
| Abbas AmirTeymoori | Colorado River Board of California | | X | |
| Pam Adams | Bureau of Reclamation | | X | X |
| Perri Benemelis | Arizona Department of Water Resources | X | X | |
| John Carter | Imperial Irrigation District | | X | |
| Chuck Cullom | Central Arizona Project | | X | |
| Amy Cutler | Bureau of Reclamation | | X | X |
| Martin Einert | Power Services | | X | X |
| Kevin Flanigan | New Mexico Interstate Stream Commission | | X | |
| Kathy Freas | CH2M HILL | | X | X |
| Terry Fulp | Bureau of Reclamation | X | X | X |
| Greg Gates | CH2M HILL | | X | X |
| Don Gross | Arizona Department of Water Resources | | X | |
| Amy Haas | New Mexico Interstate Stream Commission | | X | |
| Chris Harris | Colorado River Board of California | X | X | |
| Bill Hasencamp | Metropolitan Water District of Southern California | | X | |
| Deanna Ikeya | Arizona Department of Water Resources | | X | |
| Carly Jerla | Bureau of Reclamation | | X | X |
| Bob Johnson | Water Consult Engineering and Planning Consultants | | X | |
| Dave Kanzer | Colorado River Water Conservation District | | X | |
| Mike King | Imperial Irrigation District | | X | |

COLORADO RIVER BASIN WATER SUPPLY AND DEMAND STUDY

**TABLE 1**
Team Members

| Name | Organization | Steering Team Member | Project Team Member | Study Team Member |
|------|--------------|----------------------|---------------------|-------------------|
| Robert King | Utah Division of Water Resources | X | X | |
| Ted Kowalski | Colorado Water Conservation Board | X | X | |
| Les Lampe | Black & Veatch | | X | X |
| Estevan Lopez | New Mexico Interstate Stream Commission | X | X | |
| Tom Maher | Southern Nevada Water Authority | | X | |
| Jan Matusak | Metropolitan Water District of Southern California | | X | |
| Bruce Moore | Southern Nevada Water Authority | | X | |
| Armin Munévar | CH2M HILL | | X | X |
| Don Ostler | Upper Colorado River Commission | X | X | |
| Colby Pellegrino | Southern Nevada Water Authority | | X | |
| Demetri Polyzos | Metropolitan Water District of Southern California | | X | |
| James Prairie | Bureau of Reclamation | | X | X |
| Bennet Raley | Front Range Water Council | | X | |
| Halla Razak | San Diego County Water Authority | | X | |
| Klint Reedy | Black & Veatch | | X | X |
| Bill Rinne | Southern Nevada Water Authority | X | X | |
| John Shields | Wyoming State Engineer's Office | X | X | |
| Bill Swan | Imperial Irrigation District | | X | |
| David Trueman | Bureau of Reclamation | X | X | X |
| Erin Wilson | LRE Water | | X | |

# Appendix 3
# Public Involvement Plan

# Appendix 3—Public Involvement Plan

*Note: This document was originally published as an appendix to the Plan of Study.*

## 1.0 Introduction

The Colorado River Basin Water Supply and Demand Study (Study) has been selected to be one of three, two-year studies funded through the Bureau of Reclamation's Basin Study Program. The Study will provide a comprehensive analysis of current and future imbalances in water supply and demand projected through 2060 in the Colorado River Basin (Basin) and the adjacent areas of the Basin States (Arizona, California, Colorado, Nevada, New Mexico, Utah and Wyoming) that receive Colorado River water; potential impacts of climate variability and climate change on water supply and demand; and potential adaptation and mitigation strategies and options to resolve those imbalances. A primary objective of the Study is prioritization of identified strategies and options and the recommendation for potential future feasibility studies, Congressional authorization, environmental compliance activities, demonstration programs, and/or implementation.

The Study is cost-shared on a 50/50 basis between the Study partners: Reclamation (the Federal Cost-Share Partner) and agencies in the Basin States (the non-Federal Cost-Share Partners). Because the Colorado River Basin spans two Reclamation regions, Reclamation is represented by both the Upper Colorado Regional Office and the Lower Colorado Regional Office.

The Study partners will facilitate public involvement to solicit and incorporate stakeholder input throughout the study. This Public Involvement Plan (PIP) provides the framework for that effort.

## 2.0   Approach

Several communication methods will be employed to effectively maintain communication with all interested stakeholders and to provide, seek, and receive information. A response will be provided for all comments received. All information received regarding technical aspects of the Study will be considered and feedback regarding that consideration will be provided.

All outreach materials, information received, and feedback provided will be archived in a centralized electronic filing system. As the Study progresses, the effectiveness of the public involvement will be assessed periodically and adjustments will be made as necessary to ensure that appropriate communication and feedback is occurring.

## 3.0   Communication Methods

Effective communication is essential for the ongoing success of the Study. The methods of communication that will be used to disseminate information and accept input during the course of the Study include the following:

- Study website will be maintained to provide up-to-date, on-line information;

- E-mail address will be established to facilitate communication electronically;

- Facsimile (fax) telephone number will be established to allow communication by fax;

- Points-of-contact will be established in the Upper Colorado and the Lower Colorado Regions to facilitate additional information exchange;

- News releases and informational mailings will be provided as appropriate;

- Mailing list will be established and maintained to ensure that all interested stakeholders receive information;

- Public meetings will be held at strategic points throughout the Study; and

- Additional meetings with interested stakeholders groups will be held as appropriate.

Additional information on each of these methods is provided below.

## 4.0   Web Site

Reclamation's Study web site will be used to post up-to-date information.  Web site content will be updated periodically, particularly at major milestones and prior to public meetings.  In addition, the web site will be used as a tool for soliciting input from stakeholders.  The following web page will be available no later than January 8, 2010: http://www.usbr.gov/lc/region/programs/crbstudy.html.

## 5.0   E-mail

Reclamation has established a Study e-mail address to disseminate information regarding the Study and to receive input.  The Study e-mail address is: ColoradoRiverBasinStudy@usbr.gov.

## 6.0   Facsimile

Input may also be submitted by facsimile at:  702-293-8156.

## 7.0   Points-of-Contact

For additional information, questions, or comments on the Study, Reclamation has designated two Study Points of Contact:

Lower Colorado Region:  Amber Cunningham at 702-293-8472 or ColoradoRiverBasinStudy@usbr.gov

Upper Colorado Region:  Deborah Lawler at 801-524-3685 or ColoradoRiverBasinStudy@usbr.gov.

## 8.0   News Releases and Informational Mailings

News releases and other informational mailings will occur near major milestones throughout the Study to inform stakeholders and the public of the Study status, provide opportunities for input, and provide meeting information including dates and locations of the public meetings.

## 8.1    Mailing List

Informational mailings will be sent to interested stakeholders on the Study mailing list (either physically, electronically, or both).  During each informational mailing, the recipient will be asked if he or she would like to remain on the list.  Individuals will be added to the mailing list when requested through the Study e-mail address or through attendance at a public meeting captured on the sign-in sheet.  An initial mailing will be made in January 2010 to a list of Colorado River stakeholders who were involved in similar prior studies.

## 8.2    Public Meetings

Public meetings will be held at strategic points throughout the Study, beginning with an initial meeting in the spring of 2010.   Additionally, prior to completion of each Study phase, public meetings will be held to provide a summary of the results of the previous phase and to seek comments on the upcoming phase of the Study, thereby allowing consideration of information and suggestions by the public for incorporation in the Study.

Four public meetings are currently envisioned as follows:

1. *Targeted for March 2010* - Meeting to discuss the Study objectives, structure, schedule, PIP, the proposed approach for Phase 1 (assessment of current and future water supply), and Phase 2 (assessment of current and future water demand);

2. *Targeted for September 2010* – Meeting to discuss the results of Phases 1 and 2 and the proposed approach for Phase 3 (analysis of the current and future system reliability);

3. *Targeted for April 2011* – Meeting to discuss the results of Phase 3 and the proposed approach for Phase 4 (analysis of strategies and options for resolving supply/demand imbalances); and

4. *Targeted for August 2011* – Meeting to discuss the results of Phase 4.

## 8.3    Additional Meetings with Interested Stakeholder Groups

During the course of the Study, additional meetings may be held with interested stakeholder groups to solicit additional input, expertise, data, and information.  As appropriate, representatives of interested stakeholder groups may participate in specific Study tasks to facilitate incorporation of such input into the Study.

Interested stakeholder groups may include, but are not limited to Federal agencies, Native American Tribes and communities, water districts, scientific research groups, hydropower agencies and other representatives of the energy industry, environmental groups, and representatives of the recreational industry.  An initial mailing will be made in January 2010 to a list of interest groups who were involved in similar prior studies to gage their interest and capability for participating in the Study.  Other interest groups are encouraged to provide their contact information via one of the communication methods listed above.

# Appendix 4
# Outreach Activities

# Appendix 4—Outreach Activities

This appendix presents a chronology of stakeholder outreach activities conducted for the Colorado River Basin Water Supply and Demand Study as of January 31, 2011. The activities consisted of meetings held at locations convenient to stakeholder groups, Webinars transmitted on the Internet, and telephone conference calls as shown in Table 1.

TABLE 1
Stakeholder Outreach Events Conducted for Basin Study as of January 31, 2011

| Meeting Date | Participant | Location | Mtg Type |
|---|---|---|---|
| 3/31/2010 | NGO Collaborative - Defenders of Wildlife, Environmental Defense Fund, The Nature Conservancy, Pacific Institute, Sonoran Institute, Trout Unlimited, Western Resource Advocates | Boulder, CO | Meeting |
| 5/3/2010 | NGO Collaborative - Defenders of Wildlife, Environmental Defense Fund, Pacific Institute, Sonoran Institute, The Nature Conservancy, Trout Unlimited, Western Resource Advocates | | Conference Call |
| 5/25/2010 | Quechan Indian Tribe, Navajo Nation, Southern Ute Indian Tribe | | Webinar |
| 5/26/2010 | Hualapai Tribal Nation, Bureau of Indian Affairs - Colorado River Agency | Parker, AZ | Meeting |
| 5/27/2010 | Navajo Nation | Window Rock, AZ | Meeting |
| 5/27/2010 | Fort McDowell Yavapai Nation, Inter Tribal Council of Arizona | Phoenix, AZ | Meeting |
| 6/16/2010 | WestCAS Annual Conference | Pacific Beach, CA | Conference |
| 6/17/2010 | U.S. Fish and Wildlife Service | | Webinar |
| 6/23/2010 | Bureau of Land Management | Salt Lake City, UT | Meeting |
| 6/24/2010 | Western States Water Council, Western Governors' Association | | Webinar |
| 6/25/2010 | National Park Service | Las Vegas, NV | Meeting |
| 6/30/2010 | Western Area Power Administration, Salt River Project | Boulder City, NV | Meeting/ Webinar |
| 7/9/2010 | NGO Collaborative - Defenders of Wildlife, Environmental Defense Fund, The Nature Conservancy, Sonoran Institute, Trout Unlimited, Western Resource Advocates | | Webinar |
| 7/15/2010 | Bureau of Land Management | Denver, CO | Meeting |
| 7/27/2010 | NGO Collaborative - Defenders of Wildlife, Environmental Defense Fund, The Nature Conservancy, Pacific Institute, Sonoran Institute, Trout Unlimited, Western Resource Advocates | | Webinar |

COLORADO RIVER BASIN WATER SUPPLY AND DEMAND STUDY

TABLE 1
Stakeholder Outreach Events Conducted for Basin Study as of January 31, 2011

| Meeting Date | Participant | Location | Mtg Type |
|---|---|---|---|
| 7/29/2010 | Fort McDowell Yavapai Nation Tribe | | Conference Call |
| 7/30/2010 | NGO Collaborative - Defenders of Wildlife, Environmental Defense Fund, The Nature Conservancy, Sonoran Institute, Western Resource Advocates | | Webinar |
| 8/5/2010 | Hualapai Tribal Nation | Boulder City, NV | Meeting |
| 8/10/2010 | Colorado River Fish and Wildlife Council | Saratoga, WY | Meeting |
| 8/11/2010 | Ute Indian Tribe of the Uinta & Ouray Reservation | Boulder, CO | Meeting |
| 8/18/2010 | NGO Collaborative -  Defenders of Wildlife, Environmental Defense Fund, Trout Unlimited | | Webinar |
| 8/19/2010 | Jicarilla Apache Nation, Ute Mountain Ute Tribe, Southern Ute Indian Tribe | Durango, CO | Meeting |
| 8/19/2010 | NGO Collaborative - Sonoran Institute, Trout Unlimited, Western Resource Advocates | | Webinar |
| 8/23/2010 | U.S.  Environmental Protection Agency | | Webinar |
| 9/1/2010 | NGO Collaborative - Environmental Defense Fund, The Nature Conservancy | | Conference Call |
| 9/3/2010 | U.S.  Geological Survey | Denver, CO | Meeting |
| 9/21/2010 | Hualapai Tribal Nation | Peach Springs, AZ | Meeting |
| 9/23/2010 | Colorado River Basin Study Public Meeting | | Webinar |
| 10/5/2010 | Colorado Water Conservation Board | Denver, CO | Meeting |
| 10/5/2010 | Denver Water | Denver, CO | Meeting |
| 10/6/2010 | Irrigation and Electrical Districts Association of Arizona | | Conference Call |
| 10/7/2010 | Front Range Water Council | Denver, CO | Meeting |
| 10/8/2010 | Inter Tribal Council of Arizona | Phoenix, AZ | Meeting |
| 10/20/2010 | Virgin River Watershed Conference | Mesquite, NV | Conference |
| 10/28/2010 | Wyoming Water Association | Laramie, WY | Meeting |
| 10/29/2010 | Front Range Water Council | Denver, CO | Meeting |
| 11/1/2010 | NGO Collaborative - Environmental Defense Fund, The Nature Conservancy, Trout Unlimited, Western Resource Advocates | | Conference Call |
| 11/1/2010 | NGO Collaborative - Defenders of Wildlife, Environmental Defense Fund, The Nature Conservancy, Western Resource Advocates | | Webinar |
| 12/30/2010 | Layne Hydro | | Conference Call |

**TABLE 1**
Stakeholder Outreach Events Conducted for Basin Study as of January 31, 2011

| Meeting Date | Participant | Location | Mtg Type |
|---|---|---|---|
| 1/18/2011 | NGO Collaborative - Defenders of Wildlife, Environmental Defense Fund, Hydros Consulting, The Nature Conservancy, Pacific Institute, Sonoran Institute, Trout Unlimited, Water Balance Consulting, Western Resource Advocates | Boulder, CO | Meeting |
| 1/27/11 | American Meteorological  Society | Seattle, WA | Meeting |
| 1/28/11 | Tribal Leaders Water Policy Council of the Inter Tribal Council of Arizona | Tempe, AZ | Meeting |

# UNDERSTANDING UNCERTAINTIES IN FUTURE COLORADO RIVER STREAMFLOW

by Julie A. Vano, Bradley Udall, Daniel R. Cayan, Jonathan T. Overpeck, Levi D. Brekke, Tapash Das, Holly C. Hartmann, Hugo G. Hidalgo, Martin Hoerling, Gregory J. McCabe, Kiyomi Morino, Robert S. Webb, Kevin Werner, and Dennis P. Lettenmaier

A synthesis of studies on Colorado River streamflow projections that examines methodological and model differences and their implications for water management.

The Colorado River is the primary water source for more than 30 million people in seven rapidly growing, mostly arid American states and Mexico. The Colorado River water supply system, which consists of two large reservoirs (Lakes Mead and Powell) and numerous smaller reservoirs, is already stressed because of growing water demand and an ongoing drought that is outside the historical norm of twentieth-century climate variability (Fulp 2005; USBR 2011a). Concerns have been voiced that this recent prolonged drought could be a harbinger of a permanent shift to a drier climate (Seager et al. 2007; Barnett and Pierce 2008, 2009; Overpeck and Udall 2010; Cayan et al. 2010; USBR 2011a, among others).

Numerous studies of the Colorado River basin's hydroclimate provide evidence for increased drying, although each study (Fig. 1; Table 1) has its own



Studies using various approaches:
1. Seager et al. 2007; Seager et al. 2013
2. Milly et al. 2005
3. Christensen et al. 2004; Christensen and Lettenmaier, 2007; Cayan et al. 2010; USBR 2011a
4. Gao et al. 2011; Rasmussen et al. 2011
5. Gao et al. 2012
6. Hoerling and Eischeid 2007
7. Cook et al. 2004
8. Woodhouse et al. 2006; McCabe and Wolock 2007; Meko et al. 2007; USBR 2011a

Abbreviations:
GCM – Global Climate Model
RCM – Regional Climate Model
PDSI – Palmer Drought Severity Index
P – Precipitation
T – Temperature
R – Runoff
E – Evaporation
S. downscaling – statistical downscaling

Fig. 1. Approaches to generating future projections. Dotted lines indicate possible future studies. Land surface models (LSMs) are often incorporated into GCMs and RCMs, or they can be run (usually after downscaling) offline, in which case they use output from climate models (e.g., precipitation, temperature, wind speed) and essentially serve as macroscale hydrology models. Paleoclimate data can also be used to evaluate and improve how GCMs simulate historical climate.

unique approach and results. Seager et al. (2007, p. 1181) summarize global climate model (GCM) results for the western United States, which they state indicate that "this region [the southwestern United States] will dry in the 21st century and that the transition to a more arid climate should already be under way." These results, when extracted for the Colorado River basin, which we do in comparisons below, show reductions in runoff of approximately 19% by the mid-twenty-first century, although Seager and Vecchi (2010) subsequently argued for the need for higher-resolution modeling to better represent the role of complex topography of the Colorado River headwaters in future climate projections. Other studies using offline simulation methods also indicate drying with magnitudes of runoff decline that vary widely from as little as 6% (Christensen and Lettenmaier 2007, hereafter C&L) to as much as 45% (Hoerling and Eischeid 2007) by midcentury.

Despite indications of consensus of climate models regarding future drying (e.g., NRC 2011), there is still considerable variability in future climate projections—for instance, one-third of 112 future climate projections from a set of Intergovernmental Panel on Climate Change (IPCC) Fourth Assessment Report (AR4) phase 3 of the Coupled Model Intercomparison Project (CMIP3) GCM projections investigated by the USBR (2011a) show no change or increases in Colorado River streamflow, a number that varies depending on the GCMs and emission scenarios used (Harding et al. 2012). Furthermore, more recent work based on regional climate models (RCMs), rather than GCMs, suggests that the sensitivities of streamflow to climate change may be somewhat less in RCMs than GCMs because of the inability of GCMs to represent the high-elevation runoff source areas for the Colorado River. These RCM scenarios also mostly suggest reductions in twenty-first-century Colorado River discharge (2040–69 relative to 1970–99), as do their related GCMs (Gao et al. 2011).

A sensitivity study by Das et al. (2011) suggests that among the major western U.S. river basins, reductions in discharge caused by warming would be largest in the Colorado River basin. This can be explained by the fact that the semiarid Colorado basin yields a relatively small increment of runoff relative to the precipitation it receives. Any increase in evapotranspiration, from warmer temperatures or shifts in seasonality, produces a larger percentage loss in the amount left for runoff in the Colorado basin compared to more humid river basins. Also unique to the Colorado basin is the size of its reservoirs relative to annual streamflow, with total storage relative to annual inflow ratios of over 4 (vs about 0.3 in the Columbia River basin, for example). Therefore, for the basin as a whole, water management implications of runoff change are controlled by annual rather than shorter period discharge volumes, which is fundamentally different than other major reservoir systems. Our analysis, therefore, focuses on annual, not seasonal, changes. This large ratio and current water demands also indicate that adding additional reservoirs will likely not improve basin water supply or water management (Burges 1991).

Collectively, the uncertainties among studies have stimulated an interesting scientific debate, but to many practitioners this appears to be a tangle of conflicting predictions. This poses a serious impediment to water managers, who are faced with securing an adequate water supply in the region. The obvious questions to scientists from the water management community are these: Why is there such a wide range

**AFFILIATIONS:** Vano and Lettenmaier—Department of Civil and Environmental Engineering, University of Washington, Seattle, Washington; Udall—Western Water Assessment, University of Colorado Boulder, Boulder, Colorado; Cayan—Division of Climate, Atmospheric Sciences, and Physical Oceanography, Scripps Institution of Oceanography, and U.S. Geological Survey, La Jolla, California; Das* and Hidalgo®—Division of Climate, Atmospheric Sciences, and Physical Oceanography, Scripps Institution of Oceanography, La Jolla, California; Overpeck—Institute of the Environment, The University of Arizona, Tucson, Arizona; Brekke—U.S. Bureau of Reclamation, Denver, Colorado; Hartmann—Arid Lands Information Center, The University of Arizona, Tucson, Arizona; Hoerling and Webb—NOAA Earth System Research Laboratory, Boulder, Colorado; McCabe—U.S. Geological Survey, Denver, Colorado; Morino—Laboratory of Tree-Ring Research, The University of Arizona, Tucson, Arizona; Werner—National Weather Service, Colorado Basin River Forecast Center, Salt Lake City, Utah
*CURRENT AFFILIATIONS: Das—CH2M Hill, San Diego, California; Hidalgo—School of Physics, University of Costa Rica, San José, Costa Rica
**CORRESPONDING AUTHOR:** Dennis Lettenmaier, Department of Civil and Environmental Engineering, University of Washington, Box 352700, Seattle, WA 98195-2700
E-mail: dennisl@uw.edu

The abstract for this article can be found in this issue, following the table of contents.
DOI:10.1175/BAMS-D-12-00228.1

A supplement to this article is available online (10.1175/BAMS-D-12-00228.2)

In final form 31 May 2013
©2014 American Meteorological Society

of projections of impacts of future climate change on Colorado River streamflow, and how should this uncertainty be interpreted?

To understand and reconcile differences in future streamflow projections, we have explored uncertainties in the methodologies and models on which they were based at multiple levels in the climate–hydrology–water resources continuum. We find that no single factor can explain the differences; rather, they arise from multiple factors involving differences in methodologies and models. These differences, the nature and implications of which we summarize

| TABLE I. Details of studies used in evaluating future Colorado streamflow. | | | | | | | |
|---|---|---|---|---|---|---|---|
| | No. of GCMs | No. of RCMs | Emission scenarios | Total projections[a] | Spatial resolution | Type downscaling | Land surface representation |
| Seager et al. (2007) | 19 | — | SRES A1B | 49 | ~2° lat–lon (~200 km) | — | GCM P − E |
| Seager et al. (2013) | 16[b] | — | CMIP5 RCP8.5 | 43 | ~2° lat–lon (~200 km)[c] | — | GCM P − E and runoff |
| Milly et al. (2005) | 12 | — | SRES A1B | 24 | ~2° lat–lon (~200 km) | — | GCM runoff |
| Christensen et al. (2004) | 1 | — | ACPI BAU | 3 | 1/8° lat–lon (~12 km) | BCSD | VIC hydrologic model |
| Christensen and Lettenmaier (2007) | 11 | — | SRES A2 and B1 | 22 | 1/8° lat–lon (~12 km) | BCSD | VIC hydrologic model |
| Cayan et al. (2010) | 2[d] | — | SRES A2 and B1 | 4 | 1/8° lat–lon (~12 km) | Constructed analogs | VIC hydrologic model |
| USBR (2011a) (approach 3[e]) | 16 | — | SRES A2, A1B, and B1 | 112 | 1/8° lat–lon (~12 km) | BCSD | VIC hydrologic model |
| Gao et al. (2011) | 3 | 3 | SRES A2 | 3 | 50-km grids | Dynamical | RCM runoff |
| Rasmussen et al. (2011) | 1 | 1 | SRES A2 | 1 | 2-, 6-, 18-, and 36-km grids | Pseudo–global warming approach | RCM runoff |
| Gao et al. (2012) | 4 | 4 | SRES A2 and A1B | 4 | 50- and ~35-km grids | Dynamical | RCM P − E |
| Hoerling and Eischeid (2007) | 18 | — | SRES A1B | 42 | Climate divisions (~150 km) | Downscaling regression | PDSI with regression |
| Cook et al. (2004) | — | — | — | 1 | 2.5° lat–lon | — | PDSI reconstruction |
| Woodhouse et al. (2006) | — | — | — | 1 | 62 tree-ring chronologies | — | Proxy reconstructions |
| Meko et al. (2007) | — | — | — | 1 | 11 chronologies, upper basin | — | Proxy reconstructions |
| McCabe and Wolock (2007) | Estimate 2°C[f] | — | — | 2 | 62 HUC8s | — | Percentage adjustment based on TWB model and proxy reconstructions |
| USBR (2011a) (approach 8[e]) | — | — | — | 1244 and 1000 traces[g] | 11 chronologies, upper basin | — | Proxy reconstructions |

[a] Total projections include multiple runs for the same GCM and emission scenarios.

[b] As more GCMs become available, results are updated online (www.ldeo.columbia.edu/~cli/NCC_paper.html).

[c] Spatial resolution for GCMs in CMIP5 are, on average, smaller than those in earlier assessments (Seager et al. 2013).

[d] A total of 12 GCMs were used, but only 2 were downscaled for more detailed analysis of droughts.

[e] As specified in Fig. 1.

[f] Two warming scenarios: 0.86° and 2°C increases; 0.86°C was based on measured trend in upper basin annual temperature during the twentieth century and 2°C warmer scenario was based on GCM scenarios.

[g] Resampled using paleoresampled (1244) and paleoconditioned (1000) methods to generate 50-yr periods.

below, highlight the need for the research community to better identify, effectively communicate, and focus research efforts to reduce climate uncertainties.

Future streamflow projections are also complicated by the Colorado River's large natural variability (Fig. 2). When the Colorado River Compact, which allocated water between the upper and lower basins, was signed in 1922, less than 30 years of streamflow data had been collected, and thus there was little understanding of the system's natural variability at interdecadal time scales. Since then, methods have been developed to extend the instrumental record based on paleoclimate studies (Fig. 2, bottom panels), which now date back to 268 BC in some locations in the western United States (e.g., Cook et al. 2004; Woodhouse et al. 2006; Meko et al. 2007; Routson et al. 2011). Although these paleoreconstructions were not included in the future climate studies mentioned above, these long-term records contain droughts more severe than the historical record and have often been considered proxies for future flows (e.g., USBR 2007b, 2011a), which further increases the impression of conflicting research results. Reinforcing this impression, a recent study suggests that even the existing tree-ring-based flow reconstructions may underestimate the magnitude of interdecadal-scale to centennial-scale drought variability (Ault et al. 2013).

To address the questions posed above, we explore four possible causes for the wide range of future Colorado River projections and follow with a discussion of how paleoclimate records relate to future projections. We also discuss the connection of this information to planning and management and conclude by summarizing future research and presenting an interpretation for decision makers. Throughout the paper, we highlight seven "lessons" that help place individual studies within the broader research context. By providing this context, researchers can reduce uncertainty in the interpretation of results and thus provide information more useful to decision makers.

## SOURCES OF UNCERTAINTY IN FUTURE PROJECTIONS.
We identify four major sources of disparities in future projections (the four subsections in this section), ranked from greatest to least importance using information from this and other studies. Two sources of disparities arise from differences in the specific GCM projections used (including both differences in the GCMs and emissions scenarios) and differences in the statistical downscaling methodologies (ranked first and fourth, respectively). These two sources of disparities among studies can be partially addressed by standardizing

methodologies. In contrast, the other two—spatial scale and topographic dependencies of climate change projections (ranked second) and differences in the sensitivities of land surface hydrology model representations to precipitation and temperature change (ranked third)—are somewhat more complex and require further analyses. Together these underscore the imperative of gaining a better understanding of uncertainties inherent in the predictions and the need to better communicate these uncertainties to the larger water management community.

*GCM and emission scenario selection.* Future climate can be represented in many ways, but most climate change assessments rely on GCM output for multiple greenhouse gas emission scenarios [e.g., IPCC Special Report on Emissions Scenarios (SRES) A2 from AR4 and representative concentration pathway (RCP) 8.5 from the Fifth Assessment Report (AR5); see Nakicenovic and Swart 2000; Moss et al. 2010]. GCM projections vary in their internal model dynamics and thus have wide ranges of precipitation change as well as in other surface atmospheric variables (e.g., surface air temperature, and downward shortwave and longwave radiation). These differences relate to how GCMs represent important physical processes—for example, stratospheric resolution (Scaife et al. 2012; Karpechko and Manzini 2012) and tropical Pacific sea surface temperature responses to anthropogenic forcing (Seager and Vecchi 2010)—as well as natural variability that can operate on time steps that are multidecadal or longer (Deser et al. 2012; Karnauskas et al. 2012). Recent studies have dealt with these differences by using projections from multiple GCMs to characterize future projections more fully. The selection of which GCMs are used [e.g., output from over 20 GCMs was archived by the Program for Climate Model Diagnosis and Intercomparison (PCMDI) that were run for the IPCC AR4] has been based on a range of criteria, but often instead of model performance, the GCMs used have hinged upon model output availability at the time the study was conducted. The choice of models and emission scenarios (Table 1), however, can have substantial implications. Some studies have used only one GCM and one emission scenario, and therefore they have a single projection of future runoff. This was the case in Christensen et al. (2004), who found declines of 18% in the mean annual discharge of the Colorado River by the mid-twenty-first century with the Accelerated Climate Prediction Initiative's (ACPI) "business as usual" (BAU) global greenhouse gas emissions scenario for the Parallel Climate Model GCM. Later work (C&L)

using similar methods but applied to 11 GCMs with a roughly equivalent emission scenario (A2) found average declines of 6%, with a range from a 40% decline to a 17% increase. The USBR (2011a) study also used essentially the same approach as in Christensen et al. (2004) but expanded simulations to include 16 GCMs. The A2 emission scenario's average for the USBR (2011a) study had declines of 10% at Lees Ferry, Arizona (slightly upstream of the location for which flows were reported by C&L) (data from J. Prairie 2012, personal communication), which included multiple runs for certain GCMs for a total of 36 simulations that produced a range in mid-twenty-first-century annual runoff change from –40% to +21% [see Harding et al. (2012) for additional comparisons].

In addition to GCM selection, scenarios for future greenhouse gas concentrations must be specified. This affects



FIG. 2. Colorado River flows at Lees Ferry and paleoclimate reconstructions that provide evidence of drought occurrence and persistence over the past 2000 years. (a) Naturalized streamflow values from the USBR (2012) from 1906 to 2008. (b) Streamflow reconstruction 762–2005 at Lees Ferry from the Upper Colorado River Flow Reconstruction dataset (Meko et al. 2012), as described in Meko et al. (2007); confidence intervals were generated using RMSE values. (c) Soil moisture reconstruction (black line) from Cook et al. (2012) using an average of six Palmer drought severity index (PDSI) points representing the Four Corners region from 0 to 2006, as reported by Routson et al. (2011). Reconstructed flow values (red line) are provided as reference and are the same as in (b). The reality of the second-century megadrought has been recently confirmed by Routson et al. (2011), with strong indications that the longest multidecadal megadrought observed in the last 2000 years lasted close to 50 years.

the magnitude of temperature and precipitation changes—generally higher concentrations translate to larger temperature increases, especially in the latter part of the twenty-first century. In the IPCC AR4, these increasing concentrations (e.g., B1, B2, A1B, A2) were determined through emission scenarios as described by Nakicenovic and Swart (2000). In the AR5 simulations, emissions are represented somewhat differently—as representative concentration pathways (e.g., RCP4.5, RCP6.0, RCP8.5) (Moss et al. 2010).

Figure 3 demonstrates how both GCM and emission scenario selection can influence results by showing differences in precipitation minus evaporation ($P − E$; equivalent to runoff in the long-term mean, and $E$ includes evapotranspiration) for different GCMs across the same A1B emission scenario (Fig. 3a) and different emission scenarios across the same 11 GCMs (Fig. 3b). Data were downloaded from online (http://esg.llnl.gov:8080 /home/publicHomePage.do) and latent heat for the Geophysical Fluid Dynamics Laboratory Climate Model, version 2.1 downloaded elsewhere (http:// kage.ldeo.columbia.edu:81). We use a single run from every model, thus weighing all the GCMs' natural variabilities equally, and average values for eighteen 2° × 2° grids that cover the basin, with GCM output regridded to fit a consistent grid. Figure 3a shows $P − E$ anomalies for the A1B scenario from 19 GCMs (top panel), whose output was analyzed by Seager et al. (2007), in comparison with the same $P − E$ anomalies over the same region for the 11 GCMs (middle panel) used by C&L (almost two-thirds of the models used by Seager et al. 2007). Anomalies of $P − E$



(a) Different GCMs, A1B scenario

(b) Same GCMs, Different scenarios

Seager et al.
19 GCMs, A1B
2040–2069 change: −19.4%

11 GCMs, A2
2040–2069 change: −7.8%

C&L
11 GCMs, A1B
2040–2069 change: −13.4%

11 GCMs, A1B
2040–2069 change: −13.4%

Non Union
8 GCMs, A1B
2040–2069 change: −23.9%

11 GCMs, B1
2040–2069 change: −15.3%

**Fig. 3. Precipitation-minus-evaporation anomalies from GCM output for grids over the upper basin (which contribute to flows at Lees Ferry). Anomalies are relative to the individual GCM's climatology from 1950 to 2000. Anomalies have been filtered using a 10-yr moving average. Black lines are median values; gray area is the interquartile range. (a) The effect of differences in GCMs for just the A1B scenario, where the nonunion GCMs are those included in Seager, but not in C&L. (b) Differences between scenarios (A2, A1B, and B1) for just the 11 GCMs used in C&L.**

in GCMs included in Seager et al. but not in C&L are lower ("Non Union" GCMs, bottom-left panel), indicating that Seager et al.'s study included drier GCMs than did C&L. Changes in mid-twenty-first-century $P – E$, averaged across GCMs for 2040–69 relative to 1950–99, also indicate that Seager et al.'s (2007) models had more negative $P – E$ values (–19.4%) than C&L (–13.4%). Figure 3 differences are strictly from GCM output and are directly comparable, whereas streamflow comparisons between these two studies involve methodological differences (Seager et al. use GCM output similar to what we report here, whereas C&L employed a higher-resolution hydrological model that essentially was used, after downscaling, as a postprocessor to GCM output). Nevertheless, comparisons of GCM $P – E$ suggest that model selection may be a major source of differences between the Seager et al. (2007) estimated runoff declines (~19%) and the much smaller projected changes reported by C&L (~6% decline for A2, ~7% decline for B1).

The two studies also differ in the emissions scenarios they report. Seager et al. (2007) used A1B emissions scenarios, whereas C&L used A2 and B1. Figure 3b

shows $P – E$ anomalies for the 11 GCMs in C&L for all three scenarios. For A2, this results in mid-twenty-first-century declines of 7.8%, which are similar to those reported by C&L (~6%). Similar GCM and emission scenarios are, however, not a guarantee that studies using different methodologies for producing runoff estimates will agree, as demonstrated by B1 scenario changes; C&L, who used a hydrology model to generate runoff, reported average runoff declines of approximately 7%, whereas our $P – E$ calculation estimates declines of 15.3%. This figure also illustrates how the time period of analysis matters, a 30-yr time slice in the mid-twenty-first century (where B1 declines of 15% are greater than A2 of 8%) does not capture the same trend between emission scenarios as in the late-twenty-first century (where the 2070–99 average B1 declines of 10% are less than A2 declines of 17%). This change is due to both the strength of the human-induced signal and random natural climate variability in GCMs, which can either hide or amplify radiatively forced trends, making a climate change signal difficult to detect [see Deser et al. (2012) and Harding et al. (2012) for further discussion]. Furthermore, some GCMs archived for IPCC contribute an ensemble of multiple simulations for the same emission scenario. Typically, differences between ensemble members are less than differences among different GCMs and emission scenarios; however, some GCMs have larger ranges [see Fig. 2 in Seager et al. (2007) and Fig. 8 in Harding et al. (2012) for examples], implying a need to balance intramodel and intermodel variability in multimodel ensemble estimates.

LESSON 1: Differences between studies are attributable in part to differences in the GCMs used. Differences can arise from 1) how many and which GCMs were used and 2) the emission scenarios used and time period over which changes are analyzed. In the

Colorado basin, most GCMs used in AR4 project declines in (annual) precipitation [with the headwaters being close to the nodal line of drying to the south and wetting to the north, which implies greater uncertainty and an increased likelihood that results in future studies (e.g., AR5) may differ] and increases in temperature, although the magnitude of change depends strongly on which GCMs and emission scenarios are used. Natural variability can mask climate signals; however, on the whole, higher future greenhouse gas emissions translate to a warmer, and in most cases, drier climate, with larger decreases in Colorado River streamflow.

*Spatial scale and topographic dependence of climate change projections.* Runoff production in the Colorado River varies greatly across the complex terrain and climate of the basin, and also changes markedly with season and year. About 85% of the basin's runoff is produced from about 15% of its area—mostly in the high-elevation headwaters region (C&L). Furthermore, although the amounts of summer and winter precipitation on average are roughly equal basinwide, winter precipitation is much greater in the headwaters and more efficiently produces runoff than does summer precipitation. Differences in the ability of models to represent the disproportionate contribution to Colorado River discharge of the relatively small high-elevation source areas can have important effects on a model's sensitivities to climate change. Offline hydrology model simulations, which are often employed to increase spatial resolution to better capture the hydrologic dynamics of the headwaters region (which reflect highly variable topographic, soil, and vegetation characteristics), use techniques such as Penman–Monteith, Thornthwaite, and related methods to estimate potential evapotranspiration and

are, by construct, not coupled with (and hence, constrained by) the climate system. On the other hand, moisture recycling within the Colorado basin (one indicator of the constraining role the system might play) has been estimated to be quite small—less than 3% by Trenberth (1998).

1) SIMULATIONS OF LAND PROCESSES. We used a simple water balance model (McCabe and Markstrom 2007) to demonstrate how sensitive runoff is to the spatial resolution of climate forcing data (Fig. 4)—and hence, the ability of models to resolve high-elevation runoff source areas within the Colorado basin. This model, referred to as the Thornwaite water balance model (TWB), was previously used by McCabe and Wolock (2007) to investigate how future warming might impact the Colorado basin water supply. They ran the model for each of the 62 U.S. Geological Survey hydrologic unit code 8 (HUC8) subbasins above Lees Ferry, with monthly precipitation and temperature aggregated for each HUC8 from Parameter-Elevation Regressions on Independent Slopes Model (PRISM) data (www.prism.oregonstate.edu). The model was calibrated by tuning basinwide parameters that govern snow accumulation, snowmelt, and runoff. We used the model version and parameters from McCabe and Wolock (2011) and the same gridded climate forcing dataset used in Vano et al. (2012), with climate forcings aggregated at four spatial resolutions (1/8°, 1/2°, 1°, and 2° latitude–longitude). We calculated runoff averaged over the period 1975–2005 and calculated temperature sensitivities at each resolution using a 0.1°C increment change as in Vano et al. (2012).

In our simulations, as the model resolution was increased from 2° to 1/8°, the simulated runoff from the upper basin increased from an average of 73 to 107 mm yr$^{-1}$, an increase of 45% (Fig. 4, black line).



FIG. 4. Influence of spatial resolution on upper Colorado River basin runoff. When the 1/8° climate forcing dataset (monthly temperature and precipitation) was aggregated to 1/2°, 1°, and 2° resolutions, the annual average TWB modeled runoff (black line in far right panel) declines and temperature sensitivities (orange line in far right panel) become more negative.

Similarly, as the model resolution increased, the basin's sensitivity to temperature increases became less negative—in other words, higher-resolution simulations were less sensitive to temperature change (Fig. 4, orange line). We believe that the mechanisms that underlie the sensitivity's dependence on spatial resolution are twofold (keeping in mind that these are offline simulations; that is, the land surface is forced by, but does not feed back to, the atmosphere): 1) higher-resolution simulations are colder in the headwaters, where a majority of the basin's runoff is generated; these colder temperatures accumulate larger snowpacks that more efficiently generate runoff because their larger spring pulses are more likely to be associated with soil saturation, and 2) in coarser-resolution simulations the highest elevations are lower, hence temperatures are warmer, which results in higher rates of evaporation and more rain than snow, which increases water availability and subsequently evaporation. The results shown in Fig. 4 are qualitatively similar to those reported in Hoerling et al. (2009) in their reevaluation of Hoerling and Eischeid's (2007) results, where they used a high-spatial-resolution model, and found considerably smaller projected future climate runoff declines than in their earlier (coarse resolution) study.

More detailed process-based hydrology models—for example, the Variable Infiltration Capacity (VIC) model—account for the effects of finer-spatial-scale topographic variations through the use of elevation bands (i.e., meteorological forcings are adjusted according to a lapse rate and snow processes are simulated at multiple elevations within a single grid). Haddeland et al. (2002) found that in the Columbia River basin, which also has snowmelt-dominated hydrology, when elevation bands were not used, VIC runoff simulated at a coarse 2° spatial resolution was 15% lower than simulations at much higher (1/8°) resolution; however, when elevation bands (at 200-m-elevation intervals) were represented, the difference was reduced to 4%. In other words, whether through finer grid resolution (2° vs 1/8°) or by use of elevation bands, a hydrologic model's representation of the effects of orography can strongly affect hydrologic predictions at the basin scale in topographically complex river basins.

II) SIMULATIONS OF ATMOSPHERIC PROCESSES. Atmospheric models are also affected by complex terrain that can affect how temperature changes translate to changes in runoff. In the Colorado River headwaters in particular, estimates of future flow will benefit from using high-resolution atmosphere models to simulate high-elevation snow (as suggested by

Seager and Vecchi 2010). RCMs simulate processes similar to GCMs but at a much finer resolution. For this reason, computational requirements have often constrained the time period and spatial domain for RCM simulations—although this restriction has been relaxed somewhat in recent studies, like the North American Regional Climate Change Assessment Program (NARCCAP; Mearns et al. 2012). Many studies with RCMs have highlighted the importance of representing the effects of complex terrain in climate simulations, particularly the implications of snow processes (e.g., Rauscher et al. 2008; Rasmussen et al. 2011; Gao et al. 2011, 2012; Dominguez et al. 2012; Wi et al. 2012). For example, Rasmussen et al. (2011) found a spatial resolution coarser than 6 km results in overestimating low-elevation and underestimating high-elevation snowfall in the Colorado River headwaters by 20%–40%. How an improved regional simulation of snow processes in topographically complex regions translates into more realistic regional climate change sensitivity has yet to be determined. Although this might be done in a regional climate modeling context, a consensus on RCM sensitivities to climate change in the Colorado River basin does not yet exist (e.g., Rauscher et al. 2008; Gao et al. 2011; Rasmussen et al. 2011; Gao et al. 2012). Furthermore, complications with the specification of boundary conditions suggest that it might be better attempted through use of global simulations over a range of spatial resolutions spanning the approximate range in our Fig. 4. Racherla et al. (2012, p. D20118) note, for instance, in a more general analysis of the added value of RCM downscaling "that there is not a strong relationship between skill in capturing climatological means and skill in capturing climate change," and we believe that this is a central unresolved issue in the context of understanding the climatic sensitivity of snow-dominated mountainous regions.

LESSON 2: Spatial resolution of both land surface and atmospheric models is critical to the realistic representation of the changes in future hydrology of the Colorado basin—both mean conditions and variability. The basin's headwater areas accumulate much of the precipitation that is available for runoff, an effect amplified by reduced evaporation resulting from colder temperatures and snowpack at these elevations. As a result, the water fluxes from models with coarser spatial resolution tend to be more sensitive to change from both warming and precipitation reductions, the details of which warrant further investigation. Runoff changes (not magnitudes) calculated directly from GCM output (~200-km spatial resolution at present)

or from other methods based on basinwide area-average temperature and precipitation change likely overestimate runoff change sensitivities, and should be interpreted with considerable caution.

*Land surface representations.* In the Colorado River basin, there is a substantial range in the sensitivity of different land surface hydrology models to changes in climatic variables—that is, the fractional change in runoff associated with a given precipitation or temperature change. Vano et al. (2012), for instance, compared the land surface response of five LSMs (with two versions of Noah) to changes in precipitation and temperature (Fig. 5). Changes in precipitation are magnified in runoff changes, with lower flows being more sensitive to precipitation changes. This sensitivity can be expressed as an elasticity, defined as percent change in annual model runoff divided by percent change in annual precipitation. Vano et al. (2012) found elasticities ranging from a little over 2 to 6 at Lees Ferry depending on the model and reference condition (the derived value from observations is about 2), and the elasticities among models were reduced to between about 2 and 3 when model biases (mostly underestimates of runoff) were accounted for. Similarly, the sensitivity of modeled runoff to temperature, defined as percent change in annual runoff for an imposed increase in annual temperature, differed among LSMs from about –3% to –10% °C$^{-1}$ increase in annual basin-average temperature, with no evident change in the range of sensitivities with model biases.

The temperature sensitivity depends on the model's physical parameterizations. When temperature changes were applied only to the maximum temperature instead of holding the temperature range constant—an experiment that effectively generated larger changes in net radiation and vapor pressure deficit—temperature sensitivities roughly doubled for most models. Although there were substantial spatial variations in temperature sensitivities (and precipitation elasticities), differences among models were generally smaller in the headwater regions that produce most of the runoff. The form of precipitation (rain or snow) was dependent on temperature, but this was consistent across models.

In addition to elasticities and temperature sensitivities reported in Vano et al. (2012), we computed the same metrics for two other hydrological models at Lees Ferry (also in Fig. 5). The National Weather Service Colorado Basin River Forecast Center's operational version of the Sacramento Soil Moisture Accounting (SAC) model (Burnash et al. 1973) is essentially a spatially lumped (for 29 Colorado River subbasins) version of the SAC-distributed version reported by Vano et al. (2012). The operational version had an elasticity of 2.4 (vs 2.6 for the distributed version) and temperature sensitivity of –4% (vs –5%) per °C$^{-1}$ of annual warming. This is an updated version of the model used by Nash and Gleick (1991). We also calculated sensitivities using the simple TWB computation described in the previous section. This is a slightly updated version of the model used by McCabe and Wolock (2007) in their study of climate change in the Colorado basin, with key differences being that we applied the model using the same 1/8° grid mesh,



**Fig. 5. (top) Precipitation elasticities and (bottom) temperature sensitivities at Lees Ferry. Values to the left of the dashed line are from Vano et al. (2012); values to the right of the dashed line are the Sacramento Operational (SAC op) model and the TWB computations. Tmax&min shows sensitivity values that result from changes to both minimum and maximum temperatures, whereas Tminfixed shows results from changes applied only to maximum temperatures [see Vano et al. (2012) for details]. SAC op and TWB models only use a single average temperature (Tavg). Note: some models are better able to reproduce observed hydrologic characteristics, providing some basis for identifying preferred models; see Vano et al. (2012) for details.**

climate dataset, and +0.1°C temperature perturbation used by Vano et al. (2012). McCabe and Wolock (2007) found a basinwide 0.86°C temperature increase resulted in an 8% streamflow reduction (equivalent to −9% °C$^{-1}$), whereas we found a decline of 5% °C$^{-1}$ using a +0.1°C temperature change. They did not report precipitation elasticity; our result was 2.0. Generally, values reported in Fig. 5 are also similar to values in Fig. 3 of Tang and Lettenmaier (2012) for Colorado basinwide values of elasticity (between 1.8 and 2.2), whereas their temperature sensitivities (between −2% and −4% °C$^{-1}$ derived using regression equations from GCM output) are somewhat smaller in absolute value.

To test for robustness, we also calculated hydrologic sensitivities using different historical climate datasets and time periods. Specifically, we calculated precipitation elasticities and temperature sensitivities using the historical gridded datasets of Maurer et al. (2002), Hamlet and Lettenmaier (2005), Wood and Lettenmaier (2006), and the PRISM Climate Group as described in Daly et al. (1994), averaged across different time periods with varying lengths (e.g., 1975–2005, 1990–99, 1895–2006). In general, runoff change differences are considerably less sensitive to differences in historical datasets than they are to differences in hydrology models (and how net radiation and vapor pressure forcings were derived).

LESSON 3: Land surface hydrology models exhibit substantial differences in their sensitivities of runoff to temperature increases (approximately −6.5 ± 3.5% °C$^{-1}$ at Lees Ferry). Responses to precipitation change, when runoff biases are accounted for, are more consistent across models (between 2 and 3 at Lees Ferry). Differences in precipitation elasticity and temperature sensitivities among models are generally smaller in the headwater regions than elsewhere in the basin, although further research is needed to better understand these differences and how they relate to observations. In general, differences in precipitation elasticity and temperature sensitivity are independent of the datasets and historical periods for which evaluations are conducted.

*Statistical downscaling methods.* To represent hydrologic processes, such as snow accumulation and ablation, spatially distributed hydrologic models need inputs of order 10–20-km spatial and subdaily temporal resolution. In contrast, current-generation GCMs have spatial resolutions of about 200 km. Furthermore, while the computational time step of most GCMs is 1 h or less, GCMs generally do not produce physically realistic precipitation (e.g., daily drizzle, storm interarrival times), which is the primary driver of the land surface hydrologic system, at time steps much less than 1 month. Through IPCC AR4, most GCM output was archived as monthly values; hence, temporal disaggregation to daily values is also required. The procedures that produce hydrologic forcings at appropriate spatial and temporal resolutions are usually referred to as statistical downscaling. They are essential for hydrological modeling even if dynamical downscaling (e.g., based on RCMs rather than GCMs) is used (Wood et al. 2004).

Statistical downscaling methods carry with them sources of uncertainty. We contrast here the bias correction and spatial disaggregation (BCSD) method, used in several studies noted above (including Christensen et al. 2004; C&L; USBR 2011a), and the "delta method," described in Hamlet et al. (2010). We recognize that there are an increasing number of statistical downscaling methods (see "Future research directions" section) where each method has strengths and weaknesses that make it more or less appropriate for particular studies. Hamlet et al. (2010) discuss strengths and weaknesses of the BCSD and delta methods.

The BCSD method as described by Wood et al. (2004) is the most common approach in previous studies of the Colorado basin. The method maps the probability distribution of modeled historical precipitation and temperature to the probability distribution of observations; that is, if the modeled current climate precipitation in a given month and year is the $x$th percentile of the climate model's (historical) distribution, then this is adjusted to the $x$th percentile of the historical precipitation distribution for that month. This approach can be subdivided into bias-correction techniques and spatial disaggregation methods [as in USBR (2011b)], but for our purposes we consider this as a single downscaling method. In contrast, the delta method applies changes in mean monthly precipitation and temperature between current and future climate simulations, and applies those differences (typically as means ratios for precipitation and means differences for temperature) to a record of historical observations.

We contrast the BCSD approach as used in C&L with the delta method based on 30-yr average monthly changes in temperature and percentage changes in precipitation for 2040–69 compared with 1950–99 across the basin, applied to gridded historical (monthly) observations for 1950–99 generated by Maurer et al. (2002). These monthly delta changes are then applied to every day in the historical record to create a future simulation (a 50-yr time series of 2040–69 climate change). Figure 6 compares the percentage difference

in flows at Lees Ferry for individual GCM simulations using these two methods to generate input for the VIC hydrologic model, as used in C&L. The delta method tends to generate larger declines in future flows (by a factor of almost 2 on an annual average basis) than the BCSD method. The 11-model average decline is 7% at Lees Ferry with the BCSD method compared to 13% for the delta method for the A2 scenario. For B1 scenario results (not shown), BCSD had average declines of 8%, while the delta method had declines of 11%. The differences between downscaling methods (which is at most 15% for either scenario; orange bars in Fig. 6), however, are considerably less than the differences of mid-twenty-first-century downscaled GCM responses relative to historical streamflows, which have a BCSD range of –42% to +18% (with an interquartile range of –17% to +4%) for A2 and –26% to +16% (interquartile range from –16% to 0%) for B1. The important aspect of an appropriate downscaling approach is that it reproduces space–time attributes of GCM changes. In this example, in the Colorado basin the spatial distribution and broad temporal characteristics (year-to-year seasonality) matter. The BCSD method and related approaches (see "Future research direction" section) capture this in a more sophisticated way than the delta method and therefore are arguably more desirable.

LESSON 4: The choice of downscaling method can affect the magnitude of the derived climate signal, leading to differences in measures such as long-term projected runoff changes that for some individual ensemble members can be comparable to differences among individual GCMs, although, on average, these differences are smaller. Differences in downscaling methods also translate to important differences in seasonal changes and extreme events. Downscaling methods should therefore be carefully evaluated and selected. Unlike GCM selection, where multiple models delineate the range of future projections, the most appropriate downscaling technique depends on what questions a study intends to address.

## PAST RECORDS PROVIDE CONTEXT FOR FUTURE PROJECTIONS. When planning for the future, process-based models reflect our best scientific

understanding of future impacts. It is, however, also helpful to look to the past, particularly given emerging evidence that GCMs may underestimate the risk of decadal and multidecadal drought (Ault et al. 2012). Records of past flows and droughts, including paleoclimatic records, are being used increasingly in the Colorado River basin to help managers plan for similar events in the future (e.g., Woodhouse and Lukas 2006; USBR 2007b). Droughts in the 1930s and 1950s are commonly used in planning, but provide only a limited perspective of what could occur in the future. Paleoclimate reconstruction methods extend the record backward in time well prior to the beginning of the instrumental record. These studies provide more understanding of the range of drought variability, for instance, than is possible solely through examination of the instrumental record (e.g., Woodhouse and Lukas 2006). Stockton and Jacoby (1976, p. vii) were the first to reconstruct streamflows at Lees Ferry with a tree-ring analysis that extended back to 1512. The reconstructed annual hydrographs caused concern—as their abstract cautioned, "when the results of our analysis are viewed in the context of future demand for water usage in the Upper Colorado River basin, it is apparent that projected demand could soon outstrip the natural annual supply of surface water." This study has been followed by many others, which refined reconstruction methods and extended the



FIG. 6. Comparison of BCSD downscaling from C&L with a delta-method downscaling approach for Lees Ferry in the 2040–69 future period for A2 emission scenarios. On average, the BCSD approach has a decline in streamflow of 7% (average values of 93%), whereas with the delta method, declines are 13% (average values of 87%). Differences are the BCSD approach minus the delta-method approach.

record further (Hidalgo et al. 2000; Woodhouse et al. 2006; and others). Meko et al. (2007) produced a 1200-yr dataset for the entire upper Colorado River basin, and recently, Routson et al. (2011) generated a 2200-yr tree-ring reconstruction for the nearby Rio Grande headwaters region in Colorado. Although methods and datasets used in reconstruction studies differ, they all indicate that the period used in the 1922 Colorado Compact to determine water allocations was exceptionally wet (Woodhouse et al. 2006) and that the basin has a history of multidecadal dry periods, referred to as "megadroughts" (Fig. 2).

Paleoclimate records are key to assessing future projections by providing a longer record for context, helping to understand underlying climate mechanisms, and by providing a framework for evaluating how well models simulate the full range of past observed change. For example, the leading hypotheses for megadroughts has been shifts in tropical sea surface temperatures (Graham et al. 2007, 2011; Seager et al. 2007, 2008; Conroy et al. 2009; Oglesby et al. 2012) caused by either natural variability or a response to solar irradiance and volcanism variations (Emile-Geay et al. 2008). Independent of climate change considerations, paleodata prove it is realistic to expect conditions outside the range of recorded streamflow measurements—simply stated, there is reason to believe megadroughts will occur again (Woodhouse et al. 2010), although new work suggests that existing tree-ring reconstructions (including past streamflow) likely underestimate the full magnitude of interdecadal-scale to centennial-scale drought variability (Ault et al. 2013). Information on the length, duration, and extent of drought can also help identify global weather patterns that result in longer dry periods (e.g., variations in sea surface temperatures) (Hidalgo 2004; Woodhouse and Overpeck 1998). Advances in techniques, multiple indicators, and more paleoclimate data have improved the ability to understand the nature of seasonal changes in hydrologic conditions and land surface conditions such as snowpack (Pederson et al. 2011).

As with future GCM-based projections, paleoreconstructions using tree rings also have uncertainties and limitations. For instance, relationships between radial growth and streamflow generally do not account for some climate factors such as temperature through growing season length and snowpack storage of available moisture (Meko et al. 2007). Variations in reconstruction methods are reflected in reconstructed streamflows, especially in extreme years (Woodhouse and Brown 2001). Future and current drivers of hydroclimatic variability

may also be novel with respect to the paleorecord (Woodhouse et al. 2010)—examples include anthropogenic influences on climate as well as land cover changes such as irrigated agriculture, grazing, dust on snow, urbanization, changing fire regimes through fire suppression, bark beetle infestations, and human ignition. Past droughts are also unlikely to be identical to current and future droughts (Woodhouse et al. 2010). There is evidence of this already, in that past megadroughts seem to be driven primarily by precipitation anomalies, whereas in the current drought, temperature appears to be playing a more important role (Cook et al. 2010; Woodhouse et al. 2010). This underscores the need for further attention to the role of temperature, such as in investigations by Cook et al. (2011) of the early twentieth-century pluvial.

Interpretation of megadroughts in a future context is somewhat complicated by the fact that the relative role of anomalously low precipitation (detected in most paleodroughts) is in contrast with the role of increasing temperature (a key element in the ongoing Colorado River drought, and implicated in future projections). Nonetheless, the superposition of megadroughts, as seen in paleoprojections, and a steady reduction in flows due to climate change should be considered in future planning.

Lesson 5: To understand future streamflow and subsequent uncertainties, a comprehensive approach should be taken, including analyses of paleoclimate reconstructions as well as future projections. Together these two lines of discovery can be used to explore the basin's response to megadrought-like reductions in precipitation compounded by anthropogenic climate change, the real "worst case" scenario.

**PLANNING AND MANAGEMENT IMPLICATIONS.** Planning in the face of uncertainty, across multiple spatial and temporal scales, is not a new problem for water managers. However, most water resource planning protocols are based on a fundamental assumption of stationarity, which implies that time-invariant statistical characteristics adequately represent expectations for the future (Salas 1993). Climate change and new paleoclimatological records belie the appropriateness of this stationarity assumption (Hartmann 2005; Milly et al. 2008), and while model-based studies offer the best prospect for uncovering likely future conditions not contained in the historical record, they do not provide definitive answers for decision makers.

Climate change science advances by using different approaches that are often not easily reconciled,

while planners prefer clear, explicit characterizations of uncertainties that can be directly incorporated into risk-based calculations (Kerr 2011). Reconciliation of this dichotomy is a challenge that requires effort from both the science and management communities (see supplementary text at http://dx.doi.org/10.1175/BAMS-D-12-00228.2 for specific examples from our work). It calls for more "actionable science" that is "sufficiently predictive, accepted, and understandable to support decision making, including capital investment decision-making" (Behar 2009, p. 4). It also implies exploring adaptation strategies that can proceed from a focus on the certainties presented by multiple studies, rather than uncertainties (in our effort we provide such messages for decision makers in the "Interpretations for decision makers" section). Capital investment decisions, particularly for projects that cannot be implemented incrementally and that have irreversible or multidecadal consequences, present a more intractable challenge for actionable science. These decisions need to require approaches that accommodate high uncertainty, complex systems, and ambiguity of model evidence, such as strategic scenario planning (Mahmoud et al. 2009) and the need for discussion about trade-offs between stranded costs, the costs of inaction, and the timeframe under which investments are evaluated for meeting criteria—for example, effectiveness and economic feasibility. Additionally, decision makers may not lack options, but rather need support from their constituencies for implementation of options that differ from past practice, in which case well-communicated science can be useful in building support.

It is also important to recognize that implications of climate uncertainties are not fully assessed by understanding hydrologic impacts. Considerations of different management strategies or planning options require hydrology model outputs be run through water management models that include physical processes (e.g., streamflow, solute transport), infrastructure (e.g., reservoirs, diversions), and policies (e.g., minimum instream flow requirements). Although uncertainties may be too great to satisfy design studies, management models (e.g., Colorado River Simulation System; USBR 2007a) can identify unanticipated sensitivities and thresholds in these complex systems, and can be used to evaluate trade-offs among options. Recent work by Brown and Wilby (2012) has proposed a "bottom-up" approach that, rather than being based solely on GCM information, uses distributional mapping to perturb historical probability distributions of streamflow. This may be a practical approach to identifying system

vulnerabilities to climate risk that complements the information gained from a scenario-led strategy.

LESSON 6: The water/climate research and water management communities need to work more closely to generate the actionable science needed for planning and other decision making. Collaboration is particularly important under nonstationary conditions in order to develop and update information that allows management tools to represent the various sources of uncertainty. It is crucial that the management community seek decision approaches that accommodate uncertainty, complex systems, and ambiguity of model evidence, such as strategic scenario planning.

**FUTURE RESEARCH DIRECTIONS.** Figure 1 conceptualizes how the climate change studies mentioned above relate to each other and where future research might progress within the land–atmosphere continuum. For each study it is important to consider the following: 1) what emission scenarios, 2) what spatial scale and time period, 3) how many and which models (GCMs, RCMs, and hydrology), and 4) which methods of statistical downscaling and regression equations were used (Table 1). Ongoing and future research will offer additional insights into these various elements and help improve understanding of how future streamflow projections can be used by water managers. We present seven key areas where research is evolving, which are intended to provide an overview of ongoing work, not a ranking of research priorities.

i) *New climate change projections:* PCMDI is now making available climate change simulations produced for the IPCC AR5. The archive includes daily and monthly model output for most models (in contrast to AR4, for which the norm was monthly output) with longer multicentury control simulations, which are forced by known and estimated changes such as irradiance and volcanism, that can be used to compare GCMs to paleoclimate data. These new simulations will provide a basis for improving upon the AR4 simulations used in most studies cited above. For example, Seager et al. (2013) evaluate precipitation, evaporation, runoff, and soil moisture from GCM output used in AR5. These AR5-based scenarios should provide better estimates of how human emissions of greenhouse gases (e.g., via burning of fossil fuel) translate to changes in Colorado River discharge and should improve on the state of climate science represented in earlier scenarios. Furthermore, they should better represent stratosphere–troposphere

coupling processes of relevance to the midlatitude storm track as well as tropical Pacific sea surface temperature variability and change, and they have improved spatial resolution relative to AR4. Nonetheless, there will remain inherent uncertainty in GCMs as in earlier assessments (e.g., Seager and Vecchi 2010; Ault et al. 2012) and natural variability will continue to complicate identification of trends (Deser et al. 2012; Knutti and Sedláček 2012). Thus, ensemble approaches will continue to be needed to delineate the range of future projections (e.g., Mote et al. 2011).

ii) *Increased spatial resolution of climate models:* Many GCMs have increased spatial resolution for the new CMIP5 simulations (Seager et al. 2013). Additionally, RCMs with higher spatial and temporal resolution have been run over the Colorado River basin (e.g., Rasmussen et al. 2011), and they generally provide more realistic representations of climate features (such as storm tracks and jet stream patterns) that are strongly topographically dependent. These higher-resolution simulations have important implications for the associated hydrologic impacts of climate change. Examples include the NARCCAP archive (Mearns et al. 2012) as well as recent work by Dominguez et al. (2012) and Wi et al. (2012).

iii) *New statistical downscaling techniques:* BCSD has been the standard approach in many of the key studies we have reviewed. There are, however, alternative approaches such as constructed analogs (Hidalgo et al. 2008; Maurer et al. 2010), multivariate adapted constructed analogs (MACA; Abatzoglou and Brown 2012), and hybrid delta (Hamlet et al. 2010) that are becoming more widely used and may constitute an additional source of uncertainty in future studies. PCMDI's archive of daily GCM output will make alternative downscaling methods more viable, but it will also require more evaluation of the appropriate applications of alternative approaches and how they relate to each other.

iv) *Improved land surface simulations:* LSMs continue to evolve and better represent land surface processes (e.g., Niu et al. 2011; Livneh et al. 2011). For example, the unified land model (ULM) combines the atmospheric exchange process of the Noah LSM with the surface water budget components of the SAC hydrology model (Livneh et al. 2011). Additionally, the coupling of atmospheric models with dynamic vegetation models will help better understand potential land cover feedbacks (Diffenbaugh 2005).

v) *New paleoclimate reconstructions and model evaluation:* New records and new techniques continue to reveal better understandings of the climate of the past 2000 years, which can feed into more rigorous model evaluation efforts (e.g., Ault et al. 2012) and be used to understand how well state-of-the-art GCMs capture the realistic risk of multidecadal megadrought. For example, it is essential to test the new results of Ault et al. (2013), which indicate that current models (e.g., CMIP5) do not capture the full range of possible interdecadal to intercentennial drought risk.

vi) *Improved observational records:* Observations are crucial to improving our understanding of how future streamflow will respond to a changing climate. Of particular importance is extending the length and continuity of observational time series—especially in areas that are not well represented by the existing stream gauge network—observations in critical zones, and new observations to better understand snowpack, precipitation, evaporation, transpiration, sublimation, and how these processes are affected by land cover change (e.g., dust on snow, changing vegetation) and topography. The impacts of these changes are becoming better understood (e.g., Painter et al. 2010) and could be incorporated to help improve future simulations and adaptation planning.

vii) *Strengthened connection with the management community:* Our efforts as well as past studies (e.g., Waggoner 1990; AWWA 1997; Kirchhoff 2010; NRC 2010; and others) highlight the importance of sustained networks for connecting active research efforts and water resources practitioners (see supplementary text). Ongoing efforts allow scientists to engage with decision makers and gather feedback that can provide guidance for future priorities as science and adaptation progress. Better understanding how this can efficiently and effectively occur is an important line of research.

LESSON 7: As climate science evolves, our understanding of future uncertainties will continue to improve. However, the evidence indicates there is no single magic bullet that will "reduce uncertainties," nor will uncertainty ever be reduced to zero. Therefore, it is critical that both researchers and water managers redouble efforts and research to incorporate uncertainty and reconcile differences in future projections when possible. This will require continued communication and collaboration between the management

and science communities, and will require scientists to more clearly articulate how their studies fit into existing knowledge and explain how and why their studies do or do not agree with past work.

## INTERPRETATIONS FOR DECISION MAKERS.

While many studies over the last few years have projected future declines in Colorado River streamflows, the magnitude of the projected changes varies greatly. In response to our call for scientists to communicate more clearly with decision makers, we identify statements in which we have confidence, instead of just statements of uncertainty. These statements include implications for water resources planning and management based on multiple studies, which provide a path toward actionable science for decision makers. From our evaluation of past studies, we can say with high likelihood the following:

- Temperatures will rise in the Colorado River basin over the coming decades, as indicated by all GCMs used in AR4, for all emission scenarios.
- As indicated by most GCM projections for the Colorado River basin used in AR4 (more so than for most of the conterminous United States), precipitation will decline on an annual basis. Because the basin is at the nodal line of drying to the south and wetting to the north, there is a wide range in the projected magnitude of reductions (and a minority of GCMs that project increases) and results in future studies (e.g., AR5) may differ.
- The magnitude of temperature and precipitation response depends on the intensity of future human greenhouse gas emissions, with larger emissions resulting in larger increases in temperature and a greater likelihood of precipitation declines. AR4 estimates project temperature increases of $2.5° ± 1°C$ with $–4\% ± 12\%$ changes in precipitation for high emissions scenarios and temperature increases of $2° ± 1°C$ with $–2.5\% ± 6\%$ changes in precipitation for low emission scenarios by the mid-twenty-first century (Cayan et al. 2013).
- Warmer temperatures alone (ignoring possible changes in precipitation) will reduce annual runoff production in the Colorado River basin. For example, our evaluation of multiple hydrological models estimates streamflow declines of $6.5\% ± 3.5\%$ °C$^{-1}$ at Lees Ferry. If we apply this to estimates of mid-twenty-first-century warming of $+2.5° ± 1°C$, then we estimate a future streamflow change that ranges approximately from $–5\%$ to $–35\%$.

- The ratio of annual runoff change to annual precipitation change (precipitation elasticity) at Lees Ferry is between about 2 and 3, based on our evaluation of multiple hydrological models and observations. This means that a 5% decline in precipitation will likely result in a 10%–15% decline in streamflow, in addition to the temperature-driven declines.
- The coarse spatial resolutions of current state-of-the-art GCMs and even RCMs do not resolve the scales of high-elevation hydrologic processes that dominate runoff production in the Colorado River basin. This necessitates downscaling and investigating future climate implications using offline hydrological model simulations.
- Natural variability in paleoclimate reconstructions clearly indicate that the modern climate can produce prolonged multidecadal dry periods (megadroughts). This type of drought, exacerbated by a steady reduction in flows due to ongoing climate change, would result in decades of sustained streamflows much lower than have been observed in approximately 100 years of instrumental record.

## CONCLUSIONS.

We have identified four major reasons for discrepancies in past projections of changes in Colorado River streamflow. In order of importance, these are differences in:

1) the GCMs and emission scenarios on which the climate scenarios are based;
2) the ability of the land surface and atmospheric models used to simulate properly the disproportionate contribution to Colorado River discharge of the relatively small high-elevation runoff source areas;
3) the sensitivities of the land surface hydrology models to precipitation and temperature changes; and
4) the methods used to statistically downscale (both spatially and temporally) the GCM scenarios.

Projections of future climate change impacts on Colorado River streamflow will always be uncertain, despite future research that will offer new insights, and may reduce uncertainty somewhat. It is thus important that water management decision making consider approaches that accommodate uncertainty and ambiguity of model evidence. It is also important that scientists more clearly articulate how their studies fit into the existing body of knowledge, explaining how and why their studies do or do not agree with past work. Scientists also need to reframe discussions when engaging decision makers to focus

on certainties characterized by multiple studies and their implications for water resources planning and management.

Overall, the global simulations used in IPCC AR4 suggest substantial reductions in future Colorado River streamflow by the end of the twenty-first century due to a combination of strong temperature-induced runoff curtailment and a probable reduction in annual precipitation. An increasing number of climate model results for IPCC AR5 are now available (e.g., Seager et al. 2013) and will shed additional light on the nature of future Colorado River streamflow changes; the methods outlined herein provide a template for evaluation of the AR5 model implications, and should help to reduce uncertainty in their interpretation. In addition to this, paleoclimate reconstructions clearly indicate that there have been prolonged multidecadal dry periods that created megadroughts not seen in approximately 100 years of instrumental record. The superposition of such megadroughts on a continued trend of warming, and possible precipitation declines, should be viewed as the most realistic "worst case" scenarios for future planning.

**ACKNOWLEDGMENTS.** The authors thank Niklas Christensen, David Meko, James Prairie, Drew Peterson, Cody Routson, and Connie Woodhouse for their assistance, and numerous water managers for their encouragement to write a synthesis paper. We also thank Richard Seager from Lamont-Doherty Earth Observatory of Columbia University, Steve Markstrom from the U.S. Geological Survey, and three anonymous reviewers for their feedback. The research was funded by NOAA through its Regional Integrated Sciences and Assessments (RISA) cross-center project that included the California Nevada Applications Program (CNAP), the Climate Impacts Group (CIG), Climate Assessment for the Southwest (CLIMAS), and the Western Water Assessment (WWA) and NOAA's National Integrated Drought Information System.  Additional support has been provided by the Climate Impacts Research Consortium (CIRC) RISA.

## REFERENCES

Abatzoglou, J. T., and T. J. Brown, 2012: A comparison of statistical downscaling methods suited for wildfire applications. *Int. J. Climatol.,* **32,** 772–780, doi:10.1002/joc.2312.

Ault, T. R., J. E. Cole, and S. St. George, 2012: The amplitude of decadal to multidecadal variability in precipitation simulated by state-of-the-art climate models. *Geophys. Res. Lett.,* **39,** L21705, doi:10.1029/2012GL053424.

——, ——, J. T. Overpeck, G. T. Pederson, S. St. George, B. Otto-Bliesner, C. A. Woodhouse, and C. Deser, 2013: The continuum of hydroclimate variability in western North America during the last millennium. *J. Climate,* **26,** 5863–5878.

AWWA, 1997: Committee report—Climate change and water resources. *J. Amer. Water Works Assoc.,* **89,** 107–110.

Barnett, T. P., and D. W. Pierce, 2008: When will Lake Mead go dry? *Water Resour. Res.,* **44,** W03201, doi:10.1029/2007WR006704.

——, and ——, 2009: Sustainable water deliveries from the Colorado River in a changing climate. *Proc. Natl. Acad. Sci. USA,* **106,** 7334–7338.

Behar, D., 2009: Testimony before the Subcommittee on Energy and Environment of the Committee on Science and Technology. Transcript, U.S. House of Representatives, 12 pp. [Available online at http://docs.lib.noaa.gov/noaa_documents/National _Climate_Service_2009/Behar_Testimony.pdf.]

Brown, C., and R. L. Wilby, 2012: An alternate approach to assessing climate risks. *Eos, Trans. Amer. Geophys. Union,* **93,** 401–402, doi:10.1029/2012EO410001.

Burges, S. J., 1991: Some aspects of hydrologic variability. *Managing Water Resources in the West under Conditions of Climate Uncertainty: A Proceedings,* National Academy Press, 275–280.

Burnash, R. J. C., R. L. Ferral, R. A. McGuire, and R. A. McGuire, 1973: A generalized streamflow simulation system: Conceptual models for digital computers. Joint Federal and State River Forecast Center, U.S. National Weather Service and California Department of Water Resources Tech. Rep., 204 pp.

Cayan, D. R., T. Das, D. W. Pierce, T. P. Barnett, M. Tyree, and A. Gershunov, 2010: Future dryness in the southwest US and the hydrology of the early 21st century drought. *Proc. Natl. Acad. Sci. USA,* **107,** 21 271–21 276, doi:10.1073/pnas.0912391107.

——, and Coauthors, 2013: Future climate: Projected average. *Assessment of Climate Change in the Southwest United States: A Report Prepared for the National Climate Assessment,* G. Garfin et al. Eds., Southwest Climate Alliance Report, Island Press, 101–125.

Christensen, N. S., and D. P. Lettenmaier, 2007: A multimodel ensemble approach to assessment of climate change impacts on the hydrology and water resources of the Colorado River basin. *Hydrol. Earth Syst. Sci.,* **3,** 1–44.

——, A. W. Wood, N. Voisin, D. P. Lettenmaier, and R. N. Palmer, 2004: The effects of climate change on the hydrology and water resources of the Colorado River basin. *Climatic Change,* **62,** 337–363.

Conroy, J. L., J. T. Overpeck, J. E. Cole, and M. Steinitz-Kannan, 2009: Variable oceanic influences on western North American drought over the last 1200 years. *Geophys. Res. Lett.,* **36,** L17703, doi:10.1029/2009GL039558.

Cook, B. I., R. Seager, and R. L. Miller, 2011: On the causes and dynamics of the early twentieth-century North American pluvial. *J. Climate,* **24,** 5043–5060.

Cook, E. R., C. A. Woodhouse, C. M. Eakin, D. M. Meko, and D. W. Stahle, 2004: Long-term aridity changes in the western United States. *Science,* **306,** 1015–1018, doi:10.1126/science.1102586.

——, R. Seager, R. R. Heim Jr., R. S. Vose, C. Herweijer, and C. Woodhouse, 2010: Megadroughts in North America: Placing IPCC projections of hydroclimatic change in a long-term palaeoclimate context. *J. Quat. Sci.,* **25,** 48–61, doi:10.1002/jqs.1303.

——, and Coauthors, cited 2012: North American summer PDSI reconstructions, version 2a. IGBP PAGES/World Data Center Paleoclimatology Data Contribution Series 2008-046, NOAA/NGDC Paleoclimatology Program. [Available online at ftp://ftp.ncdc.noaa.gov/pub/data/paleo/drought/NAmericanDroughtAtlas.v2/readme-NADAv2-2008.txt.]

Daly, C., R. P. Neilson, and D. L. Phillips, 1994: A statistical–topographic model for mapping climatological precipitation over mountainous terrain. *J. Appl. Meteor.,* **33,** 140–158.

Das, T., D. W. Pierce, D. R. Cayan, J. A. Vano, and D. P. Lettenmaier, 2011: The importance of warm season warming to western U.S. streamflow changes. *Geophys. Res. Lett.,* **38,** L23403, doi:10.1029/2011GL049660.

Deser, C., R. Knutti, S. Solomon, and A. S. Phillips, 2012: Communication of the role of natural variability in future North American climate. *Nat. Climate Change,* **2,** 775–779, doi:10.1038/nclimate1562.

Diffenbaugh, N. S., 2005: Atmosphere–land cover feedbacks alter the response of surface temperature to $CO_2$ forcing in the western United States. *Climate Dyn.,* **24,** 237–251.

Dominguez, F., E. Rivera, D. P. Lettenmaier, and C. L. Castro, 2012: Changes in winter precipitation extremes for the western United States under a warmer climate as simulated by regional climate models. *Geophys. Res. Lett.,* **39,** L05803, doi:10.1029/2011GL050762.

Emile-Geay, J., R. Seager, M. A. Cane, E. R. Cook, and G. H. Haug, 2008: Volcanoes and ENSO over the past millennium. *J. Climate,* **21,** 3134–3148.

Fulp, T., 2005: How low can it go? *Southwest Hydrol.,* **4** (2), 3 pp. [Available online at http://web.sahra.arizona.edu/swhydro/archive/V4_N2/SWHVol4Issue2.pdf.]

Gao, Y., J. A. Vano, C. Zhu, and D. P. Lettenmaier, 2011: Evaluating climate change over the Colorado River basin using regional climate models. *J. Geophys. Res.,* **116,** D13104, doi:10.1029/2010JD015278.

——, L. R. Leung, E. P. Salathé Jr., F. Dominguez, B. Nijssen, and D. P. Lettenmaier, 2012: Moisture flux convergence in regional and global climate models: Implications for droughts in the southwestern United States under climate change. *Geophys. Res. Lett.,* **39,** L09711, doi:10.1029/2012GL051560.

Graham, N. E., and Coauthors, 2007: Tropical Pacific–mid-latitude teleconnections in medieval times. *Climatic Change,* **83,** 241–285.

——, C. M. Ammann, D. Fleitmann, K. M. Cobb, and J. Luterbacher, 2011: Support for global climate reorganization during the "Medieval Climate Anomaly." *Climate Dyn.,* **37,** 1217–1245.

Haddeland, I., B. V. Matheussen, and D. P. Lettenmaier, 2002: Influence of spatial resolution on simulated streamflow in a macroscale hydrologic model. *Water Resour. Res.,* **38,** 1124–1133, doi:10.1029/2001WR000854.

Hamlet, A. F., and D. P. Lettenmaier, 2005: Production of temporally consistent gridded precipitation and temperature fields for the continental United States. *J. Hydrometeor.,* **6,** 330–336.

——, E. P. Salathé, and P. Carrasco, 2010: Statistical downscaling techniques for global climate model simulations of temperature and precipitation with application to water resources planning studies. Final Rep. for the Columbia Basin Climate Change Scenarios Project, 27 pp. [Available online at www.hydro.washington.edu /2860/products/sites/r7climate/study_report/CBCCSP_chap4_gcm_final.pdf.]

Harding, B. L., A. W. Wood, and J. R. Prairie, 2012: The implications of climate change scenario selection for future streamflow projection in the upper Colorado River basin. *Hydrol. Earth Syst. Sci. Discuss.,* **9,** 847–894, doi:10.5194/hessd-9-847-2012.

Hartmann, H. C., 2005: Use of climate information in water resources management. *Encyclopedia of Hydrological Sciences,* M. G. Anderson, Ed., Vol. 5, John Wiley and Sons Ltd., 202.

Hidalgo, H. G., 2004: Climate precursors of multidecadal climate variability in the western United States. *Water Resour. Res.,* **40,** W12504, doi:10.1029/2004WR003350.

——, T. C. Piechota, and J. A. Dracup, 2000: Alternative principal components regression procedures for dendrohydrologic reconstructions. *Water Resour. Res.,* **36,** 3241–3249.

——, M. D. Dettinger, and D. R. Cayan, 2008: Downscaling with constructed analogues: Daily precipitation

and temperature fields over the United States. Pier Final Project Rep., California Energy Commission Tech. Rep. CEC-500-2007-123, 48 pp.

Hoerling, M., and J. K. Eischeid, 2007: Past peak water in the Southwest. *Southwest Hydrol.,* **6** (1), 3 pp. [Available online at http://web.sahra.arizona.edu/swhydro/archive/V6_N1/feature2.pdf.]

——, D. P. Lettenmaier, D. Cayan, and B. Udall, 2009: Reconciling projections of Colorado River streamflow. *Southwest Hydrol.,* **8** (3). [Available online at http://web.sahra.arizona.edu/swhydro/archive/V8_N3/feature2.pdf.]

Karnauskas, K. B., J. E. Smerdon, R. Seager, and J. F. González-Rouco, 2012: A Pacific centennial oscillation predicted by coupled GCMs. *J. Climate,* **25,** 5943–5961.

Karpechko, A. Y., and E. Manzini, 2012: Stratospheric influence on tropospheric climate change in the Northern Hemisphere. *J. Geophys. Res.,* **117,** D05133, doi:10.1029/2011JD017036.

Kerr, R. A., 2011: Time to adapt to a warming world, but where's the science? *Science,* **334,** 1052–1053.

Kirchhoff, C. J., 2010. Integrating science and policy: Climate change assessment and water resources management. Rep. CSS10-16, Center for Sustainable Systems, University of Michigan, 280 pp.

Knutti, R., and J. Sedláček, 2012: Robustness and uncertainties in the new CMIP5 climate model projections. *Nat. Climate Change,* **3,** 369–373, doi:10.1038/NCLIMATE1716.

Livneh, B., P. J. Restrepo, and D. P. Lettenmaier, 2011: Development of a unified land model for prediction of surface hydrology and land–atmosphere interactions. *J. Hydrometeor.,* **12,** 1299–1320.

Mahmoud, M., and Coauthors, 2009: A formal framework for scenario development in support of environmental decision-making. *Environ. Model. Software,* **24,** 798–808.

Maurer, E. P., A. W. Wood, J. C. Adam, D. P. Lettenmaier, and B. Nijssen, 2002: A long-term hydrologically based dataset of land surface fluxes and states for the conterminous United States. *J. Climate,* **15,** 3237–3251.

——, H. G. Hidalgo, T. Das, M. D. Dettinger, and D. R. Cayan, 2010: The utility of daily large-scale climate data in the assessment of climate change impacts on daily streamflow in California. *Hydrol. Earth Syst. Sci.,* **14,** 1125–1138, doi:10.5194/hess-14-1125-2010.

McCabe, G. L., and S. L. Markstrom, 2007: A monthly water-balance model driven by a graphical user interface. U.S. Geological Survey Open-File Rep. 2007-1088, 6 pp.

——, and D. M. Wolock, 2007: Warming may create substantial water supply shortages in the Colorado River basin. *Geophys. Res. Lett.,* **34,** L22708, doi:10.1029/2007GL031764.

——, and ——, 2011: Century-scale variability in global annual runoff examined using a water balance model. *Int. J. Climatol.,* **31,** 1739–1748, doi:10.1002/joc.2198.

Mearns, L. O., and Coauthors, 2012: The North American Regional Climate Change Assessment Program: Overview of phase I results. *Bull. Amer. Meteor. Soc.,* **93,** 1337–1362.

Meko, D. M., C. A. Woodhouse, C. H. Baisan, T. Knight, J. J. Lukas, M. K. Hughes, and W. Salzer, 2007: Medieval drought in the upper Colorado River basin. *Geophys. Res. Lett.,* **34,** L10705, doi:10.1029/2007GL029988.

——, ——, ——, ——, ——, ——, and ——, cited 2012: Upper Colorado River flow reconstruction. IGBP PAGES/World Data Center for Paleoclimatology Data Contribution Series 2007-052. NOAA/NCDC Paleoclimatology Program. [Available online at ftp://ftp.ncdc.noaa.gov/pub/data/paleo/treering/reconstructions/northamerica/usa/upper-colorado-flow2007.txt.]

Milly, P. C. D., K. A. Dunne, and A. V. Vecchia, 2005: Global pattern of trends in streamflow and water availability in a changing climate. *Nature,* **438,** 347–350.

——, J. Betancourt, M. Falkenmark, R. Hirsch, Z. Kundzewicz, D. Lettenmaier, and R. Stouffer, 2008: Stationarity is dead: Whither water management? *Science,* **319,** 573–574.

Moss, R. H., and Coauthors, 2010: The next generation of scenarios for climate change research and assessment. *Nature,* **463,** 747–756, doi:10.1038/nature08823.

Mote, P. W., L. D. Brekke, P. B. Duffy, and E. Maurer, 2011: Guidelines for constructing climate scenarios. *Eos, Trans. Amer. Geophys. Union,* **92,** 257–258.

Nakicenovic, N., and R. Swart, Eds., 2000: *Special Report on Emissions Scenarios.* Cambridge University Press, 599 pp.

Nash, L. L., and P. H. Gleick, 1991: The sensitivity of streamflow in the Colorado basin to climatic changes. *J. Hydrol.,* **125,** 221–241.

Niu, G. Y., and Coauthors, 2011: The community Noah land surface model with multiparameterization options (Noah-MP): 1. Model description and evaluation with local-scale measurements. *J. Geophys. Res.,* **116,** D12109, doi:10.1029/2010JD015139.

NRC, 2010: *Informing an Effective Response to Climate Change.* National Academies Press, 348 pp.

——, 2011: *Climate Stabilization Targets: Emissions, Concentrations, and Impacts over Decades to Millennia.* National Academies Press, 298 pp.

Oglesby, R., S. Feng, Q. Hu, and C. Rowe, 2012: The role of the Atlantic multidecadal oscillation on medieval drought in North America: Synthesizing results from proxy data and climate models. *Global Planet. Change,* **84,** 56–65.

Overpeck, J., and B. Udall, 2010: Dry times ahead. *Science,* **328,** 1642–1643, doi:10.1126/science.1186591.

Painter, T. H., J. S. Deems, J. Belnap, A. F. Hamlet, C. C. Landry, and B. Udall, 2010: Response of Colorado River runoff to dust radiative forcing in snow. *Proc. Natl. Acad. Sci. USA,* **107,** 17 125–17 130.

Pederson, G. T., and Coauthors, 2011: The unusual nature of recent snowpack declines in the North American Cordillera. *Science,* **333,** 332–335, doi:10.1126/science.1201570.

Racherla, P. N., D. T. Shindell, and G. S. Faluvegi, 2012: The added value to global model projections of climate change by dynamical downscaling: A case study over the continental U.S. using the GISS-ModelE2 and WRF models. *J. Geophys. Res.,* **117,** D20118, doi:10.1029/2012JD018091.

Rasmussen, R., and Coauthors, 2011: High-resolution coupled climate runoff simulations of seasonal snowfall over Colorado: A process study of current and warmer climate. *J. Climate,* **24,** 3015–3048.

Rauscher, S. A., J. S. Pal, N. S. Diffenbaugh, and M. M. Benedetti, 2008: Future changes in snowmelt-driven runoff timing over the western US. *Geophys. Res. Lett.,* **35,** L16703, doi:10.1029/2008GL034424.

Routson, C. C., C. A. Woodhouse, and J. T. Overpeck, 2011: Second century megadrought in the Rio Grande headwaters, Colorado: How unusual was medieval drought? *Geophys. Res. Lett.,* **38,** L22703, doi:10.1029/2011GL050015.

Salas, J. D., 1993: Analysis and modelling of hydrologic time series. *Handbook of Hydrology,* D. R. Maidment, Ed., Mc-Graw-Hill, Inc., 19.1–19.72.

Scaife, A. A., and Coauthors, 2012: Climate change projections and stratosphere–troposphere interaction. *Climate Dyn.,* **38,** 2089–2097.

Seager, R., and G. A. Vecchi, 2010: Greenhouse warming and the 21st century hydroclimate of southwestern North America. *Proc. Natl. Acad. Sci. USA,* **107,** 21 277–21 282, doi:10.1073/pnas.0910856107.

——, and Coauthors, 2007: Model projections of an imminent transition to a more arid climate in southwestern North America. *Science,* **316,** 1181–1184.

——, R. Burgman, Y. Kushnir, A. Clement, E. Cook, N. Naik, and J. Miller, 2008: Tropical Pacific forcing of North American medieval megadroughts: Testing the concept with an atmosphere model forced by coral-reconstructed SSTs. *J. Climate,* **21,** 6175–6190.

——, M. Ting, C. Li, N. Naik, B. Cook, J. Nakamura, and H. Liu, 2013: Projections of declining surface-water availability for the southwestern United States. *Nat. Climate Change,* **3,** 482–486, doi:10.1038/NCLIMATE1787.

Stockton, C. W., and G. C. Jacoby Jr., 1976: Long-term surface-water supply and streamflow trends in the upper Colorado River basin. Lake Powell Research Project Bull. 18, National Science Foundation, 70 pp.

Tang, Q., and D. P. Lettenmaier, 2012: 21st century runoff sensitivities of major global river basins. *Geophys. Res. Lett.,* **39,** L06403, doi:10.1029/2011GL050834.

Trenberth, K. E., 1998: Atmospheric moisture residence times and cycling: Implications for rainfall rates and climate change. *Climatic Change,* **39,** 667–694.

USBR, 2007a: Appendix A: CRSS model documentation. Final Environmental Impact Statement—Colorado River interim guidelines for lower basin shortages and coordinated operations for Lake Powell and Lake Mead. [Available online at www.usbr.gov/lc/region /programs/strategies/FEIS/AppA.pdf.]

——, 2007b: Colorado River interim guidelines for lower basin shortages and coordinated operations for Lakes Powell and Mead. Draft Environmental Impact Statement, U.S. Department of the Interior, Boulder City, Nevada. [Available online at www.usbr.gov/lc /region/programs/strategies/draftEIS/index.html.]

——, 2011a: Colorado River basin water supply and demand study. Tech. Rep. B, U.S. Department of the Interior, Boulder City, Nevada. [Available online at www.usbr.gov/lc/region/programs/crbstudy /finalreport/index.html.]

——, 2011b: West-wide climate risk assessments: Bias-corrected and spatially downscaled surface water projections. Tech. Memo. 86-68210-2011-01, U.S. Department of the Interior, Denver, Colorado, 122 pp. [Available online at www.usbr .gov/WaterSMART/docs/west-wide-climate-risk -assessments.pdf.]

——, cited 2012: Current natural flow data 1906-2008. [Available online at www.usbr.gov/lc/region/g4000 /NaturalFlow/current.html.]

Vano, J. A., T. Das, and D. P. Lettenmaier, 2012: Hydrologic sensitivities of Colorado River runoff to changes in precipitation and temperature. *J. Hydrometeor.,* **13,** 932–949.

Waggoner, P. E., Ed., 1990: *Climate change and US water resources.* Wiley, 496 pp.

Wi, S., F. Dominguez, M. Durcik, J. Valdes, H. F. Diaz, and C. L. Castro, 2012: Climate change projection of snowfall in the Colorado River basin using dynamical downscaling. *Water Resour. Res.,* **48,** W05504, doi:10.1029/2011WR010674.

Wood, A. W., and D. P. Lettenmaier, 2006: A test bed for new seasonal hydrologic forecasting approaches in the western United States. *Bull. Amer. Meteor. Soc.,* **87,** 1699–1712.

——, L. R. Leung, V. Sridhar, and D. P. Lettenmaier, 2004: Hydrologic implications of dynamical and statistical approaches to downscaling climate model outputs. *Climatic Change,* **62,** 189–216.

Woodhouse, C. A., and J. T. Overpeck, 1998: 2000 years of drought variability in the central United States. *Bull. Amer. Meteor. Soc.,* **79,** 2693–2714.

——, and P. M. Brown, 2001: Tree-ring evidence for Great Plains drought. *Tree-Ring Res.,* **57,** 89–103.

——, and J. J. Lukas, 2006: Multi-century tree-ring reconstructions of Colorado streamflow for water resource planning. *Climatic Change,* **78,** 293–315.

——, S. T. Gray, and D. M. Meko, 2006: Updated streamflow reconstructions for the upper Colorado River basin. *Water Resour. Res.,* **42,** W05415, doi:10.1029/2005WR004455.

——, D. M. Meko, G. M. MacDonald, D. W. Stahle, and E. R. Cook, 2010: A 1,200-year perspective of 21st century drought in the southwestern North America. *Proc. Natl. Acad. Sci. USA,* **107,** 21 283–21 288, doi:10.1073/pnas.0911197107.



# Geophysical Research Letters

## RESEARCH LETTER

10.1002/2015GL067613

**Key Points:**
- When UCRB flow departs from precipitation, temperature is a major forcing
- Since 1988, flows have often been less than expected given winter precipitation
- Warm temperatures exacerbated modest precipitation deficits in the 2000s drought

**Supporting Information:**
- Texts S1 and S2, Figures S1–S8, Table S1, and Caption for Data Set S1
- Data Set S1

**Correspondence to:**
C. A. Woodhouse,
conniew1@email.arizona.edu

**Citation:**
Woodhouse, C. A., G. T. Pederson, K. Morino, S. A. McAfee, and G. J. McCabe (2016), Increasing influence of air temperature on upper Colorado River streamflow, *Geophys. Res. Lett.*, 43, doi:10.1002/2015GL067613.

Received 30 DEC 2015
Accepted 5 FEB 2016

# Increasing influence of air temperature on upper Colorado River streamflow

**Connie A. Woodhouse[1,2], Gregory T. Pederson[3], Kiyomi Morino[2], Stephanie A. McAfee[4], and Gregory J. McCabe[5]**

[1]School of Geography and Development, University of Arizona, Tucson, Arizona, USA, [2]Laboratory of Tree-Ring Research, University of Arizona, Tucson, Arizona, USA, [3]U.S. Geological Survey, Northern Rocky Mountain Science Center, Bozeman, Montana, USA, [4]Department of Geography, University of Nevada, Reno, Reno, Nevada, USA, [5]U.S. Geological Survey, National Research Program, Water Resources Division, Denver Federal Center, Denver, Colorado, USA

**Abstract** This empirical study examines the influence of precipitation, temperature, and antecedent soil moisture on upper Colorado River basin (UCRB) water year streamflow over the past century. While cool season precipitation explains most of the variability in annual flows, temperature appears to be highly influential under certain conditions, with the role of antecedent fall soil moisture less clear. In both wet and dry years, when flow is substantially different than expected given precipitation, these factors can modulate the dominant precipitation influence on streamflow. Different combinations of temperature, precipitation, and soil moisture can result in flow deficits of similar magnitude, but recent droughts have been amplified by warmer temperatures that exacerbate the effects of relatively modest precipitation deficits. Since 1988, a marked increase in the frequency of warm years with lower flows than expected, given precipitation, suggests continued warming temperatures will be an increasingly important influence in reducing future UCRB water supplies.

## 1. Introduction

Understanding water resource responses to temperature, particularly in light of ongoing droughts and climate change, is critical for resource planning and management. Snow-fed rivers, a major water supply in the western United States (U.S.), are largely influenced by winter precipitation, but increasingly warmer temperatures are expected to play a role in water year runoff. In California, the recent and ongoing drought has mainly been attributed to precipitation deficits [*Mao et al.*, 2015], although it is likely that temperatures have played an important role in exacerbating drought conditions [*Diffenbaugh et al.*, 2015; *Shukla et al.*, 2015; *Williams et al.*, 2015]. In the Colorado River basin, warming temperatures have likely had a similar effect on drought conditions.

While modeling studies projecting the impacts of climate change on western water resources clearly foretell the critical role of warming temperatures in reducing Colorado River runoff [e.g., *Revelle and Waggoner* 1983; *Christensen et al.*, 2004; *Christensen and Lettenmaier*, 2006; *Hoerling and Eischeid*, 2007; *McCabe and Wolock*, 2007; *Vano et al.*, 2012], to date, observational studies present two perspectives: (1) that temperature is a minor component relative to precipitation and (2) that temperatures can impact the efficiency of runoff relative to precipitation, resulting in marked declines in streamflow. The dominance of precipitation variability as a driver of runoff relative to the effects of temperature variability across the coterminous U.S. and in western river basins has been well documented [*Wigley and Jones* 1985; *Gleick*, 1986, 1987; *Karl and Riebsame*, 1989; *Nash and Gleick*, 1991]. More recently, water balance modeling of hydrology with observed climate inputs confirmed this, indicating that virtually all annual runoff variability for the periods from 1900 and 1950 can be attributed to variations in precipitation, for all regions in the U.S., including regions that have warmed [*McCabe and Wolock*, 2011]. However, *Reynolds et al.* [2015] found that the frequency of intermittent stream drying in the upper Colorado River basin could only be explained by accounting for both temperature and precipitation. In addition, *Nowak et al.* [2012] found that the efficiency of runoff (annual flow relative to annual precipitation volume) in the upper basin may be impacted by underlying multidecadal temperature variability, independent from its relationship with precipitation [*Nowak et al.*, 2012].

Along with temperature, antecedent moisture conditions may influence runoff. The role of soil moisture in upper Colorado River basin surface flows, particularly in the fall season prior to the snowpack accumulation season, has not been investigated although modeled soil moisture is used by the NOAA Colorado River Basin

©2016. American Geophysical Union.
All Rights Reserved.

 **Geophysical Research Letters**

10.1002/2015GL067613

Forecast Center in streamflow projections, particularly for fall base flow conditions, and research has suggested such a role elsewhere [*Merz et al.*, 2006]. Modeling studies have used soil moisture as an indicator of drought [*Cayan et al.*, 2010] as well as part of a suite of hydroclimatic variables with which to assess drought impacts from climate changes projected for the future in the Colorado River headwaters and elsewhere [e.g., *Cayan et al.*, 2010; *Seager et al.*, 2012; *Cook et al.*, 2015]. Although soil moisture has been acknowledged as a potential source of runoff [*Seneviratne et al.*, 2010], studies have not investigated an explicit role in streamflow generation.

Temperature, and perhaps antecedent moisture, may play a more critical role in situations where water supply closely matches or even exceeds demand, as is the case in the Colorado River basin [*McCabe and Wolock*, 2011]. In this basin, it may be possible to begin to detect what modeling studies project, linking observational study results with the changes projected for the future. Here we assess the contribution of temperature and antecedent soil moisture to water year (October–September) streamflow in the upper Colorado River basin (Figure S1 in the supporting information) over the period, 1906–2012. Specifically, we ask: What has been the contribution of temperature and prior fall soil moisture to total annual flow, during 20th to 21st century droughts? And over this period, are there indications that the contribution of temperature to total water year streamflow has been changing?

In this study, we take a straightforward approach using observation-based data for a perspective that encompassed the past 100 years. While there are a number of ways in which warming temperatures can directly or indirectly impact streamflow, including reduced accumulation and earlier melting of snowpack, earlier peak runoff, and less of the cool season's precipitation coming in the form of snow [e.g., *Mote et al.*, 2005; *Kapnick and Hall*, 2011; *Knowles et al.*, 2006; *Stewart et al.*, 2005], we examine how the mean temperature averaged over the runoff period (March–July) and prior fall season (November) soil moisture modulate the influence of cool season precipitation (October–April) on annual streamflow. Our findings strongly suggest that warming is likely to be playing an increasingly important role in both dry and wet years. However, results for the role of soil moisture are less conclusive.

## 2. Data

Estimated natural flows for the Colorado River at Lees Ferry, representing streamflow for the upper Colorado River basin, were obtained from the Bureau of Reclamation, for the water years 1906 to 2012 (J. R. Prairie, personal communication, 2015). These data have had the effects of depletions, diversions, and reservoir operations removed. To represent basin-wide climate conditions, gridded total monthly precipitation and average monthly temperature ($4 \times 4$ km resolution) from the Precipitation-Elevation Regression on Independent Slopes Model [*Daly et al.*, 2008] were averaged across the upper Colorado River basin. Targeted hydroclimatic variables for analyses were selected primarily on the basis of correlations of monthly data with Lees Ferry water year streamflow (Figure S2). October–April total precipitation was chosen as the season most closely associated with water year flow. For mean temperature, March, March–May, and March–July average temperature were selected as candidates. We also investigated the influence of antecedent (fall season prior to the winter snowpack accumulation season) moisture conditions, using October and November soil moisture storage from *McCabe and Wolock*'s [2011] monthly water balance model, as no long-term observations of soil moisture are available (Text S1).

The period of analysis was water year 1906–2012, constrained by the length of the estimated natural flow record. In most of the analyses, data were converted to percentiles to allow comparison between different metrics.

## 3. Quantifying Hydroclimatic Contributions to Water Year Flow

In order to assess the hydroclimatic contribution to water year streamflow, stepwise regression was used to estimate flows from cool season precipitation, runoff season temperature, and antecedent fall season soil moisture storage. The pool of candidate predictors included October–April total precipitation: March, March–May, and March–July average temperature and October and November soil moisture storage. The model was run on all years, 1906–2012, using an F-to-enter of 2.01 and an F-to-remove of 2.00. A model with three variables resulted, explaining 76% of the total variance in water year flow (Table 1a). The first predictor to enter was October–April precipitation, explaining 66% of the variance. March–July average temperature entered second, explaining 8% of the variance, and the third step was November soil moisture, explaining

**AGU** **Geophysical Research Letters**   10.1002/2015GL067613

**Table 1.** Stepwise Regression Results, 1906–2012, and Stepwise Regression Results, 1906–2012, but for the 30 Years in Which the Difference Between Water Year Flow and Cool Season Precipitation Is Greater Than 1 Standard Deviation

| Variable | Step | $R$ | $R^2$ | $R^2$ Change | $F$ | $p$ Level |
|---|---|---|---|---|---|---|
| *Stepwise Regression Results, 1906–2012* | | | | | | |
| Oct–Apr $P$ | 1 | 0.813 | 0.661 | 0.661 | 205.170 | 0.000 |
| Mar–Jul $T$ | 2 | 0.859 | 0.738 | 0.077 | 30.472 | 0.000 |
| pNov soil | 3 | 0.871 | 0.758 | 0.020 | 8.442 | 0.004 |
| *Stepwise Regression Results, 1906–2012, but for the 30 Years* | | | | | | |
| Mar–Jul $T$ | 1 | 0.647 | 0.419 | 0.419 | 20.190 | 0.000 |
| Oct–Apr $P$ | 2 | 0.781 | 0.611 | 0.192 | 13.281 | 0.001 |
| Oct Soil | 3 | 0.831 | 0.691 | 0.081 | 6.802 | 0.015 |

just 2% of the variance. An additional model was generated, using the period 1960–2012, with very similar results (same predictors in the same order, but slightly more variance explained by cool season precipitation and soil moisture, with slightly less from temperature) (Table S1).

These results are in close agreement with *Nowak et al.* [2012] who reported that 70% of the total water year streamflow at Lees Ferry could be explained by temperature and precipitation. *Nowak et al.* [2012] used water year precipitation and residual temperatures (dependence on precipitation removed), and we obtained comparable results in an analysis using residual March–July temperatures and cool season precipitation. Results also are consistent with the findings of *Karl and Riebsame* [1989], *McCabe and Wolock* [2011], and others that precipitation is the dominant influence on streamflow over both the full instrumental period and the more recent decades.

## 4. Warm and Cool Droughts

While precipitation plays the dominant role in year-to-year streamflow variability, the effect of temperature on total water year flows may become more important during multiyear droughts. To investigate this, we examined droughts in the upper Colorado River basin and the associated values of October–April precipitation, March–July temperature, and prior November soil moisture. Drought was defined on the basis of water year flows at Lees Ferry and included long-term average spans of consecutive years below the long-term average broken by no more than 1 year with above average flow. Six periods were identified: 1931–1940, 1950–1956, 1959–1969, 1972–1977, 1988–1996, and 2000–2012. Percentile values for the hydroclimate variables were averaged over the years in these periods.



**Figure 1.** Comparison of hydroclimatic variables (Colorado River at Lees Ferry water year streamflow, October–April total precipitation, March–July average temperature, and prior November soil moisture) averaged for the years in each of six droughts in the upper Colorado River basin, percentile values with standard errors.

Average water year flows for all six drought periods fell between the 32nd and 40th percentiles, with the 1970s drought being the least severe (Figure 1). Values for cool season precipitation show greater differences between droughts. The 1950s drought was the most severe in terms of precipitation deficits (30th percentile), while the 2000s drought was the least severe (48th percentile). In contrast, March–July temperatures for these periods indicate that the 1950s was the coolest period, with average values just below the median, while the 2000s drought was the warmest at almost the 80th percentile. Since average flows were similar for these two droughts, it is likely that cooler temperatures in the 1950s help offset the greater precipitation deficits, and vice versa during the 2000s drought. The late 1980s through early 1990s drought



**Geophysical Research Letters**   10.1002/2015GL067613

also follows the pattern of the 2000s drought with modest precipitation deficits and higher temperatures. The 1930s drought is severe both in terms of precipitation deficits and warmth, though not as dry as the 1950s or as warm as the most recent two periods of drought. Soil moisture values were lowest during the 1930s drought, followed by the 1950s. These values were somewhat higher during the 1980s–1990s and 2000s droughts but still below the median. Only the 1970s drought period shows above median soil moisture, and with nearly median temperature and moderately low precipitation, together these may be responsible for the highest average flows of all the drought periods.

## 5. Temperature Moderates Relationships Between Cool Season Precipitation and Streamflow

Temperature can exacerbate or ameliorate drought conditions, but may also play a role in moderating streamflow during times other than droughts. In general, when the cool season is wet, runoff is high and when it is dry, runoff is low (Figure 2a). However, in some years, the two variables do not track each other as closely, and in these years (henceforth referred to as "anomalous flow years"), temperature and soil moisture may be factors. In order to identify anomalous flow years, we took the differences between the percentile values for cool season precipitation and water year flow and examined the years when the difference exceeded 1 standard deviation from the mean (Figure 2b).

These years, when the flow anomaly was greater or less than might be expected given the cool season precipitation (30 years in total), fell into four categories. The first two categories are years when flow was greater than expected given that year's cool season precipitation in (1) above median flow years ("high-flow +" hereafter, 10 years) and (2) below median flow years, ("low-flow +" hereafter, 4 years). The second two categories are composed of years when flow was less than expected given that year's cool season precipitation in (3) above median flow years ("high-flow −" hereafter, 7 years) and (4) below median flow years, ("low-flow −" hereafter, 9 years). The four categories of anomalous flow years are shown with colored shading in Figure 2b and are summarized in the headings above the associated bar graphs in Figure 2c.

The distribution of these four categories of anomalous flow years, along with the time series of Colorado River at Lees Ferry water year flows minus October–April total precipitation, is displayed in Figure 2b. In general, there is clustering of flow anomaly years in the early part of the record (1910s and 1920s), followed by an interval with fewer flow anomalies (1930s to 1970s) before anomalous events increase in frequency again from the late 1970s through the end of the record. More specifically, most of the years with high-flow + anomalies (i.e., above median flows that are greater than expected based on precipitation) fall between 1918 and 1930, with a few occurrences later in the century. It is possible that this result is due, at least in part, to data scarcity (Text S2). In contrast, all but two of the low-flow − years (i.e., below median flows that are less than expected given precipitation) occur after 1987. The other two types of anomaly years occur less frequently. Above median years with less flow than might be expected (high-flow −), occur in 7 years, but three of these are consecutive, 1978–1980. The least common type of year is that with below median flows that are still greater than might be expected from precipitation (low-flow +). Two of the four cases occur during the relatively cool 1950s drought.

For each category of anomalous flow years, the importance of temperature or soil moisture as a conditioning factor becomes apparent in the averaged percentile values of each hydroclimatic variable (Figure 2c). In the two categories with flows higher than expected given precipitation (high-flow+ and low-flow+ anomaly years), temperatures fall below the 40th percentile. Soil moisture values in these years are high relative to cool season precipitation, suggesting soil moisture in the prior fall may have helped increase water year flows. As might be expected, in low flow years, with less flow than expected (low-flow − anomaly years), March–July temperatures are quite high (>80th percentile), but here the role of soil moisture, if any, is not obvious.

The proximal causes of the above median flow years with less flow than expected (high-flow − anomaly years), however, are less clear-cut than the other three categories. These are exceedingly wet winters, above the 80th percentile, but both temperature and soil moisture values are close to the median. A closer look at these years in comparison with the seven wettest winters with correspondingly high flows reveals more subtle differences that relate to the timing of delivery and spatial distribution of cool season precipitation. In the wettest winters, relatively more of the precipitation is delivered in October, December, and April, while the years with lower flows than would be expected from the wet winters experience more precipitation in

**AGU** Geophysical Research Letters                    10.1002/2015GL067613



**Figure 2.** (a) Colorado River at Lees Ferry natural flows (black line) with October–April total precipitation for the UCRB (blue dashed line), 1906–2012. Anomalous years (years with differences greater than 1 standard deviation) in vertical colored bars. Years with flows higher than precipitation are in green (above median flow years) and blue (below median flows). Years with flows lower than precipitation are in orange (above median flow years) and pink (below median flow years). (b) Time series of water year flow in percentile minus October–April total precipitation in percentile (black line), with +/− one standard deviation range (horizontal gray bar) and anomalous years (years with differences greater than 1 standard deviation) in vertical colored bars as in Figure 2a. (c) Percentile hydroclimatic values averaged for water year flow anomalies in each of the four categories as in Figure 2b and described above the bar graphs, with standard error bars. Colors indicate the same year types as in Figure 2b.

midwinter, January, February, and March (Figure S3). Spatial patterns of the difference between these two sets of years indicate more precipitation falling in the headwaters regions in the years with wet winters and correspondingly high flows (Figure 3a). There are some differences in the temperatures over the months of March–July, which may be contributing factors as well. The wet winters with high flows are cooler in March



**Figure 3.** Climate differences between the seven wettest winters with correspondingly high flows and the seven high-flow − anomaly winters when streamflow was above the median but less than expected given winter precipitation. (a) October–April total precipitation. (b) March mean temperature. Dark blue indicates locations that are wetter or cooler in the wettest winters, compared to the high-flow − anomaly years. The black contour lines indicate 2500 m.

 **Geophysical Research Letters**

10.1002/2015GL067613

and July, relative to the other set of years, with March temperature values averaged for those years at the 31st percentile, compared to slightly above median temperatures for the set of lower than expected flow years. The differences are similar for July, though not quite as marked (29th versus 49th percentiles) (Figure S4). Spatial patterns suggest differences in March may be most important with cooler temperature throughout the entire basin in the wettest winters, but with the largest differences in the northern half of the basin. More northerly latitudes are cooler in general, making these regions more efficient in terms of moisture demand. But during the high-flow — winters, this advantage is discounted. (Figures 3b and S5). This suggests that high-flow — anomaly years are defined by winters with lower early season precipitation and snowpack in the highest-elevation regions and 2–3°C warmer average March temperatures in the northern half of the basin, relative to the wettest winters with correspondingly high flows.

In one final test to determine the importance of temperature in anomalous flow years, we repeated the step-wise regression analysis done previously but only used the 30 years classified as anomalous (that is, years with the difference between water year flow and October–April precipitation greater than 1 standard deviation from the mean difference). The same predictor pool yielded a model in which the first variable to enter was March–July temperature, explaining 42% of the total variance in flow for these years (Table 1b). October–April precipitation contributed an additional 19% variance explained, and October soil moisture added 8%. This result helps confirm the importance of temperature, and to a lesser degree soil moisture, as a moderating or exacerbating influence on the more dominant control of cool season precipitation during anomalous flow years. In addition, the regression was rerun with the addition of May and June precipitation in the predictor pool to assess the possible importance of spring precipitation to water year flows in these anomalous years. Although March–July temperature and October–April precipitation still explain the same amount of variance, both May and June are significant predictors, together explaining an additional 13% of the variance (Table S1b). We also assessed the average values for precipitation in these 2 months for the four categories of anomalous years (Figure S6), and it does appear that wet springs may also contribute to the differences between flow and cool season precipitation. In particular, in the years when flows are higher than would be expected, given cool season precipitation, May and June are much wetter relative to the cool season (Figures S6a and S6b). So along with cooler March–July temperatures, these wet springs may contribute to the higher flows. Although not as marked, in years with less flow than would be expected given cool season precipitation when flows are below the median (Figure S6d), drier May and June conditions could be contributing, along with very warm March–July temperatures.

Although we elected to focus on the upper Colorado River basin (UCRB), regression models and anomalous flow year analyses were performed for the three main subbasins (Green/Yampa, Main Stem/Gunnison, and San Juan/Dolores River basins) with results similar to those for the full UCRB, suggesting that our results are robust to differences due to gradients in temperature and precipitation across the UCRB (Table S1c and Figures S7a and S7b).

## 6. Conclusions

This historical perspective on hydroclimatic factors controlling UCRB streamflow suggests that while temperature has been a minor influence on streamflow overall, under certain conditions, runoff season temperatures exert an important moderating or exacerbating influence on streamflow relative to the role of cool season precipitation. Specifically, in years when flow is greater or less than might be expected given cool season precipitation, temperatures explain over 40% of the variability in streamflow. Our results indicate that precipitation is the leading control on water year streamflow in the upper Colorado River basin when all years are assessed, both for the full period of record and for the most recent half century, in concurrence with previous work by *Karl and Riebsame* [1989], *McCabe and Wolock* [2011], and others. However, as suggested by work that examines the impact of warming temperatures on runoff [e.g., *Vano et al.*, 2014], these results also strongly indicate that temperature, and to a lesser degree soil moisture, may be an important influence on streamflow. In contrast to studies that assess the impact of warming, we show that both cooler and warmer temperatures can result in flows greater or less than expected from cool season precipitation, respectively, with the latter conditions becoming much more prevalent over the past decades.

This importance of temperature, and to some extent, soil moisture, is evident in the examination of droughts on the Colorado River. A comparison of the 1950s and 2000s droughts shows how differences in precipitation

 **Geophysical Research Letters**                                    10.1002/2015GL067613

deficits, runoff season temperatures, and soil moisture resulted in similar runoff conditions. The 1950s drought was characterized by low precipitation, drier antecedent soil moisture, and relatively cool temperatures compared to the moderate precipitation, relatively wetter antecedent soils, and very warm conditions during the 2000s drought (Figure 1). The fact that the drought prior to the 2000s drought (the 1980s–90s drought) also displayed these characteristics hints at the beginning of a possible temperature-driven trend, given warming runoff season temperatures in the basin (Figure S8).

The potential role of antecedent soil moisture conditions in anomalous flow years appears minor to uncertain. Results suggest that it is a more important contributor in years when flows are greater than might be expected from cool season precipitation totals alone. However, a number of other factors could contribute to antecedent and persistent moisture conditions, including base flow variability, basin size, and groundwater storage [e.g., *Wang et al.*, 2015]. More work is needed to characterize accurately the antecedent soil moisture and groundwater conditions that are likely to make a substantive difference in water year flows.

An important finding revealed by this work is the clustering over the last two decades of anomalous years in which already low flows are lower than might be anticipated given cool season precipitation totals. Drought conditions have persisted over the past 15 years in the upper Colorado River basin, negating any substantive positive effect of a handful of wet years (2005, 2008, and 2011) within this interval of time. In most recent drought years, low flows have been further exacerbated by warm temperatures. As severe as the most recent drought has been, however, multicentury to multimillennial length paleoclimatic records indicate that droughts of this length are not unprecedented for this region [*Woodhouse et al.*, 2006; *Meko et al.*, 2007; *Pederson et al.*, 2011; *Routson et al.*, 2011; *Ault et al.*, 2013]. A growing number of recent studies suggest warming temperature superimposed on natural drought variability will exacerbate the impacts of these droughts, not only on water supplies but also on the demand for water by both human and natural systems [e.g., *Seager et al.*, 2012; *Cook et al.*, 2015]. Our work suggests warming temperatures are playing an increasingly important role in causing runoff declines even in nondrought years. This finding has important implications for water resource management. Cool season precipitation has been a robust predictor of water year streamflow, but streamflow forecasts run the risk of overprediction if warming spring and early summer temperatures are not adequately considered. Given the current and projected trends in spring temperatures, we suggest the influence of temperature in driving further reductions of UCRB water supplies will continue.

**Acknowledgments**

This work was supported by the DOI Southwest Climate Science Center, grant G14AP00152. All data used in the analysis and conclusions in this paper are available in the supporting information or can be obtained from the web site http://www.nrmsc.usgs.gov/ColoradoRiverWater. Any use of trade, firm, or product names is for descriptive purposes only and does not imply endorsement by the U.S. Government. We gratefully acknowledge the suggestions from Steve Hostetler and two anonymous reviewers on the earlier drafts of this paper.

## References

Ault, T. R., J. E. Cole, J. T. Overpeck, G. T. Pederson, S. S. George, B. Otto-Bliesner, C. A. Woodhouse, and C. Deser (2013), The continuum of hydroclimate variability in western North America during the last millennium, *J. Clim.*, 26, 5863–5878, doi:10.1175/JCLI-D-11-00732.1.

Cayan, D. R., T. Das, D. W. Pierce, T. P. Barnett, M. Tyree, and A. Gershunov (2010), Future dryness in the southwest US and the hydrology of the early 21st century drought, *Proc. Natl. Acad. Sci. U. S. A.*, 107, 21,271–21,276.

Christensen, N., and D. P. Lettenmaier (2006), A multimodel ensemble approach to assessment of climate change impacts on the hydrology and water resources of the Colorado River basin, *Hydrol. Earth Syst. Sci. Discuss.*, 3, 3727–3770.

Christensen, N. S., A. W. Wood, N. Voisin, D. Lettenmaier, and R. N. Palmer (2004), The effects of climate change on the hydrology and water resources of the Colorado River basin, *Clim. Change*, 62, 337–363.

Cook, B. I., T. R. Ault, and J. E. Smerdon (2015), Unprecedented 21st century drought risk in the American Southwest and Central Plains, *Sci. Adv.*, 1, e1400082-e1400082, doi:10.1126/sciadv.1400082.

Daly, C., M. Halbleib, J. I. Smith, W. P. Gibson, M. K. Doggett, G. H. Taylor, J. Curtis, and P. P. Pasteris (2008), Physiographically-sensitive mapping of temperature and precipitation across the conterminous United States, *Int. J. Climatol.*, 1, 2031–2064.

Diffenbaugh, N. S., D. L. Swain, and D. Touma (2015), Anthropogenic warming has increased drought risk in California, *Proc. Natl. Acad. Sci. U. S. A.*, 112, 3931–3936.

Gleick, E. H. (1986), Methods for evaluating the regional hydrological impact of global climatic changes, *J. Hydrol.*, 88, 97–116.

Gleick, P. H. (1987), Regional hydrologic consequences of increases in atmospheric carbon dioxide and other trace gases, *Clim. Change*, 10, 137–161.

Hoerling, M., and J. Eischeid (2007), Past peak water in the Southwest, *Southwest Hydrol.*, 6, 18.

Kapnick, S., and A. Hall (2011), Causes of recent changes in western North American snowpack, *Clim. Dyn.*, 38, 1885–1899, doi:10.1007/s00382-011-1089-y.

Karl, T. R., and W. E. Riebsame (1989), The impact of decadal fluctuations in mean precipitation and temperature on runoff: A sensitivity study over the United States, *Clim. Change*, 15, 423–447.

Knowles, N., M. Dettinger, and D. Cayan (2006), Trends in snowfall versus rainfall in the Western United States, *J. Clim.*, 19, 4545–4559.

Mao, Y., B. Nijssen, and D. P. Lettenmaier (2015), Is climate change implicated in the 2013–2014 California drought? A hydrologic perspective, *Geophys. Res. Lett.*, 42, 2805–2813, doi:10.1002/2015GL063456.

McCabe, G. J., and D. M. Wolock (2007), Warming may create substantial water supply shortages in the Colorado River basin, *Geophys. Res. Lett.*, 34, L22708, doi:10.1029/2007GL031764.

McCabe, G. J., and D. M. Wolock (2011), Independent effects of temperature and precipitation on modeled runoff in the conterminous United States. *Water Resour. Res.*, 47, W11522, doi:10.1029/2011WR010630.

Meko, D. M., C. A. Woodhouse, C. A. Baisan, T. Knight, J. J. Lukas, M. K. Hughes, and M. W. Salzer (2007), Medieval drought in the upper Colorado River Basin, *Geophys. Res. Lett.*, 34, L10705, doi:10.1029/2007GL029988.

 **Geophysical Research Letters**

10.1002/2015GL067613

Merz, R., G. Blöschl, and J. Parajka (2006), Spatio-temporal variability of event runoff coefficients, *J. Hydrol.*, *331*, 591–604.

Mote, P., A. Hamlet, M. Clark, and D. Lettenmaier (2005), Declining mountain snowpack in western North America, *Bull. Am. Meteorol. Soc.*, *86*, 39–49.

Nash, L. L., and P. H. Gleick (1991), Sensitivity of streamflow in the Colorado basin to climatic changes, *J. Hydrol.*, *125*, 221–241.

Nowak, K., M. Hoerling, B. Rajagopalan, and E. Zagona (2012), Colorado River basin hydroclimatic variability, *J. Clim.*, *25*, 4389–4403.

Pederson, G. T., S. T. Gray, C. A. Woodhouse, J. L. Betancourt, D. B. Fagre, J. S. Littell, E. Watson, B. H. Luckman, and L. J. Graumlich (2011), The unusual nature of recent snowpack declines in the North American cordillera, *Science*, *333*, 332–335, doi:10.1126/science.1201570.

Revelle, R. R., and P. E. Waggoner (1983), Effects of a carbon dioxide-induced climatic change on water supplies in the western United States, in *Changing Climate, Natl. Acad. Rep. 8211, Carbon Dioxide Assessment Committee*, pp. 419–432, Washington, D. C.

Reynolds, L. V., P. B. Shafroth, and N. L. Poff (2015), Modeled intermittency risk for small streams in the Upper Colorado River Basin under climate change, *J. Hydrol.*, *523*, 768–780.

Routson, C. C., C. A. Woodhouse, and J. T. Overpeck (2011), Second century megadrought in the Rio Grande headwaters, Colorado: How unusual was medieval drought?, *Geophys. Res. Lett.*, *38*, L22703, doi:10.1029/2011GL050015.

Seager, R., M. Tang, C. Li, N. Naik, J. Nakamura, and H. Lui (2012), Projections of declining surface-water availability for the southwestern United States, *Nat. Clim. Change*, doi:10.1038/NCLIMATE1787.

Seneviratne, S. I., T. Corti, E. L. Davin, M. Hirschi, E. B. Jaeger, I. Lehner, B. Orlowsky, and A. J. Teuling (2010), Investigating soil moisture-climate interactions in a changing climate: A review, *Earth Sci. Rev.*, *99*, 125–161, doi:10.1016/j.earscirev.2010.02.004.

Shukla, S., M. Safeeq, A. AghaKouchak, K. Guan, and C. Funk (2015), Temperature impacts on the water year 2014 drought in California, *Geophys. Res. Lett.*, *42*, 4384–4393, doi:10.1002/2015GL063666.

Stewart, I., D. Cayan, and M. Dettinger (2005), Changes toward earlier streamflow timing across western North America, *J. Clim.*, *18*, 1136–1155.

Vano, J. A., T. Das, and D. P. Lettenmaier (2012), Hydrologic sensitivities of Colorado River runoff to changes in precipitation and temperature, *J. Hydrometeorol.*, *13*, 932–949.

Vano, J. A., et al. (2014), Understanding uncertainties in future Colorado River streamflow, *Bull. Am. Meteorol. Soc.*, *95*, 59–78.

Wang, H., A. Sankarasubramanian, and R. S. Ranjithan (2015), Understanding the low-frequency variability in hydroclimatic attributes over the southeastern US, *J. Hydrol.*, *521*, 170–181.

Wigley, T. M. L., and P. H. Jones (1985), Influences of precipitation and direct $CO_2$ effects on streamflow, *Nature*, *314*, 149–152.

Williams, A. P., R. Seager, J. T. Abatzoglou, B. I. Cook, J. E. Smerdon, and E. R. Cook (2015), Contribution of anthropogenic warming to California drought during 2012–2014, *Geophys. Res. Lett.*, *42*, 6819–6828, doi:10.1002/2015GL064924.

Woodhouse, C. A., S. T. Gray, and D. M. Meko (2006), Updated streamflow reconstructions for the Upper Colorado River Basin, *Water Resour. Res.*, *42*, W05415, doi:10.1029/2005WR004455.



# Climate Change in Colorado

A Synthesis to Support Water Resources
Management and Adaptation

**A REPORT FOR THE COLORADO WATER CONSERVATION BOARD**



## Colorado
University of Colorado at Boulder

Case No. 1:20-cv-02484-MSK   Document 96-2   filed 05/06/21   USDC Colorado   pg 200 of 256



# Climate Change in Colorado

A Synthesis to Support Water Resources
Management and Adaptation

**A REPORT BY THE WESTERN WATER ASSESSMENT
FOR THE COLORADO WATER CONSERVATION BOARD**

## Lead Authors

Andrea J. Ray
*NOAA Earth Systems Research Laboratory*

Joseph J. Barsugli
*University of Colorado at Boulder, Cooperative Institute for Research in Environmental Sciences*

Kristen B. Averyt
*University of Colorado at Boulder, CU-NOAA Western Water Assessment*

## Authors

Klaus Wolter
*University of Colorado at Boulder, Cooperative Institute for Research in Environmental Sciences*

Martin Hoerling
*NOAA Earth Systems Research Laboratory*

Nolan Doesken
*Colorado State Climatologist, Colorado State University*

Bradley Udall
*University of Colorado at Boulder, CU-NOAA Western Water Assessment*

Robert S. Webb
*NOAA Earth Systems Research Laboratory*

**Funding from the Colorado Water Conservation Board of the State of Colorado to the
Cooperative Institute for Research in Environmental Sciences, Western Water Assessment**





Copyright ©2008 CU-NOAA Western Water Assessment

Produced in cooperation with CU-Boulder University Communications, Marketing & Creative Services.

**Photos**
**Cover** *(left image) and* **page 40**, images courtesy of Casey A. Cass, CU-Boulder University Communications, Marketing & Creative Services. **Page 15**, ©2008 Denver Metro Convention & Visitor's Bureau.

The University of Colorado does not discriminate on the basis of race, color, national origin, sex, age, disability, creed, religion, sexual orientation, or veteran status in admission and access to, and treatment and employment in, its educational programs and activities.

# Contents

**Executive Summary**                                                                                          1
    Sidebar ES-1. Communicating Uncertainty

**1   Introduction**                                                                                              3
    Sidebar 1-1. How to Interpret the Timescales in This Report
    Figure 1-1. Climate and Extreme Events

**2   The Observed Record of Colorado Climate**                                                  5
  2-1.  Observing Systems in Colorado                                                             6
  2-2.  The Climate of Colorado                                                                       7
    Figure 2-1. Annual Average Temperature and Precipitation in Colorado (1950–1999)
  2-3.  Local and Regional Climates of Colorado                                             7
    Figure 2-2. Temperature at Nine Observing Stations
    Figure 2-3. Water Year Precipitation at Nine Observing Stations
    Figure 2-4. Colorado Regional Temperature Trends
    Table 2-1. Seasonal Temperature Trends (1957–2006)
  2-4.  Statewide Average Temperature, 1930s to present                             11
    Figure 2-5. Colorado Annual Mean Temperatures (1930–2007)
  2-5.  Elevation                                                                                             12
    Figure 2-6. Temperature Trends and Elevation (1979–2006)
  2-6.  Trends in Hydroclimatic Variables: Temperature, Precipitation, Snow, and Streamflow   12
    Figure 2-7. Trend in March Average Minimum Temperature on Days with Precipitation (1948–2004)
    Figure 2-8. Trend in Winter Snow vs. Rain (1949–2004)
    Sidebar 2-1. Paleoclimate
    Figure 2-9. Reconstruction of Streamflow for the Colorado River at Lees Ferry
  2-7.  Extremes                                                                                              15
    Sidebar 2-2. IPCC Technical Paper on Water

**3   A Primer on Climate Models, Emissions Scenarios, and Downscaling**        16
  3-1. Anatomy of a Climate Model                                                             17
    Figure 3-1. Hydrologic Component of General Circulation Models
    Sidebar 3-1. Time and Space in Models
    Figure 3-2. Model Grid for the Atmospheric Component
  3-2.  Emissions Scenarios—in the Driver's Seat                                       18
    Figure 3-3. Global Mean Surface Temperature and Model Projections
    Sidebar 3-2. Boulder Study
    Table 3-1. Effect of Climate Change on Reliability of Boulder's Water Supply
  3-3.  Climate Model Evaluation                                                                  19
    Figure 3-4. Elevation on Global and Regional Climate Model Grids
    Table 3-2. Seasonally Averaged Climate Biases of the IPCC AR4 WGI Climate Models in
       Temperature and Precipitation for Colorado

3-4. Downscaling Methods                                                                                  21

 Table 3-3. Strengths and Weaknesses of Statistical versus Dynamical Downscaling

 Figure 3-5. Progression of Data and Models from Climate Models to Streamflow

 Sidebar 3-3. Joint Front Range Climate Change Vulnerability Group

3-5. The Future of Global Models                                                                          23

**4 Climate Attribution**                                                                                24

4-1. The Global Consensus                                                                                25

4-2. A Telescoping View                                                                                  25

 Figure 4-1. Observed Annual Average North American Surface Temperature (1950–2007)

 Figure 4-2. Modeled Annual Average North American Surface Temperature (1950–2007)

4-3. Drought in Colorado and the West                                                                    27

 Figure 4-3. Intensity and Extent of Drought in Colorado (1895–2007)

 Figure 4-4. Precipitation and River Flow in the Upper Colorado Basin (1895–2007)

**5 Climate Projections**                                                                                29

5-1. Temperature and Precipitation Projections                                                           30

 Figure 5-1. Temperature and Precipitation Changes over North America Projected for 2050

5-2. A Closer Look                                                                                       30

 Figure 5-2. January Average Daily Temperature in Colorado for 1950–1999 (observed) and 2050 (projected)

 Figure 5-3. July Average Daily Temperature in Colorado for 1950–1999 (observed) and 2050 (projected)

 Figure 5-4. Location of Precipitation and Temperature Projections in Figures 5-5, 5-6, and 5-7

 Figure 5-5. Projected Monthly Temperature and Precipitation near Grand Junction, CO (2050)

 Figure 5-6. Projected Monthly Temperature and Precipitation near Steamboat Springs, CO (2050)

 Figure 5-7. Projected Monthly Temperature and Precipitation near La Junta, CO (2050)

5-3. Hydrologic Changes                                                                                  35

 Figure 5-8. Projected Changes in Annual Runoff (2041–2060)

 Table 5-1. Projected Changes in Colorado River Basin Runoff or Streamflow in the Mid-21st Century

 Figure 5-9. Range in Temperature and Precipitation Projections for the Upper Colorado River Basin

 Figure 5-10. Projected Change in Colorado River Basin Snowpack

 Figure 5-11. Projected Soil Moisture Changes in the Upper Colorado River Basin for 2050

5-4. Extremes                                                                                            38

 Sidebar 5-1. Aspen Snow: Consideration of Climate Change Information in Planning

 Figure 5-12. Projected Change in Snow Covered Area, Aspen

**6 Implications of Changing Climate for Colorado's Water Resources**                                     40

 Table 6-1. Challenges Faced by Water Managers

 Figure 6-1. Approaches to Climate Change Assessment

*References*                                                                                             44

*Resources*                                                                                              47

*Glossary*                                                                                               48

*Acronym List*                                                                                           52

# EXECUTIVE SUMMARY

*The scientific evidence is clear: the Earth's climate is warming. Multiple independent measurements confirm widespread warming in the western United States; in Colorado, temperatures have increased by approximately 2°F between 1977 and 2006. Increasing temperatures are affecting the state's water resources. (Sections 1, 2, 4, 5, 6)*

THIS REPORT is a synthesis of climate change science important for Colorado's water supply. It focuses on observed trends, modeling, and projections of temperature, precipitation, snowmelt, and runoff. Climate projections are reported out to the mid-21st century, because this is a relevant time frame for development of adaptation strategies.

Although many published studies and datasets include information about Colorado, few climate studies focus only on the state. Consequently, many important scientific analyses for Colorado are lacking. This report summarizes Colorado-specific findings from peer-reviewed regional studies, and presents new graphics derived from existing datasets. The state is home to many experts in climate and hydrology, and this report also draws from ongoing work by these scientists.

## Observations, Attribution, and Projections

- Changes in Colorado's climate and implications for water resources are occurring in a global context. On a global scale, climate change has been linked to observed and projected changes in the water cycle. By the mid-21st century, average river runoff and water availability are projected to increase at high latitudes and decrease over dry regions at lower midlatitudes such as the western United States. Changes in the quantity and quality of water may occur due to warming even in the absence of precipitation changes. (Section 1)

- The accumulation of greenhouse gases (including carbon dioxide) in the atmosphere is *very likely* the cause of most of the increase in global average temperatures (IPCC AR4 WGI 2007). In North America, temperatures have increased by 2°F in the last 30 years, and "human-induced warming has *likely* caused much of the average temperature increase over the past fifty years" (CCSP SAP 3.3 2008, p. 3). (Section 5)

- In Colorado, temperatures have increased about 2°F in the past 30 years. All regions examined within the state warmed during the last 30 years, except the far southeast corner, in which there was a slight cooling trend. (Section 2)

- Climate models show a 1°F warming in the West over the last 30 years in response to greenhouse gas emissions from human activities (anthropogenic). However no studies have specifically investigated whether the detected trends in Colorado can be attributed to anthropogenic greenhouse gases. (Sections 2, 4)

- Climate models project Colorado will warm 2.5°F [+1.5 to +3.5°F] by 2025, relative to the 1950–99 baseline, and 4°F [+2.5 to +5.5°F] by 2050. The 2050 projections show summers warming by +5°F [+3 to +7°F], and winters by +3°F [+2 to +5°F]. These projections also suggest that typical summer monthly temperatures will be as warm as or warmer than the hottest 10% of summers that occurred between 1950 and 1999. By way of illustration, mid-21st century summer temperatures on the Eastern Plains of Colorado are projected to shift westward and upslope, bringing into the Front Range temperature regimes that today occur near the Kansas border. (Section 5)

- Winter projections show fewer extreme cold months, more extreme warm months, and more strings of consecutive warm winters. Typical projected winter monthly temperatures, although significantly warmer than current, are between the 10th and 90th percentiles of the historical record. Between today and 2050, typical January temperatures of the Eastern Plains of Colorado are expected to shift northward by ~150 miles. In all seasons, the climate of the mountains is projected to migrate upward in elevation, and the climate of the Desert Southwest to progress up into the valleys of the Western Slope. (Section 5)

- In all parts of Colorado, no consistent long-term trends in annual precipitation have been detected. Variability is high, which makes detection of trends difficult. Climate model projections do not agree whether annual mean precipitation will increase or decrease in Colorado by 2050. The multi-model average projection shows little change in annual mean precipitation, although a seasonal shift in precipitation does emerge. (Sections 2, 5)

- A widespread and large increase in the proportion of precipitation falling as rain rather than snow, and reduction in snow water equivalent (SWE) have been observed elsewhere in the West. In Colorado, however, these changes are smaller and not as significant. Most of the reduction in snowpack in the West has occurred below about 8200 ft.

*Climate Change in Colorado*    **1**

However, most of Colorado's snowpack is above this elevation, where winter temperatures remain well below freezing. (Section 2)

- Projections show a precipitous decline in lower-elevation (below 8200 ft) snowpack across the West by the mid-21st century. Modest declines are projected (10–20%) for Colorado's high-elevation snowpack (above 8200 ft) within the same timeframe. (Section 5)

- Between 1978 and 2004, the spring pulse (the onset of streamflows from melting snow) in Colorado has shifted earlier by two weeks. Several studies suggest that shifts in timing and intensity of streamflows are related to warming spring temperatures. The timing of runoff is projected to shift earlier in the spring, and late-summer flows may be reduced. These changes are projected to occur regardless of changes in precipitation. (Sections 2, 5)

- Recent hydrology projections suggest declining runoff for most of Colorado's river basins in the 21st century. However, the impact of climate change on runoff in the Rio Grande, Platte, and Arkansas Basins has not been studied as extensively as the Colorado River Basin. (Section 5)

- The lowest five-year period of Colorado River natural flow since records began in the late 1800s occurred in 2000 to 2004 (9.9 million acre feet per year). Recent hydrologic studies of the Upper Colorado River Basin project multi-model average decreases in runoff ranging from 6% to 20% by 2050 compared

to the 20th century average, although one statistical stream-flow model projects a 45% decline by 2050. The range of individual model projections within a single study can include both increasing and decreasing runoff due to the range of climate model output used to drive the hydrology models. Ongoing studies are attempting to resolve methodological differences in order to reduce the range of uncertainty in runoff projections. (Sections 2, 5)

- Throughout the West, less frequent and less severe drought conditions have occurred during the 20th century than revealed in the paleoclimate records over the last 1000 years. Precipitation variations are the main driver of drought in Colorado and low Lake Powell inflows, including the recent drought of 2000–07, and these variations are consistent with the natural variability observed in long-term and paleoclimate records However, warming temperatures may have increased the severity of droughts and exacerbated drought impacts. (Sections 4, 5)

- Because global climate models do not represent the complexity of Colorado's topography, researchers are using "downscaling" and other techniques to study processes that matter to Colorado water resource managers. Several projects are underway to improve regional understanding: Some use statistical "downscaling" methods, which adjust for the effects of elevation and the mountains on snowfall and temperature; other studies involve compiling, calibrating, and studying historical datasets; others involve enhanced climate modeling efforts to include finer spatial resolution that better represents Colorado's mountainous terrain. (Section 3)

## Implication for Water Resource Managers

Climate change will affect Colorado's use and distribution of water. Water managers and planners currently face specific challenges that may be further exacerbated by projected climate changes. The implications of climate change in this report are consistent with the broader conclusions in the CCSP SAP 4.3, the IPCC Technical Paper on Water (2008), and the 2007 National Academy of Science Report "Colorado River Basin Water Management."

This report provides a scientific basis to support further studies of water resources impacts. However, the assessment and quantification of specific climate change impacts on water resources is beyond the scope of this document.

A synthesis of findings in this report suggests a reduction in total water supply by the mid-21st century. When combined with temperature increases and related changes in evaporation and soil moisture, all recent hydrologic projections show a decline in runoff for most of Colorado's river basins by the mid-21st century. (Section 6)

---

**SIDEBAR ES-1. Communicating Uncertainty**

Recognizing the difficulty in communicating scientific uncertainty to those outside the community, climate assessments now make statements designed to communicate probability. The so-called likelihood terminology indicates "the assessed likelihood, using expert judgment, of an outcome or a result" (IPCC AR4 WGI 2007, p. 3). The likelihood terminology quoted in this document follows two different but similar conventions, shown below.

It is important to recognize that the likelihood terminology used here is independent of consequence; these are not risk statements and the consequences of potentially cascading effects are not implicit in the likelihood statements.

The authors and editors of this report did not develop likelihood statements independently. Here, all likelihood statements are quoted from three major assessments (IPCC AR4 WGI 2007, IPCC 2008, CCSP SAP 3.3) where long-term processes involving large panels of experts arrived at conclusions based on the best available science.

| Statements quoted from IPCC AR4 WGI and the IPCC Technical Paper on Water use this convention: | Statements quoted from CCSP SAP 3.3 use an intentionally less discrete system: |
|---|---|
| virtually certain (>99%) | |
| extremely likely (>95%) | |
| very likely (>90%) | |
| likely (>66%) | very likely (about 75–100%) |
| more likely than not* (>50%) | likely (about 60–75%) |
| about as likely as not* (>33-66%) | |
| unlikely (<33%) | |
| very unlikely (<10%) | unlikely (about 25–40%) |
| extremely unlikely (<5%) | very unlikely (about 0–25%) |
| exceptionally likely* (<1%) | |

* these likelihood terms used by IPCC are not quoted in this report

2

# 1
# Introduction

I N  R E S P O N S E  T O  T H E  R I S K S  associated with global warming, Governor Ritter issued the Colorado Climate Action Plan (CCAP) in 2007. The CCAP sets out a goal to prepare the state to adapt to those climate changes "that cannot be avoided" (CCAP 2007, p. 3). Recommendations in the CCAP include assessing the vulnerability of Colorado's water resources to climate change, analyzing impacts on interstate water compacts, and planning for extreme events such as drought and flooding.

This report is a synthesis of the state of the science regarding the physical aspects of climate change that are important for evaluating impacts on Colorado's water resources. It presents scientific analyses to support future investigations and state efforts to develop a water adaptation plan. Accordingly, the document focuses on observed trends, modeling, and projections of hydroclimatic variables—including temperature, precipitation, snowmelt, and runoff—that are important for water supply in the state. However, the geographic scope of the document does not end at the state's borders, because of Colorado's role as a headwaters for supply in the West. Projections focus on the mid-21st century, because this is a relevant planning horizon for adaptation strategies, but some projections are for earlier and later periods (SIDEBAR 1-1). This document is also intended to support other planning in the state including the State Water Supply Initiative, the Colorado River Water Availability Study, the Joint Front Range Climate Change Vulnerability Study, and the Governor's Conference on Managing Drought and Climate Risks.

Changes in Colorado's climate and implications for water resources are occurring in a global context. The IPCC Technical Paper on Water finds that on a global scale, observed warming has been linked to many changes in the water cycle. Climate models project that precipitation will increase at high latitudes and decrease in parts of the subtropics and lower midlatitudes. By the mid-21st century, average river runoff and water availability are projected to elevate at high latitudes and decrease over dry regions at lower midlatitudes such as the western United States. Increased precipitation intensity and variability are projected to elevate risks of floods and droughts. Water supplies in glaciers and snow cover are projected to decline in many areas of the world.

Changes in the quantity and quality of water may occur even in the absence of precipitation change. Current practices may not be robust enough to cope with climate change. The impacts of climate change challenge the

**SIDEBAR 1-1. How to Interpret the Timescales in This Report**

Many of the graphics and analyses in this report focus on recent trends and mid-21st century projections, but projections for other timeframes are important depending on the type of decision or planning horizon.

**2008 (the present):** Climate variations such as the recent drought may influence the results of trend analysis of the historical record. Many of the climate projections in this report show changes with respect to 1950–99 averages. During this period global and North American temperatures have already risen about 2°F, some of which can be attributed to anthropogenic causes.

**2025:** The projected warming in 2025 is roughly half that in 2050 (see FIGURES 5-2 through 5-7). In this timeframe, all greenhouse gas emissions scenarios lead to a similar range of temperature projections. Natural variability will play an important role in determining the climate of the next few decades. However, even relatively small shifts in the average climate can substantially change the risk of extreme events (FIGURE 1-1) such as heat and cold waves and drought.

**2050:** The climate projections for the differing greenhouse gas emissions scenarios start to diverge by 2050, but all projections still show a quantitatively similar range. Anthropogenic effects on climate variables are projected to be larger in 2050 than 2025 or the present. Therefore, the larger climate change signal will be more easily detected against the background of natural variability, and will further shift the risk of extreme events.

**Beyond 2050:** The future of Colorado's climate beyond 2050 depends on the greenhouse gas emissions path that the world follows. As the world warms, feedbacks in the climate system may further increase global greenhouse gas concentrations. Warming in Colorado may trigger changes in land cover that would alter regional climate. The possibility has been raised of large, potentially irreversible changes in the climate system particularly if global average temperatures increase more than a few degrees (e.g., Hanson et al. 2007).

**FIGURE 1-1. Climate and Extreme Events**



Fig. 1-1. Relatively small shifts in the average climate can substantially change the risk of extreme events such as heat and cold waves and drought. (IPCC AR4 WGI 2007)

assumption that past hydrology provides a good guide to the future. Furthermore, many gaps have been identified in observations, modeling, and applications research (IPCC 2008).

## Context

Knowledge about climate and climate change is evolving; thus this report is a snapshot of the state of science at a key point in Colorado's history. The information reported here provides a basis for planning to adapt to higher temperatures and the consequences that will result, especially the impacts related to Colorado's water and forests. Like the Colorado Climate Action Plan, this is a living document, and should be updated as the science progresses.

Although many published studies and datasets include information about Colorado, there are few climate studies that focus on the state. Consequently, many important scientific analyses for Colorado have not been done. This report summarizes Colorado-specific findings from peer-reviewed regional studies, and presents new analyses derived from existing datasets and model projections. The state is home to many experts in climate and hydrology, and this report draws from ongoing work by these and many other scientists who are stepping up to the challenge of providing societally relevant studies to aid decision-makers.

This document takes advantage of recent research and syntheses of climate including the Intergovernmental Panel on Climate Change (IPCC) Fourth Assessment Report (AR4), the IPCC Technical Paper on Water (2008), and the U.S. Climate Change Science Program (CCSP) Synthesis and Assessment Products (SAP) from 2007 and 2008. The statements within this report that include an expert assessment of the likelihood of occurrence (Sidebar ES-1) have been extracted from these documents.

Water managers have a long history of adapting to changing circumstances, including changes in economies and land use, environmental concerns, and population growth. Climate change will further affect the decisions made about how Colorado uses and distributes its water. The report provides a scientific basis to support further studies of
water resources impacts and adaptation efforts called for in the Governor's CCAP; the assessment of specific sensitivities and vulnerabilities of water supply and ecosystem impacts is beyond the scope of this report. Section 6 discusses the potential uses of the information in this report

in assessment of climate risks and vulnerabilities and in integrated resource planning and adaptation.

Vulnerability assessments of water resources might include the risks of compact calls in Colorado's river basins, risks to supply within the state, or the risks of drought. Integrated planning processes following on these assessments might include mitigation planning to assess and prepare for drought, and developing mechanisms for each river basin to deal with potential compact calls.

## Structure of the Report

Key findings of this report are summarized at the beginning of each section and in the Executive Summary that precedes the main document. You are of course encouraged to read the entire document, but less technical readers may find sufficient information in this Introduction, the Executive Summary, the key findings at the beginning of each section, and the figures.

The report begins with a description of the climate of Colorado, the observing systems and data available for study, and the observed trends in Colorado and the western United States for variables relevant to water resources (Section 2). Section 3 is an overview of climate models and theory intended to provide the background for later sections. Section 4 provides attribution of the principal causes of observed climate conditions including the recent multiyear drought. Section 5 then describes the global modeling projections for Colorado and the surrounding areas of the Intermountain West, and situates Colorado in the context of global climate change. It also describes how the complex topography of the state relates to interpreting and using climate change projections. Recent hydrologic projections for the Colorado River and other state resources are shown. Section 6 discusses the general implications of these findings for Colorado's water resources, although the assessment of specific impacts on water resources is beyond the scope of this report.

A glossary provides descriptions of some key climate terms, as well as an appendix of ongoing research efforts that may contribute in the near term to our understanding of climate change in Colorado. The details of data source and methods for each figure are available at **http://wwa.colorado.edu.**



# 2
# The Observed Record of Colorado Climate

## KEY POINTS

- Colorado's highly variable climate is a consequence of high elevations and the complex topography of the mountains, plains, and plateaus. Climate varies spatially and temporally, and different climatic variables fluctuate in distinct ways.

- In Colorado, statewide temperatures have increased about 2°F over 30 years. This synthesis is based on two methods estimating 2.1°F from 1977 to 2006 and 1.7°F from 1977 to 2006.

- In regions of Colorado, widespread warming is evident across most climate divisions in the 30-year period.

- In the last 50 years, the North Central Mountains warmed the most (+2.5ºF), while temperatures in southwestern Colorado, including the San Juan Mountains, changed very little (+0.2°F). Minimum temperatures have warmed more than maximum temperatures during this period.

- In all parts of Colorado, no consistent long-term trends in annual precipitation have been detected in the time periods analyzed. Variability is high, which makes detection of trends difficult.

- A widespread and large increase in the proportion of precipitation falling as rain rather than snow and a reduction in snow water equivalent (SWE) have been observed elsewhere in the West between 1949 and 2004. In Colorado, however, these changes are smaller and not as statistically significant (Knowles et al. 2006). Most of the reduction in snowpack in the West has occurred below about 2500 m (about 8200 ft, Regonda et al. 2005). However, most of Colorado's snowpack is above this elevation, where winter temperatures remain well below freezing.

- Peak streamflows in the western United States are occurring earlier in the spring due to warming temperatures during spring months (Stewart et al. 2005, Hamlet et al. 2005). In Colorado, between 1978 and 2004, the spring pulse has shifted earlier by about two weeks (Clow 2007).

- Throughout the West, less frequent and less severe drought conditions have occurred during the 20th century than in the paleoclimate records covering the last 1000 years (Meko et al. 2007).

OBSERVATIONS ARE THE BASIS for understanding past and recent climate variability, for modeling future climate, and for evaluating future climate scenarios. This discussion of observations is intended to provide a background in how observations are made, the variation inherent in Colorado's climate record, and the challenges in analyzing this record. This information provides a context for climate attribution and projections. This section also presents a brief overview of the climate of Colorado. For a discussion on the difference between climate and weather, see climate in the glossary.

This report describes a number of observational studies. Comparing these studies is inherently complicated because different researchers analyze different periods of record, which are determined in part by the data available, and by the problem they want to study. Extensive effort would be needed to re-analyze and homogenize the results, so we have merely stated the periods that the authors chose.

The results of these observational studies must be taken in the context of the years defining the period and the climatic events that may or may not be included in different records. Colorado's climate has been punctuated by several notable climatic events, including the Dust Bowl years (1930s), a relatively cool period from the 1950s to the 1970s, and the recent severe drought in which eight out of ten years (1999–2008) had below normal April 1 snow water equivalent (SWE). These variations may influence the results of ongoing analyses. This report presents 30-, 50-, 75-, and 100-year trend analyses.

## 2-1. Observing Systems in Colorado

The earliest instrumental weather observations in Colorado came from some of the early forts built on the western frontier. In 1870, the organization that later became the National Oceanic and Atmospheric Administration (NOAA) National Weather Service (NWS) established more weather stations in Colorado including Denver, Pueblo, and Pikes Peak. In the 1880s the Colorado State Legislature authorized the creation of the Colorado Weather Service, with a goal of better defining the weather and climate resources of Colorado. This network of dozens of urban and rural weather stations later became the State of Colorado National Weather Service Cooperative Observer (COOP) Network. NOAA's National Climatic Data Center (NCDC) is also concerned with tracking future climate and has recently deployed a special climate observing network called the Climate Reference Network, including six stations in Colorado (**http://www.ncdc.noaa.gov/oa/climate/uscrn**/).

There are currently ~250 weather stations in Colorado reporting to the NWS. These stations measure and report daily high and low temperatures, precipitation (rain and the melted water from snow and ice), snowfall, and total snow depth. Average daily temperature is computed as the mean of the minimum and maximum temperatures. Some of these weather stations report additional information such as wind, humidity, and cloud cover.

It is important to note that many of these observing systems were not constructed and maintained with the goal of detecting long-term climate trends. In this context, changes in instrumentation, station locations, time of measurement and other factors have affected interpretation of long-term datasets. Changes in the location of observing stations may affect long-term records. Of the ~250 current stations scattered across the state, only two are located in nearly the same place as they were when first established in the 1880s. Station moves can result in slight differences in the local climate observed, and may appear as a spurious "climate change" trend. The widespread transition from glass to electronic thermometers in the 1980s resulted in a cold shift, or bias, of about 0.5°F compared to periods prior to the instrumental change. An even larger cold bias can occur if the daily observing time is changed from the afternoon to the morning (Pielke et al. 2002), as has become more common in recent decades. Land use changes that affect local temperature are also common in Colorado, including year-round urban heat island effects and altered irrigation patterns, which impact temperatures during the growing season (Pielke et al. 2002). To further complicate the matter, changes in these parameters are not always documented (Pielke et al. 2007).

Long-term hydrologic records also face observational challenges. For example, snow data are subject to local weather modification efforts and vegetation growth near the site (Julander and Bricco 2006). Changes in instrumentation and the impact on stream gauges from changes in stream channel geometry and upstream diversions also complicate the picture.

Given the complications introduced by observing stations, climatologists spend a lot of time considering how to work with the best scientific data by routinely quality controlling datasets. Scientists have developed procedures for adjusting and accounting for observational bias (including instrumentation changes and station location) by culling aberrant records and applying calibration measures. It is important to note that the methodological processes meant to improve observational datasets are subject to scrutiny in the peer review process and have been vetted by the scientific community.

An extensive discussion of the records at some Colorado climate stations is provided in Pielke et al. (2002), who caution that, given local variability and station issues, trends at individual stations may not be representative of regional

trends. Section 2-4 presents data from some individual stations, then analysis of regions of the state.

## 2-2. The Climate of Colorado

Colorado's climate is unlike that of any other state—it is characterized by the high elevations and complex topography of the Rocky Mountains, the Colorado plateau and valleys of the West Slope, and the high plains falling off from the Continental Divide towards the east (FIGURE 2-1). Climate varies in Colorado spatially across many regions, temporally across years and decades, and its temperature and precipitation histories differ across the state.

FIGURE 2-1. Annual Average Temperature and Precipitation in Colorado (1950–99)



**Fig. 2-1.** Annual climatology (1950–99) of daily average temperature (°F) and precipitation (inches). See FIGURES 5-2 and 5-3 for January and July temperature climatologies. (Data: PRISM)

Different climate drivers influence temperature variability in different parts of the state. Western Colorado and interior mountain valley temperatures are greatly affected by the presence or absence of snow cover. In a year with deep and early snows, winter temperatures can dip to 6–10°F below average (N. Doesken, pers. comm.). The opposite (i.e., above average temperatures) may occur during winters with limited snow cover. For the high mountains, the influence of persistent upper-level ridges and troughs (regions of high and low atmospheric pressure, respectively) dominate temperature anomalies. East of the mountains the battle among subtropical, Pacific, and polar continental air masses determines which years are warmer or colder than average (Pielke et al. 2003).

The annual cycle dominates temperature variability (see FIGURES 5-2 and 5-3). Statewide, January is typically the coldest month of the year and July or August is the warmest. Temperatures vary widely from day to day and week to week, especially during the cooler months from mid-autumn to late spring. Winter temperatures are more variable than summer temperatures, and daytime temperatures are more variable than nighttime readings. The least variability occurs with summer minimum temperatures.

It is against the background of variability in temperature and precipitation (discussed in Section 2-6) that long-term climate records are analyzed to detect trends. Time series analysis, including trend analysis, uses statistical methods to analyze records spanning a period of time in order to assess whether or not there is a detectable trend. To determine whether there is an anomaly in one period of interest compared to another, scientists may compare a year or period of years to a base period or reference period climatologies. This reference period depends on the process or issue being studied, and the variability in the datasets. The IPCC used various periods, including 20- and 30-year averages; these data were global averages and included a considerable number of data points, therefore reducing variability (IPCC AR4 WGI 2007). For a smaller region or one with greater variability, a longer period may be needed in order to detect trends in a statistically robust way. Analyses generated for this report use 50-year (1950–99) climatologies where possible.

## 2-3. Local and Regional Climates of Colorado

Sections 2-3 and 2-4 describe Colorado's climate from the standpoint of individual stations, experimental Colorado climate divisions, and the official National Climatic Data Center (NCDC) divisions. All these analyses are based on data from the NWS COOP Observing Network.

An effort has been underway for several years to carefully scrutinize all of Colorado's long-term weather stations and identify which are best for historic time series analysis and trend detection. In collaboration with the Western Water Assessment (WWA), the Colorado Climate Center

has categorized each station in Colorado according to suitability for trend analysis and detection. The Colorado Climate Center has developed a website specifically to view temperature and precipitation variations and trends for the best long-term datasets at stations in Colorado, including the data shown in FIGURES 2-2, 2-3, and 2-4 (**http://ccc .atmos.colostate.edu**).

To illustrate local variability in Colorado, nine stations were selected from 38 "better quality" stations through

Colorado (FIGURES 2-2 and 2-3). These stations have 90-year or longer records in both temperature and precipitation, and comparatively fewer identified problems with station relocation, instrument changes, and missing observations, according to analysis by the Colorado Climate Center and the WWA. In contrast, stations in Denver, Colorado Springs, and throughout the central mountains relocated too frequently, or had other problems limiting their use in long-term analysis. The temperature records show

**FIGURE 2-2. Temperature at Nine Observing Stations**



Fig. 2-2. Daily average temperature (°F), annually averaged, at nine observing stations in Colorado. Station locations are shown on the map of Colorado (top left). The 100-, 50-, and 30-year linear trends shown in blue, red, and yellow, respectively, are statistically significant (>97.5%); linear trends that are not significant are not shown. If less than 100 years of data were available, the full period of record was used to calculate the trend shown in blue. Of the 27 trends generated, 19 are increasing, one is decreasing (100-year trend at Lamar), and seven were not statistically significant.

the linear regression for the 30-, 50-, and 100-year trends in the mean (FIGURE 2-2), and the precipitation records (FIGURE 2-3) show the 10-year moving average.

Variability is apparent at all locations, and is comparatively smaller in the temperature record than the precipitation record. When added up over an entire year, the mean temperature at each location falls within a few ⁰F of its long-term average. Statistically significant trends are detected in the temperature record when the trend emerges from the variability. Of 27 trend lines computed (100-, 50-, and 30-year time periods, at nine stations), 19 are increasing, one is decreasing (100-year trend at Lamar), and seven were not statistically significant. In all parts of Colorado, no consistent long-term trends in annual precipitation

**FIGURE 2-3. Water Year Precipitation at Nine Observing Stations**



**Fig. 2-3.** Water year precipitation (inches) at nine observing stations around Colorado. Station locations are shown on the map of Colorado *(top left)*. Overall long-term trends are not detectable at the stations. The 10-year moving average of available data *(solid blue line)* is shown to emphasize decadal variations. Shorter-term changes, such as the droughts of the 1930s, 1950s, and the early 2000s, are apparent at some stations.

have been detected in the time periods analyzed. Seasonal trends have not been analyzed at these locations, but may be of interest to water managers.

Climatic trends at individual stations may not be representative of regional climate because of local processes at those stations (Figures 2-2 and 2-3). For this reason, climatologists assess long-term regional variability by grouping observing stations together. Regional trends may emerge (e.g., be statistically detectable) when the records from these stations are averaged together.

The NOAA National Climatic Data Center (NCDC) five official climate divisions group Colorado climate data into regions by river basins, but these divisions are not necessarily representative of the complex regional climates in the state. A new set of climate divisions has been developed

(Wolter and Allured 2007). These new divisions are based on groups of observing stations that vary in a similar manner from year to year, and are thought to reflect similar regional climate processes. Sufficient data are available to construct time series of temperature for most of these new climate divisions back to the early 1930s. The averages calculated from the better quality observing records within each division help to detect regional temperature trends by eliminating local processes that are not indicative of regional climate at each observing station.

Temperature trends were computed for these new climate divisions for selected time periods (75-, 50-, and 30-year periods) or the whole record (Figure 2-4). Regionally, the north-central part of the state has been warming the fastest (a +2.5°F change in the annual average over the past

FIGURE 2-4. Colorado Regional Temperature Trends



**Fig. 2-4.** Regional trends in annual average temperature (°F) for experimental climate divisions in Colorado. Groups of stations with similar climates comprise the divisions indicated by colored circles; there are no delineated geographic boundaries. Gray shading indicates terrain at an elevation higher than 9850 feet (3000 m). The tables show temperature changes for the 30-, 50-, and 75-year periods ending in 2006, as determined from linear trend analysis. Statistically significant trends (>95%; see the online Methods Supplement) are shown in red (warming) and blue (cooling). Trends were computed by averaging observations from a subset of locations within each division (between three and seven stations, depending on the division). Although some divisions extend beyond the state's borders, only stations within Colorado were used to determine trends. Insufficient data were available to calculate 75-year trends for the San Luis Valley and the Southern Front Range divisions. Significant warming is evident in most divisions in the past 30 and 50 years.

50 years), while the southwestern corner has warmed the slowest over the same time period (+0.2°F). The most striking trends are for the most recent 30-year period (1977–2006), about a +2°F change during this period for most of the state, except the Lower Arkansas Valley (pink circles, FIGURE 2-4) climate division in the southeast corner of the state. This division also shows a regional cooling trend for the 75-year period. This period begins during the 1930s Dust Bowl years in Colorado, which were some of the warmest years on record for many stations. This division extends well beyond the state's borders; only two stations, Holly and Lamar were used to compute the regional average. Pielke et al. (2002, 2007) discuss problems with the observational record at these stations, including changes in observation time that may have introduced a cold bias. Using a larger selection of COOP stations in this division in Colorado and in neighboring states yields the following linear trends: 1932–2006 (-1.4°F), 1957–2006 (+0.1°F), 1977–2006 (+0.7°F).

Minimum temperatures show greater overall warming than maximum temperatures in the last 50 years. Analysis of seasonal trends for minimum and maximum temperatures for Northern Colorado Mountains and the Arkansas Valley (green circles, FIGURE 2-4) show upward trends in minimum temperatures in all seasons, with the largest trends in spring (TABLE 2-1). This finding is consistent with Knowles et al. (2006) who also found large and widespread warming trends in the intermountain west in March over a similar period. Across the state, winters also warmed during this 50-year period, but this trend is less pronounced than for spring.

### TABLE 2-1: Seasonal Temperature Trends (1957–2006) in the Northern Colorado Mountains and the Arkansas Valley

| | | winter | spring | summer | autumn | annual |
|---|---|---|---|---|---|---|
| Arkansas Valley | Tmax | +2.1 | **+3.8** | +0.4 | +1.0 | **+1.8** |
| | Tmin | **+3.2** | **+3.0** | **+1.4** | **+1.4** | **+2.2** |
| North Central Mountains | Tmax | +1.3 | **+4.6** | **+1.8** | - 0.1 | **+1.9** |
| | Tmin | **+2.7** | **+4.7** | **+3.0** | **+2.7** | **+3.2** |

The observed trend in average maximum (Tmin) and minimum temperatures (Tmax) from 1957 to 2006 for the Arkansas Valley and the North Central Mountains experimental climate divisions. Locations of the divisions are shown in FIGURE 2-4. The 50-year trends for individual seasons and the annual mean are shown. Statistically significant (*red*) warming trends are evident in all seasons for Tmin. Springtime trends for Tmin and Tmax are particularly large.

## 2-4. Statewide Average Temperature, 1930s to present

Colorado's climate since 1930 shows a warm period in the 1930s and the 1950s, a cool period though the 1960s and 1970s, and a consistent upward trend in the 10-year average since about 1970 (FIGURE 2-5). The temperature has increased by +2.0°F from 1957 to 2006 (50 years), and by +2.1°F from 1977 to 2006 (30 years). These trends are based on the NCDC traditional climate division data.

This estimate can be compared with an alternate calculation using spatial averages of the experimental climate divisions (see FIGURE 2-4) that are based on unadjusted COOP station data. This calculation results in statewide linear trends of +1.6°F from 1957 to 2006 and +1.7°F from 1977 to 2006. Although the analysis methods and choice of dataset lead to the differing estimates of statewide trends, these methods converge on a statewide temperature increase of about 2°F. The above trends were calculated by fitting a straight line through the data. Temperatures changes between the beginning and the end of these periods show similar results.

FIGURE 2-5. Colorado Annual Mean Temperatures (°F) for 1930–2007



Fig. 2-5. Colorado annual mean temperatures (°F) from 1930 to 2007. Annual departures are shown as gray bars relative to a 1950–1999 reference period. The 10-year moving average of available data (black curve) highlights low frequency variations in the record. Warm periods occurred in Colorado in the 1930s and the 1950s, followed by a cool period through the 1960s and 1970s. Since about 1970, there has been a consistent upward trend in the 10-year average. (Data source: NCDC Climate Divisions, see http://www7.ncdc.noaa.gov/CDO/CDODivisionalSelect.jsp)

FIGURE 2-6. Temperature Trend and Elevation (1979–2006)



**Fig. 2-6.** Dependence of temperature trends on elevation. Annual mean daily minimum *(left panel)* and maximum *(right panel)* temperature trend (1979–2006) plotted in successive 250-meter elevation bands. The red dot is the median trend over the period of analysis at all locations within its elevation band; the crosses are the approximate 5th and 95th percentile values, and represent the range of trends throughout the state in the elevation band. The dotted line is zero trend or no change. (Diaz and Eischeid 2007)

## 2-5. Elevation

Another regional view of temperature is its relationship with elevation. Temperature typically decreases as elevation increases, and temperature is a significant factor in defining the ecosystems and habitats at different elevations. Diaz and Eischeid (2007) analyzed the temperature record using the Parameter-elevation Regressions on Independent Slopes Model dataset (PRISM; **http://www.prism.oregon state.edu/**). They find larger warming trends at high elevations (FIGURE 2-6). Few reliable long-term surface air temperature records are available above 9850 feet (3000 m). PRISM temperatures at these elevations are estimated from in situ observations at lower elevation and from free-atmosphere (above the land surface) temperatures. The magnitude of estimated temperature trends from Diaz and Eischeid (2007) may not be consistent with in situ observational data from alpine locations, such as Niwot Ridge in Boulder County (>11,000 ft) and Loch Vale in Rocky Mountain National Park (>10,000 ft) (J. Baron pers. comm., M. Williams pers. comm.).

## 2-6. Trends in Hydroclimatic Variables: Temperature, Precipitation, Snow, and Streamflow

Colorado's temperature trends are consistent with multiple independent analyses showing widespread warming in the West (CCSP SAP 4.3 2008; Udall and Bates 2007; Mote et al. 2005; Stewart et al. 2005; Diaz and Eischeid 2007). However, a few sites in the southern San Juan Mountains show cooling (Mote et al. 2005). Regonda et al. (2005) observed that the onset of spring warm spells (defined as seven days greater than 53°F/12°C) shifted to an earlier date over the period 1950–99. Knowles et al. (2006) found positive temperature trends at the vast majority of stations across the West. The greatest warming was generally observed at the higher elevations in the Interior West, with the most warming observed in March (FIGURE 2-7; for other months see Knowles et al. 2006).

FIGURE 2-7. Trend in March Average Minimum Temperature on Days with Precipitation (1949–2004)



**Fig. 2-7.** Trend in March average minimum temperature on days with precipitation (1949–2004, the latest data available at the time of analysis). Red indicates an increase in temperature and blue indicates a decrease. The size of the circle is proportional to the temperature change. For scale, the arrow indicates a 5°F change. The circles represent statistically significant findings and the squares are not significant. (from Knowles et. al. 2006, FIGURE 9)

Water year precipitation ranges from roughly half the long-term average in a dry year to double the average in a wet year and varies across the state (see FIGURE 2-3). The El Niño Southern Oscillation (ENSO) has correlations with precipitation that vary regionally across Colorado (**http://www.cdc.noaa.gov/Climaterisks/**), but do not dominate the variability on annual and longer time scales (Wolter 2008). Eastern Colorado is dominated by warm season precipitation, largely a result of localized convective storms. The lower elevations of southern and central Colorado receive significant precipitation from late summer storms, while statewide, the mountains are dominated by winter and spring precipitation.

A widespread increase in the proportion of precipitation falling as rain rather than snow has been found in the winter months throughout the Western United States from 1949 to 2004; however, the data are highly variable for Colorado (Knowles et al. 2006; FIGURE 2-8).

At gauges throughout the West, there has been either no detected trend or a slightly increasing trend in mean annual streamflow over the period 1948–2002 (Stewart et al. 2005). In contrast, Walter et al. (2004) find a decrease in Colorado River Basin flow (1950–2000), although the trend is not statistically significant. For Colorado, Clow (2007) found that snowmelt and runoff timing shifted about two weeks earlier from 1978 to 2004, with the strongest trends in the western and southern regions of Colorado, and weak trends in the Northern Front Range. Stewart et al. (2005) also find a consistent one-to-four-week earlier shift in the

spring pulse onset. Both studies (Clow 2007; Stewart et al. 2005) attribute changes in snowmelt timing to springtime warming. Hamlet et al. (2005) uses modeled runoff based on observed meteorological data and drew the same conclusion. Regonda et al. (2005) observed that between 1950 and 1999, the onset of runoff in Colorado trended toward later dates, but these data do not include the recent Colorado drought years.

Looking beyond mean streamflows, Pagano and Garen (2005) found increases in April–September streamflow variability in Colorado (the USGS gauge on the White River near Meeker, 1943–2002) which they attribute to increasing variability in spring precipitation. They also find an increase in year-to-year persistence of high or low flows.

Snow water equivalent (SWE) is a measure of the amount of water in the snowpack. SWE is measured at SNOTEL and snow course sites across the West by the Natural Resource Conservation Service (NRCS). Mote et al. (2005) and Regonda et al. (2005) have both studied trends in April 1 SWE in the West. While declining SWE is detected in other parts of the West, no spatially coherent trends were found in Colorado and some stations in Colorado recorded increases. Hamlet et al. (2005) concluded that those stations reporting increased SWE were associated with modest upward precipitation trends, and that widespread warming caused many of the downward trends in SWE.

Elevation and temperature are factors in the evolution of snowpack. Regonda et al. (2005) found that stations in the western United States below 2500 m (8200 ft) exhibited the largest decreases in SWE at March 1, April 1, and May 1. Much of Colorado's snowpack is above this elevation where winter temperatures remain well below freezing; note that

FIGURE 2-8. Trend in Snow vs. Rain in Winter (1949–2004)



More Snow

Less Snow

**Fig. 2-8.** Changes in the fraction of winter precipitation falling as snow vs. rain (1949–2004), after correcting for trends in precipitation amount. Blues indicates increasing fraction of snow; yellow decreasing fraction. Data are from NWS COOP stations. (from Knowles et. al. 2006, FIGURE 7)

**SIDEBAR 2-1. Paleoclimate**

Paleoclimate refers to climate during the period prior to the beginning of instrumental records—in Colorado, before the late 1800s. Various environmental indicators or "proxies" can be used to reconstruct paleoclimatic variability extending back hundreds or thousands of years.

In particular, the growth of trees in many parts of Colorado and the West closely reflects annual moisture variability, so tree-ring records can be used to reconstruct, or extend, gaged records of annual streamflow. These streamflow reconstructions can provide water managers and stakeholders with a much longer window—500 years and more—into the past hydrologic variability of a river

system, and thus have the potential to inform sustainable management of water resources. The reconstructions indicate that more severe and sustained droughts occurred in the centuries prior to 1900 than those seen in the gaged records, including the most recent drought (FIGURE 2.9).

For more information on streamflow reconstructions, including access to data for Colorado and the upper Colorado River basin, see the WWA TreeFlow pages: http://wwa.colorado.edu/treeflow/. Woodhouse and Lukas (2006) provide streamflow reconstructions at 14 gauges in the Upper Colorado and South Platte River basins.

**FIGURE 2-9.** Reconstruction of Streamflow for the Colorado River at Lees Ferry



**Fig. 2-9.** A reconstruction of streamflow for the Colorado River at Lees Ferry (five-year moving average, with 80% confidence interval shown as gray band) is compared with the observed natural flow record (five-year moving average in black). The severity of the 2000–04 drought was probably exceeded at least once in the previous 500 years. (from Meko et al. 2007)

about 70% of the Colorado River Basin annual runoff is contributed by this higher-elevation snowpack. Therefore the statewide average snowpack in Colorado does not show the declines that have been observed at lower elevation mountains elsewhere in the West (Udall and Bates 2007).

These studies also illustrate how analysis of trends may be influenced by the period studied and by anomalies occurring during and after the period studied. For example,

all but the most recent studies were completed before data was available from parts of the continuing 2000s drought, and all published analyses were completed before data on the record-setting snows of 2007–08 were available. Furthermore, analysis of year-to-year variations using SWE observations from any single month without seasonal context (e.g., March 1, April 1, and May 1) may not reflect changes in the seasonal evolution of snowpack.



©2006 Denver Metro Convention & Visitor's Bureau

## 2-7. Extremes

A recent CCSP synthesis report presents a comprehensive assessment of the scientific literature for extremes in all of North America (CCSP SAP 3.3). For temperature trends, the report notes "a shift towards a warmer climate with an increase in extreme high temperatures and a reduction in extreme low temperatures. These changes have been especially apparent in the western half of North America" (CCSP SAP 3.3, p. 3). An increase in the number of heat waves nationwide has been detected over the past 50 years, but the report notes "the heat waves of the 1930s remain the most severe in the U.S. historical record" (CCSP SAP 3.3, p. 3). While there are no published recent studies on trends in heat waves in Colorado, the observed warming over Colorado is consistent with these findings. Even so, at many locations in Colorado, the extreme temperatures of the 1930s have yet to be surpassed. The number of frost days has been decreasing and the frost-free season has been lengthening, "particularly in the western part of North America" (CCSP SAP 3.3, p. 35). However, Kunkel et al. (2004) reports small (<3 days) observed changes in frost-free season length over much of Colorado; the much larger trends are located in regions to the west of Colorado. Increases in the frequency and intensity of extreme precipitation events (heavy downpours) were noted in most of the United States, however there were no significant trends detected for Colorado (Groisman et al. 2005).

A multi-year drought has occurred throughout the western United States since the late 1990s. This type of extreme event is covered in detail in Section 4.

### SIDEBAR 2-2: IPCC Technical Paper on Water

Besides producing overarching assessments on global climate (e.g., IPCC AR4 2007) at the request of member nations, the IPCC will assess more detailed topics related to climate change. In July 2008, the IPCC publicly released the Technical Paper on Water (2008), which assesses the relationship between climate change and water resources. From the report, it is clear that "observational records and climate projections provide abundant evidence that freshwater resources are vulnerable and have the potential to be strongly impacted by climate change, with wide-ranging consequences for human societies and ecosystems" (IPCC 2008, p. 3). The report provides a case study on the Colorado River as an illustration of the importance of water–climate interactions in decision-making. Below is an excerpt from that section:

"As is widely documented, the allocation of Colorado River water to basin states occurred during the wettest period in over 400 years (i.e., 1905–25). The recent western drought has affected 30–40% of the region under severe drought since 1999, and the lowest 5-year period of Colorado River flow on record occurring from 2000 to 2004. At the same time, the states of the south-west USA are experiencing some of the most rapid growth in the country, with attendant social, economic and environmental demands on water resources, accompanied by associated legal conflicts (Pulwarty et al. 2005).

"Only a small portion of the full Colorado Basin area (about 15%) supplies most (85%) of its flow. Estimates show that, with increased climatic warming and evaporation, concurrent runoff decreases would reach 30% during the 21st century (Milly et al. 2005). Under such conditions, together with projected withdrawals, the requirements of the Colorado River Compact may only be met 60–75% of the time by 2025 (Christensen et al. 2004). Some studies estimate that, by 2050, the average moisture conditions in the south-western USA could equal the conditions observed in the 1950s. These changes could occur as a consequence of increased temperatures (through increased sublimation, evaporation and soil moisture reduction), even if precipitation levels remain fairly constant. Some researchers argue that these assessments, because of model choice, may actually underestimate future declines.

"Most scenarios of Colorado River flow at Lees Ferry (which separates the upper from the lower basin) indicate that, within 20 years, discharge may be insufficient to meet current consumptive water resource demands. The recent experience illustrates that 'critical' conditions already exist in the basin (Pulwarty et al. 2005). Climate variability and change, together with increasing development pressures, will result in drought impacts that are beyond the institutional experience in the region and will exacerbate conflicts among water users." (IPCC 2008, p. 105)



# 3
# A Primer on Climate Models, Emissions Scenarios, and Downscaling

## KEY POINTS

- Climate models have improved in their ability to simulate the climate, even as the modeling community has set more demanding goals (Reichler and Kim 2008).

- A number of climate models are available from different research groups and countries, each with strengths and weaknesses in simulating different processes. For a set of model simulations, the average of all the models is consistently more accurate than any individual result. In projecting Colorado's water future, it is very important to compare a range of results from different models, and to consider multi-model averages.

- For planning horizons up to about mid-century, emissions scenarios result in a quantitatively similar range of projections of global and regional climate change. Consequently, the implications of the three scenarios (SRES B1, A1B, A2) are similar to one another for 25- to 50-year planning and adaptation horizons. These scenarios diverge in the latter half of the 21st century.

- The global climate models do not represent the complexity of Colorado's topography. However, they do simulate the large-scale climate processes that affect mountainous regions, including winter storm tracks.

- Downscaling techniques are being used to study processes that matter to Colorado water resource managers, since these methods can adjust for the effects of elevation and the mountains on snowfall and temperature.

- Projects are underway to improve understanding of the local processes that affect Colorado. These include developing better statistical downscaling methods, and enhanced climate modeling efforts to include finer spatial resolution that better represents Colorado's mountainous terrain.

## 3-1. Anatomy of a Climate Model

Precipitation, wind, cloudiness, the ocean currents, air, and water temperatures—these and other variables evolve in time and space governed by physical, chemical, and biological processes. The processes included in the global climate models are quite varied. From the climate modeler's standpoint, these myriad processes have one thing in common—they can be expressed in terms of mathematical equations derived from scientific laws, empirical data, and observations. These equations are converted into computer code, and along with information about the Earth's geography (e.g., topography, vegetation), form the basis of a climate model.

In order to understand how a climate model is constructed, it helps to think of the Earth's climate as a complex system of many interacting parts: the atmosphere, the oceans, the cryosphere (sea-ice, land ice), the land surface, etc. "Component models" for each of these parts have been developed and are continually refined at more than a dozen scientific centers worldwide. Atmosphere models have been around the longest, having evolved during the 1960s from the first

weather prediction computer models developed a decade earlier. Both weather models and the atmospheric component of climate models have at their cores the equations for fluid (air) motion and the first law of thermodynamics, and they represent similar processes; but the similarities end here. Relative to climate models, weather models cover a limited geographical area at greater spatial resolution for a shorter forecast period. Because climate is a global phenomenon, climate models cover the entire Earth, at a relatively lower spatial resolution, and simulate tens to hundreds of years of time.

The original climate models were referred to as General Circulation Models (GCMs) because of their ability to simulate the time evolution of the winds ("circulation"), temperatures, and atmospheric pressures simultaneously over the whole globe (GCM is also used as an abbreviation for Global Climate Model). Initially the models were crude representations of the Earth's climate with a very coarse model grid. As computer power and scientific understanding increased, the climate models became more refined in their ability to depict spatial detail and included more detailed process models. Oceanic "OGCMs" built to simulate ocean

**FIGURE 3-1. Hydrologic Component of GCMs**



**Fig. 3-1.** The hydrologic component of GCMs differs in their formulation and detail. The National Center for Atmospheric Research (NCAR) Community Climate System Model (CCSM3, *right*) contains a surface hydrology model with 6 soil layers and a sophisticated biophysical model that tracks 11 categories of surface vegetation and soil type within each gridbox. The NOAA Geophysical Fluid Dynamics Laboratory (GFDL) model (*left*) represents a different philosophy, with three lumped reservoirs of water in each gridbox (snowpack, root zone, and groundwater). Only a handful of climate models still use a simple "bucket" model of hydrology; almost all models contain a river-routing model. See Chapter 8 in IPCC AR4 WGI (2007) and http://www-pcmdi.llnl.gov/ipcc/about_ipcc.php for more information on hydrology components of GCMs. (Source: GFDL model adapted from Milly and Shmakin 2002, NCAR model adapted from Oleson et al. 2008)

**SIDEBAR 3-1: Time and Space in Models**

Climate models are marched forward at discrete time intervals, called "timesteps." Timesteps can range from a few minutes to an hour, depending on the spatial resolution of the model. The models generate enormous amounts of data output that could easily amount to hundreds of terabytes for a single run. To put this in perspective, a single terabyte is equivalent to the storage capacity of about four typical desktop computers. Often, only a subset of the output, such as daily or monthly mean values, is archived. For the comprehensive archive of model simulations analyzed in the IPCC AR4, monthly averaged values for dozens of model variables are available from 22 climate models, while daily averaged values are available for certain time periods and for selected variables from a smaller subset of these models. (http://www-pcmdi.llnl.gov/ipcc/about_ipcc.php)

Because of the complexity of the mathematical equations in climate models, these equations can only be solved approximately, even on the most powerful super computers. In order to determine the most precise result within this limitation, climate models typically divide the globe—the atmosphere and the oceans—into a grid in the horizontal and vertical, creating so-called "gridboxes" (FIGURE 3-2). The finer the grid, the higher the spatial resolution, and the more computer power required to run the simulations. Many climate processes take place at spatial scales much smaller than a model gridbox. The term-of-art for the expression of the "sub-grid" processes in terms of parameters that are resolved at the spatial scale of the gridbox is "parameterization." Choice of the methods used in parameterization can have a sizable impact on a model's climate simulations.

**FIGURE 3-2. Model Grid for the Atmosphere Component**



**Fig. 3-2.** Illustration of the model grid for the atmosphere component. Typical grid for global climate models analyzed in the IPCC AR4 WGI (2007) is about 180 mi (300 km) in the horizontal with ~25 layers of varying thickness in the vertical. The small-scale processes within a vertical column of gridboxes (shown in the inset) are represented through a process known as "parameterization." (Source: http://celebrating200 years.noaa.gov/breakthroughs/climate_model/welcome.html)

currents, salinities, and temperatures soon followed. By 1970, the first coupled atmosphere–ocean GCM (AOGCM) was produced at NOAA Geophysical Fluid Dynamics Laboratory in Princeton, NJ. The terms "coupled model" and "Earth System Model" are sometimes used to describe the current generation of climate models. Other model development groups soon followed suit, and work using AOGCMs continues today. Simulations from 24 AOGCMs were included in the IPCC AR4 as part of the World Climate Research Programme's (WCRP's) Coupled Model Intercomparison Project phase 3 (CMIP3) multi-model dataset.

Surface hydrologic processes such as evapotranspiration, snowpack evolution, infiltration of water into the soil, and river routing are typically found in the "land surface" component of climate models. The hydrologic components in different climate models differ in their formulation and detail—just as do stand-alone hydrologic models. They can be quite sophisticated in the processes included, but operate on inputs from the coarse grid of the global model. Schematic illustrations of the surface hydrologic component from two GCMs are shown in FIGURE 3-1.

## 3-2. Emissions Scenarios—in the Driver's Seat

Emissions scenarios represent how greenhouse gas (carbon dioxide, methane, nitrous oxide) emissions, and thus the accumulation of greenhouse gases in the atmosphere, might unfold over the next century. The IPCC has developed a suite

**FIGURE 3-3. Global Mean Surface Temperature and Model Projections**



**Fig. 3-3.** Global mean surface temperature and model projections (relative to a baseline of 1980–99) for various emissions scenarios. Shaded regions depict the range of modeled historical simulations and projections. Temperatures for scenario B1 starts to diverge appreciably from A1B and A2 by the middle of the 21st century. A2 and A1B diverge in the latter quarter of the century. Continental and regional patterns of temperature and precipitation in these models also evolve in a similar manner. (IPCC AR4 WGI, 2007)

of emissions scenarios that are widely used to generate climate projections from GCMs. These are reported in the IPCC Special Report on Emissions Scenarios (SRES). The SRES scenarios are based, in part, on assumptions about "demographic development, socio-economic development, and technological change." Probabilities are not assigned to the future occurrence of these scenarios; the scenarios "are alternative images of how the future might unfold" (IPCC SRES 2000, p. 3).

Of the many possible futures described in the IPCC SRES document, only three scenarios, labeled B1, A1B, and A2, were intensively studied by climate modeling centers (FIGURE 3-3). These three scenarios have become de facto *low*, *medium*, and *high* emissions scenarios based on the resulting greenhouse gas concentrations and global climate changes in year 2100. For planning horizons up to about mid-century, these three emissions scenarios result in very similar projections of global and regional climate change. Consequently, the implications of these three scenarios are similar to one

another for 25- to 50-year planning and adaptation horizons. The scenarios diverge in the latter half of the century reflecting the climate response to different assumptions, including those about mitigation (greenhouse gas reduction) strategies.

A new set of emissions scenarios are being developed for use in the Fifth Assessment Report planned for 2013 (see **http://ipcc-wg1.ucar.edu/** for more information). These new scenarios will reflect the fact that greenhouse gas emissions over the past decade have been at or above the upper range of the SRES scenarios.

## 3-3. Climate Model Evaluation

The scenarios of future greenhouse gas emissions drive the current generation of climate model projections. These models are also used to simulate the climate of the 20th century. These historic simulations include known forcing factors such as variations in solar output, volcanic and industrial aerosols (fine particles suspended in the air), and historic greenhouse gas changes. The models also simulate

---

### SIDEBAR 3-2. Boulder Study

A study of the impacts of climate change on Boulder, Colorado's water supply is the first in the United States to combine the potential impacts of climate change with long-term climate variability. Outputs from general circulation models (GCMs) for grid boxes, including Boulder, were examined and the wettest, driest, and a middle model were selected. Climate change was estimated for 20-year periods for 2030 and 2070, and a 437-year (1566–2002) reconstruction of streamflow in Boulder Creek, South Boulder Creek, and the Colorado River (conducted by Connie Woodhouse and Jeff Lukas) were used. A "nearest neighbor" approach was also used to select years in the observed climate record that resemble the paleoclimate reconstructions. Average monthly GCM changes in temperature and precipitation for 2030 and 2070 were combined with multiple recreations of the paleoclimate record to simulate the combined effects of changes in climate and paleoclimate variability.

An increase in temperature alone was estimated to have little effect on the total annual volume of runoff, but by 2070 the effect would shift peak runoff one month earlier, which results in increased late winter and spring runoff and decreased summer runoff levels. These seasonal changes in runoff levels were estimated even with increased or decreased precipitation. Total runoff is quite sensitive to changes in precipitation.

Using Boulder's management model, and accounting for population growth in Boulder and the changes in demand for crop irrigation, the study found that wet and "middle" scenarios had little effect on the reliability of Boulder's supply. But reduced precipitation scenarios resulted in violation of some of Boulder's water supply reliability criteria. By 2070, higher greenhouse gas emissions scenarios increase the risk of supply disruptions more than the lowest emissions scenario (see TABLE 3-1). While an earlier study found that Boulder's water supplies would be reliable with a repeat of climate conditions from hundreds of years ago, this study found that the *combination* of climate change imposed on a reconstruction of events from the 16th and 17th centuries would cause violations in the city's water supply criteria. Demand for irrigation was projected to increase substantially; and very little of this increased demand would be met under the middle or dry scenarios.

In general, Boulder is in a relatively good position to adapt to climate because it has relatively senior water rights and can draw water

during later winter and spring months when runoff is projected to increase. Other municipalities and users with more junior rights or with rights to withdrawal only in the summer months would possibly be at greater risk to climate change. Nonetheless, Boulder will examine contingency plans for reducing the city's demands and enhancing supplies.

This study is a collaboration of Stratus Consulting, the City of Boulder, the University of Colorado, and AMEC Consulting (formerly Hydrosphere). This work was funded by a grant from the National Oceanographic and Atmospheric Administration to Stratus Consulting.

**TABLE 3-1. Effect of Climate Change on Reliability of Boulder's Water Supply**

| Emission Scenario | Model Type | Year | 1-in-20 year criterion met? | 1-in-100 year criterion met? | 1-in-1000 year criterion met? |
|---|---|---|---|---|---|
| Drought Plan (300 years) | | | Yes | Yes | Yes |
| BASE CASE | | | Yes | Yes | Yes |
| B1 | Wet | 2030 | Yes | Yes | Yes |
| B1 | Mid | 2030 | Yes | Yes | Yes |
| B1 | Dry | 2030 | No | Yes | Yes |
| A1B | Wet | 2030 | Yes | Yes | Yes |
| A1B | Mid | 2030 | Yes | Yes | Yes |
| A1B | Dry | 2030 | No | Yes | Yes |
| A1B | Dry3 | 2030 | No | No | No |
| A2 | Mid | 2030 | Yes | Yes | Yes |
| A2 | Dry | 2030 | No | Yes | Yes |
| B1 | Wet | 2070 | Yes | Yes | Yes |
| B1 | Mid | 2070 | Yes | Yes | Yes |
| B1 | Dry | 2070 | Yes | Yes | Yes |
| A1B | Wet | 2070 | Yes | Yes | Yes |
| A1B | Mid | 2070 | Yes | Yes | Yes |
| A1B | Dry | 2070 | No | Yes | No |
| A1B | Dry3 | 2070 | No | No | No |
| A2 | Mid | 2070 | No | Yes | Yes |
| A2 | Dry | 2070 | No | No | No |

This table is representative of the typical output of a product that can be generated using climate models to aid decision-makers.

**FIGURE 3-4. Elevation (feet above sea level) on Global and Regional Climate Model Grids**

NCAR COMMUNITY CLIMATE SYSTEM MODEL



FEET ABOVE SEA LEVEL

WRF REGIONAL CLIMATE MODEL

**Fig. 3-4.** The NCAR Community Climate System Model 3.0 (CCSM3.0) *(top panel)* has gridboxes that are about 100 miles on a side. The WRF regional climate model *(bottom panel)* has gridboxes that are about 30 miles on a side, typical of the RCMs used for dynamical downscaling in the North American Regional Climate Change Assessment Project (NARCCAP) project. The relatively smooth representation of the Colorado Rockies in global climate models reduces the elevations of the mountain peaks. Downscaling methods relate the large-scale climate features that are simulated by GCMs to the small-scale climatic and topographic features of Colorado.

natural "internal" variability of the climate from year to year and decade to decade.

Climate model simulations are evaluated by how well they reproduce climate statistics rather than individual events. This need arises because model projections are not periodically reset to observed conditions (as are weather forecasts), but rather run freely through time. Consequently, simulations cannot reproduce the weather on any specific day; but they should reproduce climatological averages and other statistics of the weather. Likewise, the projections cannot reproduce a specific event such as the 1997–98 El Niño event, but they should show El Niño and La Niña events that resemble those in nature in terms of magnitude, duration, and recurrence. These models do simulate a response to the known natural and anthropogenic forcing factors, resulting in periods of global warming in the early and late 20th century and slight cooling in the mid-20th century.

Spatial resolution poses another problem for model evaluation, particularly in mountainous regions like Colorado. Because the global models do not represent local and regional processes, they cannot exactly simulate the climate at a single observing station; but they should be able to simulate sub-continental climate averages—provided the

region is relatively homogeneous. For example, in the central United States where the topography is relatively gentle, model temperature and precipitation data better represent the climate processes at individual stations.

In order to accommodate their coarse spatial grid, climate models use a smoothed representation of mountains, including the Rockies (see FIGURE 3-4). Individual stations in complex mountainous regions such as Colorado are influenced by topography and elevation that are not present in the climate models. Furthermore, snowpack is poorly represented in climate models due to the smoothed topography that reduces the elevation of mountain peaks. However, the climate models do simulate the large-scale climate trends affecting mountainous regions. Current climate models produce a winter storm track that impacts Colorado, and they broadly show the differences in annual precipitation as one traverses from the Great Plains across the Rockies to the Intermountain West. For this reason, it is possible that advanced techniques (e.g., downscaling, discussed later) can relate these large-scale phenomena in climate models to the detailed topography of the state, including an improved representation of snowpack.

The main reason for the differences among climate model results is an incomplete scientific understanding of many climate-related processes, particularly at smaller spatial scales. Even for processes that are comparatively well understood, there can be legitimate scientific differences about the best way to represent these processes in the models through parameterization. Developing a climate model means balancing the competing desires for higher resolution and for more complex and varied processes with the available computational resources. Different model development centers make different choices to achieve this balance. The result is that each model, while staying as close as possible to known scientific principles, has a "personality of its own" when it comes to future projections.

Each climate model has known systematic errors (model bias) in simulating climate. These biases can be assessed by comparing the temperature and precipitation (and other variables) at the model grid with a gridded observational dataset (PRISM monthly climatology, 1950–99). The Colorado temperature bias, averaged over the 22 CMIP3 models, varies throughout the year (TABLE 3-2). The models, on average, are too warm by about 2°F in winter, and too cold by about 3°F in summer, on par with the magnitude of the bias in neighboring regions. The models have too much precipitation in all seasons over Colorado, consistent with the biases for the western North America. Note that the model precipitation biases averaged over Central North America, a region of gentler topography, are considerably lower than for Colorado.

Year-to-year climate variability in Colorado arises from both climate oscillations and storm track dynamics. The simulation of the El Niño Southern Oscillation (ENSO),

**TABLE 3-2. Seasonally Averaged Climate Biases of the IPCC AR4 WGI Climate Models in Temperature and Precipitation for Colorado**

| | TEMPERATURE BIAS (°F) | | | PRECIPITATION BIAS (%) | | |
|---|---|---|---|---|---|---|
| | WNA | Colorado | CNA | WNA | Colorado | CNA |
| Winter | -1.62 | 1.94 | -1.44 | 93 | 81 | 7 |
| Spring | -3.60 | -1.11 | -1.98 | 71 | 65 | 8 |
| Summer | -0.72 | -3.32 | -0.72 | 28 | 69 | -12 |
| Autumn | -2.16 | -0.08 | -1.08 | 61 | 63 | -16 |
| Annual | -2.34 | -0.64 | -0.90 | 65 | 65 | 2 |

Climate model biases are shown for Western North America (WNA), Colorado, and Central North America (CNA). Temperature biases are shown in °F, precipitation biases in percent above or below normal. The models are too warm over Colorado in winter, and too cold in summer, and the biases are on par with those in neighboring regions. The models produce too much precipitation over Colorado in all seasons, similar to the biases in Western North America. The values for the WNA and CNA regions are from IPCC AR4 WGI, Ch. 11 Supp. Material, Table S11.1. The area average for model gridboxes over Colorado was calculated from the same CMIP3 model output as used in the IPCC AR4.

and its effects on the atmospheric circulation patterns over North America, has improved from past generations of climate models (AchutaRao and Sperberg 2006). But while most models produce variability that resembles the observed ENSO in some respects, they still have problems accurately reproducing the amplitude, seasonal timing, and recurrence times seen in nature (see Capotondi et al. 2006). There has been comparatively little work in evaluating Pacific decadal variability that may have an influence on Colorado's climate (IPCC AR4 WGI 2007). Overall, climate models have too little Pacific Ocean variability on decadal time scales, particularly in the tropics (Newman 2007), though Barnett et al. (2008) claims that at least one model successfully simulates the Pacific Decadal Oscillation (PDO). However, climate models successfully simulate storm track dynamics in North America (CCSP SAP 3.1 2008), which is a major feature of climate in Colorado.

A combination of metrics should be used to judge the utility of a model's output. For example, a model that has a small temperature bias over Colorado may not have a good simulation of El Niño, or vice versa. A study of California precipitation projections showed that "while some models seem more capable at recreating limited aspects [of] twentieth century climate, the overall tendency is for comparable model performance when several credibility measures are combined" (Brekke et al. 2008, p. 371). It also found that culling models or applying weighting factors to models based on their overall credibility had little effect on the probabilistic distribution of outcomes in their study. Other studies may choose a smaller subset of models based on what the authors perceive as relevant selection criteria.

Climate models as a whole have improved in their ability to simulate the climate, even as the modeling community has set more demanding goals. Although they are imperfect descriptions of the Earth's climate, each generation of models has improved on the last, and the average of all the models is better than a single model (Reichler and Kim 2008). Many climate projections are available, reflecting the level of scientific understanding of the subject. Consequently, it is very important for planners to consider a range of model projections to assess the robustness of alternative planning scenarios.

## 3-4. Downscaling Methods

In order to use the coarse-grid global climate model output to study climate change impacts in Colorado, the model output has to be related to the detailed topography and climate of the state through a process called "downscaling." In addition a "bias correction" or "calibration" step is needed that removes known model biases in the average climate. Fowler et al. (2007) presents an overview of several downscaling methods.

**TABLE 3-3. Strengths and Weaknesses of Statistical Versus Dynamical Downscaling (after Fowler et al. 2007)**

| | Statistical | Dynamical |
|---|---|---|
| Advantages | • Comparatively cheap and computationally efficient.<br>• Can provide point-scale climatic variables from GCM-scale output.<br>• Able to directly incorporate observations into method. | • Produces responses based on physically consistent processes.<br>• Can resolve atmospheric processes on a smaller scale (e.g., orographic and rain-shadow effects in mountainous areas). |
| Disadvantages | • Dependent upon choice of predictors.<br>• Does not account for non-stationarity in the predictor-predict and relationship.<br>• Regional climate system feedbacks not included.<br>• Affected by biases in underlying GCM. | • Computationally intensive.<br>• Limited number of scenario ensembles available.<br>• Dependent on GCM boundary forcing; affected by biases in underlying GCM.<br>• Dependent on RCM parameterizations.<br>• Different RCMs will give different results. |

FIGURE 3-5. The Progression of Data and Models from Climate Models to Streamflow



**Fig. 3-5.** Illustration of the progression of data and models from climate models to streamflow, which can be used in water supply operations models. While the output from the GCM hydrology component has been used in some studies (Milly et al. 2005), water supply studies typically use bias-corrected and downscaled projections. Hypothetical scenarios of climate change, such as adding or subtracting a fixed increment in temperature or precipitation to or from the historical sequences, may be used to investigate the sensitivity of water supply. The choice of these increments may be informed by climate model projections.

Simply, statistical downscaling methods use the temperature and precipitation at a model grid and relate each parameter to the smaller-scale variations within that grid. This spatial process is sometimes called disaggregation—the opposite of the spatial aggregation process that creates a gridbox (see SIDEBAR 3-1). The statistical downscaling procedure may be as simple as adding a model's projected changes in a gridbox to the high-resolution temperature climatology for the area within that gridbox. For precipitation, the percent change is typically applied to the high-resolution climatology (Salathe 2004; Smith et al. 2007). More sophisticated statistical methods can be used but at this time, these have found less application in Colorado.

Dynamical downscaling uses high-resolution regional climate models (RCMs)—many of which are derived from numerical weather prediction models—to simulate small-scale processes. These RCMs typically input the global model grids surrounding their geographical domain and then simulate wind, temperature, clouds, evapotranspiration, and variables on a much finer grid (see Wigley 2004; Wilby and Wigley 1997). RCM downscaling is computationally intensive.

The salient strengths and weaknesses of statistical versus dynamical downscaling are summarized in TABLE 3-3. In practice, the simpler statistical methods are primarily used to generate downscaled datasets on many of the global model simulations used in the AR4 report. RCM downscaling has typically involved using one or two global models downscaled with a single RCM. While this is very useful in studying how climate processes might change, it gives a very limited picture of the range and distribution of possibilities. It is worth noting that the ongoing North American Regional

Climate Change Assessment Project (NARCCAP) will soon release a large dynamically downscaled dataset that uses six RCMs to downscale the projections from four of the IPCC AR4 models. This will enable a more comprehensive analysis of the full range of projections (See Resources). Even at the 30-mile (50-km) resolution of these RCMs, further downscaling may be needed depending on the application. On a finer spatial scale, the Colorado Headwaters Project plans a smaller set of model simulations using a 1.2 mile (2 km) grid (**http://www.times.ucar/ws**).

In many cases, only monthly-averaged model output is available. Since many hydrological and operational models require daily or even sub-daily inputs, the need for downscaling in time arises. So-called "weather generators" (see Gangopadhyay et al. 2005) use historical weather data that are re-sampled according to the conditions projected by the climate model. The same resampling technique can be applied to historical streamflow data to provide future hydrologic sequences that are consistent with both the historical variability (Prairie et al. 2006) and the climate model average projections.

For water resources planning, statistically downscaled climate model projections have been used as input to hydrology models (Maurer 2007; Reclamation 2008; Christensen et al. 2004; Christensen and Lettenmaier 2006). By using a single hydrology model that has been tuned to a specific river basin, a hydrologically consistent set of projections can be created based on a range of climate drivers (see the Joint Front Range Climate Change Vulnerability Study, SIDEBAR 3-3, FIGURE 3-5).



## 3-5. The Future of Global Models

The need for more advanced climate model projections for the anticipated IPCC Fifth Assessment Report is providing the impetus for the next stage of development in global climate models. These models will include more detailed process models—particularly those involved in the models of how sources and sinks of greenhouse gases will respond to climate change. The native resolution of these models, though increased, will still not be adequate for regional climate studies; downscaled output will be required.

Some climate modeling centers are now incorporating the observed ocean conditions into their simulations in order to make actual predictions of the climate a few decades into the future. Using this framework, Keenlyside et al. (2008) and Smith et al. (2007) predict a period of relatively unchanged global temperatures due to a natural cooling trend that is superposed on the GHG-forced warming trend. They both project this hiatus to end in the next several years and the warming to continue. These climate predictions, however, are in the early stages of development and evaluation.

**SIDEBAR 3-3. Joint Front Range Climate Change Vulnerability Study (JFRCCVS)**

With the increasing recognition of global and regional climate changes, metropolitan water providers along Colorado's Front Range are concerned about the possible impacts these changes may have on their future available water supply. This is of particular concern given that recent studies indicate global warming may lead to unprecedented drought conditions in the southwest United States (IPCC AR4 WGI 2007). Several Front Range providers including the City of Aurora, City of Boulder, Colorado Springs Utilities, Denver Water, City of Fort Collins, and Northern Colorado Water Conservancy District have come together to participate in a study intended to provide the education, tools, and methodology necessary to examine the possible effects of climate change on several common watersheds.

Through a collaboration with the Water Research Foundation, this JFRCCVS project will enable group members, which obtain their water supplies from the upper Colorado, South Platte, Arkansas, Cache la Poudre, St. Vrain, Boulder Creek, Big Thompson, and other similar river basins, to examine potential effects climate change may have on those supplies. This regional unified approach is intended to help Colorado water providers communicate with their customers and the media cohesively by working with the same historic and projected hydrometeorological data, historic natural streamflow, and methodology. Lessons learned from this collaborative approach can be used to encourage and establish other regional efforts in Colorado and throughout the country.

The project will assess changes in the timing and volume of hydrologic runoff that might be expected from selected climate change scenarios for the years 2040 and 2070. Since many water providers evaluate vulnerability using water allocation models that simulate system operations based on historic sequences of natural streamflow, the project will focus on investigations at these locations:

| Basin | Station |
| --- | --- |
| Upper Colorado | Fraser River at Granby |
| | Williams Fork near Leal |
| | Blue River below Green Mountain Res |
| | Blue River below Dillon |
| | Colorado River near Granby |
| | Colorado River near Dotsero |
| | Colorado River near Cameo |
| | Homestake Creek at Gold Park |
| | Roaring Fork River near Aspen |
| Upper Arkansas | Arkansas River at Salida |
| Upper South Platte | South Platte River above Spinney Mountain Res |
| | South Platte River below Cheesman Res |
| | South Platte River at South Platte |
| | South Platte River at Henderson |
| Cache la Poudre | Cache la Poudre River at Mouth of Canyon |
| St. Vrain | St. Vrain Creek at Canyon Mouth near Lyons |
| Big Thompson | Big Thompson River near Drake |
| Boulder Creek | Boulder Creek at Orodell |



# 4
# Climate Attribution

## KEY POINTS

- In North America, temperatures have increased by ~2°F in the last 30 years, "human-induced warming has likely caused much of the average temperature increase in North America over the past fifty years" (CCSP SAP 3.3, p. 3).

- In Colorado, temperatures have warmed by ~2°F in the past 30 years (Section 2). Climate models estimate that anthropogenic greenhouse gas emissions have contributed 1°F of warming over the same period. However no studies have specifically investigated whether the detected trends in Colorado can be attributed to anthropogenic greenhouse gases.

- The precipitation variations that are the main driver of drought in Colorado and low Lake Powell inflows, including the recent drought of 2000–07, are consistent with the natural variability observed in long-term and paleoclimate records (Barnett et al. 2008).

- Observed warming may have increased the severity of droughts (Andreadis and Lettenmeier 2006) and exacerbated drought impacts (Breshears et al. 2005).

Proactive planning and decisions to manage risks can benefit from an understanding of the full range of natural climate variability and the magnitude of climate trends that have happened, why they happened, and the likelihood of these trends continuing into the future. The process of establishing the principal causes for observed climate phenomena is known as climate attribution. Attribution of anthropogenic climate change, part of the focus of the Intergovernmental Panel on Climate Change (IPCC) assessment reports, has the specific objective of explaining a detected climate change that is significantly different from that which could be expected from natural variations of the climate system. According to the IPCC Third Assessment Report (IPCC TAR WGI 2001), the requirements for determining an attribution for detected change are that first, scientists can demonstrate that the change is consistent with a combination of anthropogenic and natural causes, and second, that these changes are inconsistent with alternative, physically plausible explanations of recent climate change that exclude anthropogenic causes. When attribution is established, the IPCC may assign a likelihood statement (see SIDEBAR ES-1) for the probability that cause resulted in the observed conditions or trends.

Attribution studies use both empirical analyses of past climate relationships and simulations with climate models in which cause-and-effect relations are evaluated. Statistical analysis is used to analyze and compare the model simulations with the observed record, including estimates of natural variability and trends from climate models, historical observations, and paleoclimate reconstructions of past temperatures. "Fingerprint" methods seek the unique signature of climate change by simultaneously looking at changes in many variables. Attribution studies are also used to assess the natural and anthropogenic causes of drought and other extreme climate events.

## 4-1. The Global Consensus

Evidence that Earth's climate has changed during the last century is clear. According to the IPCC Fourth Assessment Report (IPCC AR4 WGI 2007, p. 5) "warming of the climate system is unequivocal." This statement is based on observed trends of melting snow and ice; rising sea level; and increasing surface, ocean, and atmospheric temperatures. The dominant forcing mechanisms to which recent climate change has been attributed all result from human activity. They are: increasing atmospheric concentrations of greenhouse gases; global changes to land surface, such as deforestation; and increasing atmospheric concentrations of aerosols.

The consensus attribution statements of the IPCC AR4 WGI (2007) link these observed trends, as well as changes in global wind patterns, to greenhouse gas emissions introduced to the atmosphere by human activities. For example, the IPCC reports that most of the observed increase in global average temperatures since the mid-20th century is *very likely* due to increased concentrations of anthropogenic greenhouse gases. Other important attribution statements made by the IPCC in 2007 include:

- It is *very likely* the observed warming of land and oceans, together with the loss in ice mass, is not due to natural causes alone.

- It is *likely* that there has been significant anthropogenic warming over the past 50 years averaged over each continent except Antarctica.

- It is *likely* that the increases in greenhouse gas concentrations alone would have produced even greater warming than what has actually been observed because volcanic and human-induced aerosols have offset some warming that would otherwise have occurred.

However, these statements are based on global attribution studies, and are not necessarily applicable to the trends observed in Colorado. Attribution studies are difficult on regional scales for several reasons. Natural variability grows larger as the observational scale decreases, making it more difficult to detect trends (as discussed in Section 2). Even if a signal is detected, uncertainties in regional and local processes (for example, the influence of the Rocky Mountains on precipitation patterns) complicate estimations of the contribution of anthropogenic greenhouse gases on discernable trends. Consequently, there is less confidence in the causes of observed trends as scale decreases. Thus, it is not surprising that there are no formal climate change attribution studies that focus on the spatial scale of Colorado. However, the CCSP is undertaking studies on the scale of North America, and studies are underway to understand the causes of the 2000s western U.S. drought and low Colorado River flows, and whether these are the result of natural variability or if they are related to climate change.

## 4-2. A Telescoping View

North America has warmed by almost 2°F in the past 30 years and it is *likely* that greenhouse gases produced from human activities alone caused much of this increase (CCSP SAP 3.3). Further analysis of these data will be presented in the CCSP SAP 1.3 (planned release, fall 2008). In North America, the largest annual mean temperature increases since the middle of the 20th century have occurred over the

**FIGURE 4-1. Observed Annual Average North American Surface Temperature (1950–2007)**



**Fig. 4-1.** The 1950–2007 trend in observed annual average North American surface temperature (°C, *left*) and the time series of the annual values of surface temperature averaged over the whole of North America *(right)*. Annual anomalies are with respect to a 1971–2000 reference. The smoothed curve *(black line)* highlights low frequency variations. A change of 1°C equals 1.8°F. (Data source: UK Hadley Center's CRUv3 global monthly gridded temperatures)

**FIGURE 4-2. Modeled Annual Averaged North American Surface Temperature (1950–2007)**



**Fig. 4-2.** The 1950–2007 trend in annual average North American surface temperature (°C) from 22 IPCC (CMIP3) model simulations forced with the greenhouse gas, aerosol, solar, and volcanic forcing from 1950 to 1999, and the A1B emissions scenario from 2000 to 2007 *(left)*. Annual values of surface temperature averaged over the whole of North America (anomalies compared to 1971–2000 average) *(right)*. The smoothed curve highlights low frequency variations. Comparison of these climate models with the data in FIGURE 4-1 suggests that anthropogenic greenhouse gas emissions have contributed about 1°F of the observed warming in the last 30 years.

northern and western portions of the continent. The warming trend between 1950 and 2007 in the Western United States is clear (FIGURE 4-1). The time series of annual North American-averaged temperatures (FIGURE 4-1, *right panel*) shows that every year since 1997 has been warmer than the 30-year climatological reference of 1971–2000. However, the rise in temperature has not been constant, as large year-to-year fluctuations are superimposed on an increasing trend.

To determine a cause, or attribution, of this signal, annually averaged North American surface temperatures from 1950–2007 were computed from the IPCC (CMIP3) model simulations. The models were forced with the observed record of greenhouse gases, volcanic aerosols, and solar forcing during 1950–99, and subsequently with the

A1B scenario (see Section 3) of greenhouse gas emissions (FIGURE 4-2). Similarities between these results and the observed trends provide the best available evidence for external climate forcing of surface temperature change by anthropogenic greenhouse gases. First, the bulk of the warming occurs after about 1970 in both time series. Second, the externally forced warming of about 1.8°F (1°C) since 1950 is close to the observed warming rate.

Some inconsistencies between the two datasets (FIGURES 4-1 and 4-2) are also apparent. For instance, there is greater year-to-year variability in observed North American averaged temperatures, which cannot be explained by fluctuations in external forcing. Also, the IPCC simulated pattern of warming is more spatially uniform across the continent compared with spatial observations.

**26** *Climate Change in Colorado*

A simple comparison of the observed surface temperature trends across the continent and simulated changes suggests that half of the warming is attributable to greenhouse gas emissions related to human activities. This is consistent with CCSP SAP 3.3 (p. 3), which states "human-induced warming has **likely** caused much of the average temperature increase in North America over the past fifty years." A further analysis of these data will be presented in CCSP SAP 1.3 when it is released in late 2008.

## 4-3. Drought in Colorado and the West

Drought has many definitions. Meteorological drought is a deficit in precipitation, typically over an extended period of time. Hydrologic drought may be defined in terms of reduced runoff over a period of time, and agricultural drought may be defined in terms of soil moisture deficit. Both hydrologic and agricultural droughts can be related to a precipitation deficit or to increased evapotranspiration over the watershed associated with elevated temperatures. The assessment of drought severity may take into account water storage in the basin, including natural "reservoirs" such as snowpack and groundwater, as well as engineered water storage systems. (For further definitions see **www.drought.unl.edu**.)

Multiple indicators may be used to describe drought in Colorado. The Palmer Drought Severity Index (PDSI; Palmer 1965) is derived from the monthly records of precipitation and temperature and estimates the state of surface water balance (excluding reservoir storage). The percent area coverage where the PDSI is less than -3.0 is an indicator of the spatial extent of the drought. Another indicator is the annual Colorado River natural flow at Lees Ferry below Lake Powell. The flow is an indicator of annual water supply stored in the Upper Colorado River basin snowpack as it replenishes downstream storage in Lake Powell and Lake Mead.

Interpreting trends in these drought indicators is complicated by the many dimensions of drought—duration, extent, severity, impacts—and by the diversity of area averages and of periods of analysis used in studies published in the scientific literature. Consequently, each study must be considered in the context of recent events (e.g., the 2000s drought) and whether or not these events were in the period of record that was analyzed.

The history of Colorado droughts from 1895 to 2007 (Figure 4-3) is part of a bigger picture of droughts that occurred throughout the West. In Colorado, wet conditions prevailed at the turn of the 20th century, with the entire western United States virtually devoid of severe drought from 1905 to 1920. Dry conditions emerged in Colorado during the 1930s and 1950s with **severe** social and economic consequences, but these conditions were eventually replaced by another wet epoch lasting from the 1960s to the

**FIGURE 4-3. Intensity and Extent of Drought in Colorado (1895–2007)**



**Fig. 4-3.** Drought conditions in Colorado from 1895 to 2007. Top curve *(black)* is the area-averaged Palmer Drought Severity Index (PDSI), with negative anomalies *(orange bars)* indicating dry conditions compared to the region's normal moisture balance. Green bars represent wetter conditions. Yellow bars represent the % area of Colorado in severe drought (PDSI < -3). Black and red curves are smoothed similar to a 5-year moving average. (Data source: Climate division data from the National Climatic Data Center)

end of the 20th century. The current dry period began in late 1998. One the most severe drought years of the 113-year instrumental record occurred in 2002, when severe drought occurred in all five traditional climate divisions in Colorado, an event that had not occurred since 1934.

In the western United States from 1895 to 2007, no statistically significant trend in the PDSI drought record has been detected (M. Hoerling, pers. comm.) This finding is consistent with the paleo-hydroclimate evidence of droughts associated with natural variability that are more severe and longer in duration than those of recent history (Section 2, Figure 2-8). According to another study, however, there has been an increase in the severity of droughts over the period 1925 to 2003 in the southwestern United States, including the Western Slope of Colorado (Andreadis and Lettenmaier 2006). They qualitatively attribute the increased drought severity in the southwestern states (including Colorado) to the increase in observed temperatures and the resulting increase in evapotranspiration. Andreadis and Lettenmaier (2006) also show a decrease in drought severity over the eastern plains and south central Colorado (1925–2003). A different study compared the recent 2000s drought (defined in terms of vegetation impacts) to the 1950s drought and found that greater warmth has been a material factor in the recent drought's greater impacts (Breshears et al. 2005).

The Colorado River system storage is another indicator of drought. Lake Powell-Lake Mead storage was near full capacity in 1998. Storage levels have declined since; Lake Powell is 61% of capacity, and storage in Lake Mead is 46% of capacity as of August 2008. The principal reason for this rapid decline has been a reduction in Colorado River inflow (Figure 4-4, *bottom panel*). The 2000–04 period had

*Climate Change in Colorado*   **27**

FIGURE 4-4. Precipitation and River Flow in the Upper Colorado Basin



**Fig. 4-4.** Observed time series (1895–2007) of annually averaged precipitation departures area-averaged over the Upper Colorado drainage basin *(top panel)* and annual Colorado River natural flow departures at Lees Ferry in million acre-feet *(bottom panel)*. The precipitation data are based on 4km-gridded PRISM data. Colorado River natural flow data from the Bureau of Reclamation.

an average natural flow of 9.9 million acre feet (maf) per year, which was lower than the driest period during the Dust Bowl years of 1931–35 (11.4 maf), and the 1950s drought (1953–56; 10.2 maf) (Pulwarty et al. 2005).

Historically, reduction in Colorado River natural flow at Lees Ferry can be linked to the reduction in precipitation over the Upper Colorado River basin (FIGURE 4-4, top panel). Droughts in this area have been attributed in part to natural fluctuations of the El Niño and La Niña cycle of ocean surface temperature variations in the tropical Pacific (CCSP SAP 3.3 2008; Schubert et al. 2004; Seager et al. 2005). The El Niño cycle affects the movement of moisture-bearing storms in winter and spring that supply water for the region's mountain snowpack and provide the eastern plains with soil moisture. Note that IPCC model simulations indicate that it is *very unlikely* that the increase in greenhouse gases played a role in the recent period of low precipitation (IPCC AR4 WGI 2007).

The observed temperature trends may be exacerbating low flows. For example during the winter of 2004–05, precipitation in the Basin was average, but flow was 75% of normal. The combination of "low antecedent low soil moisture (absorption into soil), depleted high mountain aquifers, and the warmest January–July period on record (driving evaporation)" has been suggested as the cause for this discrepancy (CCSP SAP 3.3 2008).

One formal attribution study deserves special focus because of its implications for the entire hydrologic cycle in the West. Barnett et al (2008) used a "fingerprint" that combined several hydroclimatic indicators including the ratio of snow water equivalent to precipitation (SWE/P), January–March minimum temperatures, and streamflow runoff timing throughout the West, including the Colorado Rockies, to detect and attribute trends over the period 1950 to 1999. They concluded that 60% of the observed trends in the hydrologic cycle in the West are due to anthropogenic causes. These trends included earlier runoff, warming temperatures, and a smaller fraction of precipitation that is present as snow. They were unable to show any anthropogenic cause for precipitation trends in the West. Interestingly, the model fingerprint of anthropogenic warming shows very small changes in runoff timing and in SWE/P over Colorado and over the southern Sierra Nevada Mountains—the two highest elevation regions in the study area. Relevant to the recent drought they note "[t]his period excludes the large-scale changes in runoff, precipitation, and water storage that have occurred in the southwest, especially the Colorado River drainage, since 2000. We do not claim that the large changes since 2000 are necessarily the result of human-induced warming."

In summary, the research suggests that precipitation—the main historic driver of drought in Colorado—has not exhibited trends that can be attributed to anthropogenic climate change, and that the observed record of drought is consistent with natural variability. The research also indicates that observed temperature trends may have created conditions more favorable to droughts, or have exacerbated the impacts of droughts, and that, at least at the scale of the western United States, may be attributed in part to anthropogenic climate change. The CCSP SAP 1.3 and 3.4, when they are issued later this year, are planning to have specific statements on the attribution of the recent drought in the West.



# 5
# Climate Projections

## KEY POINTS

- Climate models project Colorado will warm by 2.5°F [+1.5 to +3.5°F] by 2025, relative to the 1950–99 baseline, and 4°F [+2.5 to +5.5°F] by 2050. This baseline likely includes some anthropogenic warming for North America (Section 4). The projections show summers warming more (+5°F [+3 to +7°F]) than winters (+3°F [+2 to +5°F]), and suggest that typical summer temperatures in 2050 will be as warm as or warmer than the hottest 10% of summers that occurred between 1950 and 1999. By 2050, temperatures on the Eastern Plains of Colorado will shift westward and upslope, bringing into the Front Range temperature regimes that today occur near the Kansas border. Note that the range of climate model projections does not capture the entire range of uncertainty.

- Winter projections show fewer extreme cold months, more extreme warm months, and more strings of consecutive warm winters. By contrast with summer, typical projected winter temperatures do not lie within the top 10% warmest months in the historical record. Between today and 2050, the January climate of the Eastern Plains of Colorado is expected to shift northward by ~150 miles. In all seasons, the climate of the mountains migrates upward in elevation, and the climate of the Desert Southwest progresses up into the valleys of the Western Slope.

- Individual models projections do not agree whether annual mean precipitation will increase or decrease in Colorado by 2050. The multi-model average shows little change in annual mean precipitation by 2050, although a seasonal shift in precipitation does emerge. Combined effects of a northward shifting storm track, potentially wetter storms and a global drying of the sub-tropical regions may result in more mid-winter precipitation throughout the state, and in some areas, a decrease in late spring and summer precipitation.

- Projections show a precipitous decline in lower-elevation (below 8200 ft) snowpack across the West. Modest declines (10–20%) are projected for Colorado's high-elevation snowpack (above 8200 ft) within the same timeframe (Christensen and Lettenmaier 2006). The timing of runoff is projected to shift earlier in the spring, and late-summer flows may be reduced. These changes are probably going to occur regardless of changes in precipitation.

- Recent hydrologic studies on climate change in the Upper Colorado River Basin point to an expected decline in runoff by the mid-to-late 21st century (Table 5-1). Those studies that explicitly calculate runoff report multi-model average decreases ranging from 6% to 20% by 2050 compared to 20th century conditions; the one recent study that bases streamflow on a large-scale statistical relationship (Hoerling and Eischeid 2006) projects a 45% decrease by 2050.

- The range of individual model projections within a single study can include both increasing and decreasing runoff due to the range of climate model output used to drive the hydrology models, reflecting both model-simulated climate variability and differences in model formulation.

- Ongoing studies are attempting to resolve methodological differences in order to reduce the range of uncertainty in Upper Colorado River Basin runoff projections.

- The impact of climate change on runoff in the Rio Grande, Platte, and Arkansas Basins has not been studied as extensively as the Colorado River Basin.

THIS SECTION PROVIDES temperature and precipitation projections for North America, then telescopes into Colorado. To illustrate how broad scale model projections may play out at a local scale, projections from a downscaled dataset for three areas in Colorado are highlighted. It then synthesizes projected changes in hydro-climatic variables in the state and its river basins. The focus here is on mid-21st century projections, although projections for other timeframes may be of use depending on the type of decision or planning horizon (SIDEBAR 1-1). Most temperature projections show continued warming beyond 2050.

## 5-1. Temperature and Precipitation Projections

Projected changes in North American temperature and precipitation from a recent baseline (1950–99 average) through mid-century (2040–60 average) are shown in FIGURE 5-1. Focusing on Colorado, the multi-model average projects an annual mean warming of about 4°F [+2.5 to +5.5°F] by 2050 in Colorado as part of a continent-wide pattern of warming. The projections show summers warming more (+5°F [+3 to +7°F]) than winters (+3°F [+2 to +5°F]) (FIGURE 5-1, *top row*). For total yearly precipitation, the dominant pattern in North America projects a wetter climate in regions north of Colorado and a drier climate southwest of the state (FIGURE 5-1, *middle row*). However, for Colorado, projections diverge and the models do not show substantial agreement (FIGURE 5-1, *bottom row*). While the multi-model average shows little change in annual mean precipitation in Colorado, a seasonal shift in precipitation emerges with a decrease in late spring and summer, and an increase in winter precipitation.

The range of climate model projections (shown in square brackets above) was estimated from the 10th and 90th percentiles of 112 model projections for the 20-year period centered on 2050, averaged over Colorado, rounded to the nearest half-degree Fahrenheit. These 112 CMIP3 model runs of 16 climate models include projections from the B1, A2B, and A2 emissions scenarios. The range of projections results from different model formulations, model-simulated natural variability, and differences in emissions scenarios used to drive the climate models.

Several processes triggered by greenhouse gas increases contribute to the warming over the Western United States, including increased water vapor in the atmosphere (Compo and Sardeshmukh 2008), changes in atmospheric circulation patterns (Tebaldi et al. 2006—particularly for increased heat waves), and drying of the soils in summer. Precipitation changes in the Colorado Mountains, which receive the bulk of their precipitation from winter and spring storms— are dominated by changes in the climatological storm track. The storm track is projected to move slightly to the north as the climate warms (Yin 2005), but with somewhat wetter storms. The net effect over Colorado is a seasonal shift towards more mid-winter precipitation, and in some areas a decrease in late spring precipitation. Summertime precipitation is projected to decrease over much of the conterminous United States, but there is more disagreement among the models than for winter. The thunderstorms that dominate Colorado's summer precipitation are difficult to simulate and must be parameterized in the climate models. Larger scale systems such as the North American Monsoon that influence Colorado's summertime precipitation are not well simulated by climate models (Lin et al. 2008). Despite these shortfalls, the magnitude of potential changes in the timing of precipitation is small compared to year-to-year or even decade-to-decade variations in precipitation. Consequently, interpretation of these projections suggests that the future out to 2050 will be dominated by natural variations in precipitation.

## 5-2. A Closer Look

Average daily temperature in Colorado for 1950–99 and projections for 2025 and 2050 are shown in FIGURES 5-2 (January) and 5-3 (July). It is clear that by 2050 the January climate of the Eastern plains has moved northward by a distance greater than half the state. The climate zones of the mountains have migrated upward in elevation, and the climate of the Desert Southwest has progressed into the valleys of the Western Slope. For July, the temperatures on the Eastern Plains have moved westward and upslope, such that the temperature regime near the western Kansas border has reached the Front Range by 2050.



**FIGURE 5-1. Temperature and Precipitation Changes over North America Projected for 2050**



**Fig. 5-1.** Temperature and precipitation changes over North America projected for 2050 (2040–60 average) by an ensemble of 22 climate models used in the IPCC AR4. Changes are shown relative to the 1950–99 baseline average. The top row is the multi-model average temperature change for the annual mean *(left)*, winter *(center)*, and summer *(right)*. For Colorado, the average projected temperature changes are about 4°F (annual), 3°F (winter), and 5°F (summer). The second row shows the percentage change in total precipitation. The multi-model average shows small changes in precipitation in Colorado, although individual model projections *(not shown)* exhibit a range of projected changes. There is only weak agreement among the models whether annual precipitation will increase or decrease in Colorado *(third row)*, though there is an indication of an increase in winter and a decrease in summer. (Data source: CMIP3 multi-model dataset, PCMDI)

**FIGURE 5-2. January Observed and Projected Temperatures**

JANUARY CLIMATOLOGICAL TEMPERATURE (1950–99)



PROJECTED JANUARY CLIMATOLOGICAL TEMPERATURE 2050





Degrees Fahrenheit

**FIGURE 5-3. July Observed and Projected Temperatures**

JULY CLIMATOLOGICAL TEMPERATURE (1950–99)



PROJECTED JULY CLIMATOLOGICAL TEMPERATURE 2050





Degrees Fahrenheit

**Fig. 5-2.** January observed average daily temperature in Colorado for 1950–99 (*top panel*) and projections for 2050 (*bottom panel*). By 2050 the January climate of the Eastern Plains has moved northward by a distance greater than half the state. The climate zones of the mountains have migrated upward in elevation, and the climate of the Desert Southwest has progressed into the valleys of the Western Slope. Projections were calculated by adding the multi-model average temperature changes to the observed climatology. Observed climatological averages are from PRISM (DiLuzio et al. 2008), and projected changes from the IPCC (CMIP3) 22-model average for the A1B emissions scenario.

**Fig. 5-3.** July observed average daily temperature in Colorado for 1950–99 (*top panel*) and projections for 2050 (*bottom panel*). For July, the temperatures on the Eastern Plains have moved westward and upslope, such that the temperature regime near the western Kansas border has reached the Front Range by 2050. Projections were calculated by adding the multi-model average temperature changes to the observed climatology. Observed climatological averages are from PRISM (DiLuzio et al. 2008), and projected changes from the IPCC (CMIP3) 22-model average for the A1B emissions scenario.

Just as the observed temperature climatology does not capture the year-to-year or day-to-day variations (FIGURES 5-2 and 5-3, *top*), neither do the climate projections (FIGURES 5-2 and 5-3, *bottom*). While FIGURES 5-2 and 5-3 are illustrative of climate change in Colorado, it is unclear how the details will play out at any given location. Due to

local and regional climatic effects, some places may warm more than projected, some less (or even cool, particularly in the next couple of decades when average warming trends are comparable to observed variability). Until higher resolution dynamical downscaling is performed, and until projected local land use and potential ecosystem changes (e.g.,

forest cover changes resulting from pine beetle infestation) are considered, it will be difficult to determine these local variations. But the larger picture must be kept in mind. Comparable warming is projected for most of the western United States. The projected changes, especially in summer, are large compared to present-day climate variations—an indication that the warming signal may be clearly seen throughout Colorado by 2050.

The implications of the model-projected changes in 2050, including the seasonal cycle, are best illustrated by looking in more detail at three locations in Colorado (Figure 5-4): the Western Slope (Figure 5-5), the North Central Mountains (Figure 5-6), and the Eastern Plains (Figure 5-7). At all these sites, the monthly average temperatures from 1950 to 1999 are compared with those projected for 2050 using the statistically downscaled projections of Maurer (2007; **http://gdo-dcp.ucllnl.org/ downscaled_cmip3_projections/**). The cluster of lines shows the seasonal cycle of all 112 available projections from the B1, A1B, and A2 scenarios, depicting the range of model projections (Figures 5-5, 5-6, and 5-7; *bottom panels*). To provide a reference for how unusual the projected temperatures *(red lines)* will seem, compared to today, the 10th and 90th percentiles of monthly average temperatures are also shown *(dashed black lines)*. These percentiles represent the top-five-warmest and top-five-coolest months in the period 1950–99. The present and range of projected precipitation climatologies are shown in the bottom panels of Figures 5-5, 5-6, and 5-7 for each location.

**FIGURE 5-4. Locations of Precipitation and Temperature
    Projections in FIGURES 5-5, 5-6, and 5-7**



**Fig. 5-4.** The areas used to calculate monthly temperature and precipitation projections for FIGURES 5-5, 5-6, and 5-7.

**FIGURE 5-5. Projected Monthly Temperature and Precipitation
    near Grand Junction, CO (2050)**





**Fig. 5-5.** Observed monthly average temperature (°F) *(top panel)* and precipitation (inches) *(bottom panel)* compared with projections for 2050 over a 30 x 40 mile region on the West Slope near Grand Junction *(see FIGURE 5-4)*. The monthly average *(solid black)* and 10th and 90th percentiles values (dashed black lines) are based on observations over the period 1950–99. Projected monthly climatologies *(thin red lines)* are from the multi-model ensemble for the 20-year period centered on 2050. Average of the projections is shown as a heavy red line. Data are derived from bias-corrected and downscaled climate model output and gridded observations (Maurer et al. 2007). For precipitation, the 10th and 90th percentile values of 20-year averages, estimated from nearby station data with ~100 year records, are also shown *(vertical bars)*. The magnitude of projected temperature change is comparable to or greater than the year-to-year variations throughout the historical record; however, this is not the case for precipitation.



FIGURE 5-6. Projected Monthly Temperature and Precipitation near Steamboat Springs, CO (2050)

FIGURE 5-7. Projected Monthly Temperature and Precipitation near La Junta, CO (2050)

**Fig. 5-6.** Same as FIGURE 5-5, but for a region in the North Central Mountains between Granby and Steamboat Springs.

**Fig. 5-7.** Same as FIGURE 5-5, but for a region on the Eastern Plains near La Junta.

At all three sites, the temperature increases are largest in summer. The July temperatures from almost all the model projections at all three sites lie at or above the 90th percentile of the present climate. The bulk of the projections suggest that typical summer temperatures will equal or exceed the extreme warm summers of the last half of the 20th century. The projected temperature changes are somewhat smaller in winter and the year-to-year variations are larger. While extreme warm winter months would increase in these projections, most years, even in 2050, will not be extreme by present standards. Winter warming will be manifest in the relative absence of cold months and in the cumulative effects of consecutive warm winters.

Unlike temperature projections, potential future changes in precipitation are smaller than the year-to-year and decade-to-decade variations observed in the historical record. This is consistent with the IPCC: "Models suggest that changes in mean precipitation amount, even where robust, will rise above natural variability more slowly than the temperature signal" (IPCC AR4 WGI 2007, p. 74). The Western Slope site has considerable precipitation in most months, with maxima in the spring and autumn. The multi-model average projections for this locale show a shift to a wetter winter and drier spring, although the range of projections is large. In the central mountains, where most precipitation falls in the cold season, the projections show

an increase in winter precipitation and smaller changes in other times of the year. There is a strong summertime maximum in precipitation in the present climate near La Junta in the eastern plains. The downscaled multi-model projections indicate little change. However, model uncertainties are largest in summer, so less confidence can be put in the projected precipitation at this location. These three locations are indicative of what may happen throughout Colorado, as they reflect the large-scale climate model projections.

## 5-3. Hydrologic Changes

The state of Colorado is the headwaters of the Arkansas, Platte, Rio Grande, and Colorado Rivers. While climate change is projected to impact all these basins (FIGURE 5-8), the impact on the Colorado River has received by far the most study. A decrease in runoff in the Upper Basin of the Colorado River—and the resulting decrease in the natural flow at Lee Ferry on the Colorado River—could increase the chance of the Upper Basin failing to meet its delivery requirements under the Colorado Compact (e.g., Christensen

et al. 2004; McCabe and Wolock 2008). Other interstate water compacts could also be affected.

Recent hydrologic studies on climate change in the Upper Colorado River Basin point to an expected decline in runoff by the mid-to-late 21st century (TABLE 5-1). Those studies that explicitly calculate runoff report multi-model average decreases ranging from 6% to 20% by 2050 compared to 20th century conditions; the one recent study that bases streamflow on a large-scale statistical relationship (Hoerling and Eischeid 2006) projects a 45% decrease by 2050 (TABLE 5-1). The range of individual model projections within a single study can include both increasing and decreasing runoff due to the range of climate model output used to drive the hydrology models (FIGURE 5-9). TABLE 5-1 also identifies the studies that analyze the risk that climate change poses to water supply and storage (details are beyond the scope of this document, see references in TABLE 5-1). Extensive discussions of hydrologic studies can be found in National Research Council (2007), the USBR Climate Technical Working Group (Appendix U of USBR EIS 2008), and in chapter four of the CCSP SAP 4.3 (2008).

FIGURE 5-8. Projected Changes in Annual Runoff (2041–2060)



**Fig. 5-8.** Model-projected changes in annual runoff (2041–60 average) for different river basins in the United States. The scale represents the percentage change relative to a 1900–70 baseline. Colors indicate that >66% of models agree on whether the change is positive or negative; diagonal hatching indicates >90% agreement. (data from Milly 2005, replotted by P.C.D. Milly)

**TABLE 5-1. Projected Changes in Colorado River Basin Runoff or Streamflow in the Mid-21st Century from Recent Studies**

| Study | GCMs (runs) | Spatial Scale | Temperature | Precipitation | Year | Runoff (Flow) | Risk Estimate |
|---|---|---|---|---|---|---|---|
| Christensen et al. 2004 | 1 (3) | VIC model grid (~8 mi) | +3.1°F | -6% | 2040–69 | -18% | Yes |
| Milly 2005, replotted by P.C.D. Milly | 12 (24) (~100–300 mi) | GCM grids | — | | 2041–60 | -10 to -20% 96% model agreement | No |
| Hoerling and Eischeid 2006 | 18 (42) | NCDC Climate Division | +5.0°F | ~0% | 2035–60 | -45% | No |
| Christensen and Lettenmaier 2007 | 11 (22) | VIC model grid (~8 mi) | +4.5°F (+1.8 to +5.0) | -1% (-21% to +13%) | 2040–69 | -6% (-40% to +18%) | Yes |
| Seager et al. 2007* | 19 (49) | GCM grids (~100–300 mi) | — | — | 2050 | -16% (-8% to -25%) | No |
| McCabe and Wolock 2008 | — | USGS HUC8 units (~25–65 mi) | Assumed +3.6°F | 0% | — | -17 % | Yes |
| Barnett and Pierce 2008* | — | — | — | — | 2057 | Assumed -10% to -30% | Yes |

Values and ranges (where available) were extracted from the text and figures of the references shown. Columns provide the number of climate models and individual model runs used to drive the hydrology models, the spatial scale of the hydrology, the temperature and precipitation changes that drive the runoff projections, and whether or not the study quantified the risk these changes pose to water supply (e.g., the risk of a compact call or of significantly depleting reservoir storage).

\* Two studies do not specifically make projections of Upper Basin runoff or streamflow. Seager et al. (2007) average over a large area (95°W–125°W, 25°N–40°N) that only partially overlaps with the Upper Basin. Barnett and Pierce (2008) assume Lees Ferry streamflow changes to drive their water balance model of reservoir storage.

**FIGURE 5-9. Range in Temperature and Precipitation Projections for the Upper Colorado River Basin**



Fig. 5-9. Range in temperature and precipitation projections for the Upper Colorado River Basin from 11 GCMs, and the resulting range in runoff projections from Christensen and Lettenmaier (2007). Box-and-whiskers symbols represent the 5th, 25th, 50th, 75th, and 95th percentiles of the data; outliers are shown by circles. Projections are shown for the SRES B1 and A2 emissions scenarios for 30-year averages centered on the years 2025, 2055, and 2085. Changes are relative to 1950–2000 averages. The range results from different climate model formulations and from model-simulated climate variability. For comparison, 30-year averages of the historical and reconstructed flows at Lees Ferry (Meko 2006) range from 92% (5th percentile) to 108% (95th percentile) of the long-term average. Note that when the downscaled precipitation data that is used as input for this study is adjusted to show the same percentage change as the GCM gridboxes, the runoff shows a greater decline, ~14% on average, by 2070–2100. (D. Lettenmaier, pers. comm.)

The range in model projections both within and among the various studies is influenced by modeling methodologies and natural variability. First, a number of differently formulated climate models, each with different projected temperature and precipitation changes over the Upper Basin, are used to drive the hydrology models that generate runoff projections. These different climate drivers lead to different runoff projections (Figure 5-9). A second, related factor is that runoff in the Upper Basin varies due to natural climate variability, some of which is captured by the climate models. Therefore the range of individual model simulations (e.g., the range reported by Christensen and Lettenmaier 2007) results from differences in climate model formulation and from different realizations of model-simulated climate variability. It would be ideal to analyze a large number of realizations (runs) from each climate model to isolate these two factors, but multi-run ensembles are not available for most GCMs. For this reason, most researchers emphasize the multi-model average over the range of individual model projections.

A third factor is that different downscaling and bias-correction techniques are used to relate GCM grids to hydrology model grids (see Section 3-4). For example, the percentage change in GCM precipitation projections is modified by the downscaling technique used by Maurer (2007) (Dennis Lettenmaier, pers. comm.). Fourth, different hydrologic models are used to make runoff projections. These include GCM hydrology component models (Milly 2005), simple statistical regressions (Hoerling and Eischeid 2006), and distributed hydrologic process models (Christensen and Lettenmaier 2007).

The spatial scale at which the hydrology is resolved is a particularly important factor in determining the simulated hydrologic response to climate change. In particular, there is the need to resolve small-scale topographic effects including cooler average temperatures at higher elevations that have a strong effect on evapotranspiration and snow hydrology. For the studies listed in Table 5-1, the spatial scale ranges from a few hundred miles (the typical GCM grid) to eight miles (the Variable Infiltration Capacity hydrology model grid).

Feedback from water managers has motivated an ongoing research project, the NOAA-funded *Reconciling Projections of Future Colorado River Stream Flow* study, to understand the differences among these projections in order to provide water managers with more useful information. The goal of this project is to quantify the effects of methodological differences on the range of streamflow projections and, if possible, to reduce the range of uncertainty in these projections.

The impact of climate change on runoff in the Rio Grande, Platte, and Arkansas basins has not been studied as extensively. A multi-model study of GCM-simulated runoff projects a decrease of 5–10% in the Arkansas (62% model agreement on the sign of the change) and Rio Grande (75%

model agreement) basins by 2050, and no appreciable change in the Platte/Missouri Basin (Figure 5-8). This is compared with the 10–25% reduction (95% model agreement) for the Upper Colorado River Basin. These numbers should be interpreted with caution because they are based on GCM-scale hydrology and they reflect the runoff in the entire river basins, not just the part in Colorado. Hurd and Conrood (2007) project a decline in streamflow of -3% to -14% by 2030 and -8 to -29% by 2080 for the Rio Grande Basin.

Regarding hydroclimatology of the western United States, the IPCC (2008, p. 102) states, "[w]arming and changes in the form, timing and amount of precipitation will be *very likely* to lead to earlier melting and significant reductions in snowpack in the western mountains by the middle of the 21st century." ==The high-elevation snowpack in the Colorado River Basin is projected to have a moderate decline (Figure 5-10), whereas lower-elevation snowpack (primarily outside Colorado) experiences a precipitous decline.== At high elevations mid-winter temperatures would remain below freezing even with relatively large warming, and the main effects of rising temperatures on snowpack would be seen in the spring. The high-elevation headwaters also lie in a region where small, or even positive, changes in wintertime precipitation are projected.

**FIGURE 5-10. Projected Change in Colorado River Basin Snowpack**



Fig. 5-10. Projections of snowpack changes as a function of elevation for the Colorado River Basin. The data show average snowpack declines throughout the cold season, and are a function of both the snow water equivalent and the amount of time snow is on the ground. The downscaled projections from 11 climate models for the 30-year average centered on 2025, 2055, and 2085 are shown for the B1 and A2 emissions scenarios. Most of the snowpack in the state of Colorado that feeds the Colorado River lies above 2500 m (8200 ft) in elevation. Modest declines in snowpack are projected at these high elevations, and larger declines (80–90%) may occur at lower elevations. The basinwide average April 1 snow water equivalent (SWE) is projected to decline by 13% (2025), 21% (2055), and 38% (2085) in scenario A2, and by 15% (2025), 25% (2055), and 29% (2085) in scenario B1. (Christensen and Lettenmeier 2007)

FIGURE 5-11. Projected Soil Moisture Changes in the Upper Colorado River Basin for 2050 for April, May, June, and July



**Fig. 5-11.** Projected soil moisture changes for 2050 in the Upper Colorado River Basin for April, May, June, and July. The shift in the median (50th percentile) soil moisture is shown in terms of the percentiles of the 1950–2000 soil moisture simulation. Zero shift represents no change in the median soil moisture. Warm colors represent drying in the future; cool colors represent wetter conditions in the future. Earlier snowmelt leads to wetter soil moisture conditions in April and drier conditions by summer.

The resulting earlier snowmelt is evident in the maps of projected changes in soil moisture in the Colorado River Basin (FIGURE 5-11). April soil moisture *(left)* increases in most of the mountainous regions due to the earlier snowmelt. In May *(center left)*, only the highest elevations show increased soil moisture, while by June *(center right)* and July *(right)*, the soil moisture is greatly reduced compared to the present values. This is consistent with the IPCC Technical Paper on Water (2008), in which projections for mountain snowmelt-dominated watersheds indicate an increase in winter and early spring flows (raising flooding potential), and a substantial decrease summer flows. "Hence, over-allocated water systems of the western USA and Canada that rely on capturing snowmelt runoff could be especially vulnerable. . . ." (IPCC 2008, p. 102).

## 5-4. Extremes

An extreme weather event is defined by the IPCC as an "event that is rare at a particular place and time of year," where rare is below the 10th or above the 90th percentile of observations. Using analyses of the IPCC AR4 climate model monthly and daily output, the CCSP SAP 3.3 (2008) addresses projections of climate extremes, including heat waves, drought, flooding, and storms that are most relevant to Colorado.

For the western United States, projected changes in precipitation extremes are larger than changes in mean precipitation (IPCC 2008). Model simulations suggest that in the West, cold air outbreaks will continue to occur even in a warmer climate, though the frequency will be somewhat reduced.

Damaging flood events have been associated with intense summer precipitation on the Eastern Plains and the Front Range. Based on physical principles, thunderstorms could be more intense in a warmer climate because warmer air can potentially "hold" more moisture and transport it into the storms (Trenberth 1999). Multi model analyses (Tebaldi et al. 2006) discussed in the CCSP SAP 3.3 suggest an increase in strong precipitation events over most of the conterminous United States. However, the vicinity of Colorado shows an unchanged or decreased chance of strong events. The reason for this result is not understood. Given the small spatial scales involved, and given the often dominant importance of topographic effects precipitation, an analysis such as Tebaldi et al. (2006) that is based on the global climate models has to be interpreted with great caution. Regional climate model simulations may help to shed some light on this difficult problem in the future.

The CCSP projects that in the southwestern United States (boundaries not specified), the combination of increasing temperature and decreasing wintertime precipitation means that it is "*likely* that droughts will become more severe" (CCSP SAP 3.3, p. 5). Of relevance for Colorado is that "in other places where the increase in precipitation cannot keep pace with increased evaporation, droughts are also *likely* to become more severe. It is *likely* that droughts will continue to be exacerbated by earlier and possibly lower spring snowmelt run-off in the mountainous West, which results in less water available in late summer" (CCSP SAP 3.3, p. 5).

**SIDEBAR 5-1. Aspen Snow: Consideration of Climate Change Information in Planning**

A case study evaluated how the quantity and quality of snow at Aspen Mountain ski area in 2030 and 2100 may be affected by changes in regional climate resulting from increased greenhouse gas emissions. This study estimated changes in regional climate using MAGICC/SCENGEN, software for downscaling models, and ran combinations of five general circulation models (GCMs) that best simulate current conditions. The climate change estimates were run using the relatively low, mid-range, and high GHG emissions scenarios: B1, A1B, and A1FI. Output from a regional climate model statistical downscaling model was used to generate higher resolution estimates of changes in climate using output from the Hadley model (HADCM3). Snow quantity was evaluated using the Snowmelt Runoff Model and a module developed to estimate snow quantity during the accumulation season, before snowmelt initiation. Snow quality was also evaluated.

By 2030, the estimated temperatures increase is 1.8 to 2.5°C at Aspen Mountain from circa 1990, and the length of the ski season is estimated to decrease by approximately 1 to 1.5 weeks. By 2030, the snowline is estimated at 2250 m above sea level; an increase of approximately 200 m from current (2006) conditions. By 2100, average annual temperatures are projected to increase 2.9 to 9.4°C. The snowline is estimated at 2800 to 2900 m for the A1B and B1 scenarios in 2100, and 3100 to 3200 m for the A1FI scenario. The date when snow starts to accumulate at the base area is delayed by six to seven days by 2030, and anywhere from 1.5 to 4.5 weeks by 2100 relative to circa 1990. For mid-winter snows, a 15% increase in snowfall compensates for a 1.5°C increase in air temperature such that there would be little change in snow depth. Snow depth is reduced to almost zero for the base area in 2100 under the medium greenhouse gas emissions A1B scenario. In the high greenhouse gas emissions A1FI scenario, snow depth is reduced to near zero for the entire lower two-thirds of the mountain. The effect is substantially reduced under the low greenhouse gas emissions B1 scenario (FIGURE 5-12). In spite of earlier snowmelt initiation and the reduction in snowpack, snow density in the top 10 centimeters increases by less than 20% by 2030.

The study was led by the Aspen Global Change Institute and funded by the City of Aspen. Stratus Consulting analyzed snowpack and ecological changes; the Rural Planning Institute analyzed economic implications of climate change impacts on tourism; and the University of Colorado examined stakeholder responses and adaptation; Tom Wigley at the National Center for Atmospheric Research provided advice on modeling simulations.

**FIGURE 5-12. Projected Change in Snow Covered Area, Aspen**



**Fig. 5-12.** Change in snow covered area. Percentage of the mountain zone covered in snow in 2100 from October through June based on scenarios A1B, B1, and A1FI.



# 6
# Implications of Changing Climate for Colorado's Water Resources

*Colorado's water resources are sensitive to the changing climate on a range of time scales. As a buffer against natural seasonal and interannual variability, Colorado pioneers and their descendants developed infrastructure for water storage and conveyance, and adopted institutional arrangements capable of allocating shortages when necessary, including the prior appropriations system and interstate compacts. These actions helped in managing water during drought and other climate variations in the 20th century. But the 21st century climate may pose new challenges to water managers that are unlike those experienced in the 20th century.*

Paleoclimate studies reveal that previous centuries were unlike the past century. Lengthy droughts and wet periods were more common from about 800 to 1900 in the West (FIGURE 2-8). Even in the absence of climate change this new understanding of past hydrology would warrant a renewed focus on drought planning. Second, water supply systems are facing complex stresses, including increasing demands from a growing population and potential energy development. Third, these challenges are magnified by the need to consider climate change. Therefore, there is an emerging need for vulnerability assessments, for adaptation planning, and for bringing climate change information into ongoing integrated resource planning.

This report provides a synthesis of the physical aspects of changing climate and a scientific basis to support further studies of water resources impacts. The assessment and quantification of specific climate change impacts on water resources is beyond the scope of this document. Few published studies address potential water resources impacts in Colorado. Two of these—Aspen and Boulder (SIDEBARS 5.1 and 3.2)—are examples of how climate change information has been considered in water-related resource planning. However, much further work is needed to assess the multi-dimensional impacts and cascading effects on water resources affecting humans and the environment. A number of projects are in progress, such as the Joint Front Range Climate Change Vulnerability Study (JFRCCVS, SIDEBAR 3.3) and the Colorado River Water Availability Study (**http://ibcc.state.co.us/Process/Needs/WaterSupplyAvailability/**), in which climate projections are being used to explore possible water supply scenarios to which managers may need to adapt.

Section 6 identifies some implications of climate change for Colorado water management. It also briefly discusses the potential uses of the information within this report in water resources management, including assessing vulnerabilities and creating adaptive strategies, such as those called for in the Governor's Colorado Climate Action Plan.

## Key Implications

Climate change will affect Colorado's use and distribution of water. Changes in economies and land use, environmental concerns, and population growth are already affecting water management decisions. Water managers and planners currently face specific challenges that may be further exacerbated by projected climate changes (Table 6-1). The implications of climate change in this report are consistent with the broader conclusions in the CCSP SAP 4.3 and the report, *Colorado River Basin Water Management* (NRC 2007).

The consistent projections for a substantial temperature increase over Colorado (IPCC 2008) have important implications for water management. Increases in temperature imply more evaporation and evapotranspiration leading to higher water demands for agriculture and outdoor watering. Temperature-related changes in the seasonality of streamflows (e.g., earlier runoff) may complicate prior appropriation systems and interstate compact regimes; and modify the interplay among forests, hydrology, wildfires, and pests (e.g., pine beetles).

The wide range of precipitation projections makes it difficult to assess likely changes in annual mean precipitation by mid-21st century. However, a synthesis of findings in this report suggests a reduction in total water supply by then. Furthermore, there is potential for increased drought severity in the region due to higher temperatures alone. When combined with temperature increases and related changes in evaporation and soil moisture, recent hydrologic studies on climate change in the Upper Basin of the Colorado River point to an expected decline in runoff by the mid-to-late 21st century. These studies report multi-model average decreases ranging from 6% to 20% by 2050 (Section 5-3). This synthesis is consistent with the conclusion of the IPCC that globally the negative impacts of climate change on water resources outweigh the positive (IPCC 2008).

## Strategies for Incorporating Climate Information into Water Planning and Adaptation

Two pathways for integrating climate information into water resources planning and management are vulnerability analysis and integrated resource planning (see Cromwell et al. 2007; Miller and Yates 2006). Vulnerability analysis includes *top-down* or *bottom-up* perspectives. In the top-down perspective, projections of global or spatially downscaled models are used to drive resource models and project resource impacts. The top-down strategy is illustrated in Figure 3-5, which depicts how climate projections may be used in water operations models. Some approaches include the use of sensitivity studies based on changing temperature and/or precipitation by a fixed amount guided by the range of model projections, the direct use of climate model output with existing downscaling methods (e.g., the Aspen Study, Sidebar 5-1), and the use of conditionally re-sampled historical record that shifts the average climate according to the model projections, while preserving the character of day-to-day and year-to-year historical sequences.

**TABLE 6-1. Challenges Faced by Water Managers, and Projected Changes**

| Issues | Observed and/or Projected Change |
|---|---|
| Water demands for agriculture and outdoor watering | Increasing temperatures raise evapotranspiration by plants, lower soil moisture, alter growing seasons, and thus increase water demand. |
| Water supply infrastructure | Changes in snowpack, streamflow timing, and hydrograph evolution may affect reservoir operations including flood control and storage. Changes in the timing and magnitude of runoff may affect functioning of diversion, storage, and conveyance structures. |
| Legal water systems | Earlier runoff may complicate prior appropriation systems and interstate water compacts, affecting which rights holders receive water and operations plans for reservoirs. |
| Water quality | Although other factors have a large impact, "water quality is sensitive both to increased water temperatures and changes in patterns of precipitation" (CCSP 4.3, p. 149). For example, changes in the timing and hydrograph may affect sediment load and pollution, impacting human health. |
| Energy demand and operating costs | Warmer air temperatures may place higher demands on hydropower reservoirs for peaking power. Warmer lake and stream temperatures may affect water use by cooling power plants and in other industries. |
| Mountain habitats | Increasing temperature and soil moisture changes may shift mountain habitats toward higher elevation. |
| Interplay among forests, hydrology, wildfires, and pests | Changes in air, water, and soil temperatures may affect the relationships between forests, surface and ground water, wildfire, and insect pests. Water-stressed trees, for example, may be more vulnerable to pests. |
| Riparian habitats and fisheries | Stream temperatures are expected to increase as the climate warms, which could have direct and indirect effects on aquatic ecosystems (CCSP SAP 4.3), including the spread of in-stream non-native species and diseases to higher elevations, and the potential for non-native plant species to invade riparian areas. Changes in streamflow intensity and timing may also affect riparian ecosystems. |
| Water- and snow-based recreation | Changes in reservoir storage affect lake and river recreation activities; changes in streamflow intensity and timing will continue to affect rafting directly and trout fishing indirectly. Changes in the character and timing of snowpack and the ratio of snowfall to rainfall will continue to influence winter recreational activities and tourism. |
| Groundwater resources | Changes in long-term precipitation and soil moisture can affect groundwater recharge rates; coupled with demand issues, this may mean greater pressures on groundwater resources. |

FIGURE 6-1. Approaches to Climate Change Assessment



Fig. 6-1. Bottom-up and top-down approaches to climate change assessment. These approaches are not necessarily exclusive. (Yates and Miller 2006)

Information from global climate model simulations is beginning to be used in water resource related planning studies, such as the Environmental Impact Study supporting the recent Record of Decision on Colorado River Interim Guidelines (DOI 2007, see **http://www.usbr.gov/lc/**). This report assessed the state of knowledge with regard to climate change and modeling to support planning for operations under long-term drought conditions (Bureau of Reclamation 2007). Miller and Yates (2006) find that most efforts to incorporate climate change information into their planning process have used the top-down perspective. These top-down perspectives, however, are limited by the current state of the art of climate models, downscaling techniques, and observations.

Another approach is often referred to as bottom-up, illustrated in FIGURE 6-1. Bottom-up approaches are place-based and deal with specific resources of interest, as described for agriculture by Pielke et al (2007). In this approach water managers start with their knowledge of their system and utilize their water supply planning tools to identify what changes in climate would be most threatening to their long-range plans or operations. These are the system's critical vulnerabilities, such as the types of changes in climate that would cause these critical problems e.g., a 10% increase in flow from the 100-year flood. This is known as the threshold approach. The next step is to assess what adaptations can be made to cope and roughly at what cost. By examining the outputs of climate models or studies, water managers can then assess the likelihood of such system critical vulnerabilities.

Climate change information can be incorporated into either top-down scenario-driven or bottom-up vulnerability assessments. In the case of water resources, these assessments might include the risks of compact calls in Colorado's river basins or the risks of large-scale drought. Integrated planning processes based on these might include mitigation planning

to assess and prepare for drought and developing for each major river basin a mechanism to deal with potential interstate compact calls.

The information in this report can be used to generate climate vulnerability assessments for Colorado water management that are consistent with the IPCC and CCSP reports. There remain uncertainties in projections of temperature, precipitation, and runoff; model formulation; emissions scenarios; and the role of natural variability.

Therefore, water managers will have to make plans based on a range of possible futures. This uncertainty suggests incorporating climate information in Integrated Resource Planning (IRP) (Cromwell et al. 2007; Yates and Miller 2006). IRP is a widely used long-term planning approach that integrates multiple facets of water management challenges, and is a strategy for keeping a wide range of options open and maintaining flexibility in the face of uncertain futures. This strategy is important given the uncertainties about climate futures. While the science continues to advance, the information will always have uncertainties, a range of possible futures, and there will still be natural variability across time scales. Lempert and Collins (2007) recommend decision pathways that are robust for a range of conditions.

## Key Unresolved Issues

The current state of the science is unable to provide sufficient information to decision makers and stakeholders on a number of crucial scientific issues regarding Colorado's water resources. Often, there are insufficient data, in time or space, to assess long-term observational trends. In other cases, research is in progress, but the results may not be as robust as needed. Four overlapping areas with unresolved issues are climate models, research specific to Colorado, drought, and reconciling hydrologic projections.



- **Modeling issues**. To produce model projections at the scale desired by decisionmakers, regional and local processes and their role in Colorado's climate must be better modeled. Precipitation projections and related phenomena are key uncertainties. Enhanced climate modeling efforts to include finer spatial resolution are needed that better represent Colorado's mountainous terrain and precipitation processes.

- **Colorado-specific research**. Further research is needed focused on the state of Colorado and its river basins, and specifically on regions where there is little or no work, such as the basins of the Arkansas, Rio Grande, and the North and South Platte Rivers.

- **Understanding the causes of drought**. Issues include runoff efficiency, effects of increased temperatures, and uncertainty in precipitation projections. The attribution of the 2000s drought is an area of ongoing research.

- **Hydrologic projections for the Colorado River**. There is a large range among projections of river flows (Section 5). A key uncertainty is how efficient future runoff will be in the Colorado as well as other basins. A study is underway to reconcile the differences among these projections, and to better resolve projections for future flows. These uncertainties arise both from climate models and hydrologic models.

## A View Toward the Future

This is a challenging time for both climate science and water management in Colorado. A warming climate will amplify Colorado's water related challenges, with potential reductions and seasonal shifts in water availability. While most water resource planning has been based on past hydrology, water users can no longer assume that future conditions will reflect the past. Although there are uncertainties regarding aspects of the science, enough information is available to support adaptation planning for risks associated with climate variability and change. Understanding of climate change in Colorado is evolving and many projects are underway to reduce these uncertainties. A continuing dialogue among climate scientists, water resources managers, planners, and policymakers will ensure that the robust scientific findings benefit society.

# References

AchutaRao, K. M., and K. R. Sperber, 2006: ENSO simulation in coupled ocean-atmosphere 5 models: Are the current models better? *Climate Dyn.*, doi:10.1007/s00382-006-0119-7.

Andreadis, K. M., and D. P. Lettenmaier, 2006: Trends in 20th century drought over the continental United States, *Geophys. Res. Lett.*, **33**, L10403, doi:10.1029/2006GL025711.

Barnett, T. P., D. W. Pierce, H. G. Hidalgo, C. Bonfils, B. D. Santer, T. Das, G. Bala, A. W. Wood, T. Nozawa, A. A. Mirin, D. R. Cayan, and M. D. Dettinger, 2008: Human-induced changes in the hydrology of the western United States. *Science*, **319**, 1080–1083.

Brekke, L. D., M. D. Dettinger, E. P. Maurer, and M. Anderson, 2008: Significance of model credibility in estimating climate projection distributions for regional hydroclimatological risk assessments. *Climatic Change*, doi:10.1007/s10584-007-9388-3.

Breshears, D., and Coauthors, 2005: Regional vegetation die-off in response to global-change type drought. *Proc. Nat. Acad. Sci.*, **102**, 15144–15148.

Bureau of Reclamation, 2008: "Appendix R—Sensitivity of Future CVP/SWP Operations to Potential Climate Change and Associated Sea Level Rise" in CVP/SWP OCAP Biological Assessment, Bureau of Reclamation, U.S. Department of the Interior. [Available online at **http://www.usbr.gov/mp/cvo/ocapBA_2008.html.**]

Bureau of Reclamation, 2007: "Appendix U—Review of Science and Methods for Incorporating Climate Change Information into Reclamation's Colorado River Basin Planning Studies" in Colorado River Interim Guidelines for Lower Basin Shortages and Coordinated Operations for Lakes Powell and Mead, Final Environmental Impact Statement, 110 pp. [Available online at **http://www.usbr.gov/lc/region/programs/strategies/FEIS/AppU.pdf.**]

Bureau of Reclamation, 2007: Colorado River Interim Guidelines for Lower Basin Shortages and Coordinated Operations for Lakes Powell and Mead, Final Environmental Impact Statement. [Available online at **http://www.usbr.gov/lc/region/programs/strategies/FEIS/index.html.**]

Capotondi, A., A. Wittenberg, and S. Masina, 2006: Spatial and temporal structure of Tropical Pacific interannual variability in 20th century coupled simulations. *Ocean Modeling*, **15**, 274–298.

Compo, G. P., and P. D. Sardeshmukh, 2008: Oceanic influences on recent continental warming. *Climate Dyn.*, **30**, doi:10.1007/s00382-008-0448-9.

CCSP, 2008: 3.1 *Climate Models: An Assessment of Strengths and Limitations. A Report by the U.S. Climate Change Science Program and the Subcommittee on Global Change Research.* Bader D. C., C. Covey, W.J. Gutowski Jr., I. M. Held, K.E. Kunkel, R.L. Miller, R. T. Tokmakian and M.H. Zhang (Authors). Department of Energy, Office of Biological and Environmental Research, Washington, DC, 124 pp.

CCSP, 2008: 3.3 *Weather and Climate Extremes in a Changing Climate. Regions of Focus: North America, Hawaiì, Caribbean, and U.S. Pacific Islands. A Report by the U.S. Climate Change Science Program and the Subcommittee on Global Change Research.* Thomas R. Kar, Gerald A. Meehl, Christopher D. Miller, Susan J. Hassol, Anne M. Waple, and William L. Murray (eds.) Department of Commerce, NOAA's National Climatic Data Center, Washington, DC, 164 pp.

CCSP, 2008: 4.3 *The effects of climate change on agriculture, land resources, water resources, and biodiversity in the United States. A Report by the U.S. Climate Change Science Program and the Subcommittee on Global Change Research.* P. Backlund, A. Janetos, D. Schimel, J. Hatfield, K. Boote, P. Fay, L. Hahn, C. Izaurralde, B. A. Kimball, T. Mader, J. Morgan, D. Ort, W. Polley, A. Thomson, D. Wolfe, M. G. Ryan, S. R. Archer, R. Birdsey, C. Dahm, L. Hearth, J. Hicke, D. Hollinger, T. Huxman, G. Okin, R. Oren, J. Randerson, W. Schlesinger, D. Lettenmaier, D. Major, L. Poff, S. Running, L. Hansen, D. Inouye, B. P. Kelly, L. Meyerson, B. Peterson, R. Shaw. U.S. Department of Agriculture, Washington, DC, 362 pp.

Christensen, N. S., A. W. Wood, N. Voisin, D. P. Lettenmaier, and R. N. Palmer, 2004: Effects of climate change on the hydrology and water resources of the Colorado River Basin. *Climatic Change*, **62**, 337–363.

Christensen, N., and D. P. Lettenmaier, 2006: A multimodel ensemble approach to assessment of climate change impacts on the hydrology and water resources of the Colorado River basin. *Hydrology and Earth System Sciences Discussion*, **3**, 1–44.

Clow, D. W., 2007: Changes in the timing of snowmelt and associated runoff in the Colorado Rocky Mountains. *Eos, Trans. Amer. Geophys. Union*, **88**, 52, Fall Meet. Suppl., Abstract GC32A-02.

Cromwell, J. E., J. B. Smith, and R. S. Raucher. 2007: Implications of Climate Change for Urban Water Utilities. Report for the Association of Metropolitan Water Agencies, Washington, D.C. [Available online at **www.amwa.net.**], 18 pp.

Di Luzio, M., G. L. Johnson, C. Daly, J. K. Eischeid, and J. G. Arnold, 2008: Constructing retrospective gridded daily precipitation and temperature datasets for the conterminous United States. *J. Appl. Meteor. Climatol.*, **47**, 475–497.

Diaz, H. F., and J. K. Eischeid, 2007: Disappearing "alpine tundra" Köppen climatic type in the western United States. *Geophys. Res. Lett.*, **34**, L18707, doi:10.1029/2007GL031253.

Fowler, H. J., S. Blenkinsop, and C. Tebaldi, 2007: Linking climate change modeling to impacts studies: Recent advances in downscaling techniques for hydrological modeling. *Int. J. Climatol.*, **27**, 1547–1578.

Freed, J. R. and F. Sussman, 2006: Converting research into action: A framework for identifying opportunities to provide practical decision support for climate change adaptation. *Water Resources Impact*, **8**, 11–14.

Gangopadhyay, S., M. Clark, and B. Rajagopalan, 2005: Statistical downscaling using K-nearest neighbors. *Water Resour. Res.*, **41**, W02024, doi:10.1029/2004WR003444.

Groisman, P. Ya., R. W. Knight, D. R. Easterling, T. R. Karl, G. C. Hegerl, and V. N. Razuvaev, 2005: Trends in intense precipitation in the climate record. *J. Climate.*, **18**, 1326–1350.

Hamlet, A. F., P. W. Mote, M. P. Clark, and D. P. Lettenmaier, 2005: Effects of temperature and precipitation variability on snowpack trends in the western United States, *J. Climate*, **18**, 4545–4561.

Henson, R., 2006: *The Rough Guide to Climate Change*. Rough Guides Limited, 320 pp.

Hoerling, M., and J. K. Eischeid, 2006: Past peak water in the southwest. *Southwest Hydrology*, **35**, 18–19.

Hurd, B. H., and J. Coonrod. 2007: Climate change and its implications for New Mexico's water resources and economic opportunities. *Prepared for the National Commission on Energy Policy*. New Mexico State University, Las Cruces, NM, 46 pp.

IPCC 2000: *Emissions Scenarios. A Special Report of Working Group III of the Intergovernmental Panel on Climate Change*. [Nakicenovic, Nebojša, Ogunlade Davidson, G. Davis, A. Grübler, T. Kram, E. Lebre La Rovere, B. Metz, T. Morita, W. Pepper, H. Pitcher, A. Sankovski, P. Shukla, R. Swart, R. Watson, Z. Dadi (eds)]. Cambridge University Press, Cambridge, UK and New York, NY, 599 pp. [Available online **http://www.grida.no/climate/ipcc/emission/index.htm.**]

IPCC 2001: *Climate Change 2001: The Scientific Basis. Contribution of Working Group I to the Third Assessment Report of the Intergovernmental Panel on Climate Change* [Houghton, J. T., Y. Ding, D. J. Griggs, M. Noguer, P. J. van der Linden, X. Dai, K. Maskell, and C.A. Johnson (eds.)]. Cambridge University Press, Cambridge, UK and New York, NY, 881 pp.

IPCC 2007: *Climate Change 2007: The Physical Science Basis. Contribution of Working Group I to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change* [Solomon, S., D. Qin, M. Manning, Z. Chen, M. Marquis, K. B. Averyt, M. Tignor and H. L. Miller (eds.)]. Cambridge University Press, Cambridge, UK and New York, NY, 996 pp.

IPCC 2007: *Climate Change 2007: Impacts, Adaptation and Vulnerability. Contribution of Working Group II to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change* [Parry, M. L., O. F. Canziani, J. P. Palutikof, P. J. van der Linden, and C. E. Hanson (eds.)]. Cambridge University Press, Cambridge, UK and New York, NY, 173–210.

IPCC 2008: Technical Paper of the Intergovernmental Panel on Climate Change on Climate Change and Water [Bates, B. C., Z. W. Kundzewicz, S. Wu, and J. P. Palutikof, (eds.)] IPCC Secretariat, Geneva, 210 pp.

Julander, R. P. and Bricco, M. 2006: An examination of external influences imbedded in the historical snow data of Utah. In: Proceedings of the Western Snow Conference 2006, pp. 61–72.

Keenlyside, N. S., M. Latif, J. Jungclaus, L. Kornblueh, and E. Roeckner, 2008: Advancing decadal-scale climate prediction in the North Atlantic sector. *Nature*, **453**, 84–88.

Knowles, N., M. D. Dettinger, and D. R. Cayan, 2006: Trends in snowfall versus rainfall in the western United States. *J. Clim.*, 4545–4559.

Kunkel, K. E., D. Easterling, K. Hubbard, and K. Redmond, 2004: Temporal variations in frost-free season in the United States: 1895–2000. *Geophys. Res. Lett.*, **31**, L03201, doi:10.1029/2003GL018624.

Lin, J., B. E. Mapes, K. M. Weickmann, G. N. Kiladis, S. D. Schubert, M. J. Suarez, J. T. Bacmeister, and M. Lees, 2008: North American monsoon and convectively coupled equatorial waves simulated by IPCC AR4 Coupled GCMs. *J. Clim.*, **21**, 2919–2937.

Maurer, E. P., 2007: Uncertainty in hydrologic impacts of climate change in the Sierra Nevada, California under two emissions scenarios. *Climatic Change*, **82**, doi:10.1007/s10584-006-9180-9.

McCabe, G. J., and D. M. Wolock, 2007: Warming may create substantial water supply shortages in the Colorado River basin. *Geophys. Res. Lett.*, **34**, L22708, doi:10.1029/2007GL031764.

Meko, D. M., C. A. Woodhouse, C. H. Baisan, T. Knight, J. J. Lukas, M. K. Hughes, and M. W. Salzer, 2007: Medieval drought in the Upper Colorado River Basin. *Geophys. Res. Lett.*, **34**, L10705, doi:10.1029/2006GL029988.

Miller K. and D. Yates, 2006: Climate Change and Water Resources: A Primer for Municipal Water Providers, National Center for Atmospheric Research (NCAR), Awwa Research Foundation Report #91120. [Available online at **http://www.awwarf.org/research/TopicsAndProjects/projectSnapshot.aspx?pn=2973.**]

Milly, P. C. D., K. A. Dunne, and A. V. Vecchia, 2005: Global pattern of trends in streamflow and water availability in a changing climate. *Nature*, 438, 347–350.

Milly, P. C. D., and A. B. Shmakin, 2002: Global modeling of land, water and energy balances. Part I: The land dynamics (LaD) model, *J. Hydrometeorology*, **3**, 283–299, doi:10.1175/1525-7541(2002)003<0283:GMOLWA>2.0.CO;2.

Mote, P. W., A. F. Hamlet, M. P. Clark, and D. P. Lettenmaier, 2005: Declining mountain snowpack in western North America. *Bull. Amer. Meteor. Soc.*, **86**, 39–49.

National Research Council, 2007: *Colorado River Basin Water Management: Evaluating and Adjusting to Hydroclimatic Variability*. National Academies Press, Washington, DC, 210 pp.

Newman, M., 2007: Interannual to decadal predictability of Tropical and North Pacific sea surface temperatures. *J. Clim.*, **20**, 2333–2356.

Oleson K. W., G.-Y. Niu, Z.-L.Yang, D. M. Lawrence, P. E. Thornton, P. J. Lawrence, R. Stöckli, R. E. Dickinson, G. B. Bonan, and S. Levis, 2008: Improvements to the community land model and their impact on the hydrological cycle. *J. Geophy. Resear.*, **113**, G01021 doi:10.1029/2007JG000563.

Pagano, T., and D. Garen, 2005: A Recent Increase in Western U.S. Streamflow Variability and Persistence. *J. Hydrometeor.*, **6**, 173–179.

Palmer, W. C., 1965: Meteorological drought. Res. Paper No. 45, Dept. of Commerce, Washington, DC, 58 pp.

Pielke, Sr., R. A., N. Doesken, and O. Bliss, 2003: Climate of Colorado. Climatography Report #60, National Climatic Data Center, Asheville, NC.

Pielke Sr., R. A., J. Nielsen-Gammon, C. Davey, J. Angel, O. Bliss, N. Doesken, M. Cai, S. Fall, D. Niyogi, K. Gallo, R. Hale, K. G. Hubbard, X. Lin, H. Li, and S. Raman, 2007: Documentation of uncertainties and biases associated with surface temperature measurement sites for climate change assessment. *Bull. Amer. Meteor. Soc.*, **88**, 913–928.

Pielke Sr., R. A., T. Stohlgren, L. Schell, W. Parton, N. Doesken, K. Redmond, J. Moeny, T. McKee, and T. G. F. Kittel, 2002: Problems in evaluating regional and local trends in temperature: An example from eastern Colorado, USA. *Int. J. Climatol.*, **22**, 421–434.

Pielke Sr., R. A., J. O. Adegoke, T. N. Chase, C. H. Marshall, T. Matsui, and D. Niyogi, 2007: A new paradigm for assessing the role of agriculture in the climate system and in climate change. *Agric. Forest Meteor.*, Special Issue, 132, 234–254. [Available online at **http://www.climatesci.org/publications/pdf/R-295.pdf.**]

Prairie, J. R., B. Rajagopalan, T. J. Fulp, and E. A. Zagona, 2006: Modified K-NN model for stochastic streamflow simulation. *J. Hydrologic Engrg.*, **11**, 371–378.

Pulwarty, R., K. Jacobs, and R. Dole, 2005: The hardest working river: Drought and critical water problems on the Colorado. *Drought and Water Crises: Science, Technology and Management*, D. Wilhite, Ed., Taylor and Francis Press, Boca Raton, FL, pp. 249–285.

Regonda, S. K., B. Rajagopalan, M. Clark, and J. Pitlick, 2005: Seasonal cycle shifts in hydroclimatology over the western United States. *J. Clim.*, **18**, 372–384.

Reichler, T., and J. Kim, 2008: How well do coupled models simulate climate? *Bull. Amer. Meteor. Soc.*, **89**, 303–311.

Ritter, B. 2007: Colorado Climate Action Plan: A Strategy to Address Global Warming. 33pp. [Available online at **http://cwcb.state.co.us/ Home/GovernorsDroughtConference/ConferenceRelatedLinks/**.]

Salathé, E. P., 2004: Methods for selecting and downscaling simulations of future global climate with application to hydrologic modeling. *Int. J. of Clim.*, **25**, 419–436.

Schubert, S. D., M. J. Suarez, P. J. Region, R. D. Koster, and J. T. Bacmeister, 2004: Causes of long term drought in the U. S. Great Plains. *Journal of Climate*, **17**, 485–503.

Seager, R., Y. Kushnir, C. Herweijer, N. Naik, and J. Velez, 2005: Modeling of tropical forcing of persistent droughts and pluvials over western North America: 1856–2000. *Journal of Climate*, **18**, 4065–4088.

Smith, D. M., S. Cusack, A. W. Colman, C. K. Folland, G. R. Harris, and J. M. Murphy, 2007: Improved surface temperature prediction for the coming decade from a global climate model. *Science*, **10**, 796–799, doi:10.1126/science.1139540.

Smith, J. and C. Wagner, 2006: Climate Change and Its Implications for the Rocky Mountain Region, *Journal of the American Water Works Association*, June.

Stewart, I. T., D. R. Cayan, and M. D. Dettinger, 2005: Changes toward earlier streamflow timing across western North America, *J. Clim.*, **18**, 1136–1155.

Tebaldi, C., K. Hayhoe, J. M. Arblaster, and G .A. Meehl, 2006: Going to the extremes. *Climatic Change*, **79**, 185–211.

Trenberth, K., 1999: Conceptual framework for changes of extremes of the hydrological cycle with climate change. *Climatic Change*, **42**, 327–339.

Udall, B., and G. Bates, 2007: Climatic and hydrologic trends in the Western U.S.: A Review of recent peer-reviewed research. Intermountain West Climate Summary, (January), 2. [Available online at **http://wwa.colorado.edu/forecasts_and_outlooks/ docs/wwa_jan_2007_feature.pdf**.]

Walter, M. T., D. S. Wilks, J.-Y. Parlange, and R. L. Schneider, 2004: Increasing evapotranspiration from the conterminous United States. *J. Hydrometeorol.*, **5**, 405–408.

Wigley, T. M. L., 2004. Input needs for downscaling of climate data. *Consultant Discussion Paper, California Energy Commission*, Sacramento, CA. 36 pp. [Available online at **http://www.energy .ca.gov/reports/2004-04-22_500-04-027.PDF**.]

Wilby, R. L., and T. M. L. Wigley, 1997: Downscaling general circulation model output: a review of methods and limitations. *Prog. Phys. Geog.*, **21**, 530–548.

Wolter, K. 2008: Global & Regional Climate Change: What Do We Know And Don't Know? USFS Meeting, April 29, 2008.

Wolter, K. E., and D. Allured, 2007: New climate divisions for monitoring and predicting climate in the U.S., *Intermountain West Climate Summary* (June). [Available online at **http://wwa.colorado.edu/ forecasts_and_outlooks/docs/WWA_Jun_2007_feature.pdf**.]

Woodhouse, C. A., and J. J. Lukas, 2006: Multi-century tree-ring reconstructions of Colorado streamflow for water resource planning. *Climatic Change*, **78**, 293–315.

Yin, J. H., 2005: A consistent poleward shift of the storm tracks in simulations of 21st century climate. *Geophys. Res. Lett.*, **32**, L18701, doi:10.1029/2005GL023684.

# Resources

Barnett, T. P., J. C. Adam, and D. P. Lettenmaier, 2005: Potential impacts of a warming climate on water availability in snowdominated regions. *Nature*, **438**, 303–309.

Barnett, T. P., R. Malone, W. Pennell, D. Stammer, B. Semtner, and W. Washington, 2004: The effects of climate change on water resources in the West: Introduction and overview. *Climatic Change*, **62**, 1–11.

Bureau of Reclamation. 2007. Colorado River Interim Guidelines for Lower Basin Shortages and Coordinated Operations for Lakes Powell and Mead, Final Environmental Impact Statement. [Available online at **http://www.usbr.gov/lc/region/programs/strategies/FEIS/index.html**]

CCSP, 2007: 1.2, Past Climate Variability and Change in the Arctic and at High Latitudes.

CCSP, In Review: 1.3 *Re-analysis of historical climate data for key atmospheric features. Implications for attribution of causes of observed change.* [Committee to Review the U.S. Climate Change Science Program's Synthesis and Assessment Product 1.3, Board on Atmospheric Sciences and Climate.] National Research Council, Washington, DC, 58 pp.

Colorado Foundation for Water Education, 2008. *Citizen's Guide to Colorado Climate Change.* ISBN 978-0-9754075-8-5. [Available online at **https://www.cfwe.org.**]

Hoerling, M., J. Eischeid, T. Xu, D. Quan, and T. Zhang, 2008: Diagnosis of cause(s) for 2007 U.S. precipitation extremes. Intermountain West Climate Summary (March), 2–3.

Saunders, S., C. Montgomery, and T. Easley. 2006 Hotter and Drier: The West's Changed Climate. Report for the The Rocky Mountain Climate Organization and the Natural Resources Defense Council. [Available online at **http://www.nrdc.org/globalWarming/west/contents.asp/**]

Langbein, W. B., 1949: Annual runoff in the United States. *U.S. Geolog. Survey Circular 52.* U.S. Department of the Interior, Washington, DC, 14pp.

Maurer E. P., A. W. Wood, J. D. Adam, D. P. Lettenmaier, and B. Nijssen, 2002: A long-term hydrologically-based data set of land surface fluxes and states for the conterminous United States. *J. Climate*, **15**, 3237–3251.

Nash, L. L., and P. H. Gleick, 1991: The sensitivity of streamflow in the Colorado Basin to climatic changes. *J. of Hydrol.*, **125**, 221–241.

Nash, L. L., and P. H. Gleick, 1993: The Colorado River Basin and climatic change: The sensitivity of streamflow and water supply to variations in temperature and precipitation. EPA230-R-93-009, U.S. Environmental Protection Agency, Washington, DC, 121 pp.

The Impact of Climate Change on New Mexico's water supply and ability to manage water resources, 2006: **http://www.nmdrought.state .nm.us/ClimateInfo.html**.

Revelle, R. R., and P. E. Waggoner, 1983: Effects of a carbon dioxide-induced climatic change on water supplies in the western United States. In: *Changing Climate.* National Academy of Sciences, National Academy Press, Washington, DC.

Seager, R., M. Ting, et al., 2007: Model projections of an imminent transition to a more arid climate in southwestern North America. *Science*, **316**, 1181–1184.

Shaake, J., 1990: From climate to flow. In: Waggoner, P. E. (ed). *Climate change and US water resources.* John Wiley, New York, pp. 177–206.

Steenburgh, J., et al., 2007. Climate Change and Utah: The Scientific Consensus. Report of the Blue Ribbon Advisory Council on Climate Change, to Governor Jon Huntsman Jr., 31 pp. [Available online at **http://www.deq.utah.gov/BRAC_Climate/**].

Stockton, C. W., and W. R. Boggess, 1979: Geohydrological implications of climate change on water resource development. Final Report. U.S. Army Coastal Engineering Research Center, 224 pp.

Udall, B., 2007: Recent research on the effects of climate change on the Colorado River. Intermountain West Climate Summary (May 2007), 2. [Available online at **http://wwa.colorado.edu/forecasts_and_outlooks/docs/may_2007_feature_2.pdf**].

Western Governors' Association. 2008. Water Needs and Strategies for a Sustainable Future: Next Steps.  48pp [Available online at **http://www.westgov.org/wga/publicat/water08.pdf**].

Wigley, T. M. L., 2004: MAGICC/SCENGEN. Boulder, Colorado, National Center for Atmospheric Research [Available online at **http://www.cgd.ucar.edu/cas/wigley/magicc/**].

Wigley, T. M. L., 2006: Appendix A: Statistical issues regarding trends. In: Temperature Trends in the Lower Atmosphere: Steps for Understanding and Reconciling Differences [Karl, T. R., S. J. Hassol, C. D. Miller, and W. L. Murray (eds.)]. Climate Change Science Program, Washington DC, pp. 129–139.

Wilhite, D. A., and R. S. Pulwarty. 2005: Drought and water crises: Lessons learned and the road ahead. *Drought and Water Crises: Science, Technology, and Management Issues.* D. A. Wilhite, Ed. CRC Press. Boca Raton, FL. 389–398.

Wolter, K. E., R. M. Dole, and C. A. Smith, 1999: Short-term climate extremes over the continental United States and ENSO. Part I: Seasonal Temperatures, *J. Climate*, **12**, 3255–3272.

Woodhouse, C. A., and J. T. Overpeck, 1998: 2000 years of drought variability in the central United States. *Bull. Amer. Meteor. Soc.*, **79**, 2693–2714.

Yates, D., S. Gangopadhyay, B. Rajagopalan, and K. A. Strzepek, 2003: A technique for generating regional climate scenarios using a nearest-neighbor algorithm. *Water Resources Research*, **39**, SWC 7-1, doi:10.1029/2002WR001769.

Watkins, A. 2006: The Impact of Climate Change on New Mexico's water supply and ability to manage water resources. New Mexico Office of the State Engineer/Interstate Stream Commission. 69pp. [Available at: **http://www.nmdrought.state.nm.us/ClimateInfo.html**]

Young, R.A. 1995. Coping with a Severe Sustained Drought on the Colorado River: Introduction and Overview.  Water Resources Bulletin, 31 (5): 775–788 [Available online at **http://www.hydrosphere.com/publications/ssd/ssd.htm**].

# Glossary

*Most of the definitions included in this glossary are quoted directly from other sources, including IPCC products and Colorado State documents. The source for each definition is noted after each definition.*

**A1B**

The A1 storyline and scenario family describes a future world of very rapid economic growth, global population that peaks in mid-century and declines thereafter, and the rapid introduction of new and more efficient technologies. Major underlying themes are convergence among regions, capacity building, and increased cultural and social interactions, with a substantial reduction in regional differences in per capita income. The A1 scenario family develops into three groups that describe alternative directions of technological change in the energy system. The three A1 groups are distinguished by their technological emphasis: fossil intensive (A1FI), non-fossil energy sources (A1T), or a balance across all sources (A1B) (where balanced is defined as not relying too heavily on one particular energy source, on the assumption that similar improvement rates apply to all energy supply and end use technologies).

*IPCC AR4 WGI SPM*

**A2**

The A2 storyline and scenario family describes a very heterogeneous world. The underlying theme is self-reliance and preservation of local identities. Fertility patterns across regions converge very slowly, which results in continuously increasing population. Economic development is primarily regionally oriented and per capita economic growth and technological change more fragmented and slower than other storylines.

*IPCC AR4 WGI SPM*

**Adaptation**

An adjustment in natural or human systems in response to actual or expected climatic stimuli or their effects, which moderates harm or exploits beneficial opportunities. Various types of adaptation can be distinguished, including anticipatory, autonomous, and planned adaptation.

*IPCC AR4 WGII*

**Aerosols**

A collection of airborne solid or liquid particles, with a typical size between 0.01 and 10 micrometer (a millionth of a meter) that reside in the atmosphere for at least several hours. Aerosols may be of either natural or anthropogenic origin. Aerosols may influence climate in several ways: directly through scattering and absorbing radiation, and indirectly through acting as cloud condensation nuclei or modifying the optical properties and lifetime of clouds.

*IPCC Technical Paper—Climate Change and Water*

**Annual mean temperature**

The average of all daily high and low temperatures.

**Anthropogenic**

Resulting from or produced by human beings.

*IPCC AR4 WGI*

**Attribution**

Climate varies continually on all time scales. Detection of climate change is the process of demonstrating that climate has changed in some defined statistical sense, without providing a reason for that change. Attribution of causes of climate change is the process of establishing the most likely causes for the detected change with some defined level of confidence.

*IPCC AR4 WGI*

**B1**

The B1 storyline and scenario family describes a convergent world with the same global population, that peaks in mid-century and declines thereafter, as in the A1 storyline, but with rapid change in economic structures toward a service and information economy, with reductions in material intensity and the introduction of clean and resource-efficient technologies. The emphasis is on global solutions to economic, social and environmental sustainability, including improved equity, but without additional climate initiatives.

*IPCC AR4 WGI SPM*

**Climate**

Climate in a narrow sense is usually defined as the average weather, or more rigorously, as the statistical description in terms of the mean and variability of relevant quantities over a period of time ranging from months to thousands or millions of years. The classical period for averaging these variables is 30 years, as defined by the World Meteorological Organization. The relevant quantities are most often surface variables such as temperature, precipitation and wind. Climate in a wider sense is the state, including a statistical description, of the climate system. For further discussion of the difference between weather and climate, see the IPCC AR4 WGI, FAQ 1.2.

*IPCC AR4 WGI*

**Climate Divisions**

The five NOAA National Climatic Data Center (NCDC) official climate divisions group Colorado climate data into regions by river basins, but these divisions are not necessarily representative of the complex regional climates in the state. A new set of climate divisions has been developed (Wolter and Allured 2007). These new divisions are based on groups of observing stations that vary in a similar manner for year to year, and are thought to reflect similar regional climate processes.

**Climate variability**

Climate variability refers to variations in the mean state and other statistics (such as standard deviations, statistics of extremes, etc.) of the climate on all temporal and spatial scales beyond that of individual weather events. Variability may be due to natural internal processes within the climate system (internal variability), or to variations in natural or anthropogenic external forcing (external variability). See also climate change.

## Cryosphere

The component of the climate system consisting of all snow, ice and frozen ground (including permafrost) on and beneath the surface of the Earth and ocean.

*IPCC AR4 WGI*

## Downscaling

Downscaling is a method that derives local- to regional-scale (10 to 100 km) information from larger-scale models or data analyses. Two main methods are distinguished: dynamical downscaling and empirical/statistical downscaling. The dynamical method uses the output of regional climate models, global models with variable spatial resolution or high-resolution global models. The empirical/statistical methods develop statistical relationships that link the large-scale atmospheric variables with local/regional climate variables. In all cases, the quality of the downscaled product depends on the quality of the driving model.

*IPCC AR4 WGI*

## Drought

Drought can be defined in a number of ways. In general terms, drought is a 'prolonged absence or marked deficiency of precipitation', a 'deficiency that results in water shortage for some activity or for some group', or a 'period of abnormally dry weather sufficiently prolonged for the lack of precipitation to cause a serious hydrological imbalance'. Agricultural drought relates to moisture deficits in the topmost 1 meter or so of soil (the root zone) that affect crops, meteorological drought is mainly a prolonged deficit of precipitation, and hydrologic drought is related to below-normal streamflow, lake, and groundwater levels. A megadrought is a long-drawn out and pervasive drought, lasting much longer than normal, usually a decade or more.

*IPCC AR4 WGI*

## El Niño Southern Oscillation (ENSO)

The term El Niño was initially used to describe a warm-water current that periodically flows along the coast of Ecuador and Perú, disrupting the local fishery. It has since become identified with a basin-wide warming of the tropical Pacific Ocean east of the dateline. This oceanic event is associated with a fluctuation of a global-scale tropical and subtropical surface pressure pattern called the Southern Oscillation. This coupled atmosphere-ocean phenomenon, with preferred time scales of two to about seven years, is collectively known as the El Niño-Southern Oscillation (ENSO). It is often measured by the surface pressure anomaly difference between Darwin and Tahiti and the sea surface temperatures in the central and eastern equatorial Pacific. During an ENSO event, the prevailing trade winds weaken, reducing upwelling and altering ocean currents such that the sea surface temperatures warm, further weakening the trade winds. This event has a great impact on the wind, sea surface temperature and precipitation patterns in the tropical Pacific. It has climatic effects throughout the Pacific region and in many other parts of the world, through global teleconnections. The cold phase of ENSO is called La Niña.

*IPCC AR4 WGI*

## Emissions scenarios

A plausible representation of the future development of emissions of substances that are potentially radiatively active (e.g., greenhouse gases, aerosols), based on a coherent and internally consistent set of assumptions about driving forces (such as demographic and socioeconomic development, technological change) and their key relationships. Concentration scenarios, derived from emission scenarios, are used as input to a climate model to compute climate projections. In IPCC (1992) a set of emission scenarios was presented which were used as a basis for the climate projections in IPCC (1996). These emission scenarios are referred to as the IS92 scenarios. In the IPCC Special Report on Emission Scenarios new emission scenarios, the so-called SRES scenarios, were published, some of which were used, among others, as a basis for the climate projections presented in Chapters 9 to 11 of IPCC (2001) and Chapters 10 and 11 of this report. For the meaning of some terms related to these scenarios, see SRES scenarios.

*IPCC AR4 WGI*

## Evapotranspiration

The combined process of evaporation from the Earth's surface and transpiration from vegetation.

*IPCC AR4 WGI*

## Extreme

An extreme weather event is an event that is rare at a particular place and time of year. Definitions of rare vary, but an extreme weather event would normally be as rare as or rarer than the 10th or 90th percentile of the observed probability density function. By definition, the characteristics of what is called extreme weather may vary from place to place in an absolute sense. Single extreme events cannot be simply and directly attributed to anthropogenic climate change, as there is always a finite chance the event in question might have occurred naturally. When a pattern of extreme weather persists for some time, such as a season, it may be classed as an extreme climate event, especially if it yields an average or total that is itself extreme (e.g., drought or heavy rainfall over a season).

*IPCC AR4 WGI*

## Forcing

The climate system can be driven, or "forced" by factors within and external to the system. Processes within the system include those related to the atmosphere, the cryosphere, the hydrosphere, the land surface, and the biosphyere. Volcanic eruptions, solar variations and anthropogenic changes in the composition of the atmosphere and land use change are external forcings.

*IPCC AR4 WGI*

## General Circulation Models

**Climate model:** (spectrum or hierarchy) A numerical representation of the climate system based on the physical, chemical and biological properties of its components, their interactions and feedback processes, and accounting for all or some of its known properties. The climate system can be represented by models of varying complexity, that is, for any one component or combination of components a spectrum or hierarchy of models can be identified, differing in such aspects as the number of spatial dimensions, the extent to which physical, chemical or biological processes are explicitly represented, or the level at which empirical parameterizations are involved.

**Coupled Atmosphere-Ocean General Circulation Models:** (AOGCMs) provide a representation of the climate system that is near the most comprehensive end of the spectrum currently available. There is evolution towards more complex models with interactive chemistry and biology (see Chapter 8). Climate models are applied as a research tool to study and simulate the climate, and for operational purposes, including monthly, seasonal and interannual climate predictions.

*IPCC AR4 WGI*

**Greenhouse effect**

Greenhouse gases effectively absorb thermal infrared radiation, emitted by the Earth's surface, by the atmosphere itself due to the same gases, and by clouds. Atmospheric radiation is emitted to all sides, including downward to the Earth's surface. Thus, greenhouse gases trap heat within the surface-troposphere system. This is called the greenhouse effect. Thermal infrared radiation in the troposphere is strongly coupled to the temperature of the atmosphere at the altitude at which it is emitted. In the troposphere, the temperature generally decreases with height. Effectively, infrared radiation emitted to space originates from an altitude with a temperature of, on average, −19°C, in balance with the net incoming solar radiation, whereas the Earth's surface is kept at a much higher temperature of, on average, +14°C. An increase in the concentration of greenhouse gases leads to an increased infrared opacity of the atmosphere, and therefore to an effective radiation into space from a higher altitude at a lower temperature. This causes a radiative forcing that leads to an enhancement of the greenhouse effect, the so-called enhanced greenhouse effect.

*IPCC AR4 WGI*

**Greenhouse gas**

Greenhouse gases are those gaseous constituents of the atmosphere, both natural and anthropogenic, that absorb and emit radiation at specific wavelengths within the spectrum of thermal infrared radiation emitted by the Earth's surface, the atmosphere itself, and by clouds. This property causes the greenhouse effect. Water vapor ($H_2O$), carbon dioxide ($CO_2$), nitrous oxide ($N_2O$), methane ($CH_4$), and ozone ($O_3$) are the primary greenhouse gases in the Earth's atmosphere. Moreover, there are a number of entirely human-made greenhouse gases in the atmosphere, such as the halocarbons and other chlorine- and bromine-containing substances, dealt with under the Montreal Protocol. In addition to $CO_2$, $N_2O$ and $CH_4$, the Kyoto Protocol deals with the greenhouse gases sulphur hexafluoride ($SF_6$), hydrofluorocarbons (HFCs), and perfluorocarbons (PFCs).

*IPCC AR4 WGI*

**Hydroclimatic variables**

Physical parameters relevant to both hydrology and climate, including temperatures, precipitation, and snowpack.

**Hydrologic drought**

Hydrologic drought is related to below-normal streamflow, lake, and groundwater levels.

*IPCC Technical Paper—Climate Change and Water*

**Interstate Compacts**

Interstate waters are allocated under agreements between two or more states that govern specific interactions among those states, and require consent by the United States Congress. These compacts are intended to allow each state to exercise its own water law and to use its allocated water within its boundaries whenever it might choose.

**IPCC**

The Intergovernmental Panel on Climate Change (IPCC) established by World Meteorological Organization (WMO) and United Nations Environmental Programme (UNEP) provides an assessment of the state of knowledge on climate change based on peer-reviewed and published scientific/technical literature in regular time intervals.

*Bureau of Reclamation*
*Climate Technical Work Group—Appendix U*

**IPCC Fourth Assessment Report**

The Fourth Assessment Report "Climate Change 2007", also referred to as AR4 is a series of reports by the IPCC and provides an assessment of the current state of knowledge on climate change including the scientific aspects of climate change, impacts and vulnerabilities of human, natural, and managed systems, and adaptation and mitigation strategies.

*Bureau of Reclamation*
*Climate Technical Work Group—Appendix U*

**Likelihood**

The likelihood of an occurrence, an outcome or a result, where this can be estimated probabilistically.

*IPCC Technical Paper—Climate Change and Water*

**Model bias**

Known systematic error of a climate model; biases can be assessed by comparing the temperature and precipitation (and other variables) at the model grid with a gridded observational dataset over a given period.

**Model grid**

Spatial scale represented in a climate model.

**North American monsoon**

The North American monsoon (NA monsoon), variously known as the southwest United States monsoon, the Mexican monsoon, or the Arizona monsoon, is experienced as a pronounced increase in rainfall from an extremely dry June to a rainy July over large areas of the southwestern United States and northwestern Mexico. These summer rains typically last until mid-September when a drier regime is re-established over the region. Geographically, the NA monsoon precipitation region is centered over the Sierra Madre Occidental in the Mexican states of Sinaloa, Durango, Sonora, and Chihuahua. The regime extends northward into the Arizona, New Mexico, and Colorado. Typically, the NA Monsoon region is defined by sites that receive at least 50% of its annual precipitation in July, August, and September.

*Bureau of Reclamation*
*Climate Technical Work Group—Appendix U*

**Pacific Decadal Oscillation**

The Pacific Decadal Oscillation (PDO) is a pattern of ocean variability in the North Pacific that is similar to ENSO in some respects, but has a much longer cycle (20–50 year). Specifically, it is defined as the standardized difference between sea surface temperatures (SSTs) in the north-central Pacific and Gulf of Alaska.

*Bureau of Reclamation*
*Climate Technical Work Group—Appendix U*

**Paleoclimate**

Climate during periods prior to the development of measuring instruments, including historic and geologic time, for which only proxy climate records are available.

*IPCC AR4 WGI*

**Palmer Drought Severity Index**

An index formulated by Palmer (1965) that compares the actual amount of precipitation received in an area during a specified period with the normal or average amount expected during that same period. The PDSI is based on a procedure of hydrologic or water balance account by which excesses or deficiencies in moisture are determined in relation to average climatic values. Values taken into account in the calculation of the index include precipitation, potential and actual evapotranspiration, infiltration of water into a given soil zone, and runoff. This index builds on Thornthwaite's (1931; 1948) work; adding 1.) soil depth zones to better represent

regional change in soil water-holding capacity; and 2.) movement between soil zones and, hence, plant moisture stress, that is, too wet or too dry.

*Bureau of Reclamation*
*Climate Technical Work Group—Appendix U*

**Prior Appropriations System**

A simplified way to explain this system is often referred to as "first in time, first in right." An appropriation is made when an individual physically takes water from a stream (or underground aquifer) and places that water to some type of beneficial use. The first person to appropriate water and apply that water to use has the first right to use that water within a particular stream system. This person (after receiving a court decree verifying their priority status) then becomes the senior water right holder on the stream, and that water right must be satisfied before any other water rights can be fulfilled.

**(http://water.state.co.us/wateradmin/prior.asp)**
**Colorado Division of Water Resources**

**PRISM**

Parameter-elevation Regressions on Independent Slopes Model.

**Projection**

A projection of the response of the climate system to emission or concentration scenarios of greenhouse gases and aerosols, or radiative forcing scenarios, often based upon simulations by climate models. Climate projections are distinguished from climate predictions in order to emphasize that climate projections depend upon the emission/concentration/radiative forcing scenario used, which are based on assumptions concerning, for example, future socioeconomic and technological developments that may or may not be realized and are therefore subject to substantial uncertainty.

*Bureau of Reclamation*
*Climate Technical Work Group—Appendix U*

**Regional climate models**

These models typically input the global model grids surrounding their geographical domain and then simulate wind, temperature, clouds, evapotranspiration, and other variables on a much finer grid.

**SNOTEL**

Abbreviation for SNOwpack TELemetry. A west-wide system for obtaining snow water equivalent, precipitation, air temperature, and other hydrologic measurements from remote data sites via radio transmission.

*Bureau of Reclamation*
*Climate Technical Work Group—Appendix U*

**Snow water equivalent (SWE)**

The amount of water contained within the snowpack. It can be thought of as the depth of water that would theoretically result if you melted the entire snowpack instantaneously.

*Bureau of Reclamation*
*Climate Technical Work Group—Appendix U*

**Streamflow**

Water flow within a river channel, for example expressed in m3/s. Also a synonym for river discharge.

*IPCC Technical Paper—Climate Change and Water*

**Time series analysis**

Time series analysis, including trend analysis, uses statistical methods to analyze records from a period of time.

**Urban heat island effect**

Urban heat island (UHI) The relative warmth of a city compared with surrounding rural areas, associated with changes in runoff, the concrete jungle effects on heat retention, changes in surface albedo, changes in pollution and aerosols, and so on.

*IPCC AR4 WGI*

**Variability**

Climate variability refers to variations in the mean state and other statistics (such as standard deviations, the occurrence of extremes, etc.) of the climate on all spatial and temporal scales beyond that of individual weather events. Variability may be due to natural internal processes within the climate system (internal variability), or to variations in natural or anthropogenic or external forcing (external variability).

*Bureau of Reclamation*
*Climate Technical Work Group—Appendix U*

**Water Year**

The 12-month period, October 1 through September 30. The water year is designated by the calendar year in which it ends and which includes 9 of the 12 months. Thus, the year ending September 30, 1992, is called the "1992 water year."

*USGS, http://il.water.usgs.gov/glossary.html*

# Acronym List

| | |
|---|---|
| AOGCM | Atmospheric-Oceanic General Circulation Models |
| AR4 | Fourth Assessment Report of the IPCC |
| CCAP | Colorado Climate Action Plan |
| CCSM3 | Community Climate System Model |
| CCSP | US Climate Chance Science Program |
| CMIP3 | Coupled Model Intercomparison Program |
| COOP | National Weather Service Cooperative Observer Network |
| CT | Streamflow Central Tendency |
| ENSO | El Niño Southern Oscillation |
| FRCVG | Front Range Climate Vulnerability Group |
| GCM | General Circulation Models |
| GHG | Greenhouse Gas |
| HADCM3 | Hadley Centre Coupled Model Version 3 |
| IPCC | Intergovernmental Panel on Climate Change |
| MM5 | Mesoscale Model |
| NARCCAP | North American Regional Climate Change Assessment Project |
| NCAR | National Center for Atmospheric Research |
| NCDC | National Climatic Data Center |
| NOAA | National Oceanic and Atmospheric Administration |
| NRCS | Natural Resource Conservation Service |
| NWS | National Weather Service |
| OGCM | Oceanic General Circulation Models |
| PCM | Parallel Climate Model |
| PDSI | Palmer Drought Severity Index |
| PRISM | Parameter-elevation Regressions on Independent Slopes Model |
| RCM | Regional Climate Models |
| SAP | Synthesis and Assessment Product (of the CCSP) |
| SDSM | Statistical Downscaling Model |
| SNOTEL | Snowpack Telemetry |
| SNTHERM | Snow Thermal Model |
| SRES | Special Report on Emissions Scenarios |
| SWE | Snow Water Equivalent |
| SWE/P | Snow Water Equivalent Normalized by Precipitation |
| TAR | Third Assessment Report of the IPCC |
| WGI | Working Group I of the IPCC |
| WWA | Western Water Assessment |



## The people who contributed to this effort are:

Michael Alexander, *National Oceanic and Atmospheric Administration*

David Allured, *Cooperative Institute for Research in Environmental Sciences*

Ray Alvarado, *Colorado Water Conservation Board*

Chris Anderson, *Cooperative Institute for Research in the Atmosphere*

Kristen Averyt, *CU-NOAA Western Water Assessment*

Michael Barnes, *National Oceanic and Atmospheric Administration*

Jill Barron, *United States Geological Survey*

Joseph J. Barsugli, *University of Colorado at Boulder*

Linda Besen, *University of Colorado at Boulder*

Ginny Brannon, *Colorado Department of Public Health and Environment*

Levi Brekke, *Bureau of Reclamation*

Rit Carbone, *National Center for Atmospheric Research*

Pauline Christensen, *University of Colorado at Boulder*

David Clow, *United States Geological Survey*

Veva Deheza, *Colorado Water Conservation Board*

Henry Diaz, *Cooperative Institute for Research in Environmental Sciences*

Ava Dinges, *National Oceanic and Atmospheric Administration*

Nolan Doesken, *Colorado State Climatologist, Colorado State University*

Thomas Easley, *Rocky Mountain Climate Organization*

Jon Eischeid, *Cooperative Institute for Research in Environmental Sciences*

David Gochis, *National Center for Atmospheric Research*

Brett Gracely, *Colorado Springs Utilities*

Galina Guentchev, *Cooperative Institute for Research in Environmental Sciences*

Benjamin Harding, *Hydrosphere/AMEC*

Martin Hoerling, *National Oceanic and Atmospheric Administration*

Katy Human, *Cooperative Institute for Research in Environmental Sciences*

Taryn Hutchins-Cabibi, *Western Resource Advocates*

Laurna Kaatz, *Denver Water Authority*

Douglas Kenney, *University of Colorado at Boulder*

Dennis Lettenmaier, *University of Washington*

Jessica Lowrey, *CU-NOAA Western Water Assessment*

Jeff Lukas, *Institute of Arctic and Alpine Research*

Julie Malmberg, *CU-NOAA Western Water Assessment*

Jenifer Martin, *CU-NOAA Western Water Assessment*

Dan McAuliffe, *Colorado Water Conservation Board*

Gordon McCurry, *CDM, Inc.*

Linda Mearns, *National Center for Atmospheric Research*

Kathy Miller, *National Center for Atmospheric Research*

Denise Munn, *University of Colorado at Boulder*

Roger Pielke, Sr., *Cooperative Institute for Research in Environmental Sciences*

Balaji Rajagopalan, *University of Colorado at Boulder*

Roy Rasmussen, *National Center for Atmospheric Research*

Andrea J. Ray, *National Oceanic and Atmospheric Administration*

Stephen Saunders, *Rocky Mountain Climate Organization*

Joel Smith, *Stratus Consulting*

Bradley Udall, *CU-NOAA Western Water Assessment*

Robert S. Webb, *National Oceanic and Atmospheric Administration*

Robert Wilby, *Lancaster University*

Mark Williams, *University of Colorado at Boulder*

Karl Wunderlich, *Bureau of Reclamation*

Klaus Wolter, *Cooperative Institute for Research in Environmental Sciences*

David Yates, *National Center for Atmospheric Research*



