IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:20-cv-2484-MSK

CITIZENS FOR A HEALTHY COMMUNITY, *et al.*,

      Petitioners,

v.

UNITED STATES BUREAU OF LAND MANAGEMENT, *et al.*,

      Federal Respondents.

---

**FEDERAL RESPONDENTS' MOTION FOR RELIEF**

---

      Federal Respondents United States Bureau of Land Management ("BLM") *et al.*, hereby seek relief from filing three files from BLM's Administrative Record on the docket. Pursuant to the approved Joint Case Management Plan (ECF 20), on April 9, 2021, Federal Respondents lodged with the Court a flash drive containing BLM's Administrative Record for the above-captioned case (ECF 23). Court staff subsequently directed Respondents to file the Administrative Record electronically via CM/ECF. Respondents have filed the entirety of the Administrative Record on the docket (ECF 24-96) with the exception of three files – those bates-stamped BLM_0037351, BLM_0073410, and BLM_0078119. These three files are database files that are not intended to be imaged and are not easily convertible to PDF in such a way that their utility is maintained. And, if converted to an imaged format such as a PDF (as necessary for filing on the Court's docket), they would either not be recognizable from their

1

original format or only part of the original content would be conveyed. Thus, Federal Respondents move this Court to accept those three files in their conventional format only, as included on the flash drive previously lodged with the Court, rather than requiring the upload of these three files on the Court's docket.

The undersigned has conferred with counsel for Petitioners who do not oppose the relief sought in this motion.

Respectfully submitted this 11th day of May, 2021.

> JEAN E. WILLIAMS
> Acting Assistant Attorney General
> Environment & Natural Resources Division
>
> */s/ Caitlin Cipicchio*
> Caitlin Cipicchio
> Trial Attorney
> United States Department of Justice
> Environment & Natural Resources Division
> Natural Resources Section
> 4 Constitution Square
> 150 M St. NE
> Washington, DC 2002
> (202) 305-0503
> Email: caitlin.cipicchio@usdoj.gov
>
> *Attorneys for Federal Respondents*