IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-2484

CITIZENS FOR A HEALTHY COMMUNITY, *et al.*,

      Petitioners,

v.

UNITED STATES BUREAU OF LAND MANAGEMENT, *et al.*,

      Federal Respondents.

**JOINT MOTION FOR EXTENSION OF TIME**

Pursuant to Fed. R. Civ. P. 6(b)(1)(A), the Parties hereby seek an extension of time to confer regarding the contents of Federal Respondents' Administrative Record, and of subsequent briefing deadlines set forth in the Joint Case Management Plan adopted by this Court (Doc. 20). The Joint Case Management Plan set May 21, 2021 as the deadline for filing an amendment to the Administrative Record and for any motions to complete or supplement the Administrative Record. (Doc. 20 at 6). The Parties respectfully request the Court extend this deadline by three weeks, to June 11, 2021, and likewise extend all subsequent deadlines in the Joint Case Management Plan.

Good cause exists for the Parties' requested extension. In accordance with the Joint Case Management Plan, Federal Respondents lodged the Administrative Record on April 9, 2021, and Petitioners notified Federal Respondents on April 30, 2021, of documents Petitioners believe

should be included in the Administrative Record. The parties have worked diligently to resolve their dispute as to the contents of the Administrative Record, but need additional time to determine whether resolution is possible. Once the Parties complete this conferral process, Federal Respondents will require time to lodge an Amended Administrative Record, or if the Parties are not able to agree, Petitioners will require time to prepare a motion to complete or supplement the record. In light of the proximity of the amended Administrative Record Deadline to the current deadline for Petitioners' opening brief, the Parties respectfully request a commensurate extension of all deadlines in the Joint Case Management Plan. The Parties' proposed revised briefing schedule is as follows:

    A. **Deadline for Filing any Amended Administrative Record:**

If the parties are able to informally resolve any disputes regarding the Administrative Record, Federal Respondents will lodge an amended version of the Administrative Record (if necessary) with the Court on or before June 11, 2021.

    B. **Deadline for Filing Motions to Complete and/or Supplement the Administrative Record:**

If the parties are not able to resolve disputes involving the administrative record, the deadline for filing any motions to complete or supplement the Administrative Record will be June 11, 2021. The Response and Reply deadlines for any such motions will be governed by D.C.COLO.L.Civ.R.7.1(C). The filing of a motion to complete or supplement the Administrative Record will stay the merits briefing schedule set forth below until resolution of that motion, at which time the parties would propose a new merits briefing schedule.

    C. **Petitioners' Opening Brief Due:**

If no motions over the completeness of the Administrative Record are filed, then the deadline for filing Petitioners' Opening Brief shall be July 16, 2021.

D.  **Federal Respondents' Response Brief Due:**

If no motions over the completeness of the Administrative Record are filed, then the deadline for Federal Respondents' Response Brief shall be August 23, 2021.

E.  **Petitioners' Reply Brief (If Any) Due:**

If no motions over completeness of the Administrative Record are filed, Petitioners' Reply Brief shall be filed by September 29, 2021.

RESPECTFULLY SUBMITTED this 18th day of May, 2021.

/s/ Melissa Hornbein
Melissa A. Hornbein
WESTERN ENVIRONMENTAL LAW CENTER
103 Reeder's Alley
Helena, MT
(p) 406.708.3058
hornbein@westernlaw.org

Kyle J. Tisdel (CO Bar No. 42098)
WESTERN ENVIRONMENTAL LAW CENTER
208 Paseo del Pueblo Sur, Suite 602
Taos, New Mexico 87571
(p) 575.613.8050
tisdel@westernlaw.org

*Counsel for Petitioners*

Diana Dascalu-Joffe (CO Bar No. 50444)
CENTER FOR BIOLOGICAL DIVERSITY
1536 Wynkoop St., Ste. 421
Denver, CO 80202
(p) 720.925.2521
ddascalujoffe@biologicaldiversity.org

*Counsel for Petitioner Center for Biological Diversity*

Nathaniel Shoaff (CA Bar No. 256641)
SIERRA CLUB
2101 Webster Street, Suite 1300
Oakland, CA 94612
(p) 415.977.5610
nathaniel.shoaff@sierraclub.org

*Counsel for Petitioner Sierra Club*

Jean E. Williams
Acting Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Div.

/s/ Caitlin Cipicchio
Caitlin Cipicchio
Trial Attorney, Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044
202-305-0503
202-305-0506 (fax)
caitlin.cipicchio@usdoj.gov

*Counsel for Federal Respondents*