IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:20-cv-2484-MSK

CITIZENS FOR A HEALTHY COMMUNITY, *et al.*,

    Petitioners,

v.

UNITED STATES BUREAU OF LAND MANAGEMENT, *et al.*,

    Federal Respondents.

## FEDERAL RESPONDENTS' NOTICE OF FILING PORTIONS OF BLM'S ADMINISTRATIVE RECORD

Pursuant to this Court's May 20, 2021 Order (ECF No. 98), Federal Respondents United States Bureau of Land Management ("BLM") *et al.* hereby provide notice of filing three database files previously submitted only in their conventional format as part of BLM's Administrative Record. These database files (BLM_0037351, BLM_0073410, and BLM_0078119) had to be modified in order to create a PDF suitable for filing via CM/ECF and thus do not constitute true and correct copies of the original files included with BLM's Administrative Record, as lodged with the Court via flash drive a on April 9, 2021.

Respondents previously served Petitioners with copies of the Administrative Record via electronic file transfer on April 9, 2021.

Respectfully submitted this 27th day of May, 2021.

JEAN E. WILLIAMS

1

Acting Assistant Attorney General
Environment & Natural Resources Division

*/s/ Caitlin Cipicchio*
Caitlin Cipicchio
Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
4 Constitution Square
150 M St. NE
Washington, DC 2002
(202) 305-0503
Email: caitlin.cipicchio@usdoj.gov

*Attorneys for Federal Respondents*