

 **UFO RMP Cooperating Agencies**

Thursday, May 20, 2021
4:13:31 PM

| Agency | MOU Signator | Agency Rep | Phone | Email | Address | City | Zip | Fax |
|---|---|---|---|---|---|---|---|---|
| Bureau of Reclamation, Western Colorado Area Office | Carol DeAngelis, Area Manager | Alan Schroeder, Natural Resource Specialist | 970-248-0690 | ASchroeder@USBR.GOV | 2764 Compass Drive | Grand Junction | 81506 | 970-248-0601 |
| City of Montrose | Mary Watt, City Manager | Kerwin Jensen, Community Development | 970-240-1407 x478 | kjensen@ci.montrose.co.us | PO Box 790 | Montrose | 81402 | 970-240-1499 |
| Colorado Department of Natural Resources, Southwest Region | Mike King, Deputy Director | Renzo DelPiccolo, Area Wildlife Manager | 970-252-6000 | renzo.delpiccolo@state.co.us | 2300 South Townsend Ave | Montrose | 81401 | |
| Colorado River Water Conservation District | Dan Birch, Deputy General Manager | Dave Kanzer, Senior Water Resources Engineer | 970-945-8522 | kanzer@crwcd.org | PO Box 1120 | Glenwood Springs | 81602 | 970-945-8799 |
| Delta County | Lela J. McCracken, Board Chair | Susan Hansen, County Administrator | 970-874-2102 | shansen@deltacounty.com | 501 Palmer St, #227 | Delta | 81416 | 970-874-2114 ATTN: Susan |
| Gunnison County | Matthew Birnie, County Manager | Mike Pelletier, Long Range Planner | 970-641-0248 | mbirnie@gunnisoncounty.org | 200 E. Virginia | Gunnison | 81230 | |
| Montrose County | Jesse Smith, County Manager | Steve White, Director of Planning | 970-252-4510 | swhite@montrosecounty.net; bwilson@montrosecounty.net | 161 S. Townsend | Montrose | 81401 | 970-249-7761 |
| Ouray County, Board of Commissioners | Heidi Albritton, Board Chair | Lynn Padgett, County Commissioner | 970-325-7320 | lpadgett@ouraycountyco.gov; lynn@mtngeogeek.com | PO Box C | Ouray | 81427 | 970-325-0452 |
| San Miguel County BOCC | Elaine Fischer, Board Chair | Dave Schneck, County Administrator | 970-728-0447 | daves@sanmiguelcounty.org | PO Box 1170 | Telluride | 81435 | 970-728-3718 |
| Town of Cedaredge | Anthony Sluski, Mayor | Patricia Means | 970-856-5001 | pat@cedaredgecolorado.com | PO Box 398 | Cedaredge | 81413 | 970-856-7292 |
| Town of Hotchkiss | Larry Jakubiak, Mayor | George Brauneis, Trustee | 970-872-3663 | MSe1047096@aol.com | PO Box 369 | Hotchkiss | 81419 | 970-872-4328 |

| Agency | MOU Signator | Agency Rep | Phone | Email | Address | City | Zip | Fax |
|---|---|---|---|---|---|---|---|---|
| Town of Mountain Village | Greg Sparks, Town Manager | Greg Sparks, Town Manager | 970-369-6404 | gsparks@mtnvillage.org | 455 Mountain Village Blvd, Suite A | Mountain Village | 81435 | |
| Town of Norwood | Kerry Welch, Mayor | Joe Reagan | 970-327-4873; 327-4288 Patti | mjreagan@fone.net; norwoodparker@centurytel.net | PO Box 528 | Norwood | 81423 | 970-327-0451 |
| Town of Nucla | Dawna Morris, Mayor | William Long, Trustee | 970-497-2707 | segfahlt@gmail.com | PO Box 486, 554 Main Street | Nucla | 81424 | |
| Town of Olathe | Donald E. Perkins, Mayor | Scott Harold, Town Administrator | 970-323-5601 | sharold@ci.olathe.co.us | PO Box 789 | Olathe | 81425 | 970-323-5149 |
| Town of Orchard City | Don Suppes, Mayor | David Varley, Town Administrator | 970-835-3403 | davidvarley@kaycee.net | 9661 2100 Rd | Austin | 81410 | 970-835-3330 |
| Town of Paonia | Neal Schwieterman, Mayor | Barbara Peterson, Town Clerk | 970-527-4101 | townofpaonia@tds.net | PO Box 460 | Paonia | 81428 | 970-527-4102 |
| Town of Ridgway | Greg Clifton, Town Manager | Jennifer Coats, Town Planner | 970-626-5308 | jcoates@town.ridgway.co.us | PO Box 10 | Ridgway | 81432 | |
| U.S. Fish and Wildlife Service, Western Colorado Ecological Services Field Office | Allan R. Pfister, Western Colorado Project Leader | Collin Ewing, Fish and Wildlife Biologist | 970-243-2778 x18 | Collin_Ewing@fws.gov | 764 Horizon Drive South Annex A - Bldg. B | Grand Junction | 81506-3946 | |
| U.S. Forest Service, Grand Mesa, Uncompahgre and Gunnison NF | Tammy Randall Parker; Levi Broyles, District Rangers | Tamera K. Randall-Parker, Ouray District Ranger; Levi Broyles, Paonia District Ranger | 970-240-5415; 970-527-4131 | tkrandallparker@fs.fed.us; lbroyles@fs.fed.us | 2250 Highway 50 | Delta | 81416 | 970-240-5367; 970-527-4151 |

| ID | Agency | MOU Signator | Agency Rep | Phone | Address | City | State | Zip Code | Email |
|---|---|---|---|---|---|---|---|---|---|
| 36 | Bureau of Reclamation, Wester | Carol DeAngelis, Area Manager | Alan Schroeder, Natural Resource S | 970-248-0690 | 2764 Compass Drive | Grand Junction | CO | 81506 | ASchroeder@U |
| 2 | City of Montrose | Mary Watt, City Manager | Kerwin Jensen, Community Develop | 970-240-1407 | PO Box 790 | Montrose | CO | 81402 | kjensen@ci.mo |
| 55 | Colorado Department of Natura | Mike King, Deputy Director | Renzo DelPiccolo, Area Wildlife Man | 970-252-6000 | 2300 South Townsend Ave | Montrose | CO | 81401 | renzo.delpiccol |
| 57 | Colorado River Water Conservat | Dan Birch, Deputy General Manag | Dave Kanzer, Senior Water Resourc | 970-945-8522 | PO Box 1120 | Glenwood Spri | CO | 81602 | kanzer@crwcd. |
| 16 | Delta County | Lela J. McCracken, Board Chair | Susan Hansen, County Administrato | 970-874-2102 | 501 Palmer St, #227 | Delta | CO | 81416 | shansen@delta |
| 17 | Gunnison County | Matthew Birnie, County Manager | Mike Pelletier, Long Range Planner | 970-641-0248 | 200 E. Virginia | Gunnison | CO | 81230 | mbirnie@gunni |
| 34 | Montrose County | Jesse Smith, County Manager | Steve White, Director of Planning | 970-252-4510 | 161 S. Townsend | Montrose | CO | 81401 | swhite@montr |
| 21 | Ouray County, Board of Commis | Heidi Albritton, Board Chair | Lynn Padgett, County Commissioner | 970-325-7320 | PO Box C | Ouray | CO | 81427 | lpadgett@oura |
| 35 | San Miguel County BOCC | Elaine Fischer, Board Chair | Dave Schneck, County Administrato | 970-728-0447 | PO Box 1170 | Telluride | CO | 81435 | daves@sanmig |
| 4 | Town of Cedaredge | Anthony Sluski, Mayor | Patricia Means | 970-856-5001 | PO Box 398 | Cedaredge | CO | 81413 | pat@cedaredg |
| 6 | Town of Hotchkiss | Larry Jakubiak, Mayor | George Brauneis, Trustee | 970-872-3663 | PO Box 369 | Hotchkiss | CO | 81419 | MSe1047096@ |
| 7 | Town of Mountain Village | Greg Sparks, Town Manager | Greg Sparks, Town Manager | 970-369-6404 | 455 Mountain Village Blvd, | Mountain Villa | CO | 81435 | gsparks@mtnvi |
| 9 | Town of Norwood | Kerry Welch, Mayor | Joe Reagan | 970-327-4873; | PO Box 528 | Norwood | CO | 81423 | mjreagan@fon |
| 56 | Town of Nucla | Dawna Morris, Mayor | William Long, Trustee | 970-497-2707 | PO Box 486, 554 Main Stre | Nucla | CO | 81424 | segfahlt@gmail |
| 11 | Town of Olathe | Donald E. Perkins, Mayor | Scott Harold, Town Administrator | 970-323-5601 | PO Box 789 | Olathe | CO | 81425 | sharold@ci.olat |
| 12 | Town of Orchard City | Don Suppes, Mayor | David Varley, Town Administrator | 970-835-3403 | 9661 2100 Rd | Austin | CO | 81410 | davidvarley@k |
| 13 | Town of Paonia | Neal Schwieterman, Mayor | Barbara Peterson, Town Clerk | 970-527-4101 | PO Box 460 | Paonia | CO | 81428 | townofpaonia |
| 54 | Town of Ridgway | Greg Clifton, Town Manager | Jennifer Coats, Town Planner | 970-626-5308 | PO Box 10 | Ridgway | CO | 81432 | jcoates@town. |
| 52 | U.S. Fish and Wildlife Service, W | Allan R. Pfister, Western Colorado | Collin Ewing, Fish and Wildlife Biolo | 970-243-2778 | 764 Horizon Drive | Grand Junction | CO | 81506-3 | Collin_Ewing@f |
| 50 | U.S. Forest Service, Grand Mesa | Tammy Randall Parker; Levi Broyle | Tamera K. Randall-Parker, Ouray Dis | 970-240-5415; | 2250 Highway 50 | Delta | CO | 81416 | tkrandallparker |

| Fax | First Name | Last Name | Title | Other Contacts | Acronyms |
|---|---|---|---|---|---|
| 970-248-0601 | Kathleen | Ozga | Area Manager | | BOR |
| 970-240-1499 | Mary | Watt | City Manager | | |
| | Mike | King | Deputy Directo | | DNR |
| 970-945-8799 | Dave | Kanzer | Senior Water R | Chris Treese, Ex | CRWCD |
| 970-874-2114 | Lela J. | McCracken | Chair, Board of | | |
| | Matthew | Birnie | County Manag | | |
| 970-249-7761 | Jesse | Smith | County Manag | Brian Wilson, D | |
| 970-325-0452 | Heidi | Albritton | Board Chair | | |
| 970-728-3718 | Elaine | Fischer | Board Chair | | |
| 970-856-7292 | Anthony | Sluski | Mayor | | |
| 970-872-4328 | Larry | Jakubiak | Mayor | Marlene Searle | |
| | Greg | Sparks | Town Manager | | |
| 970-327-0451 | Kerry | Welch | Mayor | Patti Grafmyer | |
| | Dawna | Morris | Mayor | Elizabeth Smith | |
| 970-323-5149 | Donald E. | Perkins | Mayor | | |
| 970-835-3330 | Don | Suppes | Mayor | | |
| 970-527-4102 | Neal | Schweiterman | Mayor | | |
| | Greg | Clifton | Town Manager | | |
| | Allan R. | Pfister | Western Colora | | FWS |
| 970-240-5367; | Tammy Randall | Levi Broyles | District Rangers | | USFS |