# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-2484

CITIZENS FOR A HEALTHY COMMUNITY,
*et al.*,

    Petitioners,

v.

UNITED STATES BUREAU OF LAND MANAGEMENT,
*et al.*,

    Respondents.

## JOINT MOTION FOR TEMPORARY STAY OF PROCEEDINGS

Pursuant to Fed. R. Civ. P. 6(b)(1)(A), the Parties hereby seek a 45-day stay of this case to allow time to discuss informally their disputes over the Administrative Record and Petitioners' claims in this case. Should the Court grant the stay, on or before July 23, 2021, the Parties will submit a joint status report with a proposed revision to the Joint Case Management Plan, ECF No. 20, for future proceedings, including whether additional time for settlement discussions may be warranted.

Good cause exists for a stay. This case involves Respondents' decade-long management planning process that encompassed nearly 1,000,000 acres of federal land and mineral estate in western Colorado. Officials from Respondent agencies have met with Petitioners' representatives and the parties anticipate further conversations regarding this litigation. The Parties agree that a stay will allow them to focus on these discussions rather than on existing litigation deadlines. Further, the outcome of these discussions may influence future deadlines in this case. Thus, the

1

stay of proceedings will serve the interests of judicial efficiency and economy by allowing the Parties time to discuss potential resolution of their disputes without further litigation.

Respectfully submitted this 8th day of June, 2021.

<div style="margin-left: 3em;">

JEAN E. WILLIAMS
Acting Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Div.

*/s/ Caitlin Cipicchio*
Caitlin Cipicchio
Trial Attorney
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044
E:  caitlin.cipicchio@usdoj.gov
T:  (202) 305-0503

*Attorneys for Federal Respondents*


*/s/ Melissa A. Hornbein (with permission)*
Melissa A. Hornbein
ENVIRONMENTAL LAW CENTER
103 Reeder's Alley
Helena, MT
(p) 406.708.3058
hornbein@westernlaw.org

Kyle J. Tisdel (CO Bar No. 42098)
WESTERN ENVIRONMENTAL LAW CENTER
208 Paseo del Pueblo Sur, Suite 602
Taos, New Mexico 87571
(p) 575.613.8050
tisdel@westernlaw.org

*Counsel for Petitioners*

Diana Dascalu-Joffe (CO Bar No. 50444)
CENTER FOR BIOLOGICAL DIVERSITY
1536 Wynkoop St., Ste. 421
Denver, CO 80202
(p) 720.925.2521

</div>

ddascalujoffe@biologicaldiversity.org

*Counsel for Petitioner Center for Biological Diversity*

Nathaniel Shoaff (CA Bar No. 256641)
SIERRA CLUB
2101 Webster Street, Suite 1300
Oakland, CA 94612
(p) 415.977.5610
nathaniel.shoaff@sierraclub.org

*Counsel for Petitioner Sierra Club*

3