IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:20-cv-2484

CITIZENS FOR A HEALTHY COMMUNITY, *et al.*,

    Petitioners,

v.

UNITED STATES BUREAU OF LAND MANAGEMENT, *et al.*,

    Federal Respondents.

---

**NOTICE RE COMPLETED SUPERSEDING BIOLOGICAL OPINION**

---

On March 12, 2021, the Court stayed Petitioners' claims under the Endangered Species Act to allow the U.S. Fish & Wildlife Service ("Service") to review and issue a new, superseding Biological Opinion ("BiOp") analyzing the potential effects of the Bureau of Land Management's programmatic Resource Management Plan for the Uncompahgre Field Office planning area on the Gunnison sage grouse and its designated critical habitat. *See* ECF No. 22. As required by the Court's March 12, 2021 Order, Federal Respondents provide notice that the Service finalized its superseding BiOp on July 26, 2021 and sent Petitioners a copy for review. Respectfully submitted this 27th day of July, 2021

                                JEAN E. WILLIAMS
                                Acting Assistant Attorney General
                                Environment & Natural Resources Division

                                */s/ Caitlin Cipicchio*
                                Caitlin Cipicchio

Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
4 Constitution Square
150 M St. NE
Washington, DC 2002
(202) 305-0503
Email: caitlin.cipicchio@usdoj.gov

<u>/s/ Rickey D. Turner, Jr.</u>
Rickey D. Turner, Jr.
Senior Attorney (CO Bar No. 35383)
Wildlife & Marine Resources Section
999 18th Street, South Terrace, Suite 370
Denver, CO 80202
(303) 844-1373
rickey.turner@usdoj.gov

*Attorneys for Federal Respondents*