IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-2484

CITIZENS FOR A HEALTHY COMMUNITY,
*et al.*,

      Petitioners,

v.

UNITED STATES BUREAU OF LAND MANAGEMENT,
*et al.*,

      Respondents.

**JOINT MOTION FOR CONTINUED STAY OF PROCEEDINGS**

Pursuant to Fed. R. Civ. P. 6(b)(1)(A), the Parties hereby seek a 60-day continuation of the stay of this case to allow time to discuss informally their disputes over the Administrative Record and Petitioners' claims in this case. Should the Court grant the stay, on or before November 22, 2021, the Parties will submit a joint status report with a proposed revision to the Joint Case Management Plan, ECF No. 20, for future proceedings, including whether additional time for settlement discussions may be warranted.

Good cause exists for a stay. This case involves Respondents' decade-long management planning process that encompassed nearly 1,000,000 acres of federal land and mineral estate in western Colorado. The Court previously granted a stay in this litigation through today, September 21, 2021. ECF 105. In June, the Parties held a meeting between Petitioners' representatives and relevant officials from Defendants' agencies and have subsequently entered discussions regarding potential settlement. The Parties agree that a continued stay will allow

1

them to focus on these discussions rather than on existing litigation deadlines. The outcome of these discussions may influence future deadlines in this case. Thus, the stay of proceedings will serve the interests of judicial efficiency and economy by allowing the Parties with time to discuss potential resolution of their disputes without further litigation.

Respectfully submitted this 21st day of September, 2021.

> TODD KIM
> Assistant Attorney General
> United States Department of Justice
> Environment and Natural Resources Div.
>
> *Caitlin Cipicchio*
> Caitlin Cipicchio
> Trial Attorney
> Natural Resources Section
> P.O. Box 7611
> Washington, D.C. 20044
> E:  caitlin.cipicchio@usdoj.gov
> T:  (202) 305-0503
>
> *Attorneys for Federal Respondents*
>
>
> */s/ Melissa Hornbein (with permission)*
> Melissa A. Hornbein
> ENVIRONMENTAL LAW CENTER
> 103 Reeder's Alley
> Helena, MT
> (p) 406.708.3058
> hornbein@westernlaw.org
>
> Kyle J. Tisdel (CO Bar No. 42098)
> WESTERN ENVIRONMENTAL LAW CENTER
> 208 Paseo del Pueblo Sur, Suite 602
> Taos, New Mexico 87571
> (p) 575.613.8050
> tisdel@westernlaw.org
>
> *Counsel for Petitioners*
>
> Diana Dascalu-Joffe (CO Bar No. 50444)

2

CENTER FOR BIOLOGICAL DIVERSITY
1536 Wynkoop St., Ste. 421
Denver, CO 80202
(p) 720.925.2521
ddascalujoffe@biologicaldiversity.org

*Counsel for Petitioner Center for Biological Diversity*

Nathaniel Shoaff (CA Bar No. 256641)
SIERRA CLUB
2101 Webster Street, Suite 1300
Oakland, CA 94612
(p) 415.977.5610
nathaniel.shoaff@sierraclub.org

*Counsel for Petitioner Sierra Club*