IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-02484-MSK

CITIZENS FOR A HEALTH COMMUNITY, *et al.*,

    Petitioners,

vs.

UNITED STATES BUREAU OF LAND MANAGEMENT, *et al.*,

    Respondents.

## NOTICE OF ENTRY OF APPEARANCE

Notice is hereby given that Michelle-Ann C. Williams enters her appearance as counsel of record for Respondents in the above-captioned matter. Service of any papers by United States mail should be addressed to the Post Office Box indicated in the signature block below. Express deliveries, such as FedEx, should be addressed as follows:

    Michelle-Ann C. Williams
    4 Constitution Square
    150 M Street N.E., Rm. 3.1004
    Washington D.C., 20001
    (202) 305-0420

Respectfully submitted this 15th day of December, 2021.

    Respectfully submitted,

    TODD KIM
    Assistant Attorney General
    United States Department of Justice
    Environment and Natural Resources Divsion

    */s/ Michelle-Ann C. Williams*
    Michelle-Ann C. Williams
    Trial Attorney (MD Bar)

Natural Resources Section  
P.O. Box 7611  
Washington, D.C. 20044  
E:  michelle-ann.williams@usdoj.gov  
T:  (202) 305-0420  

## CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2021, a copy of the foregoing notice was served by electronic means on all counsel of record by the Court's CM/ECF system.

*/s/ Michelle-Ann C. Williams*
Michelle-Ann C. Williams