IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-2484

CITIZENS FOR A HEALTHY COMMUNITY,
*et al.*,

     Petitioners,

v.

UNITED STATES BUREAU OF LAND MANAGEMENT,
*et al.*,

     Respondents.

## JOINT STATUS REPORT

In response to the Court's Order (Dkt. 110) dated November 23, 2021, the Parties to the above-captioned matter submit the following Joint Status Report. The Parties have continued to engage in good-faith efforts to achieve a negotiated resolution to this case. Most recently, Petitioners submitted a responsive communication and counter-proposal to Respondents on December 21, 2021. Plaintiffs view this communication as a final effort at achieving an agreement in principle before resumption of litigation. Respondents have indicated to Petitioners that they are working to produce a response to that proposal and wish to continue to seek a negotiated resolution. Both parties are cognizant, however, of the time that has elapsed since the filing of Plaintiffs' Complaint and the need to have this matter proceed on its merits without additional delay. The parties have been working to come to an agreement on a revised joint case management plan which will allow that to occur while providing an opportunity for the

1

Respondents to respond to Petitioners' most recent settlement communication and for the Parties to determine once and for all whether a negotiated resolution is possible.

No later than Friday, January 14, 2022, the Parties will submit a proposed revised Joint Case Management Plan.

Respectfully submitted this 6th Day of January, 2022.

*/s/ Melissa Hornbein*
Melissa A. Hornbein
ENVIRONMENTAL LAW CENTER
103 Reeder's Alley
Helena, MT
(p) 406.708.3058
hornbein@westernlaw.org

Kyle J. Tisdel (CO Bar No. 42098)
WESTERN ENVIRONMENTAL LAW CENTER
208 Paseo del Pueblo Sur, Suite 602
Taos, New Mexico 87571
(p) 575.613.8050
tisdel@westernlaw.org

*Counsel for Petitioners*

Diana Dascalu-Joffe (CO Bar No. 50444)
CENTER FOR BIOLOGICAL DIVERSITY
1536 Wynkoop St., Ste. 421
Denver, CO 80202
(p) 720.925.2521
ddascalujoffe@biologicaldiversity.org

*Counsel for Petitioner Center for Biological Diversity*

Nathaniel Shoaff (CA Bar No. 256641)
SIERRA CLUB
2101 Webster Street, Suite 1300
Oakland, CA 94612
(p) 415.977.5610
nathaniel.shoaff@sierraclub.org

*Counsel for Petitioner Sierra Club*

3

TODD KIM
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Div.

*/s/ Michelle-Ann C. Williams*
Michelle-Ann C. Williams Trial Attorney (MD Bar)
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044
E: michelle-ann.williams@usdoj.gov
T: (202) 305-0420

Rickey Doyle Turner, Jr
Senior Attorney
Wildlife and Marine Resources Section
999 18th Street, South Terrance, Suite 370
Denver, CO 80202
E: rickey.turner@usdoj.gov
T: (303) 844-1373
*Attorneys for Federal Respondents*