IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:20-cv-2484

CITIZENS FOR A HEALTHY COMMUNITY, *et al.*,

Petitioners,

v.

UNITED STATES BUREAU OF LAND
MANAGEMENT, *et al.*,

Respondents.

---

**PROPOSED JOINT CASE MANAGEMENT PLAN**

---

**1.     APPEARANCES OF COUNSEL**

<u>For Petitioner:</u>

Melissa A. Hornbein
Western Environmental Law Center
103 Reeder's Alley
Helena, MT
(p) 406.708.3058
hornbein@westernlaw.org

Kyle J. Tisdel (CO Bar No. 42098)
Western Environmental Law Center
208 Paseo del Pueblo Sur, Suite 602
Taos, New Mexico 87571
(p) 575.613.8050
tisdel@westernlaw.org

*Counsel for Petitioners*

Diana Dascalu-Joffe (CO Bar No. 50444)

<u>For Respondents:</u>

Michelle-Ann C. Williams
Trial Attorney
Natural Resources Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044
Tel.: 202-305-0420
Fax: 202-305-0506
Email: michelle-ann.williams@usdoj.gov

Rickey D. Turner, Jr.
Senior Attorney (CO Bar No. 35383)
Wildlife & Marine Resources Section
999 18th Street, South Terrace, Suite 370
Denver, CO 80202
(303) 844-1373

- 1 -

Center for Biological Diversity          rickey.turner@usdoj.gov
1536 Wynkoop St., Ste. 421
Denver, CO 80202
(p) 720.925.2521
ddascalujoffe@biologicaldiversity.org

*Counsel for Petitioner Center for Biological
Diversity*

Nathaniel Shoaff (CA Bar No. 256641)
Sierra Club
2101 Webster Street, Suite 1300
Oakland, CA 94612
(p) 415.977.5610
nathaniel.shoaff@sierraclub.org

*Counsel for Petitioner Sierra Club*

## 2.   STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

Petitioners assert that this Court has jurisdiction based on the presentation of federal

question, 28 U.S.C. § 1331 and that the Court has the authority to issue the requested declaratory

and injunctive relief pursuant to 28 U.S.C. §§ 2201, 2202, and 5 U.S.C. §§ 705, 706.

Respondents expect to assert one or more affirmative defenses, including possible

jurisdictional defenses.

## 3.   DATES OF FILING OF RELEVANT PLEADINGS

**A.      Date Petition for Review Was Filed:** August 19, 2020

**B.      Date Amended Petition for Review Was Filed:**  October 27, 2020

**C.      Date Answer or Other Response Was Filed:** November 17, 2020

## 4.   STATEMENT(S) REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

Not applicable.

**5.      OTHER MATTERS**

The Parties are making final attempts to reach agreement on the terms of a settlement in principle.

**6.      PROPOSED BRIEFING SCHEDULE**

**A.      Deadline for New 60-day Notice of Intent to Sue**

January 28, 2022

**B.      Deadline for Second Amended Petition for Review**

March 29, 2022

**C.      Deadline for Answer to Second Amended Petition for Review**

April 12, 2022[1]

**D.      Deadline for Filing the Administrative Records:**

May 2, 2022.

Respondents will complete the administrative record lodged on April 9, 2021 (ECF Nos.

---

[1] Respondents will file a truncated answer because this is a record-review case in which the Court does not make findings of fact and, further, because no response is required to legal conclusions or characterizations of documents, statutes, regulations, or other legal authorities. *See* ECF No. 13 (granting Respondents' unopposed motion to file a truncated answer to Petitioners' First Amended Petition for Review of Agency Action); *see also High Country Conservation Advocates v. United States Forest Service*, No. 1:17-cv-3025-PAB, *6 (ECF No. 32) (D. Colo. Jan. 31, 2018) (J. Brimmer) (case management order permitting Federal Respondents to file truncated answer); *Rocky Mountain Wild v. Bernhardt*, No. 1:18-cv-2468 (ECF No. 53, 54) (D. Colo. July 22, 2019) (J. Krieger) (same); *see also WildEarth Guardians v. Bernhard*, No. 1:19-cv-1920-RBJ (ECF No. 32) (D. Colo. Sept. 10, 2019) (J. Jackson) (order granting Federal Respondents' unopposed motion to file truncated answer).Respondents' filing will respond to Petitioners' causes of action and request for relief and will assert any affirmative defenses or relief to which Respondents claim entitlement.

- 3 -

23-96), and will lodge the administrative record relating to Petitioners' Sixth and Seventh Claims for Relief (ECF No. 10). The administrative records will be lodged with the Court and served on the Parties on a flash drive, in a searchable electronic format.

**E.      Deadline for Parties to Confer on Record Disputes:**

June 1, 2022.

**F.      Deadline for Filing Any Motions to Complete and/or Supplement the Administrative Records:**

June 30, 2022.

Federal Respondent's response to any motion to complete and/or supplement the administrative records will be due July 22, 2022. Petitioners' reply, if any, shall be due August 5, 2022. If Petitioners file a motion to complete and/or supplement the administrative records on June 15, 2022, the merits briefing deadlines in this Joint Case Management Plan will be vacated and the parties will confer and propose a mutually agreeable merits briefing schedule within seven days of the Court's decision on Petitioners' record motion.

**G.      Petitioners' Opening Brief Due:**

July 1, 2022 if no motions over the completeness of the Administrative Record are filed.

**H.      Federal Respondents' Response Brief Due:**

August 15, 2022 if no motions over the completeness of the Administrative Record are filed.

**I.      Petitioners' Reply Brief (If Any) Due:**

September 14, 2022 if no motions over the completeness of the Administrative Record are filed.

**7.  STATEMENTS REGARDING ORAL ARGUMENT**

The Parties do not request oral argument at this time.

## 8.  CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE
### *Indicate below the parties' consent choice.*

A.    ( )    **All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

B.    (X )    **All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

## 9.  OTHER MATTERS

The Parties acknowledge the requirements of Fed. R. Civ. P. 5(d)(1), D.C.COLO.LCivR 5.1(d) and D.C.COLO.LCivR 6.1(c).

The Parties further note that this matter is within the scope of this District's AP Rules, and thus that page limits which may otherwise apply under the Local Civil Rules or Federal Rules of Civil  Procedure do not apply. *See*, e.g., D.C.Colo.LARP 16.1(b)("Motions for summary judgment shall not be filed."). Accordingly, the Parties agree that the word limits imposed by Rule 32(a)(7)(B) of the Federal Rules of Appellate Procedure are reasonable and appropriate for application to the Parties' briefs, here, in light of the issues raised in Petitioners' Petition for Review (ECF No. 10). Use of such limits is consistent with the Tenth Circuit's direction in *Olenhouse v. Commodity Credit Corp*., that "[r]eviews of agency action in the district court must be processed as appeals" and that "the district court should govern itself by referring to the Federal Rules of Appellate Procedure." 42 F.3d 1560, 1580 (10th Cir. 1994). Pursuant to *Olenhouse*, the parties agree as follows:

- Excluding case caption, signature block, certificate of service, table of contents, and table of authorities, the word limits for the Parties' briefing under the schedule herein shall be as follows:

  o  13,000 words for Petitioners' opening brief.

     o   13,000 words for Federal Respondents' response brief.

     o   6,500 words for Petitioners' reply brief.

- The Parties will address remedy, if necessary, in separate briefing after a decision on the merits is reached.

## 10.  AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

The Parties agree that  the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 13th day of January, 2022.

BY THE COURT

_____
U.S. District Court Judge

APPROVED:

| | |
|---|---|
| */s/ Melissa Hornbein*<br>Melissa A. Hornbein<br>Western Environmental Law Center<br>103 Reeder's Alley<br>Helena, MT<br>(p) 406.708.3058<br>hornbein@westernlaw.org | */s/ Michelle-Ann C. Williams*<br>Michelle-Ann C. Williams<br>Trial Attorney (MD Bar)<br>Natural Resources Section<br>Environment and Natural Resources<br>Division<br>U.S. Department of Justice<br>P.O. Box 7611 |
| Kyle J. Tisdel (CO Bar No. 42098)<br>Western Environmental Law Center<br>208 Paseo del Pueblo Sur, Suite 602<br>Taos, New Mexico 87571<br>(p) 575.613.8050<br>tisdel@westernlaw.org | Washington, D.C. 20044<br>Tel.: 202-305-0420<br>Fax: 202-305-0506<br>Email: michelle-<br>ann.williams@usdoj.gov |
| *Counsel for Petitioners* | */s/ Rickey D. Turner, Jr.*<br>Rickey D. Turner, Jr.<br>Senior Attorney (CO Bar No. 35383) |
| Diana Dascalu-Joffe (CO Bar No. | Wildlife & Marine Resources Section |

- 6 -

50444)
Center for Biological Diversity
1536 Wynkoop St., Ste. 421
Denver, CO 80202
(p) 720.925.2521
ddascalujoffe@biologicaldiversity.org

*Counsel for Petitioner Center for
Biological Diversity*

Nathaniel Shoaff (CA Bar No.
256641)
Sierra Club
2101 Webster Street, Suite 1300
Oakland, CA 94612
(p) 415.977.5610
nathaniel.shoaff@sierraclub.org

*Counsel for Petitioner Sierra Club*

999 18th Street, South Terrace, Suite
370
Denver, CO 80202
(303) 844-1373
rickey.turner@usdoj.gov

*Attorneys for Respondents*