IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-2484

CITIZENS FOR A HEALTHY COMMUNITY,
*et al.*,

      Petitioners,

v.

UNITED STATES BUREAU OF LAND MANAGEMENT,
*et al.*,

      Respondents.

## MOTION TO WITHDRAW AS COUNSEL FOR RESPONDENTS

      Pursuant to D.C.COLO.LAttyR 5 (b), Michelle-Ann C. Williams hereby moves the Court to withdraw as counsel for Respondents in the above-captioned matter and requests that the Court remove her name from electronic notification and service lists.

      The following counsel will continue to represent Respondents in this matter:

      Rickey D. Turner, Jr.
      Senior Attorney (CO Bar No. 35383)
      Wildlife & Marine Resources Section
      999 18th Street, South Terrace, Suite 370
      Denver, CO 80202
      (303) 844-1373
      rickey.turner@usdoj.gov

Dated: February 4, 2022

                                            Respectfully submitted,

                                            TODD KIM
                                            Assistant Attorney General
                                            Environment and Natural Resources Division

/s/ Michelle-Ann C. Williams
MICHELLE-ANN C. WILLIAMS
Trial Attorney (MD Bar)
Natural Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 305-0420 (Williams)
Fax: (202) 305-0506
Email: michelle-ann.williams@usdoj.gov

*Counsel for Respondents*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing is being filed with the Clerk of the Court using the Court's CM/ECF system, thereby serving it on all parties of record on February 4, 2022.

/s/ Michelle-Ann C. Williams
MICHELLE-ANN C.WILLIAMS
*Counsel for Respondents*

2