# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-2484

CITIZENS FOR A HEALTHY COMMUNITY, *et al.*,

    Petitioners,

v.

UNITED STATES BUREAU OF LAND MANAGEMENT, *et al.*,

    Respondents.

---

## [PROPOSED] ORDER

    Upon consideration of Michelle-Ann C. Williams' Motion to Withdraw as Counsel for Respondents, it is hereby ordered that the motion is GRANTED.

IT IS SO ORDERED.

Dated: _____         _____
                                                      UNITED STATES DISTRICT COURT JUDGE