IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-2484

CITIZENS FOR A HEALTHY COMMUNITY,
*et al.*,

  Petitioners,

v.

UNITED STATES BUREAU OF LAND MANAGEMENT,
*et al.*,

  Respondents.

---

## NOTICE OF APPEARANCE

---

  Federal Defendants, by and through undersigned counsel, hereby give notice of the entry of appearance of counsel for Federal Defendants in the above-captioned matter.  Please enter the appearance of Luther L. Hajek, United States Department of Justice, as counsel for Federal Defendants.

  Mr. Hajek's contact information is as follows:

Luther L. Hajek
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
999 18th Street
South Terrace, Suite 370
Denver, CO 80202

Telephone: (303) 844-1376
Facsimile: (303) 844-1350
E-mail: luke.hajek@usdoj.gov

  Respectfully submitted,

1

Dated: February 4, 2022

        Respectfully submitted,

        TODD KIM
        Assistant Attorney General
        Environment and Natural Resources Division

        */s/ Luther L. Hajek*
        LUTHER L. HAJEK
        Trial Attorney (CO 44303)
        Environment & Natural Resources Division
        Natural Resources Section
        999 18th Street
        South Terrace, Suite 370
        Denver, CO 80202
        Tel: (303) 844-1376
        Fax: (303) 844-1350
        E-mail: luke.hajek@usdoj.gov

        *Counsel for Respondents*

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing is being filed with the Clerk of the Court using the Court's CM/ECF system, thereby serving it on all parties of record on February 4, 2022.

                                            */s/ Luther L. Hajek*
                                            LUTHER L. HAJEK
                                            *Counsel for Respondents*