IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-2484

CITIZENS FOR A HEALTHY COMMUNITY;
HIGH COUNTRY CONSERVATION ADVOCATES;
CENTER FOR BIOLOGICAL DIVERSITY;
SIERRA CLUB;
WESTERN WATERSHEDS PROJECT;
and WILDEARTH GUARDIANS,

      Plaintiffs,

v.

UNITED STATES BUREAU OF LAND MANAGEMENT, an agency of the U. S. Department of Interior;
TRACY STONE MANNING, in her official capacity as Director of the U.S. Bureau of Land Management;
STEPHANIE CONNOLLY, in her official capacity as Acting Director of the Bureau of Land Management's Colorado State Office;
UNITED STATES FISH AND WILDLIFE SERVICE, an agency of the U.S. Department of the Interior;
MARTHA WILLIAMS, in her official capacity as Director of the U.S. Fish and Wildlife Service; and
ANNE TIMBERMAN, in her official capacity as Western Colorado Field Supervisor for the U.S. Fish and Wildlife Service's Ecological Services Division.

      Federal Defendants.

**PLAINTIFFS' MOTION FOR AN EXTENSION OF TIME FOR THE FILING OF SECOND AMENDED PETITION FOR REVIEW OF AGENCY ACTION**

Plaintiffs respectfully submit this Motion pursuant to Federal Rules of Civil Procedure 6(b)(1)(B), requesting the Court to approve the extension of time for the filing of Plaintiffs' Second Amended Petition for Review of Agency Action and Injunctive Relief, ECF No. 119, filed on this same date. The Second Amended Petition was filed pursuant to the Proposed Joint

Case Management Plan, ECF No. 114, which was accepted by Court Order on January 13, 2022. ECF No. 115. In addition to setting the briefing deadlines in this matter, the JCMP also provided for the timing of the filing of the Second Amended Petition, an Answer to that Petition, and deadlines pertaining to the filing of the Administrative Record. *See* ECF No. 114 ¶ 6 (A-I). Pursuant to the JCMP, Plaintiffs' Second Amended Petition for Review was due March 29, 2022. *Id.* ¶ 6(B).

Plaintiffs have conferred with Federal Defendants on this Motion, and they take no position.

Federal Rule 6(b)(1)(B) allows for the extension of time of a filing made after time has expired where a party has failed to act because of excusable neglect. This is an equitable doctrine, and the granting of such motion is within the discretion of this Court. *See Pioneer Investment Services Co. v. Brunswick Associates, Ltd. Partnership*, 507 U.S. 380, 395 (1992).

Here, Plaintiffs are represented by multiple counsel. With several counsel out of the office on overlapping leave, there was a miscommunication around the deadline for the filing of the Second Amended Petition, which caused that pleading to be filed out-of-time. ECF No. 114. Ultimately, that responsibility falls to the counsel filing this Motion, who had today's date erroneously in his calendar as the filing deadline. Counsel's excusable neglect resulted in a two-day delay in the filing of the Second Amended Petition. Such delay did not result in prejudice to the non-moving party. Pursuant to the JCMP, Federal Defendants Answer deadline is April 12, 2022. *Id.* Notably, this filing will be a truncated answer—as was the first answer filed, ECF No. 13—because this is a record-review case. ECF No. 114, n.1. Moreover, the vast majority of the Administrative Record for this case has already been filed, *see* ECF Nos. 79-96 (May 6, 2021),

and the deadline for the filing of additional records pertaining to the Second Amended Petition is not until May 2, 2022. Finally, the Parties remain engaged in settlement discussions and remain hopeful that an out of Court resolution to this case may still be reached.

For the foregoing reasons, Plaintiffs respectfully request that the Court grant this Motion for an extension of time and accept the filing of Plaintiffs' Second Amended Petition.

RESPECTFULLY SUBMITTED this 31st day of March, 2022.

/s/ Kyle Tisdel
Kyle J. Tisdel (CO Bar No. 42098)
WESTERN ENVIRONMENTAL LAW CENTER
208 Paseo del Pueblo Sur, Suite 602
Taos, New Mexico 87571
(p) 575.613.8050
tisdel@westernlaw.org

Melissa A. Hornbein
WESTERN ENVIRONMENTAL LAW CENTER
103 Reeder's Alley
Helena, MT
(p) 406.708.3058
hornbein@westernlaw.org

*Counsel for Plaintiffs*

Diana Dascalu-Joffe (CO Bar No. 50444)
CENTER FOR BIOLOGICAL DIVERSITY
1536 Wynkoop St., Ste. 421
Denver, CO 80202
(p) 720.925.2521
ddascalujoffe@biologicaldiversity.org

*Counsel for Plaintiff Center for Biological Diversity*

Nathaniel Shoaff (CA Bar No. 256641)

SIERRA CLUB
2101 Webster Street, Suite 1300
Oakland, CA 94612
(p) 415.977.5610
nathaniel.shoaff@sierraclub.org

*Counsel for Plaintiff Sierra Club*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CERTIFICATE OF SERVICE (CM/ECF)**

I hereby certify that on March 31, 2022, I electronically filed the foregoing PLAINTIFFS' MOTION FOR AN EXTENSION OF TIME with the Clerk of the Court via the CM/ECF system, which will send notification of such filing to other participants in this case.

/s/ Kyle Tisdel
Western Environmental Law Center
Counsel for Plaintiffs