**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:20-cv-2484

CITIZENS FOR A HEALTHY COMMUNITY,
*et al.*,

      Petitioners,

v.

UNITED STATES BUREAU OF LAND MANAGEMENT,
*et al.*,

      Respondents.

---

## MOTION TO WITHDRAW AS COUNSEL FOR RESPONDENTS

      Pursuant to D.C.COLO.LAttyR 5 (b), Caitlin Cipicchio hereby moves the Court to withdraw as counsel for Respondents in the above-captioned matter and requests that the Court remove her name from electronic notification and service lists.

      The following counsel will continue to represent Respondents in this matter:

Luther L. Hajek
Trial Attorney
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
999 18th Street
South Terrace, Suite 370
Denver, CO 80202
Telephone: (303) 241-0826; Fax: (303) 844-1350
Email: luke.hajek@usdoj.gov

Rickey D. Turner, Jr.
Senior Attorney (CO Bar No. 35383)
Wildlife & Marine Resources Section
999 18th Street, South Terrace, Suite 370

Denver, CO 80202
(303) 844-1373
rickey.turner@usdoj.gov

Dated: April 8, 2022.

Respectfully submitted,

TODD KIM
Assistant Attorney General
Environment and Natural Resources Division

*/s/ Caitlin Cipicchio*
CAITLIN CIPICCHIO
Trial Attorney (MD Bar)
Natural Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 305-0503
Fax: (202) 305-0506
Email: caitlin.cipicchio@usdoj.gov

*Counsel for Respondents*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing is being filed with the Clerk of the Court using the

Court's CM/ECF system, thereby serving it on all parties of record on April 8, 2022.

*/s/ Caitlin Cipicchio*
CAITLIN CIPICCHIO
*Counsel for Respondents*