# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-2484

CITIZENS FOR A HEALTHY COMMUNITY,
*et al.*,

    Petitioners,

v.

UNITED STATES BUREAU OF LAND MANAGEMENT,
*et al.*,

    Respondents.

---

## [PROPOSED] ORDER

Upon consideration of Caitlin Cipicchio's Motion to Withdraw as Counsel for Respondents, it is hereby ordered that the motion is GRANTED.

IT IS SO ORDERED.

Dated: _____       _____
                                                                       UNITED STATES DISTRICT COURT JUDGE