**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 20-2484

WESTERN SLOPE CONSERVATION CENTER,

THE WILDERNESS SOCIETY, and

WILDERNESS WORKSHOP,

    Petitioners,

vs.

UNITED STATES BUREAU OF LAND MANAGEMENT, an agency of the U.S. Department of the Interior,

DEBRA HAALAND, in her official capacity as the Secretary of the U.S. Department of the Interior, and

JAMIE E. CONNELL, in her official capacity as the Colorado State Director of the U.S. Bureau of Land Management,

    Respondents.

---

**MOTION TO WITHDRAW AS COUNSEL FOR PETITIONERS**

---

Pursuant to D.C.COLO. LAttyR 5(b), Diana Dascalu-Joffe hereby moves the Court to withdraw as counsel for Petitioners in the above-captioned matter and requests that the Court remove her name from electronic notification and service lists.

The following counsel will continue to represent Petitioners in this matter:

Edward B. Zukoski
Center for Biological Diversity
1536 Wynkoop Street, Suite 421
Denver, CO 80202
Tel: (303) 641-3149
tzukoski@biologicaldiversity.org

1

Dated: April 27, 2022

Respectfully submitted,

*/s/ Diana Dascalu-Joffe*
Diana Dascalu-Joffe
Center for Biological Diversity
1536 Wynkoop Street, Suite 421
Denver, CO 80202
Tel: (720) 925-2521
ddascalujoffe@biologicaldiversity.org

*Counsel for Petitioners*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing is being filed with the Clerk of the Court using the Court's CM/ECF system, thereby serving it on all parties of record on April 27, 2022.

*/s/ Diana Dascalu-Joffe*
Diana Dascalu-Joffe

2