# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 20-2484

WESTERN SLOPE CONSERVATION CENTER,

THE WILDERNESS SOCIETY, and

WILDERNESS WORKSHOP,

    Petitioners,

vs.

UNITED STATES BUREAU OF LAND MANAGEMENT, an agency of the U.S. Department of the Interior,

DEBRA HAALAND, in her official capacity as the Secretary of the U.S. Department of the Interior, and

JAMIE E. CONNELL, in her official capacity as the Colorado State Director of the U.S. Bureau of Land Management,

    Respondents.

---

## [PROPOSED] ORDER

Upon consideration of Diana Dascalu-Joffe's Motion to Withdraw as Counsel for Petitioners, it is hereby ordered that the motion is GRANTED.

IT IS SO ORDERED.

Dated: _____          _____
                                                             UNITED STATES DISTRICT COURT JUDGE