IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:20-cv-2484

CITIZENS FOR A HEALTHY COMMUNITY, *et al.*,

    Petitioners,

v.

UNITED STATES BUREAU OF LAND MANAGEMENT, *et al.*,

    Federal Respondents.

## NOTICE OF FILING THE U.S. FISH & WILDLIFE SERVICE'S ADMINISTRATIVE RECORD

    Federal Respondents notice the filing and certification of the U.S. Fish & Wildlife Service's administrative record. The declaration certifying the contents of the administrative record, and an index of the record's contents, are attached to this pleading. The Service has sent, via overnight mail, a copy of the administrative record to each party on a flash drive.

    Respectfully submitted this 29th day of April, 2022

                                  TODD KIM
                                  Assistant Attorney General
                                  Environment and Natural Resources Division
                                  United States Department of Justice

                                  LUCK HAJEK
                                  Senior Attorney
                                  Natural Resources Section
                                  999 18th Street, South Terrace, Suite 370
                                  Denver, CO  80202

Phone:   (303) 844-1376

/s/ Rickey D. Turner, Jr.
RICKEY D. TURNER, JR. (CO Bar No. 38353)
Senior Attorney
Wildlife and Marine Resources Section
999 18th Street, South Terrace, Suite 370
Denver, CO  80202
Phone:   (303) 844-1373

*Attorneys for Federal Respondents*

2