IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:20-cv-2484

CITIZENS FOR A HEALTHY COMMUNITY,
*et al.*,

      Petitioners,

v.

UNITED STATES BUREAU OF LAND
MANAGEMENT, *et al.*,

      Federal Respondents.

## CERTIFICATION OF ADMINISTRATIVE RECORD FOR THE FISH AND WILDLIFE SERIVCE'S REVISED BIOLOGICAL OPINION

I, Kurt Broderdorp, in accordance with the requirements of 28 U.S.C. § 1746, declare as follows:

    1.    I am currently employed by the United States Department of the Interior, Fish and Wildlife Service ("Service"), as the Fish and Wildlife Biologist in the Service's Region 6, Western Colorado Ecological Services Field Office. I have held this position since June 1998.

    2.    As part of my official duties, I provided oversight for the Service's efforts in compiling the administrative record in this matter. I am generally familiar with the documents considered by the Service in relation to the Service's 2021 Revised Biological Opinion at issue in this matter. I am also familiar with the process by which the documents considered by the Service were collected and compiled into the administrative record.

    3.    To the best of my knowledge and belief, the index to the administrative record submitted herewith provides a true, accurate, and complete listing of the documents that constitute the Administrative Record in this case.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on April 29, 2022.

*/s/ Kurt L. Broderdorp*

Kurt Broderdorp, Fish and Wildlife Biologist
U.S. Fish and Wildlife Service