**U.S Fish & Wildlife Service Administrative Record**
**April 29, 2022**
**CITIZENS FOR A HEALTHY COMMUNITY, et al., Plaintiffs**
**v.**
**UNITED STATES BUREAU OF LAND MANAGEMENT, et al., Defendants.**
**Civil Action No. 1:20-cv-2484**

| Bates ID | Type | Date | From/Author | Description |
|---|---|---|---|---|
| **Emails** | | | | |
| FWS000001-FWS000001.pdf | Email | 2016-11-01 | BLM RMP Project Manager | Confirmation of FWS comments on Uncompahgre Field Office (UFO) Resource Management Plan (RMP) revision |
| FWS000002-FWS000002.pdf | Email | 2018-07-31 | Siders, Melissa -BLM | Attached find electronic version of the cover letter and BA for the Uncompahgre Field Office Proposed RMP sent by post |
| FWS000003-FWS000666.pdf | Attachment | -- | | Biological Assessment (BA) for the proposed RMP |
| FWS000667-FWS000667.pdf | Attachment | -- | | BLM Cover Letter providing FWS with the Biological Assessment for the Proposed UFO Resource Management Plan - signed undated |
| FWS000668-FWS000669.pdf | Email | 2018-10-25 | Broderdorp, Kurt - USFWS | FWS requesting clarification of information in the Biological Assessment for the Proposed UFO Resource Management Plan |
| FWS000670-FWS000670.pdf | Email | 2018-12-10 | Holsinger, Kenneth - BLM | UFO PRMP BA questions regarding Gunnison sage-grouse |
| FWS000671-FWS000672.pdf | Email | 2018-12-13 | Holsinger, Kenneth - BLM | Request for updated information in BA table 8-3, page 102 |
| FWS000673-FWS000674.pdf | Email | 2018-12-14 | Larson, Gregory - BLM | FWS informing BLM on the Biological Opinion (BO) issue date as 12/17/2018 and BLM confirmation |
| FWS000675-FWS000675.pdf | Email | 2018-12-17 | USFWS - Grand Junction Field Office | FWS Biological Opinion for UFO RMP attached |
| FWS000676-FWS000678.pdf | Attachment | -- | | FWS Memo Cover Letter for the  Biological Opinion – Revision of the Resource Management Plan for the UFO signed dated |
| FWS000679-FWS000715.pdf | Attachment | -- | | Biological Opinion – Revision of the Resource Management Plan for the UFO signed dated |
| FWS000716-FWS000716.pdf | Email | 2018-12-18 | Larson, Gregory - BLM | BLM confirmation of receipt of FWS Biological Opinion for UFO RMP |
| FWS000717-FWS000717.pdf | Email | 2019-10-15 | Holsinger, Kenneth - BLM | Revised BLM Uncompahgre Field Office Resource Management Plan |
| FWS000718-FWS000719.pdf | Attachment | -- | | Revised BLM Uncompahgre Field Office Resource Management Plan - signed |
| FWS000720-FWS000721.pdf | Email | 2021-05-12 | Perry, Neil D - BLM | BLM providing map of all the BLM managed mapped critical habitat, acres and response to topic of oil and gas stipulations and withdrawals on areas of mapped habitat within the Gunnison Gorge |
| FWS000722-FWS000722.pdf | Attachment | -- | | UFO Crawford GuSG habitat map |
| FWS000723-FWS000724.pdf | Email | 44328 | Broderdorp, Kurt - USFWS | UFO PRMP BA questions regarding Gunnison sage-grouse; BLM summary of the acres of occupied and unoccupied GuSG habitat and mineral estate by population table as requested |
| FWS000725-FWS000725.pdf | Email | 2021-05-19 | Broderdorp, Kurt - USFWS | FWS requesting data on historical Oil and Gas Leasing - number of years since the UFO last leased lands for O&G activity |
| FWS000726-FWS000727.pdf | Email | 2021-05-20 | Perry, Neil D - BLM | BLM reaching out to Asst Field Manager for lands and minerals for help answering the oil and gas leasing question |
| FWS000728-FWS000729.pdf | Email | 2021-05-20 | Perry, Neil D - BLM | Confirms FWS assumptions - Know of no exceptions, modifications, or waivers issued in GuSG habitat, in the UFO or otherwise since listing |
| FWS000730-FWS000731.pdf | Email | 2021-05-21 | Holsinger, Kenneth - BLM | Confirming no exceptions, mods, or waivers since I have been here 2008 - historical Oil and Gas Leasing |
| FWS000732-FWS000732.pdf | Email | 2021-05-23 | Holsinger, Kenneth - BLM | Assessment Inventory and Monitoring (AIM) and Landscape monitoring framework (LMF) data collected since the preparation of the UFO RMP BA |
| FWS000733-FWS000733.pdf | Attachment | -- | | Table of site vegetation |
| FWS000734-FWS000737.pdf | Attachment | -- | | UFO GuSG AIM vegetation data table for SIMS population |
| FWS000738-FWS000739.pdf | Email | 2021-05-25 | Perry, Neil D - BLM | No indication that any oil and gas leasing has occurred since, or even before listing of the GuSG in currently mapped habitat |
| FWS000740-FWS000742.pdf | Email | 2021-05-25 | Broderdorp, Kurt - USFWS | Re  Historical Oil and Gas Leasing |
| FWS000743-FWS000745.pdf | Email | 2021-05-25 | Perry, Neil D - BLM | Confirming they will update the historical Oil and Gas Leasing table |
| FWS000746-FWS000749.pdf | Email | 2021-05-25 | Perry, Neil D - BLM | BLM providing requested updated table data - acres available for Oil and Gas leasing |
| FWS000750-FWS000750.pdf | Attachment | -- | | GuSG RMP O&G leasing acres Report 20210525 - Excel "sheet 1" |
| FWS000751-FWS000751.pdf | Attachment | -- | | GuSG RMP O&G leasing acres Report 20210525 - Excel sheet 2 "data" |
| FWS000752-FWS000752.pdf | Attachment | -- | | Oil and Gas Leasing Table 8.3 - Summary of PRMP Effects on GuSG Critical Habitat (CH) |
| FWS000753-FWS000756.pdf | Email | 2021-05-26 | Broderdorp, Kurt - USFWS | Requesting withdrawn acreage figure of occupied and unoccupied GuSG Critical Habitat |
| FWS000757-FWS000761.pdf | Email | 2021-05-26 | Perry, Neil D - BLM | Responding to request - there are no acres of occupied that are withdrawn |
| FWS000762-FWS000762.pdf | Email | 2021-05-26 | Perry, Neil D - BLM | Updated GuSG stats - this email includes a yet more detailed summary of acres |
| FWS000763-FWS000764.pdf | Attachment | -- | | List of contributing NSO Stipulations on GuSG |
| FWS000765-FWS000765.pdf | Attachment | -- | | Excel spreadsheet 1 - GuSG habitat on the UFO RMP acreages; Open to fluid mineral |
| FWS000766-FWS000766.pdf | Attachment | -- | | Excel spreadsheet 1 - Sub-surface rights in acres by GuSG population areas Occupied and UnOccupied |
| **Documents** | -- | | | |
| FWS000767-FWS000924.pdf | Document | 2009-12-01 | CDOW | CO Division of Wildlife (CDOW) Statewide Summary comments/responses to the Information Request on GuSG, 158 p. |
| FWS000925-FWS000929.pdf | Tables | 2009-12-01 | CDOW | Data submittal - tables on GuSG acreages by populations, status and land management spreadsheet |
| FWS000930-FWS000943.pdf | Letter | 2013-12-02 | CPW | Letter of Final comments on the proposed listing of Gunnison sage-grouse (GuSG) as endangered |
| FWS000944-FWS000977.pdf | BA | 2014-01-23 | USDA Rural Dvlmt | Biological Assessment (BA) - South Canal North 12kV Electric Distribution Line  Rebuild from Sunnyside Road to Miguel Road |
| FWS000978-FWS000978.pdf | Memo | 2018-07-31 | BLM | Memo to FWS - Providing the Biological Assessment and Section 7 determinations for multiple species for the UFO Proposed RMP |
| FWS000979-FWS001642.pdf | PRMP | 2018-07-31 | BLM | Biological Assessment (BA) - Uncompahgre Field Office Proposed Resource Management Plan |
| FWS001643-FWS001645.pdf | Memo | 2018-12-17 | USFWS | Memo to BLM in response to BLM submission of a BA with FWS determinations, Biological Opinion – Revision of the Resource Management Plan for the UFO - signed dated |
| FWS001646-FWS001679.pdf | BO | 2018-12-17 | USFWS | Biological Opinion – Programmatic Biological Opinion Regarding the Effects from the implementation of the revised Resource Management Plan within the UFO BLM - signed dated |
| FWS001680-FWS002183.pdf | Publication | 2020-04-00 | BLM | UFO Record of Decision (ROD) and approved RMP April 2020 |
| FWS002184-FWS002200.pdf | NOI | 2020-08-19 | WWP | Western Watersheds Project (WWP) 60-day NOI to Remedy Violations of the Endangered Species Act Related Section 7 Consultation for the Uncompahgre Field Office (UFO) Resource Management Plan (RMP) and Supporting Biological Opinion (BiOp) |
| FWS002201-FWS002202.pdf | Letter | 2020-10-20 | USFWS | Letter to Talasi Brooks WWP on NOI Response |
| FWS002203-FWS002238.pdf | Publication | 2020-10-23 | USFWS | Final Recovery Plan for Gunnison Sage-grouse (centrocercus minimus)  - signed |
| FWS002239-FWS002295.pdf | Letter | 2020-10-27 | ECF | 120-cv-02484-MSK Document 10 Amended Petition challenging BLM approval of a revised RMP for UFO |
| FWS002296-FWS002344.pdf | Report | 2021-07-12 | USFWS | Species Status Assessment Report for Colorado hookless cactus (Sclerocactus glaucus and  Sclerocactus dawsonii) |
| FWS002345-FWS002349.pdf | Memo | 2021-07-26 | USFWS | Memo to BLM on revised BO for effects of the UFO RMP - signed |
| FWS002350-FWS002389.pdf | Biological Opinion | 2021-07-26 | USFWS | Revised Programmatic BO on Effects of implementation of the revised BLM UFO Resource Management Plan |

| Literature Cited | | | | |
|---|---|---|---|---|
| FWS002390-FWS002406.pdf | Literature | 2012 | Aldridge, C. L. et al. | Crucial Nesting Habitat for Gunnison Sage-Grouse: A Spatially Explicit Hierarchical Approach |
| FWS002407-FWS002445.pdf | Literature | 1977 | Amstrup, S.C. | Annual Progress Report Effects of coal extraction and related development on wildlife populations |
| FWS002446-FWS002457.pdf | Literature | 2003 | Beck, J. L. et al. | Changes in the distribution and status of sage-grouse in Utah |
| FWS002458-FWS002466.pdf | Literature | 2006 | Beck, J. L. et al. | Movements and survival of juvenile greater sage-grouse in southeastern Idaho |
| FWS002467-FWS002500.pdf | Literature | 2014 | BIO-Logic,Inc | Biological Assessment South Canal North 12kV Electric Distribution Line Rebuild from Sunnyside Road to Miguel Road |
| FWS002501-FWS002708.pdf | Literature | 1997 | Bureau Of Land Management (BLM) | Environmental assessment for standards for public land health and guidelines for livestock grazing management |
| FWS002709-FWS002801.pdf | Literature | 2002 | Bureau of Land Management | North Delta Land Health Assessment 2001-2002; North Delta Area, 2002 |
| FWS002802-FWS002803.pdf | Literature | 2021-05-25 | BLM | GuSG RMP O&G leasing acres Report 20210525 - Excel "sheet 1" and "data" |
| FWS002804-FWS002817.pdf | Literature | 1992 | Bowlin, W. R. et al. | The Reproductive Biology of Eriogonum Pelinophilum. Proceedings of the Southwestern Rare and Endangered Plant Conference |
| FWS002818-FWS002822.pdf | Literature | 1986 | Braun, C. E. | Changes in sage grouse lek counts with the advent of surface coal mining |
| FWS002823-FWS002841.pdf | Literature | 1998 | Braun, C. E. | Sage grouse declines in western North America: What are the problems? |
| FWS002842-FWS002848.pdf | Literature | 1976 | Braun, C. E. et al. | Conservation committee report on effects of alteration of sagebrush communities on the associated avifauna |
| FWS002849-FWS002855.pdf | Literature | 2002 | Braun, C. E. | Oil and gas development in western north america: effects on sagebrush steppe avifauna with particular emphasis on sage grouse |
| FWS002856-FWS002903.pdf | Literature | 2009 | Bui, T.-V. D. | The effects of nest and brood predation by common ravens (corvus corax) on greater sage-grouse (centrocercus urophasianus) in relation to land use in western Wyoming |
| FWS002904-FWS002933.pdf | Literature | 1985 | Call, M.W. and C. Maser | Wildlife habitats in managed rangelands: the great basin of southwest oregon:sage grouse |
| FWS002934-FWS002935.pdf | Literature | 2009 | Christianson, T. | Fence marking to reduce greater sage-grouse (centrocercus urophasianus) collisions and mortality near farson, wyoming – summary of interim results |
| FWS002936-FWS002941.pdf | Literature | 2014 | Colorado Natural Heritage Program (CNHP) | Element global rank report: sclerocactus glaucus colorado hookless cactus |
| FWS002942-FWS003140.pdf | Literature | 2007 | Coates, P. S. | Phd thesis greater sage-grouse (centrocercus urophasianus) |
| FWS003141-FWS003144.pdf | Literature | 2018 | Colorado Parks and Wildlife (CPW) | Unpublished Data-Gunnison sage grouse population trends 1996-2018 and Lek Count Data tables from Excel (Sheets 1-3) |
| FWS003145-FWS003151.pdf | Literature | 1988 | Connelly, J. W., Browers, H. W. and Gates, R. J. | Seasonal movements of sage grouse in southeastern Idaho |
| FWS003152-FWS003170.pdf | Literature | 2000 | Connelly et al. | Guidelines to manage grouse populations and their habitats |
| FWS003171-FWS003780.pdf | Literature | 2004 | Connelly, J. W., S. T. Knick, M. A. Schroeder, and S. J. Stiver | Conservation Assessment of Greater Sage-grouse and Sagebrush Habitats; Western Association of Fish and Wildlife Agencies. Unpublished Report. |
| FWS003781-FWS003808.pdf | Literature | 1985 | Ellis, K. L. | Effects of a New Transmission line on Distribution and Aerial Predation of breeding male Sage grouse |
| FWS003809-FWS003914.pdf | Literature | 1986 | Evans, C. C. | MS thesis the relationship to cattle grazing and sage grouse use of meadow habitat of the Sheldon National Wildlife Refuge |
| FWS003915-FWS003920.pdf | Literature | 2000 | Forman, R. T. T. | Estimate of the area affected ecologically by the road system in the united states |
| FWS003921-FWS003947.pdf | Literature | 1998 | Forman, R. T. T. and Alexander, L. E. | Roads and their major ecological effects; Annual review of Ecology and Systematics, Vol. 29 (1998), 207-231 |
| FWS003948-FWS003956.pdf | Literature | 2006 | Frey, S. N. and Conover, M. R. | Habitat use by meso-predators in a corridor environment |
| FWS003957-FWS003969.pdf | Literature | 2003 | Gelbard, J. L. and Belnap, J. | Roads as conduits for exotic plant invasions in a semiarid landscape |
| FWS003970-FWS004495.pdf | Literature | 2005 | Gunnison Sage-Grouse Rangewide Steering Committee (GSRSC) | Gunnison Sage-grouse Rangewide Conservation Plan April 2005 |
| FWS004496-FWS004523.pdf | Literature | 1994 | Heil, K.D. and Porter, M.J | Sclerocactus (cactaceae): a revision; reprinted from Haseltonia No. 2, 1994 |
| FWS004524-FWS004535.pdf | Literature | 2004 | Heil, K.D. and Porter, M.J | Flora of North America north of Mexico magnoliophyta: caryophyllidae, part 1 |
| FWS004536-FWS004750.pdf | Literature | 2005 | Holloran, M. J. | Greater Sage-Grouse (Centrocercus urophasianus) Population Response to Natural Gas Field Development in Western Wyoming. PhD |
| FWS004751-FWS004753.pdf | Literature | 2003 | Holloran and Anderson | Direct Identification of Northern Sage-grouse, Centrocercus urophasianus, Nest Predators Using Remote Sensing Cameras |
| FWS004754-FWS004761.pdf | Literature | 2010 | Holloran, M. J., Kaiser, R. C. and Hubert, W. A. | Yearling Greater Sage-Grouse Response to Energy Development in Wyoming |
| FWS004762-FWS004769.pdf | Literature | 1989 | Hupp and Braun | Topographic Distribution of Sage Grouse Foraging in Winter; The Journal of Wildlife Management, Vol. 53, No. 3 (Jul., 1989), pp. 823-829 |
| FWS004770-FWS004781.pdf | Literature | 1981 | Klebenow, D. A. | Livestock grazing interactions with sage grouse; Proceedings of the Wildlife - Livestock Relationships Symposium, ID Apr 20-22 1981 |
| FWS004782-FWS004805.pdf | Literature | 2003 | Knick, S.T. et al. | Teetering on the edge or too late? Conservation and research issues for avifauna of sagebrush habitats. |
| FWS004806-FWS004812.pdf | Literature | 1993 | Knight, R. L. and Kawashima, J. Y. | Responses of raven and red-tailed hawk populations to linear right-of-ways |
| FWS004813-FWS004822.pdf | Literature | 2008 | Kolb, A. | Habitat fragmentation reduces plant fitness by disturbing pollination and modifying response to herbivory |
| FWS004823-FWS004828.pdf | Literature | 1954 | Leach, H. R. and Hensley, A. L. | The Sage Grouse in California, with special reference to food habits |
| FWS004829-FWS004834.pdf | Literature | 2003 | Lyon, A. G. and Anderson, S. H. | Potential gas development impacts on sage grouse nest initiation and movement |
| FWS004835-FWS004862.pdf | Literature | 2002 | Manville, A. M. | Bird strikes and electrocutions at power lines, communication towers, and wind turbines: State of the art and state of the science – next steps toward mitigation |
| FWS004863-FWS004887.pdf | Literature | 2021 | McGlaughlin and Naibauer | Evolutionary groups within Colorado Sclerocactus Status Report – February 19, 2021 |
| FWS004888-FWS004916.pdf | Literature | 2017 | McGlaughlin and Neale | Genetic structure of Sclerocactus glaucus (Colorado Hookless Cactus) in Western Colorado Status Report Nov 27 2017 |
| FWS004917-FWS004944.pdf | Literature | 2001 | Merritt et al. | Multi-species grazing and leafy spurge |
| FWS004945-FWS004953.pdf | Literature | 2018 | Natureserve | Sclerocactus-glaucus: colorado hookless cactus on NatureServe Explorer 2.0 |
| FWS004954-FWS004960.pdf | Literature | 2001 | Olson, B. E. and Wallander, R. T. | Sheep grazing spotted knapweed and idaho fescue |
| FWS004961-FWS005116.pdf | Literature | 1999 | Oyler-Mccance, S. J. | Genetic and habitat factors underlying conservation strategies for Gunnison sage-grouse. |
| FWS005117-FWS005125.pdf | Literature | 2001 | Oyler-Mccance, S. J. et al. | Influence of changes in sagebrush on gunnison sage grouse in southwestern colorado |
| FWS005126-FWS005152.pdf | Literature | 1952 | Patterson, R.L - Wyoming Game and Fish Commission | The Sage grouse in Wyoming, book |
| FWS005153-FWS005179.pdf | Literature | 2013 | Piquette, D. et al. | Acoustic soundscapes in the Gunnison basin and effects of anthropogenic noise on Gunnison sage-grouse (centrocercus minimus) in the Gunnison basin, Colorado |
| FWS005180-FWS005186.pdf | Literature | 1989 | Riggs, R. A. and Urness, P. J. | Effects of goat browsing on gambel oak communities in northern Utah |
| FWS005187-FWS005214.pdf | Literature | 1999 | Schroeder, M. A. et al. | Sage grouse - The Birds of North America |
| FWS005215-FWS005228.pdf | Literature | 2004 | Schroeder, M. A. et al. | Distribution of Sage-grouse in North America |
| FWS005229-FWS005244.pdf | Literature | 2014 | Schwbe,A. et al. | Examining the genetic integrity of a rare endemic Colorado cactus (Sclerocactus glaucus) in the face of hybridization threats from a close and widespread congener (Sclerocactus parviflorus); Conservation Genetics |
| FWS005245-FWS005256.pdf | Literature | 1993 | Steenhof, K., Kochert, M. N. and Roppe, J. A. | Nesting by raptors and common ravens on electrical transmission line towers |
| FWS005257-FWS005388.pdf | Literature | 2015 | Stiver, S. J. et al. | Sage-grouse habitat assessment framework - a multiscale assessment tool. Technical Reference 6710-1. |
| FWS005389-FWS005394.pdf | Literature | 2011 | Tepedino, V. J. et al. | Diversity and pollination value of insects visiting the flowers of a rare buckwheat (eriogonum pelinophilum: polygonaceae) in disturbed and "natural" areas |
| FWS005395-FWS005421.pdf | Literature | 2009 | Tepedino, V. J. | The pollination biology of a piceance basin endemic, physaria obcordata (cruciferae), PhD |
| FWS005422-FWS005443.pdf | Literature | 1988 | USFWS | Recovery Plan for the Clay-loving wild buckwheat |
| FWS005444-FWS005460.pdf | Literature | 2010 | USFWS | Recovery Outline for the Colorado Hookless Cactus (Sclerocactus glaucus) |
| FWS005461-FWS005471.pdf | Literature | 2002 | Vander Haegan, M. W. et al. | Predation on real and artificial nests in shrubsteppe landscapes fragmented by agriculture |
| FWS005472-FWS005482.pdf | Literature | 2007 | Walker, B. L., Naugle, D. E. and Doherty, K. E. | Greater sage-grouse population response to energy development and habitat loss |
| FWS005483-FWS005485.pdf | Literature | 1975 | Wallestad, R. O. et al. | Foods of adult sage grouse in central Montana |

| File | Type | Date | Source | Description |
|---|---|---|---|---|
| FWS005486-FWS005507.pdf | Literature | 2011 | Wisdom, M. J. et al. | Factors associated with extirpation of sage-grouse |
| FWS005508-FWS005633.pdf | Literature | 1994 | Young, J. R | The influence of sexual selection on phenotypic and genetic divergence among sage grouse populations |
| FWS005634-FWS005643.pdf | Literature | 2000 | Young, J. R et al. | A new species of sage grouse (phasianidae: centrocercus) from southwestern Colorado |
| FWS005644-FWS005670.pdf | Literature | 2015 | Young, J. R et al. | Gunnison Sage-grouse; Birds of N America No. 721, 2015 |
| **Data Records - CO Hookless Cactus** | | | | |
| FWS005671-FWS005672.pdf | Spp Occurrence Data | 2017-02-08 | CO Natural Heritage Program | L2_EO_SName-Sclerocactus glaucus_EOID-13_2-8-2017 |
| FWS005673-FWS005675.pdf | Spp Occurrence Data | 2017-02-08 | CO Natural Heritage Program | L2_EO_SName-Sclerocactus glaucus_EOID-92_2-8-2017 |
| FWS005676-FWS005678.pdf | Spp Occurrence Data | 2017-02-08 | CO Natural Heritage Program | L2_EO_SName-Sclerocactus glaucus_EOID-710_2-8-2017 |
| FWS005679-FWS005681.pdf | Spp Occurrence Data | 2017-02-08 | CO Natural Heritage Program | L2_EO_SName-Sclerocactus glaucus_EOID-737_2-8-2017 |
| FWS005682-FWS005684.pdf | Spp Occurrence Data | 2017-02-08 | CO Natural Heritage Program | L2_EO_SName-Sclerocactus glaucus_EOID-899_2-8-2017 |
| FWS005685-FWS005687.pdf | Spp Occurrence Data | 2017-02-08 | CO Natural Heritage Program | L2_EO_SName-Sclerocactus glaucus_EOID-1500_2-8-2017 |
| FWS005688-FWS005690.pdf | Spp Occurrence Data | 2017-02-08 | CO Natural Heritage Program | L2_EO_SName-Sclerocactus glaucus_EOID-1573_2-8-2017 |
| FWS005691-FWS005692.pdf | Spp Occurrence Data | 2017-02-08 | CO Natural Heritage Program | L2_EO_SName-Sclerocactus glaucus_EOID-1574_2-8-2017 |
| FWS005693-FWS005694.pdf | Spp Occurrence Data | 2017-02-08 | CO Natural Heritage Program | L2_EO_SName-Sclerocactus glaucus_EOID-1619_2-8-2017 |
| FWS005695-FWS005697.pdf | Spp Occurrence Data | 2017-02-08 | CO Natural Heritage Program | L2_EO_SName-Sclerocactus glaucus_EOID-1705_2-8-2017 |
| FWS005698-FWS005699.pdf | Spp Occurrence Data | 2017-02-08 | CO Natural Heritage Program | L2_EO_SName-Sclerocactus glaucus_EOID-1747_2-8-2017 |
| FWS005700-FWS005701.pdf | Spp Occurrence Data | 2017-02-08 | CO Natural Heritage Program | L2_EO_SName-Sclerocactus glaucus_EOID-2184_2-8-2017 |
| FWS005702-FWS005704.pdf | Spp Occurrence Data | 2017-02-08 | CO Natural Heritage Program | L2_EO_SName-Sclerocactus glaucus_EOID-2519_2-8-2017 |
| FWS005705-FWS005706.pdf | Spp Occurrence Data | 2017-02-08 | CO Natural Heritage Program | L2_EO_SName-Sclerocactus glaucus_EOID-2655_2-8-2017 |
| FWS005707-FWS005708.pdf | Spp Occurrence Data | 2017-02-08 | CO Natural Heritage Program | L2_EO_SName-Sclerocactus glaucus_EOID-3005_2-8-2017 |
| FWS005709-FWS005710.pdf | Spp Occurrence Data | 2017-02-08 | CO Natural Heritage Program | L2_EO_SName-Sclerocactus glaucus_EOID-3133_2-8-2017 |
| FWS005711-FWS005712.pdf | Spp Occurrence Data | 2017-02-08 | CO Natural Heritage Program | L2_EO_SName-Sclerocactus glaucus_EOID-3139_2-8-2017 |
| FWS005713-FWS005714.pdf | Spp Occurrence Data | 2017-02-08 | CO Natural Heritage Program | L2_EO_SName-Sclerocactus glaucus_EOID-3140_2-8-2017 |
| FWS005715-FWS005717.pdf | Spp Occurrence Data | 2017-02-08 | CO Natural Heritage Program | L2_EO_SName-Sclerocactus glaucus_EOID-3239_2-8-2017 |
| FWS005718-FWS005719.pdf | Spp Occurrence Data | 2017-02-08 | CO Natural Heritage Program | L2_EO_SName-Sclerocactus glaucus_EOID-3322_2-8-2017 |
| FWS005720-FWS005723.pdf | Spp Occurrence Data | 2017-02-08 | CO Natural Heritage Program | L2_EO_SName-Sclerocactus glaucus_EOID-3901_2-8-2017 |
| FWS005724-FWS005727.pdf | Spp Occurrence Data | 2017-02-08 | CO Natural Heritage Program | L2_EO_SName-Sclerocactus glaucus_EOID-3911_2-8-2017 |
| FWS005728-FWS005729.pdf | Spp Occurrence Data | 2017-02-08 | CO Natural Heritage Program | L2_EO_SName-Sclerocactus glaucus_EOID-4738_2-8-2017 |
| FWS005730-FWS005731.pdf | Spp Occurrence Data | 2017-02-08 | CO Natural Heritage Program | L2_EO_SName-Sclerocactus glaucus_EOID-5162_2-8-2017 |
| FWS005732-FWS005734.pdf | Spp Occurrence Data | 2017-02-08 | CO Natural Heritage Program | L2_EO_SName-Sclerocactus glaucus_EOID-5465_2-8-2017 |
| FWS005735-FWS005736.pdf | Spp Occurrence Data | 2017-02-08 | CO Natural Heritage Program | L2_EO_SName-Sclerocactus glaucus_EOID-5693_2-8-2017 |
| FWS005737-FWS005738.pdf | Spp Occurrence Data | 2017-02-08 | CO Natural Heritage Program | L2_EO_SName-Sclerocactus glaucus_EOID-5696_2-8-2017 |
| FWS005739-FWS005740.pdf | Spp Occurrence Data | 2017-02-08 | CO Natural Heritage Program | L2_EO_SName-Sclerocactus glaucus_EOID-5866_2-8-2017 |
| FWS005741-FWS005744.pdf | Spp Occurrence Data | 2017-02-08 | CO Natural Heritage Program | L2_EO_SName-Sclerocactus glaucus_EOID-6148_2-8-2017 |
| FWS005745-FWS005747.pdf | Spp Occurrence Data | 2017-02-08 | CO Natural Heritage Program | L2_EO_SName-Sclerocactus glaucus_EOID-6162_2-8-2017 |
| FWS005748-FWS005749.pdf | Spp Occurrence Data | 2017-02-08 | CO Natural Heritage Program | L2_EO_SName-Sclerocactus glaucus_EOID-6385_2-8-2017 |
| FWS005750-FWS005752.pdf | Spp Occurrence Data | 2017-02-08 | CO Natural Heritage Program | L2_EO_SName-Sclerocactus glaucus_EOID-6584_2-8-2017 |
| FWS005753-FWS005754.pdf | Spp Occurrence Data | 2017-02-08 | CO Natural Heritage Program | L2_EO_SName-Sclerocactus glaucus_EOID-7294_2-8-2017 |
| FWS005755-FWS005756.pdf | Spp Occurrence Data | 2017-02-08 | CO Natural Heritage Program | L2_EO_SName-Sclerocactus glaucus_EOID-7583_2-8-2017 |
| FWS005757-FWS005759.pdf | Spp Occurrence Data | 2017-02-08 | CO Natural Heritage Program | L2_EO_SName-Sclerocactus glaucus_EOID-7805_2-8-2017 |
| FWS005760-FWS005761.pdf | Spp Occurrence Data | 2017-02-08 | CO Natural Heritage Program | L2_EO_SName-Sclerocactus glaucus_EOID-7828_2-8-2017 |
| FWS005762-FWS005763.pdf | Spp Occurrence Data | 2017-02-08 | CO Natural Heritage Program | L2_EO_SName-Sclerocactus glaucus_EOID-8124_2-8-2017 |
| FWS005764-FWS005766.pdf | Spp Occurrence Data | 2017-02-08 | CO Natural Heritage Program | L2_EO_SName-Sclerocactus glaucus_EOID-8177_2-8-2017 |
| FWS005767-FWS005769.pdf | Spp Occurrence Data | 2017-02-08 | CO Natural Heritage Program | L2_EO_SName-Sclerocactus glaucus_EOID-8555_2-8-2017 |
| FWS005770-FWS005772.pdf | Spp Occurrence Data | 2017-02-08 | CO Natural Heritage Program | L2_EO_SName-Sclerocactus glaucus_EOID-8607_2-8-2017 |
| FWS005773-FWS005775.pdf | Spp Occurrence Data | 2017-02-08 | CO Natural Heritage Program | L2_EO_SName-Sclerocactus glaucus_EOID-8767_2-8-2017 |
| FWS005776-FWS005778.pdf | Spp Occurrence Data | 2017-02-08 | CO Natural Heritage Program | L2_EO_SName-Sclerocactus glaucus_EOID-8768_2-8-2017 |
| FWS005779-FWS005780.pdf | Spp Occurrence Data | 2017-02-08 | CO Natural Heritage Program | L2_EO_SName-Sclerocactus glaucus_EOID-8815_2-8-2017 |
| FWS005781-FWS005783.pdf | Spp Occurrence Data | 2017-02-08 | CO Natural Heritage Program | L2_EO_SName-Sclerocactus glaucus_EOID-8973_2-8-2017 |
| FWS005784-FWS005785.pdf | Spp Occurrence Data | 2017-02-08 | CO Natural Heritage Program | L2_EO_SName-Sclerocactus glaucus_EOID-8995_2-8-2017 |
| FWS005786-FWS005787.pdf | Spp Occurrence Data | 2017-02-08 | CO Natural Heritage Program | L2_EO_SName-Sclerocactus glaucus_EOID-9185_2-8-2017 |
| FWS005788-FWS005791.pdf | Spp Occurrence Data | 2017-02-08 | CO Natural Heritage Program | L2_EO_SName-Sclerocactus glaucus_EOID-9212_2-8-2017 |
| FWS005792-FWS005795.pdf | Spp Occurrence Data | 2017-02-08 | CO Natural Heritage Program | L2_EO_SName-Sclerocactus glaucus_EOID-9463_2-8-2017 |
| FWS005796-FWS005797.pdf | Spp Occurrence Data | 2017-02-08 | CO Natural Heritage Program | L2_EO_SName-Sclerocactus glaucus_EOID-9894_2-8-2017 |
| FWS005798-FWS005800.pdf | Spp Occurrence Data | 2017-02-08 | CO Natural Heritage Program | L2_EO_SName-Sclerocactus glaucus_EOID-9968_2-8-2017 |
| FWS005801-FWS005805.pdf | Spp Occurrence Data | 2017-02-08 | CO Natural Heritage Program | L2_EO_SName-Sclerocactus glaucus_EOID-10211_2-8-2017 |
| FWS005806-FWS005809.pdf | Spp Occurrence Data | 2017-02-08 | CO Natural Heritage Program | L2_EO_SName-Sclerocactus glaucus_EOID-10212_2-8-2017 |
| FWS005810-FWS005812.pdf | Spp Occurrence Data | 2017-02-08 | CO Natural Heritage Program | L2_EO_SName-Sclerocactus glaucus_EOID-10296_2-8-2017 |
| FWS005813-FWS005814.pdf | Spp Occurrence Data | 2017-02-08 | CO Natural Heritage Program | L2_EO_SName-Sclerocactus glaucus_EOID-10354_2-8-2017 |
| FWS005815-FWS005816.pdf | Spp Occurrence Data | 2017-02-08 | CO Natural Heritage Program | L2_EO_SName-Sclerocactus glaucus_EOID-10382_2-8-2017 |
| FWS005817-FWS005818.pdf | Spp Occurrence Data | 2017-02-08 | CO Natural Heritage Program | L2_EO_SName-Sclerocactus glaucus_EOID-10799_2-8-2017 |
| FWS005819-FWS005820.pdf | Spp Occurrence Data | 2017-02-08 | CO Natural Heritage Program | L2_EO_SName-Sclerocactus glaucus_EOID-11021_2-8-2017 |
| FWS005821-FWS005824.pdf | Spp Occurrence Data | 2017-02-08 | CO Natural Heritage Program | L2_EO_SName-Sclerocactus glaucus_EOID-11023_2-8-2017 |
| FWS005825-FWS005826.pdf | Spp Occurrence Data | 2017-02-08 | CO Natural Heritage Program | L2_EO_SName-Sclerocactus glaucus_EOID-11052_2-8-2017 |
| FWS005827-FWS005828.pdf | Spp Occurrence Data | 2017-02-08 | CO Natural Heritage Program | L2_EO_SName-Sclerocactus glaucus_EOID-12387_2-8-2017 |
| FWS005829-FWS005830.pdf | Spp Occurrence Data | 2017-02-08 | CO Natural Heritage Program | L2_EO_SName-Sclerocactus glaucus_EOID-13294_2-8-2017 |
| FWS005831-FWS005832.pdf | Spp Occurrence Data | 2017-02-08 | CO Natural Heritage Program | L2_EO_SName-Sclerocactus glaucus_EOID-13629_2-8-2017 |

| File | Type | Date | Source | Description |
|---|---|---|---|---|
| FWS005833-FWS005836.pdf | Spp Occurrence Data | 2017-02-08 | CO Natural Heritage Program | L2_EO_SName-Sclerocactus glaucus_EOID-13630_2-8-2017 |
| FWS005837-FWS005840.pdf | Spp Occurrence Data | 2017-02-08 | CO Natural Heritage Program | L2_EO_SName-Sclerocactus glaucus_EOID-13631_2-8-2017 |
| FWS005841-FWS005844.pdf | Spp Occurrence Data | 2017-02-08 | CO Natural Heritage Program | L2_EO_SName-Sclerocactus glaucus_EOID-14037_2-8-2017 |
| FWS005845-FWS005846.pdf | Spp Occurrence Data | 2017-02-08 | CO Natural Heritage Program | L2_EO_SName-Sclerocactus glaucus_EOID-14038_2-8-2017 |
| FWS005847-FWS005849.pdf | Spp Occurrence Data | 2017-02-08 | CO Natural Heritage Program | L2_EO_SName-Sclerocactus glaucus_EOID-14040_2-8-2017 |
| FWS005850-FWS005851.pdf | Spp Occurrence Data | 2017-02-08 | CO Natural Heritage Program | L2_EO_SName-Sclerocactus glaucus_EOID-14041_2-8-2017 |
| FWS005852-FWS005854.pdf | Spp Occurrence Data | 2017-02-08 | CO Natural Heritage Program | L2_EO_SName-Sclerocactus glaucus_EOID-14553_2-8-2017 |
| FWS005855-FWS005856.pdf | Spp Occurrence Data | 2017-02-08 | CO Natural Heritage Program | L2_EO_SName-Sclerocactus glaucus_EOID-14568_2-8-2017 |
| FWS005857-FWS005858.pdf | Spp Occurrence Data | 2017-02-08 | CO Natural Heritage Program | L2_EO_SName-Sclerocactus glaucus_EOID-14575_2-8-2017 |
| FWS005859-FWS005860.pdf | Spp Occurrence Data | 2017-02-08 | CO Natural Heritage Program | L2_EO_SName-Sclerocactus glaucus_EOID-14765_2-8-2017 |
| FWS005861-FWS005863.pdf | Spp Occurrence Data | 2017-02-08 | CO Natural Heritage Program | L2_EO_SName-Sclerocactus glaucus_EOID-14766_2-8-2017 |
| FWS005864-FWS005865.pdf | Spp Occurrence Data | 2017-02-08 | CO Natural Heritage Program | L2_EO_SName-Sclerocactus glaucus_EOID-14767_2-8-2017 |
| FWS005866-FWS005867.pdf | Spp Occurrence Data | 2017-02-08 | CO Natural Heritage Program | L2_EO_SName-Sclerocactus glaucus_EOID-15034_2-8-2017 |
| FWS005868-FWS005869.pdf | Spp Occurrence Data | 2017-02-08 | CO Natural Heritage Program | L2_EO_SName-Sclerocactus glaucus_EOID-15046_2-8-2017 |
| FWS005870-FWS005871.pdf | Spp Occurrence Data | 2017-02-08 | CO Natural Heritage Program | L2_EO_SName-Sclerocactus glaucus_EOID-15047_2-8-2017 |
| FWS005872-FWS005873.pdf | Spp Occurrence Data | 2017-02-08 | CO Natural Heritage Program | L2_EO_SName-Sclerocactus glaucus_EOID-15082_2-8-2017 |
| FWS005874-FWS005875.pdf | Spp Occurrence Data | 2017-02-08 | CO Natural Heritage Program | L2_EO_SName-Sclerocactus glaucus_EOID-15083_2-8-2017 |
| FWS005876-FWS005877.pdf | Spp Occurrence Data | 2017-02-08 | CO Natural Heritage Program | L2_EO_SName-Sclerocactus glaucus_EOID-15084_2-8-2017 |
| FWS005878-FWS005879.pdf | Spp Occurrence Data | 2017-02-08 | CO Natural Heritage Program | L2_EO_SName-Sclerocactus glaucus_EOID-15339_2-8-2017 |
| FWS005880-FWS005881.pdf | Spp Occurrence Data | 2017-02-08 | CO Natural Heritage Program | L2_EO_SName-Sclerocactus glaucus_EOID-15341_2-8-2017 |
| FWS005882-FWS005883.pdf | Spp Occurrence Data | 2017-02-08 | CO Natural Heritage Program | L2_EO_SName-Sclerocactus glaucus_EOID-15353_2-8-2017 |
| FWS005884-FWS005886.pdf | Spp Occurrence Data | 2017-02-08 | CO Natural Heritage Program | L2_EO_SName-Sclerocactus glaucus_EOID-15398_2-8-2017 |
| FWS005887-FWS005888.pdf | Spp Occurrence Data | 2017-02-08 | CO Natural Heritage Program | L2_EO_SName-Sclerocactus glaucus_EOID-15399_2-8-2017 |
| FWS005889-FWS005890.pdf | Spp Occurrence Data | 2017-02-08 | CO Natural Heritage Program | L2_EO_SName-Sclerocactus glaucus_EOID-15411_2-8-2017 |
| FWS005891-FWS005892.pdf | Spp Occurrence Data | 2017-02-08 | CO Natural Heritage Program | L2_EO_SName-Sclerocactus glaucus_EOID-15413_2-8-2017 |
| FWS005893-FWS005895.pdf | Spp Occurrence Data | 2017-02-08 | CO Natural Heritage Program | L2_EO_SName-Sclerocactus glaucus_EOID-15422_2-8-2017 |
| FWS005896-FWS005897.pdf | Spp Occurrence Data | 2017-02-08 | CO Natural Heritage Program | L2_EO_SName-Sclerocactus glaucus_EOID-15423_2-8-2017 |
| FWS005898-FWS005899.pdf | Spp Occurrence Data | 2017-02-08 | CO Natural Heritage Program | L2_EO_SName-Sclerocactus glaucus_EOID-15424_2-8-2017 |
| FWS005900-FWS005901.pdf | Spp Occurrence Data | 2017-02-08 | CO Natural Heritage Program | L2_EO_SName-Sclerocactus glaucus_EOID-15425_2-8-2017 |
| FWS005902-FWS005904.pdf | Spp Occurrence Data | 2017-02-08 | CO Natural Heritage Program | L2_EO_SName-Sclerocactus glaucus_EOID-15535_2-8-2017 |
| FWS005905-FWS005906.pdf | Spp Occurrence Data | 2017-02-08 | CO Natural Heritage Program | L2_EO_SName-Sclerocactus glaucus_EOID-15537_2-8-2017 |
| FWS005907-FWS005908.pdf | Spp Occurrence Data | 2017-02-08 | CO Natural Heritage Program | L2_EO_SName-Sclerocactus glaucus_EOID-15631_2-8-2017 |
| FWS005909-FWS005910.pdf | Spp Occurrence Data | 2017-02-08 | CO Natural Heritage Program | L2_EO_SName-Sclerocactus glaucus_EOID-15632_2-8-2017 |
| FWS005911-FWS005912.pdf | Spp Occurrence Data | 2017-02-08 | CO Natural Heritage Program | L2_EO_SName-Sclerocactus glaucus_EOID-15633_2-8-2017 |
| FWS005913-FWS005914.pdf | Spp Occurrence Data | 2017-02-08 | CO Natural Heritage Program | L2_EO_SName-Sclerocactus glaucus_EOID-15636_2-8-2017 |
| FWS005915-FWS005916.pdf | Spp Occurrence Data | 2017-02-08 | CO Natural Heritage Program | L2_EO_SName-Sclerocactus glaucus_EOID-15637_2-8-2017 |
| FWS005917-FWS005918.pdf | Spp Occurrence Data | 2017-02-08 | CO Natural Heritage Program | L2_EO_SName-Sclerocactus glaucus_EOID-15639_2-8-2017 |
| FWS005919-FWS005920.pdf | Spp Occurrence Data | 2017-02-08 | CO Natural Heritage Program | L2_EO_SName-Sclerocactus glaucus_EOID-15640_2-8-2017 |
| FWS005921-FWS005923.pdf | Spp Occurrence Data | 2017-02-08 | CO Natural Heritage Program | L2_EO_SName-Sclerocactus glaucus_EOID-15855_2-8-2017 |
| FWS005924-FWS005926.pdf | Spp Occurrence Data | 2017-02-08 | CO Natural Heritage Program | L2_EO_SName-Sclerocactus glaucus_EOID-15856_2-8-2017 |
| FWS005927-FWS005929.pdf | Spp Occurrence Data | 2017-02-08 | CO Natural Heritage Program | L2_EO_SName-Sclerocactus glaucus_EOID-15857_2-8-2017 |
| FWS005930-FWS005932.pdf | Spp Occurrence Data | 2017-02-08 | CO Natural Heritage Program | L2_EO_SName-Sclerocactus glaucus_EOID-15858_2-8-2017 |
| FWS005933-FWS005935.pdf | Spp Occurrence Data | 2017-02-08 | CO Natural Heritage Program | L2_EO_SName-Sclerocactus glaucus_EOID-15862_2-8-2017 |
| FWS005936-FWS005938.pdf | Spp Occurrence Data | 2017-02-08 | CO Natural Heritage Program | L2_EO_SName-Sclerocactus glaucus_EOID-15863_2-8-2017 |
| FWS005939-FWS005940.pdf | Spp Occurrence Data | 2017-02-08 | CO Natural Heritage Program | L2_EO_SName-Sclerocactus glaucus_EOID-15864_2-8-2017 |
| FWS005941-FWS005942.pdf | Spp Occurrence Data | 2017-02-08 | CO Natural Heritage Program | L2_EO_SName-Sclerocactus glaucus_EOID-15865_2-8-2017 |
| FWS005943-FWS005945.pdf | Spp Occurrence Data | 2017-02-08 | CO Natural Heritage Program | L2_EO_SName-Sclerocactus glaucus_EOID-15866_2-8-2017 |
| FWS005946-FWS005947.pdf | Spp Occurrence Data | 2017-02-08 | CO Natural Heritage Program | L2_EO_SName-Sclerocactus glaucus_EOID-15867_2-8-2017 |
| FWS005948-FWS005949.pdf | Spp Occurrence Data | 2017-02-08 | CO Natural Heritage Program | L2_EO_SName-Sclerocactus glaucus_EOID-15868_2-8-2017 |
| FWS005950-FWS005951.pdf | Spp Occurrence Data | 2017-02-08 | CO Natural Heritage Program | L2_EO_SName-Sclerocactus glaucus_EOID-15869_2-8-2017 |
| FWS005952-FWS005953.pdf | Spp Occurrence Data | 2017-02-08 | CO Natural Heritage Program | L2_EO_SName-Sclerocactus glaucus_EOID-15876_2-8-2017 |
| FWS005954-FWS005955.pdf | Spp Occurrence Data | 2017-02-08 | CO Natural Heritage Program | L2_EO_SName-Sclerocactus glaucus_EOID-15878_2-8-2017 |
| **Literature Considered (not cited)** | | | | |
| FWS005956-FWS005981.pdf | Literature | 2006 | Braun,C.E. | A Blueprint for Sage-grouse Conservation and Recovery May 2006 |
| FWS005982-FWS005985.pdf | Literature | 2019 | Dahlgren and Thacker | Livestock Grazing and Sage-grouse_ Science Policy and the 7-inc.pdf |
| FWS005986-FWS005996.pdf | Literature | 2016 | Gibson et al. | Evaluating vegetation effects on animal demographics: the role of plant phenology and sampling bias |
| FWS005997-FWS006005.pdf | Literature | 2007 | Hagen et al. | A meta-analysis of greater sage-grouse Centrocercus urophasianus nesting and brood-rearing habitats. Wildl. Biol. 13 (Suppl. 1): 42-50. |
| FWS006006-FWS006014.pdf | Literature | 2017 | Smith et al. | Phenology largely explains taller grass at successful nests in greater sage- grouse.  Ecol Evol. 2017; 00:1–9. |