## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-2484

CITIZENS FOR A HEALTHY COMMUNITY, *et al.*

    Plaintiffs,

v.

UNITED STATES BUREAU OF LAND MANAGEMENT, an agency of the U. S. Department of Interior, *et al.*,

    Defendants.

## ENTRY OF APPEARANCE OF EDWARD B. ZUKOSKI
## FOR PLAINTIFF CENTER FOR BIOLOGICAL DIVERSITY

I, Edward B. Zukoski, hereby enter my appearance in the above captioned case as counsel for plaintiff Center for Biological Diversity. I hereby certify that I am a member in good standing of the bar of this court.

Respectfully submitted, May 12, 2022

*/s/ Edward B. Zukoski*
Edward B. Zukoski
Center for Biological Diversity
1536 Wynkoop Street, Suite 421
Denver, CO 80202
Tel: (303) 641-3149
tzukoski@biologicaldiversity.org

1

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing is being filed with the Clerk of the Court using the Court's CM/ECF system, thereby serving it on all parties of record on May 12, 2022.

*/s/ Edward B. Zukoski*
Edward B. Zukoski