IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:20-cv-2484

CITIZENS FOR A HEALTHY COMMUNITY, *et al.*,

    Petitioners,

v.

UNITED STATES BUREAU OF LAND MANAGEMENT, *et al.*,

    Federal Respondents.

## NOTICE OF FILING THE U.S. BUREAU OF LAND MANAGEMENT'S ADMINISTRATIVE RECORD SUPPLEMENT

    Federal Respondents hereby give notice of the filing of the U.S. Bureau of Land Management's administrative record supplement. The index to the administrative record supplement and a certification of the administrative record are attached hereto. Federal Respondents are sending copies of a flash drive containing the administrative record supplement to the Court and are circulating the administrative record supplement to the parties via electronic file sharing.

    Respectfully submitted this 1st day of June, 2022

                              TODD KIM
                              Assistant Attorney General
                              Environment and Natural Resources Division
                              United States Department of Justice

                              */s/ Luther L. Hajek*
                              LUTHER L. HAJEK

Senior Attorney
Natural Resources Section
999 18th Street, South Terrace, Suite 370
Denver, CO  80202
Phone:     (303) 844-1376

*/s/ Rickey D. Turner, Jr.*
RICKEY D. TURNER, JR. (CO Bar No. 38353)
Senior Attorney
Wildlife and Marine Resources Section
999 18th Street, South Terrace, Suite 370
Denver, CO  80202
Phone:     (303) 844-1373

*Attorneys for Federal Respondents*