IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:20-cv-02484

CITIZENS FOR A HEALTHY COMMUNITY, *et al.*,

    Petitioners,

v.

UNITED STATES BUREAU OF LAND MANAGEMENT, *et al.*,

    Federal Respondents.

## CERTIFICATION OF BLM'S ADMINISTRATIVE RECORD SUPPLEMENT

I, Angela LoSasso, in accordance with the requirements of 28 U.S.C. § 1746, declare:

1. I am currently employed by the United States Department of the Interior, Bureau of Land Management (BLM), Uncompahgre Field Office, as the Environmental Coordinator, a position that I have held since October 9, 2019. In that capacity, I oversaw the compilation of the administrative record for the Uncompahgre Resource Management Plan.

2. The BLM initially lodged the administrative record on April 9, 2021. After further review and discussion with Plaintiffs, the BLM identified documents that had been inadvertently omitted or had failed to transfer correctly due to technical issues. The BLM now files a supplement to the administrative record to correct those issues.

3. I have personally reviewed the contents of the administrative record supplement for the Uncompahgre RMP. To the best of my knowledge and belief, the revised index to the administrative record submitted herewith provides a true, accurate, and complete listing

of the documents in the Department of the Interior's files that were considered, either directly or indirectly, by the relevant decision-makers regarding the approval of the Uncompahgre Resource Management Plan.

4. Several documents in the administrative record have been partially redacted, or withheld in full, to protect information subject to the attorney-client communication privilege, cultural resource information, paleontological resource information, and personally identifiable information. These documents are identified in the accompanying index to the administrative record.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on June 1, 2022, in Montrose, Colorado.

_____
Angela LoSasso