**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:20-cv-2484

CITIZENS FOR A HEALTHY COMMUNITY, *et al.*,

    Petitioners,

v.

UNITED STATES BUREAU OF LAND MANAGEMENT, *et al.*,

    Federal Respondents.

---

**JOINT MOTION FOR EXTENSION OF TIME**

---

    Pursuant to Fed. R. Civ. P. 6(b)(1)(A), the Parties to the above-captioned action hereby request an extension of all remaining deadlines set forth in the Proposed Joint Case Management Plan (Dkt. 114), adopted by Order of this Court on January 13, 2022 (Dkt. 115). The Parties have reached an agreement in principle on the terms of a negotiated settlement agreement that will dispose of Plaintiffs' claims, and now seek an extension of 60 days to allow them to finalize and obtain formal approval for that agreement without expending additional judicial or Party resources on active litigation.

    Good cause exists for the Parties' requested extension. In response to the Court's Order dated November 23, 2021 (Dkt. 110), the Parties resumed active litigation according to the schedule set forth in the Joint Case Management Plan while continuing to engage in good faith efforts to reach a negotiated resolution of Plaintiffs' Claims. Due in part to parallel settlement

negotiations regarding the same challenged agency action—the Uncompahgre Resource Management Plan and its associated Environmental Impact Statement and Record of Decision—that were simultaneously occurring in *State of Colorado v. Bureau of Land Management*, 1:21-cv-00129 (D. Colo.), and *W. Slope Conservation Ctr. v. BLM*, 1:20-cv-2787 (D. Colo.), final agreement to a negotiated settlement fully resolving Plaintiffs' claims in a manner consistent with the settlements in those actions took significant time. Nonetheless, the parties have now reached an agreement in principle and are in the process of finalizing the settlement agreement and obtaining formal approval for settlement, which places them on a fundamentally different footing than when the stay expired in this matter on January 6, 2022 (Dkt. 110). Allowing the requested extension of time will obviate the need for further proceedings in this matter and serve the interests of judicial efficiency by allowing the Parties sufficient time to finalize and obtain formal approval of the settlement agreement without expending judicial or Party resources on the resolution of record disputes or merits briefing which are no longer necessary to the final resolution of this matter.

      For the reasons set forth above, the Parties respectfully request an order granting a 60-day extension of all remaining deadlines in the Joint Case Management Plan (Dkt. 114). A proposed order is attached hereto. The Parties propose to file a status report no later than 60 days following the issuance of such order.

      RESPECTFULLY SUBMITTED this 24th day of June, 2022.

      */s/ Melissa Hornbein*
      Melissa A. Hornbein
      WESTERN ENVIRONMENTAL LAW CENTER
      103 Reeder's Alley

Helena, MT
(p) 406.708.3058
hornbein@westernlaw.org

Kyle J. Tisdel (CO Bar No. 42098)
WESTERN ENVIRONMENTAL LAW CENTER
208 Paseo del Pueblo Sur, Suite 602
Taos, New Mexico 87571
(p) 575.613.8050
tisdel@westernlaw.org

*Counsel for Petitioners*

*/s/ Edward B. Zukoski*
Edward B. Zukoski
CENTER FOR BIOLOGICAL DIVERSITY
1536 Wynkoop Street, Suite 421
Denver, CO 80202
Tel: (303) 641-3149
tzukoski@biologicaldiversity.org

*Counsel for Petitioner Center for Biological Diversity*

*/s/Nathaniel Shoaff*
Nathaniel Shoaff (CA Bar No. 256641)
SIERRA CLUB
2101 Webster Street, Suite 1300
Oakland, CA 94612
(p) 415.977.5610
nathaniel.shoaff@sierraclub.org

*Counsel for Petitioner Sierra Club*

Todd Kim
Assistant Attorney General
Environment and Natural Resources Division

*/s/ Luther L. Hajek*
LUTHER L. HAJEK
Trial Attorney (CO Bar 44303)
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section

999 18th Street
South Terrace, Suite 370
Denver, CO 80202
Tel: (303) 844-1376
Fax: (303) 844-1350
E-mail: luke.hajek@usdoj.gov
Counsel for Respondents

*Counsel for Federal Respondents*