# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-2484

CITIZENS FOR A HEALTHY COMMUNITY, *et al.*,

    Petitioners,

v.

UNITED STATES BUREAU OF LAND MANAGEMENT, *et al.*,

    Federal Respondents.

---

**PROPOSED ORDER**

---

The Parties have filed a Joint Motion requesting a 60 day extension of all remaining deadlines set forth in the Joint Case Management Plan (Dkt. 114) and adopted by Order of the Court (Dkt. 115), in order to finalize and obtain formal approval of a negotiated settlement to which the Parties have agreed in principle. For good cause shown, the Parties' Joint Motion is GRANTED. The Parties shall file a joint status report no later than 60 days from the date of this Order.

    SO ORDERED this _____ day of June, 2022.

 

                                                                                       _____
                                                                                       Marcia S. Krieger
                                                                                       United States District Judge