## DECLARATION OF NATASHA LÉGER

I, Natasha Léger, declare as follows:

1.      I am the Executive Director of Citizens for a Healthy Community (CHC). I have
served the organization since 2014 as a Board Member, Interim Executive Director and currently
as Executive Director. I am also an active member of CHC.

2.      I have a Juris Doctor degree from Boston College School of Law, and Master of
Law and Diplomacy from the Fletcher School at Tufts University.

3.      I am personally familiar with Citizens for a Healthy Community's work,
including the organization's advocacy to avoid and minimize the harm caused by oil and gas
leasing and development, and associated climate change impacts, in the North Fork Valley in
Colorado.

4.      Citizens for a Healthy Community is a nonprofit organization based in Paonia,
Colorado, with more than 500 members in the Delta County region. CHC members include
farmers, vintners, hunters and anglers, artists, business and property owners, scientists,
healthcare providers, outdoor recreationalists, outfitters, and more.

5.      Our organization seeks to ensure a livable and resilient future for present and
future generations, in particular with respect to the impacts of oil and gas leasing and
development on climate, organic and sustainable agriculture, outdoor recreation (hunting,
fishing, hiking, camping, and biking), agri-tourism, watershed health, and public health. Oil and
gas leasing on surrounding public lands, and large-scale oil and gas development in the region is
incompatible with our work to ensure ecological and climate stability for the vital ecosystem that
supports our community and local economy.

1

6.      To advance the organization's goals, Citizens for a Healthy Community advocates to eliminate or minimize the impacts of leasing and existing and proposed oil and gas development, and to protect communities and the landscape from the harm caused by such actions. Our organization has long challenged oil and gas leasing and development to protect the health of its members; the North Fork Valley's air, water and foodsheds, public lands; and vulnerable wildlife. In particular, CHC has actively engaged with the Bureau of Land Management over the course of a decade to encourage the agency to comply with environmental laws, including National Environmental Policy Act (NEPA), Federal Land Policy and Management Act, and the Mineral Leasing Act. This engagement has included the filing of administrative comments, protests and lawsuits on actions that have threatened to violate federal environmental protection laws such as NEPA. The continued leasing of public lands for oil and gas development, without adequate review and in the face of overwhelming evidence of the impacts of local warming and climate change, poses a grave threat to these public resources as well as to human health and safety.

7.      CHC members and I live in, or have homes or property in Delta or Gunnison County, Colorado where the impacts from oil and gas leasing and development in the Uncompahgre Field Office (UFO) will be felt the most. In particular, CHC members, including myself, depend upon the federal public lands designated as high oil and gas development potential in Cedaredge along the Grand Mesa, and upper North Fork Valley for irrigation or drinking water, a stable ecosystem for wildlife and human life, as well as for recreational opportunities and solitude. Many of our members' homes and farms are adjacent to BLM lands. CHC members, including myself, use and enjoy these federal public lands for hiking, camping, snowshoeing, personal health and serenity, and education of the surrounding ecosystem.  Most of

our members depend on the water that originates in the headwaters on these federal public lands for domestic and agricultural use, and depend on these lands for the tourism that supports many local businesses.

8.      The Uncompahgre Resource Management Plan (UFO RMP), approved in April 2020, governs land use with respect to BLM lands and minerals in the planning area for the next twenty to thirty years. The planning area is located in Delta, Gunnison, Mesa, Ouray, San Miguel and Montrose counties. Specifically, the UFO RMP opens 95% of BLM lands and minerals to oil and gas leasing, with all the high development potential for oil and gas located in the northeastern part of Delta County and northwestern part of Gunnison County in the Cedaredge area and upper North Fork Valley.

9.      The lands and minerals deemed eligible for oil and gas leasing would lock in greenhouse gas emissions and associated oil and gas impacts for decades at a time when the local ecosystem is already disproportionately impacted by climate change. The Reasonable Foreseeable Development Scenario for Oil and Gas, upon which the BLM relied in analyzing the oil and gas impacts, estimates approximately 1,200 wells for development. This scale of development would industrialize the North Fork Valley watershed with water and air polluting oil and gas production facilities and activity, heavy truck traffic along the two-lane highway and rural roads, drilling and waste disposal. Such impacts would cause significant harm to me and other CHC members.

10.      The Gunnison River Basin is a climate hotspot in the Western United States, having warmed an average of 2.1 degrees Celsius, faster than the global average, resulting in hotter, drier weather, extreme drought, changes to wildlife habitat, and increased wildfire risk. BLM managed lands within the North Fork of the Gunnison Watershed, which is the headwaters

3

region for the Gunnison River Basin, has warmed an average of 1.9°C; US Forest Service managed lands have warmed 1.8. The Gunnison River Basin is the largest contributor to the Colorado River. For every degree of Celsius warming, the Colorado River declines nearly 10%.[1] The Colorado River has lost 32 million acre-feet—a 19 percent decline—in the last 22 years, as a result of climate change.[2]

11.     CHC members and I regularly recreate in the Stevens Gulch, Hubbard Park, Electric Mountain, Pilot Knob, and Muddy Creek areas. Many CHC members hunt in Game Management Unit 521. Artist-members engage in plein-air painting detailing the landscape and wildlife and observing change over time. Herbalists forage for edible wild plants and medicinal herbs.

12. Many of the federal wells in the UFO are remotely located, and inspections—at least at the State level—appear to occur every three years. CHC has accordingly undertaken a citizen enforcement initiative, in which I have participated. These well-sites are hazardous facilities that are not fenced-off from public access.  Fugitive emissions from faulty equipment have been observed using an industry-standard thermal optical imagery camera. In November 2020, following a complaint filed by CHC, a COGCC inspector and a company representative inspected the sites within 3 days and repaired a faulty dump coil. The last inspection on this site was three years earlier. Had it not been for citizen initiative in watchdogging these operations, who knows how long the faulty equipment would have continued to spew emissions and remain undiscovered by federal or state regulators. On June 9, 2022 CHC again filed 3 complaints with

---

[1] Udall, B. and J. Overpeck. The twenty-first century Colorado River hot drought and implications for the future, *Water Resour. Res.*, 53, 2404– 2418, (2017).  https://doi.org/10.1002/2016WR019638
[2] Brad Udall presentation, October 1, 2021 at the Colorado River District 2021 Annual Seminar.
https://www.coloradoriverdistrict.org/2021-seminar/

the COGCC for fugitive emissions, with what appears to be a pattern at one well site. We are still awaiting a response.

13.  Personally, I have lived in Paonia in the North Fork Valley for ten years. I moved here to become more self-sufficient, grow my own food, escape industrialized landscapes and their health and environmental impacts, and for the proximity to hiking trails. I look out onto Jumbo Mountain and Mount Lamborn from my porch. I watch the crevice of snow on the face of Mount Lamborn intently as legend has it that if snow remains there until July 4th, it will be a good water year. The last snowball of snow disappeared the middle of June of this year. I hike Jumbo Mountain regularly in the spring once muddy season has passed, early mornings in the summer before it gets too hot, and in the fall and early winter. In the last few years in addition to enjoying the trails in Hubbard Park and up around Overland Reservoir, I've taken to foraging for medicinal herbs and wild mushrooms in the spring, summer and fall.

14. The North Fork Valley is disproportionately impacted by climate change, warming faster than the global average. At my home in Paonia, on May 15th this year the temperature reached 100 degrees Fahrenheit. We have had over 100-degree days for most of the month of June with the temperature registering as high as 113. These are Death Valley temperatures. We are experiencing extreme weather from hotter, drier, and windier days to detrimental effect. We need more water to adapt to the higher temperatures at a time when soils are drier and streamflows are decreasing due to those same hotter temperatures.

15. CHC members and I have already experienced the damaging environmental, wildlife, and climate impacts of oil and gas activity, which would increase significantly under the estimated level of production activity under the UFO RMP. For example, when a seismic

mapping project was conducted in 2019, hunters complained of a disrupted hunting season due to helicopter noise scaring the wildlife.

16.  During the month of September 2021, CHC members complained about the 24/7 frac-sand truck traffic, related to the Trail Gulch 10-90-30-H2 well, up and down the North Fork Valley's 2-lane highway, State Highway 133, and County Road 265 up the Muddy Creek area, which resulted in droning noise, dust, speeding and unsafe road conditions, and a truck rollover into one member's property. Health impacts were reported as headaches, muscle weakness, dizziness, and respiratory distress from exposure to the frac-sand chemicals.

17.     Our organization has a unique interest in protecting the North Fork Valley from the harm caused by oil and gas operations in order to ensure a thriving and livable future, and sustainable and healthy economy for our region. The North Fork of the Gunnison River, the lifeblood of the North Fork Valley, has been designated one of fifteen rare and irreplaceable ecosystems in the United States by the Wilderness Society in 2016. The North Fork Valley is home to the largest concentration of organic farms in the State and plays an important role in the State's food security.

18. With respect to areas outside of the North Fork Valley within the UFO, I frequently make the drive from Paonia to Gunnison along Highway 92 and stopping to cherish the grandeur of Blue Mesa Reservoir, the largest reservoir in Colorado. On a trip to Gunnison the fourth week in May this year, despite everything I had heard and read about how diminished Blue Mesa had become, at somewhere around 45% capacity, I was shocked and saddened to see this ecosystem shrivel and to think about all the downstream farmers impacted, with releases at approximately 40% of the previous year, not to mention the impact on the recreational use of the reservoir.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this 1st day of July, 2022, in Paonia, Colorado.

_____
Natasha Léger