## DECLARATION OF JEREMY NICHOLS

I, Jeremy Nichols, declare as follows:

1. The facts set forth in this declaration are based on my personal knowledge. If called as a witness in these proceedings, I could and would testify competently to these facts.

2. I currently reside in Missoula, Montana. Prior to moving to Missoula in 2021, I lived in the Denver Metro area of Colorado for 15 years.

3. I am a dues-paying member and employee of WildEarth Guardians and have been since July 2008. WildEarth Guardians is a non-profit environmental organization dedicated to protecting and restoring the wildlife, wild places, wild rivers, and health of the American West. A statement of WildEarth Guardians' mission and its general goals is online at https://wildearthguardians.org/about-us/mission-vision-history/. WildEarth Guardians is headquartered in Santa Fe, New Mexico, but maintains offices in Denver, Missoula, Portland, Seattle, and Tucson. I personally strongly support and believe in the mission of WildEarth Guardians.

4. I am also the Director of WildEarth Guardians' Climate and Energy Program and have been for 14 years. WildEarth Guardians' Climate and Energy Program aims to confront the effects of global climate change to protect the wildlife, wild places, and wild rivers of the American West. As Director of the Climate and Energy Program, I advocate for clean energy solutions that can help our society shift away from the use of fossil fuels in order to safeguard our climate, our clean air, and our communities.

5. I am also a member of the Center for Biological Diversity ("the Center") and have been since at least 2012. The Center is dedicated to protecting and restoring imperiled species

and natural ecosystems. I share this interest with the Center, which includes protecting public lands and wildlife habitat in the Muddy Creek watershed area of western Colorado.

6. I am also a member of the I am also a member of the Sierra Club and have been since 2011. The Sierra Club has more than 1.4 million members and supporters who work for a safe and healthy community in which to live, smart energy solutions to combat global warming and an enduring legacy for America's wild places. Since 1892, the Sierra Club has been working to protect communities, wild places, and the planet itself. Sierra Club is the oldest and largest environmental organization in the United States. It has been a priority of the Sierra Club nationally and locally to stop irresponsible oil and gas extraction, curb global warming and ensure clean air and clean water for all.

7. I am very familiar with the U.S. Bureau of Land Management's ("BLM's") approval of the revised Resource Management Plan ("RMP") for the agency's Uncompahgre Field Office in western Colorado. The Uncompahgre Field Office is approximately 3.1 million acres in Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties, and includes 675,800 acres of BLM administered lands. The revised RMP controls development on 971,220 acres of federal mineral estate underlying private, municipal, and state-owned lands in addition to BLM-administered federal surface estate. The revised RMP expands lands available to oil and gas leasing and development, committing hundreds of thousands of acres of land to oil and gas development. As approved, the revised RMP allocates 871,810 acres as "open" to fluid mineral leasing.

8. In comments, WildEarth Guardians, the Center for Biological Diversity, and the Sierra Club joined other environmental organizations in raising serious concerns with the BLM over the environmental impacts of the revised RMP and in particular the consequences of

opening up public lands and minerals for expanded oil and gas development.  We submitted comments on the BLM's proposal prior to approval of the revised RMP calling attention to the air, water, climate, wildlife, and other environmental impacts of expanded oil and gas development.  We called on the BLM to consider alternatives that would prohibit new leasing for oil and gas development, better protect public lands and wildlife, safeguard the climate.  The BLM nevertheless approved the revised RMP without fully accounting for the environmental consequences of its action and without analyzing in detail reasonable alternatives that would constrain, if not prohibit, oil and gas leasing and development in the Uncompahgre Field Office.

9.   I am personally very concerned over the impacts of oil and gas development in the Uncompahgre Field Office.  The Field Office contains public lands that I regularly visit, recreate upon, and enjoy.  I greatly enjoy recreating outdoors to observe natural scenery, view wildlife (particularly birds), rockhound, hike, camp, and fish.  The public lands in the Field Office are very scenic and diverse, including forested lands on and around the Grand Mesa and the West Elk Mountains, creeks and canyons in the North Fork of the Gunnison River Valley, sagebrush steppe and high desert in the Delta and Montrose areas, redrock country in the San Miguel and Dolores River drainages around the towns of Naturita and Nucla, and rugged and remote reaches of the Uncompahgre Plateau.  These public lands are treasures.

10. I have visited and enjoyed recreating upon public lands Uncompahgre Field Office around once a year for at least the past 14 years.  I often visit while I am traveling to Paonia to visit friends or while my family and I are recreating in western Colorado.  We particularly enjoy visiting the North Fork Valley because of its unique natural setting, its remoteness, its opportunities for outdoor recreation, and of course to enjoy the region's cherries, peaches, and other food grown in the area.

3

11. My most recent visit to public lands in the Uncompahgre Field Office was on May 22, 2022 of this year.  While traveling to New Mexico for meetings, I stopped in the Paradox Valley to hike on public lands along Colorado Highway 90.  I enjoyed the scenery, saw wildlife, including red-tailed hawks, deer, and prairie dogs, and reveled being outdoors.  I previously visited public lands in the Field Office in October 2020.  During this visit I hiked on BLM lands and lands overlying BLM administered minerals in the upper North Fork Valley area where Muddy Creek flows from the Grand Mesa.  I viewed wildlife, including deer and elk along Muddy Creek, and I stopped to enjoy the views of the Raggeds along Colorado Highway 133.  I also recreated upon BLM lands and lands overlying BLM administered minerals just east of the town of Paonia and north of the West Elk Wilderness Area, primarily in the Minnesota Creek drainage.  I regularly recreate on these particular public lands because they are remote, have amazing views of the West Elk Mountains, and contain abundant wildlife, including bears, deer, elk, and raptors. I previously visited, recreated upon, and enjoyed public lands in the Field Office in May 2018, June of 2017, July 2016, June 2015, and in years prior.  I intend to visit the area again in October 2022, if not earlier.

12. In my visits to public lands in the Uncompahgre Field Office over the years, I have noticed that oil and gas development has been steadily increasing and has become increasingly noticeable, particularly in the North Fork Valley and in western portions of the Field Office. Rigs have shown up, heavy equipment and trucks have become a more frequent sight, new roads have been constructed, particularly in the Muddy Creek drainage in the upper North Fork Valley, and portions of the Field Office have become generally more industrialized.

13. The sights and sounds of oil and gas development detract immensely from my enjoyment of the outdoors in the Field Office and I fear that the new development authorized by

the BLM through the revised RMP will exacerbate the diminishment of my enjoyment of this area. Already, I have seen the impacts of oil and gas development in the area, including new development and abandoned well sites, equipment, and infrastructure. Under the revised RMP, the natural character of public lands in the Field Office will be further altered, further diminishing my recreational enjoyment of the outdoors.

14. I am aware that in approving the revised RMP, the BLM failed to analyze, assess, and disclose a number of potentially significant environmental consequences and failed to consider a range of alternatives to limit the environmental harms that would occur as a result of new oil and gas development. Overall, the BLM made an uninformed decision in approving the revised RMP and in doing so, violated the National Environmental Policy Act ("NEPA").

15. If the BLM were required to comply with NEPA, the agency would have considered alternatives that were less environmentally destructive, including an alternative that would prohibit or constrain future oil and gas leasing and development. Full consideration of environmental consequences, particularly cumulative impacts, would have prompted the agency to consider limiting the scope of its approval and constraining development in order to mitigate impacts. Overall, compliance with NEPA would have ensured the agency was well-informed, which would open the door for less environmentally destructive oil and gas development in the Field Office. Less environmentally destructive development, or no development for that matter, would not diminish my enjoyment of the outdoors within the Field Office as much as the BLM's current decision. Consequently, if the agency was required to comply with NEPA, it would redress the harms that I would otherwise experience. My recreational visits to public lands in the Field Office would be more enjoyable, my enjoyment of the scenery of the area would not be as diminished, and my ability to enjoy hiking, observing wildlife, and undertaking other activities

outdoors would not be as undermined.

16. If the BLM was required to fully comply with NEPA before approving the revised RMP for the Uncompahgre Field Office, the harms that myself, WildEarth Guardians, the Center for Biological Diversity, and the Sierra Club are experiencing and will continue to experience would be ameliorated. My future visits to recreate outdoors in the Field Office would be more enjoyable if the agencies were to fully comply with federal law. This would also ameliorate the harms to WildEarth Guardians, the Center for Biological Diversity, and the Sierra Club.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 1st day of July 2022

_____
Jeremy Nichols

6