## **DECLARATION OF ERIK MOLVAR**

I, Erik Molvar, declare that the following statements are true and correct to the best of my knowledge, information, and belief, and are based on my personal experiences and my review of publicly available information:

1.  I am the Executive Director and a member of Western Watersheds Project ("WWP"), a nonprofit conservation group working to protect and restore watersheds and wildlife throughout the West. I have served in this position since October of 2016, and have been a member since April 2016. I am also a current member of WildEarth Guardians, and have been a member since 2016.

2.  Western Watersheds Project is a non-profit, membership conservation organization, which is headquartered in Hailey, Idaho, with offices or staff in Idaho, Wyoming, Arizona, Oregon, Nevada, Montana, and Washington. The organization is an IRS 501(c)(3) charitable entity.

3.  Western Watersheds Project has over 12,000 members and supporters throughout the United States, including in Colorado. Western Watersheds Project has members and supporters who live in Colorado and who work, travel, recreate, and otherwise enjoy the lands, wildlife, and waters of Colorado.

4.  Through the efforts of our staff, members, directors, supporters, and volunteers, Western Watersheds Project is actively engaged in seeking to protect and preserve watersheds, native habitats, fish and wildlife, and other natural resources, focusing on public lands across the West.

5.  For example, Western Watersheds Project has played a leading role in securing

DECLARATION OF ERIK MOLVAR, Case No. 4:21-cv-182-BLW

protections for the Endangered Species Act-listed Gunnison sage-grouse, a rare bird found in the Uncompahgre Field Office. WWP also watchdogs livestock grazing and other natural resource uses on Bureau of Land Management lands in the Uncompahgre Field Office.

6. Although Western Watersheds Project is also concerned about addressing harms to lands, wildlife, and waters from public lands grazing, we also work to protect public lands from extractive mining operations, and oil and gas development, particularly where these occur in sagebrush habitat crucial to Gunnison sage-grouse and other species.

**Western Watersheds Project's Interests in Sage-Grouse.**

7. Western Watersheds Project maintains a strong organizational interest in protecting sage-grouse and their habitats. As an illustration, Western Watersheds Project focuses a substantial amount of its work on protecting wildlife, including sage-grouse, and wild places of the "Sagebrush Sea"—the sagebrush-steppe ecosystem that once stretched across hundreds of millions of acres in the West, including parts of Idaho, Oregon, Washington, Nevada, Utah, Colorado, New Mexico, Wyoming, and Montana. Millions of acres of the Sagebrush Sea have been lost or degraded as a result of human activities, including livestock grazing, oil and gas development, and gravel mining.

8. Western Watersheds Project has long been active in efforts to protect and restore wildlife populations that depend on the Sagebrush Sea, including Gunnison and greater sage-grouse, pronghorn, burrowing owl, pygmy rabbits, golden eagles, native cutthroat trout, bighorn sheep, and others.

9. Western Watersheds Project has undertaken a wide array of activities to protect and restore Gunnison sage-grouse and their native habitats, including gathering and

DECLARATION OF ERIK MOLVAR - 2

disseminating scientific information; educating government officials and the public; commenting on federal land management plans and development approvals to encourage more responsible stewardship of Gunnison sage-grouse and its habitats; gathering and monitoring Gunnison sage-grouse population data; as well as bringing litigation intended to help protect Gunnison sage-grouse and its native habitats. Gunnison sage-grouse inhabit federal public lands governed by the Uncompahgre Field Office Resource Management Plan.

10. For example, Western Watersheds Project joined the Center for Biological Diversity, WildEarth Guardians, and Dr. Clait Braun as Defendant-Intervenors to defend the listing of the Gunnison sage-grouse as a 'threatened species' under the Endangered Species Act, after the State of Colorado and livestock interests sued to overturn the listing. *State of Colorado v. U.S. Fish and Wildlife Service*, No. 15-cv-00286-CMA-STV. WWP also filed a legal challenge against the Gunnison Basin Candidate Conservation Agreement and associated Biological Opinion, alleging inadequate protections for the Gunnison sage-grouse. *Center for Biological Diversity v. U.S. Dept. of Interior*, No. 1:20-cv-03580-REB. Each year, WWP secures Gunnison sage-grouse population data from Colorado Parks and Wildlife, which we disseminate publicly to advocate for increasing protections for this imperiled bird.

11. Western Watersheds Project and the Center for Biological Diversity have also jointly litigated to block oil and gas leasing in sensitive sage-grouse habitats. *W. Watersheds Project v. Bernhardt*, No. 1:18-cv-187-BLW (D. Idaho 2018).

12. Other environmental organizations frequently draw on Western Watersheds Project's expertise concerning greater and Gunnison sage-grouse when projects that may impact sage-grouse are proposed. They frequently also consult with Western Watersheds Project when

DECLARATION OF ERIK MOLVAR - 3

writing public comments concerning sage-grouse issues, and Western Watersheds Project's staff frequently review and contribute sage-grouse analysis to comments to which the organization is a co-signatory.

13.     Because of our longstanding investment in preserving the greater and Gunnison sage-grouse, Western Watersheds Project has also grown increasingly concerned about resource extraction and livestock grazing within the species' range. We routinely comment on BLM grazing, mining, and resource development projects in sage-grouse habitat.

14.     Western Watersheds Project submitted detailed comments at the scoping and Draft Environmental Impact Statement (Draft EIS) stages of the NEPA review for the Uncompahgre Field Office RMP, and also submitted a detailed protest of our own on the Final EIS stage of this plan revision. WWP also joined a Notice of Intent and legal suit challenging the adequacy of the U.S. Fish and Wildlife Service's Biological Opinion supporting the Uncompahgre Field Office RMP decision.

15.     I personally use the lands administered under the Uncompahgre Field Office Resource Management Plan for wildlife viewing, photography, and camping on an annual basis, often with my children. Each Spring, I travel southeast from Laramie, Wyoming for a weeklong excursion by car to visit public lands on the Colorado Plateau and in the Great Basin. I typically travel over the Uncompahgre Plateau and then down Dolores Canyon and the San Miguel River, and thence through the Paradox Valley en route to Bears Ears National Monument in southeastern Utah. During these travels, I stop to hike, sightsee, and photograph on BLM lands administered under the Uncompahgre Field Office RMP.

16.     Below is a scenic photograph I took along the Dolores Canyon in May 2017.

DECLARATION OF ERIK MOLVAR - 4



17.     Below is a photograph I took in the Paradox Valley, also in May 2017.

DECLARATION OF ERIK MOLVAR - 5



18. Below is a photograph I took in April 2020 of the remains of a mining sluiceway above the San Miguel River, while exploring dirt roads near Uravan, CO.

DECLARATION OF ERIK MOLVAR - 6



I next plan to visit and enjoy Bureau of Land Management lands in the Uncompahgre Field Office in March 2023, with my daughter.

19. The Uncompahgre Field Office RMP will authorize livestock grazing, often at levels (50 to 65% utilization of annual forage production) which degrade native ecosystems, increase desertification, destroy native perennial bunchgrasses, and encourage the invasion of cheatgrass, a non-native weed that increases fire risk and degrades wildlife habitat capability leading to biodiversity loss. I have observed land health damage as a result of livestock overgrazing many times in the Uncompahgre Field Office and on other federal public lands where I recreate, and observing this ecological damage is deeply and personally upsetting to me due to my background and training as an ecologist, and thus degrades my recreational enjoyment of these lands.

DECLARATION OF ERIK MOLVAR - 7

20. The Uncompahgre Field Office RMP authorizes leasing and development of federal lands fluid mineral resources, authorizing drilling and road and pipeline construction. I have witnessed the industrial impacts of oil and gas development on public lands many times on my travels throughout the West, both for work and for recreational purposes. I have viewed the direct destruction of lands and habitat fragmentation both from aerial overflights and from the ground level. This type of industrial use creates visual scars on the landscape and its industrial structures mar scenery and degrade opportunities for photography, one of my favorite pastimes. Oil and gas development spreads non-native weeds and decimates populations of sensitive wildlife. The loss of wildlife inevitably accompanying oil and gas development reduces my opportunities for wildlife viewing and photography. Oil and gas development also results in air pollution, from diesel exhaust from drilling rigs and haul trucks, from particulate dust pollution from wellfield traffic, from flaring and venting of natural gas during drilling and completion of wells and during the production phase, from methane leaks that occur at all points along the production and pipeline transport systems, and from toxic volatile organic compounds that waft from condensate tanks. I was diagnosed with chronic asthma at age 48, and exposure to air pollution from public lands drilling during recreational use of BLM lands in Wyoming and other states was likely a major contributing factor to this health problem. I asked my doctor specifically if wellfield pollution was a likely cause, which the doctor affirmed.

21. My future enjoyment of public lands in the Uncompahgre Field Office will be degraded by commercial uses authorized under the Uncompahgre Field Office RMP, including heavy livestock grazing, oil and gas drilling, and powerline construction.

I declare under penalty of perjury that the forgoing is true and accurate.

Executed this __30th_ day of ___June____, 2022

_____
Erik Molvar

DECLARATION OF ERIK MOLVAR - 9