**DECLARATION OF MATT REED**

I, Matt Reed, declare as follows:

1. I am over eighteen years of age and a citizen of the United States. The facts and opinions set forth in this declaration are based on my personal knowledge and experience. If called as a witness in these proceedings, I could and would testify competently to these facts and opinions.

2. I grew up in Gunnison County, Colorado, graduated from Gunnison High School in 2000, and have spent many days in all seasons recreating on public lands in and around Gunnison County, including lands within the Bureau of Land Management (BLM) Uncompahgre Field Office (UFO) Resource Management Plan (RMP) planning area.

3. I am the Public Lands Director for High Country Conservation Advocates (HCCA), a position I have held for most of the past 11 years. HCCA is based in Gunnison County. My work focuses on public land management and policy, and community organizing in support thereof. I review and comment on projects proposed on local public lands that may have impacts on the ecological integrity of those lands, including resource management plan revisions. I also lead local community organizing in Crested Butte, Gunnison, and other Gunnison County municipalities in support of avoiding, minimizing, and mitigating negative impacts from oil and gas development, commercial logging, motorized recreation, and other projects.

4. HCCA focuses on local public lands management and decision-making, including on BLM and U.S. Forest Service (USFS)-managed lands within the UFO RMP area. A significant component of HCCA's work over the last decade has focused on advocating for meaningful protection from new oil and gas development for the public lands of the Upper North Fork, including that area's roadless lands, wildlife, air quality, and waters. This landscape, which

includes the headwaters for the North Fork of the Gunnison River, is a key cornerstone in the interconnected economy, culture, and ecology of the region. Since 2010, I have engaged on oil and gas lease sales, development plans, and related projects across the Upper North Fork, a landscape fully encompassed within the UFO RMP project area. This engagement has taken the form of writing technical comments as part of the National Environmental Policy Act (NEPA) process, submitting informational letters to editors of local newspapers, presenting to members of the public and community leaders urging them to oppose developments, drafting and distributing social media about proposals, and more.

5. Another significant component of my work has focused on USFS-managed lands in and around the West Elk Mountains, specifically addressing the proposed expansion of coal mining operations at the West Elk Mine in Gunnison County. While that proposed expansion encompassed USFS-managed surface lands, the mineral estate is managed by the BLM, and the entire area falls within the UFO RMP project area.

6. In my capacity with HCCA I also participated in most phases of the UFO RMP revision process, beginning with scoping in 2010. This included writing and/or submitting technical NEPA comments, meeting with elected officials to discuss potential impacts to Gunnison County public lands, and providing public education with the goal of encouraging community members to comment during the revision process. When the final RMP was released in 2020, HCCA provided information to local newspapers (see <u>Attachment 1</u>), and began coordinating with other community members and organizations on how to respond. I was – and remain – particularly concerned with the RMP's cavalier approach to oil and gas development and the impacts to local water quality and downstream farming that are likely to occur under the RMP. I worked particularly close with the Crested Butte Farmers Market to analyze the

percentage of produce sold locally that originated from the UFO RMP project area, and the impacts of oil and gas development on this important local food source.

7. The UFO RMP provides a framework for the management direction and appropriate use of BLM-administered lands and resources in western Colorado, including the Upper North Fork and northern West Elk Mountains of Gunnison County. The document contains both land-use planning decisions and implementation decisions to guide the BLM's management of these public lands. As such, the UFO RMP will impact mineral development, wildlife habitat, and critical headwaters, waters that sustain a significant and growing organic agriculture industry immediately downstream in Delta County. These farms are an important source of produce and meat for Gunnison County individuals and restaurants.

8. In addition to my role as Public Lands Director, I am also a member of HCCA. I now reside primarily in Englewood, Colorado, but spend approximately five-to-ten days every month in Gunnison County for work and/or pleasure. I frequently am found hiking, camping, and birdwatching on Gunnison County public lands, including on BLM lands governed by the UFO RMP, and on Forest Service lands where mineral leasing and development is governed in part by the UFO RMP. I support HCCA as a member and employee because of the work we do to protect federal public lands surrounding the community that I consider "home".

9. HCCA members, including myself, use and enjoy these federal public lands for hiking, camping, hunting and fishing, photography, and wildlife watching. HCCA also has members in the backcountry recreation industry whose businesses thrive because of visitation to federal public lands managed pursuant to the UFO RMP.

10. On a personal level, I regularly enjoy exploring the undeveloped mid-elevation forestlands of Western Colorado, particularly the public lands in northern Gunnison County.

Over the years I have hiked, camped, observed wildlife, and led family excursions in this area. One of the features of the Upper North Fork landscape within the UFO RMP area that I find most enjoyable is the gentle – yet wild and unspoiled – terrain. Unlike much of Gunnison County, the Upper North Fork country consists of relatively rolling hills, as opposed to steep and jagged mountains. These slopes and valleys contain a wonderful mix of habitats, but consist primarily of aspen, gambel oak, spruce, and meadows. I also am fascinated by this landscape because of its historic connection to the Dominguez-Escalante expedition, a Spanish journey of exploration conducted in 1776 to find an overland route from Santa Fe, New Mexico to Monterey, California.

11. I also regularly enjoy exploring the northern West Elk Mountains, particularly the roadless forests south of Highway 133 that border the West Elk Wilderness. For many years I have made an annual pilgrimage to this area, hiking and/or camping in the Sunset and Flatiron Roadless Areas with friends and colleagues. I enjoy its wild, unspoiled forests of towering spruce and aspen.

12. The UFO RMP area overlaps public land where I have hiked, birdwatched, and explored on dozens of occasions over the years, both in a personal and professional capacity. On May 9, 2011 a colleague and I explored the drainages of Little Henderson Creek, North Fork Henderson Creek, Foote Draw, and other headwaters that feed into Muddy Creek and the Upper North Fork of the Gunnison River. We visited this area to examine potential stormwater violations caused by a natural gas operation that we had been notified of by a member of the public. I recall being struck by the wildness of the landscape, the muddiness of the roads and trails, and the stark contrast between the unspoiled habitat and recent oil and gas development. These developments were incongruent with the forested solitude of the area. The oil and gas

activities harmed me by disturbing the quiet of the forest and my enjoyment of that silence, by causing excessive traffic on local dirt roads that impeded my experience, and by marring the scenic beauty of this formerly wild landscape with significant industrial development. For example, see Photo 1, which as I recall was taken just northwest of Aspen Leaf Reservoir in the Upper North Fork.



Photo 1

13. On September 23, 2016 I spent time driving and exploring the area along County Road 265 to the uppermost headwaters of Muddy Creek. County Road 265 provides relatively easy public access into the heart of this wild and largely unspoiled landscape, and bisects the Upper North Fork. As an enthusiast of all things related to Colorado history, I was especially impressed by signs noting the campsites of the Dominguez-Escalante expedition, which traveled

5

through this area in 1776. See <u>Photos 2 and 3</u> below. I took Photo 2 at the location of the expedition's West Muddy campsite. Photo 3 shows the location of the expedition's route through Balm of Gilead Park in the southwestern part of Mule Park, which is located further up Country Road 265. I accessed both of these historic sites by driving slowly and leisurely, frequently stopping to observe wildlife, take photos, and view the landscape. I plan on returning to this area in October, 2022 to explore its autumn foliage and retrace the historical Dominguez-Escalante expedition path with friends.



<u>Photo 2</u>

6



Photo 3

14.  I also remember a beautiful fall trip with a friend to Upper North Fork on October 8-9, 2019. While we camped immediately adjacent to the Pilot Knob Roadless Area, we spent much of the day exploring the public lands immediately to the north via County Road 265 and Forest Service Road 704. We observed numerous historic arborglyphs, including some dated to 1910 and likely made by Basque shepherds. That night a large herd of elk descended down from Pilot Knob and passed right by our campsite, bugling, whistling, and making strange noises in the blackness, as we sat in stunned silence. I fell in love with this particular area, and plan on returning in October, 2022 to observe the autumn foliage and look for late-season migratory birds.

15.  In addition to exploring lands in the Upper North Fork, I have spent extensive time in the northern West Elk Mountains. For example, on June 27 and 28, 2017, myself and a group of friends hiked in the Sunset Roadless Area. On the first day we hiked largely via the

Sunset Trail, to access forest lands around the Deep Creek slump (or slide), near the headwaters of Deep Creek. During this hike we saw massive spruce trees and numerous elk and bear droppings. This area is a great place to get views of much of the UFO RMP area, including the stunning Ragged Mountains to the east and rolling public lands to the west and north. From the vantage point near the slump described above, I enjoyed expansive views directly to the north and past Highway 133, encompassing both BLM and UFS-managed lands (see <u>Photo 4</u>). One of the reasons I hike into this area is for its sense of solitude and incredible vistas of the surrounding landscape. I often visit this particular area in late summer or early autumn, and I am planning to return for a day of hiking and exploring in September, 2022.



<u>Photo 4</u>

    16.    My family and I frequently visit the town of Paonia, downstream from the areas described above and within the heart of the UFO RMP project area, to purchase produce from that community's numerous farms and orchards, having done so since the 1990s. The most

recent trip was in October of 2020. We camped overnight in Paonia, and visited numerous orchards to procure fruit, vegetables, and wine. See Photos 5 and 6 below. These farms depend upon irrigation water originating from the Upper North Fork.



Photo 5



Photo 6

17. I intend to keep returning for many years to the Upper North Fork area, and other lands within the UFO area, especially to observe birds, as birdwatching is one of my favorite pastimes, and to visit and buy from Paonia-area farms and orchards. I have made plans to visit lands managed pursuant to the UFO RMP in September (northern West Elk Mountains for hiking) and mid-October (the public lands north of Highway 133 in Gunnison County for hiking, birding, and auto-touring, a trip which will culminate in camping with friends and family at our favorite orchard in Paonia).

18. The impacts of the UFO RMP upon the Upper North Fork, northern West Elk Mountains, and downstream farms, and upon my and others' enjoyment of these areas, would be significant. Specifically, by allowing the expansion of oil and gas development across a wide area, much of which is wild and relatively undisturbed by human activities, the UFO RMP would irreversibly change this landscape's character, ecology, and wildlife. For example, birdwatching

opportunities for species I seek out – such as purple martins, warblers, and other Neotropical Migrants – would likely diminish in the face of the construction noises, human presence, fumes, new road access, and related development impacts associated with the expanded fracking and drilling that the UFO RMP sanctions. My enjoyment birdwatching, hiking, and exploring in the backcountry within the UFO RMP area would be significantly diminished if it required passing through, observing, and smelling a large-scale oil and gas development. Also at risk would be the regular overnight visits to the farm country within the project area to camp and buy fresh produce, as I am worried about the health and viability of future farming operations from adjacent and upstream petroleum development proposals that could cause water pollution that will impact water quality. In short, implementation of the UFO RMP will make it more likely that my experience on public lands there will be diminished, as will my enjoyment of farm country in the area, and it will make it more likely that I avoid areas developed because of the damaging activities allowed under the UFO RMP.

19. By approving the UFO RMP, the BLM has committed the healthy and largely undeveloped landscapes of the Upper North Fork and northern West Elks to significant industrial development for decades to come. That development would alter the character of these lands – and the recreation opportunities that they provide – for my lifetime and the lifetimes of many HCCA members. Similarly, that development could alter the viability of the productive farming operations downstream, and curtail the likelihood of my visiting them with friends and family.

20. The UFO RMP would also contribute to climate change, which harms myself and other HCCA members. I personally have suffered from the impacts of climate change. For example, the warmer, drier conditions that Colorado is experiencing in recent decades are making the forests in and around Gunnison County more susceptible to pests, especially the

spruce-bark beetle. This species has killed up to 99% of Engelmann spruce trees across tens of thousands of acres locally. The dead and dying trees are hazardous while camping, hiking, and driving along BLM and USFS roads, as they block paths and can easily fall on you. I have relocated camping trips to steer away from these dead forests. In addition, smoke from the larger and more frequent wildfires in Colorado and the West is causing unsafe air quality conditions. I cancelled a three-day hiking trip in the summer of 2021 in the northern part of the West Elk Wilderness because of poor air quality associated with wildfires. HCCA's members care deeply about the issue of climate change generally, and the impacts of the oil and gas development on climate change specifically, and look to HCCA to keep them up to date on developments and opportunities for engagement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on June 30, 2022.

*Matt Reed*

_____

Matt Reed

NEWS   |   COMMUNITY   |   SPORTS   |   CULTURE   |   OPINION

# Crested Butte News
### Chronicle & Pilot

*the News never sleeps | www.crestedbuttenews.com*

VOL.60 | NO.16 | APRIL 17, 2020 | 50¢



**NEW FIRE TRUCK:** The Crested Butte Fire Protection District welcomed the new Tender 2 fire truck last week with an old tradition called the "push-in ceremony." When fire trucks were pulled by horses, the team would wash the cart and then push it back into the bay. This was the inaugural modern event for the CBFPD. All team members were wearing appropriate PPE during this to include masks and gloves. Once the COVID-19 restrictions are gone, the public is welcome to come see your new red truck.   COURTESY PHOTO

# County begins to consider life after the coronavirus

*Still a long way from "normal"*

[ BY MARK REAMAN ]

Gunnison County officials leading the fight against the local COVID-19 outbreak presented an optimistic but cautious viewpoint of the current situation during a town hall meeting Monday night, but could not definitively say when things might return to "normal" in the valley. It was not expected to be soon.

Even with three local deaths now attributed to the coronavirus, the officials cited using early and strong measures to keep the spread of the virus under control. But they warned that if restrictions were lifted too soon, a second or even third wave of the virus could impact the county. While stating that comprehensive testing to get a better view of the population infection rate was important, the director of Health and Human Services, Joni Reynolds, indicated some sort of restrictions would probably remain in place to protect vulnerable members of the county until a vaccine was available or 80 percent of the community population was found to have been exposed and immune to the virus. Restrictions would likely be less strict than the ones currently in place and would change depending on community health circumstances.

Reynolds said that whatever next steps come in the form of lightening the current public health orders, the path forward will not be what she called linear. "There will be twists and turns and things that surprise us," she said during Monday's meeting held on Zoom and hosted by KBUT. "We need to be thoughtful and there may be some side steps and even some back stepping."

Gunnison County commissioner Jonathan Houck agreed the same non-linear path will apply to the economic recovery. "There is a public health crisis, being followed by an economic crisis," he said. "Like Joni said, there will be some twists and turns. Right now there are a lot more questions than answers but we have good people from the community working on what lies ahead with the economic recovery."

Reynolds said it was hard to believe the county's reaction to the crisis has been going on for a little more than a month. The first public health orders were issued on March 14. "It is a difficult time but we have made great progress as a community. My impression is that the outbreak will change and the orders will continue to develop as the situation changes," she said.

CONTINUED ON PAGE 14

# COVID-19 crisis impacts public budgets

*GVH sees biggest initial hit. Revenue decreases a major concern.*

[ BY MARK REAMAN, KATHERINE NETTLES AND KENDRA WALKER ]

Dealing with a rare pandemic is not cheap for anyone, especially local government institutions with limited resources. It is estimated that the COVID-19 outbreak has cost local government agencies and districts hundreds of thousands of dollars thus far. The next financial issue will be the expected decrease in sales tax revenue, estimated to be well over $1 million for the north end of the valley alone no matter when restrictions are lifted.

Here is an early look at where some of your public dollars have been spent so far in the COVID-19 pandemic.

**Gunnison Valley Health**

As might be expected, Gunnison Valley Health is taking a big hit as a result of the coronavirus crisis. Between lost revenue and additional expenses, the hospital is dealing with a deficit of about $1.5 million per month. That is expected to continue until the crisis is resolved. According to GVH CEO Rob Santilli, GVH has had an incremental cost of about $250,000 on additional equipment, supplies and testing related to COVID-19 and this figure is expected to rise. For example, GVH purchased additional ventilators to use for patients admitted with COVID-19 issues. As for lost revenue, the hospital is not allowing non-essential medical procedures such as surgeries, imaging and lab testing.

CONTINUED ON PAGE 11

# BLM to allow copius oil and gas development in North Fork Valley

*"Undermines years of collaboration..."*

[ BY KATHERINE NETTLES ]

The Bureau of Land Management (BLM) released its final decision on the Uncompahgre Field Office Resource Management Plan (RMP) on April 10, after a decade-long process of input from local government, the public and from state and federal leaders. But many of those involved in the long process are not pleased with the outcome.

While the BLM made some changes from its proposal phase to address concerns from the governor, the final decision is receiving significant pushback from environmental advocacy groups and from U.S. Senator Michael Bennet for opening up a majority of BLM public lands to potential extractive industries. These lands include the North Fork Valley, west of Kebler Pass and home to extensive agricultural production on Colorado's Western Slope.

The RMP will provide guidance for the agency's future. It applies to the management of approximately 675,800 acres of BLM-administered public lands and 971,220 acres of federal mineral estate across Gunnison, Montrose, Ouray, Mesa, Delta and San Miguel Counties.

The April 10 record of decision describes how the BLM reviewed and dismissed 86 protest letters last year (including one from Gunnison County) for its proposed planning decisions.

"The BLM director denied the protests, and that decision is the final decision of the U.S. Department of the Interior," says BLM Colorado State director Jamie Connell in an open letter to the public attached to the document.

The BLM did add some new stipulations for fluid mineral leasing based on concerns submitted by the governor's office last year. The stipulation requires developing a mitigation plan in coordination with Colorado Parks and Wildlife (CPW), "to demonstrate that the overall function and suitability of big game winter range, migration and production areas will not be impaired." It also stipulates that, regarding Gunnison sage grouse, CPW must be consulted on any proposed modifications to the birds' habitat.

Matt Reed, public lands director of High Country Conservation Advocates, said this final decision is a "worst case scenario," that could open up 95 percent of public lands in the area to oil and gas development and disregards the local input, to which the federal administration had promised it was committed.

CONTINUED ON PAGE 14



10 Teachers Adjusting

12 Stay Safe Stay Home

**[ Overheard ]**

We will never know if we overreacted to this thing, but we sure as hell will know if we underreact.

# COVID meeting

CONTINUED FROM PAGE 1

"All the signs are that we are collectively successful as a community in slowing down the spread. But we must realize we are not in a bubble so we have to look both inside and outside the immediate community to continue the progress we have made," Reynolds continued.

Reynolds said it appeared the virus infection rate had reached a plateau. "The next stage, however, involves an elaborate dance," she explained. "Next steps need to be thoughtful and well managed. The advantage for us because we were hit early was we had access to care centers [like Grand Junction and Montrose] to care for our critically ill patients. That may not be true in a second spike. Having testing available is important for the next step."

While saying the community was a long way from returning to "normal," Reynolds said restrictions would be eased in a phased fashion. It would not be like turning the light switch on or off.

**Supplies in good shape**

Gunnison Valley Health infection preventionist Jodie Leonard said from the Gunnison Valley Hospital and Senior Care Center perspective, supplies are in good shape. "The hospital has quite a good supply stockpile," she said in regard to personal protective equipment (PPE) and other supplies. She mentioned that the hospital has gone from using disposable gowns to using washable ones. Goggles are being washed and sanitized, as are N-95 masks for health care workers. While the hospital would normally have two ventilators on hand in the past, they now have four full ventilators and four transport ventilators.

"I need to emphasize that GVH doesn't have an ICU," Leonard said, adding the hospital is well prepared and could handle some critical patients for a short amount of time. She also said health care workers are being cautious and have shown a low infection rate. Of the 420 staff, fewer than 2 percent have tested positive for the virus.

**Second homeowner messaging concerns**

The panelists discussed the tear between some second homeowners in the valley and some locals. Reynolds had issued a health order earlier this month prohibiting non-resident homeowners from coming to the area and requiring second homeowners already here to leave the valley. That resulted in many second homeowners balking about the order. Reynolds amended that strict order a week later, after receiving several exemption requests. The new order is much less broad and restrictive.

She explained Monday that seeing the requests provided "quite a bit of data" to help her better understand some of the unique situations of individuals. She said the sixth amended public health order reflects the information from the data.

Houck said, in response to a question, that the county does not have the statutory authority to rebate or refund property taxes for second homeowners prohibited from using their property at the moment. He also pointed out that while the county collects the taxes, several public entities such as the school district impose the taxes as well.

As for the idea of a rift between locals and second homeowners, Houck said the community encompasses "a large swath of folks. There has been frustration expressed by many of the group and understandably so. But I have seen a lot of people understand that the orders are meant to slow the spread of the virus and it is working. The results are positive. I try not to use social media as a gauge of the community feeling. I would rather hear directly from people, and most people are understanding of the situation."

C.J. Malcolm, incident team commander along with Reynolds, said EMTs across the valley have shifted priorities from normally dealing with trauma incidents this time of year to dealing with the virus. "This is an unbelievable time for everyone. But the EMTs have been doing great.

"An early objective of the team was to protect the health care system because we didn't want to overrun the system like we saw happening in other places," Malcolm continued. "We went in early in the game with proactive orders and we absolutely flattened the curve. That gave us time to deal with our health care system."

**Looking ahead**

Reynolds emphasized her frustration with the lack of testing kits available. "We have had to rely on subjective data versus having tests. Ideally we would test a strategic sample to see what percentage of the population had tested positive," she said.

Reynolds said until adequate testing was performed, she did not know how much she could lift the current restrictions at the end of the month. She did express some optimism that an increase in testing could start taking place relatively shortly. She said testing was a critical underpinning for determining how to move to the next stage.

Malcolm indicated testing appeared to be getting closer and a science and research committee was ready to evaluate data and provide guidance for modeling.

Reynolds admitted the idea of possibly not having a robust summer tourism season weighed heavily on her and she understood the dilemma of not lifting restrictions completely before then.

Houck said the local tourism economy might be changed after the crisis and also noted there is more to the county's economy than just tourism. He listed some examples such as oil and gas development, coal mining and timber harvesting as categories already providing continued economic support to the county in addition to tourism. "Resiliency is important to build around," he noted. He cited how Reynolds had determined construction could continue under certain guidelines.

"There are lots of nuances to consider for the future to provide protection but loosen some of the restrictions we have," said Reynolds.

All the panelists said being one of the first and hardest hit counties in the country has put Gunnison County in a unique position to help other communities not as far along.

"It's been a nightmare but we developed plans together and learned to communicate as a team," said Malcolm. "We knew we would make mistakes so we preached grace for one another. We are very proud how we are getting through this thing."

"It is great we can share our experiences with other people," added Reynolds. "We have navigated some of the landscape before others and we can share what we learned. I feel incredibly blessed to be part of this community, part of this county, part of this team."



**NEW NORMAL:** This is how you do "happy hour" these days and the CB-Mt. CB Chamber of Commerce is no exception. The Chamber hosted a virtual happy hour and Bingo party on Tuesday.   PHOTO BY NOLAN BLUNCK

---

# BLM

CONTINUED FROM PAGE 1

"This plan really goes against everything that the North Fork Valley has asked for," said Reed. "That's troubling for a number of reasons. It compromises the integrity of the food systems. It also exposes front and center the hypocrisy of the Trump Administration. You hear this mantra of local control, echoed in moving the BLM headquarters to Colorado. Then you have this local initiative on how to balance the needs of local stakeholders and environment, and when a local initiative doesn't line up with his interests the community overwhelmingly was ignored. It is totally unreflective of the best interests and desires of the community."

Reed emphasized the ways the North Fork Valley is connected to Gunnison County, both geographically and culturally. "The North Fork watershed supports Crested Butte and Gunnison County for a number of reasons. Even though it's a different watershed, that watershed is critically important."

HCCA and the Crested Butte Farmers Market conducted a survey in 2018 that showed about 75 percent of the weekly farmers market products are sourced from the North Fork Valley, including wine, meat, dairy and produce.

"Our two valleys are increasingly connected. So many people from Crested Butte and Gunnison hunt and fish there, take trips to go to the farms and the wineries, and they come here to recreate. This relationship between these two valleys is important. So much opportunity for a sustainable future is being ignored. It's not a reflection of the two communities that have a stake in this," said Reed.

Representatives from the North Fork Valley Organic Growers Association (VOGA) visited Gunnison County commissioners in February to discuss the region's economic ties to Gunnison County and urging continued advocacy to protect the North Fork watershed from oil and gas development.

The Western Slope Conservation Center, which worked on the North Fork Alternative Plan and included VOGA, released a response to the final BLM decision on Friday afternoon.

The response read, in part, "The most disappointing aspect of the final plan is that it undermines years of collaboration and local engagement, completely disregarding a community crafted plan for the North Fork Valley. In 2014, a diverse group of North Fork stakeholders, including agricultural, tourism, realty, business and conservation organizations, came together and developed a 'community alternative'—essentially a locally grown vision and set of guidelines—for oil and gas management in the area … The balanced proposal would allow for the consideration of regulated energy development on up to 25 percent of the area's federal lands with additional protections for lands important to hunting, fishing, and other outdoor recreation activities. The agency's final plan ignores this community proposal, and in turn, dismisses the community's own vision for a sustainable future and diverse economy."

Reed says the question now is litigation. "I don't have any details on that. But this is the end of the administrative process for this. So that is a consideration," he said.

Senator Michael Bennet also released a press release stating his objections to the BLM decision. "Rather than do the hard work to build consensus and balance interests, the Trump Administration's energy dominance agenda in Washington overruled the concerns of Colorado counties. While this is a disappointing outcome, I will continue to work with the community on a path forward."

It is not certain whether demand for oil and gas development will warrant any production in these areas. "Demand fluctuates," said Reed. "But this plan allows a placeholder for it and encourages development, should that be economically desirable by the oil and gas industry. It created the idea that would be the primary focus of these BLM lands…. This strips away all the conservation, such as the alternative that would have created 177,000 acres of ecological emphasis areas, and that's totally abandoned. Again, nothing surprises me in this administration but the degree of hypocrisy and ignoring community will is something I don't understand."

Reed concluded, "Because this plan will potentially be in place for decades, you can see a scenario where a lot of this area is developed for oil and gas. But we will be diligent in battling and fighting for this. It's not like nothing can be done from here on out, but it's certainly a rotten foundation."

HCCA is also focusing on other planning processes under way, like the U.S. Forest Service planning for the Grand Mesa, Uncompahgre & Gunnison National Forests. Reed says he is optimistic that there is potential for more local input there, "so we don't necessarily have an entire landscape saturated with this energy-first plan."