IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:20-cv-2484

CITIZENS FOR A HEALTHY COMMUNITY, *et al.*,

      Petitioners,

 v.

UNITED STATES BUREAU OF LAND MANAGEMENT, *et al.*,

      Federal Respondents.

## STIPULATION OF DISMISSAL

      In accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii) and the parties' Settlement Agreement resolving all claims asserted in this action, the parties hereby stipulate that this case is dismissed with prejudice.  The parties request that the Court retain jurisdiction for the purpose of enforcing the commitments in Paragraphs 3, 6, and 7 of the Settlement Agreement and resolving any motion for attorneys' fees and costs filed by Petitioners in accordance with the Equal Access to Justice Act.  *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381–82 (1994). The settlement agreement is attached as Exhibit 1.  A proposed order is submitted herewith.

      Respectfully submitted this 11th day of August, 2022

                              TODD KIM
                              Assistant Attorney General
                              Environment and Natural Resources Division
                              United States Department of Justice

/s/ Luther L. Hajek
LUTHER L. HAJEK
Senior Attorney
Natural Resources Section
999 18th Street, South Terrace, Suite 370
Denver, CO  80202
Phone:     (303) 844-1376

RICKEY D. TURNER, JR. (CO Bar No. 38353)
Senior Attorney
Wildlife and Marine Resources Section
999 18th Street, South Terrace, Suite 370
Denver, CO  80202
Phone:     (303) 844-1373

*Attorneys for Federal Respondents*

/s/ Melissa A. Hornbein
Melissa A. Hornbein
ENVIRONMENTAL LAW CENTER
103 Reeder's Alley
Helena, MT
(p) 406.708.3058
hornbein@westernlaw.org

Kyle J. Tisdel (CO Bar No. 42098)
WESTERN ENVIRONMENTAL LAW CENTER
208 Paseo del Pueblo Sur, Suite 602
Taos, New Mexico 87571
(p) 575.613.8050
tisdel@westernlaw.org

Edward B. Zukoski
CENTER FOR BIOLOGICAL DIVERSITY
1536 Wynkoop St., Ste. 421

*Counsel for Petitioners*

2