## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:20-cv-2484

CITIZENS FOR A HEALTHY COMMUNITY,
*et al.*,

      Petitioners,

 v.

UNITED STATES BUREAU OF LAND
MANAGEMENT, *et al.*,

      Federal Respondents.

---

### [PROPOSED] ORDER OF DISMISSAL AND CONTINUING JURISDICTION

---

On August 15, 2022, the parties filed a Stipulation of Dismissal dismissing Petitioners' Citizens for a Healthy Community *et al.* case against Respondents U.S. Bureau of Land Management *et al.* Since Respondents have responded to the petition, *see* ECF Nos. 17 & 125, Petitioner may voluntarily dismiss its case without leave of Court only if all parties who have appeared stipulate to dismissal. Fed. R. Civ. P. 41(a)(1)(A)(ii). The filing of a stipulation of dismissal pursuant to Rule 41 automatically terminates the case. All parties stipulated to voluntary dismissal with prejudice. Accordingly,

**IT IS HEREBY ORDERED** that this case is DISMISSED WITH PREJUDICE. All pending deadlines are vacated.

**IT IS FURTHER ORDERED** that the Court shall retain jurisdiction solely for purposes of determining compliance with and resolving any disputes regarding Paragraphs 3,

6, and 7 of the parties' Settlement Agreement, a copy of which is attached to the parties'

Stipulation of Dismissal, and for resolving any motion for attorneys' fees pursuant to the Equal

Access to Justice Act.

      DATED this _____ day of _____ 2022.


_____
THE HONORABLE MARCIA S. KRIEGER
U.S. DISTRICT COURT JUDGE