**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:20-cv-02484

CITIZENS FOR A HEALTHY COMMUNITY, *et al.*,

    Petitioners,

v.

U.S. BUREAU OF LAND MGMT, *et al.*,

    Federal Respondents.

---

**DECLARATION OF KYLE J. TISDEL**

---

I, Kyle J. Tisdel, hereby declare:

    1.    I am an attorney with the Western Environmental Law Center. I became licensed to practice law in Washington in 2005, in Colorado in 2010, and in New Mexico in 2019. I am a member of the bars of the State of Washington (have since voluntarily resigned), State of Colorado, State of New Mexico, U.S. District Court for the District of Colorado, U.S. District Court for the District of New Mexico, U.S. District Court for the District of Columbia, U.S. Court of Appeals for the Tenth Circuit, U.S. Court of Appeals for the Ninth Circuit, and the U.S. Court of Appeals for the District of Columbia Circuit.

    2.    I received my undergraduate degree from Michigan State University in 2002 and my law degree from Vermont Law School in 2005, where I was Editor-in-Chief of the Vermont Journal of Environmental Law. After receiving my law degree, I practiced law with a private firm in Olympia, Washington for three years, where I specialized in environmental, land use, and real

property law. I then lived in India where I engaged in various public service projects with an international NGO. I maintained a solo-practice from 2010 to 2011.

3. Since 2011, I have been an attorney at the Western Environmental Law Center in Taos, New Mexico, which is a nonprofit public interest law firm with seventeen attorneys in eight offices. I am also the Western Environmental Law Center's Climate & Energy Program Director. I litigate primarily in federal court, where I exclusively represent public interest clients.

4. I have represented conservationists, citizen groups, and tribal organizations in appeals to the Tenth Circuit Court of Appeals, Ninth Circuit Court of Appeals, and D.C. Circuit Court of Appeals, as well as in environmental and administrative law litigation in federal district courts in Colorado, New Mexico, Washington D.C., Montana, and Wyoming.

5. Since joining the Western Environmental Law Center in 2011, I have represented clients in numerous environmental cases pursued under various state and federal statutes, including the National Environmental Policy Act, the Clean Water Act, the Endangered Species Act, the Federal Land and Policy Management Act, the National Historic Preservation Act, the Freedom of Information Act, and the Administrative Procedure Act. These cases include, but are not limited to: *Citizens for a Healthy Community v. U.S. Dep't of Interior,* Case No. 1:12–cv–01661–RPM (D. Colo. Feb. 13, 2013); *San Juan Citizens Alliance v. U.S. Dep't of Interior*, Case No. 1:13-cv-02466-REB (D. Colo. Sept. 29, 2014); *Powder River Basin Resource Council v. Bureau of Land Mgmt.*, 37 F. Supp. 3d 59 (D.D.C. 2014); *Western Org. of Res. Councils v. Bureau of Land Mgmt.,* 1:16-cv-00021-BMM, 2018 WL 9986684 (D. Mont. 2018); *San Juan Citizens Alliance v. Bureau of Land Mgmt.*, 326 F. Supp. 3d 1227 (D.N.M. 2018); *Diné CARE v. Jewell*, 321 F. Supp. 3d 1031 (D.N.M. 2018), *rev'd Diné CARE v. Bernhardt*, 923 F.3d 831 (10th Cir. 2019); *Wilderness Workshop v. Bureau of Land Mgmt.,* 342 F. Supp. 3d 1145 (D. Colo. 2018); *WildEarth Guardians v. Zinke*, 368 F. Supp. 3d 41 (D.D.C. 2019); *Citizens for a Healthy Community v. Bureau of Land Mgmt.*, 377 F. Supp. 3d 1223 (D. Colo. 2019); *WildEarth Guardians v.*

*Bureau of Land Mgmt.*, 457 F. Supp. 3d 880 (D. Mont. 2020); *Willsource Enterprise, LLC v. Interior Board of Land Appeals*, Case No. 1:17-cv-01887, 2020 WL 5088069 (D. Colo. Aug. 28, 2020); *WildEarth Guardians v. Bernhardt*, 502 F. Supp. 3d 237 (D.D.C. 2021); *Wilderness Workshop v. Bureau of Land Mgmt.*, Case No. 1:18-cv-0987 (D. Colo., Jan 6, 2021); *Center for Biological Diversity v. Bureau of Land Mgmt.*, Case No. 1:19-cv-2869 (D. Colo., March 26, 2021); *Citizens for a Healthy Community v. Dept. of the Interior*, Case No. 21-cv-1268, 2022 WL 1597864 (D. Colo., May 19, 2022); *WildEarth Guardians v. Bernhardt*, Case No. 20-cv-0056 (D.D.C., June 1, 2022); *WildEarth Guardians v. Bernhardt*, Case No. 21-cv-0175 (D.D.C., June 1, 2022).

6.      I was co-counsel for Citizens for a Healthy Community, High County Conservation Advocates, Center for Biological Diversity, Sierra Club, Western Watersheds Project, and WildEarth Guardians in this case. Prior to filing the motion for attorneys' fees and costs, plaintiffs submitted a fee settlement letter and related emails with Luke Hajek, counsel for the Federal Defendants. Plaintiffs attempted in good faith to settle this matter, but were unable to do so prior to filing today's motion pursuant to Local Rule 54 and the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

7.      This Declaration is attached as Exhibit 1 to Plaintiffs' Petition for Attorneys' Fees and Costs. Attached as Appendix A to this declaration is a copy of my timesheets for this case. I generally enter my time on a daily basis, and in increments of six minutes. I have omitted time I think would be inappropriate to bill a client, or to seek from the Federal Defendants. I seek reimbursement for a total of 126.1 hours in the District of Colorado at hourly rates of $465 for 2020, $475 for 2021, and $485 for 2022. Based on my understanding of prevailing market rates in Denver, Colorado for work performed at the district court for an attorney of my skill and experience, and those prevailing rates' consistency with the Fitzpatrick Matrix, used by the Department of Justice for the District of Columbia, attached as Exhibit 6 to Plaintiff's Petition, these rates are reasonable.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Date: September 9, 2022.

/s/ Kyle J. Tisdel
Kyle J. Tisdel
*Counsel for Plaintiffs*

# Appendix A - Recorded Time for Kyle Tisdel

| Date | Attorney | Description | Rate | Time | Omit | Amount |
|---|---|---|---|---|---|---|
| 6/29/20 | Tisdel | confer w/ clients (.3); review (.2) | 465.00 | 0.50 | | 232.50 |
| 6/29/20 | Tisdel | confer w/ Leger (.8); review (.3) | 465.00 | 1.10 | | 511.50 |
| 6/30/20 | Tisdel | confer w/ clients (1.3); confer w/ Hornbein (.2); Review (.3) | 465.00 | 1.80 | | 837.00 |
| 6/30/20 | Tisdel | confer w/ clients (1.3); confer w/ Hornbein (.2); Review (.3) | 465.00 | 1.80 | | 837.00 |
| 7/10/20 | Tisdel | prepare (.4): confer w/ clients (1.1); confer w/ Leger (.5); confer w/ Hornbein (.4); review (.8); | 465.00 | 3.20 | | 1,488.00 |
| 7/17/20 | Tisdel | confer w/ Hornbein (.3); review complaint (2.9); confer w/ clients (.2); review record (1.3); | 465.00 | 4.70 | | 2,185.50 |
| 7/20/20 | Tisdel | confer w/ Hornbein (.4); revise complaint (3.2); review record (.7); | 465.00 | 4.30 | | 1,999.50 |
| 7/23/20 | Tisdel | confer w/ Sweeney (.4); review PR (.5); confer w/ clients (.6); | 465.00 | 1.50 | 0.90 | 279.00 |
| 7/24/20 | Tisdel | confer w/ clients (.3); review (.8); | 465.00 | 1.10 | | 511.50 |
| 8/3/20 | Tisdel | review (1.1); confer (.3) | 465.00 | 1.40 | | 651.00 |
| 8/4/20 | Tisdel | confer (.3); review record (.8); | 465.00 | 1.10 | | 511.50 |
| 8/5/20 | Tisdel | confer w/ attys (.5); review (.9); | 465.00 | 1.40 | | 651.00 |
| 8/6/20 | Tisdel | confer w/ counties (1.2); confer w/ Hornbein (.3); confer w/ clients (.5); review record (.9); | 465.00 | 2.90 | | 1,348.50 |
| 8/7/20 | Tisdel | confer w/ Shoaff (.4); confer w/ Hornbein (.3); review (1.6); confer w/ clients (.2); | 465.00 | 2.50 | | 1,162.50 |
| 8/10/20 | Tisdel | confer w/ clients (1.2); confer w/ Hornbein (.4); confer w/ Shoaff (.3); review (1.5); | 465.00 | 3.40 | | 1,581.00 |
| 8/11/20 | Tisdel | confer w/ Shoaff (.4); confer w/ Hornbein (.3); review (1.2); | 465.00 | 1.90 | | 883.50 |
| 8/12/20 | Tisdel | confer w/ attys (.5); confer w/ clients (.7); review/revise complaint (2.6); confer w/ Hornbein (.2); confer w/ SC (.3) | 465.00 | 4.30 | | 1,999.50 |
| 8/13/20 | Tisdel | confer w/ clients (1.1); confer w/ Hornbein (.4); | 465.00 | 1.50 | | 697.50 |
| 8/14/20 | Tisdel | research (.7); confer w/ clients (1.1); confer w/ Hornbein (.4); review (.3); | 465.00 | 2.50 | | 1,162.50 |
| 8/17/20 | Tisdel | review complaint (.9); confer w/ Hornbein (.4); confer w/ clients (.6) | 465.00 | 1.90 | | 883.50 |
| 8/18/20 | Tisdel | confer w/ clients (.3); revise complaint (1.4); confer w/ Hornbein (.5); | 465.00 | 2.20 | | 1,023.00 |

1

| Date | Attorney | Description | Rate | Time | Omit | Amount |
|---|---|---|---|---|---|---|
| 8/19/20 | Tisdel | confer w/ clients (.6); confer w/ Hornbein (.6); review complain (.5); confer w/ press (.5); confer w/ Hart (.4); review NOI (.8); | 465.00 | 3.40 | 0.50 | 1,348.50 |
| 8/20/20 | Tisdel | confer w/ clients (.7); confer w/ partners (,8) | 465.00 | 1.50 | | 697.50 |
| 8/27/20 | Tisdel | confer w/ partners (.3); confer w/ clients (.4) | 465.00 | 0.70 | | 325.50 |
| 8/28/20 | Tisdel | confer w/ Gonzales (.3); review (.2) | 465.00 | 0.50 | | 232.50 |
| 9/11/20 | Tisdel | review (.2); confer w/ counsel (.2) | 465.00 | 0.40 | | 186.00 |
| 9/16/20 | Tisdel | review complaint re: partners (.6) | 465.00 | 0.60 | | 279.00 |
| 9/22/20 | Tisdel | confer w/ Hornbein (.4) | 465.00 | 0.40 | | 186.00 |
| 9/25/20 | Tisdel | review (.4); confer w/ clients (.3); confer w/ attys (.2); | 465.00 | 0.90 | | 418.50 |
| 10/15/20 | Tisdel | confer w/ clients (.4); review (.5) | 465.00 | 0.90 | | 418.50 |
| 10/16/20 | Tisdel | confer w/ clients (.4); confer w/ Hornbein (.3); | 465.00 | 0.70 | | 325.50 |
| 10/20/20 | Tisdel | confer w/ attys (7) | 465.00 | 0.70 | | 325.50 |
| 10/27/20 | Tisdel | review (.4); confer (.4) | 465.00 | 0.80 | | 372.00 |
| 2/11/21 | Tisdel | confer w/ clients, state (1.1) | 475.00 | 1.10 | | 522.50 |
| 2/22/21 | Tisdel | confer w/ Clients (1.5); review (.8); | 475.00 | 2.30 | | 1,092.50 |
| 3/8/21 | Tisdel | review (.4); confer w/ clients (.4) | 475.00 | 0.80 | | 380.00 |
| 3/9/21 | Tisdel | confer w/ Leger (1.6); review (.3) | 475.00 | 1.90 | | 902.50 |
| 3/11/21 | Tisdel | review (.8); confer w/ clients (1); confer w/ attys (.4); | 475.00 | 2.20 | | 1,045.00 |
| 3/22/21 | Tisdel | confer w/ attys (.5); confer w/ Hornbein (.4); review (.9); | 475.00 | 1.80 | | 855.00 |
| 3/25/21 | Tisdel | confer w/ attys (.8); confer w/ clients (.5); | 475.00 | 1.30 | | 617.50 |
| 4/29/21 | Tisdel | confer w/ attys (.6); review (2.4); confer (.2); | 475.00 | 3.20 | | 1,520.00 |
| 4/30/21 | Tisdel | review (.8); confer w/ attys (.4) | 475.00 | 1.20 | | 570.00 |
| 5/13/21 | Tisdel | confer w/ attys (.7); review record (1.6); review files (.8); confer w/ attys (.5); | 475.00 | 3.60 | | 1,710.00 |
| 5/28/21 | Tisdel | confer w/ partners (.8); confer w/ attys (.5); | 475.00 | 1.30 | | 617.50 |
| 6/1/21 | Tisdel | confer w/ partners (1.5); confer w/ Hornbein (.4); | 475.00 | 1.90 | | 902.50 |
| 6/4/21 | Tisdel | confer w/ BLM (1.3); confer w/ clients (1); confer w/ attys (.4); | 475.00 | 2.70 | | 1,282.50 |
| 6/25/21 | Tisdel | review/revise (.8); confer w/ clients (.6); confer w/ attys (.5); | 475.00 | 1.90 | | 902.50 |
| 8/27/21 | Tisdel | confer w/ attys (.5); confer w/ clients (.4) | 475.00 | 0.90 | | 427.50 |
| 11/19/21 | Tisdel | confer w/ DOJ (.6); review (.5); confer w/ clients (.3) | 475.00 | 1.40 | | 665.00 |

| Date | Attorney | Description | Rate | Time | Omit | Amount |
|---|---|---|---|---|---|---|
| 12/1/21 | Tisdel | review settlement (.8); confer w/ clients (.9); | 475.00 | 1.70 | | 807.50 |
| 12/16/21 | Tisdel | review (.6); confer w/ clients (1.5); confer w/ attys (.5); | 475.00 | 2.60 | | 1,235.00 |
| 1/5/22 | Tisdel | confer w/ attys (.6) | 485.00 | 0.60 | | 291.00 |
| 1/7/22 | Tisdel | confer w/ attys (.6); confer w/ clients (.5) | 485.00 | 1.10 | | 533.50 |
| 1/10/22 | Tisdel | confer w/ clients (1.6); confer w/ attys (.5) | 485.00 | 2.10 | | 1,018.50 |
| 1/11/22 | Tisdel | confer w/ partners (.6); confer w/ attys (.5) | 485.00 | 1.10 | | 533.50 |
| 1/14/22 | Tisdel | confer w/ partners (.8); confer w/ attys (.4) | 485.00 | 1.20 | | 582.00 |
| 2/4/22 | Tisdel | confer w/ clients (.6) | 485.00 | 0.60 | | 291.00 |
| 2/8/22 | Tisdel | review (.5); confer w/ clients (1) | 485.00 | 1.50 | | 727.50 |
| 3/31/22 | Tisdel | amended petition (1.3); confer w/ counsel (.5); draft motion (1.2); file (.4); | 485.00 | 3.40 | 0.40 | 1,455.00 |
| 5/16/22 | Tisdel | review (1.4); confer w/ attys (1); | 485.00 | 2.40 | | 1,164.00 |
| 5/19/22 | Tisdel | confer w/ attys (.5); confer w/ clients (.9) | 485.00 | 1.40 | | 679.00 |
| 6/6/22 | Tisdel | confer w/ attys (.4); review (.5) | 485.00 | 0.90 | | 436.50 |
| 6/22/22 | Tisdel | confer w/ attys (.5) | 485.00 | 0.50 | | 242.50 |
| 6/27/22 | Tisdel | confer w/ attys (.8) | 485.00 | 0.80 | | 388.00 |
| 6/29/22 | Tisdel | confer w/ attys (1.5); review record (1.9); draft brief (3.5); research (1.2); | 485.00 | 8.10 | | 3,928.50 |
| 6/30/22 | Tisdel | confer w/ attys (1); draft merits (1.5) | 485.00 | 2.50 | | 1,212.50 |
| 7/1/22 | Tisdel | confer w/ attys (.8); research (1.8); declarations (2.1); review merits (1.8); review record (.9); | 485.00 | 7.40 | | 3,589.00 |
| | | **For Professional Services: Kyle Tisdel** | | **127.90** | **1.80** | **59,678.50** |

| | |
|---|---|
| **Total Hours** | **127.90** |
| **Total Hours Omitted** | **1.80** |
| **Total Hours after Omisions** | **126.10** |

**Total Attorneys' Fees** $ 59,678.50

3