IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:20-cv-02484

CITIZENS FOR A HEALTHY COMMUNITY, *et al.*,

     Petitioners,

v.

U.S. BUREAU OF LAND MGMT, *et al.*,

     Federal Respondents.

---

**DECLARATION OF MELISSA A. HORNBEIN**

---

I, Melissa A. Hornbein, hereby declare:

    1.    I am a senior attorney with the Western Environmental Law Center in its Northern Rockies Office in Helena, Montana. I became licensed to practice law in Montana in 2008 and Idaho in 2009. I am an active member of the Bar of the State of Montana and am admitted to practice in the U.S. District Courts for the Districts of Colorado, Montana, and the District of Columbia, and the U.S. Courts of Appeals for the Tenth Circuit, Ninth Circuit, and Fifth Circuit.

    2.    I received my undergraduate degree from the University of Washington in 2001, my law degree from University of California, Hastings College of the Law in 2008, and an M.S. from the University of Montana in 2009. I attended law school with the intention of practicing environmental law. While attending law school I took classes in administrative law, environmental law, and public lands law, among others, and completed a master's degree in Environmental Studies. In law school I interned for two Montana non-profit environmental organizations where I worked on cases related

to timber harvest under the National Environmental Policy Act, National Forest Management Act, and Endangered Species act, as well as issues related to state water law and fisheries instream flows.

3. Immediately after law school, I clerked for Justice Brian Morris of the Montana Supreme Court from 2009 to 2010. My clerkship was instrumental in developing my written and oral advocacy skills as well as exposing me to issues of first impression, including in the context of natural resources law in the State of Montana.

4. At the conclusion of my clerkship, I accepted a position with the Montana Department of Natural Resources and Conservation, where I functionally split my time between two roles. Part of my position was devoted to in-house counsel duties, working on legal and policy issues and state and federal court litigation related to resource management on state school trust lands and other state-owned land. This included both state and federal court environmental litigation under NEPA and other federal and state environmental statutes. The remainder of my position was spent as counsel for the Montana Reserved Water Rights Compact Commission, negotiating federal and tribal reserved water rights on behalf of the State for federal reservations managed by the U.S. Fish and Wildlife Service and Bureau of Land Management, and for the Confederated Salish and Kootenai Tribes of the Flathead Indian Reservation. This role required me to gain familiarity not only with state and federal water law, but also to add to my experience with federal environmental statutes, including NEPA, the Clean Water Act, and the Endangered Species Act, among others.

5. In 2015, I accepted a position with the U.S. Department of Justice as an Assistant U.S. Attorney for the District of Montana in the Civil Division. In that position, I worked on a full range of civil litigation, which included environmental and public lands cases under NEPA, the National Forest Management Act, the Endangered Species Act, and the Quiet Title Act, among other statutes.

6. In 2019, I briefly returned to the State Department of Natural Resources and Conservation before accepting a position with the Western Environmental Law Center in 2020. The Western Environmental Law Center is a nonprofit public interest law firm with seventeen attorneys

in eight offices. My practice consists of primarily federal court litigation, where I exclusively represent public interest clients in cases challenging fossil fuel development on federal lands.

7. In my current role, I have represented conservation groups, citizen groups, and tribal organizations in administrative proceedings and federal district court litigation in the districts of Colorado, District of Columbia, Montana, North Dakota, Northern District of California, the Western District of Louisiana, and Wyoming. I have also represented or currently represent clients before the Fifth, Ninth and Tenth Circuit courts of appeals.

8. Since joining the Western Environmental Law Center in 2011, I have represented clients in numerous environmental cases pursued under various state and federal statutes, including the National Environmental Policy Act, the Endangered Species Act, the Federal Land and Policy and Management Act, the Freedom of Information Act, the Administrative Procedure Act, and the Federal Vacancies Reform Act. These cases include, but are not limited to: *Western Energy Alliance et. al. v. Biden*, 21-cv-13-SWS (D. Wyo. Sept. 2, 2022); *Citizens for a Healthy Cmty. v. United States Dep't of Interior*, No. 21-CV-01268-MSK, 2022 WL 1597864 (D. Colo. May 19, 2022); *350 Montana v. Haaland*, 29 F.4th 1158, 1161 (9th Cir. 2022); *W. Org. of Res. Councils v. U.S. Bureau of Land Mgmt.*, No. 4:20-CV-00076-GF-BMM, 2022 WL 3082475 (D. Mont. Aug. 3, 2022); *WildEarth Guardians v. Haaland*, No. CV 20-56 (RC), 2022 WL 1773476 (D.D.C. June 1, 2022); *WildEarth Guardians v. Haaland,* No. CV 17-80-BLG-SPW, 2021 WL 4192883 (D. Mont. Aug. 5, 2021); *Montana Env't Info. Ctr. v. Bernhardt*, No. 119CV00130SPWTJC, 2021 WL 243140 (D. Mont. Jan. 25, 2021); *Wyoming v. United States Dep't of the Interior*, 493 F. Supp. 3d 1046 (D. Wyo. 2020); *California v. Bernhardt*, 472 F. Supp. 3d 573 (N.D. Cal. 2020).

9. I acted as lead counsel for Citizens for a Healthy Community, High County Conservation Advocates, Center for Biological Diversity, Sierra Club, Western Watersheds Project, and WildEarth Guardians in this case, along with my co-counsel Kyle Tisdel. Prior to filing the

motion for attorneys' fees and costs, plaintiffs submitted a settlement letter for attorneys' fees and costs to Luke Hajek, counsel for the Federal Defendants. Plaintiffs and Defendants have exchanged subsequent communications regarding settlement of Plaintiffs' fees and costs, and despite ongoing good faith efforts by Plaintiffs to settle this matter, have not been able to do so by the deadline for filing Plaintiffs' Petition pursuant to Local Rule 54 and the Equal Access to Justice Act, 28 U.S.C. § 2412(d). I conferred with Federal Defendants' counsel as to the fees motion, and Federal Defendants, while opposing Plaintiffs' fees petition, have expressed continued interest in seeking to settle Plaintiffs' fees and costs through negotiated settlement.

10. I attach this declaration as Exhibit 2 to Plaintiffs' Petition for Attorneys' Fees and Costs. I attach to this declaration as Appendix A a copy of my timesheets for this case. Plaintiffs' costs for this case are also attached as Exhibit 5 to Plaintiffs' Petition. I record my time contemporaneously and generally enter it into our organization's timekeeping software on a daily basis, and in increments of six minutes. I have omitted time I think would be inappropriate to bill a client, or to seek from the Federal Defendants. I seek a total of 299.05 hours at the hourly rates of $425 for 2020, $435 for 2021, and $445 for 2022. Based on my understanding of prevailing market rates in Denver, Colorado for work performed at the district court for an attorney of my skill and experience, and those prevailing rates' consistency with the Fitzpatrick Matrix, used by the Department of Justice for the District of Columbia, attached as Exhibit 6 to Plaintiff's Petition, these rates are reasonable.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Date: September 9, 2022.

*/s/ Melissa A. Hornbein*
Melissa A. Hornbein
*Counsel for Plaintiffs*

## Appendix A - Recorded Time for Melissa Hornbein

| Date | Attorney | Description | Rate | Time | Omit | Amount |
|---|---|---|---|---|---|---|
| 4/27/20 | Hornbein | UFO RMP record review | 425 | 6.10 | | 2,592.50 |
| 4/29/20 | Hornbein | UFO RMP work up for lit memo/New Matter Form | 425 | 3.30 | | 1,402.50 |
| 5/1/20 | Hornbein | UFO RMP client call | 425 | 1.00 | | 425.00 |
| 5/1/20 | Hornbein | UFO RMP work up | 425 | 2.80 | | 1,190.00 |
| 5/2/20 | Hornbein | UFO RMP work up | 425 | 2.50 | | 1,062.50 |
| 5/6/20 | Hornbein | UFORMP | 425 | 3.00 | 3.00 | - |
| 5/7/20 | Hornbein | UFO RMP work up - legal research for new matter fomr | 425 | 5.40 | 2.00 | 1,445.00 |
| 5/8/20 | Hornbein | UFO RMP work up - legal research and record review for new matter form | 425 | 4.40 | 1.50 | 1,232.50 |
| 5/11/20 | Hornbein | Uncompahgre new matter form and legal research re. same | 425 | 7.50 | 3.00 | 1,912.50 |
| 5/12/20 | Hornbein | UFO RMP research/work up for new matter form | 425 | 4.00 | 4.00 | - |
| 5/14/20 | Hornbein | UFO RMP work up - legal research | 425 | 3.10 | 3.10 | - |
| 5/26/20 | Hornbein | UFO RMP work up - legal research | 425 | 1.40 | 1.40 | - |
| 5/27/20 | Hornbein | UFO RMP review and research (work up) | 425 | 1.50 | 1.50 | - |
| 5/29/20 | Hornbein | UFO RMP NMF record review/research | 425 | 2.90 | 2.90 | - |
| 6/1/20 | Hornbein | UFO RMP NMF review/revision for new matter form (lit memo) | 425 | 1.70 | | 722.50 |
| 6/3/20 | Hornbein | UFO/RMP new matter form revision/work up/legal research | 425 | 4.40 | | 1,870.00 |
| 6/5/20 | Hornbein | UFO/RMP legal research | 425 | 1.90 | | 807.50 |
| 6/9/20 | Hornbein | Work up - revising/finalizing UFO RMP new matter form | 425 | 3.90 | | 1,657.50 |
| 6/10/20 | Hornbein | finalize and circulate UFO RMP new matter form - work up | 425 | 1.20 | | 510.00 |
| 6/12/20 | Hornbein | Call with Lizzy Potter and Todd Tucci and Kyle re. UFO RMP litigation and parties | 425 | 1.00 | | 425.00 |
| 6/16/20 | Hornbein | UFO RMP work up - legal research re. claim splitting doctrine in response to comment received on NMF. | 425 | 0.50 | | 212.50 |
| 6/17/20 | Hornbein | Client/coalition call for UFO RMP (1) litigation plus follow-up calls with Kyle T. and Claire (intern) (.5), plus follow-up (emails, some legal research)(.8) | 425 | 2.30 | | 977.50 |
| 6/19/20 | Hornbein | UFO RMP legal research (.3) and client communication (.1), call with Claire about complaint drafting (.1). | 425 | 0.50 | | 212.50 |

| Date | Attorney | Description | Rate | Time | Omit | Amount |
|---|---|---|---|---|---|---|
| 6/22/20 | Hornbein | weekly internship call with Claire - focus was UFO RMP framing claims, communication with BLM about location of record documents and records search. | 425 | 0.50 | 0.50 | - |
| 6/25/20 | Hornbein | UFO RMP call with Peter Hart, Juli Slivka, Kyle, Lizzie Potter about framing of claims in respective suits. | 425 | 1.00 | | 425.00 |
| 6/29/20 | Hornbein | UFO RMP legal research on agency discretion under MLA | 425 | 2.50 | | 1,062.50 |
| 6/30/20 | Hornbein | prep for and client call (Natasha Legere and Becca Fischer) for UFO RMP litigation. | 425 | 2.20 | | 935.00 |
| 7/7/20 | Hornbein | Call w/Claire re. UFO RMP complaint and other issues | 425.00 | 0.60 | 0.60 | - |
| 7/7/20 | Hornbein | UFO RMP complaint record review | 425.00 | 0.60 | | 255.00 |
| 7/10/20 | Hornbein | complaint drafting (3.3) and legal research (3.6) | 425.00 | 6.90 | | 2,932.50 |
| 7/15/20 | Hornbein | reviewing EIS/ROD in re complaint (legal research 1.1) (complaint drafting 2.3) | 425.00 | 3.40 | | 1,445.00 |
| 7/15/20 | Hornbein | call with Lizzy Potter re UFO RMP litigation | 425.00 | 1.10 | | 467.50 |
| 7/16/20 | Hornbein | client communications/internal communications re. timing of complaint re. other litigation "pod" | 425.00 | 1.20 | | 510.00 |
| 7/16/20 | Hornbein | UFORMP complaint drafting | 425.00 | 3.80 | | 1,615.00 |
| 7/20/20 | Hornbein | working on revisions to complaint/additional record review | 425.00 | 4.50 | | 1,912.50 |
| 7/23/20 | Hornbein | legal research re. north fork cases | 425.00 | 1.80 | 1.80 | - |
| 7/24/20 | Hornbein | client communications (.6), record review (2.1) | 425.00 | 2.70 | | 1,147.50 |
| 7/28/20 | Hornbein | communications with other litigation pod regarding timing of filing NOI and complaint | 425.00 | 1.70 | | 722.50 |
| 7/29/20 | Hornbein | client communications (.8) and complaint draft/revision | 425.00 | 2.10 | | 892.50 |
| 7/30/20 | Hornbein | UFO RMP complaint - incorporating edits from Diana DJ and further reviewing record on GHG issues | 425.00 | 3.10 | | 1,317.50 |
| 7/31/20 | Hornbein | finalizing UFO/RMP complaint for client review (1) and client communications (.2), further review of admin record/EIS/ROD re. GHG analysis (1.3). | 425.00 | 2.50 | | 1,062.50 |

2

| Date | Attorney | Description | Rate | Time | Omit | Amount |
|---|---|---|---|---|---|---|
| 7/31/20 | Hornbein | communication w/Lizzy potter re. filing/litigation strategy for our respective pods. | 425.00 | 0.90 | | 382.50 |
| 8/3/20 | Hornbein | Application to US Dist. Ct. for D. of CO | 425.00 | 1.20 | 1.20 | - |
| 8/4/20 | Hornbein | initial work on common interest agreement/reviewing go bys, starting drafting. | 425.00 | 1.40 | | 595.00 |
| 8/4/20 | Hornbein | email communications with various client group members re. timing, strategy, scheduling calls, coordination with other litigation group. | 425.00 | 1.30 | | 552.50 |
| 8/6/20 | Hornbein | Call with Lizzy Potter re. respective filing times, email communications with clients about timing, other pod coordination, finalizing complaint, etc. | 425.00 | 2.20 | | 935.00 |
| 8/7/20 | Hornbein | Additional review of NOI and decision record | 425.00 | 1.40 | | 595.00 |
| 8/7/20 | Hornbein | Client and staff communications re. timing and finalization of UFO RMP complaint | 425.00 | 0.80 | | 340.00 |
| 8/10/20 | Hornbein | call to discuss filing | 425.00 | 0.90 | | 382.50 |
| 8/10/20 | Hornbein | Call with Lizzy Potter re. timing of complaint | 425.00 | 0.30 | | 127.50 |
| 8/10/20 | Hornbein | UFO RMP complaint editing | 425.00 | 2.20 | | 935.00 |
| 8/11/20 | Hornbein | Call with Lizzy potter re. filing strategy (.6), review of complaint redline from Nat Schoaff and additional review of record documents in response (1.9) | 425.00 | 2.50 | | 1,062.50 |
| 8/11/20 | Hornbein | reading WaPo article on climate hot spots for incorporation into complaint | 425.00 | 1.10 | | 467.50 |
| 8/12/20 | Hornbein | Complaint prep and correspondence with Dina re. filing and correspondence with Lizzy Potter re. coordination | 425.00 | 1.30 | | 552.50 |
| 8/13/20 | Hornbein | additional review/revision of complaint (1.3), client/other pod communications (.4) | 425.00 | 1.70 | | 722.50 |
| 8/14/20 | Hornbein | call with Nat Schoaff and Aaron ischerwood and Kyle re. UUD claim. | 425.00 | 1.30 | | 552.50 |
| 8/17/20 | Hornbein | complaint edits (1.8), additional record review (1.6), client and other "pod" communications (.4) review of "final" NOI draft (1.1) | 425.00 | 4.90 | 0.20 | 1,997.50 |

3

| Date | Attorney | Description | Rate | Time | Omit | Amount |
|---|---|---|---|---|---|---|
| 8/18/20 | Hornbein | review/final edits on RMP complaint/noi (1.2), client communications (.4), revisions to other filing docs (1.3) | 425.00 | 2.90 | | 1,232.50 |
| 8/19/20 | Hornbein | finalizing complaint and other case opening docs (civil cover sheet, corp disclosure, summonses, etc.), and filing (plus call to clerk's office to correct error) plus printing and preparation of NOI for mailing and trip to fedex to mail seven copies to various agency officials (1) | 425.00 | 4.40 | 2.40 | 850.00 |
| 8/24/20 | Hornbein | review and file summonses | 425.00 | 0.50 | | 212.50 |
| 9/10/20 | Hornbein | work on CIA for other litigation pod | 425.00 | 1.40 | 1.40 | - |
| 9/15/20 | Hornbein | review of other pod complaint, client email correspondence | 425.00 | 2.70 | | 1,147.50 |
| 9/16/20 | Hornbein | work on retainer agreement | 425.00 | 0.70 | | 297.50 |
| 9/22/20 | Hornbein | emails w/Lizzy/Kyle (.3) /call with Kyle re. magistrate selection/review of local rules and Olenhouse | 425.00 | 1.40 | 0.20 | 510.00 |
| 10/8/20 | Hornbein | call with Natasha Leger to catch up on North Fork litigation | 425.00 | 0.75 | 0.30 | 191.25 |
| 10/19/20 | Hornbein | drafting and researching RMP amended complaint (3.3) and client communications | 425.00 | 3.80 | | 1,615.00 |
| 10/20/20 | Hornbein | legal research (2.5) and drafting re. RMP amended complaint (1.2) | 425.00 | 4.30 | 2.50 | 765.00 |
| 10/22/20 | Hornbein | review of FWS letter re. NOI and associated email correspondence | 425.00 | 1.00 | | 425.00 |
| 10/26/20 | Hornbein | additional drafting (2.3) and research (3.8) of amended complaint | 425.00 | 6.10 | | 2,592.50 |
| 10/27/20 | Hornbein | finalizing and filing amended complaint, working on summonses w/Dina | 425.00 | 3.40 | | 1,445.00 |
| 11/16/20 | Hornbein | finalizing and filing proofs of service | 425.00 | 0.50 | | 212.50 |
| 12/4/20 | Hornbein | review of proposed JCMP, communication with co-counsel, communication with fed attys. | 425.00 | 1.70 | | 722.50 |
| 12/16/20 | Hornbein | Call with Lizzy Potter re. consolidation possibilities. | 425.00 | 0.80 | 0.80 | - |
| 12/21/20 | Hornbein | Review of other pod's amended complaint | 425.00 | 2.10 | | 892.50 |
| 1/15/21 | Hornbein | reading state of co pendley/fvra complaint | 435.00 | 1.80 | | 783.00 |
| 1/15/21 | Hornbein | call re CO filing on UFO re Pendley/FVRA with Natasha L. | 435.00 | 0.60 | | 261.00 |
| 1/22/21 | Hornbein | review of CO complaint and associated legal research | 435.00 | 2.10 | 1.00 | 478.50 |
| 2/2/21 | Hornbein | catch up with Lizzy Potter re. UFO RMP | 435.00 | 0.50 | 0.50 | - |

4

| Date | Attorney | Description | Rate | Time | Omit | Amount |
|---|---|---|---|---|---|---|
| 2/11/21 | Hornbein | UFO RMP call w/CO and clients | 435.00 | 1.00 | | 435.00 |
| 2/22/21 | Hornbein | call to discuss uncompahgre stay proposal | 435.00 | 0.50 | | 217.50 |
| 3/8/21 | Hornbein | review of draft stipulation for suspension of ESA claims | 435.00 | 0.50 | | 217.50 |
| 3/8/21 | Hornbein | call w/Lizzy Potter re UFO settlement possibilities | 435.00 | 1.00 | | 435.00 |
| 3/8/21 | Hornbein | review of settlement examples from Lizzy P | 435.00 | 1.20 | | 522.00 |
| 3/11/21 | Hornbein | client call re. settlement options | 435.00 | 1.00 | | 435.00 |
| 3/12/21 | Hornbein | call w/Lizzy to discuss settlement | 435.00 | 0.50 | | 217.50 |
| 4/7/21 | Hornbein | attempts to download AR - unsuccessful. | 435.00 | 1.50 | | 652.50 |
| 4/9/21 | Hornbein | download and start to review record | 435.00 | 2.40 | | 1,044.00 |
| 4/27/21 | Hornbein | review of record | 435.00 | 3.20 | | 1,392.00 |
| 4/28/21 | Hornbein | review of admin record | 435.00 | 1.80 | | 783.00 |
| 4/29/21 | Hornbein | review of admin record | 435.00 | 1.40 | | 609.00 |
| 4/30/21 | Hornbein | review of AR and cross checks with existing comments/EIS, etc. (5.5) and composition of email to opposing counsel re. record omissions (1.2) | 435.00 | 6.70 | | 2,914.50 |
| 5/12/21 | Hornbein | call with Lizzy P re. admin record disputes (.7) f/u email to DOJ counsel | 435.00 | 1.00 | | 435.00 |
| 5/13/21 | Hornbein | call w/DOJ re. record issues | 435.00 | 0.60 | | 261.00 |
| 5/13/21 | Hornbein | Meet to discuss record issues. | 435.00 | 0.50 | | 217.50 |
| 5/13/21 | Hornbein | legal research (1.5) and record review (.6) prepatory to call w/DOJ on record issues | 435.00 | 2.10 | | 913.50 |
| 5/17/21 | Hornbein | draft motion for extension of time | 435.00 | 1.30 | 0.50 | 348.00 |
| 5/18/21 | Hornbein | finalize/file motion for extension | 435.00 | 0.30 | | 130.50 |
| 5/21/21 | Hornbein | call with Nat S (.1), compose and send email to DOJ counsel (.3) | 435.00 | 0.40 | | 174.00 |
| 5/24/21 | Hornbein | legal research - deliberative process privilege | 435.00 | 0.80 | | 348.00 |
| 5/28/21 | Hornbein | Email correspondence re. scheduling meeting with DOI/DOJ (1), review of complaint, associated docs (1.5) | 435.00 | 2.50 | | 1,087.50 |
| 5/31/21 | Hornbein | record review for communication w/DOJ counsel (checking appendices to our comment/protest submissions) | 435.00 | 4.00 | | 1,740.00 |
| 6/1/21 | Hornbein | chat with darwin (intern) about memo assignment | 435.00 | 0.20 | | 87.00 |
| 6/1/21 | Hornbein | Draft client email re. UFO RMP meeting with BLM | 435.00 | 0.50 | | 217.50 |
| 6/1/21 | Hornbein | record review (general) and re. our prior comment/protest submissions and PEER FOIA materials and drafting email to DOJ counsel re. same. | 435.00 | 5.90 | | 2,566.50 |

5

| Date | Attorney | Description | Rate | Time | Omit | Amount |
|---|---|---|---|---|---|---|
| 6/1/21 | Hornbein | Call with other litigating parties re. potential settlement and upcoming call w/BLM | 435.00 | 1.40 | 0.10 | 565.50 |
| 6/2/21 | Hornbein | client wrangling (re. DOJ meeting) | 435.00 | 0.60 | | 261.00 |
| 6/2/21 | Hornbein | UFO pre settlement discussion w/cliengs | 435.00 | 1.00 | | 435.00 |
| 6/3/21 | Hornbein | outlining for 6/4 DOJ call (1.5) call w/Lizzy Potter re. agenda (1) | 435.00 | 2.50 | | 1,087.50 |
| 6/4/21 | Hornbein | prep for DOJ call (2), DOJ call (1), post mortem call with clients (.7) | 435.00 | 3.70 | | 1,609.50 |
| 6/8/21 | Hornbein | review of complaint and AR prepatory for letter to BLM | 435.00 | 2.20 | | 957.00 |
| 6/25/21 | Hornbein | review of/work on UFO letter to BLM post additional client/co-counsel edits | 435.00 | 1.80 | | 783.00 |
| 6/30/21 | Hornbein | client communications (.5) and finalizing (2.5) proposed settlement letter | 435.00 | 3.00 | | 1,305.00 |
| 7/27/21 | Hornbein | review of revised UFO BiOp | 435.00 | 2.50 | | 1,087.50 |
| 8/20/21 | Hornbein | review of response to settlement letter and subsequent email correspondence w/co-counsel | 435.00 | 1.00 | | 435.00 |
| 8/27/21 | Hornbein | UFO RMP settlement BiOp discussion w/co-counsel/clients | 435.00 | 1.00 | | 435.00 |
| 9/2/21 | Hornbein | meet with CO AG office re. settlement provisions | 435.00 | 1.00 | | 435.00 |
| 9/3/21 | Hornbein | meeting with advocates group re. UFO RMP settlement | 435.00 | 1.20 | | 522.00 |
| 9/3/21 | Hornbein | follow up emails to attorney group from settlement meeting | 435.00 | 0.40 | | 174.00 |
| 9/10/21 | Hornbein | response to DOJ re superseding BiOp and coordination with co-counsel re. same. | 435.00 | 1.20 | | 522.00 |
| 9/14/21 | Hornbein | email coms w/Lizzy P re. settlement process | 435.00 | 0.20 | | 87.00 |
| 9/17/21 | Hornbein | call w/Caitlin C. re. settlement offer and extension of stay by additional 60 days | 435.00 | 0.20 | | 87.00 |
| 9/29/21 | Hornbein | draft settlement response letter to DOJ | 435.00 | 1.80 | | 783.00 |
| 10/5/21 | Hornbein | review/edit of letter to DOJ | 435.00 | 0.50 | | 217.50 |
| 10/6/21 | Hornbein | additional drafting F/U settlement communication after co-counsel input | 435.00 | 2.30 | | 1,000.50 |
| 10/7/21 | Hornbein | revise settlement letter to DOJ and re-distribute to clients | 435.00 | 1.00 | | 435.00 |
| 10/8/21 | Hornbein | finalize/send UFO settlement letter | 435.00 | 1.40 | | 609.00 |
| 11/19/21 | Hornbein | call w/DOJ re. settlement progress (or lack thereof) in advance of Monday JSR deadline | 435.00 | 0.60 | | 261.00 |

| Date | Attorney | Description | Rate | Time | Omit | Amount |
|---|---|---|---|---|---|---|
| 11/22/21 | Hornbein | client and opposing counsel communications (email) re. preparation and filing of JSR/review of JSR draft | 435.00 | 0.30 | | 130.50 |
| 11/30/21 | Hornbein | review of fed settlement response letter and subsequent client correspondence/scheduling | 435.00 | 1.30 | | 565.50 |
| 12/1/21 | Hornbein | client email communications (.2) and call with Natasha Leger (.6) re. BLM counter-proposal | 435.00 | 0.80 | | 348.00 |
| 12/6/21 | Hornbein | scheduling communications re. client call for next steps/settlement discussion | 435.00 | 0.20 | | 87.00 |
| 12/6/21 | Hornbein | Call w/Kyle re. UFO settlement | 435.00 | 0.10 | | 43.50 |
| 12/15/21 | Hornbein | agency email communications (reading answer to submitted questions) re. settlement | 435.00 | 0.40 | | 174.00 |
| 12/16/21 | Hornbein | client call for UFO RMP settlement discussion (1.5) and prep re same (.4) | 435.00 | 1.90 | | 826.50 |
| 12/17/21 | Hornbein | call w/Lizzy P (.5), f/u client email (.3) | 435.00 | 0.80 | | 348.00 |
| 12/20/21 | Hornbein | telephone calls (3) with Natasha Leger re. wording for settlement counter-proposal letter (1.5), edits to counter-proposal drafted by barbara (2), review of admin record re. same (FEIS) (1) | 435.00 | 4.50 | | 1,957.50 |
| 12/21/21 | Hornbein | call w/Natasha Leger (.1), call w/Lizzy Potter (.5) call with Erik Molvar (.1), editing settlement letter (1.6), email letter to opposing counsel (.1) | 435.00 | 2.40 | | 1,044.00 |
| 1/3/22 | Hornbein | review of records order from D. Nev. for possible records motion if litigation resumes | 445.00 | 0.60 | | 267.00 |
| 1/5/22 | Hornbein | call with Nat S and call with Michelle-Ann re. scheduling | 445.00 | 0.60 | | 267.00 |
| 1/6/22 | Hornbein | communications with DOJ counsel re. JCMP and drafting/review/filing of status report re. litigation schedule | 445.00 | 1.30 | | 578.50 |
| 1/10/22 | Hornbein | zoom with co counsel re. JCMP (.7), review of law review article re. AP docket (.5), review of FRAP and local rules (.4) and texts with kyle re. same. Edits to JCMP and circulation to co-counsel (.6) | 445.00 | 2.10 | | 934.50 |
| 1/10/22 | Hornbein | legal research re. deliberative documents | 445.00 | 0.60 | | 267.00 |
| 1/11/22 | Hornbein | emails with clients and opposing counsel re. proposed JCMP | 445.00 | 0.30 | | 133.50 |

| Date | Attorney | Description | Rate | Time | Omit | Amount |
|---|---|---|---|---|---|---|
| 1/11/22 | Hornbein | email review and associated case review/legal research re. deliberative documents | 445.00 | 1.70 | | 756.50 |
| 1/14/22 | Hornbein | zoom call w/cory haller, lisa reynolds, diana, Kyle, Talasi re. sagegrouse and settlement | 445.00 | 0.80 | | 356.00 |
| 1/20/22 | Hornbein | email to clients re. BLM settlement response and review of same | 445.00 | 0.30 | | 133.50 |
| 1/27/22 | Hornbein | call w/Michelle-Anne Williams to confirm receipt of settlement response | 445.00 | 0.20 | | 89.00 |
| 1/28/22 | Hornbein | review of draft NOI and call w/Talasi re. same | 445.00 | 1.40 | | 623.00 |
| 2/4/22 | Hornbein | f/u w/clients re. BLM's 12/19 settlement counter | 445.00 | 0.20 | | 89.00 |
| 2/5/22 | Hornbein | scheduling emails re. latest fed counter | 445.00 | 0.10 | | 44.50 |
| 2/7/22 | Hornbein | call w/Nat Shoaff re. ufo settlement prospects | 445.00 | 0.40 | | 178.00 |
| 2/7/22 | Hornbein | review of comments and RMP/EIS for tomorrow's call | 445.00 | 0.60 | | 267.00 |
| 2/8/22 | Hornbein | legal research on BLM v. FS authority for 10am call (.7), call W/clients on most recent BLM offer (1.1) | 445.00 | 1.80 | | 801.00 |
| 2/10/22 | Hornbein | legal research re. BLM authority over mineral estate | 445.00 | 1.60 | | 712.00 |
| 2/14/22 | Hornbein | legal research (1.8) and drafting (1.7) of response to most recent BLM settlement communication, email circulating to clients (.1) | 445.00 | 3.50 | | 1,557.50 |
| 2/18/22 | Hornbein | emails/texts with Nat Shoaff about most recent settlement coms. | 445.00 | 0.30 | | 133.50 |
| 2/23/22 | Hornbein | accept changes to BLM response draft and email Michael Saul and clients re. same | 445.00 | 0.30 | | 133.50 |
| 2/24/22 | Hornbein | revising latest settlement letter. | 445.00 | 1.00 | | 445.00 |
| 2/28/22 | Hornbein | finalize and send latest BLM settlement letter | 445.00 | 0.60 | | 267.00 |
| 3/7/22 | Hornbein | email lizzy p about case status | 445.00 | 0.10 | | 44.50 |
| 3/12/22 | Hornbein | drafting/revising UFO amended complaint | 445.00 | 1.70 | | 756.50 |
| 3/13/22 | Hornbein | UFO amended complaint | 445.00 | 1.00 | | 445.00 |
| 4/6/22 | Hornbein | email Lizzy P re. settlement status | 445.00 | 0.10 | | 44.50 |
| 4/22/22 | Hornbein | email re. record attachments | 445.00 | 0.20 | | 89.00 |
| 4/25/22 | Hornbein | work on compiling exhibits for record | 445.00 | 0.30 | | 133.50 |
| 4/26/22 | Hornbein | review of AR docs | 445.00 | 2.50 | | 1,112.50 |

| Date | Attorney | Description | Rate | Time | Omit | Amount |
|---|---|---|---|---|---|---|
| 4/29/22 | Hornbein | emails re. AR and scheduling w/opposing counsel | 445.00 | 0.20 | | 89.00 |
| 5/3/22 | Hornbein | email exchange w/Ted Zukowski, group email re. meeting | 445.00 | 0.20 | | 89.00 |
| 5/10/22 | Hornbein | call with Ted Z re. UFO/NFMMDP | 445.00 | 0.20 | | 89.00 |
| 5/13/22 | Hornbein | review DOJ settlement response and email clients re. same | 445.00 | 1.20 | | 534.00 |
| 5/16/22 | Hornbein | zoom re. settlement letter (attorneys only) | 445.00 | 0.70 | | 311.50 |
| 5/19/22 | Hornbein | prep for (.5) and meet to discuss UFO settlement proposal with cliengs (.5) and call w/Natasha re. same (1.4) | 445.00 | 2.40 | | 1,068.00 |
| 5/31/22 | Hornbein | email exchange w/DOJ counsel re. settlement | 445.00 | 0.10 | | 44.50 |
| 6/1/22 | Hornbein | emails to co-counsel re. fees request (.1) and discussion re. and drafting of response to DOJ proposal re. settlement drafting and fees negotiation (.4) | 445.00 | 0.50 | 0.30 | 89.00 |
| 6/2/22 | Hornbein | email DOJ re. settlement and fees resolution issue | 445.00 | 0.10 | | 44.50 |
| 6/22/22 | Hornbein | emails to Luke H (DOJ counsel) re. settlement and stay | 445.00 | 0.30 | | 133.50 |
| 6/23/22 | Hornbein | review/edit draft settlement agreement (1.5), email exchanges with co-counsel re. same (.2), Call with Luke H (DOJ) re. motion to extend scheduling deadlines (.3), drafting motion for extension and conferring with co-counsel re. same (1.5), emailing clients re case updates (.3) | 445.00 | 3.80 | | 1,691.00 |
| 6/24/22 | Hornbein | draft proposed order, review/edit/finalize motion and proposed order for extension of time (1) and file (.5) | 445.00 | 1.50 | | 667.50 |
| 6/27/22 | Hornbein | phone calls w/co-counsel (.4), email searches (.3), legal research re. mt. to supp. (.8) | 445.00 | 1.50 | | 667.50 |
| 6/27/22 | Hornbein | research on record issues/deliberative privilege, reviewing record motions | 445.00 | 2.40 | | 1,068.00 |
| 6/28/22 | Hornbein | email communications re. record, legal research on records | 445.00 | 0.50 | | 222.50 |
| 6/29/22 | Hornbein | work on brief (1.5), review record (2.6) | 445.00 | 4.10 | | 1,824.50 |
| 6/29/22 | Hornbein | review draft declarations | 445.00 | 0.30 | | 133.50 |
| 6/30/22 | Hornbein | drafting brief 8.5, clean up/circulate draft settlement agreement to clients (.5) | 445.00 | 9.00 | | 4,005.00 |

| Date | Attorney | Description | Rate | Time | Omit | Amount |
|---|---|---|---|---|---|---|
| 7/1/22 | Hornbein | brief (drafting/record cites) (8.3), edit/proofing (1.6), formatting TOA/TOC (1.8), filing (.8), email clients (.2) | 445.00 | 12.70 | | 5,651.50 |
| 7/6/22 | Hornbein | make additional edits to settlement draft, email clients re. same | 445.00 | 0.60 | | 267.00 |
| 7/8/22 | Hornbein | consolidate and finalize edits to settlement agreement, review, email exchanges w/DOJ re same | 445.00 | 1.90 | | 845.50 |
| 7/11/22 | Hornbein | call w/Kyle (.3), work on fee request (.8), email exchanges with Talasi B. (.2), review CBD and Talasi B. Timesheets (.2) | 445.00 | 1.50 | 1.50 | - |
| 7/12/22 | Hornbein | Draft/revise fee request, calculate hours per person per year, calculate fee totals | 445.00 | 3.50 | 3.50 | - |
| | | **For Professional Services: Melissa Hornbein** | | **340.75** | **41.70** | **129,407.25** |

| | |
|---|---|
| **Total Hours** | **340.75** |
| **Total Hours Omitted** | **41.70** |
| **Total Hours after Omisions** | **299.05** |

| | |
|---|---|
| **Total Attorneys' Fees** | **129,407.25** |