# Exhibit 5

## Plaintiffs' Costs

| Court Fees | | | |
|---|---|---|---|
| 8/3/20 | Registration w/ U.S. Dist. Court for CO. | $ | 216.00 |
| 8/16/20 | FedEx for mailing of multiple NOIs to agencies. | $ | 211.20 |
| 8/19/20 | Filing fee (case opening). | $ | 400.00 |
| | **Total Court Fees** | $ | **827.20** |
| **Reproduction and Printing** | | | |
| 8/28/20 | Taos Copier Log B&W 419 x 0.20 = $83.80 | $ | 83.80 |
| 10/6/20 | Taos Copier Log B&W 17 x 0.20 = $3.40. | $ | 3.40 |
| 12/1/20 | Taos Copier Log B&W 262 x 0.20 = $52.40 | $ | 52.40 |
| | **Total Reproduction and Printing** | $ | **139.60** |
| **Postage & Delivery** | | | |
| 8/31/20 | Service of process - summons, complaint, and required case initiating docs and court orders for service. | $ | 52.30 |
| 11/3/20 | USPS: Postage for Service of Process - amended summons and amended complaint. | $ | 32.05 |
| | **Total Postage & Delivery** | $ | **84.35** |
| | | | |
| | **Total Case Expenses** | $ | **1,051.15** |

**Online Payment**

**Step 3: Confirm Payment**     1 | 2 | **3**

Thank you.
Your transaction has been successfully completed.

**Pay.gov Tracking Information**

**Application Name:** COD Fee Collection System
**Pay.gov Tracking ID:** 26PK0S0N
**Agency Tracking ID:** COD_AT42146
**Transaction Date and Time:** 08/03/2020 14:51 EDT

**Payment Summary**

| Address Information | Account Information | Payment Information |
|---|---|---|
| **Account Holder Name:** MELISSA | **Credit Card Type:** Visa | **Payment Amount:** $216.00 |
| **Billing Address:** 1025 Mauldin Street, Helena, M | **Credit Card Number:** *************4797 | **Transaction Date and Time:** 08/03/2020 14:51 EDT |
| **Billing Address 2:** | | |
| **City:** Helena | | |
| **State/Province:** MT | | |
| **ZIP/Postal Code:** 59601 | | |
| **Country:** USA | | |

| | |
|---|---|
| **From:** | notification@pay.gov |
| **To:** | hornbein@westernlaw.org; gonzales@westernlaw.org; prill@westernlaw.org; scoble@westernlaw.org |
| **Subject:** | Pay.gov Payment Confirmation: COD Fee Collection System |
| **Date:** | Monday, August 3, 2020 11:52:33 AM |

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you wish to cancel this payment, please contact COD Attorney Services at (303) 335-2060.

Application Name: COD Fee Collection System
Pay.gov Tracking ID: 26PK0S0N
Agency Tracking ID: COD_AT42146
Transaction Type: Sale
Transaction Date: Aug 3, 2020 2:51:14 PM

Account Holder Name: MELISSA
Transaction Amount: $216.00
Card Type: Visa
Card Number: ************4797


THIS IS AN AUTOMATED MESSAGE.  PLEASE DO NOT REPLY.

**3**



```
Address:              3171 BOZEMAN AVENUE
                      HELENA
                      MT 59601
Location:             HLNA
Device ID:            -BTC01
Transaction:          940272632414
```

**FedEx Standard Overnight**
395989830826     1.0 lb (M)        38.45
  Declared Value    0
Recipient Address:
  DAVID BERNHARDT SECR OF INTER
  DEPARTMENT OF THE INTERIOR
  1849 C ST NW
  WASHINGTON, DC 20240
  8004245081

Scheduled Delivery Date 8/20/2020

Pricing option:
  ONE RATE

Package Information:
  FedEx Envelope

**FedEx Standard Overnight**
395989894702     1.0 lb (M)        38.45
  Declared Value    0
Recipient Address:
  AURELIA SKIPWITH, DIRECTOR
  U.S. FISH AND WILDLIFE SERVICE
  1849 C ST NW
  WASHINGTON, DC 20240
  2022085333

Scheduled Delivery Date 8/20/2020

Pricing option:
  ONE RATE

Package Information:
  FedEx Envelope

**FedEx Standard Overnight**
395989962206     1.0 lb (M)        38.45
  Declared Value    0
Recipient Address:
  WILLIAM PERRY PENDLEY
  DEPUTY DIRECTOR
  1849 C ST NW
  US BUREAU OF LAND MGMT
  WASHINGTON, DC 20240
  0000000000

Scheduled Delivery Date 8/20/2020

Pricing option:
  ONE RATE

**FedEx Standard Overnight**
395990027501     1.0 lb (M)        28.70
  Declared Value    0
Recipient Address:
  JAMIE E CONNELL
  COLORADO STATE DIRECTOR
  2850 YOUNGFIELD ST
  Lakewood, CO 80215
  0000000000

Scheduled Delivery Date 8/20/2020

Pricing option:
  ONE RATE

Package Information:
  FedEx Envelope

**FedEx Standard Overnight**
395990107421     1.0 lb (M)        28.70
  Declared Value    0
Recipient Address:
  ANN TIMBERMAN WEST/SLOPE/SPVR
  US FISH & WILDLIFE SERVE
  445 W GUNNISON AVE STE 240
  GJ CO FIELD OFFICE
  Grand Junction, CO 81501
  0000000000

Scheduled Delivery Date 8/20/2020

Pricing option:
  ONE RATE

Package Information:
  FedEx Envelope

**FedEx Standard Overnight**
395990229543     1.0 lb (M)        38.45
  Declared Value    0
Recipient Address:
  STEPHANIE CONNOLLY
  AMY CARMICHAEL
  2465 S TOWNSEND AVE
  US BUREAU OF LAND MANAGEMENT
  Montrose, CO 81401
  0000000000

Scheduled Delivery Date 8/20/2020

Pricing option:
  ONE RATE

Package Information:
  FedEx Envelope

            Shipment subtotal:     $211.20

                   Total Due:      $211.20

              (S) CreditCard:      $211.20
              ************4797
```

Monday, August 31, 2020 at 12:20:48 Mountain Daylight Time

**Subject:** Activity in Case 1:20-cv-02484 Citizens for a Healthy Community et al v. United States Bureau of Land Management et al Complaint
**Date:** Wednesday, August 19, 2020 at 9:20:40 AM Mountain Daylight Time
**From:** COD_ENotice@cod.uscourts.gov
**To:** COD_ENotice@cod.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court - District of Colorado

District of Colorado

## Notice of Electronic Filing

The following transaction was entered by Hornbein, Melissa on 8/19/2020 at 9:20 AM MDT and filed on 8/19/2020
**Case Name:** Citizens for a Healthy Community et al v. United States Bureau of Land Management et al
**Case Number:** 1:20-cv-02484
**Filer:** WildEarth Guardians
CENTER FOR BIOLOGICAL DIVERSITY
High Country Conservation Advocates
CITIZENS FOR A HEALTHY COMMUNITY
Sierra Club
Western Watersheds Project
**Document Number:** 1
**Judge(s) Assigned:** None (please contact the court)

**Docket Text:**
**COMPLAINT against All Defendants (Filing fee $ 400,Receipt Number 1082-7443966)Attorney Melissa Anne Hornbein added to party CENTER FOR BIOLOGICAL DIVERSITY(pty:pla), Attorney Melissa Anne Hornbein added to party CITIZENS FOR A HEALTHY COMMUNITY(pty:pla), Attorney Melissa Anne Hornbein added to party High Country Conservation Advocates(pty:pla), Attorney Melissa Anne Hornbein added to party Sierra Club(pty:pla), Attorney Melissa Anne Hornbein added to party Western Watersheds Project(pty:pla), Attorney Melissa Anne Hornbein added to party WildEarth Guardians(pty:pla), filed by WildEarth Guardians, CENTER FOR BIOLOGICAL DIVERSITY, High Country Conservation Advocates, CITIZENS FOR A HEALTHY COMMUNITY, Sierra Club, Western Watersheds Project. (Attachments: # (1) Civil Cover Sheet, # (2) Supplemental Civil Cover Sheet Supplement to civil cover sheet listing counsel of record, # (3) Supplemental Civil Cover Sheet Plaintiffs' Corporate Disclosure Statement)(Hornbein, Melissa)**

**1:20-cv-02484 Notice has been electronically mailed to:**

Melissa Anne Hornbein      hornbein@westernlaw.org

**1:20-cv-02484 Notice has been mailed by the filer to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1071006659 [Date=8/19/2020] [FileNumber=7713757-0
] [23b63d390d4a3fcd8e6d806c5ffb083acfcfe282cb873ea7cc5bd234b67a8b4dab2
0013872a962cc6212a161aad19d25091fcd35942c7214675cae6c3f0fb33a]]
**Document description:**Civil Cover Sheet
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1071006659 [Date=8/19/2020] [FileNumber=7713757-1
] [08741bcef2e5d8682023664cbfe938d9760adeff171f2fc24d0e6ced980e57ef189
444ea1bdc16a53d8c6aaaf431b8e59cd8c0ccf6e9f6cc07a3962805e5c24f]]
**Document description:**Supplemental Civil Cover Sheet Supplement to civil cover sheet listing counsel of record
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1071006659 [Date=8/19/2020] [FileNumber=7713757-2
] [552f19bc3a0e1d77cf8e9cc4eddce1c755e0e01ed09942c7c996b6774b933054780
20c9a17a0d7b0fab22889e72272621cd0272659c0ab1f595957c3a512edcc]]
**Document description:**Supplemental Civil Cover Sheet Plaintiffs' Corporate Disclosure Statement
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1071006659 [Date=8/19/2020] [FileNumber=7713757-3
] [878807f178f2f2233cd6ccd564acbe628af2193e88ffe6c73eb2e9b7c3562abc5d2
bcd2f54acab182a764d021408f369f2ae2992fb9ee17c13bb52a15c509e61]]

## Plastic Card Transaction Details

| Label | Value | Label | Value |
|---|---|---|---|
| Transaction Amount: | $400.00 | Account Holder Name: | MELISSA |
| Status: | Success | Account Number: | ************4797 |
| Transaction Type: | Sale | Plastic Card Type: | Visa |
| Transaction Date: | 08/19/2020 11:19 AM ET | Customer Phone: | |
| Payment Date: | 08/19/2020 12:00 AM ET | Customer Email: | |
| Settled Date: | 08/20/2020 12:00 AM ET | Billing Address: | 1025 Mauldin Street, Helena, MT, USA |
| Pay.gov Tracking ID: | 26PNRRIK | Billing Address 2: | |
| Agency Tracking ID: | 1082-7443966 | City: | Helena |
| Agency: | USDC | State/Province: | MT |
| Application: | COD CM ECF | Zip/Postal Code: | 59601 |
| AVS Code: | Y | Country: | USA |
| Approval Code: | 08282C | | |
| Authorization Response Code: | 00 | | |
| Card Security Code Result: | M | | |
| Fraud Decision Result: | Not Screened For Fraud | | |
| Username: | Public | | |
| Agency Memo: | | | |

[ Counter per User ]



Data of Today:Aug. 28,2020 05:47 PM

Pg. 3 of 4

| User Name | Name | Total Color | Black & White |
|---|---|---|---|
| 81 | 735 FOIA_0056 | 0 | 0 |
| 82 | 736 FOIA_0121 | 0 | 0 |
| 83 | 737 FOIA_0232 | 0 | 0 |
| 84 | 738 FOIA_0233 | 0 | 0 |
| 85 | 739 FOIA_0890 | 0 | 0 |
| 86 | 740 FOIA_1020 | 0 | 0 |
| 87 | 741 FOIA_2665 | 0 | 0 |
| 88 | 742 FOIA_0551 | 0 | 0 |
| 89 | 743 FOIA_0387 | 0 | 0 |
| 90 | 744 FOIA_2510 | 0 | 0 |
| 91 | 745 Hilcorp WD OCC | 0 | 0 |
| 92 | 746 Rio Puerco Lease | 0 | 0 |
| 93 | 747 Grand Junction RMP | 0 | 0 |
| 94 | 748 NM Methane | 0 | 0 |
| 95 | 749 Permian O&G | 0 | 0 |
| 96 | 750 NM Econ Trans | 0 | 0 |
| 97 | 751 Westside Leasing 2.0 | 0 | 0 |
| 98 | 752 Mancos APD 2.0 | 0 | 0 |
| 99 | 753 Bull Mtns FOIA | 0 | 0 |
| 100 | 754 MEIC FOIA | 0 | 0 |
| 101 | 756 Carlsbad RMP FOIA | 0 | 0 |
| 102 | 757 Rosebud Area F NEPA | 0 | 0 |
| 103 | 761 North Fork MDP | 0 | 0 |
| 104 | ✱ 763 Uncompahgre RMP | 0 | 419 ✱ |
| 105 | 801 Resilience Campaign | 0 | 0 |
| 106 | 804 GYE GrizzDelist | 0 | 0 |
| 107 | 806 Flathead Forest Plan | 0 | 0 |
| 108 | 808 OGPEIS | 0 | 0 |
| 109 | 810 COGCC Amicus | 0 | 0 |
| 110 | 813 Bull Mtn MDP | 0 | 0 |
| 111 | 817 MexWolf_Recovery | 0 | 0 |
| 112 | 823 USFS O&G Rulemaking | 0 | 0 |
| 113 | 825 SignalPeakNEPA-Pt2 | 0 | 0 |
| 114 | 826 Montana Rate Case | 0 | 0 |
| 115 | 829 NCDE Grizz Delisting | 0 | 0 |
| 116 | 831 SanJuanAbandonment | 0 | 0 |
| 117 | 834 LosAlamosStormwater | 0 | 0 |
| 118 | 837 N. Cascades Grizzly | 0 | 0 |
| 119 | 842 NM Produced H2O | 0 | 0 |
| 120 | 843 ONRW Campaign | 0 | 0 |

Data of Today:Oct. 06,2020 06:17 PM

pg. 3 of 4

[ Counter per User ]

| User Name | Name | | Total | |
|---|---|---|---|---|
| | | | Color | Black & White |
| 81 | 736 | FOIA_0121 | 0 | 0 |
| 82 | 737 | FOIA_0232 | 0 | 0 |
| 83 | 738 | FOIA_0233 | 0 | 0 |
| 84 | 739 | FOIA_0890 | 0 | 0 |
| 85 | 740 | FOIA_1020 | 0 | 0 |
| 86 | 741 | FOIA_2665 | 0 | 0 |
| 87 | 742 | FOIA_0551 | 0 | 0 |
| 88 | 743 | FOIA_0387 | 0 | 0 |
| 89 | 744 | FOIA_2510 | 0 | 0 |
| 90 | 745 | Hilcorp WD OCC | 0 | 0 |
| 91 | 746 | Rio Puerco Lease | 0 | 0 |
| 92 | 747 | Grand Junction RMP | 0 | 0 |
| 93 | 748 | NM Methane | 0 | 0 |
| 94 | 749 | Permian O&G | 0 | 0 |
| 95 | 750 | NM Econ Trans | 0 | 0 |
| 96 | 751 | Westside Leasing 2.0 | 0 | 0 |
| 97 | 752 | Mancos APD 2.0 | 0 | 0 |
| 98 | 753 | Bull Mtns FOIA | 0 | 0 |
| 99 | 754 | MEIC FOIA | 0 | 0 |
| 100 | 756 | Carlsbad RMP FOIA | 0 | 0 |
| 101 | 757 | Rosebud Area F NEPA | 0 | 0 |
| 102 | 761 | North Fork MDP | 0 | 0 |
| 103 | 763 | Uncompahgre RMP | 0 | 17 |
| 104 | 801 | Resilience Campaign | 0 | 0 |
| 105 | 804 | GYE GrizzDelist | 0 | 0 |
| 106 | 806 | Flathead Forest Plan | 0 | 0 |
| 107 | 808 | OGPEIS | 0 | 0 |
| 108 | 810 | COGCC Amicus | 0 | 0 |
| 109 | 813 | Bull Mtn MDP | 0 | 0 |
| 110 | 817 | MexWolf_Recovery | 0 | 0 |
| 111 | 823 | USFS O&G Rulemaking | 0 | 0 |
| 112 | 825 | SignalPeakNEPA-Pt2 | 0 | 0 |
| 113 | 826 | Montana Rate Case | 0 | 0 |
| 114 | 829 | NCDE Grizz Delisting | 0 | 0 |
| 115 | 831 | SanJuanAbandonment | 0 | 0 |
| 116 | 834 | LosAlamosStormwater | 0 | 0 |
| 117 | 837 | N. Cascades Grizzly | 0 | 0 |
| 118 | 842 | NM Produced H2O | 0 | 0 |
| 119 | 843 | ONRW Campaign | 0 | 0 |
| 120 | 848 | AROs & Bonding | 0 | 0 |

9

Data of Today:Dec. 01,2020 02:50 PM



[ Counter per User ]

| User Name | Name | Total Color | Black & White |
|---|---|---|---|
| 81 | 736 FOIA_0121 | 0 | 0 |
| 82 | 737 FOIA_0232 | 0 | 0 |
| 83 | 738 FOIA_0233 | 0 | 0 |
| 84 | 739 FOIA_0890 | 0 | 0 |
| 85 | 740 FOIA_1020 | 0 | 0 |
| 86 | 741 FOIA_2665 | 0 | 0 |
| 87 | 742 FOIA_0551 | 0 | 0 |
| 88 | 743 FOIA_0387 | 0 | 0 |
| 89 | 744 FOIA_2510 | 0 | 0 |
| 90 | 745 Hilcorp WD OCC | 0 | 0 |
| 91 | 746 Rio Puerco Lease | 0 | 0 |
| 92 | 747 Grand Junction RMP | 0 | 0 |
| 93 | 748 NM Methane | 92 | 199 |
| 94 | 749 Permian O&G | 0 | 0 |
| 95 | 750 NM Econ Trans | 0 | 0 |
| 96 | 751 Westside Leasing 2.0 | 0 | 0 |
| 97 | 752 Mancos APD 2.0 | 0 | 0 |
| 98 | 753 Bull Mtns FOIA | 0 | 0 |
| 99 | 754 MEIC FOIA | 0 | 0 |
| 100 | 756 Carlsbad RMP FOIA | 0 | 0 |
| 101 | 757 Rosebud Area F NEPA | 0 | 0 |
| 102 | 761 North Fork MDP | 0 | 0 |
| 103 | 763 Uncompahgre RMP | 0 | 262 |
| 104 | 801 Resilience Campaign | 0 | 0 |
| 105 | 804 GYE GrizzDelist | 0 | 0 |
| 106 | 806 Flathead Forest Plan | 0 | 0 |
| 107 | 808 OGPEIS | 0 | 0 |
| 108 | 810 COGCC Amicus | 0 | 0 |
| 109 | 813 Bull Mtn MDP | 0 | 0 |
| 110 | 817 MexWolf Recovery | 0 | 0 |
| 111 | 823 USFS O&G Rulemaking | 0 | 0 |
| 112 | 825 SignalPeakNEPA-Pt2 | 178 | 2562 |
| 113 | 826 Montana Rate Case | 0 | 0 |
| 114 | 829 NCDE Grizz Delisting | 0 | 0 |
| 115 | 831 SanJuanAbandonment | 0 | 0 |
| 116 | 834 LosAlamosStormwater | 0 | 0 |
| 117 | 837 N. Cascades Grizzly | 0 | 0 |
| 118 | 842 NM Produced H2O | 0 | 0 |
| 119 | 843 ONRW Campaign | 0 | 0 |
| 120 | 848 AROs & Bonding | 0 | 0 |

#765

```
         318 PASEO DEL PUEBLO NORTE
              TAOS, NM 87571-9998
                 (800)275-8777
08/28/2020                            04:56 PM
-----------------------------------------------
Product              Qty    Unit       Price
                            Price
First-Class Mail®    1                 $2.20
Large Envelope
    Denver, CO  80202
    Weight:0 Lb 6.30 Oz
    Estimated Delivery Date
    Tuesday 09/01/2020
Certified                              $3.55
    USPS Certified Mail #
    70181830000210729775
Return Receipt                         $2.85
    USPS Return Receipt #
    9590940248649032815848
Total                                  $8.60

First-Class Mail®    1                 $2.20
Large Envelope
    Washington, DC  20530
    Weight:0 Lb 6.20 Oz
    Estimated Delivery Date
    Tuesday 09/01/2020
Certified                              $3.55
    USPS Certified Mail #
    70181830000210729768
Return Receipt                         $1.70
(elec)
Total                                  $7.45

First-Class Mail®    1                 $2.00
Large Envelope
    Montrose, CO  81401
    Weight:0 Lb 5.60 Oz
    Estimated Delivery Date
    Tuesday 09/01/2020
Certified                              $3.55
    USPS Certified Mail #
    70181830000210729751
Return Receipt                         $1.70
(elec)
Total                                  $7.25

First-Class Mail®    1                 $2.00
Large Envelope
    Montrose, CO  81401
    Weight:0 Lb 5.60 Oz
    Estimated Delivery Date
    Tuesday 09/01/2020
Certified                              $3.55
    USPS Certified Mail #
    70181830000210729744
Return Receipt                         $1.70
(elec)
Total                                  $7.25

First-Class Mail®    1                 $2.00
Large Envelope
    Denver, CO  80215
    Weight:0 Lb 5.60 Oz
    Estimated Delivery Date
    Tuesday 09/01/2020
Certified                              $3.55
    USPS Certified Mail #
    70181830000210729737
Return Receipt                         $1.70
(elec)
Total                                  $7.25

First-Class Mail®    1                 $2.00
Large Envelope
    Washington, DC  20240
    Weight:0 Lb 5.60 Oz
    Estimated Delivery Date
    Tuesday 09/01/2020
Certified                              $3.55
    USPS Certified Mail #
    70181830000210729720
Return Receipt                         $1.70
(elec)
Total                                  $7.25

First-Class Mail®    1                 $2.00
Large Envelope
    Washington, DC  20240
    Weight:0 Lb 5.60 Oz
    Estimated Delivery Date
    Tuesday 09/01/2020
Certified                              $3.55
    USPS Certified Mail #
    70181830000210729713
Return Receipt                         $1.70
(elec)
Total                                  $7.25

-----------------------------------------------
Grand Total:                           $52.30
-----------------------------------------------

Credit Card Remitd                     $52.30
    Card Name:VISA
    Account #:XXXXXXXXXXXX8190
    Approval #:718265
```

#763



```
                     TAOS
         318 PASEO DEL PUEBLO NORTE
              TAOS, NM 87571-9998
                 (800)275-8777
08/28/2020                            04:59 PM
-----------------------------------------------
Product              Qty    Unit       Price
                            Price
First-Class Mail®    1                 $2.20
Large Envelope
    Denver, CO  80202
    Weight:0 Lb 6.30 Oz
    Estimated Delivery Date
    Tuesday 09/01/2020
Certified                              $3.55
    USPS Certified Mail #
    70181830000210729775
Return Receipt                         $1.70
(elec)
Return Receipt                         $2.85
    USPS Return Receipt #
    9590940248649032815848
Affixed Postage                       ($8.60)
    Affixed Amount:$8.60
Total                                  $1.70

-----------------------------------------------
Grand Total:                           $1.70
-----------------------------------------------

Credit Card Remitd                     $1.70
    Card Name:VISA
    Account #:XXXXXXXXXXXX8190
    Approval #:718295
    Transaction #:925
    AID:A0000000031010         Chip
    AL:VISA CREDIT
    PIN:Not Required
-----------------------------------------------


*****************************************
      Due to limited transportation
      availability as a result of
       nationwide COVID-19 impacts
     package delivery times may be
    extended. Priority Mail Express®
         service will not change.
*****************************************

Use label # for inquiry
on Return Receipt (Electronic).
```

11



#763

```
              TAOS
       318 PASEO DEL PUEBLO NORTE
          TAOS, NM 87571-9998
              (800)275-8777
11/03/2020                        04:59 PM
--------------------------------------------
Product            Qty    Unit      Price
                          Price
--------------------------------------------
First-Class Mail®   1                $2.20
Large Envelope
    Denver, CO  80202
    Weight: 0 lb 6.10 oz
    Estimated Delivery Date
    Sat 11/07/2020
    Certified Mail®                  $3.55
        Tracking #:
        70192970000076911652
    Return Receipt                   $2.85
        Tracking #:
        9590 9402 4864 9032 8273 46
    e-Return Receipt                 $1.70
Total                               $10.30

First-Class Mail®   1                $2.00
Large Envelope
    Washington, DC  20240
    Weight: 0 lb 5.50 oz
    Estimated Delivery Date
    Sat 11/07/2020
    Certified Mail®                  $3.55
        Tracking #:
        70181830000210729782
    e-Return Receipt                 $1.70
Total                                $7.25

First-Class Mail®   1                $2.00
Large Envelope
    Washington, DC  20240
    Weight: 0 lb 5.40 oz
    Estimated Delivery Date
    Sat 11/07/2020
    Certified Mail®                  $3.55
        Tracking #:
        70181830000210729799
    e-Return Receipt                 $1.70
Total                                $7.25

First-Class Mail®   1                $2.00
Large Envelope
    Washington, DC  20530
    Weight: 0 lb 5.90 oz
    Estimated Delivery Date
    Sat 11/07/2020
    Certified Mail®                  $3.55
        Tracking #:
        70192970000076911645
    e-Return Receipt                 $1.70
Total                                $7.25
--------------------------------------------
Grand Total:                        $32.05
--------------------------------------------
Credit Card Remitted                $32.05
    Card Name: VISA
    Account #: XXXXXXXXXXXX8190
    Approval #: 713085
    Transaction #: 745
    AID: A0000000031010         Chip
    AL: VISA CREDIT
    PIN: Not Required
--------------------------------------------

********************************************
```



#748

```
              TAOS
       318 PASEO DEL PUEBLO NORTE
          TAOS, NM 87571-9998
              (800)275-8777
11/06/2020                        04:45 PM
--------------------------------------------
Product            Qty    Unit      Price
                          Price
--------------------------------------------
Priority Mail® 2-Day 1               $7.75
Flat Rate Env
    Tesuque, NM  87574
    Flat Rate
    Expected Delivery Date
    Mon 11/09/2020
    Tracking #:
    9505 5128 5641 0311 2856 90
    Insurance                        $0.00
        Up to $50.00 included
Total                                $7.75
--------------------------------------------
Grand Total:                         $7.75
--------------------------------------------
Credit Card Remitted                 $7.75
    Card Name: VISA
    Account #: XXXXXXXXXXXX8190
    Approval #: 716054
    Transaction #: 003
    AID: A0000000031010         Chip
    AL: VISA CREDIT
    PIN: Not Required
--------------------------------------------

********************************************
     Due to limited transportation
     availability as a result of
     nationwide COVID-19 impacts
     package delivery times may be
     extended. Priority Mail Express®
       service will not change.
********************************************

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
```

**12**