IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:20-cv-2484

CITIZENS FOR A HEALTHY COMMUNITY,
*et al.*,

      Petitioners,

v.

UNITED STATES BUREAU OF LAND
MANAGEMENT, *et al.*,

      Federal Respondents.

## JOINT MOTION TO TEMPORARILY STAY FEE PROCEEDINGS

The Parties have conferred and agreed to seek a stay in these proceedings for 60 days to allow them to attempt to reach a negotiated resolution regarding Plaintiffs' Petition for Fees and Costs in the above-captioned matter. ECF No. 140. This stay is sought to give the Parties time and opportunity to reach settlement which, if successful, would alleviate the need for additional briefing and involvement from this Court.

On or before the expiration of the 60-day stay period, the Parties will either: (1) inform the Court that a settlement has been reached and file a stipulated settlement agreement; or (2) inform the Court that a stipulated agreement could not be reached and propose a briefing schedule for resolving Plaintiffs' motion. The briefing schedule proposed will include a reasonable timeline for Plaintiffs to file a renewed and updated motion, and will provide proposed dates for the Federal Defendants' response, and Plaintiffs' reply. A Proposed Order is

1

attached hereto.

Respectfully submitted this 11th day of September, 2022.

*/s/ Melissa A. Hornbein*
Melissa A. Hornbein
ENVIRONMENTAL LAW CENTER
103 Reeder's Alley
Helena, MT
(p) 406.708.3058
hornbein@westernlaw.org

Kyle J. Tisdel (CO Bar No. 42098)
WESTERN ENVIRONMENTAL LAW CENTER
208 Paseo del Pueblo Sur, Suite 602
Taos, New Mexico 87571
(p) 575.613.8050
tisdel@westernlaw.org

Edward B. Zukoski
CENTER FOR BIOLOGICAL DIVERSITY
1536 Wynkoop St., Ste. 421

*Counsel for Petitioners*

TODD KIM
Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

*/s/ Luther L. Hajek*
LUTHER L. HAJEK
Senior Attorney
Natural Resources Section
999 18th Street, South Terrace, Suite 370
Denver, CO  80202
Phone: (303) 844-1376

RICKEY D. TURNER, JR. (CO Bar No. 38353)
Senior Attorney
Wildlife and Marine Resources Section

2

999 18th Street, South Terrace, Suite 370
Denver, CO  80202
Phone: (303) 844-1373

*Counsel for Federal Respondent*

1