IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:20-cv-2484

CITIZENS FOR A HEALTHY COMMUNITY, *et al.*,

      Petitioners,

v.

UNITED STATES BUREAU OF LAND MANAGEMENT, *et al.*,

      Federal Respondents.

---

**[PROPOSED] ORDER STAYING PROCEEDINGS**

---

On September 11, 2022, the parties filed a Joint Motion to Temporarily Stay Fee Proceedings, ECF No. 141, to allow them to attempt to reach a negotiated resolution regarding fees and costs in the above-captioned matter. Accordingly,

**IT IS HEREBY ORDERED** that this proceeding is stayed for a period of 60 days to allow the Parties to attempt to reach a negotiated settlement of Plaintiffs' Petition for Fees and Costs. ECF No. 140.

**IT IS FURTHER ORDERED** that the On or before the expiration of the 30-day stay period, the Parties will either: (1) inform the Court that a settlement has been reached and file a stipulated settlement agreement; or (2) inform the Court that a stipulated agreement could not be reached and propose a briefing schedule for resolving Plaintiffs' motion. The briefing schedule proposed will include a reasonable timeline of not more than 21 days for Plaintiffs to

file a renewed and updated motion, and will provide proposed dates for the Federal Defendants' response, and Plaintiffs' reply.

DATED this _____ day of _____ 2022.

_____
THE HONORABLE MARCIA S. KRIEGER
U.S. DISTRICT COURT JUDGE