IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:20-cv-2484

CITIZENS FOR A HEALTHY COMMUNITY, *et al.*,

    Petitioners,

v.

UNITED STATES BUREAU OF LAND MANAGEMENT, *et al.*,

    Federal Respondents.

## NOTICE OF SETTLEMENT AND WITHDRAWAL OF PLAINTIFFS' PETITION FOR ATTORNEYS' FEES, COSTS, AND OTHER EXPENSES

Plaintiffs Citizens for a Healthy Community, *et al.*, hereby provide notice that they have reached a Settlement Agreement with Federal Defendants United States Bureau of Land Management, *et al.*, concerning Plaintiffs' motion for attorneys' fees, costs, and other expenses in this matter (ECF No. 140), filed September 11, 2022, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. Having received payment in accordance with the terms of the Settlement Agreement on November 17, 2022, Plaintiffs hereby withdraw and dismiss their motion for attorneys' fees, costs, and other expenses in this matter (ECF No. 140).

Respectfully submitted this 18th day of November, 2022.

    */s/ Melissa A. Hornbein*
    Melissa A. Hornbein
    WESTERN ENVIRONMENTAL LAW CENTER
    103 Reeder's Alley
    Helena, MT

(p) 406.708.3058
hornbein@westernlaw.org

Kyle J. Tisdel
WESTERN ENVIRONMENTAL LAW CENTER
208 Paseo del Pueblo Sur, Suite 602
Taos, New Mexico 87571
(p) 575.613.8050
tisdel@westernlaw.org

Edward B. Zukoski
CENTER FOR BIOLOGICAL DIVERSITY
1536 Wynkoop St., Ste. 421
tzukoski@biologicaldiversity.org

*Counsel for Petitioners*